AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ individually and on behalf of all other similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>GOOGLE LLC, a Delaware company and ALPHABET INC., a Delaware Corporation<br><br>*Defendant(s)* | Civil Action No. 3:20-cv-4688 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Google, LLC, c/o Agent for Service of Process: Corporation Service Company Which Will Do Business in California as CSC - Lawyers Incorporating Service (C1592199) 2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833

Alphabet Inc., c/o Agent for Service of Process: California Service Company Which Will Do Business in California as CSC - Lawyers Incorporating Service (C1592199) 2710 Gateway Oaks Drive, Suite 150N Sacramento, CA. 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BOIES SCHILLER FLEXNER LLP
Jesse Panuccio (pro hac admission pending)
1401 New York Ave, NW
Washington, DC 20005
Tel.:  (212) 237-2727
jpanuccio@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Mark C. Mao, mmao@bsfllp.com
Beko Reblitz-Richardson, brichardson@bsfllp.com
Alexander J. Konik, akonik@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800

BOIES SCHILLER FLEXNER LLP
James Lee (pro hac admission pending)
jlee@bsfllp.com
Rossana Baeza (pro hac admission pending)
rbaeza@bsfllp.com
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: