Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Alexander J. Konik, CA Bar No. 299291
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com
akonik@bsfllp.com

Jesse Panuccio (*pro hac* admission pending)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

James Lee (*pro hac* admission pending)
Rossana Baeza (*pro hac* admission pending)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 3:20-cv-4688<br><br>**NOTICE OF APPEARANCE BY BEKO REBLITZ-RICHARDSON** |

**TO ALL PARTIES AND THEIR COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that Beko Reblitz-Richardson of Boies Schiller Flexner LLP, 44 Montgomery Street, 41st Floor, San Francisco, CA 94104 a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Plaintiffs Anibal Rodriguez and JulieAnna Muniz in the above referenced matter.

Dated:  July 14, 2020                      BOIES SCHILLER FLEXNER LLP

                                                By: */s/ Beko Reblitz-Richardson*
                                                    Beko Reblitz-Richardson
                                                    Attorney for Plaintiffs