# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ et al.

                Plaintiff(s),

    v.

GOOGLE LLC and ALPHABET INC

                Defendant(s).

Case No: 5:20-cv-4688

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jesse Panuccio, an active member in good standing of the bar of Distict of Columbia, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiffs Anibal Rodriguez et al. in the above-entitled action. My local co-counsel in this case is Mark C. Mao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1401 New York Ave., NW<br>Washington, DC 20005 | 44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(202) 237-2727 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD:<br>jpanuccio@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mmao@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 31401.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 07-15-2020

/s/ Jesse Panuccio

                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jesse Panuccio is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                UNITED STATES DISTRICT/MAGISTRATE JUDGE