# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANIBAL RODRIGUEZ et al. | ) Case No 3:20-cv-4688 |
| Plaintiff(s), | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| GOOGLE LLC and ALPHABET INC. | ) **PRO HAC VICE** |
| | ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) Re: Dkt. No. 6 |

I, Rossana Baeza                    , an active member in good standing of the bar of Florida                    , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiffs Anibal Rodriguez et al.        in the above-entitled action. My local co-counsel in this case is Mark C. Mao                    , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 SE 2nd Street, 28th Floor | 44 Montgomery Street, 41st Floor |
| Miami, Florida 33131 | San Francisco, California 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (305) 539-8400 | (415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rbaeza@bsfllp.com | mmao@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1007668        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 07-14-2020                    /s/ Rossana Baeza                    
                                           APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rossana Baeza        is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 15, 2020

_Virginia K. DeMarchi_
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
Virginia K. DeMarchi

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*