Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Alexander J. Konik, CA Bar No. 299291
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com
akonik@bsfllp.com

James Lee (*appearing pro hac vice* )
Rossana Baeza (*appearing pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

Jesse Panuccio (*appearing pro hac vice* )
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 5:20-cv-04688-VKD<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P 7.1 AND LOCAL CIVIL RULE 3-15** |

1    Pursuant to Civil Local Rule 3-15, the undersigned Plaintiffs certify that as of this date, other

2    than the named parties, there is no such interest to report.

3    Plaintiffs reserve the right to supplement this disclosure statement if needed.

4

5    Dated:  July 17, 2020                    BOIES SCHILLER FLEXNER LLP

6

7    By: */s/ Mark C. Mao*
                                             Mark C. Mao
8                                            Attorney for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO.  5:20-CV-04688-VKD