# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Anibal Rodriguez, et al.,

Plaintiff(s),

v.

Google LLC and Alphabet, Inc.

Defendant(s).

Case No: 3:20-cv-4688-VF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, William Christopher Carmody, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Amanda K. Bonn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067-6029 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (212) 336-8330 | (310) 789-3100 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| bcarmody@susmangodfrey.com | abonn@susmangodfrey.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4539276.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/24/20

William Christopher Carmody
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William Christopher Carmody is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE