| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Sean P. Rodriguez, CA Bar No. 262437<br>Alexander J. Konik, CA Bar No. 299291<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>srodriguez@bsfllp.com<br>akonik@bsfllp.com | Jesse Panuccio<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Avenue, NW<br>Washington, DC  20005<br>Tel.:  (202) 237-2727<br>jpanuccio@bsfllp.com |
| James Lee<br>Rossana Baeza<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com | William Christopher Carmody<br>Shawn J. Rabin<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Fl.<br>New York, NY  10019<br>Tel.:  (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com |

*Attorneys for Plaintiffs*

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants | Case No.:  5:20-cv-04688-VKD<br><br>**NOTICE OF APPEARANCE BY AMANDA K. BONN** |

1

NOTICE OF APPEARANCE BY AMANDA K. BONN          Case No. 5:20-cv-04688-VKD

**TO ALL PARTIES AND THEIR COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that attorney Amanda K. Bonn of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067, a member of the State Bar of California, hereby enters an appearance as counsel on behalf of Plaintiffs Anibal Rodriguez and Julieanna Muniz in the above referenced matter.

Dated:  July 24, 2020

By:  *s/ Amanda K. Bonn*
Amanda K. Bonn (270891)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone:  (310) 789-3100
abonn@susmanogdfrey.com