UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Anibal Rodriguez, et al., | ) | Case No: 3:20-cv-4688-VK |
| --- | --- | --- |
| Plaintiff(s), | ) ) ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| v. Google LLC and Alphabet, Inc. | ) ) ) |  |
| Defendant(s). | ) ) | Re: Dkt. No. 19 |

I, William Christopher Carmody, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Amanda K. Bonn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: 1301 Avenue of the Americas, 32nd Floor New York, NY  10019 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: 1900 Avenue of the Stars, Suite 1400 Los Angeles, CA  90067-6029 |
| --- | --- |
| MY TELEPHONE # OF RECORD: (212) 336-8330 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 789-3100 |
| MY EMAIL ADDRESS OF RECORD: bcarmody@susmangodfrey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: abonn@susmangodfrey.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4539276.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/24/20

William Christopher Carmody
APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of William Christopher Carmody is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 24, 2020

*Virginia K. DeMarchi*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
Virginia K. DeMarchi