| | |
|---|---|
| **POS-010** | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Mark C. Mao | SBN: 236165<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street 41st Floor   San Francisco, CA 94104<br>TELEPHONE NO.: (415) 293-6800 | FAX NO. (415) 293-6899 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* : | FOR COURT USE ONLY |
| USDC/SAN JOSE DIVISION/NORTHERN DISTRICT OF CA<br>STREET ADDRESS: 280 S. 1ST ST.<br>CITY AND ZIP CODE: SAN JOSE, CA 95113<br>BRANCH NAME: SAN JOSE DIVISION/NORTHERN DISTRICT | |
| PLAINTIFF/PETITIONER: ANIBAL RODRIGUEZ, et al.<br>DEFENDANT/RESPONDENT: GOOGLE LLC, et al. | CASE NUMBER:<br>5:20-cv-04688-VKD |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Rodriguez v. Google LLC |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served):*
      **Google, LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      **CSC-Lawyers Incorporating Service, Registered Agent by serving Koy Saechao - Authorized Agent**
      Age: 38 | Weight: 140 lbs | Hair: Black | Sex: Female | Height: 5'8" | Eyes: Brown | Race: Asian

4. Address where the party was served:  **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **7/23/2020**   (2) at *(time):* **1:43 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/SF11704

Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
Phone: (415) 351-0400   Fax: (415) 351-0407

Continued from Proof of Service

| | | | |
|---|---|---|---|
| **CLIENT:** | BOIES SCHILLER FLEXNER LLP | | |
| **CLIENT FILE #:** | Rodriguez v. Google LLC | **DATE:** | July 23, 2020 |
| **SUBJECT:** | Google, LLC | | |

```
Summons; Complaint; Civil Case Cover Sheet; NOTICE OF A LAWSUIT AND
REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF
SUMMONS (2 Copies along with a prepaid self-addressed stamped
envelope) ; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
MAGISTRATE JUDGE FOR TRIAL; Brochure (Consenting to MJ Jurisdiction
in ND Cal); ECF Registration Information; STANDING ORDER FOR ALL
JUDGES; STANDING ORDER FOR CIVIL CASES; STANDING ORDER FOR
SETTLEMENT CONFERENCES; STANDING ORDER RE PRETRIAL PREPARATION;
SPECIAL PROCEDURES DURING COVID-19 PUBLIC HEALTH EMERGENCY; PROPOSED
SUMMONS; NOTICE OF APPEARANCE BY ALEXANDER J. KONIK; NOTICE OF
APPEARANCE BY BEKO REBLITZ-RICHARDSON; APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE (James Lee); CERTIFICATE OF GOOD STANDING FOR
JAMES LEE; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(Rosanna Baeza); CERTIFICATE OF GOOD STANDING FOR ROSANNA BAEZA;
JUDICIAL CASE ASSIGNMENT; APPLICATION FOR ADMISSION OF ATTORNEY
(Ryan McGee); CERT. OF GOOD STANDING FOR RYAN MCGEE; APPLICATION FOR
ADMISSION OF ATTORNEY (John Yanchunis); CERT. OF GOOD STANDING FOR
JOHN YANCHUNIS; APPLICATION FOR ADMISSION OF ATTORNEY (Jesse
Panuccio); CERT. OF GOOD STANDING FOR JESSE PANUCCIO; ORDER GRANTING
PHV FOR JAMES LEE; ORDER GRANTING PHV FOR ROSANNA BAEZA; ORDER
GRANTING PHV FOR RYAN MCGEE; ORDER GRANTING PHV FOR JOHN YANCHUNIS;
ORDER GRANTING PHV JESSE PANUCCIO; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFFS' CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P 7.1 AND LOCAL
CIVIL RULE 3-15;
```

| PETITIONER: ANIBAL RODRIGUEZ, et al. | CASE NUMBER: |
|---|---|
| RESPONDENT: GOOGLE LLC, et al. | 5:20-cv-04688-VKD |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*                                   (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of **Google, LLC**
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
     - ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
     - ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
     - ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
     - ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                  ☑ other: **Corporation Code 17061**

7. **Person who served papers**
   - a. Name: **Alejandro Rubio - Nationwide Legal, LLC REG: 12-234648**
   - b. Address: **859 Harrison Street, Suite A  San Francisco, CA 94107**
   - c. Telephone number: **(415) 351-0400**
   - d. **The fee** for service was: **$ .00**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner    ☐ employee    ☑ independent contractor.
       - (ii) Registration No.: **2017-40**
       - (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/23/2020**

**N** Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
(415) 351-0400
www.nationwideasap.com

_____          ▶   *Alejandro Rubio* (signature)
Alejandro Rubio
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)