DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>　　　　Defendants. | CASE NO.: 3:20-cv-04688-RS<br><br>**NOTICE OF APPEARANCE OF DAVID H. KRAMER FOR DEFENDANTS GOOGLE LLC AND ALPHABET INC.** |

1  **PLEASE TAKE NOTICE** that the following attorney shall now appear in this action on

2  behalf of Defendants **GOOGLE LLC** and **ALPHABET INC.** and is authorized to receive service

3  of all pleadings, notices, orders, and other papers in this action.

4      DAVID H. KRAMER, SBN 168452
   **WILSON SONSINI GOODRICH & ROSATI**

5      Professional Corporation
       650 Page Mill Road

6      Palo Alto, CA 94304-1050
       Telephone: (650) 493-9300

7      Facsimile: (650) 565-5100
       Email: dkramer@wsgr.com

8

9  Dated: August 11, 2020          WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation

10

11

12                                           By:      /s/ *David H. Kramer*
                                                                     David H. Kramer

13                                           Attorneys for Defendants
                                             Google LLC and Alphabet Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28