1  DAVID H. KRAMER, SBN 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   Email: dkramer@wsgr.com
5
6  Attorneys for Defendants
   GOOGLE LLC and
7  ALPHABET INC.

   JAMES W. LEE (*Pro Hac Vice Admission*)
   ROSSANA BAEZA (*Pro Hac Vice Admission*)
   BOIES SCHILLER FLEXNER LLP
   100 SE 2nd Street, 28th Floor
   Miami, FL 33131
   Telephone: (305) 539-8400
   Facsimile: (303) 539-1307
   Email: jlee@bsfllp.com
   Email: rbaeza@bsfllp.com

   [ADDITIONAL COUNSEL LISTED ON SIGANTURE PAGE]

   Attorneys for Plaintiffs
   ANIBAL RODRIGUEZ and JULIEANNA MUNIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br> Defendants. | CASE NO.: 3:20-cv-04688-RS <br><br> **STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT** |

STIPULATION TO EXTEND
TIME TO RESPOND TO THE COMPLAINT

CASE NO.: 3:20-CV-04688-RS

1   WHEREAS on July 28, 2020, Plaintiffs Anibal Rodriguez and JulieAnna Muniz ("Plaintiffs") filed Proofs of Service attesting that they had served the Summons and Complaint on Defendants Google LLC and Alphabet Inc. (together, "Google"); and

WHEREAS Plaintiffs and Google (collectively, the "Parties"), by and through their respective counsel of record, have agreed that Google may extend by 45 days the deadline for answering or responding to the complaint to September 28, 2020; and

WHEREAS this extension will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS Civil Local Rule 6-1(a) provides that the "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint";

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Local Rule 6-1(a), that Google's deadline to answer or otherwise respond to the complaint is extended to September 28, 2020.

Respectfully submitted,

Dated: August 11, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ David H. Kramer
      DAVID H. KRAMER

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

| | | |
|---|---|---|
| 1 | Dated:  August 11, 2020 | BOIES SCHILLER FLEXNER LLP |
| 2 | | |
| 3 | | By:  */s/ James Lee*<br>         JAMES LEE |
| 4 | | |
| 5 | | James Lee (*Pro Hac Vice Admission*)<br>Rossana Baeza (*Pro Hac Vice Admission)* |
| 6 | | BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, 28th Floor |
| 7 | | Miami, FL 33131<br>Telephone:  (305) 539-8400 |
| 8 | | Facsimile:  (303) 539-1307<br>Email:  jlee@bsfllp.com |
| 9 | | Email:  rbaeza@bsfllp.com |
| 10 | | Mark C. Mao, SBN 236165<br>Alexander J. Konik, SBN 299291 |
| 11 | | BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street, 41st Floor |
| 12 | | San Francisco, CA 94104 |
| 13 | | Telephone:  (415) 293-6800<br>Facsmile:  (415) 293-6899 |
| 14 | | Email:  mmao@bsfllp.com<br>Email:  brichardson@bsfllp.com |
| 15 | | Email:  akonik@bsfllp.co |
| 16 | | Beko Osiris Ra Reblitz-Richardson, SBN 238027 |
| 17 | | BOIES SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900 |
| 18 | | Oakland, CA 94612<br>Telephone:  (510) 874-1000 |
| 19 | | Facsimile:  (510) 874-1460 |
| 20 | | Email:  brichardson@bsfllp.com |
| 21 | | Jesse Panuccio, (*Pro Hac Vice Admission*)<br>BOIES SCHILLER FLEXNER LLP |
| 22 | | 1401 New York Avenue, NW<br>Washington, DC 20005 |
| 23 | | Telephone:  (202) 237-2727 |
| 24 | | Facsimile:  (202) 237-6131<br>Email:  jpanuccio@bsfllp.com |
| 25 | | |
| 26 | | Amanda K. Bonn, SBN 270891<br>SUSMAN GODFREY L.L.P. |
| 27 | | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029 |
| 28 | | Telephone:  (310) 789-3100<br>Facsimile: (310) 789-3150 |

Email: abonn@susmangodfrey.com

Shawn Jonathan Rabin, (*Pro Hac Vice Admission*)
William Christopher Carmody (*Pro Hac Vice Admission*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:  (212)336-8330
Facsimile:  (212) 336-8340
Email:  srabin@susmangodfrey.com
Email: bcarmody@susmangodfrey.com

John A. Yanchunis (*Pro Hac Vice Admission*)
Ryan McGee, (*Pro Hac Vice Admission*)
MORGAN AND MORGAN, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:  (813) 222-4736
Email:  jyanchunis@forthepeople.com
Email:  rmcgee@forthepeople.com

Attorneys for Plaintiffs
ANIBAL RODRIGUEZ and JULIEANNA MUNIZ

## **SIGNATURE ATTESTATION**

I, David H. Kramer, hereby attest that the signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing on this e-filed document.

By: _____*/s/ David H. Kramer*_____
David H. Kramer