AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-4688 |
| GOOGLE LLC and ALPHABET INC., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOOGLE LLC and ALPHABET INC.

Date: 09/09/2020

/s/ Benedict Y. Hur
*Attorney's signature*

Benedict Y. Hur - SBN: 224018
*Printed name and bar number*

WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA  94111
*Address*

bhur@willkie.com
*E-mail address*

(415) 858-7401
*Telephone number*

(415) 858-7599
*FAX number*

Print   Save As...   Reset