| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Benedict Y. Hur (SBN: 224018)<br>Simona Agnolucci (SBN: 246943)<br>Jayvan E. Mitchell (SBN: 322007)<br>Amanda Maya (SBN: 324092)<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 858-7400<br>Facsimile: (415) 858-7599<br>bhur@willkie.com<br>sagnolucci@willkie.com<br>jmitchell@willkie.com<br>amaya@willkie.com<br><br>DAVID H. KRAMER, SBN 168452<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650)-493-9300<br>Facsimile: (650)- 565-5100<br>Email: dkramer@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC and ALPHABET INC. | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (SBN: 236165)<br>Beko Reblitz-Richardson (SBN: 238027)<br>Alexander J. Konik (SBN: 299291)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>Fax: (415) 293-6899<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>akonik@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>James Lee (pro hac admission pending)<br>Rossana Baeza (pro hac admission pending)<br>100 SE 2nd Street, 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>Fax: (303) 539-130<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>Jesse Panuccio (pro hac admission pending)<br>1401 New York Avenue, N<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Attorneys for Plaintiffs<br>Anibal Rodriguez and Julieanna Muniz |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC and ALPHABET INC.<br><br>                    Defendants. | Case No. 3:20-cv-4688<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS GOOGLE LLC AND ALPHABET INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Courtroom:   3, 17th Floor<br>Judge:           Hon. Richard Seeborg<br>Action Filed:  July 14, 2020<br>Trial Date:     Not Set |

1 | Pursuant to the Local Rule 6-1(a), Plaintiffs Anibal Rodriguez and Julieanna Muniz
2 | ("Plaintiffs") and Defendants Google LLC and Alphabet Inc. ("Defendants"), hereby stipulate to
3 | the extension of the deadline for Defendants to answer or otherwise respond to the Complaint by
4 | fourteen (14) days, from September 28, 2020 up to and including October 13, 2020.
5 | Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and
6 | agree to the following:
7 | WHEREAS, Plaintiffs and Defendants (collectively, the "Parties"), agreed to an extension
8 | to file a responsive pleading until September 28, 2020;
9 | WHEREAS, the Parties, by and through their respective counsel of record, have agreed
10 | that Defendants may extend the deadline for answering or responding to the complaint to October
11 | 13, 2020;
12 | WHEREAS, this extension will not alter the date of any event or any deadline already
13 | fixed by Court order; and
14 | WHEREAS, Local Rule 6-1(a) provides that the "Parties may stipulate in writing, without
15 | a Court order, to extend the time within which to answer or otherwise respond to the complaint";
16 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties
17 | to this action, and pursuant to Local Rule 6-1(a), that Defendants' deadline to answer or otherwise
18 | respond to the complaint is extended to October 13, 2020.
19 | / /
20 | / /
21 | / /
22 | / /
23 | / /
24 | / /
25 | / /
26 | / /
27 | / /
28 | / /

|   |   |
|---|---|
|   | WILLKIE, FARR & GALLAGHER LLP |
| Date:  September 9, 2020 | By:   */s/ Benedict Y. Hur*<br>          Benedict Y. Hur |
|   | Attorneys for Defendants<br>Google LLC and Alphabet Inc. |
|   | BOIES SCHILLER FLEXNER LLP |
| Date:  September 9, 2020 | By:   */s/ Mark C. Mao*<br>          Mark C. Mao |
|   | Attorneys for Plaintiffs<br>Anibal Rodriguez and Julieanna Muniz |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the attorney filing this document attests that he has obtained the concurrence in the filing of this document from any other signatories.

Dated:  September 9, 2020                    /s/ *Benedict Y. Hur*
                                                              Benedict Y. Hur