AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ, )<br>*Plaintiff*                   )<br>    v.                                                  )   Case No.   3:20-cv-4688<br>GOOGLE LLC and ALPHABET INC.,    )<br>*Defendant*                )  | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOOGLE LLC and ALPHABET INC.                                                                                       .

Date:   09/09/2020

/s/ Jayvan E. Mitchell
*Attorney's signature*

Jayvan E. Mitchell - SBN: 322007
*Printed name and bar number*

WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA  94111
*Address*

jmitchell@willkie.com
*E-mail address*

(415) 858-7400
*Telephone number*

(415) 858-7599
*FAX number*

Print   Save As...   Reset