| | | |
|---|---|---|
| 1 | Mark C. Mao, CA Bar No. 236165 | Jesse Panuccio (*pro hac vice*) |
| 2 | Beko Reblitz-Richardson, CA Bar No. 238027 | **BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW |
| 3 | Alexander J. Konik, CA Bar No. 299291 | Washington, DC 20005 |
|   | Antonio L. Ingram, II, CA Bar No. 300528 | Tel.: (202) 237-2727 |
| 4 | **BOIES SCHILLER FLEXNER LLP** | Fax: (202) 237-6131 |
|   | 44 Montgomery St., 41st Floor | jpanuccio@bsfllp.com |
| 5 | San Francisco, CA 94104 | |
|   | Tel.: (415) 293-6800 | |
| 6 | Fax: (415) 293-6899 | |
|   | mmao@bsfllp.com | |
| 7 | brichardson@bsfllp.com | |
|   | akonik@bsfllp.com | |
| 8 | aingram@bsfllp.com | |

James Lee (*pro hac vice*)
Rossana Baeza (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 3:20-cv-04688-RS<br><br>**NOTICE OF APPEARANCE BY ANTONIO L. INGRAM, II** |

1

**TO ALL PARTIES AND THEIR COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that Antonio L. Ingram of Boies Schiller Flexner LLP, 44 Montgomery Street, 41st Floor, San Francisco, CA 94104 a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Plaintiffs Anibal Rodriguez and JulieAnna Muniz in the above referenced matter.

Dated: September 16, 2020

BOIES SCHILLER FLEXNER LLP

By: */s/ Antonio L. Ingram, II*
    Antonio L. Ingram, II
    Attorney for Plaintiffs