Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al <br><br> Plaintiff(s), <br><br> v. <br><br> GOOGLE LLC and ALPHABET, INC. <br><br> Defendant(s). | Case No: 3:20-cv-4688 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Ra Amen , an active member in good standing of the bar of Georgia , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Anibal Rodriguez, Julieanna Muniz, et al. in the above-entitled action. My local co-counsel in this case is Mark C. Mao , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N Franklin St., 7th Floor <br> Tampa, FL 33602 | 44 Montgomery St., 41st Floor <br> San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: <br> (813) 223-5505 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD: <br> ramen@forthepeople.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> mmao@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 368227 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/29/20

Ra Amen
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ra Amen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/29/2020

UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER