Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al

        Plaintiff(s),

v.

GOOGLE LLC and ALPHABET, INC.

        Defendant(s).

Case No: 3:20-cv-4688

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jean Sutton Martin, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Anibal Rodriguez, Julieanna Muniz, et al. in the above-entitled action. My local co-counsel in this case is Mark C. Mao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N Franklin St., 7th Floor<br>Tampa, FL 33602 | 44 Montgomery St., 41st Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (813) 223-5505 | (415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jeanmartin@forthepeople.com | mmao@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 25703.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/07/20

                                      Jean Sutton Martin
                                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jean Sutton Martin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/7/2020

                              UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER