**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Jayvan E. Mitchell (SBN: 322007)
Amanda Maya (SBN: 324092)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
jmitchell@willkie.com
amaya@willkie.com

Attorneys for
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIQUEZ AND JULIE ANNA MUNIZ, individually and on behalf of all other similarly situated<br><br>                    Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC, *et al.*,<br><br>                    Defendant. | Case No. 3:20-CV-04688<br><br>**DECLARATION OF JAYVAN E. MITCHELL IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS COMPLAINT**<br><br>The Honorable Richard Seeborg<br><br>Court:   Courtroom 3 – 17th Floor<br>Date:   December 17, 2020<br>Time:   1:30 p.m. |

38016800.1

I, Jayvan E. Mitchell, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an associate with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit A(1)-(7)** are true and correct copies of Alibaba's Terms of Use agreements in effect in 2019 and 2020, which were downloaded on October 12, 2020 at:

https://rule.alibaba.com/rule/detail/2041.htm

https://web.archive.org/web/20200825151825/https://rule.alibaba.com/rule/detail/2041.htm

https://web.archive.org/web/20191230210137/https://rule.alibaba.com/rule/detail/2041.htm

https://web.archive.org/web/20190925070055/https://rule.alibaba.com/rule/detail/2041.htm

https://web.archive.org/web/20190902030028/https://rule.alibaba.com/rule/detail/2041.htm

https://web.archive.org/web/20190505163936/https://rule.alibaba.com/rule/detail/2041.htm

https://web.archive.org/web/20190101072341/https://rule.alibaba.com/rule/detail/2041.htm

3. Attached hereto as **Exhibit B(1)-(4)** are true and correct copies of Alibaba's Privacy Policies in effect in 2019 and 2020, which were downloaded on October 12, 2020 at:

https://rule.alibaba.com/rule/detail/2034.htm

https://web.archive.org/web/20200901155358/https://rule.alibaba.com/rule/detail/2034.htm

https://web.archive.org/web/20191230210133/https://rule.alibaba.com/rule/detail/2034.htm

https://web.archive.org/web/20190101073132/https://rule.alibaba.com/rule/detail/2034.htm

4. Attached hereto as **Exhibit C(1)-(3)** are true and correct copies of Lyft's Terms of Service agreements in effect in 2019 and 2020, which were downloaded on October 12, 2020 at:

https://www.lyft.com/terms

https://web.archive.org/web/20191105230124/https://www.lyft.com/terms

https://web.archive.org/web/20190105031147/https://www.lyft.com/terms

5. Attached hereto as **Exhibit D(1)-(3)** are true and correct copies of Lyft's Privacy Policies in effect in 2019 and 2020, which were downloaded on October 12, 2020 at:

https://www.lyft.com/privacy

38016800.1

https://web.archive.org/web/20200107073652/https://www.lyft.com/privacy

https://web.archive.org/web/20190104222445/https://www.lyft.com/privacy

6.  Attached hereto as **Exhibit E** is a true and correct copy of the February 21, 2019 *Mac Daily News* article titled "Apple removes nearly all third-party SDK from Shazam's iOS version after making it ad-free," which was downloaded on October 13, 2020 at:

https://9to5mac.com/2019/02/20/shazam-third-party-sdks/

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2020 at San Francisco, California.

          By:   /s/ *Jayvan E. Mitchell*
                Jayvan E. Mitchell