**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Jayvan E. Mitchell (SBN: 322007)
Amanda Maya (SBN: 324092)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
jmitchell@willkie.com
amaya@willkie.com

Attorneys for
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIQUEZ AND JULIE ANNA MUNIZ, individually and on behalf of all other similarly situated<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC, *et al*.,<br><br>　　　　　　　　　　Defendant. | Case No. 3:20-CV-04688<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS COMPLAINT**<br><br>The Honorable Richard Seeborg<br><br>Court:　Courtroom 3 – 17th Floor<br>Date:　December 17, 2020<br>Time:　1:30 p.m. |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Google LLC's ("Google") Motion to Dismiss the Complaint. After consideration of the briefs, declarations, Request for Judicial Notice, and arguments of counsel and all other matters presented, the Court concludes that Google's motion to dismiss should be granted pursuant to Federal Rule of Procedure 12(b)(6) because each of the causes of action in Plaintiff's Complaint fails to state a claim as a matter of law.

Accordingly, IT IS HEREBY ORDERED THAT Google's Motion to Dismiss the Complaint is **GRANTED**, and the Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____                              _____

HON. RICHARD SEEBORG

United States District Judge