| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Benedict Y. Hur (SBN: 224018)<br>Simona Agnolucci (SBN: 246943)<br>Jayvan E. Mitchell (SBN: 322007)<br>Amanda Maya (SBN: 324092)<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 858-7400<br>Facsimile: (415) 858-7599<br>bhur@willkie.com<br>sagnolucci@willkie.com<br>jmitchell@willkie.com<br>amaya@willkie.com<br><br>Attorneys for Defendants<br>GOOGLE LLC and ALPHABET INC. | BOIES SCHILLER FLEXNER LLP<br>Mark C. Mao (SBN: 236165)<br>Beko Reblitz-Richardson (SBN: 238027)<br>Alexander J. Konik (SBN: 299291)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>Fax: (415) 293-6899<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br>akonik@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>James Lee (pro hac admission pending)<br>Rossana Baeza (pro hac admission pending)<br>100 SE 2nd Street, 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>Fax: (303) 539-130<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>SUSMAN GODFREY LLP<br>Amanda Bonn (SBN 270891)<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310)789-3131<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>Attorneys for Plaintiffs<br>Anibal Rodriguez and Julieanna Muniz |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ individually and on behalf of all other similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC and ALPHABET INC.<br><br>　　　　　　　　　Defendants. | Case No. 3:20-cv-4688<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT ALPHABET INC. WITHOUT PREJUDICE;[PROPOSED] ORDER**<br><br>Courtroom:　3, 17th Floor<br>Judge:　　　Hon. Richard Seeborg<br>Action Filed:　July 14, 2020<br>Trial Date:　Not Set |

1  This stipulation is entered into between Plaintiffs and Alphabet Inc. ("Alphabet"),
2  collectively referred to as the "Parties."
3  WHEREAS, Plaintiffs filed their Class Action Complaint on July 14, 2020 against Google
4  LLC ("Google") and Alphabet, alleging constitutional and statutory violations of privacy laws;
5  WHEREAS, Alphabet represents that it is a holding company only and does not provide to
6  putative class members any of the Google products or services identified in the Complaint; and
7  WHEREAS, Plaintiffs and Alphabet have entered into a separate agreement to toll the
8  statute of limitations, laches, and/or any statute of repose.
9  WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs hereby
10  dismiss all claims, without prejudice, against Defendant Alphabet. Pursuant to agreement, the
11  parties agree to bear their own fees and costs.

WILLKIE, FARR & GALLAGHER LLP

Date: October 13, 2020     By:   */s/ Benedict Hur*
                                 Benedict Y. Hur

                                 Attorney for Defendants
                                 Google LLC and Alphabet Inc.

SUSMAN GODFREY LLP

Date: October 13, 2020     By:   /s/ *Amanda Bonn*
                                 Amanda Bonn

                                 Attorneys for Plaintiffs
                                 Anibal Rodriguez and Julieanna Muniz

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, the Court hereby ORDERS:

1. All claims in Rodriguez, et. al v. Google LLP, No. 3:20-cv-4688 (N.D. Cal.) against named defendant Alphabet Inc. are hereby dismissed without prejudice.

2. Plaintiffs and defendant Alphabet Inc. shall each bear their own fees and costs related hereto.

**IT IS SO ORDERED.**

Dated: _____
HON. RICHARD SEEBORG
United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the attorney filing this document attests that he has obtained the concurrence in the filing of this document from any other signatories.

Dated:  October 13, 2020          */s/ Benedict Hur*
                                  Benedict Y. Hur
                                  Attorney for Defendants
                                  Google LLC and Alphabet Inc.