**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

**MORGAN & MORGAN**
Michael F. Ram, SBN 104805
mram@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.<br><br>Defendants | No. 3:20-cv-04688-RS<br><br>**NOTICE OF APPEARANCE BY MICHAEL F. RAM** |

NOTICE OF APPEARANCE                                          CASE NO. 3:20-cv-04688-RS

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSELS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Michael R. Ram of MORGAN & MORGAN, |
| 3 | COMPLEX LITIGATION GROUP, 711 Van Ness Avenue, Suite 500, San Francisco, CA |
| 4 | 94102, a member of the State Bar of California, and admitted to practice before this Court, |
| 5 | hereby enters an appearance as counsel on behalf of Plaintiffs Anibal Rodriguez and JulieAnna |
| 6 | Muniz in the above referenced matter. |
| 7 | Respectfully Submitted, |
| 8 | Dated: October 14, 2020              MORGAN & MORGAN |
| 9 |                                       By:     /s/ Michael F. Ram |
| 10 |                                              Michael F. Ram |

NOTICE OF APPEARANCE                                           CASE NO. 3:20-cv-04688-RS