| | |
|---|---|
| JOHN A. YANCHUNIS (*Pro Hac Vice Admission*) <br> RYAN J. McGEE (*Pro Hac Vice Admission*) <br> MORGAN & MORGAN COMPLEX LITIGATION GROUP <br> 201 N. Franklin St., 7th Floor <br> Tampa, FL 33602 <br> Telephone: (813) 223-5505 <br> Email: jyanchunis@forthepeople.com <br> Email: rmcgee@forthepeople.com <br><br> Attorneys for Plaintiffs <br> ANIBAL RODRIGUEZ and JULIEANNA MUNIZ | DAVID H. KRAMER, SBN 168452 <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> Telephone: (650) 493-9300 <br> Email: dkramer@wsgr.com <br><br> Attorneys for Defendants GOOGLE LLC and ALTHPABET INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ, individually and on behalf of all others similarly situated, <br><br>     Plaintiff(s), <br><br>     vs. <br><br> GOOGLE, LLC and ALPHABET, INC., <br><br>     Defendant(s). | Case Number: 3:20-cv-4688-RS |

### NOTICE OF APPEARANCE OF ATTORNEY MICHAEL F. RAM

PLEASE TAKE NOTICE that Michael F. Ram, Esq., of Morgan & Morgan Complex Litigation Group, hereby enters his appearance as counsel for Plaintiffs and the proposed class, and requests that copies of all pleadings, orders and other papers

be served on the undersigned at the address noted below and/or via the ECF filing system.

Dated: October 14, 2020

Respectfully submitted,

/s/ Michael F. Ram
Michael F. Ram, SBN 104805
mram@forthepeople.com
Marie N. Appel, SBN 187483
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ Michael F. Ram