**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Jayvan E. Mitchell (SBN: 322007)
jmitchell@willkie.com
Amanda Maya (SBN: 324092)
amaya@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-cv-4688-RS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Richard Seeborg<br>Action Filed: July 14, 2020<br>Trial Date: Not Set<br>Place: Courtroom 3 – 17th Floor |

CASE NO. 3:20-cv-4688-RS
STIPULATION AND [PROPOSED] ORDER TO SET THE DEADLINE FOR PLAINTIFFS TO AMEND THEIR COMPLAINT AND THE BRIEFING SCHEDULE FOR ANY MOTION TO DISMISS
7677571v1/016882

Pursuant to the Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez and Julieanna Muniz ("Plaintiffs") and Defendant Google LLC ("Google"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiffs filed their Complaint on July 14, 2020;

WHEREAS, Plaintiffs and Google (the "Parties") have twice stipulated for an extension of time for Google to file a response to Plaintiffs' Complaint, Dkt. Nos. 33, 35;

WHEREAS, the Parties stated in their Joint Case Management Statement that they anticipated stipulating to a similar extension of time for Plaintiffs to respond to any Google filing, either by way of an opposition to any motion to dismiss or an amended complaint, Dkt. No. 47;

WHEREAS, Google filed a motion to dismiss Plaintiff's Complaint on October 13, 2020;

WHEREAS, Plaintiffs have indicated that they intend to amend the Complaint;

NOW THEREFORE, the Parties stipulate to the following schedule:

1. The deadline for Plaintiffs to amend the Complaint shall be November 11, 2020.
2. The deadline for Google to respond to Plaintiffs' Amended Complaint, including by way of a motion to dismiss, shall be December 17, 2020.
3. If Google files a motion to dismiss, the deadline for Plaintiffs to file any opposition shall be January 14, 2021.
4. The deadline for Google to file any reply shall be February 4, 2021.

| | | |
|---|---|---|
|1| DATED: October 23, 2020 | SUSMAN GODFREY L.L.P. |
|2| | |
|3| | By: */s/ Amanda Bonn* |
| | | Amanda Bonn (CA Bar No. 270891) |
| | | abonn@susmangodfrey.com |
| | | 1900 Avenue of the Stars, Suite 1400 |
| | | Los Angeles, CA 90067 |
| | | Telephone: (310) 789-3100 |

DATED: October 23, 2020        SUSMAN GODFREY L.L.P.

By: */s/ Amanda Bonn*
  Amanda Bonn (CA Bar No. 270891)
  abonn@susmangodfrey.com
  1900 Avenue of the Stars, Suite 1400
  Los Angeles, CA 90067
  Telephone: (310) 789-3100

  William Christopher Carmody (pro hac vice)
  bcarmody@susmangodfrey.com
  Shawn J. Rabin (pro hac vice)
  srabin@susmangodfrey.com
  Steven Shepard (pro hac vice)
  sshepard@susmangodfrey.com
  1301 Avenue of the Americas, 32nd Floor
  New York, NY 10019
  Telephone: (212) 336-8330

BOIES SCHILLER FLEXNER LLP
  Mark C. Mao (CA Bar No. 236165)
  mmao@bsfllp.com
  Beko Reblitz-Richardson (CA Bar No. 238027)
  brichardson@bsfllp.com
  Alexander Justin Konik (CA Bar No. 299291)
  akonik@bsfllp.com
  44 Montgomery Street, 41st Floor
  San Francisco, CA 94104
  Telephone: (415) 293 6858
  Facsimile (415) 999 9695

  James W. Lee (pro hac vice)
  jlee@bsfllp.com
  Rossana Baeza (pro hac vice)
  rbaeza@bsfllp.com
  100 SE 2nd Street, Suite 2800
  Miami, FL 33130
  Telephone: (305) 539-8400
  Facsimile: (305) 539-1304

  Jesse Panuccio (pro hac vice)
  jpanuccio@bsfllp.com
  1401 New York Ave, NW
  Washington, DC 20005
  Telephone: (202) 237-2727
  Facsimile: (202) 237-6131

|   |   |   |
|---|---|---|
| | | MORGAN & MORGAN |
| | | John A. Yanchunis (pro hac vice) |
| | | jyanchunis@forthepeople.com |
| | | Ryan J. McGee (pro hac vice) |
| | | rmcgee@forthepeople.com |
| | | Ra Olusegun Amen (pro hac vice) |
| | | ramen@forthepeople.com |
| | | 201 N. Franklin Street, 7th Floor |
| | | Tampa, FL 33602 |
| | | Telephone: (813) 223-5505 |
| | | |
| | | *Attorneys for Plaintiffs* |
| | | |
| DATED: October 23, 2020 | | WILLKIE FARR & GALLAGHER, LLP |
| | | |
| | | By:  */s/ Benedict Hur* |
| | | Benedict Y. Hur (SBN: 224018) |
| | | bhur@willkie.com |
| | | Simona Agnolucci (SBN: 246943) |
| | | sagnolucci@willkie.com |
| | | Jayvan E. Mitchell (SBN: 322007) |
| | | jmitchell@willkie.com |
| | | Amanda Maya (SBN: 324092) |
| | | amaya@willkie.com |
| | | One Front Street, 34th Floor |
| | | San Francisco, CA  94111 |
| | | Telephone:  (415) 858-7400 |
| | | Facsimile:  (415) 858-7599 |
| | | |
| | | *Attorneys for Defendant Google LLC* |

**ATTESTATION**

I, Amanda Bonn, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 23, 2020               By:   */s/ Amanda Bonn*
                                            Amanda Bonn

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
Hon. Richard Seeborg
United States District Judge