1 | **WILLKIE FARR & GALLAGHER LLP**
2 | Benedict Y. Hur (SBN: 224018)
  | Simona Agnolucci (SBN: 246943)
3 | Eduardo E. Santacana (SBN: 281668)
  | Jayvan E. Mitchell (SBN: 322007)
4 | Amanda Maya (SBN: 324092)
  | One Front Street, 34th Floor
5 | San Francisco, CA 94111
  | Telephone: (415) 858-7400
6 | Facsimile: (415) 858-7599
7 | bhur@willkie.com
  | sagnolucci@willkie.com
8 | esantacana@willkie.com
  | jmitchell@willkie.com
9 | amaya@willkie.com

10 | Attorneys for
   | GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| ANIBAL RODRIQUEZ, *et al.*, individually and on behalf of all other similarly situated, | Case No. 3:20-CV-04688 |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | |
| GOOLGLE LLC, | |
| Defendant. | Court: Courtroom 3 – 17th Floor |
| | Date: February 25, 2021 |
| | Time: 1:30 p.m. |
| | Judge: Hon. Richard Seeborg |

1  **[PROPOSED] ORDER**

2  This matter is before the Court on Defendant Google LLC's ("Google") Motion to Dismiss
3  Plaintiffs' First Amended Complaint. After consideration of the briefs and arguments of counsel
4  and all other matters presented, the Court concludes that Google's Motion to Dismiss should be
5  granted pursuant to Federal Rule of Procedure 12(b)(6) because each of the causes of actions in
6  Plaintiffs' First Amended Complaint fails to state a claim as a matter of law.

7  Accordingly, IT IS HEREBY ORDERED THAT Google's Motion to Dismiss the First
8  Amended Complaint is **GRANTED**, and the First Amended Complaint is DISMISSED WITH
9  PREJUDICE.

11  **IT IS SO ORDERED.**

13  Dated: _____                           _____
14                                                HON. RICHARD SEEBORG
                                                  United States District Judge