**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Eduardo E. Santacana (SBN: 281668)
Jayvan E. Mitchell (SBN: 322007)
Amanda Maya (SBN: 324092)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
esantacana@willkie.com
jmitchell@willkie.com
amaya@willkie.com

Attorneys for
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIQUEZ, *et al.*, individually and on behalf of all other similarly situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>              Defendant. | Case No. 3:20-CV-04688<br><br>**DECLARATION OF JAYVAN E. MITCHELL IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Court: Courtroom 3 – 17th Floor<br>Date:  February 25, 2021<br>Time:  1:30 p.m.<br>Judge: Hon. Richard Seeborg |

I, Jayvan E. Mitchell, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an associate with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit A(1)-(2)** are true and correct copies of Alibaba's Terms of Use agreements in effect in May and September of 2020, which were downloaded on October 12, 2020 at:

> https://rule.alibaba.com/rule/detail/2041.htm
> https://web.archive.org/web/20200825151825/https://rule.alibaba.com/rule/detail/2041.htm

3. Attached hereto as **Exhibit B(1)-(2)** are true and correct copies of Alibaba's Privacy Policies in effect in February and September 2020, which were downloaded on October 12, 2020 at:

> https://rule.alibaba.com/rule/detail/2034.htm
> https://web.archive.org/web/20200901155358/https://rule.alibaba.com/rule/detail/2034.htm

4. Attached hereto as **Exhibit C(1)-(2)** are true and correct copies of Lyft's Terms of Service agreements in effect in 2018 and 2019, which were downloaded on October 12, 2020 at:

> https://www.lyft.com/terms
> https://web.archive.org/web/20190105031147/https://www.lyft.com/terms

5. Attached hereto as **Exhibit D(1)-(2)** are true and correct copies of Lyft's Privacy Policies in effect in January and September of 2020, which were downloaded on December 16, 2020 at:

> https://www.lyft.com/privacy
> https://web.archive.org/web/20200107073652/https://www.lyft.com/privacy

6. Attached hereto as **Exhibit E(1)-(2)** is a true and correct copy of the Economist Group's Cookie Policy in effect in 2020 and 2018, which was downloaded on December 16, 2020:

> https://www.economistgroup.com/results_and_governance/governance/Cookies_information.html

https:web.archive.org/web/20191023064714/https://www.economistgroup.com/results_and_governance/governance/Cookies_information.html

7. Attached hereto as **Exhibit F(1)-(2)** is a true and correct copy of the New York Times Cookie Policy in effect in December and June of 2020, which was downloaded on December 16, 2020:

> https://www.nytimes.com/privacy/cookie-policy
> https://web.archive.org/web/20200801081027/https://www.nytimes.com/privacy/cookie-policy

8. Attached hereto as **Exhibit G** is a true and correct copy of the Wattpad Privacy Policy in effect on May 25, 2018, which was downloaded on December 16, 2020 (no earlier version was publicly available):

> https://policies.wattpad.com/privacy/

9. Attached hereto as **Exhibit H(1)-(2)** is a true and correct copy of the Google Analytics Opt-Out Browser Add-On in effect in 2019 and 2020, which was downloaded on December 16, 2020:

> https://tools.google.com/dlpage/gaoptout
> https://web.archive.org/web/20191216175042/https://tools.google.com/dlpage/gaoptout

10. Attached hereto as **Exhibit I(1)-(2)** is a true and correct copy of the NPR Privacy Policy in effect in 2020 and 2018, which was downloaded on December 16, 2020:

> https://www.npr.org/about-npr/179878450/privacy-policy
> https://web.archive.org/web/20191216044707/https://www.npr.org/about-npr/179878450/privacy-policy

11. Attached hereto as **Exhibit J(1)-(2)** is a true and correct copy of the Duolingo Privacy Policy in effect in May and October of 2018, which was downloaded on December 16, 2020:

> https://www.duolingo.com/privacy
> https://web.archive.org/web/20180705122229/https://www.duolingo.com/undefined

1  12. Attached hereto as **Exhibit K(1)-(2)** is a true and correct copy of Trivago's Privacy
2  Policy in effect in 2019 and 2020, which was downloaded on December 16, 2020:
3  https://www.trivago.com/privacy-policy
   https://web.archive.org/web/20191215023851/https://
4  www.trivago.com/privacy-policy

5  13. Attached hereto as **Exhibit L(1)-(2)** is a true and correct copy of Venmo's Privacy
6  Policy in effect in 2019 and 2020, which was downloaded on December 16, 2020:
7  https://venmo.com/legal/us-privacy-policy/
8  https://web.archive.org/web/20190914080900/https://venmo.com/legal/us-privacy-policy/

9  14. Attached hereto as **Exhibit M** is a true and correct copy of a Firebase policy entitled
10 "Set a User ID", which was downloaded on December 17, 2020:
11
12 https://firebase.google.com/docs/analytics/userid

13 15. Attached hereto **Exhibit N** is a true and correct copy of the Google Privacy & Terms
14 web page titled "How Google Uses Information from Site or Apps that Use Our Services," which
15 was downloaded on December 17, 2020:
16 https://policies.google.com/technologies/partner-sites?hl=en-US

17 16. Attached hereto **Exhibit O** is a true and correct copy of the Firebase Documentation
18 web page titled "Configure Analytics Data Collection and Usage," which was downloaded on
19 December 17, 2020:
20 https://firebase.google.com/docs/analytics/configure-data-collection

21 I declare under the penalty of perjury that the foregoing is true and correct. Executed on
22 December 17, 2020.

23                              By:    /s/ *Jayvan E. Mitchell*
                                       Jayvan E. Mitchell
24
25
26
27
28