# EXHIBIT G

> **Privacy Policy**
>
> What is Personal Information?
>
> What do we collect and Why do we use it?
>
> Why do you ask for my date of birth?
>
> Why do we collect and use your email?
>
> What can other Wattpad users see?
>
> How do we share your Personal Information?
>
> Where do we store your Personal Information?
>
> Access to your personal information
>
> How does Wattpad protect my Personal Information?
>
> What happens to your Personal Information when you leave Wattpad?
>
> Non-personal information
>
> Changes
>
> How to contact us

# Privacy Policy

Last Revised: May 25, 2018

(Click here to see previous version (https://support.wattpad.com/hc/en-us/articles/200774224-Privacy-Policy))

*If you are a California resident, please see our California Resident Privacy Notice (/privacy/ccpa) for supplemental information and disclosures regarding rights of California residents*

At Wattpad Corp. ("**Wattpad**" "**we**" or "**us**"), we are committed to protecting your privacy and keeping your information safe. Wattpad processes information about you in a few different ways. This Privacy Policy explains how we collect, use, disclose and keep information that can identify you ("**Personal Information**") when you create a Wattpad account and use wattpad.com (the "**Site**"), or our mobile applications, to post content to the Wattpad community, including stories you create, comments and messages (the "**Services**").

Note that our Terms of Service (/terms) apply to this Privacy Policy. By creating an account with Wattpad, using the Services, or submitting any Personal Information Information via the Services, you are consenting to the collection, use and disclosure of your Personal Information as described below in this Privacy Policy. If you do not consent to the use of your Personal Information in these ways, please stop using the Services.

This is important; we hope you will take time to read it carefully.

Back to top

## What is Personal Information?

"Personal Information" is any information that can identify you. This may include, but is not limited to, your name, mailing address, telephone number, email address, Internet Protocol ("IP") address, age, gender, marital status, health information, financial status, credit card information and credit history.

Back to top

## What do we collect and Why do we use it?

If you're just browsing our Site, we don't collect any Personal Information about you. In order for you to create an account with Wattpad and use our Services, we need to collect and process some Personal Information. Depending on your use of the Services, that may include:

**What we collect:**

Information that is necessary for the use of our Services, such as your username, email address, date of birth, and password.

If you register for Wattpad via third parties like Facebook and Google, they send us information that is necessary for your use of our Services, such as your name, email address, gender and birthdate.

**We use this Personal Information to:**

- Create your Wattpad account and provide you with our Services
- Identify you across the Services (e.g. when you sign in, post a story, or make a comment)
- Make age appropriate content available to you
- Provide you with technical support services
- Communicate with you (e.g. letting you know about upcoming changes or improvements)
- Send you marketing emails, unless you opt-out
- Display the information as part of your Wattpad profile
- Calculate anonymous, aggregate statistics to better understand our users, improve our Services, and develop new features

**What we collect:**

Information you choose to give to us, such as your real name, gender, and location.

**We use this Personal Information to:**

- Display the information as part of your Wattpad profile
- Calculate anonymous, aggregate statistics to better understand our users, improve our Services, and develop new features

**What we collect:**

Information we automatically collect from your use of our Services, including:

- IP address
- Cookie data
- Device information
- Browser type
- Operating system
- Pages visited
- Actions performed e.g. voting

**We use this Personal Information to:**

- Personalize and customize your story discovery experience
- Measure your use and overall satisfaction with our Services
- Calculate anonymous, aggregate statistics to better understand our users, improve our Services, and develop new features
- Investigate and prevent reported issues, illegal activity, and breaches of our terms of service
- Help prevent spam, fraud, abuse, and other prohibited activity
- Display relevant, tailored advertisements and improve your ad experience, except where your separate consent is required
- For security purposes

We treat the personal information above as private by default, so it won't be displayed on the Site (unless you choose to publicly display applicable information via your account settings), revealed to other Wattpad users, or rented or sold to anyone unless the data has been anonymized. For more information on how signing up to the Wattpad community through third-party social media platforms works, visit our Signing up with Facebook/Google+ article (https://support.wattpad.com/hc/en-us/articles/201456610-Linked-Accounts).

