# EXHIBIT H-01



Select a language

## Google Analytics Opt-out Browser Add-on

To provide website visitors the ability to prevent their data from being used by Google Analytics, we have developed the Google Analytics opt-out browser add-on for websites using the supported version of Google Analytics JavaScript (analytics.js, gtag.js).

If you want to opt-out, download and install the add-on for your web browser. The Google Analytics opt-out add-on is designed to be compatible with Chrome, Internet Explorer 11, Safari, Firefox and Opera. In order to function, the opt-out add-on must be able to load and execute properly on your browser. For Internet Explorer, 3rd-party cookies must be enabled. Learn more about about the opt-out and how to properly install the browser add-on [here](#).

**Get Google Analytics Opt-out Browser Add-on**

Available for Microsoft Internet Explorer 11, Google Chrome, Mozilla Firefox, Apple Safari and Opera.

[Learn more about Google Analytics Privacy »](#)

©2020 Google - [Privacy Policy](#) - [Help](#)