# EXHIBIT K-02



# trivago's Privacy Notice

This Privacy Notice is valid for the all websites hosted by trivago N.V and its subsidiaries (such as the hotel search websites, the trivago magazine, trivago company pages, the Business Studio, Hotel Manager etc.) and the trivago App (collectively "Services").

In this Privacy Notice we provide information about the processing of personal data while using our Services. Personal data is any data that can be used to identify you. The protection of your personal data is very important to us. If you have any questions or would like more information about privacy at trivago, please contact info@trivago.com with the subject 'Privacy Query'.

Continuous technological development, changes to our services, changes to laws, or other reasons may require us to amend our Privacy Notice. We will make changes to this Privacy Notice regularly and we ask that you keep yourself informed of its contents.

## 1. Party responsible for data processing

The controller of the personal data we process is trivago N.V., Kesselstraße 5-7, 40221 Düsseldorf, Germany, telephone: + 49-211-3876840000, E-mail: info@trivago.com.

## 2. Data protection officer point of contact

You can reach our data protection officer at info@trivago.com with the subject 'Privacy Query'.

## 3. Your rights

You have the following rights with respect to your personal data:

### 3.1 General rights

You have the right to information, access, correction, deletion, restriction of processing, objection to processing, and data portability. If processing is based on your consent, you have the right to revoke it at any time.

### 3.2 Rights to object to processing of data based on legitimate interests

Article 21(1) EU General Data Protection Regulation (EU) 2016/679 ("GDPR") gives you the right to object at any time for reasons arising out of your particular situation against the processing of personal data relating to you

when your data is processed under Article 6(1)(e) or Article 6 (1)(f) GDPR. This also applies to profiling. If you object, we will no longer process your personal data unless we can establish compelling and legitimate grounds for processing that outweigh your interests, rights and freedoms, or if the processing aids the enforcing, exercising or defending of legal claims.

### 3.3 Rights to object to direct marketing

If we process your personal data for the purpose of direct marketing Article 21(2) GDPR gives you the right to object at any time to the processing of your personal data for the purpose of direct marketing; this also applies to profiling, insofar as it is associated with direct marketing.

If you object to processing for the purpose of direct marketing, we will no longer process your personal data for this purpose.

### 3.4 Right to complain to a supervisory authority

You also have the right to complain to a relevant data protection supervisory authority about our processing of your personal data.

## 4. The processing of personal data when using the Services

We process your personal data using the legitimate interests legal basis, except in specific circumstances where you provide consent or where the processing is necessary for a contract that you have with us or where you have asked us to take specific steps prior to entering into a contract. We apply appropriate safeguards to protect your privacy and we process your personal data for the following purposes:

- Helping you find your ideal hotel.
- Providing you with customised and more relevant hotel search results.
- Providing, securing, maintaining and improving our Services for our users.
- Developing new products and features related to hotel search and travel.
- Understanding how users use our Services so that we can improve the performance and provide better services to our users.
- Direct marketing to users of our services about our Services or related services.
- User research that improves users' experience of our Services and improves our Services.
- Assisting you with making hotel reservations.
- Complying with legal obligations and resolving disputes.

When you use our Services, we process these types of personal data:

- Personal Identifying information such as your name, addresses, telephone numbers or email addresses

- Personal details such as age, sex, date of birth.
- Electronic identification data such as IP addresses, cookies, connection moments, device ID's mobile advertising identifiers, date and time of the inquiry, time, request contents, (concrete page), access

  status/HTTP status code, amount of data transferred, website receiving the request, browser software and version, operating system and its interface, and language.
- Data that your browser or device makes available.
- Electronic localization data such as GPS data and locational data.
- Financial identification data such as credit or debit card numbers.
- Data about your interaction with our services.
- Security details such as passwords related to our Services.

# 5. Contact by e-mail or contact form

When you contact us by e-mail or through a contact form, we will store the data you provide (your e-mail address, possibly your name and telephone number) so we can answer your questions. Insofar as we use our contact form to request entries that are not required for contacting you, we have always marked these as optional. This information serves to substantiate your inquiry and improve the handling of your request. Your message may be linked to various actions taken by you on the trivago website. Information collected will be solely used to provide you with support relating to your booking and better understand your feedback. A statement of this information is expressly provided on a voluntary basis and with your consent, art. 6 par. 1a GDPR. As far as this concerns information about communication channels (such as your e-mail address or telephone number), you also agree that we may also, where appropriate, contact you via this communication channel to answer your request. You may of course revoke this consent for the future at any time.

