# EXHIBIT M

(https://google.com/racialequity)

# Set a user ID

Google Analytics has a `setUserID` call, which allows you to store a user ID for the individual using your app. This call is optional, and is generally used by organizations that want to use Analytics in conjunction with BigQuery to associate analytics data for the same user across multiple apps, multiple devices, or multiple analytics providers.

You are responsible for ensuring that your use of the user ID is in accordance with the Google Analytics Term: e (https://firebase.google.com/terms/analytics). This includes avoiding the use of impermissible personally iable information, and providing appropriate notice of your use of identifiers in your Privacy Policy. Your user I not contain information that a third party could use to determine the identity of an individual user. For example t use a user's email address or social security number as a user ID.

There are many ways you can construct valid user IDs. One approach is to use an identifier you assign and only you can track back to an individual user. For one possible example, consider a hypothetical mobile game developer, AwesomeGameCompany, that has their own internal `AwesomeGameCompanyID` that they create for every user. If it isn't possible for an outside organization to track that `AwesomeGameCompanyID` back to the original user, they might consider using that `AwesomeGameCompanyID` — or, better yet, a hashed version of `AwesomeGameCompanyID` — as the user ID value for Analytics. This would then allow them to calculate values such as a user's total spend across all of their games.

Setting a user ID is never required for Analytics to work correctly. If you're only interested in finding events belonging to the same user for the same app on a single device, you can use the `user_pseudo_id`. This value is generated automatically by Analytics and is stored within BigQuery for each event.

## Setting the user ID

You can set a user ID with the following method:

```
Analytics.setUserID("123456")
```

After setting a user ID, all future events will be automatically tagged with this value, and you can access it by querying for the `user_id` value in BigQuery. Adding a user ID will not affect any events previously recorded by Google Analytics.

To find out more about accessing Analytics data in BigQuery, please see this development guide (https://cloud.google.com/solutions/mobile/mobile-firebase-analytics-big-query).

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License (https://creativecommons.org/licenses/by/4.0/), and code samples are licensed under the Apache 2.0 License (https://www.apache.org/licenses/LICENSE-2.0). For details, see the Google Developers Site Policies (https://developers.google.com/site-policies). Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2020-11-10 UTC.