**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Eduardo E. Santacana (SBN: 281668)
Jayvan E. Mitchell (SBN: 322007)
Amanda Maya (SBN: 324092)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
esantacana@willkie.com
jmitchell@willkie.com
amaya@willkie.com

Attorneys for
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIQUEZ AND JULIE ANNA MUNIZ, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOLGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688<br><br>**DECLARATION OF ANDREW ROPE IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:   February 25, 2021<br>Time:   1:30 p.m.<br>Court:  Courtroom 3 – 17th Floor<br><br>Hon. Richard Seeborg |

I, Andrew Rope, declare as follows:

1. I am a senior project manager on the legal team at Google LLC, defendant in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1(a)-(b)** are true and correct copies of the Google Analytics for Firebase Terms of Service agreements in effect in 2019 and 2020, which were downloaded on October 8, 2020 at:

> https://firebase.google.com/terms/analytics#previous_versions
> https://firebase.google.com/terms/analytics/20181001.

3. Attached hereto as **Exhibit 2(a)-(b)** are true and correct copies of the Google Analytics for Firebase Use Policies in effect in 2019 and 2020, which were downloaded on October 8, 2020 at:

> https://firebase.google.com/policies/analytics
> https://firebase.google.com/policies/analytics/2017-05-17.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2020 at Aptos, California.

By: _/s/ Andrew Rope_
Andrew Rope