# EXHIBIT 02-B

(https://google.com/racialequity)

# Google Analytics for Firebase Use Policy

This is an archive. For the current version of this page, head to <u>Google Analytics for Firebase Use Policy</u> (cies/analytics).

**Last updated: May 17, 2017**

We have modified the Terms of Service and Policies to replace the term "Firebase Analytics" with "Google Ana ebase."

==By enabling Google Analytics for Firebase you enable the collection of data about App Users, including via <u>identifiers for mobile devices</u> (//www.google.com/policies/technologies/ads/) (including Android Advertising ID and Advertising Identifier for iOS), cookies and similar technologies.==

==You will not facilitate the merging of personally-identifiable information with non-personally identifiable information unless you have robust notice of, and the user's prior affirmative (i.e., opt-in) consent to, that merger.==

You are required to notify your App Users by disclosing the following information:

- The Google Analytics for Firebase features you have implemented.

- How you and third-party vendors use first-party cookies, or other first-party identifiers, and third-party cookies and similar technologies, such as identifiers for mobile devices (including Android Advertising ID and Advertising Identifier for iOS), or other third-party identifiers, together.

- How App Users can opt-out of the Google Analytics for Firebase features you use, including through applicable device settings, such as the device advertising settings for mobile apps, or any other available means.

# European Union User Consent Policy

You must comply with the <u>European Union User Consent Policy</u>
(//www.google.com/about/company/user-consent-policy.html).

# Interest-based advertising

If you use Google Analytics for Firebase to collect sensitive information about your visitors, including information described in the <u>Google AdWords sensitive category restrictions</u>
(//support.google.com/adwordspolicy/answer/143465#sensitive), you may not use Google Analytics for Firebase to collect data for the purpose of interest based advertising.

Because laws across countries and territories vary, and because Google Analytics for Firebase can be used in many ways, Google is unable to provide the exact language you need to include in your privacy policy. Only you understand the unique aspects and special considerations of your business, and your privacy policy should account for this information that only you can provide.

Last Updated: 2017/05/17 (<u>View the archived version</u> (/policies/analytics/2016-05-18))

Except as otherwise noted, the content of this page is licensed under the <u>Creative Commons Attribution 4.0 License</u> (https://creativecommons.org/licenses/by/4.0/), and code samples are licensed under the <u>Apache 2.0 License</u> (https://www.apache.org/licenses/LICENSE-2.0). For details, see the <u>Google Developers Site Policies</u> (https://developers.google.com/site-policies). Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2020-08-21 UTC.