**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Jayvan E. Mitchell (SBN: 322007)
Amanda Maya (SBN: 324092)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
jmitchell@willkie.com
amaya@willkie.com

Attorneys for
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIQUEZ AND JULIE ANNA MUNIZ, individually and on behalf of all other similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC, *et al.*,<br><br>Defendant. | Case No. 3:20-CV-04688 RS<br><br>**NOTICE OF CHANGE OF COUNSEL PURSUANT TO N.D. CAL. CIV. L.R. 5-1(c)(2)(C)**<br><br>Judge:   Hon. Richard Seeborg<br>Courtroom:   3, 17th Floor |

PLEASE TAKE NOTICE that, pursuant to N.D. Cal. Civ. L.R. 5-1(c)(2)(C), JAYVAN E. MITCHELL of Willkie Farr & Gallagher LLP hereby withdraws as attorney of record for Defendant Google LLC in this action. Counsel of record for Defendant otherwise remains the same.

|  |  |
|---|---|
|  | WILLKIE FARR & GALLAGHER LLP |
| Date: January 4, 2021 | By:   */s/ Jayvan E. Mitchell*<br>         Jayvan E. Mitchell<br><br>Attorneys for Defendant<br>Google LLC |