**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Jayvan E. Mitchell (SBN: 322007)
jmitchell@willkie.com
Amanda Maya (SBN: 324092)
amaya@willkie.com
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

## UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-4688-RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION TO DISMISS HEARING** <br><br> Judge: Hon. Richard Seeborg <br> Action Filed: July 14, 2020 <br> Trial Date: Not Set <br> Place: Courtroom 3 – 17th Floor |

Pursuant to the Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, Julieanna Muniz, Eliza Cambay, Sal Cataldo, Emir Goenaga, Julian Santiago, Harold Nyanjom, Kellie Nyanjom, and Susan Lynn Harvey ("Plaintiffs") and Defendant Google LLC ("Google"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiffs filed their Amended Complaint on November 11, 2020;

WHEREAS, Google filed a Motion to Dismiss Plaintiffs' Amended Complaint on December 17, 2020;

WHEREAS, the deadline for Plaintiffs to file any opposition to Google's Motion to Dismiss is January 14, 2021;

WHEREAS, the deadline for Google to file any reply is February 4, 2021;

WHEREAS, on December 1, 2020, the Court set the hearing on any motion to dismiss for February 25, 2021, at 1:30 p.m.;

WHEREAS, counsel for Plaintiffs have a conflict on that hearing date for the following reasons;

1.  Counsel for Plaintiffs represent individuals in an earlier-filed action against Google currently pending before the Hon. Lucy H. Koh. *See Brown v. Google LLC*, Case No. 20-cv-03664-LHK (N.D. Cal.);

2.  On October 15, 2020, Google filed a Motion to Dismiss in the *Brown* litigation, noticing the Motion for a hearing before Judge Koh on February 25, 2021, at 1:30 p.m. *See Brown v. Google LLC*, Case No. 20-cv-03664-LHK (N.D. Cal.) (Dkt. No. 82);

NOW THEREFORE, the Parties stipulate and respectfully request that the Court re-set the February 25, 2021, hearing date to February 18, 2021 or March 4, 2021.

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION TO DISMISS HEARING

1  DATED: January 4, 2021                SUSMAN GODFREY L.L.P.

2                                        By:  /s/ Amanda Bonn

3                                              Amanda Bonn (CA Bar No. 270891)
                                               abonn@susmangodfrey.com

4                                              1900 Avenue of the Stars, Suite 1400
                                               Los Angeles, CA 90067

5                                              Telephone: (310) 789-3100

6                                              William Christopher Carmody (pro hac vice)

7                                              bcarmody@susmangodfrey.com
                                               Shawn J. Rabin (pro hac vice)

8                                              srabin@susmangodfrey.com
                                               Steven Shepard (pro hac vice)

9                                              sshepard@susmangodfrey.com
                                               1301 Avenue of the Americas, 32nd Floor

10                                             New York, NY  10019

11                                             Telephone: (212) 336-8330

12                                        BOIES SCHILLER FLEXNER LLP
                                               Mark C. Mao (CA Bar No. 236165)

13                                             mmao@bsfllp.com
                                               Beko Reblitz-Richardson (CA Bar No. 238027)

14                                             brichardson@bsfllp.com
                                               Alexander Justin Konik (CA Bar No. 299291)

15                                             akonik@bsfllp.com
                                               44 Montgomery Street, 41st Floor

16                                             San Francisco, CA 94104
                                               Telephone: (415) 293 6858

17                                             Facsimile (415) 999 9695

18
                                               James W. Lee (pro hac vice)

19                                             jlee@bsfllp.com
                                               Rossana Baeza (pro hac vice)

20                                             rbaeza@bsfllp.com
                                               100 SE 2nd Street, Suite 2800

21                                             Miami, FL 33130
                                               Telephone: (305) 539-8400

22                                             Facsimile: (305) 539-1304

23
                                               Jesse Panuccio (pro hac vice)

24                                             jpanuccio@bsfllp.com
                                               1401 New York Ave, NW

25                                             Washington, DC 20005
                                               Telephone: (202) 237-2727

26                                             Facsimile:  (202) 237-6131

27

28

MORGAN & MORGAN
    John A. Yanchunis (pro hac vice)
    jyanchunis@forthepeople.com
    Ryan J. McGee (pro hac vice)
    rmcgee@forthepeople.com
    Ra Olusegun Amen (pro hac vice)
    ramen@forthepeople.com
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505

    *Attorneys for Plaintiffs*

DATED: January 4, 2021    WILLKIE FARR & GALLAGHER, LLP

    By:  */s/ Eduardo E. Santacana*
        Benedict Y. Hur (SBN:  224018)
        bhur@willkie.com
        Simona Agnolucci (SBN:  246943)
        sagnolucci@willkie.com
        Jayvan E. Mitchell (SBN: 322007)
        jmitchell@willkie.com
        Amanda Maya (SBN:  324092)
        amaya@willkie.com
        Eduardo E. Santacana (SBN: 281668)
        esantacana@willkie.com
        One Front Street, 34th Floor
        San Francisco, CA  94111
        Telephone:  (415) 858-7400
        Facsimile:  (415) 858-7599

        *Attorneys for Defendant Google LLC*

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION TO DISMISS HEARING

**ATTESTATION**

I, Amanda Bonn, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


DATED:   January 4, 2021                                  By:   */s/ Amanda Bonn*
                                                                        Amanda Bonn

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION TO DISMISS HEARING

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing currently set for February 25, 2021, at 1:30 p.m. is hereby continued to _____.

Date: _____            _____
                                            Hon. Richard Seeborg
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION TO DISMISS HEARING