**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Jayvan E. Mitchell (SBN: 322007)
jmitchell@willkie.com
Amanda Maya (SBN: 324092)
amaya@willkie.com
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-4688-RS<br><br>**STIPULATION AND ORDER TO RESCHEDULE MOTION TO DISMISS HEARING**<br><br>Judge: Hon. Richard Seeborg<br>Action Filed: July 14, 2020<br>Trial Date: Not Set<br>Place: Courtroom 3 – 17th Floor |

CASE NO. 3:20-cv-4688-RS
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION TO DISMISS HEARING

Pursuant to the Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, Julieanna Muniz, Eliza Cambay, Sal Cataldo, Emir Goenaga, Julian Santiago, Harold Nyanjom, Kellie Nyanjom, and Susan Lynn Harvey ("Plaintiffs") and Defendant Google LLC ("Google"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiffs filed their Amended Complaint on November 11, 2020;

WHEREAS, Google filed a Motion to Dismiss Plaintiffs' Amended Complaint on December 17, 2020;

WHEREAS, the deadline for Plaintiffs to file any opposition to Google's Motion to Dismiss is January 14, 2021;

WHEREAS, the deadline for Google to file any reply is February 4, 2021;

WHEREAS, on December 1, 2020, the Court set the hearing on any motion to dismiss for February 25, 2021, at 1:30 p.m.;

WHEREAS, counsel for Plaintiffs have a conflict on that hearing date for the following reasons;

1. Counsel for Plaintiffs represent individuals in an earlier-filed action against Google currently pending before the Hon. Lucy H. Koh. *See Brown v. Google LLC*, Case No. 20-cv-03664-LHK (N.D. Cal.);
2. On October 15, 2020, Google filed a Motion to Dismiss in the *Brown* litigation, noticing the Motion for a hearing before Judge Koh on February 25, 2021, at 1:30 p.m. *See Brown v. Google LLC*, Case No. 20-cv-03664-LHK (N.D. Cal.) (Dkt. No. 82);

NOW THEREFORE, the Parties stipulate and respectfully request that the Court re-set the February 25, 2021, hearing date to February 18, 2021 or March 4, 2021.

| | | |
|---|---|---|
| 1 | DATED: January 4, 2021 | SUSMAN GODFREY L.L.P. |
| 2 | | By: /s/ Amanda Bonn |
| 3 | | Amanda Bonn (CA Bar No. 270891) |
| | | abonn@susmangodfrey.com |
| 4 | | 1900 Avenue of the Stars, Suite 1400 |
| | | Los Angeles, CA 90067 |
| 5 | | Telephone: (310) 789-3100 |

William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Alexander Justin Konik (CA Bar No. 299291)
akonik@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (pro hac vice)
jlee@bsfllp.com
Rossana Baeza (pro hac vice)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Jesse Panuccio (pro hac vice)
jpanuccio@bsfllp.com
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

| | | |
|---|---|---|
| 1 | | MORGAN & MORGAN |
| 2 | | John A. Yanchunis (pro hac vice) |
| | | jyanchunis@forthepeople.com |
| 3 | | Ryan J. McGee (pro hac vice) |
| | | rmcgee@forthepeople.com |
| 4 | | Ra Olusegun Amen (pro hac vice) |
| | | ramen@forthepeople.com |
| 5 | | 201 N. Franklin Street, 7th Floor |
| | | Tampa, FL 33602 |
| 6 | | Telephone: (813) 223-5505 |
| 7 | | *Attorneys for Plaintiffs* |
| 10 | DATED: January 4, 2021 | WILLKIE FARR & GALLAGHER, LLP |
| 11 | | By: */s/ Eduardo E. Santacana* |
| 12 | | Benedict Y. Hur (SBN: 224018) |
| | | bhur@willkie.com |
| 13 | | Simona Agnolucci (SBN: 246943) |
| | | sagnolucci@willkie.com |
| 14 | | Jayvan E. Mitchell (SBN: 322007) |
| 15 | | jmitchell@willkie.com |
| | | Amanda Maya (SBN: 324092) |
| 16 | | amaya@willkie.com |
| | | Eduardo E. Santacana (SBN: 281668) |
| 17 | | esantacana@willkie.com |
| | | One Front Street, 34th Floor |
| 18 | | San Francisco, CA 94111 |
| | | Telephone: (415) 858-7400 |
| 19 | | Facsimile: (415) 858-7599 |
| 20 | | *Attorneys for Defendant Google LLC* |

**ATTESTATION**

I, Amanda Bonn, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 4, 2021                                   By:   */s/ Amanda Bonn*
                                                                              Amanda Bonn

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing currently set for February 25, 2021, at 1:30 p.m. is hereby continued to March 4, 2021.

Date: January 4, 2021

_____
Hon. Richard Seeborg
United States District Judge