| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com |
| Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com | srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra O. Amen (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com | **MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br> vs.<br><br> GOOGLE LLC,<br><br>                Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: March 4, 2021<br>Time: 1:30 p.m. |

[PROPOSED] ORDER DENYING GOOGLE'S MOTION TO DISMISS

1 **[PROPOSED] ORDER**

2   Before the Court is Google LLC's ("Google") Motion to Dismiss Plaintiffs' First
3 Amended Complaint ("Motion to Dismiss").  Having considered the parties' papers filed in
4 support of and in opposition to the motion, argument by counsel, and all other matters properly
5 considered by this Court, the Court finds there is good cause to **DENY** Google's Motion to
6 Dismiss.

7   **THEREFORE, IT IS ORDERED** that for the reasons stated in the Memorandum of
8 Points and Authorities in Opposition to the Motion to Dismiss, the Motion to Dismiss is
9 **DENIED**.

10  **IT IS SO ORDERED.**

11

12 DATED: _____   _____
                                                                    Honorable Richard Seeborg
13                                                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING GOOGLE'S MOTION TO DISMISS