United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-04688-RS <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

The parties have contacted this Court regarding various discovery disputes. *See* Dkts. 74, 75. Pursuant to Northern District Local Rule 72-1, the Court hereby refers these disputes, and any further discovery disputes, to a randomly assigned Magistrate Judge for resolution.

**IT IS SO ORDERED**.

Dated: January 27, 2021

RICHARD SEEBORG
United States District Judge