**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Eduardo E. Santacana (SBN: 281668)
Amanda Maya (SBN: 324092)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
esantacana@willkie.com
amaya@willkie.com

Attorneys for
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIQUEZ, *et al.*, individually and on behalf of all other similarly situated,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Court: Courtroom 3 – 17th Floor<br>Date: March 4, 2021<br>Time: 1:30 p.m.<br>Judge: Hon. Richard Seeborg |

I, Eduardo E. Santacana, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner at the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Firebase SDK Log User Actions web page, with an effective date of February 1, 2021, which was downloaded on February 4, 2021 at: https://firebase.google.com/docs/app-indexing/android/log-actions. A true and correct copy of a historical exemplar of this same page from May 2017, containing substantially similar content, is available at: https://web.archive.org/web/20170517210409/https://firebase.google.com/docs/app-indexing/android/log-actions.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Safeguarding your data web page, which was downloaded on February 4, 2021 at https://support.google.com/analytics/answer/6004245.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 4, 2021.

By:   */s/ Eduardo E. Santacana*
      Eduardo E. Santacana