**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Eduardo E. Santacana (SBN: 281668)
Amanda Maya (SBN: 324092)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
esantacana@willkie.com
amaya@willkie.com

Attorneys for
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIQUEZ, *et al.*, individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688 RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg<br><br>Court:   Courtroom 3 – 17th Floor<br>Date:    March 4, 2021<br>Time:    1:30 p.m. |

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's ("Google") Supplemental Request for Judicial Notice in Support of Defendant's Reply in Support of Google's Motion to Dismiss Plaintiffs' First Amended Complaint ("Request for Judicial Notice"). Having considered the parties' papers filed in support of and in opposition to this Request for Judicial Notice, argument by counsel, and all other matters properly considered by this Court, the Court find there is good cause to **GRANT** Google's Request for Judicial Notice.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Memorandum of Points and Authorities in support of the Supplemental Request for Judicial Notice, the Court takes judicial notice of Exhibit A and B of the Eduardo E. Santacana Declaration in support of Google's Reply in Support of Google's Motion to Dismiss the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            HON. RICHARD SEEBORG
                                            United States District Judge