# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **STEVEN MOFFAT SHEPARD** IS AN ACTIVE MEMBER OF THE VIRGINIA

STATE BAR IN GOOD STANDING. **MR. SHEPARD** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON

**OCTOBER 16, 2008,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF

BAR EXAMINERS.

Issued December 7, 2020

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

Scanned with CamScanner