Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**PLAINTIFFS' MOTION FOR LEAVE FILE A SURREPLY IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: March 4, 2021<br>Time: 1:30 p.m. |

1    Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully request this Court's permission to file a Surreply in opposition to Google LLC's ("Google") Motion to Dismiss the First Amended Complaint. This relief is warranted because Google's Reply in Support of Motion to Dismiss First Amended Complaint (Dkt No. 82), which was filed on February 4, 2021, raised three new arguments that were not included in Google's initial brief (Dkt No. 62). *See In re PersonalWeb Techs.*, LLC, No. 18-MD-02834-BLF, 2019 WL 1975432, at *1 (N.D. Cal. Feb. 6, 2019) ("When a party 'raises a new argument or presents new evidence in a reply brief, a court may consider these matters only if the adverse party is given an opportunity to respond.'" (quoting *Banga v. First USA, NA*, 29 F. Supp. 3d 1270, 1276 (N.D. Cal. 2014))).

Google's three new arguments are (1) that Plaintiffs' theory of the case has "pivoted" away from the allegations in the FAC (Dkt No. 82 at 2); (2) that Plaintiffs' claims trigger Federal Rule of Civil Procedure 9(b)'s heightened pleading standard (*id.* at 4-5, 11, 14); and (3) that Firebase SDK is not a Google "service" as defined by Google's Privacy Policy (*id.* at 9).

Plaintiffs' proposed Surreply is attached hereto as Exhibit A.

Google has informed Plaintiffs that it intends to oppose this Motion. Exhibit B is a Declaration from Alexander P. Frawley explaining that the parties could not reach an agreement on this Motion.

Dated: February 17, 2021            Respectfully submitted,

By: */s/ Amanda Bonn*
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

|   |   |
|---|---|
| 1 | Telephone: (415) 293 6858 |
|   | Facsimile (415) 999 9695 |
| 2 |   |
|   | Jesse Panuccio (admitted *pro hac vice*) |
| 3 | jpanuccio@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 4 | 1401 New York Ave, NW |
|   | Washington, DC 20005 |
| 5 | Tel.: (202) 237-2727 |
|   | Fax: (202) 237-6131 |
| 6 |   |
| 7 | James Lee (admitted *pro hac vice*) |
|   | jlee@bsfllp.com |
| 8 | BOIES SCHILLER FLEXNER LLP |
|   | 100 SE 2nd Street, Suite 2800 |
| 9 | Miami, FL 33131 |
|   | Telephone: (305) 539-8400 |
| 10 | Facsimile: (305) 539-1307 |
| 11 |   |
|   | William Christopher Carmody (*pro hac vice*) |
| 12 | bcarmody@susmangodfrey.com |
|   | Shawn J. Rabin (*pro hac vice*) |
| 13 | srabin@susmangodfrey.com |
|   | Steven Shepard (*pro hac vice*) |
| 14 | sshepard@susmangodfrey.com |
|   | Alexander P. Frawley (*pro hac vice*) |
| 15 | afrawley@susmangodfrey.com |
| 16 | SUSMAN GODFREY L.L.P. |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 17 | New York, NY  10019 |
|   | Telephone: (212) 336-8330 |
| 18 |   |
| 19 | John A. Yanchunis (*pro hac vice*) |
|   | jyanchunis@forthepeople.com |
| 20 | Ryan J. McGee (*pro hac vice*) |
|   | rmcgee@forthepeople.com |
| 21 | Michael F. Ram (*pro hac vice*) |
|   | mram@forthepeople.com |
| 22 | Ra  O. Amen (*pro hac vice*) |
| 23 | ramen@forthepeople.com |
|   | MORGAN & MORGAN, P.A. |
| 24 | 201 N Franklin Street, 7th Floor |
|   | Tampa, FL 33602 |
| 25 | Telephone: (813) 223-5505 |
|   | Facsimile: (813) 222-4736 |
| 26 |   |
| 27 | *Attorneys for Plaintiffs* |
| 28 |   |

PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY    CASE NO. 3:20-CV-04688

7853845v1/016882