| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Shawn J. Rabin (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Steven M. Shepard (admitted *pro hac vice*) |
| San Francisco, CA 94104 | Alexander P. Frawley |
| Tel.: (415) 293-6800 | (admitted *pro hac vice*) |
| mmao@bsfllp.com | **SUSMAN GODFREY L.L.P.** |
| brichardson@bsfllp.com | 1301 Avenue of the Americas, |
| | 32nd Floor |
| Jesse Panuccio (admitted *pro hac vice*) | New York, NY 10019 |
| **BOIES SCHILLER FLEXNER LLP** | Tel.: (212) 336-8330 |
| 1401 New York Ave, NW | bcarmody@susmangodfrey.com |
| Washington, DC 20005 | srabin@susmangodfrey.com |
| Tel.: (202) 237-2727 | sshepard@susmangodfrey.com |
| Fax: (202) 237-6131 | afrawley@susmangodfrey.com |
| jpanuccio@bsfllp.com | |
| | John A. Yanchunis (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | Ryan J. McGee (admitted *pro hac vice*) |
| **SUSMAN GODFREY L.L.P** | Michael F. Ram (admitted *pro hac vice*) |
| 1900 Avenue of the Stars, Suite 1400 | Ra O. Amen (admitted *pro hac vice*) |
| Los Angeles, CA 90067 | **MORGAN & MORGAN** |
| Tel: (310) 789-3100 | 201 N. Franklin Street, 7th Floor |
| Fax: (310) 789-3150 | Tampa, FL 33602 |
| abonn@susmangodfrey.com | Tel.: (813) 223-5505 |
| | jyanchunis@forthepeople.com |
| *Attorneys for Plaintiffs* | rmcgee@forthepeople.com |
| | mram@forthepeople.com |
| | ramen@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 3:20-cv-04688 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** <br><br> The Honorable Richard Seeborg <br> Courtroom 3 – 17th Floor <br> Date: March 4, 2021 <br> Time: 1:30 p.m. |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE A SURREPLY
CASE NO. 3:20-CV-04688

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Leave to file a Surreply in Opposition to Google LLC's Motion to Dismiss the First Amended Complaint. ("Plaintiffs' Motion"). Having considered the parties' papers filed in support of and in opposition to Plaintiffs' Motion, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** Plaintiffs' Motion.

**THEREFORE, IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**.

Plaintiffs' Proposed Surreply (attached to Plaintiffs' Motion as Exhibit A) shall be deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable Richard Seeborg
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE A SURREPLY
CASE NO. 3:20-CV-04688