Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: March 4, 2021<br>Time: 1:30 pm |

1    Pursuant to Local Rule 7.3(d), Plaintiffs file this Statement of Recent Decision to bring to

2    the Court's attention Judge Koh's recent opinion in *Brown, et al. v. Google, LLC,* N.D. Cal.

3    Case 5:20-cv-03664-LHK.  A copy of the March 12, 2021 Order Denying Motion to Dismiss,

4    Doc. No. 113, is attached as Exhibit 1.

5

6    Dated: March 17, 2021                      SUSMAN GODFREY L.L.P.

7

8                                               By: */s/ Amanda Bonn*
                                                Amanda Bonn (CA Bar No. 270891)
9                                               abonn@susmangodfrey.com
                                                1900 Avenue of the Stars, Suite 1400
10                                              Los Angeles, CA 90067
                                                Telephone: (310) 789-3100
11
                                                Mark C. Mao (CA Bar No. 236165)
12                                              mmao@bsfllp.com
                                                Beko Rebitz-Richardson (CA Bar No. 238027)
13                                              brichardson@bsfllp.com
                                                BOIES SCHILLER FLEXNER LLP
14                                              44 Montgomery Street, 41st Floor
                                                San Francisco, CA 94104
15                                              Telephone: (415) 293 6858
                                                Facsimile (415) 999 9695
16
                                                Jesse Panuccio (admitted *pro hac vice*)
17                                              jpanuccio@bsfllp.com
                                                BOIES SCHILLER FLEXNER LLP
18                                              1401 New York Ave, NW
                                                Washington, DC 20005
19                                              Tel.: (202) 237-2727
                                                Fax: (202) 237-6131
20
                                                James Lee (admitted *pro hac vice*)
21                                              jlee@bsfllp.com
                                                BOIES SCHILLER FLEXNER LLP
22                                              100 SE 2nd Street, Suite 2800
                                                Miami, FL 33131
23                                              Telephone: (305) 539-8400
                                                Facsimile: (305) 539-1307
24
25                                              William Christopher Carmody (*pro hac vice*)
                                                bcarmody@susmangodfrey.com
26                                              Shawn J. Rabin (*pro hac vice*)
                                                srabin@susmangodfrey.com
27

28

STATEMENT OF RECENT DECISION IN        2        NO. 3:20-CV-04688
OPPOSITION TO MOTION TO DISMISS

Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram, CA Bar No. 104805
mram@forthepeople.com
Ra O. Amen (*pro hac vice*)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*