AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, et al. )<br>*Plaintiff*<br>v. )<br>GOOGLE LLC )<br>*Defendant* ) | Case No.   3:20-cv-4688 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOOGLE LLC

Date:   03/30/2021

/s/ Lori Arakaki
*Attorney's signature*

Lori Arakaki - SBN: 315119
*Printed name and bar number*

WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA  94111
*Address*

larakaki@willkie.com
*E-mail address*

(415) 858-7400
*Telephone number*

(415) 858-7599
*FAX number*