1    **WILLKIE FARR & GALLAGHER LLP**
     Benedict Y. Hur (SBN: 224018)
2    Simona Agnolucci (SBN: 246943)
     Eduardo E. Santacana (SBN: 281668)
3    Amanda Maya (SBN: 324092)
4    One Front Street, 34th Floor
     San Francisco, CA 94111
5    Telephone: (415) 858-7400
     Facsimile: (415) 858-7599
6    bhur@willkie.com
     sagnolucci@willkie.com
7    esantacana@willkie.com
8    amaya@willkie.com

9    Attorneys for
     GOOGLE LLC
10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13                            **SAN FRANCISCO**

14   ANIBAL RODRIGUEZ, *et al*., individually and on        Case No.  3:20-CV-04688 RS
     behalf of all other similarly situated,
15                                                           **NOTICE OF CHANGE OF COUNSEL**
                              Plaintiffs,                    **PURSUANT TO N.D. CAL. CIV. L.R. 5-**
16                                                           **1(c)(2)(C)**
            vs.
17
     GOOGLE LLC
18                                                           Judge:       Hon. Richard Seeborg
                              Defendant.                     Courtroom:   3, 17th Floor
19

20

21          PLEASE TAKE NOTICE that, pursuant to N.D. Cal. Civ. L.R. 5-1(c)(2)(C), Amanda Maya

22   of Willkie Farr & Gallagher LLP hereby withdraws as attorney of record for Defendant Google LLC

23   in this action.  Counsel of record for Defendant otherwise remains the same.

24
                                                    WILLKIE FARR & GALLAGHER LLP
25
      Date:  April 1, 2021                          By:    */s/ Amanda Maya*
26                                                         Amanda Maya

27                                                         Attorneys for Defendant
                                                           Google LLC
28