**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Eduardo E. Santacana (SBN: 281668)
Amanda Maya (SBN: 324092)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
esantacana@willkie.com
amaya@willkie.com

Attorneys for
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al*., individually and on behalf of all other similarly situated,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>GOOGLE LLC<br><br>                              Defendant. | Case No. 3:20-CV-04688 RS<br><br>**[PROPOSED] ORDER RE: NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge:        Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    Not Set |

1    Presently before the Court is a Motion to Withdraw Appearance of Counsel.  Amanda

2    Maya, attorney for Defendant Google, LLC ("Defendant"), seeks to withdraw as counsel.  The

3    Defendant will continue to be represented by its designated lead counsel Benedict Y. Hur with

4    Willkie, Farr & Gallagher LLP.  Good cause appearing, the Court GRANTS the Motion.  The

5    Clerk of Court will update the docket to reflect the withdrawal of Amanda Maya and remove her

6    name from the CM/ECF electronic service list.

7    **IT IS SO ORDERED.**

8

9    Dated:                                                    By:     _____

10                                                                            HON. RICHARD SEEBORG
                                                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28