1  WILLKIE FARR & GALLAGHER LLP
   Benedict Y. Hur (SBN: 224018)
2  Simona Agnolucci (SBN: 246943)
   Eduardo E. Santacana (SBN: 281668)
3  Amanda Maya (SBN: 324092)
   One Front Street, 34th Floor
4  San Francisco, CA 94111
   Telephone: (415) 858-7400
5  Facsimile: (415) 858-7599
6  bhur@willkie.com
   sagnolucci@willkie.com
7  esantacana@willkie.com
   amaya@willkie.com
8
   Attorneys for
9  GOOGLE LLC

10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                                SAN FRANCISCO

14 | ANIBAL RODRIGUEZ, *et al*., individually and on behalf of all other similarly situated, | Case No. 3:20-CV-04688 RS |
|---|---|
15 | Plaintiffs, | **ORDER RE: NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |
16 | vs. | |
17 | GOOGLE LLC | |
18 | Defendant. | Judge:      Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor |
19 | | Action Filed: July 14, 2020<br>Trial Date:   Not Set |

20
21
22
23
24
25
26
27
28

                                       1
        [PROPOSED] ORDER RE: NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL
                              Case No. 3:20-CV-04688 RS

1  Presently before the Court is a Motion to Withdraw Appearance of Counsel. Amanda
2  Maya, attorney for Defendant Google, LLC ("Defendant"), seeks to withdraw as counsel. The
3  Defendant will continue to be represented by its designated lead counsel Benedict Y. Hur with
4  Willkie, Farr & Gallagher LLP. Good cause appearing, the Court GRANTS the Motion. The
5  Clerk of Court will update the docket to reflect the withdrawal of Amanda Maya and remove her
6  name from the CM/ECF electronic service list.
7  **IT IS SO ORDERED.**

Dated: April 14, 2021

By: _____
HON. RICHARD SEEBORG
United States District Judge