| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Shawn J. Rabin (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Steven M. Shepard (admitted *pro hac vice*) |
| San Francisco, CA 94104 | Alexander P. Frawley |
| Tel.: (415) 293-6800 | (admitted *pro hac vice*) |
| mmao@bsfllp.com | **SUSMAN GODFREY L.L.P.** |
| brichardson@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| Jesse Panuccio (admitted *pro hac vice*) | Tel.: (212) 336-8330 |
| **BOIES SCHILLER FLEXNER LLP** | bcarmody@susmangodfrey.com |
| 1401 New York Ave, NW | srabin@susmangodfrey.com |
| Washington, DC 20005 | sshepard@susmangodfrey.com |
| Tel.: (202) 237-2727 | afrawley@susmangodfrey.com |
| Fax: (202) 237-6131 | |
| jpanuccio@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*) |
| | Ryan J. McGee (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | Michael F. Ram (admitted *pro hac vice*) |
| **SUSMAN GODFREY L.L.P** | Ra O. Amen (admitted *pro hac vice*) |
| 1900 Avenue of the Stars, Suite 1400 | **MORGAN & MORGAN** |
| Los Angeles, CA 90067 | 201 N. Franklin Street, 7th Floor |
| Tel: (310) 789-3100 | Tampa, FL 33602 |
| Fax: (310) 789-3150 | Tel.: (813) 223-5505 |
| abonn@susmangodfrey.com | jyanchunis@forthepeople.com |
| | rmcgee@forthepeople.com |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |
| | ramen@forthepeople.com |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated, | Case No.: 3:20-cv-04688 |
| | **ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CUSTODIAN JOINT LETTER BRIEF** |
| Plaintiffs, | |
| | The Honorable Alex G. Tse |
| vs. | Courtroom A – 15th Floor |
| | Trial Date: Not Yet Set |
| GOOGLE LLC, | |
| Defendant. | |

1   Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs respectfully seek to seal certain
2   portions of the parties' joint letter brief regarding Plaintiffs' request for Google to search additional
3   custodians' ESI ("Custodian Joint Letter Brief"), which contains material designated by Google
4   as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."  This motion to seal pertains
5   to the following information in the Custodian Joint Letter Brief.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Custodian Joint Letter Brief | Google | Portions highlighted in Yellow on Pages 1, 2, 4, and 5. | Contains material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(e), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: May 4, 2021                                   Respectfully submitted,

By: */s/ Amanda Bonn*
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

Jesse Panuccio (admitted *pro hac vice*)
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW

1

CASE NO. 3:20-cv-04688
ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CUSTODIAN JOINT LETTER BRIEF

|   |   |
|---|---|
| 1 | Washington, DC 20005 |
|   | Tel.: (202) 237-2727 |
| 2 | Fax: (202) 237-6131 |
| 3 |   |
|   | James Lee (admitted *pro hac vice*) |
|   | jlee@bsfllp.com |
| 4 | BOIES SCHILLER FLEXNER LLP |
|   | 100 SE 2nd Street, Suite 2800 |
| 5 | Miami, FL 33131 |
|   | Telephone: (305) 539-8400 |
| 6 | Facsimile: (305) 539-1307 |

Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (*pro hac vice*)
mram@forthepeople.com
Ra O. Amen (*pro hac vice*)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*