# EXHIBIT B

**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Eduardo E. Santacana (SBN: 281668)
Lori C. Arakaki (SBN: 315119)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
esantacana@willkie.com
amaya@willkie.com

Attorneys for
GOOGLE LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No.: 3:20-cv-04688<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST FOR GOOGLE TO SEARCH ADDITIONAL CUSTODIANS' ESI**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

**[PROPOSED] ORDER**

　　Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' request for Google to search additional custodians' ESI ("Custodian Joint Letter Brief").

　　Having considered the Custodian Joint Letter Brief, the Court DENIES Plaintiffs' request for Google to search additional custodians' ESI without prejudice.

1  The parties shall proceed with discovery of the three agreed-upon Google custodians' ESI. Plaintiffs shall evaluate Google's production of custodial ESI from those custodians, and then meet and confer with Google regarding any further custodians Plaintiffs believe are justified in this case. Should the parties be unable to reach agreement on the scope of custodial ESI discovery at that juncture, the parties may bring the dispute to the Court in a joint letter brief.

**IT IS SO ORDERED.**

DATED: _____   _____

Honorable Alex G. Tse
United States Magistrate Judge