UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-04688-RS (AGT)<br><br>**ORDER DENYING MOTION TO SEAL PORTIONS OF JOINT LETTER BRIEF**<br><br>Re: Dkt. No. 104 |

Google hasn't persuaded the Court that "specific prejudice or harm will result" if the confidential business information appearing in the parties' joint letter brief is publicly disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002). The motion to seal this information is denied.

**IT IS SO ORDERED.**

Dated: May 10, 2021

ALEX G. TSE
United States Magistrate Judge