Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688<br><br>**ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SECOND AMENDED COMPLAINT**<br><br>Courtroom 3 – 17th Floor<br>The Honorable Richard Seeborg<br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs respectfully seek to seal certain portions of Plaintiffs' Second Amended Complaint, which refers to material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." This motion to seal pertains to the following information in the Second Amended Complaint.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Second Amended Complaint | Google | Portions highlighted in Blue on Pages 6, 16, 18, and 70 | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(e), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: June 11, 2021

Respectfully submitted,

By: *Amanda Bonn*
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

Jesse Panuccio (admitted *pro hac vice*)
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005

|   |   |
|---|---|
| 1 | Tel.: (202) 237-2727 |
|   | Fax: (202) 237-6131 |
| 2 |   |
|   | James Lee (admitted *pro hac vice*) |
| 3 | jlee@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 4 | 100 SE 2nd Street, Suite 2800 |
|   | Miami, FL 33131 |
| 5 | Telephone: (305) 539-8400 |
| 6 | Facsimile: (305) 539-1307 |
|   |   |
| 7 | William Christopher Carmody (*pro hac vice*) |
|   | bcarmody@susmangodfrey.com |
| 8 | Shawn J. Rabin (*pro hac vice*) |
|   | srabin@susmangodfrey.com |
| 9 | Steven Shepard (*pro hac vice*) |
| 10 | sshepard@susmangodfrey.com |
|   | Alexander P. Frawley (*pro hac vice*) |
| 11 | afrawley@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 12 | 1301 Avenue of the Americas, 32nd Floor |
|   | New York, NY  10019 |
| 13 | Telephone: (212) 336-8330 |
| 14 |   |
|   | John A. Yanchunis (*pro hac vice*) |
| 15 | jyanchunis@forthepeople.com |
|   | Ryan J. McGee (*pro hac vice*) |
| 16 | rmcgee@forthepeople.com |
|   | Michael F. Ram (*pro hac vice*) |
| 17 | mram@forthepeople.com |
|   | Ra  O. Amen (*pro hac vice*) |
| 18 | ramen@forthepeople.com |
|   | MORGAN & MORGAN, P.A. |
| 19 | 201 N Franklin Street, 7th Floor |
|   | Tampa, FL 33602 |
| 20 | Telephone: (813) 223-5505 |
| 21 | Facsimile: (813) 222-4736 |
| 22 |   |
|   | *Attorneys for Plaintiffs* |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |