AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ, | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 3:20-cv-4688 RS |
| GOOGLE LLC, | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOOGLE LLC                                                                                                .

Date:   06/25/2021                              /s/ Argemira Florez
                                                 *Attorney's signature*

                                            Argemira Florez - SBN: 331153
                                              *Printed name and bar number*

                                         WILLKIE FARR & GALLAGHER LLP
                                            One Front Street, 34th Floor
                                            San Francisco, CA  94111
                                                    *Address*

                                                aflorez@willkie.com
                                                  *E-mail address*

                                                  (415) 858-7400
                                                 *Telephone number*

                                                  (415) 858-7599
                                                   *FAX number*