1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   LORI C. ARAKAKI (SBN: 315119)
5    larakaki@willkie.com
   ARGEMIRA FLOREZ  (SBN: 331153 )
6    aflorez@willkie.com
7
   Attorneys for
8  GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>GOOGLE LLC, *et al*.<br><br>Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS COUNTS I AND II OF SECOND AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Trial Date: Not Yet Set<br><br>Date:    August 12, 2021<br>Time:    1:30 p.m.<br>Place:    Courtroom 3 - 17th Floor<br>Judge:   Hon. Richard Seeborg |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Google LLC's ("Google") Motion to Dismiss Plaintiffs' Second Amended Complaint. After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Google's Motion to Dismiss should be granted pursuant to Federal Rule of Procedure 12(b)(6) because the first and second causes of action in Plaintiffs' Second Amended Complaint fail to state a claim as a matter of law.

Accordingly, IT IS HEREBY ORDERED THAT Google's Motion to Dismiss the Second Amended Complaint is GRANTED, and the first and second causes of action of the Second Amended Complaint are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: _____   _____

Honorable Richard Seeborg
Chief United States District Judge