1   **WILLKIE FARR & GALLAGHER LLP**
    BENEDICT Y. HUR (SBN: 224018)
2     bhur@willkie.com
    SIMONA AGNOLUCCI (SBN: 246943)
3     sagnolucci@willkie.com
    EDUARDO E. SANTACANA (SBN: 281668)
4     esantacana@willkie.com
    LORI C. ARAKAKI (SBN: 315119)
5     larakaki@willkie.com
    ARGEMIRA FLOREZ  (SBN: 331153 )
6     aflorez@willkie.com
7   Attorneys for
8   GOOGLE LLC

9                **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN FRANCISCO**

12   ANIBAL RODRIGUEZ, *et al.* individually and on    | Case No.  3:20-CV-04688
     behalf of all other similarly situated,

13                                        Plaintiffs,    **DECLARATION OF EDUARDO E.
                                                         SANTACANA IN SUPPORT OF
14        vs                                             DEFENDANT GOOGLE LLC'S
                                                         MOTION TO DISMISS COUNTS I AND
15   GOOGLE LLC, *et al*.                                II OF SECOND AMENDED
                                                         COMPLAINT
16                                        Defendant.

17                                                       The Honorable Richard Seeborg
                                                         Courtroom 3 – 17th Floor
18                                                       Trial Date: Not Yet Set

19                                                       Date:      August 12, 2021
20                                                       Time:      1:30 p.m.
                                                         Place:     Courtroom 3 - 17th Floor
21                                                       Judge:     Hon. Richard Seeborg

22

23

24

25

26

27

28

1    I, Eduardo E. Santacana, declare as follows:

2        1.    I am an attorney duly licensed to practice law in the State of California. I am a

3   partner with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC in

4   the above-captioned matter. I have personal knowledge of the facts set forth below and, if called

5   as a witness in a court of law, could and would testify competently thereto.

6        2.    Attached hereto as **Exhibit 1** is a true and correct copy of Google's Terms of

7   Service agreement in effect on March 31, 2020, which was downloaded on June 24, 2021 at:

8   https://policies.google.com/terms?hl=en-US

9        3.    Attached hereto as **Exhibit 2** is a true and correct copy of Google's Terms of

10  Service agreement in effect on October 25, 2017, which was downloaded on June 24, 2021 at:

11  https://policies.google.com/terms/archive/20171025?hl=en-US

12       4.    Attached hereto as **Exhibit 3** is a true and correct copy of Google's Terms of

13  Service agreement in effect on April 14, 2014, which was downloaded on June 24, 2021 at:

14  https://policies.google.com/terms/archive/20140414?hl=en-US

15

16       I declare under penalty of perjury that the foregoing is true and correct. Executed on

17  June 25, 2021.

18

19                                      By: _/s/ Eduardo E. Santacana_
20                                          Eduardo E. Santacana

21

22

23

24

25

26

27

28

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT GOOGLE
LLC'S MOTION TO DISMISS COUNTS I AND II OF SECOND AMENDED COMPLAINT

Case No.  3:20-CV-04688