| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs* | **WILKIE FARR & GALLAGHER LLP**<br>Benedict Y. Hur (SBN: 224018)<br>bhur@willkie.com<br>Simona Agnolucci (SBN: 246943)<br>sagnolucci@willkie.com<br>Eduardo E. Santacana (SBN: 281668)<br>esantacana@willkie.com<br>Lori C. Arakaki (SBN: 315119)<br>larakaki@willkie.com<br>Argemira Florez (SBN: 331153)<br>aflorez@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 858-7400<br>Facsimile: (415) 858-7599<br><br>*Attorneys for Defendant Google LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING A BRIEFING SCHEDULE FOR GOOGLE'S MOTION TO DISMISS AND STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT**<br><br>Judge:   The Honorable Richard Seeborg |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on May 21, 2021, the Court granted in part and denied in part Google's motion to dismiss Plaintiffs' First Amended Complaint and granted Plaintiffs leave to amend (Dkt No. 109).

WHEREAS, on June 11, 2021, Plaintiffs filed their Second Amended Complaint (Dkt. No. 113).

WHEREAS, on June 25, 2021, Google moved to dismiss and strike portions of Plaintiffs' Second Amended Complaint (the "Motion") (Dkt. No. 115).

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' deadline to file any opposition to the Motion is July 9, 2021, and Google's deadline to file any reply is July 16, 2021.

WHEREAS, the hearing on the Motion has been noticed for August 12, 2021, but it appears that the Court is unavailable on this date.

WHEREAS, the Parties have agreed to a briefing schedule for Plaintiffs' opposition and Google's reply and a new hearing date.

NOW THEREFORE, the Parties stipulate to the following schedule:

1. The deadline for Plaintiffs to file any opposition to the Motion shall be July 16, 2021.
2. The deadline for Google to file any reply in support of the Motion shall be July 30, 2021.
3. The hearing on the Motion shall be on August 19, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Richard Seeborg of the United States District Court for the Northern District of California.

DATED: July 6, 2021                    SUSMAN GODFREY LLP

By: */s/ Amanda Bonn*
Amanda Bonn
*Counsel on behalf of Plaintiffs*

-1- Case No. 3:20-cv-04688
JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR GOOGLE'S MOT. TO DISMISS AND STRIKE PORTIONS OF THE SAC

1 | DATED: July 6, 2021            WILLKIE FARR & GALLAGHER, LLP

2

3                                By */s/ Eduardo E. Santacana*

4                                      Eduardo E. Santacana
                                          *Counsel on behalf of Google*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Setting a Briefing Schedule for Google's Motion to Dismiss and Strike portions of the Second Amended Complaint.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: July 6, 2021                                By: */s/ Amanda Bonn*
                                                                         Amanda Bonn
                                                                         *Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

1. The deadline for Plaintiffs to file any opposition to the Motion shall be July 16, 2021.
2. The deadline for Google to file any reply in support of the Motion shall be July 30, 2021.
3. The hearing on the Motion shall be on August 19, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Richard Seeborg of the United States District Court for the Northern District of California.

**IT IS SO ORDERED.**

DATED: _____, 2021                    _____

                                                Hon. Richard Seeborg
                                                Chief United States District Judge