**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**WILKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
Lori C. Arakaki (SBN: 315119)
larakaki@willkie.com
Argemira Florez (SBN: 331153)
aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND ORDER SETTING A BRIEFING SCHEDULE FOR GOOGLE'S MOTION TO DISMISS AND STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT**<br><br>Judge:  The Honorable Richard Seeborg |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on May 21, 2021, the Court granted in part and denied in part Google's motion to dismiss Plaintiffs' First Amended Complaint and granted Plaintiffs leave to amend (Dkt No. 109).

WHEREAS, on June 11, 2021, Plaintiffs filed their Second Amended Complaint (Dkt. No. 113).

WHEREAS, on June 25, 2021, Google moved to dismiss and strike portions of Plaintiffs' Second Amended Complaint (the "Motion") (Dkt. No. 115).

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' deadline to file any opposition to the Motion is July 9, 2021, and Google's deadline to file any reply is July 16, 2021.

WHEREAS, the hearing on the Motion has been noticed for August 12, 2021, but it appears that the Court is unavailable on this date.

WHEREAS, the Parties have agreed to a briefing schedule for Plaintiffs' opposition and Google's reply and a new hearing date.

NOW THEREFORE, the Parties stipulate to the following schedule:

1. The deadline for Plaintiffs to file any opposition to the Motion shall be July 16, 2021.
2. The deadline for Google to file any reply in support of the Motion shall be July 30, 2021.
3. The hearing on the Motion shall be on August 19, 2021, at 1:30 p.m.

DATED: July 6, 2021              SUSMAN GODFREY LLP

                                 By: /s/ Amanda Bonn
                                     Amanda Bonn
                                     *Counsel on behalf of Plaintiffs*

| | |
|---|---|
| DATED: July 6, 2021 | WILLKIE FARR & GALLAGHER, LLP |
| | By /s/ Eduardo E. Santacana |
| | Eduardo E. Santacana |
| | *Counsel on behalf of Google* |

## ATTESTATION OF CONCURRENCE

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Setting a Briefing Schedule for Google's Motion to Dismiss and Strike portions of the Second Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: July 6, 2021  By: */s/ Amanda Bonn*
Amanda Bonn
*Counsel on behalf of Plaintiffs*

1 **ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

1. The deadline for Plaintiffs to file any opposition to the Motion shall be July 16, 2021.
2. The deadline for Google to file any reply in support of the Motion shall be July 30, 2021.
3. The hearing on the Motion shall be on August 19, 2021, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: July 6, 2021

Hon. Richard Seeborg
Chief United States District Judge