Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**ADMINISTRATIVE MOTION TO SEAL PORTIONS OF OPPOSITION TO GOOGLE'S MOTION TO DISMISS OR STRIKE PORTIONS OF SECOND AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: August 19, 2021<br>Time: 1:30 p.m. |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs respectfully seek to seal certain
2    portions of Plaintiffs' Opposition to Google's Motion to Dismiss or Strike Portions of the Second
3    Amended Complaint ("Opposition"), which refer to material designated by Google as
4    "Confidential" or "Highly Confidential – Attorneys' Eyes Only."  This motion to seal pertains to
5    the following information in the Opposition.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Opposition to Google's Motion to Dismiss or Strike Portions of Second Amended Complaint | Google | Portions highlighted in Blue on Pages 23-24. | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

   Pursuant to Civil Local Rule 79-5(e), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: July 16, 2021                              Respectfully submitted,


                                                  By:  /s/*Amanda Bonn*
                                                  Amanda Bonn (CA Bar No. 270891)
                                                  abonn@susmangodfrey.com
                                                  SUSMAN GODFREY L.L.P.
                                                  1900 Avenue of the Stars, Suite 1400
                                                  Los Angeles, CA 90067
                                                  Telephone: (310) 789-3100

                                                  Mark C. Mao (CA Bar No. 236165)
                                                  mmao@bsfllp.com
                                                  Beko Rebitz-Richardson (CA Bar No. 238027)
                                                  brichardson@bsfllp.com
                                                  BOIES SCHILLER FLEXNER LLP
                                                  44 Montgomery Street, 41st Floor
                                                  San Francisco, CA 94104
                                                  Telephone: (415) 293 6858
                                                  Facsimile (415) 999 9695

                                                  Jesse Panuccio (admitted *pro hac vice*)
                                                  jpanuccio@bsfllp.com
                                                  BOIES SCHILLER FLEXNER LLP

|   |   |
|---|---|
| 1 | 1401 New York Ave, NW |
| 2 | Washington, DC 20005 |
|   | Tel.: (202) 237-2727 |
| 3 | Fax: (202) 237-6131 |
| 4 | James Lee (admitted *pro hac vice*) |
|   | jlee@bsfllp.com |
| 5 | BOIES SCHILLER FLEXNER LLP |
|   | 100 SE 2nd Street, Suite 2800 |
| 6 | Miami, FL 33131 |
|   | Telephone: (305) 539-8400 |
| 7 | Facsimile: (305) 539-1307 |

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (*pro hac vice*)
mram@forthepeople.com
Ra  O. Amen (*pro hac vice*)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*