| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram, CA Bar No. 238027<br>Ra O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 3:20-cv-04688-RS<br><br>**NOTICE OF APPEARANCE BY JENNA G. FARLEIGH** |

1

---
Notice of Appearance by Jenna G. Farleigh                                                      CASE NO. 3:20-cv-04688-RS]

**TO ALL PARTIES AND THEIR COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that attorney Jenna G. Farleigh of Susman Godfrey L.L.P., 1201 Third Avenue, Suite 3800, Seattle, Washington 98101, a member of the State Bar of California, hereby enters an appearance as counsel on behalf of Plaintiffs Anibal Rodriguez et al. in the above-referenced matter.

Dated: August 11, 2021                    Respectfully submitted,

By: */s/ Jenna G. Farleigh*
Jenna G. Farleigh (CA Bar No. 288811)
jfarleigh@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenues, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-38800

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

Jesse Panuccio (admitted *pro hac vice*)
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005

| | |
|---|---|
| 1 | Tel.: (202) 237-2727 |
| 2 | Fax: (202) 237-6131 |
| 3 | James Lee (admitted *pro hac vice*) |
| | jlee@bsfllp.com |
| 4 | BOIES SCHILLER FLEXNER LLP |
| | 100 SE 2nd Street, Suite 2800 |
| 5 | Miami, FL 33131 |
| | Telephone: (305) 539-8400 |
| 6 | Facsimile: (305) 539-1307 |
| 7 | |
| | William Christopher Carmody (*pro hac vice*) |
| 8 | bcarmody@susmangodfrey.com |
| | Shawn J. Rabin (*pro hac vice*) |
| 9 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| 10 | sshepard@susmangodfrey.com |
| | Alexander P. Frawley |
| 11 | afrawley@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 12 | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY 10019 |
| | Telephone: (212) 336-8330 |
| 14 | |
| 15 | John A. Yanchunis (*pro hac vice*) |
| | jyanchunis@forthepeople.com |
| 16 | Ryan J. McGee (*pro hac vice*) |
| | rmcgee@forthepeople.com |
| 17 | Michael F. Ram (CA Bar No. 238027) |
| | mram@forthepeople.com |
| 18 | Ra O. Amen (*pro hac vice*) |
| | ramen@forthepeople.com |
| 19 | MORGAN & MORGAN, P.A. |
| 20 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 21 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 22 | |
| 23 | *Attorneys for Plaintiffs* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |