| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* | **WILLKIE FARR & GALLAGHER LLP**<br>Benedict Y. Hur (SBN: 224018)<br>bhur@willkie.com<br>Simona Agnolucci (SBN: 246943)<br>sagnolucci@willkie.com<br>Eduardo E. Santacana (SBN: 281668)<br>esantacana@willkie.com<br>Lori Arakaki (SBN: 315119)<br>larakaki@willkie.com<br>Argemira Florez (SBN: 311153)<br>aflorez@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 858-7400<br>Facsimile: (415) 858-7599<br><br>*Attorneys for Defendant Google LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>GOOGLE LLC<br><br>                Defendants. | Case No. 3:20-cv-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil L.R. 6-2 and 7-12, this joint stipulation is entered into by and between Plaintiffs Anibal Rodriguez, et al and Defendant Google LLC (collectively, the "Parties").

WHEREAS, the parties have been working to complete discovery in this case pursuant to the Court's deadlines, and

WHEREAS, the pleadings have not yet been settled, and

WHEREAS, the case schedule allows for some flexibility in the fact discovery and expert disclosure deadlines without moving any other deadlines in the case, and

WHEREAS, the scope of discovery may change depending on the Court's ruling on Google's pending motion to dismiss (Dkt. 115), and

WHEREAS, the parties agree to negotiate in good faith whether and to what extent a second extension may be needed after the Court has issued an order on the pending motion to dismiss, and

WHEREAS, there have been no other extensions of the case schedule set by the Court;

NOW THEREFORE, the parties agree to the following:

- The parties agree to extend the fact discovery deadline (Dkt. 59) by 60 days to January 11, 2022.
- The parties agree to extend the expert disclosure date, which is currently set on December 13, 2021 (Dtk. 59), to January 11, 2022, to match the new discovery deadline.
- After the Court has issued an order on the pending motion to dismiss, the parties agree to meet and confer regarding other deadlines as needed.

DATED: August 13, 2021                          By: */s/ James W. Lee*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

```
 1
 2                                         James W. Lee (pro hac vice)
                                           jlee@bsfllp.com
 3                                         Rossana Baeza (pro hac vice)
                                           rbaeza@bsfllp.com
 4                                         100 SE 2nd Street, Suite 2800
                                           Miami, FL 33130
 5                                         Telephone: (305) 539-8400
                                           Facsimile: (305) 539-1304
 6
                                           Jesse Panuccio (pro hac vice)
 7                                         jpanuccio@bsfllp.com
                                           1401 New York Ave, NW
 8                                         Washington, DC 20005
                                           Telephone: (202) 237-2727
 9                                         Facsimile: (202) 237-6131
10
                                         SUSMAN GODFREY L.L.P.
11                                         Amanda Bonn (CA Bar No. 270891)
                                           abonn@susmangodfrey.com
12                                         1900 Avenue of the Stars, Suite 1400
                                           Los Angeles, CA 90067
13                                         Telephone: (310) 789-3100
14
                                           William Christopher Carmody (pro hac
15                                         vice)
                                           bcarmody@susmangodfrey.com
16                                         Shawn J. Rabin (pro hac vice)
                                           srabin@susmangodfrey.com
17                                         Steven Shepard (pro hac vice)
                                           sshepard@susmangodfrey.com
18                                         1301 Avenue of the Americas, 32nd Floor
                                           New York, NY  10019
19                                         Telephone: (212) 336-8330
20
21                                       MORGAN & MORGAN
                                           John A. Yanchunis (pro hac vice)
22                                         jyanchunis@forthepeople.com
                                           Ryan J. McGee (pro hac vice)
23                                         rmcgee@forthepeople.com
                                           Ra Olusegun Amen (pro hac vice)
24                                         ramen@forthepeople.com
                                           201 N. Franklin Street, 7th Floor
25                                         Tampa, FL 33602
                                           Telephone: (813) 223-5505
26
27                                         *Attorneys for Plaintiffs*
28
```

2
JOINT STIP AND [PROP] ORDER TO CONTINUE DISCOVERY DEADLINES
CASE NO. 3:20-cv-04688-RS

DATED: August 13, 2021          **WILLKIE FARR & GALLAGHER, LLP**

By: <u>*/s/ Eduardo E. Santacana*</u>

    Eduardo E. Santacana (SBN: 281668)
    esantacana@willkie.com

    Benedict Y. Hur (SBN: 224018)
    bhur@willkie.com
    Simona Agnolucci (SBN: 246943)
    sagnolucci@willkie.com
    Lori Arakaki (SBN: 315119)
    larakaki@willkie.com
    Argemira Florez (SBN: 311153)
    aflorez@willkie.com
    One Front Street, 34th Floor
    San Francisco, CA 94111
    Telephone: (415) 858-7400
    Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>          Plaintiffs,<br>  v.<br><br>GOOGLE LLC<br><br>          Defendants | Case No. 3:20-cv-04688-RS<br><br>**[PROPOSED] ORDER** |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the discovery deadline and expert disclosure deadline are extended until January 11, 2022.

**IT IS SO ORDERED.**

Dated: _____

                                                The Honorable Richard Seeborg