1

**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN:  224018)
bhur@willkie.com
Simona Agnolucci (SBN:  246943)
sagnolucci@willkie.com
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
Lori Arakaki (SBN: 315119)
larakaki@willkie.com
Argemira Florez (SBN: 331153)
aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA  94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

*Attorneys for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

**UNITED STATES DISTRICT COURT**

18

**NORTHERN DISTRICT OF CALIFORNIA**

19

20

ANIBAL RODRIGUEZ, et al., individually and on behalf of all other similarly situated,

21

                           Plaintiffs,
        vs.

22

23

GOOGLE LLC
                           Defendants.

24

25

26

27

28

Case No. 3:20-cv-4688-RS

**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER**

Judge:  Hon. Richard Seeborg
Court:  Courtroom 3 – 17th Floor

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND
[PROPOSED] ORDER
CASE NO. 3:20-cv-4688-RS

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs")

2  and Defendant Google LLC ("Google"), hereby stipulate to the extension of the deadline for Google

3  to file its Answer to Plaintiffs' Second Amended Complaint by twenty-one (21) days, from

4  September 1, 2021 up to and including September 22, 2021.

5    Google and Plaintiffs (collectively, the "Parties"), by and through their respective counsel,

6  hereby stipulate and agree to the following:

7    WHEREAS, on June 11, 2021 Plaintiffs filed their Second Amended Complaint for (1)

8  Breach of Contract; (2) Invasion of Privacy Act Violations, Cal. Penal Code § 631; (3) Violations

9  of the Comprehensive Computer Data Access and Fraud Act ("CDAFA"), Cal. Penal Code § 502 *et*

10 *seq.*  (4) Invasion of Privacy; (5) Intrusion Upon Seclusion;

11    WHEREAS, on June 25, 2021 Google filed a Motion to Dismiss Second Amended

12 Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and in the Alternative, Motion to Strike Pursuant to

13 Fed. R. Civ. P. 12(f);

14    WHEREAS, on August 18, 2021 Hon. Richard Seeborg issued an Order Granting in Part

15 and Denying in Part [Google's] Motion to Dismiss and ordered that any amended complaint must

16 be filed within 14 days of issuance of that Order;

17    WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Google's deadline to file an Answer to

18 Plaintiffs' amended complaint lands on the same day as Plaintiffs' deadline to amend their Second

19 Amended Complaint.

20    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

21 parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that Google's deadline for

22 filing an Answer to Plaintiffs' Second Amended Complaint is September 22, 2021.

23

24 DATED: August 31, 2021

25                                   By:  */s/ Mark C. Mao*

26                                   BOIES SCHILLER FLEXNER LLP
                                        Mark C. Mao (CA Bar No. 236165)
27                                      mmao@bsfllp.com
                                        Beko Reblitz-Richardson (CA Bar No.
28                                      238027)

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND
[PROPOSED] ORDER
CASE NO. 3:20-cv-4688-RS

brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (pro hac vice)
jlee@bsfllp.com
Rossana Baeza (pro hac vice)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Jesse Panuccio (pro hac vice)
jpanuccio@bsfllp.com
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

SUSMAN GODFREY L.L.P.
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
Ra Olusegun Amen (pro hac vice)
ramen@forthepeople.com

2

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND
[PROPOSED] ORDER
CASE NO. 3:20-cv-4688-RS

1

2
                                                     201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

3
*Attorneys for Plaintiffs*

4

5

6
DATED: August 31, 2021                    WILLKIE FARR & GALLAGHER, LLP

7
By: */s/ Benedict Y. Hur*

8

9
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com

10
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com

11
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com

12
Lori Arakaki (SBN: 315119)
larakaki@willkie.com

13
Argemira Florez (SBN: 331153)
aflorez@willkie.comOne Front Street,

14
34th Floor
San Francisco, CA  94111

15
Telephone: (415) 858-7400

16
Facsimile: (415) 858-7599

17
*Attorneys for Defendant Google LLC*

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND
[PROPOSED] ORDER
CASE NO. 3:20-cv-4688-RS

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED:  August 31, 2021                    WILLKIE, FARR & GALLAGHER LLP


                                           /s/ *Benedict Y. Hur*
                                           Benedict Y. Hur

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., individually and on behalf of all other similarly situated,<br><br>                        Plaintiffs,<br><br>        vs.<br><br>GOOGLE LLC<br><br>                        Defendants | Case No. 3:20-cv-4688-RS<br><br>**[PROPOSED] ORDER** |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that Google's deadline for filing an Answer to Plaintiffs' Second Amended Complaint is September 22, 2021.

**IT IS SO ORDERED.**

Dated: _____          _____

                                                  The Honorable Richard Seeborg