| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THIRD AMENDED COMPLAINT**<br><br>Courtroom 3 – 17th Floor<br>The Honorable Richard Seeborg<br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs respectfully seek to seal certain portions of Plaintiffs' Third Amended Complaint, which refers to material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." This motion to seal pertains to the following information in the Third Amended Complaint.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Third Amended Complaint | Google | Portions highlighted in Blue on Pages 3, 13, 69, 71, 72, 73 | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(e), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Plaintiffs have separately initiated challenges to Google's confidentiality designations with respect to the documents cited in the Third Amended Complaint that contain the material sought to be sealed.

Dated: September 1, 2021                Respectfully submitted,

By: *Amanda Bonn*
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

CASE NO. 3:20-cv-04688
ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THIRD AMENDED COMPLAINT

| | |
|---|---|
| 1 | Jesse Panuccio (admitted *pro hac vice*) |
| 2 | jpanuccio@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 3 | 1401 New York Ave, NW |
|   | Washington, DC 20005 |
| 4 | Tel.: (202) 237-2727 |
|   | Fax: (202) 237-6131 |
| 5 | |
|   | James Lee (admitted *pro hac vice*) |
| 6 | jlee@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 7 | 100 SE 2nd Street, Suite 2800 |
|   | Miami, FL 33131 |
| 8 | Telephone: (305) 539-8400 |
|   | Facsimile: (305) 539-1307 |
| 9 | |
|   | William Christopher Carmody (*pro hac vice*) |
| 10 | bcarmody@susmangodfrey.com |
| 11 | Shawn J. Rabin (*pro hac vice*) |
|    | srabin@susmangodfrey.com |
| 12 | Steven Shepard (*pro hac vice*) |
|    | sshepard@susmangodfrey.com |
| 13 | Alexander P. Frawley (*pro hac vice*) |
|    | afrawley@susmangodfrey.com |
| 14 | SUSMAN GODFREY L.L.P. |
| 15 | 1301 Avenue of the Americas, 32nd Floor |
|    | New York, NY  10019 |
| 16 | Telephone: (212) 336-8330 |
| 17 | |
|    | John A. Yanchunis (*pro hac vice*) |
| 18 | jyanchunis@forthepeople.com |
|    | Ryan J. McGee (*pro hac vice*) |
| 19 | rmcgee@forthepeople.com |
|    | Michael F. Ram (*pro hac vice*) |
| 20 | mram@forthepeople.com |
|    | Ra  O. Amen (*pro hac vice*) |
| 21 | ramen@forthepeople.com |
| 22 | MORGAN & MORGAN, P.A. |
|    | 201 N Franklin Street, 7th Floor |
| 23 | Tampa, FL 33602 |
|    | Telephone: (813) 223-5505 |
| 24 | Facsimile: (813) 222-4736 |
| 25 | |
|    | *Attorneys for Plaintiffs* |
| 26 | |
| 27 | |
| 28 | |

CASE NO. 3:20-cv-04688
ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THIRD AMENDED COMPLAINT