UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ et al.

Plaintiff(s),

v.

GOOGLE LLC

Defendant(s).

Case No: 3:20-cv-04688-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Erika Nyborg-Burch, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Anibal Rodriguez et al. in the above-entitled action. My local co-counsel in this case is Mark C. Mao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

My address of record:
44 Montgomery Street, 41st Floor
San Francico, CA 94104

Local co-counsel's address of record:
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

My telephone # of record:
(415) 293-6800

Local co-counsel's telephone # of record:
(415) 293-6800

My email address of record:
mmao@bsfllp.com

Local co-counsel's email address of record:
mmao@bsfllp.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5485578.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/08/21          /s/ Erika Nyborg-Burch
                                             APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Erika Nyborg-Burch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                             UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                        *October 2012*