Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC.,<br><br>Defendant. | Case No. 3:20-cv-04688-RS<br><br>DECLARATION OF ERIKA NYBORG-BURCH IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

I, Erika Nyborg-Burch, declare as follows:

1. I am an associate with the law firm Boies Schiller Flexner LLP, attorneys of record for Plaintiffs in this action. I make this declaration in support of my application for admission of attorney *pro hac vice* in this action, pursuant to Civil L.R .11-3.

2. I am a member in good standing of the New York Bar. I was admitted to the New York Bar on January 19, 2017. My New York Bar ID Number is 5485578.

3. I began my employment with Boies Schiller Flexner LLP in May, 2021, and became a California resident in July, 2021. I took the California Bar Examination in July, 2021, and I have an application pending with the State Bar of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of September, 2021 in Oakland, California.

_____
Erika Nyborg-Burch