# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ et al.                    )
                                           )   Case No: 3:20-cv-04688-RS
                    Plaintiff(s),          )
                                           )   **APPLICATION FOR**
            v.                             )   **ADMISSION OF ATTORNEY**
GOOGLE LLC                                 )   **PRO HAC VICE**
                                           )   (CIVIL LOCAL RULE 11-3)
                                           )
                    Defendant(s).          )
                                           )

I, Erika Nyborg-Burch , an active member in good standing of the bar of
New York , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Plaintiffs Anibal Rodriguez et al. in the
above-entitled action. My local co-counsel in this case is Mark C. Mao , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD:<br>44 Montgomery Street, 41st Floor<br>San Francico, CA  94104 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA  94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(415) 293-6800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD:<br>mmao@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mmao@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 5485578 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  09/08/21                              /s/  Erika Nyborg-Burch
                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Erika Nyborg-Burch is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  9/9/2021

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE