**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
Lori Arakaki (SBN: 315119)
larakaki@willkie.com
Argemira Florez (SBN: 331153)
aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., individually and on behalf of all other similarly situated,<br><br>  Plaintiffs,<br>vs.<br><br>GOOGLE LLC<br>  Defendants. | Case No. 3:20-cv-4688-RS<br><br>**STIPULATION EXTENDING TIME TO RESPOND AND [PROPOSED] ORDER**<br><br>Judge: Hon. Richard Seeborg<br>Court: Courtroom 3 – 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), hereby stipulate to the extension of the deadline for Google to answer or otherwise respond to Plaintiffs' Third Amended Complaint by seven (7) days, from September 15, 2021 up to and including September 22, 2021.

Google and Plaintiffs (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on August 18, 2021, the Court issued an Order Granting in Part and Denying in Part Google's Motion to Dismiss Plaintiffs' Second Amended Complaint and granted Plaintiffs leave to amend (ECF No. 127);

WHEREAS, on August 31, 2021 the Parties filed a stipulation to extend Google's deadline for filing an Answer to Plaintiffs' Second Amended Complaint to September 22, 2021;

WHEREAS, on September 1, 2021 the Court Ordered Google's deadline for filing an Answer to Plaintiffs' Second Amended Complaint was September 22, 2021;

WHEREAS, on September 1, 2021 Plaintiffs filed their Third Amended Complaint for (1) Breach of Contract or, in the Alternative, Quasi-Contract (Unjust Enrichment); (2) Invasion of Privacy Act Violations, Cal. Penal Code § 631; (3) Violations of the Comprehensive Computer Data Access and Fraud Act ("CDAFA"), Cal. Penal Code §§ 502 *et seq*.; (4) Invasion of Privacy; (5) Intrusion Upon Seclusion;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), Google's deadline to respond to Plaintiffs' Third Amended Complaint is September 15, 2021;

WHEREAS, the Parties, by and through their respective counsel of record, have agreed to extend Google's deadline to respond to Plaintiffs' Third Amended Complaint seven (7) days, from September 15, 2021 to September 22, 2021;

WHEREAS the Parties have previously sought extensions regarding responses to the Complaint, First Amended Complaint and Second Amended Complaint, the parties have not previously sought to extend the deadline to respond to the Third Amended Complaint; and

WHEREAS this requested extension will not affect the case schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that Google's deadline to respond to Plaintiffs' Third Amended Complaint is September 22, 2021.

DATED: September 13, 2021

By: /s/ Mark C. Mao

BOIES SCHILLER FLEXNER LLP
   Mark C. Mao (CA Bar No. 236165)
   mmao@bsfllp.com
   Beko Reblitz-Richardson (CA Bar No. 238027)
   brichardson@bsfllp.com
   44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
   Telephone: (415) 293 6858
   Facsimile (415) 999 9695

   James W. Lee (pro hac vice)
   jlee@bsfllp.com
   Rossana Baeza (pro hac vice)
   rbaeza@bsfllp.com
   100 SE 2nd Street, Suite 2800
   Miami, FL 33130
   Telephone: (305) 539-8400
   Facsimile: (305) 539-1304

   Jesse Panuccio (pro hac vice)
   jpanuccio@bsfllp.com
   1401 New York Ave, NW
   Washington, DC 20005
   Telephone: (202) 237-2727
   Facsimile: (202) 237-6131

SUSMAN GODFREY L.L.P.
   Amanda Bonn (CA Bar No. 270891)
   abonn@susmangodfrey.com
   1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
   Telephone: (310) 789-3100

   William Christopher Carmody (pro hac vice)
   bcarmody@susmangodfrey.com
   Shawn J. Rabin (pro hac vice)

|   |   |   |
|---|---|---|
| 1 |  | srabin@susmangodfrey.com |
| 2 |  | Steven Shepard (pro hac vice) |
|   |  | sshepard@susmangodfrey.com |
| 3 |  | 1301 Avenue of the Americas, 32nd Floor |
|   |  | New York, NY  10019 |
| 4 |  | Telephone: (212) 336-8330 |

MORGAN & MORGAN
    John A. Yanchunis (pro hac vice)
    jyanchunis@forthepeople.com
    Ryan J. McGee (pro hac vice)
    rmcgee@forthepeople.com
    Ra Olusegun Amen (pro hac vice)
    ramen@forthepeople.com
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

DATED: September 13, 2021        WILLKIE FARR & GALLAGHER, LLP

                                                                  By:  */s/ Benedict Y. Hur*

                                                                  Benedict Y. Hur (SBN:  224018)
                                                                  bhur@willkie.com
                                                                Simona Agnolucci (SBN:  246943)
                                                                sagnolucci@willkie.com
                                                                Eduardo E. Santacana (SBN: 281668)
                                                                esantacana@willkie.com
                                                                Lori Arakaki (SBN: 315119)
                                                                larakaki@willkie.com
                                                                Argemira Florez (SBN: 331153)
                                                                aflorez@willkie.comOne Front Street, 34th Floor
                                                                San Francisco, CA  94111
                                                                Telephone: (415) 858-7400
                                                                Facsimile: (415) 858-7599

                                                     *Attorneys for Defendant Google LLC*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: September 13, 2021                              WILLKIE, FARR & GALLAGHER LLP


                                                        /s/ *Benedict Y. Hur*
                                                        Benedict Y. Hur

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>GOOGLE LLC<br><br>Defendants | Case No. 3:20-cv-4688-RS<br><br>**[PROPOSED] ORDER** |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the deadline for Google to respond to Plaintiffs' Third Amended Complaint is September 22, 2021.

**IT IS SO ORDERED.**

Dated: _____                                   _____
                                                            Honorable Richard Seeborg