# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>GOOGLE LLC<br><br>Defendants | Case No. 3:20-cv-4688-RS<br><br>**ORDER** |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the deadline for Google to respond to Plaintiffs' Third Amended Complaint is September 22, 2021.

**IT IS SO ORDERED.**

Dated:  September 13, 2021

_____
Honorable Richard Seeborg