**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**WILKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
Lori C. Arakaki (SBN: 315119)
larakaki@willkie.com
Argemira Florez (SBN: 331153)
aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE THE UNREDACTED VERSION OF THE THIRD AMENDED COMPLAINT**<br><br>Judge:   The Honorable Richard Seeborg |

Pursuant to Civil Local Rule 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on September 1, 2021, Plaintiffs filed the Third Amended Complaint (Dkt. No. 131).

WHEREAS, on September 1, 2021, Plaintiffs moved to seal portions of the Third Amended Complaint on the ground that the Third Amended Complaint refers to materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case (Dkt. No. 130).

WHEREAS, on September 1, 2021, Plaintiffs initiated challenges to Google's confidentiality designations for the documents cited in the Third Amended Complaint that contain the material sought to be sealed.

WHEREAS, Google, the Designating Party, elected not to file a declaration to establish that any portion of the Third Amended Complaint should be maintained under seal pursuant to L.R. 79-5.

WHEREAS, Google consents to the public filing of the Third Amended Complaint in its entirety.

WHEREAS, Google agrees that Plaintiffs should be permitted to file the unredacted version of the Third Amended Complaint on the public docket.

NOW THEREFORE, the Parties stipulate:

1. Plaintiffs may file the unreacted version of the Third Amended Complaint on the public docket.
2. Plaintiffs' confidentiality challenges, raised on September 1, 2021, will be mooted by the filing of the unredacted version of the Third Amended Complaint on the public docket.
3. Plaintiffs reserve all rights under the Protective Order (Dkt. 70), including the right to initiate subsequent confidentiality challenges to the same documents.

1   DATED: September 17, 2021            SUSMAN GODFREY LLP

2
                                         By /s/ Amanda Bonn
3                                            Amanda Bonn
4                                            *Counsel on behalf of Plaintiffs*

5   DATED: September 17, 2021            WILLKIE FARR & GALLAGHER, LLP

6

7                                        By /s/ Eduardo E. Santacana
                                             Eduardo E. Santacana
8                                            *Counsel on behalf of Google*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF CONCURRENCE

I am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Permitting Plaintiffs to File the Unredacted Version of the Third Amended Complaint. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: September 17, 2021                     By: /s/ Amanda Bonn
                                                  Amanda Bonn
                                                  *Counsel on behalf of Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

1. The motion to seal portions of the Third Amended Complaint (Dkt. 130) is denied.
2. Plaintiffs are directed to file an unredacted version of the Third Amended Complaint on the public docket within two business days of this Order.
3. This Order does not change Google's deadline to respond to the Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2021            _____

Hon. Richard Seeborg
Chief United States District Judge