1    **BOIES SCHILLER FLEXNER LLP**            **WILKIE FARR & GALLAGHER LLP**
     Mark C. Mao (CA Bar No. 236165)            Benedict Y. Hur (SBN: 224018)
2    mmao@bsfllp.com                            bhur@willkie.com
     Beko Reblitz-Richardson (CA Bar No.        Simona Agnolucci (SBN: 246943)
3    238027)                                    sagnolucci@willkie.com
     brichardson@bsfllp.com                     Eduardo E. Santacana (SBN: 281668)
4    44 Montgomery Street, 41st Floor           esantacana@willkie.com
     San Francisco, CA 94104                    Lori C. Arakaki (SBN: 315119)
5    Tel: (415) 293 6858                        larakaki@willkie.com
     Fax: (415) 999 9695                        Argemira Florez (SBN: 331153)
6                                               aflorez@willkie.com
     **SUSMAN GODFREY L.L.P.**                  One Front Street, 34th Floor
7    William Christopher Carmody (pro hac vice) San Francisco, CA 94111
     bcarmody@susmangodfrey.com                 Telephone: (415) 858-7400
8    Shawn J. Rabin (pro hac vice)              Facsimile: (415) 858-7599
     srabin@susmangodfrey.com
9    1301 Avenue of the Americas, 32nd Floor    *Attorneys for Defendant Google LLC*
     New York, NY 10019
10   Telephone: (212) 336-8330

11   **MORGAN & MORGAN**
     John A. Yanchunis (pro hac vice)
12   jyanchunis@forthepeople.com
     Ryan J. McGee (pro hac vice)
13   rmcgee@forthepeople.com
     201 N. Franklin Street, 7th Floor
14   Tampa, FL 33602
     Telephone: (813) 223-5505
15
     *Counsel for Plaintiffs*
16
                        **UNITED STATES DISTRICT COURT**
17                      **NORTHERN DISTRICT OF CALIFORNIA**

18   ANIBAL RODRIGUEZ, JULIEANNA           Case No. 3:20-CV-04688-RS
     MUNIZ, ELIZA CAMBAY, SAL
19   CATALDO, EMIR GOENAGA, JULIAN         **JOINT STIPULATION AND ORDER**
     SANTIAGO, HAROLD NYANJOM,             **PERMITTING PLAINTIFFS TO FILE**
20   KELLIE NYANJOM, and SUSAN LYNN        **THE UNREDACTED VERSION OF THE**
     HARVEY, individually and on behalf of all  **THIRD  AMENDED COMPLAINT**
21   others similarly situated,

22          Plaintiffs,                     Judge:    The Honorable Richard Seeborg

23          v.

24   GOOGLE LLC,

25          Defendant.

26

27

28

1    Pursuant to Civil Local Rule 7-12, this joint stipulation is entered into between Plaintiffs and

2 Google LLC ("Google"), collectively referred to as the "Parties."

3    WHEREAS, on September 1, 2021, Plaintiffs filed the Third Amended Complaint (Dkt. No.

4 131).

5    WHEREAS, on September 1, 2021, Plaintiffs moved to seal portions of the Third Amended

6 Complaint on the ground that the Third Amended Complaint refers to materials designated

7 "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order

8 in this case (Dkt. No. 130).

9    WHEREAS, on September 1, 2021, Plaintiffs initiated challenges to Google's

10 confidentiality designations for the documents cited in the Third Amended Complaint that contain

11 the material sought to be sealed.

12    WHEREAS, Google, the Designating Party, elected not to file a declaration to establish that

13 any portion of the Third Amended Complaint should be maintained under seal pursuant to L.R. 79-

14 5.

15    WHEREAS, Google consents to the public filing of the Third Amended Complaint in its

16 entirety.

17    WHEREAS, Google agrees that Plaintiffs should be permitted to file the unredacted version

18 of the Third Amended Complaint on the public docket.

19    NOW THEREFORE, the Parties stipulate:

20    1.  Plaintiffs may file the unreacted version of the Third Amended Complaint on the public

21       docket.

22    2.  Plaintiffs' confidentiality challenges, raised on September 1, 2021, will be mooted by

23       the filing of the unredacted version of the Third Amended Complaint on the public

24       docket.

25    3.  Plaintiffs reserve all rights under the Protective Order (Dkt. 70), including the right to

26       initiate subsequent confidentiality challenges to the same documents.

27

28

DATED:  September 17, 2021          SUSMAN GODFREY LLP

By /s/ Amanda Bonn
     Amanda Bonn
     *Counsel on behalf of Plaintiffs*

DATED:  September 17, 2021          WILLKIE FARR & GALLAGHER, LLP

By /s/ Eduardo E. Santacana
     Eduardo E. Santacana
     *Counsel on behalf of Google*

**<u>ATTESTATION OF CONCURRENCE</u>**

I am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Permitting Plaintiffs to File the Unredacted Version of the Third Amended Complaint.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: September 17, 2021         By: */s/ Amanda Bonn*
                                   Amanda Bonn
                                   *Counsel on behalf of Plaintiffs*

1

**ORDER**

2    Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

3    1.   The motion to seal portions of the Third Amended Complaint (Dkt. 130) is denied.

4    2.   Plaintiffs are directed to file an unredacted version of the Third Amended Complaint on

5         the public docket within two business days of this Order.

6    3.   This Order does not change Google's deadline to respond to the Third Amended

7         Complaint.

8

9    **IT IS SO ORDERED.**

10   DATED:  September 20  , 2021

11                                                     Hon. Richard Seeborg
                                                       Chief United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28