**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com

Attorneys for
GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>                         Plaintiffs,<br><br>    vs<br><br>GOOGLE LLC, *et al*.<br><br>                         Defendant. | Case No. 3:20-CV-04688<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date:  October 28, 2021<br>Time:  1:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg<br><br>Action Filed:  7/14/2020<br>Trial Date:    Not Yet Set |

I, Eduardo E. Santacana, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Google's Terms of Service agreement in effect on March 31, 2020, which was downloaded on September 22, 2021 at: https://policies.google.com/terms?hl=en-US

3. Attached hereto as **Exhibit B** is a true and correct copy of Google's Terms of Service agreement in effect on October 25, 2017, which was downloaded on September 22, 2021 at:  https://policies.google.com/terms/archive/20171025?hl=en-US

4. Attached hereto as **Exhibit C** is a true and correct copy of Google's Terms of Service agreement in effect on April 14, 2014, which was downloaded on September 22, 2021 at: https://policies.google.com/terms/archive/20140414?hl=en-US

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2021 at San Francisco, CA.

By: /s/ *Eduardo E. Santacana*
Eduardo E. Santacana