**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com

Attorneys for
GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>GOOGLE LLC, *et al*.<br><br>Defendant. | Case No. 3:20-CV-04688<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS COUNTS I AND II OF THIRD AMENDED COMPLAINT**<br><br>Date: October 28, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg<br><br>Action Filed: 7/14/2020<br>Trial Date: Not Yet Set |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Google LLC's ("Google") Motion to Dismiss Plaintiffs' Third Amended Complaint. After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Google's Motion to Dismiss should be granted pursuant to Federal Rule of Procedure 12(b)(6) because the first and second causes of action in Plaintiffs' Third Amended Complaint fail to state a claim as a matter of law.

Accordingly, IT IS HEREBY ORDERED THAT Google's Motion to Dismiss the Third Amended Complaint is GRANTED, and the first and second causes of action of the Second Amended Complaint are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**


DATED: _____   _____

Honorable Richard Seeborg
Chief United States District Judge