| | |
|---|---|
| 1 | Mark C. Mao (SBN 225165) |
| 2 | Beko Richardson (SBN 238027) |
|   | Sean P. Rodriguez (SBN 262437) |
| 3 | **BOIES SCHILLER FLEXNER LLP** |
|   | 44 Montgomery Street, 41st Floor |
| 4 | San Francisco, CA 94104 |
|   | Tel: (415) 293-6800 |
| 5 | Fax: (415) 293-6899 |
|   | mmao@bsfllp.com |
| 6 | brichardson@bsfllp.com |
| 7 | srodriguez@bsfllp.com |

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendants. | Case No. 3:20-cv-04688-RS <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY ANTONIO L. INGRAM II** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

 **PLEASE TAKE NOTICE** that counsel of record for Plaintiffs Anibal Rodriguez, JulieAnna Muniz, Eliza Cambay, Sal Cataldo, Emir Goenaga, Julian Santiago, Harold Nyanjom, Kellie Nyanjom and Susan Lynn Harvey, hereby withdraws Antonio L. Ingram II, as counsel for Plaintiffs. Mr. Ingram will no longer be associated with the law firm of Boies Schiller Flexner LLP effective October 1, 2021.

 Plaintiffs respectfully requests that the Court and the Parties remove Mr. Ingram from all future correspondence.

 The law firm of Boies Schiller Flexner LLP continues to represent Plaintiffs in this matter.

Dated: September 23, 2021

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

*/s/ Mark C. Mao*
Mark C. Mao (SBN 225165)
Beko Richardson (SBN 238027)
Sean P. Rodriguez (SBN 262437)
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com
srodriguez@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiffs*