# EXHIBIT A

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 3:20-cv-04688 <br><br> **PLAINTIFFS' MOTION FOR LEAVE FILE SURREPLY IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT, AND REQUEST FOR ORAL ARGUMENT** <br><br> The Honorable Richard Seeborg <br> Courtroom 3 – 17th Floor <br> Date: October 28, 2021 <br> Time: 1:30 p.m. |

1    Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully request this Court's permission
2    to file a Surreply in opposition to Google LLC's ("Google") Motion to Dismiss the Third Amended
3    Complaint.  Plaintiffs seek this relief because Google's Reply in Support of Motion to Dismiss
4    Third Amended Complaint (Dkt No. 145) accuses Plaintiffs of litigating in bad faith, *id.* at 2.
5    Plaintiffs respectfully seek an opportunity to respond, ███████████████████████
6    ████████████████████████████████████████████████████████████████
7    ██████████████

8    Plaintiffs also respectfully request that the Court permit oral argument so that the parties
9    can defend their positions on whether Plaintiffs have litigated in bad faith.

10   Plaintiffs' proposed Surreply is attached hereto as Exhibit 1.

11   Google has informed Plaintiffs that it intends to oppose Plaintiffs' Motion to File Surreply,
12   as explained in the Declaration of Mark C. Mao, also included in Exhibit 1.

Dated: October 18, 2021                    Respectfully submitted,

                                           By:  */s/ Amanda Bonn* _____

                                           Amanda Bonn (CA Bar No. 270891)
                                           abonn@susmangodfrey.com
                                           SUSMAN GODFREY L.L.P.
                                           1900 Avenue of the Stars, Suite 1400
                                           Los Angeles, CA 90067
                                           Telephone: (310) 789-3100

                                           Mark C. Mao (CA Bar No. 236165)
                                           mmao@bsfllp.com
                                           Beko Rebitz-Richardson (CA Bar No. 238027)
                                           brichardson@bsfllp.com
                                           BOIES SCHILLER FLEXNER LLP
                                           44 Montgomery Street, 41st Floor
                                           San Francisco, CA 94104
                                           Telephone: (415) 293 6858
                                           Facsimile (415) 999 9695

                                           Jesse Panuccio (admitted *pro hac vice*)
                                           jpanuccio@bsfllp.com
                                           BOIES SCHILLER FLEXNER LLP
                                           1401 New York Ave, NW
                                           Washington, DC 20005

| | |
|---|---|
| 1 | Tel.: (202) 237-2727 |
|  | Fax: (202) 237-6131 |
| 2 | |
|  | James Lee (admitted *pro hac vice*) |
| 3 | jlee@bsfllp.com |
|  | BOIES SCHILLER FLEXNER LLP |
| 4 | 100 SE 2nd Street, Suite 2800 |
|  | Miami, FL 33131 |
| 5 | Telephone: (305) 539-8400 |
| 6 | Facsimile: (305) 539-1307 |
| 7 | William Christopher Carmody (*pro hac vice*) |
|  | bcarmody@susmangodfrey.com |
| 8 | Shawn J. Rabin (*pro hac vice*) |
|  | srabin@susmangodfrey.com |
| 9 | Steven Shepard (*pro hac vice*) |
| 10 | sshepard@susmangodfrey.com |
|  | Alexander P. Frawley (*pro hac vice*) |
| 11 | afrawley@susmangodfrey.com |
|  | SUSMAN GODFREY L.L.P. |
| 12 | 1301 Avenue of the Americas, 32nd Floor |
|  | New York, NY  10019 |
| 13 | Telephone: (212) 336-8330 |
| 14 | |
|  | John A. Yanchunis (*pro hac vice*) |
| 15 | jyanchunis@forthepeople.com |
|  | Ryan J. McGee (*pro hac vice*) |
| 16 | rmcgee@forthepeople.com |
|  | Michael F. Ram (*pro hac vice*) |
| 17 | mram@forthepeople.com |
|  | Ra  O. Amen (*pro hac vice*) |
| 18 | ramen@forthepeople.com |
|  | MORGAN & MORGAN, P.A. |
| 19 | 201 N Franklin Street, 7th Floor |
| 20 | Tampa, FL 33602 |
|  | Telephone: (813) 223-5505 |
| 21 | Facsimile: (813) 222-4736 |
| 22 | |
|  | *Attorneys for Plaintiffs* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MTD TAC
CASE NO. 3:20-CV-04688