| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra  O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS THIRD AMENDED COMPLAINT, AND REQUEST FOR ORAL ARGUMENT**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: October 28, 2021<br>Time: 1:30 p.m. |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SURREPLY
CASE NO. 3:20-CV-04688

7920167v1/016882

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Leave to file Surreply in Opposition to Google LLC's Motion to Dismiss Third Amended Complaint, and Plaintiffs' Request for Oral Argument. ("Plaintiffs' Motion").  Having considered the parties' papers filed in support of and in opposition to Plaintiffs' Motion, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** Plaintiffs' Motion.

**THEREFORE, IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**.

Plaintiffs' Proposed Surreply (attached to Plaintiffs' Motion as Exhibit 1), including the Declaration of Mark C. Mao and Exhibits AA, BB, and CC, shall be deemed filed as of the date of this Order.  The Court shall hear argument on Google's Motion to Dismiss the Third Amended Complaint (Dkt. 139) on October 28, 2021, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: _____     _____

                                                          Honorable Richard Seeborg
                                                          Chief United States District Judge