**PROOF OF SERVICE**

I, Alexander P. Frawley, declare:

I am a citizen of the United States and employed in the County of New York, New York. I am over the age of 18 and not a party to the within action; my business address is 1301 Avenue of the Americas, 32nd Floor New York, NY 10019-6023.

On October 18, 2021, I served the following document described as:

**Declaration of Alexander P. Frawley In Support of Administrative Motion to Seal Portions of Plaintiffs' Motion for Leave to File a Surreply in Opposition to Google's Motion to Dismiss Third Amended Complaint**

By electronic mail transmission from afrawley@susmangodfrey.com on October 18, 2021, by transmitting a PDF format copy of such document to each such person at the e-mail addresses listed below. The document was transmitted by electronic transmission and such transmission was reported as complete and without error:

Benedict Y. Hur
Simona Agnolucci
Eduardo E. Santacana
Lori Arakaki
Willkie Farr & Gallagher LLP
One Front Street, 34th Floor
San Francisco, CA. 94111
Tel: 415-858-7400
Fax: 415-858-7577
bhur@willkie.com
sagnolucci@willkie.com
esantacana@willkie.com
larakaki@willkie.com

*Attorneys for Defendant*

Executed on October 18, 2021, at New York, New York.

*/s/ Alexander Frawley*

1

PROOF OF SERVICE     CASE NO.: 3:20-cv-04688-RS