| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**PLAINTIFFS' MOTION FOR LEAVE FILE SURREPLY IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT, AND REQUEST FOR ORAL ARGUMENT**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: October 28, 2021<br>Time: 1:30 p.m. |

1  Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully request this Court's permission
2  to file a Surreply in opposition to Google LLC's ("Google") Motion to Dismiss the Third Amended
3  Complaint. Plaintiffs seek this relief because Google's Reply in Support of Motion to Dismiss
4  Third Amended Complaint (Dkt No. 145) accuses Plaintiffs of litigating in bad faith, *id.* at 2.
5  Plaintiffs respectfully seek an opportunity to respond, ███████████████████████████
6  ████████████████████████████████████████████████████████████████████████████████████
7  ███████████████
8  Plaintiffs also respectfully request that the Court permit oral argument so that the parties
9  can defend their positions on whether Plaintiffs have litigated in bad faith.
10  Plaintiffs' proposed Surreply is attached hereto as Exhibit 1.
11  Google has informed Plaintiffs that it intends to oppose Plaintiffs' Motion to File Surreply,
12  as explained in the Declaration of Mark C. Mao, also included in Exhibit 1.

Dated: October 18, 2021                    Respectfully submitted,

                                           By: */s/ Amanda Bonn*

                                           Amanda Bonn (CA Bar No. 270891)
                                           abonn@susmangodfrey.com
                                           SUSMAN GODFREY L.L.P.
                                           1900 Avenue of the Stars, Suite 1400
                                           Los Angeles, CA 90067
                                           Telephone: (310) 789-3100

                                           Mark C. Mao (CA Bar No. 236165)
                                           mmao@bsfllp.com
                                           Beko Rebitz-Richardson (CA Bar No. 238027)
                                           brichardson@bsfllp.com
                                           BOIES SCHILLER FLEXNER LLP
                                           44 Montgomery Street, 41st Floor
                                           San Francisco, CA 94104
                                           Telephone: (415) 293 6858
                                           Facsimile (415) 999 9695

                                           Jesse Panuccio (admitted *pro hac vice*)
                                           jpanuccio@bsfllp.com
                                           BOIES SCHILLER FLEXNER LLP
                                           1401 New York Ave, NW
                                           Washington, DC 20005

PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MTD TAC
CASE NO. 3:20-CV-04688

|   |   |
|---|---|
| 1 | Tel.: (202) 237-2727 |
|   | Fax: (202) 237-6131 |
| 2 |   |
|   | James Lee (admitted *pro hac vice*) |
| 3 | jlee@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 4 | 100 SE 2nd Street, Suite 2800 |
|   | Miami, FL 33131 |
| 5 | Telephone: (305) 539-8400 |
| 6 | Facsimile: (305) 539-1307 |

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (*pro hac vice*)
mram@forthepeople.com
Ra  O. Amen (*pro hac vice*)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MTD TAC
CASE NO. 3:20-CV-04688