| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra  O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: December 9, 2021<br>Time:  1:30 p.m. |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Motion for Relief from Case Management Schedule. Having considered the Administrative Motion, supporting declaration, and other papers on file, and good cause having been shown, the Court **ORDERS** as follows:

| Document Sought to be Sealed | Party Claiming Confidentiality | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Motion for Relief from Case Management Schedule | Google | GRANTED as to redacted portions on pages 6-8, 13, 15. | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Declaration of Mark C. Mao In Support of Plaintiffs' Motion For Relief from Case Management Schedule | Google | GRANTED as to redacted portions on pages 3-5. | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Ex. A to Mao Decl. | Google | GRANTED as to the entirety of the document. | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Ex. B to Mao Decl. | Google | GRANTED as to the entirety of the document. | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Ex. C to Mao Decl. | Google | GRANTED as to the entirety of the document. | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Ex. D to Mao Decl. | Google | GRANTED as to the entirety of the document. | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" |

| | | | pursuant to the Protective Order |
|---|---|---|---|
| Ex. E to Mao Decl. | Google | GRANTED as to the entirety of the document. | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Ex. F to Mao Decl. | Google | GRANTED as to the entirety of the document. | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

**IT IS SO ORDERED.**

DATED: _____       _____

                                             Honorable Richard Seeborg
                                             Chief United States District Judge