1 | Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CUSTODIAN JOINT LETTER BRIEF**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs respectfully seek to seal portions of the parties' Joint Letter Brief Regarding Plaintiffs' Request for Google to Search Additional Custodians' ESI ("Custodian Joint Letter Brief"), which refers to and contains material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

This motion to seal pertains to the following information.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Custodian Joint Letter Brief | Google | Portions highlighted in Yellow on Pages 1-2. | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(e), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: November 1, 2021                    Respectfully submitted,


                                            By: /s/ Amanda Bonn

                                            Amanda Bonn (CA Bar No. 270891)
                                            abonn@susmangodfrey.com
                                            SUSMAN GODFREY L.L.P.
                                            1900 Avenue of the Stars, Suite 1400
                                            Los Angeles, CA 90067
                                            Telephone: (310) 789-3100

                                            Mark C. Mao (CA Bar No. 236165)
                                            mmao@bsfllp.com
                                            Beko Rebitz-Richardson (CA Bar No. 238027)
                                            brichardson@bsfllp.com
                                            BOIES SCHILLER FLEXNER LLP
                                            44 Montgomery Street, 41st Floor
                                            San Francisco, CA 94104
                                            Telephone: (415) 293 6858
                                            Facsimile (415) 999 9695

                                            Jesse Panuccio (admitted *pro hac vice*)
                                            jpanuccio@bsfllp.com
                                            BOIES SCHILLER FLEXNER LLP

| | |
|---|---|
| 1 | 1401 New York Ave, NW |
| 2 | Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131 |
| 3 | |
| 4 | James Lee (admitted *pro hac vice*)<br>jlee@bsfllp.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800 |
| 6 | Miami, FL 33131<br>Telephone: (305) 539-8400 |
| 7 | Facsimile: (305) 539-1307 |
| 8 | William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com |
| 9 | Shawn J. Rabin (*pro hac vice*) |
| 10 | srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*) |
| 11 | sshepard@susmangodfrey.com<br>Alexander P. Frawley (*pro hac vice*) |
| 12 | afrawley@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 13 | 1301 Avenue of the Americas, 32nd Floor |
| 14 | New York, NY  10019<br>Telephone: (212) 336-8330 |
| 15 | |
| 16 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 17 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 18 | Michael F. Ram (*pro hac vice*)<br>mram@forthepeople.com |
| 19 | Ra  O. Amen (*pro hac vice*)<br>ramen@forthepeople.com |
| 20 | MORGAN & MORGAN, P.A. |
| 21 | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602 |
| 22 | Telephone: (813) 223-5505<br>Facsimile: (813) 222-4736 |
| 23 | |
| 24 | *Attorneys for Plaintiffs* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CASE NO. 3:20-cv-04688
ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CUSTODIAN JOINT LETTER BRIEF