1  Mark C. Mao, CA Bar No. 236165
   Beko Reblitz-Richardson, CA Bar No. 238027
2  **BOIES SCHILLER FLEXNER LLP**
3  44 Montgomery St., 41st Floor
   San Francisco, CA 94104
4  Tel.: (415) 293-6800
   mmao@bsfllp.com
5  brichardson@bsfllp.com

6  Jesse Panuccio (admitted *pro hac vice*)
   **BOIES SCHILLER FLEXNER LLP**
7  1401 New York Ave, NW
   Washington, DC 20005
8  Tel.: (202) 237-2727
9  Fax: (202) 237-6131
   jpanuccio@bsfllp.com
10
11 Amanda K. Bonn, CA Bar No. 270891
   **SUSMAN GODFREY L.L.P**
12 1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
13 Tel: (310) 789-3100
   Fax: (310) 789-3150
14 abonn@susmangodfrey.com

15 *Attorneys for Plaintiffs*

   William Christopher Carmody
   (admitted *pro hac vice*)
   Shawn J. Rabin (admitted *pro hac vice*)
   Steven M. Shepard (admitted *pro hac vice*)
   Alexander P. Frawley
   (admitted *pro hac vice*)
   **SUSMAN GODFREY L.L.P.**
   1301 Avenue of the Americas,
   32nd Floor
   New York, NY 10019
   Tel.: (212) 336-8330
   bcarmody@susmangodfrey.com
   srabin@susmangodfrey.com
   sshepard@susmangodfrey.com
   afrawley@susmangodfrey.com

   John A. Yanchunis (admitted *pro hac vice*)
   Ryan J. McGee (admitted *pro hac vice*)
   Michael F. Ram (admitted *pro hac vice*)
   Ra O. Amen (admitted *pro hac vice*)
   **MORGAN & MORGAN**
   201 N. Franklin Street, 7th Floor
   Tampa, FL 33602
   Tel.: (813) 223-5505
   jyanchunis@forthepeople.com
   rmcgee@forthepeople.com
   mram@forthepeople.com
   ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688<br><br>**DECLARATION OF ALEXANDER P. FRAWLEY IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PORTIONS OF CUSTODIAN JOINT LETTER BRIEF**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

**DECLARATION OF ALEXANDER P. FRAWLEY**

I, Alexander P. Frawley, declare as follows.

1. I am an associate with the law firm of Susman Godfrey L.L.P, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of New York, and admitted *pro hac vice* in this case. (Dkt No. 81). I have personal knowledge of the matters set forth herein and am competent to testify.

2. Pursuant to Civil Local Rule 79-5(e), I submit this Declaration in Support of Plaintiffs' Administrative Motion to Seal Portions of the parties' Joint Letter Brief Regarding Plaintiffs' Request for Google to Search Additional Custodians' ESI. ("Custodian Letter Brief"). The Custodian Letter Brief references material that Google LLC ("Google") has designated as "Confidential" and "Highly Confidential – Attorneys' Eyes Only" under the parties' Protective Order (Dkt No. 70).

3. Plaintiffs respectfully request that the Court seal the redacted portions of the Custodian Letter Brief, which is attached to the Administrative Motion to Seal.

4. Pursuant to Civil Local Rule 79-5(e)(1), Google, as the designating party, must file a declaration within 4 days establishing that all of the designated material is sealable.

5. I personally served a copy of this Declaration on Google's counsel of record by email on November 1, 2021. A Proof of Service is filed concurrently herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of November, 2021, at New York, New York.

*/s/ Alexander P. Frawley*