# EXHIBIT A

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Shawn J. Rabin (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Steven M. Shepard (admitted *pro hac vice*) |
| San Francisco, CA 94104 | Alexander P. Frawley |
| Tel.: (415) 293-6800 | (admitted *pro hac vice*) |
| mmao@bsfllp.com | **SUSMAN GODFREY L.L.P.** |
| brichardson@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| Jesse Panuccio (admitted *pro hac vice*) | Tel.: (212) 336-8330 |
| **BOIES SCHILLER FLEXNER LLP** | bcarmody@susmangodfrey.com |
| 1401 New York Ave, NW | srabin@susmangodfrey.com |
| Washington, DC 20005 | sshepard@susmangodfrey.com |
| Tel.: (202) 237-2727 | afrawley@susmangodfrey.com |
| Fax: (202) 237-6131 | |
| jpanuccio@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*) |
| | Ryan J. McGee (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | Michael F. Ram (admitted *pro hac vice*) |
| **SUSMAN GODFREY L.L.P** | Ra O. Amen (admitted *pro hac vice*) |
| 1900 Avenue of the Stars, Suite 1400 | **MORGAN & MORGAN** |
| Los Angeles, CA 90067 | 201 N. Franklin Street, 7th Floor |
| Tel: (310) 789-3100 | Tampa, FL 33602 |
| Fax: (310) 789-3150 | Tel.: (813) 223-5505 |
| abonn@susmangodfrey.com | jyanchunis@forthepeople.com |
| | rmcgee@forthepeople.com |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |
| | ramen@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR GOOGLE TO SEARCH ADDITIONAL CUSTODIANS' ESI**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' request for Google to search additional custodians' ESI ("Custodian Joint Letter Brief"). Having considered the Custodian Joint Letter Brief, and good cause having been shown, the Court GRANTS Plaintiffs' request for Google to search additional custodians' ESI.

The following Google employees are designated as document custodians:

1. Arne de Booij
2. Keith Enright
3. Greg Fair
4. Jan Hannemann
5. Donald Harrison
6. Sam Heft-Luthy
7. Guemmy Kim
8. Nick Linkow
9. Stephan Micklitz
10. Eric Miraglia
11. Dale Nil
12. Sree Pothana
13. Mark Risher
14. Chris Ruemmler
15. Dan Stone
16. Jason Titus
17. Rahul Roy-Chowdhury
18. Katie Virk
19. Xinyu Ye

Going forward, Google is ordered to provide Plaintiffs with Google's portion of any discovery letter briefs within five days of receiving Plaintiffs' initial draft.

1
2     **IT IS SO ORDERED.**
3
4     DATED: _____    _____
5                                     Honorable Alex G. Tse
                                      United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28