# EXHIBIT B

1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   LORI C. ARAKAKI (SBN: 315119)
5    larakaki@willkie.com
   ARGEMIRA FLOREZ (SBN: 331153)
6    aflorez@willkie.com
7
   Attorneys for
8  GOOGLE LLC

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO

| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>GOOGLE LLC, *et al.*<br><br>Defendant. | Case No. 3:20-CV-04688<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST FOR ADDITIONAL CUSTODIANS**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    Not Set |
|---|---|

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' request for Google to search the ESI of 19 additional custodians ("Custodian Joint Letter Brief").

Having considered the Custodian Joint Letter Brief, the Court DENIES Plaintiffs' request for Google to search the ESI of the following 19 individuals:  Arne de Booij, Keith Enright, Greg Fair, Jan Hannemann, Donald Harrison, Sam Heft-Luthy, Guemmy Kim, Nick Linkow, Stephan Micklitz, Eric Miraglia, Dale Nil, Sree Pothana, Mark Risher, Chris Ruemmler, Dan Stone, Jason Titus, Rahul Roy-Chowdhury, Katie Virk, Xinyu Ye.

**IT IS SO ORDERED.**

DATED: _____          _____

Honorable Alex G. Tse
United States Magistrate Judge