UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-04688-RS

**ORDER EXTENDING DEADLINES**

Plaintiffs have moved to delay the deadlines in this case by six months, because Google has not, in their view, produced adequate discovery, so they are not ready to take certain depositions yet. Dkt. No. 152. After supposedly not opposing this delay, Google is now opposing it and insisting that depositions be scheduled by early November. The fact discovery cut-off is January 11, 2022. By the time the motion is fully briefed and decided, early November will have come and gone, and Plaintiffs will be uncomfortably close to the fact discovery cut-off. Thus, they argue they will be forced to take depositions twice, once in early November, with whatever documents they have, and again, they hope, after their motion is granted. Dual depositions would be a waste of time for all parties involved.

To prevent this waste, to prevent prejudice to Plaintiffs, and to allow full consideration of Plaintiff's motion without forcing Defendants to respond on an accelerated schedule, the fact discovery cutoff is extended 30 days, to February 10, 2022. Consequently, the expert disclosure deadline, which the parties had agreed to have match the fact discovery deadline, is also extended

to February 10, 2022. This is not to deny Plaintiffs the other five months' delay they request, nor to say the other deadlines will not also be moved; the motion may or may not be granted after it is briefed. This order is issued before the motion is briefed solely to try to avoid duplicative depositions.

**IT IS SO ORDERED**.

Dated: November 1, 2021

_____
RICHARD SEEBORG
Chief United States District Judge