UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.,

    Plaintiffs,

  v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-04688-RS (AGT)

**SUPPLEMENTAL BRIEFING ORDER**

Re: Dkt. No. 155

In a discovery letter brief filed yesterday, the plaintiffs described only nine of the nineteen Google employees who they seek to add as ESI custodians. The Court now directs the plaintiffs to file a supplemental letter brief in which they describe the other ten Google employees in question. Also in the supplemental letter brief, the plaintiffs should identify, for all nineteen employees in question, the disputed factual and legal issues for which their ESI would be relevant.

Within four business days of when the plaintiffs file their supplemental brief, Google may file a response brief. The Court leaves the length of the supplemental briefs to the parties' discretion.

**IT IS SO ORDERED.**

Dated: November 2, 2021

ALEX G. TSE
United States Magistrate Judge