Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.:  3:20-cv-04688 <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> The Honorable Alex G. Tse <br> Courtroom A – 15th Floor <br> Trial Date: Not Yet Set |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is contained within Plaintiffs' Supplemental Letter Brief Regarding Their Request for Google to Search Additional Custodians' ESI ("Plaintiffs' Supplemental Custodian Letter Brief").

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Supplemental Custodian Letter Brief | Google | Portions highlighted in Blue on pages 4, 5, 6, 7, 8, 9 | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: November 8, 2021                      Respectfully submitted,


By: */s/ Amanda Bonn*

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

Jesse Panuccio (admitted *pro hac vice*)
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005

ADMINISTRATIVE MOTION RE SEALING PORTIONS OF SUPPLEMENTAL CUSTODIAN LETTER BRIEF

|   |   |
|---|---|
| 1 | Tel.: (202) 237-2727 |
|   | Fax: (202) 237-6131 |
| 2 |   |
|   | James Lee (admitted *pro hac vice*) |
| 3 | jlee@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 4 | 100 SE 2nd Street, Suite 2800 |
|   | Miami, FL 33131 |
| 5 | Telephone: (305) 539-8400 |
| 6 | Facsimile: (305) 539-1307 |
| 7 | William Christopher Carmody (*pro hac vice*) |
|   | bcarmody@susmangodfrey.com |
| 8 | Shawn J. Rabin (*pro hac vice*) |
|   | srabin@susmangodfrey.com |
| 9 | Steven Shepard (*pro hac vice*) |
| 10 | sshepard@susmangodfrey.com |
|   | Alexander P. Frawley (*pro hac vice*) |
| 11 | afrawley@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 12 | 1301 Avenue of the Americas, 32nd Floor |
|   | New York, NY  10019 |
| 13 | Telephone: (212) 336-8330 |
| 14 |   |
|   | John A. Yanchunis (*pro hac vice*) |
| 15 | jyanchunis@forthepeople.com |
|   | Ryan J. McGee (*pro hac vice*) |
| 16 | rmcgee@forthepeople.com |
|   | Michael F. Ram (*pro hac vice*) |
| 17 | mram@forthepeople.com |
|   | Ra O. Amen (*pro hac vice*) |
| 18 | ramen@forthepeople.com |
| 19 | MORGAN & MORGAN, P.A. |
|   | 201 N Franklin Street, 7th Floor |
| 20 | Tampa, FL 33602 |
|   | Telephone: (813) 223-5505 |
| 21 | Facsimile: (813) 222-4736 |
| 22 |   |
|   | *Attorneys for Plaintiffs* |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |