| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William Christopher Carmody |
| Beko Reblitz-Richardson, CA Bar No. 238027 | (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Shawn J. Rabin (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Steven M. Shepard (admitted *pro hac vice*) |
| San Francisco, CA 94104 | Alexander P. Frawley |
| Tel.: (415) 293-6800 | (admitted *pro hac vice*) |
| mmao@bsfllp.com | **SUSMAN GODFREY L.L.P.** |
| brichardson@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| Jesse Panuccio (admitted *pro hac vice*) | Tel.: (212) 336-8330 |
| **BOIES SCHILLER FLEXNER LLP** | bcarmody@susmangodfrey.com |
| 1401 New York Ave, NW | srabin@susmangodfrey.com |
| Washington, DC 20005 | sshepard@susmangodfrey.com |
| Tel.: (202) 237-2727 | afrawley@susmangodfrey.com |
| Fax: (202) 237-6131 | |
| jpanuccio@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*) |
| | Ryan J. McGee (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | Michael F. Ram (admitted *pro hac vice*) |
| **SUSMAN GODFREY L.L.P** | Ra O. Amen (admitted *pro hac vice*) |
| 1900 Avenue of the Stars, Suite 1400 | **MORGAN & MORGAN** |
| Los Angeles, CA 90067 | 201 N. Franklin Street, 7th Floor |
| Tel: (310) 789-3100 | Tampa, FL 33602 |
| Fax: (310) 789-3150 | Tel.: (813) 223-5505 |
| abonn@susmangodfrey.com | jyanchunis@forthepeople.com |
| | rmcgee@forthepeople.com |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |
| | ramen@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated, | Case No.: 3:20-cv-04688 |
| | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| Plaintiffs, | |
| vs. | The Honorable Alex G. Tse |
| | Courtroom A – 15th Floor |
| GOOGLE LLC, | Trial Date: Not Yet Set |
| Defendant. | |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is contained within the Joint Letter Brief regarding Plaintiffs' request that the Court order Google to negotiate with Plaintiffs to establish a preservation plan in this case and perform other preservation-related tasks ("Preservation Joint Letter Brief").

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Preservation Joint Letter Brief | Google | Portions highlighted in Blue on page 4 | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Declaration of Steve Ganem | Google | Entirety | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: November 12, 2021            Respectfully submitted,

By: /s/ Amanda Bonn

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor

| | |
|---|---|
| 1 | San Francisco, CA 94104 |
| | Telephone: (415) 293 6858 |
| 2 | Facsimile (415) 999 9695 |
| 3 | Jesse Panuccio (admitted *pro hac vice*) |
| | jpanuccio@bsfllp.com |
| 4 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Ave, NW |
| 5 | Washington, DC 20005 |
| | Tel.: (202) 237-2727 |
| 6 | Fax: (202) 237-6131 |

San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

Jesse Panuccio (admitted *pro hac vice*)
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (*pro hac vice*)
mram@forthepeople.com
Ra  O. Amen (*pro hac vice*)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*