**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
Simona Agnolucci (SBN: 246943)
Eduardo E. Santacana (SBN: 281668)
Lori C. Arakaki (SBN: 315119)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
bhur@willkie.com
sagnolucci@willkie.com
esantacana@willkie.com
larakaki@willkie.com

Attorneys for
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.*, individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF STEVE GANEM IN SUPPORT OF JOINT LETTER BRIEF RE: GOOGLE PRESERVATION**<br><br>Judge: Hon. Alex G. Tse |

**FILED UNDER SEAL**