# Exhibit B

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
 bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
 sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
 esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
 larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
 aflorez@willkie.com

Attorneys for
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>                               Plaintiffs,<br><br>     vs<br><br>GOOGLE LLC, *et al*.<br><br>                               Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST FOR GOOGLE TO TAKE CERTAIN PRESERVATION ACTIONS**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:   Not Set |

**[PROPOSED] ORDER**

Before the Court is the Plaintiffs' Request for Google to Take Certain Preservation Actions (the "Request").

Having considered the Request, the Court DENIES Plaintiffs' request for Google to take certain preservation actions.

**IT IS SO ORDERED.**

DATED: _____           _____
                                  Honorable Alex G. Tse
                                  United States Magistrate Judge