# EXHIBIT A

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* | **WILLKIE FARR & GALLAGHER LLP**<br>Benedict Y. Hur (SBN: 224018)<br>bhur@willkie.com<br>Simona Agnolucci (SBN: 246943)<br>sagnolucci@willkie.com<br>Eduardo E. Santacana (SBN: 281668)<br>esantacana@willkie.com<br>Lori Arakaki (SBN: 315119)<br>larakaki@willkie.com<br>Amanda Maya (SBN: 324092)<br>amaya@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 858-7400<br>Facsimile: (415) 858-7599<br><br>*Attorneys for Defendant Google LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>              Plaintiffs,<br><br>     vs.<br><br>GOOGLE LLC<br><br>              Defendants. | Case No. 3:20-cv-4688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into by and between Plaintiffs Anibal Rodriguez, et al and Defendant Google LLC (collectively, the "Parties").

WHEREAS, the parties have been working to complete discovery in this case pursuant to the Court's deadlines.

WHEREAS, given the complexity of the case and the amount of discovery that remains in the case, the parties agree to an extension of the fact discovery deadline and expert disclosure date.

WHEREAS, given the possibility that the scope of discovery may change depending on the Court's ruling on Google's pending motion to dismiss (Dkt. 115) the parties agree to negotiate a second extension as needed after the Court has issued an order on the pending motion to dismiss.

NOW THEREFORE, the parties agree to the following:

- The parties agree to extend the fact discovery deadline (Dkt. 59) by 60 days to January 11, 2022.
- The parties agree to extend the expert disclosure date, which is currently set on December 13, 2021 (Dtk. 59), to January 11, 2022, to match the new discovery deadline.
- After the Court has issued an order on the pending motion to dismiss, the parties agree to negotiate all other deadlines as needed.

DATED: August 4, 2021

By: */s/ Draft*

BOIES SCHILLER FLEXNER LLP
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (pro hac vice)
jlee@bsfllp.com
Rossana Baeza (pro hac vice)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130

```
                                        Telephone: (305) 539-8400
                                        Facsimile: (305) 539-1304

                                        Jesse Panuccio (pro hac vice)
                                        jpanuccio@bsfllp.com
                                        1401 New York Ave, NW
                                        Washington, DC 20005
                                        Telephone: (202) 237-2727
                                        Facsimile: (202) 237-6131

                                        SUSMAN GODFREY L.L.P.
                                          Amanda Bonn (CA Bar No. 270891)
                                          abonn@susmangodfrey.com
                                          1900 Avenue of the Stars, Suite 1400
                                          Los Angeles, CA 90067
                                          Telephone: (310) 789-3100

                                          William Christopher Carmody (pro hac vice)
                                          bcarmody@susmangodfrey.com
                                          Shawn J. Rabin (pro hac vice)
                                          srabin@susmangodfrey.com
                                          Steven Shepard (pro hac vice)
                                          sshepard@susmangodfrey.com
                                          1301 Avenue of the Americas, 32nd Floor
                                          New York, NY 10019
                                          Telephone: (212) 336-8330

                                        MORGAN & MORGAN
                                          John A. Yanchunis (pro hac vice)
                                          jyanchunis@forthepeople.com
                                          Ryan J. McGee (pro hac vice)
                                          rmcgee@forthepeople.com
                                          Ra Olusegun Amen (pro hac vice)
                                          ramen@forthepeople.com
                                          201 N. Franklin Street, 7th Floor
                                          Tampa, FL 33602
                                          Telephone: (813) 223-5505
```

*Attorneys for Plaintiffs*

DATED: August 3, 2021                         WILLKIE FARR & GALLAGHER, LLP

|   |   |
|---|---|
| 1 | By: */s/ Draft* |
| 2 | Benedict Y. Hur (SBN: 224018) |
| 3 | bhur@willkie.com |
|   | Simona Agnolucci (SBN: 246943) |
| 4 | sagnolucci@willkie.com |
|   | Eduardo E. Santacana (SBN: 281668) |
| 5 | esantacana@willkie.com |
|   | Lori Arakaki (SBN: 315119) |
| 6 | larakaki@willkie.com |
|   | Amanda Maya (SBN: 324092) |
| 7 | amaya@willkie.com |
|   | One Front Street, 34th Floor |
| 8 | San Francisco, CA 94111 |
|   | Telephone: (415) 858-7400 |
| 9 | Facsimile: (415) 858-7599 |

*Attorneys for Defendant Google LLC*

3

CASE NO. 3:20-cv-4688-RS

JOINT STIP AND [PROP] ORDER TO CONTINUE DISCOVERY DEADLINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>GOOGLE LLC<br><br>        Defendants | Case No. 3:20-cv-4688-RS<br><br>**[PROPOSED] ORDER** |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the discovery deadline and expert disclosure deadline are extended until January 11, 2022.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                   The Honorable Richard Seeborg