# EXHIBIT B

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs; additional counsel listed in signature blocks below* | **WILLKIE FARR & GALLAGHER LLP**<br>Benedict Y. Hur (SBN: 224018)<br>bhur@willkie.com<br>Simona Agnolucci (SBN: 246943)<br>sagnolucci@willkie.com<br>Eduardo E. Santacana (SBN: 281668)<br>esantacana@willkie.com<br>Lori Arakaki (SBN: 315119)<br>larakaki@willkie.com<br>~~Amanda Maya~~Argemira Florez (SBN: ~~324092~~311153)<br>~~amaya@willkie.com~~<br>aflorez@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 858-7400<br>Facsimile: (415) 858-7599<br><br>*Attorneys for Defendant Google LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>                Plaintiffs,<br>   vs.<br><br>GOOGLE LLC<br><br>                Defendants. | Case No. 3:20-cv-4688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Judge: Hon. Richard Seeborg |

1    Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into by and
2 between Plaintiffs Anibal Rodriguez, et al and Defendant Google LLC (collectively, the "Parties").
3    WHEREAS, the parties have been working to complete discovery in this case pursuant to
4 the Court's deadlines~~.~~, and
5    WHEREAS, ~~given~~ the ~~complexity of~~ pleadings have not yet been settled, and
6    WHEREAS, the case ~~and the amount of discovery that remains in the case, the parties agree~~
7 ~~to an extension of the~~ schedule allows for some flexibility in the fact discovery ~~deadline~~ and expert
8 disclosure ~~date.~~ deadlines without moving any other deadlines in the case, and
9    WHEREAS, ~~given the possibility that~~ the scope of discovery may change depending on the
10 Court's ruling on Google's pending motion to dismiss (Dkt. ~~115) the parties agree to negotiate a~~
11 ~~second extension as needed after the Court has issued an order on the pending motion to dismiss.~~
12 115), and
13    WHEREAS, the parties agree to negotiate in good faith whether and to what extent a second
14 extension may be needed after the Court has issued an order on the pending motion to dismiss, and
15    WHEREAS, there have been no other extensions of the case schedule set by the Court;
16    NOW THEREFORE, the parties agree to the following:
17 - The parties agree to extend the fact discovery deadline (Dkt. 59) by 60 days to January
18   11, 2022.
19 - The parties agree to extend the expert disclosure date, which is currently set on December
20   13, 2021 (Dtk. 59), to January 11, 2022, to match the new discovery deadline.
21 - After the Court has issued an order on the pending motion to dismiss, the parties agree
22   to ~~negotiate all~~ meet and confer regarding other deadlines as needed.
23 DATED: August 4, 2021

By: */s/ Draft*

BOIES SCHILLER FLEXNER LLP
    Mark C. Mao (CA Bar No. 236165)
    mmao@bsfllp.com
    Beko Reblitz-Richardson (CA Bar No. 238027)
    brichardson@bsfllp.com
    44 Montgomery Street, 41st Floor

1    CASE NO. 3:20-cv-4688-RS
JOINT STIP AND [PROP] ORDER TO CONTINUE DISCOVERY DEADLINES

| | |
|---|---|
| 1 | San Francisco, CA 94104 |
| 2 | Telephone: (415) 293 6858 |
|   | Facsimile (415) 999 9695 |
| 3 | |
| 4 | James W. Lee (pro hac vice) |
|   | jlee@bsfllp.com |
| 5 | Rossana Baeza (pro hac vice) |
|   | rbaeza@bsfllp.com |
| 6 | 100 SE 2nd Street, Suite 2800 |
|   | Miami, FL 33130 |
| 7 | Telephone: (305) 539-8400 |
|   | Facsimile: (305) 539-1304 |
| 8 | |
| 9 | Jesse Panuccio (pro hac vice) |
|   | jpanuccio@bsfllp.com |
| 10 | 1401 New York Ave, NW |
|    | Washington, DC 20005 |
| 11 | Telephone: (202) 237-2727 |
|    | Facsimile: (202) 237-6131 |
| 12 | |
| 13 | SUSMAN GODFREY L.L.P. |
|    | Amanda Bonn (CA Bar No. 270891) |
| 14 | abonn@susmangodfrey.com |
|    | 1900 Avenue of the Stars, Suite 1400 |
| 15 | Los Angeles, CA 90067 |
|    | Telephone: (310) 789-3100 |
| 16 | |
| 17 | William Christopher Carmody (pro hac vice) |
| 18 | bcarmody@susmangodfrey.com |
|    | Shawn J. Rabin (pro hac vice) |
| 19 | srabin@susmangodfrey.com |
|    | Steven Shepard (pro hac vice) |
| 20 | sshepard@susmangodfrey.com |
|    | 1301 Avenue of the Americas, 32nd Floor |
| 21 | New York, NY 10019 |
|    | Telephone: (212) 336-8330 |
| 22 | |
| 23 | MORGAN & MORGAN |
|    | John A. Yanchunis (pro hac vice) |
| 24 | jyanchunis@forthepeople.com |
|    | Ryan J. McGee (pro hac vice) |
| 25 | rmcgee@forthepeople.com |
|    | Ra Olusegun Amen (pro hac vice) |
| 26 | ramen@forthepeople.com |
|    | 201 N. Franklin Street, 7th Floor |
| 27 | Tampa, FL 33602 |
| 28 | Telephone: (813) 223-5505 |

*Attorneys for Plaintiffs*

DATED: August 3, 2021                    WILLKIE FARR & GALLAGHER, LLP

By: */s/ Draft*

Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
Lori Arakaki (SBN: 315119)
larakaki@willkie.com
~~Amanda Maya~~Argemira Florez (SBN: ~~324092~~311153)
~~amaya@willkie.com~~
aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>GOOGLE LLC<br><br>　　　　　Defendants | Case No. 3:20-cv-4688-RS<br><br>**[PROPOSED] ORDER** |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the discovery deadline and expert disclosure deadline are extended until January 11, 2022.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          The Honorable Richard Seeborg