UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodriguez et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>Google LLC,<br><br>        Defendant. | Case No. 20-cv-04688-RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Plaintiffs have moved for relief from the Case Management Order because of various discovery disputes. Dkt. Nos. 152 and 153. Specifically, they requested a six-month extension of discovery. Upon filing of the motion, one month's extension was granted to prevent duplicate depositions being taken, as the parties were threatening to do imminently. Dkt. No. 156. However, that order did not rule on the underlying disputes, nor on the merits of the remainder of the delay Plaintiffs seek.

Discovery disputes were previously referred to Judge Tse. Dkt. No. 76. Judge Tse has been adjudicating the underlying discovery disputes. Thus, the motion for relief from the Case Management Order is also referred to Judge Tse. Judge Tse is empowered to alter the Case Management Order as necessary to rule on the motion, pursuant to 28 U.S.C. § 636 and Civil Local Rule 72-1.

**IT IS SO ORDERED**.

Dated: November 16, 2021

_____
RICHARD SEEBORG
Chief United States District Judge