Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Magistrate Judge Alex G. Tse<br>Courtroom A – 15th Floor |

1  Plaintiffs respectfully ask the Court to remove Docket Numbers Dkt. 176-2 and 176-4 from
2  the docket.  Plaintiffs inadvertently filed these documents on the public docket.  They were meant
3  to be lodged under seal.
4
5  Dated: November 19, 2021                    Respectfully submitted,
6
                                               By: /s/ Amanda Bonn
7
                                               Amanda Bonn (CA Bar No. 270891)
8                                              abonn@susmangodfrey.com
                                               SUSMAN GODFREY L.L.P.
9                                              1900 Avenue of the Stars, Suite 1400
                                               Los Angeles, CA 90067
10                                             Telephone: (310) 789-3100
11
                                               Mark C. Mao (CA Bar No. 236165)
12                                             mmao@bsfllp.com
                                               Beko Rebitz-Richardson (CA Bar No. 238027)
13                                             brichardson@bsfllp.com
                                               BOIES SCHILLER FLEXNER LLP
14                                             44 Montgomery Street, 41st Floor
                                               San Francisco, CA 94104
15                                             Telephone: (415) 293 6858
                                               Facsimile (415) 999 9695
16
17                                             Jesse Panuccio (admitted *pro hac vice*)
                                               jpanuccio@bsfllp.com
18                                             BOIES SCHILLER FLEXNER LLP
                                               1401 New York Ave, NW
19                                             Washington, DC 20005
                                               Tel.: (202) 237-2727
20                                             Fax: (202) 237-6131
21
                                               James Lee (admitted *pro hac vice*)
22                                             jlee@bsfllp.com
                                               BOIES SCHILLER FLEXNER LLP
23                                             100 SE 2nd Street, Suite 2800
                                               Miami, FL 33131
24                                             Telephone: (305) 539-8400
25                                             Facsimile: (305) 539-1307

26                                             William Christopher Carmody (*pro hac vice*)
                                               bcarmody@susmangodfrey.com
27                                             Shawn J. Rabin (*pro hac vice*)
                                               srabin@susmangodfrey.com
28                                             Steven Shepard (*pro hac vice*)

| | |
|---|---|
| 1 | ssheppard@susmangodfrey.com |
| 2 | Alexander P. Frawley (*pro hac vice*) |
|   | afrawley@susmangodfrey.com |
| 3 | SUSMAN GODFREY L.L.P. |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 4 | New York, NY 10019 |
|   | Telephone: (212) 336-8330 |

ssheppard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (*pro hac vice*)
mram@forthepeople.com
Ra O. Amen (*pro hac vice*)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*