UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-04688-RS (AGT) <br><br> **ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE** <br><br> Re: Dkt. No. 153 |

Satisfied that the plaintiffs have diligently pursued discovery, and that good cause exists for a six-month extension of the discovery deadlines, the Court grants the plaintiffs' motion for relief and sets the following dates and deadlines for further proceedings:

| | |
|---|---|
| Hearing on Motion for Class Certification: | June 2, 2022[*] |
| Close of Fact Discovery: | July 13, 2022 |
| Initial Expert Witness Disclosures: | July 13, 2022 |
| Rebuttal Expert Witness Disclosures: | October 28, 2022 |
| Close of Expert Discovery: | December 16, 2022 |

**IT IS SO ORDERED.**

Dated: November 22, 2021

ALEX G. TSE
United States Magistrate Judge

---

[*] This date was previously set. *See* Dkt. 59 at 3. The plaintiffs, to date, haven't asked to move it.