1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   LORI C. ARAKAKI (SBN: 315119)
5    larakaki@willkie.com
   ARGEMIRA FLOREZ (SBN: 331153)
6    aflorez@willkie.com
7
   Attorneys for
8  GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>                              Plaintiffs,<br><br>    vs<br><br>GOOGLE LLC, *et al*.<br><br>                              Defendant. | Case No.  3:20-CV-04688 RS<br><br>**DECLARATION OF STEVE GANEM IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL RE: PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>[*Declaration of Eduardo E. Santacana in Support of Administrative Motion to Seal filed concurrently herewith*]<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A – 15th Floor<br>Trial Date:   Not Yet Set |

I, STEVE GANEM, declare:

1. I am a Group Product Manager at Google LLC ("Google") with supervisory authority concerning Google Analytics for Firebase ("GA for Firebase"). In my role as Group Product Manager, I am familiar with Google's practices regarding the treatment of sensitive business and technical information.

2. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

3. I submit this declaration in support of the Administrative Motion to Consider Whether Another Party's Material Should be Sealed filed by Plaintiffs. ECF No. 179. I have reviewed Exhibit D to Plaintiffs' Reply in Support of Motion for Relief from Case Management Schedule, which has been designated for sealing. ECF No. 179-4.

4. **Exhibit D** contains a discussion between several Google product managers and other employees, which discloses confidential and proprietary information concerning the technical underpinnings of Google's settings. The email thread also discloses Google's product design and strategy, including consideration of specific risks. Google considers this information proprietary, and it is kept confidential both internally at Google and in litigation, and it should be shielded from unnecessary public disclosure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 29, 2021, at San Francisco, California.

                                                                                   */s/ Steve Ganem*
                                                                                   STEVE GANEM