Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Magistrate Judge Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is attached to the parties' Joint Letter Brief Regarding Plaintiffs' Challenge to Google's Decision to Claw Back a Document as Privileged ("Clawback Joint Letter Brief").

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Declaration of Bryson Santaguida | Google | Entirety | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: December 3, 2021               Respectfully submitted,


                                      By: /s/ Amanda Bonn

                                      Amanda Bonn (CA Bar No. 270891)
                                      abonn@susmangodfrey.com
                                      SUSMAN GODFREY L.L.P.
                                      1900 Avenue of the Stars, Suite 1400
                                      Los Angeles, CA 90067
                                      Telephone: (310) 789-3100

                                      Mark C. Mao (CA Bar No. 236165)
                                      mmao@bsfllp.com
                                      Beko Rebitz-Richardson (CA Bar No. 238027)
                                      brichardson@bsfllp.com
                                      BOIES SCHILLER FLEXNER LLP
                                      44 Montgomery Street, 41st Floor
                                      San Francisco, CA 94104
                                      Telephone: (415) 293 6858
                                      Facsimile (415) 999 9695

                                      Jesse Panuccio (admitted *pro hac vice*)
                                      jpanuccio@bsfllp.com
                                      BOIES SCHILLER FLEXNER LLP
                                      1401 New York Ave, NW
                                      Washington, DC 20005

| | |
|---|---|
| 1 | Tel.: (202) 237-2727 |
|   | Fax: (202) 237-6131 |
| 2 | |
|   | James Lee (admitted *pro hac vice*) |
| 3 | jlee@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 4 | 100 SE 2nd Street, Suite 2800 |
|   | Miami, FL 33131 |
| 5 | Telephone: (305) 539-8400 |
| 6 | Facsimile: (305) 539-1307 |
| 7 | William Christopher Carmody (*pro hac vice*) |
|   | bcarmody@susmangodfrey.com |
| 8 | Shawn J. Rabin (*pro hac vice*) |
|   | srabin@susmangodfrey.com |
| 9 | Steven Shepard (*pro hac vice*) |
| 10 | sshepard@susmangodfrey.com |
|   | Alexander P. Frawley (*pro hac vice*) |
| 11 | afrawley@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 12 | 1301 Avenue of the Americas, 32nd Floor |
|   | New York, NY  10019 |
| 13 | Telephone: (212) 336-8330 |
| 14 | |
|   | John A. Yanchunis (*pro hac vice*) |
| 15 | jyanchunis@forthepeople.com |
|   | Ryan J. McGee (*pro hac vice*) |
| 16 | rmcgee@forthepeople.com |
|   | Michael F. Ram (*pro hac vice*) |
| 17 | mram@forthepeople.com |
|   | Ra  O. Amen (*pro hac vice*) |
| 18 | ramen@forthepeople.com |
| 19 | MORGAN & MORGAN, P.A. |
|   | 201 N Franklin Street, 7th Floor |
| 20 | Tampa, FL 33602 |
|   | Telephone: (813) 223-5505 |
| 21 | Facsimile: (813) 222-4736 |
| 22 | |
|   | *Attorneys for Plaintiffs* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |