# EXHIBIT B

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com

Attorneys for
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>GOOGLE LLC, *et al*.<br><br>Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST FOR *IN CAMERA* REVIEW AND GOOGLE'S PRODUCTION OF PRIVILEGED DOCUMENTS**<br><br>Judge:          Hon. Alex G. Tse<br>Courtroom:   A, 15th Floor<br>Action Filed:  July 14, 2020<br>Trial Date:     Not Set |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' request for *in camera* review of a document that Google has clawed back based on a claim of attorney-client privilege, and Plaintiffs' request that Google produce the clawed back document and other similar documents ("Clawback Joint Letter Brief").

Having considered the Clawback Joint Letter Brief, the Court DENIES Plaintiffs' request.

**IT IS SO ORDERED.**

DATED: _____                _____

                                                                       Honorable Alex G. Tse
                                                                       United States Magistrate Judge

[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST FOR IN CAMERA REVIEW AND GOOGLE'S PRODUCTION OF PRIVILEGED DOCUMENTS
Case No.  3:20-CV-04688