# EXHIBIT A

**From:** Flavia Sekles <flaviasekles@google.com>
**To:** David Monsees <davidmonsees@google.com>
**Subject:** Re: AP Story on Location
**Cc:** Marlo McGriff <marlom@google.com>, Ali Lange <arlange@google.com>, Aaron Stein <steina@google.com>, Eric Miraglia <miraglia@google.com>, Milana McCullagh <milana@google.com>, Jack Menzel <jmenzel@google.com>

Thanks for all that.
When do you think we could aim for a package announcement?

Flavia

Flavia Sekles | Director, Communications & Public Affairs | flaviasekles@google.com | 1-650-450-7135


On Tue, Aug 14, 2018 at 12:17 PM David Monsees <davidmonsees@google.com> wrote:

> Added a bunch of stuff we've discussed separately to the bottom of the doc, not prioritized in any specific order.
>
> On Tue, Aug 14, 2018 at 8:45 AM Flavia Sekles <flaviasekles@google.com> wrote:
>
>> Marlo and David
>> I started this doc for us to keep everything related to Location History fixes - so we can organize from a comms & policy perspective re what we are currently working on and when we can potentially announce.
>>
>> It's messy and based on this thread entirely. Please let me know if another deck exists somewhere with more details and I will rework, Otherwise - feel free to jump in and populate.
>>
>> Flavia
>>
>>
>> Flavia Sekles | Director, Communications & Public Affairs | flaviasekles@google.com | 1-650-450-7135
>>
>>
>> On Mon, Aug 13, 2018 at 12:53 PM Marlo McGriff <marlom@google.com> wrote:
>>
>>> There's certainly something to be packaged there - more likely ready to share out in Q4.
>>> Last week we had another check-in with marketing (rbehl) to start crafting a possible narrative that touches on the work threads mentioned and also the proposed new LH retention control. David, if the UDC retention target is Q1 maybe that's something worth delaying for to join forces.
>>>
>>> We should have a better sense of timelines after a set of reviews scheduled for the first couple weeks of September.
>>>
>>>
>>> On Mon, Aug 13, 2018 at 12:33 PM Flavia Sekles <flaviasekles@google.com> wrote:
>>>
>>>> +Aaron Stein who is leading comms on this going forward.
>>>> thank you for the update. Might we have a moment where we could go proactive on these changes end of Q3?
>>>> Flavia
>>>>
>>>>
>>>> Flavia Sekles | Director, Communications & Public Affairs | flaviasekles@google.com | 1-650-450-7135
>>>>
>>>>
>>>> On Mon, Aug 13, 2018 at 11:58 AM Marlo McGriff <marlom@google.com> wrote:
>>>>
>>>>> +David Monsees +Milana McCullagh
>>>>> PRIVILEDGED & CONFIDENTAL

CONFIDENTIAL
GOOG-RDGZ-00020740

Hi Flavia,

Can you share more re: what you mean by fixing LH?

The spirit of the article - that our existing location controls are not as intuitive as they could/should be - is correct.

That said, the story conflates our storage and use of background vs foreground location and improperly explains our Location History product. The author is also light on details throughout - particularly under what conditions the various researchers were testing, e.g. "The map includes Acar's train commute on two trips to New York and visits to The High Line park, Chelsea Market, Hell's Kitchen, Central Park and Harlem" which suggest that LH is enabled for the account (unless Acar was actively engaging with Maps, Search, etc in the foreground), but the overall narrative suggests that LH was off and makes no distinction.

We've been working with Android, UDC, etc to (in the immediate/near term) reduce user confusion re: how location is used across our products and services - providing single-click links to view and manage settings where possible. This is an expansion of the existing transparency we provide in search today:



The initial set of these location use guidelines are being finalized now - and we'll make them available to 1Ps in late Q3.

From MyActivity users are able to view and manage both their LH and WAA settings. (Full device-level LH control here will be supported soon.)

It's also worth noting that both LH and WAA have auditable consents - and considerable, x-PA work was completed in Q1 to ensure that we have shared, consistent copy for all entry points for the respective products.


On Mon, Aug 13, 2018 at 10:15 AM Eric Miraglia <miraglia@google.com> wrote:

+Jack Menzel +Marlo McGriff

On Mon, Aug 13, 2018 at 9:38 AM Flavia Sekles <flaviasekles@google.com> wrote:

> Good Morning Eric. I am back from vacation.
> Your name came up today during our Monday morning "Oh Shit" meeting in relation to this story.
> Both comms and policy are looking for an update on where we are in terms of fixing "location history" fixes and having one single place to turn off instead of 3:
>
> "There are a number of different ways that Google may use location to improve people's experience, including: Location History, Web and App Activity, and through device-level Location Services," a Google spokesperson said in a statement to the AP. "We provide clear descriptions of these tools, and robust controls so people can turn them on or off, and delete their histories at any time."
>
> Who should I reach out to for an update?
>
> Thanks!
>
> Flavia
>
> Flavia Sekles | Director, Communications & Public Affairs | flaviasekles@google.com | 1-650-450-7135

--

Eric Miraglia, Ph.D. | Director, Product Management | Google | miraglia@google.com | 650.743.6490

--

Marlo McGriff | Product Manager in Geo, Google | marlom@google.com | (650) 253-0189

--

Marlo McGriff | Product Manager in Geo, Google | marlom@google.com | (650) 253-0189

--
**Google Inc., product mgmt.**
mail: davidmonsees@google.com
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
call: 443.610.4008

CONFIDENTIAL