# EXHIBIT B

Message

| | |
|---|---|
| **From**: | Xinyu Ye (Google Docs) [comments-noreply@docs.google.com] |
| **Sent**: | 9/17/2020 3:34:48 AM |
| **To**: | sganem@google.com |
| **Subject**: | Firebase IID to A... - @sganem@google.com Hi Steve, These ... |

Xinyu Ye mentioned you in a comment in the following document



Firebase IID to Analytics PWG Analysis (go/pwg-ga-iid)

Some of the examples of this joinability risks Create the ability to link app events collected by GA4F to GAIA ID even if end users turn off WAA and developers/customers disable Data Sharing. Break user expectations, MyActivity controls and transparency. Subpoena: Having to retrieve Android AdId data, app_instance_id data given a GAIA ID for users turning off WAA.



Xinyu Ye

**New**

@sganem@google.com
Hi Steve,
These are the best I can come up with to explain by short sentences.

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are mentioned in this thread.Change what Google Docs sends you.You can reply to this email to reply to the discussion.

CONFIDENTIAL                                                                                                               GOOG-RDGZ-00033244