# EXHIBIT C

Message
---

| | |
|---|---|
| **From:** | David Monsees [davidmonsees@google.com] |
| **Sent:** | 7/25/2019 3:42:10 PM |
| **To:** | Chris Ruemmler [ruemmler@google.com]; Nick Linkow [nicklinkow@google.com] |
| **Subject:** | Re: Wording changes for WAA bit |

Hi Chris,

Thanks for the thoughts!

+Nick Linkow and I have discussed rewrites of all the UDC help center articles (including WAA/sWAA) to create a more consistent structure to explain the kind of "if it's on" vs. "if it's off" points you bring up. Right now, my focus in on the actual consent language (what you see on myaccount.google.com/activitycontrols when you turn on or pause a setting), but we'll want those changes to flow down into the HC.

Other comments in line...

On Wed, Jul 24, 2019 at 4:25 PM Chris Ruemmler <ruemmler@google.com> wrote:
David,

Bryan Horling said that you are the one responsible for determining how to change the wording at:

https://support.google.com/websearch/answer/54068?co=GENIE.Platform%3DDesktop&hl=en

to properly reflect how Google handles the user's "Web and App Activity" when the WAA bit is disabled and enabled. The above text actually doesn't describe what happens when the bit is disabled. However, given the way on/off works, one has to then assume that disabled (off) would be the exact opposite of what is described for what happens when the WAA bit is on. Today, we don't accurately describe what happens when WAA is off. For instance, we state the following for the "on" state:

When Web & App Activity is on, Google saves information like:
- Searches and other things you do on Google products and services, like Maps
- Your location, language, IP address, referrer, and whether you use a browser or an app
- Ads you click, or things you buy on an advertiser's site
- Information on your device like recent apps or contact names you searched for

Note: Activity could be saved even when you're offline.

So, when Web & App Activity is OFF, I'd expect the opposite to happen. The opposite of the above is:

When Web & App Activity is off, Google does not save information like:
- 
  - Searches and other things you do on Google products and services, like Maps
  - Your location, language, IP address, referrer, and whether you use a browser or an app
  - Ads you click, or things you buy on an advertiser's site
  - Information on your device like recent apps or contact names you searched for

Note: Activity will not be saved even when you're offline.

Critical to note is that WAA (and other UDC settings) control saving of activity to your Google Account (as they are account settings) for the primary purpose of a more personalized experience across Google services. That scope is defined in the UDC consent flows and at the very top of the help center article, "If Web & App

Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences".

Per the privacy policy and retention article, data may be processed for other purposes, like spam, product improvement, etc.

> But that is not what is done either today or what is proposed going forward (GAIA temp logs). The line "Ads you click, or things you buy on an advertiser's site" we probably don't want to lose ever as that is how we charge for Ads :). If everyone turned off WAA, then we would not know who clicked on Ads which would bad. So, obviously, the opposite of on is not really the way it should work.

We later state:

# How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. <u>Learn how</u>.

Which is a little odd as this seems like more data being collected than with signed-in WAA off (based again on what we have written in the description of WAA on this page).

By some interpretations, that is correct. With the move to temp personal logs, WAA off will retain less data that signed out; however, signed out is and was never associated with an identity, so the risk balance is different.

> So, it appears we have a real problem here with accurately describing what happens when WAA is disabled. We should fix the current wording to reflect reality and if we make the change to temp GAIA logging, then we need to be very clear about what data is collected with WAA off.

> The temp GAIA logging solution also does not feel good to me as we are giving the user no way exclude logging of their search activity. It seems like the best solution is to de-identify (as we do today), but not keep that data forever (eliminate it at 30 days) when WAA is off (or for signed-out users). We still would need to modify the help article above to indicate that WAA off is identical to being not logged into your account (data logged, but not tied to your account). The temp GAIA logging solution would be wide open for legal search given it is tied to the user's GAIA ID, so that is a bad solution for someone that does not want Google recording their activity.

Today (in Search, Maps, Assistant, etc.) WAA off is logged the same as being signed out. What the WAA off temp personal logs project will do is change that behavior to be aligned with what YouTube, Play, Apps, and many other teams have done for years with gaia temp logs -- instead of creating a pseudonymous archival log, we will create a temporary (30-60 day, Sawmill deletion window) limited purpose log. A lot more detail is in here: go/change-waa-master-prd

--Chris


--
**Google Inc., product mgmt.**
mail: <u>davidmonsees@google.com</u>
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
call: 443.610.4008

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GOOG-RDGZ-00024691