# EXHIBIT E

| | |
|---|---|
| **From:** | Xinyu Ye [yexinyu@google.com] |
| **Sent:** | 8/18/2020 4:32:00 PM |
| **To:** | Chetna Bindra [cbindra@google.com] |
| **CC:** | PWG-Analytics-core [pwg-analytics-core@google.com]; Rob Khatchadourian [robkhatch@google.com]; Steve Ganem [sganem@google.com]; Dan Stone [danstone@google.com]; Todd Hansen [tshansen@google.com]; Ali Satter [asatter@google.com] |
| **Subject:** | Re: Target audience without 1:1 mapping |

Gently ping

On Thu, Aug 13, 2020, 2:04 PM Xinyu Ye <yexinyu@google.com> wrote:
Hi Chetna,
tldr; Do you know designs of not using 1:1 mapping to connect two identity spaces and target audiences ? e.g. use some group ids to map 10 IDa s <-> group id <-> 10 IDb s

The context is Firebase wants to associate Firebase's Instance Identifier (IID) with Google Analytics data to target audiences. However this will create joinability risks between GAIA and device ids (go/pwg-ga-iid). We are trying to find similar mitigations in other Ads products that can achieve similar features without creating a 1 to 1 map.

--

Xinyu Ye | PWG Analytics, Anonymization | yexinyu@google.com

Google LLC | 1600 Amphitheatre Parkway | Mountain View, CA 94043
This email is confidential. If you are not the right addressee, please inform the sender and please erase this email including any attachments.

x

CONFIDENTIAL

GOOG-RDGZ-00054795