# EXHIBIT A

| | |
|---|---|
| **From:** | Hur, Benedict Y. |
| **To:** | Jenna Farleigh; Santacana, Eduardo E.; Amanda Bonn; Alex Frawley; Amy Gregory; Bill Carmody; brichardson; Erika Nyborg-Burch; "jlee@bsfllp.com"; Mark C. Mao; "rbaeza@bsfllp.com"; Michael Ram x20021; rmcgee |
| **Cc:** | Agnolucci, Simona; Arakaki, Lori; Flórez, Argemira; Peifer, Celeste |
| **Subject:** | RE: Rodriguez v. Google | Plaintiffs" Full Proposed Schedule |
| **Date:** | Friday, October 29, 2021 7:06:55 PM |

**EXTERNAL Email**

Jenna – as a compromise, Google would be willing to push back the expert discovery and future dependent deadlines by a couple of months. As I believe Eduardo has mentioned, we are also willing to provide a short courtesy extension of the fact discovery deadline. Let us know if you are interested and if that would obviate motion practice.

Thanks,
Ben


**Benedict Y. Hur**
**Willkie Farr & Gallagher LLP**
One Front Street | San Francisco, CA 94111
Direct: +1 415 858 7401 | Fax: +1 415 858 7599
bhur@willkie.com | vCard | www.willkie.com bio

---

**From:** Jenna Farleigh <JFarleigh@susmangodfrey.com>
**Sent:** Friday, October 29, 2021 11:31 AM
**To:** Santacana, Eduardo E. <ESantacana@willkie.com>; Amanda Bonn <abonn@SusmanGodfrey.com>; Alex Frawley <AFrawley@susmangodfrey.com>; Amy Gregory <AGregory@susmangodfrey.com>; Bill Carmody <bcarmody@SusmanGodfrey.com>; brichardson <brichardson@bsfllp.com>; Erika Nyborg-Burch <enyborg-burch@bsfllp.com>; 'jlee@bsfllp.com' <jlee@bsfllp.com>; Mark C. Mao <mmao@bsfllp.com>; 'rbaeza@bsfllp.com' <rbaeza@bsfllp.com>; Michael Ram x20021 <MRam@forthepeople.com>; rmcgee <rmcgee@forthepeople.com>
**Cc:** Agnolucci, Simona <SAgnolucci@willkie.com>; Hur, Benedict Y. <BHur@willkie.com>; Arakaki, Lori <LArakaki@willkie.com>; Flórez, Argemira <AFlorez@willkie.com>; Peifer, Celeste <CPeifer@willkie.com>
**Subject:** Rodriguez v. Google | Plaintiffs' Full Proposed Schedule

**\*\*\* EXTERNAL EMAIL \*\*\***

Eduardo,

As you now, we are making a motion today to extend the Case Management Schedule. As part of that, we are also seeking clarity on the remainder of the schedule. Since Google won't agree to the initial extensions, we assume it also won't agree to the fuller scheduling picture. Our full proposed schedule is below for your records.

| Action | Scheduling Order | Court Ordered | Proposed Deadline |
|---|---|---|---|

|  | Deadline (Dkt. 47) | Modification (Dkt. 125) |  |
|---|---|---|---|
| Fact Discovery | N/A | January 11, 2022 | July 13, 2022 |
| Expert Disclosure / Opening Report Date | December 13, 2021 | January 11, 2022 | July 13, 2022 |
| Plaintiffs' Motion for Class Certification | January 14, 2022 | N/A | August 24, 2022 |
| Responsive Expert Report Deadlines | February 14, 2022 | N/A | August 26, 2022 |
| Google's Opposition to Motion for Class Certification | March 14, 2022 | N/A | September 28, 2022 |
| Rebuttal Expert Report Deadline | April 14, 2022 | N/A | October 28, 2022 |
| Plaintiffs' Reply In Support of Motion for Class Certification | April 28, 2022 | N/A | November 11, 2022 |
| Close of Expert Discovery | May 13, 2022 | N/A | December 16, 2022 |
| Last Day to File Dispositive Motions and *Daubert* Motions | July 15, 2022 | N/A | February 10, 2023 |
| Summary Judgment and *Daubert* Oppositions | August 12, 2022 | N/A | March 10, 2023 |
| Summary Judgment and *Daubert* Replies | September 9, 2022 | N/A | March 31, 2023 |

Regards,

Jenna

_____

**Jenna G. Farleigh | Susman Godfrey L.L.P.**
1201 Third Avenue | Suite 3800 | Seattle, WA 98101
Phone: (206) 505-3826
HOUSTON   •   LOS ANGELES   •   SEATTLE   •   NEW YORK

jfarleigh@susmangodfrey.com | www.susmangodfrey.com

This message may be protected by the attorney client privilege or the work product doctrine.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.