# EXHIBIT D

Message

| | |
|---|---|
| **From:** | Damian Corrigan [dcorrigan@google.com] |
| **Sent:** | 12/20/2016 11:55:23 AM |
| **To:** | David Monsees [davidmonsees@google.com]; Greg Fair [gregfair@google.com] |
| **CC:** | Lio Benz [liob@google.com]; Branimir Dolicki [branimir@google.com]; Jan-Philipp Weber [jpweber@google.com]; sushko@google.com; Robert Brauer [robertbrauer@google.com] |
| **Subject:** | Re: Web & App Activity |

(Nothing urgent in this email, I know people are busy with Xmas. We can pick this up in January if people are busy. This might be better taken into a meeting, perhaps with Branimir, but I'll record my thoughts here if anyone wants to chip in. I have a bit of time to work on this so answers would be appreciated if it's convenient)

Thanks for that, David.

Regarding sWAA:

You said 'it's all "web & app" at the end of the day' which is not the same as "from websites and apps that use Google services" (as the checkbox says).

Is it accurate to say:

- WAA: all activity on Google products/services
- sWAA: all activity on any 3rd party app (only 3rd party? As all 1P are covered in WAA...?) that we are able to track (which would be through Android and Chrome and...?)

I'll dig this back up in January if no-one gets a chance to respond now, but if someone has 5 minutes before then, I'd appreciated it.

Damian

On Thu, Dec 15, 2016 at 9:16 PM David Monsees <davidmonsees@google.com> wrote:
WAA also covers interactions (that are logged long term) within Google products, like watching a video in the Travel immersive, viewing an app in the Play store, dismissing a card in Google Now, etc.

As Greg noted, the sWAA check box is a sub setting of WAA because basic WAA does include interactions that *take you* to a third party (like a click on a web result or tapping a zero prefix app suggestion). sWAA expands that collection to things that may not come from an interaction with a Google products (where Chrome and Android are not products, they are platforms) -- so it's all "web & app" at the end of the day.

In no way am I saying the names are great, they do cause a bit of confusion (e.g., how do you tell a user how to turn on sWAA). WAA would be great if it was called something like, "stuff you do with Google", but there is a lot of blur.

Dave

On Dec 15, 2016 12:34 PM, "Greg Fair" <gregfair@google.com> wrote:
 +davidmonsees and +jpweber

 A good first place to look would be the HC article
 https://support.google.com/websearch/answer/54068

CONFIDENTIAL

GOOG-RDGZ-00061293

The answer to your question, as I understand your question, is that WAA represents basically everything you enter into a Google search box on almost any google product (web or app), which result you click on (including maps clicks), and google search ads you click on. For example this would include a click on a google news result in the google news app.

In addition, we use WAA to decide whether certain types of personalization happen in products, because some personalization may result in our ability to uniquely associate data with a user's GAIA, and would thus be in opposition to the WAA setting.

So no, it's not explicitly search, and we want to make that obvious to users.

@ david I couldn't find the naming work we did with amanda peterson when we were looking at history vs activity and other names...

I did find this piece of research though:
https://docs.google.com/document/d/1jOD6UQqRHQofb2HfmeGj2anruVbMwrYv-haIkvwBVQo/edit

On Thu, Dec 15, 2016 at 9:08 AM, Robert Brauer <robertbrauer@google.com> wrote:
> +Greg Fair +Yurii Sushko, while Branimir is OOO.
>
> Greg, would you be able to comment on Damian's questions?
>
> On Thu, 15 Dec 2016 at 16:28 Damian Corrigan <dcorrigan@google.com> wrote:
>> Hi people,
>>
>> I have a couple of questions about exactly what these 1.5 settings do exactly:
>>
>> **Web & App Activity** (the main setting) -
>> - this is just from *search*, right? So wouldn't it be better labeled 'Search Activity'?
>> - '...on apps...' We're talking about any *Google* app? Or are there are other apps that use Google search?
>>
>> **Additional Web & App Activity** (the tick box)
>> - 'and activity... from apps' This is any behavior in an app that is not specifically search, right?
>> - Seems to me that *this* setting should be called 'Web & App Activity' (or maybe Chrome and App Activity) and should not be considered a subsection of what is only about Search Activity. I don't see the logic of nesting one inside the other.
>>
>> Have I understood this right? If I haven't, then the language is misleading, because I've spent more than the average person looking at this and I'm still not getting it.
>>
>> Danke,
>>
>> Damian

--

Greg Fair | Google Product | gregfair@google.com | 650.469.3247

CONFIDENTIAL

GOOG-RDGZ-00061294