# Exhibit A

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra  O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR GOOGLE TO TAKE CERTAIN PRESERVATION ACTIONS**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' request that the Court order Google to negotiate with Plaintiffs to establish a preservation plan in this case and perform other preservation-related tasks ("Preservation Joint Letter Brief").  Having considered the Preservation Joint Letter Brief, and good cause having been shown, the Court GRANTS Plaintiffs' request and orders the following:

1. The Court orders the parties to exchange preservation plan proposals within one week of the date of this Order. The Court further orders that the parties provide a stipulated joint preservation plan or competing proposals to the Court within 30 days.

2. The Court orders Google to identify any relevant data sources that fall into the following categories: ESI that could be used to identify class members; ESI that could be used to identify the information Google collected from class members while they had WAA turned off; and ESI that could be used to identify the ways in which Google used the information Google collected, including Google's enrichment.

3. The Court orders that, until the parties reach an agreement on the preservation plan or the Court orders otherwise, both parties must preserve all data that falls into the following categories: ESI that could be used to identify class members; ESI that could be used to identify the information Google collected from class members while they had WAA turned off; and ESI that could be used to identify the ways in which Google used the information Google collected, including Google's enrichment.

4. The Court orders Google to preserve data for the following identified logs every 55 days, to prevent its spoliation in this case: gfstmp/gmp:tmp-app_measurement and gfstmp/gmp:tmp-app_measurement_clicks.  This

preservation order is limited to data related to all US persons and devices who disabled the WAA feature.

**IT IS SO ORDERED.**

DATED: _____   _____

                                               Honorable Alex G. Tse
United States Magistrate Judge