# Exhibit B

1 **WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
2   bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
3   sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
4   esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
5   larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
6   aflorez@willkie.com
7
Attorneys for
8 GOOGLE LLC

9                    **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11                         **SAN FRANCISCO**

12 | ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated, | Case No.  3:20-CV-04688 |
|---|---|
|   | **[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST FOR GOOGLE TO TAKE CERTAIN PRESERVATION ACTIONS** |

13                                          Plaintiffs,

14      vs

15 GOOGLE LLC, *et al.*

16                                          Defendant.

| Judge: | Hon. Alex G. Tse |
|---|---|
| Courtroom: | A, 15th Floor |
| Action Filed: | July 14, 2020 |
| Trial Date: | Not Set |

17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is the Plaintiffs' Request for Google to Take Certain Preservation Actions (the "Request").

Having considered the Request, the Court DENIES Plaintiffs' request for Google to take certain preservation actions.

**IT IS SO ORDERED.**

DATED: _____         _____
                                Honorable Alex G. Tse
                                United States Magistrate Judge

[ PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST
FOR GOOGLE TO TAKE CERTAIN PRESERVATION PACTIONS
Case No.  3:20-CV-04688