Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Magistrate Judge Alex G. Tse<br>Courtroom A – 15th Floor |

1   Plaintiffs respectfully ask the Court to remove the "main document" for Docket Number
2   191 from the public docket.  Plaintiffs on December 8 filed the "main document" of Docket
3   Number 191 with redactions—as required by the Court's December 1 Order. Dkt. 186. Plaintiffs
4   today were made aware that the redactions were not properly applied and were therefore
5   removable.  Plaintiffs now move to remove the "main document" of Docket Number 191 from the
6   public docket.  Plaintiffs will file a corrected version with properly applied redactions.

Dated: December 9, 2021                    Respectfully submitted,

By: /s/ *Amanda Bonn*

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

Jesse Panuccio (admitted *pro hac vice*)
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

|   |   |
|---|---|
| 1 | William Christopher Carmody (*pro hac vice*) |
| 2 | bcarmody@susmangodfrey.com |
|   | Shawn J. Rabin (*pro hac vice*) |
| 3 | srabin@susmangodfrey.com |
|   | Steven Shepard (*pro hac vice*) |
| 4 | sshepard@susmangodfrey.com |
|   | Alexander P. Frawley (*pro hac vice*) |
| 5 | afrawley@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 6 | 1301 Avenue of the Americas, 32nd Floor |
| 7 | New York, NY  10019 |
|   | Telephone: (212) 336-8330 |

1  William Christopher Carmody (*pro hac vice*)
   bcarmody@susmangodfrey.com
2  Shawn J. Rabin (*pro hac vice*)
   srabin@susmangodfrey.com
3  Steven Shepard (*pro hac vice*)
   sshepard@susmangodfrey.com
4  Alexander P. Frawley (*pro hac vice*)
   afrawley@susmangodfrey.com
5  SUSMAN GODFREY L.L.P.
   1301 Avenue of the Americas, 32nd Floor
6  New York, NY  10019
   Telephone: (212) 336-8330
7
8  John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com
9  Ryan J. McGee (*pro hac vice*)
   rmcgee@forthepeople.com
10 Michael F. Ram (*pro hac vice*)
   mram@forthepeople.com
11 Ra  O. Amen (*pro hac vice*)
   ramen@forthepeople.com
12 MORGAN & MORGAN, P.A.
   201 N Franklin Street, 7th Floor
13 Tampa, FL 33602
   Telephone: (813) 223-5505
14 Facsimile: (813) 222-4736
15
16   *Attorneys for Plaintiffs*
17
18
19
20
21
22
23
24
25
26
27
28