1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   LORI C. ARAKAKI (SBN: 315119)
5    larakaki@willkie.com
   ARGEMIRA FLOREZ (SBN: 331153)
6    aflorez@willkie.com
7
   Attorneys for
8  GOOGLE LLC

9                    **UNITED STATES DISTRICT COURT**
10                    **NORTHERN DISTRICT OF CALIFORNIA**
11                              **SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated, | Case No. 3:20-CV-04688 |
| Plaintiffs, | **[PROPOSED] ORDER RE: GOOGLE'S MOTION TO COMPEL PLAINTIFFS' DEPOSITIONS TO TAKE PLACE BEFORE FEBRUARY 15, 2022** |
| vs | |
| GOOGLE LLC, *et al*. | Judge:      Hon. Alex G. Tse |
| Defendant. | Courtroom:  A, 15th Floor |
| | Action Filed: July 14, 2020 |
| | Trial Date:   Not Set |

49613512.1

**[PROPOSED] ORDER**

Having considered the parties' respective submissions, the Court hereby ORDERS each Named Plaintiff to sit for deposition by no later than February 15, 2022.

**IT IS SO ORDERED.**

DATED: _____                    _____

                                        Honorable Alex G. Tse
                                        United States Magistrate Judge