# EXHIBIT A

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra  O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR GOOGLE TO USE ADDITIONAL SEARCH TERMS**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

1

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' request for Google to use additional search terms on five custodians' ESI: Dave Monsees, Steve Ganem, Francis Ma, Edward Weng, and Todd Hansen ("Search Term Joint Letter Brief"). Having considered the Search Term Joint Letter Brief, and good cause having been shown, the Court GRANTS Plaintiffs' request.

Google shall run the following search terms across the specified custodians' ESI to locate documents responsive to Plaintiffs' Requests for Productions.

**WAA Search Terms (For All Five Custodians)**

- !WAA!
- "Web/App"
- W&A!
- "web history"
- WHSH
- WAAH
- web /2 "app activity"
- sWAA
- SMH
- "my history"
- Myhistory
- UDC OR "User Data Controls"
- "activity controls"

**Search Terms Relevant to Google's Representations to Users (For All Five Custodians)**

- "must be on"
- apps /4 "use Google services"

- "help center"
- "on or off" OR "switch the collection"
- "Privacy Policy"

**AdMob Search Terms**

For Ed Weng:

- AdMob /50 (firebase OR scion (app! /5 (event OR interact! OR activity OR measure!)) OR appmeasurementOR perform! OR conversion! OR event OR audience OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP)
- AdMob AND gold

For the Four Other Custodians:

- AdMob AND (Gold OR analytics OR GA4F OR scion OR firebase OR (app! /5 (event OR interact! OR activity OR measure!)) OR appmeasurement OR !WAA! OR "my account" or "my activity" OR perform! OR conversion! OR event OR audience OR FCM OR "cloud messaging" OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP)

**Cloud Messaging Search Terms**

For Todd Hansen:

- (FCM or "cloud messaging") /10 (Gold OR analytics OR GA4F OR firebase OR scion OR (app! /5 (event OR interact! OR activity OR measure!)) OR appmeasurement OR "my account" or "my activity" OR perform! OR conversion! OR event OR audience OR AdMob OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP)

For the Four Other Custodians:

- (FCM or "cloud messaging") AND (Gold OR analytics OR GA4F OR firebase OR scion OR (app! /5 (event OR interact! OR activity OR measure!)) OR appmeasurement

3

OR !WAA! OR "my account" or "my activity" OR perform! OR conversion! OR event OR audience OR AdMob OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP)

**GA For Firebase Search Terms**

<u>For Steve Ganem</u>

- (Analytics OR firebase OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) AND (Gold OR app! /5 (event OR interact! OR activity OR measure!)) OR !WAA! OR "my account" OR "my activity" OR perform! OR conversion! OR event OR audience OR AdMob OR FCM OR "Cloud Messaging" OR appmeasurement OR "Google mobile service" OR GMS OR Clearcut)

<u>For the Four Other Custodians:</u>

- ("Google Mobile Service" OR GMS OR Clearcut) /10 (Gold OR analytics OR GA4F OR firebase OR scion OR "Google Mobile Platform" OR GMP OR (app! /5 (event OR interact! OR activity OR measure!)) OR appmeasurement OR !WAA! OR "my account" or "my activity" OR perform! OR conversion! OR event OR audience OR FCM OR "cloud messaging" or AdMob OR Clearcut)

**Search Terms for Other Relevant Products / Services** (For All Five Custodians)

- "Real Time" /s bid! OR RTB
- "App Indexing" /50 ("my account" or "my activity" OR !WAA!)

**Search Terms Relevant to Google's Consent Defense** (For All Five Custodians)

- (user! OR consumer! OR customer! OR people!) /10 (miscon! OR confus! OR !underst! OR comprehend! OR misle! OR consent OR know OR represent! OR disclos!)
- CFS OR "Consent Flow Service"

4

1. N$^{xxx1}$
2. N2 OR N3
3. "New Ad! Control" OR NAC
4. "Consent Bump"

**Search Terms Relevant to Google's Storage and Use of Data** (For All Five Custodians)

- (shadow OR secret OR hidden) /2 (profil! OR account)
- PII
- Pseudony!
- Personal! /5 info!
- Zwieback OR Biscotti
- K$^{xxx2}$
- GAIA
- Footprint!
- T$^{xxx3}$
- "activity data"
- "app activity"
- "app data"
- associat! /15 (user OR account OR profile)
- correlate /15 (user OR account OR profile)
- UUAD OR "Unified User App Data"
- BigQuery
- Sawmill
- Firelog OR Firedata OR Firestore
- Plog OR "personal log" or GWS

---

[1] Google has sought to seal this term.
[2] Google has sought to seal this term.
[3] Google has sought to seal this term.

- IDFA OR ADID
- ID! /5 (app! OR ad! OR device OR instance OR user OR android OR ios)

**IT IS SO ORDERED.**

DATED: _____   _____

                                                             Honorable Alex G. Tse
                                                             United States Magistrate Judge