# EXHIBIT B

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com

Attorneys for
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>     vs<br><br>GOOGLE LLC, *et al*.<br><br>                    Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR GOOGLE TO EMPLOY ADDITIONAL SEARCH TERMS**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:   Not Set |

## [PROPOSED] ORDER

Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' request for Google to employ additional search terms for the first 5 of 24 custodians ("Search Term Letter Brief").

Having considered the Search Term Letter Brief, the Court orders that Google should search the below terms as indicated with an "X" in the column labeled "Google to Search":

| No. | Search Terms | Google to Search: |
|---|---|---|
| 1 | "sWAA" OR WAA* (Monsees)[1] | |
| 2 | "Web/App" (Monsees) | X |
| 3 | "W&A" OR "W&AA" OR "W&AAs" | X |
| 4 | "web history" (Monsees) | X |
| 5 | Web /2 "app activity" (Monsees) | X |
| 6 | "app activity" (Monsees) | |
| 7 | SMH or "my history" or Myhistory | |
| 8 | UDC or "User Data Controls" | |
| 9a | "activity controls" (Ganem, Ma, Hansen, Weng) | X |
| 9b | "activity controls" (Monsees) | |
| 10a | (user OR users OR consumer OR consumers OR people) /5 (confus* OR mislead*) | X |
| 10b | user* or consumer* or customer* or people*) /10 (confus* or underst* OR misunderst* OR comprehen* OR misle* OR consent OR know OR represent* OR disclos* | |
| 11 | "new ad control" OR "new ads control" OR "new ads controls" OR "new ad controlling" OR "new ads controlling" OR "new ad controls" OR "new ad controlled" OR "new ads controlled" OR NAC | X |
| 12 | (apps /4 "use Google services") | X |
| 13 | "help center" | |
| 14a | "Privacy Policy" (Weng) | X |
| 14b | "Privacy Policy" (Monsees, Ganem, Ma, Hansen) | |

---

[1] Wherever a custodian's name is identified in (parentheses) at the end of a proposed search term string, the term should be employed for that custodian.

| No. | Search Terms | Google to Search: |
|---|---|---|
| 15a | CFS or "Consent Flow Service" (Weng) | X |
| 15b | CFS or "Consent Flow Service" (Monsees, Ganem, Ma, Hansen) | |
| 16 | "consent bump" | |
| 17 | $N^{xxx}$[2] or $N^{xxx}$ or $N^{xxx}$ | |
| 18a | "on or off" OR "switch the collection" (Weng) | X |
| 18b | "on or off" OR "switch the collection" (Monsees, Ganem, Ma, Hansen) | |
| 19 | ("on or off" OR "switch the collection") AND (WAA" or "WAAH" or "WAAs" or "sWAA" or "W&AA" or "W&AAs" or "web history" or "WHSH" or (Web pre/2 "App Activity")) AND NOT ("Location History") (Ganem, Ma, Monsees, Hansen) | X |
| 20a | (associat* /15 (user OR account OR profile)) AND ("GA4F" or "GA for Firebase" or "Google Analytics" or scion) | X |
| 20b | associat* /15 (user OR account OR profile) | |
| 21a | "activity data" (Hansen, Weng) | X |
| 21b | "activity data" (Monsees, Ma, Ganem) | |
| 22a | "app data" (Weng) | X |
| 22b | "app data" (Monsees, Ma, Ganem, Hansen) | |
| 23a | PII (Weng) | X |
| 23b | PII (Monsees, Ma, Ganem, Hansen) | |
| 24 | personal* /5 info* | |
| 25 | Zwieback OR Biscotti | |
| 26 | $K^{xxx}$ | |
| 27 | GAIA | |
| 28 | $T^{xxx}$ | |
| 29 | Footprint* | |
| 30 | BigQuery | |

---

[2] This term is an internal Google code name the Court has previously sealed and is therefore abbreviated to protect Google's confidential information.  See ECF No. 186.  "$K^{xxx}$" at row 26, and "$T^{xxx}$" at row 28, are also internal code names.

| No. | Search Terms | Google to Search: |
|---|---|---|
| 31 | Sawmill | |
| 32 | Firelog or Firedata or Firestore | |
| 33 | Plog OR "personal log" or GWS | |
| 34 | UUAD OR "Unified user App Data" | |
| 35 | IDFA or ADID | |
| 36 | (Id OR Ids) /5 (app OR apps OR ad OR ads OR advertising OR advertisement OR device OR instance OR user OR android OR ios) | |
| 37a | AdMob /15 (Gold OR GA4F OR WAA or WAAH or WAAs or sWAA or "W&AA" or "W&AAs" OR "my activity" OR "Google mobile service" OR GMS) (Ganem, Monsees, Ma, Hansen) | X |
| 37b | AdMob AND (Gold OR analytics OR GA4F OR scion OR firebase OR (app* /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR *WAA* OR "my account" or "my activity" OR perform* OR conversion* OR event OR audience OR FCM OR "cloud messaging" OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) (Ganem, Monsees, Ma, Hansen) | |
| 38a | AdMob /15 Gold (Weng) | X |
| 38b | AdMob and Gold (Weng) | |
| 39a | AdMob /15 (firebase OR ((app or apps or application or applications) /5 (event OR activity OR measure*)) OR appmeasurement OR "Google mobile service" OR GMS) (Weng) | X |
| 39b | AdMob /50 (firebase OR scion (app* /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR perform* OR conversion* OR event OR audience OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) (Weng) | |
| 40a | (FCM or "cloud messaging") /15 (Gold OR analytics OR GA4F OR "Google mobile service" OR GMS) (Ma/Hansen) | X |
| 40b | (FCM or "cloud messaging") AND (Gold OR analytics OR GA4F OR firebase OR scion OR (app* /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR *WAA* OR "my account" or "my activity" OR perform* OR conversion* OR event OR audience OR AdMob OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) (Ma) | |
| 40c | (FCM or "cloud messaging") /10 (Gold OR analytics OR GA4F OR firebase OR scion OR (app* /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR "my account" or "my activity" OR perform* OR conversion* OR event OR audience OR AdMob OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) (Hansen) | |

| No. | Search Terms | Google to Search: |
|---|---|---|
| 41 | ("real time" /20 bid*) OR RTB | X |
| 42 | "App Indexing" /50 ("my account" OR "my activity" OR ("WAA*" OR "sWAA")) | X |
| 43a | ("Google Mobile Service" OR GMS) /25 (Gold OR analytics OR GA4F OR firebase) AND (log* OR user /2 data OR measurement) | X |
| 43b | (Analytics OR firebase OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) AND (Gold OR app! /5 (event OR interact! OR activity OR measure!)) OR !WAA! OR "my account" OR "my activity" OR perform! OR conversion! OR event OR audience OR AdMob OR FCM OR "Cloud Messaging" OR appmeasurement OR "Google mobile service" OR GMS OR Clearcut) (Ganem) | |
| 43c | ("Google Mobile Service" OR GMS OR Clearcut) /10 (Gold OR analytics OR GA4F OR firebase OR scion OR "Google Mobile Platform" OR GMP OR (app! /5 (event OR interact! OR activity OR measure!)) OR appmeasurement OR !WAA! OR "my account" or "my activity" OR perform! OR conversion! OR event OR audience OR FCM OR "cloud messaging" or AdMob OR Clearcut) (Ma/Monsees/Hansen/Weng) | |

**IT IS SO ORDERED.**

DATED: _____      _____

                                                                 Honorable Alex G. Tse
                                                                 United States Magistrate Judge