**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com

Attorneys for
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>GOOGLE LLC, *et al*.<br><br>Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S PORTION OF JOINT LETTER BRIEF RE: GOOGLE'S SEARCH TERMS**<br><br>Judge:       Hon. Alex G. Tse<br>Courtroom: A – 15th Floor<br>Trial Date:  Not Yet Set |

I, EDUARDO E. SANTACANA, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at One Front Street, San Francisco, California 94111, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's portion of the Parties' Joint Letter Brief re: Google's Search Terms.

3. **Exhibit C** is a true and correct copy of a chart that was compiled at my direction. An associate in my office and an attorney on Google's in-house legal team, working under my supervision and at my direction, created the chart. The chart identifies all of the search terms Google has employed to date to the best of my knowledge. The chart also identifies hit counts for certain search strings proposed by Google and/or Plaintiffs, for all documents not yet selected for review based on prior search strings. The "total" number of hits identified at pages 1, 4, 7, 9, 10, 12, and 14 represent the total number of additional documents that would be identified for review for each Topic of search terms after accounting for documents that contain multiple search terms. These hit counts and totals are accurate to the best of my knowledge.

4. At my direction, my team has calculated an expected time for review of documents considering both past experience in and circumstances unique to this case. Based on that, I am informed and believe that it will take an estimated 16,900 hours to review the 595,342 documents that would be selected for review if the Court adopts Plaintiff's proposed order. Based on an industry average cost of $60 per hour for reviewers, my team has calculated that this review would cost Google approximately $1,014,000.

//

//

//

2

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S PORTION OF JOINT LETTER BRIEF RE: GOOGLE'S SEARCH TERMS
Case No. 3:20-CV-04688 RS

49628105.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 6, 2022, at San Francisco, California.

          */s/ Eduardo E. Santacana*
          EDUARDO E. SANTACANA