January 10, 2021

**Submitted via ECF**

Magistrate Judge Alex G. Tse
San Francisco Courthouse
Courtroom A - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: Supplemental Letter re: Joint Letter Brief re: Google's Motion to Compel Plaintiffs to Sit for Deposition By February 15, 2022
     *Rodriguez v. Google LLC*, Case No. 3:20-cv-04688-RS (N.D. Cal.)

Dear Magistrate Judge Tse:

  I write to inform the Court that on January 10, 2022, Google produced the data pertaining to Plaintiffs' devices referenced on pages 1 and 3 of ECF No. 199.

Respectfully,


 WILLKIE FARR & GALLAGHER, LLP


 By: */s/ Eduardo E. Santacana*
   Eduardo E. Santacana (SBN: 281668)
   esantacana@willkie.com
   Benedict Y. Hur (SBN: 224018)
   bhur@willkie.com
   Simona Agnolucci (SBN: 246943)
   sagnolucci@willkie.com
   Lori Arakaki (SBN: 315119)
   larakaki@willkie.com
   One Front Street, 34th Floor
   San Francisco, CA 94111
   Telephone: (415) 858-7400
   Facsimile: (415) 858-7599

   *Attorneys for Defendant Google LLC*