January 11, 2022

**Submitted via ECF**

Magistrate Judge Alex G. Tse
San Francisco Courthouse
Courtroom A - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:  Plaintiffs' Supplemental Letter re: Joint Letter Brief re: Google's Motion to
> Expedite Plaintiffs' Depositions (Dkt. 199)
> *Rodriguez v. Google LLC*, Case No. 3:20-cv-04688-RS (N.D. Cal.)

Dear Magistrate Judge Tse:

I write on behalf of the Plaintiffs to inform the Court that we have received Google's January 10 production, which includes roughly 6 gigabytes of data. Our initial review of the data confirms there are certain deficiencies in this production that may need to be addressed by the Court. If the Court is inclined to consider Google's January 10 production in its decision on Google's motion to expedite the named Plaintiffs' depositions (Dkt. 199), Plaintiffs respectfully request leave to submit a supplemental three-page joint letter concerning the production's deficiencies.

Even setting aside the deficiencies in the January 10 production, Google's motion to expedite should be denied for the reasons set forth in Plaintiffs' portion of the joint letter brief. In addition, Plaintiffs wish to inform the Court that certain core members of the Plaintiffs' legal team recently tested positive for COVID-19, making the deposition schedule proposed by Google even more unduly burdensome.

Respectfully,

/s/ *Amanda Bonn*

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No.
238027)

brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*