UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.,

    Plaintiffs,

  v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-04688-RS (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 199

The named plaintiffs' proposal for the timing of their depositions, i.e., that all nine depositions will be completed by March 30, 2022, is reasonable. Google's request to compel the named plaintiffs to sit for depositions by February 15, 2022, is denied.

**IT IS SO ORDERED.**

Dated: January 12, 2022

ALEX G. TSE
United States Magistrate Judge