UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-04688-RS (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 201

The plaintiffs seek a court order that would require Google to run additional ESI searches for the first five of Google's twenty-four custodians. Having considered the parties' respective positions, the Court orders Google to run the searches indicated below with an "X" in the column labeled "Google to Search." For searches not marked with an "X," the plaintiffs may propose new, narrower terms, but the terms currently proposed are overbroad. If the plaintiffs propose new terms, they must provide those terms to Google and the parties must meet and confer to discuss them before returning to the Court.

| No. | Search Terms | Google to Search: |
|---|---|---|
| 1 | "sWAA" OR WAA* (Monsees)[1] | |
| 2 | "Web/App" (Monsees) | X |
| 3 | "W&A" OR "W&AA" OR "W&AAs" | X |
| 4 | "web history" (Monsees) | X |
| 5 | Web /2 "app activity" (Monsees) | X |
| 6 | "app activity" (Monsees) | |

---

[1] Wherever a custodian's name is identified in parentheses at the end of a proposed search, the search should be run for that custodian.

| No. | Search Terms | Google to Search: |
|---|---|---|
| 7 | SMH or "my history" or Myhistory | |
| 8 | UDC or "User Data Controls" | |
| 9a | "activity controls" (Ganem, Ma, Hansen, Weng) | X |
| 9b | "activity controls" (Monsees) | |
| 10a | (user OR users OR consumer OR consumers OR people) /5 (confus* OR mislead*) | |
| 10b | (user* OR consumer* OR customer* OR people*) /10 (confus* OR underst* OR misunderst* OR comprehen* OR misle* OR consent OR know OR represent* OR disclos*) | X |
| 11 | "new ad control" OR "new ads control" OR "new ads controls" OR "new ad controlling" OR "new ads controlling" OR "new ad controls" OR "new ad controlled" OR "new ads controlled" OR NAC | X |
| 12 | (apps /4 "use Google services") | X |
| 13 | "help center" | |
| 14a | "Privacy Policy" (Weng) | X |
| 14b | "Privacy Policy" (Monsees, Ganem, Ma, Hansen) | |
| 15a | CFS or "Consent Flow Service" (Weng) | X |
| 15b | CFS or "Consent Flow Service" (Monsees, Ganem, Ma, Hansen) | |
| 16 | "consent bump" | |
| 17 | N$^{xxx2}$ or N$^{xxx}$ or N$^{xxx}$ | |
| 18a | "on or off" OR "switch the collection" (Weng) | X |
| 18b | "on or off" OR "switch the collection" (Monsees, Ganem, Ma, Hansen) | X |
| 19 | ("on or off" OR "switch the collection") AND (WAA" or "WAAH" or "WAAs" or "sWAA" or "W&AA" or "W&AAs" or "web history" or "WHSH" or (Web pre/2 "App Activity")) AND NOT ("Location History") (Ganem, Ma, Monsees, Hansen) | |
| 20a | (associat* /15 (user OR account OR profile)) AND ("GA4F" or "GA for Firebase" or "Google Analytics" or scion) | X |
| 20b | associat* /15 (user OR account OR profile) | |

---

[2] This term is an internal Google code name that the Court previously sealed.  *See* ECF No. 186.  It is abbreviated to protect Google's confidential information.  "K$^{xxx}$" at row 26, and "T$^{xxx}$" at row 28, are also internal code names that will be sealed.

| No. | Search Terms | Google to Search: |
|---|---|---|
| 21a | "activity data" (Hansen, Weng) | X |
| 21b | "activity data" (Monsees, Ma, Ganem) | |
| 22a | "app data" (Weng) | X |
| 22b | "app data" (Monsees, Ma, Ganem, Hansen) | |
| 23a | PII (Weng) | X |
| 23b | PII (Monsees, Ma, Ganem, Hansen) | |
| 24 | personal* /5 info* | |
| 25 | Zwieback OR Biscotti | |
| 26 | K$^{xxx}$ | |
| 27 | GAIA | |
| 28 | T$^{xxx}$ | |
| 29 | Footprint* | |
| 30 | BigQuery | |
| 31 | Sawmill | |
| 32 | Firelog or Firedata or Firestore | |
| 33 | Plog OR "personal log" or GWS | |
| 34 | UUAD OR "Unified user App Data" | |
| 35 | IDFA or ADID | |
| 36 | (Id OR Ids) /5 (app OR apps OR ad OR ads OR advertising OR advertisement OR device OR instance OR user OR android OR ios) | |
| 37a | AdMob /15 (Gold OR GA4F OR WAA or WAAH or WAAs or sWAA or "W&AA" or "W&AAs" OR "my activity" OR "Google mobile service" OR GMS) (Ganem, Monsees, Ma, Hansen) | |
| 37b | AdMob [AND] /15[3] (Gold OR analytics OR GA4F OR scion OR firebase OR (app* /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR *WAA* OR "my account" or "my activity" OR perform* OR conversion* OR event OR audience OR FCM OR "cloud messaging" OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) (Ganem, Monsees, Ma, Hansen) | X |

