| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra  O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br> GOOGLE LLC,<br><br>    Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO DISCLOSE PROTECTED MATERIALS TO CERTAIN EXPERT CONSULTANTS**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

1

**[PROPOSED] ORDER**

Before the Court are the parties' letter briefs regarding Plaintiffs' request for Google to use additional search terms on ESI belonging to five custodians: Dave Monsees, Steve Ganem, Francis Ma, Edward Weng, and Todd Hansen. Having considered the parties' letter briefs, and good cause having been shown, the Court GRANTS Plaintiffs' request.

Google shall run the following search terms on the specified custodians' ESI to locate documents responsive to Plaintiffs' Requests for Productions.

**Search Term No. 40b (For Francis Ma)**

- (FCM OR "cloud messaging") /15 (firebase OR perform* OR event OR audience)

**Search Term No. 40c (For Todd Hansen)**

- (FCM OR "cloud messaging") /5 firebase
- (FCM OR "cloud messaging") /10 (perform* OR event OR audience)

**Search Term No. 43b (For Steve Ganem)**

- (Firebase OR Gold) /15 (((app or apps or application or applications) /5 (event OR interact* OR activity OR measure*)) OR WAA* OR sWAA OR "my account" OR "my activity" OR perform* OR conversion* OR event OR audience OR AdMob OR FCM OR "Cloud Messaging" OR appmeasurement OR "Google Mobile Service" OR GMS OR Clearcut)
- (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) /15 (conversion* OR perform* OR event OR audience OR "Google Mobile Service" OR GMS OR Clearcut)

**Search Term No. 43c (For the Other Custodians)**

- ("Google Mobile Service" OR GMS OR Clearcut) /10 (firebase OR perform* OR event OR audience)

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable Alex G. Tse
United States Magistrate Judge