| | |
|---|---|
| 1 | **WILLKIE FARR & GALLAGHER LLP** |
| 2 | BENEDICT Y. HUR (SBN: 224018)<br>  bhur@willkie.com |
| 3 | SIMONA AGNOLUCCI (SBN: 246943)<br>  sagnolucci@willkie.com |
| 4 | EDUARDO E. SANTACANA (SBN: 281668)<br>  esantacana@willkie.com |
| 5 | LORI C. ARAKAKI (SBN: 315119)<br>  larakaki@willkie.com |
| 6 | ARGEMIRA FLOREZ (SBN: 331153)<br>  aflorez@willkie.com |
| 7 | |
| 8 | Attorneys for<br>GOOGLE LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>                              Plaintiffs,<br><br>        vs<br><br>GOOGLE LLC, *et al*.<br><br>                              Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO ITS SUPPLEMENTAL LETTER BRIEF RE: SEARCH TERMS**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:   Not Set |

# [PROPOSED] ORDER

Before the Court is the Defendant's Administrative Motion to File Under Seal An Exhibit To Its Supplemental Letter Brief Re: Search Terms ("Motion to Seal"), specifically sealing the material in the table outlined below:

| Document sought to be sealed | Portions to be filed under seal |
|---|---|
| Exhibit A | Highlighted portions on pages 2 through 7. |

Having considered the Motion to Seal, the Court GRANTS Google's request to seal the material outlined above.

**IT IS SO ORDERED.**

DATED: _____      _____
                              Honorable Alex G. Tse

2

[PROPOSED] ORDER GRANTING
GOOGLE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AN EXHIBIT TO ITS SUPPLEMENTAL LETTER BRIEF RE: SEARCH TERMS
Case No.  3:20-CV-04688