**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com

Attorneys for
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>                                Plaintiffs,<br><br>    vs<br><br>GOOGLE LLC, *et al.*<br><br>                                Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER RE: SUPPLEMENTAL BRIEF RE: PLAINTIFFS' REQUEST FOR GOOGLE TO EMPLOY ADDITIONAL SEARCH TERMS**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    Not Set |

**[PROPOSED] ORDER**

Before the Court is Google's Supplemental Letter Brief regarding Plaintiffs' request that Google employ Terms 40 and 43 identified in the January 20, 2022 Order, Dkt. No. 208 ("Supplemental Search Term Letter Brief").

Having considered the Supplemental Search Term Letter Brief, the Court orders that Google should search the below terms as indicated with an "X" in the column labeled "Google to Search":

| No. | Search Terms | Google to Search: |
|---|---|---|
| **Custodian: Francis Ma**[1] | | |
| 40b-1 | (FCM or "cloud messaging") AND (Gold OR analytics OR GA4F OR scion OR ((app or apps or application or applications) /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR WAA* or sWAA OR "my account" or "my activity" OR conversion* OR AdMob OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) | X |
| 40b-2 | (FCM or "cloud messaging") /15 firebase | |
| 40b-3 | (FCM or "cloud messaging") /15 perform* | |
| 40b-4 | (FCM or "cloud messaging") /15 event | |
| 40b-5 | (FCM or "cloud messaging") /15 audience | |
| **Custodian: Todd Hansen** | | |
| 40c-1 | (FCM or "cloud messaging") /10 (Gold OR analytics OR GA4F OR scion OR ((app OR apps OR application OR applications) /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR "my account" or "my activity" OR conversion* OR AdMob OR "Google mobile service" OR GMS OR Clearcut OR "Google Mobile Platform" OR GMP) | X |
| 40c-2 | (FCM or "cloud messaging") /5 firebase | |
| 40c-3 | (FCM or "cloud messaging") /10 perform* | |
| 40c-4 | (FCM or "cloud messaging") /10 event | |
| 40c-5 | (FCM or "cloud messaging") /10 audience | |

---

[1] Each search term under an identified custodians' name should be employed for that custodian.

| No. | Search Terms | Google to Search: |
|---|---|---|
| **Custodian: Steve Ganem** | | |
| 43b-1 | (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) AND (((app OR apps OR application OR applications) /5 (event OR interact* OR activity OR measure*)) OR WAA* OR sWAA OR "my account" OR "my activity" OR AdMob OR FCM OR "Cloud Messaging" OR appmeasurement) | X |
| 43b-2 | Firebase /15 (((app or apps or application or applications) /5 (event OR interact* OR activity OR measure*)) OR WAA* or sWAA OR "my account" OR "my activity" OR perform* OR conversion* OR event OR audience OR AdMob OR FCM OR "Cloud Messaging" OR appmeasurement OR "Google mobile service" OR GMS OR Clearcut) | |
| 43b-3 | (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) /5 conversion* | X |
| 43b-4 | (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) /15 conversion* | |
| 43b-5 | (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) /15 perform* | |
| 43b-6 | (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) /15 event | |
| 43b-7 | (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) /15 audience | |
| 43b-8 | (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) /15 ("Google mobile service" OR GMS OR Clearcut ) | |
| 43b-9 | Gold /15 (((app or apps or application or applications) /5 (event OR interact* OR activity OR measure*)) OR WAA* or sWAA OR "my account" or "my activity" OR AdMob OR FCM OR "Cloud Messaging" OR appmeasurement) | X |
| 43b-10 | Gold /5 conversion | X |
| 43b-11 | Gold /15 (perform* OR event OR audience OR "Google Mobile Service" OR GMS OR Clearcut) | |
| **Custodian: Monsees, Ma, Hansen, Weng** | | |
| 43c-1 | ("Google Mobile Service" OR GMS OR Clearcut) /10 (Gold OR analytics OR GA4F OR scion OR "Google Mobile Platform" OR GMP OR ((app or apps or application or applications) /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR WAA* or sWAA OR "my account" OR "my activity" OR conversion* OR FCM OR "cloud messaging" OR AdMob) | X |
| 43c-2 | ("Google Mobile Service" OR GMS OR Clearcut) /10 firebase | |
| 43c-3 | ("Google Mobile Service" OR GMS OR Clearcut) /10 perform* | |
| 43c-4 | ("Google Mobile Service" OR GMS OR Clearcut) /10 event | |

| No. | Search Terms | Google to Search: |
|---|---|---|
| 43c-5 | ("Google Mobile Service" OR GMS OR Clearcut) /10 audience | |

**IT IS SO ORDERED.**

DATED: _____         _____

Honorable Alex G. Tse
United States Magistrate Judge