**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**WILKIE FARR & GALLAGHER LLP**
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
Lori C. Arakaki (SBN: 315119)
larakaki@willkie.com
Argemira Florez (SBN: 331153)
aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND ORDER SETTING CLASS CERTIFICATON BRIEFING SCHEDULE AND HEARING DATE**<br><br>Judge:  The Honorable Richard Seeborg |

Pursuant to Civil Local Rules 6-2 AND 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on November 22, 2021, the Court granted Plaintiffs' Motion for Relief from Case Management Schedule, extending the deadlines for the close of fact discovery, initial expert witness disclosures, rebuttal expert witness disclosures, and the close of expert discovery (Dkt. 180).

WHEREAS, the close of fact discovery is now July 13, 2022, and the close of expert discovery is now December 16, 2022 (Dkt. 180).

WHEREAS, the hearing on Plaintiffs' motion for class certification was previously set for June 2, 2022 (Dkt. 59).

WHEREAS, the parties have agreed to a new class certification hearing date that follows the December 16, 2022 close of expert discovery.

WHEREAS, the parties have agreed to a briefing schedule for Plaintiffs' motion for class certification.

NOW THEREFORE, the Parties stipulate:

1. The deadline for Plaintiffs to file their motion for class certification shall be January 26, 2023.
2. The deadline for Google to file any opposition shall be March 2, 2023.
3. The deadline for Plaintiffs to file any reply shall be March 30, 2023.
4. The hearing on Plaintiffs' motion for class certification shall be April 13, 2023 at 1:30 pm.

DATED: February 1, 2022                    SUSMAN GODFREY LLP

                                           By: *Amanda Bonn*
                                               Amanda Bonn
                                               *Counsel on behalf of Plaintiffs*

-1-    Case No. 3:20-cv-04688
JOINT STIPULATION AND [PROPOSED] ORDER SETTING CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE

1  DATED: February 1, 2022              WILLKIE FARR & GALLAGHER, LLP

3                                        By: *Eduardo E. Santacana*
4                                             Eduardo E. Santacana
                                              *Counsel on behalf of Google*

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: February 1, 2022                By *Amanda Bonn*
                                                              Amanda Bonn
                                                              *Counsel on behalf of Plaintiffs*

# ORDER

Pursuant to stipulation of the Parties, the Court hereby sets the following briefing schedule and hearing date for Plaintiffs' motion for class certification.

| Action | Scheduling Order (Dkt. 180) | New Date |
|---|---|---|
| Close of Fact Discovery | July 13, 2022 | No change |
| Initial Expert Witness Disclosures | July 13, 2022 | No change |
| Rebuttal Expert Witness Disclosures | October 28, 2022 | No change |
| Close of Expert Discovery | December 16, 2022 | No change |
| **Plaintiffs' motion for class certification**:<br>**Google's opposition**:<br>**Plaintiffs' reply**: | N/A | January 26, 2023<br><br>March 2, 2023<br>March 30, 2023 |
| Hearing on Motion for Class Certification | TBD | April 13, 2023 |

**IT IS SO ORDERED.**

DATED:  February 1 , 2022

Hon. Richard Seeborg
Chief United States District Judge