**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al.
2  ("Plaintiffs") and Defendant Google LLC ("Google"), hereby stipulate to the extension of the
3  deadline for Google to answer Plaintiffs' Third Amended Complaint by fourteen (14) days, from
4  February 8, 2022 up to and including February 22, 2022.
5  Google and Plaintiffs (collectively, the "Parties"), by and through their respective counsel,
6  hereby stipulate and agree to the following:
7  WHEREAS, on September 1, 2021 Plaintiffs filed their Third Amended Complaint for
8  (1) Breach of Contract or, in the Alternative, Quasi-Contract (Unjust Enrichment); (2) Invasion of
9  Privacy Act Violations, Cal. Penal Code § 631; (3) Violations of the Comprehensive Computer
10 Data Access and Fraud Act ("CDAFA"), Cal. Penal Code §§ 502 *et seq.*; (4) Invasion of Privacy;
11 (5) Intrusion Upon Seclusion (ECF No. 131);
12 WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), Google's deadline to respond to
13 Plaintiffs' Third Amended Complaint was September 15, 2021;
14 WHEREAS, on September 13, 2021, the Parties filed a stipulation to extend Google's
15 deadline to respond to Plaintiffs' Third Amended Complaint seven (7) days, from September 15,
16 2021 to September 22, 2021 (ECF No. 134);
17 WHEREAS, on September 13, 2021, the Court Ordered Google's deadline for filing an
18 Answer or to otherwise respond to Plaintiffs' Third Amended Complaint was September 22, 2021
19 (ECF No. 135);
20 WHEREAS, on September 22, 2021, Google filed its Notice of Motion and Motion to
21 Dismiss Third Amended Complaint (ECF No. 139), Plaintiffs filed their Opposition on October 6,
22 2021 (ECF No. 144), and Google filed its Reply on October 13, 2021 (ECF No. 145);
23 WHEREAS, on January 25, 2022, the Court issued an Order Granting Google's Motion to
24 Dismiss Counts 1 (Breach of Contract) and 2 (Cal. Penal Code § 631) of Plaintiffs' Third
25 Amended Complaint and did not grant Plaintiffs leave to amend (ECF No. 209);
26 WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4), Google's deadline to answer the
27 remaining counts in Plaintiffs' Third Amended Complaint is February 8, 2022;
28 WHEREAS, the parties have agreed to extend time for Google to file its Answer;

1    WHEREAS, Google's deadlines to respond to the Complaint, First Amended Complaint, Second Amended Complaint, and Third Amended Complaint have been extended (ECF Nos. 33, 35, 58, 129, 135), and

WHEREAS this requested extension will not affect the case schedule;

WHEREAS, the requested extension of this deadline is made without prejudice to Google seeking a further extension of time should the circumstances warrant;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that Google's deadline to respond to Plaintiffs' Third Amended Complaint is February 22, 2021.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: February 2, 2022                WILLKIE FARR & GALLAGHER, LLP

By: /s/ Benedict Y. Hur
     Benedict Y. Hur

*Attorneys for Defendant Google LLC*

DATED: February 2, 2022                By: /s/ Amanda Bonn

BOIES SCHILLER FLEXNER LLP
  Mark C. Mao (CA Bar No. 236165)
  mmao@bsfllp.com
  Beko Reblitz-Richardson (CA Bar No. 238027)
  brichardson@bsfllp.com
  44 Montgomery Street, 41st Floor
  San Francisco, CA 94104
  Telephone: (415) 293 6858
  Facsimile (415) 999 9695

  James W. Lee (pro hac vice)
  jlee@bsfllp.com
  Rossana Baeza (pro hac vice)
  rbaeza@bsfllp.com
  100 SE 2nd Street, Suite 2800
  Miami, FL 33130

|   |   |
|---|---|
| 1 | Telephone: (305) 539-8400 |
| 2 | Facsimile: (305) 539-1304 |

Jesse Panuccio (pro hac vice)
jpanuccio@bsfllp.com
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

SUSMAN GODFREY L.L.P.
   Amanda Bonn (CA Bar No. 270891)
   abonn@susmangodfrey.com
   1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
   Telephone: (310) 789-3100

   William Christopher Carmody (pro hac vice)
   bcarmody@susmangodfrey.com
   Shawn J. Rabin (pro hac vice)
   srabin@susmangodfrey.com
   Steven Shepard (pro hac vice)
   sshepard@susmangodfrey.com
   1301 Avenue of the Americas, 32nd Floor
   New York, NY  10019
   Telephone: (212) 336-8330

MORGAN & MORGAN
   John A. Yanchunis (pro hac vice)
   jyanchunis@forthepeople.com
   Ryan J. McGee (pro hac vice)
   rmcgee@forthepeople.com
   Ra Olusegun Amen (pro hac vice)
   ramen@forthepeople.com
   201 N. Franklin Street, 7th Floor
   Tampa, FL 33602
   Telephone: (813) 223-5505

*Attorneys for Plaintiff*

3
STIPULATION EXTENDING TIME TO ANSWER THIRD AMENDED COMPLAINT
Case No. 3:20-CV-04688-RS

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: February 2, 2022          WILLKIE, FARR & GALLAGHER LLP


                                 /s/ *Benedict Y. Hur*
                                 Benedict Y. Hur

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the deadline for Google to respond to Plaintiffs' Third Amended Complaint is February 22, 2022.

**IT IS SO ORDERED.**

Dated: _____

                                                                            _____
                                                                            Honorable Richard Seeborg