| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>Fax: (415) 293-6899<br>mmao@bsfllp.com<br>brichardson@bsfllp.com | Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA. 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com |
| James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>Fax: (303) 539-1307<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Ra O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>ramen@forthepeople.com |
| William S. Carmody (admitted *pro hac vice*)<br>Shawn Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>Tel.: (212) 336-8330<br>Fax: (212) 336-8340<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com | Michael F. Ram, CA Bar No. 104805<br>**MORGAN & MORGAN**<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel.: (415) 358-6913<br>Fax: (415) 358-6923<br>mram@forthepeople.com |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs, | Case No. 3:20-CV-04688-RS<br><br>**PLAINTIFF JULIEANNA MUNIZ'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:   The Honorable Richard Seeborg |

1
2         v.
3  GOOGLE LLC,
4       Defendant.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF JULIEANNA MUNIZ'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:20-CV-04688-RS

PLEASE TAKE NOTICE that Plaintiff Julieanna Muniz files this Notice of Voluntary Dismissal of his claims against Defendant Google LLC, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff's dismissal is without prejudice to participate and/or recover as class members in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: February 9, 2022        /s/ Michael F. Ram_____
                               Michael F. Ram

                               Michael F. Ram, CA Bar No. 104805
                               **MORGAN & MORGAN**
                               711 Van Nes Avenue, Suite 500
                               San Francisco, CA 94102
                               Tel.: (415) 358-6913
                               Fax: (415) 358-6923
                               mram@forthepeople.com

                               John A. Yanchunis (admitted *pro hac vice*)
                               Ryan J. McGee (admitted *pro hac vice*)
                               Ra O. Amen (admitted *pro hac vice*)
                               **MORGAN & MORGAN**
                               201 N. Franklin Street, 7th Floor
                               Tampa, FL 33602
                               Tel.: (813) 223-5505
                               jyanchunis@forthepeople.com
                               rmcgee@forthepeople.com
                               ramen@forthepeople.com

                               Mark C. Mao, CA Bar No. 236165
                               Beko Richardson, CA Bar No. 238027
                               **BOIES SCHILLER FLEXNER LLP**
                               44 Montgomery St., 41st Floor
                               San Francisco, CA 94104
                               Tel.: (415) 293-6800
                               Fax: (415) 293-6899
                               mmao@bsfllp.com
                               brichardson@bsfllp.com

                               James Lee (admitted *pro hac vice*)
                               Rossana Baeza (admitted *pro hac vice*)
                               **BOIES SCHILLER FLEXNER LLP**
                               100 SE 2nd St., 28th Floor
                               Miami, FL 33131

PLAINTIFF EMIR GOENAGA'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:20-CV-04688-RS

Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William S. Carmody (admitted *pro hac vice*)
Shawn Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

*Attorneys for Plaintiffs*