Mark C. Mao, CA Bar No. 236165
Beko Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

William S. Carmody (admitted *pro hac vice*)
Shawn Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
ramen@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel.: (415) 358-6913
Fax: (415) 358-6923
mram@forthepeople.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs, | Case No. 3:20-CV-04688-RS<br><br>**PLAINTIFF EMIR GOENAGA'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:    The Honorable Richard Seeborg |

1

2                           v.

3       GOOGLE LLC,

4               Defendant.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2        PLEASE TAKE NOTICE that Plaintiff Emir Goenaga files this Notice of Voluntary

3   Dismissal of his claims against Defendant Google LLC, without prejudice, pursuant to Rule

4   41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Plaintiff's dismissal is without prejudice

5   to participate and/or recover as class members in this action.  This Notice of Voluntary Dismissal

6   is being filed with the Court before service by Defendant of either an answer or a motion for

7   summary judgment.

8   Dated: February 9, 2022                  /s/ Michael F. Ram_____
                                             Michael F. Ram

9                                            Michael F. Ram, CA Bar No. 104805
10                                           **MORGAN & MORGAN**
                                             711 Van Nes Avenue, Suite 500
11                                           San Francisco, CA 94102
                                             Tel.: (415) 358-6913
12                                           Fax: (415) 358-6923
                                             mram@forthepeople.com
13
                                             John A. Yanchunis (admitted *pro hac vice*)
14                                           Ryan J. McGee (admitted *pro hac vice*)
                                             Ra O. Amen (admitted *pro hac vice*)
15                                           **MORGAN & MORGAN**
                                             201 N. Franklin Street, 7th Floor
16                                           Tampa, FL 33602
                                             Tel.: (813) 223-5505
17                                           jyanchunis@forthepeople.com
                                             rmcgee@forthepeople.com
18                                           ramen@forthepeople.com
19
                                             Mark C. Mao, CA Bar No. 236165
20                                           Beko Richardson, CA Bar No. 238027
                                             **BOIES SCHILLER FLEXNER LLP**
21                                           44 Montgomery St., 41st Floor
                                             San Francisco, CA 94104
22                                           Tel.: (415) 293-6800
                                             Fax: (415) 293-6899
23                                           mmao@bsfllp.com
                                             brichardson@bsfllp.com
24
25                                           James Lee (admitted *pro hac vice*)
26                                           Rossana Baeza (admitted *pro hac vice*)
                                             **BOIES SCHILLER FLEXNER LLP**
27                                           100 SE 2nd St., 28th Floor
28                                           Miami, FL 33131

2

Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William S. Carmody (admitted *pro hac vice*)
Shawn Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

*Attorneys for Plaintiffs*

3

PLAINTIFF EMIR GOENAGA'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:20-CV-04688-RS