UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANIBAL RODRIGUEZ, et al., | Case No. 20-cv-04688-RS (AGT) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING IN PART MOTION TO SEAL** |
| GOOGLE LLC, | Re: Dkt. No. 200 |
| Defendant. | |

The request to seal portions of the parties' January 7, 2022, letter brief is granted in part. Google's internal project names may be sealed and replaced with Na***, K***, and T***. The ESI search-term hit counts may not be sealed. Google hasn't convinced the Court that "specific prejudice or harm will result" if the hit counts are publicly disclosed. *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002). Also, sealing the hit counts would hinder the public's understanding of the dispute. The Court considered the hit counts, among other things, in deciding which ESI searches needed to be run.

By February 17, 2022, the parties must file a public version of the January 7 letter brief that complies with this order.

**IT IS SO ORDERED.**

Dated: February 10, 2022

ALEX G. TSE
United States Magistrate Judge