UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., | Case No. 20-cv-04688-RS (AGT) |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTIONS TO SEAL** |
| GOOGLE LLC, | Re: Dkt. Nos. 210, 212 |
| Defendant. | |

Google's request to seal its search-term hit counts in the parties' January 28, 2022, letter briefs is denied. Google hasn't convinced the Court that "specific prejudice or harm will result" if the hit counts are publicly disclosed. *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002). Also, sealing the hit counts would hinder the public's understanding of the dispute. The Court considered the hit counts, among other things, in deciding which ESI searches needed to be run.

By February 17, 2022, the parties must file public versions of the January 28 letter briefs that comply with this order.

**IT IS SO ORDERED.**

Dated: February 10, 2022

ALEX G. TSE
United States Magistrate Judge