| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | William S. Carmody (admitted *pro hac vice*) |
| Beko Richardson, CA Bar No. 238027 | Shawn Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander Frawley (admitted *pro hac vice*) |
| San Francisco, CA 94104 | **SUSMAN GODFREY L.L.P.** |
| Tel.: (415) 293-6800 | 1301 Avenue of the Americas, 32nd Floor |
| Fax: (415) 293-6899 | New York, NY 10019-6023 |
| mmao@bsfllp.com | Tel.: (212) 336-8330 |
| brichardson@bsfllp.com | Fax: (212) 336-8340 |
| | bcarmody@susmangodfrey.com |
| James Lee (admitted *pro hac vice*) | srabin@susmangodfrey.com |
| Rossana Baeza (admitted *pro hac vice*) | sshepard@susmangodfrey.com |
| **BOIES SCHILLER FLEXNER LLP** | afrawley@susmangodfrey.com |
| 100 SE 2nd St., 28th Floor | |
| Miami, FL 33131 | John A. Yanchunis (admitted *pro hac vice*) |
| Tel.: (305) 539-8400 | Ryan J. McGee (admitted *pro hac vice*) |
| Fax: (303) 539-1307 | Ra O. Amen (admitted *pro hac vice*) |
| jlee@bsfllp.com | **MORGAN & MORGAN** |
| rbaeza@bsfllp.com | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| Amanda K. Bonn, CA Bar No. 270891 | Tel.: (813) 223-5505 |
| **SUSMAN GODFREY L.L.P** | jyanchunis@forthepeople.com |
| 1900 Avenue of the Stars, Suite 1400 | rmcgee@forthepeople.com |
| Los Angeles, CA. 90067 | mram@forthepeople.com |
| Tel: (310) 789-3100 | ramen@forthepeople.com |
| Fax: (310) 789-3150 | |
| abonn@susmangodfrey.com | Michael F. Ram, CA Bar No. 104805 |
| | **MORGAN & MORGAN** |
| *Attorneys for Plaintiffs* | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| | Tel.: (415) 358-6913 |
| | Fax: (414) 358-6923 |
| | mram@forthepeople.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v. | Case No. 3:20-CV-04688-RS<br><br>**PLAINTIFF ELIZA CAMBAY'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:    The Honorable Richard Seeborg |

| | |
|---|---|
| 1 | |
| 2 | GOOGLE LLC, |
| 3 |     Defendant. |

PLAINTIFF ELIZA CAMBAY'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:20-CV-04688-RS

PLEASE TAKE NOTICE that Plaintiff Eliza Cambay files this Notice of Voluntary Dismissal of her claims against Defendant Google LLC, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff's dismissal is without prejudice to participate and/or recover as class members in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: February 18, 2022                **MORGAN & MORGAN**

/s/ Michael F. Ram
Michael F. Ram

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

Mark C. Mao, CA Bar No. 236165
Beko Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
Fax: (303) 539-1307
jlee@bsfllp.com
rbaeza@bsfllp.com

PLAINTIFF ELIZA CAMBAY'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:20-CV-04688-RS

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

William S. Carmody (admitted *pro hac vice*)
Shawn Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

*Attorneys for Plaintiffs*

PLAINTIFF ELIZA CAMBAY'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:20-CV-04688-RS