# EXHIBIT A

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com |
| Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com | |
| Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com | John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |
| *Attorneys for Plaintiffs* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688<br><br>**[PROPOSED] ORDER ON JOINT LETTER BRIEF RE SEARCH TERMS FOR ADDITIONAL NINETEEN CUSTODIANS**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

1 **[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding search terms to be used on ESI belonging to the additional nineteen custodians: Greg Fair, Arne de Booij, Sam Heft-Luthy, Xinyu Ye, Eric Miraglia, Dale Nil, Chris Ruemmler, Nick Linkow, Katie Brennan (Virk), Donald Harrison, Dan Stone, Jan Hannemann, Jason Titus, Keith Enright, Guemmy Kim, Stephan Micklitz, Sree Pothana, Mark Risher, and Rahul Roy-Chowdhury (collectively, THE "Nineteen Custodians").

Having considered the joint letter brief, the Court GRANTS Plaintiffs' request. Google shall run the following search terms on the specified custodians' ESI to locate documents responsive to Plaintiffs' Requests for Production:

**Search Term No. 1 (for all Nineteen Custodians except Fair)**

- "WAA" OR "WAAH" OR "WAAs" OR "sWAA" OR "W&AA" OR "W&AAs" or "Web/App" OR "web history" OR "WHSH" OR (Web /2 "App Activity")

**Search Term No. A1* (for de Booij only)**

- ("WAA" OR "WAAH" OR "WAAs" OR "sWAA" OR "W&AA" OR "W&AAs" or "Web/App") AND (confus* OR privacy OR study OR studies OR understanding OR ppt* OR participant* OR misunderst* OR misle*)

**Search Term No. 2a***

- ("WAA" OR "WAAH" OR "WAAs" OR "sWAA" OR "W&AA" OR "W&AAs" or "Web/App" OR "web history" OR "WHSH" OR (Web /2 "App Activity")) /50 (disclos* OR "your activity" OR analytics OR scion OR function* OR "event data" OR "measurement data" OR firebase)

**Search Term No. 2b* (for all Nineteen Custodians)**

- ("WAA" OR "WAAH" OR "WAAs" OR "sWAA" OR "W&AA" OR "W&AAs" or "Web/App" OR "web history" OR "WHSH" OR (Web /2 "App Activity")) /25 (benefits OR "data collection" OR "privacy policy")

---

* Search terms marked with an asterisk (*) are subsets of Search Term No. 1.

2

**Search Term No. 2c* (for all Nineteen Custodians)**

- ("WAA" OR "WAAH" OR "WAAs" OR "sWAA" OR "W&AA" OR "W&AAs" or "Web/App" OR "web history" OR "WHSH" OR (Web /2 "App Activity")) /10 (plan* OR feature OR launch)

**Search Term No. 3* (for all Nineteen Custodians)**

- ("WAA" OR "WAAH" OR "WAAs" OR "sWAA" OR "W&AA" OR "W&AAs" or "Web/App" OR "web history" OR "WHSH" OR (Web /2 "App Activity")) /50 (plan* OR feature OR launch OR benefits OR "data collection" OR "privacy policy")

**Search Term No. 4* (for all Nineteen Custodians)**

- ("WAA" OR "WAAH" OR "WAAs" OR "sWAA" OR "W&AA" OR "W&AAs" or "Web/App" OR "web history" OR "WHSH" OR (Web /2 "App Activity")) /25 consent

**Search Term No. 5* (for all Nineteen Custodians)**

- ("WAA" OR "WAAH" OR "WAAs" OR "sWAA" OR "W&AA" OR "W&AAs" or "Web/App" OR "web history" OR "WHSH" OR (Web /2 "App Activity")) /50 consent

**Search Term No. 6 (for all Nineteen Custodians)**

- (CFS OR "Consent Flow Service") AND (WAA OR sWAA OR WAAH OR "W&AA" OR W&AAs" OR Firebase OR GA4f OR authenticat*)

