# Exhibit A

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO DISCLOSE PROTECTED MATERIALS TO CERTAIN EXPERT CONSULTANTS**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

1

**[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding Google's request for a protective order absolving it from any obligation to produce documents that were produced in *Brown v. Google*, 4:20-CV-3664-YGR (N.D. Cal.).

As the "party wish[ing] to resist discovery, [Google] must carry the heavy burden of showing why discovery should be denied." *Dairy v. Harry Shelton Livestock, LLC*, No. 18-CV-6357-RMI, 2021 WL 4476778, at *1 (N.D. Cal. Sept. 30, 2021). Discovery may be denied only if "the discovery request is overly broad, unduly burdensome, irrelevant or disproportional to the needs of the case." *Id.*

Google has not carried its burden. Many of the documents in *Brown* are likely to be relevant to this case, as plaintiffs in both cases allege that Google collected and used data without consent. Plaintiffs have adequately identified those documents, limiting their request to documents containing at least one of three terms at the heart of this case: "WAA," "sWAA," and "Firebase." Even if a document-by-document review were necessary, Google has not shown that such a review would be unduly burdensome; indeed, Google has not even identified the volume of documents at issue.

Google's request for a protective order is DENIED. Google must produce all documents produced in *Brown* returned by searching for "WAA," "sWAA," or "Firebase."

**IT IS SO ORDERED.**

DATED: _____         _____

                                                           Honorable Alex G. Tse
                                                           United States Magistrate Judge