WILLKIE FARR & GALLAGHER LLP
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
Lori C. Arakaki (SBN: 315119)
larakaki@willkie.com
Argemira Florez (SBN: 331153)
aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA  94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant Google LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-cv-4688-RS<br><br>**NOTICE OF ERRATA FOR JOINT LETTER BRIEF RE: MOTION FOR PROTECTIVE ORDER**<br><br>Judge: Hon. Richard Seeborg<br>Referred to: Hon. Alex G. Tse<br>Action Filed: July 14, 2020<br>Trial Date: Not Set<br>Place: Courtroom 3 – 17th Floor |

**NOTICE OF ERRATA**

Defendant Google LLC ("Google") respectfully submits this errata to the Joint Letter Brief regarding Motion for Protective Order ("Joint Letter Brief"), which was filed on April 29, 2022 at ECF No. 234, in order to correct an inadvertent error. At page 9, the Joint Letter Brief includes an Attestation signed by an attorney for Plaintiffs. The correct attorney Attestation at page 9 is attached hereto as **Exhibit A**.

DATED: May 4, 2022                WILLKIE FARR & GALLAGHER, LLP

By: */s/ Benedict Y. Hur*
      Benedict Y. Hur (SBN: 224018)
      bhur@willkie.com
      Simona Agnolucci (SBN: 246943)
      sagnolucci@willkie.com
      Eduardo E. Santacana (SBN: 281668)
      esantacana@willkie.com
      Lori C. Arakaki (SBN: 315119)
      larakaki@willkie.com
      Argemira Florez (SBN: 331153)
      aflorez@willkie.com
      One Front Street, 34th Floor
      San Francisco, CA  94111
      Telephone:  (415) 858-7400
      Facsimile:  (415) 858-7599

*Attorneys for Defendant Google LLC*