# Exhibit A

- 9 -

## ATTESTATION

I, Benedict Y. Hur, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: May 4, 2022                          By:   /s/ *Benedict Y. Hur*