**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
 bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
 sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
 esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
 larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
 aflorez@willkie.com

Attorneys for
GOOGLE LLC

UNITED STATES DISTRICT COURTS

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>    vs<br><br>GOOGLE LLC, *et al*.<br><br>                    Defendant. | Case No.  3:20-CV-04688 RS<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Magistrate Judge Alex G. Tse<br>Courtroom A - 15th Floor<br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rule 79-5, Defendant Google LLC ("Google") respectfully asks the Court to consider whether Plaintiffs' material should be sealed. The material is included within Exhibit D to the parties' joint letter brief regarding Plaintiffs' privilege log.

| Document Sought to be sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Exhibit D | Plaintiffs | Portions highlighted in teal on pages 1, 2, 3, and 4. | Contains material designated "Confidential" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs, as the Designating Party, bear the responsibility to establish that the designated material is sealable.

Dated: May 6, 2022

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By:  */s/ Eduardo E. Santacana*
Eduardo E. Santacana

Eduardo E. Santacana (SBN: 281668)
esantacana@willkie.com
Benedict Y. Hur (SBN: 224018)
bhur@willkie.com
Simona Agnolucci (SBN: 246943)
sagnolucci@willkie.com
Lori Arakaki (SBN: 315119)
larakaki@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*