# EXHIBIT B

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>Jesse Panuccio (admitted *pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave, NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727<br>Fax: (202) 237-6131<br>jpanuccio@bsfllp.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>**SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br>abonn@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* | William Christopher Carmody<br>(admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley<br>(admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY  10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram (admitted *pro hac vice*)<br>Ra  O. Amen (admitted *pro hac vice*)<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com<br>ramen@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED] ORDER DENYING GOOGLE'S REQUEST FOR ORDER COMPELLING PLAINTIFFS TO PRODUCE ALL NON-PRIVILEGED, RESPONSIVE DOCUMENTS AND SERVE PRIVILEGE LOG INCLUDING POST-FILING COMMUNICATIONS**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

1

# [PROPOSED] ORDER

Before the Court is the parties' joint letter brief regarding Google's Request for an Order Compelling Plaintiffs to Produce All Non-Privileged Documents and Serve a Privilege Log including Post-Filing Communications. Having considered the joint letter brief, the Court orders as follows:

*First*, Google has presented no evidence that Plaintiffs have violated their obligations to produce non-privileged documents responsive to Google's discovery requests. Judicial intervention is also unnecessary. Plaintiffs have further agreed to review Plaintiffs' documents a second time and produce non-privileged documents responsive to Google's expanded interpretations of their discovery requests. Accordingly, Google's request for an order compelling Plaintiffs to produce non-privileged documents is DENIED.

*Second*, pursuant to the parties' stipulated ESI Order (Dkt. No. 73) the parties are not required to log privileged communications involving trial counsel that post-date July 14, 2020, the date on which the complaint was filed. There is no good cause to modify that stipulation. The Court therefore DENIES Google's request for an order compelling Plaintiffs to log communications between counsel and a plaintiff before that plaintiff appeared in the case.

**IT IS SO ORDERED.**

DATED: _____    _____

　　　　　　　　　　　　　　　　　　　　Honorable Alex G. Tse
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge