Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

William Christopher Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 238027
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688<br><br>**PLAINTIFFS' STATEMENT RESPECTING PROVISIONALLY SEALED MATERIAL IN EXHIBIT D TO PRIVILEGE LOG LETTER BRIEF**<br><br>**(CIVIL LOCAL RULE 79-5)**<br><br>Judge: Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Set |

i

## I. INTRODUCTION

Pursuant to Civil Local Rule 79-5(f)(3), Plaintiffs submit this statement of reasons for keeping under seal limited material redacted in Exhibit D to the parties' joint letter brief regarding Plaintiffs' privilege log, *see* ECF No. 236, 237-4. The only material that Plaintiffs seek to maintain under seal is personally identifying information, including phone numbers, work and residential addresses, and email addresses belonging to parties and non-parties. This information is immaterial to the resolution of the parties' non-dispositive dispute, and disclosing it would compromise the individuals' privacy interests.

## II. LEGAL STANDARD

The Ninth Circuit has "'carved out an exception to the presumption of access' to judicial records for a '*sealed discovery document* [attached] to a *non-dispositive motion*,' such that 'the usual presumption of the public's right of access is rebutted.'" *Kamakana v. Cty & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (alterations in original, citations omitted). "[A] 'particularized showing,' under the 'good cause' standard of Rule 26(c) will 'suffice[] to warrant preserving the secrecy of sealed discovery material attached to non-dispositive motions.'" *Id.* at 1180 (citation omitted). Such a showing may include "privacy concerns" implicated by the disclosure of personal information. *E. & J. Gallo Winery v. Instituut Voor Landbouw-En Visserijonderzoek*, No. 1:17-CV-808-DAD, 2018 WL 4961606, at *2 (E.D. Cal. Oct. 12, 2018).

## III. DISCUSSION

Plaintiffs seek to seal the personal and professional phone numbers, email addresses, and physical addresses included in Exhibit D to the parties' joint letter brief regarding Plaintiffs' privilege log, ECF Nos. 236, 237-f. That information relates to Sal Cataldo, a Plaintiff in this case; Mark Mao, one of Plaintiffs' attorneys; and Ethan Dunn, an otherwise uninvolved nonparty. Maintaining the confidentiality of this personal information "protect[s] an individual's privacy

1

interest and … prevent[s] exposure to harm or identity theft." *Nursing Home Pension Fund v. Oracle Corp.*, No. C01-00988-MJJ, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007). The information at issue is irrelevant to both the merits of the claims and the issues addressed in the parties' joint letter brief. Google has already filed Exhibit D using the most restrictive redactions possible, sealing only personal information and leaving everything else, including the names associated with email addresses, unredacted.

In light of the foregoing, there is good cause to keep the limited amount of personal information under seal. Courts routinely grant motions to seal this kind of information, even under the more demanding standard applicable to materials filed in connection with dispositive motions. *See, Cancino Casteallar v. Mayorkas*, No. 17-CV-491-BAS-AHG, 2021 WL 3678440, at *3 (S.D. Cal. Aug. 19, 2021) (collecting cases); *Am. Auto. Ass'n of N. Calif., Nev. & Utah v. Gen. Motors LLC*, No. 17-CV-3874-LHK, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) (finding compelling reasons to seal "names, addresses, phone numbers, and email addresses"); *see also In re Midland Nat'l Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1120 (9th Cir. 2012) (directing the district court to allow redaction of "sensitive personal" information).

### IV.    CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court maintain the highlighted portions of the joint letter brief under seal.

Dated: May 12, 2021                          Respectfully submitted,

By: */s/ Amanda Bonn*

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400

2

PLAINTIFFS' STATEMENT RESPECTING PROVISIONALLY SEALED MATERIAL IN EXHIBIT D TO PRIVILEGE LOG LETTER BRIEF

| | |
|---|---|
| 1 | Los Angeles, CA 90067<br>Telephone: (310) 789-3100 |
| 2 | |
| 3 | Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com |
| 4 | Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street, 41st Floor |
| 6 | San Francisco, CA 94104<br>Telephone: (415) 293 6858 |
| 7 | Facsimile (415) 999 9695 |
| 8 | Jesse Panuccio (admitted *pro hac vice*)<br>jpanuccio@bsfllp.com |
| 9 | BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave, NW |
| 10 | Washington, DC 20005 |
| 11 | Tel.: (202) 237-2727<br>Fax: (202) 237-6131 |
| 12 | |
| 13 | James Lee (admitted *pro hac vice*)<br>jlee@bsfllp.com |
| 14 | BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800 |
| 15 | Miami, FL 33131<br>Telephone: (305) 539-8400 |
| 16 | Facsimile: (305) 539-1307 |
| 17 | William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com |
| 18 | Shawn J. Rabin (*pro hac vice*) |
| 19 | srabin@susmangodfrey.com<br>Steven Shepard (*pro hac vice*) |
| 20 | sshepard@susmangodfrey.com<br>Alexander P. Frawley |
| 21 | afrawley@susmangodfrey.com<br>Ryan Sila |
| 22 | rsila@susmangodfrey.com |
| 23 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 24 | New York, NY  10019<br>Telephone: (212) 336-8330 |
| 25 | |
| 26 | John A. Yanchunis (*pro hac vice*) |
| 27 | jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*) |
| 28 | |

3

PLAINTIFFS' STATEMENT RESPECTING PROVISIONALLY SEALED MATERIAL IN EXHIBIT D TO PRIVILEGE LOG LETTER BRIEF

| | |
|---|---|
| 1 | rmcgee@forthepeople.com |
| 2 | Michael F. Ram (CA Bar No. 238027) |
|   | mram@forthepeople.com |
| 3 | Ra O. Amen (*pro hac vice*) |
|   | ramen@forthepeople.com |
| 4 | MORGAN & MORGAN, P.A. |
|   | 201 N Franklin Street, 7th Floor |
| 5 | Tampa, FL 33602 |
|   | Telephone: (813) 223-5505 |
| 6 | Facsimile: (813) 222-4736 |

*Attorneys for Plaintiffs*

4

PLAINTIFFS' STATEMENT RESPECTING PROVISIONALLY SEALED MATERIAL IN EXHIBIT D TO PRIVILEGE LOG LETTER BRIEF