UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-04688-RS (AGT) <br><br> **ORDER GRANTING MOTION TO SEAL** <br><br> Re: Dkt. No. 236 |

Plaintiffs seek to seal personally identifying information (e.g., phone numbers, work and residential addresses, email addresses) appearing in exhibit D to the parties' May 6, 2022, joint statement. The request to seal is granted. The public doesn't need access to this information in order to understand the dispute, and public disclosure could cause harm, such as identity theft.

**IT IS SO ORDERED.**

Dated: May 16, 2022

ALEX G. TSE
United States Magistrate Judge