**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY, CLASS CERTIFICATION BRIEFING SCHEDULE, AND HEARING DATE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into this joint stipulation.

WHEREAS, on November 22, 2021, the Court granted plaintiffs' Motion for Relief from Case Management Schedule, extending the deadlines for the close of fact discovery, initial expert witness disclosures, rebuttal expert witness disclosures, and the close of expert discovery (Dkt. 180), and

WHEREAS, on February 1, 2022, the parties stipulated to a new class certification briefing schedule and hearing date consistent with the Court's November 22, 2021 order (Dkt. 214), which the Court entered on February 1, 2022 (Dkt. 215), and

WHEREAS, the parties have been working diligently to complete discovery in this case pursuant to the Court's deadlines, and

WHEREAS, until recently, several outstanding discovery issues were pending before the Court that affect the scope of discovery.

WHERAS, the prior extensions of the case schedule set by the Court have been limited,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, that the following dates and deadlines for further proceedings should apply to this case, which amounts to about a 75-day extension of key deadlines in the current schedule:

- Close of Fact Discovery:                                  September 26, 2022
- Initial Expert Witness Disclosures:                       October 13, 2022
- Rebuttal Expert Witness Disclosures:                      January 20, 2023
- Close of Expert Discovery:                                February 16, 2023
- Motion for Class Certification:                           February 23, 2023
- Opposition to Motion for Class Certification:             March 30, 2023
- Reply In Support of Class Certification:                  April 27, 2023
- Hearing on Class Certification:                           At the Court's discretion, but proposed for May 11, 2023 at 1:30 PM

A Proposed Order is submitted concurrently herewith.

Good cause exists for this slight continuance of the schedule to allow the parties to complete ordered and pursued discovery.

IT IS SO STIPULATED.

DATED: May 20, 2022                         WILLKIE FARR & GALLAGHER, LLP

                                            By: */s/ Benedict Y. Hur*
                                                Benedict Y. Hur

                                            *Attorneys for Defendant Google LLC*

DATED: May 20, 2022                         By:  */s/ Amanda Bonn*

                                            BOIES SCHILLER FLEXNER LLP
                                                Mark C. Mao (CA Bar No. 236165)
                                                mmao@bsfllp.com
                                                Beko Reblitz-Richardson (CA Bar No. 238027)
                                                brichardson@bsfllp.com
                                                44 Montgomery Street, 41st Floor
                                                San Francisco, CA 94104
                                                Telephone: (415) 293 6858
                                                Facsimile (415) 999 9695

                                                James W. Lee (pro hac vice)
                                                jlee@bsfllp.com
                                                Rossana Baeza (pro hac vice)
                                                rbaeza@bsfllp.com
                                                100 SE 2nd Street, Suite 2800
                                                Miami, FL 33130
                                                Telephone: (305) 539-8400
                                                Facsimile: (305) 539-1304

                                                Jesse Panuccio (pro hac vice)
                                                jpanuccio@bsfllp.com
                                                1401 New York Ave, NW
                                                Washington, DC 20005
                                                Telephone: (202) 237-2727
                                                Facsimile: (202) 237-6131

                                            SUSMAN GODFREY L.L.P.

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
Ryan Sila (pro hac vice)
rsila@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

Jenna G. Farleigh (CA Bar No. 288811)
jfarleigh@susmangodfrey.com
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 505-3826

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
Ra Olusegun Amen (pro hac vice)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiff*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: May 20, 2022                    SUSMAN GODFREY L.L.P.


/s/ *Amanda Bonn*
Amanda Bonn

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
 bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
 sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
 esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
 larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
 aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER EXTENDING DISCOVERY, CLASS CERTIFICATION BRIEFING SCHEDULE, AND HEARING DATE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the deadlines in this case are extended as follows:

- Close of Fact Discovery:                          September 26, 2022
- Initial Expert Witness Disclosures:               October 13, 2022
- Rebuttal Expert Witness Disclosures:              January 20, 2023
- Close of Expert Discovery:                        February 16, 2023
- Motion for Class Certification:                   February 23, 2023
- Opposition to Motion for Class Certification:     March 30, 2023
- Reply In Support of Class Certification:          April 27, 2023
- Hearing on Class Certification:                   May 11, 2023 at 1:30 PM

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            Honorable Richard Seeborg