**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY, CLASS CERTIFICATION BRIEFING SCHEDULE, AND HEARING DATE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into this joint stipulation.

WHEREAS, on November 22, 2021, the Court granted plaintiffs' Motion for Relief from Case Management Schedule, extending the deadlines for the close of fact discovery, initial expert witness disclosures, rebuttal expert witness disclosures, and the close of expert discovery (Dkt. 180), and

WHEREAS, on February 1, 2022, the parties stipulated to a new class certification briefing schedule and hearing date consistent with the Court's November 22, 2021 order (Dkt. 214), which the Court entered on February 1, 2022 (Dkt. 215), and

WHEREAS, on May 20, 2022 (Dkt. 243), the parties stipulated to an extension of all discovery deadlines and the class certification briefing and hearing schedule to allow the parties to complete ordered and pursued discovery, and

WHEREAS, Google has represented that it substantially completed document production for the Court-ordered and agreed upon search terms on July 28, 2022;

WHEREAS, the close of fact discovery is currently scheduled for September 26, 2022, and

WHEREAS, the parties have agreed to an extension of the fact discovery cutoff to allow additional time to complete discovery; and

WHEREAS, the parties have also agreed to extensions for other discovery deadlines and the class certification briefing and hearing schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, that the following dates and deadlines for further proceedings should apply to this case:

- Close of Fact Discovery:                    October 31, 2022
- Initial Expert Witness Disclosures:         January 20, 2023
- Rebuttal Expert Witness Disclosures:        May 1, 2023
- Close of Expert Discovery:                  June 2, 2023

- Motion for Class Certification: June 9, 2023
- Opposition to Motion for Class Certification: July 14, 2023
- Reply In Support of Class Certification: August 11, 2023
- Hearing on Class Certification: At the Court's discretion, but proposed for August 24, 2023 at 1:30 PM

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: August 11, 2022                   WILLKIE FARR & GALLAGHER, LLP

By: /s/ Eduardo E. Santacana
    Eduardo E. Santacana

*Attorneys for Defendant Google LLC*

DATED: August 11, 2022                   SUSMAN GODFREY LLP

By: /s/ Amanda Bonn
    Amanda Bonn

*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: August 11, 2022                    SUSMAN GODFREY L.L.P.


                                          /s/ *Amanda Bonn*
                                          Amanda Bonn

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>  bhur@willkie.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>  sagnolucci@willkie.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>  esantacana@willkie.com<br>LORI C. ARAKAKI (SBN: 315119)<br>  larakaki@willkie.com<br>ARGEMIRA FLOREZ (SBN: 331153 )<br>  aflorez@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 858-7400<br>Facsimile:  (415) 858-7599<br><br>Attorneys for Defendant<br>GOOGLE LLC | **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER EXTENDING DISCOVERY, CLASS CERTIFICATION BRIEFING SCHEDULE, AND HEARING DATE**<br><br>Judge:  Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the deadlines in this case are extended as follows:

- Close of Fact Discovery:  October 31, 2022
- Initial Expert Witness Disclosures:  January 20, 2023
- Rebuttal Expert Witness Disclosures:  May 1, 2023
- Close of Expert Discovery:  June 2, 2023
- Motion for Class Certification:  June 9, 2023
- Opposition to Motion for Class Certification:  July 14, 2023
- Reply In Support of Class Certification:  August 11, 2023
- Hearing on Class Certification:  [At the Court's discretion, but proposed for August 24, 2023 at 1:30 PM]

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Richard Seeborg