# EXHIBIT B

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com

Attorneys for
GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>                                Plaintiffs,<br><br>     vs<br><br>GOOGLE LLC, *et al.*<br><br>                                Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL GOOGLE TO PRODUCE DAMAGES-RELATED DOCUMENTS**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:   Not Set |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Letter Brief regarding Plaintiffs' motion to compel Google to produce damages-related documents in response to RFP No. 259 (the "Motion"). Having considered the parties' Joint Letter Brief, the Court **DENIES** Plaintiffs' Motion.

**IT IS SO ORDERED.**

DATED: _____          _____

Honorable Alex G. Tse
United States Magistrate Judge