UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., <br> Plaintiffs, <br> v. <br> GOOGLE LLC, <br> Defendant. | Case No. 20-cv-04688-RS (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 247 |

Google must produce the Incognito-mode financial study in dispute. *See* Dkt. 247 at 3–6. Plaintiffs have persuaded the Court that their expert may be able to use the study to reason by analogy in calculating unjust-enrichment damages in this case. The production burden is negligible, and if the proposed analogy doesn't work, Google can challenge it in a *Daubert* motion.

Google need not produce "*all* WAA-off financial analyses," as plaintiffs demand. *Id.* at 4 (emphasis in original). This case is principally about how Google's WAA-off disclosures square with the company's use of Firebase to collect app-usage data. To the extent that Google performed WAA-off financial analyses unrelated to Firebase, plaintiffs haven't persuaded the Court that those analyses are relevant or that their disclosure would be proportional to the needs of the case.

Google must produce the Incognito-mode financial study by September 30, 2022.

**IT IS SO ORDERED.**

Dated: September 26, 2022

ALEX G. TSE
United States Magistrate Judge