**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>                  Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION OF DISMISSAL OF HAROLD NYANJOM WITHOUT PREJUDICE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1    WHEREAS, on July 14, 2020, this litigation was commenced against Google LLC (Dkt. 1);

2    WHEREAS, on November 11, 2020, Harold Nyanjom was added as a named Plaintiff to the Amended Complaint in this litigation (Dkts. 58, 60);

3    WHEREAS, the parties agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Mr. Nyanjom will dismiss his claims against Defendant Google LLC, without prejudice to participate and/or recover as a class member in this action, with each party responsible for their attorneys' fees and costs;

4    WHEREAS, the parties agree that this dismissal only applies to Mr. Nyanjom's claims against Defendant Google LLC;

5    WHEREAS, counsel for Mr. Nyanjom represent that Mr. Nyanjom will not be added (or seek to be added) as a named plaintiff to this litigation at any point in the future;

6    NOW THEREFORE the parties stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, named Plaintiff Harold Nyanjom is dismissed without prejudice to participate and/or recover as a class member in this action, with each party responsible for their attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: October 14, 2022

WILLKIE FARR & GALLAGHER, LLP

By:  */s/ Benedict Y. Hur*
     Benedict Y. Hur

*Attorneys for Defendant Google LLC*

DATED: October 14, 2022

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

By:  */s/ Ryan J. McGee*
     Ryan J. McGee

*Attorneys for Plaintiffs*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: October 14, 2022          MORGAN & MORGAN
                                 COMPLEX LITIGATION GROUP


                                 /s/ *Ryan J. McGee*
                                 Ryan J. McGee