# EXHIBIT B

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com

Attorneys for
GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>    vs<br><br>GOOGLE LLC, *et al*.<br><br>            Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL GOOGLE TO SEARCH AND IDENTIFY LOGS AND DASHBOARD DATA**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:   Not Set |

**[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding Plaintiffs' motion to compel Google to search, identify, and produce information concerning Google's data logs and dashboards in response to Requests for Production Nos. 255-66 and Interrogatory Nos. 13-14. Having considered the joint letter brief, the Court **DENIES** Plaintiff's request and Orders as follows:

Google need not (1) "identify and describe all such logs and fields that relate to app activity" "that might track WAA/sWAA status," and (2) produce "***all*** dashboards that contain WAA-off information, or any dashboards built upon this data," as Plaintiffs demand. Dkt. 249 at 2–3 (emphasis in original). This Court has already determined that this case is principally about how Google's WAA-off disclosures square with the company's use of Firebase to collect app-usage data. Because Plaintiffs' request is not limited to the storage and use of data collected by Firebase, it is facially overbroad, and Plaintiffs have failed to meet their "burden of establishing that the information sought is relevant under Rule 26(b)(1)." *See In re Subpoena to PayPal Holdings, Inc.*, 2020 WL 3073221, at *2 (N.D. Cal. June 10, 2020).

The Court is convinced that Google has conducted a reasonably diligent search in response to the requests at issue, including by disclosing information about the app-usage data collected via Google Analytics for Firebase. Google provided Plaintiffs a verified interrogatory response that identifies the flow of app-usage data from a device to Google and within Google. Google has also identified the logs where the Google Analytics for Firebase data goes, and has produced to Plaintiffs the entries in those logs associated with the device IDs that Plaintiffs represented belong to them.

To the extent Plaintiffs have identified questions that may be answered by the information and data in the logs, fields, and dashboards they seek, Plaintiffs have not persuaded the Court that those questions are relevant under Rule 26(b)(1) or that the burden Google would undertake to respond to Plaintiffs' request is proportional to the needs of the case.

**IT IS SO ORDERED.**

DATED: _____          _____

                                              Honorable Alex G. Tse
                                              United States Magistrate Judge