UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.,

        Plaintiffs,

   v.

GOOGLE LLC,

        Defendant.

Case No. 20-cv-04688-RS (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 250

The Court has reviewed the most recent joint statement. Within the statement, the parties request a hearing on the issues they've raised. The Court has only one question (see below) and is inclined not to hold a hearing. But if there's something specific the parties would like to address, they may explain what it is in a supplemental joint statement.

On the dashboard issue, Google says it "offered every dashboard Plaintiffs requested." Dkt. 250 at 6. It isn't clear what this means. Did Google offer plaintiffs screenshots of the dashboards? Plaintiffs have asked for screenshots, among other things. The parties may need to meet and confer again on this issue. Either way, they should update the Court, and if a dispute remains they should provide the Court with a bit more detail on the dispute's scope.

Supplemental filings in response to this order are due by October 26, 2022. If the parties would benefit from more time to respond, they may request it.

**IT IS SO ORDERED.**

Dated: October 21, 2022

_____

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California