Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 238027
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE, AND DECLARATION OF MARK MAO**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: December 1, 2022<br>Time: 1:30 p.m. |

ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE, AND DECLARATION OF MARK MAO

CASE NO. 3:20-CV-04688

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs respectfully seek to seal certain portions of Plaintiffs' Notice of Motion and Motion for Relief from Case Management Schedule and pertaining Declaration of Mark Mao, which refer to material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." This motion to seal pertains to the following information:

| Documents Sought to be Sealed | Party Claiming Confidentiality | Portions to be Filed under Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Notice of Motion and Motion for Relief from Case Management Schedule | Google | Portions highlighted in Yellow on pages 6, 7, 10, and 13 | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Declaration of Mark Mao | Google | Portions highlighted in Yellow on pages 2, 3, 4, and 5 | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibits 1-7 to Declaration of Mark Mao | Google | Entire Document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(e), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: October 27, 2022

Respectfully submitted,

By: /s/ Mark C. Mao
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695

2

ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS'
NOTICE OF MOTION AND MOTION FOR RELIEF FROM CASE
MANAGEMENT SCHEDULE, AND DECLARATION OF MARK MAO

CASE NO. 3:20-CV-04688