# Exhibits 1-6
# to Declaration of Mark Mao in Support of Plaintiffs' Motion for Relief from Case Management Schedule

# Filed Under Seal