| | | |
|---|---|---|
| 1 | Mark C. Mao, CA Bar No. 236165 | Bill Carmody (admitted *pro hac vice*) |
| 2 | Beko Reblitz-Richardson, CA Bar No. 238027<br>**BOIES SCHILLER FLEXNER LLP** | Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*) |
| 3 | 44 Montgomery St., 41st Floor<br>San Francisco, CA 94104 | Alexander P. Frawley<br>(admitted *pro hac vice*) |
| 4 | Tel.: (415) 293-6800 | **SUSMAN GODFREY L.L.P.** |
| 5 | mmao@bsfllp.com<br>brichardson@bsfllp.com | 1301 Avenue of the Americas,<br>32nd Floor |
| 6 | James Lee (admitted *pro hac vice*) | New York, NY  10019<br>Tel.: (212) 336-8330 |
| 7 | **BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., 28th Floor | bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com |
| 8 | Miami, FL 33131<br>Tel.: (305) 539-8400 | sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com |
| 9 | jlee@bsfllp.com | |
| 10 | Amanda K. Bonn, CA Bar No. 270891 | John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*) |
| 11 | **SUSMAN GODFREY L.L.P**<br>1900 Avenue of the Stars, Suite 1400 | Michael F. Ram, CA Bar No. 238027<br>Ra O. Amen (admitted *pro hac vice*) |
| 12 | Los Angeles, CA 90067 | **MORGAN & MORGAN** |
| 13 | Tel: (310) 789-3100<br>Fax: (310) 789-3150 | 201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 |
| 14 | abonn@susmangodfrey.com | Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com |
| 15 | *Attorneys for Plaintiffs* | rmcgee@forthepeople.com<br>mram@forthepeople.com |
| 16 | | ramen@forthepeople.com |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated, | Case No.:  3:20-cv-04688 |
| 20 | | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| 22 | Plaintiffs, | |
| 23 | | The Honorable Richard Seeborg |
| 24 | vs. | |
| 25 | GOOGLE LLC, | |
| 26 | Defendant. | |

Before the Court is Plaintiffs' Motion for Relief from the Case Management Schedule (Dkt. 246) brought under FRCP 16 and Local Rule 16-2. Having considered the briefing on the issue as well as the supporting materials, and good cause having been shown, the Court GRANTS Plaintiffs' request.

The six-month extension of the schedule is GRANTED. The Case Scheduling Order is amended as follows:

| Action | Current Deadline (Dkt. 246) | Plaintiffs' Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | October 31, 2022 | January 31, 2023 |
| Initial Expert Witness Disclosures: | January 20, 2023 | April 21, 2023 |
| Rebuttal Expert Witness Disclosures: | May 1, 2023 | July 31, 2023 |
| Close of Expert Discovery: | June 2, 2023 | September 1, 2023 |
| Motion for Class Certification: | June 9, 2023 | September 8, 2023 |
| Opposition to Class Certification: | July 14, 2023 | October 13, 2023 |
| Reply in Support of Class Certification: | August 10, 2023 | November 9, 2023 |
| Hearing on Class Certification: | August 24, 2023 at 1:30 PM | TBD |

**IT IS SO ORDERED.**

DATED: _____   _____
Honorable Richard Seeborg
Chief United States District Judge