Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

Bill Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs' Rule 15(a) Motion for Leave to Amend Complaint.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Rule 15(a) Motion for Leave to Amend Complaint | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, including Exhibits 1-2 | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration Exhibits 3-33 | Google | Entirety of the documents and transcripts | Documents and testimony designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: October 28, 2022                    Respectfully submitted,

By: /s/ Mark Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch, (CA Bar No. 342125)
enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

| | |
|---|---|
| 1 | Telephone: (415) 293 6858<br>Facsimile (415) 999 9695 |
| 2 | |
| 3 | Alison Anderson, CA Bar No. 275334<br>aanderson@bsfllp.com |
| 4 | BOIES SCHILLER FLEXNER LLP<br>725 S. Figueroa Street, 31st Floor |
| 5 | Los Angeles, CA 90017<br>Tel.: (213) 995-5720 |
| 6 | Jesse Panuccio (admitted *pro hac vice*) |
| 7 | jpanuccio@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Ave, NW<br>Washington, DC 20005 |
| 9 | Tel.: (202) 237-2727<br>Fax: (202) 237-6131 |
| 10 | |
| 11 | James Lee (*pro hac vice*)<br>jlee@bsfllp.com |
| 12 | Rossana Baeza (*pro hac vice*)<br>rbaeza@bsfllp.com |
| 13 | BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800 |
| 14 | Miami, FL 33131<br>Telephone: (305) 539-8400 |
| 15 | Facsimile: (305) 539-1307 |
| 16 | |
| 17 | William Christopher Carmody (*pro hac vice*)<br>bcarmody@susmangodfrey.com |
| 18 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com |
| 19 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com |
| 20 | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com |
| 21 | Ryan Sila (*pro hac vice*)<br>rsila@susmangodfrey.com |
| 22 | SUSMAN GODFREY L.L.P. |
| 23 | 1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019 |
| 24 | Telephone: (212) 336-8330 |
| 25 | Amanda Bonn (CA Bar No. 270891) |
| 26 | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 27 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 28 | Telephone: (310) 789-3100 |

| | |
|---|---|
| 1 | |
| 2 | Jenna Farleigh (*pro hac vice*) |
|   | jfarleigh@susmangodfrey.com |
| 3 | SUSMAN GODFREY L.L.P. |
|   | 1201 Third Avenue, Suite 3800 |
| 4 | Seattle, WA 98101 |
|   | Telephone: (206) 516-3880 |

Jenna Farleigh (*pro hac vice*)
jfarleigh@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (*pro hac vice*)
mram@forthepeople.com
Ra O. Amen (*pro hac vice*)
ramen@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*