# Exhibits 3-33 to Mao Decl.

# Filed Under Seal