| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | Bill Carmody (admitted *pro hac vice*) |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander P. Frawley |
| San Francisco, CA 94104 | (admitted *pro hac vice*) |
| Tel.: (415) 293-6800 | **SUSMAN GODFREY L.L.P.** |
| mmao@bsfllp.com | 1301 Avenue of the Americas, |
| brichardson@bsfllp.com | 32nd Floor |
| | New York, NY 10019 |
| Jesse Panuccio (admitted *pro hac vice*) | Tel.: (212) 336-8330 |
| **BOIES SCHILLER FLEXNER LLP** | bcarmody@susmangodfrey.com |
| 1401 New York Ave, NW | srabin@susmangodfrey.com |
| Washington, DC 20005 | sshepard@susmangodfrey.com |
| Tel.: (202) 237-2727 | afrawley@susmangodfrey.com |
| Fax: (202) 237-6131 | |
| jpanuccio@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*) |
| | Ryan J. McGee (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | Michael F. Ram (admitted *pro hac vice*) |
| **SUSMAN GODFREY L.L.P** | Ra O. Amen (admitted *pro hac vice*) |
| 1900 Avenue of the Stars, Suite 1400 | **MORGAN & MORGAN** |
| Los Angeles, CA 90067 | 201 N. Franklin Street, 7th Floor |
| Tel: (310) 789-3100 | Tampa, FL 33602 |
| Fax: (310) 789-3150 | Tel.: (813) 223-5505 |
| abonn@susmangodfrey.com | jyanchunis@forthepeople.com |
| | rmcgee@forthepeople.com |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |
| | ramen@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688<br><br>**[PROPOSED] ORDER APPOINTING SPECIAL MASTER**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

1

# [PROPOSED] ORDER

Before the Court is the parties' joint letter brief regarding Plaintiffs' request for the Court to appoint a technical special master to resolve the parties' disputes over the scope and process for Google's production of data to the Plaintiffs, and to oversee that production process (*see, e.g.*, Dkts. 250, 253 (letter briefs regarding these disputes) ("Plaintiffs' Motion").

Plaintiffs' Motion is granted. The Court will appoint a Special Master for these purposes.

The parties must meet-and-confer to determine whether they can agree on a particular candidate. If the parties are unable to agree, they shall file a joint letter brief addressing their respective nominations consistent with this Court's Standing Order, which is due two weeks from the date of this Order. If the parties can agree on a candidate, they shall inform the Court of that agreement.

Once a special master is selected, whether by court order or agreement, the Parties and the special master shall together craft and submit to the Court a proposed order outlining the scope of the special master's responsibilities, and a plan for completing Google's data production.

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Alex G. Tse
United States Magistrate Judge