**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com

Attorneys for
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs<br><br>GOOGLE LLC, *et al.*<br><br>Defendant. | Case No. 3:20-CV-04688<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR SPECIAL MASTER APPOINTMENT**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    Not Set |

[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR SPECIAL MASTER APPOINTMENT
Case No. 3:20-CV-04688

**[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding Plaintiffs' request for a Special Master appointment. Having considered the joint letter brief, the Court **DENIES** Plaintiff's request and Orders as follows:

Google has not consented to the appointment of a Special Master and the Court finds that appointing one at this stage in litigation is not necessary nor will it be productive. Plaintiffs have not established that the disputes in this case "cannot be effectively and timely addressed by an available district judge or magistrate judge of the district." Fed. R. Civ. P. 53(a)(1).

**IT IS SO ORDERED.**

DATED: _____          _____

                                  Honorable Alex G. Tse
                                  United States Magistrate Judge