# Exhibit A

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165 | Bill Carmody (admitted *pro hac vice*) |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Shawn J. Rabin (admitted *pro hac vice*) |
| **BOIES SCHILLER FLEXNER LLP** | Steven M. Shepard (admitted *pro hac vice*) |
| 44 Montgomery St., 41st Floor | Alexander P. Frawley |
| San Francisco, CA 94104 | (admitted *pro hac vice*) |
| Tel.: (415) 293-6800 | **SUSMAN GODFREY L.L.P.** |
| mmao@bsfllp.com | 1301 Avenue of the Americas, |
| brichardson@bsfllp.com | 32nd Floor |
| | New York, NY  10019 |
| Jesse Panuccio (admitted *pro hac vice*) | Tel.: (212) 336-8330 |
| **BOIES SCHILLER FLEXNER LLP** | bcarmody@susmangodfrey.com |
| 1401 New York Ave, NW | srabin@susmangodfrey.com |
| Washington, DC 20005 | sshepard@susmangodfrey.com |
| Tel.: (202) 237-2727 | afrawley@susmangodfrey.com |
| Fax: (202) 237-6131 | |
| jpanuccio@bsfllp.com | John A. Yanchunis (admitted *pro hac vice*) |
| | Ryan J. McGee (admitted *pro hac vice*) |
| Amanda K. Bonn, CA Bar No. 270891 | Michael F. Ram (admitted *pro hac vice*) |
| **SUSMAN GODFREY L.L.P** | Ra O. Amen (admitted *pro hac vice*) |
| 1900 Avenue of the Stars, Suite 1400 | **MORGAN & MORGAN** |
| Los Angeles, CA 90067 | 201 N. Franklin Street, 7th Floor |
| Tel: (310) 789-3100 | Tampa, FL 33602 |
| Fax: (310) 789-3150 | Tel.: (813) 223-5505 |
| abonn@susmangodfrey.com | jyanchunis@forthepeople.com |
| | rmcgee@forthepeople.com |
| *Attorneys for Plaintiffs* | mram@forthepeople.com |
| | ramen@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated, | Case No.:  3:20-cv-04688 |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL** |
| Plaintiffs, | The Honorable Alex G. Tse |
| | Courtroom A – 15th Floor |
| vs. | Trial Date: Not Yet Set |
| GOOGLE LLC, | |
| Defendant. | |

1

**[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding Plaintiffs' motion to compel Google to search the files of Micha Segeritz, Suneeti Vakharia, and Emil Ochotta, produce responsive documents, and negotiate parameters for their depositions in good faith, if warranted by the documents produced (the "Motion"). Plaintiffs' Motion is **GRANTED.**

In light of deposition testimony from Google's employees and former employees, Plaintiffs have good reason to believe that Mr. Segeritz and Ms. Vakharia worked on a revenue analysis of the Web & App Activity ("WAA") setting at issue in this case, even if that analysis was not carried through to completion. Plaintiffs are not required to trust Google's counsel's assurances that no such study was ever attempted or completed. Google must search the files belonging to Mr. Segeritz and Ms. Vakharia using the string, *(WAA\* OR "(s)WAA\*" OR sWAA\*) AND (revenue\* OR profit\*)*, provide hit counts for those searches, and produce any responsive documents within that set. If such revenue studies or analyses exist, then the benefit of production will outweigh the burden of Google's search. And if such revenue studies or analyses do not exist, then the burden on Google is unlikely to be significant.

Google must also search the files of Emil Ochotta using the string, *(WAA\* OR "(s)WAA\*" OR sWAA\*) AND Firebase*, and produce responsive documents. Plaintiffs reasonably seek information regarding the consideration that Google paid to the WAA and sWAA settings when it launched Firebase. The witnesses that Google identified have proven to be uninformed about this topic, and even about the privacy controls at the heart of this case. The benefit of this search outweighs its burden.

Finally, to the extent the resulting productions warrant depositions of these individuals, Google must negotiate parameters of those depositions in good faith. This Court will be amenable to resolving any disputes regarding those depositions should they arise in the future.

**IT IS SO ORDERED.**

DATED: _____    _____
                                                                         Honorable Alex G. Tse
                                                                         United States Magistrate Judge