# Exhibit B

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com

Attorneys for
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>   vs<br><br>GOOGLE LLC, *et al*.<br><br>            Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR DOCUMENTS FROM ADDITIONAL CUSTODIANS (MICHA SEGERITZ, SUNITA VAKHARIA, EMIL OCHOTTA)**<br><br>Judge:          Hon. Alex G. Tse<br>Courtroom:   A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    Not Set |

**[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding Plaintiffs' request for Google to search, identify, and produce information from additional custodians Micha Segeritz, Suneeti Vakharia, and Emil Ochotta. Having considered the joint letter brief, the Court **DENIES** Plaintiff's request and Orders as follows:

Google need not search and review documents from the custodial files of Micha Segeritz, Suneeti Vakharia, and Emil Ochotta, or make those witnesses available for deposition.

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable Alex G. Tse
United States Magistrate Judge