# Exhibit C

Footprints Sync

How are the controls actually manifest:

WAA
- GAIA Service flag
- Usually not proactively checked by services. Instead, the write is just attempted and fails if the WAA is opted out.

SWAA
- No writing O&O activitiy to G-K *****
- Maybe writing from GAIA stack to Biscotti only? Or Tombstone's to P-logs? Or encrypted

NAC
Exhibit 129 Ma
CONFIDENTIAL                                                                                          GOOG-RDGZ-00026710

| | |
|---:|:---|
| **PRODBEG** | GOOG-RDGZ-00026710 |
| **PRODEND** | GOOG-RDGZ-00026710 |
| **CUSTODIAN/SOURCE** | Francis Ma |
| **FILENAME** | Footprints Sync_1aopi8L4xIxN0lvxqiOt9IK0l2Z6MR4lVp08qS82-sOE.docx |
| **DATECREATED** | 02/08/2016 |
| **DATELASTMOD** | 02/08/2016 |
| **DOCTITLE** | Footprints Sync |
| **CONFIDENTIALITY** | CONFIDENTIAL |
| **PRODVOL** | PROD012 |
| **REDACTED** | N |
| **MD5 HASH** | F75FD239B27DF954E1D3E55DF8649D1F |
| **ALLCUSTODIANS** | Francis Ma |
| **OWNER** | emilo@google.com |