# Exhibit E

# DECLARATION

1. I, Suneeti Vakharia, am a Group Product Manager, Identity Ecosystems at Google.

2. I understand that Greg Fair, a former employee of Google, testified recently that I worked with him and Micha Segeritz on an "analysis of revenue impacts for users who turned off WAA," which he described as a "series of questions and explorations" in order to attempt to "estimate" WAA's effect on revenue at some point between 2015 and 2022.

3. I do not recall working on any such analysis, and am confident I did not work on any such analysis. Instead, the Google Ads Finance team worked on financial impact model of the Google Ads Personalization setting (GAP) in the Spring of 2020 on which I was advising them. I have provided the results of the modeling spreadsheets to my counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California on this 7th day of November, 2022.

Suneeti Vakharia

DECLARATION OF SUNEETI VAKHARIA
GOOGLE'S OPPOSITION TO PLAINTIFFS' LETTER BRIEF RE ADDITIONAL CUSTODIAL PRODUCTIONS
Case No. 3:20-CV-04688