# Exhibit A

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br> GOOGLE LLC,<br><br>        Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED]  ORDER  GRANTING PLAINTIFFS'  REQUEST  FOR REGULATOR DOCUMENTS**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

1

1                               **[PROPOSED] ORDER**

2        Before the Court is the parties' joint letter brief regarding Plaintiffs' request for documents

3 provided to any regulator in connection with an inquiry, investigation, or proceeding relating to

4 WAA ("Plaintiffs' Motion").

5        Plaintiffs' Motion is granted.

6        First, within two business days of this Order, Google must inform Plaintiffs whether there

7 are any current regulator inquiries, investigations, or proceedings relating to WAA, and Google

8 must identify any to Plaintiffs.

9        In addition, for any such inquiry, investigation, or proceeding, Google shall produce to

10 Plaintiffs copies of discovery relating to WAA.

11

12        **IT IS SO ORDERED.**

13

14 DATED: _____  _____

15                                     Honorable Alex G. Tse
United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28