# Exhibit B

1  **WILLKIE FARR & GALLAGHER LLP**
  BENEDICT Y. HUR (SBN: 224018)
2     bhur@willkie.com
  SIMONA AGNOLUCCI (SBN: 246943)
3     sagnolucci@willkie.com
  EDUARDO E. SANTACANA (SBN: 281668)
4     esantacana@willkie.com
  LORI C. ARAKAKI (SBN: 315119)
5     larakaki@willkie.com
6
  Attorneys for
7  GOOGLE LLC

8            **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO**

11  ANIBAL RODRIGUEZ, *et al.* individually and
  on behalf of all other similarly situated,
12

                  Plaintiffs,
13

14      vs

15  GOOGLE LLC, *et al.*

16                    Defendant.

Case No. 3:20-CV-04688

**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL REGULATOR DOCUMENTS**

Judge:      Hon. Alex G. Tse
Courtroom:   A, 15th Floor
Action Filed:  July 14, 2020
Trial Date:   Not Set

17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding Plaintiffs' request for documents provided to regulators.  Having considered the joint letter brief, the Court **DENIES** Plaintiff's request for an Order that Google (1) confirm whether there are any current regulatory investigations relating to WAA, and (2) produce all WAA-related documents provided to any such regulator.

N.D. Cal. Local Rule 7-9 requires leave of Court before a party files a motion for reconsideration. Plaintiffs here did not do that, but appear to be seeking reconsideration of this Court's decision regarding RFP No. 1. Dkt. 85. Now, as then, Plaintiffs have failed to carry their burden to show that Google should review over a hundred privacy investigations for stray mentions of WAA, especially now that discovery has closed.

That a Google witness testified that he was aware of a WAA-related investigation does not change that analysis.

Nor will this Court Order Google to produce all WAA-related documents provided to any regulator. This Court ruled that Google need not respond to RFP No. 1, and RFP No. 3 is focused only on the *Arizona* litigation, not any regulatory investigation.

.

**IT IS SO ORDERED.**

DATED: _____          _____

                                   Honorable Alex G. Tse
                                   United States Magistrate Judge