# EXHIBIT B

| | |
|---|---|
| 1 | **WILLKIE FARR & GALLAGHER LLP** |
| | BENEDICT Y. HUR (SBN: 224018) |
| 2 | bhur@willkie.com |
| | SIMONA AGNOLUCCI (SBN: 246943) |
| 3 | sagnolucci@willkie.com |
| | EDUARDO E. SANTACANA (SBN: 281668) |
| 4 | esantacana@willkie.com |
| | LORI C. ARAKAKI (SBN: 315119) |
| 5 | larakaki@willkie.com |
| 6 | |
| 7 | Attorneys for |
| | GOOGLE LLC |

8     **UNITED STATES DISTRICT COURT**

9     **NORTHERN DISTRICT OF CALIFORNIA**

10     **SAN FRANCISCO**

| | | |
|---|---|---|
| 11 | ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated, | Case No. 3:20-CV-04688 |
| 12 | | **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS AND INTERROGATORIES** |
| 13 | Plaintiffs, | |
| 14 | vs | |
| 15 | GOOGLE LLC, *et al*. | Judge: Hon. Alex G. Tse |
| | | Courtroom: A, 15th Floor |
| 16 | Defendant. | Action Filed: July 14, 2020 |
| | | Trial Date: Not Set |

# [PROPOSED] ORDER

Before the Court is the parties' joint letter brief regarding disputed Requests for Admissions and Interrogatories. Having considered the joint letter brief, the Court **DENIES** Plaintiff's request and Orders as follows:

Google need not provide further responses to Interrogatory Numbers 22 and 23 or RFA Numbers 8, 27, 28, 33, 40, 45, and 52. Google says it has amended its responses to RFA Numbers 29, 30, 31, and 48, and as such it need not provide further responses. The parties' dispute on RFA Numbers 39, 41, 42, 43 and 51 is not ripe, and at this time, Google need not further respond to those requests.

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Alex G. Tse
United States Magistrate Judge