# EXHIBIT A

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**<br><br>The Honorable Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: Not Yet Set |

1

**[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding Plaintiffs' motion to compel Google to produce documents responsive to Plaintiffs' Tenth Set of Requests for Production. Plaintiffs' Motion is **GRANTED.**

RFP 279 seeks production of "all Documents relating to any Google job performance reviews . . . for each of the 24 Google custodians in this case." Performance reviews may bear on Google's culpability or on the credibility of its witnesses, and the burden of production is minimal. Google must produce its custodians' performance reviews.

RFP 281 seeks production of "all Documents related to the Pr***Na*** project." Pr***Native was Google's companywide effort to improve users' comprehension of the privacy controls available to them, as well as to provide them with better controls. This project related to Google's approach to privacy controls, including WAA, and it is therefore relevant to this case. But at least one important document concerning Pr***Na*** generally and the WAA control specifically slipped through the cracks of Google's normal custodial review, suggesting there may be others. Google must therefore conduct a non-custodial search for documents concerning Pr***Na***, and also must search its custodians' files for documents containing the term "Pr***Na***" or "Pr*** Na***" or "Pr***-Na***," and produce relevant, responsive documents it finds.

**IT IS SO ORDERED.**

DATED: _____  _____
Honorable Alex G. Tse
United States Magistrate Judge