# EXHIBIT B

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com

Attorneys for
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>           Plaintiffs,<br><br>   vs<br><br>GOOGLE LLC, *et al*.<br><br>           Defendant. | Case No.  3:20-CV-04688<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL GOOGLE TO PRODUCE DOCUMENTS IN RESPONSE TO RFP NOS. 279 & 281**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    Not Set |

**[PROPOSED] ORDER**

Before the Court is the parties' joint letter brief regarding Plaintiffs' request for an Order compelling Google to produce documents in response to RFP Nos. 279 and 281. Having considered the joint letter brief, the Court **DENIES** Plaintiff's request and Orders as follows:

Google need not produce documents in response to RFP 281. Google has already produced documents related to Pr\*\*\*Na\*\*\*, and has agreed to search its collection of custodial files for documents with the terms of "Pr\*\*\*Na\*\*\*" or "Pr\*\*\* Na\*\*\*," in order to identify any additional relevant documents. Nothing more is necessary. Google also need not produce documents in response to RFP 279. Plaintiffs have not established that the performance reviews of all 24 custodians are relevant and likely to resolve the issues in this case. *See* Fed. R. Civ. P. 26(b).

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Alex G. Tse
United States Magistrate Judge