**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmatten@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**GOOGLE LLC'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF NO. 256)**<br><br>Judge:         Hon. Alex G. Tse<br>Courtroom:  A, 15th Floor<br>Action Filed: 07/14/2020<br>Trial Date:    Not Yet Set |

1  Defendant Google LLC ("Google") respectfully asks the Court to remove the Joint
2  Letter Brief re: Additional Depositions filed at ECF No. 256 ("Joint Letter Brief") from
3  the public docket. On October 28, 2022, Google inadvertently approved the filing of this
4  joint letter brief without redacting sensitive business information.
5  Google now moves to remove the Joint Letter Brief from the public docket. This
6  request is unopposed. Google has filed a corrected version of the parties' Joint Letter
7  Brief re: Additional Depositions with the sensitive business information properly removed.
8  Dkt. 266 at 2, ¶ 4, line 8.

Dated: November 11, 2022

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Eduardo E. Santacana*
       Eduardo E. Santacana

*Attorneys for Defendant*
*Google LLC*