1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF NO. 256)**<br><br>Judge:        Hon. Alex G. Tse<br>Courtroom: A, 15th Floor<br>Action Filed: 07/14/2020<br>Trial Date:   Not Yet Set |

# [PROPOSED] ORDER

Before the Court is Google's unopposed motion to remove the incorrectly filed document at ECF No. 256 from the public docket, on the ground that the document was filed without redacting sensitive business information.

Google's motion to remove is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____    _____
                                    Honorable Alex G. Tse
                                    United States Magistrate Judge