**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Judge:　　Hon. Richard Seeborg<br>Date:　　 December 8, 2022<br>Time:　　 1:30 p.m.<br>Place:　　Courtroom 3 - 17th Floor<br>Trial Date:　Not Yet Set |

I, Eduardo E. Santacana, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC ("Google") in the above-captioned matter. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion for Leave to File Fourth Amended Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Christopher Ruemmler taken in the above-captioned action on September 9, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of David Monsees taken in the above-captioned action on September 15, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Google's Privacy Policy effective as of October 4, 2022, which has been produced in the above-captioned action at Beginning Bates number GOOG-RDGZ2-00000313.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a Google web page titled "How Google Retains Data We Collect," which was downloaded on November 12, 2022 at https://policies.google.com/technologies/retention.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a Google web page titled "How Google Anonymizes Data," which was downloaded on November 12, 2022 at https://policies.google.com/technologies/anonymization.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a Google Account "Activity controls" web pop-up page titled "Pause Web & App Activity" that was accessed on November 13, 2022 by selecting "Turn off" under the "Web & App Activity" heading on a

Google Account page available at https://myactivity.google.com/activitycontrols?settings=search&utm_source=my-activity&facs=1.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a Google web page titled "How Google Helps You Delete Data From Your Account," which was downloaded on November 12, 2022 at https://support.google.com/accounts/answer/10549751#zippy=%2Chow-deletion-of-activity-works.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a Google web page titled "Google Terms of Service – Privacy & Terms," which was downloaded on November 12, 2022 at https://policies.google.com/terms?hl=en-US.

I declare under penalty of perjury that the foregoing is true and accurate. Executed on November 14, 2022 in San Francisco, CA.

                                                 /s/   Eduardo E. Santacana
                                                       Eduardo E. Santacana