# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3
4    ANIBAL RODRIGUEZ, JULIEANNA            )
     MUNIZ, ELIZA CAMBAY, SAL               ) Case No.:
5    CATALDO, EMIR GOENAGA, JULIAN          ) 3:20-cv-04688
     SANTIAGO, HAROLD NYANJOM, KELLIE       )
6    NYANJOM, and SUSAN LYNN HARVEY,        )
     individually and on behalf of all      )
7    others similarly situated,             )
                                            )
8                   Plaintiffs,             )
           vs.                              )
9                                           )
     GOOGLE LLC,                            )
10                                          )
                    Defendant.              )
11   -------------------------------------)
12
13
14      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15              REMOTE PROCEEDINGS OF THE
16     VIDEOTAPED DEPOSITION OF CHRISTOPHER RUEMMLER
17              FRIDAY, SEPTEMBER 9, 2022
18
19
20
21
22
23   REPORTED BY NANCY J. MARTIN
24   CSR. NO. 9042, RMR, RPR
25   PAGES 1-235
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4    ANIBAL RODRIGUEZ, JULIEANNA          )
      MUNIZ, ELIZA CAMBAY, SAL             ) Case No.:
 5    CATALDO, EMIR GOENAGA, JULIAN        ) 3:20-cv-04688
      SANTIAGO, HAROLD NYANJOM, KELLIE     )
 6    NYANJOM, and SUSAN LYNN HARVEY,      )
      individually and on behalf of all    )
 7    others similarly situated,           )
                                           )
 8                   Plaintiffs,           )
          vs.                              )
 9                                         )
      GOOGLE LLC,                          )
10                                         )
                     Defendant.            )
11    -------------------------------------)
12
13
14      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15
16
17                          - - -
18                Friday, September 9, 2022
19                          - - -
20
21        Remote Videotaped Deposition of CHRISTOPHER
22    RUEMMLER, beginning at 9:40 a.m., before Nancy J.
23    Martin, a Registered Merit Reporter, Certified
24    Shorthand Reporter.  All parties appeared remotely.
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    A P P E A R A N C E S :
 2
      ALEXANDER FRAWLEY, ESQ.
 3    RYAN SILA, ESQ.
      SUSMAN GODFREY LLP
 4    1301 Sixth Avenue
      New York, New York 10019
 5    afrawley@susmangodfrey.com
      Counsel for Plaintiffs
 6
              -AND-
 7
      MARK MAO, ESQ.
 8    BOIES SCHILLER FLEXNER LLP
      44 Montgomery Street
 9    41st Floor
      San Francisco, California 94104
10    (415) 293-6800
      mmao@bsfllp.com
11    Counsel for Plaintiff
12
13    EDUARDO E. SANTACANA, ESQ.
      WILLKIE FARR & GALLAGHER LLP
14    One Front Street
      34th Floor
15    San Francisco, California   94111
      ESantacana@willkie.com
16    Counsel for Defendant Google
17
18
      ALSO PRESENT:
19
      JOHN JANHUNEN, GOOGLE IN-HOUSE COUNSEL
20
      ANTHONY GALINO, LEGAL VIDEOGRAPHER
21
22
23
24
25
```

Page 3

1   where WAA off data is stored?
2       A.  No, I have not.
3       Q.  Have you spoken with other Google employees
4   about how WAA off data is stored?
5       A.  Probably.  I can't name anybody in
6   particular.
7       Q.  Do you see in the Exhibit 7 E-mail where you
8   wrote, "However, given the way on/off works, one has
9   to then assume that disabled, off, would be the exact
10  opposite of what is described for what happens when
11  the WAA bit is on"?
12      A.  What part -- what page are we on?
13      Q.  The first page, kind of square in the middle
14  of the page.  The sentence begins with, "However."
15      A.  "However, given the way on/off works."  That
16  one?
17      Q.  Yes.
18      A.  Yeah.  This was my misunderstanding that I
19  didn't know the data was saved anonymously even with
20  WAA off.
21      Q.  When you wrote the word "one," what did you
22  mean by "one"?
23      A.  Where is "one"?
24      Q.  In the same sentence.
25      A.  Okay.  Someone?  I mean, it's pretty vague.

Page 79

```
 1    I mean "one" is just a generic -- generalization, I'd
 2    say.
 3         Q.   Were you referring to Google engineers?
 4         A.   It could have just been, you know, in
 5    general, like anybody; right?  One.  You know,
 6    someone.  One.  Like I said, this was like a
 7    misunderstanding here.  Like I didn't understand how
 8    the WAA off actually worked back then.
 9         Q.   Prior to sending this E-mail, had you done
10    any work to try to better understand how WAA off
11    worked back then?
12         A.   I'm not sure if I did particular work or not.
13    I asked a lot of questions, apparently, in these
14    E-mails.  I was doing some work.
15         Q.   And you had reviewed the WAA help page;
16    correct?
