# EXHIBIT 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1         UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, et al.,
 5            Plaintiffs,
 6   v.                            Case No.
 7   GOOGLE LLC,                   20-cv-04688-RS
 8            Defendant.
 9
         ***********************************
10     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
       ZOOM VIDEOTAPED DEPOSITION OF DAVID MONSEES
11             Thursday, September 15, 2022
                    9:00 a.m. PST
12       ***********************************
13
14
15   TAKEN BY:
16      MARK MAO, ESQ.
        ATTORNEY FOR PLAINTIFF
17
18   REPORTED BY:
19      BELLE VIVIENNE, RPR, CRR, NJ-CRR,
        WA/CO/NM-CCR
20      NATIONALLY CERTIFIED REALTIME
        COURT REPORTER
21      VERITEXT LEGAL SOLUTIONS
        JOB NO. 5431690
22      866.299.5127
23
24
25
                                              Page 1
```

```
 1                A P P E A R A N C E S
 2
     FOR THE PLAINTIFFS:
 3
        MARK MAO
 4      LOGAN WRIGHT
        BEKO REBLITZ-RICHARDSON
 5      BOIES SCHILLER FLEXNER LLP
        44 Montgomery Street, 41st Floor
 6      San Francisco, California 94104
        Mmao@bsfllp.com
 7
        RYAN MCGEE
 8      MORGAN & MORGAN
        201 North Franklin Street, 7th Floor
 9      Tampa, Florida 33602
        Rmcgee@forthepeople.com
10
        ALEXANDER FRAWLEY
11      SUSMAN GODFREY LLP
        1301 Avenue of the Americas
12      32nd Floor
        New York, New York 10019
13      Afrawley@susmangodfrey.com
14   FOR THE DEFENDANT:
15      EDUARDO E. SANTACANA
        WILLKIE FARR & GALLAGHER LLP
16      One Front Street, 34th Floor
        San Francisco, California 94111
17      esantacana@willkie.com
18      JOHN JANHUNEN
        GOOGLE
19      1600 Amphitheatre Pkwy
        Mountain View, California 94043
20      Jjanhunen@google.com
21   VIDEOGRAPHER:
        Anthony Gulino
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1       Q.   Oh, okay.  Great.                          07:42:15
2            Let me try a different document.           07:42:18
3    Give me a second here.                             07:42:24
4            (Exhibit P-44, Article entitled            07:42:26
5       Obfuscating GAIA ID in WAA-off Logs,            07:42:26
6       marked for identification.)                     07:42:26
7    BY MR. MAO:                                        07:42:26
8       Q.   Let me introduce Exhibit 44.               07:42:57
9    When you have it, please take a look.              07:42:58
10      A.   Okay.  All right.  This is a               07:43:33
11   fairly lengthy document.  Is there a --            07:43:33
12   and -- and its font is very small on my            07:43:37
13   screen.  Is there a -- a particular area I         07:43:39
14   should focus in that I can determine if            07:43:42
15   there's other aspects to review?                   07:43:43
16      Q.   Yeah.  I -- I -- I -- my                   07:43:46
17   questions on this are actually fairly              07:43:47
18   discrete, which is that, like if you look          07:43:53
19   at 271 -- well, first of all, it sounds            07:43:55
20   like you are familiar with this document,          07:43:58
21   right?                                             07:43:59
22      A.   Yes, I am familiar with this.  I           07:43:59
23   believe I was a contributor this document.         07:44:02
24      Q.   Got it.  That -- that's --                 07:44:04
25   that's helpful to know.                            07:44:05
```

Page 258

| | | |
|---|---|---|
| 1 | Do you see the background | 07:44:06 |
| 2 | section there? | 07:44:08 |
| 3 | A.   Yes, I do.  Give me a minute to | 07:44:10 |
| 4 | review. | 07:44:13 |
| 5 | Q.   Yeah.  Please. | 07:44:13 |
| 6 | A.   Okay.  Thank you.  I've had a | 07:44:42 |
| 7 | chance to read that section. | 07:44:44 |
| 8 | Q.   Yeah.  You see at the very | 07:44:49 |
| 9 | bottom there, it says "Note:  There are | 07:44:51 |
| 10 | multiple efforts blocked by the WAA-off | 07:44:56 |
| 11 | logging changes (Assistant for work GA | 07:44:59 |
| 12 | launch, Home/work launch in Maps, | 07:45:02 |
| 13 | Assistant feature launches)."  How did -- | 07:45:05 |
| 14 | do you know how this logging change | 07:45:13 |
| 15 | affected GA? | 07:45:16 |
| 16 | A.   I -- I believe GA in this | 07:45:23 |
| 17 | context stands for Google Apps which was | 07:45:25 |
| 18 | the name for Google Workspaces before. | 07:45:29 |
| 19 | It's also been called Google Enterprise. | 07:45:33 |
| 20 | I apologize for Google because that suite | 07:45:35 |
| 21 | has changed names quite a bit.  There's no | 07:45:38 |
| 22 | relationship between this project and | 07:45:41 |
| 23 | Google Analytics for Firebase. | 07:45:42 |
| 24 | Q.   Got it.  So the GA here stands | 07:45:45 |
| 25 | for Google Apps you said.  And what is | 07:45:48 |

Page 259

| | | |
|---|---|---|
| 1 | Google Apps? | 07:45:53 |
| 2 | A. Google Apps is a former name for | 07:45:56 |
| 3 | Google Workspaces and may have also been | 07:46:00 |
| 4 | called Google Apps for Enterprise at a | 07:46:03 |
| 5 | period of time and this would you include | 07:46:07 |
| 6 | the suite of products, like Gmail, | 07:46:08 |
| 7 | Calendar, Drive, Docs, Sheets, Keep, | 07:46:11 |
| 8 | et cetera. | 07:46:14 |
| 9 | Q. Got it. So this -- this change | 07:46:15 |
| 10 | in obfuscating GAIA IDs and WAA-off logs | 07:46:27 |
| 11 | did not impact Google Analytics; is that | 07:46:37 |
| 12 | correct? | 07:46:39 |
| 13 | A. Correct. This -- this project | 07:46:40 |
| 14 | solely impacts Google Search stack which | 07:46:42 |
| 15 | includes Maps and Assistant. It has | 07:46:46 |
| 16 | nothing to do with Google Analytics for | 07:46:49 |
| 17 | Firebase. | 07:46:51 |
| 18 | Q. What about Google Ads on mobile? | 07:46:52 |
| 19 | A. The -- (cross talk). | 07:46:57 |
| 20 | Q. Sorry. Go ahead. | 07:46:58 |
| 21 | A. Yeah, there's -- there's no | 07:47:01 |
| 22 | implication of this project on display ads | 07:47:03 |
| 23 | either, just Google Search, Maps, | 07:47:06 |
| 24 | Assistant. Those -- those front ends. | 07:47:10 |
| 25 | Q. And, again, there's nothing here | 07:47:13 |

Page 260