# EXHIBIT 4

**HOW GOOGLE RETAINS DATA WE COLLECT**

We collect data as you use Google services. What we collect, why we collect it, and how you can manage your information are described in our Privacy Policy. This retention policy describes why we hold onto different types of data for different periods of time.

Some data you can delete whenever you like, some data is deleted automatically, and some data we retain for longer periods of time when necessary. When you delete data, we follow a deletion policy to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. How Google anonymizes data

## Information retained until you remove it

We offer a range of services that allow you to correct or delete data stored in your Google Account. For example, you can:

- Edit your personal info

- Delete items from My Activity

- Delete content like photos and documents

- Remove a product from your Google Account

- Delete your Google Account entirely

We'll keep this data in your Google Account until you choose to remove it. And if you use our services without signing in to a Google Account, we also offer you the ability to delete some information linked to what you use to access our services, like a device, browser or app.

## Data that expires after a specific period of time

In some cases, rather than provide a way to delete data, we store it for a predetermined period of time  For each type of data, we set retention timeframes based on the reason for its collection  For example, to ensure that our

services display properly on many different types of devices, we may retain browser width and height for up to 9 months. We also take steps to anonymize certain data within set time periods. For example, we anonymize advertising data in server logs by removing part of the IP address after 9 months and cookie information after 18 months.

## Information retained until your Google Account is deleted

We keep some data for the life of your Google Account if it's useful for helping us understand how users interact with our features and how we can improve our services. For example, after you delete a specific Google search from My Activity, we might keep information about how often you search for things, but not what you searched for. When you delete your Google Account, the information about how often you search for things is also removed.

## Information retained for extended time periods for limited purposes

Sometimes business and legal requirements oblige us to retain certain information, for specific purposes, for an extended period of time. For example, when Google processes a payment for you, or when you make a payment to Google, we'll retain this data for longer periods of time as required for tax or accounting purposes. Reasons we might retain some data for longer periods of time include:

- Security, fraud & abuse prevention

- Financial record-keeping

- Complying with legal or regulatory requirements

- Ensuring the continuity of our services

- Direct communications with Google

## Enabling safe and complete deletion

When you delete data in your Google account, we immediately start the process of removing it from the product and our systems. First, we aim to immediately remove it from view and the data may no longer be used to personalize your Google experience. For example, if you delete a video you watched from your My Activity dashboard, YouTube will immediately stop showing your watch progress for that video.

We then begin a process designed to safely and completely delete the data from our storage systems  Safe deletion is important to protect our users and customers from accidental data loss  Complete deletion of data from our servers is equally important for users' peace of mind  This process generally takes around 2 months from the time of deletion  This often includes up to a month long recovery period in case the data was removed unintentionally

Each Google storage system from which data gets deleted has its own detailed process for safe and complete deletion. This might involve repeated passes through the system to confirm all data has been deleted, or brief delays to allow for recovery from mistakes. As a result, deletion could sometimes take longer when extra time is needed to safely and completely delete the data.

Our services also use encrypted backup storage as another layer of protection to help recover from potential disasters  Data can remain on these systems for up to 6 months

As with any deletion process, things like routine maintenance, unexpected outages, bugs, or failures in our protocols may cause delays in the processes and timeframes defined in this article. We maintain systems designed to detect and remediate such issues.