# EXHIBIT 6




Redacted Google Account

## Pause Web & App Activity

Pausing Web & App Activity may limit or disable more personalized experiences across Google services. For example, you may stop seeing more relevant search results or recommendations about places you care about.

This setting will be paused on all sites, apps, and devices signed in to this account.

Even when this setting is paused, Google may temporarily use information from recent searches in order to improve the quality of the active search session.

Pausing this setting doesn't delete any of your past data. You can see or delete your data and more at myactivity.google.com.

Visit account.google.com to change this and your other Google Account settings and learn about the data Google continues to collect and why at policies.google.com.

Cancel        Pause



Redacted Google Account

## Pause Web & App Activity

Pausing Web & App Activity may limit or disable more personalized experiences across Google services. For example, you may stop seeing more relevant search results or recommendations about places you care about.

This setting will be paused on all sites, apps, and devices signed in to this account.

Even when this setting is paused, Google may temporarily use information from recent searches in order to improve the quality of the active search session.

Pausing this setting doesn't delete any of your past data. You can see or delete your data and more at myactivity.google.com.

Visit account.google.com to change this and your other Google Account settings and learn about the data Google continues to collect and why at policies.google.com.

Cancel    Pause