# EXHIBIT 7

How Google helps you delete data from your account

Our privacy and security tools are designed to put you in control of your data and protect it. Based on your Activity controls, your activity on Google products and services like Search, Chrome, and YouTube may be saved in your Google Account. You can use My Activity to view and delete this data.

How deletion of activity works

How Google deletes activity in your account

When you choose to delete activity manually or activity is deleted automatically based on your auto-delete setting, we immediately start the process of removing it from the product and our systems.

First, we aim to immediately remove it from view and the data may no longer be used to personalize your Google experience.

We then begin a process designed to safely and completely delete the data from our storage systems.

Along with helping you delete data manually or automatically, Google may delete some types of activity sooner when it's no longer useful to improve your experience.

Learn more about how Google retains data we collect.

Data that may be retained for limited purposes

When you delete some types of data from My Activity, Google may need to retain certain information associated with your Google Account for specific purposes, including for:

- **Security, fraud and abuse prevention**. For example, info about abusive accounts may be retained to help block abusive behavior in the future.
- **Financial record-keeping**. For example, if you buy an app from Google Play, Google may need to retain info about that transaction for required accounting purposes.
- **Complying with legal or regulatory requirements**. For example, if Google receives a lawful subpoena, information may be retained as required by law.
- **Ensuring our services continue to work**. For example, if you share information with others (like using Google Assistant to send a message to someone), deleting the activity from your Google Account will not delete the message you sent.
- **Direct communications with Google**. For example, if you suggest an edit to a place in Google Maps.

Anonymized data

To help power certain services, an anonymized version of your data might be retained after you delete it. Anonymized data can no longer be associated with you or your account.

For example, if you delete a search from My Activity, an anonymized version of what you searched for may be retained to create functionality like global search trends.

Use of Google services

When data is deleted, some information about your use of Google services is kept until your Google Account is deleted, like which Google services you use and how frequently you use them.

For example, if you delete an address you've searched for in Google Maps, your account may still store that you've used the directions feature. That way, Google Maps can avoid showing you how to use the directions feature in the future.

How Google protects your privacy

How to manage & delete your activity

### Need more help?
Try these next steps:

**Ask the Help Community**
Get answers from community experts