**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>                           Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTIONS TO SEAL DKT NOS. 254 & 257**<br><br>Judge:         Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    Not Yet Set |

I, EDUARDO E. SANTACANA, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at One Front Street, San Francisco, California 94111, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of two Administrative Motions to Consider Whether Another Party's Material Should Be Sealed filed by Plaintiffs. Dkt. Nos. 254 & 257. I have reviewed Plaintiffs' Motions to Seal and the Civil Local Rules of this Court governing such motions, and submit this supporting declaration under Civil L.R. 79-5(e). Per the instructions provided on the Northern District of California's website, this declaration is drafted so that it does not contain confidential information and does not need to be filed under seal. *See* http://www.cand.uscourts.gov/ecf/underseal.

3. Steve Ganem, a Google Director of Product Management, has also reviewed the information Google seeks to keep under seal and his declaration is submitted in support of the Motion to Seal, on behalf of the Designating Party within the meaning of Civil L.R. 79-5. *See* Declaration of Steve Ganem in Support of Plaintiffs' Motion to Seal filed concurrently herewith.

4. On October 27 and October 28, 2022, Plaintiffs filed administrative motions to seal material filed in support of Plaintiffs' Motion for Relief from the Case Management Schedule ("Motion for Relief") (Dkt. 254) and Plaintiffs' Motion for Leave to File Fourth Amended Complaint ("Motion for Leave") (Dkt. 257). I have reviewed the documents Plaintiffs seek to file under seal pursuant to Civil Local Rule 79-5, unredacted copies of which have been filed at Dkt. Nos. 254 and 257, as well as the Civil Local Rules of this Court governing such motions.

5. Google seeks to seal narrowly tailored portions of only the following exhibits, all of which I have reviewed:

| Document | Portions Sought to Be Sealed |
|---|---|
| Exhibit 2 to Motion for Relief (Dkt. 254-4) | Project code name "Na***" at Tr. 5:10. |
| Exhibit 4 to Motion for Relief (Dkt. 254-6) | Document in its entirety. |
| Exhibit 19 to Motion for Leave (Dkt. 257-27) | Portions identified in Exhibit A, which reflects Google's proposed redactions to Exhibit 19. |
| Exhibit 23 to Motion for Leave (Dkt. No. 257-31) | Project code name "Pi***" at GOOG-RDGZ-00020692 (2 instances) and -697 (3 instances); non-public email address of a Google employee at -692. |
| Exhibits 26 to Motion for Leave (Dkt. No. 257-34) | Project code name "Pi***" at GOOG-RDGZ-00144766 (3 instances) |
| Exhibits 4–9, 11, 13–18, 20–22, 24, 27–31, 33 to Motion for Leave (Dkt. Nos. 257-12-17, 19, 21-26, 28-30, 32, 35-39, 41) | Non-public email addresses of Google employees. |

6. Attached hereto as **Exhibit A** is a true and correct copy of Exhibit 19 to Plaintiffs' Motion for Leave to File Amended Complaint, which has been redacted to reflect the limited material Google seeks to seal.

7. In Exhibits 4–9, 11, 13–24, 27–31, 33 to Motion for Leave (Dkt. Nos. 257-12-17, 19, 21-32, 35-39, 41), Google seeks to seal employee email addresses. Google proposes to narrowly tailor the information to be redacted to allow the employee names and the Google domain name to be filed publicly. For example, when an email is sent from "First Name Last Name <uniqueaddress@google.com>," Google only proposes to seal the "uniqueaddress" part. When an employee's email address includes the "@" symbol, but does not include the domain, Google proposes to redact the "@." I understand an associate in my office has discussed this with Plaintiffs' counsel who do not oppose this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 15, 2022, at San Francisco, California.

*/s/ Eduardo E. Santacana*
EDUARDO E. SANTACANA