# EXHIBIT A

# Exhibit 19
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Document Sought to Be Sealed

Message

| | |
|---|---|
| **From:** | David Monsees [@google.com] |
| **Sent:** | 9/8/2020 10:26:16 PM |
| **To:** | Stephen Deguglielmo [@google.com] |
| **CC:** | David Gatwood [@google.com]; Christina Collada [@google.com]; iga-identity-trust@google.com; Jessica Lee [@google.com]; Shivani Gupta [@google.com]; Reed La Botz [@google.com]; Elizabeth Padilla [@google.com]; Chris Jordan [@google.com]; JK Kearns [@google.com]; Ela Beres [@google.com]; Mona Vajolahi [@google.com]; Henry Wong [@google.com] |
| **Subject:** | Re: Disable Device History For Signed In WAA Off Users |

Non-history on-device features/data (e.g., read later queue, home/work on iGA, offline queries, etc.) should be managed independently of WAA and Search Customization. Additionally, I assume we want users to be able to access control(s) for non-history features regardless of WAA/Search Customization state.

On Tue, Sep 8, 2020 at 9:46 AM Stephen Deguglielmo <@google.com> wrote:
> Yeah, I think this flow was fixed back when we fixed it generally Christina. Essentially, for anyone "eligible" for on-device history, it should show up. Otherwise, it's replaced with the updated Clear All behavior we talked through.
>
> On Tue, Sep 8, 2020 at 12:21 PM David Gatwood <@google.com> wrote:
>> There's a "Clear all" button that replaces it when it is turned off, just like for signed-in/WAA on users now.
>>
>> On Tue, Sep 8, 2020 at 8:39 AM Christina Collada <@google.com> wrote:
>>> What is the current plan for history mgmt settings when we remove on-device history for WAA OFF users? I've got some proposals on slides 15 nad 16 here, and want to make sure we don't remove the ability to clear non-search history when we remove on-device history for waa-off users.
>>>
>>> +iga-identity-trust@google.com as FYI
>>>
>>> On Wed, Aug 26, 2020 at 9:51 PM David Gatwood [@google.com> wrote:
>>>> Sure.
>>>>
>>>>
>>>> On Wed, Aug 26, 2020 at 6:45 PM Jessica Lee [@google.com> wrote:
>>>>> Hey David, let's sync during the User Trust meeting tomorrow before ramping so +Chris Jordan is on the same page and we can also discuss mobile web waa-on unlaunch plan. Thanks for taking care of the QA bug!
>>>>>
>>>>> On Wed, Aug 26, 2020, 6:29 PM David Gatwood <@google.com> wrote:
>>>>>> Meanwhile for WAA-on users, I'm planning to start ramping that bug-fix ablation tomorrow.
>>>>>>
>>>>>>
>>>>>> David
>>>>>>
>>>>>> On Wed, Aug 26, 2020 at 4:06 PM Shivani Gupta <@google.com> wrote:
>>>>>>> I had sent out a super-ft launch email to Suggest leads, but havent heard back yet.
>>>>>>> I will add people on this thread to the email.
>>>>>>>
>>>>>>> On Wed, Aug 26, 2020 at 4:03 PM Christina Collada <@google.com> wrote:
>>>>>>>> Hey Shivani,

CONFIDENTIAL                                                                                                                                              GOOG-RDGZ-00044478

Was a launch decision reached on whether or not on-device history will be turned off for WAA off users?

On Fri, Aug 14, 2020 at 6:51 PM Shivani Gupta <​███@google.com> wrote:
The last iGA run looks balanced at least for signed in slices (both WAA enabled and disabled). I have created a doc with the metrics from the three experiments - go/disable-device-history-waa-off-analysis

Please feel free to go through the doc and leave any comments. I plan to send out the SuperFT email to suggest leads on Monday after following up on the comments.

On Fri, Aug 7, 2020 at 1:16 PM Christina Collada <​███@google.com> wrote:
That's great news! I've also added you to the thread w/Footprints eng team in case you want to leverage their oneplatform APIs for this.

On Fri, Aug 7, 2020 at 4:02 PM Shivani Gupta <​███@google.com> wrote:
Talked with David offline, and we agreed on populating this bit in suggest response and sending it to the client.

On Fri, Aug 7, 2020 at 1:00 PM Christina Collada <​███@google.com> wrote:
Per +Reed La Botz "We have oneplatform APIs that could be used to get the [WAA] settings, but the caching mechanism would have to be in iGA."

@Henry Wong I add you to the thread I started w/Reed and David last month to pursue this further.

On Fri, Aug 7, 2020 at 2:45 PM David Gatwood <​███@google.com> wrote:
Unfortunately, there are no server endpoints that provide the WAA state, so we cannot fetch the initial value from iGA. As long as that is the case, disabling on-device history for WAA-on users is not possible.


David

On Thu, Aug 6, 2020 at 3:13 PM Christina Collada <​███@google.com> wrote:
I've now learned what the slices are. I only care about 1_1, signed-in WAA on users, as those are the ones impacted by (b/156978614) and introducing complexity to our history deletion story.

