**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com

Attorneys for
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>  vs<br><br>GOOGLE LLC, *et al*.<br><br>                    Defendant. | Case No. 3:20-CV-04688<br><br>**GOOGLE'S [PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTIONS TO SEAL INFORMATION IN PLAINTIFFS' MOTION FOR RELIEF AND MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT (DKT. NOS. 254 & 257)**<br><br>Judge:         Hon. Richard Seeborg<br>Courtroom:  A, 15th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    Not Set |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motions to File Under Seal Plaintiffs' Motion for Relief from the Case Management Schedule ("Motion for Relief") (Dkt. 254) and Motion for Leave to File the Fourth Amended Complaint ("Motion for Leave") (Dkt. 257).

Having considered the Administrative Motions to Seal, Google's Statement in Support of Plaintiffs' Administrative Motions to Seal, and the Declarations of Eduardo E. Santacana and Steve Ganem, the Court finds that the material identified in Google's Statement in Support should be sealed.

Because the underlying motions at issue are non-dispositive, the good cause standard for sealing applies to all three categories of information Google seeks to seal. *Kamakana v. Cty & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). *First,* there is good cause to seal the commercially sensitive, proprietary business information in Exhibit 4 to Plaintiffs' Motion for Relief (Dkt. 254-6) and Exhibit 19 to Plaintiffs' Motion for Leave (Dkt. 257-27) in order to protect Google's business interests. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598–99 (1978); *Palantir Techs. Inc. v. Abramowitz*, 2021 WL 1925459, at *2 (N.D. Cal. Mar. 5, 2021). *Second*, there is good cause to redact portions of the internal names in Exhibit 2 to the Motion for Relief (Dkt. 254-4) and Exhibits 19, 23, and 26 to the Motion for Leave (Dkt. Nos. 257-27, -31, -34), in order to protect Google's business interests. Sealing those internal names is consistent with this Court's prior orders. *See, e.g.*, Dkt. Nos. 184, 208, 223. *Third*, there is good cause to redact email addresses of Google employees, all of whom are not parties to this action, in order to protect their privacy interests. *See, e.g., E. & J. Gallo Winery v. Instituut Voor Landbouw-En Visserijonderzoek*, 2018 WL 4961606, at *2 (E.D. Cal. Oct. 12, 2018); *Ehret v. Uber Techs., Inc.*, 2015 WL 12977024, at *3 (N.D. Cal. Dec. 2, 2015). Google has narrowly tailored the information to be sealed.

Accordingly, the Court orders that the following information should be sealed.

| Document | Information to Be Sealed | Page Citation |
|---|---|---|
| Exhibit 2 to Motion for Relief (Dkt. 254-4) | "Na***" | Tr. 5:10 |

| Document | Information to Be Sealed | Page Citation |
|---|---|---|
| Exhibit 4 to Motion for Relief (Dkt. 254-6) | Document in its entirety. | -- |
| Exhibit 19 to Motion for Leave (Dkt. 257-27) | Employee email addresses | GOOG-RDGZ-00044478–483 |
| | "St***" | Page -480 (at July 23, 2020 at 1:39 PM email, lines 1 & 3). |
| | "R***" | Page -481 (at July 23, 2020 at 12:40 PM email, line 3); *id.* (at July 23, 2020 at 12:36 PM email, lines 2, 5, & 7); *id.* (at July 23, 2020 at 12:23 PM email, line 1); *id.* (at July 23, 2020 at 3:05 PM email, line 2); Page -482, lines 4 & 6; Page -483 (at July 14, 2020 at 12:21 PM email, lines 4, 5, & 9). |
| | "Q*****" | Page -481, lines 1-2. |
| | "logged****" | Page -481, line 5; *id.* (at July 23, 2020 at 12:23 PM email, line 4). |
| | "NoS******" | Page -481 (at July 23, 2020 at 12:23 PM email, line 3). |
| | Numerical figures | Page -481 (at July 23, 2020 at 3:05 PM email, line 5). |
| | "Ci***" | Page -482, line 1. |
| Exhibit 23 to Motion for Leave (Dkt. No. 257-31) | Employee email address | GOOG-RDGZ-00020692 |
| | "Pi***" | Page -692 (2 instances); Page -697 (3 instances). |
| Exhibits 26 to Motion for Leave (Dkt. No. 257-34) | "Pi***" | GOOG-RDGZ-00144766 (3 instances) |
| Exhibits 4–9, 11, 13–18, 20–22, 24, 27–31, 33 to Motion for Leave (Dkt. Nos. 257-12-17, 19, 21-26, 28-30, 32, 35-39, 41) | Employee email addresses | Throughout |

Google is ordered to file redacted versions of the above-identified materials within 14 days of this Order.

**IT IS SO ORDERED.**

DATED: _____        _____

                                            Honorable Richard Seeborg
                                            United States District Judge