UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-04688-RS (AGT) <br><br> **REFERRAL ORDER** <br> Re: Dkt. No. 260 |

Plaintiffs seek an order appointing a special master "to assist with the process by which Google will search for and produce data in this case." Dkt. 260 at 2. Google opposes the request. *See id.* at 4–6. Appointing a special master would have case management implications, so the undersigned refers this particular dispute to Chief Judge Seeborg for resolution.

**IT IS SO ORDERED.**

Dated: November 17, 2022

ALEX G. TSE
United States Magistrate Judge