**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
Erika Nyborg-Burch, CA Bar No. 342125
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com
enyborg-burch@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO.: 3:20-cv-04688-RS<br><br>**DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: December 1, 2022<br>Time: 1:30 p.m. |

I, Mark Mao, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Reply in support of Plaintiffs' Rule 16(b) Motion for Relief from Case Management Schedule.

3. On January 14, 2022, the parties agreed to search terms returning tens of thousands of documents held by 19 court-ordered custodians.

4. On May 27, 2022, Plaintiffs served discovery requests seeking information on WAA-off data. On July 13, 2022, Google responded to these requests. On August 31, 2022, Plaintiffs sent Google a letter brief requesting this data. On September 1, 2022, the parties met and conferred, where Google mentioned it identified WAA-off bits in thousands of logs and was still "investigating" these bits. On October 4, 2022, Google sent its portion of the briefing, which was ultimately submitted to the Court on October 17, 2022. To date, Google has refused to produce these logs.

5. In July 2022, Plaintiffs proposed extending the discovery deadline beyond October 2022. Google declined this proposal.

6. On September 28, 2022, Plaintiffs requested depositions of four Google custodians: Sam Heft-Luthy, Anre de Booij, JK Kearns, and Xinyu Ye. Google refused, and Plaintiffs subsequently sent their portion of the letter brief on this subject on October 6, 2022. On October 17, 2022, Google sent its portion of the letter brief and, after edits from both sides, the parties filed the final letter brief on October 28, 2022.

7. On October 7, 2022, Plaintiffs asked Google to add Mr. Segeritz and Ms. Vakharia as document custodians and produce responsive documents from their files.

8. On October 31, 2022, Google served several responses to RFAs and supplemented responses to some interrogatories.

9. On October 31, 2022, Plaintiffs requested information and posed follow-up questions after Mr. Ganem's and Mr. Ma's depositions. On November 7, 2022, Plaintiffs requested additional information relating to Mr. Ganem's deposition. Google has not yet acknowledged, or responded to, either request.

10. On November 17, 2022, Google produced some documents pertaining to its re-review of deficiencies in its privilege log.

11. As of this filing, Google has not produced documents responsive to Plaintiffs' Ninth Set of RFPs.

12. The deposition of Belinda Langner is currently scheduled for November 30, 2022, in part because Google designated Ms. Langner as a 30(b)(6) designee on October 5, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of November 2022, in San Francisco, California.

                                                */s/ Mark C. Mao*
                                                Mark C. Mao

                                                Mark C. Mao (CA Bar No. 236165)
                                                mmao@bsfllp.com
                                                BOIES SCHILLER FLEXNER LLP
                                                44 Montgomery Street, 41st Floor
                                                San Francisco, CA 94104
                                                Telephone: (415) 293-6800
                                                Facsimile (415) 293-6899