Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

Bill Carmody
(admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs' Reply in Support of their Rule 15(a) Motion for Leave to Amend Complaint.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Reply ISO Rule 15(a) Motion for Leave to Amend Complaint | Google | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, including Exhibits 34-39 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: November 21, 2022     Respectfully submitted,

By: /s/ Mark Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Rebitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch, (CA Bar No. 342125)
enyborg-burch@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

Alison Anderson, CA Bar No. 275334
aanderson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720

| | |
|---|---|
| 1 | Jesse Panuccio (admitted *pro hac vice*) |
| 2 | jpanuccio@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 3 | 1401 New York Ave, NW |
| | Washington, DC 20005 |
| 4 | Tel.: (202) 237-2727 |
| | Fax: (202) 237-6131 |
| 5 | |
| 6 | James Lee (*pro hac vice*) |
| | jlee@bsfllp.com |
| 7 | Rossana Baeza (*pro hac vice*) |
| | rbaeza@bsfllp.com |
| 8 | BOIES SCHILLER FLEXNER LLP |
| | 100 SE 2nd Street, Suite 2800 |
| 9 | Miami, FL 33131 |
| 10 | Telephone: (305) 539-8400 |
| | Facsimile: (305) 539-1307 |
| 11 | |
| | William Christopher Carmody (*pro hac vice*) |
| 12 | bcarmody@susmangodfrey.com |
| | Shawn J. Rabin (*pro hac vice*) |
| 13 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| 14 | sshepard@susmangodfrey.com |
| 15 | Alexander P. Frawley (*pro hac vice*) |
| | afrawley@susmangodfrey.com |
| 16 | Ryan Sila (*pro hac vice*) |
| | rsila@susmangodfrey.com |
| 17 | SUSMAN GODFREY L.L.P. |
| | 1301 Avenue of the Americas, 32nd Floor |
| 18 | New York, NY 10019 |
| 19 | Telephone: (212) 336-8330 |
| 20 | Amanda Bonn (CA Bar No. 270891) |
| | abonn@susmangodfrey.com |
| 21 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 22 | Los Angeles, CA 90067 |
| 23 | Telephone: (310) 789-3100 |
| 24 | Jenna Farleigh (*pro hac vice*) |
| | jfarleigh@susmangodfrey.com |
| 25 | SUSMAN GODFREY L.L.P. |
| | 1201 Third Avenue, Suite 3800 |
| 26 | Seattle, WA 98101 |
| 27 | Telephone: (206) 516-3880 |
| 28 | John A. Yanchunis (*pro hac vice*) |

1  jyanchunis@forthepeople.com
   Ryan J. McGee (*pro hac vice*)
2  rmcgee@forthepeople.com
   Michael F. Ram (*pro hac vice*)
3  mram@forthepeople.com
   Ra O. Amen (*pro hac vice*)
4  ramen@forthepeople.com
   MORGAN & MORGAN, P.A.
5  201 N Franklin Street, 7th Floor
   Tampa, FL 33602
6  Telephone: (813) 223-5505
7  Facsimile: (813) 222-4736

8  *Attorneys for Plaintiffs*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28