Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 238027
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**SECOND DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' RULE 15(a) MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: December 8, 2022<br>Time: 1:30 P.M. |

**DECLARATION OF MARK MAO**

I, Mark Mao, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in further support of Plaintiffs' Rule 15(a) Motion for Leave to Amend Complaint.

3. Attached hereto as **Exhibit 34** is a true and correct copy of Google's Responses and Supplemental Responses to Interrogatory Nos. 12 and 15, which Google served on October 31, 2022.

4. Attached hereto as **Exhibit 35** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00203545. This document was produced on November 11, 2022.

5. Attached hereto as **Exhibit 36** are true and correct copies of excerpts from a document that Google produced in discovery labeled GOOG-RDGZ-00060716. This document was produced on October 22, 2021.

6. Attached hereto as **Exhibit 37** is a true and correct copy of Google's Fourth Supplemental Response to Interrogatory No. 1, which Google served on November 5, 2021.

7. Attached hereto as **Exhibit 38** are true and correct excerpts from the transcript of the October 25, 2022 deposition of Google employee Eric Miraglia.

8. Attached hereto as **Exhibit 39** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00203679. This document was produced on November 21, 2022.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of November, 2022, at San Francisco, California.

*/s/ Mark Mao*