Exhibit 34-39
to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

FILED UNDER SEAL