1  Mark C. Mao, CA Bar No. 236165
   Beko Reblitz-Richardson, CA Bar No. 238027
2  **BOIES SCHILLER FLEXNER LLP**
   44 Montgomery St., 41st Floor
3  San Francisco, CA 94104
   Tel.: (415) 293-6800
4  mmao@bsfllp.com
   brichardson@bsfllp.com
5
6  James Lee (admitted *pro hac vice*)
7  **BOIES SCHILLER FLEXNER LLP**
   100 SE 2nd St., 28th Floor
8  Miami, FL 33131
   Tel.: (305) 539-8400
9  jlee@bsfllp.com
10 Amanda K. Bonn, CA Bar No. 270891
11 **SUSMAN GODFREY L.L.P**
   1900 Avenue of the Stars, Suite 1400
12 Los Angeles, CA 90067
   Tel: (310) 789-3100
13 Fax: (310) 789-3150
   abonn@susmangodfrey.com
14
15 *Attorneys for Plaintiffs*

Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 238027
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

16
17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18

19 ANIBAL RODRIGUEZ, SAL
   CATALDO, JULIAN
20 SANTIAGO, and SUSAN LYNN
   HARVEY, individually and on behalf of all          Case No.:  3:20-cv-04688
21 others similarly situated,
                                                       **DECLARATION OF MARK MAO IN**
22              Plaintiffs,                            **SUPPORT OF PLAINTIFFS' MOTION**
                                                       **FOR RELIEF FROM CASE**
23                                                     **MANAGEMENT SCHEDULE**
    vs.
24                                                     The Honorable Richard Seeborg
25 GOOGLE LLC,

26              Defendant.

27
28

1       **DECLARATION OF MARK MAO**

2           I, Mark Mao, declare as follows:

3           1.      I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs

4    in this matter. I am an attorney at law duly licensed to practice before all courts of the State of

5    California. I have personal knowledge of the matters set forth herein and am competent to testify.

6           2.      I submit this Declaration in support of Plaintiffs' Rule 16(b) Motion for Relief from

7    Case Management Schedule.

8           3.      Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange

9    between Google's counsel (Lori Arakaki) and Plaintiffs' counsel (Alex Frawley and Ryan Sila)

10   concerning Google's production of documents relating to Google's WAA and sWAA disclosures,

11   with the last email dated December 13, 2022.

12          4.      Attached hereto as **Exhibit 2** is a true and correct copy of an email exchange

13   between Google's counsel (Eduardo Santacana) and Mr. Sila concerning Google's production of

14   documents responsive to Plaintiffs' Ninth Set of RFPs and other requests, with the last email dated

15   December 8, 2022.

16          5.      Attached hereto as **Exhibit 3** is a true and correct copy of an email exchange

17   between Mr. Santacana and Mr. Frawley concerning production of data from Google's logs, with

18   the last email dated December 21, 2022.

19          6.      Attached hereto as **Exhibit 4** is a true and correct copy of an email exchange

20   between Mr. Santacana and Mr. Frawley concerning Plaintiffs' proposed extension of the case

21   schedule, with the last email dated December 21, 2022.

22          7.      On November 1, 2022, Mr. Frawley sent to Google's counsel a request to query

23   Google's ▮▮▮▮ dashboard, which Google had previously agreed to produce. On December 8,

24   2022, Mr. Frawley asked Google's counsel when Plaintiffs can expect to receive the results of the

25   query. On December 13, 2022, Mr. Santacana responded that the results would be produced "[i]n

26   a few days." Google did not produce the results until December 20, 2022.

27

28                                              1

1    8.    On December 15, 2022, I took the deposition of Belinda Langner (Director of

2    Product, App Ads at Google), who Google designated as its 30(b)(6) witness to testify about

3    Google's use of app activity data for ad bidding, conversion tracking, and otherwise generating

4    revenue. Ms. Langner was unable to answer more than a dozen questions and testified that she

5    would have to follow up with answers. Google has not yet followed up with answers to these

6    questions.

7    9.    On December 8, 2022, Mr. Frawley emailed to Google's outside counsel a letter-

8    brief in which Plaintiffs move to compel production of documents withheld in connection with the

9    deposition of Belinda Langner. On December 20, 2022, Mr. Frawley asked Google when it

10    expected to complete its portion of the letter-brief. On December 21, 2022, Mr. Santacana

11    committed to completing Google's portion of the letter-brief "next week."

12    I declare under penalty of perjury under the laws of the United States of America that the

13    foregoing is true and correct.  Executed this 21st day of December, 2022, at San Francisco, California.

14    Dated: December 21, 2022                     Respectfully submitted,

15                                                By: /s/ Mark C. Mao

16                                                Mark C. Mao (CA Bar No. 236165)
                                                 mmao@bsfllp.com
17                                                BOIES SCHILLER FLEXNER LLP
                                                 44 Montgomery Street, 41st Floor
18                                                San Francisco, CA 94104
                                                 Telephone: (415) 293 6858
19                                                Facsimile (415) 999 9695

20

21

22

23

24

25

26

27

28
                                    2