# EXHIBITS 2-3
# FILED UNDER SEAL