Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs*

Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley
(admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas,
32nd Floor
New York, NY  10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (admitted *pro hac vice*)
Ra O. Amen (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>The Honorable Richard Seeborg |

1

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Rule 16 motion for relief from the case management schedule. The Court has "extensive flexibility" to modify deadlines, "whether the enlargement is sought before or after the actual termination of the allotted time." *Lujan v. Nat'l Wildlife Fed.*, 497 U.S. 871, 906 n.7 (1990) (quotation marks and citation omitted). Under Rule 16 of the Federal Rules of Civil Procedure, case schedules may be modified "for good cause and with the judge's consent." *Fishon v. Premier Nutrition Corp.*, 2022 WL 958378, *1 n.1 (N.D. Cal. Mar. 30, 2022) (Seeborg, J.) (quoting Fed. R. Civ. P. 16(b)(4)); *see also In re Cathode Ray Tube (CRT) Antitrust Litig.*, 2014 WL 5462496, at *3 (N.D. Cal. Oct. 23, 2014) (noting that scheduling orders may be modified for good cause and extending an extension of discovery to "permit document discovery and depositions to go forward"). Plaintiffs have shown good cause for their proposed extension.

The Court hereby **GRANTS** Plaintiffs' motion for relief and sets the following dates and deadlines for further proceedings:

| Event | Current Deadline (Dkt. 246) | Plaintiffs' Proposed Deadline |
|---|---|---|
| Initial Expert Witness Disclosures: | January 20, 2023 | March 20, 2023 |
| Rebuttal Expert Witness Disclosures: | May 1, 2023 | June 30, 2023 |
| Close of Expert Discovery: | June 2, 2023 | July 31, 2023 |
| Motion for Class Certification: | June 9, 2023 | August 7, 2023 |
| Opposition to Class Certification: | July 14, 2023 | September 11, 2023 |
| Reply in Support of Class Certification: | August 10, 2023 | October 9, 2023 |
| Hearing on Class Certification: | August 24, 2023 at 1:30 PM | TBD |

**IT IS SO ORDERED.**

DATED: _____     _____

Honorable Richard Seeborg
Chief United States District Judge