1 | **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.**
David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice)
333 Main Street | Shawn J. Rabin (admitted pro hac vice)
Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice)
Tel: (914) 749-8200 | Alexander Frawley (admitted pro hac vice)
dboies@bsfllp.com | 1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Mark C. Mao, CA Bar No. 236165 | Tel.: (212) 336-8330
Beko Reblitz-Richardson, CA Bar No. 238027 | bcarmody@susmangodfrey.com
Erika Nyborg-Burch, CA Bar No. 342125 | srabin@susmangodfrey.com
44 Montgomery St., 41st Floor | sshepard@susmangodfrey.com
San Francisco, CA 94104 | afrawley@susmangodfrey.com
Tel.: (415) 293-6800
mmao@bsfllp.com | Amanda K. Bonn, CA Bar No. 270891
brichardson@bsfllp.com | 1900 Avenue of the Stars, Suite 1400
enyborg-burch@bsfllp.com | Los Angeles, CA 90067
Tel.: (310) 789-3100
James Lee (admitted pro hac vice) | abonn@susmangodfrey.com
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor | **MORGAN & MORGAN**
Miami, FL 33131 | John A. Yanchunis (admitted pro hac vice)
Tel.: (305) 539-8400 | Ryan J. McGee (admitted pro hac vice)
jlee@bsfllp.com | 201 N. Franklin Street, 7th Floor
rbaeza@bsfllp.com | Tampa, FL 33602
Tel.: (813) 223-5505
Alison L. Anderson, CA Bar No. 275334 | jyanchunis@forthepeople.com
725 S Figueroa St., 31st Floor | rmcgee@forthepeople.com
Los Angeles, CA 90017
Tel.: (213) 995-5720 | Michael F. Ram, CA Bar No. 104805
alanderson@bsfllp.com | 711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br>   Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>**(CIVIL LOCAL RULE 6-3)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor |

Under Civil Local Rule 6-3(a), Plaintiffs respectfully move to shorten the time for the briefing schedule and hearing on Plaintiffs' Motion for Relief from the Case Management Schedule (Dkt. 279, "Motion"), filed on December 21, 2022.

Plaintiffs propose the following expedited schedule for deciding the Motion, where the deadlines that Plaintiffs seek to change will have passed by the hearing date for the Motion:

| Event | Current Deadline (Dkt. 246) | Plaintiffs' Proposed Deadline |
|---|---|---|
| Google's Opposition | January 4, 2023 | December 28, 2022 |
| Plaintiffs' Reply | January 11, 2023 | January 2, 2023 |
| Hearing | January 26, 2023 | January 5, 2023 |

Plaintiffs' five-page Motion seeks only to extend by two months the current deadline for the parties' opening expert reports, currently scheduled for January 20, 2023. Unless time is shortened for briefing this Motion, that deadline will come and go before the Motion is heard and decided. As explained in the Motion, Google has not yet provided discovery that it agreed to provide months ago, which Plaintiffs seek for those expert opening reports. Without the requested extension, Plaintiffs and their experts will be forced to conduct work over the holidays that will likely need to be substantially redone.

Plaintiffs sought to avoid burdening the Court with this Motion, asking Google for the short extension in light of the holidays and because of the outstanding discovery issues, but Google would not agree to any extension. Google has meanwhile informed Plaintiffs that it will not be able to provide agreed-upon discovery until at least January 2, 2023, as all Google employees are already out for the holidays. Dkt. 278-5; Mao Decl. Ex. 1. When Plaintiffs asked whether Google would at least stipulate to shortening the briefing schedule on Plaintiffs' Motion to allow for a ruling before the January 20 deadline, Google's counsel responded that "Google is on vacation" and refused to "bother them with this request" over the holiday period. Mao Decl. Ex. 1. Google's position, in other words: Holidays for me, but not for thee.

This Motion will not affect the case schedule.

There have been prior changes to the case schedule, including both by stipulation and by court order. *See* Dkts. 156, 180, 215, 246.

PLAINTIFFS' MOTION TO SHORTEN TIME                             CASE NO. 3:20-CV-04688

Dated: December 22, 2022

Respectfully submitted,

By: /s/ *Mark C. Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley
afrawley@susmangodfrey.com
Ryan Sila
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*