1  Mark C. Mao, CA Bar No. 236165           Bill Carmody (admitted *pro hac vice*)
   Beko Reblitz-Richardson, CA Bar No. 238027  Shawn J. Rabin (admitted *pro hac vice*)
2  **BOIES SCHILLER FLEXNER LLP**           Steven M. Shepard (admitted *pro hac vice*)
3  44 Montgomery St., 41st Floor            Alexander P. Frawley
   San Francisco, CA 94104                  (admitted *pro hac vice*)
4  Tel.: (415) 293-6800                     **SUSMAN GODFREY L.L.P.**
   mmao@bsfllp.com                          1301 Avenue of the Americas,
5  brichardson@bsfllp.com                   32nd Floor
                                            New York, NY  10019
6  James Lee (admitted *pro hac vice*)      Tel.: (212) 336-8330
7  **BOIES SCHILLER FLEXNER LLP**           bcarmody@susmangodfrey.com
   100 SE 2nd St., 28th Floor               srabin@susmangodfrey.com
8  Miami, FL 33131                          sshepard@susmangodfrey.com
   Tel.: (305) 539-8400                     afrawley@susmangodfrey.com
9  jlee@bsfllp.com
                                            John A. Yanchunis (admitted *pro hac vice*)
10 Amanda K. Bonn, CA Bar No. 270891        Ryan J. McGee (admitted *pro hac vice*)
11 **SUSMAN GODFREY L.L.P**                 Michael F. Ram, CA Bar No. 238027
   1900 Avenue of the Stars, Suite 1400     Ra O. Amen (admitted *pro hac vice*)
12 Los Angeles, CA 90067                    **MORGAN & MORGAN**
   Tel: (310) 789-3100                      201 N. Franklin Street, 7th Floor
13 Fax: (310) 789-3150                      Tampa, FL 33602
   abonn@susmangodfrey.com                  Tel.: (813) 223-5505
14                                          jyanchunis@forthepeople.com
15 *Attorneys for Plaintiffs*               rmcgee@forthepeople.com
                                            mram@forthepeople.com
16                                          ramen@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.:  3:20-cv-04688<br><br>**DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>The Honorable Richard Seeborg |

**DECLARATION OF MARK MAO**

I, Mark Mao, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Motion to Shorten Time under Civil Local Rule 6-3.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a December 21, 2022 email exchange between Plaintiffs' counsel (Alex Frawley and Ryan Sila) and Google's counsel (Eduardo Santacana) concerning the briefing schedule on Plaintiffs' motion for relief from the case management schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of December, 2022, at San Francisco, California.

Dated: December 22, 2022                    Respectfully submitted,

                                            By: /s/ Mark C. Mao

                                            Mark C. Mao (CA Bar No. 236165)
                                            mmao@bsfllp.com
                                            BOIES SCHILLER FLEXNER LLP
                                            44 Montgomery Street, 41st Floor
                                            San Francisco, CA 94104
                                            Telephone: (415) 293 6858
                                            Facsimile (415) 999 9695