# EXHIBIT 1

**From:** Santacana, Eduardo E.
**To:** Ryan Sila
**Cc:** Santacana, Eduardo E.; Alex Frawley; FIREBASE-WFGE; WAAGOOGLETEAM@lists.susmangodfrey.com
**Subject:** Re: Rodriguez v. Google: Case Schedule
**Date:** Wednesday, December 21, 2022 7:25:44 PM

EXTERNAL Email

Unfortunately, Google is on vacation and I'm not going to bother them with this request. So it's bah humbug for us all, I guess.

**Eduardo E. Santacana**
**Willkie Farr & Gallagher LLP**
One Front Street | San Francisco, CA 94111
Direct: +1 415 858 7421 | Fax: +1 415 858 7599
esantacana@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

On Dec 21, 2022, at 2:15 PM, Ryan Sila <RSila@susmangodfrey.com> wrote:

***** EXTERNAL EMAIL *****

Does Google stipulate to this schedule or not?

**From:** owner-waagoogleteam@lists.susmangodfrey.com <owner-waagoogleteam@lists.susmangodfrey.com> **On Behalf Of** Santacana, Eduardo E.
**Sent:** Wednesday, December 21, 2022 7:13 PM
**To:** Alex Frawley <AFrawley@susmangodfrey.com>
**Cc:** FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>; WAAGOOGLETEAM@lists.susmangodfrey.com
**Subject:** Re: Rodriguez v. Google: Case Schedule

EXTERNAL Email

You want to file a new motion that asks for the same schedule extension that your pending motion asks for? Over the holidays? Wouldn't your time be better spent getting your expert reports finished?

**Eduardo E. Santacana**
**Willkie Farr & Gallagher LLP**
One Front Street | San Francisco, CA 94111

Direct: +1 415 858 7421 | Fax: +1 415 858 7599
esantacana@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

> On Dec 21, 2022, at 1:56 PM, Alex Frawley <AFrawley@susmangodfrey.com> wrote:
>
> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Counsel,
>
> Plaintiffs will move to extend the deadline for the reasons we laid out. We will also move to shorten time on that motion. Here is the schedule we will seek. If you agree, we can do this by stipulation. Let us know. Otherwise, we will file the motion to shorten time at 10 am ET tomorrow.
>
> | Event | Standard Deadline | Plaintiffs' Requested Deadline |
> |---|---|---|
> | Google's Opposition | January 5, 2023 | December 28, 2022 |
> | Plaintiffs' Reply | January 12, 2023 | January 2, 2023 |
> | Hearing | January 26, 2023 | January 5, 2023 |
>
> **From:** Santacana, Eduardo E. <ESantacana@willkie.com>
> **Sent:** Wednesday, December 21, 2022 12:34 PM
> **To:** Alex Frawley <AFrawley@susmangodfrey.com>; FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>
> **Cc:** WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM
> **Subject:** RE: Rodriguez v. Google: Case Schedule
>
> EXTERNAL Email
> Counsel,
>
> We don't see a justification for extending the case schedule.
>
> We will have our portion of the brief to you next week.
>
> Thanks,
> Eduardo
>
> –

**Eduardo E. Santacana**
**Willkie Farr & Gallagher LLP**
One Front Street | San Francisco, CA 94111
Direct: +1 415 858 7421 | Fax: +1 415 858 7599
esantacana@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

On December 20, 2022 at 5:38:33 AM HST, Alex Frawley <AFrawley@susmangodfrey.com> wrote:

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

I am following up on this extension request, as well as the individual issues listed below.

Relatedly, when can we expect Google's portion of the letter brief about the documents Google withheld for Ms. Langner's deposition?

Best,
Alex

**From:** owner-waagoogleteam@lists.susmangodfrey.com <owner-waagoogleteam@lists.susmangodfrey.com> **On Behalf Of** Alex Frawley
**Sent:** Thursday, December 15, 2022 6:15 PM
**To:** Santacana, Eduardo E. <ESantacana@willkie.com>; FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>
**Cc:** WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM
**Subject:** Rodriguez v. Google: Case Schedule

EXTERNAL Email
Counsel,

We write to request an extension of the January 20 deadline for opening expert reports. We are asking for this extension as a courtesy in light of the holidays and also because of where things stand in terms of completing agreed upon discovery that is relevant for these expert reports. For example:

1. Google has not yet provided the results of our Dasle search query.
2. Google has not yet provided the agreed upon information relating to Plaintiffs' RFP Set 9 (*see* Ryan Sila's December 8

   follow-up email).
3. Google only yesterday permitted Plaintiffs to share with two experts the deposition transcripts for this case.
4. Google has not yet completed its supplemental productions and interrogatory responses relating to the WAA disclosures.
5. Google has not yet started the discussed data production process, even limited to the logs Google has identified and agreed to be in scope.

Given this work that still needs to be done, Plaintiffs request the following extended deadlines. Of course, if the Court grants some or all of Plaintiffs' pending motions, this request may become moot or there may be a need for another discussion about deadlines.

| **Action** | **Current Deadline (Dkt. 246)** | **Plaintiffs' Proposed Deadline** |
|---|---|---|
| Initial Expert Witness Disclosures: | January 20, 2023 | April 21, 2023 |
| Rebuttal Expert Witness Disclosures: | May 1, 2023 | July 31, 2023 |
| Close of Expert Discovery: | June 2, 2023 | September 1, 2023 |
| Motion for Class Certification: | June 9, 2023 | September 8, 2023 |
| Opposition to Class Certification: | July 14, 2023 | October 13, 2023 |
| Reply in Support of Class Certification: | August 10, 2023 | November 9, 2023 |
| Hearing on Class Certification: | August 24, 2023 at 1:30 PM | TBD |

**Alexander P. Frawley | Susman Godfrey LLP**
1301 Avenue of the Americas, 32nd Floor | New York, NY 10019
212.729.2044 (office) | 917.599.6613 (cell)
afrawley@susmangodfrey.com | www.susmangodfrey.com

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

> To unsubscribe from the WAAGOOGLETEAM list, click here

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the WAAGOOGLETEAM list, click here

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.