UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-04688-RS

**ORDER ON PLAINTIFFS' EMERGENCY MOTIONS FOR RELIEF FROM CASE SCHEDULE (DKTS. NO. 279 & 280)**

Unable to secure a stipulation to extend the deadline for submitting opening expert reports, Plaintiffs move once more for relief from the case management schedule, seeking extensions of one to two months on all deadlines related to expert witnesses and class certification. This is a necessity, Plaintiffs lament, born of Defendant's various discovery delinquencies, which make it challenging for Plaintiffs' experts to prepare their opening reports by the current January 20, 2023 deadline. Yet under the customary deadlines, Plaintiffs' eleventh hour motion would be heard on January 26, 2023, six days too late to be Plaintiffs' saving grace. Disgruntled with the reality they face, and determined to both repay Defendant and also gift the Court with the spirit of "Holidays for me, but not for thee," Dkt 280 at 2, Plaintiffs also filed their motion for an expedited schedule for deciding the motion, demanding that Defendant file its opposition in 6 days (on December 28, 2022), that Plaintiffs reply on January 2, 2023 (a Court holiday), and that the hearing occur on January 5, 2023.

Plaintiffs' demands are manifestly unreasonable, and the motion to shorten the time for the

briefing schedule and hearing is summarily denied. In the spirit of giving, however, the Court will extend the deadline for submitting opening expert reports by a month—to February 20, 2023—to both provide sufficient time for the Parties adequately to brief Plaintiffs' motion for relief from the case management schedule and preserve the current case schedule as much as possible. All other dates in the schedule are to remain unchanged.

**IT IS SO ORDERED**.

Dated: December 23, 2022

_____
RICHARD SEEBORG
Chief United States District Judge

ORDER ON PLAINTIFFS' EMERGENCY MOTIONS FOR RELIEF FROM
CASE SCHEDULE (DKTS. NO. 279 & 280)
CASE NO. 20-cv-04688-RS

2