1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated, | Case No. 3:20-CV-04688-RS |
| Plaintiff, | **ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF NO. 256)** |
| vs. | |
| GOOGLE LLC, | Judge:       Hon. Alex G. Tse |
| Defendant. | Courtroom:  A, 15th Floor |
| | Action Filed: 07/14/2020 |
| | Trial Date:    Not Yet Set |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Before the Court is Google's unopposed motion to remove the incorrectly filed document at ECF No. 256 from the public docket, on the ground that the document was filed without redacting sensitive business information.

Google's motion to remove is **GRANTED**.

**IT IS SO ORDERED.**

DATED: December 27, 2022

_____

Honorable Alex G. Tse
United States Magistrate Judge

ORDER GRANTING GOOGLE'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
(ECF NO. 256)
CASE NO. 3:20-CV-04688-RS