UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 20-cv-04688-RS (AGT)<br><br>**ORDER FOR SUPPLEMENTAL SUBMISSION**<br><br>Re: Dkt. No. 263 |

On or before January 3, 2023, plaintiffs shall file a complete copy of each of the following documents: Plaintiffs' Requests for Admission, Set One; Plaintiffs' Requests for Admission, Set Four; Plaintiffs' Interrogatories, Set Seven.

**IT IS SO ORDERED.**

Dated: December 27, 2022

ALEX G. TSE
United States Magistrate Judge