**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

*Counsel for Defendant
Google LLC*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>       vs.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively the "Parties," submit this joint stipulation.

WHEREAS, on December 21, 2022, Plaintiffs filed a Motion for Relief from the Case Management Schedule (the "Motion"), seeking to extend the deadlines for service of opening expert reports by two months (Dkt. 279);

WHEREAS, on December 23, 2022, the Court partially granted the Motion, extending the deadlines for service of opening expert reports by one month and maintaining the briefing schedule on Plaintiffs' request for a longer extension (Dkt. 282);

WHEREAS, under the existing schedule, Google must file any brief opposing the Motion on or before January 4, 2022; and

WHEREAS, to hopefully resolve the Motion and reduce the burden on the Court, the Parties are actively negotiating a schedule that would provide sufficient time to complete expert discovery while otherwise preserving the case schedule to the extent appropriate;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the following dates and deadlines should apply to the briefing on the Motion (if the Parties are unable to resolve the Motion by stipulation):

- Google's Opposition:   January 11, 2022
- Plaintiffs' Reply:   January 18, 2023
- Hearing on the Motion:   At the Court's discretion, but proposed for February 2, 2023 at 1:30 p.m.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: January 3, 2023　　　　　　　　　　　　WILLKIE FARR & GALLAGHER, LLP

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Eduardo E. Santacana
　　　　　　　　　　　　　　　　　　　　　　　　　Eduardo E. Santacana

1
STIPULATION EXTENDING BRIEFING ON PLAINTIFFS' MOTION FOR RELIEF FROM THE CASE MANAGEMENT SCHEDULE
Case No. 3:20-CV-04688-RS

|  |  |
|---|---|
|  | *Attorneys for Defendant Google LLC* |
| DATED: January 3, 2023 | By: /s/ Amanda Bonn |
|  | Amanda Bonn (CA Bar No. 270891) |
|  | *Attorneys for Plaintiffs* |

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: January 3, 2023                    SUSMAN GODFREY L.L.P.


                                          /s/ *Amanda Bonn*
                                          Amanda Bonn

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>　bhur@willkie.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>　sagnolucci@willkie.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>　esantacana@willkie.com<br>LORI C. ARAKAKI (SBN: 315119)<br>　larakaki@willkie.com<br>ARGEMIRA FLOREZ  (SBN: 331153 )<br>　aflorez@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 858-7400<br>Facsimile:  (415) 858-7599<br><br>Attorneys for Defendant<br>GOOGLE LLC | **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* |

[PROPOSED] ORDER EXTENDING BRIEFING ON PLAINTIFFS' MOTION FOR RELIEF FROM THE CASE MANAGEMENT SCHEDULE
Case No. 3:20-CV-04688-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER EXTENDING DISCOVERY, CLASS CERTIFICATION BRIEFING SCHEDULE, AND HEARING DATE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the deadlines for further briefing on Plaintiffs' Motion for Relief from the Case Management Schedule (Dkt. 279) are extended as follows:

- Google's Opposition:　　　　January 11, 2022
- Plaintiffs' Reply:　　　　　　January 18, 2023
- Hearing on the Motion:　　　At the Court's discretion, but proposed for February 2, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Richard Seeborg