UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 3:20-CV-04688-RS<br><br>**ORDER EXTENDING DISCOVERY, CLASS CERTIFICATION BRIEFING SCHEDULE, AND HEARING DATE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the deadlines for further briefing on Plaintiffs' Motion for Relief from the Case Management Schedule (Dkt. 279) are extended as follows:

- Google's Opposition:    January 11, 2022
- Plaintiffs' Reply:      January 18, 2023
- Hearing on the Motion:   At the Court's discretion, but proposed for February 2, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 5, 2023

_____
Honorable Richard Seeborg