UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 20-cv-04688-RS (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 250 |

Plaintiffs have asked Google to:

> 1. Identify and describe every Google dashboard, bit, field, or tracking tool that, at any point during the class period, (1) contained information related to the WAA status of any Google account, including aggregated statistics, or (2) tracked whether specific data was generated while WAA / sWAA was switched off. (RFPs 255, 266 and Rog 13)
>
> 2. Identify every data source or log that at any point during the class period contained WAA-off data or sWAA-off data, including a list of all field names and descriptions. (Rog 14)

Dkt. 250 at 2 (emphasis omitted).

These requests are overbroad. They cast a searchlight over all of Google, looking for any means Goggle used during the class period to track or store WAA-off data. WAA-off data is relevant to the extent Google received it through Firebase or AdMob. *See* Order, Dkt. 281 at 4-7; Fourth Amended Compl. ¶ 249. But plaintiffs' requests aren't tethered to those products.

If Google has information relating to Firebase or AdMob that is responsive to plaintiffs' requests, Google must identify it. Otherwise, Google need not respond further to plaintiffs' requests.

**IT IS SO ORDERED.**

Dated: January 5, 2023

ALEX G. TSE
United States Magistrate Judge