# Exhibit 35
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version

Message

---

**From:**      Elyse Bellamy (Google Slides) [comments-noreply@docs.google.com]
**Sent:**      8/13/2020 3:27:19 PM
**To:**        adebooij█████████████
**Subject:**   Pr███ Na██ Perspective (go/pr███ na██-perspective)

## Elyse Bellamy added comments to the following document



Pr███ Na██ Perspective (go/pr███ na██-perspective)

New                                                  Resolved

3 comments                                           1 comment

Comments

Many

Arne de Booij

█ohelyse████████████ made this a less definite statement

Elyse Bellamy
**New**

Thanks! Happy to evolve the version you drafted instead, though,

ReplyOpen

agreed

Arne de Booij

█ohelyse████████████ one can also 'not agree' - while this % is lower it is fair to say that understanding is probably equal for opting in or out

Elyse Bellamy
**New**

Indeed — my thought was less around the lower %, and more assuming that people who opt out feel more in control / understand the implications better, but that's probably a fallacy on my part!

Elyse Bellamy
**New**

*Marked as resolved*

ReplyOpen

We need a higher bar than "consent" Many users have trouble remembering what choice they made and often don't know what they agreed or disagreed to. This is influenced by Google being too complex to understand for users.

---

CONFIDENTIAL

Arne de Booij

█ohelyse█████████ based on comments above, tried to rewrite this a bit. LMKWYT

Elyse Bellamy

**New**

Makes sense! wondering whether this goes far enough beyond consent though, per your comment.

Worth calling out that many people don't feel they *have* genuine choice? IMO the two problems we face because WAA is so broad are A) people can't get their heads around what it collects / uses because the scope is vast and vague B) the all-or-nothing nature / lack of granular control means people don't feel they have genuine choice if they want to use Google. Does that align with what you're thinking?

Also, I'm realizing #1 and #2 on this slide are super similar, I'll fix.

ReplyOpen

# Resolved

## Comments

Successful permissions should be meaningful and memorable.

Arne de Booij

█ohelyse█████████ we can make these more memorable or meaningful but believe there is more than just consent we need to focus on

Elyse Bellamy

**New**

*Marked as resolved*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads.Change what Google Docs sends you.You can not reply to this email.

CONFIDENTIAL

GOOG-RDGZ-00203546