Exhibit 36
to Mao Declaration ISO
Plaintiffs' Motion for Leave to
Amend Complaint

Public Redacted Version



Speaker: Justyna

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00060716



Speaker: Justyna

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00060727



Spaeker: Justyna

Firebase provides a comprehensive set of tools and services for app developers (much more than just Analytics)
It aims to solve two key problems across the app lifecycle: Help developers build better apps, and increase user engagement

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-RDGZ-00060728



**Spaeker: Justyna**

We've seen steady and significant growth over the past years, with 2M+ active apps and significant adoption amongst top grossing apps

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-RDGZ-00060729



Spaeker: Justyna

Google Analytics is at the heart of Firebase Engagement Products.

Google Analytics is a tool to help publishers better understand their users so they can take action and further personalize user experience.

GA4F SDK implemented on Android or iOS app records each action that user performs in the app such as: app install, log into the app, making an in app purchase or clicking on an ad inside the app as an event.

These events are then used by other Firebase products like e.g. Predictions to provide insight into user behavior and ideas on how to engage them even closer.



Speaker: Amy

Redundant w/ 12 (keep one or the other)

As Justyna mentioned, Firebase's event collection and tracking allows publishers to understand what's happening in their apps and then adjust the user experience, and ads personalization, according.
For example, an app developer can define custom events, such as passing a specific level in a game, and then segment users and apply additional monetization logic to that dynamic user group.
These events form the foundation for use of Firebase's other products that help drive user engagement.



Speaker: Justyna

Add in value prop (clarify)

Speaker notes:

Firebase collaborates with our peers across many big Google teams to bring the best app development experiences to developers.

For example:
… our backend tools run on Google Cloud to give you virtually infinite on-demand scalability
… we partner with AdMob to help you design optimal rewarded ads experience for your users so you can monetize your app without churn risk
… thanks to our partnership with Ads, you'll maximize the return on your ads spend.

Key concepts:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-RDGZ-00060732