# Exhibit 38
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4    ANIBAL RODRIGUEZ, JULIEANNA

5    MUNIZ, ELIZA CAMBA, SAL CATALDO,

6    EMIR GOENAGA, JULIAN SANTIAGO,

7    HAROLD NYANJOM, KELLIE NYANJOM,

8    AND SUSAN LYNN HARVEY,

9    INDIVIDUALLY AND ON BEHALF OF ALL

10   OTHERS SIMILARLY SITUATED,

11         PLAINTIFFS,

12      vs.                    NO. 3:20-CV-04688

13   GOOGLE LLC,

14         DEFENDANT.

     _____/

15

16      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***

17

18       VIDEOTAPED DEPOSITION OF ERIC MIRAGLIA

19        *VIA REMOTE COUNSEL VIDEOCONFERENCE*

20          TUESDAY, OCTOBER 25, 2022

21               VOLUME I

22

23   STENOGRAPHICALLY REPORTED BY:

24   MEGAN F. ALVAREZ, RPR, CSR No. 12470

25   JOB NO. 5545552; PAGES 1 - 243

                              Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   ANIBAL RODRIGUEZ, JULIEANNA

 5   MUNIZ, ELIZA CAMBA, SAL CATALDO,

 6   EMIR GOENAGA, JULIAN SANTIAGO,

 7   HAROLD NYANJOM, KELLIE NYANJOM,

 8   AND SUSAN LYNN HARVEY,

 9   INDIVIDUALLY AND ON BEHALF OF ALL

10   OTHERS SIMILARLY SITUATED,

11          PLAINTIFFS,

12      vs.                      NO. 3:20-CV-04688

13   GOOGLE LLC,

14          DEFENDANT.

15   _____/

16

17          Videotaped Videoconference Deposition of

18   ERIC MIRAGLIA, Volume I, taken on behalf of Plaintiffs,

19   VIA REMOTE COUNSEL.  Deponent testifying from Durango,

20   Colorado, beginning at 9:02 a.m. and ending at 5:19 p.m.

21   Mountain Standard Time, on Tuesday, October 25, 2022,

22   before Megan F. Alvarez, RPR, Certified Shorthand

23   Reporter No. 12470.

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1     APPEARANCES: (ALL PARTIES APPEARING VIA VIDEOCONFERENCE)

2

3     FOR PLAINTIFFS:

4               BY:  ALEXANDER FRAWLEY, ESQ.

5               SUSMAN GODFREY LLP

6               1301 SIXTH AVENUE

7               NEW YORK, NEW YORK 10019

8               AFRAWLEY@SUSMANGODFREY.COM

9     AND

10              BY:  MARK MAO, ESQ.

11              BOIES SCHILLER FLEXNER LLP

12              44 MONTGOMERY STREET

13              41ST FLOOR

14              SAN FRANCISCO, CALIFORNIA 94104

15              415.392.6800

16              MMAO@BSFLLP.COM

17

18

19

20

21

22

23

24

25
```

Page  3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    APPEARANCES: (CONTINUED)

2

3    FOR DEFENDANT GOOGLE:

4              BY:  BENEDICT Y. HUR, ESQ.

5                  HARRIS MATEEN, ESQ.

6              WILLKIE FARR & GALLAGHER LLP

7              ONE FRONT STREET, 34TH FLOOR

8              SAN FRANCISCO, CALIFORNIA  94111

9              415.858.7407

10             BHUR@WILLKIE.COM

11             HMATEEN@WILLKIE.COM

12

13   ALSO PRESENT:

14             JOHN JANHUNEN, GOOGLE IN-HOUSE COUNSEL

15

16   THE VIDEO OPERATOR:

17             SEAN GRANT, VERITEXT

18

19

20

21

22

23

24

25

Page  4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                          INDEX

2    WITNESS                              EXAMINATION

3    ERIC MIRAGLIA

4    VOLUME I

5         BY MR. FRAWLEY                          19

6

7                      --o0o--

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page 5

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              EXHIBITS MARKED FOR IDENTIFICATION

2     No.               Description                  Page

3     Exhibit 99    E-mail dated 1/28/19 from Eric ......50

4                   Miraglia to David Monsees,

5                   Subject:  Go/n3:retention (...-

6                   In the interim, we still need WAA

7                   as..., Bates GOOG-RDGZ-00039338

8

9     Exhibit 100   E-mail dated 6/8/18 from Eric .......54

10                  Miraglia to Michael Segeritz,

11                  copying David Monsees, Jan-Philip

12                  Weber, Yurii Sushko, Subject:

13                  Re: sWAA significantly lower than

14                  other present opt-in UDC

15                  settings?, Bates

16                  GOOG-RDGZ-00145258 and 145259

17

18    Exhibit 101   E-mail string, topmost dated ........64

19                  10/22/16 from Eric Miraglia to

20                  Brad Bender, Branimir Dolicki,

21                  Jan-Philip Weber, copying Joshua

22                  Knox, Subject:  Re: probublica

23                  article on Na████ 2.0, Bates

24                  GOOG-RDGZ-00150004 and 150005

25
```

