# Exhibit 2
# to Declaration of Mark Mao in Support of Plaintiffs' Motion for Relief from Case Management Schedule

# Public Redacted Version

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3
4    ANIBAL RODRIGUEZ, JULIEANNA            )
     MUNIZ, ELIZA CAMBAY, SAL               ) Case No.:
5    CATALDO, EMIR GOENAGA, JULIAN          ) 3:20-cv-04688
     SANTIAGO, HAROLD NYANJOM, KELLIE       )
6    NYANJOM, and SUSAN LYNN HARVEY,        )
     individually and on behalf of all      )
7    others similarly situated,             )
                                            )
8               Plaintiffs,                 )
          vs.                               )
9                                           )
     GOOGLE LLC,                            )
10                                          )
                Defendant.                  )
11   ------------------------------------)
12
13
14      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15              REMOTE PROCEEDINGS OF THE
16          VIDEOTAPED DEPOSITION OF GREG FAIR
17                MONDAY, OCTOBER 3, 2022
18
19
20
21
22
23   REPORTED BY NANCY J. MARTIN
24   CSR. NO. 9504, RMR, RPR
25   PAGES 1-256
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4    ANIBAL RODRIGUEZ, JULIEANNA          )
      MUNIZ, ELIZA CAMBAY, SAL             ) Case No.:
 5    CATALDO, EMIR GOENAGA, JULIAN        ) 3:20-cv-04688
      SANTIAGO, HAROLD NYANJOM, KELLIE     )
 6    NYANJOM, and SUSAN LYNN HARVEY,      )
      individually and on behalf of all    )
 7    others similarly situated,           )
                                           )
 8                Plaintiffs,              )
           vs.                             )
 9                                         )
      GOOGLE LLC,                          )
10                                         )
                  Defendant.               )
11    -------------------------------------)
12
13
14      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15
16
17                        - - -
18              MONDAY, OCTOBER 3, 2022
19                        - - -
20
21       Remote Videotaped Deposition of GREG FAIR,
22    beginning at 8:37 a.m., before Nancy J. Martin, a
23    Registered Merit Reporter, Certified Shorthand
24    Reporter.  All parties appeared remotely.
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    A P P E A R A N C E S :
 2
 3    RYAN MCGEE, ESQ.
      MORGAN & MORGAN
 4    201 North Franklin Street
      7th Floor
 5    Tampa, Florida 33602
      (813) 223-0931
 6    rmcgee@forthepeople.com
      Counsel for Plaintiff
 7
 8
 9    EDUARDO E. SANTACANA, ESQ.
      HARRIS MATEEN, ESQ.
10    WILLKIE FARR & GALLAGHER LLP
      One Front Street
11    34th Floor
      San Francisco, California   94111
12    ESantacana@willkie.com
      Counsel for Defendant Google
13
14
15    ALSO PRESENT:
16    JOHN JANHUNEN, GOOGLE IN-HOUSE COUNSEL
17    SEAN GRANT, LEGAL VIDEOGRAPHER
18
19
20
21
22
23
24
25
```

```
 1                          I N D E X
 2
         TESTIMONY OF GREG FAIR                          PAGE
 3
         BY MR. McGEE                                     8
 4
 5                        E X H I B I T S
 6    NUMBER                 DESCRIPTION                 PAGE
 7    Exhibit 82      LinkedIn Profile, 1 page            16
 8    Exhibit 83      Google "How to take data            75
                      with you," 1 page
 9
      Exhibit 84      E-mail string,                     120
10                    GOOG-RDGZ-00156520, 6 pages
11    Exhibit 85      Google Analytics and Google        145
                      Analytics for Firebase on
12                    Alphabet Properties Policy,
                      8 pages
13
      Exhibit 86      E-mail string,                     153
14                    GOOG-RDGZ-00156004,
                      2 pages
15
      Exhibit 87      E-mail string,                     157
16                    GOOG-RDGZ-00157467,
                      6 pages
17
      Exhibit 88      E-mail string,                     167
18                    GOOG-RDGZ-00157500,
                      2 pages
19
      Exhibit 89      E-mail string,                     174
20                    GOOG-RDGZ-00127984,
                      5 pages
21
      Exhibit 90      Retention Controls                 183
22                    Comprehension,
                      GOOG-RDGZ-00151992,
23                    49 pages
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                     E X H I B I T S
 2      NUMBER              DESCRIPTION                PAGE
 3      Exhibit 91          E-mail string,             201
                            GOOG-RDGZ-00159759,
 4                          2 pages
 5      Exhibit 92          E-mail, GOOG-RDGZ-00157104, 204
                            1 page
 6
        Exhibit 93          E-mail, GOOG-RDGZ-00157962, 207
 7                          7 pages
 8      Exhibit 94          PDPO Staples v1:  Privacy  216
                            Products, October 13, 2020,
 9                          20 pages
10      Exhibit 95          GAIA:  Na███ 3 Auth,       225
                            GOOG-RDGZ-00128875,
11                          4 pages
12      Exhibit 96          E-mail string,             228
                            GOOG-RDGZ-00150204,
13                          6 pages
14      Exhibit 97          PPR Product Meeting 11 Sept 237
                            2017, GOOG-RDGZ-00150280,
15                          4 pages
16      Exhibit 98          User Attributes Owned by   242
                            IdAM, GOOG-RDGZ-00188356,
17                          8 pages
18
19
20
21
22
23
24
25
```

