# Exhibit 5
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version

Message

**From:** David Monsees
**Sent:** 7/19/2018 4:44:17 PM
**To:** Johanna Woll
**Subject:** Fwd: Replacing 'Activity' with 'History'

FYI, some background on history vs. activity

---------- Forwarded message ---------
From: **David Monsees**
Date: Mon, Mar 12, 2018 at 8:43 AM
Subject: Replacing 'Activity' with 'History'
To: Rajni Posner
Cc: Greg Fair           Karen Saville          Arne de Booij      Branimir Dolički

Hi Rajni,

TL;DR, what is process for approving the term "history" to describe UDC? If this needs a Loraine review, what's the right format for that?

After years of saying/writing the word "activity", my brain has become totally comfortable with that term; however, we still believe it confuses users. The clearer/simple our terminology, the less likely users will misassume what data is saved ("activity must mean fitness data") and how that data is used ("this all sounds like it's for ads"). I want to remove any terminology shackles and use the terms that make the most sense for users.

We also don't seem to be that invested in the term "activity" -- 'Activity Controls' and WAA/VAA are the only uses of the term in a sea of "history" settings (Chrome History, YouTube History, Location History, Assistant History, etc.). Assistant History is a great example of one of the most external/branded projects at Google deciding to use the clear/generic term -- the Assistant gets the spotlight, not the information that comes from it or is consumed by it.

I know we've talked about this before, but now UXW/UXR could use a decision.

Dave

--
**Google Inc., product mgmt.**
mail:
chat:                          @ Google Hangouts
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
talk: 443.610.4008 @ mobile or 650.479.4008 @ office


--
**Google Inc., product mgmt.**
mail:
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
call: 443.610.4008