# Exhibit 6
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version

**From:** Greg Fair [REDACTED]
**To:** David Monsees [REDACTED] Damian Corrigan [REDACTED]
**Subject:** Re: OPA OOBE for only device level settings - Invitation to edit
**Cc:** Branimir Dolicki [REDACTED]>, Jan-Philipp Weber [REDACTED]>

Fyi the "creates a private map" language is one of Eric's most admired pieces of prose in the privacy space at Google. I agree.

The chrome history issue is just that if you have sWAA off you still save chrome history via sync for use in chrome, I think.

On Fri, Jan 27, 2017, 8:52 AM David Monsees [REDACTED]> wrote:

IMHO, this is waaaay too heavy for turning on device-level settings.
Back in 2014 Sundar reviewed a much simpler "second-time" flow for turning on the device-level settings -- but we never staffed that work, so it was never built. I don't even want to call this a consent, because the user has already consented to collection, they are just turning on a local upload setting.
Comments inline...

On Fri, Jan 27, 2017 at 6:53 AM, Damian Corrigan [REDACTED]wrote:

(1) The cut off line on the bottom says "Please remember that the data governed by these settings may be saved from any of your signed-in devices. You can always control and review your activity at My Account." This is just not true for the DL settings.

Which part is not true? That data (1) "may be saved from any of your signed-in devices" or that (2) "You can always control and review your activity at My Account" or both?

If it's just (1) that's wrong, it's not a big deal, because 'settings may be saved' doesn't haven't to include all the settings. If it's (2), maybe "You can control and review most of your activity at My Account"

Bear in mind, I've suggested new text for this in UDC advisory texts. Sounds like it may need a further revision, though, based on this new information.

(1) text is accurate when the user is turning on an account-level setting. When the user is turning on a device-level setting, "these settings" only apply to that device, not all signed-in devices. (2) text is fine for account and device level settings.

(2) The language for sWAA: "Includes Chrome history and content you browse on the web in the apps". [REDACTED]s: once you mentioned that Chrome history doesn't observe sWAA. Is this right? Or did I get something wrong?

If that's true, I'm confused. Maybe I need another lesson in sWAA.

sWAA can not enable collection of Chrome History (that is controlled by Chrome Sync), but if you are a) signed in to Chrome, b) have Chrome Sync enabled, and c) have History enabled in Sync, then sWAA will include a copy of your Chrome History -- i.e., if Chrome is uploading history, then sWAA includes it in your "improve your Google experience" data bucket.

(3) Language for Location History: "Creates a private map of where you go with your signed in devices". What is should say is something along the lines of "Adds places you go with this device to your private map of where you go".

I'm not so keen on this reference to a 'private map'. The map is just the visualization. The data that is saved is the places you visit. I also think we should align on one verb for all of the settings - I think 'save' or 'store' (probably 'save') is best (we currently use both in the UDC web settings). Less of a mental burden on the user to understand that UDC settings are all doing the same kind of thing and are not a collection of random, disparate settings.

The "private map" language was a long, mostly political, fight (Greg is still in therapy about it). The best way to change it is to collect new user research on how alternatives test.

My preference is:

Saves where you go with this device

or

Saves places you go with this device

But I'm open to suggestions if people object.

Damian

On Fri, Jan 27, 2017 at 1:33 PM Branimir Dolicki [redacted] wrote:

Here's what users see:

We should change language in a bunch of these.

(1) The cut off line on the bottom says "Please remember that the data governed by these settings may be saved from any of your signed-in devices. You can always control and review your activity at My Account." This is just not true for the DL settings.

(2) The language for sWAA: "Includes Chrome history and content you browse on the web in the apps". monsees: once you mentioned that Chrome history doesn't observe sWAA. Is this right? Or did I get something wrong?

(3) Language for Location History: "Creates a private map of where you go with your signed in devices". What is should say is something along the lines of "Adds places you go with this device to your private map of where you go".

Greetings,

-- Branimir

On Fri, Jan 27, 2017 at 8:19 AM Jan-Philipp Weber wrote:

It will look almost exactly like a sWAA and DI opt-in flow, just with "for this device" / "from this device" added in some places within the text snippets.

On Thu, Jan 26, 2017, 22:32 David Monsees > wrote:

I chatted w/ Jeff Chen about it (to see if OPA wanted to build their own screen) and he seemed fine with the whole heavy UDC screen. Surprised me, as I thought we knew that user's don't like seeing what looks like the same scary optin multiple times.
What does the screen look like if I'm just missing device settings?

On Thu, Jan 26, 2017 at 1:20 PM, Greg Fair wrote:

short answer is yes.

On Thu, Jan 26, 2017 at 1:01 PM, David Monsees (via Google Slides) <drive-shares-noreply@google.com> wrote:

David Monsees has invited you to **edit** the following presentation:

OPA OOBE for only device level settings

Hey Guys, was there ever future consideration of creating a much lighter/simpler opt-in screen when the user is only missing the device level settings?

Open in Slides

Google Slides: Create and edit presentations online.
Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because someone shared a presentation with you from Google Slides.

--

Greg Fair | Google Product | 650.469.3247

--

**Googl**
mail:
chat: @ Google Hangouts
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043

talk: 443.610.4008 @ mobile or 650.479.4008 @ office

--
Branimir Dolički
Product Manager
Consent / User Data Controls

--
**Google, Inc., product mgmt.**
mail: [REDACTED]
chat: [REDACTED]@ Google Hangouts
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
talk: 443.610.4008 @ mobile or 650.479.4008 @ office