Exhibit 7
to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

Public Redacted Versions

Message

**From:** Divya Sharma (Google Docs) [comments-noreply@docs.google.com]
**Sent:** 12/18/2019 2:41:31 AM
**To:** ruemmler
**Subject:** Change WAA Master PRD go/change-waa-master-prd

Divya Sharma resolved comments in the following document

   Change WAA Master PRD go/change-waa-master-prd

Resolved

2 comments

# Resolved

## Comments

Enable non-history based features to work without WAA



Chris Ruemmler

This is a strange way to word this. I'd instead state something like WAA is only used for Web History and App Usage History (used Gmail @ time, used Uber @ time, etc.). Given Web History and App Usage are already launched, I don't see any new uses for the WAA control bit.



Divya Sharma

New

Marked as resolved

ReplyOpen

Change WAA-off logging from Zwbk → GAIA-temp Consistency across Search, Maps, Ads, Assistant



Heradon Douglas

Please explain. What logs/products is this meant to affect?



Divya Sharma

The goal is to make the change across all backends where we write to Zwbk when WAA is off. Other than Clearcut, currently we are working with different teams in GWS, Assistant Server, Boq, Search ads to finalize the details. go/change-waa-logging-design lists these backends



Chris Ruemmler

Isn't WAA off supposed to NOT log at all? At least that is what is implied from the WAA page:
https://support.google.com/websearch/answer/54068?co=GENIE.Platform%3DDesktop&hl=en

So, if WAA is off, how are we able to log at all?

 Divya Sharma

New

*Marked as resolved*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You can not reply to this email.



CONFIDENTIAL

GOOG-RDGZ-00130382