Exhibit 8
to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

Public Redacted Version

# Cloud Trust Weekly Snippets ([go/ctsnips](#))

⇨ [Jump to current week](#)

## Template (DO NOT EDIT)

1. **Keep the Lights On (KTLO)**
   a. **Rani** [R/Y/G]
   b. **Erik** [R/Y/G]
   c. **Vikram** [R/Y/G]
   d. **Jen** [R/Y/G]
2. **Reduce Insider Risk (RIR): [R/Y/G]**
   a. **Rani** [R/Y/G]
   b. **Erik** [R/Y/G]
   c. **Vikram** [R/Y/G]
   d. **Jen** [R/Y/G]
3. **Deliver the SPR (SPR): [R/Y/G]**
   a. **Rani** [R/Y/G]
   b. **Erik** [R/Y/G]
   c. **Vikram** [R/Y/G]
   d. **Jen** [R/Y/G]
4. **Regionalize Customer Trust (RCT): [R/Y/G]**
   a. **Rani** [R/Y/G]
   b. **Erik** [R/Y/G]
   c. **Vikram** [R/Y/G]
   d. **Jen** [R/Y/G]
5. **Automate Product Ops (APO): [R/Y/G]**
   a. **Rani** [R/Y/G]
   b. **Erik** [R/Y/G]
   c. **Vikram** [R/Y/G]
   d. **Jen** [R/Y/G]
6. **Critical Other**
   a. **Rani**
   b. **Erik**
   c. **Vikram**
   d. **Jen**

- Contracts: WPP (GCP and G Suite) continues to request improvements on the incident notification language including assistance on follow-up investigations in addition to 48 hour notifications. I have approved the G Suite language but GCP needs review and approval by S&P
- TK's request to unblock deals - time to notify: Full task force in place across Legal, Support, S&P, AIM, PR, Comms with weekly meetings and designated owners. Target to have completed analysis Q1'19 with proposed timeline to meet long term goal ( 1hour incident notifications)

Apps SecEng

> Commented [96]:
> _Assigned to Gilad Golan_

-

Trust TL (ruemmler

- **Deletion CY:** SLO document for Gmail will undergo an ATL review next week. Still no executive owner in Apps for the effort according to lyou, but looks like dardelean will be asked.
- **Ganpati Cleanup Effort:** Started tech talk slides for Ganpati Group structure to give to admins. Will discuss need for this cleanup at an SRE summit next week and present at STP All Hands.
- **PWG unalignment:** Still happening. Erik and myself meet with PDPO PWG leadership next week (giles and miraglia) to discuss how to keep this from happening in the future.
- **Consent and WAA:** There is a trend to "opt-out" of any new Assistant feature or feature using Apps data by hiding under the WAA bit. The WAA bit is a terrible control as it is supposed to control "web and app activity" or in other words logging of your web and application activity. It is not supposed to control access to a customer's private data. We keep hearing UDC 2.0 will "solve" this problem, but there is no real visibility into what the UDC 2.0 team is doing. Also, many Assistant engineers/PgMs are on the UDC 2.0 effort, so there is some concern that what will be developed won't actually work well for G Suite users.
- **Redacted - Privilege**
- **GDPR CSW:** edina is still trying to resolve the issue.

Apps TPP (jmulder

> Commented [97]:
> _Assigned to John Mulder_

-

## 02/15/19

*no Cloud Leads meeting next week -- snippets still appreciated*

gTrust (mcrandall