# Exhibit 9
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version

# Change WAA Master PRD

go/change-waa-master-prd

Status: Under Review | Last updated: April 23, 2019
Owners: sharmadi, davidmonsees
Contributors: bhorling, ypinsky, kevinluu
Slides: PWG review, Assistant platform review, Ads GAIA Council review

## Background

Web App and Activity (WAA) is a UDC setting which currently gates collection of user interactions, use of user activity for personalization and decision to personalize certain features or not. As a consequence, WAA has become too broad and users need to opt in to activity tracking even for non-history based features such as navigating to home/ work or turning on lights. The goal of this project is to enable non-history based features to work without WAA while respecting the user's privacy preferences and providing them with appropriately scoped personalization controls.

Logging for personal features creates re-identifiable logs (e.g. navigating home). In 2013, personal logs were launched due to increasing personalization in Search. While logs for signed in users could be retained with transparency and control, it was unclear how to offer transparency to WAA-off users. The steering committee elected to turning off personalization for WAA-off users and coupling logging policy with personalization decisions due to concerns over loss of data for analysis and high percentage of users with WAA-off (30-40%). As a consequence, enabling personal features today requires a logging change across major backends at Google.



Today, we are in a position to make a different decision w.r.t. WAA-off users as our analysis and data usage landscape has changed. For instance, the percentage of WAA-off users has significantly reduced

CONFIDENTIAL                                                                 GOOG-RDGZ-00014556

- Simplify privacy settings and improve the user experience across web and mobile, 20% increase in interactions with settings to achieve goals and/or better understand settings.
- Identify and act on opportunities to minimize data collection and retention while maintaining product capabilities.
  - 2019 Assistant OKRs (five pillars)
    - Privacy - Launch 5 pillar privacy plan for logging, Query logging will be fully optional
  - Privacy and security metrics affecting overall Brand health

- Need to limit PII in logs:
  - Currently for Users with Web App and Activity control (WAA) off, we log to Zweiback. The expectation is that since these user queries are written to archival logs, these should not contain PII. This is problematic as these logs could potentially contain personal information which can lead to the undesirable outcome of anonymous logs having a potential join risk to personal Logs.
- Changes in usage patterns:
  - More users have WAA on [~96% users in Search]

## Project Overview

### Phase 1: Logging change for WAA off features
- Objective:
  - Change WAA-off logging from Zwbk → GAIA-temp
  - Consistency across Search, Maps, Ads, Assistant
- Documents:
  - Change WAA off logging PRD
  - Design doc
  - Ariane: TBD
- Stakeholders:
  - Ads, Maps, Search, Assistant, Logging team, Boq, Clearcut, PWG, Plogs team

### Phase 2: Consistent controls for logging and personalization
- Objective:
  - Bring PR bit to mobile (additionally covers requirement from Apps)
    - Clarify scope for WAA and SPYW and PR bit
  - Update UX in OOBE, Settings to reflect WAA-optional change
- Documents:
  - Framework for determining whether features are gated by WAA/PR bit/SPYW (go/assistant-personalization-controls)
  - Controls for personalization in Search (eberes███, monsee███)
  - PRD for enabling PR bit on all surfaces

**Comment [8]:** Please explain. What logs/products is this meant to affect?

**Comment [9]:** The goal is to make the change across all backends where we write to Zwbk when WAA is off. Other than Clearcut, currently we are working with different teams in GWS, Assistant Server, Boq, Search ads to finalize the details. go/change-waa-logging-design lists these backends

**Comment [10]:** Isn't WAA off supposed to NOT log at all? At least that is what is implied from the WAA page: https://support.google.com/websearch/answer/54068?co=GENIE.Platform%3DDesktop&hl=en

So, if WAA is off, how are we able to log at all?

**Comment [11]:** +sharmad███████ For these stakeholders, do we have POCs? Would be good to list out names, as that'll help us understand who we need to get LGTMs from.

3

CONFIDENTIAL

GOOG-RDGZ-00014558