Exhibit 14
to Mao Declaration ISO
Plaintiffs' Motion for Leave to
Amend Complaint

Public Redacted Version

**Message**

**From:** Chris Ruemmler (Google Docs) [comments-noreply@docs.google.com]
**Sent:** 7/8/2020 5:11:11 PM
**To:** davidmonsees████m
**Subject:** Core Services Web... - ███davidmonsees██████m these are my...

## Chris Ruemmler replied to a comment in the following document

Core Services Web and Apps Activity go/gsuite-waa

G Suite Search Activity G Suite Activity Controls Web and App Activity

**Rio Akasaka**

████davidmonsees██████m these are my best candidate names that I'd like to run by user research next week. Let me know if you have any preferences (I was asked to constrain the list to 3, and I figured I'd keep the current one as a baseline)

**Chris Ruemmler**

Web and App Activity is the worst name ever. This is part of the problem with the WAA bit. What does it ACTUALLY control? It is not obvious at all from our documentation. We need to be very clear about what is controlled by this flag.

**Rio Akasaka**

Preliminary data suggests "G Suite Search Activity" appears to be fairly popular and understood by admins.

**Chris Ruemmler**

New

to that name as long as it only controls Search activity and not all App activity in the Core Services.

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

CONFIDENTIAL                                                                                                                          GOOG-RDGZ-00089546