Exhibit 15
to Mao Declaration ISO
Plaintiffs' Motion for Leave to
Amend Complaint

Public Redacted Version

Message

| | |
|---|---|
| From: | Andrew Bowers (Google Docs) [d+MTE3OTE5MjUxOTYzMzczNzI3ODU3-MTE4NDM3MTA5OTE2NDA3ODk0MTQ5@docs.google.com] |
| Sent: | 6/16/2017 2:15:13 AM |
| To: | davidmonsees |
| Subject: | Footprints / My Activity Dragonfly Requirements |

Andrew Bowers added comments and suggestions to Footprints / My Activity Dragonfly Requirements
New

6 comments, 3 suggestions

New
Comments



**Andrew Bowers**

data localization required

Given the way search works, we are not planning to localize search query history. Is that what you mean?



**David Monsees**

Localization meaning what countries user data is stored (on Google side) and what countries binaries run in. Will that need to be in China or can it be in any Google data center (excluding the JV)?



**Vikram Kasivajhula**

There will not be any China data centers. Dragonfly will be served off our global data centers (Taiwan / Singapore) so MyActivity will continue to be stored in Kansas / Spanner.



**Andrew Bowers**
Correct, confirmed no data localization

ReplyOpen

**Andrew Bowers**

Footprints but is still logged

Does this mean that while the waveform doesn't go to Footprints, the transcription goes into Plogs keyed to the GAIA id ? If not gaia-keyed, what is the transcription keyed to?

ReplyOpen



**Andrew Bowers**

If VAA is off

Who would know what quality value we derive in having VAA on? If we lock off for the product, what product/quality implications does that have?

ReplyOpen

**Andrew Bowers**

sWAA

If we were to have a setting, how would it be presented separately from WAA? I can't seem to find in the activity settings?

**David Monsees**
sWAA is the checkbox under the Web & App setting:
https://screenshot.googleplex.com/jEventuyqkx.png

**Andrew Bowers**
ah, I see. Pretty hard to understand as a user.

1) What's the % of users that proactively have sWAA off but WAA on?

2) If small, could we combine into one setting for simplicity for DF?

(can chat offline about #2 if easier than in a doc)

ReplyOpen

**Andrew Bowers**

which case only Zweiback is used

David, can you confirm/correct this to be technically correct?

ReplyOpen

**Andrew Bowers**

WAA must be blocked from ever being turned off.

Not true. User should be able to turn on/off WAA

**Sie Deen Aguilar**
If users turn off WAA, none of their search history will be recorded. Has the DF requirements changed to allow this?

**Andrew Bowers**
There is confusion on this point. There has never been an explicit requirement that all search history be recorded. Only that we maintain what we do record according to local regulations. There is nuance here which I can not go into in a doc comment.

CONFIDENTIAL

GOOG-RDGZ-00116372

ReplyOpen

Suggestions

**Andrew Bowers**
**Format:** strikethrough

ReplyOpen

**Andrew Bowers**
**Add:** *"by default"*

ReplyOpen

**Andrew Bowers**
**Replace:** *"WAA must be blocked from ever being turned off"* with *"A user will have the option to turn off WAA in which case only Zweiback is used."*

ReplyOpen

Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You can not reply to this email.

Google

CONFIDENTIAL                                                                                                                                     GOOG-RDGZ-00116373