# Exhibit 17
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version

Message

**From:** Tessa Lueth (Google Docs) [comments-noreply@docs.google.com]
**Sent:** 2/8/2019 10:57:21 AM
**To:** rbehl
**Subject:** [For XFN review] ... - +tessalueth        +dwarren

Tessa Lueth mentioned you in a comment in [For XFN review] Privacy Advisor in Maps film script

**Ruchi Bezoles**
+tessalueth    +dwarren    +davidmonsees    talking to jessica, i'm wondering if we explain WAA too. I know LH has been scrutinized but she brought up a good point that WAA isn't understood either and we may as well use this as a place to quickly relate it to data collected.

**Ruchi Bezoles**
Something like "If you turn of Web & App Activity, past searches will not be saved to your Google Account." The flow will be tricky going right into LH but just a thought.

**Tessa Lueth**
we explain it in the product. i think introducing this would mean we need to include an explanation of what WAA is. We don't get this detailed in the search video: see script here: https://docs.google.com/document/d/1br9qv_BN6Go_zOB8gVfKmRRFAZLSXG466_QmsEdBxWI/edit

+rbehl        - if you want to add, it will delay the video and the whole launch will move to April. I'll leave this up to you

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are mentioned in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

CONFIDENTIAL                                                                 GOOG-RDGZ-00171164