# Exhibit 18
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version

**Message**

| | |
|---|---|
| From: | Brenda Chen (Google Docs) [comments-noreply@docs.google.com] |
| Sent: | 4/3/2019 1:07:21 AM |
| To: | [redacted] |
| Subject: | WAA Retention | Word design doc - UXW |

### Brenda Chen added comments to WAA Retention | Word design doc - UXW

WAA Retention | Word design doc - UXW

New

2 comments

## Comments

### Web & App Activity

**Brenda Chen** New

I know this is an ongoing struggle that people don't understand what Web & App Activity is, but in this sentence is Web & App Activity referring to the actual data or the page here that contains the data? Maybe if we say "data" earlier or tying "you can see your data..." later in the paragraph back to web and app activity might be helpful?

ReplyOpen

### pick

**Brenda Chen** New

from messaging research, I believe the top benefits that resonated most with users involved quicker access to past searches. for example:
- save time with quicker access to past searches
- revisit things you've previously viewed

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You can not reply to this email.

CONFIDENTIAL                                                                 GOOG-RDGZ-00087964