# Exhibit 21
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version



CONFIDENTIAL                                                                                                    GOOG-RDGZ-00090236

| Id | Date | Text |
|---|---|---|
| 1 | 10/28/2020 18:12:01 | Agreed and do we have any evidence from qual research about this ▮adeluca▮? |
| 1 | 10/30/2020 13:59:08 | yes https://docs.google.com/presentation/d/1IDVKXnm7iIGFPLVqs8yi_VOYHITtgxFBZtMfIN6WLys/edit#slide=id.g8a030e21af_0_688<br><br>:-D |
| 2 | 10/30/2020 15:29:33 | Thanks. Did we compare the confusions of WAA vs. LH vs. YTH? |
| 2 | 10/30/2020 15:52:48 | ▮dgearit▮ n ▮ohelyse▮ might be good to explore showing activity snippet for preview of content in the card in a future version |
| 2 | 10/30/2020 15:55:45 | We did not compare. |
| 1 | 11/02/2020 14:50:49 | +1 to the hypothesis and Alex's research has been backed up by numerous other studies. WAA just isn't clear to users. I wonder if it would be useful to also experiment with a more prominent link to "View" Web & App Activity. Right now it's linked in the descriptive text, but what if we added back the row beneath "Not now"<br><br>▮heftluthy▮ n - showing previews could be a viable option. I've also been exploring lighter transparency (Just showing icons for products with saved activity under WAA). Hoping this handles the disambiguation without overwhelming that card. |
| 3 | 11/02/2020 15:03:59 | Icons for products w/ saved activity makes more sense and I'd definitely want to try that before including activity snippets!<br><br>I'd lean toward not including a "view activity" callout bc optimizing for desired action is better |
| 3 | 11/02/2020 15:23:29 | fwiw, this type of snippet worked really well in one of the Dashboard explorations we did |
| 2 | 11/02/2020 17:31:34 | Let me explore some options there. This concept of providing product-first transparency (icons but no snippets) is also something we're looking to include in the Activity Controls WAA card as well. It could replace the superfluous illustration that currently exists for WAA. |
| 1 | 11/02/2020 17:33:08 | Strong hypothesis that WAA is more difficult to understand the scope of |
| 3 | 11/02/2020 17:33:08 | To Alex's point, the snippets def help, but this could just be another scale for the WAA card specific to cards in PPC. |

CONFIDENTIAL                                                                                                                                 GOOG-RDGZ-00090239