Exhibit 22
to Mao Declaration ISO
Plaintiffs' Motion for Leave to
Amend Complaint

Public Redacted Version



CONFIDENTIAL

GOOG-RDGZ-00046896

## Agenda

1. A reminder of where things were
   (go to this slide for detailed background)
2. Pivoting to alternative: the benefits and drawbacks
3. Making the case for a business case exception

Today we're revisiting an earlier proposal with the goal to get leadership direction and support for what I would consider to be the long-term benefit of Google.

CONFIDENTIAL
GOOG-RDGZ-00046897

> and we have one tool we have today to make that work

If there is any one thing you remember from this presentation, it's that there one tool we have today in G suite to make search history personalization work for our users

CONFIDENTIAL

GOOG-RDGZ-00046898

## Web and App Activity (WAA)

And we need to fix it.

is broken, and we need to fix it.

Let me start off with two important statistics.

CONFIDENTIAL                                                                                           GOOG-RDGZ-00046899