# Exhibit 23
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00020692



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-RDGZ-00020706