# Exhibit 26
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version



https://docs.google.com/document/d/1JlQIXCOBeWIka_Evt-sfbQeweaoG2bdGFqquz9yWfLU/edit?ts=59551dd3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## IA

Winners

Toggles!!

Losers

WAA + sWAA

In our Munich P███████study (go/p███████), we observed that only 3/10 participants understand the relation between the sWAA and the WAA. One participant thought it would deactivate her third party apps.

In Barcelona (go/p███████-results), we still didn't fix the sWAA aspect of the setting. We found that 8/10 didn't understand the sWAA text and the effect this could have in their experience. Only 2/10 participants kind of understood the text in the sWAA and the difference with the WAA. One participant was so confused he even thought it was something to deactivate ads. It might have been caused by a translation that included the words "Third Parties" but, regardless, we need to keep iteration on how we can best explain sWAA and relate it to WAA.

Google Confidential & Proprietary

https://docs.google.com/document/d/1M6CwX-n3Okf565l-ByhGgSN4yrhi5U81zdnooztTWjc/edit?usp=sharing