Exhibit 27
to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

Public Redacted Version

Message

**From:** Rahul Oak
**Sent:** 5/10/2019 5:37:40 PM
**To:** Edward Weng
**CC:** Steve Ganem          Karthik Gopalratnam
**Subject:** Re: Question about AdMob+ and IAPs

Cool - totally understand that there would be additional privacy approvals required for specific use cases, but want to ensure that the data is available at all, which it is.

Thanks, folks - it means we can try and get approval *in principle* to use this data, subject to policy and privacy constraints. I've updated this slide to explicitly call out the data sets we think we can use. PTAL and LMK if I've missed anything. Happy to chat in person too if you think it's needed.

**From:** Edward Weng
**Date:** Fri, May 10, 2019 at 9:56 AM
**To:** Rahul Oak
**Cc:** Steve Ganem, Karthik Gopalratnam

Your understanding is correct. In theory, we would be able to collect those signals. AdMob+ SDK collects the same set of automatic signals as the GA4F SDK (Android IAP comes through RADS). We still need to get privacy approvals and product blessing in order to enable the conversions to flow into UUAD.

Ed

**From:** Rahul Oak
**Date:** Fri, May 10, 2019 at 9:11 AM
**To:** Steve Ganem, Edward Weng
**Cc:** Karthik Gopalratnam

Hi Steve/Ed,

Context here is that we're trying to get approval from GAIA council on the specific data sets we could use for GAIA-keyed serving (interally referred to as Identity Container - deck here, incase you want to dig in), and one of the high-level classifications here is "Publisher data".

In order to get approval to use specific types of data, I wanted to check one specific question: **Would we be able to collect First Open and IAP data from AdMob+ without requiring pubs to upgrade to full GA4F?** I assume yes since they fall under the "auto-collected" bucket, but wanted to double check with the experts.

Karthik can chime in if he has any technical questions he wants clarifications on.

Cheers,
Rahul

--
Rahul Oak | Product Manager, Google |                    +1-650-426-8412

CONFIDENTIAL                                                                                                  GOOG-RDGZ-00059486

--

Rahul Oak |     Product Manager, Google | ███████████     +1-650-426-8412

CONFIDENTIAL     GOOG-RDGZ-00059487