# Exhibit 28
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version

# Design Doc for Changing WAA-off Logging

go/change-waa-logging-design | Status: Launched

Owners: sharmadi, mmos, ananddegwekar, bhorling

Contributors: ary, gutnajer, fudgee, wayneshu, gbaillie, stephenama, jakeb, emcconville, nanu, mth, tlr, bcat, adamwos, bdg, tancau, ws, mtponte, zhonglicao, monsees, kevinluu, rtrivedi, octagon,

Last Updated: Jun 25, 2020

Master PRD for the overall effort, One page summary, ariane/297411, Tracking bugs

Date created: Feb 22, 2019

**UPDATE:**
- This doc is up to date for the experiment diversion plan and the current co-diverted experiment setup for ramping up the logging change from Zwieback to Gaia-keyed logs. go/waa-off-gaia describes the *additional* changes to the identifier logged for WAA-off data in plogs.
- We will be obfuscating the Gaia ID for WAA-off logs. Changes for this are currently underway and described in go/waa-off-gaia. We will update the design doc with these changes.
- For the latest timelines, please refer to the tracker and subscribe to g/change-waa-logging-announce.

Objective

Background

Motivation

Design Proposal for WAA-off queries

Implementation plan
    Rollout plan
    Experiment rollout
    Experiment diversion changes
    Changes in Magic Eye

Launch Impact
    Comparison to user-initiated deletions
    Impact on Ads
    Implications for Experiment Diversion
    Pointers for changes

Security Considerations

Privacy Considerations

Testing Plan

CONFIDENTIAL        GOOG-RDGZ-00046758.R

[Alternatives considered](#)

[Rollback plan](#)

[Related Work](#)

[Document History](#)

# Objective

Logging for personal features (e.g. navigating home, calling mom) can create re-identifiable logs, which requires consent, transparency and control to retain outside the wipeout period. Users with Web and App Activity (WAA) off have not provided such consent, so we instead turn personal features off and log to Zwieback-keyed archival logs instead. As a result, users with WAA-off cannot use such personal features, which leads to user frustration. The goal of this project is to change WAA-off logging to GAIA-tmp (existing pLogs with tombstoning within wipeout) instead of Zwieback-keyed archival logs so such features can be re-enabled. ([PRD](#))

# Background

[Web and App Activity (WAA)](#) is a UDC setting which currently gates collection of user interactions, use of user activity for personalization and decision to personalize certain features or not. This conflation of data collection and usage control means users need to opt in to activity tracking even for non-history based features such as navigating to home/ work, playing music or turning on lights. The goal of this project is to enable non-history based features to work without WAA, while respecting the user's privacy preferences and providing them with appropriately scoped personalization controls.

Logging for personal features creates re-identifiable logs (e.g. the log for navigating home will reference the home address). To address this, personal logs were launched in 2013 due to increasing personalization in Search. The existing WAA control and My Activity dashboard were used to obtain consent, transparency and control over these identifiable logs.

While the path for users with WAA-on was clear, there were several less good ways to address signed-in WAA-off users, including scrubbing, disabling personalization or dropping the logs. The steering committee elected to turn off personalization for WAA-off users and coupling logging policy with personalization decisions, due to concerns over loss of data for analysis and high percentage of users with WAA-off at the time (30-40%) [[Doc](#), [Doc](#)].

The resulting product behavior is very confusing to users, particularly the growing class concerned about privacy. Seemingly straightforward commands in the Assistant involving navigation, media, communication, reservations and even web answers are blocked on enabling WAA. Even though this is meant to protect privacy, by keeping identifiable information out of Zwieback-keyed logs, it can come across in a more negative light.

2

CONFIDENTIAL