# Exhibit 29
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version



# Change WAA-off Logging PRD

([go/change-waa-logging-prd](go/change-waa-logging-prd))

| | |
|---|---|
| PM Author | joshloftus |
| PM Reviewer(s) | monsees |
| TL and UX co-owners | dhalem, octagon, bhorling, sharmadi |
| Stakeholders | dwp, sberkowitz (pwg-Knowledge, pwg-Assistant, pwg-geo), |
| Last updated | 9/17/19 |
| Status | **Final** |
| Useful Links | |

| Review Deck | UX Mocks - None | Engineering design doc | Project Doc Repository | Meeting Notes | Ariane |

Abstract
Press Release
Business Objective and Impact
User Journeys
Requirements
Non Goals
Success criteria
Assumptions
Dependencies
i18n
Compliance and privacy
Accessibility
Support and tools
Open questions
Roll out plan
References
Revision History

1

CONFIDENTIAL	GOOG-RDGZ-00185669

## 5. Requirements

- User activity for WAA-off users will be logged to PLogs and tombstoned after 30 days, for the following log sources :
    - Web Search
        - GWS
        - Others? QU? SR CF?
        - SFoF (and all things SFoF derived). E.g., the boq servers written for the new image search.
        - Ranking?
    - Assistant Server
    - Maps
    - Ads:
        - All Gaia-based search ads logs: queries, clicks, joined conversions, etc
    - App activity via Clearcut
        - AGSA
        - iGSA
        - Others TBD
- Changes to these log sources will be made in a coordinated fashion so that downstream log joining functions will not be broken.
  To be clear, WAA-off users should not see their activity for these sources in My Activity (https://myactivity.google.com/myactivity) before or after this project launches.
- 
- Changes to ads personalization
    - 

## 6. Non Goals

This project will not include UX changes or modifications to implicit or explicit personalization features. It should be completely transparent to end users. We reviewed some potential UX changes when writing requirements and decided no changes were needed.
- WAA Panel: https://myaccount.google.com/activitycontrols
    - It doesn't look like we need to make any changes to this panel for this PRD.

Comments:
- [22]: How do you come up with these log sources? Isn't it a Google-wide effort?
- [23]: My understanding was that the scope is limited to Search Platforms (Search, Assistant, Proactive), but +bhorling +sharmadi +octagon may know more.
- [24]: Do we need a single change across all sources, or can we go piece by piece?
- [25]: +emcconville FYI Search sessions will be impacted by this. In particular, if y'all go piece-by-piece, those users will have split gaia/zwieback sessions during the roll-out.
- [26]: So this is a big point of discussion now that we've gotten to the technical design review phase. See http://go/waa-off-logging-transition for latest status and open questions.
- [27]: Does this mean every Maps log need to follow this new design?
- [28]: AdQueries only? Or AdClicks, etc.
- [29]: All Gaia-based search ads logs:
- [30]: So we would be unable to audit or
- [31]: We already scrub personal logs.
- [32]: This was not clear to me. I though
- [33]: Thanks, I've fixed the reference to
- [34]: Thanks! That is less frightening.
- [35]: See http://go/plogs-tombstones ar
- [36]: Thanks for the clarification, Matt.
- [37]: As discussed in chat, both FLogs
- [38]: Please feel free to rephrase
- [39]: What does it mean? The
- [40]: This requirement needs to be
- [41]: +darthur and
- [42]: Today, the logs for WAA opted ou
- [43]: Thanks, that's what we are seeing
- [44]: It's should be ok from
- [45]: Any updates, Doruk?
- [46]: +dannyp could you
- [47]: We need to decide if a new,
- [48]: I am moving the UX requirements
- [49]: We are working on the controls (a

CONFIDENTIAL                                                                                              GOOG-RDGZ-00185671