# Exhibit 30
# to Mao Declaration ISO Plaintiffs' Motion for Leave to Amend Complaint

# Public Redacted Version

Message

**From:** David Monsees
**Sent:** 4/5/2017 4:46:45 AM
**To:** Stephan Ellner
**CC:** Lior Alon [████]; Chen Zeng [████]; magiceye-dwh [magiceye-dwh@google.com]
**Subject:** Re: Where is swaa stored?

SMH = Show My History, which is what Footprints started as back in 2005!

On Tue, Apr 4, 2017 at 3:15 PM, Stephan Ellner ████ wrote:
what does SMH stand for? Search <something> History?

On Tue, Apr 4, 2017 at 11:24 AM, David Monsees ████ wrote:
Someday I'll write this all down ;)

On Tue, Apr 4, 2017 at 11:22 AM, Lior Alon ████ wrote:
Thx David for the clarifications - adding magiceye-dwh in case others were also confused about the differences between SMH, WAA and sWAA (relevant for folks interested in privacy, user attributes or device attributes - namely all of us :)

Lior

On Monday, April 3, 2017, David Monsees ████> wrote:

On Apr 3, 2017 9:59 AM, "Lior Alon" ████> wrote:
Is WAA equivalent to smh?

Yep.

Is WAA still used? When is it used compared to sWAA?

sWAA is a sub setting of WAA. Generally, WAA covers first party history, sWAA covers third party (think app usage, chrome history, ads, etc.). So WAA must be on for sWAA to be on.

Is the device level setting also uploaded to Google and stored in kansas? Which devices have the device level setting - just Android or also IOS? What about browsers?

Today, only Android has device settings because iOS has blocking system level settings. In GMS Core V10 we will know device level setting state in Lockbox upload. They are not in Kansas today.

On Mon, Apr 3, 2017 at 9:53 AM, David Monsees ████ wrote:
Both smh and sWAA are stored in Kansas (Footprints record settings). WAA has a legacy gaia service flag, sWAA does not. sWAA also has a device level setting that controls if a specific device should be uploading data.

CONFIDENTIAL                                                                                                       GOOG-RDGZ-00061316

> On Apr 3, 2017 9:25 AM, "Lior Alon" <▮▮▮▮▮> wrote:
>
> Hi,
>
> Something that I've been a bit confused recently - is swaa and the SMH service level bit equivalent?
> I understand SWAA is stored in footprints and SMH in the sevice level bits in gaia.
> Are they the same/different?
>
> Can you explain?
>
> Lior

--
Google Inc. product mgmt
mail: ▮▮▮▮▮
chat: ▮▮▮▮▮ @ Google Hangouts
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
talk: 443.610.4008 @ mobile or 650.479.4008 @ office

---

You received this message because you are subscribed to the Google Groups "magiceye-dwh" group.
To unsubscribe from this group and stop receiving emails from it, send an email to magiceye-dwh+unsubscribe@google.com.
To post to this group, send email to magiceye-dwh@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/magiceye-dwh/CACmZuAPa4NHiFsO%2BdffKNG7oU82KykzcVBRVTODNL5t6pQGwKg%40mail.gmail.com.

--
Google Inc. product mgmt
mail: ▮▮▮▮▮
chat: ▮▮▮▮▮ @ Google Hangouts
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
talk: 443.610.4008 @ mobile or 650.479.4008 @ office