Exhibit 31
to Mao Declaration ISO
Plaintiffs' Motion for Leave to
Amend Complaint

Public Redacted Version

# AdMob+ (Firebase-side) Doc Plan

go/firebase-docs_admobplus_docplan

b/143498366

**Date updated:** March 03 2019

**Author:** rachelsaunders▓ (Rachel) - Firebase, tech writer

**Stakeholders:**
- mikedavies▓ (Mike) - Firedata, PM
- nbegley▓ (Nick) - Firedata, TL
- maitroung▓ (Mai) - Firebase, Analytics, PM
- romannunk▓ (Roman) - Firebase UX, lead
- edweng▓ (Ed) - AdMob+, PM
- chenxiwang▓ (Chenxi) - AdMob+, SWE
- magordon▓ (Madeleine) - AdMob, tech writer
- qnguyen▓ (Q) - AdMob, tech writer

**Anticipated launch date:** ~~late January 2020~~ mid-March 2020

# Description

Even pre-AdMob+, app developers could link their AdMob apps to Firebase and add the Firebase SDK for GA. With this Firebase link & SDK, app developers could view automatically collected analytics events and user properties in the Firebase console (no new app code needed!), which they could use to better monetize their app. Additionally, these app developers could build custom audiences, view custom conversions for UAC, and use BigQuery to analyze their Analytics data. And by having a Firebase-configured app, app developers could use other Firebase products, like Remote Config and A/B Testing.

In Summer 2019, as part of the AdMob+ project, AdMob updated their SDKs (iOS v7.44+ & Android v18.1.0+) to include measurement SDKs [ iOS (actually 7.42.0) | Android (actually 17.0.0) ]. AdMob itself is now able to collect automatic events and user properties. This automatic event data allows AdMob to report *user metrics*, like sessions per user, session duration, ad exposure per session, and daily active users (DAU). Note that auto-collected user properties are not used/processed by AdMob to report *user metrics*. Previously, these automatic events for analytics were only available if the app developer linked to Firebase and added the Firebase SDK for GA. Only a very limited subset of these metrics was exposed in AdMob's console, and the metrics were not visible anywhere else (GA console or Firebase console).

---

**Comment [1]:** 1) If a dev has an app with a pre-AdMob+ link AND the pre-AdMob+ SDK, what differences* do they see in a) the Admob console and b) the Firebase Analytics dashboard?

2) If a dev has an app with a pre-AdMob+ link BUT uses the new AdMob+ SDK, what differences* do they see, again in (a) and (b)?

*differences means differences from a dev with the new AdMob+ link & SDK

+edweng
+mikedavies▓
_Assigned to Edward Weng_

**Comment [2]:** When you say the "pre-AdMob+ link" presumably that means that they have agreed to enable AdMob+.

In that case, users with the pre-AdMob+ SDK and users with the AdMob+ SDK will both see the reporting card. Apps without the latest AdMob+ SDK will show a card with all zeroes until they've updated the SDK. We have messaging in the card (and during the enable AdMob+ flow) that guides them to update to the latest SDK.

**Comment [3]:** So existing AdMob + Firebase users will need to migrate to the new AdMob SDK in order to continue seeing the reporting card? Also is this reporting card only the one in the AdMob console, or will it also be displayed in the Firebase console as well?

**Comment [4]:** I believe that adding the AdMob+ SDK should start surfacing data in the AdMob console, but I'm not clear on WHICH PROPERTY that will come from, particularly if a user doesn't have a plist/json file with the AdMob App ID field in it. My understanding is that that field is only used for property migration on linking but I'm not sure what happens in this case to ensure only one property is in use by AdMob
+nbegley▓
+sganem▓
+kwsam▓

**Comment [5]:** In all linking scenarios, after creating an AdMob+ link, there will only be 1 property remaining (either reusing the original AdMob property if none existed on Firebase, or using the Firebase property after deleting the original AdMob property), so there should never be ambiguity on where data is being sent.