UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-04688-RS (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 262 |

Plaintiffs seek an order that would compel Google to "confirm whether there are any current regulatory investigations relating to WAA," and to "produce all documents provided to any such regulator (limited to documents relating to WAA)." Dkt. 262 at 2.

Google represents that it is involved in "hundreds of privacy-related investigations in the world," many of which "may tangentially or even directly involve WAA," but none of which is "focused on Firebase." *Id.* at 4. The interplay between WAA and Firebase is the focus of this case. At this late stage of fact discovery, the Court won't require Google to identify, and produce documents from, regulatory investigations that don't share the same focus. As none do, plaintiffs' request to compel is denied.

**IT IS SO ORDERED.**

Dated: January 10, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge