UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-04688-RS (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 266 |

  Plaintiffs' request for leave to exceed Rule 30's ten-deposition limit to depose four additional Google employees (Sam Heft-Luthy, Arne de Booij, JK Kearns, and Xinyu Ye), for 3.5 hours each, is granted. Plaintiffs sufficiently described these employees' roles and explained why each employee has relevant information. *See* Dkt. 266 at 3–4. Google hasn't convinced the Court that the depositions will be unreasonably cumulative, or that the burden or expense of these four short depositions will outweigh the likely benefit.

  The undersigned is mindful that the fact-discovery cutoff was October 31, 2022. *See* Dkt. 246 at 2. But plaintiffs timely requested these additional depositions before the cutoff, *see* Dkt. 256, and the undersigned will allow plaintiffs to complete this timely noticed fact discovery.

  **IT IS SO ORDERED.**

Dated: January 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 United States Magistrate Judge