**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Counsel for Defendant
Google LLC*

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MOOTING PLAINTIFFS' MOTION FOR RELIEF (DKT. 279) AND MODIFYING CASE MANAGEMENT SCHEDULE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively the "Parties," submit this joint stipulation.

WHEREAS, on December 21, 2022, Plaintiffs filed a Motion for Relief from the Case Management Schedule (the "Motion"), seeking to extend the deadlines for service of opening expert reports by two months (Dkt. 279);

WHEREAS, on December 23, 2022, the Court partially granted the Motion, extending the deadlines for service of opening expert reports to February 20, 2023, and maintaining the briefing schedule on Plaintiffs' request for a longer extension (Dkt. 282);

WHEREAS, on January 3, 2023, the parties filed a joint stipulation informing the Court of the parties' negotiations over the case schedule and extending the deadline for Google to oppose the Motion (Dkt. 288), which the Court entered on January 5, 2023 (Dkt. 290);

WHEREAS, the Parties will on January 12, 2023 commence an agreed upon two-week data production process, with Plaintiffs receiving test data generated throughout the period January 12 – January 25, 2023;

WHEREAS, one of Plaintiffs' expert reports will address the data produced as a result of this process (the "Data Production Process");

WHEREAS, the parties have agreed to a slight modification of the case management schedule that, if entered, will moot the Motion without affecting the overall case schedule.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

1. Plaintiffs withdraw the Motion (Dkt. 279).
2. The deadline for all opening expert reports remains February 20, 2023, except: the expert report where Plaintiffs will address the data produced as a result of the Data Production Process shall be due four weeks after the date when Google completes all productions for this process. Google shall have an extension of equivalent length for its report(s) that rebut Plaintiffs' report related to the Data Production Process.
3. The case management schedule (Dkt. 246) is otherwise unchanged.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: January 12, 2023                     WILLKIE FARR & GALLAGHER, LLP

                                           By:  */s/ Eduardo E. Santacana*
                                                Eduardo E. Santacana

*Attorneys for Defendant Google LLC*

DATED: January 12, 2023                     By:  */s/ Amanda Bonn*
                                                Amanda Bonn (CA Bar No. 270891)

*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: January 12, 2023                SUSMAN GODFREY L.L.P.


/s/ *Amanda Bonn*
Amanda Bonn

| | | |
|---|---|---|
| 1 | **WILLKIE FARR & GALLAGHER LLP** | **BOIES SCHILLER FLEXNER LLP** |

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF (DKT. 279) AS MOOT AND MODIFYING CASE MANAGEMENT SCHEDULE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** as follows:

1. Plaintiffs' motion for relief from the case management schedule (Dkt. 279) is denied as moot.

2. The deadline for opening expert reports remains February 20, 2023, except:

    The expert report where Plaintiffs will address the data produced as a result of the January 12–25, 2023 data production process shall be due four weeks after the date when Google completes all productions for this process. Google shall have an extension of equivalent length for its report(s) that rebut Plaintiffs' report related to the Data Production Process.

3. The case management schedule (Dkt. 246) is otherwise unchanged:

    - Rebuttal Expert Witness Disclosures:   May 1, 2023
    - Close of Expert Discovery:   June 2, 2023
    - Motion for Class Certification:   June 9, 2023
    - Opposition to Motion for Class Certification:   July 14, 2023
    - Reply In Support of Class Certification:   August 11, 2023

STIPULATION AND [PROPOSED] ORDER MOOTING PLAINTIFFS' MOTION FOR RELIEF (DKT. 279) AND MODIFYING CASE MANAGEMENT SCHEDULE

Case No. 3:20-CV-04688-RS

- Hearing on Class Certification:   August 24, 2023 at 1:30

**IT IS SO ORDERED.**

Dated: _____     _____
Honorable Richard Seeborg