UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 3:20-CV-04688-RS<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF (DKT. 279) AS MOOT AND MODIFYING CASE MANAGEMENT SCHEDULE**<br><br>Judge: Hon. Richard Seeborg Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** as follows:

1. Plaintiffs' motion for relief from the case management schedule (Dkt. 279) is denied as moot.

2. The deadline for opening expert reports remains February 20, 2023, except:

    The expert report where Plaintiffs will address the data produced as a result of the January 12–25, 2023 data production process shall be due four weeks after the date when Google completes all productions for this process. Google shall have an extension of equivalent length for its report(s) that rebut Plaintiffs' report related to the Data Production Process.

3. The case management schedule (Dkt. 246) is otherwise unchanged:

    - Rebuttal Expert Witness Disclosures:　　　　May 1, 2023
    - Close of Expert Discovery:　　　　June 2, 2023
    - Motion for Class Certification:　　　　June 9, 2023
    - Opposition to Motion for Class Certification:　　　　July 14, 2023
    - Reply In Support of Class Certification:　　　　August 11, 2023

- Hearing on Class Certification:  August 24, 2023 at 1:30

**IT IS SO ORDERED.**

Dated: January 13, 2023

_____
Honorable Richard Seeborg