1    **WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
2      bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
3       sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
4      esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
5      larakaki@willkie.com
ARGEMIRA FLOREZ  (SBN: 331153)
6      aflorez@willkie.com
HARRIS A. MATEEN  (SBN: 331153)
7      hmateen@willkie.com

8

9    Attorneys for
GOOGLE LLC

10

11                  **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                      **SAN FRANCISCO**

| | |
|---|---|
| 14  ANIBAL RODRIGUEZ, et al., individually and on behalf of all others similarly situated, | Case No. 3:20-cv-04688-RS |
| 15 | **NOTICE OF CHANGE OF COUNSEL** |
| 16                       Plaintiffs, | **PURSUANT TO N.D. CAL. CIV. L.R.** |
| 17       vs. | **5-1(C)(2)(C)** |
| 18  GOOGLE LLC, | |
| 19                       Defendant. | Judge:          Hon. Richard Seeborg |
| | Courtroom:   3, 17th Floor |

## <u>NOTICE OF WITHDRAWAL</u>

PLEASE TAKE NOTICE that, pursuant to N.D. Cal. Civ. L.R. 5-1(c)(2)(C), LORI C. ARAKAKI of Willkie Farr & Gallagher LLP hereby withdraws as attorney of record for Defendant Google LLC in this action.  Counsel of record for Defendant otherwise remains the same.


Dated:  February 24, 2023

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP


By:   */s/ Lori C. Arakaki*
      Lori C. Arakaki

NOTICE OF CHANGE OF COUNSEL
Case No. 3:20-cv-04688-RS