# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all other similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs<br><br>GOOGLE LLC, *et al*.<br><br>　　　　　　　　　　Defendant. | Case No.  3:20-CV-04688<br><br>**ORDER RE:  PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL INFORMATION IN PLAINTIFFS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE (DKT. NO. 278)**<br><br>Judge:　　　　Hon. Richard Seeborg<br>Courtroom:　A, 15th Floor<br>Action Filed:　July 14, 2020<br>Trial Date:　　Not Set |

Before the Court is Plaintiffs' Administrative Motion to File Under Seal ("Motion for Relief") (Dkt. 278-1) and documents filed in connection with that motion: the Declaration of Mark Mao in Support of Plaintiffs' Motion for Relief from Case Management Schedule ("Mao Declaration") (Dkt. 278-2), Exhibit 2 (Dkt. 278-4), and Exhibit 3 (Dkt. 278-5).

Having considered the Administrative Motion to File Under Seal, Google's Statement in Support of Plaintiffs' Administrative Motion to Seal, and the Declaration of Steve Ganem, the motion will be granted. Accordingly, it is ordered that the following information be sealed:

| Document | Information to Be Sealed | Page Citation |
|---|---|---|
| Mao Declaration | "Go/da***" | Page 1, paragraph 7 |
| Exhibit 2 to Motion for Relief (Dkt. 278-4) | "Na***" | Page 2 |
| | RFP 275 revenue share numbers | Page 4 |
| Exhibit 3 to Motion for Relief (Dkt. 278-5) | Log names | Page 3 |

Google is ordered to file redacted versions of the above-identified materials within 14 days of this Order.

**IT IS SO ORDERED.**

DATED:  March 28, 2023

_____
Honorable Richard Seeborg
United States District Judge