**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al.
2  ("Plaintiffs") and Defendant Google LLC ("Google"), collectively, the "Parties" submit this joint
3  stipulation.
4  WHEREAS, on November 22, 2021, the Court granted Plaintiffs' Motion for Relief from
5  Case Management Schedule, extending the deadlines for the close of fact discovery, initial expert
6  witness disclosures, rebuttal expert witness disclosures, and the close of expert discovery (Dkt.
7  180);
8  WHEREAS, on February 1, 2022, the Parties stipulated to a new class certification
9  briefing schedule and hearing date consistent with the Court's November 22, 2021 order (Dkt.
10  214), which the Court entered on February 1, 2022 (Dkt. 215);
11  WHEREAS, on May 20, 2022 (Dkt. 243), the Parties stipulated to an extension of all
12  discovery deadlines and the class certification briefing and hearing schedule to allow the Parties to
13  complete ordered and pursued discovery, which the Court entered the same day (Dkt. 244);
14  WHEREAS, on August 11, 2022, the Parties stipulated to extend deadlines for discovery,
15  class certification briefing schedule and hearing date (Dkt. 245), which the Court entered that
16  same day (Dkt. 246);
17  WHEREAS, on December 21, 2022, Plaintiffs filed a Motion for Relief from the Case
18  Management Schedule (the "Motion"), seeking to extend the deadlines for service of opening
19  expert reports by two months (Dkt. 279);
20  WHEREAS, on December 23, 2022, the Court partially granted the Motion, extending the
21  deadlines for service of opening expert reports by one month and maintaining the briefing
22  schedule on Plaintiffs' request for a longer extension (Dkt. 282);
23  WHEREAS, on January 3, 2023, the Parties filed a joint stipulation informing the Court of
24  the Parties' negotiations over the case schedule and extending the deadline for Google to oppose
25  the Motion (Dkt. 288), which the Court entered on January 5, 2023 (Dkt. 290);
26  WHEREAS, on January 12, 2023 the Parties filed a Joint Stipulation representing that
27  Plaintiffs withdrew the Motion (Dkt. 279), the deadline for all opening expert reports would
28  remain February 20, 2023, except: the expert report where Plaintiffs would address the data

produced as a result of the Data Production Process would be due four weeks after the date when Google completed all productions for this process and Google would have an extension of equivalent length for its report(s) that rebutted Plaintiffs' report related to the Data Production Process, and the case management schedule (Dkt. 246) would remain otherwise unchanged (Dkt. 300), which the Court entered on January 13, 2023 (Dkt. 301);

WHEREAS, Google represents that Plaintiffs' report related to the Data Production Process affected Google's experts' rebuttal to Plaintiffs' other reports, and Google asked Plaintiffs to agree to extensions of the rebuttal deadline for all reports, which in turn required slight modifications to the remaining schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that the case management schedule be amended as follows:

| EVENT | CURRENT | PROPOSAL |
|---|---|---|
| Google's Rebuttal Reports (all except Hochman) | May 1, 2023 | May 31, 2023 |
| Google's Rebuttal to Hochman Report | May 31, 2023 | May 31, 2023 |
| Close of Expert Discovery (ECF No. 301) | June 2, 2023 | July 14, 2023 |
| Class Certification Motion (ECF No. 301) | June 9, 2023 | July 20, 2023 |
| Class Certification Opposition (ECF No. 301) | July 14, 2023 | August 24, 2023 |
| Class Certification Reply (ECF No. 301) | August 11, 2023 | September 21, 2023 |
| Class Certification Hearing (ECF No. 301) | August 24, 2023 at 1:30 p.m. | October 5, 2023 |

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: May 2, 2023                                  WILLKIE FARR & GALLAGHER, LLP

                                                By: */s/ Benedict Y. Hur*
                                                     Benedict Y. Hur

                                         *Attorneys for Defendant Google LLC*

DATED: May 2, 2023                                  By:  */s/ Mark Mao*

                                         BOIES SCHILLER FLEXNER LLP
                                            Mark C. Mao (CA Bar No. 236165)
                                            mmao@bsfllp.com
                                            Beko Reblitz-Richardson (CA Bar No. 238027)
                                            brichardson@bsfllp.com
                                            44 Montgomery Street, 41st Floor
                                            San Francisco, CA 94104
                                            Telephone: (415) 293 6858
                                            Facsimile (415) 999 9695

                                            James W. Lee (pro hac vice)
                                            jlee@bsfllp.com
                                            Rossana Baeza (pro hac vice)
                                            rbaeza@bsfllp.com
                                            100 SE 2nd Street, Suite 2800
                                            Miami, FL 33130
                                            Telephone: (305) 539-8400
                                            Facsimile: (305) 539-1304

                                            Jesse Panuccio (pro hac vice)
                                            jpanuccio@bsfllp.com
                                            1401 New York Ave, NW
                                            Washington, DC 20005
                                            Telephone: (202) 237-2727
                                            Facsimile: (202) 237-6131

                                         SUSMAN GODFREY L.L.P.
                                            Amanda Bonn (CA Bar No. 270891)
                                            abonn@susmangodfrey.com
                                            1900 Avenue of the Stars, Suite 1400
                                            Los Angeles, CA 90067
                                            Telephone: (310) 789-3100

                                            William Christopher Carmody (pro hac vice)
                                            bcarmody@susmangodfrey.com
                                            Shawn J. Rabin (pro hac vice)

srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
Ra Olusegun Amen (pro hac vice)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiff*

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: May 2, 2023                WILLKIE, FARR & GALLAGHER LLP


                                  /s/ *Benedict Y. Hur*
                                  Benedict Y. Hur

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
  larakaki@willkie.com
ARGEMIRA FLOREZ  (SBN: 331153 )
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Judge:  Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the new Case Management Schedule be entered as follows:

| EVENT | CURRENT | PROPOSAL |
|---|---|---|
| Google's Rebuttal Reports (all except Hochman) | May 1, 2023 | May 31, 2023 |
| Google's Rebuttal to Hochman Report | May 31, 2023 | May 31, 2023 |
| Close of Expert Discovery (ECF No. 301) | June 2, 2023 | July 14, 2023 |
| Class Certification Motion (ECF No. 301) | June 9, 2023 | July 20, 2023 |
| Class Certification Opposition (ECF No. 301) | July 14, 2023 | August 24, 2023 |
| Class Certification Reply (ECF No. 301) | August 11, 2023 | September 21, 2023 |
| Class Certification Hearing (ECF No. 301) | August 24, 2023 at 1:30 p.m. | October 5, 2023 |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Richard Seeborg