| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** <br> BENEDICT Y. HUR (SBN: 224018) <br>   bhur@willkie.com <br> SIMONA AGNOLUCCI (SBN: 246943) <br>   sagnolucci@willkie.com <br> EDUARDO E. SANTACANA (SBN: 281668) <br>   esantacana@willkie.com <br> LORI C. ARAKAKI (SBN: 315119) <br>   larakaki@willkie.com <br> ARGEMIRA FLOREZ  (SBN: 331153 ) <br>   aflorez@willkie.com <br> HARRIS MATEEN (SBN: 335593) <br>   hmateen@willkie.com <br> One Front Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone:  (415) 858-7400 <br> Facsimile:  (415) 858-7599 <br><br> Attorneys for Defendant <br> GOOGLE LLC | **BOIES SCHILLER FLEXNER LLP** <br> Mark C. Mao (CA Bar No. 236165) <br> mmao@bsfllp.com <br> 44 Montgomery Street, 41st Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 293 6858 <br> Facsimile: (415) 999 9695 <br> Beko Reblitz-Richardson (CA Bar No. 238027) <br> brichardson@bsfllp.com <br> 44 Montgomery Street, 41st Floor <br> San Francisco, CA 94104 <br> Tel: (415) 293 6858 <br> Fax: (415) 999 9695 <br><br> **SUSMAN GODFREY L.L.P.** <br> William Christopher Carmody (pro hac vice) <br> bcarmody@susmangodfrey.com <br> Shawn J. Rabin (pro hac vice) <br> srabin@susmangodfrey.com <br> 1301 Avenue of the Americas, 32nd Floor <br> New York, NY  10019 <br> Telephone: (212) 336-8330 <br><br> **MORGAN & MORGAN** <br> John A. Yanchunis (pro hac vice) <br> jyanchunis@forthepeople.com <br> Ryan J. McGee (pro hac vice) <br> rmcgee@forthepeople.com <br> 201 N. Franklin Street, 7th Floor <br> Tampa, FL 33602 <br> Telephone: (813) 223-5505 <br><br> *Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated, <br><br>                 Plaintiff, <br><br>   vs. <br><br> GOOGLE LLC, <br><br>                 Defendant. | Case No. 3:20-CV-04688-RS <br><br> **ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE** <br><br> Judge:  Hon. Richard Seeborg <br> Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the new Case Management Schedule be entered as follows:

| EVENT | CURRENT | PROPOSAL |
|---|---|---|
| Google's Rebuttal Reports (all except Hochman) | May 1, 2023 | May 31, 2023 |
| Google's Rebuttal to Hochman Report | May 31, 2023 | May 31, 2023 |
| Close of Expert Discovery (ECF No. 301) | June 2, 2023 | July 14, 2023 |
| Class Certification Motion (ECF No. 301) | June 9, 2023 | July 20, 2023 |
| Class Certification Opposition (ECF No. 301) | July 14, 2023 | August 24, 2023 |
| Class Certification Reply (ECF No. 301) | August 11, 2023 | September 21, 2023 |
| Class Certification Hearing (ECF No. 301) | August 24, 2023 at 1:30 p.m. | October 5, 2023 |

**IT IS SO ORDERED.**

Dated: May 3, 2023

_____
Honorable Richard Seeborg