**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: October 5, 2023<br>Time: 1:30 p.m. |

Before the Court is Plaintiffs' Administrative Motion to Seal Portions of their Motion for Class Certification (the "Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been shown, the Court ORDERS as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| March 22, 2023 Expert Report of Plaintiffs' Expert Jonathan Hochman ("Hochman Report"): Portions highlighted in teal in paragraphs 149, 152, 182, 191, 192, 244, and 246 | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix A (entirety) | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix B.1 (entirety) | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix B.2 (entirety) | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix C | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix D | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix K | McGee Declaration ¶¶ 5–8 | Granted. |

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable Richard Seeborg
United States Chief District Judge