# EXPERT REPORT OF JONATHAN HOCHMAN

# FILED UNDER SEAL