# EXPERT REPORT OF BRUCE SCHNEIER

# FILED UNDER SEAL