# EXPERT REPORT OF MICHAEL LASINSKI

FILED UNDER SEAL