# EXPERT REPORT OF CAMERON AZARI

# FILED UNDER SEAL