| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: October 5, 2023<br>Time: 1:30 p.m. |

**DECLARATION OF MARK MAO**

I, Mark Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP ("BSF"), counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' motion for class certification and appointment of class representatives and class counsel.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from a document Google produced in discovery labeled GOOG-RDGZ-00117318.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from a document Google produced in discovery labeled GOOG-RDGZ-00209974.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Google's "Find & control your Web & App Activity" page (the WAA Help Page).

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Google's Senior Director of Product Management Eric Miraglia, taken October 25, 2022.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00144760.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00130745.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00024709.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00130322.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00039094.

1   12.     Attached hereto as **Exhibit 10** is a true and correct copy of a document Google
2   produced in discovery labeled GOOG-RDGZ-00161364.
3   13.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the
4   deposition transcript of Google's Project Manager David Monsees, taken September 15, 2022.
5   14.     Attached hereto as **Exhibit 12** is a true and correct copy of Google's "Use pay for
6   conversions in Display campaigns" page.
7   15.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the
8   deposition transcript of Plaintiffs' expert Jonathan Hochman, taken June 26, 2023.
9   16.     Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the
10  deposition transcript of Google's Director of Product Management, App Ads, Belinda Langner,
11  taken December 15, 2022.
12  17.     Attached hereto as **Exhibit 15** is a true and correct copy of a document Google
13  produced in discovery labeled GOOG-RDGZ-00052784.
14  18.     Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the
15  deposition transcript of Google's former Product Manager Edward Weng, taken September 23,
16  2022.
17  19.     Attached hereto as **Exhibit 17** is a true and correct copy of a correspondence from
18  Google's counsel in this case dated April 23, 2021.
19  20.     Attached hereto as **Exhibit 18** is a true and correct copy of Google's "Activity
20  Controls" page.
21  21.     Attached hereto as **Exhibit 19** is a true and correct copy of correspondences
22  between counsel for Plaintiffs and Google in this case dated November 8, 2022.
23  22.     Attached hereto as **Exhibit 20** is a true and correct copy of a document Google
24  produced in discovery labeled GOOG-RDGZ-00208190.
25  23.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from Google's
26  Second Supplemental Responses and Objections to Plaintiffs' Interrogatories, Set Three, dated
27
28

DECLARATION OF MARK MAO ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
2

1 April 28, 2023, as well as true and correct copies of various bates-stamped versions of the WAA
2 Help Page, which are referenced in the Interrogatory Response.

3      24.     Attached hereto as **Exhibit 22** is a true and correct copy of Google's Privacy Policy
4 effective May 25, 2018.

5      25.     Attached hereto as **Exhibit 23** is a true and correct copy of Google's Privacy Policy
6 effective January 22, 2019.

7      26.     Attached hereto as **Exhibit 24** is a true and correct copy of Google's Privacy Policy
8 effective October 15, 2019.

9      27.     Attached hereto as **Exhibit 25** is a true and correct copy of Google's Privacy Policy
10 effective December 19, 2019.

11      28.     Attached hereto as **Exhibit 26** is a true and correct copy of Google's Privacy Policy
12 effective March 31, 2020.

13      29.     Attached hereto as **Exhibit 27** is a true and correct copy of Google's Privacy Policy
14 effective July 1, 2020.

15      30.     Attached hereto as **Exhibit 28** is a true and correct copy of Google's Privacy Policy
16 effective August 28, 2020.

17      31.     Attached hereto as **Exhibit 29** is a true and correct copy of Google's Privacy Policy
18 effective September 30, 2020.

19      32.     Attached hereto as **Exhibit 30** is a true and correct copy of Google's Privacy Policy
20 effective February 4, 2021.

21      33.     Attached hereto as **Exhibit 31** is a true and correct copy of Google's Privacy Policy
22 effective July 1, 2021.

23      34.     Attached hereto as **Exhibit 32** is a true and correct copy of Google's Privacy Policy
24 effective February 10, 2022.

25      35.     Attached hereto as **Exhibit 33** is a true and correct copy of Google's Privacy Policy
26 effective October 4, 2022.

