# EXHIBIT 3

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

6/6/23, 12:20 AM
Find & control your Web & App Activity - Android - Google Account Help
Case 3:20-cv-04688-RS   Document 315-17   Filed 07/20/23   Page 2 of 4

# Find & control your Web & App Activity

If Web & App Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences, like faster searches and more helpful app and content recommendations.

You can turn Web & App Activity off or delete past activity at any time.

**Note**: If you got your Google Account through work or school, you might need to contact your administrator to turn on the Web & App Activity additional service for your organization.

**Android**   Computer   iPhone & iPad

## Turn Web & App Activity on or off

1. On your Android device, open your Settings app ▸ **Google** ▸ **Manage your Google Account**.
2. Tap **Data & privacy**.
3. Under "History settings," tap **Web & App Activity**.
4. Turn **Web & App Activity** on or off.
5. When **Web & App Activity** is on:
   - You can check the box next to "Include Chrome history and activity from sites, apps, and devices that use Google services."
   - You can check the box next to "Include voice and audio activity."
6. When you turn Web & App Activity off:
   - Select **Turn off**, then choose to **Turn off** or **Turn off and delete activity**.
   - If you choose **Turn off and delete activity**, follow the steps to select and confirm what activity you want to delete.

**Note**: Some browsers and devices may have more settings that affect how this activity is saved.

## Find or delete your activity

You can find and delete your Web & App Activity by visiting My Activity. Learn more about how to delete activity manually or set up automatic deletion.

**Tip**: To add more security, you can require an extra verification step to view your full history on My Activity.

## Delete history on your device

Your Search history might also be saved to your device. Learn how to manage and delete on-device Search history.

## What's saved as Web & App Activity

Info about your searches and other activity

When Web & App Activity is on, Google saves information like:

- Searches and activities on Google products and services, like Maps and Play.
- Info associated with your activity, like your language, referrer, whether you use a browser or an app, or the type of device you use.

- Activity may also include info about your location from your device's general area and IP address. Learn about locations.
- Ads you click, or things you buy on an advertiser's site.
- Info on your device, like recent searches for apps or contact names.
- Assistant interactions, including if Google Assistant detects an activation you didn't intend.

**Note**: Activity could be saved even when you're offline.

---

Info about your browsing and other activity on sites, apps, and devices that use Google services

When Web & App Activity is on, you can include additional activity like:

- Sites and apps that partner with Google to show ads
- Sites and apps that use Google services, including data that apps share with Google
- Your Chrome browsing history
- Android usage & diagnostics, like battery level and system errors

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include Chrome history and activity from sites, apps, and devices that use Google services" must be checked.

Your Chrome history is saved only if you're signed in to your Google Account and have Chrome Sync turned on. Learn about Chrome Sync.

**Note:** If you use a shared device or sign in with more than one account, activity might be saved to the default account on the browser or device you use.

---

Audio recordings

When Web & App Activity is on, you can include audio recordings from your interactions with Google Search, Assistant, and Maps as part of your activity. Learn about audio recordings.

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include audio recordings" must be checked.

## How your saved activity is used

Learn more about how Google uses your saved activity and helps keep it private.

For more information about how Google treats search queries generally, review the Privacy Policy FAQ.

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how.

## Browser history

In the Activity controls page, you can also check the box to "Include Chrome history and activity from sites, apps, and devices that use Google services." When this box is checked, you can control whether activity from your device is saved.

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on Chrome, Toolbar, Safari, Internet Explorer, or Firefox.

## Need more help?
Try these next steps:

**Ask the Help Community**
Get answers from community experts

**Contact us**
Tell us more and we'll help you get there