# EXHIBIT 8

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# (FILED UNDER SEAL)