# EXHIBIT 17

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# (FILED UNDER SEAL)