# EXHIBIT 43

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# (FILED UNDER SEAL)