# EXHIBIT 44

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

About

Our mission is to organize the world's information and make it universally accessible and useful.



Introducing Bard, an early AI experiment that can supercharge your imagination, boost your productivity, and bring your ideas to life

Learn more

# Make life easier with a little help from our products

View all our products        Get product support

LATEST PRODUCTS NEWS

About

Why inclusive sets of images help us make better products

Never miss a moment of the FIFA Women's World Cup™



Elevating Google products and features built by and for people with disabilities

Learn more

# Committed to significantly improving the lives of as many people as possible



Project Relate is helping people with speech impairments communicate more easily

Learn more

About



Businesses and jobseekers are turning to digital tools to create new growth opportunities

Read the Economic Impact Report

# People using technology to benefit others

Explore our stories



About



Meet the man on a mission to clean up Africa's air using AI

Read the story

7/20/23, 12:51 AM                Case 3:20-cv-04688-RS        Document 315-58    Filed 07/20/23    Page 8 of 12
Google - About Google, Our Culture & Company News

About





How Selly Thiam uses Google Search to find LGBTQ+ stories

Read the story

Today's doodle
July 20, 2023
2023 Women's World Cup - Opening Day!

About



Discover more Google Doodles

Latest company news

ARTS & CULTURE · Explore 4 invisible environmental issues with WHO

SAFETY & SECURITY · Google's AI Red Team: the ethical hackers making AI safer

DIVERSITY AND INCLUSION · Why inclusive sets of images help us make better products

ARTS & CULTURE · Opening the gates of Hampton Court Palace for virtual visitors to enjoy

Read more on The Keyword

Español

Company resources

Contact us

Help center

Locations

Careers

Blog

Press resources

Investor relations

Brand Resource Center

Featured products

About

Android

Chrome

Google Cloud

Google for Education

Gmail

Google Maps

Google Photos

Google Play

Google Shopping

Google Search

Google for Small Business

Google Store

Google Workspace

YouTube

View all products

Responsibility

Accessibility

Crisis response

Digital wellbeing

Diversity & inclusion

Google.org

Google Health

Google Public Sector

Grow with Google

Human rights

Learning

Public Policy

About Google

- Supplier responsibility
- Sustainability

More about us

- Transparency report
- Community guidelines
- How our business works
- Extended workforce

Google

- Help
- Privacy
- Terms