# EXHIBIT 50

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# (FILED UNDER SEAL)