# EXHIBIT 64

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

This article is about Google Analytics 4 properties. If you're using a Universal Analytics property, refer to the Universal Analytics section of this help center.

## Realtime

Realtime lets you monitor activity on your app or site as it happens. The arrangement of cards lets you see how users enter the conversion funnel, and how they behave once they're in the funnel:

- The number of users during the last 30 minutes (per minute)
- Users by source, medium, or campaign: where your users are coming from
- Users or new users by audience: who your users are
- Users by page title or screen name: which content they engage
- Event count by event name: which events they trigger
- Conversions by event name: which conversions they complete

## Ways to use Realtime

With Realtime, you can immediately and continuously monitor the effects that new campaigns and site changes have on your traffic:

- See whether a one-day promotion is driving traffic to your site or app
- Monitor the immediate effects on traffic from a blog/social network post or tweet
- Monitor whether new and changed content on your site is affecting traffic
- Verify that the tracking code is working on your site or app

## Comparisons

Apply comparisons to evaluate subsets of your data side by side, e.g., how users 18-24 compare to your overall user base, or how two different campaigns compare to each other.

Click [icon] to create a custom comparison.

Click one of the bubbles on the map to create a comparison of all users to users in that particular city.

## User snapshots

Click **View user snapshot** at the top of the report to see a snapshot of data for a single user.

A snapshot includes information about the user's device, app version, and location, along with the top events the user triggered, and the relevant user properties.

Click the arrows in the first card at the top of the report to change the snapshot from one user to another.

## Things to keep in mind

### App data

App data is batched to conserve battery life, so you may notice delays. Batching typically occurs on the order of minutes.

### No data

If you don't see any data in your Realtime report, it's possible that there are no active users.

## Related resources

Use the Google Analytics Reporting API to create a Realtime report.

Explore the dimensions and metrics available via the Realtime Reporting API method.

Give feedback about this article

Was this helpful?    Yes    No

### Reports

- About Google Analytics 4 reporting
- Reports, dimensions, and metrics
- Modify and create events
- Home
- Realtime
- Games reporting
- Monetization reports
- Currency reference
- The dashboard template
- The explorer template
- Compare data, change attribution models
- Share and export reports
- (other) entries in reports
- Differences in user counts
- Session calculation



**Reach more customers with an online ad**

With AdWords Express, you can run ads on Google to stand out on local searches. Only pay when your ad is clicked. Learn more.

Sign Up Today

## Need more help?

Try these next steps:

 **Ask the Help Community**
Get answers from community experts

 **Contact us**
Tell us more and we'll help you get there



©2021 Google - Privacy Policy - Terms of Service      English



GOOG-RDGZ-00001011