**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN:  224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN:  246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN:  281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ  (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (Dkt. 314)**<br><br>Judge:  Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al.

2 ("Plaintiffs") and Defendant Google LLC ("Google"), collectively, the "Parties" submit this joint

3 stipulation.

4    WHEREAS, on July 20, 2023, Plaintiffs filed an Administrative Motion to File Under Seal

5 materials submitted with Plaintiffs' motion for class certification (Dkt. 314);

6    WHEREAS, the deadline for Google to file its response is July 27, 2023 as per Civil Local

7 Rule 79-5(f)(3);

8    WHEREAS, on July 24, 2023, the Parties agreed that Google could extend its time to

9 respond to Plaintiffs' Administrative Motion to File Under Seal by two weeks, to August 10,

10 2023;

11    WHEREAS, the requested extension of this deadline is made to allow for additional time

12 for Google to secure the appropriate declarants and review the extensive material Plaintiffs

13 attached with their motion for class certification;

14    WHEREAS, the requested extension is made without prejudice to Google seeking a further

15 extension of time should the circumstances warrant and to the extent appropriate;

16    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

17 Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that the deadline for Google

18 to file its response to Plaintiffs' Administrative Motion to File Under Seal be extended to August

19 10, 2023.

20    A Proposed Order is submitted concurrently herewith.

21    IT IS SO STIPULATED.

22

23

24 DATED: July 24, 2023                    WILLKIE FARR & GALLAGHER, LLP

25                                          By: */s/ Benedict Y. Hur*
                                                  Benedict Y. Hur

26                                          *Attorneys for Defendant Google LLC*

27

28
                                          1
JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL (DKT. 314)
Case No. 3:20-CV-04688-RS

DATED: July 24, 2023

By:  */s/ Ryan McGee*

BOIES SCHILLER FLEXNER LLP
    Mark C. Mao (CA Bar No. 236165)
    mmao@bsfllp.com
    Beko Reblitz-Richardson (CA Bar No. 238027)
    brichardson@bsfllp.com
    44 Montgomery Street, 41st Floor
    San Francisco, CA 94104
    Telephone: (415) 293 6858
    Facsimile (415) 999 9695

    James W. Lee (pro hac vice)
    jlee@bsfllp.com
    Rossana Baeza (pro hac vice)
    rbaeza@bsfllp.com
    100 SE 2nd Street, Suite 2800
    Miami, FL 33130
    Telephone: (305) 539-8400
    Facsimile: (305) 539-1304

    Jesse Panuccio (pro hac vice)
    jpanuccio@bsfllp.com
    1401 New York Ave, NW
    Washington, DC 20005
    Telephone: (202) 237-2727
    Facsimile: (202) 237-6131

SUSMAN GODFREY L.L.P.
    Amanda Bonn (CA Bar No. 270891)
    abonn@susmangodfrey.com
    1900 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067
    Telephone: (310) 789-3100

    William Christopher Carmody (pro hac vice)
    bcarmody@susmangodfrey.com
    Shawn J. Rabin (pro hac vice)
    srabin@susmangodfrey.com
    Steven Shepard (pro hac vice)
    sshepard@susmangodfrey.com
    1301 Avenue of the Americas, 32nd Floor
    New York, NY  10019
    Telephone: (212) 336-8330

2

1

2        MORGAN & MORGAN
             John A. Yanchunis (pro hac vice)
3            jyanchunis@forthepeople.com
             Ryan J. McGee (pro hac vice)
4            rmcgee@forthepeople.com
             Ra Olusegun Amen (pro hac vice)
5            ramen@forthepeople.com
             201 N. Franklin Street, 7th Floor
6            Tampa, FL 33602
             Telephone: (813) 223-5505
7

8        *Attorneys for Plaintiff*

9

10

11

12

13

14

15                     **<u>FILER'S ATTESTATION</u>**

16        Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this

17   filing is submitted, concur in the filing's content and have authorized this filing.

18   DATED: July 24, 2023              WILLKIE, FARR & GALLAGHER LLP

19

20

21                                    /s/ *Benedict Y. Hur*
                                      Benedict Y. Hur
22

23

24

25

26

27

28
                                           3

| | |
|---|---|
| 1 | **WILLKIE FARR & GALLAGHER LLP** |
| 2 | BENEDICT Y. HUR (SBN: 224018) |
|   | bhur@willkie.com |
| 3 | SIMONA AGNOLUCCI (SBN: 246943) |
|   | sagnolucci@willkie.com |
| 4 | EDUARDO E. SANTACANA (SBN: 281668) |
|   | esantacana@willkie.com |

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN:  224018)
   bhur@willkie.com
SIMONA AGNOLUCCI (SBN:  246943)
   sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN:  281668)
   esantacana@willkie.com
ARGEMIRA FLOREZ  (SBN: 331153 )
   aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
   hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated, | Case No. 3:20-CV-04688-RS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| vs. | |
| GOOGLE LLC, | Judge:  Hon. Richard Seeborg |
| Defendant. | Courtroom: 3, 17th Floor |

1    Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the new deadline for

2  Google to respond to Plaintiffs' Administrative Motion to Seal be extended to August 10, 2023.

3

4  **IT IS SO ORDERED.**

5

6

7

8

9  Dated: _____                    _____

10                                              Honorable Richard Seeborg

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28