**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (Dkt. 314)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively, the "Parties" submit this joint stipulation.

WHEREAS, on July 20, 2023, Plaintiffs filed an Administrative Motion to File Under Seal materials submitted with Plaintiffs' motion for class certification (Dkt. 314);

WHEREAS, the deadline for Google to file its response was July 27, 2023 as per Civil Local Rule 79-5(f)(3);

WHEREAS, on July 24, 2023, the Parties stipulated to an extension of Google's time to respond to Plaintiffs' Administrative Motion to File Under Seal by two weeks, to August 10, 2023, which the Court entered the same day (Dkt. 317);

WHEREAS, on August 2, 2023 the Parties agreed that Google could extend its time to respond to Plaintiffs' Administrative Motion to File Under Seal by two additional weeks, from August 10, 2023 to August 24, 2023;

WHEREAS, the requested extension of this deadline is made to allow for additional time for Google to secure the appropriate declarants and review the extensive material Plaintiffs attached with their motion for class certification;

WHEREAS, the requested extension is made without prejudice to Google seeking a further extension of time should the circumstances warrant and to the extent appropriate;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that the deadline for Google to file its response to Plaintiffs' Administrative Motion to File Under Seal be extended to August 24, 2023.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: August 2, 2023 | WILLKIE FARR & GALLAGHER, LLP |
| 2 | | By: /s/ Benedict Y. Hur |
| 3 | | Benedict Y. Hur |
| 4 | | Attorneys for Defendant Google LLC |

DATED: August 2, 2023

By: /s/ Ryan McGee

BOIES SCHILLER FLEXNER LLP
    Mark C. Mao (CA Bar No. 236165)
    mmao@bsfllp.com
    Beko Reblitz-Richardson (CA Bar No. 238027)
    brichardson@bsfllp.com
    44 Montgomery Street, 41st Floor
    San Francisco, CA 94104
    Telephone: (415) 293 6858
    Facsimile (415) 999 9695

    James W. Lee (pro hac vice)
    jlee@bsfllp.com
    Rossana Baeza (pro hac vice)
    rbaeza@bsfllp.com
    100 SE 2nd Street, Suite 2800
    Miami, FL 33130
    Telephone: (305) 539-8400
    Facsimile: (305) 539-1304

    Jesse Panuccio (pro hac vice)
    jpanuccio@bsfllp.com
    1401 New York Ave, NW
    Washington, DC 20005
    Telephone: (202) 237-2727
    Facsimile: (202) 237-6131

SUSMAN GODFREY L.L.P.
    Amanda Bonn (CA Bar No. 270891)
    abonn@susmangodfrey.com
    1900 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067
    Telephone: (310) 789-3100

    William Christopher Carmody (pro hac vice)
    bcarmody@susmangodfrey.com

Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
Ra Olusegun Amen (pro hac vice)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiff*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: August 2, 2023                WILLKIE, FARR & GALLAGHER LLP


/s/ *Benedict Y. Hur*
Benedict Y. Hur

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the new deadline for Google to respond to Plaintiffs' Administrative Motion to Seal be extended to August 24, 2023.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            Honorable Richard Seeborg