**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
NOORJAHAN RAHMAN (SBN: 330572)
  nrahman@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR OMNIBUS MOTION TO SEAL CLASS CERTIFICATION BRIEFING (Dkt. 314)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively, the "Parties" submit this joint stipulation.

WHEREAS, on July 20, 2023, Plaintiffs filed a Notice of Motion and Motion for Class Certification and Appointment of Class Representatives and Class Counsel (Dkt. 315) ("Motion for Class Certification") and an Administrative Motion to File Under Seal materials submitted with Plaintiffs' Motion for Class Certification (Dkt. 314);

WHEREAS, the deadline for Google to file its response to Plaintiffs' Administrative Motion to File Under Seal was July 27, 2023 as per Civil Local Rule 79-5(f)(3);

WHEREAS, on July 24, 2023, the Parties stipulated to an extension of Google's time to respond to Plaintiffs' Administrative Motion to File Under Seal by two weeks, to August 10, 2023, which the Court entered the same day (Dkt. 317);

WHEREAS, on August 2, 2023, the Parties agreed that Google could extend its time to respond to Plaintiffs' Administrative Motion to File Under Seal by two additional weeks, from August 10, 2023 to August 24, 2023, which the Court entered the same day (Dkt. 319);

WHEREAS, on August 10, 2023, the Parties met and conferred to discuss efforts to streamline the Parties' pending motion to seal briefing: Google's response to Plaintiffs' Administrative Motion to File Under Seal materials submitted with Plaintiffs' Motion for Class Certification, and any forthcoming motion to seal materials being filed as part of Google's Opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' Reply, and any potential *Daubert* motions;

WHEREAS, the Parties agree that efficiencies would be gained by presenting evidentiary support for sealing all materials as part of one motion.  The Parties hereby propose that the Court allow the Parties to file an omnibus motion to seal the material filed with Plaintiffs' Administrative Motion to Seal (Dkt. 314), Google's Opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' Reply, and any potential *Daubert* motions to be sealed as part of the Parties' class certification briefing on October 12, 2023;

WHEREAS, in light of the forthcoming omnibus motion, the Parties would file public versions of briefing and exhibits in connection with Plaintiffs' Motion for Class Certification and any associated *Daubert* motions on the day such briefing is due. The Parties would also submit sealed, unredacted materials to the Court and opposing counsel by email at the time of the filing. On October 12, 2023, the Parties would file an omnibus motion to seal material filed in connection with Plaintiffs' Motion for Class Certification and any associated *Daubert* motions, attaching material sought to be sealed in the form contemplated by Civil Local Rule 79-5(e);[1]

WHEREAS, a party seeking to seal material may choose to file a less-redacted or public version of that document prior to October 12, 2023;

WHEREAS, the omnibus motion would follow the procedures outlined in Civil Local Rules 79-5(b)-(f) and on October 12, 2023 the Parties would file an administrative motion to seal, evidentiary support, and a proposed order, accompanied by redacted versions of all material they seek to seal (to the extent not previously filed), and under seal versions of the same, highlighting the portions for which sealing is sought. Any response would be due by October 16, 2023, consistent with Local Rule 79-5(f)(4);

WHEREAS, this omnibus motion would obviate the need for Google to respond to Plaintiffs' Administrative Motion to Seal (Dkt. 314) on August 24, 2023 as per this Court's Order (Dkt. 319);

WHEREAS, this request for an omnibus motion to seal is made to streamline this Court's review of the extensive materials already attached to Plaintiffs' Class Certification Motion and that will likely be attached to the forthcoming filings in connection with class certification, and to allow for additional time for the Parties to secure the appropriate declarants and evidentiary support to seal all of these materials;

---

[1] This requirement does not apply to material previously submitted with Plaintiffs' motion for class certification that Plaintiffs affirmatively seek to seal (as distinguished from material that Plaintiffs filed under seal because Google designated it as "Confidential" or "Highly Confidential") because Plaintiffs have already filed a motion to seal their own "Confidential" material associated with their class certification motion. Dkt. 314.

WHEREAS, the granting of the Parties' request for an omnibus motion to seal would not affect the case schedule (Dkt. 311);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that the Parties shall file an omnibus motion to seal all material filed under seal along with Plaintiffs' Administrative Motion to Seal (Dkt. 314), Google's forthcoming opposition, Plaintiffs' forthcoming reply, and any of the Parties' *Daubert* motions by October 12, 2023, and any response shall be filed by October 16, 2023.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: August 10, 2023               WILLKIE FARR & GALLAGHER, LLP

                                     By: /s/ Benedict Y. Hur
                                         Benedict Y. Hur

                                     *Attorneys for Defendant Google LLC*


DATED: August 10, 2023               By: /s/ Ryan McGee

                                     BOIES SCHILLER FLEXNER LLP
                                         Mark C. Mao (CA Bar No. 236165)
                                         mmao@bsfllp.com
                                         Beko Reblitz-Richardson (CA Bar No. 238027)
                                         brichardson@bsfllp.com
                                         44 Montgomery Street, 41st Floor
                                         San Francisco, CA 94104
                                         Telephone: (415) 293 6858

                                         James W. Lee (pro hac vice)
                                         jlee@bsfllp.com
                                         Rossana Baeza (pro hac vice)
                                         rbaeza@bsfllp.com
                                         100 SE 2nd Street, Suite 2800
                                         Miami, FL 33130
                                         Telephone: (305) 539-8400

|   |   |
|---|---|
| 1 | Jesse Panuccio (pro hac vice) |
| 2 | jpanuccio@bsfllp.com |
|   | 1401 New York Ave, NW |
| 3 | Washington, DC 20005 |
|   | Telephone: (202) 237-2727 |

SUSMAN GODFREY L.L.P.
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
Ra Olusegun Amen (pro hac vice)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiff*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: August 10, 2023          WILLKIE, FARR & GALLAGHER LLP


                                 /s/ Benedict Y. Hur
                                 Benedict Y. Hur

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
　bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
　sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
　esantacana@willkie.com
NOORJAHAN RAHMAN (SBN: 330572)
　nrahman@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
　aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
　hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR OMNIBUS MOTION TO SEAL CLASS CERTIFICATION BRIEFING (Dkt. 314)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that:

- The Parties may initially submit material sought to be sealed in connection with the class certification motion and any related *Daubert* motions via email, and need not file an administrative motion to seal; and

- No later than October 12, 2023, the Parties shall file an omnibus motion to seal material related to the class certification briefing and any related *Daubert* motions, attaching (a) proposed public versions of previously sealed documents and (b) versions of such documents in which material sought to be sealed has been highlighted.  Any response shall be due on October 16, 2023.

**IT IS SO ORDERED.**

Dated: _____                                          _____
                                                                                            Honorable Richard Seeborg