**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
NOORJAHAN RAHMAN (SBN: 330572)
  nrahman@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-CV-04688-RS<br><br>**ORDER GRANTING REQUEST FOR OMNIBUS MOTION TO SEAL CLASS CERTIFICATION BRIEFING (Dkt. 314)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that:

- The Parties may initially submit material sought to be sealed in connection with the class certification motion and any related *Daubert* motions via email, and need not file an administrative motion to seal; and

- No later than October 12, 2023, the Parties shall file an omnibus motion to seal material related to the class certification briefing and any related *Daubert* motions, attaching (a) proposed public versions of previously sealed documents and (b) versions of such documents in which material sought to be sealed has been highlighted. Any response shall be due on October 16, 2023.

**IT IS SO ORDERED.**

Dated: August 15, 2023

_____
Honorable Richard Seeborg