1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   NOORJAHAN RAHMAN (SBN: 330572)
5    nrahman@willkie.com
   ARGEMIRA FLÓREZ (SBN: 331153)
6    aflorez@willkie.com
   HARRIS MATEEN (SBN: 335593)
7    hmateen@willkie.com
   One Front Street, 34th Floor
8  San Francisco, CA 94111
   Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC, *et al.*,<br><br>　　　　　　Defendant. | Case No. 3:20-CV-04688 RS<br><br>**GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>**[FILED UNDER SEAL]**<br><br>Date:　　October 5, 2023<br>Time:　　1:30 p.m.<br>Judge:　　Hon. Richard Seeborg<br>　　　　　Ctrm. 3, 17th Floor, SF |

| | |
|---|---|
| Dated: August 24, 2023 | **WILLKIE FARR & GALLAGHER LLP**<br><br>By: */s/ Eduardo E. Santacana*<br><br>Benedict Y. Hur<br>Simona Agnolucci<br>Eduardo E. Santacana<br>Noorjahan Rahman<br>Argemira Flórez<br>Harris Mateen<br><br>*Attorneys for Defendant*<br>*Google LLC* |