# Appendix C

## Filed Under Seal