**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
NOORJAHAN RAHMAN (SBN: 330572)
  nrahman@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, *et al.*,<br><br>Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Date:   October 5, 2023<br>Time:   1:30 p.m.<br>Judge:  Hon. Richard Seeborg<br>        Ctrm. 3, 17th Floor, SF |

I, EDUARDO E. SANTACANA, declare that:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at One Front Street, San Francisco, California 94111, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath..

2. I submit this declaration in support of Google's Opposition To Plaintiff's Motion For Class Certification And Appointment Of Class Representatives And Class Counsel.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the "Google Analytics for Firebase" webpage, which was downloaded on August 24, 2023 at https://firebase.google.com/docs/analytics.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of Google's Fourth Supplemental Responses and Objection to Plaintiff's Interrogatories, Set One, served on November 5, 2021.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an internal document from Google, produced with the Bates stamp GOOG-RDGZ-00056514.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the "[GA4] Automatically collected events" webpage, which was downloaded on August 24, 2023, at https://support.google.com/firebase/answer/9234069?hl=en.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of witness Steve Ganem, dated October 28, 2022.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Rebuttal Expert Report of Google's technical expert John R. Black, PhD., served May 31, 2023.

9. Attached hereto as **Exhibit 6-A** is a true and correct copy of Appendix A to the Rebuttal Expert Report of Google's technical expert John R. Black, PhD., served on May 31, 2023.

10. Attached hereto as **Exhibit 7** is a true and correct copy of Appendix X4 to the Rebuttal Expert Report of John Black, served with Dr. Black's report on May 31, 2023.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a Google policy, which was attached to Dr. Black's Appendix X4 as Exhibit 20, and served with Dr. Black's report on May 31, 2023.

12. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition transcript of Plaintiffs' expert Jonathan Hochman, taken June 26, 2023.

13. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Sal Cataldo, taken February 17, 2022.

14. Attached hereto as **Exhibit 11** is a true and correct copy of copy of excerpts from the deposition transcript of Plaintiffs' expert Michael J. Lasinski, dated June 29, 2023.

15. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition transcript of witness Belinda Langner, dated December 15, 2022.

16. Attached hereto as **Exhibit 13** is a true and correct copy of the Expert Report of Donna L. Hoffman, dated May 31, 2023.

17. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of Google LLC's Objections and Responses to Plaintiffs' Interrogatories, Set Seven, dated October 31, 2022.

18. Attached hereto as **Exhibit 15** is a true and correct copy of Plaintiff Sal Cataldo's Objections and Responses to Defendant's Fourth Set of Interrogatories, dated August 17, 2022.

19. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Susan Harvey, dated October 27, 2022.

20. Attached hereto as **Exhibit 17** is Appendix X5 to the Rebuttal Expert Report of John Black, served with Dr. Black's report on May 31, 2023, which is a spreadsheet listing a Selection of Applications that Disclosed Use of Multiple Analytics Services.

21. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the deposition transcript of Chris Ruemmler, dated September 9, 2022.

22. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the Rebuttal Expert Report of Christopher R. Knittel, PhD., dated May 31, 2023.

23. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Anibal Rodriguez, dated October 16, 2022.

24. Attached hereto as **Exhibit 21** is a true and correct copy of Google LLC's Supplemental Objections and Responses to Plaintiffs' Interrogatories, Set Six (Nos. 12, 16, & 17), dated November 1, 2022.

25. Attached hereto as **Exhibit 22** is a true and correct copy of Expert Rebuttal Report of Google's expert Anindya Ghose, PhD., dated May 31, 2023.

26. Attached hereto is **Appendix A**, a collection of publicly available Google policies. The Appendix contains the following:

(a) *Privacy Policy* as published on June 28, 2016, downloaded on August 24, 2023, available at: https://policies.google.com/privacy/archive/20160628

(b) *How Google user your data for ads* as published on September 26, 2016, downloaded on August 23, 2023, available at: https://web.archive.org/web/20160926141132/https://privacy.google.com/how-ads-work.html

(c) *Advertising – Privacy & Terms* as published on June 29, 2016, downloaded on August 23, 2023, available at:
https://web.archive.org/web/20160629135224/https://www.google.com/policies/technologies/ads/

(d) *Key Terms – Privacy & Terms* as published on April 26, 2018, downloaded on August 24, 2023, available at:
https://web.archive.org/web/20160627215305/https://www.google.com/policies/privacy/key-terms/

(e) *How Google uses data when you use our apps – Privacy & Terms* as published July 18, 2016, downloaded on August 24, 2023, available at:
https://web.archive.org/web/20160718100338/http://www.google.com/policies/privacy/partners/

(f) *Advertising – Privacy & Terms* as published on April 4, 2018, downloaded on August 23, 2023, available at:
https://web.archive.org/web/20180404001532/https://policies.google.com/technologies/ads

27. Attached hereto is **Appendix B**, a collection of privacy policies previously filed as Exhibits A-01–L-02 on December 17, 2020 (Dkt. 64-1–22) in connection with the Declaration of Jayvan E. Mitchell in Support of Request for Judicial Notice (Dkt. 64).

28. Attached hereto is **Appendix C**, a spreadsheet of publicly available policies from apps that Plaintiffs disclosed having downloaded during the Class Period.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 24, 2023                    */s/ Eduardo E. Santacana*
                                                              EDUARDO E. SANTACANA