**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
NOORJAHAN RAHMAN  (SBN: 330572)
  nrahman@willkie.com
ARGEMIRA FLÓREZ  (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688-RS<br><br>**GOOGLE LLC'S NOTICE OF MOTION AND MOTION TO EXCLUDE OPINION OF PLAINTIFFS' DAMAGES EXPERT MICHAEL J. LASINSKI**<br><br>**[FILED UNDER SEAL]**<br><br>**Date:**  **October 5, 2023**<br>Time:    1:30 PM<br>Place:   Ctr,. 3, 17th Floor, SF |

Dated: August 24, 2023

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Eduardo E. Santacana*

Benedict Y. Hur
Simona Agnolucci
Eduardo Santacana
Noorjahan Rahman
Argemira Flórez
Harris Mateen

*Attorneys for Defendant*
*Google LLC*

GOOGLE LLC'S MOTION TO EXCLUDE OPINION OF MICHAEL J. LASINSKI
Case No. 3:20-CV-04688-RS