**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
NOORJAHAN RAHMAN (SBN: 330572)
  nrahman@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC, *et al.*,<br><br>　　　　　　　　Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S MOTION TO EXCLUDE OPINION OF PLAINTIFFS' DAMAGES EXPERT MICHAEL J. LASINSKI**<br><br>**Date:**　October 5, 2023<br>**Time:**　1:30 p.m.<br>**Judge:**　Hon. Richard Seeborg<br>　　　　　Ctrm. 3, 17th Floor, SF |

I, EDUARDO E. SANTACANA, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at One Front Street, San Francisco, California 94111, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath..

2. I submit this declaration in support of Google's Motion to Exclude the Opinion of Plaintiff's Damages Expert Michael J. Lasinski.

3. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the deposition of Michael J. Lasinski, taken in this litigation on June 29, 2023.

4. Attached hereto as Exhibit 2 is a true and correct copy of the true and correct copy of the Expert Rebuttal Report of Anindya Ghose, Ph.D, dated May 31, 2023.

5. Attached hereto as Exhibit 3 is a true and correct copy of the true and correct copy of the Expert Rebuttal Report of Christopher R. Knittel, Ph.D, dated May 31, 2023.

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of the filed Expert Report of Michael Lasinski in *Brown v. Google*, 4:20-cv-03664-YGR, 643-11 (filed Jul. 27, 2022).

7. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the deposition of Jonathan Hochman, taken in this litigation on June 26, 2023.

8. Attached hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of named plaintiff Susan Harvey, taken in this litigation on June 26, 2023.

9.  Attached hereto as Exhibit 7 is a true and correct copy of the expert report of the Expert Rebuttal Report of John R. Black, Jr., Ph.D., dated May 31, 2023.

10. Attached hereto as Exhibit 8 is a true and correct copy of Appendices A-C & X1–X3 to the Expert Rebuttal Report of John R. Black, Jr., Ph.D., dated May 31, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of Google's Second Supplemental Objections and Responses to Plaintiffs' Interrogatories Set Six, dated February 14, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 24, 2023, at San Francisco, California.

*Eduardo E. Santacana*
EDUARDO E. SANTACANA