# EXHIBIT 1

# MAO DECLARATION OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE LASINSKI

# (FILED UNDER SEAL)