# EXHIBITS 3-10

# MAO DECLARATION
# OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE LASINSKI

# (FILED UNDER SEAL)