# EXHIBITS 12-13

# MAO DECLARATION

# OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE LASINSKI

# (FILED UNDER SEAL)