**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**SECOND DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKT. 315)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: October 5, 2023<br>Time: 1:30 p.m. |

SECOND DECL. OF MARK MAO ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# SECOND DECLARATION OF MARK MAO

I, Mark Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP ("BSF"), counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' motion for class certification (Dkt. 315). For ease of reference, I have numbered the exhibits attached hereto so as to continue where the exhibit numbering left off in my prior Declaration in Support of Plaintiffs' Motion for Class Certification (Dkt. 315-14), filed July 20, 2023. The final exhibit to that Declaration was Exhibit 69, so this Declaration begins with Exhibit 70.

3. Attached hereto as **Exhibit 70** is a true and correct copy of excerpts from the deposition transcript of Google's Rule 30(b)(6) designee and Group Product Manager for Google Analytics, Steve Ganem, taken October 28, 2022.

4. Attached hereto as **Exhibit 71** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00149617.

5. Attached hereto as **Exhibit 72** is a true and correct copy of excerpts from the deposition transcript of Plaintiffs' expert Jonathan Hochman, taken June 26, 2023.

6. Attached hereto as **Exhibit 73** is a true and correct copy of excerpts from the deposition transcript of Google's Senior Director of Product Management Eric Miraglia, taken October 25, 2022.

7. Attached hereto as **Exhibit 74** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Susan Harvey, taken October 27, 2022.

8. Attached hereto as **Exhibit 75** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Anibal Rodriguez, taken October 16, 2022.

9. Attached hereto as **Exhibit 76** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Julian Santiago, taken March 7, 2022.

10. Attached hereto as **Exhibit 77** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Sal Cataldo, taken February 17, 2022.

11. Attached hereto as **Exhibit 78** is a true and correct copy of excerpts from the deposition transcript of Google's expert Donna Hoffman, taken July 11, 2023.

12. Attached hereto as **Exhibit 79** is a true and correct copy of excerpts from the deposition transcript of Google's expert John Black, taken July 14, 2023.

13. Attached hereto as **Exhibit 80** is a true and correct copy of an excerpt from Google's Supplemental Objections and Responses to Plaintiffs' Interrogatories Set Seven, dated February 10, 2023, including Google's response to Interrogatory Nineteen.

14. Attached hereto as **Exhibit 81** is a true and correct copy of excerpts from Google's motion for summary judgment filed in *Calhoun v. Google LLC*, Case No. 5:20-CV-5146, Dkt. 395.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of September 2023, at San Francisco, California.

*/s/ Mark Mao*

---

SECOND DECLARATION OF MARK MAO ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
2

11767561v1/103088