# EXHIBITS 70-73

# SECOND MAO DECLARATION

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# (FILED UNDER SEAL)