# EXHIBIT 74

# SECOND MAO DECLARATION

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, JULIEANNA
 5   MUNIZ, ELIZA CAMBA, SAL CATALDO,
 6   EMIR GOENAGA, JULIAN SANTIAGO,
 7   HAROLD NYANJOM, KELLIE NYANJOM,
 8   AND SUSAN LYNN HARVEY,
 9   INDIVIDUALLY AND ON BEHALF OF ALL
10   OTHERS SIMILARLY SITUATED,
11         PLAINTIFFS,
12      vs.                                NO. 3:20-CV-04688
13   GOOGLE LLC,
14         DEFENDANT.
15   _____/
16
17         VIDEOTAPED DEPOSITION OF SUSAN HARVEY
18           *VIA REMOTE COUNSEL VIDEOCONFERENCE*
19              THURSDAY, OCTOBER 27, 2022
20                     VOLUME I
21
22   STENOGRAPHICALLY REPORTED BY:
23   MEGAN F. ALVAREZ, RPR, CSR No. 12470
24   JOB NO. 5516967
25   PAGES 1 - 262
```

Page 1

```
 1   times today.  I don't think it's happened at all.        05:03:53
 2   And there have been time where she said "Excuse me?"     05:03:55
 3   and there was some pause and you have rephrased.         05:03:58
 4   And other times she's tried her best to answer and       05:04:00
 5   has answered.                                            05:04:04
 6           So I don't -- I don't think you can make         05:04:05
 7   that blanket statement.  I think the record will         05:04:06
 8   bear that out.                                           05:04:09
 9   BY MR. MATEEN:                                           05:04:33
10       Q.   Ms. Harvey, you believe that Google has         05:04:34
11   collected information about you when you've had WAA      05:04:35
12   off, right?                                              05:04:38
13       A.   Yes, I do.                                      05:04:39
14       Q.   Do you believe that Google has shared that      05:04:45
15   information with other parties?                          05:04:49
16       A.   That's what we're trying to find out.           05:04:52
17       Q.   To clarify, are you stating that this           05:04:59
18   lawsuit is about Google sharing information              05:05:02
19   collected when WAA is turned off with other parties?     05:05:05
20       A.   Yes, that's -- that's my main thing.  I         05:05:10
21   shut the thing off and information was collected.        05:05:12
22   It shouldn't have been collected in the first place.     05:05:15
23   Because it says I'm in control.  With what they did,     05:05:17
24   I'm not in control.  I don't know what's going on.       05:05:20
25       Q.   Do you have any basis to claim that Google      05:05:26
```

Page 236

| | | |
|---|---|---|
| 1 | has shared information collected when WAA is turned | 05:05:30 |
| 2 | off with third parties? | 05:05:34 |
| 3 |     A.   Why should it be collected in the first | 05:05:36 |
| 4 | place?  If it's collected, yeah, I want to know. | 05:05:39 |
| 5 | Why would they collect it if they weren't doing | 05:05:43 |
| 6 | something with it? | 05:05:48 |
| 7 |     Q.   Ms. Harvey, do you have any basis for | 05:05:52 |
| 8 | stating that the information has been shared with | 05:05:54 |
| 9 | third parties? | 05:05:57 |
| 10 |     A.   That's what I'm trying to find out.  I | 05:05:58 |
| 11 | know it was collected, and it wasn't supposed to be | 05:06:00 |
| 12 | collected in the first place. | 05:06:03 |
| 13 |     Q.   Have you found out any basis thus so far? | 05:06:08 |
| 14 |     A.   That's not for me to speculate on. | 05:06:11 |
| 15 |         MR. MATEEN:  Okay.  We're good on this | 05:06:40 |
| 16 | document. | 05:06:42 |
| 17 |         THE WITNESS:  I lost him. | 05:06:50 |
| 18 |         Thank you. | 05:06:56 |
| 19 |         MR. LEE:  No problem. | 05:06:56 |
