# EXHIBIT 75

# SECOND MAO DECLARATION

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                     SAN FRANCISCO
4    _____
                                          )
5    ANIBAL RODRIGUEZ, et al.,            )
     individually and on behalf of        )
6    all others similarly situated,       )
                                          )
7                        Plaintiffs,      )
                                          ) Case No.:
8    vs.                                  ) 3:20-CV-04688
                                          )
9    GOOGLE LLC, et al.,                  )
                                          )
10                       Defendant.       )
     _____)
11
12
13                   ** CONFIDENTIAL **
14
15             Videotaped Deposition of
16                  ANIBAL RODRIGUEZ
17                (Conducted Remotely)
18             Sunday, October 16, 2022
19                  12:03 p.m. EDT
20
21
22
23
24   Job No.:  5516994
25   Reported by:  BRENDA MATZOV, CSR NO. 9243
```

Page 1

| | | |
|---|---|---|
| 1 | invading your privacy; right? | 13:59:12 |
| 2 | A. The -- my -- invasion of privacy. | 13:59:15 |
| 3 | Right. | 13:59:18 |
| 4 | Q. And in spite of that, you chose last | 13:59:20 |
| 5 | year to purchase an Android phone again, didn't | 13:59:24 |
| 6 | you? | 13:59:28 |
| 7 | A. Yeah. | 13:59:28 |
| 8 | Q. Why didn't you switch phones -- | 13:59:32 |
| 9 | A. Why should -- | 13:59:33 |
| 10 | Q. -- to a different -- | 13:59:33 |
| 11 | A. -- I? Why should -- | 13:59:33 |
| 12 | Q. -- non-Android phone? | 13:59:33 |
| 13 | A. Why should I change phones? Why | 13:59:37 |
| 14 | wouldn't the but -- the button just work? | 13:59:38 |
| 15 | MR. LEE: Hold on. | 13:59:41 |
| 16 | Counsel, are you -- are you trying -- | 13:59:41 |
| 17 | are you representing that -- that Google doesn't | 13:59:42 |
| 18 | collect information with WAA off from non-Android | 13:59:45 |
| 19 | smartphones? Are you making that representation | 13:59:49 |
| 20 | here? | 13:59:53 |
| 21 | MS. ARAKAKI: This is my deposition. | 13:59:54 |
| 22 | And we're not -- I'm not questioning you. I'm | 13:59:54 |
| 23 | talk -- I'm questioning the witness. | 13:59:57 |
| 24 | BY MS. ARAKAKI: | 13:59:58 |
| 25 | Q. So my question is -- | 13:59:58 |

Page 81

| | | |
|---|---|---|
| 1 | MR. LEE: So no -- | 14:00:00 |
| 2 | BY MS. ARAKAKI: | 14:00:00 |
| 3 | Q. -- Mr. Rodriguez -- | 14:00:00 |
| 4 | MR. LEE: -- representation from you? | 14:00:00 |
| 5 | No representation from you; is that right? | 14:00:01 |
| 6 | MS. ARAKAKI: This is my deposition. | 14:00:04 |
| 7 | I'm asking the questions here. | 14:00:04 |
| 8 | BY MS. ARAKAKI: | 14:00:09 |
| 9 | Q. Mr. Rodriguez, when you made the | 14:00:09 |
| 10 | decision last year to purchase an Android | 14:00:11 |
| 11 | phone, did you consider the allegations you | 14:00:13 |
| 12 | made in this case the year before? | 14:00:16 |
| 13 | A. Yes. | 14:00:18 |
| 14 | Q. Did you consider it in the purchase | 14:00:18 |
| 15 | decision you made? | 14:00:24 |
| 16 | A. Yes. | 14:00:27 |
| 17 | Q. How did it factor into your purchase | 14:00:29 |
| 18 | decision? | 14:00:31 |
| 19 | A. Well, what -- what -- why -- you know, | 14:00:33 |
| 20 | why I bought the -- the -- the device? Is that | 14:00:37 |
| 21 | what you said? | 14:00:39 |
| 22 | Q. How did the fact that you had -- no. | 14:00:45 |
| 23 | I'll rephrase. | 14:00:46 |
| 24 | ==How did the fact that you had made== | 14:00:47 |
| 25 | ==allegations in July 2020 that Google -- to== | 14:00:50 |

Page 82

| | | |
|---|---|---|
| 1 | use your words -- was engaging in disturbing | 14:00:52 |
| 2 | conduct by collecting data while WAA is off | 14:00:56 |
| 3 | factor into your decision to purchase another | 14:00:56 |
| 4 | phone that used the Android software system? | 14:01:00 |
| 5 |     A.   Because, you know, being limited to | 14:01:05 |
| 6 | what I have as far as options.  Again, I'm not | 14:01:06 |
| 7 | a rich person.  I don't -- I don't have money | 14:01:09 |
| 8 | to buy certain phones.  My provider had a great | 14:01:11 |
| 9 | deal and I had to do that.  Sometimes I -- you | 14:01:16 |
