# EXHIBIT 76

# SECOND MAO DECLARATION PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CONFIDENTIAL

```
1              IN THE UNITED STATES DISTRICT COURT
2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                    SAN FRANCISCO DIVISION
4                          ---o0o---
5   ANIBAL RODRIGUEZ, et al.       )
    individually and on behalf     )
6   of all other similarly         )
    situated,                      )
7                                  )
            Plaintiffs,             )Case No.
8                                   )3:20-CV-04688
    vs.                             )
9                                   )
    GOOGLE LLC, et al.,             )
10                                  )
            Defendant.              )
11  _____)
12
13                      CONFIDENTIAL
14                       ---o0o---
15            Videotaped Zoom Deposition of
16                   JULIAN SANTIAGO
17                Monday, March 7, 2022
18                       ---o0o---
19
20
21
22
23  Katy E. Schmidt
24  RPR, RMR, CRR, CSR 13096
25  Veritext Job No.: 5106972
```

Page 1

| | | |
|---|---|---|
| 1 | MR. LEE:  Yeah.  Let's go -- we want to | 04:42 |
| 2 | stretch our legs, I think. | 04:42 |
| 3 | MS. ARAKAKI:  Okay.  Sure. | 04:42 |
| 4 | MR. LEE:  Ten minutes? | 04:42 |
| 5 | MS. ARAKAKI:  Okay. | 04:42 |
| 6 | THE VIDEOGRAPHER:  Going off the record.  The | 04:42 |
| 7 | time is 7:42 p.m. | 04:42 |
| 8 | (Break taken in proceedings.) | 04:42 |
| 9 | THE VIDEOGRAPHER:  Back on the record.  The | 04:56 |
| 10 | time is 7:56 p.m. | 04:56 |
| 11 | MR. LEE:  And, Lori, I'm not trying to rush | 04:56 |
| 12 | you.  Just so we can make food arrangements, do you have | 04:56 |
| 13 | a general ballpark?  Because that might affect when we | 04:56 |
| 14 | order food. | 04:56 |
| 15 | MS. ARAKAKI:  Sure.  Yeah.  I mean, I think -- | 04:56 |
| 16 | I'm hopeful we can finish before another -- another | 04:56 |
| 17 | break but -- | 04:56 |
| 18 | MR. LEE:  In that case we'll wait. | 04:56 |
| 19 | MS. ARAKAKI:  -- I'm not -- | 04:56 |
| 20 | MR. LEE:  You're not committing to it, I get | 04:56 |
| 21 | it. | 04:56 |
| 22 | MS. ARAKAKI:  Yeah.  I'm not committing to it. | 04:56 |
| 23 | MR. LEE:  I get it.  I can only ask for your | 04:56 |
| 24 | best guess.  I totally get it. | 04:56 |
| 25 | MS. ARAKAKI:  I'm hopeful.  I'm sure we all | 04:56 |

```
 1   are.                                                    04:56

 2   BY MS. ARAKAKI:                                         04:56

 3       Q.   Okay.  Mr. Santiago, I just want to shift      04:56

 4   gears a little bit from what we were talking about      04:57

 5   before the break.                                       04:57

 6            So in this particular case, I want to talk     04:57

 7   about your harm in this case.                           04:57

 8            Do you believe you suffered any harm as a      04:57

 9   result of Google's alleged invasion of privacy?         04:57

10       A.   I believe I do -- I have, yes.  Yeah.          04:57

11       Q.   What harm?                                     04:57

12       A.   Well, you already touched upon it, a huge      04:57

13   invasion of my privacy.  Information that I thought was 04:57

14   personal to me or I expected to be personal to me that I 04:57

15   value, to be accessed by Google without my permission.  04:57

16   My information has value, and, you know, I could have   04:57

17   been profiting off my information if I chose to do so.  04:57

18            Google is profiting off my information without 04:57

19   my permission.                                          04:58

20            So the invasion of privacy and the value of my 04:58

21   information, those are two huge ones.                   04:58

22            I'm sure there's cost associated with          04:58

23   background applications, tracking, and sending          04:58

24   information to Google from my phone and my computer,    04:58

25   additional energy costs that that cost me.  Even an     04:58
```

```
 1   iPhone, you know, having more information stored or         04:58
 2   background applications running without my consent that     04:58
 3   run down my phone quicker that require me to get a new      04:58
 4   phone sooner than I would have had to had my information    04:58
 5   not been tracked in the background.                         04:58
 6           So I think there's multiple things here that        04:58
 7   have been affected.                                         04:59
 8       Q.  Yeah.  Okay.  So that was a helpful long            04:59
 9   explanation and I heard about five different things         04:59
10   there.  So I just want to go through each of those          04:59
11   pieces one at a time.                                       04:59
12           So one of the things you said was the value         04:59
13   of your data to you; right?                                 04:59
14       A.  Yes.                                                04:59
15       Q.  And you said it's because you could have sold       04:59
16   that data if you wanted to; right?                          04:59
17       A.  If I chose to, I could have done certain            04:59
18   things with that data that I could have personally          04:59
19   profited off.  Instead Google is profiting off of that      04:59
20   without my permission.                                      04:59
21       Q.  Okay.  So you say done certain things with          04:59
22   your data that you could have profited off of it.           04:59
23           Are you thinking of anything else besides           04:59
24   selling the data?                                           04:59
25       A.  I think selling being the main one.                 05:00
```

