# EXHIBIT 77

# SECOND MAO DECLARATION

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO
 4                       --oOo--
 5   ANIBAL RODRIGUEZ, et al.,
     individually and on behalf of
 6   all other similarly situated,
 7                  Plaintiffs,
 8   vs.                                  Case No.
                                          3:20-CV-04688
 9   GOOGLE LLC, et al.,
10                  Defendants.
     _____/
11
12
13
14
15       VIDEO-RECORDED DEPOSITION OF SAL CATALDO
16                   VERITEXT VIRTUAL
17            THURSDAY, FEBRUARY 17, 2022
18
19
20
21
22   Reported by:
23   Anrae Wimberley, CSR No. 7778
24   Job No.  5057262
25
                                              Page 1
```

| | | |
|---|---|---|
| 1 | I've always drove Jeeps.  I like a Lexus because my | 09:28:49 |
| 2 | last car was a Lexus.  That was fun. | |
| 3 |     So I use Androids.  I've stuck with | |
| 4 | Androids. | |
| 5 | BY MR. SANTACANA: | 09:29:00 |
| 6 |     Q.   In '09, when you first selected an Android | |
| 7 | phone, why did you do that? | |
| 8 |     A.   I'm not 100 percent sure.  I just remember | |
| 9 | it was a Droid 2.  Maybe because I thought it looked | |
| 10 | cool.  I liked the features.  It was on sale.  You | 09:29:17 |
| 11 | know, all those things would have been factors in my | |
| 12 | purchasing. | |
| 13 |     Q.   The Droid 2 did look cool.  I would | |
| 14 | believe that.  It wasn't particularly cheap, but | |
| 15 | maybe it was on sale. | 09:29:33 |
| 16 |     So I guess the reason I'm asking is | |
| 17 | because you're suing Google for invading your | |
| 18 | privacy and committing a tort against you, but | |
| 19 | during the course of this case, you chose to buy a | |
| 20 | phone directly from Google that runs the operating | 09:29:50 |
| 21 | system that you allege invaded your privacy. | |
| 22 |     Why would you buy it again? | |
| 23 |     A.   Well, to be clear, I didn't buy the Google | |
| 24 | Pixel directly from Google.  I bought it from | |
| 25 | Verizon. | 09:30:10 |

Page 26

```
 1              I also thought that if --                    09:30:11
 2        Q.   You understand it's a Google phone though.
 3   It's not --
 4        MR. LEE:  You know what, I don't think
 5   Mr. Cataldo was finished with his answer.              09:30:17
 6              Why don't you finish your answer, and then
 7   Mr. Santacana can ask another question.
 8              Go ahead.
 9        THE WITNESS:  So you said I bought it directly
10   from Google, which I did not do.  I understand there   09:30:30
11   may not be a huge difference, but for clarity sake,
12   I bought it from the Verizon Store.
13              Part of the reason of that model was that
14   my existing phone had broken and there's not a lot
15   of options.  And at the same time, I understand that   09:30:46
16   as part of litigation, I didn't think it was
17   appropriate to vary wildly from my existing
18   behaviors.
19              So in the sense that I don't think
20   continuing to have an Android phone, regardless of     09:31:02
21   brand, conflicts from the fact that I was violated.
22   If anything, the fact that I've been loyal to Google
23   Android for years, it felt more of a violation to me
24   that they would do this and continue to do this.
