# EXHIBITS 78-80

# SECOND MAO DECLARATION
# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# (FILED UNDER SEAL)