**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: October 17, 2023<br>Time: 1:30 p.m. |

Pursuant to Civil Local Rule 7-11 and 79-5, the Stipulated Protective Order, and the Court's August 15, 2023 Order (Dkt. 321), Plaintiffs respectfully submit this Administrative Motion to Seal the following material submitted in connection with the briefing on Plaintiffs' Motion for Class Certification (Dkt. 315, 323, 329, 333) and Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert Michael J. Lasinski (Dkts. 326, 330, 331, 332).

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| March 22, 2023 Expert Report of Plaintiffs' Expert Jonathan Hochman ("Hochman Report") (Dkt. 314-7): Portions highlighted in teal in paragraphs 149, 152, 182, 191, 192, 244, and 246 | Plaintiffs | Reveals Plaintiffs' contact information, location, unique identifiers, and private app activity, all of which is marked "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Report Appendix A (Excel file submitted by flash drive on July 20, 2023) | Plaintiffs | Reveals Plaintiffs' contact information |
| Hochman Report Appendix B.1 (Excel file submitted by flash drive on July 20, 2023) | Plaintiffs | Reveals Plaintiffs' contact information, unique identifiers and private app activity, which is marked "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Report Appendix B.2 (Excel file submitted by flash drive on July 20, 2023) | Plaintiffs | Reveals Plaintiffs' contact information, unique identifiers and private app activity, which is marked "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Report Appendix C (Excel file submitted by flash drive on July 20, 2023) | Plaintiffs | Reveals Plaintiffs' unique identifiers and private app activity, which is marked "Confidential" by Plaintiffs pursuant to the Protective Order |
| Hochman Report Appendix D (Excel file submitted by flash drive on July 20, 2023) | Plaintiffs | Reveals Plaintiffs' contact information, unique identifiers, and private app activity, which is marked "Confidential" by Plaintiffs pursuant to the Protective Order |

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF BRIEFING ON MOTION FOR CLASS CERT AND MOTION TO EXCLUDE LASINSKI
Case No. 3:20-cv-04688-RS

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Hochman Report Appendix K: Portions highlighted in teal on pages 40-130 (Dkt. 314-7) | Plaintiffs | Reveals Plaintiffs' contact information, location unique identifiers, and private app activity, which is marked "Confidential" by Plaintiffs pursuant to the Protective Order |
| Google's Opposition to Plaintiffs' Motion for Class Certification: Portions highlighted on page 18, lines 27-28 (Dkt. 323, 329) | Plaintiffs | Reveals the behavior of Mr. Rodriguez's son, who is a minor and a non-party |
| Exhibit 20 to the Declaration of E. Santacana in Opposition to Plaintiffs' Motion for Class Certification (excerpts of transcript of deposition of Plaintiff Anibal Rodriguez): Portions highlighted on pages 311:8-312:3, 327:20, and 329:11-24 (attached) | Plaintiffs | Reveals the name and behavior of Mr. Rodriguez's son, who is a minor and a non-party |
| Exhibit 6 to the Declaration of E. Santacana in Support of Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert Michael J. Lasinski (complete transcript of deposition of Plaintiff Susan Lynn Harvey): Portions highlighted on pages 8:12, 8:21, 21:16-18, 35:12, 52:1-2, 60:20, 60:23, 63:13, 66:19, 69:8, 97:23, 98:7, 98:10, 113:24, 114:4, 114:11, 14-15, 114:23-24, 115:19, 115:22, 116:18, 116:23, 117:20-21, 121:23, 122:1, 122:9, 122:22, 122:25, 123:18, 123:22, 123:25, 124:3, 126:8, 126:10, 128:18, 141:4, 157:14, 157:21, 158:10, 158:15, 167:21, 168:23, 173:15, 173:18, 181:21, 182:16, 183:19, 187:17, 188:4, 188:10, 222:1, 222:4, 222:17, 223:9, 225:17, 226:4, Index page 3, Index page 5, Index page 17, Index page 28, and Index page 42 (attached) | Plaintiffs: | Reveals Ms. Harvey's home address, email addresses, and banking institutions |

## I.   LEGAL STANDARD

### A.   Party Seeking to Seal Its Own Records

"The public has a right of access to the Court's files." Civil L.R. 79-5(a). The presumption of public access can be overcome where the sealing party "articulate[s] compelling reasons supported by specific factual findings . . . that outweigh . . . public policies favoring disclosure such as the public interest in understanding the judicial process." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (citations omitted). Courts "must conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* (citing *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)) (marks omitted).

## II.   ARGUMENT

Plaintiffs seek to seal limited portions of the expert report submitted by their technical expert, Mr. Jonathan Hochman. These portions contain material that Plaintiffs are designating "Confidential" pursuant to the parties' stipulated Protective Order. Specifically, the portions sought to be sealed associate one of the named Plaintiffs with various identifiers, contact information, private app activity data, location, and other sensitive information. *E.g.*, Hochman Report ¶ 192 (discussing a named Plaintiff's phone number, zip code, and device information). In other cases, Plaintiffs seek to seal spreadsheets containing and analyzing records produced from Google's logs, which Plaintiffs expect Google will in any event seek to seal. Plaintiffs' narrowly tailored proposals "will not interfere with the public's ability to understand the judicial process." *Ojmar US, LLC v. Sec. People, Inc.*, No. 16-cv-04948-HSG, 2016 WL 6091543, at *2 (N.D. Cal. Oct. 19, 2016). Plaintiffs are not seeking to redact any of Mr. Hochman's opinions, nor any material that the public will need in order to understand them.