Except for your email address, which is required to create your Wattpad account, you can always opt not to disclose any Personal Information to us, but then you may be unable to use certain features on the Services. For more information, visit our Account Privacy article (https://support.wattpad.com/hc/en-us/articles/208111096-Account-Privacy) .

Back to top

## Why do you ask for my date of birth?

Children **under 13** are not permitted to use Wattpad, and so this Privacy Policy makes no provision for their use of Wattpad Services.

If you are a parent or guardian and learn that your minor child has provided us with Personal Information without your consent, please contact us using the details below.

Back to top

## Why do we collect and use your email?

We use email as an important way to communicate with you. You can manage your email notification preferences, such as messages and follower alerts, by adjusting your preferences in the Notifications section of your account Settings. You may also opt out or unsubscribe from any future email communications from within a link provided in each email we send you. However, please note that in all cases you will continue to receive all system e-mails (e.g. those regarding forgotten user passwords) and legal notices (e.g. updates to our policies) from us.

Back to top

## What can other Wattpad users see?

Our Services are designed to help you share information with the Wattpad community. Any personal information that you voluntarily choose to include in a publicly accessible area of the Service will be available to anyone who has access to that content (including other Wattpad users), such as your username, name, the description you create, and your location, as well as the messages you post, whether on your profile, on our forums or to other users, and the lists you create, people you follow, stories you write, and many other bits of information that result from your use of the Services.

We may use this information to make inferences, like what topics you may be interested in, to develop new products and services for the Wattpad community, and to customize the content we show you, including ads. Our default is almost always to make the information you provide through Wattpad public to the rest of the Wattpad community, but we generally give you features, like direct messages, to make the information more private if you want.

Back to top

## How do we share your Personal Information?

We may share your Personal Information with third-party service providers, but only where it's necessary to provide any of the Services to you (e.g., email providers, server providers, etc.). When we share data with third-party services that support our delivery of the Services, we require that they protect your Personal Information to the same standards we do.

We do not and will not release, rent or sell your Personal Information, except in the following very limited situations:

- To comply with an applicable law (including investigations of any crime), regulation, legal process or enforceable governmental request;

- To enforce or apply our Terms of Use and other policies, including investigation of potential violations;

- To protect the rights, property, or safety of Wattpad, our employees, our users, or the public;

- If Wattpad is involved in a merger, acquisition or asset sale, in which case we will continue to ensure the confidentiality of any Personal Information and give affected users notice before Personal Information is transferred or becomes subject to a different privacy policy.

We never post anything to your Facebook or other third-party accounts without your permission.

Some application features use YouTube's API Services, this usage is covered by Google's Privacy Policy (http://www.google.com/policies/privacy).

- Wattpad does not access any of your personal information from YouTube's API, nor do we record your interactions with it.

- YouTube's API Services are used for the sole purpose of allowing writers to search for videos to embed into their stories.

Back to top

## Where do we store your Personal Information?

Our Services are mainly provided from our offices in Canada. However, Personal Information that you submit through the Services may be transferred to countries other than where you reside (for example, to our servers in the United States) for processing and storage. In addition, our third party service providers also may process or store your Personal Information on servers outside your country, including in Canada or the US.

By using any of the Services, or submitting any Personal Information via the Services, you authorize Wattpad and its authorized service providers to use and process your Personal Information in these countries. Please be aware that the privacy protections and the rights of authorities and Government agencies to access your personal information in some of these countries may not be equivalent to those in your country.

Back to top

## Access to your personal information

If you wish to access any Personal Information that we hold about you, or request that we correct or delete the Personal Information that we hold about you, you may contact us via email at privacy@wattpad.com (mailto:privacy@wattpad.com). We will comply with such requests to the extent required by law or our policies, and subject to any limitations in our systems.