We delete the data that arises in this context after saving is no longer required, or limit processing if there are statutory retention requirements.

# 6. Newsletter

## 6.1 General information

With your consent under Art. 6 par. 1 a GDPR, you can opt in to our newsletter, which will inform you about our current deals.
To sign up for our newsletter, we use the "double opt-in" method. This means that after you have signed up, we will send you an e-mail to the e-mail address specified, in which we ask you to confirm that you wish to receive the newsletter. If you do not confirm your sign-up within [24 hours], your information will be locked and automatically deleted after one month.

In addition, we save the IP addresses you used and the times of sign-up and confirmation. The purpose of the procedure is to verify your sign-up and, if necessary, to inform you about possible misuse of your personal data.

The only requirement for sending the newsletter is your email address. The specification of additional, separately marked data is voluntary and will be used to address you personally. After your confirmation, we will save your e-mail address for the purpose of sending you the newsletter. The legal basis is art. 6 par. 1 a GDPR.

You may revoke your consent to the sending of the newsletter at any time and opt out of the newsletter. You can declare the revocation by clicking the link provided in each newsletter e-mail or by contacting the aforementioned data protection officer.

## 6.2 Newsletter Tracking

Please note that we evaluate your user behavior when sending the newsletter. For this evaluation, the emails sent include "web beacons" or tracking pixels, which are stored on our website. For the evaluations, we link the data mentioned and the web beacons with your e-mail address and an individual ID.

With the data obtained in this way, we generate a user profile to tailor the newsletter to your individual interests. In doing so, we record when you read our newsletters, which links you click on in them and deduce your personal interests. We link this data with actions you have taken on our website.

You can object to this tracking at any time by clicking on the separate link provided in each e-mail. The information will be saved as long as you have opted in to the newsletter. After you log out, we save the data purely statistically and anonymously.

Also, such tracking is not possible if you've deactivated image viewing by default in your e-mail application. In this case, the newsletter will not be displayed in full and you won't be able to use all the features. If you display images manually, the above tracking will take place.

# 7. Specific functions of the Services

## 7.1 trivago User Account

You can create a trivago user account. If you create a trivago user account you will receive personal, password-protected access and can view and manage the data you have stored in your account. trivago user account creation is voluntary but may be required to fully use the functionality of some of our Services.

If you create a trivago user account, we will send you our newsletter and other direct marketing. You can unsubscribe from the newsletter or delete your trivago user account at any time.

You can manage, modify and delete all information in your trivago user account. The legal basis for this processing is Article 6(1)(a), (b), and (f) GDPR.

## 7.2 Business Studio and Hotel Manager

If you use Business Studio or Hotel Manager you will receive a personal, password-protected account and you

can view and manage the data that is stored in that account. Hoteliers who have a trivago Business Studio/ Hotel Manager account may be contacted by telephone and be informed about new or additional features of the tool. The legal basis for this processing is Article 6(1)(b), and (f) GDPR.

### 7.3 trivago Express Booking or One Click Booking

When you use the trivago Express Booking or one click booking functionality, you can choose to create a trivago user account and store the personal data that you provide to us to allow you to use this personal data at a later stage when booking other hotels to make the booking process easier for you. When you decide to make a reservation with a hotel, we will send your personal data required for the reservation to the hotel so that the hotel can process your reservation. The legal basis for this processing is Article 6(1)(b) GDPR.

## 8. Use of social plug-ins

This website uses the provider's social plug-ins

- Facebook, Instagram (operator: Facebook Inc., 1601 S. California Ave, Palo Alto, CA 94304, USA)
-YouTube (YouTube LLC 901 Cherry Avenue, San Bruno, CA 94066, USA)
-Twitter (operator: Twitter Inc., 795 Folsom St., Suite 600, San Francisco, CA 94107, USA)
-LinkedIn (LinkedIn Corporation1000 W. Maude Avenue, Sunnyvale, CA 94085, USA)
- Pinterest (operator: Pinterest Inc., 635 High Street, Palo Alto, CA, 94301, USA)
-Xing (XING SE, Dammtorstraße 30, 20354 Hamburg)

These plug-ins typically collect data from you as standard, and transmit it to the respective vendor's server. We have taken technical measures to ensure the protection of your privacy, which guarantee that your data cannot be collected by the vendors of the respective plug-ins without your consent. These will initially be deactivated when you visit a site connected to the plug-ins. The plug-ins will not be activated until you click on the respective symbol, and by doing so, you give your consent to have your data transmitted to the respective vendor. The legal basis for plug-in use is article 6, par. 1 a and f of the GDPR.