---

[3] The plaintiffs proposed the use of the "AND" connector instead of the "/15" connector. The "AND" connector would lead to an overbroad search, so Google should use the "/15" connector instead.

| No. | Search Terms | Google to Search: |
|---|---|---|
| 38a | AdMob /15 Gold (Weng) | X |
| 38b | AdMob and Gold (Weng) | |
| 39a | AdMob /15 (firebase OR ((app or apps or application or applications) /5 (event OR activity OR measure*)) OR appmeasurement OR "Google mobile service" OR GMS) (Weng) | |
| 39b | AdMob [/50] /15[4] (firebase OR scion (app* /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR perform* OR conversion* OR event OR audience OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) (Weng) | X |
| 40a[5] | (FCM or "cloud messaging") /15 (Gold OR analytics OR GA4F OR "Google mobile service" OR GMS) (Ma/Hansen) | |
| 40b | (FCM or "cloud messaging") AND (Gold OR analytics OR GA4F OR firebase OR scion OR (app* /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR *WAA* OR "my account" or "my activity" OR perform* OR conversion* OR event OR audience OR AdMob OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) (Ma) | |
| 40c | (FCM or "cloud messaging") /10 (Gold OR analytics OR GA4F OR firebase OR scion OR (app* /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR "my account" or "my activity" OR perform* OR conversion* OR event OR audience OR AdMob OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) (Hansen) | |
| 41 | ("real time" /20 bid*) OR RTB | X |
| 42 | "App Indexing" /50 ("my account" OR "my activity" OR ("WAA*" OR "sWAA")) | X |
| 43a[6] | ("Google Mobile Service" OR GMS) /25 (Gold OR analytics OR GA4F OR firebase) AND (log* OR user /2 data OR measurement) | |

---

[4] The plaintiffs proposed the use of the "/50" connector instead of the "/15" connector. The "/50" connector would lead to an overbroad search, so Google should use the "/15" connector instead.

[5] The Court needs more information to evaluate whether Google should run 40a (Google's proposal), or 40b and 40c (the plaintiffs' proposal). To plaintiffs: explain why all the terms in 40b and 40c are needed, and why an "AND" connector should be used for 40b. To plaintiffs and Google: explain in more detail where Ma and Hansen are located within Google's org chart and how their roles are different. To Google: explain what's wrong with the search terms and connectors proposed for 40b and 40c. The parties should answer these questions by January 28, 2022.

[6] The Court needs more information to evaluate whether Google should run 43a (Google's proposal), or 43b and 43c (the plaintiffs' proposal). To plaintiffs: explain why all the terms in 43b and 43c are needed, and why an "AND" connector should be used for 43b. To plaintiffs and Google: explain in more detail where Ganem, Monsees, and Weng are located within Google's org chart and how their roles are different. To Google: explain what's wrong with the search terms and connectors proposed for 43b and 43c. The parties should answer these questions by January 28, 2022.

| No. | Search Terms | Google to Search: |
|-----|-------------|-------------------|
|     |             |                   |
| 43b | (Analytics OR firebase OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) AND (Gold OR app! /5 (event OR interact! OR activity OR measure!)) OR !WAA! OR "my account" OR "my activity" OR perform! OR conversion! OR event OR audience OR AdMob OR FCM OR "Cloud Messaging" OR appmeasurement OR "Google mobile service" OR GMS OR Clearcut) (Ganem) | |
| 43c | ("Google Mobile Service" OR GMS OR Clearcut) /10 (Gold OR analytics OR GA4F OR firebase OR scion OR "Google Mobile Platform" OR GMP OR (app! /5 (event OR interact! OR activity OR measure!)) OR appmeasurement OR !WAA! OR "my account" or "my activity" OR perform! OR conversion! OR event OR audience OR FCM OR "cloud messaging" or AdMob OR Clearcut) (Ma/Monsees/Hansen/Weng) | |

**IT IS SO ORDERED.**

Dated: January 20, 2022

ALEX G. TSE
United States Magistrate Judge

5