**Search Term No. 7 (for all Nineteen Custodians)**

- "App Indexing' /50 ("my account" OR "my activity" OR (WAA* OR "sWAA"))

**Search Term No. 8 (for all Nineteen Custodians)**

- ("My Account" OR "My Activity") /15 (WAA* OR sWAA OR "app activity" OR consent OR pseudonymous OR (still /5 collect*))

**Search Term No. 9 (for all Nineteen Custodians)**

- ("new ad control" OR "new ads control" OR "new ads controls" OR "new ad controlling" OR "new ads controlling" OR "new ad controls" OR "new ad controlled" OR "new ads controlled" OR NAC) /25 (benefits OR "data collection" OR "privacy policy" OR consent* OR function OR disclos* OR analytics OR GA4F OR scion OR "event data" OR

3

"measurement data" OR plan OR feature OR launch OR WAA* OR sWAA OR "app activity" OR AdMob OR FCM OR "cloud Messaging" OR firebase OR permi* OR allow*)

**Search Term No. 10 (for all Nineteen Custodians except Fair)**

- "app activity"

**Search Term No. 11 (for all Nineteen Custodians except Fair and Hannemann)**

- "activity controls"

**Search Term No. 12 (for all Nineteen Custodians except Fair and Hannemann)**

- "your Google Account"

**Search Term No. 13 (for all Nineteen Custodians)**

- "activity data" OR "app data"

**Search Term No. 14 (for all Nineteen Custodians)**

- "allow Google to save"

**Search Term No. 15 (for all Nineteen Custodians except de Booij)**

- "activities and info you allow Google to save"

**Search Term No. 16 (for all Nineteen Custodians)**

- "your searches and activity"

**Search Term No. 17 (for all Nineteen Custodians)**

- "to let Google save"

**Search Term No. 18 (for all Nineteen Custodians)**

- "must be on"

**Search Term No. 19 (for all Nineteen Custodians)**

- "on-device search"

**Search Term No. 20 (for all Nineteen Custodians)**

- "Screenwise Trends"

**Search Term No. 21 (for all Nineteen Custodians)**

- safeguard* /2 "your data"

**Search Term No. 22 (for all Nineteen Custodians)**

- "Firebase Terms of Service"

**Search Term No. 23 (for all Nineteen Custodians)**

- apps /4 "use Google services"

**Search Term No. 24 (for all Nineteen Custodians except Ye and de Booij)**

- "Google Data Collection"

**Search Term No. 25 (for all Nineteen Custodians except Ye and de Booij)**

- "defaulted to on"

**Search Term No. 26 (for all Nineteen Custodians except Ye, Enright, and de Booij)**

- "Google Analytics browser add-on"

**Search Term No. 27 (for all Nineteen Custodians except Ye, Enright, and de Booij)**

- "non-Google branded"

**Search Term No. 28 (for Pothana, Stone, Harrison, Titus, Ye, Fair, Nil, Linkow, Brennan (Virk), Hanneman, Kim, Risher, and Roy-Chowdhury)**

- "apps using Google Analytics"

**Search Term No. 29 (for Pothana, Stone, Harrison, Titus, Ye, Fair, Nil, Linkow, Brennan (Virk), Hanneman, Kim, Risher, and Roy-Chowdhury)**

- "data about app users"

**Search Term No. 30 (for all Nineteen Custodians)**

- "what we collect" OR "data we collect"

**Search Term No. 31 (for all Nineteen Custodians)**

- (automatic* /2 collect*) OR "use policy" OR (product* AND integrat* AND "third-party apps")

**Search Term No. 32**[**] **(for all Nineteen Custodians)**

- ("on OR off" OR "switch the collection") AND (WAA OR WAAH OR WAAs OR sWAA or "W&AA" or "W&AAs" OR "web history" OR "WHSH" OR (Web pre/2 "App Activity")) AND NOT ("Location History")