17         A.   I had read the WAA help page, yes.
18         Q.   Why would one assume that disabled, off,
19    would be the exact opposite of what is described for
20    what happens when the WAA bit is on?
21         A.   Given my background in Workspace, where
22    everything is GAIA keyed, GAIA tied, if we had a
23    control and it was off, it would effectively not be
24    able to store data anywhere because we don't have any
25    use for the data otherwise; right?  So that's my
```

```
 1              document.)
 2       BY MR. FRAWLEY:
 3           Q.  You wrote these two paragraphs; right?  The
 4       ones that begin, "So, it appears," and then the next
 5       one, "The temp GAIA"?
 6           A.  Let me read them.  Hold on.
 7               (WHEREUPON the witness further the reviewed
 8               document.)
 9               THE WITNESS:  Okay.  What's the question?
10       BY MR. FRAWLEY:
11           Q.  Did you write those two paragraphs?
12           A.  Yes, I did.
13           Q.  When you wrote, "It appears we have a real
14       problem here with accurately describing what happens
15       when WAA is disabled," by "we," you meant Google;
16       right?
17           A.  I don't know if I meant Google exactly, but
18       Google or, you know, internal to, you know, our
19       employees or, you know, the Workspace team or, you
20       know, any of these.
21           Q.  Were you focused on how internal Google
22       employees described WAA to each other, or were you
23       focused on how Google describes WAA to external users?
24           A.  I was -- to be honest, I was probably focused
25       on external because I care quite a bit about the user;
```

1   right?  I don't know for sure, but like, you know,
2   that wouldn't be surprising.
3          But, again, this is data that's my
4   misinterpretation of what was going on here.  I
5   thought the data was GAIA tied.  Right.  If you're
6   seeing the data off of GAIA information and it's tied
7   to the user directly, that was my misunderstanding
8   here.
9          Q.  I just want to clarify.  Do you mean that at
10  this time you believe that all data that Google
11  collected is GAIA -- was GAIA tied?
12              MR. SANTACANA:  Objection.  Misstates prior
13  testimony.  Compound.
14              THE WITNESS:  I don't know what that -- what
15  you're referring to.  You need to -- you said like
16  everything.
17  BY MR. FRAWLEY:
18         Q.  Yeah, I mean everything.  That's exactly what
19  I mean.  Was your impression at this time that all the
20  data that Google collects from any sort of -- all the
21  data that Google collects, big picture, was it your
22  impression that all of that data was GAIA tied?
23              MR. SANTACANA:  Objection.  Misstates prior
24  testimony.
25              THE WITNESS:  Yeah.  I work in Workspace and

1    Q.  No, no, no.  "I for one didn't realize Google
2  actually stored all of My Activity."
3    A.  Oh, further down.  Okay.  Hold on.
4    Q.  Yeah.
5    A.  Okay.  Yeah.  I read the whole rest of this
6  paragraph.  This is all about me thinking the data is
7  GAIA tied because I make a comment down below about 60
8  days and then no better off and that all has to do
9  with GAIA-tied data.  So I'm totally in the mindset
10 here that this data is GAIA tied.
11   Q.  What does 60 days have to do with the data
12 being GAIA tied?
13   A.  60 days is temp, is usually a temporary
14 storage.  For instance, what we consider like
15 temporary.
16   Q.  Do you see the next paragraph where you
17 wrote, "The WAA and other controls imply we don't log
18 the data, but obviously we do"?
19   A.  Yes.
20   Q.  What did you mean by "log the data"?
21   A.  I don't know what I meant by "log" back then.
22 Again, it's 2019.  I got to read the whole paragraph
23 again.
24        (The witness reviewed the document.)
25        THE WITNESS:  Again, this is my

1   misunderstanding about GAIA tied versus non-GAIA tied
2   and collecting anonymous data versus GAIA-tied data.
3   BY MR. FRAWLEY:
4       Q.  So at the time you knew that Google was
5   collecting anonymous data?
6       A.  I don't know from back here what I knew and
7   didn't know in terms of that.  But there was obviously
8   some confusion in here on what was GAIA tied and what
9   wasn't GAIA tied.
10      Q.  Was there also confusion about what was
11  collected and what wasn't collected?
12      A.  I believe so at the time, yeah.  I asked lots
13  of questions about things and what was collected and
14  what wasn't collected.  But, again, I don't work on
15  the product.  That's why I had to ask questions;
16  right?  I don't work on the product.  And, again, I'm
17  coming at this from a Workspace, you know, mindset,
18  Gmail mindset and trying to make sure Gmail's data is
19  handled properly.
20      Q.  Did you say anywhere in this E-mail that you
21  were only concerned about Gmail data?
22      A.  I have to read the whole thing.
23          (The witness reviewed the document.)
24          THE WITNESS:  So far I haven't seen Gmail
25  anywhere, but that doesn't mean I wasn't concerned