Is it possible to remove on-device history just for that group? Seems like that Rasta slice is less chaotic.

On Wed, Aug 5, 2020 at 8:25 PM David Gatwood <​███@google.com> wrote:
FYI, I restarted the experiment yesterday. Unfortunately, it takes a week to even know if we have a bad metrics imbalance, because it's all about the multiday metrics, which don't kick in until after a week. That makes getting metrics at all pretty horrible. But here's hoping that the third time's a charm.


David

On Wed, Aug 5, 2020 at 4:38 PM Christina Collada <​███@google.com> wrote:
+Elizabeth Padilla as FYI

CONFIDENTIAL
GOOG-RDGZ-00044479

#3 continues to be problematic for us. Confusion around deleting search history is a top user issue in iGA, and after reviewing the proposed Help Center content for iGA which seeks to address this, our instructions for signed-in/signed-out users are very convoluted by having on device history for any signed-in users (b/156978614).

Can we time box this iGA effort to 1 or 2 weeks? At some point we need to put the privacy story ahead of the metrics.

Also, for my own curiosity, what do the 1_1, 1_0 and logged out slices represent in Rasta?

On Tue, Aug 4, 2020 at 5:35 PM Shivani Gupta <▓▓▓▓@google.com> wrote:
+Chris Jordan +Jessica Lee

Quick update:

Summary of all the experiments we have run until now:
1. Web (All modes on Web apart from Images SRP)-

- With Trending Enabled In Web Mode (Trending not launched yet, but we have all the approvals and is blocked on providing users with an opt-out)

- With No Trending (Current Prod)

2. VFE - (Note that although the overall Images SRP looks imbalanced, the WAA off slice which is the only one affected seems to be balanced)

3. iGA - **This is still very imbalanced, and David will be re-running it yet again.**

I will wait till we get a balanced run from iGA and then if the metrics look fine will send out the SFT launch email for approvals.

On Thu, Jul 23, 2020 at 1:39 PM David Gatwood <▓▓▓▓@google.com> wrote:
One big difference is that mobile web had St*** history for a decade and just got on-device suggestions very recently, whereas iGA has had on-device history for about a decade and just got St*** history recently.  For anybody who didn't have sWAA on, some of those folks have 9+ years of on-device history built up, and they're used to having quick access to commonly used queries.

The implementation is too simple to have meaningful bugs.  There's a single if statement that gates whether we serve suggestions from history.  In the control arm, it returns YES for all users except for signed-in users with sWAA on.  In the experiment arm, it returns YES only for signed-out users.

We are seeing an unexpected skew in newly exposed users, so it is possible that this is an artifact.  I'll try to rerun the experiment just to be sure.


David


On Thu, Jul 23, 2020 at 3:03 PM JK Kearns <▓▓▓▓@google.com> wrote:
Thanks Shivani.  From what I'm seeing:


2) Generally not bad, and could even argue that the increase in Q****** and large drop in Q****** offsets the lower Suggest metrics and increase in Q****** and is a quality win.
3) Small loss in queries, but overall pretty neutral

Which leaves (1). What does the logged***** condition represent? It is surprising to me that iGA would be so different from mWeb. Have we considered/investigated if there was a bug in our LE configuration or the implementation?

On Thu, Jul 23, 2020 at 12:40 PM Shivani Gupta <​@google.com> wrote:
  Actually use this link instead for 3rd (it only has the WAA off slice)
  3. For images mode on SRP
  - https://R***.corp.google.com/#/metrics?label=_:ww7WudeIdG29lR8h_laG9lL7ir4

On Thu, Jul 23, 2020 at 12:36 PM Shivani Gupta <​@google.com> wrote:
  We ran 3 different LEs for this change:
  1. Only for iGA client - https://R***.corp.google.com/#/metrics?label=_:6j_0jFD8T24NEj-2S8Q-aUZZT0Y
  2. All web searchboxes except images mode on SRP
  - https:R***.corp.google.com/#/metrics?label=_:PNGQKPUkNi5OkfF3V9w-Px4a8cI
  3. For images mode on SRP
  - https:R***.corp.google.com/#/metrics?label=_:bx4AJ3V5CTphp-MEKsnQU7maeOk
  (This one seems unbalanced!)

On Thu, Jul 23, 2020 at 12:23 PM JK Kearns <​@google.com> wrote:
  I'm struggling to reconcile the two R*** links. The one gatwood sent, I agree, looks terrible. The one shivanigu sent looks like a very reasonable candidate.

  What does the NoS******* with the logged***** condition represent?

On Thu, Jul 23, 2020 at 12:18 PM Christina Collada <​@google.com> wrote:
  Re: promos -- So long as the promo is not shown again once a user says 'no thanks,' a one-time prompt in Suggest is ok for people who have explicitly turned off WAA. Firefox does this opt-in for all of Suggest. If we add an entrypoint to WAA in settings as well, we could add the value prop of Suggest to the setting description.