Page 6

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              EXHIBITS MARKED FOR IDENTIFICATION

2    No.              Description                    Page

3    Exhibit 102   E-mail string, topmost dated ........68

4                  3/8/16 from Wieland Holfelder to

5                  Rahul Roy-Chowdhury, copying

6                  Rachel Popkin, Elias Wald, Kay

7                  Chen, Darin Fisher, Tyler Odean,

8                  Sabine Borsay, Eric Miraglia,

9                  Subject:  Re: Na████ 2.0 Sundar

10                 review next week, Bates

11                 GOOG-RDGZ-00149573 through 149576

12

13   Exhibit 103   E-mail string, topmost dated ........76

14                 1/6/17 from Mahalia Miller to

15                 Debbie Blackwood, copying Eric

16                 Miraglia, Subject:  Re: Issue

17                 27172760: CB2: consider targeting

18                 some users with WAA off who never

19                 turned it off, with different

20                 consent text, Bates

21                 GOOG-RDGZ-00150067 through 150069

22

23

24

25

                                              Page  7
```

```
1                 EXHIBITS MARKED FOR IDENTIFICATION

2     No.               Description                     Page

3     Exhibit 104   Document entitled "Draft: ..........83

4                   Documenting consent bump for

5                   translators," Bates

6                   GOOG-RDGZ-00149527 through 149533

7

8     Exhibit 105   E-mail string, topmost dated .......101

9                   6/10/16 from Jens Mueller to

10                  Jonathan McFie copying Greg Fair,

11                  Adam Wos, David Warren, Eric

12                  Miraglia, Felipe Lora, Mahalia

13                  Miller, Sara Walsh,  Subject:

14                  Re:  Effect of flipping SWAA,

15                  Bates GOOG-RDGZ-00149701 and

16                  149702

17

18    Exhibit 106   E-mail string, topmost dated .......121

19                  10/11/19 from Dave Greenwood to

20                  Seb Grubb copying Greg Fair, Sam

21                  Heft-Luthy, Davis Treybig, Ryan

22                  Drake, Sagar Kamdar, Eric

23                  Miraglia, Liza Ma, Subject:  Re:

24                  Android Privacy Advisor, Bates

25                  GOOG-RDGZ-00013767 through 13772
```

Page 8

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              EXHIBITS MARKED FOR IDENTIFICATION

 2      No.             Description                    Page

 3      Exhibit 107   E-mail string, topmost dated .......125

 4                    11/29/18 from Giles Hogben to

 5                    Dave Kleidermacher, copying

 6                    Sammit Adhya, Bridget Brennan,

 7                    Eric Miraglia, Subject:  Re:

 8                    incognito, Bates

 9                    GOOG-RDGZ-00150939 through 150941

10

11      Exhibit 108   Document entitled "N2 Roadshow .....132

12                    Dec, Confidential, Spring 2016,"

13                    Bates GOOG-RDGZ-00149889 through

14                    149945

15

16      Exhibit 109   Document entitled "WIP Copy Deck ...137

17                    for N2 page 3, Transparency,"

18                    Bates GOOG-RDGZ-00149585 through

19                    149594

20

21      Exhibit 110   Document entitled "Search," Bates ..147

22                    GOOG-RDGZ-00150849 through 150896

23

24

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            EXHIBITS MARKED FOR IDENTIFICATION

 2    No.              Description                    Page

 3    Exhibit 111   Document entitled "Additional ......148

 4                  possible linkouts," Bates

 5                  GOOG-RDGZ-00149617 through 149630

 6

 7    Exhibit 112   E-mail string, topmost dated .......160

 8                  5/8/2020 from Dave Monsees to Sam

 9                  Heft-Luthy, Eric Miraglia,

10                  Suneeti Vakharia, Vlad Adzic,

11                  copying Micha Segeritz, Reed La

12                  Botz, Catherine Wu, Jessica Gan

13                  Lee, Irene Nyavor, Micah Laaker,

14                  Subject:  Re: Promoting retention

15                  setting in Privacy Checkup, Bates

16                  GOOG-RDGZ-00151485 through 151487

17

18    Exhibit 113   Document entitled "Overview," ......167

19                  Google Search Incognito, Bates