```
 1     that are specific in the identity space.
 2         Q.  What is the "IdAM team"?  What does that
 3     stand for?
 4         A.  I can't remember.  It's one of the UX teams.
 5         Q.  Mr. Fair, during your time at Google, are you
 6     familiar with whether Google conducted any analysis of
 7     revenue impacts for users who turned off WAA?  Do you
 8     know if Google did that, and are you familiar with any
 9     studies or analyses?
10         A.  Yes, I am.
11         Q.  And could you tell me more about that?
12         A.  During my time at Google, some of the
13     analysis that was done was trying to look at the
14     revenue impacts of certain privacy settings.
15         Q.  And one of those was WAA?
16         A.  I believe so.
17         Q.  Do you recall who was involved with that
18     analysis?
19         A.  The work that was done on this was primarily
20     driven by the product manager I mentioned earlier, who
21     was running consent.  He was the lead on that, and the
22     analytics lead that we primarily worked through was
23     our analytics lead.  It was kind of -- obviously that
24     data, if it were easy to get to, it would just be
25     there.  There was work to be done to try and attempt
```

1    to just estimate what it might be.  So it wasn't just
2    available to those people.
3         Q.  Who was the analytics lead that was working
4    on this?
5         A.  Micha Segeritz.
6         Q.  Can you spell that, please.
7         A.  M-i-c-h-a, S-e-g-e-r-i-t-z.
8         Q.  And then if you could just remind me of the
9    PM.
10        A.  Suneeti Vakharia.  Suneeti Vakharia.
11        Q.  Do you know if Suneeti Vakharia still works
12   with Google?
13        A.  I believe she does.
14        Q.  And do you know if Micha Segeritz still works
15   at Google?
16        A.  I don't believe, but I would imagine I would
17   have heard if he weren't still there.
18        Q.  And do you know when this revenue impact
19   analysis or study would have been conducted?
20        A.  It wasn't as straightforward as a revenue
21   impact study.  It was a kind of series of questions
22   and explorations about how and whether that might be
23   data that is possible to even be gotten.  So I guess I
24   would characterize it as a study.  But roughly the
25   tail end of the 2010's.

Page 244

1    Q.  And so when you say, "the tail end of the
2    2010's" --
3    A.  Like -- I don't remember.  But definitely
4    after 2015, definitely before 2021.
5    Q.  Did you ever see -- I guess I should ask.
6    How do you know that those two individuals were
7    leading an effort that you just described?
8    A.  Because it was a continuation of some work
9    that I had initially started an exploration of consent
10   flows before -- when I managed the consent team more
11   directly.
12   Q.  When you "managed the consent team"...
13   A.  Directly.  I ended up -- eventually I was the
14   manager of the product managers who worked on various
15   aspects of privacy products, but for a very long time
16   I was the consent PM at Google.
17   Q.  Do you know if there are any dashboards at
18   Google that would show the amount of users who have
19   WAA turned on?
20   A.  I have -- I remember seeing dashboards.  I
21   don't know where they are right now though.
22   Q.  What are the names of the dashboards that
23   would reflect whether a user had WAA on --
24   A.  They didn't really have names.  Remember,
25   it's simply like any product is going to have basic

```
                    C E R T I F I C A T E

         I do hereby certify that the aforesaid testimony
    was taken before me, pursuant to notice, at the time
    and place indicated; that said deponent was by me duly
    sworn to tell the truth, the whole truth, and nothing
    but the truth; that the testimony of said deponent was
    correctly recorded in machine shorthand by me and
    thereafter transcribed under my supervision with
    computer-aided transcription; that the deposition is a
    true and correct record of the testimony given by the
    witness; and that I am neither of counsel nor kin to
    any party in said action, nor interested in the
    outcome thereof.


                    [signature]
                    Nancy J. Martin, RMR, CSR


    Dated:  October 5, 2022




    (The foregoing certification of this transcript does
    not apply to any reproduction of the same by any
    means, unless under the direct control and/or
    supervision of the certifying shorthand reporter.)
```