27
28

36. Attached hereto as **Exhibit 34** is a true and correct copy of Google's Privacy Policy effective December 15, 2022.

37. Attached hereto as **Exhibit 35** is a true and correct copy of Google's Privacy Policy effective July 1, 2023.

38. Attached hereto as **Exhibit 36** is a true and correct copy of Google's Privacy Policy effective June 28, 2016.

39. Attached hereto as **Exhibit 37** is a true and correct copy of Google's Privacy Policy effective August 29, 2016.

40. Attached hereto as **Exhibit 38** is a true and correct copy of Google's Privacy Policy effective March 1, 2017.

41. Attached hereto as **Exhibit 39** is a true and correct copy of Google's Privacy Policy effective April 17, 2017.

42. Attached hereto as **Exhibit 40** is a true and correct copy of Google's Privacy Policy effective October 2, 2017.

43. Attached hereto as **Exhibit 41** is a true and correct copy of Google's Privacy Policy effective December 18, 2017.

44. Attached hereto as **Exhibit 42** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00151992.

45. Attached hereto as **Exhibit 43** is a true and correct copy of Google's Supplemental Objections and Responses to Plaintiffs' Interrogatory No. 14, Set Six, dated March 30, 2023.

46. Attached hereto as **Exhibit 44** is a true and correct copy of Google's "About Google" webpage, which is publicly available at about.google (last visited July 20, 2023).

47. Attached hereto as **Exhibit 45** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00000923 (April 14, 2014 Terms of Service).

48. Attached hereto as **Exhibit 46** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00000929 (October 25, 2017 Terms of Service).

49. Attached hereto as **Exhibit 47** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00000935 (March 31, 2020 Terms of Service).

50. Attached hereto as **Exhibit 48** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00188592 (January 5, 2022 Terms of Service).

51. Attached hereto as **Exhibit 49** is a true and correct copy of a correspondence from Google's counsel in this case dated January 27, 2021.

52. Attached hereto as **Exhibit 50** is a true and correct copy of a correspondence from Google's counsel in this case dated December 31, 2020.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a correspondence from Google's counsel in this case dated February 12, 2021.

54. Attached hereto as **Exhibit 52** is a true and correct copy of the written testimony of Sundar Pichai, CEO of Alphabet Inc. before the House Committee on the Judiciary, Subcommittee on Antitrust, Commercial, and Administrative Law, Hearing on "Online Platforms and Market Power, Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google" provided on July 29, 2020.

55. Attached hereto as **Exhibit 53** is a true and correct copy of a Google article titled "Keeping your personal information private and safe—and putting you in control" authored by Guemmy Kim, Google Product Manager, on June 1, 2015. This article is publicly available at https://blog.google.com/technology/safety-security/privacy-security-tools-improvements (last accessed July 20, 2023).

56. Attached hereto as **Exhibit 54** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00090236.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00043294.R.

58. Attached hereto as **Exhibit 56** is a true and correct copy of excerpts from the deposition transcript of Google's Rule 30(b)(6) designee and Group Product Manager for Google Analytics, Steve Ganem, taken October 28, 2022.

59. Attached hereto as **Exhibit 57** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00044356.

60. Attached hereto as **Exhibit 58** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00149701.

61. Attached hereto as **Exhibit 59** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00173562.

62. Attached hereto as **Exhibit 60** is a true and correct copy of excerpts from Google's Rebuttal Expert Report of John R. Black, dated May 31, 2023.

63. Attached hereto as **Exhibit 61** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00129084.

64. Attached hereto as **Exhibit 62** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00203679.

65. Attached hereto as **Exhibit 63** is a true and correct copy of excerpts from the deposition transcript of Google's Senior Staff Engineering Manager Chris Ruemmler, taken September 9, 2022.

66. Attached hereto as **Exhibit 64** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00001010.

67. Attached hereto as **Exhibit 65** is a true and correct copy of excerpts from a document Google produced in discovery labeled GOOG-RDGZ-00092072.

68. Attached hereto as **Exhibit 66** is a true and correct copy of excerpts from Google's Responses to Plaintiffs' Requests for Admission, Set Four, dated October 31, 2022.

69. Attached hereto as **Exhibit 67** is a true and correct copy of excerpts from Google's Fourth Supplemental Responses and Objections to Plaintiffs' Interrogatories, Set One, dated November 5, 2021.

70. Attached hereto as **Exhibit 68** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00129096.

71. Attached hereto as **Exhibit 69** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00130381.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of July 2023, at San Francisco, California.

*/s/ Mark Mao*