| 20 | BY MR. MATEEN: | 05:06:57 |
| 21 |     Q.   ==Ms. Harvey, can you list every type of== | 05:07:18 |
| 22 | ==harm you've suffered from the actions you've alleged== | 05:07:20 |
| 23 | ==in this lawsuit?== | 05:07:24 |
| 24 |         ==MR. LEE:  Hold on.== | 05:07:25 |
| 25 |         ==Objection.  Calls for a legal== | 05:07:26 |

Page 237

| | | |
|---|---|---|
| 1 | conclusion -- or to the extent it calls for a legal | 05:07:26 |
| 2 | conclusion. | 05:07:29 |
| 3 | Go ahead and answer as best you can. | 05:07:30 |
| 4 | THE WITNESS: Best I can, well, my | 05:07:32 |
| 5 | personal information has been collected. It's been | 05:07:33 |
| 6 | saved. It's been used. It's been many things. And | 05:07:36 |
| 7 | it was valuable. I -- I do not understand at all | 05:07:39 |
| 8 | why is there an option to shut it off so it can't be | 05:07:43 |
| 9 | done and then it happens anyway. To me, that's a | 05:07:47 |
| 10 | harm. It's very disturbing and very offensive. | 05:07:49 |
| 11 | BY MR. MATEEN: | 05:07:53 |
| 12 | Q. Why is it disturbing? | 05:07:57 |
| 13 | A. Why is it disturbing? Why am I being lied | 05:07:59 |
| 14 | to? Why am I told that my information's not going | 05:08:02 |
| 15 | to be saved and that it's not going to be used and | 05:08:05 |
| 16 | it's not -- nothing's going to happen with that | 05:08:07 |
| 17 | information because you're in control. I'm not in | 05:08:10 |
| 18 | control. Sort of makes you feel like you're | 05:08:13 |
| 19 | floating, and that's not right because I thought I | 05:08:18 |
| 20 | knew that I was safe and I'm not. | 05:08:20 |
| 21 | Q. Have you suffered any financial harm? | 05:08:36 |
| 22 | A. Yes. My data was valuable. | 05:08:38 |
| 23 | Q. Do you know how much financial harm you | 05:08:58 |
| 24 | suffered? | 05:09:01 |
| 25 | A. I can't state. Google knows. | 05:09:02 |

Page 238

| | | |
|---|---|---|
| 1 | can't keep that promise.  You can't figure out how | 05:21:27 |
| 2 | to do it, that's not my fault.  They shouldn't have | 05:21:30 |
| 3 | made a promise in the first place. | 05:21:34 |
| 4 |     Q.   So I understand that you believe that a | 05:21:35 |
| 5 | court would not do this.  But just imagine for the | 05:21:39 |
| 6 | possibility that you were wrong about what is and | 05:21:44 |
| 7 | isn't illegal and the court rules that from Google | 05:21:47 |
| 8 | doesn't have to change it's behavior. | 05:21:52 |
| 9 |     Would you then delete those apps? | 05:21:54 |
| 10 |     A.   I can't believe that would ever happen. | 05:21:57 |
| 11 |     Q.   Ms. Harvey, I understand that you cannot | 05:22:00 |
| 12 | believe that it will happen, but imagine that it | 05:22:01 |
| 13 | does. | 05:22:05 |
| 14 |     A.   I -- I can't imagine that.  Why -- why | 05:22:06 |
| 15 | would that happen?  You can't make a promise, break | 05:22:09 |
| 16 | that promise, make money off people's data when they | 05:22:12 |
| 17 | said that they weren't going to do that, and -- and | 05:22:17 |
| 18 | it be okay.  It's not okay. | 05:22:19 |
| 19 |     Q.   Ms. Harvey, for example, your last case | 05:22:23 |
| 20 | was dismissed on statute of limitations grounds. | 05:22:25 |
| 21 | Let's say that this case gets dismissed on statute | 05:22:28 |
| 22 | of limitations grounds. | 05:22:32 |
| 23 |     In that case, would you delete these apps | 05:22:34 |
| 24 | off your phone? | 05:22:38 |
| 25 |     A.   It's not going to get dismissed for | 05:22:40 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | statute of limitations.  So I don't even have to | 05:22:42 |
| 2 | consider that, correct? | 05:22:45 |