| 10 | know, you have to go that route.  I mean, that's | 14:01:19 |
| 11 | basically what it comes down to.  I mean, that's -- | 14:01:23 |
| 12 | that's why I chose to do that. | 14:01:25 |
| 13 |     But, again, WAA's off, it should not | 14:01:29 |
| 14 | be collecting data, you know.  It -- it's plain | 14:01:33 |
| 15 | and simple. | 14:01:37 |
| 16 |     And, again, we're -- we're -- we're | 14:01:42 |
| 17 | in this here.  And as -- as far as what we're | 14:01:43 |
| 18 | investigating, I didn't want to change any of | 14:01:51 |
| 19 | my -- my -- my activities or -- or what I'm doing | 14:01:53 |
| 20 | if before -- if -- if we're in this investigation, | 14:01:59 |
| 21 | I needed to keep what I had. | 14:02:01 |
| 22 |     So my phone still had same apps, still | 14:02:04 |
| 23 | have WAA off, and my -- my behaviors are still | 14:02:08 |
| 24 | the same.  In order for this to continue, I want | 14:02:11 |
| 25 | to make sure that you know that I still have | 14:02:15 |

| | | |
|---|---|---|
| 1 | the same behaviors. | 14:02:17 |
| 2 | Q. Why did you think it was important | 14:02:21 |
| 3 | that you have the same behaviors during your | 14:02:24 |
| 4 | investigation? | 14:02:26 |
| 5 | A. Because we're -- we're in this | 14:02:27 |
| 6 | investigation. And if -- if everything is -- | 14:02:28 |
| 7 | you know, if -- if you are indeed taking | 14:02:30 |
| 8 | information from me without my permission, | 14:02:34 |
| 9 | we need to know. So my phone is still there, | 14:02:36 |
| 10 | the same way it was before -- before the | 14:02:40 |
| 11 | allegation and while we're in this deposition. | 14:02:42 |
| 12 | So why I have the same phone is so | 14:02:45 |
| 13 | that way we can figure out what's going on. | 14:02:49 |
| 14 | And, obviously, at the end of the day, we'll | 14:02:52 |
| 15 | figure out what -- what's really happening. | 14:02:54 |
| 16 | Q. How will you do that? | 14:02:57 |
| 17 | A. Well, you're -- we're -- we're doing | 14:03:00 |
| 18 | an investigation. We're in this lawsuit here. | 14:03:01 |
| 19 | And I have lawyers and other professionals that | 14:03:04 |
| 20 | are looking into that. | 14:03:08 |
| 21 | Q. Besides what your lawyers are doing, | 14:03:13 |
| 22 | do you have any knowledge about what is being | 14:03:14 |
| 23 | done to investigate your allegations? | 14:03:17 |
| 24 | MR. LEE: I think she's asking about | 14:03:21 |
| 25 | things beyond discussions you've had with counsel. | 14:03:23 |

| | | |
|---|---|---|
| 1 | If you can answer that, go ahead.  But don't | 14:03:25 |
| 2 | reveal any discussions.  You can -- you can -- | 14:03:28 |
| 3 | you can state that you had discussions with | 14:03:29 |
| 4 | counsel.  But I don't want you to get into | 14:03:34 |
| 5 | any of the contents.  Okay? | 14:03:37 |
| 6 | THE WITNESS:  Right. | 14:03:39 |
| 7 | So can you repeat the question again? | 14:03:39 |
| 8 | BY MS. ARAKAKI: | 14:03:41 |
| 9 | Q.   So you said several times that the | 14:03:41 |
| 10 | reason you couldn't change from an Android | 14:03:43 |
| 11 | phone is because you were in the middle of | 14:03:46 |
| 12 | an investigation in this case. | 14:03:48 |
| 13 | What are you doing to investigate | 14:03:50 |
| 14 | your allegations besides what you've discussed | 14:03:52 |
| 15 | with counsel or have learned from counsel? | 14:03:55 |
| 16 | A.   What have I done? | 14:04:00 |
| 17 | Well, again, this -- there are other -- | 14:04:01 |
| 18 | there are other people involved.  For instance, | 14:04:05 |
| 19 | professionals that are digging into this | 14:04:08 |
| 20 | information.  As far as the details, I'm not | 14:04:10 |
| 21 | a tech guy, so I wouldn't know.  But I'm trusting | 14:04:12 |
| 22 | that the people on my team are going to get to | 14:04:16 |
| 23 | the bottom of it. | 14:04:20 |
| 24 | Q.   Besides your attorneys, who are you | 14:04:20 |
| 25 | referring to when you say professionals and | 14:04:22 |

Page 85

```
 1              But if -- if we're talking about who              18:10:12
 2    can get that information and who can use that               18:10:17