Page 228

| | | |
|---|---|---|
| 1 | Q.  Okay.  As you sit here today, are you thinking | 05:00 |
| 2 | of anything else besides selling? | 05:00 |
| 3 | MR. LEE:  You mean on this first category, | 05:00 |
| 4 | right, that we're talking about, Lori? | 05:00 |
| 5 | MS. ARAKAKI:  Yes.  With respect to profiting | 05:00 |
| 6 | off of the data. | 05:00 |
| 7 | BY MS. ARAKAKI: | 05:00 |
| 8 | Q.  I think you said, Mr. Santiago, that you could | 05:00 |
| 9 | have profited off the data.  And you said one of the | 05:00 |
| 10 | ways or the main way was selling. | 05:00 |
| 11 | And I'm trying to understand if you were | 05:00 |
| 12 | thinking of something else when you used the phrase you | 05:00 |
| 13 | could have profited off of your data. | 05:00 |
| 14 | A.  That's the first thing that comes to mind. | 05:00 |
| 15 | Q.  So no other ways that you're thinking of | 05:00 |
| 16 | specifically at this point? | 05:00 |
| 17 | A.  At this moment, no. | 05:00 |
| 18 | Q.  So selling your data, do you ever try to do | 05:00 |
| 19 | that? | 05:01 |
| 20 | A.  No.  I clearly value my privacy and I value | 05:01 |
| 21 | my data and information being private at this moment in | 05:01 |
| 22 | time and in the past. | 05:01 |
| 23 | If that's something -- selling my data, I | 05:01 |
| 24 | mean, if that's something that I decide later on in the | 05:01 |
| 25 | future might be something that I want to do, that would | 05:01 |

Page 229

```
 1   responses that list all of the apps that use              07:05
 2   Google Analytics for Firebase?                            07:05
 3           MR. LEE:  That's privileged.                      07:05
 4   BY MS. ARAKAKI:                                           07:05
 5       Q.  Have you seen any documents in this case          07:05
 6   Google -- any of Google's discovery responses?            07:05
 7           MR. LEE:  You can answer that.                    07:05
 8           THE WITNESS:  I've seen my discovery              07:05
 9   responses.                                                07:05
10   BY MS. ARAKAKI:                                           07:05
11       Q.  Have you seen any of Google's?                    07:05
12       A.  I've had conversations with my lawyers.           07:05
13       Q.  I'm just wondering whether you've seen a          07:05
14   written discovery response on Google's behalf that's     07:05
15   similar to the ones you've done but it's on -- from       07:05
16   Google rather than from the plaintiff.                    07:05
17           Have you seen any?                                07:05
18           MR. LEE:  Right.  She's just asking if you've    07:05
19   laid your eyes on the actual documents, not discussions  07:05
20   you've had about them with counsel.                       07:06
21           THE WITNESS:  I don't believe I have.             07:06
22   BY MS. ARAKAKI:                                           07:06
23       Q.  So if you knew which of Google's apps -- or       07:06
24   which of the third-party apps that are on your phone use 07:06
25   Google Analytics for Firebase, do you think there's      07:06
```