25              I'm not familiar enough with other brands.  09:31:26
```

| | | |
|---|---|---|
| 1 | If there was another brand that would make me feel | 09:31:28 |
| 2 | more comfortable, I would very much like to leave. | |
| 3 | So far, there has not been any other brand | |
| 4 | or ecosystem that has satisfied, but I don't think | |
| 5 | that my choices in phone have any indication as to | 09:31:44 |
| 6 | how I feel about the practices. | |
| 7 | BY MR. SANTACANA: | |
| 8 | Q. Well, you use a Blackberry for work | |
| 9 | because of its security features; right? | |
| 10 | A. Correct. | 09:32:00 |
| 11 | Q. So you could have bought a Blackberry for | |
| 12 | personal use instead of the Pixel 5, couldn't you | |
| 13 | have? | |
| 14 | A. I could have. | |
| 15 | Q. Would you say the Blackberry satisfies | 09:32:10 |
| 16 | your desire for security and privacy for work | |
| 17 | purposes? | |
| 18 | MR. LEE: Objection to form. | |
| 19 | Go ahead. | |
| 20 | THE WITNESS: I'm not fully satisfied because | 09:32:19 |
| 21 | it still runs Android. | |
| 22 | BY MR. SANTACANA: | |
| 23 | Q. Your Blackberry runs Android? | |
| 24 | A. It does. | |
| 25 | Q. And is it your belief that the invasion of | 09:32:28 |

Page 28

| | | |
|---|---|---|
| 1 | privacy that you've alleged in this case is ongoing? | 09:32:31 |
| 2 | A. As far as I know, Google hasn't disputed | |
| 3 | that or denied it, so I don't see any reason why it | |
| 4 | wouldn't be ongoing. | |
| 5 | Q. Why do you say that as part of this | 09:32:46 |
| 6 | litigation you didn't think it was appropriate to | |
| 7 | vary wildly from your existing behaviors? | |
| 8 | A. Because as far as I know -- for instance, | |
| 9 | as you just said -- or at least you asked whether or | |
| 10 | not this was still being done, right, whether or not | 09:33:08 |
| 11 | the data that I've tried to turn off was still being | |
| 12 | collected. | |
| 13 | If I were to stop doing that, there | |
| 14 | wouldn't be -- you know, how would I know? Because | |
| 15 | I'm part of the case. | 09:33:24 |
| 16 | So the only way to know what Google is | |
| 17 | doing and changing is to have my consistency. I | |
| 18 | signed up for something, and I'm going to see it | |
| 19 | through to the end, even if I don't prefer that. | |
| 20 | Q. I'm sorry, I don't really understand your | 09:34:03 |
| 21 | answer. | |
| 22 | You're alleging that Google is actively | |
| 23 | invading your privacy as you use your Google | |
| 24 | Pixel 5; right? | |
| 25 | A. As I use any Google device or Android | 09:34:19 |

Page 29

| | | |
|---|---|---|
| 1 | say it will not collect or save my data, and you | 10:50:30 |
| 2 | point me to that option, and so I'm turning that | |
| 3 | option off.  So if you send the data after I've | |
| 4 | turned that off, then it's an invasion of privacy | |
| 5 | because I've asked you not to use it. | 10:50:45 |
| 6 | So once I turn that off, once you tell me, | |
| 7 | Hey, you can elect not to participate because here's | |
| 8 | a setting that we are going to share and save your | |
| 9 | data if you turn this on, I turn it off, my | |
| 10 | expectation is the data is not saved or shared. | 10:51:04 |
| 11 | Q.   So I want to make sure we're talking about | |
| 12 | the same things. | |
| 13 | So I'm drawing a distinction between a | |
| 14 | world where Google is acting as the analytics | |
| 15 | provider for the New York Times but isn't doing | 10:51:23 |
| 16 | anything with the data otherwise and a different | |
| 17 | world where it acts as an analytics provider for the | |
| 18 | New York Times but also saves it for other purposes | |
| 19 | unrelated to what the New York Times has asked | |
| 20 | Google to do. | 10:51:41 |
| 21 | Are you saying that the WAA button should | |
| 22 | control both of those worlds or just one of them? | |
| 23 | A.   I think it should control both of those | |
| 24 | worlds, because the way that it's described and laid | |
| 25 | out to me as the user, it doesn't make that | 10:52:02 |

Page 75

| | | |
|---|---|---|