Furthermore, "an individual's privacy interest" is a compelling reason to seal a document. *Nursing Home Pension Fund v. Oracle Corp.*, No. C01-0100988 MJJ, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) (allowing redaction of home addresses and financial account

information); *Pension Plan for Pension Tr. Fund for Operating Eng'rs. v. Giacalone Elec. Servs., Inc.*, No. 13-cv-02338-SI, 2015 WL 3956143, at *10 (N.D. Cal. June 29, 2015). Plaintiffs have a strong interest in the privacy of this material; indeed, Plaintiffs assert that Google violated their privacy by collecting and saving this information. When at all possible, plaintiffs asserting privacy claims should be permitted to do so without enduring further injuries to privacy. Courts in this District have previously granted substantially similar motions to seal similar materials. *See Calhoun v. Google LLC.*, No. 4:20-cv-05146-YGR-SVK (N.D. Cal.), Dkt. 198 (sealing *Calhoun* plaintiffs' web browsing history and information); *Brown v. Google*, No. 4:20-cv-03664-YGR (N.D. Cal.), Dkt. 804 (sealing *Brown* plaintiffs' web browsing history and information). Courts have similarly ordered redaction of information revealing information about minors, for whom the interest in privacy is especially strong. *See, e.g.*, *Fotinos v. Fotinos*, 2014 WL 546083, at *5 (N.D. Cal. Feb. 7, 2014).

Additionally, public exposure of the information that Plaintiffs seek to seal could subject Plaintiffs to a risk of identity theft. *See, e.g.*, *Adkins v. Facebook, Inc.*, 424 F. Supp. 3d 686, 689 (N.D. Cal. 2019) (recognizing that identifiers enable malicious actors to access consumers' accounts); *McDonald v. CP OpCo, LLC*, 2019 WL 343470, at *9 (N.D. Cal. Jan. 28, 2019) (sealing email addresses, recognizing that the email addresses "could become a vehicle for improper purposes").

### III. CONCLUSION

For the reasons articulated herein, Plaintiffs respectfully request that the Court grant their Administrative Motion to Seal. Plaintiffs' redactions are narrowly tailored to cover only information subject to a compelling interest in privacy, and that are unlikely to affect the outcome of these motions or the Court's analysis.

Dated: October 12, 2023                                    Respectfully submitted,

By: /s/ Mark Mao

Mark C. Mao (CA Bar No. 236165)

|  |  |
|---|---|
| 1 | mmao@bsfllp.com |
|  | Beko Reblitz-Richardson (CA Bar No. 238027) |
| 2 | brichardson@bsfllp.com |
|  | BOIES SCHILLER FLEXNER LLP |
| 3 | 44 Montgomery Street, 41st Floor |
|  | San Francisco, CA 94104 |
| 4 | Telephone: (415) 293 6858 |
|  | Facsimile (415) 999 9695 |
| 5 |  |
|  | David Boies (admitted *pro hac vice*) |
| 6 | dboies@bsfllp.com |
|  | BOIES SCHILLER FLEXNER LLP |
| 7 | 333 Main Street |
|  | Armonk, NY 10504 |
| 8 | Telephone: (914) 749-8200 |
| 9 |  |
|  | James Lee (admitted *pro hac vice*) |
| 10 | jlee@bsfllp.com |
|  | Rossana Baeza (admitted *pro hac vice*) |
| 11 | rbaeza@bsfllp.com |
|  | BOIES SCHILLER FLEXNER LLP |
| 12 | 100 SE 2nd Street, Suite 2800 |
|  | Miami, FL 33131 |
| 13 | Telephone: (305) 539-8400 |
|  | Facsimile: (305) 539-1307 |
| 14 |  |
| 15 |  |
|  | Alison L. Anderson, CA Bar No. 275334 |
| 16 | alanderson@bsfllp.com |
|  | M. Logan Wright |
| 17 | mwright@bsfllp.com |
|  | BOIES SCHILLER FLEXNER LLP |
| 18 | 725 S. Figueroa Street, 31st Floor |
|  | Los Angeles, CA 90017 |
| 19 | Telephone: (813) 482-4814 |
| 20 |  |
|  | Bill Carmody (*pro hac vice*) |
| 21 | bcarmody@susmangodfrey.com |
|  | Shawn J. Rabin (*pro hac vice*) |
| 22 | srabin@susmangodfrey.com |
|  | Steven Shepard (*pro hac vice*) |
| 23 | sshepard@susmangodfrey.com |
|  | Alexander P. Frawley |
| 24 | afrawley@susmangodfrey.com |
|  | Ryan Sila |
| 25 | rsila@susmangodfrey.com |
|  | SUSMAN GODFREY L.L.P. |
| 26 |  |
| 27 | 5 |
| 28 | PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL |
|  | PORTIONS OF BRIEFING ON MOTION FOR CLASS CERT AND MOTION TO EXCLUDE LASINSKI |
|  | Case No. 3:20-cv-04688-RS |

| | |
|---|---|
| 1 | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY  10019 |
| 2 | Telephone: (212) 336-8330 |
| 3 | Amanda Bonn (CA Bar No. 270891) |
| | abonn@susmangodfrey.com |
| 4 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 5 | Los Angeles, CA 90067 |
| 6 | Telephone: (310) 789-3100 |
| 7 | John A. Yanchunis (*pro hac vice*) |
| | jyanchunis@forthepeople.com |
| 8 | Ryan J. McGee (*pro hac vice*) |
| | rmcgee@forthepeople.com |
| 9 | Michael F. Ram (CA Bar No. 238027) |
| 10 | mram@forthepeople.com |
| | MORGAN & MORGAN, P.A. |
| 11 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 12 | Telephone: (813) 223-5505 |
| 13 | Facsimile: (813) 222-4736 |
| 14 | *Attorneys for Plaintiffs* |