To access, modify or delete the Personal Information you have provided to us, please log in and update your profile.

Back to top

## How does Wattpad protect my Personal Information?

We are continuously implementing and updating physical, organizational, contractual and technological security measures to protect your Personal Information from loss, theft, unauthorized access, disclosure, copying, use or modification. They only employees who are granted access to your Personal Information are

those with a business "need-to-know" or whose duties reasonably require such information. On all Wattpad platforms, we support encryption on all transmissions to protect Personal Information submitted on our Site.

Back to top

## What happens to your Personal Information when you leave Wattpad?

If you close your account, it will first be deactivated for a period of **six months**. When your account is deactivated, while it is not viewable on Wattpad, all of your public contributions and comments to the Wattpad community will remain (except that they will be anonymized).

For six months after deactivation, it is still possible to restore your account if it was accidentally or wrongfully deactivated, including re-associating your comments and contributions to your profile. After six months, we permanently delete your Personal Information from our systems, except that your anonymized comments and contributions will remain on the Service.

Back to top

## Non-personal information

Wattpad uses cookies, tracking pixels and similar technologies on our Service to collect information that cannot identify you as an individual (**"non-personal information"**) that helps us provide our Service to you and to learn how our Service is used. We also use these technologies to help deliver promotional messages and ads for relevant Wattpad products and services.

When you visit the Site or use the Service, we use cookies and we also automatically collect various types of information by the use of "clear gifs" or "web beacons". Cookies allow us to "remember" what you have done before and personalize the Service for you, and the automatically collected data provides us with Site usage statistics and other traffic data that is used to help diagnose problems, analyze trends and administer the Site and the Services. When placing cookies or using web beacons and clear gifs, Wattpad does not collect Personal Information, and we do not combine the information we do collect by these means with other Personal Information to tell us who you are or what your screen name or e-mail address is. Some of our business partners, like our advertisers, may use cookies on our Site. We have no access to, or control over, these cookies.

We may share non-personal information publicly and with various third parties like publishers or advertisers. For example, we may share information with advertisers or publicly to show trends about the general use of our Services.

Back to top

# Changes

Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent; in other cases, please note that your continued use of the Services after any change means that you agree with, and consent to be bound by, the revised Privacy Policy. If you disagree with any changes in this Privacy Policy and do not wish your Personal Information to be subject to the revised Policy, you will need to close your account and/or stop using the Services.

Back to top

# How to contact us

If you have any questions about this Privacy Policy, please contact us at privacy@wattpad.com (mailto:privacy@wattpad.com)

Back to top



| COMPANY | | | COMMUNITY | BUSINESS |
|---|---|---|---|---|
| Wattpad Platform (https://wattpad.com/) | About Wattpad (https://company.wattpad.com/) | Culture (https://company.wattpad.com) | Wattpad (https://www.wattpad.com/culture) | Life @ Wattpad Instagram (https://www.instagram.com/lifeatwattpad/) |
| Team (https://company.wattpad.com/) | Business (https://business.wattpad.com/) | Work at Wattpad (https://company.wattpad.com/work-at-wattpad) | Facebook (https://www.facebook.com/wattpad) | LinkedIn (https://www.linkedin.com/company/wattpad) |

| | | | |
|---|---|---|---|
| Location (https://company.wattpad.com/location) | Press (https://company.wattpad.com/press) | Media Kit (https://company.wattpad.com/media-kit) | Instagram (https://instagram.com/wattpad/) |
| Privacy (https://policies.wattpad.com/privacy) | Support (https://support.wattpad.com/hc/en-us) | Terms (https://policies.wattpad.com/terms) | YouTube (https://www.youtube.com/user/wattpad) |
| | | | Twitter (https://twitter.com/wattpad) |

©2020 Wattpad. All rights reserved.