Once activated, the plug-ins also collect personally identifiable information, such as your IP address, and send it to the respective vendor's server, where it is saved. Activated social plug-ins also set a cookie with a unique identifier when you visit the respective website. This allows the vendor to generate profiles of your user behavior as well. This occurs even if you are not a member of the respective vendor's social network. If you are a member of the vendor's social network and you are logged into the website during your visit, your data and information about your visit to the website can be linked with your profile on the social network. We do not have any influence over the exact extent to which your data is collected by the respective vendor. For more information about the extent, nature, and purpose of data processing and about the rights and setting options for protecting your privacy, please see the data protection notices for the respective social network vendor. These can be found at the following addresses:

-Facebook: https://www.facebook.com/policy.php
-Twitter: https://twitter.com/en/privacy
-Pinterest: https://about.pinterest.com/en/privacy-policy
-Instagram: https://help.instagram.com/519522125107875?helpref=page_content
-Xing: https://privacy.xing.com/en/privacy-policy
-Youtube: https://support.google.com/youtube/topic/2803240?hl=en&ref_topic=6151248
-LinkedIn: https://www.linkedin.com/legal/privacy-policy

## 9. Facebook Connect

We offer you the option of enrolling and signing in through your Facebook account. If you enroll via Facebook, Facebook will ask you for your permission to release certain data in your Facebook account to us. This may include your first name, last name, and e-mail address so your identity and gender can be verified, as well as

general location, a link to your Facebook profile, your time zone, your date of birth, your profile picture, your "Like" information, and your friends list.

This data will be collected by Facebook and transmitted to us in compliance with the policies in the Facebook privacy policy. You can control the information that we receive from Facebook through the privacy settings in your Facebook account.

This data will be used to establish, provide, and personalize your account. The legal basis is article 6, par. 1 a, b, and f of the GDPR.

If you enroll with us through Facebook, your account will automatically be connected to your Facebook account and information about your activities on our website, if applicable, will be shared on Facebook and published on your timeline and news feed.

## 10. Use of cookies

Cookies will be stored on your device during the use of our website. Cookies are small text files that are stored on your hard drive assigned to the browser you use, and through which the place where the cookie is set accrues certain information. Cookies cannot run any programs or transmit any viruses to your device. They serve to make the website more user-friendly and efficient overall. We also use cookies to be able to identify you in subsequent visits.

This website uses the following types of cookies, whose extent and function are explained in the following:

### 10.1 Transient cookies

These cookies are automatically deleted when you close your browser. This includes session cookies in particular. These save a "session ID" with which different requests from your browser can be assigned to the joint session. This allows your device to be recognized again when you return to our website. Session cookies are deleted when you log out or close your browser.

### 10.2 Persistent cookies

These cookies are automatically deleted after a set duration that can vary depending on the cookie. You can delete cookies in your browser security settings at any time.

### 10.3 Flash cookies

Flash cookies used are not collected through your browser, but through your Flash plug-in. In addition, we use

HTML5 storage objects that are stored on your terminal. These objects save the necessary data independent of the browser you use and have no automatic expiration date. If you do not want Flash cookies processed, you must install a suitable add-on, such as "Privacy Badger" for Mozilla Firefox (https://www.eff.org/privacybadger) or Adobe Flash Killer Cookie for Google Chrome. You can prevent the use of HTML5 storage objects by setting your

browser to private mode. We also recommend that you manually delete your cookies and browser history on a regular basis.

## 10.4 Preventing cookies

You can configure your browser and App settings as you wish and, for example, decline to accept third-party or all cookies. Please note that you may not be able to use all of the website's functions in this case.

## 10.5 Legal bases and storage period

The legal bases for possible processing of personally identifiable information and its storage period vary and are described in the following sections.