**Search Term No. 33 (for all Nineteen Custodians)**

- "on OR off" OR "switch the collection"

**Search Term No. 34 (for all Nineteen Custodians)**

- "on/off" /5 control*

**Search Term No. 35 (for Pothana, Stone, and Ye)**

- "Privacy Policy" /15 (chang* OR amend* OR modif* OR alter*)

**Search Term No. 36 (for all Nineteen Custodians except de Booij)**

- "Privacy Policy" /10 (confus* OR inaccurate* OR (not /3 accurate*) OR incorrect* OR (not /3 correct*) OR mislead* OR wrong* OR false* OR flaw* OR (not /3 tru*) OR WAA* OR sWAA OR "my activity")

**Search Term No. 37 (for all Nineteen Custodians)**

- ("My Account" OR "My Activity") /15 (consent OR pseudonymous OR (still /5 collect*))

**Search Term No. 38 (for all Nineteen Custodians)**

- (user* OR consumer* OR customer* OR people*) /10 (confus* OR misunderst* OR misle*)

**Search Term No. 39b (for all Nineteen Custodians)**

- (user* OR consumer* OR customer* OR people*) /10 (underst* OR comprehen* OR consent* OR know* OR represent* OR disclos*) /20 (WAA* OR sWAA OR GA4F OR "GA for Firebase" OR "Google Analytics" OR scion OR FCM OR "Firebase Cloud Messaging" OR AdMob)

**Search Term No. 40 (for all Nineteen Custodians)**

- wiretap*

---

[**] Search terms marked with two asterisks (**) are subsets of Search Term No. 33.

6

**Search Term No. 41 (for all Nineteen Custodians)**

- "page_location"

**Search Term No. 42 (for all Nineteen Custodians)**

- "page_referrer"

**Search Term No. 43 (for all Nineteen Custodians)**

- "page_title"

**Search Term No. 44 (for all Nineteen Custodians)**

- "screen_resolution"

**Search Term No. 45 (for all Nineteen Custodians)**

- correlate* /5 data

**Search Term No. 46 (for all Nineteen Custodians)**

- correlate /15 (user OR account OR profile)

**Search Term No. 47 (for all Nineteen Custodians)**

- associate /2 account

**Search Term No. 48 (for all Nineteen Custodians)**

- (associat* /15 (user OR account OR profile)) AND ("GA4F" OR "GA for Firebase" OR "Google Analytics" OR scion)

**Search Term No. 49 (for all Nineteen Custodians)**

- associat* /10 ((user OR account OR profile) /5 (data OR activit* OR event* OR interact* OR log))

**Search Term No. 50 (for all Nineteen Custodians)**

- (shadow OR secret OR hidden) /2 (profil* OR account)

**Search Term No. 51 (for all Nineteen Custodians)**

- (((third pre/1 (party OR parties) OR 3P) /2 develop*) OR ((collect* OR stor* OR "use" OR using OR delet* OR disclos*) /15 location)

**Search Term No. 52 (for all Nineteen Custodians)**

- (authentic* OR reauthentic*) /10 (data OR log OR logs OR logged OR logging OR info OR information)

**Search Term No. 53 (for all Nineteen Custodians)**

- (PII OR ((personal OR personally) /5 info*)) /15 ((WAA* OR "sWAA) OR "app activity" OR consent OR pseudonymous OR (still /5 collect* OR (join* /5 risk*))

**Search Term No. 54 (for all Nineteen Custodians)**

- Pseudony*

**Search Term No. 55 (for all Nineteen Custodians)**

- ("real time" /20 bid*) OR RTB

**Search Term No. 56 (for all Nineteen Custodians except Pothana and Stone)**

- "Google Analytics for Firebase" OR "GA for Firebase" OR GA4F

**Search Term No. 57 (for all Nineteen Custodians)**

- ("GA4F" OR "GA for Firebase" OR "Google Analytics" OR scion) /25 gaia

**Search Term No. 58 (for all Nineteen Custodians)**

- ("GA4F" OR "GA for Firebase" OR "Google Analytics" OR scion) /15 (consent OR function OR disclos* OR plan OR feature OR benefits OR "data collection" OR "privacy policy")