On Thu, Jul 23, 2020 at 3:05 PM Shivani Gupta <​@google.com> wrote:
  It is not as bad on Mobile Web as iGA
  - https:R***.corp.google.com/#/metrics?label=_:PNGQKPUkNi5OkfF3V9w-Px4a8cI

  David, when we stop showing device history suggestions, do we fill in the menu with trending searches or some other suggestions on iGA? zpS/Q for your experiment has dropped considerably from ▮ to ▮ in the WAA off slice.

On Thu, Jul 23, 2020 at 11:59 AM David Monsees <​@google.com> wrote:
  Suggest can definitely ask/promo for WAA (like Discover does). The concern here is user confusion a user experiences when they explicitly turn WAA off but then continue to see search history.

+Christina Collada for Ci*** considerations (removing on-device history for WAA off users).

On Thu, Jul 23, 2020 at 11:47 AM David Gatwood <▮@google.com> wrote:
https://R***.corp.google.com/#/metrics?label=_:6j_0jFD8T24NEj-2S8Q-aUZZT0Y

On Thu, Jul 23, 2020 at 1:35 PM JK Kearns <▮@google.com> wrote:
Can you send the R*** link please?

On Thu, Jul 23, 2020 at 11:30 AM David Gatwood <▮@google.com> wrote:

I'm getting more and more uncomfortable with this plan. In the WAA-off slice, I think that this is the single most negative experiment I've ever seen from a Suggest change. The multiday return rate for WAA-off users is down by a whopping 3.09%. By my math, if we actually lose 3% of our WAA off users because of this change, that's potentially half a million lost users on iGA alone.

Would the powers that be consider something a little bit less extreme, like adding an opt-in screen on first launch that lets these users choose whether to enable on-device history, WAA/sWAA, or neither?

David

On Tue, Jul 14, 2020 at 6:51 PM Ela Beres <▮@google.com> wrote:
It is true that this is not an uncommon complaint for home/work needed WAA.

https://screenshot.googleplex.com/vrHV9OiVfZa.png
https://screenshot.googleplex.com/4833cVG2WdO.png

Not sure if users would think of on-device history the same way...But we do see complaints going the way, so I do think it makes sense to turn these off for WAA-off users.

On Tue, Jul 14, 2020 at 4:21 PM JK Kearns <▮@google.com> wrote:
I think if we hear that, then that motivates a need for thinking about more options we need to offer users. To me, it feels like a fairly significant bug that a user can choose to turn off WAA but then we still collect and use the data (even locally). For users that want pSuggest, but don't want data collected, I think there's some education required. It doesn't make sense for users to want to turn off x but then want a feature that requires x. To be clear, there is absolutely *no motivation* to do this to encourage users to turn on WAA. I don't think that would happen anyway, but it hadn't entered my mind until you suggested it.

On Tue, Jul 14, 2020 at 4:10 PM David Gatwood ▮@google.com> wrote:

To play devil's advocate here, has anybody raised the concern yet that taking away signed-in on-device history for users who have had that feature for almost a decade could be seen as an attempt to pressure users to turn on WAA, i.e. reducing users' privacy choices, rather than improving their privacy? This whole policy shift leaves a really bad taste in my mouth from a privacy/user trust perspective, and I doubt I'm going to be alone in that perception.


David


On Tue, Jul 14, 2020 at 5:24 PM Ela Beres <██████@google.com> wrote:
> Awesome, thanks Shivani!
> Let's start a launchcal for this, since this is a policy-motivated launch, so metrics are only as an FYI.
>
> +JK Kearns  +Mona Vajolahi  +David Monsees FYI
>
>
> On Tue, Jul 14, 2020 at 12:21 PM Shivani Gupta <██████u@google.com> wrote:
>> Hey Ela,
>>
>> I have started the following experiment to disable device history for signed in waa off users:
>> 1. On all web searchboxes (except images mode on SRP) - R***
>> 2. Images mode on SRP - R*** (Screenshot explaining slices (VFE experiments dont seem to show names correctly) For this experiment I setup the WAA off slice incorrectly and it includes Signed out traffic too, but I am correcting that now.
>>
>> Also, Gatwood started the same experiment for iGSA - R***
>>
>> I wanted to understand the next steps for this, we will need an ariane for this right?
>>
>> Thanks
>> Shivani


--
Christina Collada | Google App Product Team


--
Christina Collada | Google App Product Team

--
Christina Collada | Google App Product Team

--
Christina Collada | Google App Product Team

--
Christina Collada | Google App Product Team

--
Christina Collada | Google App Product Team

--
Christina Collada | Google App Product Team

--
You received this message because you are subscribed to the Google Groups "iGA Identity & Trust" group.
To unsubscribe from this group and stop receiving emails from it, send an email to iga-identity-trust+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/iga-identity-trust/CALd_ghr5xR9pOUBG36%2Bjp2Pz%2BW764vcz3CUbA6tHG%3DWXtD14ng%40mail.gmail.com.
For more options, visit https://groups.google.com/a/google.com/d/optout.