20                  GOOG-RDGZ-00151674 through 151679

21

22

23

24

25

                                          Page 10
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1           EXHIBITS MARKED FOR IDENTIFICATION

 2    No.              Description                  Page

 3    Exhibit 114   E-mail string, topmost dated .......170

 4                  3/14/17 from Kay Chen to Stephan

 5                  Micklitz, copying Eric Miraglia,

 6                  Martin Sramek, Dominic Battre,

 7                  Sabine Borsay, Leslie Liu,

 8                  Subject:  Re: sWAA and CCT, Bates

 9                  GOOG-RDGZ-00150083 through 150085

10

11    Exhibit 115   E-mail string, topmost dated .......175

12                  7/13/17 from Micha Segeritz to

13                  Eric Miraglia, copying Ayelet

14                  Benjamini, Greg Fair, Eric

15                  Hollingsworth, Vani Henderson,

16                  Chen Elkind, Ilan Caron, Subject:

17                  Re: UDC settings & Na███ to

18                  Magic Eye?, Bates

19                  GOOG-RDGZ-00150204 through 150209

20

21

22

23

24

25

                                      Page 11
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1           EXHIBITS MARKED FOR IDENTIFICATION

 2    No.             Description                  Page

 3    Exhibit 116   E-mail string, topmost dated .......177

 4                  5/23/17 from Yijian Bai to Emil

 5                  Ochotta, copying Eric Miraglia,

 6                  Jianjun Qiu, Xiaonan Zhang, Yibo

 7                  Chen, Gary Sun, Chen Liu, Yihong

 8                  Zhou, Eric Hollingsworth,

 9                  Subject:  Re: N2 consent bump

10                  percentage, Bates

11                  GOOG-RDGZ-00150195 through 150197

12

13    Exhibit 117   E-mail dated 7/25/18 from Matt .....185

14                  Holden to Shashidhar Thakur, Sam

15                  Heft-Luthy, Eric Miraglia,

16                  Stephanie Friedman, Walt

17                  Drummond, David Warren, et al.,

18                  copying Jen Teixeira, Meredith

19                  Hoffer, Sergio Civetta, Crystal

20                  Dahlen, Subject: Notes: Privacy

21                  Advisor in Search [Product

22                  Review] - July 24, 2018, Bates

23                  GOOG-RDGZ-00116861 through 116866

24

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1           EXHIBITS MARKED FOR IDENTIFICATION

 2    No.              Description                    Page

 3    Exhibit 118   E-mail string, topmost dated .......189

 4                  8/14/18 from Flavia Sekles to

 5                  David Monsees, copying Marlo

 6                  McGriff, Ali Lange, Aaron Stein,

 7                  Eric Miraglia, Milana McCullagh,

 8                  Jack Menzel, Subject:  Re: AP

 9                  Story on Location, Bates

10                  GOOG-RDGZ-00020740 through 20742

11

12    Exhibit 119   Document entitled "PC 28 ..........192

13                  Replacement Study Q1 2020," Bates

14                  GOOG-RDGZ-00118261 through 118266

15

16    Exhibit 120   E-mail string, topmost dated .......195

17                  7/20/2020 from Chris Ruemmler to

18                  David Monsees, copying Othar

19                  Hansson, Eric Miraglia, Greg

20                  Fair, Maya Grabovac, Subject:

21                  Re: My Activity

22                  Support/Viability, Bates

23                  GOOG-RDGZ-00043816 through 43818

24

25

                                          Page 13
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              EXHIBITS MARKED FOR IDENTIFICATION

 2      No.              Description              Page

 3      Exhibit 121   Translation document, "Some new ....202

 4                    features for your Google

 5                    Account," Bates

 6                    GOOG-RDGZ-00149595 through 149602

 7

 8      Exhibit 122   Translation document, "Some new ....205

 9                    features for your Google

10                    Account," Bates

11                    GOOG-RDGZ-00149603 through 149606

12

13      Exhibit 123   Document entitled "Retention .......210

14                    Controls Comprehension," Bates

15                    GOOG-RDGZ-00151992 through 152040

16

17

18

19

20

21

22

23

24

25
```