| 3 |     Q.   Would you ever delete your Google account? | 05:22:48 |
| 4 |         MR. LEE:  Objection.  Vague. | 05:22:52 |
| 5 |         THE WITNESS:  What other option do I have | 05:22:55 |
| 6 | on an Android device so I can use the Play Store? | 05:22:57 |
| 7 |         MR. LEE:  Can I get a time check? | 05:23:11 |
| 8 |         THE VIDEO OPERATOR:  6:23. | 05:23:19 |
| 9 |         MR. LEE:  I'm sorry? | 05:23:20 |
| 10 |         THE WITNESS:  Six hours, 23 minutes. | 05:23:22 |
| 11 |         MR. LEE:  Thank you. | 05:23:29 |
| 12 | BY MR. MATEEN: | 05:23:29 |
| 13 |     ==Q.   Ms. Harvey, since filing this case, have== | 05:23:30 |
| 14 | ==you used any apps differently than you did before?== | 05:23:33 |
| 15 |     ==A.   No.  I'm trying to find out what's going== | 05:23:38 |
| 16 | ==on.  It's being investigated right now.  They're== | 05:23:40 |
| 17 | ==checking everything out.  So if I stopped using== | 05:23:46 |
| 18 | ==those things, then nothing would be found out, would== | 05:23:49 |
| 19 | ==it?== | 05:23:52 |
| 20 |     Q.   Have you interacted with anyone in your | 05:23:53 |
| 21 | life any differently than before you filed your | 05:23:55 |
| 22 | lawsuit? | 05:23:57 |
| 23 |         MR. LEE:  Objection.  Vague. | 05:23:58 |
| 24 |         THE WITNESS:  With who?  I don't | 05:24:02 |
| 25 | understand. | 05:24:04 |

Veritext Legal Solutions
866 299-5127

|    |                                                              |            |
|----|--------------------------------------------------------------|------------|
| 1  | BY MR. MATEEN:                                               | 05:24:05   |
| 2  |     Q.   Have you communicated with anybody you              | 05:24:11   |
| 3  | know differently?                                            | 05:24:15   |
| 4  |          MR. LEE:  Objection.  Vague.                        | 05:24:17   |
| 5  | BY MR. MATEEN:                                               | 05:24:18   |
| 6  |     Q.   Have you communicated with anybody you              | 05:24:23   |
| 7  | know differently since filing your lawsuit?                  | 05:24:24   |
| 8  |          MR. LEE:  Objection.  Vague.                        | 05:24:27   |
| 9  | BY MR. MATEEN:                                               | 05:24:27   |
| 10 |     Q.   Ms. Harvey, you can answer to the extent           | 05:24:36   |
| 11 | that you are able to.                                        | 05:24:37   |
| 12 |     A.   Who?                                                | 05:24:39   |
| 13 |     Q.   Any person.                                         | 05:24:41   |
| 14 |     A.   People that I know?                                 | 05:24:42   |
| 15 |     Q.   Yes.                                                | 05:24:43   |
| 16 |     A.   Why would I do that?  They didn't do it.           | 05:24:44   |
| 17 | They didn't make me a promise and break it.                  | 05:24:48   |
| 18 |     Q.   Have you taken any steps to protect                 | 05:24:55   |
| 19 | yourself from the alleged misconduct from Google?            | 05:24:57   |
| 20 |     A.   I seeked a lawyer's advice.  My                     | 05:25:01   |
| 21 | Web & App Activity is off.  I was thinking the              | 05:25:06   |
| 22 | information wasn't being collected and it was.               | 05:25:07   |
| 23 |          So, yes, I seeked a lawyer's advice.                | 05:25:10   |
| 24 |     Q.   Since --                                            | 05:25:13   |
| 25 |          THE VIDEO OPERATOR:  Excuse me.  This is           | 05:25:16   |