 3    information and you're choosing a specific                  18:10:20
 4    company not to gather that information, I think             18:10:25
 5    it should be honored.                                       18:10:28
 6              But, you know, again, if this is on               18:10:30
 7    here and it's gathering information for someone             18:10:32
 8    to collect from someone and if that someone                 18:10:35
 9    doesn't want that data shared, whether they                 18:10:39
10    know or not -- and maybe they should look into              18:10:42
11    ways to protect that information, which, if you             18:10:47
12    are someone like that, more likely you are going            18:10:51
13    through those options.                                      18:10:54
14              For instance, WAA, if, let's say --               18:10:55
15    let's hype -- let's say the person who has WAA              18:10:59
16    off and they go to this website, they can safely --         18:11:03
17    they should at least assume that this information           18:11:07
18    that's gathered is not going to be shared with              18:11:12
19    Google.  And that's where it comes -- what it               18:11:15
20    comes down to.  So if they have it on and you're --         18:11:18
21    and you're collecting it from this website, that's          18:11:22
22    totally up to them.                                         18:11:26
23       Q.   Okay.  So you just said something very              18:11:30
24    interesting.  You said the customer, when they              18:11:31
25    go to this website Eco Clean Detail [sic], if               18:11:33
```

```
 1    they have WAA off, they can assume you will not         18:11:35
 2    share it with Google.                                    18:11:40
 3            How would you know not to share their            18:11:41
 4    information with Google?                                 18:11:43
 5       A.   I don't --                                       18:11:43
 6            MR. LEE:  Objection.  Mischaracterizes.          18:11:45
 7            Go ahead.                                        18:11:45
 8            THE WITNESS:  I -- I don't know how              18:11:47
 9    this website works.  Again, it's not something           18:11:47
10    that I actively used or actively gathered                18:11:50
11    information.  I don't know anything about                18:11:55
12    this but besides what you and I are looking              18:11:57
13    at right now.  I totally forgot about it.                18:12:00
14    BY MS. ARAKAKI:                                          18:12:03
15       Q.   Let's talk about something else.                 18:12:03
16            So you brought this case against                 18:12:08
17    Google.  You allege that Google is invading              18:12:10
18    your privacy by collecting information while             18:12:14
19    you have WAA off and that you've been harmed;            18:12:14
20    right?                                                   18:12:18
21            Have you been harmed -- and I just               18:12:19
22    want to understand the harm.                             18:12:22
23            So have you been harmed physically               18:12:23
24    by Google's collection of your information?              18:12:27
25       A.   I've been -- there's -- when you say             18:12:29
```

Page 247

| | | |
|---|---|---|
| 1 | "harmed," it's -- it -- it -- it's -- it's -- | 18:12:30 |
| 2 | harm is -- is -- is -- is a vague word.  When | 18:12:31 |
| 3 | you say have I been harmed physically -- I've | 18:12:36 |
| 4 | been harmed. | 18:12:41 |
| 5 |       It's -- it's really -- it's -- it's | 18:12:42 |
| 6 | not okay for someone to take your information | 18:12:43 |
| 7 | without your -- your consent at any given time, | 18:12:47 |
| 8 | no matter what the situation is.  The harm that | 18:12:53 |
| 9 | comes with that is the fear of someone getting | 18:12:56 |