| | | |
|---|---|---|
| 1 | anything else about the app that you need to find out by | 07:06 |
| 2 | continuing to use them? | 07:06 |
| 3 | MR. LEE: Objection. Vague. | 07:06 |
| 4 | MS. ARAKAKI: I'll rephrase. | 07:06 |
| 5 | BY MS. ARAKAKI: | 07:06 |
| 6 | Q. You said you're continuing to use the apps and | 07:06 |
| 7 | you remained consistent because you want to find out | 07:06 |
| 8 | about what Google is doing wrong; right? | 07:06 |
| 9 | A. Yes. | 07:06 |
| 10 | Q. What about what Google is doing are you trying | 07:06 |
| 11 | to find out? | 07:06 |
| 12 | MR. LEE: Asked and answered. | 07:06 |
| 13 | BY MS. ARAKAKI: | 07:06 |
| 14 | Q. You can answer. | 07:06 |
| 15 | A. I believe I've answered that multiple times. | 07:07 |
| 16 | Q. So earlier you said, and the only thing I've | 07:07 |
| 17 | heard so far, is the reason you continue to use | 07:07 |
| 18 | third-party apps after finding out about Google's | 07:07 |
| 19 | alleged conduct, was to investigate for this lawsuit | 07:07 |
| 20 | which apps are using -- are collecting data; right? | 07:07 |
| 21 | MR. LEE: That's not what he said. | 07:07 |
| 22 | BY MS. ARAKAKI: | 07:07 |
| 23 | Q. You can -- Mr. Santiago, if that's different | 07:07 |
| 24 | from your recollection, feel free to explain. | 07:07 |
| 25 | A. Can you ask that again? Because it doesn't | 07:07 |

Page 291

| | | |
|---|---|---|
| 1 | sound like something I said. | 07:07 |
| 2 | Q.  My understanding of what you said is that you | 07:07 |
| 3 | continue to use third-party apps even after learning | 07:07 |
| 4 | that Google allegedly obtained that interaction data | 07:07 |
| 5 | because you wanted to find out or investigate for this | 07:08 |
| 6 | lawsuit how Google is getting your app interaction data; | 07:08 |
| 7 | right? | 07:08 |
| 8 | MR. LEE:  Mischaracterizes to the extent | 07:08 |
| 9 | that's an exclusive statement.  He said much more.  It's | 07:08 |
| 10 | in the record. | 07:08 |
| 11 | BY MS. ARAKAKI: | 07:08 |
| 12 | Q.  You may answer. | 07:08 |
| 13 | A.  I said much more than that. | 07:08 |
| 14 | Q.  Mr. Santiago, I'm just trying to figure out | 07:08 |
| 15 | what you're trying to find out from Google in the -- | 07:08 |
| 16 | A.  I'm trying to -- sorry to interrupt.  Go on. | 07:08 |
| 17 | Q.  Because you said that you are continuing to | 07:08 |
| 18 | use these apps. | 07:08 |
| 19 | I'm trying to figure out why you're continuing | 07:08 |
| 20 | to use the apps. | 07:08 |
| 21 | Can you explain that to me in your words? | 07:08 |
| 22 | A.  I've explained that on multiple occasions and | 07:08 |
| 23 | the various number of reasons why -- what I'm trying to | 07:08 |
| 24 | figure out is why Google is continuing to track and | 07:08 |
| 25 | store the information of consumers who have chosen and | 07:09 |