| 1 | distinction.  It says you can choose and control the | 10:52:07 |
| 2 | information, and then there's an option that says, | |
| 3 | Don't save the data. | |
| 4 |     Q.   Okay.  I think I understand. | |
| 5 |         Do you believe you've suffered any damages | 10:52:49 |
| 6 | as a consequence of the alleged invasion of privacy? | |
| 7 |     A.   I do. | |
| 8 |     Q.   What are those damages? | |
| 9 |     A.   On a base level that experts can probably | |
| 10 | quantify better than I can, the surreptitious taking | 10:53:11 |
| 11 | of my information damages me.  There's invasion of | |
| 12 | privacy, you know, intrusion and all that stuff are | |
| 13 | torts for a reason.  That there's a value to private | |
| 14 | information intrinsic to the fact that it's private. | |
| 15 |         What that's quantified as, I can't | 10:53:41 |
| 16 | articulate.  I can't tell you the value of my data. | |
| 17 |         Google can probably tell you the value of | |
| 18 | my data because they are the ones that are | |
| 19 | commoditizing it.  But that privacy is important. | |
| 20 | It's a core right.  And the violation of that right | 10:53:56 |
| 21 | is a damage. | |
| 22 |         One way to figure that out is what did | |
| 23 | Google make off of that data that should have been | |
| 24 | arguably mine to make, right, on that level? | |
| 25 |         On another threshold, the fact that Google | 10:54:18 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | was using my own device that I paid a charge that at | 10:54:22 |
| 2 | various times have data plans that I was actually | |
| 3 | paying per gigabyte use or, at the very least, have, | |
| 4 | you know, sort of slow downs if I use -- if I have | |
| 5 | consumption of the device.  If it's on Wi-Fi I have | 10:54:41 |
| 6 | bandwidth. | |
| 7 |         So it may be, you know, small | |
| 8 | incrementally, but when it's doing it hourly over | |
| 9 | years, that's use of my device that I paid money for | |
| 10 | that a third party is now using without my consent. | 10:54:57 |
| 11 |         So there's a way to add that all up that | |
| 12 | degraded the property that I have. | |
| 13 |     Q.   Okay. | |
| 14 |         So just to recap, you've identified the | |
| 15 | basic damage of your privacy having been invaded is | 10:55:15 |
| 16 | damaged in and of itself; right? | |
| 17 |     A.   Yes. | |
| 18 |     Q.   There's the one you just named, damage to | |
| 19 | your property, in the sense that its resources were | |
| 20 | used against your will -- | 10:55:38 |
| 21 |     A.   Correct. | |
| 22 |     Q.   -- depleted in some way.  Could be | |
| 23 | bandwidth or data or battery, I guess? | |
| 24 |     A.   Um-hum. | |
| 25 |     Q.   And you believe that's a quantifiable | 10:55:51 |

Page 77

| | | |
|---|---|---|
| 1 | amount of damage? | 10:55:54 |
| 2 | A.   Yes. | |
| 3 | Q.   And then you believe that if Google | |
| 4 | profited from your data, then that amount of profit | |
| 5 | is damage as well? | 10:56:04 |
| 6 | A.   Yes. | |
| 7 | Q.   Obviously, if it didn't profit off the | |
| 8 | data, then that would not be the source of damage? | |
| 9 | MR. LEE:   Objection to form, calls for a legal | |
| 10 | conclusion and expert opinion. | 10:56:16 |
| 11 | THE WITNESS:   To me, that -- whether or not | |
| 12 | Google actually profited, I think the potential loss | |
| 13 | of profit that it took from me would be damage in | |
| 14 | some way. | |
| 15 | I understand I'm a lawyer, I'm not a | 10:56:35 |
| 16 | patent lawyer, but if I steal intellectual property, | |
| 17 | there's no requirement that I go and actually make | |
| 18 | the product, that it's still threat of confidential | |
| 19 | information, right? | |
| 20 | So there's -- it's the potential of my | 10:56:47 |
| 21 | loss of profit, not necessarily what Google profited | |
| 22 | from. | |
| 23 | So I think an easy way to quantify it | |
| 24 | would be to see what Google made off of my data, but | |
| 25 | I don't think Google has to profit, in my own | 10:57:03 |

Page 78