# 11. Analysis

For the purposes of analyzing and optimizing our websites, we use different services that are described in the following. This allows us to analyze, for example, how many users visit our site, which information is requested the most, and how users find the website. The data that we collect includes the websites from which a person in question arrives at a website ("referrer"), which subpages on the website are accessed and how often, and the length of time for which a subpage is viewed. This helps us to develop and improve our website to be more user-friendly. The data collected does not serve to personally identify individual users. Anonymous or highly pseudonymous data will be collected. The legal basis for this is article 6, par. 1 f of the GDPR.

## 11.1 Google Analytics

This website uses Google Analytics, a web analysis service of Google Inc (1600 Amphitheatre Parkway Mountain View, CA 94043, USA). This use covers the Universal Analytics operating mode. This makes it possible to assign data, sessions, and interactions across multiple devices to a pseudonymous user ID and thus analyze a user's activities across devices.

Google Analytics uses cookies that allow your use of the website to be analyzed. The information generated by the cookie through your use of this website is generally transmitted to a Google server in the USA and stored there. If IP anonymization is activated on this website, however, your IP address will be truncated in advance within the member states of the European Union or other contracting states party to the Agreement on the European Economic Area. Only in exceptional circumstances will the full IP address be transmitted to a Google server in the USA and truncated there. The IP address transmitted from your browser in the context of Google Analytics will not be conflated with other Google data. Google will use this information in this website operator's order to evaluate your use of the website so that reports about website activity can be compiled and other services

connected to website and internet use can be rendered for the website operator. Our legitimate interest in data processing is also for these purposes. The legal basis for the use of Google Analytics is article 6, par. 1 f of the GDPR. The data sent by us and connected to cookies, user information (such as user ID), and promotional IDs are deleted after 14 months after the last use of our services. Data whose storage period has expired is automatically deleted once a month. More information on the terms and conditions of use and data protection can be found at https://www.google.com/analytics/terms/us.html and https://policies.google.com/?hl=en.

You can prevent cookies from being stored through the relevant setting in your browser software; however, please note that if you do so, not all functions of the website may be able to be used to their full extent. You can also prevent the data generated by the cookie and related to your use of the website (including your IP address) from being collected and processed by Google by downloading and installing https://tools.google.com/dlpage/gaoptout?hl=en. Opt-out cookies prevent the future collection of your data when visiting this website. To prevent Universal Analytics collection across various devices, you must perform the opt-out on all systems in use. Set the opt-out cookie by clicking here: Deactivate Google Analytics.

## 11.2 Google Tag Manager

For transparency reasons, we would like to mention that we use Google Tag Manager. Google Tag Manager does not itself collect any personally identifiable information. Tag Manager makes it easier for us to incorporate and manage our tags. Tags are small elements of code that serve to measure traffic and user behavior, record the effects of online advertising and social channels, establish remarketing and focus on target groups, and test and optimize websites, among other things. If you have deactivated, this will be taken into account by Google Tag Manager. For more information about Google Tag Manager, see:
https://www.google.com/analytics/tag-manager/use-policy/

## 11.3 eTracker

Data is collected and stored for marketing and optimization purposes on this website using technologies from etracker GmbH (https://www.etracker.com/en/). This data can be used to generate usage profiles under a pseudonym. Cookies may be used for this purpose. The data collected with eTracker technologies is not used for the purpose of personally identifying visitors to this website and will not be conflated with personally identifiable information about the bearer of the pseudonym without the explicit consent of the individual in question. You may object to the collection and storage of data at any time with effect for the future.
Please exclude me from the etracker count.

We use eTracker so we can analyze the use of our website and make regular improvements. The statistics we gather allow us to improve our website and develop it to be more interesting for you as a user. The data collected will be stored permanently and analyzed under a pseudonym. The legal basis for the use of eTracker is article 6, par. 1 f of the GDPR. Third party partner information: etracker GmbH, Erste Brunnenstraße 1, 20459 Hamburg;
https://www.etracker.com/en/data-privacy/.