**Search Term No. 59 (for all Nineteen Custodians)**

- ("GA4F" OR "GA for Firebase" OR "Google Analytics" OR scion) /10 launch

**Search Term No. 60 (for all Nineteen Custodians)**

- ("GA4F" OR "GA for Firebase" OR "Google Analytics" OR scion) /15 (conversion* OR perform* OR event OR audience)

**Search Term No. 61a (for all Nineteen Custodians)**

- Gold /5 conversion

**Search Term No. 61b (for all Nineteen Custodians)**

- Gold /15 (((app OR apps OR application OR applications) /5 (event OR interact* OR activity OR measure* OR appmeasurement OR WAA* OR sWAA OR "my account" OR "my activity" OR AdMob OR FCM OR "cloud Messaging" OR perform* OR event OR audience)

**Search Term No. 62 (for Titus only)**

- "Firebase SDK" OR "Firebase Software Development Kit"

**Search Term No. 63 (for all Nineteen Custodians)**

- Firebase /15 (((app OR apps OR application OR applications) /5 (event OR interact* OR activity OR measure*)) OR WAA* OR sWAA OR "my account" OR "my activity" OR perform* OR conversion* OR event OR audience OR appmeasurement OR AdMob OR "Google Mobile Service" OR GMS OR Clearcut)

**Search Term No. 64 (for all Nineteen Custodians)**

- (FCM OR "cloud messaging") /15 (Gold OR analytics OR GA4F OR scion OR ((app OR apps OR application OR applications) /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR WAA* OR sWAA OR "my account" OR "my activity" OR conversion* OR perform* OR event OR audience)

**Search Term No. 65 (for all Nineteen Custodians)**

- AdMob /15 (Gold OR "Google Analytics" OR GA4F OR scion OR ((app OR apps OR application OR applications) /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR WAA* OR sWAA OR "my account" OR "my activity" OR conversion* OR FCM OR "cloud messaging" OR "Google Mobile Platform" OR GMP)

**Search Term No. 66 (for all Nineteen Custodians)**

- ("Google Mobile Service" OR GMS) /25 ((Gold OR analytics OR GA4F OR firebase) AND (log* OR user /2 data OR measurement))

**Search Term No. 67 (for all Nineteen Custodians)**

- ("Google Mobile Service" OR GMS OR Clearcut) /15 (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP)

**Search Term No. 68 (for all Nineteen Custodians)**

- AdMob /15 (analytics OR perform* OR event OR audiene OR "Google Mobile Services" OR GMS")

**Search Term No. 69 (for all Nineteen Custodians)**

- ("Google Mobile Service" OR GMS OR Clearcut) /10 (Gold OR analytics OR GA4F OR scion OR "Google Mobile Platform" OR GMP OR ((app OR apps OR application OR applications) /5 (event OR interact* OR activity OR measure*)) OR appmeasurement OR WAA* OR sWAA OR "my account" OR "my activity" OR conversion* OR perform* OR event OR audience OR FCM OR "cloud messaging" OR AdMob)

**Search Term No. 70 (for all Nineteen Custodians)**

- ("Google Mobile Platform" OR GMP) /15 (conversion* OR perform* OR event OR audience)

**Search Term No. 71 (for all Nineteen Custodians)**

- (Analytics OR GA4F OR Scion OR "Google Mobile Platform" OR GMP) AND (((app OR apps OR application OR applications) /15 (event OR interact* OR activity OR measure*)) OR WAA* OR sWAA OR "my account" OR "my activity" OR AdMob OR FCM OR "Cloud Messaging" OR appmeasurement)

**IT IS SO ORDERED.**

DATED: _____     _____

                                        Honorable Alex G. Tse
                                        United States Magistrate Judge