Page 14

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1           EXHIBITS MARKED FOR IDENTIFICATION

 2    No.              Description              Page

 3    Exhibit 124   E-mail dated 6/9/2020 from Kevin ...219

 4                  Luu to Bryan Horling, Divya

 5                  Sharma, Maxwell Mosley, Anand

 6                  Degwekar, Matt Harren, Dave

 7                  Monsees, Thomas Roessler,

 8                  Philippe de Lurand Pierre-Paul,

 9                  copying Eric Miraglia, Subject:

10                  [Updates] WAA-off Logging

11                  Changes: Modifying Gaia ID in

12                  WAA-off logs to prevents

13                  unintentional personalization,

14                  Bates GOOG-RDGZ-00151524 through

15                  151526

16

17    Exhibit 125   Document entitled "UDC Web .........226

18                  Settings revamp," Bates

19                  GOOG-RDGZ-00178539 through 178541

20

21    Exhibit 126   Document entitled "PDPO Do█████ ....234

22                  Summit," Bates GOOG-RDGZ-00150449

23                  through 150568

24

25
```

Page 15

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

2                                              Page   Line

                                               No.    No.

3    Q.   All right.  Mr. Miraglia, do you .....225    19

4         recall before the break I asked you

5         whether you're aware of any

6         regulator inquiries into WAA?

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                         Page 16

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                TUESDAY, OCTOBER 25, 2022

 2                  9:02 A.M. (M.S.T.)

 3

 4                      --o0o--

 5

 6          THE VIDEO OPERATOR:  Good morning.  We're      09:02:29

 7   going on the record at 9:02 a.m., and the date is    09:02:30

 8   October 25, 2022.                                     09:02:33

 9          Please note that this deposition is being      09:02:37

10   conducted virtually.  Quality of recording depends   09:02:38

11   on the quality of camera and Internet connection of  09:02:42

12   participants.  What is seen from the witness and     09:02:45

13   heard on screen is what will be recorded.             09:02:48

14          Audio and video recording will continue to    09:02:51

15   take place unless all parties agree to go off the    09:02:53

16   record.                                               09:02:56

17          This is Media Unit Number 1 of the             09:02:57

18   video-recorded deposition of Eric Miraglia taken by  09:02:58

19   counsel for plaintiff in the matter of                09:03:01

20   Anibal Rodriguez, et al. vs. Google LLC, filed in    09:03:03

21   the United States District Court, Northern District  09:03:07

22   of California, san Francisco, Case                    09:03:10

23   Number 3:20-CV-04688, and is being conducted         09:03:12

24   remotely using virtual technology.                    09:03:20

25          My name is Sean Grant from the firm of        09:03:23
```