| 10 | your information and who knows what they're | 18:12:59 |
| 11 | using it for.  I don't know. | 18:13:03 |
| 12 |       So it's -- it -- so for me to feel | 18:13:04 |
| 13 | safe and understand that, hey, you know what, | 18:13:08 |
| 14 | if this [audio fades] says the information | 18:13:10 |
| 15 | that they are deciding to gather, if it's on, | 18:13:13 |
| 16 | if -- that's fine and I'm okay with that if | 18:13:19 |
| 17 | I'm -- I'm agreeing to that. | 18:13:21 |
| 18 |       But if I have it off, it's not a -- | 18:13:23 |
| 19 | it's -- it's -- it's -- it's a terrible thing | 18:13:26 |
| 20 | to do to someone, to get information from them | 18:13:29 |
| 21 | after you've already agreed to them -- after you | 18:13:32 |
| 22 | say -- after Google says that Google understands | 18:13:34 |
| 23 | that it's a big responsibility for them and they | 18:13:39 |
| 24 | work really hard to protect my information and | 18:13:43 |
| 25 | they put me in control. | 18:13:45 |

Veritext Legal Solutions
866 299-5127

```
 1            So when you say that, it tells me                 18:13:48
 2   that, okay, I should feel safe.  But when you               18:13:50
 3   don't feel safe, isn't that harmful?  It is.                18:13:55
 4   So if I'm not in control, it's -- it's -- who               18:13:58
 5   knows what's going on?  And when you tell me                18:14:01
 6   that I -- I have control and I have the choice,             18:14:04
 7   then you should -- you should abide by that.                18:14:07
 8            So that's the harm that comes in play.             18:14:11
 9   And I don't think anybody is -- having to deal              18:14:15
10   with this is -- is dealing with this in a --                18:14:18
11   in a okay way.  I'm sure they're feeling harm               18:14:22
12   in some way, shape, or form.  And that's why                18:14:26
13   we're here.  We need to fix this issue.  If                 18:14:32
14   that button is fixed and it does what it does,              18:14:33
15   we can feel safe again.                                     18:14:33
16      Q.   Okay.  So you took issue with the                   18:14:38
17   word "harmed," and you said it's vague.  But                18:14:41
18   you used the word "harmed" in your Complaint                18:14:44
19   and you said that Google had harmed you by                  18:14:47
20   collecting information.  So I'm trying to                   18:14:48
21   understand what that harm is.                               18:14:51
22            So it sounds like that's a "yes" to                18:14:52
23   my question, you've not been harmed physically;             18:14:55
24   right?                                                      18:14:58
25      A.   Physically?  Well --                                18:14:58
```

Page 249

| | | |
|---|---|---|
| 1 | Q. Correct. | 18:15:01 |
| 2 | A. -- define -- | 18:15:01 |
| 3 | Q. Physically. | 18:15:01 |
| 4 | A. -- "physically." | 18:15:01 |
| 5 | Is it that -- did I feel hurt? Did | 18:15:01 |
| 6 | I get cut by it? Did I break my arm? Is that | 18:15:05 |
| 7 | what you mean by "physically"? | 18:15:08 |
| 8 | Q. Do you recall seeing your Complaint? | 18:15:12 |
| 9 | A. I -- I'm sorry? But I'm -- I'm just | 18:15:14 |
| 10 | asking. Did -- is -- is -- is that what you | 18:15:20 |
| 11 | meant? | 18:15:22 |
| 12 | Q. So I'm just trying to under -- sure. | 18:15:22 |
| 13 | A. Right. That's what I'm -- | 18:15:25 |
| 14 | Q. Were you -- | 18:15:26 |
| 15 | A. That's what I'm -- | 18:15:26 |
| 16 | Q. -- harmed physically? | 18:15:26 |
| 17 | A. -- trying to figure out. | 18:15:26 |
| 18 | Q. Were you harmed physically on your | 18:15:30 |
| 19 | body? | 18:15:32 |
| 20 | A. Again, that's what I'm asking. Is | 18:15:34 |
| 21 | it -- is -- do you mean, like, did I get cut? | 18:15:36 |
| 22 | Or did I break my arm because of it? | 18:15:38 |
| 23 | Q. When you hear the phrase "physical | 18:15:42 |
| 24 | harm," what do you understand that to mean? | 18:15:45 |
| 25 | A. That's what I'm trying to clear up. | 18:15:46 |