## 11.4 Hotjar

Data is collected and stored for optimization purposes on this service using technologies from Hotjar Ltd. (https://www.hotjar.com). This data can be used to generate usage profiles under a pseudonym. Cookies may be used for this purpose. The data collected with Hotjar technologies is not used for the purpose of personally

identifying visitors to this website and will not be conflated with personally identifiable information about the bearer of the pseudonym without the explicit consent of the individual in question. You may opt-out from having Hotjar collect your information when visiting a Hotjar Enabled Site at any time by visiting the Hotjar Opt-out page https://www.hotjar.com/legal/compliance/opt-out and clicking 'Disable Hotjar' or enabling Do Not Track (DNT) in your browser.

## 11.5 Taboola

Data is collected and stored for optimization purposes on this service using technologies from Taboola. Taboola's tags and pixel on our websites collect information about page visits and actions (click, conversion) tied to a hashed Taboola User ID on our pages. Specifically, the pixel collects event from our website (including initial and subsequent page visits, conversion data, and the associated hashed Taboola User ID read from the cookie) and information about the user's browser read from the user agent that includes operating system, browser type and version. You may opt-out from having Taboola collect your information by visiting the Taboola Opt-out page at https://www.taboola.com/privacy-policy#user-choices-and-optout.

## 11.6 Outbrain

We integrated the 'Custom Audience' Pixel from Outbrain UK into our site. Via this pixel there will be a direct connection between your browser and the Outbrain server. By this connection Outbrain is enabled to access certain browser information from your device. This enables us to do targeted marketing activities (for example banner ads) which will be shown to you on other websites which integrated the Outbrain Widget. For more information please see the Outbrain Privacy Policy https://www.outbrain.com/legal/privacy#advertising_behavioral_targeting where you can also opt-out from under section 2 https://www.outbrain.com/legal/privacy#advertising_behavioral_targeting.

## 11.7 Intent Media

We offer personalized advertising through Intent Media, which uses online identifiers to identify visitors. To view Intent Media's privacy policy, click http://intentmedia.com/privacy-policy/. To opt out, click https://intentmedia.com/opt-out/.

## 11.8 Radar

We use Radar, a location context platform to power location based product experiences. Radar collects location information to create personalized product experiences and messages. For more information please refer to Radar's privacy policy: https://radar.io/privacy. You can disable the collection of location based data collection by disabling location tracking in your device.

## 11.9 Feedback

We aim to continually improve our services. For this purpose, we use 'Usabilla' from Usabilla B.V., Amsterdam, NL for user surveys. This service uses a cookie establishing a direct connection to the Usabilla server in order to transmit and process certain user information. We solely process your information in an anonymized form. For

transmit and process certain user information. We solely process your information in an anonymized form. For further information please see the Usabilla Privacy Policy at https://usabilla.com/privacy/.

# 12. Advertising

We use cookies for marketing purposes to approach our users with advertising that is more tailored to their interests. We also use cookies to reduce the likelihood of ads playing and to measure the effectiveness of our advertising measures. This information may also be shared with third parties, such as ad networks. The legal basis for this is article 6, par. 1 a and f of the GDPR. The goals intended in data processing serve the legitimate interest of direct marketing. You are entitled to file an objection to the processing of your data for the purposes of such advertising at any time. We provide the following opt-out options for the respective services for this purpose. Alternatively, you can prevent cookies from being set in your browser and App settings.

We use Google AdSense, a service for integrating ads. Google AdSense uses cookies and web beacons (invisible graphics). These web beacons allow the analysis of information such as visitor traffic on the pages of this website. The information generated by cookies and web beacons via the use of this website (including user IP addresses) and the distribution of ad formats is transferred to a Google server in the USA and stored there. Google can pass this information on to their affiliates. However, Google will not conflate your IP address with your other stored data. Users can prevent cookies from being installed through the relevant setting in their browser software and App settings; however, please note that if this is done, not all functions of the website may be able to be used to their full extent. By using this website, the user agrees to the processing of their data collected by Google in the manner and for the purpose described above.

## 12.1 Google AdWords and Conversion Tracking

To draw attention to our services, we place Google AdWords display ads and, within this context, use Google conversion tracking for the purposes of personalized online ads based on interests and location. The option to anonymize IP addresses is controlled through Google Tag Manager, via an internal setting that is not visible in the source of this page. This internal setting is set so that the anonymization required by privacy laws covers IP addresses.