Page 17

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Veritext.  I'm the videographer. | 09:03:26 |
| 2 | The court reporter is Megan Alvarez, also | 09:03:28 |
| 3 | from Veritext. | 09:03:29 |
| 4 | I am not related to any party in this | 09:03:30 |
| 5 | action, nor am I financially interested in the | 09:03:32 |
| 6 | outcome. | 09:03:35 |
| 7 | If there are objections to proceeding, | 09:03:36 |
| 8 | please state them at the time of your appearance. | 09:03:37 |
| 9 | Counsel and all present, including | 09:03:40 |
| 10 | remotely, will now state their appearance and | 09:03:41 |
| 11 | affiliation for the record beginning with the | 09:03:43 |
| 12 | noticing attorney. | 09:03:46 |
| 13 | MR. FRAWLEY:  Good morning.  Alexander | 09:03:50 |
| 14 | Frawley from Susman Godfrey for the plaintiffs. | 09:03:53 |
| 15 | With me is my colleague Mark Mao from the | 09:03:55 |
| 16 | law firm of Boies Schiller Flexner. | 09:03:59 |
| 17 | MR. HUR:  Good morning.  Ben Hur from | 09:04:01 |
| 18 | Willkie Farr & Gallagher for defendant Google. | 09:04:02 |
| 19 | I'm here with my client, John Janhunen, | 09:04:05 |
| 20 | from Google, and my colleague, Harris Mateen. | 09:04:07 |
| 21 | And, of course, also for the witness, | 09:04:11 |
| 22 | Eric Miraglia. | 09:04:12 |
| 23 | THE VIDEO OPERATOR:  Thank you. | 09:04:18 |
| 24 | Will the certified court reporter please | 09:04:18 |
| 25 | swear the witness. | 09:04:19 |

Page 18

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | | 09:04:19 |
| 2 | ERIC MIRAGLIA, | 09:04:19 |
| 3 | called as a witness by the Plaintiffs, having | 09:04:19 |
| 4 | been first duly sworn, was examined and | 09:04:19 |
| 5 | testified as follows: | 09:04:41 |
| 6 | | 09:04:41 |
| 7 | --oOo-- | 09:04:41 |
| 8 | EXAMINATION | |
| 9 | BY MR. FRAWLEY: | 09:04:41 |
| 10 | Q.   Good morning, Mr. Miraglia. | 09:04:42 |
| 11 | A.   Good morning. | 09:04:44 |
| 12 | Q.   Could you please state your name for the | 09:04:46 |
| 13 | record? | 09:04:47 |
| 14 | A.   Eric Miraglia. | 09:04:49 |
| 15 | Q.   And, Mr. Miraglia, have you testified | 09:04:50 |
| 16 | before? | 09:04:52 |
| 17 | A.   No. | 09:04:54 |
| 18 | Q.   And do you -- do you understand that you | 09:04:57 |
| 19 | are under oath today? | 09:04:58 |
| 20 | A.   I do. | 09:05:00 |
| 21 | Q.   Is there any reason why you cannot testify | 09:05:02 |
| 22 | truthfully today? | 09:05:06 |
| 23 | A.   No. | 09:05:07 |
| 24 | Q.   And throughout today's deposition, if any | 09:05:12 |
| 25 | of my questions are unclear, would you please let me | 09:05:13 |

Page 19

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              MR. HUR:  Alex, we've been going about an        11:15:24