Ads are displayed based on search requests on websites in the Google ad network. We have the ability to combine our ads with certain search terms. With the use of cookies, we are able to place ads based on previous user visits to our website.

When a user clicks on an ad, Google places a cookie on the user's device. For more information on the cookie technology used, please see Google's statements on website statistics and their data privacy policy.

With the use of this technology, Google, and we as their customer, receive the information that a user has clicked on an ad and was redirected to our websites. The information acquired this way is solely used for statistical analysis related to ad optimization. We do not receive any information that would allow us to personally identify a visitor. The statistics provided to us by Google include the total number of users who have clicked on one of our ads and, where applicable, whether they were redirected to a page on our website that has a conversation tag. These statistics allow us to track which search terms most often lead to our ads receiving clicks, and which ads lead to the user contacting us via the contact form.

If you do not want this, you can prevent the storage of the cookies required for this technology by, for example,

using the settings in your browser or your App. Should you do so, your visit will not be incorporated into user statistics.

You also have the option to choose the types of Google ads or deactivate interest-based ads on Google through ad settings. Alternatively, you can deactivate third-party use of cookies by using the Network Advertising Initiative's opt-out tool.

However, we and Google will still receive statistical information about how many users visit this site and when. If you do not want to be included in these statistics either, you can prevent this by using additional programs for your browser (such as the Ghostery add-on).

## 12.2 Google DoubleClick

We use DoubleClick, a service of Google Inc. DoubleClick uses cookies to place user-based web ads. The cookies detect which ads have already appeared in your browser and whether you visited a website via an ad placed. In doing so, the cookies do not collect any personally identifiable information, nor are they able to link to any.

If you do not want to receive any user-based advertising, you can disable the placement of ads by using Google's ad settings.

For more information about how Google cookies are used, please refer to Google's privacy statement.

## 12.3 Google Dynamic Remarketing

We use the dynamic remarketing function of Google AdWords on our website. This technology allows us to place automatically generated ads oriented towards target groups after you visit our website. Ads are oriented towards products and services that you clicked on during your last visit to our website.

Google uses cookies to generate interest-based ads. Cookies are small text files that are stored in your browser when you visit our website. In this process, Google typically stores information such as your web request, IP address, browser type, browser language, and the date and time of your request. This information only serves the purpose of mapping the web browser to a specific device. It cannot be used to identify an individual.

If you do not want to receive user-based advertising from Google, you can disable the placement of ads by using Google's ad settings.

For more information about how Google cookies are used, please refer to Google's privacy statement.

## 12.4 AppNexus

This website uses AppNexus, a service of the AppNexus Inc. company, 28 W 23rd Street, 4th floor, New York, New York – 10010, USA. Among other things, AppNexus uses cookies, which are stored on your device and enable analysis of website use, and beacons. During use, data including the user's IP address and activities is transmitted to an AppNexus Inc. server and stored there. AppNexus Inc. will transmit this information to third parties where necessary if this is prescribed by law or if this data is processed by third parties. You can prevent personally identifiable information (especially your IP address) from being collected and forwarded or processed

by disabling JavaScript in your browser or installing a tool like "NoScript." You can find more information in AppNexus's privacy policy. You can also set an opt-out for AppNexus.

## 12.5 Criteo

Information about the user's surfing behavior is collected for marketing purposes and cookies are set for this, solely in anonymized form, on our websites and online content using technology from Criteo (Criteo GmbH, Gewürzmühlstr. 11, 80538 Munich). This allows Criteo to analyze surfing behavior and then display targeted product recommendations as a relevant banner ad when other websites are visited. Anonymized data cannot be used to personally identify visitors to the website under any circumstances. The data collected by Criteo will only be used to improve promotional content. A small "i" (for information) can be found on each banner displayed; if you hover over this and click on it, a page will open that explains the system and offers an opt-out. Clicking "opt out" will set an opt-out cookie that will prevent this banner from being displayed in the future. It will not be used in any other way or forwarded to third parties. You can learn more about Criteo and object to the anonymous analysis of your surfing behavior at http://www.criteo.com/en/privacy/.