 2    hour.  Do you want to take a break now?  Do you want       11:15:26

 3    o finish another -- one more exhibit?                      11:15:27

 4              MR. FRAWLEY:  What would you like to do,         11:15:31

 5    Mr. Miraglia?  Totally up to you.                          11:15:32

 6              THE WITNESS:  I'm totally good to proceed.       11:15:36

 7    Whatever everybody wants to do.                            11:15:39

 8              MR. FRAWLEY:  Okay.  I'll do one more            11:15:41

 9    document then, and then we can take a break.               11:15:43

10              Does that sound good to you, Mr. Miraglia?       11:15:46

11              THE WITNESS:  Yes.                               11:15:48

12              (Whereupon Exhibit 105 was marked for           01:06:31

13               identification.)                                01:06:31

14    BY MR. FRAWLEY:                                            11:15:49

15         Q.   Okay.  So I just introduced an exhibit.  I       11:15:49

16    forgot to put the stamps.  We'll fix that later.          11:16:10

17    But please let me know when you have the unstamped         11:16:13

18    exhibit in front of you.                                   11:16:16

19         A.   I see the -- the document.  I'm going to         11:16:34

20    review it now.                                             11:16:34

21              (Witness reviewing document.)                    11:16:35

22    BY MR. FRAWLEY:                                            11:16:35

23         Q.   Okay.  And, for the record, this will be         11:16:35

24    eventually be stamped Exhibit 105, Bates Number            11:16:36

25    GOOG-RDGZ-00149701.                                        11:16:40
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.    Okay.  Thank you. | 11:18:01 |
| 2 | Q.    Sure. | 11:18:02 |
| 3 |       I don't know if I'm going to pronounce the | 11:18:05 |
| 4 | name right, but you see the e-mail is from | 11:18:07 |
| 5 | Jens Miller -- Mueller? | 11:18:10 |
| 6 | A.    Jens Mueller. | 11:18:11 |
| 7 | Q.    Jens Mueller. | 11:18:13 |
| 8 |       Okay.  Who is Jens Mueller? | 11:18:13 |
| 9 | A.    Jens was an engineer on the team working | 11:18:18 |
| 10 | on consent bump. | 11:18:23 |
| 11 | Q.    Who is Jonathan McPhie? | 11:18:25 |
| 12 | A.    Jonathan McPhie in 2016 was a product | 11:18:32 |
| 13 | manager.  I don't recall whether he reported to me, | 11:18:43 |
| 14 | but he was working on this project with us. | 11:18:46 |
| 15 | Q.    Which project you're referring to that he | 11:18:54 |
| 16 | was working on with you? | 11:18:57 |
| 17 | A.    Na███ 2.0. | 11:18:58 |
| 18 | Q.    I think you might have mentioned him | 11:19:02 |
| 19 | before, but maybe you can tell me again. | 11:19:04 |
| 20 |       Who is Greg Fair? | 11:19:06 |
| 21 | A.    Greg Fair in 2016 was a product manager on | 11:19:12 |
| 22 | my team. | 11:19:14 |
| 23 | Q.    And do you see the bottom e-mail in the | 11:19:15 |
| 24 | document, so the first e-mail, was an e-mail from | 11:19:24 |
| 25 | Ian -- sorry -- Jens Mueller? | 11:19:27 |

Page 102

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        A.   I do.                                    11:19:31