## 12.6 RTB House

Information about the user's surfing behavior is collected for marketing purposes and cookies are set for this, solely in anonymized form, on our websites and online content using technology from RTB House (RTB House SA, 61/101 Złota Street, 00-819 Warsaw Poland). This allows RTB House to analyze surfing behavior and then display targeted product recommendations as a relevant banner ad when other websites are visited. Clicking "opt out" will set an opt-out cookie that will prevent this banner from being displayed in the future. It will not be used in any other way or forwarded to third parties. You can learn more about RTB House and object to the anonymous analysis of your surfing behavior at https://www.rtbhouse.com/de/privacy/.

## 12.7 OpenX

This website uses OpenX, a service of the company OpenX GmbH, Maximilianstrasse 35a, 80539 Munich, Germany. Among other things, OpenX uses cookies, which are stored on your device and enable analysis of website use. During use, data including the user's IP address and activities is transmitted to an OpenX GmbH server and stored there. OpenX GmbH will transmit this information to third parties where necessary if this is prescribed by law or if this data is processed by third parties. You can prevent personally identifiable information (especially your IP address) from being collected and forwarded or processed by disabling JavaScript in your browser. More information about data protection with the use of OpenX can be found in their privacy statement. You can also set an opt-out.

## 12.8 Rubicon

This website uses the JavaScript code of the Rubicon company, The Rubicon Project, Inc., 12181 Bluff Creek Drive, 4th Floor, Playa Vista, CA, 90094, USA. If JavaScript is activated in your browser and no JavaScript blocker is installed, your browser will transmit personally identifiable information to Rubicon as applicable. More information on Rubicon's use of data and data protection can be found in Rubicon's privacy statement. To completely prevent Rubicon's code from running, you can object here.

## 12.9 Facebook family Custom Audiences

The product Facebook Custom Audiences (Facebook Inc. 1601 S. California Avenue, Palo Alto, CA, 94304) for Facebook and Instagramm is also used as part of usage-based online advertising. An irreversible and non-personally identifiable checksum (hash total) is essentially generated by your usage data, which can be transmitted to Facebook for analysis and marketing purposes. A Facebook cookie is set in this process. In doing so, information about your activities on the website (such as surfing behavior, subpages visited, etc.) is collected. Your IP address is stored and used for geographical modulation.

For more information about the purpose and extent of data collection and further processing and use of data, as well as privacy settings, please refer to the privacy policy for Facebook (https://www.facebook.com/privacy/explanation) and Instagram (https://help.instagram.com/519522125107875?helpref=page_content).

## 12.10 TradeTracker

TradeTracker (Tradetracker International BV De Strubbenweg 7, 1327 GA Almere, Netherlands) uses cookies and device identification technology to allow us to place advertisements for trivago on third party websites and monitor marketing performance. More information on TradeTracker, their cookies and their use of your personal data can be found in their privacy statement. To prevent TradeTracker from functioning you can use a private browsing session and set your device to reject cookies.

## 13. Data transmission

Your data will not be transmitted to third parties as a general rule unless we are legally obligated to do so or the transfer of data is necessary for implementing the contractual relationship or you have given prior express consent to have your data transferred.

External service providers and affiliated companies, such as online payment vendors communication agents, will only receive your data to the extent necessary to process your request. In these cases, however, the extent of data transmitted is kept to the necessary minimum. If our service providers come into contact with your personally identifiable information, we will make sure that this complies with the regulations of data protection laws in the same way through the course of processing the order in accordance with article 28 of the GDPR. Please note the vendor's respective data privacy policy as well. The respective vendor is responsible for the content of third-party services, although we review services for compliance with legal requirements to a reasonable extent.

We emphasize processing your data within the EU/EEA. However, it may happen that we use service providers who process data outside the EU/EEA. In these cases, we make sure that a reasonable level of data protection is established with the recipient before transmitting your personally identifiable information. This means that a level of data protection is reached through EU standard contracts or an adequacy decision that is comparable to the standard within the EU.

## 14. Data security

We have taken extensive technical and operational security precautions to protect your data from being accidentally or intentionally manipulated, lost, destroyed, or accessed by unauthorized persons. Our security measures are reviewed regularly and updated in keeping with technological advances.

Last updated June 2019

USA

Company
Jobs
Press
Investor relations

Mobile apps - searching on the go
trivago Hotel Manager - for hoteliers
trivago Magazine

Help
Learn how trivago works
Terms and conditions
Legal information
Privacy notice
Site map

Copyright 2019 trivago | All rights reserved.