2        Q.   And do you see where -- is that he?  Is  11:19:36

3   that right, he?                                    11:19:40

4        A.   He.                                      11:19:41

5        Q.   Do you see where he wrote:  "When a user 11:19:42

6   accepts CB2, we're enabling sWAA"?                 11:19:44

7        A.   Yes.                                      11:19:54

8        Q.   And then do you see on the next page where 11:19:54

9   he wrote:  "I claim enabling sWAA means we collect 11:19:56

10  more data, Chrome history data, for example"?      11:20:01

11        Do you see that?                             11:20:04

12       A.   I do.                                    11:20:06

13       Q.   And then do you see where he asks:  "Is  11:20:07

14  this correct?"                                     11:20:09

15       A.   I do.                                    11:20:12

16       Q.   And then do you see where he goes on:  "I 11:20:13

17  am confused by David's comments here," and then    11:20:15

18  there's a hyperlink?                               11:20:17

19       A.   I do.                                    11:20:20

20       Q.   And then do you see where he continues:  11:20:21

21  "He is saying we are not collecting new types of   11:20:23

22  data"?                                             11:20:26

23       A.   I see that, yes.                         11:20:29

24       Q.   Now, can you turn to the first page?     11:20:33

25        And do you see the e-mail in the middle of   11:20:39
```

Page 103

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the page, Thursday, June 9, 2016, from Greg Fair? | 11:20:42 |
| 2 | A.   I do. | 11:20:48 |
| 3 | Q.   And -- oh, I'm sorry.  While we are on the | 11:20:51 |
| 4 | other page, I should have asked you:  If you know, | 11:20:54 |
| 5 | is that David Monsees when he's referring to | 11:20:56 |
| 6 | "David's comment"? | 11:21:01 |
| 7 | MR. HUR:  Objection.  Calls for | 11:21:03 |
| 8 | speculation. | 11:21:03 |
| 9 | THE WITNESS:  I don't know for sure, no. | 11:21:13 |
| 10 | BY MR. FRAWLEY: | 11:21:15 |
| 11 | Q.   Do you recall any other Davids who would | 11:21:16 |
| 12 | have been working on this project? | 11:21:19 |
| 13 | A.   I do. | 11:21:22 |
| 14 | Q.   Okay.  Which other Davids? | 11:21:23 |
| 15 | A.   David Warren was the lead writer for -- | 11:21:30 |
| 16 | Q.   Now -- sorry.  Now we can go back to that | 11:21:38 |
| 17 | Greg Fair e-mail that I was just asking -- about to | 11:21:40 |
| 18 | ask about a moment ago. | 11:21:42 |
| 19 | So Thursday, June 9, 2016, 9:59 a.m., | 11:21:42 |
| 20 | Greg Fair. | 11:21:46 |
| 21 | Do you see that e-mail? | 11:21:48 |
| 22 | A.   I do. | 11:21:48 |
| 23 | Q.   Do you see where he wrote:  "I believe | 11:21:49 |
| 24 | this semantic difference here is that there are | 11:21:51 |
| 25 | different definitions of 'collect.'  Jens, you are | 11:21:53 |

Page 104

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | saying that 'collect' equals 'associate directly | 11:21:58 |
| 2 | with your GAIA and durably store in footprints.'" | 11:22:01 |
| 3 |      Do you see that? | 11:22:06 |
| 4 | A.  I do. | 11:22:06 |
| 5 | Q.  And then do you see where you wrote:  "The | 11:22:07 |
| 6 | data sources pulled into sWAA, however, are all | 11:22:10 |
| 7 | 'collected' one way or another already, whether it | 11:22:12 |
| 8 | be via Chrome Sync or ads, cookies/profiles or | 11:22:17 |
| 9 | on-device local storage." | 11:22:22 |
| 10 |      Do you see that? | 11:22:25 |
| 11 | A.  I do. | 11:22:26 |
| 12 | Q.  And then if you go up in the e-mail, do | 11:22:30 |
| 13 | you see there's an e-mail from Jonathan McPhie? | 11:22:32 |
| 14 | A.  I do. | 11:22:37 |
| 15 | Q.  And do you see where he wrote:  "+1 to | 11:22:40 |
| 16 | what Greg said.  Our definition of 'collect' is more | 11:22:42 |
| 17 | like 'stored' and can apply to things like local | 11:22:46 |
| 18 | Chrome history storage or storage of activity | 11:22:50 |
| 19 | against a pseudonymous identifier.  From that | 11:22:53 |
| 20 | perspective, sWAA and CB2 is more about moving data | 11:22:59 |
| 21 | around and not about 'collecting' more data." | 11:23:03 |
| 22 |      Do you see that? | 11:23:08 |
| 23 | A.  I do. | 11:23:08 |
| 24 | Q.  Do you agree with the statements that | 11:23:09 |
| 25 | Mr. McPhie expressed in this particular e-mail? | 11:23:11 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. HUR:  Objection.  Compound.  Vague. | 11:23:15 |
| 2 | Foundation. | 11:23:19 |
| 3 | THE WITNESS:  Alex, you're referring | 11:23:33 |
| 4 | specifically to the Jonathan McPhie 7:06 p.m., | 11:23:35 |
| 5 | June 9th e-mail? | 11:23:40 |
| 6 | BY MR. FRAWLEY: | 11:23:42 |
| 7 | Q.   Yes, exactly. | 11:23:42 |
| 8 | A.   Yes, I agree with -- I agree with that. | 11:24:03 |
| 9 | Q.   Can you tell me, what is a pseudonymous | 11:24:16 |
| 10 | identifier? | 11:24:25 |
| 11 | A.   A pseudonymous identifier -- and I'm going | 11:24:25 |
| 12 | to speak to you not as an engineer but as a product | 11:24:35 |
| 13 | manager context -- is at least semi-stable | 11:24:39 |
| 14 | identifier that can be used to link activity in a | 11:24:42 |
| 15 | session of some duration. | 11:24:47 |
| 16 | Q.   Is pseudonymous different from anonymous? | 11:24:53 |
| 17 | MR. HUR:  Objection.  Calls for | 11:25:02 |
| 18 | speculation.  Lacks foundation. | 11:25:02 |
| 19 | THE WITNESS:  I would just share with you | 11:25:06 |
| 20 | my understanding.  We're talking about technical | 11:25:09 |
| 21 | terms, and some of them have very different | 11:25:11 |
| 22 | contexts, have very specific definitions. | 11:25:13 |
| 23 | But, generally speaking, we would use | 11:25:18 |
| 24 | "anonymous" to refer to data that cannot be tied to | 11:25:21 |
| 25 | a data subject whereas pseudonymous data, in some | 11:25:29 |

Page 106

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | cases, may be. | 11:25:36 |
| 2 | BY MR. FRAWLEY: | 11:25:37 |
| 3 | Q.   How might, in some cases, pseudonymous | 11:25:37 |
| 4 | data be tied to a subject? | 11:25:41 |
| 5 | MR. HUR:  Objection.  Foundation.  Calls | 11:25:44 |
| 6 | for speculation. | 11:25:45 |
| 7 | THE WITNESS:  Pseudonymous data doesn't -- | 11:25:59 |
| 8 | again, at a very high level, very high level of | 11:25:59 |
| 9 | understanding for me.  Pseudonymity is usually -- | 11:26:02 |
| 10 | usually referring to data that has not been | 11:26:07 |
| 11 | mathematically anonymized.  And so there's always at | 11:26:10 |
| 12 | least the hypothetical possibility of | 11:26:14 |
| 13 | reidentification. | 11:26:25 |
| 14 | BY MR. FRAWLEY: | 11:26:26 |
| 15 | Q.   If you know, when sWAA is off, would | 11:26:27 |
| 16 | Google store that data with pseudonymous | 11:26:32 |
| 17 | identifiers? | 11:26:35 |
| 18 | MR. HUR:  Objection.  Lacks foundation. | 11:26:39 |
| 19 | Vague. | 11:26:39 |
| 20 | THE WITNESS:  Alex, at the very least, I | 11:26:48 |
| 21 | would have to say that it depends.  And let me give | 11:26:53 |
| 22 | you one example. | 11:26:58 |
| 23 | Chrome -- Chrome Sync data would be stored | 11:27:01 |
| 24 | to GAIA even if sWAA was off.  SWAA would then just | 11:27:06 |
| 25 | control the use of that data, if that makes sense. | 11:27:13 |

Page 107

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. FRAWLEY: | 11:27:16 |
| 2 | Q.   And how does sWAA exactly control how the | 11:27:48 |
| 3 | data is used? | 11:27:52 |
| 4 | MR. HUR:  Objection.  Vague.  Foundation. | 11:27:54 |
| 5 | THE WITNESS:  If I have Chrome Sync turned | 11:28:06 |
| 6 | on -- let me qualify and just say a high-level | 11:28:09 |
| 7 | understanding evolves over time as Chrome evolves. | 11:28:12 |
| 8 | I'm giving you my -- my understanding sitting here. | 11:28:16 |
| 9 | Chrome Sync allows me to sync bookmarks | 11:28:19 |
| 10 | and history across different instances of Chrome, so | 11:28:22 |
| 11 | Chrome on my phone, Chrome on my laptop. | 11:28:26 |
| 12 | If sWAA is off, that data stays with | 11:28:31 |
| 13 | Chrome in terms of the way it's stored against my | 11:28:34 |
| 14 | GAIA.  Supplemental Web & App Activity would allow, | 11:28:38 |
| 15 | for example, discover feed and search to use that | 11:28:41 |
| 16 | data to give me a better discover feed. | 11:28:44 |
| 17 | BY MR. FRAWLEY: | 11:28:52 |
| 18 | Q.   Do you recall testifying earlier that a | 11:28:53 |
| 19 | pseudonymous identifier can be used to link activity | 11:28:56 |
| 20 | in a session of some duration? | 11:28:57 |
| 21 | A.   Yes. | 11:29:00 |
| 22 | Q.   So does linking activity have anything to | 11:29:04 |
| 23 | do with conversions? | 11:29:08 |
| 24 | MR. HUR:  Objection.  Vague.  Foundation. | 11:29:11 |
| 25 | Calls for speculation. | 11:29:12 |

Page 108