# EXHIBIT 6

1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4   ANIBAL RODRIGUEZ, JULIEANNA

5   MUNIZ, ELIZA CAMBA, SAL CATALDO,

6   EMIR GOENAGA, JULIAN SANTIAGO,

7   HAROLD NYANJOM, KELLIE NYANJOM,

8   AND SUSAN LYNN HARVEY,

9   INDIVIDUALLY AND ON BEHALF OF ALL

10  OTHERS SIMILARLY SITUATED,

11          PLAINTIFFS,

12      vs.                        NO. 3:20-CV-04688

13  GOOGLE LLC,

14          DEFENDANT.

15  _____/

16

17       VIDEOTAPED DEPOSITION OF SUSAN HARVEY

18          *VIA REMOTE COUNSEL VIDEOCONFERENCE*

19             THURSDAY, OCTOBER 27, 2022

20                  VOLUME I

21

22  STENOGRAPHICALLY REPORTED BY:

23  MEGAN F. ALVAREZ, RPR, CSR No. 12470

24  JOB NO. 5516967

25  PAGES 1 - 262

                                        Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   ANIBAL RODRIGUEZ, JULIEANNA

 5   MUNIZ, ELIZA CAMBA, SAL CATALDO,

 6   EMIR GOENAGA, JULIAN SANTIAGO,

 7   HAROLD NYANJOM, KELLIE NYANJOM,

 8   AND SUSAN LYNN HARVEY,

 9   INDIVIDUALLY AND ON BEHALF OF ALL

10   OTHERS SIMILARLY SITUATED,

11           PLAINTIFFS,

12      vs.                      NO. 3:20-CV-04688

13   GOOGLE LLC,

14           DEFENDANT.

15   _____/

16

17           Videotaped Videoconference Deposition of

18   SUSAN HARVEY, Volume I, taken on behalf of Defendant,

19   VIA REMOTE COUNSEL.  Deponent testifying from Fresno,

20   California, beginning at 9:04 a.m. and ending at

21   5:43 p.m. on Thursday, October 27, 2022, before

22   Megan F. Alvarez, RPR, Certified Shorthand Reporter

23   No. 12470.

24

25
```

                                                    Page  2

```
 1    APPEARANCES: (ALL PARTIES APPEARING VIA VIDEOCONFERENCE)

 2

 3    FOR PLAINTIFFS:

 4             BY:  JAMES LEE, ESQ.

 5                  MARK MAO, ESQ.

 6                  ROSSANA BAEZA, ESQ.

 7             BOIES SCHILLER FLEXNER LLP

 8             44 MONTGOMERY STREET

 9             41ST FLOOR

10             SAN FRANCISCO, CALIFORNIA 94104

11             415.293.6800

12             JLEE@BSFLLP.COM

13             MMAO@BSFLLP.COM

14    AND

15             BY:  RYAN McGEE, ESQ.

16             MORGAN & MORGAN

17             201 N. FRANKLIN STREET

18             7TH FLOOR

19             TAMPA, FLORIDA 33602

20             RMCGEE@FORTHEPEOPLE.COM

21

22

23

24

25
```

Page  3

```
1    APPEARANCES (CONTINUED):

2

3    FOR DEFENDANT GOOGLE:

4              BY:  HARRIS MATEEN, ESQ.

5                   EDUARDO E. SANTACANA, ESQ.

6              WILLKIE FARR & GALLAGHER LLP

7              ONE FRONT STREET, 34TH FLOOR

8              SAN FRANCISCO, CALIFORNIA  94111

9              415.858.7407

10             HMATEEN@WILLKIE.COM

11             ESANTACANA@WILLKIE.COM

12   THE VIDEO OPERATOR:

13             SEAN GRANT, VERITEXT

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
1                         INDEX
2    WITNESS                           EXAMINATION
3    SUSAN HARVEY
4    VOLUME I
5          BY MR. MATEEN                      13
6          BY MR. LEE                        254
7
8                      --o0o--
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page  5
```

```
 1              EXHIBITS MARKED FOR IDENTIFICATION

 2    No.              Description                 Page

 3    Exhibit 1    First Amended Complaint  ...........26

 4

 5    Exhibit 2    CBS News article "Beware ...........44

 6                 downloading some apps or risk

 7                 'being spied on,'" dated 7/4/16

 8

 9    Exhibit 3    Article entitled "The Alarming ......48

10                 Prevalence of Data Breach

11                 Cover-Ups," dated 7/10/17

12

13    Exhibit 4    Article entitled "Pressure on .......53

14                 Facebook ramps up as Senate

15                 Judiciary Committee demands

16                 answers, 3/27/18"

17

18    Exhibit 5    Article entitled "House panel .......59

19                 demands documents from Apple,

20                 Google and others in antitrust

21                 probe," 9/13/19

22

23

24

25

                                            Page  6
```

```
 1              EXHIBITS MARKED FOR IDENTIFICATION
 2    No.              Description                  Page
 3    Exhibit 6    Plaintiff Susan Lynn Harvey's .......86
 4                 Objections and Responses to
 5                 Defendant's Third Set of
 6                 Interrogatories
 7
 8    Exhibit 7    Google alerts dated 7/20/2020, ......97
 9                 Bates GOOG_PLTF_RODR_0001388
10                 through 1390
11
12    Exhibit 8    E-mail dated 7/21/2020 from .........99
13                 Scott Hardy to Susan Harvey,
14                 Subject: HOT New Settlements!,
15                 Bates GOOG_PLTF_RODR_0006389
16                 through 6396
17
18    Exhibit 9    Plaintiff Susan Lynn Harvey's ......107
19                 Objections and Responses to
20                 Defendant's Requests for
21                 Admission, Set Two
22
23    Exhibit 10   Google Web-and-App activity page ...124
24                 printout
25
```

Page 7

```
1              EXHIBITS MARKED FOR IDENTIFICATION

2     No.              Description                    Page

3     Exhibit 11       E-mail dated 12/15/21 from .........137

4                      Google Team to Susan Harvey,

5                      Subject:  Bates

6                      GOOG_PLTF_RODR_0000788, 789,

7                      2085, 2086, 2275, 2276

8

9     Exhibit 12       Google Ad Settings, Ad .............154

10                     Personalization printout

11

12    Exhibit 13       Table of █████@gmail.com WAA, ...156

13                     sWAA, GAP statuses

14

15    Exhibit 14       E-mail dated 4/5/18 from Google ....174

16                     Download Your Data to Susan

17                     Harvey, Subject: Your Google

18                     data archive is ready, Bates

19                     GOOG_PLTF_RODR_0004455 and 4456

20

21    Exhibit 15       Table with █████@gmail.com ....182

22                     GAP status

23

24    Exhibit 16       Web-and-App Activity status ........187

25                     table

                                             Page  8
```

```
 1              EXHIBITS MARKED FOR IDENTIFICATION

 2    No.              Description              Page

 3    Exhibit 17    Third amended complaint excerpt  ...192

 4

 5    Exhibit 18    PicCollage Terms of Service  .......198

 6

 7    Exhibit 19    PicCollage Privacy Policy  .........201

 8

 9    Exhibit 20    Exhibit A to the Third Amended .....218

10                  Complaint, Google Privacy Policy

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1          QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
 2                                           Page   Line
                                              No.    No.
 3   Q.    Did you give your attorney those .....189    23
 4         screenshots on July 30th?
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 10

```
 1                    THURSDAY, OCTOBER 27, 2022

 2                         9:04 A.M.

 3

 4                         --o0o--

 5

 6            THE VIDEO OPERATOR:  Good morning.  We're      09:04:14

 7    on the record the time is 9:04 a.m., and the date is   09:04:14

 8    October 27, 2022.                                      09:04:19

 9            Please note that this deposition is being      09:04:22

10    conducted virtually.  Quality of recording depends     09:04:22

11    on the quality of camera and Internet connection of    09:04:22

12    participants.  What is seen from the witness and       09:04:22

13    heard on the screen is what will be recorded.          09:04:22

14            Audio and video recording will continue to     09:04:22

15    take place unless all parties agree to go off the      09:04:22

16    record.                                                09:04:22

17            This is Media Unit Number 1 of the             09:04:38

18    video-recorded deposition of Susan Lynn Harvey taken   09:04:41

19    by counsel for defendants in the matter of             09:04:43

20    Anibal Rodriguez, et al. vs. Google LLC, filed in      09:04:48

21    United States District Court, Northern District of     09:04:51

22    California, San Francisco Division, Case               09:04:54

23    Number 3:20-CV-04688, and is being conducted           09:04:56

24    remotely using virtual technology.                     09:05:02

25            My name is Sean Grant from the firm            09:05:07
```

Page 11

| | | |
|---|---|---|
| 1 | Veritext.  I'm the videographer. | 09:05:09 |
| 2 | And the court reporter is Megan Alvarez, | 09:05:10 |
| 3 | also from Veritext. | 09:05:12 |
| 4 | I am not related to any party in this | 09:05:14 |
| 5 | action, nor am I financially interested in the | 09:05:15 |
| 6 | outcome. | 09:05:17 |
| 7 | If there are any objections to proceeding, | 09:05:18 |
| 8 | please state them at the time of your appearance. | 09:05:20 |
| 9 | Counsel present, including remotely, will | 09:05:22 |
| 10 | now state their appearances and affiliations | 09:05:24 |
| 11 | beginning with the noticing attorney, Mr. Mateen. | 09:05:28 |
| 12 | MR. MATEEN:  Good morning.  Harris Mateen | 09:05:32 |
| 13 | from Willkie Farr & Gallagher law firm on behalf of | 09:05:33 |
| 14 | Google.  And I'm here with my colleague, Eduardo | 09:05:37 |
| 15 | Santacana, also Willkie Farr & Gallagher. | 09:05:41 |
| 16 | THE VIDEO OPERATOR:  Thank you. | 09:05:44 |
| 17 | Mr. Lee. | 09:05:45 |
| 18 | MR. LEE:  Hi.  James Lee, Boies Schiller, | 09:05:46 |
| 19 | representing the plaintiffs.  I have with me Mark | 09:05:47 |
| 20 | Mao, also from Boies Schiller; Rosie -- Rossana | 09:05:50 |
| 21 | Baeza, also from Boies Schiller; and Ryan McGee from | 09:05:54 |
| 22 | Morgan & Morgan. | 09:05:58 |
| 23 | THE VIDEO OPERATOR:  Thank you. | 09:06:01 |
| 24 | Would the certified court reporter please | 09:06:01 |
| 25 | swear in the witness. | 09:06:01 |

Page 12

```
 1                                             09:06:03

 2                  SUSAN HARVEY,              09:06:03

 3      called as a witness by the Defendant, having   09:06:03

 4      been first duly sworn, was examined and   09:06:03

 5      testified as follows:                  09:06:23

 6                    --o0o--                  09:06:23

 7                  EXAMINATION                09:06:24

 8  BY MR. MATEEN:                             09:06:24

 9      Q.   Good morning, Ms. Harvey.  My name is   09:06:25

10  Harris Mateen.  I'm here representing Google in this   09:06:27

11  matter.  I'll be taking your deposition today.   09:06:30

12           Have you been deposed before?     09:06:35

13      A.   No.                               09:06:36

14      Q.   No.                               09:06:37

15           So, in that case, I'd like to go over some   09:06:38

16  ground rules so we're on the same page.    09:06:40

17           Does that sound fair?             09:06:42

18      A.   Yes.                              09:06:43

19      Q.   So I will be asking the questions.  My   09:06:43

20  questions and your answers will be taken down by the   09:06:50

21  court reporter, and the videographer will record the   09:06:55

22  proceedings.                               09:06:58

23           You understand that you need to speak up   09:06:58

24  so the reporter can hear your answers, correct?   09:06:59

25      A.   Yes.                              09:07:01
```

Page 13

| | | |
|---|---|---|
| 1 | Q.    They won't be able to record a nod or a | 09:07:02 |
| 2 | shake of a head or a grunt, so any answers need to | 09:07:04 |
| 3 | be verbal. | 09:07:07 |
| 4 | A.    Okay. | 09:07:08 |
| 5 | Q.    It's very important that you wait until I | 09:07:13 |
| 6 | finish a question before giving an answer so that we | 09:07:15 |
| 7 | can help our court reporter get the full statements. | 09:07:18 |
| 8 | A.    Okay. | 09:07:21 |
| 9 | Q.    Okay? | 09:07:22 |
| 10 | A.    Yes. | 09:07:23 |
| 11 | Q.    I will sometimes ask questions that I | 09:07:29 |
| 12 | don't state very well or for some other reason you | 09:07:31 |
| 13 | might not understand.  If that's the case, just let | 09:07:35 |
| 14 | me know, and I can repeat the question or I can try | 09:07:36 |
| 15 | to rephrase the question another way. | 09:07:39 |
| 16 | Is that all right? | 09:07:42 |
| 17 | A.    Yes. | 09:07:42 |
| 18 | Q.    So you've just taken an oath that requires | 09:07:42 |
| 19 | you to tell the truth, the full truth, and nothing | 09:07:44 |
| 20 | but the truth. | 09:07:47 |
| 21 | Do you understand that? | 09:07:48 |
| 22 | A.    Yes. | 09:07:48 |
| 23 | Q.    And you understand that this is the same | 09:07:48 |
| 24 | oath that you would take if you testified in court, | 09:07:50 |
| 25 | correct? | 09:07:54 |

Page 14

| | | |
|---|---|---|
| 1 | Was that a "yes"? | 09:08:02 |
| 2 | A.    Yes. | 09:08:03 |
| 3 | Q.    Thank you. | 09:08:04 |
| 4 | So we're interested in finding out | 09:08:05 |
| 5 | everything you know about the events and facts that | 09:08:07 |
| 6 | underlie this lawsuit.  And, for that reason, we're | 09:08:09 |
| 7 | looking for the full and complete answers to the | 09:08:11 |
| 8 | questions that I'm going to ask.  In other words, | 09:08:14 |
| 9 | we're looking for the full, complete answers. | 09:08:15 |
| 10 | Is there any reason that you cannot | 09:08:20 |
| 11 | testify truthfully and accurately today? | 09:08:22 |
| 12 | A.    No, I'd be truthful. | 09:08:24 |
| 13 | Q.    At any point if you'd like to take a | 09:08:27 |
| 14 | break, just let me know and we'll find an | 09:08:28 |
| 15 | appropriate spot to do so. | 09:08:31 |
| 16 | I will just ask that I finish my | 09:08:33 |
| 17 | questioning or my line of questioning, and then | 09:08:36 |
| 18 | we'll be able to take a break. | 09:08:38 |
| 19 | You can talk to your attorney at any time. | 09:08:39 |
| 20 | I just ask that if there's a question pending or if | 09:08:43 |
| 21 | you're in the middle of the answer, you answer the | 09:08:45 |
| 22 | question or finish your answer before conferring | 09:08:48 |
| 23 | with your attorney. | 09:08:50 |
| 24 | Is that okay? | 09:08:52 |
| 25 | A.    I understand. | 09:08:53 |

Page 15

```
 1              MR. LEE:  I'll just say, Harris, that we    09:08:54

 2    will take breaks as needed.  We will -- if a          09:08:55

 3    question is pending, then obviously Ms. Harvey will   09:08:58

 4    answer it.  But, short of that, when breaks are       09:09:02

 5    needed on our side, we intend to take them.           09:09:06

 6              MR. MATEEN:  Sure.                           09:09:10

 7    BY MR. MATEEN:                                         09:09:11

 8        Q.   So today's deposition is remote.  We are     09:09:11

 9    not in the same room.  I see that you are in your     09:09:14

10    room with your counsel and that there's some hard     09:09:17

11    copy documents in front of you.                       09:09:20

12              Do you have any open?                        09:09:22

13        A.   On a computer screen, no.  I have these      09:09:26

14    documents in front of me.                             09:09:28

15        Q.   And do you have any document open in front   09:09:29

16    of you, hard copy documents open in front of you?     09:09:31

17        A.   Yes.  I'm looking at them, yes.              09:09:34

18        Q.   And what do you have open in front of you    09:09:36

19    right now?                                            09:09:38

20        A.   The privacy policy and the                   09:09:38

21    Web & App Activity policy that is given by Google.    09:09:40

22        Q.   Okay.  And can I ask that you actually put   09:09:47

23    those away now?                                       09:09:48

24        A.   No, you may not.  I want to keep them in     09:09:49

25    front of me.                                          09:09:51
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.   So I think that -- so, Ms. Harvey --        09:09:52

 2        A.   Sorry.                                      09:10:06

 3        Q.   We will discuss these documents later on,   09:10:08

 4   but I'm going to ask that you please keep them away   09:10:10

 5   from you at this moment.  We're not in the same room  09:10:14

 6   here, and I can't see the documents that you have     09:10:19

 7   open in front of you.  And this is -- the purpose of  09:10:21

 8   this deposition is for me to understand what you      09:10:27

 9   know and what you are aware of, not what you have in   09:10:28

10   front of you in your notes.                           09:10:33

11        And so I'm going to ask that you please          09:10:36

12   close any hard copies that you have in front of you.  09:10:40

13        MR. LEE:  So, Ms. Harvey, you -- you're          09:10:44

14   allowed to refer to any document you wish.  We've     09:10:45

15   identified the documents for counsel.  So feel free   09:10:47

16   to refer to them at any point during the deposition.  09:10:52

17   You do not need to put them away.                     09:10:54

18        THE WITNESS:  Okay.                              09:10:56

19        MR. LEE:  The only thing I ask is that           09:10:56

20   when you are reading from a document or referring to  09:10:59

21   one of the documents in front of you, just identify   09:11:01

22   them so that we have a record of what you're          09:11:04

23   referring to.                                         09:11:06

24        THE WITNESS:  Okay.                              09:11:07

25   ///
```

Page 17

```
 1    BY MR. MATEEN:                                  09:11:08

 2         Q.   Are you under the influence of any    09:11:09

 3    medication or substance that would affect your  09:11:16

 4    ability to testify?                             09:11:18

 5         A.   No, I'm not.                           09:11:19

 6         Q.   Okay.  Thank you.                      09:11:20

 7              So did you prepare for this deposition? 09:11:31

 8              MR. LEE:  Objection.  Vague.           09:11:33

 9    BY MR. MATEEN:                                  09:11:33

10         Q.   You can answer.                        09:11:35

11         A.   I don't understand what you mean.      09:11:37

12         Q.   What do you not understand about the   09:11:43

13    question?                                       09:11:45

14         A.   What you mean, did I prepare?          09:11:45

15         Q.   Yes.  It's a yes-or-no question.       09:11:49

16              Did you prepare for this deposition in any 09:11:50

17    method?                                         09:11:54

18              MR. LEE:  So I think the concern, Harris, 09:11:57

19    is -- is privilege.  This is her first deposition. 09:11:59

20    So let me just give her briefly some...         09:12:02

21              So what Mr. Mateen is asking is what you 09:12:07

22    did to get ready for today's deposition, and that 09:12:12

23    includes whether you met with your lawyers.     09:12:16

24              THE WITNESS:  Okay.                    09:12:18

25              MR. MATEEN:  You can say that you met with 09:12:19
```

Page 18

| | | |
|---|---|---|
| 1 | the lawyers, but don't get into the discussions or | 09:12:21 |
| 2 | any of the things we looked at, things like that. | 09:12:25 |
| 3 | Okay? | 09:12:26 |
| 4 | THE WITNESS:  Okay. | 09:12:27 |
| 5 | MR. LEE:  You can just say, you know, that | 09:12:28 |
| 6 | we met, the number of times we talked, how long we | 09:12:29 |
| 7 | talked, things like that, but not the substance. | 09:12:31 |
| 8 | That's what Mr. Mateen is trying to get to. | 09:12:32 |
| 9 | THE WITNESS:  Okay. | 09:12:35 |
| 10 | MR. LEE:  Okay? | 09:12:35 |
| 11 | THE WITNESS:  Yes, I had discussions with | 09:12:36 |
| 12 | my attorneys. | 09:12:37 |
| 13 | BY MR. MATEEN: | 09:12:37 |
| 14 | Q.   So, Ms. Harvey, I ask -- for any question | 09:12:38 |
| 15 | that I ask, can you please answer to the fullest | 09:12:40 |
| 16 | extent possible without disclosing the contents of | 09:12:45 |
| 17 | any conversations that you've had with your | 09:12:47 |
| 18 | attorneys but, otherwise, any other truthful -- | 09:12:50 |
| 19 | A.   Yeah.  Of course, I'm going to be | 09:12:54 |
| 20 | truthful. | 09:12:55 |
| 21 | Q.   Thank you. | 09:12:56 |
| 22 | So when did you prepare for this | 09:12:59 |
| 23 | deposition? | 09:13:01 |
| 24 | A.   Yesterday, day before. | 09:13:04 |
| 25 | Q.   And for how long did you prepare? | 09:13:07 |

Page 19

| | | |
|---|---|---|
| 1 | A.    Few hours.  Like five hours, I think. | 09:13:10 |
| 2 | Q.    And who did you prepare with? | 09:13:12 |
| 3 | A.    With James, Rosie, and Ryan, my attorneys. | 09:13:15 |
| 4 | Q.    And are you -- where did you prepare? | 09:13:18 |
| 5 | A.    Here in Fresno. | 09:13:22 |
| 6 | Q.    Here in Fresno.  Okay. | 09:13:23 |
| 7 | Was there anything that you reviewed | 09:13:31 |
| 8 | outside of your preparations with your attorneys? | 09:13:34 |
| 9 | A.    No, not that I can think of. | 09:13:37 |
| 10 | Q.    Did you do any preparation apart from your | 09:13:41 |
| 11 | attorneys? | 09:13:43 |
| 12 | A.    Nothing that -- that I didn't know when I | 09:13:47 |
| 13 | talked to them over things that I knew. | 09:13:49 |
| 14 | Q.    But did you make any specific -- strike | 09:13:58 |
| 15 | that. | 09:14:01 |
| 16 | Did you take any specific actions before | 09:14:02 |
| 17 | this deposition in order to prepare for this | 09:14:06 |
| 18 | deposition today other than meeting with your | 09:14:08 |
| 19 | attorney? | 09:14:10 |
| 20 | A.    No. | 09:14:11 |
| 21 | Q.    Have you discussed this deposition with | 09:14:14 |
| 22 | anybody? | 09:14:15 |
| 23 | A.    No. | 09:14:17 |
| 24 | Q.    You haven't talked to any friends or | 09:14:20 |
| 25 | family about this deposition? | 09:14:23 |

Page 20

| | | |
|---|---|---|
| 1 | A.   Just that I had to have a deposition. | 09:14:25 |
| 2 | Q.   And have you talked with any friends or | 09:14:33 |
| 3 | family about this lawsuit generally? | 09:14:34 |
| 4 | A.   Not -- not that I can think of.  Just that | 09:14:36 |
| 5 | there's something that's going on. | 09:14:39 |
| 6 | Q.   And who have you talked to about this | 09:14:43 |
| 7 | lawsuit? | 09:14:45 |
| 8 | A.   The only person I would have said anything | 09:14:46 |
| 9 | to would be my father.  But not about the lawsuit | 09:14:48 |
| 10 | itself. | 09:14:57 |
| 11 | Q.   Have you ever gone by any other names | 09:14:59 |
| 12 | besides Susan Harvey? | 09:15:01 |
| 13 | A.   Susie or Susan Malick. | 09:15:03 |
| 14 | Q.   Where do you live? | 09:15:09 |
| 15 | A.   In Chowchilla at the present moment. | 09:15:12 |
| ■ | ■   ████████████████████ | ████ |
| ■ | ■   ██████████████████████ | ████ |
| ■ | ████████████████████ | ████ |
| 19 | Q.   Are you employed? | 09:15:28 |
| 20 | A.   No. | 09:15:29 |
| 21 | Q.   Have you been employed before? | 09:15:32 |
| 22 | A.   Yes. | 09:15:33 |
| 23 | Q.   When was the last time you were employed? | 09:15:34 |
| 24 | A.   2012. | 09:15:37 |
| 25 | Q.   And what did you do? | 09:15:39 |

Page 21

| | | |
|---|---|---|
| 1 | A.   I was a construction administrative | 09:15:40 |
| 2 | assistant, and I worked for PG&E. | 09:15:43 |
| 3 | Q.   And why did you leave that job? | 09:15:53 |
| 4 | A.   Leave that job?  Because of -- I was laid | 09:15:55 |
| 5 | off from PG&E. | 09:16:02 |
| 6 | The prior job before that was because we | 09:16:03 |
| 7 | ran out of work.  We were building solar projects. | 09:16:05 |
| 8 | Q.   So what were you doing before you were a | 09:16:08 |
| 9 | construction assistant for PG&E? | 09:16:11 |
| 10 | A.   Oh, geez.  For PG&E, it would be | 09:16:13 |
| 11 | Stellar Energy Group. | 09:16:15 |
| 12 | Q.   And when was that? | 09:16:16 |
| 13 | A.   That was prior, before that.  Would have | 09:16:18 |
| 14 | been -- I started in 2010.  We finished the two | 09:16:19 |
| 15 | jobs, and I left in 2011. | 09:16:21 |
| 16 | Q.   And how have you been able to make your | 09:16:31 |
| 17 | income since leaving your job in 2012? | 09:16:36 |
| 18 | A.   I was on unemployment and then lived with | 09:16:39 |
| 19 | my parents.  I got on Social Security in 2018. | 09:16:44 |
| 20 | Q.   Have you been involved in any other legal | 09:16:54 |
| 21 | matters? | 09:16:56 |
| 22 | A.   Any other ones?  Well, prior, yes. | 09:16:57 |
| 23 | Q.   What others? | 09:17:06 |
| 24 | A.   There was a case with Google in 2000- -- I | 09:17:08 |
| 25 | want to say it was '16. | 09:17:11 |

Page 22

```
1        Q.    Other than that case with Google, have you      09:17:17

2   been involved in any other legal matters?                  09:17:19

3        A.    Not that I can think of, no.                    09:17:21

4        Q.    Have you ever -- have you ever been part        09:17:24

5   of a settlement class?                                     09:17:28

6        A.    Not that I know of.  There -- there were        09:17:29

7   things that -- that they told me I was part of, but        09:17:31

8   I didn't realize I was when it was going on.               09:17:37

9        Q.    Fair enough.                                    09:17:41

10         So I'd like to talk about this other                09:17:42

11   lawsuit with Google.                                      09:17:45

12        A.    Okay.                                          09:17:47

13        Q.    When did you file that lawsuit?                09:17:48

14        A.    I want to say it was 2015, but I -- I          09:17:51

15   can't recall the exact date.                              09:18:01

16        Q.    And can you tell me in your own words what     09:18:03

17   that lawsuit was about?                                   09:18:05

18        A.    That was about unauthorized charges            09:18:06

19   through the Google Play Store and Google Wallet.          09:18:08

20        Q.    So what were these unauthorized charges?       09:18:17

21        A.    For the Play Store.                            09:18:19

22        Q.    What do you mean when you say "for the         09:18:24

23   Play Store"?                                              09:18:26

24        A.    For Google Play Store.  They were              09:18:27

25   purchases for games that I did not make.                  09:18:30
```

Page 23

```
 1        Q.   Do you know who made them?              09:18:40

 2        A.   No, I do not.                           09:18:42

 3        Q.   Do you know if it was a result of --    09:18:45

 4   strike that.                                      09:18:52

 5             What was the games for which you were   09:19:13

 6   receiving unauthorized charges?                   09:19:15

 7        A.   There was about 20 separate developers. 09:19:18

 8        Q.   And how much money were you charged?    09:19:21

 9        A.   By my count, about $10,000.             09:19:28

10        Q.   Were these charges authorized by Google? 09:19:40

11        A.   I have no idea who authorized them.     09:19:43

12        Q.   So you don't know if they were authorized 09:19:46

13   by the developers either?                         09:19:49

14        A.   I have no idea how they were authorized. 09:19:51

15        Q.   So I'm going to introduce an exhibit here. 09:19:54

16        A.   Okay.                                   09:19:57

17             MR. LEE:  Oh, so the way it works --    09:20:09

18             THE WITNESS:  Yeah.  That, I don't know. 09:20:11

19             MR. LEE:  Yeah.                          09:20:13

20             Harris, I'm just letting you know that  09:20:17

21   Ms. Harvey is not that computer savvy, and this is 09:20:19

22   not her laptop we're on.  So I'm going to try and 09:20:22

23   help her with the Exhibit Share.  Okay?           09:20:25

24             MR. MATEEN:  All right.                  09:20:28

25             MR. LEE:  Minimize this.                09:20:33
```

Page 24

```
 1              MR. MATEEN:  Thank you for letting me          09:20:34

 2    know.                                                    09:20:35

 3              (Off-the-record discussion.)                  09:20:36

 4              MR. LEE:  So Mr. Mateen is going to upload     09:21:25

 5    exhibits.                                                09:21:27

 6              THE WITNESS:  Okay.                            09:21:28

 7              MR. LEE:  When they do, they pop up here.      09:21:28

 8              THE WITNESS:  Okay.                            09:21:32

 9              MR. LEE:  So when he says he's uploading       09:21:32

10    one, you give it a pause and you hit this button.        09:21:33

11    See that?  That's the refresh button.                    09:21:35

12              THE WITNESS:  -- refresh.  Okay.               09:21:35

13              MR. LEE:  And then it should pop up.           09:21:36

14              THE WITNESS:  Okay.                            09:21:39

15              MR. LEE:  So you can open up that one.         09:21:39

16    You can use the mouse this way with your finger.         09:21:39

17              THE WITNESS:  And I do that with the one       09:21:42

18    up here, correct?                                        09:21:43

19              MR. LEE:  Yeah.  I already refreshed it.       09:21:44

20              THE WITNESS:  Okay.                            09:21:46

21              MR. LEE:  You can just click that.             09:21:47

22    BY MR. MATEEN:                                           09:21:49

23       Q.   So I'm uploading it right now, Ms. Harvey.       09:21:49

24    Just let me know when you can see it and if you're       09:21:57

25    having any issues opening it.                            09:22:01
```

Page 25

| | | |
|---|---|---|
| 1 | MR. LEE:  Just hold on for a second. | 09:22:10 |
| 2 | THE WITNESS:  Okay. | 09:22:11 |
| 3 | MR. LEE:  Let me open mine now. | 09:22:11 |
| 4 | MR. MATEEN:  -- refresh. | 09:22:12 |
| 5 | MR. LEE:  No, we have it.  It's just -- | 09:22:12 |
| 6 | it's opening it up in a strange format, so I just | 09:22:19 |
| 7 | want to see if it's doing that on my side. | 09:22:22 |
| 8 | THE WITNESS:  It's working fine for me. | 09:22:22 |
| 9 | MR. LEE:  All right.  Let's go back.  I | 09:22:25 |
| 10 | think there's two things up for us. | 09:22:26 |
| 11 | So hit that refresh button like that. | 09:22:29 |
| 12 | THE WITNESS:  I'll have to ask again. | 09:22:35 |
| 13 | MR. LEE:  Okay.  And I think it's this one | 09:22:36 |
| 14 | he wants -- | 09:22:37 |
| 15 | THE WITNESS:  Okay. | 09:22:37 |
| 16 | MR. LEE:  Exhibit 1, right, Harris? | 09:22:38 |
| 17 | Because we have two things up. | 09:22:39 |
| 18 | MR. MATEEN:  Yeah, it should be Exhibit 1. | 09:22:40 |
| 19 | MR. LEE:  Okay. | 09:22:42 |
| 20 | (Whereupon Exhibit 1 was marked for | 09:22:56 |
| 21 | identification.) | 09:22:56 |
| 22 | THE WITNESS:  Same thing. | 09:22:56 |
| 23 | MR. LEE:  Okay.  Yeah, we're having just a | 09:22:57 |
| 24 | little bit of problems with the view. | 09:22:59 |
| 25 | (Off-the-record discussion.) | 09:23:01 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  Okay. | 09:23:04 |
| 2 | MR. LEE:  All right.  We're all set. | 09:23:06 |
| 3 | Sorry about that. | 09:23:07 |
| 4 | MR. MATEEN:  All right.  No worries. | 09:23:09 |
| 5 | BY MR. MATEEN: | 09:23:18 |
| 6 | Q.    Ms. Harvey, do you recognize this | 09:23:18 |
| 7 | document? | 09:23:21 |
| 8 | A.    Let me see.  Actually, no, I don't.  The | 09:23:23 |
| 9 | attorneys never gave it to me. | 09:23:26 |
| 10 | Q.    So, Ms. Harvey, this is the first amended | 09:23:31 |
| 11 | complaint in your lawsuit filed against Google on | 09:23:36 |
| 12 | September 30, 2015. | 09:23:40 |
| 13 | A.    Uh-huh. | 09:23:43 |
| 14 | Q.    You haven't seen this document before? | 09:23:44 |
| 15 | A.    No.  They -- they did a lot of things, and | 09:23:45 |
| 16 | they didn't give me the document until after the | 09:23:47 |
| 17 | fact. | 09:23:49 |
| 18 | Q.    So you did not authorize this complaint | 09:23:58 |
| 19 | against Google before it was filed? | 09:24:01 |
| 20 | A.    No.  I -- I told them I wanted something | 09:24:03 |
| 21 | done, but I just went to them.  They -- they told me | 09:24:05 |
| 22 | who they were filing against. | 09:24:08 |
| 23 | Q.    So can you tell me broadly when you first | 09:24:15 |
| 24 | went to the attorneys in this lawsuit? | 09:24:21 |
| 25 | MR. LEE:  And -- | 09:24:26 |

Page 27

```
1              MR. MATEEN:  I can rephrase my question.    09:24:28

2              MR. LEE:  Go ahead.                         09:24:29

3   BY MR. MATEEN:                                         09:24:30

4      Q.   Can you tell me when you first went to        09:24:30

5   these attorneys listed here:  Todd Friedman,          09:24:32

6   Suren Weerasuriya, and Adam [sic] Bacon --            09:24:35

7      A.   I --                                           09:24:39

8      Q.   -- in reference to this lawsuit against       09:24:39

9   Google?                                                09:24:41

10     A.   I can't give you the exact date.  It would    09:24:42

11  have been in 2015.  But Adrian came in after the      09:24:44

12  fact.                                                  09:24:48

13             MR. LEE:  And let me just pause.  The       09:24:48

14  privilege rules apply with your --                     09:24:49

15             THE WITNESS:  For them.                     09:24:51

16             MR. LEE:  -- your discussions with those    09:24:52

17  lawyers as well --                                     09:24:53

18             THE WITNESS:  Okay.                         09:24:54

19             MR. LEE:  -- not just this case.            09:24:54

20             THE WITNESS:  Okay.                         09:24:55

21             MR. LEE:  So I don't think Mr. Mateen is    09:24:55

22  trying to get into those discussions --               09:24:59

23             THE WITNESS:  Okay.                         09:25:01

24             MR. LEE:  -- with his questions, but I      09:25:01

25  just did -- I did want to --                           09:25:01
```

Page 28

```
 1              THE WITNESS:  Point out their privilege      09:25:03

 2    too.                                                   09:25:04

 3              MR. LEE:  -- caution you about that too.     09:25:04

 4              THE WITNESS:  Okay.                          09:25:05

 5    BY MR. MATEEN:                                         09:25:06

 6        Q.   And when you went to them, did you go to      09:25:07

 7    them with the intention of filing a complaint          09:25:17

 8    against Google?                                        09:25:21

 9        A.   I went to them and told them I didn't         09:25:22

10    understand what had happened, and I just -- I          09:25:25

11    needed -- I need some legal help.                      09:25:26

12        Q.   And, presumably, that ended up with you       09:25:32

13    suing Google through this complaint, correct?          09:25:35

14        A.   I -- I think I understand what you're         09:25:39

15    saying, yes.                                           09:25:41

16        Q.   After this complaint was filed, did you       09:25:45

17    review it?                                             09:25:46

18        A.   They sent to it to me after it was sent       09:25:47

19    out.                                                   09:25:50

20        Q.   Okay.  And did you read it after it was       09:25:51

21    filed?                                                 09:25:53

22        A.   Yes.                                          09:25:54

23        Q.   So you have seen this document before?        09:25:55

24        A.   Yes, after it was filed.                      09:25:58

25        Q.   Okay.  So just to be clear, earlier --        09:26:02
```

Page 29

| | | |
|---|---|---|
| 1 | earlier I asked if you recognize this document, and | 09:26:07 |
| 2 | you said, "No, I don't.  The attorneys never gave it | 09:26:22 |
| 3 | to me." | 09:26:26 |
| 4 | When I hear that, it sounds like you | 09:26:28 |
| 5 | haven't seen this document before.  What you've told | 09:26:30 |
| 6 | me now is that you actually did read it after it was | 09:26:33 |
| 7 | filed. | 09:26:37 |
| 8 | So I ask, going forward, can you please | 09:26:37 |
| 9 | just give the full answer -- | 09:26:41 |
| 10 | A.   Okay. | 09:26:42 |
| 11 | Q.   -- instead of a "yes" or "no" when that's | 09:26:43 |
| 12 | not the case? | 09:26:44 |
| 13 | A.   Okay. | 09:26:45 |
| 14 | Q.   Thank you. | 09:26:46 |
| 15 | So can you please go down to paragraph | 09:26:49 |
| 16 | number 10.  It's on page 4 of the complaint. | 09:26:59 |
| 17 | A.   Okay. | 09:27:11 |
| 18 | Q.   And you can read it to yourself if you'd | 09:27:13 |
| 19 | like.  Just let me know when you're done reading. | 09:27:16 |
| 20 | MR. LEE:  If you need to read the prior | 09:27:34 |
| 21 | paragraphs to -- | 09:27:36 |
| 22 | THE WITNESS:  Figure it out. | 09:27:37 |
| 23 | BY MR. MATEEN: | 09:27:37 |
| 24 | Q.   If you want to review this document, by | 09:27:38 |
| 25 | all means just let me know. | 09:27:40 |

Page 30

```
 1              (Witness reviewing document.)              09:27:43

 2              THE WITNESS:  Okay.                        09:28:06

 3      BY MR. MATEEN:                                     09:28:07

 4         Q.   All right.  So I want to discuss the first 09:28:07

 5      sentence of paragraph 10.  You say that "Plaintiff 09:28:11

 6      questioned Google about the issue."                09:28:15

 7              Who did you reach out to about these       09:28:21

 8      transactions when you questioned Google about these 09:28:22

 9      unauthorized transactions?                         09:28:27

10         A.   Google.                                    09:28:29

11         Q.   But do you know if there was an e-mail     09:28:29

12      address at Google?                                 09:28:32

13         A.   I don't recall what it was.                09:28:35

14         Q.   Do you know what the e-mail address was    09:28:37

15      for at Google?                                     09:28:40

16         A.   I think one was -- because I talked to --  09:28:41

17      there were many addresses.  There was the          09:28:44

18      Play Store.  There was Wallet.  There was many     09:28:46

19      different addresses.  They -- there was a lot of   09:28:49

20      addresses.                                         09:28:57

21         Q.   About how many times did you reach out to  09:29:01

22      different addresses at Google?                     09:29:03

23         A.   Many.                                      09:29:05

24         Q.   About how many?                            09:29:05

25         A.   I can't even say how many.  There was a    09:29:07
```

Page 31

```
 1    lot of reaching out, trying to figure out what had        09:29:09

 2    happened in the first place.                              09:29:12

 3         Q.   More than 10 times?                             09:29:13

 4         A.   Oh, yes.                                        09:29:14

 5         Q.   More than 50 times?                             09:29:16

 6         A.   Yes.                                            09:29:18

 7         Q.   More than a hundred times?                      09:29:19

 8         A.   Probably.                                       09:29:20

 9         Q.   More than 250 times?                            09:29:22

10         A.   Probably.                                       09:29:25

11         Q.   More than a thousand times?                     09:29:26

12         A.   I can't say a thousand but could be.  I         09:29:28

13    was trying to figure out what had happened with my       09:29:30

14    account.                                                  09:29:34

15         Q.   And did you call Google phone numbers?          09:29:35

16         A.   Yes, I did.                                     09:29:38

17         Q.   Did you send letters to Google?                 09:29:39

18         A.   I -- through Chat, and I sent e-mails to        09:29:43

19    the legal department that I got bounced back.             09:29:45

20         Q.   Okay.  Why did you reach out to Google          09:29:51

21    about these transactions?                                 09:29:53

22         A.   Because I had no clue where they came           09:29:54

23    from, and I didn't authorize them.                        09:29:56

24         Q.   And did you reach out to the app                09:29:58

25    developers about these transactions?                      09:30:01
```

Page 32

| | | |
|---|---|---|
| 1 | A. Yes, I did. | 09:30:02 |
| 2 | Q. And how many times did you reach out to | 09:30:03 |
| 3 | the app developers? | 09:30:04 |
| 4 | A. Until they answered the questions that I | 09:30:06 |
| 5 | had. | 09:30:08 |
| 6 | Q. Did they answer the questions you had? | 09:30:11 |
| 7 | A. Yes, they did. | 09:30:13 |
| 8 | Q. And what did the app developers say? | 09:30:14 |
| 9 | A. They were all invalid transaction numbers | 09:30:16 |
| 10 | that Google received the monies for. | 09:30:19 |
| 11 | Q. And did you ever get any response from | 09:30:21 |
| 12 | Google? | 09:30:23 |
| 13 | A. No -- well, I got refunds in 2014. | 09:30:23 |
| 14 | September, I think it was 29th, and October 3rd. | 09:30:29 |
| 15 | There were two sets. And then another one under | 09:30:35 |
| 16 | children's in-app purchases later, in '15. | 09:30:37 |
| 17 | MR. LEE: Slow down. Slow down. | 09:30:41 |
| 18 | THE WITNESS: Okay. | 09:30:42 |
| 19 | BY MR. MATEEN: | 09:30:45 |
| 20 | Q. You can repeat your answer if you'd like. | 09:30:46 |
| 21 | Just a little slower. | 09:30:50 |
| 22 | A. Okay. I received refunds in September of | 09:30:52 |
| 23 | 2014 and October of 2014. And then again I received | 09:30:55 |
| 24 | purchases under a children's in-app refund check | 09:31:04 |
| 25 | because I -- I was notified that there were more | 09:31:06 |

Page 33

```
 1   refunds on my account.                          09:31:08

 2        Q.   And how much money did Google refund you?  09:31:12

 3        A.   I want to say it was about $3,900.     09:31:15

 4        Q.   And did Google have any discussion with  09:31:19

 5   you before sending you those refunds?           09:31:24

 6        A.   No, not really.  I got a call out of the  09:31:28

 7   blue.                                           09:31:31

 8             (Simultaneous colloquy.)              09:31:31

 9             (Reporter request for clarification.) 09:31:31

10   BY MR. MATEEN:                                  09:31:47

11        Q.   Ms. Harvey, did you have anything after  09:31:48

12   that?                                           09:31:50

13        A.   I spoke to Naomi.  That's who.        09:31:50

14        Q.   To Naomi.                             09:31:53

15             And do you know what division of Google  09:31:56

16   Naomi worked for?                               09:31:57

17        A.   I thought she told me Google Wallet, but I  09:32:00

18   really can't recall.                            09:32:02

19        Q.   Okay.  Ms. Harvey, can you go on to the  09:32:04

20   next page?  That would be paragraph number 12.  09:32:12

21             And you can read the paragraph above it  09:32:26

22   and below it if you'd like as well.             09:32:29

23             (Witness reviewing document.)         09:32:52

24   BY MR. MATEEN:                                  09:32:52

25        Q.   Just let me know when you're ready.   09:32:53
```

Page 34

```
1        A.    Hang on one second.                    09:32:54

2              (Witness reviewing document.)          09:33:06

3              THE WITNESS:   Okay.  Go ahead.         09:33:06

4    BY MR. MATEEN:                                    09:33:06

5        Q.    So paragraph 12 says that you investigated   09:33:08

6    the issue yourself.                               09:33:12

7              Can you describe your investigation to me?   09:33:14

8        A.    I looked at the transactions.  I called   09:33:16

9    the merchants that were listed on the transactions,   09:33:20

10   and they stated that they weren't in their system.   09:33:23

11       Q.    Did you do anything else to investigate?   09:33:29

12       A.    Called Google.  Called ███████████     09:33:33

13   That's -- nothing else I could do.  They were the   09:33:35

14   ones that had the records.                        09:33:38

15       Q.    If you read paragraph -- can you read   09:33:46

16   paragraph 13 and 14, please, and just let me know   09:33:48

17   when you're ready?                                09:33:51

18       A.    Okay.                                   09:33:53

19             (Witness reviewing document.)          09:33:53

20             THE WITNESS:   Okay.  Go ahead.         09:34:16

21   BY MR. MATEEN:                                    09:34:16

22       Q.    So from my reading of these two         09:34:17

23   paragraphs, it looks like you reported your findings   09:34:19

24   of your investigation to Google many times, and    09:34:24

25   Google seemed to disregard these complaints.       09:34:25
```

Page 35

| | | |
|---|---|---|
| 1 | Is that a fair reading? | 09:34:27 |
| 2 | A.    Yes. | 09:34:29 |
| 3 | Q.    What was the disposition of this case? | 09:34:32 |
| 4 | A.    Excuse me? | 09:34:37 |
| 5 | Q.    I'm sorry.  Let me reword that. | 09:34:39 |
| 6 | What -- what happened with this case? | 09:34:44 |
| 7 | A.    It was dismissed for statute of | 09:34:46 |
| 8 | limitations. | 09:34:50 |
| 9 | Q.    Can you explain in more detail why it was | 09:34:55 |
| 10 | dismissed on statute of limitations grounds? | 09:34:58 |
| 11 | MR. LEE:  Only if you can. | 09:35:01 |
| 12 | THE WITNESS:  Not really because I don't | 09:35:02 |
| 13 | understand why.  I reported the day I saw it. | 09:35:04 |
| 14 | BY MR. MATEEN: | 09:35:06 |
| 15 | Q.    And the court didn't make any ruling on | 09:35:06 |
| 16 | the merits of what you had said Google had done, | 09:35:09 |
| 17 | correct? | 09:35:14 |
| 18 | A.    No. | 09:35:15 |
| 19 | Q.    Okay.  So if you look at paragraph 7, it | 09:35:16 |
| 20 | says that you purchased and you -- or I'm sorry.  It | 09:35:31 |
| 21 | said you activated a new smartphone on March 20, | 09:35:34 |
| 22 | 2013. | 09:35:38 |
| 23 | Do you agree with that? | 09:35:39 |
| 24 | A.    Hang on one second. | 09:35:40 |
| 25 | Q.    It's not -- I'm overcomplicating this. | 09:36:07 |

Page 36

```
 1              Did you buy a smartphone operated by        09:36:10

 2    Android in 2013?                                      09:36:13

 3        A.   Well, actually, it was one that was          09:36:14

 4    replaced.                                             09:36:16

 5        Q.   It was one that was replaced.  So --         09:36:16

 6              MR. LEE:  Hold on.  Hold on.  Let her       09:36:17

 7    finish her answer, please.                            09:36:18

 8              THE WITNESS:  It was a defective phone      09:36:20

 9    that they replaced that was sent back to T-Mobile.    09:36:21

10              (Reporter request for clarification.)       09:36:37

11              THE WITNESS:  Yeah, it was a defective      09:36:38

12    phone that was sent back to T-Mobile.                 09:36:40

13    BY MR. MATEEN:                                        09:36:43

14        Q.   When did you purchase the original phone?    09:36:43

15        A.   I want to say it was about the end of        09:36:48

16    February, beginning of March.                         09:36:50

17        Q.   And that would be the end of February,       09:36:53

18    beginning of March of 2013?                           09:36:55

19        A.   Yes, sir.                                    09:36:57

20        Q.   Do you remember what brand the phone was?    09:37:00

21    To specify, in the way that a phone could have        09:37:02

22    Google Android operating system but a different       09:37:07

23    branded hardware.                                     09:37:09

24        A.   It was a Samsung Galaxy 3, I believe.        09:37:10

25    Might have been a 3, but I think it was a 3.          09:37:16
```

Page 37

1    Q.    What phone did you have before the                09:37:19

2    Samsung Galaxy 3?                                        09:37:21

3    A.    I don't recall.  I didn't have a                   09:37:23

4    smartphone.                                              09:37:27

5    Q.    You didn't have a smartphone.                      09:37:27

6          So this was the first smartphone that you          09:37:29

7    had?                                                     09:37:31

8    A.    Yes.                                               09:37:32

9    Q.    And why did you choose to purchase the             09:37:35

10   Samsung Galaxy 3?                                        09:37:38

11   A.    Because I had heard good things about the          09:37:39

12   Samsung phone.                                           09:37:41

13   Q.    What sort of good things had you heard?            09:37:43

14   A.    Just the size of the screen and -- and             09:37:45

15   different things to do with the operating system,        09:37:46

16   the Android and how it was easy to use.                  09:37:48

17   Q.    Any other features that stood out to you?          09:37:56

18   A.    Not that I can actually say when I first           09:38:12

19   got the phone.  I -- I just figured it was a good        09:38:14

20   phone because it was a Samsung and everybody was         09:38:16

21   raving about the Galaxys.                                09:38:19

22   Q.    And you mentioned that there were things           09:38:21

23   about the operating system that stood out to you.        09:38:22

24         What were those things?                            09:38:24

25   A.    About the operating system?  Just the              09:38:29

Page 38

```
 1    Android operating system.  Had the little green man      09:38:31

 2    on the front of the screen.                              09:38:35

 3         Q.   So if I have this right, you got that          09:38:41

 4    phone in either February or March 2013, and then you     09:38:43

 5    replaced it in 2013; is that correct?                    09:38:47

 6         A.   Yeah.  So it would have been within the        09:38:50

 7    first 30 days of getting the phone.                      09:38:53

 8         Q.   And then how long did you have that phone?     09:38:54

 9         A.   I want to say it was used until about          09:38:56

10    August when all the money was drained from the           09:38:59

11    accounts and I couldn't afford the bill.                 09:39:04

12         Q.   And then what phone did you use after          09:39:10

13    August 2013?                                             09:39:12

14         A.   I went on my mom's account, and -- and --      09:39:14

15    so it was an AT&T Galaxy phone.  And that was a          09:39:15

16    Galaxy 3.                                                09:39:18

17         Q.   And how long did you use your mom's            09:39:24

18    Galaxy 3?                                                09:39:28

19         A.   I can't tell you exactly.  It was on and       09:39:29

20    off.  If I broke a phone, I would go back to that        09:39:32

21    phone.  And so like -- or if I broke the screen on       09:39:35

22    that phone, I would use a Galaxy 2 that I had had         09:39:37

23    before that was an AT&T phone.                           09:39:41

24         Q.   Do you have an estimate from August 2013       09:39:45

25    until some time that you used that Galaxy phone?         09:39:49
```

Page 39

```
 1              MR. LEE:  Objection.  Vague.            09:39:55

 2              You can answer if you understand.        09:39:59

 3              THE WITNESS:  I don't, yeah.  I can't tell  09:40:01

 4    you exactly.  I used it on and off occasionally just  09:40:03

 5    depending if I broke my screen or not.            09:40:07

 6    BY MR. MATEEN:                                     09:40:09

 7        Q.   And so when did you purchase a new phone  09:40:11

 8    of your own after August 2013?                     09:40:13

 9        A.   It was like -- I know I got the 5,        09:40:19

10    Galaxy 5.  I believe that was in -- I want to say  09:40:21

11    '15 or '16 because I was all happy because it was a  09:40:27

12    different phone.                                   09:40:33

13        Q.   And the Galaxy 5 runs in Android operating  09:40:39

14    system, right?                                     09:40:43

15        A.   Yes.                                      09:40:43

16        Q.   Why did you choose to go with an Android  09:40:44

17    phone for your new phone?                          09:40:47

18        A.   I know that the Apples are harder to use.  09:40:49

19    And I was already used to the Samsung device, so I  09:40:51

20    stayed with Samsung.                               09:40:55

21        Q.   But this is after -- strike that.         09:41:20

22              You received nearly $10,000 in           09:41:21

23    unauthorized charges through the Play Store, right?  09:41:29

24        A.   Yes.                                      09:41:33

25        Q.   And the app developers mentioned that     09:41:35
```

Page 40

```
 1    these were not charges that came from their end;        09:41:38

 2    they were charges from came from the Play Phone,        09:41:40

 3    right -- Play Store, right?                             09:41:43

 4        A.    Yes.                                          09:41:45

 5        Q.    And the Play Store is only on Android         09:41:47

 6    devices, right?                                         09:41:50

 7        A.    Yes.                                          09:41:52

 8        Q.    So why did you choose to stick with the       09:41:52

 9    Android device if you had this experience --            09:41:55

10        A.    Sorry.                                        09:41:58

11            MR. LEE:  You guys are both talking over        09:41:59

12    each other.  Just give it a beat --                     09:42:00

13            THE WITNESS:  Okay.                             09:42:02

14            MR. LEE:  -- and slow down.  Let -- let         09:42:02

15    Mr. Mateen finish his question, and then you can        09:42:02

16    answer.                                                 09:42:07

17            THE WITNESS:  Okay.                             09:42:07

18    BY MR. MATEEN:                                          09:42:08

19        Q.    Let me repeat that.                           09:42:08

20            MR. MATEEN:  Thank you, James.                  09:42:12

21    BY MR. MATEEN:                                          09:42:13

22        Q.    Why did you choose to stick with the          09:42:18

23    Android operating system if you had experienced this    09:42:20

24    really bad issue with unauthorized transactions         09:42:25

25    through the Play Store before?                          09:42:28
```

Page 41

| | | |
|---|---|---|
| 1 | A.    Because Google made promises that the | 09:42:31 |
| 2 | charges were legitimate.  They just came from my | 09:42:33 |
| 3 | account.  I didn't it had anything to do with the | 09:42:36 |
| 4 | actual phone. | 09:42:39 |
| 5 | Q.    And do you still use that Samsung | 09:42:45 |
| 6 | Galaxy 5? | 09:42:51 |
| 7 | A.    No, I do not. | 09:42:52 |
| 8 | Q.    What did you have after the Samsung | 09:42:52 |
| 9 | Galaxy 5? | 09:42:55 |
| 10 | A.    Two phones.  That would be a Samsung | 09:42:56 |
| 11 | Galaxy 9, S, the one with the pen, and then I have | 09:42:58 |
| 12 | an S22. | 09:43:01 |
| 13 | Excuse me. | 09:43:02 |
| 14 | Q.    Did you ever consider buying an iPhone? | 09:43:08 |
| 15 | A.    No.  They -- I cannot.  They're different | 09:43:11 |
| 16 | operating systems.  I'm used to the Samsung.  My | 09:43:16 |
| 17 | parents had Samsung, and it was easier for me to go | 09:43:20 |
| 18 | over the Samsung with my parents because they were | 09:43:23 |
| 19 | using it. | 09:43:26 |
| 20 | Q.    When you bought your most recent phone, | 09:43:29 |
| 21 | was there anything in particular that you researched | 09:43:31 |
| 22 | before buying it? | 09:43:33 |
| 23 | A.    It was like the prior phone, the Galaxy 9 | 09:43:36 |
| 24 | with the pen, and I was trying to get a phone that | 09:43:37 |
| 25 | was identical to the one we had prior for my dad so | 09:43:41 |

Page 42

```
1    I could explain it to him.                        09:43:44

2         Q.   Did you research any privacy features?  09:43:51

3         A.   Excuse me?                              09:43:54

4         Q.   I'm sorry.  Did you research any privacy 09:43:55

5    features?                                         09:43:57

6         A.   Well, I know that I went through the    09:43:59

7    settings, and I set them the way that they should be 09:44:01

8    from what the disclosure stated.                  09:44:06

9         Q.   What is the way they should be?         09:44:09

10        A.   You had a switch to be able to turn off 09:44:12

11   google being able to take information from my     09:44:15

12   device, and I switched it off.                    09:44:17

13        Q.   What do you mean when you say "take     09:44:22

14   information"?                                     09:44:24

15        A.   Take information that's to do with the  09:44:25

16   things I do on my phone:  Looking at the Web, going 09:44:29

17   into apps, and things that they could do to be able 09:44:32

18   to save that information.  And I thought I had    09:44:37

19   turned it off.                                    09:44:38

20        Q.   So your 2015 lawsuit, did you ever discuss 09:44:42

21   those allegations with anyone?                    09:44:48

22        A.   Which -- what do you -- what do you mean? 09:44:50

23   I don't know what you --                          09:44:52

24        Q.   Let me repeat -- let me rephrase the    09:44:53

25   question.                                         09:44:55
```

Page 43

| | | |
|---|---|---|
| 1 | Did you talk to anybody about what | 09:44:59 |
| 2 | happened with your unauthorized transactions? | 09:45:04 |
| 3 | A.  Yes, I did. | 09:45:07 |
| 4 | Q.  Who did you talk to? | 09:45:09 |
| 5 | A.  Basically, anybody that would listen | 09:45:11 |
| 6 | because I didn't understand what happened. | 09:45:13 |
| 7 | Q.  And did you talk to the media? | 09:45:17 |
| 8 | A.  I talked to a lot of people about prior | 09:45:20 |
| 9 | events. | 09:45:25 |
| 10 | Q.  Did you talk to the media? | 09:45:27 |
| 11 | A.  As I stated, I talked to a lot of people. | 09:45:29 |
| 12 | I couldn't tell you exactly which one.  I talked to | 09:45:31 |
| 13 | 47 On Your Side.  I've talked to a few different | 09:45:34 |
| 14 | ones, but that was -- yes, actually I did, CBS. | 09:45:38 |
| 15 | Q.  What did you say to CBS? | 09:45:44 |
| 16 | A.  I didn't understand what had happened or | 09:45:47 |
| 17 | where the charges came from. | 09:45:50 |
| 18 | Q.  I'm going to introduce a new exhibit here. | 09:45:52 |
| 19 | A.  Okay. | 09:45:55 |
| 20 | MR. LEE:  Yeah.  So see this arrow?  Hit | 09:46:02 |
| 21 | that. | 09:46:07 |
| 22 | (Off-the-record discussion.) | 09:46:07 |
| 23 | (Whereupon Exhibit 2 was marked for | 09:46:07 |
| 24 | identification.) | 09:46:07 |
| 25 | /// | |

Page 44

```
 1   BY MR. MATEEN:                                  09:46:21

 2        Q.   It should be up now.                  09:47:10

 3             So this is -- Ms. Harvey, do you have it   09:47:16

 4   open?                                           09:47:19

 5        A.   Yes.                                   09:47:20

 6             MR. LEE:  It's still loading for me.  Give  09:47:21

 7   it a beat, please.                              09:47:22

 8             MR. MATEEN:  Okay.                     09:47:24

 9             MR. LEE:  Yeah, I got it.              09:47:25

10   BY MR. MATEEN:                                  09:47:25

11        Q.   So, Ms. Harvey, I believe this is the CBS  09:47:28

12   News article in which you spoke with them.  You can  09:47:31

13   take a look at it.  Just review it to make sure that  09:47:36

14   you agree.                                      09:47:39

15             Just let me know when you're ready.    09:48:09

16             (Witness reviewing document.)          09:48:11

17   BY MR. MATEEN:                                  09:50:16

18        Q.   Ms. Harvey, are you ready?            09:50:19

19        A.   Yes.                                   09:50:20

20        Q.   So can you look at the bottom of page 2,  09:50:20

21   the top of page 3?  It starts with:  "California's  09:50:30

22   Susan Harvey said she was a victim after she used a  09:50:34

23   debit card" and so on.                          09:50:37

24        A.   Yes.                                   09:50:56

25        Q.   If you continue down, there's a paragraph  09:50:57
```

Page 45

```
1    that says:  "My heart sank.  I just sat there          09:50:58

2    looking at it.  I physically, I was sick, because I    09:51:01

3    didn't know what they were."                           09:51:04

4        A.   Yes.                                          09:51:06

5        Q.   Can you describe this physical sickness       09:51:08

6    that you mention here?                                 09:51:12

7        A.   Yeah, because I didn't know what the          09:51:13

8    transactions were.  They made me nauseous.             09:51:14

9        Q.   Made you nauseous?                            09:51:17

10       A.   Yes.  I -- I didn't even know they were on    09:51:18

11   the account.  How these were found was through         09:51:21

12   dashboard or through Google's dashboard.               09:51:24

13       Q.   Did you feel any other symptoms after         09:51:28

14   finding out about these transactions?                  09:51:32

15       A.   I don't really understand what you mean.      09:51:37

16   Symptoms like --                                       09:51:39

17       Q.   Did you -- I'm sorry.  I interrupted you.     09:51:40

18   Go ahead?                                              09:51:42

19       A.   I don't understand what symptoms you would    09:51:43

20   mean.  I was physically sick over it.  There were a    09:51:46

21   lot of transactions, and I couldn't figure out where   09:51:48

22   they came from.                                        09:51:51

23       Q.   You described being nauseous?                 09:51:54

24       A.   Excuse me?                                    09:51:57

25       Q.   You described being nauseous just now?        09:51:58
```

Page 46

```
 1        A.   Yes, physically sick.  I was sick.        09:52:01

 2        Q.   Was there anything else that you felt --  09:52:05

 3        A.   No.                                       09:52:08

 4        Q.   -- other than physical sickness?          09:52:08

 5        A.   No, because I had no idea where these      09:52:11

 6   things came from.                                   09:52:13

 7        Q.   Have you discussed Google with any other  09:52:16

 8   outlets?                                            09:52:18

 9        A.   Not that I can recall.                    09:52:20

10        Q.   Have you publicly written about your      09:52:24

11   experience surrounding this 2015 lawsuit?           09:52:26

12        A.   Yes, I have.                              09:52:28

13        Q.   Where?                                    09:52:31

14        A.   Excuse me?                                09:52:34

15        Q.   Where have you written about your         09:52:35

16   experience?                                         09:52:36

17        A.   I can't tell you.  I just know that I     09:52:37

18   have.                                               09:52:39

19        Q.   And what have you written?                09:52:40

20        A.   About the things that have happened, that 09:52:44

21   I had no idea where the transactions came from, but,09:52:45

22   basically, that was all handled.                    09:52:49

23        Q.   Have you written anything else about      09:52:54

24   Google?                                             09:52:56

25        A.   Not that I can recall.                    09:52:57
```

Veritext Legal Solutions
866 299-5127

```
 1       Q.   Have you made any public statements about    09:53:01

 2   Google?                                               09:53:02

 3       A.   I -- I --                                    09:53:05

 4            MR. LEE:  Objection.  Vague.                 09:53:06

 5   BY MR. MATEEN:                                        09:53:06

 6       Q.   You can answer.                              09:53:10

 7            MR. LEE:  If you understand.                 09:53:11

 8            THE WITNESS:  Well, this article right       09:53:13

 9   here was actually a television interview.  I never    09:53:15

10   saw this copy of it until today.                      09:53:18

11   BY MR. MATEEN:                                        09:53:21

12       Q.   I'm going to introduce a new exhibit.        09:53:37

13            MR. LEE:  He's going to introduce a new      09:53:42

14   exhibit.                                              09:53:43

15            THE WITNESS:  Okay.                          09:53:44

16            (Whereupon Exhibit 3 was marked for          09:53:48

17             identification.)                            09:53:48

18   BY MR. MATEEN:                                        09:54:31

19       Q.   I've introduced a new exhibit and marked     09:54:32

20   it as Exhibit 3.                                      09:54:34

21            You can take a look to -- take a second to   09:54:43

22   review over it.                                       09:54:46

23            (Witness reviewing document.)                09:55:10

24   BY MR. MATEEN:                                        09:56:57

25       Q.   Let me know when you're ready, Ms. Harvey.   09:56:58
```

Page 48

```
 1        A.   I'm still going through it.          09:57:01

 2             MR. LEE:  Take your time.            09:57:03

 3             THE WITNESS:  Okay.                   09:57:04

 4             MR. LEE:  For the record, Harris, the last   09:58:01

 5   two pages aren't loading for me.  So I'm going to   09:58:03

 6   refresh, but I'll need a second.               09:58:07

 7             MR. MATEEN:  Pages 18 and --          09:58:13

 8             MR. LEE:  18 and 19 aren't loading for me.   09:58:16

 9   I just --                                       09:58:19

10             MR. MATEEN:  I don't actually think there   09:58:19

11   is a page 19.  I'm not sure why it's showing up at   09:58:21

12   page 19.                                        09:58:25

13             MR. LEE:  Oh.  Well, it's a -- there's a   09:58:26

14   black blank.                                    09:58:28

15             MR. MATEEN:  Where it says "Subscribe   09:58:30

16   now"?                                           09:58:32

17             MR. LEE:  Hold on.  I just closed out.   09:58:33

18   Let me go back.                                 09:58:35

19             Yes.                                   09:58:36

20             MR. MATEEN:  The top of the document   09:58:37

21   should say "Subscribe now."                     09:58:39

22             MR. LEE:  I got it.  I got it.  Thank you.   09:58:41

23             THE WITNESS:  Okay.  Go ahead.         09:59:18

24   BY MR. MATEEN:                                  09:59:18

25        Q.   So do you recognize this article?     09:59:19
```

Page 49

```
 1        A.    Yes, I do.                              09:59:22

 2        Q.    What would you say it's about?          09:59:23

 3        A.    It's about companies not disclosing that 09:59:25

 4   they've had data breaches.                         09:59:29

 5        Q.    Can you please go to page 15?           09:59:36

 6        A.    Where am I at?                           09:59:50

 7              Does it show me the page number?  Do you 09:59:59

 8   know where -- there it is.  It's that thing there.  10:00:03

 9              Okay.                                    10:00:06

10        Q.    Are you Susie Reallyitis?                10:00:07

11        A.    Yes.                                     10:00:11

12        Q.    Did you make this comment?               10:00:11

13        A.    Yes, I did.                              10:00:13

14        Q.    What did you mean when you wrote "to leave 10:00:18

15   someone in the dark for four years"?               10:00:20

16        A.    Well, something had happened with my     10:00:23

17   account, and I was left in the dark about it.       10:00:25

18        Q.    What were the four years?               10:00:32

19        A.    The four years.  Well, if this was posted, 10:00:34

20   it says -- I don't know exactly when it was posted, 10:00:36

21   so I can't tell you.                               10:00:40

22        Q.    I can just tell you for the record that  10:00:43

23   this is from July 2017.                           10:00:46

24        A.    Okay.                                    10:00:48

25        Q.    And when you say, "All while they blame  10:00:56
```

Page 50

```
 1    someone else," what do you mean?                    10:01:00

 2        A.   Well, I was referred back to the bank, and  10:01:02

 3    the bank referred me back to Google.  So blaming    10:01:05

 4    someone else.                                        10:01:10

 5        Q.   And so is this comment referring to        10:01:13

 6    Google, or is this comment referring to the bank?   10:01:15

 7        A.   This comment is referring to anyone that   10:01:18

 8    it happens to that would do this to someone else.   10:01:20

 9    It's not specifically calling anybody out.          10:01:25

10        Q.   You write:  "All while they blame          10:01:29

11    someone."                                            10:01:32

12             Who's "they"?                               10:01:32

13        A.   As I stated --                              10:01:34

14             MR. LEE:  Hold on.                           10:01:34

15             THE WITNESS:  Okay.                          10:01:34

16             MR. LEE:  Let me just object.               10:01:34

17             Asked and answered.                          10:01:36

18             Go ahead.                                    10:01:37

19             THE WITNESS:  Okay.  The companies that     10:01:39

20    have the problems that don't let somebody know what 10:01:39

21    really happened.                                     10:01:42

22    BY MR. MATEEN:                                        10:01:43

23        Q.   Can you name some of those companies?      10:01:44

24        A.   I think I already have.                     10:01:46

25        Q.   Can you name some of those companies?      10:01:52
```

Page 51

```
 1        A.   As I stated before, Google, ███████        10:01:55

 2   ████████, any of the developers, anything.  Because I   10:01:57

 3   was left in the dark.                                10:02:01

 4        Q.   And you said earlier that this article is   10:02:05

 5   about data breaches, right?                          10:02:08

 6        A.   No, I didn't say regardless what it was    10:02:10

 7   about.  You were asking me about a comment.          10:02:14

 8        Q.   You said, "This article is about how       10:02:27

 9   companies don't disclose that they've had data       10:02:29

10   breaches," right?                                    10:02:33

11        A.   Okay.  Yes.                                10:02:34

12        Q.   Were you the victim of a data breach?      10:02:45

13        A.   I do not know.  Nobody informed me.        10:02:47

14        Q.   Do you think you were the victim of a data 10:02:52

15   breach?                                              10:02:55

16        A.   I don't know what happened, as I stated    10:02:56

17   before.                                              10:02:57

18             MR. LEE:  Hey, Harris.  I know we're going 10:03:01

19   to take a break now.  It's been an hour.  And I'm    10:03:02

20   going to try to take a break every hour because      10:03:05

21   Ms. Harvey is under the weather and her voice tires  10:03:09

22   out.  So let's take a break now and --               10:03:11

23             MR. MATEEN:  Do you want to be back at     10:03:15

24   10:10?                                               10:03:17

25             MR. LEE:  Do 10:15, please.                10:03:23
```

Page 52

```
 1              MR. MATEEN:  Yeah, that's fine.        10:03:24

 2              MR. LEE:  Just because where we are, the  10:03:25

 3    bathroom isn't readily accessible.               10:03:27

 4              THE VIDEO OPERATOR:  Going off the record.  10:03:30

 5    The time is 10:03 a.m.                           10:03:31

 6              (Off the record at 10:03 a.m. and back  10:03:34

 7               on the record at 10:15 a.m.)           10:03:34

 8              THE VIDEO OPERATOR:  Back on the record.  10:15:20

 9    The time is 10:15 a.m.                           10:15:21

10    BY MR. MATEEN:                                   10:15:23

11        Q.   All right, Ms. Harvey.  I am introducing a  10:15:27

12    new exhibit.                                     10:15:30

13              (Whereupon Exhibit 4 was marked for     12:06:25

14               identification.)                       12:06:25

15              MR. LEE:  I don't have it yet either.    10:15:57

16              MR. MATEEN:  I'll let you know when it's  10:16:00

17    up.                                              10:16:01

18              MR. LEE:  Okay.  That's helpful.        10:16:01

19    BY MR. MATEEN:                                   10:16:20

20        Q.   I've just introduced a new exhibit, marked  10:16:21

21    it as Exhibit 4.  Let me know when you've got it  10:16:23

22    open.                                            10:16:26

23        A.   Okay.  It's open.                       10:16:37

24        Q.   You can take a look at it if you'd like.  10:16:43

25              Let me know when you're ready.          10:16:50
```

Page 53

```
 1              (Witness reviewing document.)        10:17:36

 2   BY MR. MATEEN:                                  10:18:49

 3       Q.   Ms. Harvey, did you say you're ready?  10:18:51

 4       A.   Yes.                                    10:18:52

 5            MR. LEE:  She was just gone confirming  10:18:53

 6   with me.  Sorry.  She --                         10:18:55

 7            MR. MATEEN:  Sorry.  Sorry.             10:18:56

 8            MR. LEE:  Yeah.  She -- and you have a   10:18:57

 9   right to know.  She was just asking if we're     10:18:58

10   supposed to read to the end of the article or not. 10:19:02

11            THE WITNESS:  Go ahead.                 10:19:05

12   BY MR. MATEEN:                                   10:19:06

13       Q.   So you're ready, right?                 10:19:06

14       A.   Yes.                                    10:19:07

15       Q.   Cool.                                   10:19:08

16            This is an article from 9to5google.com  10:19:11

17   from March 27, 2018.  It's titled "Pressure on   10:19:14

18   Facebook ramps up as Senate Judiciary Committee  10:19:18

19   demands answers."                                10:19:22

20            Do you recognize this article?          10:19:24

21       A.   Yes, I do.                              10:19:25

22       Q.   What is 9to5google.com?                 10:19:25

23       A.   I'm not quite sure.  It's just an article 10:19:28

24   I came across searching the Web.                 10:19:30

25       Q.   What would you have been searching for? 10:19:35
```

```
 1        A.    Something to do with children's in-app      10:19:37

 2   purchases or purchases being made without              10:19:40

 3   authorization.                                         10:19:44

 4        Q.    And why were you searching for them?        10:19:46

 5        A.    Because I had a lot of purchases on my      10:19:49

 6   account.                                               10:19:51

 7        Q.    This article is from 2018, right?           10:19:53

 8        A.    Excuse me?                                  10:19:56

 9        Q.    This article is from 2018, right?           10:19:57

10        A.    I'm not sure exactly when it was from, but  10:19:59

11   okay.                                                  10:20:02

12        Q.    I can show you the first page.  It says     10:20:03

13   "March 27, 2018," on the first page.                   10:20:05

14        A.    Okay.  That's fine.                         10:20:09

15              It states here "five years ago," though.    10:20:16

16   Is that a full five years ago?                         10:20:18

17        Q.    It states where "five years ago"?           10:20:24

18        A.    Where my comment's listed.  Right           10:20:26

19   underneath my name.                                    10:20:41

20        Q.    I can't speak to the way the comment        10:20:47

21   system allocates time.  But, you know, March 27,       10:20:51

22   2018, is the date of this article.                     10:20:55

23              MR. LEE:  Is that your representation?      10:20:58

24              MR. MATEEN:  Yes.  It is also the           10:21:02

25   representation on the first page of this article.      10:21:05
```

Page 55

```
 1    And I can also follow up with a link.              10:21:07

 2          MR. LEE:  Sure.  Just -- it's just that      10:21:10

 3    there's -- if you're relying on the statement in the  10:21:11

 4    article, the article also says her comment is five  10:21:13

 5    years ago.  So I think the article has             10:21:16

 6    time-traveled.                                     10:21:18

 7          MR. MATEEN:  Thank you, Mr. Lee.             10:21:21

 8    BY MR. MATEEN:                                     10:21:22

 9       Q.   So this article is either from March 27,   10:21:24

10    2018, or it's from five years ago, whichever one.  10:21:27

11    Does not matter for this purpose.                  10:21:31

12          Can you generally tell me what this          10:21:34

13    article is about?                                  10:21:37

14       A.   Facebook using information that they have.  10:21:40

15       Q.   What do you mean when you say, "Facebook    10:21:49

16    using information that they have"?                 10:21:50

17       A.   What the article states, that they were     10:21:52

18    misusing information that they -- that they had    10:21:55

19    obtained.                                          10:21:58

20       Q.   And how were they misusing it?             10:22:00

21          MR. LEE:  Go to the article.                 10:22:04

22          THE WITNESS:  It says from a firm of          10:22:30

23    political consultants, both the U.S. and U.K.      10:22:31

24    governments are demanding information.             10:22:36

25    ///
```

Page 56

```
 1    BY MR. MATEEN:                                    10:22:37

 2         Q.   So you mentioned your comment here      10:22:41

 3    earlier.  That's at the bottom of page 7, top of  10:22:43

 4    page 8.  It's a comment from Susie Reallyitis.    10:22:48

 5              This is yours, right?                    10:22:54

 6         A.   Really it is, yes.                       10:22:55

 7         Q.   It is.                                   10:23:00

 8              When you say, "Ask how many children    10:23:04

 9    actually made those in-app purchases?" what did you 10:23:06

10    mean?                                             10:23:09

11         A.   Well, I was told by Facebook that Google 10:23:10

12    made all the charges on my account, but it was a  10:23:12

13    Facebook app through the Play Store.  They told me 10:23:15

14    it was a child that made them.                    10:23:18

15         Q.   Who was "they"?                         10:23:26

16         A.   Google and Facebook.                    10:23:28

17         Q.   Why did you contact Facebook?           10:23:33

18         A.   Because I had a list of charges that were 10:23:35

19    also through Facebook that Facebook stated Google 10:23:38

20    billed for.                                       10:23:42

21         Q.   When you say, "Do no evil," what do you 10:23:46

22    mean?                                             10:23:49

23         A.   Do no evil.                             10:23:50

24         Q.   Was there a reason why you used the     10:23:52

25    phrase, "Do no evil"?                             10:23:55
```

Page 57

```
 1        A.    Basically, do no evil.  I've been -- it's     10:23:57

 2   been said to me through -- from Google.  I had --        10:23:59

 3        Q.    And app --                                    10:24:02

 4        A.    I'm sorry.                                     10:24:03

 5        Q.    Go ahead.  Finish your answer.                 10:24:03

 6              MR. LEE:  You can finish.                       10:24:04

 7              THE WITNESS:  I had read articles that          10:24:06

 8   stated that was their slogan.                             10:24:09

 9   BY MR. MATEEN:                                            10:24:11

10        Q.    And right after that, you wrote:  "No,         10:24:14

11   that's not right."                                        10:24:16

12              Can you explain what that meant?               10:24:18

13        A.    It's not do no evil because I had a lot of     10:24:20

14   information deleted out of my account.  Then it was       10:24:23

15   denied and it was repeated.                               10:24:27

16        Q.    When was it repeated?                          10:24:33

17        A.    Repeatedly from Google.                        10:24:35

18        Q.    When?                                          10:24:37

19        A.    I can't tell you exactly when.  But every      10:24:38

20   representative I talked to, the lies were repeated.       10:24:41

21        Q.    What do you mean when you say "Delete"?        10:24:53

22        A.    Honestly, that all the charges were in         10:24:57

23   Google Wallet were deleted out of the account.           10:24:59

24        Q.    Were there unauthorized charges after you      10:25:14

25   filed your lawsuit?                                       10:25:17
```

Page 58

```
 1      A.   No, not that I can recall.  Nothing like        10:25:18

 2   this.                                                    10:25:22

 3      Q.   And what do you mean when you say, "That's       10:25:26

 4   better"?                                                 10:25:28

 5      A.   The -- the comment that I made was a             10:25:28

 6   better comment.  "Don't be evil" wasn't a good one.     10:25:33

 7   It's, "Lie, delete, deny, repeat."  That fit better.    10:25:36

 8      Q.   I'm going to introduce an exhibit.  I'll         10:25:55

 9   let you know when it's up.                               10:25:58

10          (Whereupon Exhibit 5 was marked for              12:06:25

11           identification.)                                 12:06:25

12   BY MR. MATEEN:                                           10:26:51

13      Q.   I've introduced a new exhibit.  It's            10:26:51

14   marked as Exhibit 5.                                     10:26:53

15          (Witness reviewing document.)                     10:28:15

16          THE WITNESS:  Go ahead.                           10:30:21

17   BY MR. MATEEN:                                           10:30:21

18      Q.   So this is an article from phonearena.com        10:30:27

19   titled "House panel demands documents from Apple,        10:30:32

20   Google, and others in antitrust probe."  It's dated     10:30:36

21   September 13, 2019.  This is on the first page.          10:30:39

22          Do you recognize this article?                    10:30:44

23      A.   Yes, I do.                                       10:30:46

24      Q.   What is phonearena.com?                          10:30:49

25      A.   I have no idea.                                  10:30:51
```

Page 59

| | | |
|---|---|---|
| 1 | Q.   Where would you have come across this | 10:30:53 |
| 2 | article? | 10:30:54 |
| 3 | A.   On the Internet. | 10:31:03 |
| 4 | Q.   How would you have come across this | 10:31:04 |
| 5 | article? | 10:31:06 |
| 6 | A.   Searching for things to do with the | 10:31:08 |
| 7 | company. | 10:31:09 |
| 8 | Q.   And why were you searching for things to | 10:31:11 |
| 9 | do with the company in 2019? | 10:31:13 |
| 10 | A.   2019?  Because I was curious.  It was | 10:31:15 |
| 11 | something I was interested in. | 10:31:18 |
| 12 | Q.   And what specifically were you interested | 10:31:20 |
| 13 | in? | 10:31:23 |
| 14 | A.   To see if there were issues going on.  It | 10:31:24 |
| 15 | was the news. | 10:31:26 |
| 16 | Q.   What sort of issues? | 10:31:29 |
| 17 | A.   Any issues. | 10:31:30 |
| 18 | Q.   Did you search for any other companies? | 10:31:36 |
| 19 | A.   I search for a lot of companies.  I search | 10:31:38 |
| 20 | for ▓▓▓▓▓▓▓▓▓▓.  I search for Facebook.  I | 10:31:40 |
| 21 | search for all of them.  All the app developers, | 10:31:42 |
| 22 | everything. | 10:31:46 |
| 23 | Q.   So you search for ▓▓▓▓▓▓▓▓▓▓▓, you | 10:31:47 |
| 24 | search for Facebook, you search for Google. | 10:31:48 |
| 25 | Can you name another company? | 10:31:50 |

Page 60

```
 1              MR. LEE:  Objection to form.  Vague.        10:31:53

 2   BY MR. MATEEN:                                         10:31:54

 3        Q.   You can answer.                              10:31:56

 4        A.   The app developers, the ones that I was      10:31:57

 5   hit by.                                                10:32:00

 6        Q.   Which app developers do you search for?      10:32:01

 7        A.   All the ones that made charges to my         10:32:05

 8   account.                                               10:32:07

 9        Q.   What are the names of those app              10:32:08

10   developers?                                            10:32:10

11        A.   There's quite a few.                         10:32:11

12        Q.   Can you name one?                            10:32:12

13        A.   There was midas.com.  There was Jot Pop      10:32:15

14   Party.  There was many different ones.  I was hit by   10:32:19

15   20 separate developers.                                10:32:24

16        Q.   How often do you search for these            10:32:28

17   companies?                                             10:32:29

18        A.   I look quite often.  I still look to see     10:32:30

19   if anything's going to come out about it just          10:32:33

20   because I'm curious.                                   10:32:36

21        Q.   About what?                                  10:32:37

22        A.   Excuse me.  To see if there's any articles   10:32:39

23   about it.  I want to keep up on the news.              10:32:42

24        Q.   I'm sorry.  I'm just not understanding.      10:32:47

25             When you're saying "it," what are you        10:32:48
```

Page 61

```
 1   referring to?                                        10:32:50

 2        A.   I'm trying to keep up on the news to do    10:32:51

 3   with anything to do with tech.  It's not one         10:32:53

 4   specifically.                                        10:32:58

 5        Q.   And so do you search for these companies   10:33:01

 6   on a daily basis?                                    10:33:03

 7        A.   I probably have.  I can't recall exactly.  10:33:05

 8   I'm not doing it right now, no.                      10:33:08

 9        Q.   So can you tell me what this article here  10:33:21

10   is about?                                            10:33:23

11        A.   The government demanding information.       10:33:24

12        Q.   Information about what?                     10:33:29

13        A.   Regarding basically anything to do with    10:33:30

14   the business practices.                              10:33:32

15        Q.   What business practices?                    10:33:37

16        A.   Any.                                        10:33:39

17        Q.   Can you give an example of a business       10:33:44

18   practice?                                            10:33:46

19        A.   No, I can't.                                10:33:46

20             MR. LEE:  You know what, Mr. Mateen?  I    10:33:47

21   let this go for a while, but it's getting really     10:33:50

22   argumentative.  You're just asking her to summarize  10:33:53

23   articles that we all have.  They say what they say.  10:33:55

24             At this point, I don't understand what     10:34:00

25   this line of questioning is about.  And I don't      10:34:02
```

Page 62

| | | |
|---|---|---|
| 1 | think it's fair to ask her to summarize things when | 10:34:05 |
| 2 | we have the exhibit in front of us.  They speak for | 10:34:08 |
| 3 | themselves. | 10:34:10 |
| 4 | MR. MATEEN:  Thank you, Mr. Lee. | 10:34:11 |
| 5 | BY MR. MATEEN: | 10:34:14 |
| 6 | Q.   Ms. Harvey, you can answer. | 10:34:14 |
| 7 | A.   I think I have answered. | 10:34:15 |
| 8 | Q.   So can you please go to page 10 for me? | 10:34:38 |
| 9 | MR. LEE:  You need help? | 10:34:49 |
| 10 | THE WITNESS:  Yeah.  Just to make sure so | 10:34:50 |
| 11 | I'm going to the right -- I'm there. | 10:34:51 |
| 12 | BY MR. MATEEN: | 10:35:16 |
| 13 | Q.   Are you ███████? | 10:35:17 |
| 14 | A.   Yes, I am. | 10:35:21 |
| 15 | Q.   Did you write this comment? | 10:35:22 |
| 16 | A.   Yes, I did. | 10:35:23 |
| 17 | Q.   So what is the nightmare of epic | 10:35:24 |
| 18 | proportions you talk about here? | 10:35:30 |
| 19 | A.   Sending me back and forth to different | 10:35:32 |
| 20 | companies and not giving me the information in the | 10:35:34 |
| 21 | first place. | 10:35:37 |
| 22 | Q.   What do you mean when you say:  "I pray to | 10:35:50 |
| 23 | God they get to answer for what they have done." | 10:35:53 |
| 24 | A.   What they've done to everyone. | 10:35:56 |
| 25 | Q.   Who do you refer to when you say | 10:36:03 |

Page 63

```
 1    "everyone"?                                    10:36:05

 2         A.    Everyone.   Anybody that's in the same   10:36:07

 3    situation that I am.                            10:36:09

 4         Q.    What specifically did they do to everyone?   10:36:12

 5         A.    Well, there's lots of things.  Information   10:36:16

 6    was given out that wasn't meant to be given out or   10:36:18

 7    request to be given out, and that's what I'm talking   10:36:23

 8    about.                                          10:36:27

 9         Q.    Can you give an example of information   10:36:30

10    being given out?                                10:36:32

11         A.    All kinds of different things.  Anything   10:36:34

12    to do with the actual account.                  10:36:35

13         Q.    Did you literally pray about Google?   10:36:52

14         A.    No.                                   10:36:57

15         Q.    When you say, "They get to answer for what   10:37:03

16    they have done," what sort of answer do you mean?   10:37:05

17         A.    They get to tell the truth and explain   10:37:09

18    what they're doing.                             10:37:15

19         Q.    And, again, to be clear, the truth about   10:37:24

20    what?                                           10:37:26

21         A.    The truth about what they were doing with   10:37:27

22    people's information and the accounts.          10:37:29

23         Q.    And can you tell me in your own words what   10:37:39

24    you believe Google was doing with that information?   10:37:42

25              MR. LEE:   Objection to form.  Asked and   10:37:47
```

Veritext Legal Solutions
866 299-5127

```
 1   answered.                                        10:37:48

 2   BY MR. MATEEN:                                   10:37:49

 3        Q.   You can answer.                        10:37:51

 4        A.   Ask it again, please.                  10:37:58

 5        Q.   Yes, of course.                        10:38:00

 6             So you said earlier that there's lots of   10:38:10

 7   information that was being given out that wasn't  10:38:14

 8   meant to be given out.                           10:38:17

 9             Can you tell me what you believe Google  10:38:20

10   was giving out?  Like what information do you    10:38:26

11   believe that Google was giving out?             10:38:28

12        A.   Yes.  The things I was doing on my devices  10:38:32

13   and my information that were on those devices.   10:38:35

14             MR. LEE:  He's not talking about the --  10:38:38

15             THE WITNESS:  The suit now?            10:38:40

16             MR. LEE:  -- this lawsuit.            10:38:40

17             THE WITNESS:  Okay.                    10:38:42

18   BY MR. MATEEN:                                   10:38:42

19        Q.   Yeah, I'm talking -- I'm talking about  10:38:43

20   this specific comment.                           10:38:43

21             MR. MATEEN:  Thank you, Mr. Lee.       10:38:45

22             MR. LEE:  So, in this article, he's asking  10:38:46

23   about the article and --                         10:38:48

24             THE WITNESS:  I was talking about things  10:38:51

25   that were being brought to light regarding accounts  10:38:52
```

Page 65

```
 1    that people weren't aware of.                    10:38:56

 2    BY MR. MATEEN:                                   10:38:59

 3        Q.   Is this article about accounts?         10:39:01

 4        A.   It's about anything to do with Google's 10:39:03

 5    business and Facebook's business practices.      10:39:07

 6        Q.   You said:  "There are many of us out    10:39:30

 7    here."                                           10:39:33

 8             Have you talked to any other people who 10:39:35

 9    you would include within that category of "many of 10:39:37

10    us"?                                             10:39:40

11        A.   I've read a lot of articles.  I can't give 10:39:41

12    you a specific person.                           10:39:44

13        Q.   Have you talked to any person?          10:39:49

14        A.   No, not that I can think of or recall.  10:39:51

15        Q.   When you say, "Google and Facebook thought 10:40:01

16    we would go away," what did you mean?            10:40:03

17        A.   Google referred me to Facebook for the  10:40:07

18    charges, and Facebook referred me to Google, just 10:40:10

19    like ███████████ did.  And they wouldn't answer  10:40:13

20    any questions.                                   10:40:16

21        Q.   So is this comment specifically about the 10:40:16

22    unauthorized charges?                            10:40:20

23        A.   Somewhat, but it's -- it's what I was   10:40:22

24    worried about at the time.  But this has been    10:40:25

25    resolved.                                        10:40:27
```

Page 66

```
 1       Q.   Is this comment also about information      10:40:33

 2   that Google is sharing?                              10:40:38

 3           MR. LEE:  Objection.  Form.                  10:40:42

 4   Mischaracterizes her testimony.                      10:40:42

 5   BY MR. MATEEN:                                       10:40:45

 6       Q.   You can answer.                             10:40:48

 7           THE WITNESS:  I can?                          10:40:52

 8           MR. LEE:  If you don't understand it.        10:40:55

 9           THE WITNESS:  I don't understand.            10:40:56

10   BY MR. MATEEN:                                       10:40:57

11       Q.   Okay.  I can reword.  No worries.           10:40:58

12           I can actually move on to another comment.   10:41:30

13           You wrote:  "I pray they have nightmares     10:41:36

14   getting those document requests."                    10:41:38

15           Why did you write that?                      10:41:42

16       A.   Because I had nightmares trying to get      10:41:44

17   information out of them.                             10:41:46

18       Q.   And did you wish that Google and Facebook   10:42:01

19   would have nightmares regardless of the reasons for  10:42:03

20   their document requests?                             10:42:07

21       A.   I don't really quite understand.           10:42:09

22   Nightmares -- it was a comment that was made, what?  10:42:11

23   This is three years ago -- about something somebody  10:42:14

24   else posted and about them being investigated.  I    10:42:18

25   was happy they were going to be investigated.  They  10:42:21
```

Page 67

```
 1    made me provide documentation.  They were going to    10:42:24

 2    have to provide documentation.                        10:42:27

 3        Q.   Did you want Google to experience the        10:42:34

 4    suffering you experienced from the unauthorized       10:42:36

 5    transactions and the back-and-forth that you had?     10:42:40

 6        A.   No, not at all.                               10:42:41

 7        Q.   Then why did you pray they had nightmares?    10:42:48

 8        A.   Because I had nightmares trying to go         10:42:50

 9    through and audit the account and match it to the     10:42:53

10    bank records.  That's the only reason why.  I was     10:42:56

11    never given a list that was the same.                 10:42:59

12        Q.   So because you had nightmares about those    10:43:06

13    unauthorized transactions and the experience you had  10:43:11

14    between Google and Facebook, you prayed that Google   10:43:14

15    and Facebook would have nightmares; is that correct?  10:43:19

16        MR. LEE:  Objection to form.                       10:43:23

17    Mischaracterizes her testimony.                       10:43:24

18    BY MR. MATEEN:                                        10:43:26

19        Q.   You can answer.                               10:43:27

20        A.   No, I didn't pray that they actually had     10:43:29

21    nightmares regarding these charges.  I meant getting  10:43:31

22    the documents and having to search for them like I    10:43:34

23    did.                                                  10:43:37

24        Q.   You received a refund, didn't you?           10:43:41

25        A.   Yes.  That's why it's in the past.           10:43:44
```

Page 68

| | | |
|---|---|---|
| 1 | Q.   So if you received your money back, why | 10:43:49 |
| 2 | are you still commenting on it? | 10:43:52 |
| 3 | A.   I didn't receive all of the money back at | 10:43:58 |
| 4 | the time. | 10:44:00 |
| 5 | Q.   To date, have you received all your money | 10:44:03 |
| 6 | back? | 10:44:05 |
| 7 | A.   It's still a little short, but it's been | 10:44:06 |
| 8 | resolved.  I'm working with ▮▮▮▮▮ over | 10:44:09 |
| 9 | that. | 10:44:11 |
| 10 | Q.   And when was it resolved? | 10:44:11 |
| 11 | A.   Recently.  I was given most all of the | 10:44:14 |
| 12 | money back. | 10:44:17 |
| 13 | Q.   In the year 2022 recently? | 10:44:19 |
| 14 | A.   About a month ago. | 10:44:22 |
| 15 | Q.   About a month ago. | 10:44:23 |
| 16 | What are your feelings towards Google? | 10:44:37 |
| 17 | A.   I think it is a company that helps a lot | 10:44:39 |
| 18 | of people, but they don't honor their promises. | 10:44:41 |
| 19 | Q.   How long have you felt that way? | 10:44:47 |
| 20 | A.   Well, since I hit no on the button and the | 10:44:51 |
| 21 | button didn't work. | 10:44:55 |
| 22 | Q.   When did you hit no on the button? | 10:45:01 |
| 23 | A.   When it first came out. | 10:45:04 |
| 24 | Q.   When do you remember that to be? | 10:45:07 |
| 25 | A.   I want to say it was -- I can't give you | 10:45:09 |

Page 69

```
 1    an exact date, but I -- I remember when it was done.      10:45:12

 2    It was when it first came out.                            10:45:15

 3         Q.   Can you give a general idea of when that        10:45:23

 4    was?                                                      10:45:25

 5         A.   I want to say '15 or '16.  I can't tell         10:45:27

 6    you exactly.  But I know when I saw it, it made me        10:45:29

 7    feel better because I didn't think my information         10:45:32

 8    would be given out or collected.  That's what it          10:45:34

 9    said.  It said I was in control.                          10:45:36

10         Q.   Your unauthorized transactions with            10:45:48

11    Google, those occurred in 2013, right?                    10:45:50

12         A.   Yes, sir.                                        10:45:54

13         Q.   Did you feel that Google didn't honor          10:46:10

14    their promises in 2013?                                   10:46:12

15              MR. LEE:  Objection.                            10:46:15

16              Hold on.                                         10:46:16

17              THE WITNESS:  Sorry.                            10:46:17

18              MR. LEE:  Objection to form.                    10:46:18

19              Vague as to the timing of your question.        10:46:22

20              MR. MATEEN:  I can reword.                      10:46:27

21              MR. LEE:  Yeah.  Thanks.                        10:46:28

22    BY MR. MATEEN:                                            10:46:29

23         Q.   You testified that you believe that Google     10:46:32

24    is a company that helps a lot of people, but they         10:46:38

25    don't honor their promises.                               10:46:40
```

                                               Page 70

```
 1              I'm trying to figure out when you first      10:46:42
 2    got this feeling towards Google.  I know that you     10:46:47
 3    had these unauthorized transactions in 2013, so I'm   10:46:52
 4    trying to figure out if you had these feelings that   10:46:56
 5    Google, the company that helps a lot of people but    10:47:02
 6    doesn't honor their promises, in 2013, after these    10:47:04
 7    unauthorized transactions occurred.                   10:47:09
 8        A.   No, because they would never explain what    10:47:10
 9    happened.                                             10:47:11
10        Q.   Did you feel that Google was a company       10:47:18
11    that helped a lot of people but didn't honor their    10:47:20
12    promises after you sued them in 2015?                 10:47:23
13        A.   I had a similar problem with it because I    10:47:26
14    wasn't sure what was going on.                        10:47:29
15        Q.   So what was your feeling towards Google in   10:47:37
16    2015?                                                 10:47:40
17        A.   I was not happy.  I didn't understand what   10:47:42
18    had happened.  They kept referring me back to the     10:47:44
19    bank.                                                 10:47:48
20        Q.   Do you believe Google is truthful?           10:47:51
21        A.   Not necessarily, no.                         10:47:54
22        Q.   Can you tell me some lies that Google has    10:47:59
23    told you?                                             10:48:02
24        A.   Yes.  That they were legitimate purchases    10:48:04
25    that I made.  That I could protect and control my     10:48:07
```

Page 71

```
 1   data.  That's not true.                        10:48:11

 2          MR. LEE:  For the record, she's indicating   10:48:16

 3   towards the -- the law disclosures.            10:48:17

 4   BY MR. MATEEN:                                 10:48:24

 5       Q.   Do you believe Google is trustworthy?  10:48:25

 6          MR. LEE:  Asked and answered.           10:48:28

 7   BY MR. MATEEN:                                 10:48:28

 8       Q.   You can answer.                       10:48:34

 9       A.   I thought that if they were going to offer  10:48:34

10   me an option to control my information, that it  10:48:37

11   would be truthful, yes.  But it wasn't.        10:48:40

12       Q.   Sitting here today, do you trust Google?  10:48:50

13       A.   Well, as I'm looking at the privacy    10:48:54

14   policy, I should, but, no, I do not.           10:48:57

15       Q.   After your experience with the        10:49:12

16   unauthorized transactions in 2013, did you still  10:49:13

17   trust Google?                                  10:49:19

18       A.   I didn't know what happened.  I had no  10:49:21

19   idea who I was supposed to trust.              10:49:23

20       Q.   But did you trust Google?             10:49:29

21          MR. LEE:  Asked and answered.           10:49:30

22          Answer again if you can.                10:49:36

23          THE WITNESS:  I -- I didn't know who to  10:49:37

24   trust.  Everybody's information was conflicting.  10:49:38

25   ///
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MR. MATEEN:                                  10:49:44

 2        Q.   So does that mean you didn't trust Google  10:49:51

 3    or you did trust Google?                        10:49:53

 4        A.   I didn't know who to trust --          10:49:55

 5             (Reporter request for clarification.)  10:50:05

 6             THE WITNESS:  I didn't know who to trust.  10:50:06

 7    And I said, "I've answered that."               10:50:07

 8    BY MR. MATEEN:                                  10:50:08

 9        Q.   What do you mean when you say you didn't  10:50:08

10    know who to trust?                              10:50:11

11        A.   Because each company told me different  10:50:12

12    things.                                         10:50:14

13        Q.   I think -- Ms. Harvey, I'm sorry.  I think  10:50:18

14    that -- so, Ms. Harvey, I think I'm asking just if  10:50:24

15    you trust the company broadly, not in reference to  10:50:35

16    the specific unauthorized transactions.         10:50:38

17             I'm trying to get a sense of your general  10:50:40

18    feeling towards the company as opposed to whether  10:50:42

19    you trusted what they had to say about the      10:50:46

20    transactions, if that -- does that make sense?  10:50:48

21        A.   They were giving conflicting information  10:50:52

22    compared to the other companies.  I didn't know who  10:50:54

23    to trust.                                       10:50:57

24        Q.   Do you feel it's trustworthy to give   10:51:01

25    conflicting information?                        10:51:03
```

Page 73

```
 1        A.   No, I do not.                          10:51:04

 2        Q.   Do you believe Google can be trusted with   10:51:08

 3   your personal information?                       10:51:09

 4        A.   No, I do not.  I did.                   10:51:11

 5        Q.   When did you stop trusting Google with  10:51:15

 6   your personal information?                       10:51:17

 7        A.   When I realized the button didn't work. 10:51:19

 8        Q.   When did you realize the button didn't  10:51:22

 9   work?                                            10:51:24

10        A.   After I had discussions with my attorneys. 10:51:25

11             MR. LEE:  And I don't want you to get into  10:51:27

12   those discussions.  But that's fair.  Just don't -- 10:51:30

13   don't get into the substance of those conversations. 10:51:32

14   BY MR. MATEEN:                                   10:51:40

15        Q.   Before you had your conversations with  10:51:40

16   your attorneys, you did trust Google with your   10:51:42

17   personal information?                            10:51:44

18        A.   Well, I trusted that they weren't taking 10:51:45

19   it and using it and doing whatever they were doing 10:51:47

20   with it, yes, because I -- there was a button    10:51:52

21   offered to me that told me I could be in control. 10:51:55

22   And I wasn't in control.                         10:51:57

23        Q.   So the first time you understood -- you  10:52:02

24   understood that the button wasn't working was after 10:52:06

25   you first started talking to your lawyers?       10:52:08
```

Page 74

```
 1        A.    Yes, because I took it at face value that      10:52:11

 2   it did what it said it would do.                           10:52:14

 3        Q.    And to be clear, "the button" is the            10:52:17

 4   Web & App Activity button?                                 10:52:19

 5        A.    Yes, sir.                                        10:52:20

 6        Q.    Okay.  And which lawyers did you talk to        10:52:28

 7   first?                                                     10:52:29

 8        A.    My attorneys.  Boies Schiller Flexner at        10:52:30

 9   first.                                                     10:52:36

10        Q.    Did you talk to any attorneys before you       10:52:36

11   talked to Boies Schiller Flexner?                          10:52:39

12        A.    Not about this, no.                             10:52:43

13        Q.    Have you contacted any other attorneys          10:52:48

14   about Google before contacting Boies Schiller             10:52:50

15   Flexner?                                                   10:52:53

16        A.    Not about this subject, no.                     10:52:54

17        Q.    Have you contacted any attorneys about          10:52:56

18   Google regarding another subject?                          10:53:01

19        A.    Regarding the in-app purchases, yes.            10:53:03

20        Q.    Did you contact any attorneys other than       10:53:07

21   the attorneys that represented you in your 2015           10:53:10

22   lawsuit?                                                   10:53:14

23        A.    There were a few attorneys I contacted.        10:53:15

24        Q.    And did you contact them after your            10:53:19

25   lawsuit was dismissed?                                     10:53:23
```

Page 75

```
 1        A.   Yes, I did.                              10:53:25

 2        Q.   When did you contact them?               10:53:26

 3        A.   I cannot recall.                         10:53:27

 4        Q.   Did you contact them in 2015?            10:53:30

 5        A.   As I stated, I cannot recall exactly when 10:53:34

 6   I did.                                             10:53:37

 7        Q.   Do you have an idea about how long ago it 10:53:38

 8   would have been?                                   10:53:45

 9             MR. LEE:  Asked and answered three times. 10:53:47

10   BY MR. MATEEN:                                     10:53:47

11        Q.   You can answer.                          10:53:48

12        A.   I -- as I said, I cannot recall.         10:53:49

13        Q.   Why did you contact attorneys after your 10:54:15

14   lawsuit was dismissed?                             10:54:18

15        A.   Because I didn't understand the ruling.  10:54:20

16        Q.   And what was the purpose of going to those 10:54:26

17   attorneys?  Because you didn't understand the      10:54:32

18   ruling?                                            10:54:33

19        A.   Excuse me?  You sort of answered that:   10:54:35

20   Because I didn't understand the ruling.            10:54:40

21        Q.   How are you feeling about the fact that  10:54:45

22   your initial lawsuit was dismissed?                10:54:47

23        A.   Things happen.  There's rules that you   10:54:51

24   have to follow, and that's what the judge ordered. 10:54:52

25        Q.   Did you blame your attorneys at all for  10:55:03
```

Page 76

```
 1   that?                                        10:55:05

 2       A.   I felt like there could have been more   10:55:06

 3   done.  But that's, I'm pretty sure, privileged    10:55:08

 4   information.                                  10:55:11

 5       Q.   Did you consider suing your attorneys?   10:55:13

 6       A.   As I stated, I feel like any information  10:55:17

 7   through the attorneys are privileged.  But I wasn't  10:55:21

 8   happy with the way it went, no.               10:55:24

 9       Q.   So the -- the content of any conversations  10:55:28

10   you've had with attorneys would likely be     10:55:32

11   privileged.  But your feelings about whether or not  10:55:37

12   to sue the attorneys would not be privileged?   10:55:39

13       A.   I didn't know what would be -- what --   10:55:42

14   what the issue was.  So if I talked to somebody, I   10:55:45

15   told them what happened.                      10:55:53

16           MR. LEE:  Let me just draw a line in the   10:55:55

17   sand.                                         10:55:56

18           Any discussions you had with your lawyers   10:55:59

19   or consultations you had with potential lawyers   10:56:02

20   about this matter are all privileged.         10:56:06

21           THE WITNESS:  Okay.                   10:56:08

22           MR. LEE:  That's where the line is.   10:56:09

23           THE WITNESS:  Okay.                   10:56:10

24           MR. LEE:  So even if they didn't retain   10:56:11

25   you, if you were seeking legal advice and there was   10:56:12
```

Page 77

```
 1    a consultation and any discussions there were.        10:56:16

 2              THE WITNESS:  Okay.                          10:56:19

 3              MR. MATEEN:  Thank you.                      10:56:20

 4              MR. LEE:  You're welcome.                    10:56:22

 5    BY MR. MATEEN:                                         10:56:24

 6        Q.   How many lawyers did you reach out to         10:56:24

 7    after your case was dismissed?                         10:56:35

 8        A.   I do not recall.                              10:56:38

 9        Q.   Was it more than 10 lawyers?                  10:56:39

10        A.   I do not recall.                              10:56:40

11        Q.   Was it more than one lawyer?                  10:56:45

12        A.   I'm sure it was.  But, like I stated, I do    10:56:46

13    not recall how many it was.                            10:56:49

14        Q.   Do you recall if it was more than two         10:57:02

15    lawyers?                                               10:57:03

16        A.   I do not recall.                              10:57:03

17              MR. LEE:  Asked and answered.  C'mon, man.   10:57:04

18    BY MR. MATEEN:                                         10:57:07

19        Q.   Ms. Harvey, you don't have any general        10:57:13

20    idea about how many attorneys you --                   10:57:14

21        A.   I stated I don't recall.                      10:57:17

22              MR. LEE:  Wait -- wait for Mr. --            10:57:18

23              THE WITNESS:  To finish.                     10:57:19

24              MR. LEE:  Wait for Mr. Marteen to finish.    10:57:20

25              THE WITNESS:  Sorry.                         10:57:22
```

Page 78

```
 1              MR. LEE:  I know that you know what he's       10:57:22

 2    asking.                                                  10:57:24

 3              THE WITNESS:  Yeah.  Sorry.  I apologize.      10:57:24

 4              MR. LEE:  And then give it a pause and         10:57:26

 5    then you can answer.  Okay?                              10:57:27

 6              THE WITNESS:  Go ahead.                        10:57:27

 7              MR. LEE:  Slow down.                           10:57:28

 8    BY MR. MATEEN:                                           10:57:29

 9       Q.  No worries.  I also am a quick talker and         10:57:30

10    jump in.  So I know it's -- I'm just as guilty of        10:57:33

11    the same thing.                                          10:57:37

12              So I think we resolved that issue.  You        10:57:42

13    don't know how many attorneys you consulted with.        10:57:46

14              Have you had any consultations with any        10:57:50

15    lawyers about Google for any issues other than the       10:57:52

16    unauthorized transactions and other than your            10:57:56

17    consultations with Boies Schiller?                       10:57:58

18       A.  No, not that I recall.  I would have --           10:58:00

19    no.                                                      10:58:07

20       Q.  Have you ever considered suing Google for         10:58:21

21    any other reason besides the two reasons that you        10:58:24

22    sued Google for?                                         10:58:28

23       A.  No, not that I can recall.  There wouldn't        10:58:29

24    be another reason.                                       10:58:32

25       Q.  So can you tell me in your own words why          10:58:37
```

Page 79

```
 1    you're suing Google in this lawsuit?              10:58:39

 2         A.   Yes.  Because they offered me an option to  10:58:41

 3    not collect my data or to be in control of my data,  10:58:45

 4    and they didn't honor that.                       10:58:47

 5         Q.   What should Google have done instead?    10:59:20

 6         A.   In regards to?                           10:59:23

 7         Q.   I just asked why you're suing Google.  You  10:59:28

 8    said that Google did not honor the option that you  10:59:30

 9    selected.                                          10:59:38

10         A.   Yes.                                     10:59:40

11         Q.   What would you have preferred Google have  10:59:41

12    done?                                              10:59:43

13         A.   To not actually take, use, and -- take,  10:59:44

14    use, and save my information.  It said that I was in  10:59:48

15    control.  That doesn't put me in control.          10:59:53

16         Q.   So can you tell me in your own words what  10:59:55

17    you mean when you say that Google took, used, and  10:59:58

18    saved your information?                            11:00:01

19         A.   In my own words?  Well, I -- I just go by  11:00:04

20    what Google told me, which is that if you have     11:00:08

21    Web & App Activity on, that they can -- Google apps,  11:00:13

22    that it collects the information for Google apps,  11:00:18

23    sites, devices, from the search in YouTube and    11:00:20

24    Google home from platforms like Google browser and  11:00:24

25    Android operating system, products that integrate  11:00:27
```

Page 80

| | | |
|---|---|---|
| 1 | into third-party apps and sites like ads and beta | 11:00:31 |
| 2 | Google Maps. | 11:00:38 |
| 3 |     Q.   So, Ms. Harvey, just to be clear -- | 11:00:39 |
| 4 |        MR. LEE:  Excuse me.  I don't think she | 11:00:40 |
| 5 | was done.  She's -- I think she was still continuing | 11:00:41 |
| 6 | on with her answer, Mr. Mateen. | 11:00:44 |
| 7 |        MR. MATEEN:  Okay. | 11:00:47 |
| 8 |        THE WITNESS:  Across your services, you | 11:00:47 |
| 9 | can adjust your privacy settings to control what we | 11:00:48 |
| 10 | collect and how we -- your information is used. | 11:00:52 |
| 11 |        MR. LEE:  For the record, she's reading | 11:00:56 |
| 12 | from the privacy policy. | 11:00:57 |
| 13 | BY MR. MATEEN: | 11:00:59 |
| 14 |     Q.   Okay.  That's what I was asking. | 11:01:00 |
| 15 |        So that's what Google told you and what | 11:01:09 |
| 16 | you believed was happening originally before you | 11:01:15 |
| 17 | found out about -- strike that, actually. | 11:01:18 |
| 18 |        You allege that Google is not abiding by | 11:01:28 |
| 19 | this privacy policy, right? | 11:01:40 |
| 20 |     A.   Yes, I do. | 11:01:42 |
| 21 |     Q.   How? | 11:01:44 |
| 22 |     A.   Excuse me? | 11:01:48 |
| 23 |     Q.   How is it not abiding by this privacy | 11:01:49 |
| 24 | policy? | 11:01:51 |
| 25 |     A.   It is not doing what it says it's supposed | 11:01:52 |

Page 81

| | | |
|---|---|---|
| 1 | to do.  The button doesn't work.  The information is | 11:01:54 |
| 2 | still collected. | 11:01:56 |
| 3 | Q.   How is it collected? | 11:01:59 |
| 4 | A.   I don't know how that's done.  That's not | 11:02:02 |
| 5 | for me to decide.  I just know it's not supposed to | 11:02:04 |
| 6 | happen. | 11:02:07 |
| 7 | Q.   And what information is collected? | 11:02:10 |
| 8 | A.   Everything:  Your device IDs, your geo | 11:02:13 |
| 9 | location, your location, IP addresses, anything that | 11:02:17 |
| 10 | you're doing on sites, apps, whatever.  It's all | 11:02:21 |
| 11 | being collected.  And the way I read it, I was in | 11:02:24 |
| 12 | control.  I am not in control. | 11:02:27 |
| 13 | Q.   Just to clarify your answer, I am asking | 11:02:30 |
| 14 | whether Google collects -- strike that. | 11:02:41 |
| 15 | To clarify your answer, I am asking what | 11:02:44 |
| 16 | information Google is collecting when you believe | 11:02:50 |
| 17 | that Google is not collecting that information. | 11:02:55 |
| 18 | Does that make sense? | 11:02:59 |
| 19 | A.   Everything. | 11:03:01 |
| 20 | MR. LEE:  When you mean WAA is off? | 11:03:01 |
| 21 | MR. MATEEN:  Yes. | 11:03:04 |
| 22 | THE WITNESS:  Off?  Yes.  Because as I | 11:03:04 |
| 23 | read the way this sits, it says that -- | 11:03:06 |
| 24 | MR. LEE:  For the record, she's reading | 11:03:09 |
| 25 | from the WAA disclosure. | 11:03:10 |

Page 82

| | | |
|---|---|---|
| 1 | THE WITNESS:  I -- I go to privacy | 11:03:12 |
| 2 | control, take activity controls.  I look at the | 11:03:14 |
| 3 | activity controls, and it says your searches. | 11:03:16 |
| 4 | MR. LEE:  Nice and slow for the court | 11:03:18 |
| 5 | reporter. | 11:03:19 |
| 6 | THE WITNESS:  Okay.  When | 11:03:20 |
| 7 | Web & App Activity is on, Google saves information | 11:03:22 |
| 8 | like searches and other things you do across Google | 11:03:24 |
| 9 | products and services.  Like Maps and Play, your | 11:03:27 |
| 10 | location language, IP addresses, refers, and whether | 11:03:31 |
| 11 | you use browser or an app, ads you click on, things | 11:03:34 |
| 12 | you buy or other advertisements and sites. | 11:03:38 |
| 13 | Information on your devices like recent apps or | 11:03:41 |
| 14 | contact names you search for. | 11:03:47 |
| 15 | When Web & App Activity is on, you can | 11:03:50 |
| 16 | include additional activity, sites, and apps that | 11:03:53 |
| 17 | partner with Google to show Web ads, sites and apps | 11:03:56 |
| 18 | that use Google services, including free services, | 11:04:00 |
| 19 | including data that app share with Google, your | 11:04:15 |
| 20 | Chrome browsing history.  And to let Google save | 11:04:19 |
| 21 | that information, I'm supposed to have turned it on. | 11:04:23 |
| 22 | And I turned it off so that couldn't be done. | 11:04:26 |
| 23 | BY MR. MATEEN: | 11:04:31 |
| 24 | Q.   And did Google save that information after | 11:04:37 |
| 25 | you turned it off? | 11:04:40 |

Page 83

```
 1          A.   I turned it off years ago.  Yes.          11:04:42

 2          Q.   And what did Google do with that          11:04:48

 3     information?                                         11:04:50

 4          A.   They used it for their own benefit.        11:04:51

 5          Q.   How did they use it for their own benefit? 11:04:54

 6          A.   I can't speculate what was it actually     11:04:57

 7     used for.  That's not for me to decide.              11:04:59

 8          Q.   How do you know it was used at all?         11:05:19

 9          A.   After speaking with my attorney.            11:05:21

10          MR. LEE:  Okay.  So that's good.  You can        11:05:23

11     say that, but I don't want you to get into the        11:05:25

12     substance of any discussions you've had with your     11:05:27

13     attorney.                                             11:05:28

14          THE WITNESS:  Yeah, after speaking with my       11:05:30

15     attorney.                                             11:05:31

16     BY MR. MATEEN:                                        11:05:33

17          Q.   Outside of any discussion you've had with   11:05:43

18     your attorneys, do you have any reason to believe     11:05:44

19     that Google has used your information collected when  11:05:46

20     the Web & App Activity toggle was off?                11:05:52

21          A.   I think that would be a question for        11:05:55

22     Google, wouldn't it?                                  11:05:57

23          MR. MATEEN:  I just want to be clear.  Are       11:06:26

24     you not going to permit her to testify as to the      11:06:28

25     basis of her knowledge of what Google did in this     11:06:31
```

Page 84

```
 1    action because it's privileged?                    11:06:37

 2            MR. LEE:  No idea what you're saying.        11:06:42

 3            MR. MATEEN:  I guess as far as the basis     11:06:44

 4    of her knowledge that underlies this lawsuit is     11:06:46

 5    privileged, the facts that led up to this lawsuit.  11:06:51

 6    The basis of her knowledge, are you saying that's   11:06:54

 7    privileged?                                         11:07:00

 8            MR. LEE:  Well, she testified that the way   11:07:01

 9    she knows that Google is saving and using data      11:07:04

10    collected when WAA is off, she learned from         11:07:12

11    discussions with her lawyers.  So she told you that 11:07:15

12    already.  And I told her that's fine, "But do not   11:07:19

13    discuss the substance of any discussions you've had 11:07:23

14    with your attorneys."                               11:07:27

15            MR. MATEEN:  Okay.  That's fair enough.      11:07:28

16            MR. LEE:  So that's, I think, where --       11:07:30

17    where we left it.                                   11:07:32

18            MR. MATEEN:  Yeah, that's fine.  Just        11:07:34

19    wanted to be clear.                                 11:07:35

20            MR. LEE:  Okay.                              11:07:38

21            MR. MATEEN:  We've been going on for         11:08:11

22    nearly an hour.  Would this be a good time for a    11:08:14

23    break?                                              11:08:20

24            MR. LEE:  Sure.                             11:08:20

25            THE VIDEO OPERATOR:  Going off the record.  11:08:21
```

                                                    Page 85

| 1 | The time is 11:08 a.m. | 11:08:22 |
| 2 | (Off the record at 11:08 a.m. and back | 11:08:24 |
| 3 | on the record at 11:22 a.m.) | 11:22:28 |
| 4 | THE VIDEO OPERATOR:  Back on the record. | 11:22:29 |
| 5 | The time is 11:22 a.m. | 11:22:30 |
| 6 | MR. MATEEN:  Thank you. | 11:22:34 |
| 7 | BY MR. MATEEN: | 11:22:39 |
| 8 | Q.   Ms. Harvey, I'm going to introduce a new | 11:22:39 |
| 9 | exhibit here. | 11:22:41 |
| 10 | (Whereupon Exhibit 6 was marked for | 11:22:47 |
| 11 | identification.) | 11:22:47 |
| 12 | BY MR. MATEEN: | 11:22:48 |
| 13 | Q.   I've just introduced Exhibit 6.  These are | 11:23:18 |
| 14 | your objections and responses to interrogatories | 11:23:21 |
| 15 | that Google sent you. | 11:23:25 |
| 16 | Have you seen this document before? | 11:23:28 |
| 17 | MR. LEE:  Give her a chance to look at it | 11:23:34 |
| 18 | first. | 11:23:35 |
| 19 | MR. MATEEN:  Absolutely. | 11:23:35 |
| 20 | (Witness reviewing document.) | 11:23:36 |
| 21 | THE WITNESS:  These are -- | 11:23:56 |
| 22 | MR. LEE:  I can't answer questions. | 11:23:56 |
| 23 | THE WITNESS:  Okay. | 11:23:58 |
| 24 | MR. LEE:  So when I ignore you -- | 11:23:58 |
| 25 | THE WITNESS:  Yes. | 11:23:59 |

Page 86

```
1              MR. LEE:  -- it's not because I'm being      11:23:59

2    rude.                                                  11:24:01

3              THE WITNESS:  Got it.                        11:24:02

4              MR. LEE:  Review the record and try to       11:24:02

5    answer his question.                                   11:24:04

6              MR. SANTACANA:  Exhibit 6, Harris?           11:24:34

7              MR. MATEEN:  Exhibit 6.                      11:24:36

8              MR. LEE:  Do you need to zoom it?            11:25:03

9              THE WITNESS:  Well, I'm confused.  This is   11:25:05

10   the one from '15, correct?                             11:25:06

11             MR. LEE:  No.  There's a date at the         11:25:09

12   bottom of the last page.                               11:25:10

13             THE WITNESS:  Let me see.  Because it        11:25:12

14   talks about debit card.                                11:25:15

15             Yeah, '15.  This is from the original        11:25:25

16   thing that --                                          11:25:28

17             MR. LEE:  Are we looking at different        11:25:29

18   exhibits?                                              11:25:31

19             THE WITNESS:  Yeah.                          11:25:32

20             MR. LEE:  Which one are you looking at?      11:25:32

21             THE WITNESS:  The one he sent me.            11:25:35

22             MR. LEE:  Oh, no.  That's not the right      11:25:36

23   one.                                                   11:25:38

24             THE WITNESS:  The very first --              11:25:38

25             MR. LEE:  No, no, no, no.  Yeah, I know,     11:25:39
```

Page 87

| | | |
|---|---|---|
| 1 | but that's not what he's referring to. | 11:25:39 |
| 2 | Sorry, guys.  She was just looking at the | 11:25:43 |
| 3 | wrong. | 11:25:45 |
| 4 | THE WITNESS:  On the bottom? | 11:25:45 |
| 5 | MR. LEE:  Yeah, that one. | 11:25:48 |
| 6 | MR. MATEEN:  James, does Ms. Harvey have | 11:25:49 |
| 7 | any windows open other than Exhibit Share in Zoom? | 11:25:53 |
| 8 | MR. LEE:  No.  It's just that this | 11:25:58 |
| 9 | mouse -- this is a court reporter's laptop, and the | 11:25:58 |
| 10 | mouse is a little finicky. | 11:26:02 |
| 11 | MR. MATEEN:  Uh-huh. | 11:26:04 |
| 12 | MR. LEE:  And Ms. Harvey has never used | 11:26:06 |
| 13 | Exhibit Share, so she just opened the wrong exhibit. | 11:26:09 |
| 14 | MR. MATEEN:  Sure. | 11:26:12 |
| 15 | THE WITNESS:  Okay.  Let me see. | 11:26:13 |
| 16 | MR. LEE:  Take a look at that. | 11:26:15 |
| 17 | She now has Exhibit 6 up. | 11:26:15 |
| 18 | THE WITNESS:  Okay. | 11:26:45 |
| 19 | BY MR. MATEEN: | 11:26:46 |
| 20 | Q.  Do you recognize this document? | 11:26:49 |
| 21 | A.  Yes. | 11:26:51 |
| 22 | Q.  So if you look at the response to | 11:26:57 |
| 23 | Interrogatory 6, it says that you responded that you | 11:26:59 |
| 24 | recall reading news articles about this lawsuit and | 11:27:09 |
| 25 | Google's unlawful conduct described in the complaint | 11:27:13 |

```
 1    first filed on July 14, 2020.                    11:27:16

 2          I just want to get whatever information    11:27:19

 3    you might have about when you might have found out 11:27:21

 4    about this lawsuit after it was filed and where you 11:27:27

 5    might have found out about it beyond what's written 11:27:33

 6    here.                                            11:27:36

 7          And so I'll ask my question, first one     11:27:36

 8    being:  Do you remember when you first learned about 11:27:39

 9    this lawsuit after it was filed?                 11:27:43

10       A.   I cannot give you an exact date.         11:27:45

11       Q.   Was it in the summer of 2020?            11:27:50

12       A.   It was prior to me contacting the        11:27:54

13    attorneys.                                       11:27:56

14       Q.   When did you contact the attorneys?      11:27:57

15       A.   Before the amended complaint was filed.  I 11:28:01

16    had never seen the complaint until after I saw the 11:28:05

17    amended one.                                     11:28:08

18       Q.   The amended complaint was filed, if I    11:28:11

19    recall correctly, in December 2020.              11:28:13

20          So about how long before that did you      11:28:15

21    contact your attorneys?                          11:28:20

22       A.   I can't give you an exact date.  I don't 11:28:21

23    recall.  It was prior to that.                   11:28:23

24          MR. LEE:  Just for the record, Mr. Mateen, 11:28:26

25    I don't -- I don't think you're wrong on the date; I 11:28:28
```

Page 89

```
 1    just don't know if that's the date.  So if you're        11:28:32

 2    making that representation, I'll accept it.               11:28:34

 3            MR. MATEEN:  It's December 2020.  And then        11:28:36

 4    I can follow up afterwards if it's wrong, but --          11:28:37

 5            MR. LEE:  Okay.                                   11:28:40

 6            MR. MATEEN:  -- it's -- I'm near positive         11:28:40

 7    it's December 2020.                                       11:28:44

 8    BY MR. MATEEN:                                            11:28:46

 9        Q.   Ms. Harvey, do you have any idea?  Was it        11:28:50

10    a month before December 2020?                            11:28:52

11        A.   I can't really recall, but I know it was        11:28:55

12    after the -- the complaint was filed because there's     11:28:57

13    a news article on it, and that's what made me            11:28:59

14    contact them.  I wanted more information.                11:29:02

15        Q.   Where do you typically get your news?           11:29:28

16        A.   Off my Android device.                          11:29:30

17        Q.   Are there certain news sources that you         11:29:33

18    frequent?                                                11:29:36

19        A.   No.  I search for information.  What I had      11:29:36

20    searched for was information regarding a Google          11:29:39

21    lawsuit because I heard there was a new one that was     11:29:42

22    filed.                                                   11:29:44

23        Q.   Is there any news source that you read          11:30:00

24    that's specific to legal news?                           11:30:01

25        A.   No.                                             11:30:03
```

Page 90

| | | |
|---|---|---|
| 1 | Q.   Is there any news source that you read | 11:30:05 |
| 2 | that's specific to tech news? | 11:30:08 |
| 3 | A.   No.   Whatever Google sends me. | 11:30:12 |
| 4 | Q.   So in your response to Interrogatory | 11:30:15 |
| 5 | Number 6, you said that you had prior problems with | 11:30:25 |
| 6 | your Google settings, "including when Google | 11:30:28 |
| 7 | permitted unauthorized actors to gain access to and | 11:30:34 |
| 8 | deplete her financial accounts." | 11:30:37 |
| 9 | MR. LEE:   Is that your question? | 11:30:51 |
| 10 | MR. MATEEN:   My question's coming. | 11:30:52 |
| 11 | BY MR. MATEEN: | 11:30:54 |
| 12 | Q.   So I'm focusing on the word "including" | 11:30:56 |
| 13 | here. And I'm sorry if this is a finicky question, | 11:30:58 |
| 14 | but I read "including" to mean that there are more | 11:31:01 |
| 15 | problems that you've had with your Google settings | 11:31:05 |
| 16 | besides permitting unauthorized actors to gain | 11:31:08 |
| 17 | access to you and deplete your financial accounts; | 11:31:12 |
| 18 | is that correct? | 11:31:17 |
| 19 | A.   I had a lot of issues with my Google | 11:31:19 |
| 20 | account. | 11:31:22 |
| 21 | Q.   And can you tell me what those issues | 11:31:23 |
| 22 | were? | 11:31:24 |
| 23 | A.   It involved every product that you had. | 11:31:26 |
| 24 | That's all I can say. | 11:31:28 |
| 25 | Q.   I'm sorry.  Can you repeat that?  I did | 11:31:30 |

Page 91

| | | |
|---|---|---|
| 1 | not -- | 11:31:31 |
| 2 | A.   It involved the whole Google account.  Any | 11:31:32 |
| 3 | product that I was linked to, I would have problems | 11:31:35 |
| 4 | with. | 11:31:37 |
| 5 | Q.   And what were some of those problems? | 11:31:38 |
| 6 | A.   I can't recall every single one, but I -- | 11:31:41 |
| 7 | I know there were issues with YouTube, issues with | 11:31:46 |
| 8 | location.  There was issues with a lot of different | 11:31:49 |
| 9 | ones.  With the Google Wallet, Google Play Store. | 11:31:52 |
| 10 | I -- they were -- they were extensive. | 11:31:54 |
| 11 | Q.   What issues did you have with YouTube? | 11:32:01 |
| 12 | A.   The first video that was downloaded was | 11:32:04 |
| 13 | dated 12/31/69. | 11:32:06 |
| 14 | Q.   I'm sorry.  I did not pick up on that. | 11:32:12 |
| 15 | Could you repeat your answer, please? | 11:32:14 |
| 16 | A.   The first video that's downloaded on that | 11:32:16 |
| 17 | account is 12 -- the date of it is 12/31/69.  I was | 11:32:19 |
| 18 | about a year -- a year and five months old.  I don't | 11:32:24 |
| 19 | think I could have done it.  Android wasn't | 11:32:26 |
| 20 | account -- or developed yet.  That was one of the | 11:32:27 |
| 21 | issues. | 11:32:31 |
| 22 | Q.   Were there any other issues that you had | 11:32:33 |
| 23 | with YouTube? | 11:32:35 |
| 24 | A.   I tried to stay away from it. | 11:32:36 |
| 25 | Q.   Then you said that there's issues with | 11:32:40 |

Page 92

| | | |
|---|---|---|
| 1 | location that you had? | 11:32:41 |
| 2 | A.   Yes. | 11:32:43 |
| 3 | Q.   What were those issues? | 11:32:45 |
| 4 | A.   My maps were constantly bouncing me | 11:32:47 |
| 5 | everywhere that I wasn't going, saying I was on | 11:32:50 |
| 6 | bicycles when I didn't ride a bike. | 11:32:54 |
| 7 | Q.   Then you mentioned Google Wallet. | 11:33:06 |
| 8 | What were the issues that you had at | 11:33:09 |
| 9 | Google Wallet? | 11:33:12 |
| 10 | A.   Well, apparently the transactions, because | 11:33:13 |
| 11 | that's what made them.  And I didn't have a | 11:33:15 |
| 12 | Google Wallet. | 11:33:18 |
| 13 | Q.   Did you have any issues with Google Wallet | 11:33:25 |
| 14 | besides those transactions? | 11:33:27 |
| 15 | A.   Excuse me?  I never used Google Wallet.  I | 11:33:30 |
| 16 | didn't make it, I didn't use it, and I never had | 11:33:33 |
| 17 | possession of it. | 11:33:36 |
| 18 | Q.   And then with Play Store, besides the | 11:33:56 |
| 19 | unauthorized transactions from 2013, have you had | 11:33:59 |
| 20 | any other issues? | 11:34:01 |
| 21 | A.   Regarding -- besides what happened prior? | 11:34:04 |
| 22 | Q.   Yes. | 11:34:06 |
| 23 | A.   Just things on my device changing when I | 11:34:07 |
| 24 | didn't understand how they were changing. | 11:34:10 |
| 25 | Q.   What were the things on your device that | 11:34:13 |

Page 93

| | | |
|---|---|---|
| 1 | were changing? | 11:34:16 |
| 2 | A.   Icons, things like that. | 11:34:17 |
| 3 | Q.   What do you mean that the icons were | 11:34:19 |
| 4 | changing? | 11:34:21 |
| 5 | A.   They would move all over the place, or | 11:34:22 |
| 6 | they wouldn't be there and I'd have to redownload an | 11:34:23 |
| 7 | app. | 11:34:28 |
| 8 | Q.   So, in this case, can you tell me what the | 11:34:46 |
| 9 | problem that you're having with your Google settings | 11:34:48 |
| 10 | are? | 11:34:50 |
| 11 | A.   Excuse me? | 11:34:51 |
| 12 | MR. LEE:  He means in this -- | 11:34:52 |
| 13 | THE WITNESS:  In this case? | 11:34:53 |
| 14 | BY MR. MATEEN: | 11:34:54 |
| 15 | Q.   In this lawsuit, yes. | 11:34:54 |
| 16 | A.   I was offered an option to be able to turn | 11:34:55 |
| 17 | off data collection to where it wouldn't be saved or | 11:34:59 |
| 18 | used or stored or anything, and that wasn't done. | 11:35:03 |
| 19 | Q.   Did you ever notice anything off about | 11:35:10 |
| 20 | your Google settings? | 11:35:13 |
| 21 | MR. LEE:  Objection.  Vague. | 11:35:14 |
| 22 | BY MR. MATEEN: | 11:35:15 |
| 23 | Q.   Did you ever notice anything off about | 11:35:15 |
| 24 | your Web & App Activity settings? | 11:35:20 |
| 25 | MR. LEE:  Objection.  Vague. | 11:35:21 |

Page 94

```
 1              I think the word "off" is what's        11:35:22

 2    confusing.                                        11:35:24

 3    BY MR. MATEEN:                                    11:35:30

 4        Q.   Prior to filing this lawsuit, have you   11:35:30

 5    ever had any issues with your Web & App --        11:35:32

 6    Web & App Activity settings?                      11:35:33

 7        A.   It shows it's recorded.  But, other than 11:35:38

 8    that, I can't -- I don't under- -- I don't know why 11:35:39

 9    it's recorded because it's not supposed to be.    11:35:41

10        Q.   So in your response to the Interrogatory 11:35:48

11    Number 6, you said that you had a prior problem   11:35:50

12    where Google permitted unauthorized actors to gain 11:35:56

13    access to your financial accounts.                11:36:00

14              Do you believe in this lawsuit that we're 11:36:04

15    here for right now Google has permitted unauthorized 11:36:08

16    actors to gain access to your personal information? 11:36:12

17              MR. LEE:  Objection.  Mischaracterizes her 11:36:16

18    testimony.                                        11:36:18

19              Go ahead.                               11:36:19

20              THE WITNESS:  No, that was resolved.  It's 11:36:19

21    two totally separate things.  I don't understand. 11:36:21

22    BY MR. MATEEN:                                    11:36:29

23        Q.   Did you take any steps to try to resolve 11:36:33

24    the problems you're having with your YouTube      11:36:35

25    settings?                                         11:36:38
```

Page 95

| | | |
|---|---|---|
| 1 | A.   Yes, I did. | 11:36:38 |
| 2 | Q.   What did you do? | 11:36:40 |
| 3 | A.   I told Google and asked them how to fix | 11:36:41 |
| 4 | it. | 11:36:44 |
| 5 | Q.   Did you get a response from Google? | 11:36:45 |
| 6 | A.   They basically referred me to the terms | 11:36:48 |
| 7 | and conditions and the privacy policy. | 11:36:51 |
| 8 | Q.   Ms. Harvey, I'm sorry.  I'm asking | 11:36:57 |
| 9 | specifically about your YouTube settings when you | 11:36:59 |
| 10 | mentioned that the first video that appeared was | 11:37:02 |
| 11 | from 1969. | 11:37:05 |
| 12 | A.   I got no answer. | 11:37:07 |
| 13 | Q.   You got no answer. | 11:37:09 |
| 14 | Then you mentioned you had issues with | 11:37:13 |
| 15 | location in which it was saying that you were on a | 11:37:15 |
| 16 | bicycle when you weren't on a bicycle or that your | 11:37:21 |
| 17 | location was bouncing around everywhere. | 11:37:26 |
| 18 | Did you contact Google about that? | 11:37:29 |
| 19 | A.   Yes, I did. | 11:37:31 |
| 20 | Q.   Did you get a response from Google? | 11:37:33 |
| 21 | A.   They referred me to Google Maps that you | 11:37:35 |
| 22 | have to pay for, and they wouldn't help me.  Like | 11:37:37 |
| 23 | professional-something.  They wouldn't help me. | 11:37:41 |
| 24 | Q.   Do you know what the Google Maps that you | 11:37:49 |
| 25 | have to pay for is? | 11:37:51 |

Page 96

```
 1        A.   I have no idea.  I just -- I had          11:37:52

 2   Google Maps on my -- on my device, and I figured    11:37:54

 3   Google Maps was Google Maps.  Why would they refer  11:37:58

 4   me there if it was a pay app and they knew I didn't  11:38:02

 5   pay.                                                 11:38:07

 6        Q.   I'm going to introduce a new exhibit.     11:38:08

 7             (Whereupon Exhibit 7 was marked for       11:38:11

 8              identification.)                          11:38:11

 9   BY MR. MATEEN:                                       11:38:58

10        Q.   I've just introduced an exhibit.  It's    11:38:58

11   marked as Exhibit Number 7.  For the record, this is 11:39:00

12   from plaintiffs' production Bates Number 001388 --   11:39:10

13   0001388.                                             11:39:14

14             Ms. Harvey, let me know when you've        11:39:31

15   reviewed it.                                         11:39:33

16             (Witness reviewing document.)              11:39:34

17             THE WITNESS:  Okay.                        11:40:57

18   BY MR. MATEEN:                                       11:40:57

19        Q.   This is an e-mail that you received that   11:41:03

20   your attorneys produced to us in response to a       11:41:05

21   document request.                                    11:41:07

22             This was sent to the e-mail address        11:41:08

23   ██████████@gmail.com.  And it's a Google alert for   11:41:12

24   the word "Google."                                   11:41:22

25             Why did you have a Google alert for the    11:41:23
```

Page 97

| | | |
|---|---|---|
| 1 | word "Google" set up? | 11:41:25 |
| 2 | A.   If anything came up in the news regarding | 11:41:27 |
| 3 | Google. | 11:41:30 |
| 4 | Q.   Did you have Google alerts set up for the | 11:41:34 |
| 5 | names of any other companies? | 11:41:36 |
| 6 | A.   Yes.  I had it set up for Facebook, ▇▇▇    ▇▇▇▇▇ | 11:41:42 |
| ▇ | ▇▇▇▇▇, all of them.  And that those were set up | 11:41:42 |
| 8 | quite a while ago. | 11:41:46 |
| 9 | Q.   Well, there's Facebook, there's Google, | 11:41:51 |
| 10 | there's ▇▇▇▇▇▇. | 11:41:54 |
| 11 | What other companies? | 11:41:56 |
| 12 | A.   Probably Phantom EFX.  I don't recall all | 11:41:58 |
| 13 | of them.  There might not be any more. | 11:42:09 |
| 14 | (Reporter request for clarification.) | 11:42:14 |
| 15 | BY MR. MATEEN: | 11:42:18 |
| 16 | Q.   What news regarding Google were you | 11:42:23 |
| 17 | looking for with these Google alerts? | 11:42:24 |
| 18 | A.   Any. | 11:42:27 |
| 19 | Q.   Can you give a few examples of any? | 11:42:29 |
| 20 | A.   I think that's sort of self-explanatory. | 11:42:32 |
| 21 | Any news regarding Google, good or bad. | 11:42:34 |
| 22 | Q.   In 2021, did you have an interest in | 11:42:46 |
| 23 | learning any news about Google, good or bad? | 11:42:48 |
| 24 | A.   That's not when this was set up. | 11:42:52 |
| 25 | Q.   When did you set this up? | 11:42:54 |

Page 98

| | | |
|---|---|---|
| 1 | A.   Years ago. | 11:42:56 |
| 2 | Q.   About how many years ago? | 11:43:00 |
| 3 | A.   Between -- I can't recall exactly.  But it | 11:43:03 |
| 4 | was probably within the last 10 years.  I can't tell | 11:43:09 |
| 5 | you exactly when. | 11:43:12 |
| 6 | Q.   And do you check these Google alerts for | 11:43:16 |
| 7 | the word "Google" frequently? | 11:43:19 |
| 8 | A.   They came to my e-mail. | 11:43:22 |
| 9 | Q.   And so did you read them when they came? | 11:43:25 |
| 10 | A.   No.  Occasionally I did.  Occasionally I | 11:43:28 |
| 11 | didn't.  It just depended. | 11:43:30 |
| 12 | Q.   So if you look at the first page, there's | 11:43:34 |
| 13 | an entry at the bottom that says:  "Google faces new | 11:43:36 |
| 14 | class actions lawsuit for privacy violations." | 11:43:40 |
| 15 | A.   I see that. | 11:43:45 |
| 16 | Q.   Could you have read this e-mail and | 11:43:53 |
| 17 | clicked on this link? | 11:43:55 |
| 18 | A.   I believe I searched on the Internet, but | 11:43:56 |
| 19 | I can't say for sure. | 11:43:58 |
| 20 | Q.   I'm going to introduce a new exhibit. | 11:44:13 |
| 21 | (Whereupon Exhibit 8 was marked for | 11:44:15 |
| 22 | identification.) | 11:44:15 |
| 23 | BY MR. MATEEN: | 11:44:16 |
| 24 | Q.   So I've just introduced a new exhibit that | 11:45:11 |
| 25 | I've marked Exhibit 8.  For the record, this | 11:45:14 |

Page 99

| | | |
|---|---|---|
| 1 | document is from plaintiffs' production and | 11:45:16 |
| 2 | Bates-stamped 006 -- I'm sorry. Strike that. | 11:45:21 |
| 3 | 0006389. | 11:45:33 |
| 4 | Ms. Harvey, just let me know when you've | 11:45:41 |
| 5 | taken a look at this. | 11:45:42 |
| 6 | (Witness reviewing document.) | 11:45:49 |
| 7 | THE WITNESS: Okay. | 11:47:17 |
| 8 | BY MR. MATEEN: | 11:47:17 |
| 9 | Q. So this is an e-mail you received from | 11:47:19 |
| 10 | topclassactions.com. | 11:47:24 |
| 11 | What is topclassactions.com? | 11:47:26 |
| 12 | A. A notification service or something. | 11:47:30 |
| 13 | Q. And is this a notification service that | 11:47:39 |
| 14 | you've subscribed to? | 11:47:42 |
| 15 | A. I must have, because I get it in my | 11:47:44 |
| 16 | e-mail. | 11:47:46 |
| 17 | MR. LEE: I don't want you to guess. | 11:47:46 |
| 18 | THE WITNESS: Okay. | 11:47:48 |
| 19 | I'm not sure, but I know there's something | 11:47:48 |
| 20 | in my e-mail that says something about that. | 11:47:50 |
| 21 | BY MR. MATEEN: | 11:47:53 |
| 22 | Q. And what sort of notifications do you get | 11:47:54 |
| 23 | from topclassactions.com? | 11:48:00 |
| 24 | A. It's -- I -- I don't really understand. | 11:48:03 |
| 25 | It tells you right in it latest lawsuits and | 11:48:07 |

Page 100

```
 1    settlement news.                                11:48:19

 2        Q.   And why are you trying to find -- strike   11:48:20

 3    that.                                            11:48:22

 4             Why are you trying to find out the latest   11:48:23

 5    lawsuit and settlement news?                     11:48:27

 6             MR. LEE:  Objection.  Mischaracterizes her   11:48:28

 7    testimony.  Lack of foundation.                  11:48:30

 8    BY MR. MATEEN:                                   11:48:31

 9        Q.   You can answer.                          11:48:32

10             MR. LEE:  Answer again.                  11:48:37

11             THE WITNESS:  Well, basically, I've      11:48:38

12    already stated that the reason I found my attorneys   11:48:39

13    is because I looked online.  It wasn't to do with   11:48:41

14    this document.                                   11:48:44

15    BY MR. MATEEN:                                   11:48:57

16        Q.   Ms. Harvey, I'm not asking -- I'm not    11:48:58

17    asking about where you found your attorneys.     11:49:01

18             I'm asking specifically about this       11:49:03

19    document which is from a Web site called          11:49:06

20    topclassactions.com and sends e-mails and        11:49:10

21    notifications about the latest lawsuit and       11:49:15

22    settlement news.                                 11:49:17

23             Can you please go to the last page?      11:49:21

24        A.   Okay.                                    11:49:32

25        Q.   At the bottom, do you see that there's a   11:49:33
```

Page 101

```
 1   word that says "unsubscribe"?                    11:49:35

 2        A.   Wait a minute.  Let me go down further.  11:49:37

 3             Yes.                                    11:49:44

 4        Q.   Do you believe that implies that you    11:49:50

 5   subscribed?  Would you agree with that?          11:49:52

 6             MR. LEE:  Objection to form.  That      11:49:54

 7   mischaracterizes reality.                        11:49:55

 8   BY MR. MATEEN:                                    11:49:57

 9        Q.   You can answer.                         11:49:58

10        A.   I just stated I -- I get the e-mail.  I'm  11:49:59

11   thinking are my friends maybe forwarded it to me?  11:50:03

12   And maybe I did.  But I've never contacted anybody  11:50:07

13   regarding anything on it.  It's to stay up -- up on  11:50:10

14   the news.                                        11:50:16

15        Q.   Do you receive e-mails from any other   11:50:22

16   services --                                      11:50:23

17        A.   I might.  I can't recall.               11:50:25

18        Q.   Well, let me finish my question.        11:50:32

19             Do you receive any e-mails from any other  11:50:34

20   services about class action lawsuits?            11:50:37

21        A.   As I stated, I might.  I don't recall.  11:50:39

22        Q.   Do you remember receiving any e-mails   11:50:47

23   other than this one about class action lawsuits in  11:50:48

24   your in-box?                                     11:50:52

25        A.   This could be a completely 'nother one  11:50:53
```

Veritext Legal Solutions
866 299-5127

```
 1    that I'm not even thinking about.  I don't know.        11:50:56

 2    I -- those -- those accounts are spammed quite a        11:50:58

 3    bit.                                                    11:51:01

 4        Q.   Why do you think you might have received       11:51:02

 5    e-mails about class action lawsuits?                    11:51:07

 6             MR. LEE:  Objection.  Calls for                11:51:10

 7    speculation.                                            11:51:10

 8    BY MR. MATEEN:                                          11:51:17

 9        Q.   You can answer.                                11:51:17

10        A.   No clue.                                       11:51:21

11        Q.   Besides this present lawsuit, have you         11:51:44

12    ever reached out to any attorneys about a class         11:51:45

13    action lawsuit against any party?                       11:51:50

14             MR. LEE:  Asked and answered multiple          11:51:54

15    times.                                                  11:51:56

16    BY MR. MATEEN:                                          11:51:59

17        Q.   You can answer.                                11:52:00

18        A.   I don't recall.  I don't think so.             11:52:02

19        Q.   Just to clarify, is your answer to the         11:52:12

20    question you don't recall or no?                        11:52:14

21        A.   I don't recall.                                11:52:21

22        Q.   Do you know why you don't recall?              11:52:45

23        A.   Excuse me?                                     11:52:49

24        Q.   Do you know why you don't recall?              11:52:49

25        A.   No.                                            11:52:52
```

Page 103

```
 1        Q.   Ms. Harvey, I'm -- I'm just trying to        11:52:56

 2   figure out --                                          11:52:57

 3             MR. LEE:  Let him ask his next question.      11:53:08

 4             THE WITNESS:  Okay.                           11:53:11

 5   BY MR. MATEEN:                                          11:53:12

 6        Q.   Do you recall if you have had any contacts    11:53:35

 7   with attorneys other than your attorneys in this       11:53:41

 8   lawsuit and in your 2015 lawsuit against Google?       11:53:46

 9             MR. LEE:  Objection to form.  Asked and       11:53:51

10   answered several times.                                11:53:52

11   BY MR. MATEEN:                                          11:53:54

12        Q.   You can answer.                               11:53:55

13        A.   I -- I don't quite understand.  This is      11:53:56

14   the only time I contacted Boies Schiller.  I saw an    11:53:59

15   article that said that they had a case.  I looked up   11:54:04

16   their name, and I called them.                         11:54:07

17             I never knew the button didn't work up       11:54:14

18   until we started having discussion.                    11:54:18

19        Q.   Ms. Harvey, thank you.  I'm not asking       11:54:25

20   about your contacts with Boies Schiller.  I'm asking   11:54:26

21   if you've had contacts with any attorneys in          11:54:28

22   reference to any company other than this case here.    11:54:31

23             MR. LEE:  Mr. Mateen, I think the            11:54:46

24   confusion is we spent two hours talking about a       11:54:47

25   prior lawsuit.  I assume you're excluding that.        11:54:50
```

Page 104

```
 1              MR. MATEEN:  I'm excluding that, yeah.        11:54:55

 2    I'm excluding that --                                  11:54:56

 3              MR. LEE:  You didn't -- excuse me.  You       11:54:57

 4    didn't in your question.  So I think that's a little   11:54:57

 5    confusing.  I'm just trying to speed this along.       11:54:59

 6              But the other thing is you asked her this     11:55:02

 7    exact question three or four times already.  So I'm    11:55:05

 8    a little bit at a loss of what we're doing.  I think   11:55:08

 9    that's why the witness is confused.                    11:55:11

10              MR. MATEEN:  Okay.  Well, let me reask or     11:55:14

11    let me re- -- rephrase.                                11:55:15

12    BY MR. MATEEN:                                         11:55:17

13        Q.   Ms. Harvey, would it be memorable if you      11:55:18

14    were thinking about suing a company?                   11:55:21

15              MR. LEE:  Objection.  Vague.                 11:55:26

16    BY MR. MATEEN:                                         11:55:27

17        Q.   You can answer.                               11:55:28

18        A.   If I recalled it, it would be memorable.      11:55:33

19        Q.   Okay.  I think I just need -- I'm going to     11:55:51

20    introduce a new exhibit.                               11:55:52

21              MR. LEE:  He's going to introduce a new       11:56:02

22    exhibit now.                                           11:56:03

23              Just so you know, Mr. Mateen, it's a         11:56:05

24    little hard -- your audio is a little rough on our    11:56:07

25    side on the -- on the enunciation, I think.           11:56:10
```

                                                        Page 105

```
 1    Ms. Harvey is having a little bit of a hard time       11:56:13

 2    understanding some of your -- some of your comments.   11:56:17

 3           MR. MATEEN:  Thank you for letting me           11:56:19

 4    know.  I'm having a similar thing on your end.  I'll   11:56:19

 5    try to get some -- during lunch break, I'll try to    11:56:22

 6    get some type of --                                   11:56:24

 7           MR. LEE:  Okay.  And are you -- are you         11:56:25

 8    unable to hear me or Ms. Harvey or both?              11:56:25

 9           MR. MATEEN:  Both.  Now when you move           11:56:32

10    closer to the computer, that's --                     11:56:32

11           MR. LEE:  Okay.  You know what?  Let me         11:56:33

12    move the mic.  I think the mic is maybe too far       11:56:34

13    away.                                                 11:56:38

14           We've moved the mic closer.                    11:56:46

15           MR. MATEEN:  That's definitely a lot           11:56:49

16    better, at least on your end.                         11:56:50

17           MR. LEE:  Okay.  Good.                         11:56:51

18           And then -- and then on your side, just if     11:56:51

19    you could slow down.  Sometimes you trail off at the  11:56:52

20    end of questions, and it's, I think, hard for         11:56:56

21    Ms. Harvey to hear.  So I can hear them, so I'm       11:56:58

22    repeating what you're saying to her at certain        11:57:02

23    points.  But I think it's better for the record if I  11:57:04

24    just let you know that, and you -- you just maybe     11:57:06

25    slow down and speak up a little at the end.           11:57:09
```

Page 106

| | | |
|---|---|---|
| 1 | MR. MATEEN:  Absolutely. | 11:57:13 |
| 2 | BY MR. MATEEN: | 11:57:15 |
| 3 | Q.   So I have just -- or not I have not | 11:57:15 |
| 4 | just -- I am -- I have just introduced an exhibit | 11:57:17 |
| 5 | that's marked as Exhibit 9. | 11:57:28 |
| 6 | (Whereupon Exhibit 9 was marked for | 11:57:29 |
| 7 | identification.) | 11:57:29 |
| 8 | BY MR. MATEEN: | 11:57:42 |
| 9 | Q.   Ms. Harvey, you let me know when you've | 11:57:43 |
| 10 | taken a look at it. | 11:57:46 |
| 11 | MR. LEE:  Take your time.  It's long. | 11:57:53 |
| 12 | THE WITNESS:  Okay. | 11:57:55 |
| 13 | (Witness reviewing document.) | 11:57:55 |
| 14 | BY MR. MATEEN: | 11:57:56 |
| 15 | Q.   And just to be clear, I'm only focused | 11:58:39 |
| 16 | here on Request for Admission Number 25 which is on | 11:58:42 |
| 17 | page 2 of the document.  You're free to look at the | 11:58:46 |
| 18 | document, the full document, if you'd like, but | 11:58:48 |
| 19 | we'll only be discussing 25. | 11:58:54 |
| 20 | MR. LEE:  If that's the only request for | 11:58:55 |
| 21 | this exhibit, then I think it makes sense for her to | 11:58:57 |
| 22 | just read that one.  Is that what you're saying, | 11:59:00 |
| 23 | Mr. Mateen? | 11:59:02 |
| 24 | MR. MATEEN:  Yes. | 11:59:03 |
| 25 | MR. LEE:  Okay.  Do you see Request Number | 11:59:03 |

Page 107

```
 1    25?                                              11:59:04

 2              THE WITNESS:  Okay.                     11:59:17

 3    BY MR. MATEEN:                                    11:59:18

 4        Q.   So you admitted here that you completed a   11:59:19

 5    pre-suit investigation substantiating each of the   11:59:25

 6    averments made in the third amended complaint.    11:59:30

 7              Can you describe your pre-suit          11:59:30

 8    investigation to me?                              11:59:30

 9              MR. LEE:  So, again, I just want to     11:59:31

10    caution you.  You can say that you had discussions   11:59:35

11    with your lawyers, but I don't want you to get into   11:59:38

12    the specifics.                                    11:59:40

13              THE WITNESS:  Yes, I talked to my       11:59:41

14    attorneys.                                        11:59:42

15    BY MR. MATEEN:                                    11:59:43

16        Q.   Other than talking to your attorneys, did   11:59:46

17    you take any other investigation?                 11:59:49

18        A.   This is -- I talked to my attorneys.  I    11:59:51

19    looked at my account, but I talked to my attorneys.   11:59:54

20        Q.   Can you describe to me what you did when    11:59:59

21    you looked at your account?                       12:00:01

22        A.   I looked at all my settings and looked at   12:00:02

23    the account to see if there was anything that was    12:00:06

24    off to me.                                        12:00:09

25        Q.   What settings did you look at in your       12:00:20
```

Page 108

```
 1    account?                                        12:00:25

 2        A.   The entire account.  Then I talked to my   12:00:25

 3    attorneys.                                      12:00:27

 4        Q.   You mentioned that you looked in your     12:00:37

 5    account for anything that could have been off for  12:00:39

 6    you.                                            12:00:42

 7             What is something that you think might   12:00:43

 8    have been off for you?                          12:00:45

 9        A.   Well, I just -- I looked at the account,  12:00:49

10    all of the privacy settings.  Made sure everything  12:00:51

11    was the way I set it prior.  And then I talked to  12:00:55

12    the attorneys.                                  12:00:58

13        Q.   Did you contact Google at any point      12:01:02

14    because -- as part of your investigation of this  12:01:09

15    lawsuit?                                        12:01:13

16        A.   Of this one, no.                       12:01:14

17        Q.   Okay.  We can put this exhibit down.    12:01:32

18             Ms. Harvey, you've alleged that Google is  12:01:39

19    improperly collecting your date data through a    12:01:43

20    service called Google Analytics for Firebase?    12:01:45

21        A.   Uh-huh.                                12:01:48

22        Q.   Do you know what Google Analytics for    12:01:49

23    Firebase is?                                    12:01:52

24        A.   That is what compiles all the information  12:01:53

25    to the developers.                              12:01:57
```

                                                    Page 109

| | | |
|---|---|---|
| 1 | Q.   And what -- when you say it compiles all | 12:02:19 |
| 2 | the information, what is "all the information" that | 12:02:22 |
| 3 | you're talking about? | 12:02:23 |
| 4 | A.   How many visits you make to Web sites.  It | 12:02:25 |
| 5 | helps the developers so they can monetize on their | 12:02:28 |
| 6 | apps. | 12:02:33 |
| 7 | Q.   Is there any other information besides how | 12:02:35 |
| 8 | many visits? | 12:02:39 |
| 9 | A.   I'm sure there's plenty of information.  I | 12:02:40 |
| 10 | don't know all the different details because I'm not | 12:02:43 |
| 11 | a developer. | 12:02:45 |
| 12 | Q.   Ms. Harvey, do you know -- do you have any | 12:02:50 |
| 13 | reason to believe that there's any other information | 12:02:55 |
| 14 | other than how many visits? | 12:02:58 |
| 15 | A.   Yes. | 12:03:00 |
| 16 | Q.   And do you have any examples of what that | 12:03:02 |
| 17 | information would be?  Not all, but any? | 12:03:04 |
| 18 | A.   If I was a developer I would. | 12:03:06 |
| 19 | Q.   You just told me that you had reason to | 12:03:19 |
| 20 | believe, though, that there was information other | 12:03:21 |
| 21 | than how many visits. | 12:03:23 |
| 22 | So can you give me at least -- or just one | 12:03:27 |
| 23 | example of something other than how many visits? | 12:03:30 |
| 24 | A.   All I can say is basically -- I'm not | 12:03:33 |
| 25 | expert, but I do know that it shows when you click | 12:03:35 |

Page 110

```
 1    on pages, the traffics to those pages, and it helps      12:03:38

 2    the developers monetize their app.                       12:03:41

 3         Q.   When did you first learn about                 12:03:57

 4    Google Analytics for Firebase?                           12:03:59

 5         A.   I've heard about it for a while.  I can't      12:04:01

 6    tell you exactly how long, but it was before this --     12:04:03

 7    the case.                                                12:04:06

 8         Q.   Where would you have heard about it?           12:04:08

 9         A.   I just saw it if there's things in the         12:04:11

10    news about it.  Saw the name.  I didn't know exactly     12:04:14

11    what it was for, but I know that it's -- because         12:04:18

12    it's not a consumer-facing thing; it's a                 12:04:20

13    developer-facing thing.                                  12:04:23

14         Q.   What sort of things in the news had you        12:04:25

15    seen about it?                                           12:04:26

16         A.   I can't tell you exactly, but I -- I've        12:04:28

17    heard about it before.  It helps the developers.         12:04:31

18         Q.   So what do you believe happens to              12:04:55

19    information on how many visits you've made?  Strike      12:04:58

20    that, actually.                                          12:05:22

21              (Reporter request for clarification.)          12:05:24

22              MR. MATEEN:  I said, "Strike that."  I'm       12:05:24

23    going to reword.                                         12:05:24

24    BY MR. MATEEN:                                           12:05:25

25         Q.   What do you believe happens to information     12:05:43
```

Page 111

| | | |
|---|---|---|
| 1 | that Google collects for Google Analytics for | 12:05:46 |
| 2 | Firebase? | 12:05:48 |
| 3 | MR. LEE:  WAA on or off? | 12:05:50 |
| 4 | BY MR. MATEEN: | 12:05:53 |
| 5 | Q.   Ms. Harvey, you can answer. | 12:05:54 |
| 6 | MR. LEE:  Then I object as vague. | 12:05:55 |
| 7 | But if you can answer -- | 12:05:57 |
| 8 | THE WITNESS:  With WAA on or off?  Because | 12:05:59 |
| 9 | it shouldn't be collecting anything if it's off, | 12:06:01 |
| 10 | right? | 12:06:04 |
| 11 | BY MR. MATEEN: | 12:06:04 |
| 12 | Q.   Okay.  So with WAA on, what do you think | 12:06:05 |
| 13 | Google is collecting through Google Analytics for | 12:06:09 |
| 14 | Firebase? | 12:06:12 |
| 15 | A.   Okay.  When the Web & App Activity is | 12:06:14 |
| 16 | on -- and I'm referring to the privacy -- the | 12:06:15 |
| 17 | Web & App Activity controls -- | 12:06:18 |
| 18 | MR. LEE:  It's the WAA disclosure, just so | 12:06:20 |
| 19 | we all use the same terminology. | 12:06:21 |
| 20 | THE WITNESS:  -- searches and other things | 12:06:22 |
| 21 | that you do on Google products and services, like | 12:06:24 |
| 22 | Maps and Play, your location, language, IP | 12:06:27 |
| 23 | addresses -- | 12:06:31 |
| 24 | MR. LEE:  Slow down. | 12:06:31 |
| 25 | THE WITNESS:  -- refer, and whether you | 12:06:32 |

Page 112

| | | |
|---|---|---|
| 1 | use a browser or an app, information on your device, | 12:06:34 |
| 2 | like recent apps or contact names you searched for, | 12:06:37 |
| 3 | when Web & App Activity is on, you can include | 12:06:41 |
| 4 | additional activity like sites and apps that partner | 12:06:47 |
| 5 | with Google to show ads, sites and apps that use | 12:06:50 |
| 6 | Google services, including data that apps share with | 12:06:54 |
| 7 | Google on your Chrome browser history.  That | 12:06:57 |
| 8 | shouldn't be done if it's turned off. | 12:07:01 |
| 9 | BY MR. MATEEN: | 12:07:05 |
| 10 |     Q.   So when it is turned off, what is it that | 12:07:06 |
| 11 | Google is collecting for Google Analytics for | 12:07:09 |
| 12 | Firebase? | 12:07:13 |
| 13 |     A.   Everything that it is collecting when it | 12:07:14 |
| 14 | is on.  The button's broken. | 12:07:15 |
| 15 |     Q.   And how is Google using that information | 12:07:25 |
| 16 | once it collects it? | 12:07:27 |
| 17 |       MR. LEE:  Calls for speculation.  Calls | 12:07:29 |
| 18 | for expert opinion. | 12:07:29 |
| 19 | BY MR. MATEEN: | 12:07:33 |
| 20 |     Q.   You can answer. | 12:07:34 |
| 21 |     A.   I think you should ask Google that. | 12:07:35 |
| 22 |     Q.   So a couple of documents we reviewed | 12:08:00 |
| 23 | earlier have the e-mail address of | 12:08:02 |
| 24 | ██████@gmail.com. | 12:08:05 |
| 25 |       That's one of your e-mail addresses, | 12:08:10 |

Page 113

```
 1  right?                                          12:08:12

 2       A.   Yes, sir.                             12:08:12

 3       Q.   Do you have any other e-mails?        12:08:13

 4       A.   ██████████@gmail. ██████████@gmail.  12:08:14

 5       Q.   Do you have any other Gmail accounts? 12:08:21

 6       A.   Not that I can get into.  I'm locked out 12:08:23

 7  of all of them.  These are the only three I can get 12:08:27

 8  into.                                           12:08:30

 9       Q.   What are the Gmail accounts you're locked 12:08:31

10  out of?                                         12:08:34

11       A.   ██████████.  That's all I can really 12:08:36

12  recall.  I don't recall the other names.  I haven't 12:08:49

13  used them in years.                             12:08:52

14       Q.   So you listed ██████████, ██████████, and 12:08:59

15  ██████████?                                     12:09:04

16       A.   Yes.                                  12:09:06

17       Q.   Do you use all three accounts currently? 12:09:07

18       A.   They're on the device, but I use my main 12:09:09

19  account.  The only reason the other ones are there 12:09:12

20  is if I have to get information that was on them 12:09:15

21  because they're old accounts.                   12:09:17

22       Q.   Which one is your main account?       12:09:22

23       A.   ██████████.                           12:09:25

24       Q.   When did you make ██████████?         12:09:34

25       A.   August 24, 2018, I want to say.       12:09:39
```

Page 114

| | | |
|---|---|---|
| 1 | Q.   And why did you make it in August 24 -- | 12:09:42 |
| 2 | A.   That's when I -- | 12:09:45 |
| 3 | Q.   -- 2018? | 12:09:46 |
| 4 | MR. LEE:  Let him finish. | 12:09:47 |
| 5 | THE WITNESS:  Sorry. | 12:09:48 |
| 6 | That's -- Galaxy 9, that's when I got the | 12:09:50 |
| 7 | new phone. | 12:09:55 |
| 8 | BY MR. MATEEN: | 12:09:56 |
| 9 | Q.   Why didn't you use your prior Gmail | 12:09:56 |
| 10 | accounts with your new phone? | 12:09:59 |
| 11 | A.   I wanted a clean account. | 12:10:01 |
| 12 | Q.   Why did you want a clean account? | 12:10:04 |
| 13 | A.   Because of the prior issues that had | 12:10:06 |
| 14 | happened. | 12:10:08 |
| 15 | Q.   Can you specify which prior issues you're | 12:10:11 |
| 16 | referring to? | 12:10:18 |
| 17 | A.   All of the prior issues the acts that had | 12:10:20 |
| 18 | all the charges. | 12:10:23 |
| 19 | Q.   ██████   is the account that has all the | 12:10:26 |
| 20 | charges? | 12:10:29 |
| 21 | A.   Yes. | 12:10:29 |
| 22 | Q.   And what about ███████?  Why didn't | 12:10:31 |
| 23 | you use that one? | 12:10:34 |
| 24 | A.   I wanted a new, fresh account.  It was a | 12:10:35 |
| 25 | brand-new phone nobody had used.  I wanted a new, | 12:10:40 |

Page 115

| | | |
|---|---|---|
| 1 | fresh account. | 12:10:43 |
| 2 |     Q.    All three accounts are logged in on your | 12:10:47 |
| 3 | smartphone right now? | 12:10:50 |
| 4 |     A.    Yes, they are. | 12:10:51 |
| 5 |     Q.    Do you ever switch between these accounts? | 12:10:55 |
| 6 |     MR. LEE:  Asked and answered. | 12:10:58 |
| 7 |     Go ahead. | 12:10:59 |
| 8 |     THE WITNESS:  If I see an e-mail that | 12:11:01 |
| 9 | comes in on the account, of course I'm going to look | 12:11:02 |
| 10 | at it. | 12:11:05 |
| 11 | BY MR. MATEEN: | 12:11:05 |
| 12 |     Q.    Other than for e-mail, do you switch | 12:11:07 |
| 13 | between the accounts? | 12:11:10 |
| 14 |     A.    I don't understand really what you mean. | 12:11:12 |
| 15 | Am I using the accounts?  Have I ever used them? | 12:11:14 |
| 16 | Yes, I've used the account.  But my main account, | 12:11:19 |
| 17 | the one that is -- the one that I use daily is | 12:11:22 |
| 18 | ██████████. | 12:11:25 |
| 19 |     Q.    Do you have e-mail services other than | 12:11:31 |
| 20 | Gmail? | 12:11:34 |
| 21 |     A.    I used to. | 12:11:35 |
| 22 |     Q.    What are those e-mails? | 12:11:36 |
| 23 |     A.    ██████████@ymail and ██████████@yahoo. | 12:11:38 |
| 24 | And I cannot access those accounts, they have | 12:11:43 |
| 25 | charges on them too. | 12:11:49 |

Page 116

```
 1        Q.   What do you mean when you say, "They have      12:11:54

 2   charges on them too"?                                    12:11:57

 3        A.   Some of the charges listed in Google were      12:11:58

 4   also listed on the Google account -- or on the Yahoo     12:12:00

 5   accounts.                                                12:12:03

 6        Q.   Ms. Harvey, I'm sorry.  I think -- I'm         12:12:06

 7   just not understanding what you mean when you're         12:12:07

 8   saying that they were listed on the Yahoo account.       12:12:08

 9             Is there a way for you to rephrase that?       12:12:11

10        A.   Not really.  There were charges that were      12:12:16

11   unauthorized to those accounts, too, that link to        12:12:19

12   the Gmail account.  I had no way to understand what      12:12:22

13   was going on or what -- how it was happening.            12:12:26

14             But the main account was Gmail account,        12:12:29

15   and those other charges came from the other              12:12:31

16   accounts.  Google stated because it was a linked         12:12:33

17   account, but the accounts weren't linked.                12:12:36

18        Q.   To clarify something you said earlier --       12:12:58

19   and correct me if I'm wrong -- is part of the reason     12:13:00

20   why you created the ██████ account because the           12:13:07

21   unauthorized charges were on the ██████ account?         12:13:14

22        A.   That is true.                                  12:13:18

23        Q.   Did you feel that that account wasn't safe     12:13:20

24   to use?                                                  12:13:23

25        A.   Google promised me it was.  But I wanted a     12:13:24
```

Page 117

```
 1    new, fresh account on the new device.  The only        12:13:28

 2    reason it's on my device now is because I needed       12:13:31

 3    documents out of that account.                         12:13:38

 4        Q.   So would you say you didn't feel safe         12:13:39

 5    using that account?                                    12:13:42

 6        A.   Well, I -- I had things happen with it.       12:13:42

 7        Q.   And did you think that the things that        12:13:48

 8    happened on your account were because of that          12:13:52

 9    individual e-mail address?                             12:13:56

10             MR. LEE:  Hold on.  You -- you cut out.       12:13:59

11    Can you reask the question?  On our side, we           12:14:00

12    couldn't hear you.                                     12:14:03

13             MR. MATEEN:  Yeah, I can reask the            12:14:04

14    question.  Thank you.                                  12:14:05

15    BY MR. MATEEN:                                         12:14:32

16        Q.   Did you believe that the unauthorized        12:14:32

17    transactions would stop if you made a new Gmail        12:14:34

18    account?                                               12:14:39

19        A.   That's not why I made the new account.  I    12:14:40

20    made it because I wanted a clean account for a         12:14:42

21    brand-new device.                                      12:14:46

22        Q.   Okay.  Thank you.                             12:14:47

23             If there were unauthorized transactions on   12:14:56

24    a Gmail account, why did you make a new Gmail          12:14:58

25    account?                                               12:15:01
```

Page 118

```
1         A.    Excuse me?                              12:15:03

2         Q.    I guess I'm just curious.  If there are 12:15:05

3    these unauthorized transactions that were happening 12:15:08

4    through a Gmail account and there were concerns     12:15:11

5    about that actual account, why did you choose Gmail 12:15:16

6    as the new service to make your new e-mail address? 12:15:19

7         A.    Because it's what you use with Android.  12:15:23

8         Q.    Did you ever consider making a non-Gmail 12:15:37

9    account?                                            12:15:40

10        A.    I've had other non-Gmail accounts.  I use 12:15:42

11   Gmail.  It's what I use.  It goes with the Android  12:15:48

12   device.                                             12:15:51

13        Q.    Are you concerned that the unauthorized  12:16:46

14   transactions could occur again because you continue 12:16:48

15   to use a Gmail account?                             12:16:51

16        A.    I think I've stated that whole issue from 12:16:54

17   before is resolved.  Google told me that there were 12:16:56

18   no issues with my account.                          12:16:58

19             I have a new one.  How would that link    12:17:00

20   back?  Unless somebody was sharing the information. 12:17:03

21             MR. MATEEN:  I think it's a good spot to  12:17:13

22   break for lunch.  Is that all right with you, James? 12:17:15

23             MR. LEE:  Sure.  Our food's not quite here 12:17:18

24   yet, so I don't know -- let's go off the record and 12:17:21

25   discuss.                                            12:17:23
```

Page 119

1          THE VIDEO OPERATOR:  Going off the record.          12:17:24

2     The time is 12:17 p.m.                                   12:17:25

3          (Whereupon the luncheon recess was taken            01:21:12

4          at 12:17 p.m.)                                      01:21:12

5                    --o0o--                                   01:21:12

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 120

```
 1          OCTOBER 27, 2022   AFTERNOON SESSION    1:21 P.M.     01:21:12

 2                          --o0o.                               01:21:13

 3          THE VIDEO OPERATOR:  Back on the record.            01:21:07

 4   The time is 1:21 p.m.                                      01:21:08

 5          MR. MATEEN:  Sean, could you give -- could          01:21:15

 6   you give us the time that we have on record so far?        01:21:17

 7          THE VIDEO OPERATOR:  Two hours and 47               01:21:21

 8   minutes.                                                   01:21:23

 9          MR. MATEEN:  Thank you.                             01:21:24

10   BY MR. MATEEN:                                             01:21:25

11       Q.   Ms. Harvey, what is Web & App Activity?           01:21:28

12       A.   Everything that I do on my apps and my --         01:21:30

13   and on the Web.                                            01:21:32

14       Q.   And is there anything you do on your apps         01:21:53

15   on the Web that's not part of Web & App Activity?          01:21:55

16          MR. LEE:  Objection to form.  Calls for             01:22:00

17   expert opinion.                                            01:22:02

18          Answer if you can.                                  01:22:04

19          THE WITNESS:  I don't think I can.  I know          01:22:05

20   that's what I'm doing on the apps and on the Web.          01:22:07

21   BY MR. MATEEN:                                             01:22:10

22       Q.   Do you have Web & App Activity turned on          01:22:16

23   for the Google account, ██████@gmail.com?                  01:22:18

24       A.   No, I do not.                                     01:22:28

25       Q.   Do you have it turned on for                      01:22:29
```

Page 121

```
 1    ██████████@gmail.com?                          01:22:31

 2         A.   I noticed yesterday that             01:22:34

 3    Web & App Activity is on, but I did not turn it on.  01:22:36

 4    I don't know how it's on.  We haven't switched it    01:22:40

 5    back.                                          01:22:44

 6         Q.   How did you notice it yesterday?     01:22:49

 7         A.   I went in and looked.                01:22:52

 8         Q.   Why did you check the Web & App Activity  01:22:54

 9    status for ██████████?                          01:22:56

10         A.   I checked it for all my accounts.    01:22:58

11         Q.   And was Web & App Activity on for any  01:23:02

12    other accounts?                                01:23:04

13         A.   No.                                  01:23:05

14         Q.   Have you ever had Web & App Activity on --  01:23:15

15         A.   No.                                  01:23:18

16              MR. LEE:  Let him finish.            01:23:23

17              Were you done?                       01:23:24

18              MR. MATEEN:  No, I wasn't.           01:23:25

19              MR. LEE:  Sorry.                     01:23:25

20    BY MR. MATEEN:                                 01:23:25

21         Q.   Have you ever had Web & App Activity on  01:23:25

22    for your ██████████@gmail.com account?         01:23:29

23         A.   Not that I'm aware of.               01:23:37

24         Q.   Have you ever had it on for your      01:23:38

25    ██████████@gmail.com before yesterday?         01:23:40
```

                                                Page 122

```
 1       A.   Not that I purposely went in and turned it      01:23:46

 2   on.  I don't recall it being on.  As soon as I knew      01:23:49

 3   about the option, I turned it off.                       01:23:52

 4       Q.   Why did you check your Web & App Activity        01:23:55

 5   status on all your accounts yesterday?                   01:23:57

 6       A.   Just to verify they were still the same          01:23:59

 7   status they were.                                        01:24:03

 8       Q.   Did you have a reason to believe that they       01:24:04

 9   wouldn't be the same status that they were?              01:24:06

10       A.   No.                                             01:24:09

11       Q.   Then why did you want to verify that they        01:24:12

12   were the same status as they were?                       01:24:14

13       A.   I was looking at my account settings.  I        01:24:16

14   just wanted to verify.  And it was on.  The other        01:24:18

15   options were all you off, but that one was turned on     01:24:21

16   somehow.                                                 01:24:26

17       Q.   Did any other person have access to your         01:24:38

18   ██████████@gmail.com account?                            01:24:40

19       A.   Not that I'm aware of.  Nobody has the           01:24:45

20   password.                                                01:24:49

21       Q.   Did you turn on Web & App Activity for           01:24:56

22   your ████████████@gmail.com?                             01:25:00

23       A.   No, I did not.                                  01:25:04

24       Q.   Do you think that some other person turned       01:25:05

25   on Web & App Activity for ███████████@gmail account?     01:25:07
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.   As I stated, I have no idea how -- how or | 01:25:13 |
| 2 | why it got turned on because I leave mine off. | 01:25:15 |
| 3 | Q.   Other than for your ███████@gmail.com, | 01:25:47 |
| 4 | which you discovered yesterday, have you ever had | 01:25:52 |
| 5 | Web & App Activity on for any of your Gmail | 01:25:54 |
| 6 | accounts? | 01:25:57 |
| 7 | A.   Not that I'm aware of. | 01:25:58 |
| 8 | Q.   In August 2018, when you bought your | 01:26:14 |
| 9 | Samsung Galaxy phone -- | 01:26:17 |
| 10 | A.   Uh-huh. | 01:26:25 |
| 11 | Q.   -- did you turn Web & App Activity off as | 01:26:27 |
| 12 | you were setting up your account? | 01:26:29 |
| 13 | A.   I thought I had, yes. | 01:26:31 |
| 14 | Q.   Have you heard the term "supplemental | 01:26:42 |
| 15 | Web & App Activity"? | 01:26:45 |
| 16 | A.   No. | 01:26:46 |
| 17 | Q.   How about sWAA? | 01:26:49 |
| 18 | A.   SWAA? | 01:26:50 |
| 19 | Q.   S-W-A-A? | 01:26:52 |
| 20 | A.   No, I don't know what that is. | 01:26:53 |
| 21 | Q.   I'm going to introduce a new exhibit. | 01:26:57 |
| 22 | (Whereupon Exhibit 10 was marked for | 01:27:07 |
| 23 | identification.) | 01:27:07 |
| 24 | BY MR. MATEEN: | 01:27:07 |
| 25 | Q.   I've just introduced a new exhibit marked | 01:27:53 |

Page 124

```
 1    as Exhibit 10.  Ms. Harvey, just let me know when      01:27:56

 2    you've looked over it.                                 01:28:00

 3            (Witness reviewing document.)                  01:28:04

 4            THE WITNESS:  Okay.                            01:28:41

 5    BY MR. MATEEN:                                         01:28:41

 6        Q.   So on the first page there's a heading        01:28:43

 7    that says "subsettings."  And underneath that,         01:28:48

 8    there's a box that says "Include Chrome history and    01:28:51

 9    activity from sites, apps, and devices that use        01:28:54

10    Google services."                                      01:28:58

11            Do you know what that check box does?          01:28:59

12        A.   Well, as I'm looking, this looks like the     01:29:02

13    one that as soon as I turn the Web & App Activity      01:29:06

14    off, those bottom boxes gray out, and I can't do       01:29:08

15    anything with them.  So I would take it that they      01:29:12

16    wouldn't be recorded because the turn-off button       01:29:16

17    shut them off.                                         01:29:18

18        Q.   Let's go down to page 2.                      01:29:26

19        A.   Okay.                                         01:29:28

20        Q.   Do you know what your -- actually, if you     01:29:38

21    want, you can take a second to read this box for       01:29:40

22    YouTube history.                                       01:29:44

23            MR. LEE:  You can take more than one           01:29:54

24    second.                                                01:29:56

25            (Witness reviewing document.)                  01:29:58
```

Page 125

```
 1              THE WITNESS:  Okay.                    01:30:01

 2    BY MR. MATEEN:                                   01:30:02

 3         Q.   Do you know what your YouTube history  01:30:04

 4    setting is for your Google accounts?             01:30:06

 5         A.   Off.                                   01:30:09

 6         Q.   Do you know if you've ever had YouTube 01:30:11

 7    history on for any of your Google accounts?      01:30:14

 8         A.   I believe probably for the ███████     01:30:16

 9    originally.  But everything else I turn off.     01:30:19

10         Q.   And why would it probably be for ██████ 01:30:24

11    originally?                                      01:30:28

12         A.   Because that's oldest account.  It goes 01:30:30

13    back to 2010.                                    01:30:32

14         Q.   And why would your oldest account have had 01:30:34

15    it on?                                           01:30:37

16         A.   Because it wasn't an option at the time as 01:30:39

17    far as I knew.                                   01:30:40

18         Q.   Below "YouTube History," there's a box 01:30:48

19    that says "Ad Personalization."                  01:30:50

20              Do you see that?                       01:30:52

21         A.   Let me get down there.  This is YouTube 01:30:53

22    history, that box.  Okay.  Hold on.              01:30:57

23              Yes, I see "Ad Personalization."       01:31:01

24         Q.   Do you know what this box does?        01:31:05

25         A.   It -- if I turn it off, it tells Google 01:31:08
```

Page 126

| | | |
|---|---|---|
| 1 | not to send me personalized ads. | 01:31:11 |
| 2 |      Q.   Do you have it on or off -- | 01:31:18 |
| 3 |      A.   It's off. | 01:31:20 |
| 4 |      Q.   -- on your accounts? | 01:31:21 |
| 5 |      A.   Off. | 01:31:22 |
| 6 |      Q.   So just as we go forward, this box on | 01:31:28 |
| 7 | page 1 that says "Subsettings" underneath | 01:31:33 |
| 8 | "Web & App Activity," we're going to refer to that | 01:31:35 |
| 9 | as sWAA. | 01:31:42 |
| 10 |        Is that all right? | 01:31:43 |
| 11 |      MR. LEE:  SWAA meaning S-W-A-A. | 01:31:44 |
| 12 |       THE WITNESS:  You have to -- you might | 01:31:47 |
| 13 | have to help me with that. | 01:31:47 |
| 14 |      MR. LEE:  Yeah. | 01:31:50 |
| 15 |       THE WITNESS:  But okay. | 01:31:50 |
| 16 |      MR. LEE:  And if it's okay with you, | 01:31:50 |
| 17 | Mr. Mateen, if she gets confused about your | 01:31:55 |
| 18 | reference to sWAA, I might try to gently remind her. | 01:31:59 |
| 19 |      MR. MATEEN:  That's okay.  There's a lot | 01:32:04 |
| 20 | of acronyms. | 01:32:07 |
| 21 |      MR. LEE:  Okay. | 01:32:08 |
| 22 | BY MR. MATEEN: | 01:32:11 |
| 23 |      Q.   So at least for now, then, this | 01:32:11 |
| 24 | "Subsettings" box, this big box, and the text that | 01:32:13 |
| 25 | says "Web & App Activity," we'll refer to that as | 01:32:17 |

Page 127

```
 1   WAA.                                              01:32:21

 2          The little box below, underneath          01:32:21

 3   "Subsettings," we'll refer to that as sWAA.      01:32:23

 4      A.   Okay.                                     01:32:27

 5          MR. LEE:  These two.                       01:32:28

 6          THE WITNESS:  Okay.                        01:32:28

 7   BY MR. MATEEN:                                    01:32:30

 8      Q.   And then on page 2, the "Ads            01:32:31

 9   Personalization" box, we'll refer to that as GAP, 01:32:35

10   Google Ads Personalization.                       01:32:40

11      A.   Okay.                                     01:32:42

12      Q.   Have you ever actively made any changes to 01:32:58

13   your WAA settings?                                01:33:00

14      A.   Turned them off so it couldn't be         01:33:03

15   collected.                                        01:33:07

16      Q.   Do you know when you turned them off?     01:33:10

17      A.   As soon as the option came out for --     01:33:12

18   well, basically, the history of ████ is when I    01:33:14

19   first turned it off is when I first saw the setting. 01:33:20

20      Q.   And when you made those changes to your   01:33:30

21   WAA settings, do you remember if you made those   01:33:33

22   changes also to your GAP settings?                01:33:35

23      A.   Ad personalization?  Yes, I've turned my  01:33:41

24   Ad personalization off all along because I did not 01:33:44

25   want personalized ads.                            01:33:46
```

Page 128

```
1        Q.   And why don't you want personalized ads?    01:33:48

2        A.   Because I can look for something if I want   01:33:51

3   it.  I don't need anybody to suggest to me what I      01:33:53

4   want.                                                  01:33:57

5        Excuse me.                                        01:34:21

6        Q.   Do you have a problem with ads generally?    01:34:21

7             MR. LEE:  Objection.  Vague.                 01:34:24

8             MR. MATEEN:  Okay.  I can rephrase.          01:34:30

9   BY MR. MATEEN:                                         01:34:32

10       Q.   Do you have a problem with personalized      01:34:36

11   ads?                                                  01:34:38

12       A.   Yes.  That's why I turn them off.            01:34:39

13       Q.   Do you have a problem with personalized      01:34:45

14   ads other than you can find what you need yourself?   01:34:47

15       A.   Well, if I have Web & App Activity turned    01:34:55

16   off, then -- and I have ad personalization turned     01:34:57

17   off, then that must mean I don't want that, and       01:35:01

18   that's my problem.  Nobody should be looking and      01:35:05

19   deciding what I want to send me an ad that I didn't   01:35:08

20   ask them to pick one out in the first place.          01:35:12

21       Q.   And is the problem with you that they're     01:35:16

22   inappropriate?                                        01:35:18

23       A.   I do not like them.  I would like to look    01:35:19

24   myself.                                               01:35:21

25       Q.   What about them do you not like?             01:35:27
```

Page 129

```
 1        A.   I don't want anybody looking at my        01:35:30
 2   information to tell me what I want.                  01:35:33
 3        Q.   And do you have a problem with ads         01:35:38
 4   generally?                                           01:35:40
 5             MR. LEE:  Objection.  Vague.               01:35:43
 6             Answer if you can.                         01:35:45
 7             THE WITNESS:  Basically, I've turned it    01:35:46
 8   off so I want to look myself.  And if an ad comes up 01:35:48
 9   that goes with something I'm searching for, then     01:35:52
10   I've searched for that.  And it's -- it's coming up  01:35:56
11   because I searched for one certain thing, not        01:36:01
12   because something sent that to me because I          01:36:04
13   looked -- searched for something.  It's like a       01:36:06
14   general search.                                      01:36:09
15   BY MR. MATEEN:                                       01:36:10
16        Q.   But to be clear, you don't have a problem  01:36:12
17   if you see an advertisement on television, right?    01:36:14
18        A.   That's a little bit different.             01:36:18
19        Q.   Now, let's say if a Fresno pizza shop      01:36:24
20   advertises in The Fresno Bee, would you have a       01:36:29
21   problem with that?                                   01:36:34
22        A.   That's ads for that area that somebody's   01:36:34
23   put in the newspaper, not to one specific person to  01:36:36
24   their personal device when they've asked them not to 01:36:40
25   do it.                                               01:36:43
```

Page 130

```
1       Q.   And why is that different?              01:36:45

2       A.   Why is that different?  Because it's my  01:36:47

3   personal device, and I asked it not to be done on my  01:36:50

4   personal device.                                  01:36:53

5       Q.   Have you seen targeted ads on your      01:36:59

6   personal device?                                  01:37:01

7       A.   I believe I have, yes.                  01:37:03

8       Q.   Do you remember the ads?                01:37:07

9       A.   Some of them are cancer ads when my mom  01:37:11

10  had cancer.                                       01:37:14

11      Q.   And when was that?                      01:37:15

12      A.   '17.                                     01:37:17

13      Q.   Okay.  So you said earlier that you didn't  01:37:19

14  have a problem with TV ads or -- actually, strike  01:37:23

15  that.  Let me find out exactly what you said.     01:37:26

16          So you said earlier that it's a little bit  01:37:33

17  different when you see an advertisement on        01:37:35

18  television.                                       01:37:40

19          Why would that be a little bit different?  01:37:41

20          MR. LEE:  Asked and answered.            01:37:44

21          Go ahead.                                 01:37:45

22          THE WITNESS:  I -- I think what you asked  01:37:45

23  was if it was in the newspaper.                   01:37:47

24  BY MR. MATEEN:                                    01:37:49

25      Q.   I first asked about television, then I  01:37:49
```

Page 131

```
 1    asked about newspaper.  So I'm just following up on    01:37:51

 2    the television question.                               01:37:54

 3        A.   Okay.  Well, that can go to anybody.          01:37:55

 4    That's not -- it goes to many persons, not to a        01:37:56

 5    single personal device where somebody's looked at      01:38:01

 6    something and decided that's what I needed to look      01:38:03

 7    at.                                                    01:38:05

 8        Q.   Is it the content of the targeted ads that    01:38:23

 9    bothers you?                                           01:38:26

10        A.   Some subjects, yes.  But they're -- it's      01:38:28

11    all in general because I asked for it not to be        01:38:30

12    done.                                                  01:38:32

13             "No" means no.                                01:38:33

14        Q.   Ms. Harvey, do you still have Exhibit 10      01:38:55

15    open?                                                  01:38:57

16        A.   The last one, yes.                            01:38:57

17        Q.   Can you tell me what you believe to be the    01:39:01

18    difference between Web & App Activity and              01:39:03

19    ad personalization?                                    01:39:10

20        A.   Not much.  You're -- it's looking at my       01:39:12

21    Web and app activity to send me a personalized ad,     01:39:16

22    and I did not want that.                               01:39:19

23        Q.   Let's say that you have had -- strike         01:39:32

24    that.                                                  01:39:36

25             Do you have an issue with Google looking      01:39:36
```

Page 132

| | | |
|---|---|---|
| 1 | at your web and app activity if it's not sending you | 01:39:50 |
| 2 | personalized ads? | 01:39:53 |
| 3 | A.    Yes, I do. | 01:39:55 |
| 4 | Q.    And why is that? | 01:39:59 |
| 5 | A.    Is Web Activity on or is it off?  If it's | 01:40:02 |
| 6 | off, nothing should be looked at, nothing should be | 01:40:04 |
| 7 | stored, nothing should be saved, nothing should be | 01:40:07 |
| 8 | used.  I asked it not to be done. | 01:40:11 |
| 9 | Q.    So if you turned Web & App Activity off | 01:40:25 |
| 10 | and that meant you would not receive a personalized | 01:40:27 |
| 11 | ad, is that what you want to see as a change in | 01:40:31 |
| 12 | Google's practices? | 01:40:34 |
| 13 | A.    No.  I want the button to actually do what | 01:40:36 |
| 14 | it says.  And I have another button for ad | 01:40:39 |
| 15 | personalization, and I have it shut off. | 01:40:42 |
| 16 | Web & App Activity, none of them are working.  Why | 01:40:45 |
| 17 | even have them? | 01:40:52 |
| 18 | Q.    Besides the ads regarding cancer that you | 01:40:59 |
| 19 | referred to earlier, are there any other targeted | 01:41:02 |
| 20 | ads that you've received after turning the | 01:41:05 |
| 21 | Ads Personalization button off? | 01:41:10 |
| 22 | MR. LEE:  Objection.  Calls for | 01:41:13 |
| 23 | speculation. | 01:41:13 |
| 24 | Answer if you can. | 01:41:14 |
| 25 | THE WITNESS:  I can't recall, but there | 01:41:15 |

Page 133

```
 1    are -- there have been numerous ones, and I get        01:41:16

 2    upset when I see it.                                    01:41:22

 3    BY MR. MATEEN:                                          01:41:28

 4        Q.   Ms. Harvey, if you look at the text           01:41:29

 5    underneath "Web & App Activity," can you just read     01:41:30

 6    the sentence to yourself?                              01:41:35

 7             MR. LEE:  What are you referring to?          01:41:39

 8             MR. MATEEN:  "The saves your activities on    01:41:41

 9    Google sites" underneath "Web & App Activity."         01:41:44

10             MR. LEE:  Okay.  Counsel, there's a "Learn    01:41:47

11    More" hyperlink, but I don't think she can press       01:41:49

12    that.  So what should we do about that?                01:41:52

13             MR. MATEEN:  I just mean the text, not the    01:41:53

14    "Learn More."                                          01:41:54

15             MR. LEE:  Okay.                                01:41:55

16             THE WITNESS:  Okay.                            01:42:01

17    BY MR. MATEEN:                                          01:42:02

18        Q.   What do you read -- strike that.               01:42:08

19             What do you interpret "Saves your activity    01:42:13

20    on Google sites and apps" to mean?                     01:42:16

21        A.   Saving any activity, any information about    01:42:20

22    me that -- and to go further into that, I shouldn't    01:42:23

23    be getting personalized ads.  It says it right on      01:42:27

24    it.                                                     01:42:32

25             So I'm asking Google not to do that.  It      01:42:32
```

Page 134

| | | |
|---|---|---|
| 1 | says I can control my information.  If the button | 01:42:35 |
| 2 | doesn't work, I'm not controlling my information. | 01:42:38 |
| 3 |     Q.   At the top of the page, there's text that | 01:42:49 |
| 4 | says "Activity Controls," and underneath that text, | 01:42:50 |
| 5 | it says: "The data saved in your account helps give | 01:42:53 |
| 6 | you more personalized experiences across all Google | 01:42:57 |
| 7 | services." | 01:43:00 |
| 8 |         What do you interpret "data saved in your | 01:43:01 |
| 9 | account" to mean? | 01:43:05 |
| 10 |     A.   The way I'm looking at it, if I've got | 01:43:06 |
| 11 | Web & App Activity turned off, it says it saves | 01:43:09 |
| 12 | nothing.  Google does not get that information. | 01:43:12 |
| 13 |         If it's on, of course it's going to do all | 01:43:21 |
| 14 | the stuff that it says it does here.  But if it's | 01:43:23 |
| 15 | off, it shouldn't be doing any of it. | 01:43:28 |
| 16 |     Q.   Is there a significance to the phrase "in | 01:43:30 |
| 17 | your account" to you? | 01:43:32 |
| 18 |     A.   No, none at all.  Because it's saved and | 01:43:34 |
| 19 | it's used and it's -- it's stored.  It's done all | 01:43:38 |
| 20 | the things that it's telling me it's not going to | 01:43:45 |
| 21 | do. | 01:43:47 |
| 22 |     Q.   If you bought an Android phone and -- | 01:43:48 |
| 23 | strike that. | 01:44:00 |
| 24 |         If the phrase "in your account" was not in | 01:44:16 |
| 25 | that first sentence, would it still mean the same | 01:44:19 |

Page 135

```
 1   thing to you?                                  01:44:21

 2       A.   Well, first of all, that's on the same  01:44:22

 3   page.  But it's not in the same box as          01:44:24

 4   Web & App Activity.                             01:44:27

 5           "Web & App Activity turned off" tells me  01:44:29

 6   nothing's going to be saved.                    01:44:32

 7       Q.   Ms. Harvey, I -- I understand.  I'm just  01:44:36

 8   talking about this first sentence, though.  I'm not  01:44:38

 9   talking about Web & App Activity.               01:44:40

10           If this sentence says, "The data saved   01:44:48

11   helps give you more personalized experiences across  01:44:52

12   all Google services," does that read the same to you  01:44:55

13   as, "The data saved in your account helps give you  01:44:58

14   more personalized experience" --               01:44:58

15           (Reporter request for clarification.)   01:44:59

16           MR. MATEEN:  Yes.  Sorry about that.    01:45:17

17   BY MR. MATEEN:                                  01:45:18

18       Q.   So earlier I asked if there was a      01:45:30

19   significance to the phrasing -- to the phrase "in  01:45:32

20   your account," and you responded, "No, not at all  01:45:34

21   because it's saved and it's used."              01:45:44

22           So is it fair to say that if the phrase  01:45:49

23   "in your account" wasn't there, the sentence would  01:45:53

24   mean the same thing to you?                     01:45:56

25       A.   Well, you have to look at the whole thing  01:45:58
```

Page 136

| | | |
|---|---|---|
| 1 | broad because up above it says: "The data saved to | 01:46:00 |
| 2 | your account helps give you more personalized | 01:46:04 |
| 3 | experiences across all Google services. Choose | 01:46:07 |
| 4 | which settings will save data to your Google | 01:46:11 |
| 5 | account." And I said, "No." | 01:46:14 |
| 6 | So what does it matter what the second | 01:46:15 |
| 7 | line says because I hit "No"? "No" means no. | 01:46:17 |
| 8 | If I save something, that's my choice. If | 01:46:22 |
| 9 | Google is taking information from the account, it's | 01:46:26 |
| 10 | telling me it's not going to. | 01:46:28 |
| 11 | Q.   I'm going to introduce a new exhibit. | 01:46:52 |
| 12 | (Whereupon Exhibit 11 was marked for | 12:06:25 |
| 13 | identification.) | 12:06:25 |
| 14 | BY MR. MATEEN: | 01:46:53 |
| 15 | Q.   I've just introduced an exhibit and marked | 01:47:47 |
| 16 | it as Exhibit 11. For the record, this exhibit | 01:47:49 |
| 17 | comes from plaintiffs' productions, Bates Numbers | 01:47:57 |
| 18 | 000788. | 01:48:01 |
| 19 | On page 3 is plaintiffs' productions, | 01:48:09 |
| 20 | Bates Numbers 0002085. | 01:48:11 |
| 21 | And on page 5 is plaintiffs' productions | 01:48:17 |
| 22 | 0002275. | 01:48:20 |
| 23 | And I can state for the record that these | 01:48:24 |
| 24 | are three e-mails received to Ms. Harvey's three | 01:48:26 |
| 25 | different Gmail accounts. | 01:48:31 |

Page 137

```
 1            Let me know when you've reviewed.        01:48:34

 2       A.   Okay.                                    01:48:37

 3            (Witness reviewing document.)            01:48:37

 4            THE WITNESS:  Yeah, I have reviewed them. 01:49:08

 5  BY MR. MATEEN:                                     01:49:09

 6       Q.   Ms. Harvey, do you know what these e-mails 01:49:11

 7  are?                                               01:49:12

 8       A.   Yes.  This is to do with security check on 01:49:13

 9  your account.  They're trying to say let's check all 01:49:15

10  your settings.                                     01:49:18

11       Q.   So the first e-mail on page 1 says:      01:49:26

12  "Welcome to Google on your new Windows."           01:49:27

13            Did you purchase a new Windows device    01:49:31

14  in --                                              01:49:33

15       A.   No.                                      01:49:33

16       Q.   -- December 2021?                        01:49:34

17       A.   No.                                      01:49:35

18       Q.   Did you sign in to a new device with your 01:49:43

19  Google account --                                  01:49:48

20       A.   No.                                      01:49:49

21       Q.   -- in December 2021?                     01:49:49

22       A.   I don't believe that I did.  Might I have? 01:49:50

23  I had some tablets or like -- yeah, tablets.  But I 01:49:53

24  don't even think I used them.                      01:49:58

25       Q.   What tablets do you have?                01:50:02
```

Page 138

| | | |
|---|---|---|
| 1 | A.   Samsung Galaxy tablets. | 01:50:04 |
| 2 | Q.   Okay. | 01:50:07 |
| 3 | A.   All devices are Samsung. | 01:50:09 |
| 4 | Q.   Do you have any Microsoft devices? | 01:50:11 |
| 5 | A.   No, I do not. | 01:50:13 |
| 6 | Q.   Any Windows devices? | 01:50:15 |
| 7 | A.   Oh, I take that back.  I have a computer | 01:50:16 |
| 8 | at home, but I do not use it.  I've left it off | 01:50:18 |
| 9 | since all this started because I didn't want to take | 01:50:23 |
| 10 | a chance of something being deleted. | 01:50:25 |
| 11 | Q.   When did you purchase your Samsung | 01:50:37 |
| 12 | tablets? | 01:50:39 |
| 13 | A.   I didn't.  It was one that my mother had | 01:50:41 |
| 14 | before she passed away that she didn't use. | 01:50:43 |
| 15 | Q.   When did your mother get that tablet? | 01:50:47 |
| 16 | A.   Couldn't even tell you.  It was for | 01:50:49 |
| 17 | Christmas from my sister.  Probably in '16. | 01:50:51 |
| 18 | Q.   And do you still use that tablet? | 01:51:01 |
| 19 | A.   No.  The only -- sorry. | 01:51:04 |
| 20 | Q.   I'm sorry. | 01:51:06 |
| 21 | (Simultaneous colloquy.) | 01:51:07 |
| 22 | THE WITNESS:  Same e-mail as my phone. | 01:51:10 |
| 23 | BY MR. MATEEN: | 01:51:13 |
| 24 | Q.   When was the last time you used that | 01:51:13 |
| 25 | tablet? | 01:51:14 |

Page 139

```
 1      A.   Oh, gosh.  As far as I can remember, it's    01:51:15

 2  been over a year.  I can't recall completely, but     01:51:21

 3  it's been quite a while.  I believe since before my   01:51:24

 4  father sold his house.                                01:51:30

 5      Q.   When did your father sell his house?         01:51:32

 6      A.   August of 2020.  So it would have been       01:51:35

 7  between '17 and 2020.  I've used it for probably      01:51:36

 8  10 minutes.  I -- I did -- it wasn't something that   01:51:39

 9  I used.  I tried to, but I didn't.  It was easier to  01:51:41

10  use my phone.                                         01:51:46

11      Q.   The current phone that you're using, just    01:51:55

12  to jog my memory -- you might have already -- I       01:51:58

13  might have already asked you this -- how long have    01:52:00

14  you been using it?                                    01:52:02

15      A.   I got this phone on July -- June, I want     01:52:04

16  to say 13th, this year.                               01:52:07

17      Q.   June 13 of this year.                        01:52:10

18           What device were you using before you got    01:52:23

19  this new phone?                                       01:52:25

20      A.   Okay.  There was an A42 that my sister       01:52:31

21  tried to get to replace my phone.  But we had         01:52:35

22  issues, so the phone had to be -- it went back.       01:52:38

23      Q.   What is an A42?                              01:52:43

24      A.   Samsung.                                     01:52:45

25      Q.   The Samsung.                                 01:52:46
```

Page 140

```
1              And did you sign in to the A42 with your        01:52:48

2    Google accounts?                                          01:52:51

3         A.    Yes, I did.  Not all of them, but with the     01:52:52

4    ████████  I did because I figured it was the phone I      01:52:55

5    was going to be using.  My dad and I got two new          01:52:59

6    phones in June, and I don't have that phone any           01:53:03

7    longer.                                                   01:53:05

8         Q.    How long did you use that A42 phone before     01:53:06

9    June?                                                     01:53:09

10        A.    April.                                         01:53:10

11        Q.    April.                                         01:53:11

12              And what were you using before April?          01:53:14

13        A.    Samsung Galaxy 9 all the way back to '18.      01:53:17

14   August 24, 2018.                                          01:53:20

15        Q.    Between August 2018 --                         01:53:28

16        A.    Yeah.                                          01:53:29

17        Q.    -- and April of this year, did you sign in     01:53:30

18   to any devices other than your Galaxy 9 with your         01:53:33

19   Google accounts?                                          01:53:36

20        A.    Probably in the computer once or twice to      01:53:38

21   get documents out of it.  But I didn't -- I don't         01:53:40

22   use the computer.  I use my phone.                        01:53:44

23        Q.    What sort of computer do you use?              01:53:51

24        A.    Lenovo All-in-One computer.  It was my         01:53:54

25   parents'.  And after they moved, my dad sent it with      01:54:00
```

```
 1    me because he knew I had a lot of documents on it.        01:54:04

 2        Q.   So could you remind me, why did you buy          01:54:10

 3    your new phone in June 2022?                              01:54:12

 4        A.   That was to do with some issues with my          01:54:19

 5    dad and my sister.  And my sister took my dad's           01:54:21

 6    phone, so we wanted new accounts with a different         01:54:24

 7    service provider.                                         01:54:26

 8        Q.   When you say "new accounts," what sort of        01:54:29

 9    accounts do you mean?                                     01:54:31

10        A.   We switched from Verizon to AT&T.                01:54:33

11        Q.   Can you remind me what type of phone it is       01:54:47

12    again?                                                    01:54:49

13        A.   Which one?                                       01:54:50

14        Q.   The current phone that you're using.            01:54:51

15        A.   Galaxy 22.                                       01:54:53

16        Q.   The Galaxy 22?                                   01:54:54

17        A.   Yeah.  It's the one with the pen.  Just          01:54:56

18    like the S9 that we had prior.                            01:55:02

19        Q.   Why didn't you go with the S9 for your new      01:55:08

20    phone?                                                    01:55:11

21        A.   Because the new phone was out.  The S9 --        01:55:11

22    this is just like the S9, but it's a new version.        01:55:16

23        Q.   Did you compare it to other phones before        01:55:23

24    purchasing?                                               01:55:25

25        A.   We went into AT&T and picked this phone.         01:55:27
```

Veritext Legal Solutions
866 299-5127

```
 1    There were three phones that were laying there.      01:55:31

 2    This was the top-of-the-line phone.  It's the one    01:55:33

 3    that we got.                                         01:55:37

 4        Q.   What other phones did you look at?  You     01:55:46

 5    mentioned that there were three.                     01:55:47

 6        A.   The newest phones that AT&T had, they had   01:55:50

 7    a deal to where you could get all these phones.  One 01:55:54

 8    was free and there was the next one up.  And this    01:55:58

 9    was the top-of-the-line phone that they had that we  01:56:00

10    have to pay for every month.                         01:56:04

11        Q.   Do you remember what the free phone was?    01:56:07

12        A.   I can't tell you what it was, but it        01:56:09

13    didn't have a pen.  And we were used to the S9s that 01:56:11

14    do have pens.  We got the exact phone that we had    01:56:15

15    but the newest model.                                01:56:18

16        Q.   Do you know which phone was the             01:56:21

17    middle-of-the-road one?                              01:56:22

18        A.   No.  As I just stated, this was just the    01:56:24

19    top of the line.  It's the one with the pen.  That's 01:56:26

20    why we wanted it.                                    01:56:29

21        Q.   How much was the middle-of-the-road phone?  01:56:30

22        A.   Again, there was a charge for it, but I     01:56:33

23    don't recall exactly what it was.  This one was      01:56:38

24    identical to the prior phone that we had.  That's    01:56:38

25    why we chose it.  Because my dad has problems        01:56:42
```

Page 143

| | | |
|---|---|---|
| 1 | understanding phones, and it's how I could explain | 01:56:45 |
| 2 | it to him. | 01:56:47 |
| 3 | Q.   How much is the charge for the current | 01:56:50 |
| 4 | phone? | 01:56:52 |
| 5 | A.   $11 a month, and we had to turn in an old | 01:56:53 |
| 6 | phone. | 01:56:57 |
| 7 | Q.   Do you know if there was a free iPhone as | 01:57:11 |
| 8 | an option? | 01:57:14 |
| 9 | A.   I wouldn't have chose iPhone because I | 01:57:15 |
| 10 | don't understand iPhones. | 01:57:17 |
| 11 | As I stated, I chose this phone because it | 01:57:19 |
| 12 | was something that my dad was familiar with that I | 01:57:21 |
| 13 | knew it was identical to the prior phone we had. | 01:57:24 |
| 14 | Q.   Ms. Harvey, I understand.  You didn't | 01:57:28 |
| 15 | choose the iPhone. | 01:57:29 |
| 16 | But do you know if that was an option | 01:57:30 |
| 17 | being offered? | 01:57:32 |
| 18 | A.   Yes, it was. | 01:57:33 |
| 19 | Q.   And do you know if that was being offered | 01:57:34 |
| 20 | free? | 01:57:36 |
| 21 | A.   I'm sure versions of it was. | 01:57:38 |
| 22 | But, like I stated, all we've ever had is | 01:57:40 |
| 23 | Samsung, and that's why we stayed with this phone. | 01:57:43 |
| 24 | Q.   When purchasing your new phone, did you | 01:58:35 |
| 25 | consider the systematic violation of your privacy | 01:58:38 |

Page 144

```
 1    that you say Google has been doing to you through      01:58:43

 2    collection of data when Web & App Activity is off?     01:58:48

 3             MR. LEE:  Can you repeat that question?       01:58:52

 4             MR. MATEEN:  Yeah.                            01:58:54

 5    BY MR. MATEEN:                                         01:58:56

 6        Q.   When you were choosing your new phone, did    01:58:56

 7    you consider the fact that Google, as you alleged,     01:58:59

 8    has collected data when Web & App Activity is turned   01:59:08

 9    off?                                                   01:59:14

10        A.   Let's be clear about this.                    01:59:15

11             MR. LEE:  Hold on.                            01:59:18

12             Objection to form.  Vague.                    01:59:18

13             Go ahead.  Answer if you can.                 01:59:20

14             THE WITNESS:  Let's be clear about this.      01:59:22

15    Android isn't the only thing that's being collected.   01:59:23

16    So is Apple.  So what does it matter?  Whichever       01:59:26

17    phone you get, they're going to take the information   01:59:30

18    regardless if you tell them no or not.  If I shut it   01:59:33

19    off, it shouldn't be taken.                            01:59:37

20    BY MR. MATEEN:                                         01:59:40

21        Q.   Is the same true for Windows mobile?          01:59:45

22             (Reporter request for clarification.)         01:59:55

23             THE WITNESS:  Can I answer now, please?       01:59:56

24             Yes, it's true for any account that has       01:59:58

25    the button that shuts it off.                          02:00:01
```

                                                    Page 145

```
 1   BY MR. MATEEN:                                  02:00:07

 2        Q.   I have an iPhone here.  And on my iPhone,   02:00:08

 3   there's a button that says "Ask not to track."   02:00:13

 4        When I turn that off, is Apple still          02:00:18

 5   collecting data on me?                            02:00:23

 6        MR. LEE:  Wait, wait, wait.                   02:00:24

 7        Are you asking a hypothetical question        02:00:25

 8   about what happens to your phone on a -- on a button   02:00:28

 9   that has nothing to do with this case?  I think   02:00:32

10   we're getting a little far afield here.           02:00:34

11        MR. MATEEN:  Mr. Lee, Mr. Lee --             02:00:37

12   Ms. Harvey said that Android isn't the only thing   02:00:38

13   that's being collected.  So is Apple.             02:00:41

14        MR. LEE:  I know, but now you're talking      02:00:44

15   about a different control than what's at issue in   02:00:48

16   this case.  So try not to confuse the witness on   02:00:51

17   purpose, please.                                  02:00:53

18        Is this a do not track case or is this a      02:00:54

19   WAA case?                                         02:00:57

20   BY MR. MATEEN:                                    02:00:59

21        Q.   Ms. Harvey, let me clarify.  Let me get a   02:01:00

22   clarification from you.                           02:01:02

23        A.   Okay.                                   02:01:03

24        Q.   When you were saying that it is being   02:01:03

25   tracked regardless of whether it's an Android phone   02:01:05
```

Page 146

```
 1    or iPhone, what did you mean?                        02:01:09

 2        A.   Exactly what I stated.  If you have a       02:01:14

 3    Web & App Activity button, you're clicking it on     02:01:17

 4    Android, you're clicking it on Apple too.  If the    02:01:19

 5    button's on both devices, does the same thing.       02:01:22

 6    Somebody asked you not to collect it, you don't      02:01:30

 7    collect it.  It's being collected.                   02:01:33

 8        Q.   Did you consider creating an iCloud         02:01:41

 9    account because of the fact that data is being       02:01:45

10    collected?                                           02:01:48

11            MR. LEE:  Objection.  Lack of foundation.    02:01:50

12    Calls for speculation.                               02:01:51

13            THE WITNESS:  Which iCloud account did I     02:01:56

14    make, though?                                        02:01:58

15            MR. LEE:  I think it's a hypothetical.       02:01:59

16            THE WITNESS:  Okay.                          02:02:00

17            MR. LEE:  I think you should ask it again.   02:02:02

18    I'm not sure she understood your question.           02:02:03

19    BY MR. MATEEN:                                       02:02:05

20        Q.   Why do you think that there's a             02:02:08

21    Web & App Activity button on iPhones?                02:02:12

22        A.   Well, it's on any Google account.  So if    02:02:15

23    they're using a Google account on an iPhone, then    02:02:17

24    the button would be there.                           02:02:20

25        Q.   Would be there be a Web & App Activity on   02:02:23
```

Page 147

```
 1   an iPhone if you weren't using a Google account on        02:02:26

 2   an iPhone?                                                 02:02:30

 3        A.   That's not at issue, I wouldn't think,           02:02:30

 4   because we're talking about Google right now and an       02:02:32

 5   option that they gave me that they didn't honor.          02:02:35

 6        Q.   Ms. Harvey, you have alleged that Google         02:03:32

 7   systematically violates your privacy by collecting        02:03:34

 8   activity information while Web & App Activity is           02:03:39

 9   off, right?                                                02:03:41

10        A.   Yes.                                             02:03:43

11        Q.   On an Android phone, you've alleged that         02:03:49

12   if you turn your Web & App Activity off, your             02:03:53

13   information is still being collected, right?              02:03:57

14        A.   Yes.                                             02:04:01

15        Q.   If you -- if you were to have bought an          02:04:01

16   iPhone and you were to have logged in to a Google         02:04:06

17   account, you've alleged that Google would still be        02:04:12

18   collecting your information even if you had still         02:04:22

19   turned Web & App Activity off, right?                     02:04:24

20        A.   If it was signed in through Google               02:04:27

21   account, yes, because Google account setting.             02:04:29

22        Q.   What if somebody did not sign in to a            02:04:33

23   Google account on an iPhone?  Do you believe --           02:04:35

24        A.   I have.                                          02:04:37

25             MR. LEE:  Objection.  Improper                   02:04:39
```

Page 148

```
 1    hypothetical.  Calls for speculation.  Lack of        02:04:40

 2    foundation.                                            02:04:41

 3    BY MR. MATEEN:                                         02:04:42

 4         Q.   You can answer.                              02:04:42

 5         A.   I have no clue.  I don't have an iPhone.     02:04:43

 6    I don't even know the settings in an iPhone.  I know   02:04:45

 7    the settings in my Google account, and I shut them     02:04:53

 8    off.                                                   02:04:56

 9         Q.   You allege that violation is happening       02:04:57

10    even today, right?                                     02:05:13

11             MR. LEE:  Objection.  Vague.                  02:05:14

12             MR. MATEEN:  I can reword.                    02:05:15

13    BY MR. MATEEN:                                         02:05:17

14         Q.   You allege that the violation of your        02:05:17

15    privacy from Google allegedly tracking your data       02:05:20

16    when Web & App Activity is off is still happening to   02:05:27

17    this date, right?                                      02:05:30

18         A.   Yes.                                         02:05:32

19         Q.   And you allege that violation is happening   02:05:36

20    every time you use your phone, right?                  02:05:38

21         A.   I don't know exactly when it's done, but I   02:05:41

22    would say yes.                                         02:05:43

23         Q.   So in June when you were deciding which      02:05:45

24    phone to get, did you buy your phone believing that,   02:05:48

25    as you alleged, Google would violate your privacy?     02:05:52
```

Page 149

```
 1        A.   I bought my phone because it was the        02:05:56

 2   familiar phone with my father that has dementia so     02:05:59

 3   that it wouldn't be so hard to explain it to him.  I   02:06:02

 4   shut off all the options so nothing could be           02:06:07

 5   tracked, and it was still tracked.                     02:06:10

 6        Q.   But when you bought it, did you believe      02:06:15

 7   it, as you allege -- strike that.                      02:06:17

 8             When you bought the phone, did you buy the   02:06:21

 9   phone believing that Google would violate your         02:06:24

10   privacy?                                               02:06:27

11        A.   I believe that Google will violate my        02:06:28

12   privacy with any device I have, but this is a phone    02:06:30

13   I had to buy to help my father.                        02:06:33

14        Q.   To clarify, you believe that your privacy    02:06:38

15   would be violated by Google even if you bought an      02:06:43

16   iPhone?                                                02:06:46

17        A.   Yes, any phone as long as I was using a      02:06:46

18   Google account that gave an option to shut off data    02:06:49

19   collection.  I had an option, I have exercised that    02:06:54

20   right, and it wasn't honored.                          02:06:57

21        Q.   Did you consider deleting your Google        02:07:00

22   account?                                               02:07:02

23        A.   Exactly how am I going to do that on a       02:07:05

24   Samsung Android device?                                02:07:07

25        Q.   Did you consider buying an iPhone and        02:07:11
```

Page 150

```
 1    deleting your Google account?                          02:07:15

 2         A.    I think I've already told you.  I could     02:07:16

 3    not get an iPhone because Samsung is the only thing    02:07:19

 4    my 87-year-old father that has dementia can use.       02:07:23

 5    It's the only thing I can explain.  It's the only      02:07:28

 6    thing that he's familiar with.  So that's why we got   02:07:31

 7    an Android Samsung device.                             02:07:34

 8         Q.    Do you and your father share a phone?       02:07:37

 9         A.    No, we bought two.                          02:07:40

10         Q.    Does your father use your phone?            02:07:44

11         A.    No.                                         02:07:47

12         Q.    So why did you buy an Android device for    02:07:47

13    yourself?                                              02:07:55

14         A.    Because I wanted a new phone.  My dad and   02:07:56

15    I are on the same account.  We always have been.  So   02:07:58

16    went in to change service providers and bought two     02:08:01

17    new phones.  Of course they were going to be the       02:08:04

18    same because that way, if there was any problems, I    02:08:07

19    could walk them through with him.                      02:08:09

20         Q.    Do you use your phone for any purpose       02:08:18

21    other than to help your father?                        02:08:20

22         A.    It's my personal phone.                     02:08:23

23              MR. LEE:  Yeah, I object to that question.   02:08:24

24              Go ahead.                                    02:08:28

25              THE WITNESS:  Why would I have the phone?    02:08:29
```

Page 151

| | | |
|---|---|---|
| 1 | It's my personal phone.  The first one's identical | 02:08:30 |
| 2 | to this one, but it's newer.  And we both had one. | 02:08:34 |
| 3 | BY MR. MATEEN: | 02:09:19 |
| 4 | Q.  Ms. Harvey, was there a reason why you | 02:09:19 |
| 5 | couldn't have purchased an iPhone for yourself and | 02:09:21 |
| 6 | an Android phone for your 87-year-old father? | 02:09:24 |
| 7 | MR. LEE:  Objection.  Asked and answered | 02:09:27 |
| 8 | several times now. | 02:09:29 |
| 9 | BY MR. MATEEN: | 02:09:34 |
| 10 | Q.  You can answer. | 02:09:34 |
| 11 | A.  I don't like Apple; I like Samsung.  It's | 02:09:35 |
| 12 | what I'm used to. | 02:09:37 |
| 13 | Q.  Is there anything else about Android that | 02:09:49 |
| 14 | you like besides being used to it? | 02:09:52 |
| 15 | A.  I think what I stated was I like Samsung. | 02:09:54 |
| 16 | I didn't say Android, Android's operating system | 02:09:57 |
| 17 | that comes on it.  I like the Samsung device.  I'm | 02:09:58 |
| 18 | stuck with Google.  There's not any other options. | 02:10:03 |
| 19 | Q.  Why are you stuck with Google? | 02:10:15 |
| 20 | A.  There's not many other options.  I just | 02:10:16 |
| 21 | stated that.  And for Samsung, this is the phone. | 02:10:19 |
| 22 | It's a Samsung Android phone, like it's been since | 02:10:23 |
| 23 | the very first one we got. | 02:10:31 |
| 24 | Q.  But, Ms. Harvey, you said you were stuck | 02:10:32 |
| 25 | with Google. | 02:10:35 |

Page 152

```
 1                Why are you stuck with Google?           02:10:36

 2        A.   Because I like Samsung and Samsung is       02:10:38

 3   Android.                                              02:10:41

 4             MR. LEE:  Hey, guys, I think we should      02:10:41

 5   take five.  I think Ms. Harvey's getting a little     02:10:45

 6   tired.  We can have a short break since we've only    02:10:46

 7   gone -- I don't know -- I think 50.  But I think      02:10:49

 8   it's a good time to stretch our legs a little bit.    02:10:51

 9             MR. MATEEN:  That's fine.                   02:10:55

10             MR. LEE:  Thanks.                           02:10:56

11             THE VIDEO OPERATOR:  Going off the record.  02:10:57

12   The time is 2:10 p.m. p.m.                            02:10:58

13             (Off the record at 2:10 p.m. and back on    02:11:05

14              the record at 2:19 p.m.)                   02:19:41

15             THE VIDEO OPERATOR:  On the record.  The    02:19:44

16   time is 2:19 p.m.                                     02:19:45

17   BY MR. MATEEN:                                        02:19:46

18        Q.   Ms. Harvey, do you still have Exhibit 11    02:19:58

19   open?                                                 02:19:59

20        A.   Yes.                                        02:20:00

21        Q.   Do you remember receiving this e-mail?      02:20:07

22        A.   I can't recall.  I'm thinking -- when did   02:20:09

23   you state it was from?                                02:20:14

24        Q.   It says at the top that it was sent on      02:20:17

25   December 15, 2021.                                    02:20:20
```

Veritext Legal Solutions
866 299-5127

```
1        A.    I believe that's the one time that I        02:20:22

2   turned on the computer, but I can't be sure.          02:20:24

3        Q.    Did you go through the privacy checkup      02:20:34

4   that's listed in Step 1?                              02:20:36

5        A.    In Step 1, no.  But I've been in my         02:20:38

6   account numerous times.  Like I said, I'm not sure    02:20:41

7   about this e-mail, but I've seen this before and      02:20:43

8   it's logging in to the computer.  So if I've got the  02:20:46

9   e-mail address on the phone, I've got the account on  02:20:48

10  my phone, and I would have been doing it on my        02:20:51

11  phone.  I don't access the computer.                  02:20:53

12       Q.    And have you gone through Google's privacy  02:20:55

13  checkup on the phone?                                 02:20:58

14       A.    When I get that, yes.  But I normally go    02:21:01

15  into my account and check on my settings repeatedly.  02:21:03

16       Q.    Okay.  We can take this exhibit down.  I'm  02:21:06

17  going to introduce a new one.                         02:21:49

18            (Whereupon Exhibit 12 was marked for        02:21:58

19             identification.)                           02:21:58

20  BY MR. MATEEN:                                        02:23:56

21       Q.    I've introduced an exhibit marked          02:23:57

22  Exhibit 12.  Ms. Harvey, let me know when you've      02:23:59

23  taken a look.                                         02:24:02

24            (Witness reviewing document.)               02:24:04

25            THE WITNESS:  Go ahead.                      02:24:42
```

```
1    BY MR. MATEEN:                                    02:24:42

2         Q.   Have you checked this page before?      02:24:43

3         A.   Why would I have?  I've turned my        02:24:45

4    ad personalization off.  I wouldn't need to look at  02:24:48

5    this because I thought it was off.                02:24:50

6         Q.   Are you saying that you've never checked  02:24:55

7    your ad settings on your Google accounts?          02:24:57

8         A.   I go in and check the settings to make   02:25:00

9    sure everything is marked to off.  Do not want     02:25:01

10   personalized ads.                                 02:25:16

11        Q.   If you look at the paragraph underneath  02:25:58

12   "How your ads are personalized," it says:  "Ads are  02:25:59

13   based on personal info you've added to your Google  02:26:02

14   account, data from advertisers that partner with   02:26:05

15   Google, and Google's estimation of your interests.  02:26:08

16   Choose any factor to learn more or update your     02:26:10

17   preferences."                                     02:26:12

18          And then there's a link that says:  "Learn  02:26:13

19   how to control the ads you see."                  02:26:15

20          Do you know if you've ever clicked this     02:26:17

21   link?                                             02:26:20

22          MR. LEE:  Hold on.                          02:26:20

23          Objection.  Lack of foundation.  She said   02:26:20

24   she's never seen this before.                     02:26:22

25   ///
```

```
 1   BY MR. MATEEN:                              02:26:28

 2        Q.   You can answer.                   02:26:28

 3        A.   There is a button that turns off ad    02:26:29

 4   personalization.  Why would I go to this page if I    02:26:34

 5   thought it was off?                         02:26:37

 6             MR. LEE:  Counsel, can you represent a    02:26:50

 7   date of this screen that's Exhibit 12?      02:26:52

 8             MR. MATEEN:  Yes.  This should be from    02:26:54

 9   October 2022.                               02:26:55

10             MR. LEE:  Okay.  And do you know when it    02:26:59

11   was first available?                        02:27:05

12             MR. MATEEN:  We can get back to you.    02:27:14

13   Regardless, we can move on.                 02:27:15

14             MR. LEE:  Okay.  I object to the use of    02:27:16

15   this document in its entirety for lack of foundation    02:27:16

16   and your failure to identify the timing of this    02:27:18

17   document.                                   02:27:24

18             Do I have a standing objection on that?    02:27:25

19             MR. MATEEN:  Sure.                02:27:27

20             MR. LEE:  Okay.  Thanks.          02:27:28

21             (Whereupon Exhibit 13 was marked for    12:06:25

22              identification.)                 12:06:25

23   BY MR. MATEEN:                              02:27:31

24        Q.   I just introduced an exhibit that's marked    02:28:47

25   Exhibit 13.                                 02:28:50
```

Page 156

| | | |
|---|---|---|
| 1 | Ms. Harvey, let me know when you've taken | 02:28:57 |
| 2 | a look at it.  And I understand it might be a little | 02:28:58 |
| 3 | small, and so if you need to make it bigger, you can | 02:29:02 |
| 4 | ask Mr. Lee to see any component of it. | 02:29:06 |
| 5 | (Off-the-record discussion.) | 02:29:26 |
| 6 | MR. LEE:  Hold on one second.  We had a | 02:30:28 |
| 7 | technical issue. | 02:30:30 |
| 8 | MR. MATEEN:  No worries. | 02:30:31 |
| 9 | (Off-the-record discussion.) | 02:30:40 |
| 10 | MR. LEE:  I think we're ready to go, | 02:30:50 |
| 11 | Mr. Mateen. | 02:30:52 |
| 12 | BY MR. MATEEN: | 02:30:53 |
| 13 | Q.  Ms. Harvey, this is a chart of information | 02:30:54 |
| 14 | provided to Google for your ██████@gmail.com. | 02:30:55 |
| 15 | Google has records of your WAA, sWAA, and GAP | 02:31:00 |
| 16 | settings that are reflected in this chart.  And the | 02:31:03 |
| 17 | information within this chart has been produced to | 02:31:05 |
| 18 | your counsel. | 02:31:08 |
| 19 | So I just want to walk through different | 02:31:09 |
| 20 | components of this chart and what your settings have | 02:31:14 |
| 21 | been for your ██████@gmail.com account. | 02:31:18 |
| 22 | MR. LEE:  Before we do that, I just want | 02:31:26 |
| 23 | to make clear.  You're not saying that you produced | 02:31:27 |
| 24 | this document to you, are you? | 02:31:29 |
| 25 | MR. MATEEN:  We did not produce the | 02:31:31 |

Page 157

```
 1    specific document to you, but everything inside of      02:31:33

 2    it has been produced.                                   02:31:35

 3            MR. LEE:  The data has been produced, is        02:31:36

 4    what you're saying.                                     02:31:39

 5            MR. MATEEN:  The data has been produced,        02:31:40

 6    yes.                                                    02:31:41

 7            MR. LEE:  Okay.  Go ahead.                      02:31:42

 8    BY MR. MATEEN:                                          02:31:45

 9        Q.  Ms. Harvey, we have here the account           02:31:46

10    creation date for your ███████@gmail.com account is    02:31:49

11    October 5th, 2009.                                      02:31:54

12            Does this sound about right?                    02:31:56

13        A.  Say that one more time.                         02:31:59

14        Q.  We have the account creation date for your     02:32:01

15    ███████@gmail.com as October 5th, 2009.                02:32:05

16            Does that sound correct?                        02:32:14

17        A.  No, it's not.  I didn't have the account       02:32:15

18    until 2010.  And that's what I've been told by         02:32:18

19    Google too.                                             02:32:21

20        Q.  And when in 2010 did you create the            02:32:21

21    account?                                                02:32:24

22        A.  I can't tell you exactly, but I know it        02:32:25

23    was 2010.                                               02:32:26

24        Q.  How do you know that it was 2010?              02:32:31

25        A.  Because Google told me.                         02:32:34
```

Page 158

|   |   |   |
|---|---|---|
| 1 | Q.   When did Google tell you? | 02:32:35 |
| 2 | A.   I can't give you the exact date, but I | 02:32:37 |
| 3 | asked -- asked and answered. | 02:32:40 |
| 4 | Q.   Why did you ask Google when your account | 02:32:46 |
| 5 | was created? | 02:32:48 |
| 6 | A.   Because of the things that went on before, | 02:32:49 |
| 7 | I wanted to see how long I had had the account.  So | 02:32:50 |
| 8 | I asked them when was the account created, and they | 02:32:52 |
| 9 | told me.  They never said 2009. | 02:32:55 |
| 10 | Now, I had a Yahoo in '9, but I didn't | 02:32:57 |
| 11 | have a Gmail. | 02:33:00 |
| 12 | Q.   Do you know who at Google you asked when | 02:33:04 |
| 13 | your account was created? | 02:33:05 |
| 14 | A.   No. | 02:33:08 |
| 15 | Q.   So we have a record that your account had | 02:33:21 |
| 16 | WAA, Web & App Activity, toggled on on October 5th, | 02:33:24 |
| 17 | 2009. | 02:33:32 |
| 18 | A.   When did the button get created? | 02:33:36 |
| 19 | Q.   Do you remember turning WAA on on | 02:33:47 |
| 20 | October 5th, 2009? | 02:33:50 |
| 21 | A.   I think what I just stated was:  When did | 02:33:52 |
| 22 | the button get created?  Because I didn't find out | 02:33:54 |
| 23 | till after all my issues, so how could I turn it on | 02:33:57 |
| 24 | and off if I didn't know about it?  And if I | 02:34:02 |
| 25 | definitely didn't have an account in 2009, how could | 02:34:04 |

Page 159

```
 1    I toggle it on or off?                              02:34:07

 2        Q.   So are you telling me that you did not     02:34:10

 3    toggle it on on October 5th, 2009?                  02:34:15

 4        A.   I think I just told you I did not have the 02:34:18

 5    account in 2009 per Google.  So where are these     02:34:20

 6    records coming from?                                02:34:23

 7        Q.   You also have listed here that you turned  02:34:29

 8    it on on January 28, 2012.                          02:34:31

 9             Do you remember toggling it on --          02:34:37

10        A.   No.                                        02:34:39

11        Q.   -- on January 28, 2012?                    02:34:40

12        A.   As I stated, I didn't find out about the  02:34:42

13    button until after 2013.  It would have been after 02:34:45

14    August 8, 2014, actually.                           02:34:49

15        Q.   So are you telling me you did not turn it  02:34:51

16    on --                                               02:34:53

17             MR. LEE:  Asked and answered.              02:34:54

18    BY MR. MATEEN:                                      02:34:55

19        Q.   -- on October -- strike that.              02:34:56

20             Are you telling me that you did not turn   02:34:57

21    WAA on on January 28, 2012?                         02:35:01

22        A.   I think I just stated I didn't know about 02:35:05

23    it until 2014.  It would have been after that date. 02:35:07

24        Q.   It looks like you paused WAA on           02:35:17

25    September 12, 2014.                                 02:35:20
```

                                                          Page 160

```
 1              Do you remember pausing WAA --        02:35:23

 2      A.   Yes.                                     02:35:24

 3      Q.   -- in September of 2014?                 02:35:26

 4      A.   Yes.                                     02:35:27

 5      Q.   And why did you turn it -- why did you   02:35:30

 6   pause it on September 12, 2014?                  02:35:33

 7      A.   Because I had just found out about all the   02:35:37

 8   charges to my account, and I didn't want anybody to   02:35:39

 9   be in control of my information when I felt I should   02:35:41

10   be in control of it.  The button said I could be in   02:35:43

11   control if toggled it off, so it got toggled off.   02:35:46

12      Q.   Do you think that the unauthorized charges   02:35:52

13   were a result of web and app activity being       02:35:53

14   collected through the Web & App Activity toggle?   02:35:56

15              MR. LEE:  Objection to form.           02:35:59

16   Mischaracterizes her prior testimony.             02:36:00

17              Go ahead.                              02:36:03

18   BY MR. MATEEN:                                    02:36:03

19      Q.   You can answer.                          02:36:03

20      A.   I have no clue.  I was never told what   02:36:04

21   happened.  But that issue has been resolved.  It has   02:36:07

22   nothing to do with this.  I turned it off because it   02:36:10

23   said Google couldn't collect my information.  And   02:36:13

24   that's the date I turned it off in 2014 because I   02:36:24

25   found out a month prior.                          02:36:27
```

Page 161

```
1        Q.   If you look a little further down this          02:36:29

2   chart, you can see that you turned WAA on on             02:36:31

3   January 26, 2016.                                        02:36:38

4        Do you remember turning it on on                    02:36:42

5   January --                                               02:36:44

6        A.   No.                                            02:36:44

7        Q.   -- 26, 2016?                                   02:36:45

8        A.   No.                                            02:36:46

9        Q.   Do you know who might have turned it on on     02:36:52

10  January 26, 2016?                                        02:36:54

11       A.   No.  I wasn't aware it was on.                 02:36:56

12       Q.   Was there anybody in January 2016 that         02:36:59

13  might have had access to this Gmail account?             02:37:01

14       A.   No.                                            02:37:05

15            MR. LEE:  Other than Google?                   02:37:06

16            THE WITNESS:  Not that I gave permission       02:37:08

17  to.  And I definitely didn't give permission to          02:37:09

18  Google.                                                  02:37:13

19  BY MR. MATEEN:                                           02:37:27

20       Q.   I can see that you paused                      02:37:28

21  Web & App Activity on February 24, 2017.                 02:37:31

22       Do you remember pausing it in                       02:37:37

23  February 2017?                                           02:37:39

24       A.   No, I do not.  Sort of wondering if that's     02:37:40

25  maybe when I switched the device or something and it     02:37:43
```

Page 162

| | | |
|---|---|---|
| 1 | just automatically defaulted.  Because I never | 02:37:46 |
| 2 | remember turning it completely off -- or on.  Sorry. | 02:37:48 |
| 3 | Q.   Did you purchase a new device in | 02:38:02 |
| 4 | January 2016? | 02:38:03 |
| 5 | A.   No, not -- not as far as I know.  But I | 02:38:04 |
| 6 | might have switched devices because the prior one, | 02:38:06 |
| 7 | the screen got cracked.  I have that problem.  I | 02:38:08 |
| 8 | crack my screens. | 02:38:12 |
| 9 | Q.   In January 2016, when you might have | 02:38:19 |
| 10 | switched devices -- strike that. | 02:38:21 |
| 11 | Whenever you switched the device, did you | 02:38:23 |
| 12 | check your Web & App Activity status? | 02:38:33 |
| 13 | A.   Well, I would think because it's done | 02:38:35 |
| 14 | through your account that it would stay the same. | 02:38:37 |
| 15 | Wouldn't matter what device you were on.  As long as | 02:38:41 |
| 16 | you had it off on your account, Google wouldn't be | 02:38:44 |
| 17 | collecting. | 02:38:48 |
| 18 | Q.   Looks like you turned it on -- strike | 02:38:50 |
| 19 | that. | 02:38:53 |
| 20 | It looks like you turned | 02:38:54 |
| 21 | Web & App Activity on on March 8, 2018. | 02:38:56 |
| 22 | Do you remember doing that? | 02:39:01 |
| 23 | A.   No. | 02:39:02 |
| 24 | Q.   And then it looks like you turned | 02:39:16 |
| 25 | Web & App Activity -- strike that. | 02:39:20 |

Page 163

| | | |
|---|---|---|
| 1 | It looks like you paused | 02:39:25 |
| 2 | Web & App Activity on April 5th, 2018. | 02:39:28 |
| 3 | Do you recall pausing Web & App Activity | 02:39:33 |
| 4 | on April 5th, 2018? | 02:39:35 |
| 5 | A.   No. | 02:39:37 |
| 6 | Q.   And it looks like your Web & App Activity | 02:39:55 |
| 7 | turned back on on July 22nd, 2018. | 02:39:57 |
| 8 | Do you remember turning it on on | 02:40:02 |
| 9 | July 22nd, 2018? | 02:40:05 |
| 10 | A.   No. | 02:40:07 |
| 11 | Q.   Did anyone in July of 2018 have access to | 02:40:16 |
| 12 | your accounts? | 02:40:19 |
| 13 | A.   No.  I don't give people access to my | 02:40:20 |
| 14 | accounts.  Well, of course, Google has access to it | 02:40:23 |
| 15 | unbeknownst to me. | 02:40:25 |
| 16 | Q.   Is there any person who you've shared your | 02:40:28 |
| 17 | devices with that might have had access to your | 02:40:29 |
| 18 | accounts? | 02:40:33 |
| 19 | A.   No. | 02:40:33 |
| 20 | Q.   And then it looks like you turned | 02:40:38 |
| 21 | Web & App Activity off on July 6, 2019. | 02:40:42 |
| 22 | Do you remember doing that? | 02:40:47 |
| 23 | A.   No. | 02:40:49 |
| 24 | Q.   Is it fair to say that there wasn't | 02:40:51 |
| 25 | anybody who had access to your account -- | 02:40:53 |

Page 164

```
 1        A.   No.                                       02:40:56

 2        Q.   -- on July 6, 2018?                       02:40:56

 3        A.   No.                                       02:40:57

 4             The only time that this -- it might have  02:40:59

 5   been paused or turned -- made it to where it was on 02:41:02

 6   was when my mom passed away in September of '17.    02:41:05

 7   And I've already looked on here; it's not on there. 02:41:08

 8   So I didn't do it then either.                      02:41:12

 9        Q.   Why would it have been on when your mom   02:41:17

10   passed away in September 2017?                      02:41:19

11             MR. LEE:  One second, Mr. Mateen.         02:41:22

12             You represented to us that you've provided 02:41:24

13   the data that's in -- that's reflected in this      02:41:29

14   document that has not been produced to us, but we're 02:41:32

15   having a hard time tracking some of this information 02:41:36

16   down.                                               02:41:39

17             Can you provide the Bates numbers for the 02:41:39

18   documents that support this Exhibit 13, please?     02:41:41

19             MR. MATEEN:  We can send them during a    02:41:48

20   break.                                              02:41:49

21             MR. LEE:  Okay.  To the extent this       02:41:50

22   contains data that hasn't been produced to us,      02:41:53

23   obviously I object to the use of the document.      02:41:56

24             MR. MATEEN:  That's fair.                 02:41:59

25             MR. LEE:  Go ahead.  Sorry about that.    02:42:00
```

Page 165

```
 1              MR. MATEEN:  No worries.                02:42:01

 2   BY MR. MATEEN:                                     02:42:02

 3       Q.   So it looks like on September 10th,       02:42:04

 4   2021 -- strike that.                               02:42:09

 5            Actually, Ms. Harvey, you mentioned that  02:42:10

 6   your Web & App Activity might have been on when your  02:42:14

 7   mother passed away; is that correct?               02:42:17

 8       A.   Yes.                                      02:42:19

 9       Q.   And why do you believe your               02:42:23

10   Web & App Activity might have been on --           02:42:25

11       A.   I was looking for --                      02:42:26

12       Q.   -- when your mother passed away?          02:42:27

13       A.   I was looking for cancer cures.           02:42:29

14       Q.   And you testified earlier that you        02:42:34

15   received a targeted ad related to cancer; is that  02:42:36

16   correct?                                           02:42:40

17       A.   After it was turned back off.  Because I  02:42:40

18   turned it back off immediately.                    02:42:43

19       Q.   So you did have it on?                    02:42:45

20       A.   That date's not on this paper.            02:42:47

21            So I'm not sure whose information this is,  02:42:54

22   but it's not mine.  Because you would at least have  02:42:56

23   something around September of 2017 showing that I  02:43:04

24   turned it on for a few days maybe, and that's a big  02:43:07

25   guess.  But that date is nowhere on here.          02:43:10
```

Veritext Legal Solutions
866 299-5127

```
1          Q.   Do you know which e-mail -- I'm sorry.  I      02:43:14

2     didn't -- I cut you off.                                 02:43:16

3               MR. LEE:  Were you done with your answer?      02:43:23

4               THE WITNESS:  Yeah.  There's no other date     02:43:24

5     that it would be there.  And if it's on one of the       02:43:26

6     other accounts, why isn't that document being            02:43:28

7     produced?  Because I've had my Web & App Activity         02:43:31

8     off.                                                     02:43:33

9          There was only one time that I went in,            02:43:34

10    hoping to God that I might see something different        02:43:36

11    and I didn't.  So I shut it back because I didn't         02:43:39

12    want anybody collecting my information.                   02:43:42

13              MR. LEE:  And just to make sure that you       02:43:44

14    guys aren't talking past each other, Ms. Harvey,         02:43:45

15    this is just one of your accounts.  Mr. Mateen may       02:43:48

16    have --                                                  02:43:51

17              THE WITNESS:  Okay.                            02:43:51

18              MR. LEE:  -- other information on other        02:43:51

19    accounts.                                                02:43:52

20              THE WITNESS:  Okay.  Yeah, it's not here.      02:43:53

21    And I did not toggle back and forth on ███████           02:43:54

22    because I stayed away from this account as far as I      02:44:00

23    could.                                                   02:44:04

24    BY MR. MATEEN:                                           02:44:05

25         Q.   So, to be clear, after receiving that         02:44:24
```

Page 167

| | | |
|---|---|---|
| 1 | targeted ad related to cancer, you checked your | 02:44:26 |
| 2 | Web & App Activity settings on whichever account you | 02:44:29 |
| 3 | were using? | 02:44:31 |
| 4 | A.   I checked it on my device, whatever -- | 02:44:31 |
| 5 | whatever -- whichever one came up.  And it would | 02:44:33 |
| 6 | have been August/September 2017.  Found out | 02:44:36 |
| 7 | August 1st.  She passed away September 28.  So it | 02:44:42 |
| 8 | would be a day maybe during that time. | 02:44:47 |
| 9 | Q.   And when you checked, was | 02:44:56 |
| 10 | Web & App Activity toggled on? | 02:44:58 |
| 11 | A.   I turned it off and I turned it back | 02:45:00 |
| 12 | off -- or turned it -- turned the Web & App Activity | 02:45:02 |
| 13 | off.  Turned it on maybe, like I said, for like a | 02:45:04 |
| 14 | day, maybe even a few hours, and then turned it back | 02:45:08 |
| 15 | off immediately.  Because I didn't get any | 02:45:11 |
| 16 | information that was correct. | 02:45:13 |
| 17 | Q.   Why did you turn it on? | 02:45:15 |
| 18 | A.   Because I wanted to see if maybe I got a | 02:45:18 |
| 19 | different ad -- or not ad but a different thing | 02:45:21 |
| 20 | under the search, and I did not.  So I turned it | 02:45:24 |
| 21 | back off because it didn't do any good. | 02:45:27 |
| 22 | Q.   So if we look at this chart, it looks like | 02:45:40 |
| 23 | you turned Web & App Activity on with this ███████ | 02:45:43 |
| 24 | account on September 10, 2021. | 02:45:50 |
| 25 | Do you remember doing that? | 02:45:53 |

Page 168

```
 1        A.    No.                                        02:45:54

 2        Q.    Fair to say that nobody had access to your   02:45:56

 3   account --                                           02:45:58

 4        A.    No.                                        02:45:58

 5        Q.    -- on September 10, 2021?                  02:45:59

 6        A.    No.  Nobody has this phone, and this is    02:46:02

 7   the only phone that that e-mail address is on.       02:46:04

 8              I don't even believe it was on my last    02:46:17

 9   one.                                                 02:46:20

10        Q.    And then it looks like the                 02:46:25

11   Web & App Activity was paused on September 15, 2021.  02:46:27

12              Fair to say that you don't remember doing  02:46:32

13   that?                                                02:46:34

14        A.    No, I do not.                             02:46:35

15        Q.    Fair to say, like before, nobody had       02:46:37

16   access to your account on September 15, 2021?        02:46:40

17        A.    As far as I know, no.                     02:46:43

18        Q.    Okay.  Thank you.                         02:46:45

19        A.    I don't recall any of these dates, but I  02:46:46

20   know I don't recall before 2010.  From what I was    02:46:48

21   told by Google, I didn't have an account before      02:46:54

22   2010.  Unless they weren't telling me the truth.     02:46:57

23        Q.    I want to move on to your sWAA status.     02:47:06

24   So, as a reminder, sWAA is the subsetting underneath  02:47:08

25   "WAA" within the box.                                02:47:14
```

Page 169

```
 1              Do you remember that?                  02:47:16

 2    A.    Yes.                                       02:47:17

 3          MR. LEE:  The thing that grays.            02:47:17

 4          THE WITNESS:  Uh-huh.                      02:47:19

 5          MR. LEE:  Yeah.                            02:47:20

 6  BY MR. MATEEN:                                     02:47:20

 7    Q.    So we have here that your sWAA was paused  02:47:22

 8  in March 23rd, 2015.                               02:47:27

 9          Do you remember that?                      02:47:34

10    A.    I need to ask a question.                  02:47:34

11          If the Web & App Activity button turns it  02:47:36

12  off and grays that out, where do you show that I   02:47:38

13  turned it back on to where it wouldn't gray it out 02:47:43

14  to where I could shut that down?  Because          02:47:45

15  Web & App Activity button won't let you select that. 02:47:48

16  If it's off, it's gray.                            02:47:59

17    Q.    So is it fair to say that you do not       02:48:04

18  remember pausing your sWAA button on March 23rd,   02:48:05

19  2015?                                              02:48:09

20    A.    There's no way to do that.  If my          02:48:10

21  Web & App Activity's off, the rest of them are off, 02:48:12

22  too, because you can't check them.  It's gray.     02:48:15

23    Q.    So we have here that you turned sWAA, that  02:48:19

24  subsettings button, on on March 27, 2015.          02:48:32

25          Do you remember doing so?                  02:48:38
```

Page 170

```
 1        A.   How could I do that if my              02:48:40

 2   Web & App Activity was off?                      02:48:42

 3           MR. LEE:  I'm just -- I'm going to object 02:48:44

 4   here.  Continuing characterization of this document.  02:48:45

 5   You're mischaracterizing the document.            02:48:49

 6   BY MR. MATEEN:                                    02:48:51

 7        Q.   You can answer.                         02:48:53

 8           MR. LEE:  She already answered.          02:48:54

 9   BY MR. MATEEN:                                    02:48:56

10        Q.   Your account's sWAA status paused on   02:49:18

11   May 2nd, 2015.                                    02:49:25

12           Do you know why that might be?           02:49:26

13        A.   If my Web & App Activity is off -- and I'm  02:49:28

14   telling you it's been off from the start -- I can't  02:49:30

15   make that option to do anything to do with it if  02:49:33

16   Web & App Activity is off.  It won't allow you to.  02:49:37

17   It's gray.                                        02:49:40

18        Q.   If you go further down this list, it looks  02:50:42

19   like your account's sWAA status was toggled on on  02:50:46

20   January 26, 2016.                                 02:50:54

21           Do you know why that might be?           02:50:57

22        A.   I will answer the same way again.      02:51:00

23   Web & App Activity is off, then I can't make an   02:51:02

24   option on those settings because it's gray.       02:51:05

25        Q.   So just looking over at what your      02:51:11
```

Page 171

```
 1    Web & App Activity status was, it looks like your        02:51:14

 2    Web & App Activity status also turned on on             02:51:18

 3    January 26, 2016, and your sWAA status also turned      02:51:19

 4    on on January 26, 2016.                                 02:51:23

 5          Do you have a reason why that might be?           02:51:26

 6      A.   No, I do not, because I didn't turn it           02:51:28

 7    back on.                                                02:51:30

 8      Q.   And so you don't know why your sWAA status       02:51:51

 9    paused on February 24, 2017?                            02:51:56

10      A.   No, I do not, because I had                      02:52:01

11    Web & App Activity off.  That sWAA setting you're       02:52:02

12    talking about, when Web & App Activity is off is        02:52:06

13    gray.  I can't check anything.                          02:52:09

14          And to tell you the truth, I've never            02:52:10

15    checked those boxes, ever.  Web & App Activity goes     02:52:13

16    off, they're gray.  I don't think about them because    02:52:16

17    I can't do anything with them.  I can't put a check     02:52:18

18    mark on them.  I can't do anything.  And I turn mine    02:52:21

19    off.                                                    02:52:25

20      Q.   So you don't know why your account sWAA          02:52:33

21    status turned on on July 22nd, 2018?                    02:52:36

22          MR. LEE:  Asked and answered.                    02:52:40

23    BY MR. MATEEN:                                          02:52:41

24      Q.   You can answer.                                  02:52:45

25      A.   I'm going to answer the exact same way.          02:52:46
```

Page 172

```
 1    I've had my Web & App Activity off.  There's no way      02:52:49

 2    for me to change those settings.                         02:52:51

 3         Q.   And so it's fair to say that you don't         02:52:57

 4    know why your sWAA status paused on July 6, 2019?        02:52:58

 5         A.   I just -- as I just stated, I didn't turn      02:53:06

 6    my status back on.  I -- that's not something I want     02:53:09

 7    to do.                                                   02:53:12

 8              The only time I remember doing that was        02:53:12

 9    when my mom was sick in 2017.  Other than that,          02:53:15

10    Web & App Activity has been turned off.  And I           02:53:18

11    didn't have to worry about the other settings            02:53:21

12    because you can't.  All my settings were off.            02:53:23

13         Q.   Which e-mail address were you using            02:53:33

14    primarily when your mom was sick?                        02:53:35

15         A.   Probably ██████████.                           02:53:39

16              But I can't say for sure.  I'm thinking        02:53:45

17    it's that one.                                           02:53:47

18         Q.   Did you use ████████?                          02:53:55

19         A.   I can't tell you it wasn't on the device,      02:53:59

20    but that wasn't one that I wanted to use.  The only      02:54:00

21    reason it would have ever been on my device is so        02:54:04

22    that I could get documents.  Because, of course,         02:54:07

23    that's the oldest account.                               02:54:10

24         Q.   If you look at the next column, it shows       02:54:19

25    your GAP status.  That's Ads Personalization.  It        02:54:21
```

Page 173

```
 1    says that you paused it on February 1st, 2016.        02:54:24

 2           Do you remember doing that?                    02:54:31

 3       A.   I'm going to make it easy for you.  I shut    02:54:34

 4    it off, and I never turned it back on.  I can't give  02:54:36

 5    you the dates I shut it off, but I shut it off.  It    02:54:39

 6    was about the same time I found out about the         02:54:42

 7    Web & App Activity button.                            02:54:44

 8       Q.   Fair enough.                                  02:54:46

 9           Let me introduce a new exhibit.                02:55:00

10           (Whereupon Exhibit 14 was marked for           12:06:25

11            identification.)                              12:06:25

12    BY MR. MATEEN:                                        02:55:02

13       Q.   I have introduced a new exhibit.  And, for    02:56:13

14    the record, this is from plaintiffs' production,      02:56:15

15    Bates Number 0004455.                                 02:56:17

16           Ms. Harvey, just let me know when you've       02:56:32

17    taken a look.                                         02:56:33

18           (Witness reviewing document.)                  02:56:35

19           THE WITNESS:  Yes, I see it.                   02:56:36

20    BY MR. MATEEN:                                        02:57:00

21       Q.   Do you recognize this e-mail?                 02:57:02

22       A.   Yeah, I downloaded my data.                   02:57:03

23       Q.   Can you tell me what "download your data"     02:57:05

24    is?                                                   02:57:07

25       A.   It takes all the information that's on my     02:57:07
```

Page 174

```
1    account and downloads it to a file.                02:57:11

2        Q.    How often do you download your data?      02:57:18

3        A.    At the time, I was doing it quite         02:57:20

4    regularly.  Basically every time Google changed the 02:57:22

5    privacy settings.                                   02:57:27

6        Q.    And why were you doing it frequently?     02:57:33

7        A.    Every time the privacy settings were      02:57:35

8    changed, I did it.  That's what I just said.        02:57:37

9        Q.    And why did you download your data every  02:57:43

10   time the privacy settings were changed?             02:57:46

11       A.    What do you mean?  I wanted to make sure I 02:57:49

12   had a copy of it because I had a boatload of         02:57:51

13   transactions that were deleted out of Google, and I 02:57:54

14   wanted to make sure to have the records for it.      02:57:55

15       Q.    So this e-mail lists a number of Google    02:58:27

16   services?                                            02:58:29

17       A.    Yes.                                       02:58:29

18       Q.    Did you use each of these services?        02:58:30

19       A.    Wait a minute.                             02:58:37

20       Q.    You can take a minute.                     02:58:37

21       A.    Yeah.                                       02:58:38

22             No My Business.  No Google Pay Send.  No   02:58:42

23   Google Pay.  No rewards.  No gift Cards.  No offers. 02:58:46

24             Google Play Music, I don't think so.       02:58:51

25             Google+, that's just a whole mess because  02:58:53
```

Page 175

```
 1   I didn't --                                         02:58:59

 2            MR. LEE:  I think it's Google+ Circles.    02:58:59

 3            THE WITNESS:  Circles, no.                 02:59:02

 4            MR. LEE:  Looks like there's no --         02:59:03

 5            THE WITNESS:  Yeah.                         02:59:05

 6            The Groups, GSuite Marketplace.            02:59:05

 7            (Reporter request for clarification.)      02:59:10

 8   BY MR. MATEEN:                                       02:59:10

 9       Q.  Ms. Harvey, just -- Ms. Harvey, are you     02:59:10

10   reading to yourself or are you answering?           02:59:11

11       A.  I'm reading out -- I'm just reading to      02:59:13

12   myself as I'm looking through these.                02:59:14

13       Q.  Okay.                                        02:59:16

14       A.  I'm sorry.                                   02:59:17

15            A good portion of these I never used and   02:59:39

16   that I'm -- I'm stating.                             02:59:43

17       Q.  Which ones did you never use?               02:59:48

18       A.  Okay.                                        02:59:51

19            MR. LEE:  Nice and slow for the court      02:59:52

20   reporter.  Okay?                                     02:59:53

21            THE WITNESS:  Okay.  Let me make this a    02:59:53

22   little bit bigger just because that I know -- okay.  02:59:54

23   I'm not sure what the plus ones is.                 03:00:06

24            Bookmarks, I probably bookmark things to   03:00:09

25   my page.                                             03:00:12
```

Page 176

| | | |
|---|---|---|
| 1 | Classroom, no. | 03:00:13 |
| 2 | Contacts, yes. | 03:00:15 |
| 3 | Google My Business, no.  I didn't have a | 03:00:19 |
| 4 | business. | 03:00:23 |
| 5 | Google Pay Send, no, I did not. | 03:00:24 |
| 6 | Google Pay, no, I did not. | 03:00:26 |
| 7 | Rewards, no.  Gift cards, no.  Offers, no. | 03:00:28 |
| 8 | Google Play Music.  I can't be sure I | 03:00:37 |
| 9 | haven't used Google Play Music, but I don't believe | 03:00:39 |
| 10 | I have. | 03:00:42 |
| 11 | Google+ Circles.  I did have | 03:00:43 |
| 12 | Google+ Circles, but I didn't really understand so I | 03:00:47 |
| 13 | didn't use. | 03:00:50 |
| 14 | Groups, no. | 03:00:51 |
| 15 | GSuite Marketplace, definitely not. | 03:00:52 |
| 16 | Handsfree, I don't understand what that | 03:00:56 |
| 17 | really is.  I don't get that. | 03:00:59 |
| 18 | Hangouts, no.  I think there was something | 03:01:03 |
| 19 | that was there, but I never used it. | 03:01:06 |
| 20 | Hangouts Air [sic], no. | 03:01:08 |
| 21 | Keep, don't know what it is. | 03:01:11 |
| 22 | Location History, yes. | 03:01:14 |
| 23 | Maps, yes. | 03:01:16 |
| 24 | My Maps, well, all I call it is Maps, so I | 03:01:19 |
| 25 | don't know.  Maybe I did. | 03:01:24 |

Page 177

| | | |
|---|---|---|
| 1 | Profile, well, if you mean -- I don't | 03:01:29 |
| 2 | really understand what Profile is by itself. | 03:01:31 |
| 3 | Profile to what? | 03:01:34 |
| 4 | Search Contributions, no. | 03:01:37 |
| 5 | Tasks, I don't believe I did. | 03:01:39 |
| 6 | Voice, I don't believe I did. | 03:01:41 |
| 7 | Blogger, I don't believe I -- I know I | 03:01:42 |
| 8 | didn't. | 03:01:45 |
| 9 | Calendar, I'd use my calendar. | 03:01:45 |
| 10 | Chrome, yes. | 03:01:48 |
| 11 | Classic Sites, I don't know what that is. | 03:01:49 |
| 12 | Drive, yes.  I'm sure I used Drive because | 03:01:52 |
| 13 | there's stuff that's in there. | 03:01:55 |
| 14 | Fit, I would say no. | 03:01:58 |
| 15 | Google Photos, yes. | 03:02:00 |
| 16 | Google Play Books, no. | 03:02:03 |
| 17 | Google Pages -- or + Pages, I might have | 03:02:07 |
| 18 | looked through it; but, no, it wasn't something that | 03:02:10 |
| 19 | I frequented. | 03:02:12 |
| 20 | Google Stream, the same thing.  Or | 03:02:13 |
| 21 | + Stream.  I don't know what that is. | 03:02:15 |
| 22 | Mail, yes. | 03:02:18 |
| 23 | My Activity, I would look at the activity, | 03:02:19 |
| 24 | but I believe that's where we shut off -- shut off | 03:02:24 |
| 25 | all the stuff.  So that's -- I don't know if you're | 03:02:27 |

Veritext Legal Solutions
866 299-5127

```
1    looking at My Activity.  I've looked at my map        03:02:30

2    activity and location, so I don't know if there's     03:02:33

3    something different than what I'm speaking of.         03:02:35

4           YouTube Data, I've looked at it, and it's       03:02:38

5    the one that's got the video from -- for a year and   03:02:40

6    a half after I was born.  It would be available for   03:02:43

7    you on the downloads.                                 03:02:46

8           So that's all that's listed.                   03:02:49

9    BY MR. MATEEN:                                        03:02:51

10       Q.   Thank you for listing through them.          03:02:51

11       A.   Okay.                                         03:02:54

12       Q.   Do you recall the contents of this           03:03:04

13   specific data download from April 5th, 2018?          03:03:05

14       A.   No.                                           03:03:11

15       Q.   I figured.                                    03:03:11

16           Do you recall the contents of any Google      03:03:12

17   download data?                                        03:03:16

18       A.   I -- not off the top of my head, no.  I --   03:03:17

19   I try not to go in and look at it because I -- I      03:03:19

20   don't understand a lot of it because it's not just    03:03:22

21   in a normal person's turf or in the way that you      03:03:25

22   look at it normally.  It's like weird stuff.  Code.   03:03:29

23   It's a different program or something where I can't   03:03:34

24   really see it.  It's not PDF like this is.            03:03:36

25       Q.   What sort of weird stuff are you             03:03:41
```

Page 179

```
 1   describing?                                          03:03:43

 2        A.   It looks like an HTML code.  It doesn't    03:03:44

 3   look like a normal page.                             03:03:47

 4             I hope I'm saying that right.  It doesn't  03:03:53

 5   look right.                                          03:03:57

 6        Q.   I understand what you're saying.           03:03:57

 7        A.   Yeah.  It doesn't read like this.          03:03:59

 8        Q.   Fair enough.                               03:04:01

 9             Do you remember the contents, though?  And 03:04:06

10   not the complete contents but -- strike that.        03:04:08

11   Sorry.                                               03:04:13

12             Have you reviewed any of your downloaded   03:04:38

13   data?                                                03:04:41

14        A.   Some of it, yes.                           03:04:42

15        Q.   From the some that you have reviewed, do   03:04:44

16   you remember any of its contents?                    03:04:48

17        A.   It showed weird information.  Like the     03:04:51

18   charges that show originally on the account didn't   03:04:53

19   match what it says the account said.                 03:04:58

20        Q.   I think I just missed what you -- can you  03:05:05

21   repeat that answer?  I just didn't hear you.         03:05:08

22        A.   The charges that were originally on the    03:05:10

23   account didn't match what the download said.  It     03:05:12

24   wasn't the same information.                         03:05:21

25        Q.   Did you notice any other discrepancies in  03:05:25
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | data downloads? | 03:05:30 |
| 2 | A.   Not off the top of my head, no.  That's | 03:05:31 |
| 3 | the main thing I was concerned about, to make sure | 03:05:32 |
| 4 | that the charges that I was originally told were | 03:05:35 |
| 5 | there were there and they weren't. | 03:05:37 |
| 6 | Q.   Do you remember ever seeing | 03:05:43 |
| 7 | Google Analytics activity -- | 03:05:45 |
| 8 | A.   No. | 03:05:47 |
| 9 | Q.   -- in a data download? | 03:05:47 |
| 10 | A.   No.  I don't know what that is, really, to | 03:05:49 |
| 11 | actually -- if it was going to be something that I | 03:05:51 |
| 12 | would open?  I'm -- it's -- to put it bluntly, I'm a | 03:05:53 |
| 13 | consumer.  I don't worry about developer side of | 03:05:55 |
| 14 | things because it's not for me to worry about. | 03:05:58 |
| 15 | As long as I know the information isn't | 03:06:04 |
| 16 | being taken, then -- I know some apps need some | 03:06:06 |
| 17 | information to keep running.  But when I tell Google | 03:06:10 |
| 18 | not to take my information, regardless where it's | 03:06:13 |
| 19 | coming from, they shouldn't take it. | 03:06:16 |
| 20 | Q.   Ms. Harvey, in the prior exhibit, we had a | 03:06:51 |
| 21 | record that ▉▉▉▉ WAA status turned on on | 03:06:54 |
| 22 | March 8, 2018, and paused on April 5th, 2018, which | 03:07:03 |
| 23 | is the date of this e-mail. | 03:07:12 |
| 24 | Do you know why that might be? | 03:07:20 |
| 25 | A.   No.  And I don't know why the charges that | 03:07:23 |

Page 181

| | | |
|---|---|---|
| 1 | were on the download didn't match the account.  I | 03:07:25 |
| 2 | don't know what Google's doing. | 03:07:28 |
| 3 | Q.    I'm going to introduce a new exhibit. | 03:07:57 |
| 4 | MR. LEE:  Yeah, don't do that. | 03:08:13 |
| 5 | THE WITNESS:  I got it. | 03:08:16 |
| 6 | (Off-the-record discussion.) | 03:08:17 |
| 7 | (Whereupon Exhibit 15 was marked for | 12:06:25 |
| 8 | identification.) | 12:06:25 |
| 9 | BY MR. MATEEN: | 03:09:52 |
| 10 | Q.    I introduced a new exhibit marked as | 03:09:52 |
| 11 | Exhibit 15.  Let me know when you've taken a look. | 03:09:55 |
| 12 | (Witness reviewing document.) | 03:10:15 |
| 13 | THE WITNESS:  Okay.  I see it. | 03:10:33 |
| 14 | BY MR. MATEEN: | 03:10:33 |
| 15 | Q.    This is the Google GAP personalization | 03:10:33 |
| 16 | status for your e-mail address ██████@gmail.com. | 03:10:35 |
| 17 | It shows here that your GAP status turned on on | 03:10:41 |
| 18 | August 1st, 2018, and then was paused on | 03:10:48 |
| 19 | January 1st, 2019. | 03:10:54 |
| 20 | Do you recall turning it on on August 1st, | 03:10:57 |
| 21 | 2018? | 03:11:01 |
| 22 | A.    Let me help you with this. | 03:11:02 |
| 23 | MR. LEE:  Hold on one second. | 03:11:04 |
| 24 | Mr. Mateen, is -- is this another document | 03:11:05 |
| 25 | that you're representing data was produced to us? | 03:11:07 |

Veritext Legal Solutions
866 299-5127

```
1    Because I don't see a Bates number on this.          03:11:11

2          MR. MATEEN:  Yes.  And we'll get you the        03:11:14

3    Bates during the break.                               03:11:15

4          MR. LEE:  Okay.  Great.  Thank you.             03:11:17

5          MR. MATEEN:  Uh-huh.                            03:11:19

6          THE WITNESS:  This account was created          03:11:21

7    when I got the phone on August 24, 2018.  So how      03:11:22

8    would you have August 1st, 2018, as on?  Not          03:11:29

9    possible.  Sorry.                                     03:11:40

10   BY MR. MATEEN:                                        03:11:41

11      Q.   How do you know the date you got the          03:11:41

12   phone?                                                03:11:43

13      A.   My dad bought it for my birthday the year     03:11:45

14   after my mom died, the day the phone came out.        03:11:50

15   That's when that account was created.                 03:11:57

16      Q.   When's your birthday?                         03:12:07

17      A.   August 24, 2000- -- yeah, 1968.               03:12:09

18          I turned 50 that year.  That's where the       03:12:28

19   ████████    comes from.                               03:12:34

20      Q.   And can you remind me what phone you          03:12:36

21   purchased?                                            03:12:38

22      A.   The Galaxy 9, S9 Note, whatever it was.       03:12:39

23      Q.   And did you say earlier that that was the     03:12:51

24   date that the Galaxy S9 came out?                     03:12:53

25      A.   It was the date that AT&T shipped it out.     03:12:56
```

Page 183

| | | |
|---|---|---|
| 1 | We received it on my birthday 2018, and it was | 03:12:58 |
| 2 | powered up that day. Didn't have this account yet. | 03:13:03 |
| 3 | Q. What do you mean when you say, "AT&T | 03:13:12 |
| 4 | shipped it out"? | 03:13:14 |
| 5 | A. Well, I'm sorry. It would have been | 03:13:15 |
| 6 | Verizon. Verizon sent us the phone -- whatever -- | 03:13:17 |
| 7 | let me think for 30 seconds. | 03:13:20 |
| 8 | It would have been Verizon. Verizon sent | 03:13:23 |
| 9 | it to us that day. We ordered two brand-new phones, | 03:13:25 |
| 10 | two Galaxy 9 -- S9s with the pen, got it for my | 03:13:28 |
| 11 | birthday, and received it on my birthday. | 03:13:32 |
| 12 | Q. Okay. Thank you. | 03:13:36 |
| 13 | Is it fair to say you don't recall pausing | 03:13:38 |
| 14 | your Ad Personalization status on January 1st, 2019? | 03:13:41 |
| 15 | A. No, I do not. And I didn't have the phone | 03:13:47 |
| 16 | on August 1st, 2018. Not possible. It wasn't | 03:13:49 |
| 17 | introduced on the market yet. | 03:13:59 |
| 18 | Q. You can take this exhibit down. | 03:14:07 |
| 19 | Ms. Harvey, I want to get your opinion on | 03:14:42 |
| 20 | a few different scenarios. | 03:14:44 |
| 21 | A. Okay. If I can. | 03:14:45 |
| 22 | Q. Let's say that you turned your | 03:14:52 |
| 23 | Ad Personalization toggle off. Assuming your | 03:14:53 |
| 24 | Ads Personalization toggle is off, Google doesn't | 03:14:57 |
| 25 | use any data collected from Google Analytics for | 03:15:01 |

Page 184

```
1    Firebase for targeted advertising.  But when it's      03:15:05

2    on, it can use that data in anonymized form and you     03:15:09

3    have Web & App Activity on.                             03:15:14

4          Let me know if that -- if you want me to          03:15:17

5    break that down a little bit.                           03:15:19

6          A.   Yeah, of course I do, because if I didn't    03:15:20

7    have it on, then -- I don't understand what you're      03:15:23

8    stating.                                                03:15:27

9          Q.   Ms. Harvey, I can --                         03:15:28

10          MR. LEE:  Let him -- let him -- let him --       03:15:30

11          THE WITNESS:  Okay.                              03:15:31

12          MR. LEE:  -- maybe try it again.                 03:15:31

13          THE WITNESS:  Okay.                              03:15:32

14          MR. LEE:  We --                                  03:15:32

15    BY MR. MATEEN:                                          03:15:33

16          Q.   Ms. Harvey, so for background, you can      03:15:34

17    turn Web & App Activity on, and you can turn           03:15:38

18    Ads Personalization off.  And so let's say that        03:15:41

19    you've turned Web & App Activity on, but you've        03:15:45

20    turned Ads Personalization off.                        03:15:50

21          So is it fair for Google to use -- strike        03:15:52

22    that, actually.                                        03:16:04

23          That's the background.  Web & App Activity       03:16:06

24    is on.  Ads Personalization off.                       03:16:07

25          MR. LEE:  And this is a hypothetical             03:16:10
```

Page 185

| | | |
|---|---|---|
| 1 | question, right, Mr. Mateen? | 03:16:13 |
| 2 | MR. MATEEN:  Yes, it is. | 03:16:14 |
| 3 | MR. LEE:  Okay. | 03:16:15 |
| 4 | BY MR. MATEEN: | 03:16:16 |
| 5 | Q.   Assume that Google isn't using | 03:16:28 |
| 6 | Google Analytics for Firebase data for targeted | 03:16:31 |
| 7 | advertising with WAA on and GAP off. | 03:16:35 |
| 8 | But when GAP is on, Google can use it; is | 03:16:41 |
| 9 | that fair? | 03:16:48 |
| 10 | MR. LEE:  Objection.  Compound.  Vague. | 03:16:50 |
| 11 | Incomplete hypothetical. | 03:16:50 |
| 12 | Answer if you understood his question. | 03:16:56 |
| 13 | THE WITNESS:  I did -- I -- it's off, so | 03:16:58 |
| 14 | how would I know?  I didn't want them doing it.  I | 03:17:00 |
| 15 | said no.  So how would I know?  If it's off, it's | 03:17:05 |
| 16 | off. | 03:17:08 |
| 17 | MR. LEE:  Do you need a break? | 03:17:50 |
| 18 | THE WITNESS:  Uh-huh. | 03:17:52 |
| 19 | MR. LEE:  I think Ms. Harvey is signaling | 03:17:52 |
| 20 | she wants to use the restroom. | 03:17:54 |
| 21 | MR. MATEEN:  Fair enough. | 03:17:58 |
| 22 | THE VIDEO OPERATOR:  Going off the record. | 03:18:02 |
| 23 | The time is 3:18 p.m. | 03:18:02 |
| 24 | (Off the record at 3:18 p.m. and back on | 03:18:05 |
| 25 | the record at 3:33 p.m.) | 03:33:54 |

Page 186

```
 1              THE VIDEO OPERATOR:  Back on the record.      03:33:55

 2   The time is 3:33 p.m.                                    03:33:56

 3   BY MR. MATEEN:                                           03:33:59

 4        Q.   Ms. Harvey, I'm introducing a new exhibit.    03:34:06

 5              MR. LEE:  Were you going to get us those      03:34:19

 6   Bates numbers?  I thought you said you were going to     03:34:20

 7   do that at the break.                                    03:34:23

 8              MR. MATEEN:  We're still running them         03:34:25

 9   down.                                                    03:34:27

10              MR. LEE:  Okay.  Thanks.                      03:34:27

11              (Off-the-record discussion.)                 03:34:48

12              (Whereupon Exhibit 16 was marked for         03:34:58

13               identification.)                            03:34:58

14   BY MR. MATEEN:                                           03:34:58

15        Q.   I have introduced a new exhibit as            03:34:59

16   Exhibit 16.  This is the Web & App Activity status      03:35:03

17   for ███████@gmail.com.                                  03:35:08

18              MR. MATEEN:  And, Mr. Lee, I can let you      03:35:13

19   know that the Bates number for this is 13598.           03:35:14

20              MR. LEE:  Okay.                               03:35:23

21   BY MR. MATEEN:                                           03:35:35

22        Q.   And, Ms. Harvey, just let me know when        03:35:35

23   you've taken a look.                                     03:35:38

24              (Witness reviewing document.)                03:35:39

25              THE WITNESS:  Taken a look at it.             03:35:41
```

```
 1    BY MR. MATEEN:                                    03:35:44

 2         Q.   So, Ms. Harvey, this is the            03:35:44

 3    Web & App Activity status of your                03:35:48

 4    ████████@gmail.com --                            03:35:51

 5         A.   Uh-huh.                                 03:35:54

 6         Q.   -- account.                             03:35:55

 7              As you can see here, it shows that your 03:35:57

 8    Web & App Activity -- strike that.               03:36:01

 9              As you can see here, it shows that the  03:36:05

10    Web & App Activity status of ██████@gmail.com is 03:36:10

11    toggled on on August 24, 2018, and then paused on 03:36:15

12    July 7, 2019.                                    03:36:21

13              Do you recall having Web & App Activity on 03:36:26

14    for this Gmail account?                          03:36:28

15         A.   No.  And I'm a little confused.  Why would 03:36:32

16    it be turned on twice a minute apart or -- what? -- 03:36:34

17    seconds apart?                                   03:36:38

18         Q.   Looks about a second apart.            03:36:39

19         A.   Yeah.  So why would that be done?  I   03:36:41

20    didn't turn it on in the first place.  I went in and 03:36:43

21    wanted it off originally.  So it would have been 03:36:47

22    actually turned off a second later rather than   03:36:49

23    turned on.  I can't turn it off twice without    03:36:53

24    turning it off first.                            03:36:55

25         Q.   And so you didn't turn Web & App Activity 03:37:01
```

Page 188

| | | |
|---|---|---|
| 1 | on on July 7, 2019? | 03:37:03 |
| 2 | A.   I don't remember any of this, no.  And, in | 03:37:09 |
| 3 | fact, I know on 7 -- what is it? -- 7/29/2020, it | 03:37:10 |
| 4 | was off at the time. | 03:37:15 |
| 5 | Q.   And why do you know? | 03:37:18 |
| 6 | A.   Because I have screenshots of it. | 03:37:20 |
| 7 | Q.   What specifically do you have screenshots | 03:37:25 |
| 8 | of? | 03:37:26 |
| 9 | A.   That it was off. | 03:37:27 |
| 10 | Q.   And when are the screenshots from? | 03:37:30 |
| 11 | A.   Excuse me? | 03:37:33 |
| 12 | Q.   When are those screenshots from? | 03:37:33 |
| 13 | A.   Actually, I think it's 7/30, which is | 03:37:36 |
| 14 | actually when I went in and looked. | 03:37:41 |
| 15 | Q.   7/30 of which year? | 03:37:44 |
| 16 | A.   2020. | 03:37:48 |
| 17 | So it was actually on on the 30th, and I | 03:37:57 |
| 18 | never turned it on or off.  And I have history for | 03:38:01 |
| 19 | that day, the 30th. | 03:38:10 |
| 20 | Q.   Did you give your attorneys those | 03:38:18 |
| 21 | screenshots? | 03:38:20 |
| 22 | A.   They're aware of them. | 03:38:21 |
| 23 | Q.   Did you give your attorney those | 03:38:45 |
| 24 | screenshots on July 30th? | 03:38:47 |
| 25 | MR. LEE:  Objection.  Mischaracterizes her | 03:38:51 |

Page 189

```
 1    testimony.                                          03:38:53

 2    BY MR. MATEEN:                                      03:38:53

 3         Q.   You can answer.                           03:38:56

 4              MR. LEE:  You know what?  The materials   03:39:19

 5    that you shared with counsel I think is privileged, 03:39:20

 6    so I'm going to direct you not to answer that       03:39:22

 7    question.                                           03:39:25

 8              THE WITNESS:  Okay.                        03:39:26

 9              MR. MATEEN:  James, do you know if you all 03:39:31

10    have produced those screenshots?                    03:39:32

11              MR. LEE:  I don't even know if we have     03:39:34

12    screenshots.  So, to me, right now, I don't -- I    03:39:36

13    don't -- I have no idea.                             03:39:38

14              THE WITNESS:  I'm not -- I'm not --        03:39:42

15              MR. MATEEN:  James, can you specify        03:39:53

16    specifically what you're claiming is privileged?    03:39:54

17              MR. LEE:  Your -- your question to her is  03:39:57

18    what -- what she sent to her lawyers.  And I think   03:39:59

19    that the materials shared between clients and        03:40:05

20    counsel are privileged, so I told her not to respond 03:40:08

21    to that.                                             03:40:14

22              Your -- your follow-up question was        03:40:15

23    directed at me, which is whether we produced         03:40:17

24    screenshots.  My response was I'm not aware of       03:40:21

25    screenshots, but I have to check with the whole      03:40:25
```

```
 1    team.                                              03:40:28

 2              MR. MATEEN:  Okay.  Thank you.           03:40:28

 3    BY MR. MATEEN:                                     03:40:40

 4        Q.   Ms. Harvey, why did you take screenshots  03:40:41

 5    on July 30, 2020?                                  03:40:45

 6              MR. LEE:  You can -- you can -- to the    03:40:46

 7    extent you can answer that without getting into    03:40:47

 8    discussions you had with your attorneys, you can   03:40:49

 9    answer.  But if you can't answer without divulging 03:40:51

10    discussions you had with your attorneys, then I    03:40:56

11    direct you not to answer.                          03:40:59

12              THE WITNESS:  Because I had a meeting that 03:41:01

13    day, and it was Zoom meeting and it's recorded.  But 03:41:02

14    the Web & App Activity was off.                    03:41:06

15    BY MR. MATEEN:                                     03:41:10

16        Q.   What was the meeting that you had July 30, 03:41:11

17    2020?                                              03:41:13

18        A.   With my attorneys.                        03:41:14

19             What date did you say?                    03:41:25

20        Q.   I just said July 30, 2020.  I believe     03:41:26

21    that's the date that you said you took screenshots. 03:41:28

22        A.   It was the 29th or 30th, but I believe it 03:41:29

23    was the 30th.                                      03:41:32

24        Q.   Did you turn your Web & App Activity off   03:41:43

25    on July 29, 2020?                                  03:41:45
```

Page 191

```
 1        A.   No, I didn't do anything.  I went and      03:41:48

 2   looked at it.  It said it was off, and I didn't      03:41:52

 3   worry about it.  But there was still history.        03:41:55

 4        Q.   I'm going to introduce a new exhibit.  We  03:42:33

 5   can move on from this one.                           03:42:35

 6             (Whereupon Exhibit 17 was marked for       03:42:37

 7              identification.)                          03:42:37

 8   BY MR. MATEEN:                                       03:42:37

 9        Q.   I've -- Ms. Harvey, I've introduced what   03:43:54

10   I've marked as Exhibit 17.  For the record, this is  03:43:56

11   paragraphs 228 and 229 of the third amended          03:44:01

12   complaint.  Let me know when you've taken a look.    03:44:07

13        A.   Which one?  What am I looking at exactly?  03:44:25

14        Q.   Exhibit Number 17.                         03:44:29

15        A.   Okay.  The whole thing?                    03:44:30

16        Q.   Yeah.  Just -- yes.                        03:44:31

17             (Witness reviewing document.)              03:45:10

18             THE WITNESS:  Just that one page, right?   03:45:14

19             MR. LEE:  Yeah, yeah.                      03:45:15

20             THE WITNESS:  Okay.  Go ahead.             03:45:15

21             MR. LEE:  I struggled with that, too, for  03:45:16

22   a second.                                            03:45:17

23             THE WITNESS:  Okay.  Yes, I've read it.    03:45:18

24   BY MR. MATEEN:                                       03:45:19

25        Q.   So if you see on paragraph 229, there's a  03:45:20
```

Page 192

```
1    list of apps that you used when you had WAA turned        03:45:25

2    off.  I just want to talk about some of these?            03:45:30

3            So let's start with, for example,                 03:45:42

4    Candy Crush.  How often do you use Candy Crush?           03:45:42

5        A.   Now or then?                                     03:45:46

6        Q.   Let's start with now.  How often do you          03:45:52

7    use Candy Crush now?                                      03:45:54

8        A.   I don't.                                          03:45:55

9        Q.   Did you used to frequent Candy Crush?            03:45:56

10       A.   Yes, I played it.                                 03:45:58

11       Q.   During what time period did you play it          03:46:06

12   the most often?                                          03:46:08

13       A.   I couldn't tell you.  I -- I don't think         03:46:09

14   I -- have I used it on my phone?  I don't even know       03:46:11

15   if I've used it on the new phone.                         03:46:15

16           But I play games.  I -- there's no                03:46:19

17   argument there.  I play games on my phone.  And           03:46:21

18   that's sort of why I was trying -- I wasn't trying        03:46:23

19   to let that information get out there.                    03:46:26

20       Q.   Why didn't you want the information that         03:46:31

21   you play games on your phone to get out there?            03:46:33

22       A.   Why would you not like your personal             03:46:35

23   information to get out there?                             03:46:37

24       Q.   Ms. Harvey, can you answer my question,          03:46:39

25   please?                                                  03:46:40
```

Veritext Legal Solutions
866 299-5127

```
1         A.   I just did.  I do not want my personal        03:46:41

2    information out there.  That's why I marked to have      03:46:44

3    Web & App Activity turned off.  That is an app.  It      03:46:47

4    would be activity in the app, and I don't want that      03:46:49

5    out period.                                              03:46:52

6         Q.   Is there something about games in             03:46:54

7    particular that you don't want out?                      03:46:56

8         A.   Not just games, all apps.                      03:46:58

9              If Web & App Activity is off, it's off.        03:47:01

10   Asking somebody not to take the information should       03:47:04

11   be self-explanatory.  I did not want the information     03:47:07

12   out there.  And it was collected, used, and shared,      03:47:11

13   and stored.                                              03:47:13

14        Q.   And what do you mean when you say "out         03:47:18

15   there"?                                                  03:47:20

16        A.   Excuse me?                                     03:47:26

17        Q.   You're using the phrase "out there," you       03:47:27

18   don't want information out there?                        03:47:29

19        A.   Something that's on my personal device is      03:47:30

20   my personal information.  Google stated to me that I     03:47:32

21   could control my personal information if I turned        03:47:35

22   Web & App Activity off.  It's not under control.         03:47:38

23   Because that button doesn't work.                        03:47:42

24             Now, if I had it on, I couldn't say too        03:47:44

25   much.  But I chose to turn it off.  So why is that       03:47:47
```

Veritext Legal Solutions
866 299-5127

1   being used?                                                03:47:53

2        Q.   I understand, Ms. Harvey.  I just asked          03:47:54

3   specifically what you meant when you said that your        03:47:59

4   information would be out there.  I guess to rephrase       03:48:03

5   my question, out where?                                    03:48:06

6        A.   Out anywhere.  I wanted it to stay on my         03:48:10

7   personal device where I thought it was staying and        03:48:15

8   it wasn't.                                                 03:48:17

9            If somebody's taking it, you're not in           03:48:22

10  control of it.  Why offer a button that says you can      03:48:24

11  have control?                                              03:48:28

12       Q.   Do you know that when you download a game       03:48:32

13  from the Play Store, you're downloading the game          03:48:34

14  from Google, right?                                        03:48:36

15       A.   Yes, I understand that.                          03:48:38

16       Q.   So would -- is it fair to say that Google       03:48:42

17  would have to know that you've downloaded the game,       03:48:47

18  right?                                                     03:48:50

19       A.   Are we talking about a download of a game       03:48:51

20  or are we talking about all the information to do         03:48:54

21  with the game, all the requests, all the different        03:48:57

22  things that go along with that?  I don't -- I didn't      03:48:59

23  want anybody to take that information.  I'm sure          03:49:01

24  they would know because it's attached to -- somehow       03:49:05

25  to my account.  But the whole thing is I asked them       03:49:07

Veritext Legal Solutions
866 299-5127

```
 1   not to take, use, do anything with the information.      03:49:11

 2   And they did.                                            03:49:15

 3        Q.   I'm just asking about the fact you             03:49:19

 4   downloaded it.                                           03:49:21

 5        A.   That would be along the same lines.            03:49:23

 6             MR. LEE:  Yeah, asked and answered.            03:49:28

 7   BY MR. MATEEN:                                           03:49:29

 8        Q.   So if you have WAA off should Google not       03:49:38

 9   know when you've downloaded a game from the              03:49:43

10   Play Store?                                              03:49:46

11        A.   Well, maybe the Play Store itself would        03:49:47

12   know, but why would all of Google know and be            03:49:50

13   attached to my account for them to do what they          03:49:52

14   wanted with?  I turned it off.                           03:49:55

15             Now if it's on, Google can do what it          03:49:57

16   wants.  They're not making promises.  But when it's      03:50:00

17   off, they've made a promise.  I expect that to be        03:50:02

18   honored.  Fix the button.                                03:50:05

19        Q.   So to clarify what you just said -- and        03:50:33

20   correct me if this is wrong -- if you have WAA off       03:50:35

21   and you download an app in the Play Store, the           03:50:39

22   Play Store can know that you downloaded the app but      03:50:43

23   Google as a whole should not?                            03:50:47

24        A.   Yes.  Just because Google has one product      03:50:50

25   that does something, that doesn't mean it shares it      03:50:53
```

Veritext Legal Solutions
866 299-5127

```
 1   with everything else and pins it to a person.  I --     03:50:56

 2   like I stated, I didn't want anybody to know what I      03:51:00

 3   was doing on my phone.  So after it's downloaded,        03:51:03

 4   that information shouldn't be there.                     03:51:06

 5        Q.   We can move on from this exhibit.             03:51:23

 6             Before you install an app, do you read        03:51:35

 7   their privacy policies?                                  03:51:37

 8        A.   Normally.                                      03:51:41

 9        Q.   One of the apps that you have listed is       03:51:49

10   PicCollage.                                              03:51:53

11             Did you read the PicCollage privacy policy    03:52:00

12   before you downloaded it?                                03:52:04

13        A.   What I've been noticing is every time I       03:52:06

14   open a app, it asks me to check my personal              03:52:08

15   preference and what I want clicked and what I don't      03:52:11

16   want clicked.  And I always click not to collect it.     03:52:13

17   Why it's asking it every time, I do not know.            03:52:17

18             But when I tell Google I don't want it        03:52:18

19   taking information, I would hope that Google would       03:52:21

20   respect their promise to me or to anybody else that      03:52:23

21   turns their Web & App Activity off.                      03:52:28

22        Q.   Have you read the PicCollage privacy          03:52:41

23   policy?                                                  03:52:46

24        A.   Have I read the whole entire one?  I can't    03:52:47

25   tell you that I've seen the whole entire thing.  It      03:52:50
```

| | | |
|---|---|---|
| 1 | isn't installed on my phone right now.  It -- it | 03:52:52 |
| 2 | was.  I went in and used it once or twice.  I didn't | 03:52:55 |
| 3 | really like it, and I went out of it. | 03:52:59 |
| 4 | Q.    Did you at least look at the PicCollage | 03:53:02 |
| 5 | privacy policy? | 03:53:06 |
| 6 | A.    The things that it said, yes. | 03:53:06 |
| 7 | I want to state this, though:  Regardless | 03:53:18 |
| 8 | what it said, why did Google promise me they weren't | 03:53:18 |
| 9 | going to take it?  They should have rejected the | 03:53:23 |
| 10 | information. | 03:53:25 |
| 11 | MR. LEE:  Just wait for him to ask the | 03:53:26 |
| 12 | next question.  Okay.  You're doing fine. | 03:53:28 |
| 13 | THE WITNESS:  Okay. | 03:53:31 |
| 14 | BY MR. MATEEN: | 03:53:31 |
| 15 | Q.    I'm going to introduce a new exhibit. | 03:53:38 |
| 16 | (Whereupon Exhibit 18 was marked for | 12:06:25 |
| 17 | identification.) | 12:06:25 |
| 18 | BY MR. MATEEN: | 03:53:49 |
| 19 | Q.    I've marked this as Exhibit 18.  This is | 03:53:49 |
| 20 | the privacy policy for PicCollage as of November | 03:54:02 |
| 21 | 2020. | 03:54:07 |
| 22 | MR. LEE:  Just give -- give us a moment. | 03:54:10 |
| 23 | We're having some tech issues.  Neither of us have | 03:54:12 |
| 24 | the exhibit up yet. | 03:54:13 |
| 25 | MR. MATEEN:  No worries. | 03:54:15 |

Page 198

```
 1              MR. LEE:  Is it 18?                    03:54:28

 2              MR. MATEEN:  It's -- yes, 18.          03:54:30

 3              MR. LEE:  You're going to have to move 03:54:50

 4   this side to side because this is --             03:54:51

 5              THE WITNESS:  Okay.                    03:54:52

 6              MR. LEE:  The font is --               03:54:52

 7              THE WITNESS:  When was this released?  03:54:53

 8              MR. LEE:  Do you have a date that this 03:54:54

 9   particular document was operative?               03:54:58

10              MR. MATEEN:  Yes.  November 2020.  I can 03:55:02

11   get you the exact date of November 2020 during the 03:55:04

12   break or after.  But I can tell you that this is  03:55:11

13   November 2020.                                   03:55:16

14              THE WITNESS:  There it says "5/3/21."  03:55:16

15              MR. LEE:  Can you identify -- I can't talk 03:55:19

16   to you, Ms. Harvey, so --                        03:55:25

17              THE WITNESS:  Sorry.                   03:55:27

18              MR. LEE:  I know that you want to, but, 03:55:28

19   unfortunately, that's the rules.                 03:55:29

20              THE WITNESS:  Okay.  I understand.     03:55:31

21              MR. LEE:  You can ask him to clarify.  03:55:32

22              THE WITNESS:  Okay.                    03:55:34

23              MR. LEE:  If you have a question about 03:55:35

24   dates and things like that, but you can't ask me. 03:55:36

25              THE WITNESS:  Okay.  You stated this is in 03:55:39
```

Page 199

```
 1    November of 2020.  But right on the second line it        03:55:40

 2    says "May 3rd, 2021."  So what's the date?              03:55:44

 3    BY MR. MATEEN:                                          03:55:51

 4        Q.   Where does it say "May 3rd, 2021"?             03:55:53

 5        A.   Under "Acceptance of Terms" under              03:55:57

 6    webarchive.org.  Web.  That ties to terms of service    03:56:00

 7    and everything.                                         03:56:13

 8        Q.   Ms. Harvey, can you just -- actually, I'm      03:56:15

 9    sorry.  I -- I misspoke.  Let me -- strike that.        03:56:25

10            I can say for the record that this is           03:56:35

11    taken from the Wayback Machine of what this privacy     03:56:55

12    policy looked like on -- in November 2020.  And if      03:57:01

13    you look at the bottom of page 2 -- or page 3,          03:57:04

14    actually, it says "Last Updated January 2020."  So      03:57:07

15    this was the privacy policy of PicCollage.              03:57:12

16            MR. LEE:  Just listen to him.                   03:57:25

17    BY MR. MATEEN:                                          03:57:29

18        Q.   This is the privacy policy of PicCollage       03:57:29

19    that was last updated on the January 2020 and that      03:57:32

20    was in force as of November of 2020.                    03:57:38

21        A.   Can you tell me when I downloaded it?          03:57:42

22        Q.   Ms. Harvey, this --                            03:57:50

23        A.   If I downloaded it in 2013, then this          03:57:52

24    would be null and void, right?  Because I would have    03:57:56

25    seen it.                                                03:57:59
```

Page 200

```
 1              I don't remember doing PictureCollage in    03:58:08

 2    2020.                                                 03:58:11

 3              MR. LEE:  On that basis, I'm going to       03:58:21

 4    object to -- on foundation for this document or       03:58:23

 5    questions related to this document.                   03:58:26

 6              Do I have a standing objection?             03:58:49

 7              MR. MATEEN:  Yeah, you have a standing       03:58:51

 8    objection.                                            03:58:52

 9              MR. LEE:  Okay.  Could you hold -- could     03:58:53

10    you hold for a second?  My -- my Wi-Fi just went      03:58:53

11    out.                                                  03:58:57

12              MR. MATEEN:  Yeah.  You're stuck.           03:58:58

13              MR. LEE:  Yeah.  I'm reconnecting.          03:59:00

14              Okay.  I'm back.                            03:59:32

15    BY MR. MATEEN:                                        03:59:33

16       Q.   Okay.  So I'm sorry.  I am looking here at    03:59:34

17    something different than what I've introduced.  So    03:59:36

18    I'm now introducing Exhibit 19.  That is what I'm     03:59:38

19    looking at here.  So we can take Exhibit 18 down.     03:59:41

20              (Whereupon Exhibit 19 was marked for        03:59:46

21               identification.)                           03:59:46

22    BY MR. MATEEN:                                        03:59:49

23       Q.   And ensuring that I am, in fact, now          03:59:50

24    introducing the document that I'm looking at and      03:59:55

25    I've now introduced Exhibit 19.  Let me know when     03:59:58
```

Page 201

```
 1    you have it in front of you.                        04:00:01

 2              MR. LEE:  Can you read that?              04:00:27

 3              THE WITNESS:  A little bit.  That's going 04:00:29

 4    to be fun.                                          04:00:30

 5              MR. LEE:  You might have to scroll across. 04:00:33

 6    Okay.                                               04:00:38

 7              THE WITNESS:  Okay.                       04:00:38

 8              MR. LEE:  Do you have a date, operative   04:00:51

 9    date, for this document from the Wayback Machine?   04:00:52

10              MR. MATEEN:  Yeah.  It's November 2020.   04:00:57

11              MR. LEE:  Okay.  I have -- do I have the  04:00:58

12    same standing objection on this document?           04:00:59

13              MR. MATEEN:  Yes, you do.                 04:01:01

14              MR. LEE:  Thanks.                         04:01:02

15    BY MR. MATEEN:                                      04:01:03

16         Q.   Ms. Harvey, it's -- and you can zoom in if 04:02:20

17    you'd like.  It's in very small font.  Can you      04:02:22

18    please look at the second and third bullet points   04:02:25

19    underneath the heading "Data Privacy" on the first  04:02:27

20    page?                                               04:02:30

21         A.   Might need to make sure I'm on the first  04:02:39

22    page.                                               04:02:41

23              MR. LEE:  Right here.                     04:02:43

24              MR. MATEEN:  I can also just read it out  04:02:44

25    loud if --                                          04:02:45
```

                                                        Page 202

```
 1              MR. LEE:  Yeah.  No, she's on the right      04:02:47

 2    page now.  Yeah, if you could read it out loud, that   04:02:48

 3    would be helpful.  Thank you.                          04:02:52

 4    BY MR. MATEEN:                                         04:02:53

 5        Q.   "We collect this information from you to      04:02:53

 6    improve our app's overall performance and the         04:02:55

 7    service we provide.  We analyze this information       04:02:58

 8    with tools provided by third-party companies.  These   04:03:00

 9    companies include Flurry, Facebook, Firebase,          04:03:03

10    Google, Amplitude, Fabric."                            04:03:06

11              Did you read this line when you downloaded   04:03:10

12    PicCollage?                                            04:03:13

13        A.   Yeah, I -- I read the privacy policies.       04:03:13

14              What does that have to do with mine and      04:03:19

15    Google's agreement?                                    04:03:21

16        Q.   Can you repeat that?  I didn't hear you.      04:03:24

17        A.   What does that have to do what Google         04:03:26

18    promised me?  There's an off button.  They weren't     04:03:29

19    supposed to be taking it.  They should have rejected   04:03:32

20    information.                                           04:03:36

21        Q.   Were you aware that PicCollage uses Google    04:03:36

22    and Firebase for analytic services?                    04:03:42

23        A.   As I stated before, if I make an agreement    04:03:47

24    with Google that tells them don't take my              04:03:50

25    information, don't process it, don't store it, don't   04:03:53
```

Page 203

```
 1    use it, don't share it, don't do anything, then I'm      04:03:55

 2    thinking that Google would reject information and        04:03:59

 3    not send it to anybody because they wouldn't have it     04:04:02

 4    in the first place.                                      04:04:04

 5        Q.   Ms. Harvey, can you please answer my            04:04:05

 6    question?  Were you aware that PicCollage used           04:04:06

 7    Google and Firebase for analytic services?              04:04:09

 8        A.   Doesn't matter if they use it or not.          04:04:12

 9    They shouldn't have received anything from me.  And     04:04:13

10    if they sent it over to Google, they should have        04:04:16

11    rejected it because Google knew there was an            04:04:19

12    agreement.                                               04:04:27

13            (Reporter request for clarification.)           04:04:29

14            THE WITNESS:  If you can't do it, don't         04:04:33

15    offer it.                                                04:04:35

16    BY MR. MATEEN:                                           04:04:35

17        Q.   Ms. Harvey, I'm going to ask you again:        04:04:36

18    Did you know that PicCollage used Google and            04:04:37

19    Firebase for analytic services?                         04:04:46

20        A.   They can use whatever they would like.  If     04:04:51

21    I have an agreement with Google that tells them not     04:04:54

22    to touch my personal information, and Google           04:04:56

23    promises me they're not going to do that and I'm        04:04:59

24    going to be in control, that information, they          04:05:02

25    wouldn't have it in the first place to be able to       04:05:04
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | send to PicCollage, and they wouldn't have it -- or | 04:05:06 |
| 2 | to receive because they should have rejected it. | 04:05:09 |
| 3 | Are you telling me PicCollage's terms and | 04:05:12 |
| 4 | conditions are stronger than Google's when it's an | 04:05:18 |
| 5 | agreement with Google? | 04:05:22 |
| 6 | Q.   Ms. Harvey, I'm not trying to argue with | 04:05:25 |
| 7 | you.  I just need to understand what you knew and | 04:05:27 |
| 8 | didn't know and when. | 04:05:30 |
| 9 | Did you know that PicCollage and Google | 04:05:32 |
| 10 | had -- strike that. | 04:05:36 |
| 11 | Did you know that PicCollage uses Google | 04:05:44 |
| 12 | and Firebase for its analytic services? | 04:05:47 |
| 13 | MR. LEE:  So, Ms. Harvey, you're perfectly | 04:05:50 |
| 14 | allowed to provide context for an answer the way you | 04:05:52 |
| 15 | did.  But I think what Mr. Mateen is asking for is, | 04:05:54 |
| 16 | first, to answer his question about whether you | 04:05:57 |
| 17 | recall reading the privacy policy in this specific | 04:06:00 |
| 18 | sentence that he read, and then you can give your | 04:06:05 |
| 19 | explanation after that. | 04:06:07 |
| 20 | THE WITNESS:  No, I don't recall seeing | 04:06:08 |
| 21 | this. | 04:06:09 |
| 22 | But the whole thing is, I wouldn't have to | 04:06:10 |
| 23 | see it because I had an agreement with Google.  And | 04:06:12 |
| 24 | Google should have had any information to be able to | 04:06:14 |
| 25 | provide in the first place, and they wouldn't be | 04:06:17 |

Page 205

| | | |
|---|---|---|
| 1 | accepting anybody because they already told -- any | 04:06:19 |
| 2 | information because they already told me they | 04:06:22 |
| 3 | weren't going to. | 04:06:24 |
| 4 | BY MR. MATEEN: | 04:06:37 |
| 5 | Q.   I think we can move on from this document. | 04:06:37 |
| 6 | A.   Thank you. | 04:06:40 |
| 7 | Q.   Are you aware that you give app developers | 04:06:54 |
| 8 | consent to obtain your data? | 04:06:58 |
| 9 | MR. LEE:  Objection to form.  Vague. | 04:07:01 |
| 10 | BY MR. MATEEN: | 04:07:02 |
| 11 | Q.   You can answer, Ms. Harvey. | 04:07:06 |
| 12 | MR. LEE:  Is WAA on or off in this | 04:07:08 |
| 13 | question, sir? | 04:07:11 |
| 14 | BY MR. MATEEN: | 04:07:13 |
| 15 | Q.   You can answer, Ms. Harvey. | 04:07:13 |
| 16 | A.   Is WAA -- | 04:07:15 |
| 17 | MR. LEE:  Then -- | 04:07:16 |
| 18 | THE WITNESS:  -- on or off? | 04:07:16 |
| 19 | MR. LEE:  Go ahead. | 04:07:19 |
| 20 | THE WITNESS:  Because if it's off, there | 04:07:20 |
| 21 | wouldn't be any collection because there wouldn't be | 04:07:22 |
| 22 | anything to collect. | 04:07:25 |
| 23 | BY MR. MATEEN: | 04:07:29 |
| 24 | Q.   Ms. Harvey, are you aware that, generally, | 04:07:42 |
| 25 | app developers get consent from you to obtain your | 04:07:45 |

Page 206

```
 1   data?                                          04:07:49

 2           MR. LEE:  Objection.  Vague.           04:07:50

 3   BY MR. MATEEN:                                 04:07:51

 4       Q.  You can answer.                        04:07:56

 5       A.  Data from who?  From Google?  I did answer  04:07:58

 6   that.                                          04:08:07

 7       Q.  Ms. Harvey, are you aware that app     04:08:13

 8   developers get your consent to obtain your data?  04:08:14

 9       A.  Yes, I'm aware that I sign -- that I agree  04:08:21

10   to terms and conditions.  That has nothing to do  04:08:23

11   with my agreements with Google.  Google should  04:08:26

12   reject it and not have any in the first place to be  04:08:29

13   able to provide.                               04:08:32

14           My Web & App Activity is off.  If somebody  04:08:35

15   wants to have theirs on, that's their choice, but I  04:08:39

16   did not want that info collected.  If they want to  04:08:43

17   ask about my app, go ahead.  The app that they own.  04:08:46

18       Q.  So to be clear, if you've accepted the  04:09:07

19   terms and conditions of an app like Candy Crush, you  04:09:10

20   don't have any issue with the developers of   04:09:13

21   Candy Crush obtaining your data, right?        04:09:16

22       A.  That's not what I stated.              04:09:19

23       Q.  Well --                                04:09:22

24       A.  I stated --                            04:09:22

25           (Simultaneous colloquy.)               04:09:24
```

Page 207

```
1              MR. LEE:  She was about to tell you.        04:09:25

2          Go ahead.                                       04:09:26

3              THE WITNESS:  What I stated was I asked     04:09:26

4    Google not to do any of that.  There's an option     04:09:29

5    that says I can control whether they do it.  I turn  04:09:32

6    my mine off, and they did it anyway.  Regardless     04:09:35

7    what the app developers put on there, my account is  04:09:39

8    with Google.  That was a promise Google made to me.  04:09:42

9    They should have either rejected it or not sent it   04:09:45

10   because they wouldn't have it in the first place.    04:09:48

11   BY MR. MATEEN:                                        04:09:51

12       Q.   Thank you, Ms. Harvey.                       04:09:52

13          I'm just asking to leave Google out of the     04:09:53

14   your mind for the moment and let's just focus on     04:09:56

15   Candy Crush.                                          04:09:58

16          If you have accepted terms and conditions     04:10:02

17   with Candy Crush, do you have an issue with          04:10:05

18   Candy Crush obtaining your data?                     04:10:07

19       A.   From Google, yes.                            04:10:12

20       Q.   Ms. Harvey, are you suggesting that         04:10:20

21   Candy Crush obtains your data from Google?           04:10:22

22       A.   What I'm stating is I have -- you're        04:10:26

23   asking me if because somebody puts it in the terms   04:10:29

24   and conditions, if that nixes out Google's agreement 04:10:34

25   with me, and it does not.  So google should have     04:10:38
```

Page 208

| | | |
|---|---|---|
| 1 | rejected a request or taken any information because | 04:10:40 |
| 2 | they promised me they would. | 04:10:43 |
| 3 | Q.  Does Google share your data with | 04:10:48 |
| 4 | Candy Crush? | 04:10:50 |
| 5 | A.  I believe it does. | 04:10:51 |
| 6 | Q.  What data does Google share with | 04:11:02 |
| 7 | Candy Crush? | 04:11:06 |
| 8 | MR. LEE:  Objection to form.  Calls for | 04:11:08 |
| 9 | expert opinion. | 04:11:09 |
| 10 | Answer if you can. | 04:11:11 |
| 11 | THE WITNESS:  Device information, | 04:11:12 |
| 12 | location, activity, all -- there's all kinds of | 04:11:13 |
| 13 | different information.  Identifiers, everything. | 04:11:19 |
| 14 | BY MR. MATEEN: | 04:11:25 |
| 15 | Q.  Why do you think Google is sharing | 04:11:25 |
| 16 | information about you with Candy Crush? | 04:11:27 |
| 17 | A.  Because I've -- I have attorneys that | 04:11:29 |
| 18 | have -- | 04:11:32 |
| 19 | MR. LEE:  Oh. | 04:11:34 |
| 20 | THE WITNESS:  -- they're handling that. | 04:11:34 |
| 21 | MR. LEE:  Okay.  That's fine. | 04:11:37 |
| 22 | BY MR. MATEEN: | 04:11:40 |
| 23 | Q.  Is Candy Crush sharing information about | 04:11:46 |
| 24 | you with Google? | 04:11:48 |
| 25 | MR. LEE:  Objection.  Calls for an expert | 04:11:50 |

Page 209

| | | |
|---|---|---|
| 1 | opinion. | 04:11:51 |
| 2 | BY MR. MATEEN: | 04:11:51 |
| 3 | Q.   You can answer. | 04:11:54 |
| 4 | A.   I believe that they are. | 04:11:57 |
| 5 | Q.   And what information do you believe | 04:12:02 |
| 6 | Candy Crush is sharing with Google? | 04:12:04 |
| 7 | A.   I stated that, but let's go.  Under the | 04:12:06 |
| 8 | Web & App Activity, it shows searches and other | 04:12:11 |
| 9 | things that you do on Google products and with -- | 04:12:13 |
| 10 | and services, like Google Maps, Google Play, your | 04:12:15 |
| 11 | location, language, IP address, refer, and whether | 04:12:18 |
| 12 | you are using a browser or an app. | 04:12:23 |
| 13 | Ads you click on.  Things you buy or | 04:12:26 |
| 14 | advertisements on sites -- or advertiser sites. | 04:12:28 |
| 15 | Information on your device, like recent apps or | 04:12:31 |
| 16 | contact name to search for.  Sites and apps that | 04:12:35 |
| 17 | partner with Google to show ads. | 04:12:39 |
| 18 | Sites and apps that use Google services, | 04:12:41 |
| 19 | including data that apps share with Google.  Your | 04:12:43 |
| 20 | current browser history and to let that happen, I | 04:12:46 |
| 21 | had to have it on, and I didn't.  I requested that | 04:12:50 |
| 22 | they be off.  That's Web & App Activity. | 04:12:52 |
| 23 | Q.   Ms. Harvey, do you believe that | 04:13:02 |
| 24 | Candy Crush is sharing your Chrome browsing history | 04:13:04 |
| 25 | with Google? | 04:13:07 |

Page 210

```
 1            MR. LEE:  Objection to form.              04:13:09

 2    Mischaracterizes.                                 04:13:11

 3    BY MR. MATEEN:                                    04:13:12

 4       Q.   You can answer.                           04:13:18

 5       A.   I don't believe Candy Crush is.  I believe  04:13:20

 6    Google is.  I don't have an agreement with        04:13:22

 7    Candy Crush.                                      04:13:25

 8       Q.   I just want -- I want to clarify some     04:13:39

 9    earlier testimony from you.                       04:13:41

10            I asked what information you believe       04:13:43

11    Candy Crush is sharing with Google, and you       04:13:45

12    responded with the list of things that Google     04:13:47

13    collects when Web & App Activity is on.  So that's  04:13:52

14    where my confusion is coming from.                04:13:57

15            MR. LEE:  Hold on.  Is that your question?  04:14:02

16            MR. MATEEN:  My question's coming.         04:14:04

17            MR. LEE:  Okay.  I just want to make sure.  04:14:06

18    BY MR. MATEEN:                                    04:14:07

19       Q.   To clarify, Ms. Harvey, do you or do you  04:14:16

20    not believe that Candy Crush is sharing information  04:14:20

21    from Google products with Google?  Because that was  04:14:26

22    the answer that you gave me when I asked.         04:14:29

23            MR. LEE:  Objection.                       04:14:32

24    BY MR. MATEEN:                                    04:14:32

25       Q.   Is Candy Crush sharing with Google?       04:14:33
```

Page 211

```
 1              MR. LEE:  Objection.  Mischaracterizes her     04:14:35

 2    prior testimony.  Also calls for an expert opinion.     04:14:35

 3    BY MR. MATEEN:                                          04:14:40

 4        Q.   You can answer, Ms. Harvey.                    04:14:42

 5        A.   I don't believe that Candy Crush is            04:14:44

 6    sharing -- sharing Chrome with Google.  I believe       04:14:45

 7    Google is sharing that information with Candy Crush,    04:14:48

 8    and they're taking information from their app.          04:14:50

 9        Q.   And what is Candy Crush sharing with           04:14:57

10    Google?                                                 04:14:59

11        A.   Anything I do on the app.                      04:15:00

12        Q.   Can you give an example of what "anything      04:15:09

13    you do on the app" is?                                  04:15:11

14        A.   Change levels.  If I'm talking to them.        04:15:12

15    If I go to their actual Web site.  Anything.            04:15:15

16    Anything that's done to do with that app.  And          04:15:18

17    Google shouldn't have any of that information.          04:15:22

18        Q.   Do you have an issue with app developers       04:15:49

19    generally using your data for analytics?                04:15:52

20        A.   They're not supposed to be using it for        04:15:57

21    analytics.                                              04:15:59

22              MR. LEE:  Hold on.                            04:16:00

23              Objection.  Vague.                            04:16:01

24    BY MR. MATEEN:                                          04:16:07

25        Q.   Ms. Harvey, you can answer.                    04:16:08
```

Page 212

```
1          A.   I just did.  Because Google should be      04:16:09

2    rejecting anything because I -- if they're not, I'm    04:16:14

3    not in control, am I?                                  04:16:18

4          Q.   Do you have an issue with app developers    04:16:20

5    using companies other than Google for analytics?       04:16:22

6              MR. LEE:  Objection.  Vague.                 04:16:29

7              Do you understand his question?              04:16:38

8              THE WITNESS:  Not really, no.                04:16:39

9              This was for Google.                         04:16:45

10   BY MR. MATEEN:                                         04:16:47

11         Q.   Ms. Harvey, I can't hear you.               04:16:47

12             MR. LEE:  She says she doesn't understand    04:16:48

13   your question.                                         04:16:50

14   BY MR. MATEEN:                                         04:16:51

15         Q.   Ms. Harvey, what do you not understand      04:16:53

16   about the question?                                    04:16:54

17         A.   The whole question.                         04:16:55

18         Q.   Is there anything in particular that you    04:16:58

19   don't understand about it?                             04:16:59

20         A.   The whole question.                         04:17:01

21             MR. LEE:  Counsel, just rephrase your        04:17:03

22   question, please.  Don't harass the witness.           04:17:04

23   BY MR. MATEEN:                                         04:17:12

24         Q.   Ms. Harvey, do you know what an analytic    04:17:14

25   service is?                                            04:17:16
```

Page 213

```
 1        A.   I know what --                          04:17:17

 2             MR. LEE:  Asked and answered.            04:17:18

 3             THE WITNESS:  Yeah.                       04:17:19

 4   BY MR. MATEEN:                                      04:17:24

 5        Q.   You can answer, Ms. Harvey.              04:17:24

 6        A.   It's something Google makes to --       04:17:25

 7   something Google makes for the developers.         04:17:27

 8        Q.   Are you aware that there are companies   04:17:31

 9   other than Google that make analytic services?     04:17:33

10        A.   Yes, I am.                                04:17:39

11        Q.   Do you have an issue if an analytic      04:17:48

12   service other than Google gets your data from an app  04:17:53

13   developer?                                          04:17:57

14        A.   Depends.  Do I have an agreement with    04:17:58

15   them?                                               04:18:00

16        Q.   Let's say no.                             04:18:07

17        A.   If I don't have an agreement with them,  04:18:09

18   I'm pretty sure they probably don't have as much    04:18:10

19   information as Google does.                          04:18:14

20        Q.   Why are you pretty sure that they don't  04:18:27

21   have as much information as Google does?             04:18:31

22        A.   Google is the biggest -- biggest data    04:18:33

23   company in the world.  I know better than that.  Not  04:18:36

24   every analytics company has much information as      04:18:40

25   Google does on -- or any other consumer.            04:18:42
```

Page 214

```
 1        Q.   Do you think that Google gets more          04:18:48

 2   information from app developers for analytics than    04:18:51

 3   other analytic services that aren't operated by       04:19:00

 4   Google?                                                04:19:03

 5        MR. LEE:  Objection.  Mischaracterizes her       04:19:04

 6   testimony.                                             04:19:05

 7   BY MR. MATEEN:                                         04:19:06

 8        Q.   You can answer.                              04:19:07

 9        A.   State that again.                            04:19:10

10        Q.   Yeah, I'll rephrase this.                    04:19:14

11             Let's say you use Candy Crush.  The         04:19:19

12   developer of Candy Crush wants analytics information   04:19:22

13   on app usage.  They contract with an analytic         04:19:26

14   service that's made by a company that isn't Google.   04:19:34

15             Do you have an issue -- and you don't have   04:19:43

16   an agreement with that company.                        04:19:45

17             Do you --                                    04:19:54

18        A.   Well --                                      04:19:55

19             MR. LEE:  Let him finish.                    04:19:55

20   BY MR. MATEEN:                                         04:19:56

21        Q.   Do you think that Candy Crush is sending     04:19:56

22   less information to that company than it would if      04:20:00

23   that company were Google?                              04:20:03

24             MR. LEE:  Objection to form.  Vague as to    04:20:06

25   WAA on or off.  Vague as to what "agreement" means.    04:20:07
```

Page 215

| | | |
|---|---|---|
| 1 | Incomplete hypothetical.  Lack of foundation.  Calls | 04:20:11 |
| 2 | for speculation. | 04:20:15 |
| 3 | BY MR. MATEEN: | 04:20:16 |
| 4 | Q.  You can answer. | 04:20:16 |
| 5 | A.  Google does have more information because | 04:20:20 |
| 6 | my device is an Android device. | 04:20:22 |
| 7 | (Reporter request for clarification.) | 04:20:26 |
| 8 | THE WITNESS:  Another analytics company | 04:20:34 |
| 9 | doesn't own Android.  So Google's got all of my | 04:20:36 |
| 10 | information. | 04:20:40 |
| 11 | BY MR. MATEEN: | 04:20:42 |
| 12 | Q.  I understand, Ms. Harvey, what you're | 04:20:42 |
| 13 | saying here. | 04:20:45 |
| 14 | I'm trying to ask about the information | 04:20:46 |
| 15 | that an app developer like Candy Crush is sending to | 04:20:48 |
| 16 | an analytic service. | 04:20:53 |
| 17 | Do you understand the distinction I'm | 04:20:55 |
| 18 | trying to draw here? | 04:20:57 |
| 19 | A.  Well, like I stated, whatever other | 04:21:00 |
| 20 | analytics company wouldn't have the information that | 04:21:04 |
| 21 | Google has on me, so it wouldn't be as offensive as | 04:21:06 |
| 22 | what Google has. | 04:21:11 |
| 23 | Q.  So is it more offensive if Google is | 04:21:13 |
| 24 | receiving data from an app developer because Google | 04:21:16 |
| 25 | already has information about you? | 04:21:20 |

Page 216

```
 1        A.   It's more offensive because I have an       04:21:24

 2   agreement with them, and they said they wouldn't do   04:21:26

 3   it.  The button doesn't work.                         04:21:29

 4           MR. LEE:  Something happening?                04:21:42

 5           THE WITNESS:  No.  I can't see him.           04:21:45

 6           MR. LEE:  Sorry.  Just fixing a technical     04:21:49

 7   issue.                                                04:21:51

 8   BY MR. MATEEN:                                        04:22:45

 9        Q.   I'm going to introduce a new exhibit.       04:22:45

10           MR. MATEEN:  Sean, could you give us a        04:23:28

11   time check, please.                                   04:23:30

12           THE VIDEO OPERATOR:  5:25.                    04:23:32

13           MR. LEE:  I'm sorry?  Say that again.         04:23:38

14           THE VIDEO OPERATOR:  Five hours, 25           04:23:39

15   minutes at the moment.                                04:23:41

16           MR. LEE:  Thanks.                             04:23:48

17           MR. MATEEN:  We've been going about 50        04:23:49

18   minutes or so.  Why don't we take a break, say five   04:23:51

19   minutes.                                              04:23:54

20           MR. LEE:  Sure.                               04:23:54

21           THE VIDEO OPERATOR:  Going off the record.    04:23:56

22   The time is 4:23 p.m.                                 04:23:57

23              (Off the record at 4:23 p.m. and back on   04:23:59

24               the record at 4:36 p.m.)                  04:36:44

25           THE VIDEO OPERATOR:  Back on the record.      04:36:45
```

Page 217

```
 1    The time is 4:36 p.m.                          04:36:46

 2            MR. MATEEN:  We're almost there,        04:37:01

 3    Ms. Harvey.  I'm going to try to get you home as  04:37:02

 4    soon as possible.  So --                        04:37:05

 5            THE WITNESS:  Thank you.                 04:37:06

 6            MR. MATEEN:  -- thank you for bearing with  04:37:06

 7    us.                                             04:37:08

 8            THE WITNESS:  Oh, that's okay.           04:37:09

 9            MR. MATEEN:  I'm introducing a new      04:37:14

10    exhibit.                                        04:37:16

11            (Whereupon Exhibit 20 was marked for    04:37:17

12              identification.)                      04:37:17

13    BY MR. MATEEN:                                  04:37:35

14       Q.  I've marked this as Exhibit 20.  For the  04:37:36

15    record, this is -- Exhibit 20 is also Exhibit A to  04:37:38

16    the third amended complaint here.  And it's Google's  04:37:44

17    privacy policy.                                 04:37:49

18            MR. LEE:  And, for the record, it's the  04:37:49

19    one effective July 1, 2020.                     04:37:57

20    BY MR. MATEEN:                                  04:37:59

21       Q.  Ms. Harvey, let me know when you're ready.  04:38:14

22       A.  Okay.  Go ahead.                         04:38:16

23            Oh, you want me to read it?  I'm sorry.  I  04:38:17

24    didn't catch that.                              04:38:20

25            (Witness reviewing document.)           04:38:23
```

Page 218

```
 1             MR. LEE:  The hard copy.                04:39:32

 2             THE WITNESS:  It's the same thing.      04:39:34

 3   BY MR. MATEEN:                                    04:39:36

 4       Q.   Ms. Harvey -- Ms. Harvey, I see that you 04:40:04

 5   are using a hard copy.                            04:40:06

 6             Are there any annotations on that hard  04:40:08

 7   copy?                                             04:40:11

 8       A.   Annotations like notes or something?  No. 04:40:12

 9       Q.   Highlights, anything like that?         04:40:15

10       A.   I've highlighted certain areas myself.  04:40:16

11       Q.   What have you highlighted?              04:40:18

12       A.   Things like "When you use our services," 04:40:22

13   and then I could be in control.  Your -- "What your 04:40:24

14   services include."  "And across our services, you 04:40:28

15   can adjust your privacy settings to control what we 04:40:33

16   collect and how your information is used."        04:40:38

17             MR. LEE:  I think there's another       04:40:39

18   highlight on a later page.                        04:40:40

19             THE WITNESS:  Oh, yes, there definitely 04:40:43

20   is.  Privacy controls, activity controls, by what 04:40:45

21   types of activities you'd like to save into your  04:40:49

22   account.  For example, you can -- but that's the  04:40:51

23   main thing that I have highlighted.               04:40:53

24             And then next page I have, under My     04:40:56

25   Activity, "My Activity allows you to" --          04:40:58
```

Page 219

```
 1              (Reporter request for clarification.)        04:41:10

 2              THE WITNESS:  It says:  "My Activity          04:41:10

 3   allows you to review and control data that's created    04:41:11

 4   when you use Google services."  And that's what's       04:41:16

 5   highlighted.                                            04:41:19

 6   BY MR. MATEEN:                                          04:41:19

 7         Q.   Okay.  And then I see that there's a         04:41:20

 8   Post-it note on the side of the page.                   04:41:22

 9              Is there anything on the Post-it note?       04:41:25

10         A.   No.                                          04:41:27

11         Q.   Why is it there?                             04:41:28

12         A.   It's there to mark my privacy controls       04:41:30

13   page.                                                   04:41:32

14         Q.   Okay.  Thank you.                            04:41:33

15              MR. MATEEN:  And, James, could you just      04:41:34

16   send us a copy of just the picture of the highlights    04:41:36

17   and everything?                                         04:41:39

18              MR. LEE:  We'll -- we'll e-mail it to you.   04:41:39

19              MR. MATEEN:  And then can you also just      04:41:42

20   let us know that this is same version of the privacy    04:41:44

21   policy that we've introduced as the exhibit?            04:41:48

22              MR. LEE:  Yeah.  So I think that this is      04:41:51

23   the 2018.  But it looks identical to me, so...          04:41:52

24              MR. MATEEN:  In that case, just for good      04:41:57

25   measure, could we have Ms. Harvey use the one we've     04:41:59
```

Page 220

```
 1   introduced as the exhibit?                        04:42:03

 2           MR. LEE:  Sure.  But I'll tell her that   04:42:05

 3   she can refer back to the hard copy if she likes  04:42:06

 4   just because she was having trouble toggling with 04:42:09

 5   the mouse through the privacy policy.             04:42:13

 6           MR. MATEEN:  If that -- if that is the    04:42:16

 7   case, then I'll -- let me know and let me know if 04:42:18

 8   there's a --                                      04:42:21

 9           MR. LEE:  That's how we got here, Harris, 04:42:23

10   is that she had -- I don't know if you heard.  But 04:42:24

11   she was having trouble scrolling down the thing.  So 04:42:26

12   I said, "I think it's the same as the hard copy," 04:42:29

13   which is why she started looking at the hard copy. 04:42:32

14           MR. MATEEN:  Okay.  Well --               04:42:40

15           MR. LEE:  If you want to direct her to a  04:42:40

16   certain page in there.                            04:42:42

17           MR. MATEEN:  I don't have a mental model  04:42:44

18   of all the different changes in the privacy policy 04:42:45

19   at hand.  But as far as there's any discrepancies, 04:42:49

20   we can just find it as they come along.           04:42:52

21           MR. LEE:  Sure.                           04:42:55

22           MR. MATEEN:  No issue.                    04:42:56

23   BY MR. MATEEN:                                    04:42:57

24       Q.  So, Ms. Harvey, did you read Google's     04:42:59

25   privacy policy when you created your miss- -- your 04:43:03
```

Page 221

| | | |
|---|---|---|
| 1 | ████████@gmail.com account? | 04:43:08 |
| 2 | A.   Yes, I looked through it.  Yes. | 04:43:13 |
| 3 | Q.   Did you read it when you created your | 04:43:22 |
| 4 | ████████? | 04:43:23 |
| 5 | A.   I believe I did. | 04:43:26 |
| 6 | Did I go through all -- every single page | 04:43:28 |
| 7 | on here?  No, I can't say that I did.  But I turned | 04:43:30 |
| 8 | Web & App Activity off.  So it's really irrelevant, | 04:43:33 |
| 9 | isn't it?  For the part of about My Activity and all | 04:43:35 |
| 10 | this different stuff? | 04:43:41 |
| 11 | MR. LEE:  Just try to answer his question. | 04:43:43 |
| 12 | THE WITNESS:  Okay. | 04:43:45 |
| 13 | BY MR. MATEEN: | 04:43:45 |
| 14 | Q.   What are you saying is irrelevant? | 04:43:46 |
| 15 | A.   Well, if your activity's off, then this | 04:43:48 |
| 16 | stuff isn't supposed to be saved. | 04:43:51 |
| 17 | Q.   Your ████████@gmail.com account, did you | 04:44:08 |
| 18 | also read this privacy policy before setting it up? | 04:44:14 |
| 19 | A.   I believe I did.  But that's been 12 years | 04:44:19 |
| 20 | ago, so I don't want to say verbatim that I did.  I | 04:44:22 |
| 21 | know when I shut off my activity controls, there was | 04:44:25 |
| 22 | a thing that lets me control the activity through | 04:44:28 |
| 23 | Web & App Activity that I read what it said.  And it | 04:44:31 |
| 24 | said that the information couldn't be collected, | 04:44:34 |
| 25 | used, or shared, or -- or anything.  Nothing could | 04:44:36 |

Page 222

```
 1   be done with it.  It wouldn't be on my account.        04:44:39

 2       Q.   How closely did you read the privacy          04:44:44

 3   policy when you set up your account?                    04:44:47

 4            MR. LEE:  Objection.  Vague as to which        04:44:50

 5   account.                                                04:44:52

 6   BY MR. MATEEN:                                          04:44:53

 7       Q.   I can rephrase.                                04:44:54

 8            How closely did you read the privacy           04:44:55

 9   policy when you set up ███████@gmail.com?               04:44:57

10       A.   I immediately went in and changed the          04:45:01

11   privacy to shut it off so that the information          04:45:03

12   couldn't be collected.                                  04:45:07

13            So if it wasn't being collected, it's sort     04:45:08

14   of -- a lot of this stuff is sort of mute because if    04:45:12

15   it's on, it's going to be collected, and I would        04:45:15

16   need to read it.  But if it's off, you're not           04:45:17

17   collecting it.                                          04:45:20

18       Q.   How do you know it's mute?                     04:45:21

19       A.   For what I just said.  If it's off, then       04:45:23

20   you're not collecting it.  So why would these           04:45:26

21   different things that are being collected at the        04:45:30

22   time matter if when it's off, it's not collected.       04:45:33

23            I shut it off to control my information        04:45:37

24   and did not want it collected, saved, used, nothing.    04:45:39

25   Shared nothing.                                         04:45:48
```

Page 223

```
 1        Q.   How do you know what's in the privacy      04:45:50

 2   policy?                                              04:45:51

 3        A.   Because I've looked at it.                 04:45:51

 4        Q.   And so I'm asking:  How closely did you    04:45:55

 5   look at it?                                          04:45:57

 6        A.   The part regarding the WAA button I looked 04:45:58

 7   at.  That's why I shut off.                          04:46:02

 8        Q.   Ms. Harvey, can you look at page 13 of     04:47:34

 9   this exhibit?                                        04:47:37

10        MR. LEE:  There's no page numbers.              04:47:38

11        MR. MATEEN:  This is -- actually, it's a        04:47:39

12   court filing.  So on the court filing, it's --       04:47:41

13        MR. LEE:  Oh, at the top, yes.                  04:47:46

14        MR. MATEEN:  At the top.                        04:47:51

15        MR. LEE:  So 13 from the -- indicated on        04:47:54

16   the top.                                             04:47:54

17        MR. MATEEN:  Yes, page 13 of 32.                04:47:55

18   BY MR. MATEEN:                                       04:48:30

19        Q.   Let me know when you're at page 13.        04:48:30

20        A.   No, I am.  I'm reading it right now.       04:48:32

21        (Witness reviewing document.)                   04:48:37

22        THE WITNESS:  Okay.                             04:48:44

23   BY MR. MATEEN:                                       04:48:45

24        Q.   If you look at the last paragraph, it      04:48:49

25   says:  "We may share nonpersonally identifiable      04:48:51
```

Page 224

```
 1   information publicly and with our partners, like        04:48:56

 2   publishers, advertisers, developers, or rights          04:48:58

 3   holders.  For example, we share information publicly     04:49:01

 4   to show trends about the general use of our             04:49:05

 5   services.  We also allow specific partners to           04:49:08

 6   collect information from your browser or device for     04:49:11

 7   advertising and measurement purposes using their own    04:49:13

 8   cookies or similar technologies."                       04:49:17

 9        A.   Okay.  I see that.  Is that with             04:49:21

10   Web & App Activity on or off?  Because I shut mine      04:49:25

11   off and there -- this would, again, be a point          04:49:28

12   because I asked you not to.  Unless you disclose it     04:49:31

13   to me and tell me you're doing it, it shouldn't be     04:49:34

14   done.                                                   04:49:36

15        Q.   Did you read this paragraph when you          04:49:41

16   reviewed the privacy policy before setting up your      04:49:44

17   ███████@gmail.com account?                              04:49:48

18        A.   I will state again:  With                     04:49:51

19   Web & App Activity on -- or off -- excuse me -- I       04:49:52

20   would expect that nothing would be shared.  It          04:49:56

21   doesn't -- it's not to make your services better.       04:50:01

22   It's not with your partners.  It's not with anybody     04:50:03

23   because it's turned off so I can control where my       04:50:06

24   information goes.  This paragraph here seems like it    04:50:09

25   would point more towards Web & App Activity on.         04:50:12
```

                                                    Page 225

| | | |
|---|---|---|
| 1 | Q. Ms. Harvey, I'm sorry. I'm really -- I'm | 04:50:16 |
| 2 | not trying to argue here. | 04:50:18 |
| 3 | My question is just simply if you read | 04:50:20 |
| 4 | this when you set up your ███████@gmail.com | 04:50:22 |
| 5 | account. | 04:50:25 |
| 6 | A. I've seen this paragraph, yes, but it has | 04:50:26 |
| 7 | nothing to do with my account. | 04:50:30 |
| 8 | Q. And can you tell me why it has nothing to | 04:50:33 |
| 9 | do with your account? | 04:50:35 |
| 10 | A. Because my Web & App Activity was off. | 04:50:38 |
| 11 | Where does it say Web & App Activity is off on here? | 04:50:39 |
| 12 | I don't see it. It doesn't say, "We're going to | 04:50:42 |
| 13 | share it if your activity's off." It says, "We may | 04:50:46 |
| 14 | share it." | 04:50:51 |
| 15 | Well, you told me you wouldn't. So why | 04:50:52 |
| 16 | would I be worried about this unless I'm not being | 04:50:54 |
| 17 | told the truth. | 04:50:58 |
| 18 | Q. What do you interpret "nonpersonally | 04:51:05 |
| 19 | identifiable information" to mean? | 04:51:08 |
| 20 | A. Doesn't matter what it is. It doesn't | 04:51:10 |
| 21 | point to Web & App Activity off. Mine is off. | 04:51:14 |
| 22 | Nothing should be shared. I don't care if it's | 04:51:17 |
| 23 | nonpersonally identifiable. Because my device | 04:51:20 |
| 24 | identifiers and certain identifiers that Google has | 04:51:23 |
| 25 | is private. And that's what I was pointing towards | 04:51:26 |

Page 226

```
 1   when I said I don't want anything shared.              04:51:32

 2       Q.   Ms. Harvey, I'm going to have to ask you      04:51:40

 3   again and just ask for a direct answer to my           04:51:42

 4   question, which is simply:  What do you "interpret      04:51:44

 5   nonpersonally identifiable information" to mean?        04:51:48

 6            MR. LEE:  Asked and answered.                  04:51:51

 7   BY MR. MATEEN:                                          04:51:52

 8       Q.   You can answer.                                04:51:53

 9            MR. LEE:  You can answer again if you can.     04:51:54

10            THE WITNESS:  Like I stated, it doesn't        04:51:56

11   matter what the information is.  My                     04:51:57

12   Web & App Activity is off, and nothing should be        04:51:59

13   shared.  I don't care -- because there's certain        04:52:02

14   things regarding nonpersonally identify information     04:52:05

15   that is identifiable, like my device ID, IP address,    04:52:08

16   location, different identifiers Google has.  That's     04:52:14

17   all identifiable information.  Next guy down the        04:52:20

18   street doesn't have my same identifiers.                04:52:25

19   BY MR. MATEEN:                                          04:52:27

20       Q.   Ms. Harvey, I asked you what you               04:52:33

21   interpreted "nonpersonally identifiable information"    04:52:34

22   to mean, and you responded saying it doesn't matter.    04:52:37

23            My question was not if nonpersonally           04:52:40

24   identifiable information matters or not.  My            04:52:43

25   question was:  What do you interpret it to mean?  In    04:52:46
```

Veritext Legal Solutions
866 299-5127

```
 1   your response you mentioned device ID and location.      04:52:49

 2        Do you consider device ID and location to           04:52:54

 3   be an example of nonpersonally identifiable              04:52:57

 4   information?                                             04:53:00

 5        MR. LEE:  Objection.  Mischaracterizes.             04:53:01

 6   BY MR. MATEEN:                                           04:53:03

 7        Q.   You can answer.                                04:53:05

 8        A.   Any information that's shared about me is      04:53:06

 9   what I consider any personally identifiable              04:53:09

10   information regardless non- -- you guys -- if Google     04:53:11

11   feels like it's nonpersonally identifiable, I'm          04:53:14

12   stating:  Any information to do with me is               04:53:17

13   identifiable or anybody else that has this button        04:53:20

14   off that says nothing's going to be shared.  Because     04:53:25

15   this says with the partners.  No, I was told that        04:53:27

16   that wouldn't happen.                                    04:53:31

17        So why should anything be shared?  Non --           04:53:34

18        Q.   Ms. Harvey?                                    04:53:39

19        A.   -- or personal.                                04:53:39

20        I want no information shared.                        04:53:48

21        It doesn't say in Web & App Activity if             04:53:52

22   you turn it off, that nonpersonally identifiable         04:53:54

23   information is going to be shared.  It says no           04:53:58

24   information is going to be shared.  I think "no"         04:54:00

25   means none; we won't do it.                              04:54:04
```

Page 228

```
 1              Now, if it was law enforcement?  Okay.        04:54:07

 2    That -- that's a little bit different.  But your        04:54:09

 3    partners aren't law enforcement.                        04:54:14

 4         Q.   Do you distinguish in any way between         04:54:56

 5    personally identifiable information and                 04:54:58

 6    nonpersonally identifiable information?                 04:54:59

 7              MR. LEE:  Asked and answered.                 04:55:02

 8    BY MR. MATEEN:                                          04:55:03

 9         Q.   You can answer.                               04:55:04

10         A.   Any information that is shared shouldn't      04:55:06

11    have been saved in the first place.  I was told it      04:55:09

12    would not be, so how could it be shared?  There's no    04:55:13

13    way for it to be shared, right?  Because google         04:55:16

14    didn't do it, right?  The button said no.  That's       04:55:18

15    false sense of security there.                          04:55:22

16              It should have been ruled out, lined out      04:55:27

17    exactly.  This isn't under the Web & App Activity       04:55:29

18    button, is it?                                          04:55:33

19              MR. LEE:  For the record, she's indicating    04:55:37

20    the screen, page 13, the language Mr. Mateen has        04:55:39

21    been referencing.                                       04:55:42

22              MR. MATEEN:  James, I didn't hear the last    04:55:45

23    part of your sentence.                                  04:55:46

24              MR. LEE:  I said, just for the record,        04:55:47

25    she's indicating towards the screen, page 13 of this    04:55:47
```

Page 229

```
 1    exhibit, the language that Mr. Mateen has been        04:55:52

 2    referencing.                                          04:55:54

 3              MR. MATEEN:  Thank you.                      04:55:55

 4              MR. LEE:  I don't think you can see her      04:55:56

 5    hands from your vantage point.                        04:55:58

 6              THE WITNESS:  Sorry.                         04:56:01

 7              MR. LEE:  Okay.  You're fine.                04:56:02

 8    BY MR. MATEEN:                                        04:56:10

 9        Q.   When Google wrote, "We may share             04:56:11

10    nonpersonally identifiable information," what         04:56:14

11    information do you think that Google was referring    04:56:19

12    to?                                                   04:56:22

13        A.   I don't care.                                04:56:24

14              MR. LEE:  Calls for speculation.            04:56:25

15              THE WITNESS:  Yeah, it doesn't matter.      04:56:25

16    Keyword and information.                              04:56:29

17    BY MR. MATEEN:                                        04:56:31

18        Q.   Ms. Harvey, I'm not asking if it matters.    04:56:32

19    I'm asking what you think this term is defined as,    04:56:34

20    as defined by Google.                                 04:56:38

21        A.   How would Google have any information with   04:56:42

22    my Web & App Activity off?  It wouldn't have it.  So  04:56:44

23    how does this refer to me?  It shouldn't be           04:56:51

24    anywhere.                                             04:57:02

25              MR. LEE:  Let me try to short-circuit       04:57:03
```

Page 230

| | | |
|---|---|---|
| 1 | this. | 04:57:04 |
| 2 | He's just asking if you can define this | 04:57:05 |
| 3 | term.  And if you can't, that's fine. | 04:57:07 |
| 4 | THE WITNESS:  Not -- not necessarily.  But | 04:57:09 |
| 5 | I know that there's information that gets | 04:57:10 |
| 6 | transferred that doesn't need to be transferred.  I | 04:57:14 |
| 7 | don't want anything transferred. | 04:57:17 |
| 8 | BY MR. MATEEN: | 04:57:20 |
| 9 | Q.   Ms. Harvey, you just testified, "How would | 04:57:54 |
| 10 | Google have any information with my | 04:57:58 |
| 11 | Web & App Activity off?  It wouldn't have it." | 04:58:00 |
| 12 | A.   Excuse me? | 04:58:07 |
| 13 | Q.   I'm repeating back your testimony to you, | 04:58:09 |
| 14 | which was that with Web & App Activity off, Google | 04:58:10 |
| 15 | wouldn't have it. | 04:58:16 |
| 16 | A.   Have any information about me saved | 04:58:19 |
| 17 | somewhere else other than what I have saved on my | 04:58:21 |
| 18 | account.  And they shouldn't be accessing that. | 04:58:24 |
| 19 | "Web & App Activity off.  We won't share your | 04:58:26 |
| 20 | information.  You're in control." | 04:58:30 |
| 21 | Where's the control come in with this | 04:58:32 |
| 22 | sentence? | 04:58:34 |
| 23 | Q.   With Web & App Activity off, would Google | 04:58:39 |
| 24 | have a record of what your Gmail address is? | 04:58:41 |
| 25 | A.   They should know what the account is, | 04:58:46 |

Page 231

```
 1    sure.                                              04:58:47

 2         Q.   Would they know what the phone number    04:58:55

 3    associated with the account is?                    04:58:57

 4         A.   I'm sure they would.                      04:58:58

 5         Q.   When Web & App Activity is off, do you   04:59:04

 6    expect them to know the phone number associated with  04:59:06

 7    the account?                                       04:59:08

 8         A.   I expect them to be able to identify the 04:59:09

 9    account but nothing that goes on with the account. 04:59:11

10    And they definitely shouldn't be sharing it with   04:59:16

11    anybody, publicly or with partners as this states. 04:59:19

12    I don't want anything out in public.               04:59:22

13         Q.   If you have Web & App Activity off and you  04:59:26

14    open Google Maps, would you expect Google to know  04:59:28

15    your location on Google Maps?                      04:59:35

16         A.   Well, if I put in the address.  But it   04:59:40

17    shouldn't automatically have it, no.               04:59:42

18              And even if it does, if they're saying   04:59:46

19    they're not sharing it, it's okay if they've got it 04:59:49

20    for the -- for the where I'm at, but they shouldn't 04:59:53

21    be telling anybody where I'm at, publicly or       04:59:56

22    partners.                                          04:59:59

23         Q.   Who did Google share your information    05:00:03

24    with?                                              05:00:05

25              MR. LEE:  Objection.  Calls for          05:00:06
```

Page 232

```
1    speculation.  Calls for expert opinion.              05:00:06

2    BY MR. MATEEN:                                        05:00:09

3         Q.    You can answer.                            05:00:10

4         A.    That's what the investigation's about.     05:00:11

5         Q.    When you're saying "investigation," what   05:00:41

6    are you referring to?                                 05:00:43

7         A.    This court action.                         05:00:44

8         Q.    Are you testifying that this court action  05:00:49

9    is about Google sharing your information from Google  05:00:50

10   services with others?                                 05:00:56

11        A.    I'm testi- -- I'm testifying that Google   05:00:58

12   gave me an option to control my information and they  05:01:00

13   did not do that.  I can't protect my information.     05:01:03

14   I'm not in control.  Google's recording it and doing  05:01:10

15   what they want with it.  And that's what I asked      05:01:13

16   them not to do and they said they wouldn't.           05:01:15

17        Q.    Did you sue Google because you believe     05:01:19

18   Google is sharing information Google has collected    05:01:21

19   with you with others?                                 05:01:24

20        A.    Excuse me?                                 05:01:32

21             MR. LEE:  Could you rephrase?               05:01:38

22   BY MR. MATEEN:                                        05:01:40

23        Q.    Ms. Harvey, what didn't you understand     05:01:42

24   about the question?                                   05:01:43

25             MR. LEE:  Just rephrase, please.            05:01:45
```

Page 233

```
 1    BY MR. MATEEN:                                    05:01:49

 2        Q.   Ms. Harvey, what didn't you understand   05:01:49

 3    about the question?                               05:01:50

 4            MR. LEE:  Here's the problem, Mr. Mateen. 05:01:51

 5    Because when you started this deposition, you laid 05:01:54

 6    out your own ground rules.  Your ground rules were, 05:01:56

 7    "I may ask some bad questions.  If I do, just tell 05:01:57

 8    me that you don't understand, and I'll rephrase." 05:02:01

 9            MR. MATEEN:  Yeah.  And, Mr. Lee --        05:02:03

10            MR. LEE:  Excuse me.  Excuse me.  And you  05:02:05

11    haven't done that.  Instead when she doesn't       05:02:07

12    understand, you just flip it back on her and say,  05:02:10

13    "What -- what didn't you like about it?            05:02:12

14            She didn't understand your question.  So   05:02:14

15    it's your --                                       05:02:15

16            MR. MATEEN:  She didn't tell me that she   05:02:16

17    didn't understand her -- my question.  You told me. 05:02:17

18    So she can tell me she didn't understand, and I can 05:02:19

19    rephrase.                                          05:02:22

20            MR. LEE:  She said, "Excuse me?" and sat   05:02:22

21    there in silence because she didn't understand your 05:02:24

22    question.                                          05:02:27

23            I asked -- so I asked you to rephrase.  I  05:02:27

24    didn't -- I'm simply just telling you what -- she's 05:02:29

25    just looking at you confused, and she said, "Excuse 05:02:32
```

Page 234

```
 1   me?"                                          05:02:34

 2   BY MR. MATEEN:                                05:02:35

 3        Q.   Ms. Harvey, when you said, "Excuse me?"   05:02:37

 4   did you mean that you did not understand the  05:02:38

 5   question?                                     05:02:40

 6        A.   Yes.                                05:02:41

 7        Q.   Okay.  Thank you.  I can rephrase.  My   05:02:41

 8   apologies.                                    05:02:44

 9             MR. LEE:  Thank you.                05:02:45

10   BY MR. MATEEN:                                05:02:46

11        Q.   Now, Ms. Harvey, just one note.  You've   05:03:05

12   said "Excuse me?" several times today.  When you   05:03:08

13   said, "Excuse me?" earlier, was that also you saying   05:03:10

14   that you didn't understand what I was asking?   05:03:13

15        A.   Yeah.  Normally you say you're going to   05:03:15

16   rephrase it.                                  05:03:17

17             MR. LEE:  Just because I'm concerned about   05:03:29

18   mischaracterization of the record, I'm going to make   05:03:30

19   my record.  There are -- there's a distinction   05:03:33

20   between when she says "Excuse me?" and yet answers   05:03:35

21   the question between -- versus what happened here,   05:03:38

22   which is she just said, "Excuse me?" and had no way   05:03:41

23   of answering the question and just stared at you,   05:03:45

24   and there was a long silence.                 05:03:47

25             So I don't think that that's happened many   05:03:51
```

Page 235

| | | |
|---|---|---|
| 1 | times today.  I don't think it's happened at all. | 05:03:53 |
| 2 | And there have been time where she said "Excuse me?" | 05:03:55 |
| 3 | and there was some pause and you have rephrased. | 05:03:58 |
| 4 | And other times she's tried her best to answer and | 05:04:00 |
| 5 | has answered. | 05:04:04 |
| 6 | So I don't -- I don't think you can make | 05:04:05 |
| 7 | that blanket statement.  I think the record will | 05:04:06 |
| 8 | bear that out. | 05:04:09 |
| 9 | BY MR. MATEEN: | 05:04:33 |
| 10 | Q.  Ms. Harvey, you believe that Google has | 05:04:34 |
| 11 | collected information about you when you've had WAA | 05:04:35 |
| 12 | off, right? | 05:04:38 |
| 13 | A.  Yes, I do. | 05:04:39 |
| 14 | Q.  Do you believe that Google has shared that | 05:04:45 |
| 15 | information with other parties? | 05:04:49 |
| 16 | A.  That's what we're trying to find out. | 05:04:52 |
| 17 | Q.  To clarify, are you stating that this | 05:04:59 |
| 18 | lawsuit is about Google sharing information | 05:05:02 |
| 19 | collected when WAA is turned off with other parties? | 05:05:05 |
| 20 | A.  Yes, that's -- that's my main thing.  I | 05:05:10 |
| 21 | shut the thing off and information was collected. | 05:05:12 |
| 22 | It shouldn't have been collected in the first place. | 05:05:15 |
| 23 | Because it says I'm in control.  With what they did, | 05:05:17 |
| 24 | I'm not in control.  I don't know what's going on. | 05:05:20 |
| 25 | Q.  Do you have any basis to claim that Google | 05:05:26 |

Page 236

| | | |
|---|---|---|
| 1 | has shared information collected when WAA is turned | 05:05:30 |
| 2 | off with third parties? | 05:05:34 |
| 3 | A.  Why should it be collected in the first | 05:05:36 |
| 4 | place?  If it's collected, yeah, I want to know. | 05:05:39 |
| 5 | Why would they collect it if they weren't doing | 05:05:43 |
| 6 | something with it? | 05:05:48 |
| 7 | Q.  Ms. Harvey, do you have any basis for | 05:05:52 |
| 8 | stating that the information has been shared with | 05:05:54 |
| 9 | third parties? | 05:05:57 |
| 10 | A.  That's what I'm trying to find out.  I | 05:05:58 |
| 11 | know it was collected, and it wasn't supposed to be | 05:06:00 |
| 12 | collected in the first place. | 05:06:03 |
| 13 | Q.  Have you found out any basis thus so far? | 05:06:08 |
| 14 | A.  That's not for me to speculate on. | 05:06:11 |
| 15 | MR. MATEEN:  Okay.  We're good on this | 05:06:40 |
| 16 | document. | 05:06:42 |
| 17 | THE WITNESS:  I lost him. | 05:06:50 |
| 18 | Thank you. | 05:06:56 |
| 19 | MR. LEE:  No problem. | 05:06:56 |
| 20 | BY MR. MATEEN: | 05:06:57 |
| 21 | Q.  Ms. Harvey, can you list every type of | 05:07:18 |
| 22 | harm you've suffered from the actions you've alleged | 05:07:20 |
| 23 | in this lawsuit? | 05:07:24 |
| 24 | MR. LEE:  Hold on. | 05:07:25 |
| 25 | Objection.  Calls for a legal | 05:07:26 |

Page 237

| | | |
|---|---|---|
| 1 | conclusion -- or to the extent it calls for a legal | 05:07:26 |
| 2 | conclusion. | 05:07:29 |
| 3 |      Go ahead and answer as best you can. | 05:07:30 |
| 4 |      THE WITNESS:  Best I can, well, my | 05:07:32 |
| 5 | personal information has been collected.  It's been | 05:07:33 |
| 6 | saved.  It's been used.  It's been many things.  And | 05:07:36 |
| 7 | it was valuable.  I -- I do not understand at all | 05:07:39 |
| 8 | why is there an option to shut it off so it can't be | 05:07:43 |
| 9 | done and then it happens anyway.  To me, that's a | 05:07:47 |
| 10 | harm.  It's very disturbing and very offensive. | 05:07:49 |
| 11 | BY MR. MATEEN: | 05:07:53 |
| 12 |     Q.  Why is it disturbing? | 05:07:57 |
| 13 |     A.  Why is it disturbing?  Why am I being lied | 05:07:59 |
| 14 | to?  Why am I told that my information's not going | 05:08:02 |
| 15 | to be saved and that it's not going to be used and | 05:08:05 |
| 16 | it's not -- nothing's going to happen with that | 05:08:07 |
| 17 | information because you're in control.  I'm not in | 05:08:10 |
| 18 | control.  Sort of makes you feel like you're | 05:08:13 |
| 19 | floating, and that's not right because I thought I | 05:08:18 |
| 20 | knew that I was safe and I'm not. | 05:08:20 |
| 21 |     Q.  Have you suffered any financial harm? | 05:08:36 |
| 22 |     A.  Yes.  My data was valuable. | 05:08:38 |
| 23 |     Q.  Do you know how much financial harm you | 05:08:58 |
| 24 | suffered? | 05:09:01 |
| 25 |     A.  I can't state.  Google knows. | 05:09:02 |

Veritext Legal Solutions
866 299-5127

```
 1        Q.   How much is your data worth to you?        05:09:05

 2             MR. LEE:  Objection to form.  Vague.       05:09:09

 3             THE WITNESS:  It's worth a lot.            05:09:13

 4   BY MR. MATEEN:                                       05:09:15

 5        Q.   Is it worth a thousand dollars?            05:09:20

 6        A.   I'm not going to comment on that.  It's    05:09:21

 7   worth a lot.                                         05:09:24

 8        Q.   What is "a lot" to you?                    05:09:25

 9        A.   I'm not going to say.  I can't say.  It's  05:09:27

10   unlimited.  There is no price I can put on it        05:09:30

11   because I can't get it back once it's out there.     05:09:34

12   And if I think it's not out there because I'm told   05:09:36

13   it's not going to be, that's not right.  Ask Google  05:09:39

14   how much it's worth.                                 05:09:44

15        Q.   Have you ever tried to sell your data to   05:09:46

16   anyone else?                                         05:09:48

17        A.   No.  I already -- you asked me that.  You  05:09:49

18   asked me that when we first started.  I might be     05:09:52

19   wrong, but I thought you asked me that.              05:09:55

20        Q.   If Google had not engaged in the alleged   05:10:00

21   conduct, would you be any wealthier?                 05:10:03

22        A.   Doesn't matter.  Doesn't matter.  Because  05:10:07

23   I'd have a peace of mind.  That data was important   05:10:10

24   to me or I would have told them, "Yeah, take it.     05:10:14

25   Sure.  It's fine."  No, I said, "No."  "No" means    05:10:18
```

Page 239

```
 1  no.                                                05:10:21

 2       Q.  Do you not have peace of mind?            05:10:27

 3       A.  For knowing where it went?  No.  That's   05:10:30

 4  not right.  They made me a promise, and they broke 05:10:32

 5  that promise.  It should have never even been      05:10:36

 6  touched.  They should have turned their heads the  05:10:40

 7  other way.  And if somebody else sent it to them,  05:10:42

 8  they should have rejected it because they already  05:10:45

 9  had an agreement with me.  Don't make the agreement 05:10:47

10  if you're not going to keep it.                    05:10:52

11       Q.  Has this lack of peace of mind affected   05:10:55

12  your life in any way?                              05:10:57

13       A.  Yeah, it has.  It has.  Because that      05:11:05

14  information's out there and I didn't want it there. 05:11:09

15       Q.  Can you describe how it's affected your   05:11:13

16  life?                                              05:11:15

17       A.  Well, makes you sort of untrusting when   05:11:19

18  somebody tells you they're gonna do something and  05:11:19

19  you trust them and they do the exact opposite,     05:11:21

20  doesn't it?                                        05:11:24

21       Q.  Earlier today you testified that you felt 05:11:45

22  physically sick after finding out about the        05:11:48

23  unauthorized transactions way back in 2014, right? 05:11:52

24       A.  Yes, but that's been resolved.            05:11:57

25       Q.  Have you felt a similar sickness after    05:11:59
```

Page 240

```
 1    finding out what you've alleged in this lawsuit?        05:12:03

 2        A.   It's sort of a little bit worse because        05:12:08

 3    Google lied to me, and I trusted they were going to     05:12:10

 4    do what they told me they were going to do, and they    05:12:14

 5    did not.                                                05:12:18

 6        Q.   Can you tell me how you felt physically        05:12:20

 7    sick after Google lied to you?                          05:12:22

 8            MR. LEE:  I'm sorry.  Can you repeat that?      05:12:27

 9            MR. MATEEN:  Yes.                               05:12:29

10    BY MR. MATEEN:                                          05:12:29

11        Q.   Can you tell me how you have felt              05:12:30

12    physically sick after Google lied to you?               05:12:32

13            MR. LEE:  Objection.  Form.                     05:12:36

14            THE WITNESS:  What do you mean?  I -- I         05:12:40

15    don't even understand that.                             05:12:41

16    BY MR. MATEEN:                                          05:12:42

17        Q.   I can rephrase.                                05:12:43

18            Have you had any symptoms --                    05:12:44

19        A.   Symptoms --                                    05:12:45

20        Q.   -- as a result of Google's lying?             05:12:45

21        A.   It make you question everybody.  Because       05:12:47

22    I've got a contract sitting right here that says        05:12:50

23    it's not going to be done and it was done.  So how      05:12:53

24    do I trust another business if they tell me, "We're     05:12:56

25    not going to do it," and they do it behind my back,     05:12:59
```

Page 241

| | | |
|---|---|---|
| 1 | which is what Google did.  Sort of makes you not | 05:13:01 |
| 2 | trust anybody.  And that's not right. | 05:13:10 |
| 3 | Q.   So, Ms. Harvey, just a little bit ago, I | 05:13:25 |
| 4 | mentioned that you said that you felt physically | 05:13:28 |
| 5 | sick after finding out about the unauthorized | 05:13:31 |
| 6 | transactions in 2014, and you mentioned that you | 05:13:34 |
| 7 | maybe feel even more so now.  And I'm just trying to | 05:13:37 |
| 8 | get an idea of that physical sickness and any | 05:13:43 |
| 9 | symptoms you might have had. | 05:13:47 |
| 10 | So have you had any physical symptoms as a | 05:13:49 |
| 11 | result of Google's lies? | 05:13:52 |
| 12 | A.   Physical?  No.  It makes me sick thinking | 05:13:54 |
| 13 | that somebody lied to me and took my information and | 05:13:58 |
| 14 | used it for their own personal gain and never told | 05:14:03 |
| 15 | me. | 05:14:06 |
| 16 | Why even have the button?  Does it mean | 05:14:07 |
| 17 | it's off?  Does it mean it's on?  It says you can | 05:14:10 |
| 18 | protect yourself and you're in control.  I'm not in | 05:14:14 |
| 19 | control. | 05:14:17 |
| 20 | It's being taken anyway, then, why would | 05:14:18 |
| 21 | you even have a button that doesn't work? | 05:14:21 |
| 22 | Q.   Ms. Harvey, do you mean figuratively sick | 05:14:27 |
| 23 | or actually sick? | 05:14:31 |
| 24 | A.   In '13, I literally threw up.  Now I feel | 05:14:32 |
| 25 | nauseous.  Makes me sick to think that I've been | 05:14:37 |

Veritext Legal Solutions
866 299-5127

```
 1    lied to all these years.                            05:14:40

 2         Q.   And, Ms. Harvey, I'm not trying to ask the   05:14:45

 3    same question again.  I'm not trying to argue here.  05:14:47

 4              But when you say you feel nauseous, do you  05:14:49

 5    mean you feel physically nauseous or figuratively   05:14:51

 6    nauseous?                                            05:14:55

 7         A.   Physically.  It makes me sick.             05:14:56

 8         Q.   Have you sought medical help to address    05:15:11

 9    this?                                                05:15:13

10         A.   I've talked to behavioral health, and      05:15:15

11    they've helped me through a lot of it but not about  05:15:17

12    my personal information being floating around.  So I 05:15:22

13    don't know when that shoe's going to drop.           05:15:27

14              MR. LEE:  I want -- I understand that       05:15:29

15    there's sensitivity around, you know, these types of 05:15:30

16    health-related questions.  Mr. Mateen means no       05:15:33

17    disrespect.  He's -- he's asking about specific to   05:15:37

18    the claims made in this case.                        05:15:39

19              THE WITNESS:  No.                           05:15:42

20              MR. LEE:  Has that required you to seek     05:15:42

21    any medical treatment?                               05:15:44

22              So just try to keep it -- you know, he's    05:15:45

23    not trying to embarrass you or anything.  Just try   05:15:46

24    to answer that specific question.                    05:15:50

25              THE WITNESS:  No.  Since this happened,     05:15:51
```

Page 243

```
 1    no, I haven't.  It just makes it worse.              05:15:53

 2    BY MR. MATEEN:                                       05:16:06

 3        Q.   Ms. Harvey, are you claiming a medical      05:16:55

 4    injury in this lawsuit?                              05:16:57

 5        A.   No.  I -- I stated that was from before.    05:16:58

 6    But this made it -- this has added on to it because  05:17:01

 7    I didn't realize I'd been lied to the whole time.    05:17:05

 8        Q.   Since finding out about the actions         05:17:44

 9    alleged in this lawsuit, have you changed any of     05:17:47

10    your actions?                                        05:17:50

11            MR. LEE:  Vague.                             05:17:55

12            THE WITNESS:  Which actions would that be?   05:17:57

13    I don't understand.                                  05:17:59

14    BY MR. MATEEN:                                       05:18:02

15        Q.   I can reask it.                             05:18:02

16            After you found out about the actions that   05:18:16

17    you allege in this lawsuit, did you delete any apps? 05:18:18

18        A.   I'm sure there's been apps that have went   05:18:23

19    off my phone because I switched phones.  But I -- I  05:18:26

20    don't know.  Maybe if I didn't use something         05:18:29

21    anymore, I would take it off.  But I -- I was sort   05:18:31

22    of curious what -- what was going to be find out.    05:18:38

23    That's why I seeked attorneys.                       05:18:41

24        Q.   Did you investigate which apps use          05:18:49

25    Google Analytics for Firebase?                       05:18:52
```

Veritext Legal Solutions
866 299-5127

```
 1        A.   That's not for me to do.              05:18:54

 2        Q.   Who's that for?                       05:19:02

 3        A.   That's for the attorneys and experts, not  05:19:03

 4   me.                                             05:19:05

 5             I don't know what Google's practice is.  I  05:19:11

 6   don't know who they talk to.  I don't know which  05:19:12

 7   ones they use.  Why should I know that information?  05:19:13

 8   I'm not trying to get their information.  My     05:19:15

 9   information is one that was given out.           05:19:17

10        Q.   Sitting here today, do you know if any app  05:19:23

11   you've ever used uses Google Analytics for Firebase?  05:19:27

12        A.   I'm sure quite a bit of them do.       05:19:32

13        Q.   If you knew which apps use             05:19:34

14   Google Analytics for Firebase, would you delete  05:19:36

15   them?                                           05:19:39

16        A.   Why don't we cut this short?  Why doesn't  05:19:39

17   Google just fix the button?  Then I wouldn't have to  05:19:42

18   delete those apps because I enjoy playing them.  05:19:44

19   Then there wouldn't be a problem, right?  Because  05:19:48

20   they said they wouldn't do it in the first place, so  05:19:50

21   there shouldn't be a problem here.              05:19:53

22        Q.   If, as you say Google, does not fix the  05:19:54

23   button, would you delete those apps?            05:19:57

24        A.   I can't see a world that would happen in.  05:19:58

25        Q.   You can't see a world where what would  05:20:02
```

Page 245

```
 1   happen in?                                        05:20:05

 2       A.   Google would keep taking the information  05:20:06

 3   and not fix it.  That's illegal.  You can't take   05:20:08

 4   information and tell somebody that you're not going 05:20:12

 5   to.                                                05:20:14

 6            I don't want anybody knowing what I do on  05:20:21

 7   my phone.                                          05:20:23

 8       Q.   Imagine that the court in this case rules  05:20:33

 9   that Google doesn't have to change its behavior, it 05:20:35

10   can keep doing what it's doing.                    05:20:41

11            Would you then delete those apps?          05:20:44

12       A.   I can't see the court ruling that.  I      05:20:47

13   don't see that happening.  Because they made a      05:20:49

14   statement that they weren't going to do it and I    05:20:54

15   would be in control, and it's a lie.               05:20:56

16       Q.   Would you ever delete those apps?          05:21:06

17            MR. LEE:  Objection.  Vague.               05:21:09

18            THE WITNESS:  If I didn't want to use       05:21:11

19   them.                                              05:21:13

20   BY MR. MATEEN:                                     05:21:16

21       Q.   You wouldn't want to use them?             05:21:17

22       A.   If I did not want to use them, I might     05:21:19

23   delete them.                                       05:21:21

24            But the real thing that needs to be fixed  05:21:22

25   is Google's promises.  Don't make a promise if you  05:21:24
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | can't keep that promise.  You can't figure out how | 05:21:27 |
| 2 | to do it, that's not my fault.  They shouldn't have | 05:21:30 |
| 3 | made a promise in the first place. | 05:21:34 |
| 4 |     Q.   So I understand that you believe that a | 05:21:35 |
| 5 | court would not do this.  But just imagine for the | 05:21:39 |
| 6 | possibility that you were wrong about what is and | 05:21:44 |
| 7 | isn't illegal and the court rules that from Google | 05:21:47 |
| 8 | doesn't have to change it's behavior. | 05:21:52 |
| 9 |       Would you then delete those apps? | 05:21:54 |
| 10 |     A.   I can't believe that would ever happen. | 05:21:57 |
| 11 |     Q.   Ms. Harvey, I understand that you cannot | 05:22:00 |
| 12 | believe that it will happen, but imagine that it | 05:22:01 |
| 13 | does. | 05:22:05 |
| 14 |     A.   I -- I can't imagine that.  Why -- why | 05:22:06 |
| 15 | would that happen?  You can't make a promise, break | 05:22:09 |
| 16 | that promise, make money off people's data when they | 05:22:12 |
| 17 | said that they weren't going to do that, and -- and | 05:22:17 |
| 18 | it be okay.  It's not okay. | 05:22:19 |
| 19 |     Q.   Ms. Harvey, for example, your last case | 05:22:23 |
| 20 | was dismissed on statute of limitations grounds. | 05:22:25 |
| 21 | Let's say that this case gets dismissed on statute | 05:22:28 |
| 22 | of limitations grounds. | 05:22:32 |
| 23 |       In that case, would you delete these apps | 05:22:34 |
| 24 | off your phone? | 05:22:38 |
| 25 |     A.   It's not going to get dismissed for | 05:22:40 |

Page 247

```
 1    statute of limitations.  So I don't even have to      05:22:42

 2    consider that, correct?                               05:22:45

 3        Q.    Would you ever delete your Google account?  05:22:48

 4            MR. LEE:  Objection.  Vague.                   05:22:52

 5            THE WITNESS:  What other option do I have      05:22:55

 6    on an Android device so I can use the Play Store?      05:22:57

 7            MR. LEE:  Can I get a time check?              05:23:11

 8            THE VIDEO OPERATOR:  6:23.                     05:23:19

 9            MR. LEE:  I'm sorry?                           05:23:20

10            THE WITNESS:  Six hours, 23 minutes.          05:23:22

11            MR. LEE:  Thank you.                          05:23:29

12    BY MR. MATEEN:                                        05:23:29

13        Q.    Ms. Harvey, since filing this case, have    05:23:30

14    you used any apps differently than you did before?    05:23:33

15        A.    No.  I'm trying to find out what's going    05:23:38

16    on.  It's being investigated right now.  They're      05:23:40

17    checking everything out.  So if I stopped using       05:23:46

18    those things, then nothing would be found out, would  05:23:49

19    it?                                                   05:23:52

20        Q.    Have you interacted with anyone in your     05:23:53

21    life any differently than before you filed your       05:23:55

22    lawsuit?                                              05:23:57

23            MR. LEE:  Objection.  Vague.                  05:23:58

24            THE WITNESS:  With who?  I don't              05:24:02

25    understand.                                           05:24:04
```

```
1    BY MR. MATEEN:                                    05:24:05

2        Q.   Have you communicated with anybody you  05:24:11

3    know differently?                                 05:24:15

4            MR. LEE:  Objection.  Vague.              05:24:17

5    BY MR. MATEEN:                                    05:24:18

6        Q.   Have you communicated with anybody you  05:24:23

7    know differently since filing your lawsuit?       05:24:24

8            MR. LEE:  Objection.  Vague.              05:24:27

9    BY MR. MATEEN:                                    05:24:27

10       Q.   Ms. Harvey, you can answer to the extent 05:24:36

11   that you are able to.                             05:24:37

12       A.   Who?                                     05:24:39

13       Q.   Any person.                              05:24:41

14       A.   People that I know?                      05:24:42

15       Q.   Yes.                                     05:24:43

16       A.   Why would I do that?  They didn't do it. 05:24:44

17   They didn't make me a promise and break it.       05:24:48

18       Q.   Have you taken any steps to protect      05:24:55

19   yourself from the alleged misconduct from Google? 05:24:57

20       A.   I seeked a lawyer's advice.  My          05:25:01

21   Web & App Activity is off.  I was thinking the    05:25:06

22   information wasn't being collected and it was.     05:25:07

23            So, yes, I seeked a lawyer's advice.     05:25:10

24       Q.   Since --                                 05:25:13

25            THE VIDEO OPERATOR:  Excuse me.  This is  05:25:16
```

Veritext Legal Solutions
866 299-5127

```
 1    the videographer.  I made a mistake.  It's 6:13.        05:25:16

 2    Sorry.                                                  05:25:18

 3              MR. MATEEN:  Thank you.                       05:25:21

 4              MR. LEE:  We're going backwards in time?      05:25:22

 5    Jesus.                                                  05:25:24

 6    BY MR. MATEEN:                                          05:25:26

 7        Q.   Since filing this suit, other than talking     05:25:29

 8    to your lawyer, have you taken any steps to protect     05:25:32

 9    your privacy against Google's alleged misconduct?       05:25:35

10        A.   Well, they weren't supposed to be doing it     05:25:39

11    in the first place, so what could I take?  What         05:25:40

12    steps could I take?                                     05:25:43

13        Q.   Have you tried to take any steps?              05:25:46

14        A.   What steps would those be?  I still have       05:25:47

15    my Samsung phone.  It's still Android.  Google's        05:25:50

16    still doing it.  And they said they wouldn't but        05:25:55

17    they are.                                               05:25:57

18              Web & App Activity has two options:  On or    05:25:58

19    off.  Mine was off, period.  I did not turn that on.    05:26:02

20    So I'm a little bit confused by that.                   05:26:05

21              But I seeked an attorney's advice and         05:26:08

22    we're here now.  So I think I have taken steps.  I      05:26:12

23    want it to stop.  I want the button fixed.  And I       05:26:16

24    don't want them to have my information.                 05:26:20

25        Q.   Have you made the -- have you made any         05:26:24
```

```
 1    attempts to learn a different operating system?          05:26:25

 2         A.   I've explained that extensively why I have     05:26:30

 3    to use Android with my father having dementia.           05:26:33

 4         Q.   Have you made any attempts to sign out of      05:26:42

 5    any of your Google accounts on your Android device?      05:26:44

 6         A.   Now, why would I do that?  Google's not        05:26:49

 7    taking information, right?  So why would I have to        05:26:51

 8    sign out?                                                05:26:53

 9         Q.   You've alleged misconduct on the part of       05:27:01

10    Google and specifically that Google is taking            05:27:04

11    information.                                             05:27:07

12              And so I'm asking:  After you filed your       05:27:08

13    complaint, have you taken any efforts to log out of      05:27:12

14    your Google accounts on your Android device?             05:27:18

15         A.   Why would I log out?  Is that so there's       05:27:21

16    no records of anything?  It's already been done.         05:27:25

17         Q.   Do you use your Samsung phone more or less     05:27:37

18    than when you filed this case?                           05:27:42

19              MR. LEE:  Mr. Mateen, she's -- she's           05:27:44

20    answered this question like six or seven times now.      05:27:44

21              MR. MATEEN:  Not this specific one.            05:27:47

22    BY MR. MATEEN:                                           05:27:49

23         Q.   Ms. Harvey, you can answer.                    05:27:49

24         A.   So that you understand, I love my phone.       05:27:50

25    I don't love Google's business practices and their       05:27:52
```

Page 251

```
1    promises that they don't stand by.                    05:27:56

2           Why wouldn't I use my phone that I             05:28:02

3    absolutely love?  Why doesn't Google just stop doing  05:28:04

4    what they say they're not going to do?                05:28:08

5    BY MR. MATEEN:                                        05:28:11

6        Q.   Have you tried to tell your dad to use his   05:28:12

7    phone differently or --                               05:28:17

8        A.   I've turned my dad's information off.        05:28:20

9    It's set the exact same way.                          05:28:22

10          And to tell you the truth, do you know         05:28:25

11   what dementia is?                                      05:28:28

12          My dad's used that Samsung Galaxy 9.            05:28:34

13   That's why we got the same phone, so he wouldn't       05:28:38

14   have to relearn everything.  It's impossible.          05:28:42

15       Q.   Did you log your dad out of a Google          05:28:48

16   account on his Android phone?                          05:28:51

17       A.   No.  I turned Web & App Activity off.         05:28:53

18       Q.   Have you warned anyone in your life of        05:29:00

19   Google's privacy violations after filing this suit?    05:29:06

20       A.   Not necessarily like you're stating.  But    05:29:11

21   if somebody I know has Web & App Activity off, I let    05:29:14

22   them know, "Hey, I don't think that button works."     05:29:19

23       Q.   Are you testifying that the harm you          05:29:27

24   allege is ongoing?                                     05:29:29

25       A.   My information's still being taken.  It's    05:29:31
```

Page 252

```
 1   still being saved.  It's still being pulled          05:29:35

 2   together.  And there's still advertisements coming   05:29:38

 3   out there.  And it's still being gotten rid of, so   05:29:42

 4   I'm thinking it's still being done.                  05:29:46

 5       Q.   Are you currently suffering a privacy       05:29:49

 6   violation?                                           05:29:52

 7            MR. LEE:  Objection to the form to the      05:29:53

 8   extent it calls for a legal conclusion.              05:29:55

 9            Answer if you can understand his question.  05:29:56

10            THE WITNESS:  Does the button work or       05:30:00

11   doesn't it?  If it doesn't work, that's a privacy    05:30:01

12   violation.                                           05:30:04

13            Why can't Google just say what they -- do   05:30:12

14   what they say they're going to do?                   05:30:14

15            MR. MATEEN:  Ms. Harvey, thank you for      05:30:23

16   your time.  That's all we have for you today.        05:30:24

17            THE WITNESS:  Okay.                          05:30:27

18            MR. MATEEN:  I know it's about been a long  05:30:28

19   day, so I appreciate you bearing with us all.        05:30:29

20            MR. LEE:  Let me get five minutes just to   05:30:33

21   consult with my team.  I may not have any questions, 05:30:35

22   but I just want to check.  Okay?                     05:30:39

23            MR. MATEEN:  No problem.                    05:30:41

24            THE VIDEO OPERATOR:  Going off the record.  05:30:42

25   The time is 5:30 p.m.                                05:30:42
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | (Off the record at 5:30 p.m. and back on | 05:30:44 |
| 2 | the record at 5:41 p.m.) | 05:41:06 |
| 3 | THE VIDEO OPERATOR:  Back on the record. | 05:41:07 |
| 4 | The time is 5:41 p.m. | 05:41:07 |
| 5 | --o0o-- | 05:41:08 |
| 6 | EXAMINATION | |
| 7 | BY MR. LEE: | 05:41:11 |
| 8 | Q.   Good evening, Ms. Harvey.  My name is | 05:41:12 |
| 9 | James Lee.  Hello. | 05:41:14 |
| 10 | A.   Hi. | 05:41:15 |
| 11 | Q.   I only have a couple questions for you. | 05:41:17 |
| 12 | Now you were asked some questions by | 05:41:19 |
| 13 | Google's attorney about some fraudulent charges that | 05:41:22 |
| 14 | were placed on your account back in 2013. | 05:41:25 |
| 15 | Do you remember those questions? | 05:41:29 |
| 16 | A.   Yes, I do. | 05:41:30 |
| 17 | Q.   Is it fair to say that it was frustrating | 05:41:32 |
| 18 | having that happen to you? | 05:41:34 |
| 19 | A.   Yes, it was. | 05:41:35 |
| 20 | Q.   Have you since been reimbursed by Google | 05:41:36 |
| 21 | and your bank for those charges? | 05:41:38 |
| 22 | A.   Yes, I have. | 05:41:40 |
| 23 | Q.   And have you since put those fraudulent | 05:41:41 |
| 24 | charges behind you? | 05:41:44 |
| 25 | A.   Yes, I have. | 05:41:45 |

Page 254

```
 1        Q.    Does what happened to you in 2013 have        05:41:46

 2    anything to do with your involvement in this case?      05:41:48

 3        A.    No.  That's been resolved.                    05:41:51

 4        Q.    How long have you been a -- strike that.       05:41:53

 5              How long have you lived in California?         05:41:56

 6        A.    My entire life.                               05:41:58

 7        Q.    And when you turned WAA off, did you turn      05:41:59

 8    it off while you were in California?                    05:42:02

 9        A.    Yes, I did.                                   05:42:04

10        Q.    When you browsed the Web and apps with WAA     05:42:04

11    off, was that in California?                            05:42:09

12        A.    Yes, that was.                                05:42:10

13        Q.    Now, you were asked about whether this         05:42:12

14    case is about whether Google shares information with    05:42:15

15    others.                                                 05:42:18

16              Do you remember those questions?              05:42:19

17        A.    Yes, I do.                                    05:42:20

18        Q.    Is this case also about how Google took       05:42:21

19    your web and app data without your consent?            05:42:24

20        A.    Yes.                                          05:42:27

21        Q.    Is it also about how Google uses this         05:42:28

22    information?                                            05:42:30

23              MR. MATEEN:  Objection.  Leading.             05:42:31

24              THE WITNESS:  Yes.                            05:42:33

25    ///
```

Page 255

```
 1    BY MR. LEE:                                    05:42:34

 2         Q.   Slow down.  Let him have a moment.   05:42:35

 3         A.   Okay.                                05:42:38

 4         Q.   Do you know all the ways that Google does  05:42:39

 5    that?                                          05:42:41

 6         A.   No.                                  05:42:42

 7         Q.   And is that what we're here to find out?  05:42:42

 8              MR. MATEEN:  Objection.  Foundation.  05:42:42

 9    BY MR. LEE:                                    05:42:43

10         Q.   You can answer.                      05:42:43

11         A.   Yes, that's what I'd like to know.   05:42:46

12              MR. LEE:  Okay.  I have no further   05:42:50

13    questions.                                     05:42:55

14              THE VIDEO OPERATOR:  Anyone else?    05:42:56

15              MR. MATEEN:  No further questions here.  05:42:58

16              THE VIDEO OPERATOR:  This concludes  05:43:00

17    today's video-recorded deposition of Susan Harvey.  05:43:00

18    We're off the record at 5:43 p.m.  The number of  05:43:02

19    media used was eight and will be retained by   05:43:05

20    Veritext.                                      05:43:09

21              MR. LEE:  We're going to want to read.

22              THE COURT REPORTER:  Would you like a

23    rough, Mr. Lee?

24              MR. LEE:  Always.

25              THE COURT REPORTER:  Harris, did you also
```

Veritext Legal Solutions
866 299-5127

1    want a rough?

2              MR. MATEEN:  Yes, please.

3                   (TIME NOTED: 5:43 p.m.)

4                   *   *   *   *   *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 257

1

2

3

4

5

6           I, SUSAN HARVEY, do hereby declare

7    under penalty of perjury that I have read the

8    foregoing transcript; that I have made any

9    corrections as appear noted, in ink, initialed by

10   me, or attached hereto; that my testimony as

11   contained herein, as corrected, is true and correct.

12           EXECUTED this _____ day of _____,

13   2022, at _____, _____.
                           (City)                    (State)

14

15

16

17           _____

     SUSAN HARVEY

18   VOLUME I

19

20

21

22

23

24

25

                                              Page  258

```
 1              CERTIFICATE OF REPORTER

 2         I, the undersigned, a Certified Shorthand

 3    Reporter of the State of California, do hereby

 4    certify:

 5         That the foregoing proceedings were taken

 6    before me at the time and place herein set forth;

 7    that any witnesses in the foregoing proceedings,

 8    prior to testifying, were administered an oath; that

 9    a verbatim record of the proceedings was made by me

10    using machine shorthand, which was thereafter

11    transcribed under my direction; and that the

12    foregoing is an accurate transcription thereof.

13         Further, that if the foregoing pertains to

14    the original transcript of a deposition in a federal

15    case, before completion of the proceedings, review

16    of the transcript [X] was [ ] was not requested.

17         I further certify that I am neither

18    financially interested in the action, nor a relative

19    or employee of any attorney of any party to this

20    action.

21         IN WITNESS WHEREOF, I have this date

22    subscribed my name.

23    DATED: November 11, 2022

24                            _____

                              MEGAN F. ALVAREZ

25                            CSR No. 12470, RPR

                                          Page 259
```

1    JAMES LEE, ESQ.

2    jlee@bsfllp.com

3                                    November 11, 2022

4    RE: ANIBAL RODRIGUEZ VS. GOOGLE LLC

5    OCTOBER 27, 2022, SUSAN HARVEY, JOB NO. 5516967

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10        to schedule a time to review the original transcript at

11        a Veritext office.

12   ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13        Transcript - The witness should review the transcript and

14        make any necessary corrections on the errata pages included

15        below, notating the page and line number of the corrections.

16        The witness should then sign and date the errata and penalty

17        of perjury pages and return the completed pages to all

18        appearing counsel within the period of time determined at

19        the deposition or provided by the Code of Civil Procedure.

20   ___ Waiving the CA Code of Civil Procedure per Stipulation of

21        Counsel - Original transcript to be released for signature

22        as determined at the deposition.

23   ___ Signature Waived - Reading & Signature was waived at the

24        time of the deposition.

25

                                              Page 260

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2        Transcript – The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, notating the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested – Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
1   RE: ANIBAL RODRIGUEZ VS. GOOGLE LLC

2   SUSAN HARVEY, JOB NO. 5516967

3                    E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  WITNESS                           Date

25
```

Page 262

**[& - 20]**

| & |
|---|
| **&**   3:16 4:6 12:13 |
| 12:15,22 16:21 |
| 75:4 80:21 83:7 |
| 83:15 84:20 |
| 94:24 95:5,6 |
| 112:15,17 113:3 |
| 121:11,15,22 |
| 122:3,8,11,14,21 |
| 123:4,21,25 |
| 124:5,11,15 |
| 125:13 127:8,25 |
| 129:15 132:18 |
| 133:9,16 134:5,9 |
| 135:11 136:4,5,9 |
| 145:2,8 147:3,21 |
| 147:25 148:8,12 |
| 148:19 149:16 |
| 159:16 161:14 |
| 162:21 163:12 |
| 163:21,25 164:2 |
| 164:3,6,21 166:6 |
| 166:10 167:7 |
| 168:2,10,12,23 |
| 169:11 170:11 |
| 170:15,21 171:2 |
| 171:13,16,23 |
| 172:1,2,11,12,15 |
| 173:1,10 174:7 |
| 185:3,17,19,23 |
| 187:16 188:3,8 |
| 188:10,13,25 |
| 191:14,24 194:3 |
| 194:9,22 197:21 |
| 207:14 210:8,22 |
| 211:13 222:8,23 |
| 225:10,19,25 |
| 226:10,11,21 |

227:12 228:21
229:17 230:22
231:11,14,19,23
232:5,13 249:21
250:18 252:17
252:21 260:23
261:9

| 0 |
|---|
| **0000788**   8:6 |
| **0001388**   7:9 |
| 97:13 |
| **0002085**   137:20 |
| **0002275**   137:22 |
| **0004455**   8:19 |
| 174:15 |
| **0006389**   7:15 |
| 100:3 |
| **000788**   137:18 |
| **001388**   97:12 |
| **006**   100:2 |
| **04688**   1:12 2:12 |
| 11:23 |

| 1 |
|---|
| **1**   1:25 6:3 11:17 |
| 26:16,18,20 |
| 127:7 138:11 |
| 154:4,5 218:19 |
| 261:1 |
| **10**   7:23 30:16 |
| 31:5 32:3 63:8 |
| 78:9 99:4 |
| 124:22 125:1 |
| 132:14 140:8 |
| 168:24 169:5 |
| **10,000**   24:9 |
| 40:22 |

**107**   7:18
**10:03**   53:5,6
**10:10**   52:24
**10:15**   52:25 53:7
53:9
**10th**   166:3
**11**   8:3 137:12,16
144:5 153:18
259:23 260:3
**11:08**   86:1,2
**11:22**   86:3,5
**12**   8:9 34:20
35:5 92:17
154:18,22 156:7
160:25 161:6
222:19
**12/15/21**   8:3
**12/31/69**   92:13
92:17
**124**   7:23
**12470**   1:23 2:23
259:25
**12:17**   120:2,4
**13**   5:5 8:12
35:16 59:21
140:17 156:21
156:25 165:18
224:8,15,17,19
229:20,25
242:24
**13598**   187:19
**137**   8:3
**1390**   7:10
**13th**   140:16
**14**   8:15 35:16
89:1 174:10
**15**   8:21 33:16
40:11 50:5 70:5

87:10,15 153:25
169:11,16 182:7
182:11
**154**   8:9
**156**   8:12
**16**   8:24 22:25
40:11 70:5
139:17 187:12
187:16
**17**   9:3 131:12
140:7 165:6
192:6,10,14
**174**   8:15
**18**   9:5 49:7,8
141:13 198:16
198:19 199:1,2
201:19
**182**   8:21
**187**   8:24
**189**   10:3
**19**   9:7 49:8,11,12
201:18,20,25
**192**   9:3
**1968**   183:17
**1969**   96:11
**198**   9:5
**1:21**   121:1,4
**1st**   168:7 174:1
182:18,19,20
183:8 184:14,16

| 2 |
|---|
| **2**   6:5 39:22 |
| 44:23 45:20 |
| 107:17 125:18 |
| 128:8 200:13 |
| **20**   9:9 24:7 |
| 36:21 61:15 |

Page 1

**[20 - 47]**

218:11,14,15
**2000** 22:24
183:17
**2009** 158:11,15
159:9,17,20,25
160:3,5
**201** 3:17 9:7
21:17,17,18
**2010** 22:14
126:13 158:18
158:20,23,24
169:20,22
**2011** 22:15
**2012** 21:24 22:17
160:8,11,21
**2013** 36:22 37:2
37:18 39:4,5,13
39:24 40:8
70:11,14 71:3,6
72:16 93:19
160:13 200:23
254:14 255:1
**2014** 33:13,23,23
160:14,23,25
161:3,6,24
240:23 242:6
**2015** 23:14 27:12
28:11 43:20
47:11 71:12,16
75:21 76:4
104:8 170:8,19
170:24 171:11
**2016** 162:3,7,10
162:12 163:4,9
171:20 172:3,4
174:1
**2017** 50:23
162:21,23

165:10 166:23
168:6 172:9
173:9
**2018** 22:19 54:17
55:7,9,13,22
56:10 114:25
115:3 124:8
141:14,15
163:21 164:2,4,7
164:9,11 165:2
172:21 179:13
181:22,22
182:18,21 183:7
183:8 184:1,16
188:11 220:23
**2019** 59:21 60:9
60:10 164:21
173:4 182:19
184:14 188:12
189:1
**2020** 89:1,11,19
90:3,7,10 140:6
140:7 189:16
191:5,17,20,25
198:21 199:10
199:11,13 200:1
200:12,14,19,20
201:2 202:10
218:19
**2021** 98:22
138:16,21
153:25 166:4
168:24 169:5,11
169:16 200:2,4
**2022** 1:19 2:21
11:1,8 69:13
121:1 142:3
156:9 258:13

259:23 260:3,5
**2025.520** 260:9
260:12
**2085** 8:7
**2086** 8:7
**218** 9:9
**22** 142:15,16
**2275** 8:7
**2276** 8:7
**228** 192:11
**229** 192:11,25
**22nd** 164:7,9
172:21
**23** 10:3 248:10
**23rd** 170:8,18
**24** 114:25 115:1
141:14 162:21
172:9 183:7,17
188:11
**25** 107:16,19
108:1 217:14
**250** 32:9
**254** 5:6
**26** 6:3 162:3,7,10
171:20 172:3,4
**262** 1:25
**27** 1:19 2:21
11:1,8 54:17
55:13,21 56:9
121:1 170:24
260:5
**28** 160:8,11,21
168:7
**29** 191:25
**29th** 33:14
191:22
**2:10** 153:12,13

**2:19** 153:14,16
**2nd** 171:11

**3**

**3** 6:9 37:24,25,25
38:2,10 39:16,18
45:21 48:16,20
137:19 200:13
**3,900** 34:3
**3/27/18** 6:16
**30** 27:12 39:7
184:7 191:5,16
191:20 261:1
**30th** 10:4 189:17
189:19,24
191:22,23
**32** 224:17
**33602** 3:19
**34th** 4:7
**3:18** 186:23,24
**3:20** 1:12 2:12
11:23
**3:33** 186:25
187:2
**3rd** 33:14 200:2
200:4

**4**

**4** 6:13 30:16
53:13,21
**4/5/18** 8:15
**415.293.6800**
3:11
**415.858.7407** 4:9
**41st** 3:9
**44** 3:8 6:5
**4456** 8:19
**47** 44:13 121:7

Page 2

[48 - account]

**48**  6:9
**4:23**  217:22,23
**4:36**  217:24
218:1

**5**

**5**  6:18 40:9,10,13
42:6,9 59:10,14
137:21
**5/3/21**  199:14
**50**  32:5 153:7
183:18 217:17
█████████  8:21
█████████  63:13
97:23 113:24
114:14,23,24
116:18 117:20
121:23 122:22
141:4 182:16
183:19 187:17
188:4,10 222:1
223:9 225:17
226:4
**53**  6:13
**5516967**  1:24
260:5 262:2
**59**  6:18
**5:25**  217:12
**5:30**  253:25
254:1
**5:41**  254:2,4
**5:43**  2:21 256:18
257:3
**5th**  158:11,15
159:16,20 160:3
164:2,4 179:13
181:22

**6**

**6**  7:3 86:10,13
87:6,7 88:17,23
91:5 95:11
164:21 165:2
173:4
**6396**  7:16
**6559**  259:24
**6:13**  250:1
**6:23**  248:8

**7**

**7**  7:8 36:19 57:3
97:7,11 188:12
189:1,3
**7/10/17**  6:11
**7/20/2020**  7:8
**7/21/2020**  7:12
**7/29/2020**  189:3
**7/30**  189:13,15
**7/4/16**  6:7
**789**  8:6
**7th**  3:18

**8**

**8**  7:12 57:4
99:21,25 160:14
163:21 181:22
**86**  7:3
**87**  151:4 152:6

**9**

**9**  7:18 42:11,23
107:5,6 115:6
141:13,18
159:10 183:22
184:10 252:12
**9/13/19**  6:21

**93610**  21:18
**94104**  3:10
**94111**  4:8
**97**  7:8
**99**  7:12
**9:04**  2:20 11:2,7
**9to5google.com**
54:16,22

**a**

**a.m.**  2:20 11:2,7
53:5,6,7,9 86:1,2
86:3,5
**a42**  140:20,23
141:1,8
**abiding**  81:18,23
**ability**  18:4
**able**  14:1 15:18
22:16 43:10,11
43:17 94:16
204:25 205:24
207:13 232:8
249:11
**absolutely**  86:19
107:1 252:3
**accept**  90:2
**acceptance**
200:5
**accepted**  207:18
208:16
**accepting**  206:1
**access**  91:7,17
95:13,16 116:24
123:17 154:11
162:13 164:11
164:13,14,17,25
169:2,16

**accessible**  53:3
**accessing**  231:18
**account**  32:14
34:1 39:14 42:3
46:11 50:17
55:6 57:12
58:14,23 61:8
64:12 68:9
91:20 92:2,17,20
108:19,21,23
109:1,2,5,9
114:19,22
115:11,12,19,24
116:1,9,16,16
117:4,8,12,14,14
117:17,20,21,23
118:1,3,5,8,18
118:19,20,24,25
119:4,5,9,15,18
121:23 122:22
123:13,18,25
124:12 126:12
126:14 135:5,9
135:17,24
136:13,20,23
137:2,5,9 138:9
138:19 145:24
147:9,13,22,23
148:1,17,21,21
148:23 149:7
150:18,22 151:1
151:15 154:6,9
154:15 155:14
157:21 158:9,10
158:14,17,21
159:4,7,8,13,15
159:25 160:5
161:8 162:13

[account - ads]

163:14,16
164:25 167:22
168:2,24 169:3
169:16,21
172:20 173:23
175:1 180:18,19
180:23 182:1
183:6,15 184:2
188:6,14 195:25
196:13 208:7
219:22 222:1,17
223:1,3,5 225:17
226:5,7,9 231:18
231:25 232:3,7,9
232:9 248:3
252:16 254:14
**account's**  171:10
171:19
**accounts**  39:11
64:22 65:25
66:3 91:8,17
95:13 103:2
114:5,9,17,21
115:10 116:2,5
116:13,15,24
117:5,11,16,17
119:10 122:10
122:12 123:5
124:6 126:4,7
127:4 137:25
141:2,19 142:6,8
142:9 155:7
164:12,14,18
167:6,15,19
251:5,14
**accurate**  259:12
**accurately**  15:11

**acronyms**
127:20
**action**  12:5 85:1
102:20,23 103:5
103:13 233:7,8
259:18,20
**actions**  20:16
99:14 237:22
244:8,10,12,16
**activated**  36:21
**actively**  128:12
**activities**  134:8
219:21
**activity**  7:23
8:24 16:21 75:4
80:21 83:2,3,7
83:15,16 84:20
94:24 95:6
112:15,17 113:3
113:4 121:11,15
121:22 122:3,8
122:11,14,21
123:4,21,25
124:5,11,15
125:9,13 127:8
127:25 129:15
132:18,21 133:1
133:5,9,16 134:5
134:9,19,21
135:4,11 136:4,5
136:9 145:2,8
147:3,21,25
148:8,8,12,19
149:16 159:16
161:13,14
162:21 163:12
163:21,25 164:2
164:3,6,21 166:6

166:10 167:7
168:2,10,12,23
169:11 170:11
170:15 171:2,13
171:16,23 172:1
172:2,11,12,15
173:1,10 174:7
178:23,23 179:1
179:2 181:7
185:3,17,19,23
187:16 188:3,8
188:10,13,25
191:14,24 194:3
194:4,9,22
197:21 207:14
209:12 210:8,22
211:13 219:20
219:25,25 220:2
222:8,9,21,22,23
225:10,19,25
226:10,11,21
227:12 228:21
229:17 230:22
231:11,14,19,23
232:5,13 249:21
250:18 252:17
252:21
**activity's**  170:21
222:15 226:13
**actors**  91:7,16
95:12,16
**acts**  115:17
**actual**  42:4
64:12 119:5
212:15
**ad**  8:9,9 126:19
126:23 128:23
128:24 129:16

129:19 130:8
132:19,21
133:11,14 155:4
155:7 156:3
166:15 168:1,19
168:19 184:14
184:23
**adam**  28:6
**added**  155:13
244:6
**additional**  83:16
113:4
**address**  21:16
31:12,14 97:22
113:23 118:9
119:6 154:9
169:7 173:13
182:16 210:11
227:15 231:24
232:16 243:8
**addresses**  31:17
31:19,20,22 82:9
83:10 112:23
113:25
**adjust**  81:9
219:15
**administered**
259:8
**administrative**
22:1
**admission**  7:21
107:16
**admitted**  108:4
**adrian**  28:11
**ads**  81:1 83:11
83:17 113:5
127:1 128:8,10
128:25 129:1,6

Veritext Legal Solutions
866 299-5127

[ads - answer]

129:11,14 130:3
130:22 131:5,8,9
131:14 132:8
133:2,18,20,21
134:23 155:10
155:12,12,19
173:25 184:24
185:18,20,24
210:13,17
**advertisement**
130:17 131:17
**advertisements**
83:12 210:14
253:2
**advertiser**
210:14
**advertisers**
155:14 225:2
**advertises**
130:20
**advertising**
185:1 186:7
225:7
**advice** 77:25
249:20,23
250:21
**affect** 18:3
**affiliations**
12:10
**afford** 39:11
**afield** 146:10
**afternoon** 121:1
**ago** 55:15,16,17
56:5,10 67:23
69:14,15 76:7
84:1 98:8 99:1,2
222:20 242:3

**agree** 11:15
36:23 45:14
102:5 207:9
**agreement**
203:15,23
204:12,21 205:5
205:23 208:24
211:6 214:14,17
215:16,25 217:2
240:9,9
**agreements**
207:11
**ahead** 28:2 35:3
35:20 46:18
49:23 51:18
54:11 58:5
59:16 79:6
95:19 116:7
131:21 145:13
151:24 154:25
158:7 161:17
165:25 192:20
206:19 207:17
208:2 218:22
238:3
**air** 177:20
**al** 11:20
**alarming** 6:9
**alert** 97:23,25
**alerts** 7:8 98:4
98:17 99:6
██████████████
222:4
██████████████
114:4,14 115:22
122:1,9,25
123:18,22,25
124:3 173:15

**allegations**
43:21
**allege** 81:18
149:9,14,19
150:7 244:17
252:24
**alleged** 109:18
145:7 148:6,11
148:17 149:25
237:22 239:20
241:1 244:9
249:19 250:9
251:9
**allegedly** 149:15
**allocates** 55:21
**allow** 171:16
225:5
**allowed** 17:14
205:14
**allows** 219:25
220:3
**alvarez** 1:23
2:22 12:2
259:24
**amended** 6:3 9:3
9:9 27:10 89:15
89:17,18 108:6
192:11 218:16
**america** 35:12
52:2 60:20,23
66:19 69:8 98:7
98:10
**amplitude**
203:10
**analytic** 203:22
204:7,19 205:12
213:24 214:9,11
215:3,13 216:16

**analytics** 109:20
109:22 111:4
112:1,13 113:11
181:7 184:25
186:6 212:19,21
213:5 214:24
215:2,12 216:8
216:20 244:25
245:11,14
**analyze** 203:7
**android** 37:2,22
38:16 39:1
40:13,16 41:5,9
41:23 80:25
90:16 92:19
119:7,11 135:22
145:15 146:12
146:25 147:4
148:11 150:24
151:7,12 152:6
152:13,16,22
153:3 216:6,9
248:6 250:15
251:3,5,14
252:16
**android's**
152:16
**anibal** 1:4 2:4
11:20 260:4
262:1
██████████████
114:11
**annotations**
219:6,8
**anonymized**
185:2
**answer** 10:1
14:6 15:21,21,22

Veritext Legal Solutions
866 299-5127

[answer - apple]

| | | | |
|---|---|---|---|
| 16:4 18:10 | **answered** 33:4 | **apartment** 21:18 | 185:3,17,19,23 |
| 19:15 30:9 33:6 | 51:17 63:7 65:1 | **apologies** 235:8 | 187:16 188:3,8 |
| 33:20 37:7 40:2 | 72:6,21 73:7 | **apologize** 79:3 | 188:10,13,25 |
| 41:16 48:6 58:5 | 76:9,19 78:17 | **app** 7:23 8:24 | 191:14,24 194:3 |
| 61:3 63:6,23 | 103:14 104:10 | 16:21 32:24 | 194:3,4,9,22 |
| 64:15,16 65:3 | 116:6 131:20 | 33:3,8,16,24 | 196:21,22 197:6 |
| 66:19 67:6 | 152:7 159:3 | 40:25 55:1 57:9 | 197:14,21 206:7 |
| 68:19 72:8,22 | 160:17 171:8 | 57:13 58:3 | 206:25 207:7,14 |
| 76:11 79:5 81:6 | 172:22 196:6 | 60:21 61:4,6,9 | 207:17,17,19 |
| 82:13,15 86:22 | 214:2 227:6 | 75:4,19 80:21 | 208:7 210:8,12 |
| 87:5 92:15 | 229:7 236:5 | 83:7,11,15,19 | 210:22 211:13 |
| 96:12,13 101:9 | 251:20 | 84:20 94:7,24 | 212:8,11,13,16 |
| 101:10 102:9 | **answering** | 95:5,6 97:4 | 212:18 213:4 |
| 103:9,17,19 | 176:10 235:23 | 111:2 112:15,17 | 214:12 215:2,13 |
| 104:12 105:17 | **answers** 6:16 | 113:1,3 121:11 | 216:15,24 222:8 |
| 112:5,7 113:20 | 13:20,24 14:2 | 121:15,22 122:3 | 222:23 225:10 |
| 121:18 130:6 | 15:7,9 54:19 | 122:8,11,14,21 | 225:19,25 |
| 133:24 145:13 | 235:20 | 123:4,21,25 | 226:10,11,21 |
| 145:23 149:4 | **antitrust** 6:20 | 124:5,11,15 | 227:12 228:21 |
| 152:10 156:2 | 59:20 | 125:13 127:8,25 | 229:17 230:22 |
| 161:19 167:3 | **anybody** 20:22 | 129:15 132:18 | 231:11,14,19,23 |
| 171:7,22 172:24 | 44:1,5 51:9 64:2 | 132:21 133:1,9 | 232:5,13 245:10 |
| 172:25 180:21 | 102:12 129:3 | 133:16 134:5,9 | 249:21 250:18 |
| 186:12 190:3,6 | 130:1 132:3 | 135:11 136:4,5,9 | 252:17,21 |
| 191:7,9,9,11 | 161:8 162:12 | 145:2,8 147:3,21 | 255:19 |
| 193:24 204:5 | 164:25 167:12 | 147:25 148:8,12 | **app's** 203:6 |
| 205:14,16 | 195:23 197:2,20 | 148:19 149:16 | **apparently** |
| 206:11,15 207:4 | 204:3 206:1 | 159:16 161:13 | 93:10 |
| 207:5 209:10 | 225:22 228:13 | 161:14 162:21 | **appear** 258:9 |
| 210:3 211:4,22 | 232:11,21 242:2 | 163:12,21,25 | **appearance** 12:8 |
| 212:4,25 214:5 | 246:6 249:2,6 | 164:2,3,6,21 | **appearances** 3:1 |
| 215:8 216:4 | **anymore** 244:21 | 166:6,10 167:7 | 4:1 12:10 |
| 222:11 227:3,8,9 | **anything's** 61:19 | 168:2,10,12,23 | **appeared** 96:10 |
| 228:7 229:9 | **anyway** 208:6 | 169:11 170:11 | **appearing** 3:1 |
| 233:3 236:4 | 238:9 242:20 | 170:15,21 171:2 | 260:18 261:7 |
| 238:3 243:24 | **apart** 20:10 | 171:13,16,23 | **apple** 6:19 59:19 |
| 249:10 251:23 | 188:16,17,18 | 172:1,2,11,12,15 | 145:16 146:4,13 |
| 253:9 256:10 | | 173:1,10 174:7 | 147:4 152:11 |

[apples - aware]

**apples** 40:18
**apply** 28:14
**appreciate**
  253:19
**appropriate**
  15:15
**apps** 6:6 43:17
  80:21,22 81:1
  82:10 83:13,16
  83:17 110:6
  113:2,4,5,6
  121:12,14,20
  125:9 134:20
  181:16 193:1
  194:8 197:9
  210:15,16,18,19
  244:17,18,24
  245:13,18,23
  246:11,16 247:9
  247:23 248:14
  255:10
**april** 141:10,11
  141:12,17 164:2
  164:4 179:13
  181:22
**archive** 8:18
**area** 130:22
**areas** 219:10
**argue** 205:6
  226:2 243:3
**argument**
  193:17
**argumentative**
  62:22
**arrow** 44:20
**article** 6:5,9,13
  6:18 45:12 48:8
  49:25 52:4,8

54:10,16,20,23
55:7,9,22,25
56:4,4,5,9,13,17
56:21 59:18,22
60:2,5 62:9
65:22,23 66:3
90:13 104:15
**articles** 58:7
  61:22 62:23
  66:11 88:24
**asked** 30:1 51:17
  64:25 72:6,21
  76:9 78:17 80:7
  96:3 103:14
  104:9 105:6
  116:6 130:24
  131:3,20,22,25
  132:1,11 133:8
  136:18 140:13
  147:6 152:7
  159:3,3,8,12
  160:17 172:22
  195:2,25 196:6
  208:3 211:10,22
  214:2 225:12
  227:6,20 229:7
  233:15 234:23
  234:23 239:17
  239:18,19
  254:12 255:13
**asking** 13:19
  18:21 52:7 54:9
  62:22 65:22
  73:14 79:2
  81:14 82:13,15
  96:8 101:16,17
  101:18 104:19
  104:20 134:25

146:7 194:10
196:3 197:17
205:15 208:13
208:23 224:4
230:18,19 231:2
235:14 243:17
251:12
**asks** 197:14
**assistant** 22:2,9
**associated** 232:3
  232:6
**assume** 104:25
  186:5
**assuming** 184:23
**at&t** 39:15,23
  142:10,25 143:6
  183:25 184:3
**attached** 195:24
  196:13 258:10
**attempts** 251:1,4
**attorney** 10:3
  12:11 15:19,23
  20:19 84:9,13,15
  189:23 254:13
  259:19
**attorney's**
  250:21
**attorneys** 19:12
  19:18 20:3,8,11
  27:9,24 28:5
  30:2 74:10,16
  75:8,10,13,17,20
  75:21,23 76:13
  76:17,25 77:5,7
  77:10,12 78:20
  79:13 84:18
  85:14 89:13,14
  89:21 97:20

101:12,17
103:12 104:7,7
104:21 108:14
108:16,18,19
109:3,12 189:20
191:8,10,18
209:17 244:23
245:3
**audio** 11:14
  105:24
**audit** 68:9
**august** 39:10,13
  39:24 40:8
  114:25 115:1
  124:8 140:6
  141:14,15
  160:14 168:6,7
  182:18,20 183:7
  183:8,17 184:16
  188:11
**authorization**
  55:3
**authorize** 27:18
  32:23
**authorized**
  24:10,11,12,14
**automatically**
  163:1 232:17
**available** 156:11
  179:6
**averments** 108:6
**aware** 17:9 66:1
  122:23 123:19
  124:7 162:11
  189:22 190:24
  203:21 204:6
  206:7,24 207:7,9
  214:8

Page 7

[b - bottom]

| b | | | |
|---|---|---|---|
| **b** 261:1 | 254:21 | 111:18,25 | **bill** 39:11 |
| **back** 26:9 32:19 | **based** 155:13 | 118:16 123:8 | **billed** 57:20 |
| 37:9,12 39:20 | **basically** 44:5 | 126:8 131:7 | **birthday** 183:13 |
| 49:18 51:2,3 | 47:22 58:1 | 132:17 138:22 | 183:16 184:1,11 |
| 52:23 53:6,8 | 62:13 96:6 | 140:3 148:23 | 184:11 |
| 63:19 68:5 69:1 | 101:11 110:24 | 150:6,11,14 | **bit** 26:24 103:3 |
| 69:3,6,12 71:18 | 128:18 130:7 | 154:1 166:9 | 105:8 106:1 |
| 86:2,4 119:20 | 175:4 | 169:8 177:9 | 130:18 131:16 |
| 121:3 122:5 | **basis** 62:6 84:25 | 178:5,6,7,24 | 131:19 153:8 |
| 126:13 139:7 | 85:3,6 201:3 | 191:20,22 209:5 | 176:22 185:5 |
| 140:22 141:13 | 236:25 237:7,13 | 210:4,5,23 211:5 | 202:3 229:2 |
| 153:13 156:12 | **bates** 7:9,15 8:5 | 211:5,10,20 | 241:2 242:3 |
| 164:7 166:17,18 | 8:18 97:12 | 212:5,6 222:5,19 | 245:12 250:20 |
| 167:11,21 | 100:2 137:17,20 | 233:17 236:10 | **black** 49:14 |
| 168:11,14,21 | 165:17 174:15 | 236:14 247:4,10 | **blame** 50:25 |
| 170:13 172:7 | 183:1,3 187:6,19 | 247:12 | 51:10 76:25 |
| 173:6 174:4 | **bathroom** 53:3 | **believed** 81:16 | **blaming** 51:3 |
| 186:24 187:1 | **bear** 236:8 | **believing** 149:24 | **blank** 49:14 |
| 201:14 217:23 | **bearing** 218:6 | 150:9 | **blanket** 236:7 |
| 217:25 221:3 | 253:19 | **benefit** 84:4,5 | **blogger** 178:7 |
| 231:13 234:12 | **beat** 41:12 45:7 | **best** 236:4 238:3 | **blue** 34:7 |
| 239:11 240:23 | **bee** 130:20 | 238:4 | **bluntly** 181:12 |
| 241:25 254:1,3 | **beginning** 2:20 | **beta** 81:1 | **boatload** 175:12 |
| 254:14 | 12:11 37:16,18 | **better** 59:4,6,7 | **boies** 3:7 12:18 |
| **background** | **behalf** 1:9 2:9,18 | 70:7 106:16,23 | 12:20,21 75:8,11 |
| 185:16,23 | 12:13 | 214:23 225:21 | 75:14 79:17 |
| **backwards** | **behavior** 246:9 | **beware** 6:5 | 104:14,20 |
| 250:4 | 247:8 | **beyond** 89:5 | **bookmark** |
| **bacon** 28:6 | **behavioral** | **bicycle** 96:16,16 | 176:24 |
| **bad** 41:24 98:21 | 243:10 | **bicycles** 93:6 | **bookmarks** |
| 98:23 234:7 | **believe** 37:24 | **big** 127:24 | 176:24 |
| **baeza** 3:6 12:21 | 40:10 45:11 | 166:24 | **books** 178:16 |
| **bank** 35:12 51:2 | 64:24 65:9,11 | **bigger** 157:3 | **born** 179:6 |
| 51:3,6 52:1 | 70:23 71:20 | 176:22 | **bothers** 132:9 |
| 60:20,23 66:19 | 72:5 74:2 82:16 | **biggest** 214:22 | **bottom** 45:20 |
| 68:10 69:8 | 84:18 95:14 | 214:22 | 57:3 87:12 88:4 |
| 71:19 98:6,10 | 99:18 102:4 | **bike** 93:6 | 99:13 101:25 |
| | 110:13,20 | | 125:14 200:13 |

Page 8

[bought - cbs]

**bought** 42:20
124:8 135:22
148:15 150:1,6,8
150:15 151:9,16
183:13
**bounced** 32:19
**bouncing** 93:4
96:17
**box** 102:24
125:8,11,21
126:18,22,24
127:6,24,24
128:2,9 136:3
169:25
**boxes** 125:14
172:15
**brand** 37:20
115:25 118:21
184:9
**branded** 37:23
**breach** 6:10
52:12,15
**breaches** 50:4
52:5,10
**break** 15:14,18
52:19,20,22
85:23 106:5
119:22 153:6
165:20 183:3
185:5 186:17
187:7 199:12
217:18 247:15
249:17
**breaks** 16:2,4
**briefly** 18:20
**broad** 137:1
**broadly** 27:23
73:15

**broke** 39:20,21
40:5 240:4
**broken** 113:14
**brought** 65:25
**browsed** 255:10
**browser** 80:24
83:11 113:1,7
210:12,20 225:6
**browsing** 83:20
210:24
**bsfllp.com** 3:12
3:13 260:2
**building** 22:7
**bullet** 202:18
**business** 62:14
62:15,17 66:5,5
175:22 177:3,4
241:24 251:25
**button** 25:10,11
26:11 69:20,21
69:22 74:7,8,20
74:24 75:3,4
82:1 104:17
125:16 133:13
133:14,21 135:1
145:25 146:3,8
147:3,21,24
156:3 159:18,22
160:13 161:10
170:11,15,18,24
174:7 194:23
195:10 196:18
203:18 217:3
224:6 228:13
229:14,18
242:16,21
245:17,23
250:23 252:22

253:10
**button's** 113:14
147:5
**buy** 37:1 83:12
142:2 149:24
150:8,13 151:12
210:13
**buying** 42:14,22
150:25

**c**

**c'mon** 78:17
**ca** 260:9,12,20
**calendar** 178:9,9
**california** 1:2
2:2,20 3:10 4:8
11:22 255:5,8,11
259:3
**california's**
45:21
**call** 32:15 34:6
177:24
**called** 13:3 35:8
35:12,12 101:19
104:16 109:20
**calling** 51:9
**calls** 103:6
113:17,17
121:16 133:22
147:12 149:1
209:8,25 212:2
216:1 230:14
232:25 233:1
237:25 238:1
253:8
**camba** 1:5 2:5
**camera** 11:11

**cancer** 131:9,10
133:18 166:13
166:15 168:1
**candy** 193:4,4,7
193:9 207:19,21
208:15,17,18,21
209:4,7,16,23
210:6,24 211:5,7
211:11,20,25
212:5,7,9 215:11
215:12,21
216:15
**card** 45:23 87:14
**cards** 175:23
177:7
**care** 226:22
227:13 230:13
**case** 11:22 13:15
14:13 22:24
23:1 28:19
30:12 36:3,6
78:7 94:8,13
104:15,22 111:7
146:9,16,18,19
220:24 221:7
243:18 246:8
247:19,21,23
248:13 251:18
255:2,14,18
259:15
**cataldo** 1:5 2:5
**catch** 218:24
**category** 66:9
**caution** 29:3
108:10
**cbs** 6:5 44:14,15
45:11

[ccp - collected]

ccp  260:9,12
certain  90:17
   106:22 130:11
   219:10 221:16
   226:24 227:13
certificate  259:1
certified  2:22
   12:24 259:2
certify  259:4,17
chance  86:17
   139:10
change  133:11
   151:16 173:2
   212:14 246:9
   247:8 262:4,7,10
   262:13,16,19
changed  175:4,8
   175:10 223:10
   244:9
changes  128:12
   128:20,22
   221:18
changing  93:23
   93:24 94:1,4
characterization
   171:4
charge  143:22
   144:3
charged  24:8
charges  23:18,20
   24:6,10 40:23
   41:1,2 42:2
   44:17 57:12,18
   58:22,24 61:7
   66:18,22 68:21
   115:18,20
   116:25 117:2,3
   117:10,15,21

161:8,12 180:18
   180:22 181:4,25
   254:13,21,24
chart  157:13,16
   157:17,20 162:2
   168:22
chat  32:18
check  33:24 99:6
   122:8 123:4
   125:11 138:8,9
   154:15 155:8
   163:12 170:22
   172:13,17
   190:25 197:14
   217:11 248:7
   253:22
checked  122:10
   155:2,6 168:1,4
   168:9 172:15
checking  248:17
checkup  154:3
   154:13
child  57:14
children  57:8
children's  33:16
   33:24 55:1
choice  137:8
   207:15
choose  38:9
   40:16 41:8,22
   119:5 137:3
   144:15 155:16
choosing  145:6
chose  143:25
   144:9,11 194:25
chowchilla
   21:15,18

christmas
   139:17
chrome  83:20
   113:7 125:8
   178:10 210:24
   212:6
circles  176:2,3
   177:11,12
circuit  230:25
city  258:13
civil  260:19,20
claim  236:25
claiming  190:16
   244:3
claims  243:18
clarification
   34:9 37:10 73:5
   98:14 111:21
   136:15 145:22
   146:22 176:7
   204:13 216:7
   220:1
clarify  82:13,15
   103:19 117:18
   146:21 150:14
   196:19 199:21
   211:8,19 236:17
class  23:5 99:14
   102:20,23 103:5
   103:12
classic  178:11
classroom  177:1
clean  115:11,12
   118:20
clear  29:25
   64:19 75:3 81:3
   84:23 85:19
   107:15 130:16

145:10,14
   157:23 167:25
   207:18
click  25:21 83:11
   110:25 197:16
   210:13
clicked  99:17
   155:20 197:15
   197:16
clicking  147:3,4
clients  190:19
close  17:12
closed  49:17
closely  223:2,8
   224:4
closer  106:10,14
clue  32:22
   103:10 149:5
   161:20
code  179:22
   180:2 260:9,12
   260:19,20
colleague  12:14
collect  80:3
   81:10 147:6,7
   161:23 197:16
   203:5 206:22
   219:16 225:6
   237:5
collected  70:8
   82:2,3,7,11
   84:19 85:10
   128:15 145:8,15
   146:13 147:7,10
   148:13 161:14
   184:25 194:12
   207:16 222:24
   223:12,13,15,21

[collected - consumer]

223:22,24
233:18 236:11
236:19,21,22
237:1,3,4,11,12
238:5 249:22
**collecting** 82:16
82:17 109:19
112:9,13 113:11
113:13 146:5
148:7,18 163:17
167:12 223:17
223:20
**collection** 94:17
145:2 150:19
206:21
**collects** 80:22
82:14 112:1
113:16 211:13
**colloquy** 34:8
139:21 207:25
**column** 173:24
**come** 60:1,4
61:19 221:20
231:21
**comes** 116:9
130:8 137:17
152:17 183:19
**coming** 91:10
130:10 160:6
181:19 211:14
211:16 253:2
**comment** 50:12
51:5,6,7 52:7
55:20 56:4 57:2
57:4 59:5,6
63:15 65:20
66:21 67:1,12,22
239:6

**comment's**
55:18
**commenting**
69:2
**comments** 106:2
**committee** 6:15
54:18
**communicated**
249:2,6
**companies** 50:3
51:19,23,25 52:9
60:18,19 61:17
62:5 63:20
73:22 98:5,11
203:8,9 213:5
214:8
**company** 60:7,9
60:25 69:17
70:24 71:5,10
73:11,15,18
104:22 105:14
214:23,24
215:14,16,22,23
216:8,20
**compare** 142:23
**compared** 73:22
**compiles** 109:24
110:1
**complaint** 6:3
9:3,10 27:11,18
29:7,13,16 30:16
88:25 89:15,16
89:18 90:12
108:6 192:12
218:16 251:13
**complaints**
35:25

**complete** 15:7,9
180:10
**completed** 108:4
260:7,17 261:6
**completely**
102:25 140:2
163:2
**completion**
259:15 261:10
**component**
157:4
**components**
157:20
**compound**
186:10
**computer** 16:13
24:21 106:10
139:7 141:20,22
141:23,24 154:2
154:8,11
**concern** 18:18
**concerned**
119:13 181:3
235:17
**concerns** 119:4
**concludes**
256:16
**conclusion** 238:1
238:2 253:8
**conditions** 96:7
205:4 207:10,19
208:16,24
**conduct** 88:25
239:21
**conducted** 11:10
11:23
**conferring** 15:22

**confirming** 54:5
**conflicting** 72:24
73:21,25
**confuse** 146:16
**confused** 87:9
105:9 127:17
188:15 234:25
250:20
**confusing** 95:2
105:5
**confusion**
104:24 211:14
**connection**
11:11
**consent** 206:8,25
207:8 255:19
**consider** 42:14
77:5 119:8
144:25 145:7
147:8 150:21,25
228:2,9 248:2
**considered**
79:20
**constantly** 93:4
**construction**
22:1,9
**consult** 253:21
**consultants**
56:23
**consultation**
78:1
**consultations**
77:19 79:14,17
**consulted** 79:13
**consumer**
111:12 181:13
214:25

Veritext Legal Solutions
866 299-5127

[contact - dark]

**contact** 57:17
75:20,24 76:2,4
76:13 83:14
89:14,21 90:14
96:18 109:13
113:2 210:16
260:9
**contacted** 75:13
75:17,23 102:12
104:14
**contacting** 75:14
89:12
**contacts** 104:6
104:20,21 177:2
**contained**
258:11
**contains** 165:22
**content** 77:9
132:8
**contents** 19:16
179:12,16 180:9
180:10,16
**context** 205:14
**continue** 11:14
45:25 119:14
**continued** 4:1
**continuing** 81:5
171:4
**contract** 215:13
241:22
**contributions**
178:4
**control** 70:9
71:25 72:10
74:21,22 80:3,15
80:15 81:9
82:12,12 83:2
135:1 146:15

155:19 161:9,10
161:11 194:21
194:22 195:10
195:11 204:24
208:5 213:3
219:13,15 220:3
222:22 223:23
225:23 231:20
231:21 233:12
233:14 236:23
236:24 238:17
238:18 242:18
242:19 246:15
**controlling**
135:2
**controls** 83:2,3
112:17 135:4
219:20,20
220:12 222:21
**conversations**
19:17 74:13,15
77:9
**cookies** 225:8
**cool** 54:15
**copies** 17:12
**copy** 16:11,16
48:10 175:12
219:1,5,7 220:16
221:3,12,13
**correct** 13:24
14:25 25:18
29:13 36:17
39:5 68:15
87:10 91:18
117:19 158:16
166:7,16 168:16
196:20 248:2
258:11

**corrected** 258:11
**corrections**
258:9 260:14,15
261:3,4
**correctly** 89:19
**counsel** 1:18
2:19 11:19 12:9
16:10 17:15
134:10 156:6
157:18 190:5,20
213:21 260:18
260:21 261:7
**count** 24:9
**couple** 113:22
254:11
**course** 19:19
65:5 116:9
135:13 151:17
164:14 173:22
185:6
**court** 1:1 2:1
11:21 12:2,24
13:21 14:7,24
36:15 83:4 88:9
176:19 224:12
224:12 233:7,8
246:8,12 247:5,7
256:22,25
**cover** 6:11
**crack** 163:8
**cracked** 163:7
**create** 158:20
**created** 117:20
159:5,8,13,18,22
183:6,15 220:3
221:25 222:3
**creating** 147:8

**creation** 158:10
158:14
**crush** 193:4,4,7
193:9 207:19,21
208:15,17,18,21
209:4,7,16,23
210:6,24 211:5,7
211:11,20,25
212:5,7,9 215:11
215:12,21
216:15
**csr** 1:23 259:25
**cures** 166:13
**curious** 60:10
61:20 119:2
244:22
**current** 21:16
140:11 142:14
144:3 210:20
**currently** 114:17
253:5
**cut** 118:10 167:2
245:16
**cv** 1:12 2:12
11:23

**d**

**dad** 42:25 141:5
141:25 142:5
143:25 144:12
151:14 183:13
252:6,15
**dad's** 142:5
252:8,12
**daily** 62:6
116:17
**dark** 50:15,17
52:3

[dashboard - developers]

**dashboard** 46:12
46:12
**data** 6:10 8:16
8:18 50:4 52:5,9
52:12,14 72:1
80:3,3 83:19
85:9 94:17
109:19 113:6
135:5,8 136:10
136:13 137:1,4
145:2,8 146:5
147:9 149:15
150:18 155:14
158:3,5 165:13
165:22 174:22
174:23 175:2,9
179:4,13,17
180:13 181:1,9
182:25 184:25
185:2 186:6
202:19 206:8
207:1,5,8,21
208:18,21 209:3
209:6 210:19
212:19 214:12
214:22 216:24
220:3 238:22
239:1,15,23
247:16 255:19
**date** 11:7 23:15
28:10 55:22
69:5 70:1 87:11
89:10,22,25 90:1
92:17 109:19
149:17 156:7
158:10,14 159:2
160:23 161:24
166:25 167:4

181:23 183:11
183:24,25
191:19,21 199:8
199:11 200:2
202:8,9 259:21
260:16 261:5
262:24
**date's** 166:20
**dated** 6:7,11 7:8
7:12 8:3,15
59:20 92:13
259:23
**dates** 169:19
174:5 199:24
**day** 19:24 36:13
168:8,14 183:14
184:2,9 189:19
191:13 253:19
258:12
**days** 39:7 166:24
**deal** 143:7
**debit** 45:23
87:14
**december** 89:19
90:3,7,10 138:16
138:21 153:25
**decide** 82:5 84:7
**decided** 132:6
**deciding** 129:19
149:23
**declare** 258:6
**defaulted** 163:1
**defective** 37:8,11
**defendant** 1:14
2:14,18 4:3 13:3
**defendants**
11:19

**defendant's** 7:5
7:20
**define** 231:2
**defined** 230:19
230:20
**definitely** 106:15
159:25 162:17
177:15 219:19
232:10
**delete** 58:21 59:7
244:17 245:14
245:18,23
246:11,16,23
247:9,23 248:3
**deleted** 58:14,23
139:10 175:13
**deleting** 150:21
151:1
**demanding**
56:24 62:11
**demands** 6:15
6:19 54:19
59:19
**dementia** 150:2
151:4 251:3
252:11
**denied** 58:15
**deny** 59:7
**department**
32:19
**depended** 99:11
**depending** 40:5
**depends** 11:10
214:14
**deplete** 91:8,17
**deponent** 2:19
**deposed** 13:12

**deposition** 1:17
2:17 11:9,18
13:11 16:8 17:8
17:16 18:7,16,19
18:22 19:23
20:17,18,21,25
21:1 234:5
256:17 259:14
260:19,22,24
261:8,10
**describe** 35:7
46:5 108:7,20
240:15
**described** 46:23
46:25 88:25
**describing** 180:1
**description** 6:2
7:2 8:2 9:2
**detail** 36:9
**details** 110:10
**determined**
260:18,22 261:7
**developed** 92:20
**developer**
110:11,18
111:13 181:13
214:13 215:12
216:15,24
**developers** 24:7
24:13 32:25
33:3,8 40:25
52:2 60:21 61:4
61:6,10,15
109:25 110:5
111:2,17 206:7
206:25 207:8,20
208:7 212:18
213:4 214:7

[developers - doing]

215:2 225:2
**device** 40:19
41:9 43:12 82:8
90:16 93:23,25
97:2 113:1
114:18 118:1,2
118:21 119:12
130:24 131:3,4,6
132:5 138:13,18
140:18 150:12
150:24 151:7,12
152:17 162:25
163:3,11,15
168:4 173:19,21
194:19 195:7
209:11 210:15
216:6,6 225:6
226:23 227:15
228:1,2 248:6
251:5,14
**devices** 41:6
65:12,13 80:23
83:13 125:9
139:3,4,6 141:18
147:5 163:6,10
164:17
**died** 183:14
**difference**
132:18
**different** 31:19
31:22 37:22
38:15 40:12
42:15 44:13
61:14 63:19
64:11 73:11
87:17 92:8
110:10 130:18
131:1,2,17,19

137:25 142:6
146:15 157:19
167:10 168:19
168:19 179:3,23
184:20 195:21
201:17 209:13
221:18 222:10
223:21 227:16
229:2 251:1
**differently**
248:14,21 249:3
249:7 252:7
**direct** 190:6
191:11 221:15
227:3
**directed** 190:23
**direction** 259:11
**disclose** 52:9
225:12
**disclosing** 19:16
50:3
**disclosure** 43:8
82:25 112:18
**disclosures** 72:3
**discovered** 124:4
**discrepancies**
180:25 221:19
**discuss** 17:3 31:4
43:20 85:13
119:25
**discussed** 20:21
47:7
**discussing**
107:19
**discussion** 25:3
26:25 34:4
44:22 84:17
104:18 157:5,9

182:6 187:11
**discussions** 19:1
19:11 28:16,22
74:10,12 77:18
78:1 84:12
85:11,13 108:10
191:8,10
**dismissed** 36:7
36:10 75:25
76:14,22 78:7
247:20,21,25
**disposition** 36:3
**disregard** 35:25
**disrespect**
243:17
**distinction**
216:17 235:19
**distinguish**
229:4
**district** 1:1,2 2:1
2:2 11:21,21
**disturbing**
238:10,12,13
**division** 11:22
34:15
**divulging** 191:9
**document** 16:15
17:14,20 27:7,14
27:16 29:23
30:1,5,24 31:1
34:23 35:2,19
45:16 48:23
49:20 54:1
59:15 67:14,20
86:16,20 88:20
97:16,21 100:1,6
101:14,19
107:13,17,18,18

125:3,25 138:3
154:24 156:15
156:17 157:24
158:1 165:14,23
167:6 171:4,5
174:18 182:12
182:24 187:24
192:17 199:9
201:4,5,24 202:9
202:12 206:5
218:25 224:21
237:16
**documentation**
68:1,2
**documents** 6:19
16:11,14,16 17:3
17:6,15,21 59:19
68:22 113:22
118:3 141:21
142:1 165:18
173:22
**doing** 22:8 26:7
62:8 64:18,21,24
65:12 74:19,19
81:25 82:10
105:8 121:20
135:15 145:1
154:10 163:22
164:22 168:25
169:12 170:25
173:8 174:2
175:3,6 182:2
186:14 197:3
198:12 201:1
225:13 233:14
237:5 246:10,10
250:10,16 252:3

Veritext Legal Solutions
866 299-5127

[dollars - exercised]

**dollars** 239:5
**download** 8:16
  174:23 175:2,9
  179:13,17
  180:23 181:9
  182:1 195:12,19
  196:21
**downloaded**
  92:12,16 174:22
  180:12 195:17
  196:4,9,22 197:3
  197:12 200:21
  200:23 203:11
**downloading** 6:6
  195:13
**downloads**
  175:1 179:7
  181:1
**drained** 39:10
**draw** 77:16
  216:18
**drive** 178:12,12
**drop** 243:13
**duly** 13:4

**e**

**e** 4:5 7:12 8:3,15
  31:11,14 32:18
  97:19,22 99:8,16
  100:9,16,20
  101:20 102:10
  102:15,19,22
  103:5 113:23,25
  114:3 116:8,12
  116:19,22 118:9
  119:6 137:24
  138:6,11 139:22
  153:21 154:7,9

  167:1 169:7
  173:13 174:21
  175:15 181:23
  182:16 220:18
  260:9,12 261:1
  262:3,3,3
**earlier** 29:25
  30:1 52:4 57:3
  65:6 113:23
  117:18 131:13
  131:16 133:19
  136:18 166:14
  183:23 211:9
  235:13 240:21
**easier** 42:17
  140:9
**easy** 38:16 174:3
**eduardo** 4:5
  12:14
**effective** 218:19
**efforts** 251:13
**efx** 98:12
**eight** 256:19
**either** 24:13 39:4
  53:15 56:9
  165:8 208:9
**eliza** 1:5 2:5
**embarrass**
  243:23
**emir** 1:6 2:6
**employed** 21:19
  21:21,23
**employee** 259:19
**ended** 29:12
**energy** 22:11
**enforcement**
  229:1,3

**engaged** 239:20
**enjoy** 245:18
**ensuring** 201:23
**entire** 109:2
  197:24,25 255:6
**entirety** 156:15
**entitled** 6:9,13
  6:18
**entry** 99:13
**enunciation**
  105:25
**epic** 63:17
**errata** 260:14,16
  261:3,5
**esantacana** 4:11
**esq** 3:4,5,6,15
  4:4,5 260:1
**estimate** 39:24
**estimation**
  155:15
**et** 11:20
**evening** 254:8
**events** 15:5 44:9
**everybody** 38:20
  241:21
**everybody's**
  72:24
**evil** 57:21,23,25
  58:1,13 59:6
**exact** 23:15
  28:10 70:1
  89:10,22 105:7
  143:14 159:2
  172:25 199:11
  240:19 252:9
**exactly** 39:19
  40:4 44:12
  50:20 55:10

  58:19 62:7 70:6
  76:5 99:3,5
  111:6,10,16
  131:15 143:23
  147:2 149:21
  150:23 158:22
  192:13 229:17
**examination** 5:2
  13:7 254:6
**examined** 13:4
**example** 62:17
  64:9 110:23
  193:3 212:12
  219:22 225:3
  228:3 247:19
**examples** 98:19
  110:16
**excerpt** 9:3
**excluding**
  104:25 105:1,2
**excuse** 36:4
  42:13 43:3
  46:24 47:14
  55:8 61:22
  76:19 81:4,22
  93:15 94:11
  103:23 105:3
  119:1 129:5
  189:11 194:16
  225:19 231:12
  233:20 234:10
  234:10,20,25
  235:3,12,13,20
  235:22 236:2
  249:25
**executed** 258:12
**exercised** 150:19

Veritext Legal Solutions
866 299-5127

[exhibit - figuratively]

| exhibit | exhibits | f | far |
|---|---|---|---|
| **exhibit**  6:3,5,9 | **exhibits**  6:1 7:1 | **f** | **far**  85:3 106:12 |
| 6:13,18 7:3,8,12 | 8:1 9:1 25:5 | **f**  1:23 2:22 | 121:6 126:17 |
| 7:18,23 8:3,9,12 | 87:18 | 259:24 | 140:1 146:10 |
| 8:15,21,24 9:3,5 | **expect**  196:17 | **fabric**  203:10 | 163:5 167:22 |
| 9:7,9,9 24:15,23 | 225:20 232:6,8 | **face**  75:1 | 169:17 221:19 |
| 26:16,18,20 | 232:14 | **facebook**  6:14 | 237:13 |
| 44:18,23 48:12 | **experience**  41:9 | 54:18 56:14,15 | **farr**  4:6 12:13,15 |
| 48:14,16,19,20 | 47:11,16 68:3,13 | 57:11,13,16,17 | **father**  21:9 |
| 53:12,13,20,21 | 72:15 136:14 | 57:19,19 60:20 | 140:4,5 150:2,13 |
| 59:8,10,13,14 | **experienced** | 60:24 66:15,17 | 151:4,8,10,21 |
| 63:2 86:9,10,13 | 41:23 68:4 | 66:18 67:18 | 152:6 251:3 |
| 87:6,7 88:7,13 | **experiences** | 68:14,15 98:6,9 | **fault**  247:2 |
| 88:13,17 97:6,7 | 135:6 136:11 | 203:9 | **features**  38:17 |
| 97:10,11 99:20 | 137:3 | **facebook's**  66:5 | 43:2,5 |
| 99:21,24,25 | **expert**  110:25 | **faces**  99:13 | **february**  37:16 |
| 105:20,22 107:4 | 113:18 121:17 | **facing**  111:12,13 | 37:17 39:4 |
| 107:5,6,21 | 209:9,25 212:2 | **fact**  27:17 28:12 | 162:21,23 172:9 |
| 109:17 124:21 | 233:1 | 76:21 145:7 | 174:1 |
| 124:22,25 125:1 | **experts**  245:3 | 147:9 189:3 | **federal**  259:14 |
| 132:14 137:11 | **explain**  36:9 | 196:3 201:23 | 261:1,8,9 |
| 137:12,15,16,16 | 43:1 58:12 | **factor**  155:16 | **feel**  17:15 46:13 |
| 153:18 154:16 | 64:17 71:8 | **facts**  15:5 85:5 | 70:7,13 71:10 |
| 154:18,21,22 | 144:1 150:3 | **failure**  156:16 | 73:24 77:6 |
| 156:7,21,24,25 | 151:5 | **fair**  13:17 23:9 | 117:23 118:4 |
| 165:18 174:9,10 | **explained**  251:2 | 36:1 63:1 74:12 | 238:18 242:7,24 |
| 174:13 181:20 | **explanation** | 85:15 136:22 | 243:4,5 |
| 182:3,7,10,11 | 205:19 | 164:24 165:24 | **feeling**  71:2,15 |
| 184:18 187:4,12 | **explanatory** | 169:2,12,15 | 73:18 76:21 |
| 187:15,16 192:4 | 98:20 194:11 | 170:17 173:3 | **feelings**  69:16 |
| 192:6,10,14 | **extensive**  92:10 | 174:8 180:8 | 71:4 77:11 |
| 197:5 198:15,16 | **extensively** | 184:13 185:21 | **feels**  228:11 |
| 198:19,24 | 251:2 | 186:9,21 195:16 | **felt**  47:2 69:19 |
| 201:18,19,20,25 | **extent**  19:16 | 254:17 | 77:2 161:9 |
| 217:9 218:10,11 | 165:21 191:7 | **false**  229:15 | 240:21,25 241:6 |
| 218:14,15,15 | 238:1 249:10 | **familiar**  144:12 | 241:11 242:4 |
| 220:21 221:1 | 253:8 | 150:2 151:6 | **fi**  201:10 |
| 224:9 230:1 | | **family**  20:25 | **figuratively** |
| | | 21:3 | 242:22 243:5 |

Page 16

[figure - four]

**figure** 30:22 32:1,13 46:21 71:1,4 104:2 247:1
**figured** 38:19 97:2 141:4 179:15
**file** 23:13 175:1
**filed** 11:20 27:11 27:19 29:16,21 29:24 30:7 58:25 89:1,4,9 89:15,18 90:12 90:22 248:21 251:12,18
**filing** 27:22 29:7 95:4 224:12,12 248:13 249:7 250:7 252:19
**financial** 91:8,17 95:13 238:21,23
**financially** 12:5 259:18
**find** 15:14 101:2 101:4 129:14 131:15 159:22 160:12 221:20 236:16 237:10 244:22 248:15 256:7
**finding** 15:4 46:14 240:22 241:1 242:5 244:8
**findings** 35:23
**fine** 26:8 53:1 55:14 85:12,18 153:9 198:12

209:21 230:7 231:3 239:25
**finger** 25:16
**finicky** 88:10 91:13
**finish** 14:6 15:16 15:22 37:7 41:15 58:5,6 78:23,24 102:18 115:4 122:16 215:19
**finished** 22:14
**firebase** 109:20 109:23 111:4 112:2,14 113:12 185:1 186:6 203:9,22 204:7 204:19 205:12 244:25 245:11 245:14
**firm** 11:25 12:13 56:22
**first** 6:3 13:4 18:19 27:10,23 28:4 31:4 32:2 38:6,18 39:7 55:12,13,25 59:21 63:21 69:23 70:2 71:1 74:23,25 75:7,9 86:18 87:24 89:1,7,8 92:12 92:16 96:10 99:12 111:3 125:6 128:19,19 129:20 131:25 135:25 136:2,8 138:11 152:1,23

156:11 188:20 188:24 202:19 202:21 204:4,25 205:16,25 207:12 208:10 229:11 236:22 237:3,12 239:18 245:20 247:3 250:11
**fit** 59:7 178:14
**five** 20:1 55:15 55:16,17 56:4,10 92:18 153:5 217:14,18 253:20
**fix** 96:3 196:18 245:17,22 246:3
**fixed** 246:24 250:23
**fixing** 217:6
**flexner** 3:7 75:8 75:11,15
**flip** 234:12
███████ 116:23
**floating** 238:19 243:12
**floor** 3:9,18 4:7
**florida** 3:19
**flurry** 203:9
**focus** 208:14
**focused** 107:15
**focusing** 91:12
**follow** 56:1 76:24 90:4 190:22
**following** 132:1
**follows** 13:5 260:8

**font** 199:6 202:17
**food's** 119:23
**force** 200:20
**foregoing** 258:8 259:5,7,12,13
**form** 61:1 64:25 67:3 68:16 70:18 102:6 104:9 121:16 145:12 161:15 185:2 206:9 209:8 211:1 215:24 239:2 241:13 253:7
**format** 26:6
**forth** 63:19 68:5 167:21 259:6
**forthepeople.c...** 3:20
**forward** 30:8 127:6
**forwarded** 102:11
**found** 46:11 81:17 89:3,5 101:12,17 161:7 161:25 168:6 174:6 237:13 244:16 248:18
**foundation** 101:7 147:11 149:2 155:23 156:15 201:4 216:1 256:8
**four** 50:15,18,19 105:7

[francisco - go]

**francisco** 3:10
  4:8 11:22
**franklin** 3:17
**fraudulent**
  254:13,23
**frcp** 261:1
**free** 17:15 83:18
  107:17 143:8,11
  144:7,20
**frequent** 90:18
  193:9
**frequented**
  178:19
**frequently** 99:7
  175:6
**fresh** 115:24
  116:1 118:1
**fresno** 2:19 20:5
  20:6 130:19,20
**friedman** 28:5
**friends** 20:24
  21:2 102:11
**front** 4:7 16:11
  16:14,15,16,18
  16:25 17:7,10,12
  17:21 39:2 63:2
  202:1
**frustrating**
  254:17
**full** 14:7,19 15:7
  15:9 30:9 55:16
  107:18
**fullest** 19:15
**fun** 202:4
**further** 102:2
  134:22 162:1
  171:18 256:12
  256:15 259:13

259:17

**g**

**gain** 91:7,16
  95:12,16 242:14
**galaxy** 37:24
  38:2,10 39:15,16
  39:18,22,25
  40:10,13 42:6,9
  42:11,23 115:6
  124:9 139:1
  141:13,18
  142:15,16
  183:22,24
  184:10 252:12
**galaxys** 38:21
**gallagher** 4:6
  12:13,15
**game** 195:12,13
  195:17,19,21
  196:9
**games** 23:25
  24:5 193:16,17
  193:21 194:6,8
**gap** 8:13,22
  128:9,22 157:15
  173:25 182:15
  182:17 186:7,8
**geez** 22:10
**general** 70:3
  73:17 78:19
  130:14 132:11
  225:4
**generally** 21:3
  56:12 129:6
  130:4 206:24
  212:19

**gently** 127:18
**geo** 82:8
**getting** 39:7
  62:21 67:14
  68:21 134:23
  146:10 153:5
  191:7
**gift** 175:23 177:7
**give** 10:3 18:20
  25:10 27:16
  28:10 30:9
  41:12 45:6
  62:17 64:9
  66:11 69:25
  70:3 73:24 79:4
  86:17 89:10,22
  98:19 110:22
  121:5,6 135:5
  136:11,13 137:2
  159:2 162:17
  164:13 174:4
  189:20,23
  198:22,22
  205:18 206:7
  212:12 217:10
**given** 16:21 64:6
  64:6,7,10 65:7,8
  68:11 69:11
  70:8 245:9
**giving** 14:6
  63:20 65:10,11
  73:21
**gmail** 114:4,4,5
  114:9 115:9
  116:20 117:12
  117:14 118:17
  118:24,24 119:4
  119:5,8,10,11,15

123:25 124:5
  137:25 159:11
  162:13 188:14
  231:24
**gmail.com** 8:12
  8:21 121:23
  122:1,22,25
  123:18,22 124:3
  157:21 158:10
  158:15 188:4,10
  222:1,17 223:9
  225:17 226:4
**gmail.com.**
  97:23 113:24
  157:14 182:16
  187:17
**go** 11:15 13:15
  26:9 28:2 29:6
  30:15 34:19
  35:3,20 39:20
  40:16 42:17
  46:18 49:18,23
  50:5 51:18
  54:11 56:21
  58:5 59:16
  62:21 63:8
  66:16 68:8 79:6
  80:19 83:1
  95:19 101:23
  102:2 116:7
  119:24 125:18
  127:6 131:21
  132:3 134:22
  142:19 145:13
  151:24 154:3,14
  154:25 155:8
  156:4 157:10
  158:7 161:17

Veritext Legal Solutions
866 299-5127

**[go - google]**

| | | | |
|---|---|---|---|
| 165:25 171:18 | 181:11 182:3 | 22:24 23:1,11,19 | 97:23,24,25 98:1 |
| 179:19 192:20 | 186:22 187:5,6 | 23:19,24 24:10 | 98:3,4,9,16,17 |
| 195:22 206:19 | 190:6 192:4 | 27:11,19 28:9 | 98:21,23 99:6,7 |
| 207:17 208:2 | 198:9,15 199:3 | 29:8,13 31:6,8 | 99:13 104:8 |
| 210:7 212:15 | 201:3 202:3 | 31:10,12,15,22 | 109:13,18,20,22 |
| 218:22 222:6 | 204:17,23,24 | 32:15,17,20 | 111:4 112:1,1,13 |
| 238:3 | 206:3 217:9,17 | 33:10,12 34:2,4 | 112:13,21 113:5 |
| **god** 63:23 | 217:21 218:3 | 34:15,17 35:12 | 113:6,7,11,11,15 |
| 167:10 | 223:15 226:12 | 35:24,25 36:16 | 113:21 117:3,4 |
| **goenaga** 1:6 2:6 | 227:2 228:14,23 | 37:22 42:1 | 117:16,25 |
| **goes** 119:11 | 228:24 235:15 | 43:11 47:7,24 | 119:17 121:23 |
| 126:12 130:9 | 235:18 236:24 | 48:2 51:3,6 52:1 | 125:10 126:4,7 |
| 132:4 172:15 | 238:14,15,16 | 57:11,16,19 58:2 | 126:25 128:10 |
| 225:24 232:9 | 239:6,9,13 | 58:17,23 59:20 | 132:25 134:9,20 |
| **going** 15:8 17:4 | 240:10 241:3,4 | 60:24 64:13,24 | 134:25 135:6,12 |
| 17:11 19:19 | 241:23,25 | 65:9,11 66:15,17 | 136:12 137:3,4,9 |
| 21:5 23:8 24:15 | 243:13 244:22 | 66:18 67:2,18 | 138:12,19 141:2 |
| 24:22 25:4 30:8 | 246:4,14 247:17 | 68:3,14,14 69:16 | 141:19 145:1,7 |
| 43:16 44:18 | 247:25 248:15 | 70:11,13,23 71:2 | 147:22,23 148:1 |
| 48:12,13 49:1,5 | 250:4 252:4 | 71:5,10,15,20,22 | 148:4,6,16,17,20 |
| 52:18,20 53:4 | 253:14,24 | 72:5,12,17,20 | 148:21,23 149:7 |
| 59:8 60:14 | 256:21 | 73:2,3 74:2,5,16 | 149:15,25 150:9 |
| 61:19 63:11 | **gonna** 240:18 | 75:14,18 79:15 | 150:11,15,18,21 |
| 67:25 68:1 | **good** 11:6 12:12 | 79:20,22 80:1,5 | 151:1 152:18,19 |
| 71:14 72:9 | 13:9 38:11,13,19 | 80:7,8,11,17,20 | 152:25 153:1 |
| 76:16 84:24 | 59:6 84:10 | 80:21,22,24,24 | 155:7,13,15 |
| 85:21,25 86:8 | 85:22 98:21,23 | 81:2,15,18 82:14 | 157:14,15 |
| 93:5 97:6 99:20 | 106:17 119:21 | 82:16,17 83:7,8 | 158:19,25 159:1 |
| 105:19,21 | 153:8 168:21 | 83:17,18,19,20 | 159:4,12 160:5 |
| 111:23 116:9 | 176:15 220:24 | 83:24 84:2,19,22 | 161:23 162:15 |
| 117:13 120:1 | 237:15 254:8 | 84:25 85:9 | 162:18 163:16 |
| 124:21 127:8 | **goog** 7:9,15 8:6 | 86:15 90:20 | 164:14 169:21 |
| 135:13,20 136:6 | 8:19 | 91:3,6,6,15,19 | 175:4,13,15,22 |
| 137:10,11 141:5 | **google** 1:13 2:13 | 92:2,9,9 93:7,9 | 175:23,24,25 |
| 145:17 150:23 | 4:3 6:20 7:8,23 | 93:12,13,15 94:9 | 176:2 177:3,5,6 |
| 151:17 153:11 | 8:4,9,15,17 9:10 | 94:20 95:12,15 | 177:8,9,11,12 |
| 154:17 171:3 | 11:20 12:14 | 96:3,5,18,20,21 | 178:15,16,17,20 |
| 172:25 174:3 | 13:10 16:21 | 96:24 97:2,3,3 | 179:16 181:7,17 |

**[google - harvey]**

182:15 184:24
184:25 185:21
186:5,6,8 194:20
195:14,16 196:8
196:12,15,23,24
197:18,19 198:8
203:10,17,21,24
204:2,7,10,11,18
204:21,22 205:5
205:9,11,23,24
207:5,11,11
208:4,8,8,13,19
208:21,25 209:3
209:6,15,24
210:6,9,10,10,17
210:18,19,25
211:6,11,12,21
211:21,25 212:6
212:7,10,17
213:1,5,9 214:6
214:7,9,12,19,21
214:22,25 215:1
215:4,14,23
216:5,21,22,23
216:24 220:4
226:24 227:16
228:10 229:13
230:9,11,20,21
231:10,14,23
232:14,14,15,23
233:9,9,11,17,18
233:18 236:10
236:14,18,25
238:25 239:13
239:20 241:3,7
241:12 242:1
244:25 245:11
245:14,17,22

246:2,9 247:7
248:3 249:19
251:5,10,10,14
252:3,15 253:13
254:20 255:14
255:18,21 256:4
260:4 262:1
**google's** 46:12
66:4 88:25
133:12 154:12
155:15 182:2
203:15 205:4
208:24 216:9
218:16 221:24
233:14 241:20
242:11 245:5
246:25 250:9,15
251:6,25 252:19
254:13
**gosh** 140:1
**gotten** 253:3
**government**
62:11
**governments**
56:24
**grant** 4:13 11:25
**gray** 125:14
170:13,16,22
171:17,24
172:13,16
**grays** 170:3,12
**great** 183:4
**green** 39:1
**ground** 13:16
234:6,6
**grounds** 36:10
247:20,22

**group** 22:11
**groups** 176:6
177:14
**grunt** 14:2
**gsuite** 176:6
177:15
**guess** 85:3
100:17 119:2
166:25 195:4
**guilty** 79:10
**guy** 227:17
**guys** 41:11 88:2
153:4 167:14
228:10

**h**

**h** 262:3
**half** 179:6
**hand** 221:19
**handled** 47:22
260:8
**handling** 209:20
**hands** 230:5
**handsfree**
177:16
**hang** 35:1 36:24
**hangouts** 177:18
177:20
**happen** 76:23
82:6 118:6
210:20 228:16
238:16 245:24
246:1 247:10,12
247:15 254:18
**happened** 29:10
32:2,13 36:6
44:2,6,16 47:20
50:16 51:21

52:16 71:9,18
72:18 77:15
93:21 115:14
118:8 161:21
235:21,25 236:1
243:25 255:1
**happening** 81:16
117:13 119:3
149:9,16,19
217:4 246:13
**happens** 51:8
111:18,25 146:8
238:9
**happy** 40:11
67:25 71:17
77:8
**harass** 213:22
**hard** 16:10,16
17:12 105:24
106:1,20 150:3
165:15 219:1,5,6
221:3,12,13
**harder** 40:18
**hardware** 37:23
**hardy** 7:13
**harm** 237:22
238:10,21,23
252:23
**harold** 1:7 2:7
**harris** 4:4 12:12
13:10 16:1
18:18 24:20
26:16 49:4
52:18 87:6
221:9 256:25
**harvey** 1:8,17
2:8,18 5:3 7:13
8:4,17 11:18

[harvey - hypothetical]

13:2,9 16:3 17:1
17:13 19:14
21:12 24:21
25:23 27:6,10
34:11,19 45:3,11
45:18,22 48:25
52:21 53:11
54:3 63:6 73:13
73:14 78:19
81:3 86:8 88:6
88:12 90:9 96:8
97:14 100:4
101:16 104:1,19
105:13 106:1,8
106:21 107:9
109:18 110:12
112:5 117:6
121:11 125:1
132:14 134:4
136:7 138:6
144:14 146:12
146:21 148:6
152:4,24 153:18
154:22 157:1,13
158:9 166:5
167:14 174:16
176:9,9 181:20
184:19 185:9,16
186:19 187:4,22
188:2 191:4
192:9 193:24
195:2 199:16
200:8,22 202:16
204:5,17 205:6
205:13 206:11
206:15,24 207:7
208:12,20
210:23 211:19

212:4,25 213:11
213:15,24 214:5
216:12 218:3,21
219:4,4 220:25
221:24 224:8
226:1 227:2,20
228:18 230:18
231:9 233:23
234:2 235:3,11
236:10 237:7,21
242:3,22 243:2
244:3 247:11,19
248:13 249:10
251:23 253:15
254:8 256:17
258:6,17 260:5
262:2
**harvey's** 137:24
153:5
**harvey's** 7:3,18
**head** 14:2
179:18 181:2
**heading** 125:6
202:19
**heads** 240:6
**health** 243:10,16
**hear** 13:24 30:4
106:8,21,21
118:12 180:21
203:16 213:11
229:22
**heard** 11:13
38:11,13 90:21
111:5,8,17
124:14 221:10
**heart** 46:1
**hello** 254:9

**help** 14:7 24:23
29:11 63:9
96:22,23 127:13
150:13 151:21
182:22 243:8
**helped** 71:11
243:11
**helpful** 53:18
203:3
**helps** 69:17
70:24 71:5
110:5 111:1,17
135:5 136:11,13
137:2
**hereto** 258:10
**hey** 52:18 153:4
252:22
**hi** 12:18 254:10
**highlight** 219:18
**highlighted**
219:10,11,23
220:5
**highlights** 219:9
220:16
**history** 83:20
113:7 125:8,22
126:3,7,18,22
128:18 177:22
189:18 192:3
210:20,24
**hit** 25:10 26:11
44:20 61:5,14
69:20,22 137:7
**hmateen** 4:10
**hold** 26:1 37:6,6
49:17 51:14
70:16 118:10
126:22 145:11

155:22 157:6
182:23 201:9,10
211:15 212:22
237:24
**holders** 225:3
**home** 80:24
139:8 218:3
**honestly** 58:22
**honor** 69:18
70:13,25 71:6,11
80:4,8 148:5
**honored** 150:20
196:18
**hope** 180:4
197:19
**hoping** 167:10
**hot** 7:14
**hour** 52:19,20
85:22
**hours** 20:1,1
104:24 121:7
168:14 217:14
248:10
**house** 6:18 59:19
140:4,5
**html** 180:2
**huh** 27:13 88:11
109:21 124:10
170:4 183:5
186:18 188:5
**hundred** 32:7
**hyperlink**
134:11
**hypothetical**
146:7 147:15
149:1 185:25
186:11 216:1

Page 21

[icloud - informed]

| i | |
|---|---|
| **icloud** 147:8,13 | |
| **icons** 94:2,3 | |
| **idea** 24:11,14 | |
| 47:5,21 59:25 | |
| 70:3 72:19 76:7 | |
| 78:20 85:2 90:9 | |
| 97:1 124:1 | |
| 190:13 242:8 | |
| **identical** 42:25 | |
| 143:24 144:13 | |
| 152:1 220:23 | |
| **identifiable** | |
| 224:25 226:19 | |
| 226:23 227:5,15 | |
| 227:17,21,24 | |
| 228:3,9,11,13,22 | |
| 229:5,6 230:10 | |
| **identification** | |
| 6:1 7:1 8:1 9:1 | |
| 26:21 44:24 | |
| 48:17 53:14 | |
| 59:11 86:11 | |
| 97:8 99:22 | |
| 107:7 124:23 | |
| 137:13 154:19 | |
| 156:22 174:11 | |
| 182:8 187:13 | |
| 192:7 198:17 | |
| 201:21 218:12 | |
| **identified** 17:15 | |
| **identifiers** | |
| 209:13 226:24 | |
| 226:24 227:16 | |
| 227:18 | |
| **identify** 17:21 | |
| 156:16 199:15 | |
| 227:14 232:8 | |

**ids** 82:8
**ignore** 86:24
**illegal** 246:3
  247:7
**imagine** 246:8
  247:5,12,14
**immediately**
  166:18 168:15
  223:10
**implies** 102:4
**important** 14:5
  239:23
**impossible**
  252:14
**improper** 148:25
**improperly**
  109:19
**improve** 203:6
**inappropriate**
  129:22
**include** 66:9
  83:16 113:3
  125:8 203:9
  219:14
**included** 260:14
  261:3
**includes** 18:23
**including** 12:9
  83:18,19 91:6,12
  91:14 113:6
  210:19
**income** 22:17
**incomplete**
  186:11 216:1
**index** 5:1
**indicated** 224:15
**indicating** 72:2
  229:19,25

**individual** 118:9
**individually** 1:9
  2:9
**influence** 18:2
**info** 155:13
  207:16
**information**
  43:11,14,15,18
  56:14,16,18,24
  58:14 62:11,12
  63:20 64:5,9,22
  64:24 65:7,10,13
  67:1,17 70:7
  72:10,24 73:21
  73:25 74:3,6,17
  77:4,6 80:14,18
  80:22 81:10
  82:1,7,16,17
  83:7,13,21,24
  84:3,19 89:2
  90:14,19,20
  95:16 109:24
  110:2,2,7,9,13
  110:17,20
  111:19,25 113:1
  113:15 114:20
  119:20 130:2
  134:21 135:1,2
  135:12 137:9
  145:17 148:8,13
  148:18 157:13
  157:17 161:9,23
  165:15 166:21
  167:12,18
  168:16 174:25
  180:17,24
  181:15,17,18
  193:19,20,23

194:2,10,11,18
194:20,21 195:4
195:20,23 196:1
197:4,19 198:10
203:5,7,20,25
204:2,22,24
205:24 206:2
209:1,11,13,16
209:23 210:5,15
211:10,20 212:7
212:8,17 214:19
214:21,24 215:2
215:12,22 216:5
216:10,14,20,25
219:16 222:24
223:11,23 225:1
225:3,6,24
226:19 227:5,11
227:14,17,21,24
228:4,8,10,12,20
228:23,24 229:5
229:6,10 230:10
230:11,16,21
231:5,10,16,20
232:23 233:9,12
233:13,18
236:11,15,18,21
237:1,8 238:5,17
242:13 243:12
245:7,8,9 246:2
246:4 249:22
250:24 251:7,11
252:8 255:14,22
**information's**
238:14 240:14
252:25
**informed** 52:13

[initial - keep]

| | | | |
|---|---|---|---|
| **initial** 76:22 | 154:17 174:9 | 146:2 147:1,23 | 162:5,10,12 |
| **initialed** 258:9 | 182:3 192:4 | 148:1,2,16,23 | 163:4,9 171:20 |
| **injury** 244:4 | 198:15 217:9 | 149:5,6 150:16 | 172:3,4 182:19 |
| **ink** 258:9 | **introduced** | 150:25 151:3 | 184:14 200:14 |
| **inside** 158:1 | 48:19 53:20 | 152:5 | 200:19 |
| **install** 197:6 | 59:13 86:13 | **iphones** 144:10 | **jesus** 250:5 |
| **installed** 198:1 | 97:10 99:24 | 147:21 | **jlee** 3:12 260:2 |
| **instructed** 10:1 | 107:4 124:25 | **irrelevant** 222:8 | **job** 1:24 22:3,4,6 |
| **integrate** 80:25 | 137:15 154:21 | 222:14 | 22:17 260:5 |
| **intend** 16:5 | 156:24 174:13 | **issue** 31:6 35:6 | 262:2 |
| **intention** 29:7 | 182:10 184:17 | 41:24 77:14 | **jobs** 22:15 |
| **interacted** | 187:15 192:9 | 79:12 119:16 | **jog** 140:12 |
| 248:20 | 201:17,25 | 132:25 146:15 | **jot** 61:13 |
| **interest** 98:22 | 220:21 221:1 | 148:3 157:7 | **judge** 76:24 |
| **interested** 12:5 | **introducing** | 161:21 207:20 | **judiciary** 6:15 |
| 15:4 60:11,12 | 53:11 187:4 | 208:17 212:18 | 54:18 |
| 259:18 | 201:18,24 218:9 | 213:4 214:11 | **julian** 1:6 2:6 |
| **interests** 155:15 | **invalid** 33:9 | 215:15 217:7 | **julieanna** 1:4 2:4 |
| **internet** 11:11 | **investigate** | 221:22 | **july** 10:4 50:23 |
| 60:3 99:18 | 35:11 244:24 | **issues** 25:25 | 89:1 140:15 |
| **interpret** 134:19 | **investigated** | 60:14,16,17 | 164:7,9,11,21 |
| 135:8 226:18 | 35:5 67:24,25 | 79:15 91:19,21 | 165:2 172:21 |
| 227:4,25 | 248:16 | 92:7,7,8,11,21 | 173:4 188:12 |
| **interpreted** | **investigation** | 92:22,25 93:3,8 | 189:1,24 191:5 |
| 227:21 | 35:7,24 108:5,8 | 93:13,20 95:5 | 191:16,20,25 |
| **interrogatories** | 108:17 109:14 | 96:14 115:13,15 | 218:19 |
| 7:6 86:14 | 233:5 | 115:17 119:18 | **jump** 79:10 |
| **interrogatory** | **investigation's** | 140:22 142:4 | **june** 140:15,17 |
| 88:23 91:4 | 233:4 | 159:23 198:23 | 141:6,9 142:3 |
| 95:10 | **involved** 22:20 | **j** | 149:23 |
| **interrupted** | 23:2 91:23 92:2 | **james** 3:4 12:18 | **k** |
| 46:17 | **involvement** | 20:3 41:20 88:6 | **keep** 16:24 17:4 |
| **interview** 48:9 | 255:2 | 119:22 190:9,15 | 61:23 62:2 |
| **introduce** 24:15 | **ip** 82:9 83:10 | 220:15 229:22 | 177:21 181:17 |
| 44:18 48:12,13 | 112:22 210:11 | 254:9 260:1 | 240:10 243:22 |
| 59:8 86:8 97:6 | 227:15 | **january** 160:8 | 246:2,10 247:1 |
| 99:20 105:20,21 | **iphone** 42:14 | 160:11,21 162:3 | |
| 124:21 137:11 | 144:7,9,15 146:2 | | |

Veritext Legal Solutions
866 299-5127

[kellie - lee]

**kellie**  1:7 2:7
**kept**  71:18
**keyword**  230:16
**kinds**  64:11
  209:12
**knew**  20:13 97:4
  104:17 123:2
  126:17 142:1
  144:13 204:11
  205:7 238:20
  245:13
**know**  14:14 15:5
  15:14 17:9 19:5
  20:12 23:6 24:1
  24:3,12,18,20
  25:2,24 30:19,25
  31:11,14 34:15
  34:25 35:16
  40:9,18 43:6,23
  45:15 46:3,7,10
  47:17 48:25
  50:8,20 51:20
  52:13,16,18
  53:16,21,25 54:9
  55:21 59:9
  62:20 70:6 71:2
  72:18,23 73:4,6
  73:10,22 77:13
  79:1,1,10,13
  82:4,5 84:8
  87:25 90:1,11
  92:7 95:8 96:24
  97:14 100:4,19
  103:1,22,24
  105:23 106:4,11
  106:24 107:9
  109:22 110:10
  110:12,25

111:10,11
119:24 121:19
122:4 124:20
125:1,11,20
126:3,6,24
128:16 138:1,6
143:16 144:7,16
144:19 146:14
149:6,6,21 153:7
154:22 155:20
156:10 157:1
158:22,24
159:12,24
160:22 162:9
163:5 167:1
169:17,20
171:12,21 172:8
172:20 173:4
174:16 176:22
177:21,25 178:7
178:11,21,25
179:2 181:10,15
181:16,24,25
182:2,11 183:11
185:4 186:14,15
187:19,22 189:3
189:5 190:4,9,11
192:12 193:14
195:12,17,24
196:9,12,12,22
197:2,17 199:18
201:25 204:18
205:8,9,11
213:24 214:1,23
218:21 220:20
221:7,7,10
222:21 223:18
224:1,19 231:5

231:25 232:2,6
232:14 236:24
237:4,11 238:23
243:13,15,22
244:20 245:5,6,6
245:7,10 249:3,7
249:14 252:10
252:21,22
253:18 256:4,11
**knowing**  240:3
  246:6
**knowledge**  84:25
  85:4,6
**knows**  85:9
  238:25

---

**l**

**lack**  101:7
  147:11 149:1
  155:23 156:15
  216:1 240:11
**laid**  22:4 234:5
**language**  83:10
  112:22 210:11
  229:20 230:1
**laptop**  24:22
  88:9
**latest**  100:25
  101:4,21
**law**  12:13 72:3
  229:1,3
**lawsuit**  15:6
  21:3,7,9 23:11
  23:13,17 27:11
  27:24 28:8
  43:20 47:11
  58:25 65:16
  75:22,25 76:14

76:22 80:1 85:4
85:5 88:24 89:4
89:9 90:21
94:15 95:4,14
99:14 101:5,21
103:11,13 104:8
104:8,25 109:15
236:18 237:23
241:1 244:4,9,17
248:22 249:7
**lawsuits**  100:25
  102:20,23 103:5
**lawyer**  78:11
  250:8
**lawyer's**  249:20
  249:23
**lawyers**  18:23
  19:1 28:17
  74:25 75:6
  77:18,19 78:6,9
  78:15 79:15
  85:11 108:11
  190:18
**laying**  143:1
**leading**  255:23
**learn**  111:3
  134:10,14
  155:16,18 251:1
**learned**  85:10
  89:8
**learning**  98:23
**leave**  22:3,4
  50:14 124:2
  208:13
**leaving**  22:17
**led**  85:5
**lee**  3:4 5:6 12:17
  12:18,18 16:1

Page 24

[lee - lines]

| | | | |
|---|---|---|---|
| 17:13,19 18:8,18 | 105:15,21 106:7 | 200:16 201:3,9 | **legal** 22:20 23:2 |
| 19:5,10 24:17,19 | 106:11,17 | 201:13 202:2,5,8 | 29:11 32:19 |
| 24:25 25:4,7,9 | 107:11,20,25 | 202:11,14,23 | 77:25 90:24 |
| 25:13,15,19,21 | 108:9 112:3,6,18 | 203:1 205:13 | 237:25 238:1 |
| 26:1,3,5,9,13,16 | 112:24 113:17 | 206:9,12,17,19 | 253:8 260:7 |
| 26:19,23 27:2,25 | 115:4 116:6 | 207:2 208:1 | **legitimate** 42:2 |
| 28:2,13,16,19,21 | 118:10 119:23 | 209:8,19,21,25 | 71:24 |
| 28:24 29:3 | 121:16 122:16 | 211:1,15,17,23 | **legs** 153:8 |
| 30:20 33:17 | 122:19 125:23 | 212:1,22 213:6 | **lenovo** 141:24 |
| 36:11 37:6 40:1 | 127:11,14,16,21 | 213:12,21 214:2 | **letters** 32:17 |
| 41:11,14 44:20 | 128:5 129:7 | 215:5,19,24 | **letting** 24:20 |
| 45:6,9 48:4,7,13 | 130:5 131:20 | 217:4,6,13,16,20 | 25:1 106:3 |
| 49:2,4,8,13,17 | 133:22 134:7,10 | 218:18 219:1,17 | **levels** 212:14 |
| 49:22 51:14,16 | 134:15 145:3,11 | 220:18,22 221:2 | **lie** 59:7 246:15 |
| 52:18,25 53:2,15 | 146:6,11,11,14 | 221:9,15,21 | **lied** 238:13 |
| 53:18 54:5,8 | 147:11,15,17 | 222:11 223:4 | 241:3,7,12 |
| 55:23 56:2,7,21 | 148:25 149:11 | 224:10,13,15 | 242:13 243:1 |
| 58:6 61:1 62:20 | 151:23 152:7 | 227:6,9 228:5 | 244:7 |
| 63:4,9 64:25 | 153:4,10 155:22 | 229:7,19,24 | **lies** 58:20 71:22 |
| 65:14,16,21,22 | 156:6,10,14,20 | 230:4,7,14,25 | 242:11 |
| 67:3,8 68:16 | 157:4,6,10,22 | 232:25 233:21 | **life** 240:12,16 |
| 70:15,18,21 72:2 | 158:3,7 160:17 | 233:25 234:4,9 | 248:21 252:18 |
| 72:6,21 74:11 | 161:15 162:15 | 234:10,20 235:9 | 255:6 |
| 76:9 77:16,22,24 | 165:11,21,25 | 235:17 237:19 | **light** 65:25 |
| 78:4,17,22,24 | 167:3,13,18 | 237:24 239:2 | **likes** 221:3 |
| 79:1,4,7 81:4,11 | 170:3,5 171:3,8 | 241:8,13 243:14 | **limitations** 36:8 |
| 82:20,24 83:4 | 172:22 176:2,4 | 243:20 244:11 | 36:10 247:20,22 |
| 84:10 85:2,8,16 | 176:19 182:4,23 | 246:17 248:4,7,9 | 248:1 |
| 85:20,24 86:17 | 183:4 185:10,12 | 248:11,23 249:4 | **line** 10:2 15:17 |
| 86:22,24 87:1,4 | 185:14,25 186:3 | 249:8 250:4 | 62:25 77:16,22 |
| 87:8,11,17,20,22 | 186:10,17,19 | 251:19 253:7,20 | 137:7 143:2,9,19 |
| 87:25 88:5,8,12 | 187:5,10,18,20 | 254:7,9 256:1,9 | 200:1 203:11 |
| 88:16 89:24 | 189:25 190:4,11 | 256:12,21,23,24 | 260:15 261:4 |
| 90:5 91:9 94:12 | 190:17 191:6 | 260:1 | 262:4,7,10,13,16 |
| 94:21,25 95:17 | 192:19,21 196:6 | **left** 22:15 50:17 | 262:19 |
| 100:17 101:6,10 | 198:11,22 199:1 | 52:3 85:17 | **lined** 229:16 |
| 102:6 103:6,14 | 199:3,6,8,15,18 | 139:8 | **lines** 196:5 |
| 104:3,9,23 105:3 | 199:21,23 | | |

Veritext Legal Solutions
866 299-5127

**[link - mail]**

**link** 56:1 99:17
117:11 119:19
155:18,21
**linked** 92:3
117:16,17
**list** 57:18 68:11
171:18 193:1
211:12 237:21
**listed** 28:5 35:9
55:18 114:14
117:3,4,8 154:4
160:7 179:8
197:9
**listen** 44:5
200:16
**listing** 179:10
**lists** 175:15
**literally** 64:13
242:24
**little** 26:24 33:21
39:1 69:7 88:10
105:4,8,24,24
106:1,25 128:2
130:18 131:16
131:19 146:10
153:5,8 157:2
162:1 176:22
185:5 188:15
202:3 229:2
241:2 242:3
250:20
**live** 21:14
**lived** 22:18
255:5
**llc** 1:13 2:13
11:20 260:4
262:1

**llp** 3:7 4:6
**loading** 45:6
49:5,8
**location** 82:9,9
83:10 92:8 93:1
96:15,17 112:22
177:22 179:2
209:12 210:11
227:16 228:1,2
232:15
**locked** 114:6,9
260:12 261:1
**log** 251:13,15
252:15
**logged** 116:2
148:16
**logging** 154:8
**long** 19:6,25
39:8,17 69:19
76:7 89:20
107:11 111:6
140:13 141:8
150:17 159:7
163:15 181:15
235:24 253:18
255:4,5
**longer** 141:7
**look** 36:19 45:13
45:20 48:21
53:24 61:18,18
83:2 86:17
88:16,22 99:12
100:5 107:10,17
108:25 116:9
129:2,23 130:8
132:6 134:4
136:25 143:4
154:23 155:4,11

157:2 162:1
168:22 173:24
174:17 178:23
179:19,22 180:3
180:5 182:11
187:23,25
192:12 198:4
200:13 202:18
224:5,8,24
**looked** 19:2 35:8
101:13 104:15
108:19,21,22,22
109:4,9 122:7
125:2 130:13
132:5 133:6
165:7 178:18
179:1,4 189:14
192:2 200:12
222:2 224:3,6
**looking** 15:7,9
16:17 43:16
46:2 72:13
87:17,20 88:2
98:17 123:13
125:12 129:18
130:1 132:20,25
135:10 166:11
166:13 171:25
176:12 179:1
192:13 201:16
201:19,24
221:13 234:25
**looks** 35:23
125:12 160:24
163:18,20,24
164:1,6,20 166:3
168:22 169:10
171:18 172:1

176:4 180:2
188:18 220:23
**loss** 105:8
**lost** 237:17
**lot** 27:15 31:19
32:1 44:8,11
46:21 55:5
58:13 60:19
66:11 69:17
70:24 71:5,11
91:19 92:8
106:15 127:19
142:1 179:20
223:14 239:3,7,8
243:11
**lots** 64:5 65:6
**loud** 202:25
203:2
**love** 251:24,25
252:3
**lunch** 106:5
119:22
**luncheon** 120:3
**lying** 241:20
**lynn** 1:8 2:8 7:3
7:18 11:18

**m**

**machine** 200:11
202:9 259:10
**mail** 7:12 8:3,15
31:11,14 97:19
97:22 99:8,16
100:9,16,20
102:10 113:23
113:25 116:8,12
116:19 118:9
119:6 138:11

**[mail - mateen]**

139:22 153:21
154:7,9 167:1
169:7 173:13
174:21 175:15
178:22 181:23
182:16 220:18

**mails** 32:18
101:20 102:15
102:19,22 103:5
114:3 116:22
137:24 138:6

**main** 114:18,22
116:16 117:14
181:3 219:23
236:20

**making** 90:2
119:8 196:16

**malick** 21:13

**man** 39:1 78:17

**mao** 3:5 12:20

**map** 179:1

**maps** 81:2 83:9
93:4 96:21,24
97:2,3,3 112:22
177:23,24,24
210:10 232:14
232:15

**march** 36:21
37:16,18 39:4
54:17 55:13,21
56:9 163:21
170:8,18,24
181:22

**mark** 3:5 12:19
172:18 220:12

**marked** 6:1 7:1
8:1 9:1 26:20
44:23 48:16,19

53:13,20 59:10
59:14 86:10
97:7,11 99:21,25
107:5,6 124:22
124:25 137:12
137:15 154:18
154:21 155:9
156:21,24
174:10 182:7,10
187:12 192:6,10
194:2 198:16,19
201:20 218:11
218:14

**market** 184:17

**marketplace**
176:6 177:15

**marteen** 78:24

**match** 68:9
180:19,23 182:1

**mateen** 4:4 5:5
12:11,12,12 13:8
13:10 16:6,7
18:1,9,21,25
19:8,13 24:24
25:1,4,22 26:4
26:18 27:4,5
28:1,3,21 29:5
30:23 31:3
33:19 34:10,24
35:4,21 36:14
37:13 40:6
41:15,18,20,21
45:1,8,10,17
48:5,11,18,24
49:7,10,15,20,24
51:22 52:23
53:1,10,16,19
54:2,7,12 55:24

56:7,8 57:1 58:9
59:12,17 61:2
62:20 63:4,5,12
65:2,18,21 66:2
67:5,10 68:18
70:20,22 72:4,7
73:1,8 74:14
76:10 78:3,5,18
79:8 81:6,7,13
82:21 83:23
84:16,23 85:3,15
85:18,21 86:6,7
86:12,19 87:7
88:6,11,14,19
89:24 90:3,6,8
91:10,11 94:14
94:22 95:3,22
97:9,18 98:15
99:23 100:8,21
101:8,15 102:8
103:8,16 104:5
104:11,23 105:1
105:10,12,16,23
106:3,9,15 107:1
107:2,8,14,23,24
108:3,15 111:22
111:24 112:4,11
113:9,19 115:8
116:11 118:13
118:15 119:21
121:5,9,10,21
122:18,20
124:24 125:5
126:2 127:17,19
127:22 128:7
129:8,9 130:15
131:24 134:3,8
134:13,17

136:16,17
137:14 138:5
139:23 145:4,5
145:20 146:1,11
146:20 147:19
149:3,12,13
152:3,9 153:9,17
154:20 155:1
156:1,8,12,19,23
157:8,11,12,25
158:5,8 160:18
161:18 162:19
165:11,19,24
166:1,2 167:15
167:24 170:6
171:6,9 172:23
174:12,20 176:8
179:9 182:9,14
182:24 183:2,5
183:10 185:15
186:1,2,4,21
187:3,8,14,18,21
188:1 190:2,9,15
191:2,3,15 192:8
192:24 196:7
198:14,18,25
199:2,10 200:3
200:17 201:7,12
201:15,22
202:10,13,15,24
203:4 204:16
205:15 206:4,10
206:14,23 207:3
208:11 209:14
209:22 210:2
211:3,16,18,24
212:3,24 213:10
213:14,23 214:4

Veritext Legal Solutions
866 299-5127

[mateen - mobile]

215:7,20 216:3
216:11 217:8,10
217:17 218:2,6,9
218:13,20 219:3
220:6,15,19,24
221:6,14,17,22
221:23 222:13
223:6 224:11,14
224:17,18,23
227:7,19 228:6
229:8,20,22
230:1,3,8,17
231:8 233:2,22
234:1,4,9,16
235:2,10 236:9
237:15,20
238:11 239:4
241:9,10,16
243:16 244:2,14
246:20 248:12
249:1,5,9 250:3
250:6 251:19,21
251:22 252:5
253:15,18,23
255:23 256:8,15
257:2
**materials** 190:4
190:19
**matter** 11:19
13:11 56:11
77:20 137:6
145:16 163:15
204:8 223:22
226:20 227:11
227:22 230:15
239:22,22
**matters** 22:21
23:2 227:24

230:18
**mcgee** 3:15
12:21
**mean** 18:11,14
23:22 43:13,22
46:15,20 50:14
51:1 56:15
57:10,22 58:21
59:3 63:22
64:16 66:16
73:2,9 80:17
82:20 91:14
94:3 116:14
117:1,7 129:17
134:13,20 135:9
135:25 136:24
142:9 147:1
175:11 178:1
184:3 194:14
196:25 226:19
227:5,22,25
235:4 241:14
242:16,17,22
243:5
**meaning** 127:11
**means** 30:25
94:12 132:13
137:7 215:25
228:25 239:25
243:16
**meant** 58:12
64:6 65:8 68:21
133:10 195:3
**measure** 220:25
**measurement**
225:7
**media** 11:17
44:7,10 256:19

**medical** 243:8
243:21 244:3
**medication** 18:3
**meeting** 20:18
191:12,13,16
**megan** 1:23 2:22
12:2 259:24
**memorable**
105:13,18
**memory** 140:12
**mental** 221:17
**mention** 46:6
**mentioned** 38:22
40:25 57:2 93:7
96:10,14 109:4
143:5 166:5
228:1 242:4,6
**merchants** 35:9
**merits** 36:16
**mess** 175:25
**met** 18:23,25
19:6
**method** 18:17
**mic** 106:12,12,14
**microsoft** 139:4
**midas.com.**
61:13
**middle** 15:21
143:17,21
**mind** 208:14
239:23 240:2,11
**mine** 26:3 124:2
166:22 172:18
203:14 208:6
225:10 226:21
250:19
**minimize** 24:25

**minute** 102:2
175:19,20
188:16
**minutes** 121:8
140:8 217:15,18
217:19 248:10
253:20
**mischaracteriz...**
235:18
**mischaracterizes**
67:4 68:17
95:17 101:6
102:7 161:16
189:25 211:2
212:1 215:5
228:5
**mischaracteriz...**
171:5
**misconduct**
249:19 250:9
251:9
**missed** 180:20
**misspoke** 200:9
██████ 126:8,10
128:18
██████ 8:12
114:4,15 115:19
117:21 157:14
157:21 158:10
158:15 167:21
168:23 173:18
181:21 222:17
**mistake** 250:1
**misusing** 56:18
56:20
**mmao** 3:13
**mobile** 37:9,12
145:21

Page 28

**[model - northern]**

**model** 143:15
221:17
**mom** 131:9
165:6,9 173:9,14
183:14
**mom's** 39:14,17
**moment** 17:5
21:15 198:22
208:14 217:15
256:2
**monetize** 110:5
111:2
**money** 24:8 34:2
39:10 69:1,3,5
69:12 247:16
**monies** 33:10
**montgomery** 3:8
**month** 69:14,15
90:10 143:10
144:5 161:25
**months** 92:18
**morgan** 3:16,16
12:22,22
**morning** 11:6
12:12 13:9
**mother** 139:13
139:15 166:7,12
**mouse** 25:16
88:9,10 221:5
**move** 67:12 94:5
106:9,12 156:13
169:23 192:5
197:5 199:3
206:5
**moved** 106:14
141:25
**multiple** 103:14

**muniz** 1:5 2:5
**music** 175:24
177:8,9
**mute** 223:14,18

**n**

**n** 3:17
**name** 11:25 13:9
51:23,25 55:19
60:25 61:12
104:16 111:10
210:16 254:8
259:22
**names** 21:11
61:9 83:14 98:5
113:2 114:12
**naomi** 34:13,14
34:16
**nauseous** 46:8,9
46:23,25 242:25
243:4,5,6
**near** 90:6
**nearly** 40:22
85:22
**necessarily**
71:21 231:4
252:20
**necessary**
260:14 261:3
**need** 13:23 14:2
17:17 29:11
30:20 49:6 63:9
87:8 105:19
129:3,14 155:4
157:3 170:10
181:16 186:17
202:21 205:7
223:16 231:6

**needed** 16:2,5
29:11 118:2
132:6
**needs** 246:24
**neither** 198:23
259:17
**never** 27:9 30:2
48:9 68:11 71:8
88:12 89:16
93:15,16 102:12
104:17 155:6,24
159:9 161:20
163:1 172:14
174:4 176:15,17
177:19 189:18
240:5 242:14
**new** 7:14 36:21
40:7,17 44:18
48:12,13,19
53:12,20 59:13
86:8 90:21 97:6
99:13,20,24
105:20,21 115:7
115:10,24,25,25
118:1,1,17,19,21
118:24 119:6,6
119:19 124:21
124:25 137:11
138:12,13,18
140:19 141:5
142:3,6,8,19,21
142:22 144:24
145:6 151:14,17
154:17 163:3
174:9,13 182:3
182:10 184:9
187:4,15 192:4
193:15 198:15

217:9 218:9
**newer** 152:2
**newest** 143:6,15
**news** 6:5 45:12
60:15 61:23
62:2 88:24
90:13,15,17,23
90:24 91:1,2
98:2,16,21,23
101:1,5,22
102:14 111:10
111:14
**newspaper**
130:23 131:23
132:1
**nice** 83:4 176:19
**nightmare** 63:17
**nightmares**
67:13,16,19,22
68:7,8,12,15,21
**nixes** 208:24
**nod** 14:1
**non** 119:8,10
228:10,17
**nonpersonally**
224:25 226:18
226:23 227:5,14
227:21,23 228:3
228:11,22 229:6
230:10
**normal** 179:21
180:3
**normally** 154:14
179:22 197:8
235:15
**northern** 1:2 2:2
11:21

Veritext Legal Solutions
866 299-5127

[notating - okay]

**notating** 260:15
261:4
**note** 11:9 183:22
220:8,9 235:11
**noted** 257:3
258:9
**notes** 17:10
219:8
**nother** 102:25
**nothing's** 136:6
228:14 238:16
**notice** 94:19,23
122:6 180:25
**noticed** 122:2
**noticing** 12:11
197:13
**notification**
100:12,13
**notifications**
100:22 101:21
**notified** 33:25
**november**
198:20 199:10
199:11,13 200:1
200:12,20
202:10 259:23
260:3
**null** 200:24
**number** 11:17
11:23 19:6
30:16 34:20
50:7 91:5 95:11
97:11,12 107:16
107:25 174:15
175:15 183:1
187:19 192:14
232:2,6 256:18
260:15 261:4

**numbers** 32:15
33:9 137:17,20
165:17 187:6
224:10
**numerous** 134:1
154:6
**nyanjom** 1:7,7
2:7,7

**o**

**o0o** 5:8 11:4
13:6 120:5
121:2 254:5
**oath** 14:18,24
259:8
**object** 51:16
112:6 151:23
156:14 165:23
171:3 201:4
**objection** 18:8
40:1 48:4 61:1
64:25 67:3
68:16 70:15,18
94:21,25 95:17
101:6 102:6
103:6 104:9
105:15 121:16
129:7 130:5
133:22 145:12
147:11 148:25
149:11 152:7
155:23 156:18
161:15 186:10
189:25 201:6,8
202:12 206:9
207:2 209:8,25
211:1,23 212:1
212:23 213:6

215:5,24 223:4
228:5 232:25
237:25 239:2
241:13 246:17
248:4,23 249:4,8
253:7 255:23
256:8
**objections** 7:4
7:19 12:7 86:14
**obtain** 206:8,25
207:8
**obtained** 56:19
**obtaining**
207:21 208:18
**obtains** 208:21
**obviously** 16:3
165:23
**occasionally**
40:4 99:10,10
**occur** 119:14
**occurred** 70:11
71:7
**october** 1:19
2:21 11:1,8
33:14,23 121:1
156:9 158:11,15
159:16,20 160:3
160:19 260:5
**offensive** 216:21
216:23 217:1
238:10
**offer** 72:9
195:10 204:15
**offered** 74:21
80:2 94:16
144:17,19
**offers** 175:23
177:7

**office** 260:11
**oh** 22:10 24:17
32:4 49:13
87:22 139:7
140:1 209:19
218:8,23 219:19
224:13
**okay** 14:4,8,9
15:24 16:22
17:18,24 18:6,24
19:3,4,9,10 20:6
23:12 24:16,23
25:6,8,12,14,20
26:2,13,15,19,23
27:1 28:18,20,23
29:4,20,25 30:10
30:13,17 31:2
32:20 33:18,22
34:19 35:3,18,20
36:19 41:13,17
44:19 45:8
48:15 49:3,23
50:9,24 51:15,19
52:11 53:18,23
55:11,14 65:17
67:11 75:6
77:21,23 78:2
79:5 81:7,14
83:6 84:10
85:15,20 86:23
88:15,18 90:5
97:17 100:7,18
101:24 104:4
105:10,19 106:7
106:11,17
107:12,25 108:2
109:17 112:12
112:15 118:22

[okay - pages]

| | | | p |
|---|---|---|---|
| 125:4,19 126:1 | **once** 113:16 | 249:25 253:24 | |
| 126:22 127:15 | 141:20 198:2 | 254:3 256:14,16 | **p.m.** 2:21 120:2 |
| 127:16,19,21 | 239:11 | **opinion** 113:18 | 120:4 121:1,4 |
| 128:4,6,11 129:8 | **one's** 152:1 | 121:17 184:19 | 153:12,12,13,14 |
| 131:13 132:3 | **ones** 22:22 35:14 | 209:9 210:1 | 153:16 186:23 |
| 134:10,15,16 | 44:14 61:4,7,14 | 212:2 233:1 | 186:24,25 187:2 |
| 138:2 139:2 | 92:9 114:19 | **opposed** 73:18 | 217:22,23,24 |
| 140:20 146:23 | 134:1 176:17,23 | **opposite** 240:19 | 218:1 253:25 |
| 147:16 154:16 | 245:7 | **option** 72:10 | 254:1,2,4 256:18 |
| 156:10,14,20 | **ongoing** 252:24 | 80:2,8 94:16 | 257:3 |
| 158:7 165:21 | **online** 101:13 | 123:3 126:16 | **page** 6:2 7:2,23 |
| 167:17,20 | **open** 16:12,15,16 | 128:17 144:8,16 | 8:2 9:2 10:2 |
| 169:18 176:13 | 16:18 17:7 | 148:5 150:18,19 | 13:16 30:16 |
| 176:18,20,21,22 | 25:15 26:3 45:4 | 171:15,24 208:4 | 34:20 45:20,21 |
| 179:11 182:13 | 53:22,23 88:7 | 233:12 238:8 | 49:11,12 50:5,7 |
| 183:4 184:12,21 | 132:15 153:19 | 248:5 | 55:12,13,25 57:3 |
| 185:11,13 186:3 | 181:12 197:14 | **options** 123:15 | 57:4 59:21 63:8 |
| 187:10,20 190:8 | 232:14 | 150:4 152:18,20 | 87:12 99:12 |
| 191:2 192:15,20 | **opened** 88:13 | 250:18 | 101:23 107:17 |
| 192:23 198:12 | **opening** 25:25 | **order** 20:17 | 125:6,18 127:7 |
| 198:13 199:5,20 | 26:6 | **ordered** 76:24 | 128:8 135:3 |
| 199:22,25 201:9 | **operated** 37:1 | 184:9 | 136:3 137:19,21 |
| 201:14,16 202:6 | 215:3 | **original** 37:14 | 138:11 155:2 |
| 202:7,11 209:21 | **operating** 37:22 | 87:15 259:14 | 156:4 176:25 |
| 211:17 218:8,22 | 38:15,23,25 39:1 | 260:10,21 | 180:3 192:18 |
| 220:7,14 221:14 | 40:13 41:23 | **originally** 81:16 | 200:13,13 |
| 222:12 224:22 | 42:16 80:25 | 126:9,11 180:18 | 202:20,22 203:2 |
| 225:9 229:1 | 152:16 251:1 | 180:22 181:4 | 219:18,24 220:8 |
| 230:7 232:19 | **operative** 199:9 | 188:21 | 220:13 221:16 |
| 235:7 237:15 | 202:8 | **outcome** 12:6 | 222:6 224:8,10 |
| 247:18,18 | **operator** 4:12 | **outlets** 47:8 | 224:17,19 |
| 253:17,22 256:3 | 11:6 12:16,23 | **outside** 20:8 | 229:20,25 |
| 256:12 | 53:4,8 85:25 | 84:17 | 260:15 261:4 |
| **old** 92:18 114:21 | 86:4 120:1 | **overall** 203:6 | 262:4,7,10,13,16 |
| 144:5 151:4 | 121:3,7 153:11 | **overcomplicati...** | 262:19 |
| 152:6 | 153:15 186:22 | 36:25 | **pages** 1:25 49:5 |
| **oldest** 126:12,14 | 187:1 217:12,14 | | 49:7 111:1,1 |
| 173:23 | 217:21,25 248:8 | | 178:17,17 |

Veritext Legal Solutions
866 299-5127

[pages - phone]

260:14,17,17
261:3,6,6
**panel**  6:18 59:19
**paper**  166:20
**paragraph**  30:15
31:5 34:20,21
35:5,15,16 36:19
45:25 155:11
192:25 224:24
225:15,24 226:6
**paragraphs**
30:21 35:23
192:11
**parents**  22:19
42:17,18 141:25
**part**  23:4,7
109:14 117:19
121:15 222:9
224:6 229:23
251:9
**participants**
11:12
**particular**  42:21
194:7 199:9
213:18
**parties**  3:1 11:15
236:15,19 237:2
237:9
**partner**  83:17
113:4 155:14
210:17
**partners**  225:1,5
225:22 228:15
229:3 232:11,22
**party**  12:4 61:14
81:1 103:13
203:8 259:19

**passed**  139:14
165:6,10 166:7
166:12 168:7
**password**
123:20
**pause**  25:10
28:13 79:4
161:6 236:3
**paused**  160:24
162:20 164:1
165:5 169:11
170:7 171:10
172:9 173:4
174:1 181:22
182:18 188:11
**pausing**  161:1
162:22 164:3
170:18 184:13
**pay**  96:22,25
97:4,5 143:10
175:22,23 177:5
177:6
**pdf**  179:24
260:12 261:1
**peace**  239:23
240:2,11
**pen**  42:11,24
142:17 143:13
143:19 184:10
**penalty**  258:7
260:16 261:5
**pending**  15:20
16:3
**pens**  143:14
**people**  44:8,11
66:1,8 69:18
70:24 71:5,11
164:13 249:14

**people's**  64:22
247:16
**perfectly**  205:13
**performance**
203:6
**period**  193:11
194:5 250:19
260:18 261:7
**perjury**  258:7
260:17 261:6
**permission**
162:16,17
**permit**  84:24
**permitted**  91:7
95:12,15
**permitting**  91:16
**person**  21:8
66:12,13 123:17
123:24 130:23
164:16 197:1
249:13
**person's**  179:21
**personal**  74:3,6
74:17 95:16
130:24 131:3,4,6
132:5 151:22
152:1 155:13
193:22 194:1,19
194:20,21 195:7
197:14 204:22
228:19 238:5
242:14 243:12
**personalization**
8:10 126:19,23
128:9,10,23,24
129:16 132:19
133:15,21 155:4
156:4 173:25

182:15 184:14
184:23,24
185:18,20,24
**personalized**
127:1 128:25
129:1,10,13
132:21 133:2,10
134:23 135:6
136:11,14 137:2
155:10,12
**personally**  228:9
229:5
**persons**  132:4
**pertains**  259:13
**pg&e**  22:2,5,9
22:10
**phantom**  98:12
**phone**  32:15
37:8,12,14,20,21
38:1,12,19,20
39:4,7,8,12,15
39:20,21,22,23
39:25 40:7,12,17
40:17 41:2 42:4
42:20,23,24
43:16 115:7,10
115:25 124:9
135:22 139:22
140:10,11,15,19
140:21,22 141:4
141:6,8,22 142:3
142:6,11,14,20
142:21,25 143:2
143:9,11,14,16
143:21,24 144:4
144:6,11,13,23
144:24 145:6,17
146:8,25 148:11

Veritext Legal Solutions
866 299-5127

**[phone - preparations]**

149:20,24,24
150:1,2,8,9,12
150:17 151:8,10
151:14,20,22,25
152:1,6,21,22
154:9,10,11,13
169:6,7 183:7,12
183:14,20 184:6
184:15 193:14
193:15,17,21
197:3 198:1
232:2,6 244:19
246:7 247:24
250:15 251:17
251:24 252:2,7
252:13,16
**phonearena.com**
59:18,24
**phones** 42:10
141:6 142:23
143:1,4,6,7
144:1 151:17
184:9 244:19
**photos** 178:15
**phrase** 57:25
135:16,24
136:19,22
194:17
**phrasing** 136:19
**physical** 46:5
47:4 242:8,10,12
**physically** 46:2
46:20 47:1
240:22 241:6,12
242:4 243:5,7
**piccollage** 9:5,7
197:10,11,22
198:4,20 200:15

200:18 203:12
203:21 204:6,18
205:1,9,11
**piccollage's**
205:3
**pick** 92:14
129:20
**picked** 142:25
**picture** 220:16
**picturecollage**
201:1
**pins** 197:1
**pizza** 130:19
**place** 11:15 32:2
63:21 94:5
129:20 188:20
204:4,25 205:25
207:12 208:10
229:11 236:22
237:4,12 245:20
247:3 250:11
259:6
**placed** 254:14
**plaintiff** 7:3,18
31:5
**plaintiffs** 1:11
2:11 3:3 12:19
97:12 100:1
137:17,19,21
174:14
**platforms** 80:24
**play** 23:19,21,23
23:24 31:18
40:23 41:2,3,5
41:25 57:13
83:9 92:9 93:18
112:22 175:24
177:8,9 178:16

193:11,16,17,21
195:13 196:10
196:11,21,22
210:10 248:6
**played** 193:10
**playing** 245:18
**please** 11:9 12:8
12:24 17:4,11
19:15 30:8,15
35:16 37:7 45:7
50:5 52:25 63:8
65:4 92:15
101:23 145:23
146:17 165:18
193:25 202:18
204:5 213:22
217:11 233:25
257:2
**plenty** 110:9
**pltf** 7:9,15 8:6,19
**plus** 176:23
**point** 15:13
17:16 29:1
62:24 109:13
225:11,25
226:21 230:5
**pointing** 226:25
**points** 106:23
202:18
**policies** 197:7
203:13
**policy** 9:7,10
16:20,21 72:14
81:12,19,24 96:7
197:11,23 198:5
198:20 200:12
200:15,18
205:17 218:17

220:21 221:5,18
221:25 222:18
223:3,9 224:2
225:16
**political** 56:23
**pop** 25:7,13
61:13
**portion** 176:15
**positive** 90:6
**possession** 93:17
**possibility** 247:6
**possible** 19:16
183:9 184:16
218:4
**post** 220:8,9
**posted** 50:19,20
67:24
**potential** 77:19
**powered** 184:2
**practice** 62:18
245:5
**practices** 62:14
62:15 66:5
133:12 251:25
**pray** 63:22 64:13
67:13 68:7,20
**prayed** 68:14
**pre** 108:5,7
**preference**
197:15
**preferences**
155:17
**preferred** 80:11
**preparation**
20:10
**preparations**
20:8

[prepare - purchases]

**prepare** 18:7,14
18:16 19:22,25
20:2,4,17
**present** 12:9
21:15 103:11
**press** 134:11
**pressure** 6:13
54:17
**presumably**
29:12
**pretty** 77:3
214:18,20
**prevalence** 6:10
**price** 239:10
**primarily**
173:14
**printout** 7:24
8:10
**prior** 22:6,13,22
30:20 42:23,25
44:8 89:12,23
91:5 93:21 95:4
95:11 104:25
109:11 115:9,13
115:15,17
142:18 143:24
144:13 161:16
161:25 163:6
181:20 212:2
259:8
**privacy** 9:7,10
16:20 43:2,4
72:13 81:9,12,19
81:23 83:1 96:7
99:14 109:10
112:16 144:25
148:7 149:15,25
150:10,12,14

154:3,12 175:5,7
175:10 197:7,11
197:22 198:5,20
200:11,15,18
202:19 203:13
205:17 218:17
219:15,20
220:12,20 221:5
221:18,25
222:18 223:2,8
223:11 224:1
225:16 250:9
252:19 253:5,11
**private** 226:25
**privilege** 18:19
28:14 29:1
**privileged** 77:3,7
77:11,12,20 85:1
85:5,7 190:5,16
190:20
**probably** 32:8
32:10 62:7
98:12 99:4
126:8,10 139:17
140:7 141:20
173:15 176:24
214:18
**probe** 6:21 59:20
**problem** 71:13
94:9 95:11
129:6,10,13,18
129:21 130:3,16
130:21 131:14
163:7 234:4
237:19 245:19
245:21 253:23
**problems** 26:24
51:20 91:5,15

92:3,5 95:24
143:25 151:18
**procedure**
260:19,20
**proceeding** 12:7
**proceedings**
13:22 259:5,7,9
259:15
**process** 203:25
**produce** 157:25
**produced** 97:20
157:17,23 158:2
158:3,5 165:14
165:22 167:7
182:25 190:10
190:23
**product** 91:23
92:3 196:24
**production**
97:12 100:1
174:14
**productions**
137:17,19,21
**products** 80:25
83:9 112:21
210:9 211:21
**professional**
96:23
**profile** 178:1,2,3
**program** 179:23
**projects** 22:7
**promise** 196:17
197:20 198:8
208:8 240:4,5
246:25 247:1,3
247:15,16
249:17

**promised** 117:25
203:18 209:2
**promises** 42:1
69:18 70:14,25
71:6,12 196:16
204:23 246:25
252:1
**proportions**
63:18
**protect** 71:25
233:13 242:18
249:18 250:8
**provide** 68:1,2
165:17 203:7
205:14,25
207:13
**provided** 157:14
165:12 203:8
260:19 261:8
**provider** 142:7
**providers**
151:16
**public** 48:1
232:12
**publicly** 47:10
225:1,3 232:11
232:21
**publishers** 225:2
**pulled** 253:1
**purchase** 37:14
38:9 40:7
138:13 139:11
163:3
**purchased** 36:20
152:5 183:21
**purchases** 23:25
33:16,24 55:2,2
55:5 57:9 71:24

[purchases - recall]

75:19
**purchasing**
142:24 144:24
**purpose** 17:7
56:11 76:16
146:17 151:20
**purposely** 123:1
**purposes** 225:7
**put** 16:22 17:17
80:15 109:17
130:23 172:17
181:12 208:7
232:16 239:10
254:23
**puts** 208:23

**q**

**quality** 11:10,11
**question** 14:6,14
14:15 15:20,22
16:3 18:13,15
19:14 28:1
41:15 43:25
70:19 84:21
87:5 89:7 91:9
91:13 102:18
103:20 104:3
105:4,7 118:11
118:14 132:2
145:3 146:7
147:18 151:23
170:10 186:1,12
190:7,17,22
193:24 195:5
198:12 199:23
204:6 205:16
206:13 211:15
213:7,13,16,17

213:20,22
222:11 226:3
227:4,23,25
233:24 234:3,14
234:17,22 235:5
235:21,23
241:21 243:3,24
251:20 253:9
**question's** 91:10
211:16
**questioned** 31:6
31:8
**questioning**
15:17,17 62:25
**questions** 10:1
13:19,20 14:11
15:8 28:24 33:4
33:6 66:20
86:22 106:20
201:5 234:7
243:16 253:21
254:11,12,15
255:16 256:13
256:15
**quick** 79:9
**quite** 54:23
61:11,18 67:21
98:8 103:2
104:13 119:23
140:3 175:3
245:12

**r**

**r** 262:3,3
**r&s** 261:1,9
**ramps** 6:14
54:18

**ran** 22:7
**raving** 38:21
**reach** 31:7,21
32:20,24 33:2
78:6
**reached** 103:12
**reaching** 32:1
**read** 29:20 30:6
30:18,20 34:21
35:15,15 54:10
58:7 66:11
82:11,23 90:23
91:1,14 99:9,16
107:22 125:21
134:5,18 136:12
180:7 192:23
197:6,11,22,24
202:2,24 203:2
203:11,13
205:18 218:23
221:24 222:3,18
222:23 223:2,8
223:16 225:15
226:3 256:21
258:7
**readily** 53:3
**reading** 17:20
30:19 35:22
36:1 81:11
82:24 88:24
176:10,11,11
205:17 224:20
260:23 261:9
**ready** 8:18 18:22
34:25 35:17
45:15,18 48:25
53:25 54:3,13
157:10 218:21

**real** 246:24
**reality** 102:7
**realize** 23:8 74:8
244:7
**realized** 74:7
**really** 34:6,18
36:12 41:24
46:15 51:21
57:6 62:21
67:21 90:11
100:24 114:11
116:14 117:10
177:12,17 178:2
179:24 181:10
198:3 213:8
222:8 226:1
**reallyitis** 50:10
57:4
**reask** 105:10
118:11,13
244:15
**reason** 14:12
15:6,10 57:24
68:10 79:21,24
84:18 101:12
110:13,19
114:19 117:19
118:2 123:8
152:4 172:5
173:21 262:6,9
262:12,15,18,21
**reasons** 67:19
79:21
**recall** 23:15
31:13 34:18
38:3 47:9,25
59:1 62:7 66:14
76:3,5,12 78:8

[recall - remember]

78:10,13,14,16
78:21 79:18,23
88:24 89:19,23
90:11 92:6
98:12 99:3
102:17,21
103:18,20,21,22
103:24 104:6
114:12,12 123:2
133:25 140:2
143:23 153:22
164:3 169:19,20
179:12,16
182:20 184:13
188:13 205:17
205:20
**recalled** 105:18
**receive** 69:3
102:15,19
133:10 205:2
**received** 33:10
33:22,23 40:22
68:24 69:1,5
97:19 100:9
103:4 133:20
137:24 166:15
184:1,11 204:9
**receiving** 24:6
102:22 153:21
167:25 216:24
**recess** 120:3
**recognize** 27:6
30:1 49:25
54:20 59:22
88:20 174:21
**reconnecting**
201:13

**record** 11:7,16
13:21 14:1
17:22 25:3
26:25 44:22
49:4 50:22 53:4
53:6,7,8 72:2
81:11 82:24
85:25 86:2,3,4
87:4 89:24
97:11 99:25
106:23 119:24
120:1 121:3,6
137:16,23
153:11,13,14,15
157:5,9 159:15
174:14 181:21
182:6 186:22,24
186:25 187:1,11
192:10 200:10
217:21,23,24,25
218:15,18
229:19,24
231:24 235:18
235:19 236:7
253:24 254:1,2,3
256:18 259:9
**recorded** 11:13
11:18 95:7,9
125:16 191:13
256:17
**recording** 11:10
11:14 233:14
**records** 35:14
68:10 157:15
160:6 175:14
251:16
**redownload**
94:6

**refer** 17:14,16
63:25 97:3
112:25 127:8,25
128:3,9 210:11
221:3 230:23
**reference** 28:8
73:15 104:22
127:18
**referenced** 260:6
**referencing**
229:21 230:2
**referred** 51:2,3
66:17,18 96:6,21
133:19
**referring** 17:20
17:23 51:5,6,7
62:1 71:18 88:1
112:16 115:16
134:7 230:11
233:6
**refers** 83:10
**reflected** 157:16
165:13
**refresh** 25:11,12
26:4,11 49:6
**refreshed** 25:19
**refund** 33:24
34:2 68:24
**refunds** 33:13,22
34:1,5
**regarding** 62:13
65:25 68:21
75:18,19 90:20
93:21 98:2,16,21
102:13 133:18
224:6 227:14
**regardless** 52:6
67:19 145:18

146:25 156:13
181:18 198:7
208:6 228:10
**regards** 80:6
**regularly** 175:4
**reimbursed**
254:20
**reject** 204:2
207:12
**rejected** 198:9
203:19 204:11
205:2 208:9
209:1 240:8
**rejecting** 213:2
**related** 12:4
166:15 168:1
201:5 243:16
**relative** 259:18
**relearn** 252:14
**released** 199:7
260:21
**relying** 56:3
**remember** 37:20
69:24 70:1 89:8
102:22 128:21
131:8 140:1
143:11 153:21
159:19 160:9
161:1 162:4,22
163:2,22 164:8
164:22 168:25
169:12 170:1,9
170:18,25 173:8
174:2 180:9,16
181:6 189:2
201:1 254:15
255:16

[remind - right]

**remind** 127:18
142:2,11 183:20
**reminder** 169:24
**remote** 1:18 2:19
16:8
**remotely** 11:24
12:9
**repeat** 14:14
33:20 41:19
43:24 59:7
91:25 92:15
145:3 180:21
203:16 241:8
**repeated** 58:15
58:16,20
**repeatedly** 58:17
154:15
**repeating** 106:22
231:13
**rephrase** 14:15
28:1 43:24
105:11 117:9
129:8 195:4
213:21 215:10
223:7 233:21,25
234:8,19,23
235:7,16 241:17
**rephrased** 236:3
**replace** 140:21
**replaced** 37:4,5
37:9 39:5
**reported** 1:22
35:23 36:13
**reporter** 2:22
12:2,24 13:21,24
14:7 34:9 37:10
73:5 83:5 98:14
111:21 136:15

145:22 176:7,20
204:13 216:7
220:1 256:22,25
259:1,3
**reporter's** 88:9
**represent** 156:6
**representation**
55:23,25 90:2
**representative**
58:20
**represented**
75:21 165:12
**representing**
12:19 13:10
182:25
**request** 34:9
37:10 64:7 73:5
97:21 98:14
107:16,20,25
111:21 136:15
145:22 176:7
204:13 209:1
216:7 220:1
**requested**
210:21 259:16
261:1,9,10
**requests** 7:20
67:14,20 195:21
**required** 243:20
**requires** 14:18
**research** 43:2,4
**researched**
42:21
**resolve** 95:23
**resolved** 66:25
69:8,10 79:12
95:20 119:17
161:21 240:24

255:3
**respect** 197:20
**respond** 190:20
**responded** 88:23
136:20 211:12
227:22
**response** 33:11
88:22 91:4
95:10 96:5,20
97:20 190:24
228:1
**responses** 7:4,19
86:14
**rest** 170:21
**restroom** 186:20
**result** 24:3
161:13 241:20
242:11
**retain** 77:24
**retained** 256:19
**return** 260:17
261:6
**review** 29:17
30:24 45:13
48:22 87:4
220:3 259:15
260:8,10,13
261:2
**reviewed** 20:7
97:15 113:22
138:1,4 180:12
180:15 225:16
**reviewing** 31:1
34:23 35:2,19
45:16 48:23
54:1 59:15
86:20 97:16
100:6 107:13

125:3,25 138:3
154:24 174:18
182:12 187:24
192:17 218:25
224:21
**rewards** 175:23
177:7
**reword** 36:5
67:11 70:20
111:23 149:12
**rid** 253:3
**ride** 93:6
**right** 14:16
16:19 24:24
25:23 26:9,16
27:2,4 31:4 39:3
40:14,23 41:3,3
41:6 48:8 52:5
52:10 53:11
54:9,13 55:7,9
55:18 57:5
58:10,11 62:8
63:11 70:11
81:19 87:22
95:15 100:25
112:10 114:1
116:3 119:22
127:10 130:17
134:23 148:4,9
148:13,19
149:10,17,20
150:20 158:12
180:4,5 186:1
190:12 192:18
195:14,18 198:1
200:1,24 202:23
203:1 207:21
224:20 229:13

Veritext Legal Solutions
866 299-5127

[right - search]

229:14 236:12
238:19 239:13
240:4,23 241:22
242:2 245:19
248:16 251:7
**rights**  225:2
**risk**  6:6
**rmcgee**  3:20
**road**  21:17
143:17,21
**rodr**  7:9,15 8:6
8:19
**rodriguez**  1:4
2:4 11:20 260:4
262:1
**room**  16:9,10
17:5
**rosie**  12:20 20:3
**rossana**  3:6
12:20
**rough**  105:24
256:23 257:1
**rpr**  1:23 2:22
259:25
**rude**  87:2
**ruled**  229:16
**rules**  13:16
28:14 76:23
199:19 234:6,6
246:8 247:7
261:8
**ruling**  36:15
76:15,18,20
246:12
**running**  181:17
187:8
**runs**  40:13

**ryan**  3:15 12:21
20:3

**s**

**s**  42:11 124:19
127:11 262:3
**s22**  42:12
**s9**  142:18,19,21
142:22 183:22
183:24
**s9s**  143:13
184:10
**safe**  117:23
118:4 238:20
**sal**  1:5 2:5
**samsung**  37:24
38:2,10,12,20
40:19,20 42:5,8
42:10,16,17,18
124:9 139:1,3,11
140:24,25
141:13 144:23
150:24 151:3,7
152:11,15,17,21
152:22 153:2,2
250:15 251:17
252:12
**san**  3:10 4:8
11:22
**sand**  77:17
**sank**  46:1
**santacana**  4:5
12:15 87:6
**santiago**  1:6 2:6
**sat**  46:1 234:20
**save**  43:18 80:14
83:20,24 137:4,8
219:21

**saved**  80:18
94:17 133:7
135:5,8,18 136:6
136:10,13,21
137:1 222:16
223:24 229:11
231:16,17 238:6
238:15 253:1
**saves**  83:7 134:8
134:19 135:11
**saving**  85:9
134:21
**savvy**  24:21
**saw**  36:13 48:10
70:6 89:16
104:14 111:9,10
128:19
**saying**  29:15
61:25 85:2,6
93:5 96:15
106:22 107:22
117:8 146:24
155:6 157:23
158:4 180:4,6
216:13 222:14
227:22 232:18
233:5 235:13
**says**  25:9 35:5
36:20 46:1
49:15 50:20
55:12 56:4,22
81:25 82:23
83:3 88:23
99:13 100:20
102:1 125:7,8
126:19 127:7,25
133:14 134:23
135:1,4,5,11,14

136:10 137:1,7
138:11 146:3
153:24 155:12
155:18 174:1
180:19 195:10
199:14 200:2,14
208:5 213:12
220:2 224:25
226:13 228:14
228:15,23
235:20 236:23
241:22 242:17
**scenarios**  184:20
**schedule**  260:10
**schiller**  3:7
12:18,20,21 75:8
75:11,14 79:17
104:14,20
**scott**  7:13
**screen**  11:13
16:13 38:14
39:2,21 40:5
156:7 163:7
229:20,25
**screens**  163:8
**screenshots**  10:4
189:6,7,10,12,21
189:24 190:10
190:12,24,25
191:4,21
**scroll**  202:5
**scrolling**  221:11
**sean**  4:13 11:25
121:5 217:10
**search**  60:18,19
60:19,20,21,23
60:24,24 61:6,16
62:5 68:22

Page 38

[search - settlements]

80:23 83:14
90:19 130:14
168:20 178:4
210:16
**searched** 90:20
99:18 113:2
130:10,11,13
**searches** 83:3,8
112:20 210:8
**searching** 54:24
54:25 55:4 60:6
60:8 130:9
**second** 26:1 35:1
36:24 48:21
49:6 125:21,24
137:6 157:6
165:11 182:23
188:18,22
192:22 200:1
201:10 202:18
**seconds** 184:7
188:17
**security** 22:19
138:8 229:15
**see** 16:9 17:6
25:11,24 26:7
27:8 44:20
60:14 61:18,22
87:13 88:15
99:15 101:25
107:25 108:23
116:8 126:20,23
130:17 131:17
133:11 134:2
155:19 157:4
159:7 162:2,20
167:10 168:18
174:19 179:24

182:13 183:1
188:7,9 192:25
205:23 217:5
219:4 220:7
225:9 226:12
230:4 245:24,25
246:12,13
**seeing** 181:6
205:20
**seek** 243:20
**seeked** 244:23
249:20,23
250:21
**seeking** 77:25
**seen** 11:12 27:14
29:23 30:5
86:16 89:16
111:15 131:5
154:7 155:24
197:25 200:25
226:6
**select** 170:15
**selected** 80:9
**self** 98:20 194:11
**sell** 140:5 239:15
**senate** 6:14
54:18
**send** 32:17 127:1
129:19 132:21
165:19 175:22
177:5 204:3
205:1 220:16
**sending** 34:5
63:19 133:1
215:21 216:15
**sends** 91:3
101:20

**sense** 73:17,20
82:18 107:21
229:15
**sensitivity**
243:15
**sent** 29:18,18
32:18 37:9,12
86:15 87:21
97:22 130:12
141:25 153:24
184:6,8 190:18
204:10 208:9
240:7
**sentence** 31:5
134:6 135:25
136:8,10,23
205:18 229:23
231:22
**separate** 24:7
61:15 95:21
**september** 27:12
33:14,22 59:21
160:25 161:3,6
165:6,10 166:3
166:23 168:6,7
168:24 169:5,11
169:16
**service** 9:5
100:12,13
109:20 119:6
142:7 151:16
200:6 203:7
213:25 214:12
215:14 216:16
**services** 81:8
83:9,18,18
102:16,20
112:21 113:6

116:19 125:10
135:7 136:12
137:3 175:16,18
203:22 204:7,19
205:12 210:10
210:18 214:9
215:3 219:12,14
219:14 220:4
225:5,21 233:10
**session** 121:1
**set** 7:5,21 27:2
43:7 98:1,4,6,7
98:24,25 109:11
223:3,9 226:4
252:9 259:6
**sets** 33:15
**setting** 124:12
126:4 128:19
148:21 172:11
222:18 225:16
**settings** 8:9 43:7
81:9 91:6,15
94:9,20,24 95:6
95:25 96:9
108:22,25
109:10 123:13
128:13,21,22
137:4 138:10
149:6,7 154:15
155:7,8 157:16
157:20 168:2
171:24 173:2,11
173:12 175:5,7
175:10 219:15
**settlement** 23:5
101:1,5,22
**settlements** 7:14

[seven - sorry]

seven  251:20
shake  14:2
share  24:23
  83:19 88:7,13
  113:6 151:8
  204:1 209:3,6
  210:19 224:25
  225:3 226:13,14
  230:9 231:19
  232:23
shared  164:16
  190:5,19 194:12
  222:25 223:25
  225:20 226:22
  227:1,13 228:8
  228:14,17,20,23
  228:24 229:10
  229:12,13
  236:14 237:1,8
shares  196:25
  255:14
sharing  67:2
  119:20 209:15
  209:23 210:6,24
  211:11,20,25
  212:6,6,7,9
  232:10,19 233:9
  233:18 236:18
shipped  183:25
  184:4
shoe's  243:13
shop  130:19
short  16:4 69:7
  153:6 230:25
  245:16
shorthand  2:22
  259:2,10

show  50:7 55:12
  83:17 113:5
  170:12 180:18
  210:17 225:4
showed  180:17
showing  49:11
  166:23
shows  95:7
  110:25 173:24
  182:17 188:7,9
  210:8
shut  125:17
  133:15 145:18
  149:7 150:4,18
  167:11 170:14
  174:3,5,5 178:24
  178:24 222:21
  223:11,23 224:7
  225:10 236:21
  238:8
shuts  145:25
sic  28:6 177:20
sick  46:2,20 47:1
  47:1 173:9,14
  240:22 241:7,12
  242:5,12,22,23
  242:25 243:7
sickness  46:5
  47:4 240:25
  242:8
side  16:5 26:7
  44:13 105:25
  106:18 118:11
  181:13 199:4,4
  220:8
sign  138:18
  141:1,17 148:22
  207:9 251:4,8

260:16 261:5
signaling  186:19
signature  259:24
  260:21,23,23
  261:9
signed  148:20
significance
  135:16 136:19
silence  234:21
  235:24
similar  71:13
  106:4 225:8
  240:25
similarly  1:10
  2:10
simply  226:3
  227:4 234:24
simultaneous
  34:8 139:21
  207:25
single  92:6 132:5
  222:6
sir  37:19 70:12
  75:5 114:2
  206:13
sister  139:17
  140:20 142:5,5
site  101:19
  212:15
sites  80:23 81:1
  82:10 83:12,16
  83:17 110:4
  113:4,5 125:9
  134:9,20 178:11
  210:14,14,16,18
sits  82:23
sitting  72:12
  241:22 245:10

situated  1:10
  2:10
situation  64:3
six  248:10
  251:20
size  38:14
slogan  58:8
slow  33:17,17
  41:14 79:7 83:4
  106:19,25
  112:24 176:19
  256:2
slower  33:21
small  157:3
  202:17
smartphone
  36:21 37:1 38:4
  38:5,6 116:3
social  22:19
solar  22:7
sold  140:4
solutions  260:7
somebody  51:20
  67:23 77:14
  119:20 147:6
  148:22 194:10
  207:14 208:23
  240:7,18 242:13
  246:4 252:21
somebody's
  130:22 132:5
  195:9
somewhat  66:23
soon  123:2
  125:13 128:17
  218:4
sorry  17:2 27:3
  36:5,20 41:10

[sorry - stop]

43:4 46:17 54:6
54:7,7 58:4
61:24 70:17
73:13 78:25
79:3 88:2 91:13
91:25 92:14
96:8 100:2
115:5 117:6
122:19 136:16
139:19,20 163:2
165:25 167:1
176:14 180:11
183:9 184:5
199:17 200:9
201:16 217:6,13
218:23 226:1
230:6 241:8
248:9 250:2
**sort** 38:13 60:16
64:16 76:19
98:20 100:22
111:14 141:23
142:8 162:24
179:25 193:18
223:13,14
238:18 240:17
241:2 242:1
244:21
**sought** 243:8
**sound** 13:17
158:12,16
**sounds** 30:4
**source** 90:23
91:1
**sources** 90:17
**spammed** 103:2
**speak** 13:23
55:20 63:2

106:25
**speaking** 84:9,14
179:3
**specific** 20:14,16
65:20 66:12
73:16 90:24
91:2 130:23
158:1 179:13
205:17 225:5
243:17,24
251:21
**specifically** 51:9
60:12 62:4 64:4
66:21 96:9
101:18 189:7
190:16 195:3
251:10
**specifics** 108:12
**specify** 37:21
115:15 190:15
**speculate** 84:6
237:14
**speculation**
103:7 113:17
133:23 147:12
149:1 216:2
230:14 233:1
**speed** 105:5
**spent** 104:24
**spied** 6:7
**spoke** 34:13
45:12
**spot** 15:15
119:21
**stamped** 100:2
**stand** 252:1
**standing** 156:18
201:6,7 202:12

**stared** 235:23
**start** 171:14
193:3,6
**started** 22:14
74:25 104:18
139:9 221:13
234:5 239:18
**starts** 45:21
**state** 12:8,10
14:12 137:23
153:23 198:7
215:9 225:18
238:25 258:13
259:3 260:9,12
**stated** 35:10
43:8 44:11
51:13 52:1,16
57:19 58:8 76:5
77:6 78:12,21
101:12 102:10
102:21 117:16
119:16 124:1
143:18 144:11
144:22 147:2
152:15,21
159:21 160:12
160:22 173:5
194:20 197:2
199:25 203:23
207:22,24 208:3
210:7 216:19
227:10 244:5
**statement** 56:3
236:7 246:14
**statements** 14:7
48:1
**states** 1:1 2:1
11:21 55:15,17

56:17 232:11
**stating** 176:16
185:8 208:22
228:12 236:17
237:8 252:20
**status** 8:22,24
122:9 123:5,7,9
123:12 163:12
169:23 171:10
171:19 172:1,2,3
172:8,21 173:4,6
173:25 181:21
182:16,17
184:14 187:16
188:3,10
**statuses** 8:13
**statute** 36:7,10
247:20,21 248:1
**stay** 92:24
102:13 163:14
195:6
**stayed** 40:20
144:23 167:22
**staying** 195:7
**stellar** 22:11
**stenographically**
1:22
**step** 154:4,5
**steps** 95:23
249:18 250:8,12
250:13,14,22
**stick** 41:8,22
**stipulation**
260:20
**stood** 38:17,23
**stop** 74:5 118:17
250:23 252:3

Veritext Legal Solutions
866 299-5127

**[stopped - systems]**

| | | | |
|---|---|---|---|
| **stopped** 248:17 | 223:14 | **supplemental** | 256:17 258:6,17 |
| **store** 23:19,21 | **subject** 7:14 8:5 | 124:14 | 260:5 262:2 |
| 23:23,24 31:18 | 8:17 75:16,18 | **support** 165:18 | **susie** 21:13 |
| 40:23 41:3,5,25 | **subjects** 132:10 | **supposed** 54:10 | 50:10 57:4 |
| 57:13 92:9 | **subscribe** 49:15 | 72:19 81:25 | ███████ |
| 93:18 195:13 | 49:21 | 82:5 83:21 95:9 | 116:23 |
| 196:10,11,21,22 | **subscribed** | 203:19 212:20 | **swaa** 8:13 |
| 203:25 248:6 | 100:14 102:5 | 222:16 237:11 | 124:17,18 127:9 |
| **stored** 94:18 | 259:22 | 250:10 | 127:11,18 128:3 |
| 133:7 135:19 | **subsetting** | **sure** 16:6 45:13 | 157:15 169:23 |
| 194:13 | 169:24 | 49:11 54:23 | 169:24 170:7,18 |
| **strange** 26:6 | **subsettings** | 55:10 56:2 | 170:23 171:10 |
| **stream** 178:20 | 125:7 127:7,24 | 63:10 71:14 | 171:19 172:3,8 |
| 178:21 | 128:3 170:24 | 77:3 78:12 | 172:11,20 173:4 |
| **street** 3:8,17 4:7 | **substance** 18:3 | 85:24 88:14 | **swear** 12:25 |
| 227:18 | 19:7 74:13 | 99:19 100:19 | **switch** 43:10 |
| **stretch** 153:8 | 84:12 85:13 | 109:10 110:9 | 116:5,12 |
| **strike** 20:14 24:4 | **substantiating** | 119:23 144:21 | **switched** 43:12 |
| 40:21 81:17 | 108:5 | 147:18 154:2,6 | 122:4 142:10 |
| 82:14 100:2 | **sue** 77:12 233:17 | 155:9 156:19 | 162:25 163:6,10 |
| 101:2 111:19,22 | **sued** 71:12 79:22 | 166:21 167:13 | 163:11 244:19 |
| 131:14 132:23 | 238:21,24 | 173:16 175:11 | **sworn** 13:4 |
| 134:18 135:23 | **suffered** 237:22 | 175:14 176:23 | **symptoms** 46:13 |
| 150:7 160:19 | 238:21,24 | 177:8 178:12 | 46:16,19 241:18 |
| 163:10,18,25 | **suffering** 68:4 | 181:3 195:23 | 241:19 242:9,10 |
| 166:4 180:10 | 253:5 | 202:21 211:17 | **system** 35:10 |
| 185:21 188:8 | **suggest** 129:3 | 214:18,20 | 37:22 38:15,23 |
| 200:9 205:10 | **suggesting** | 217:20 221:2,21 | 38:25 39:1 |
| 255:4 | 208:20 | 232:1,4 239:25 | 40:14 41:23 |
| **stronger** 205:4 | **suing** 29:13 77:5 | 244:18 245:12 | 55:21 80:25 |
| **struggled** 192:21 | 79:20 80:1,7 | **suren** 28:6 | 152:16 251:1 |
| **stuck** 152:18,19 | 105:14 | **surrounding** | **systematic** |
| 152:24 153:1 | **suit** 65:15 108:5 | 47:11 | 144:25 |
| 201:12 | 108:7 250:7 | **susan** 1:8,17 2:8 | **systematically** |
| **stuff** 135:14 | 252:19 | 2:18 5:3 7:3,13 | 148:7 |
| 178:13,25 | **summarize** | 7:18 8:4,16 | **systems** 42:16 |
| 179:22,25 | 62:22 63:1 | 11:18 13:2 | |
| 222:10,16 | **summer** 89:11 | 21:12,13 45:22 | |

Veritext Legal Solutions
866 299-5127

**[t - thank]**

| t | | | |
|---|---|---|---|
| **t** 37:9,12 262:3,3 | 200:11 209:1 | **tech** 62:3 91:2 | 171:14 205:3 |
| **table** 8:12,21,25 | 242:20 249:18 | 198:23 | 232:21 234:24 |
| **tablet** 139:15,18 | 250:8,22 251:13 | **technical** 157:7 | **tells** 100:25 |
| 139:25 | 252:25 259:5 | 217:6 | 126:25 136:5 |
| **tablets** 138:23 | **takes** 174:25 | **technologies** | 203:24 204:21 |
| 138:23,25 139:1 | **talk** 15:19 23:10 | 225:8 | 240:18 |
| 139:12 | 44:1,4,7,10 | **technology** | **term** 124:14 |
| **take** 11:15 14:24 | 63:18 75:6,10 | 11:24 | 230:19 231:3 |
| 15:13,18 16:2,5 | 193:2 199:15 | **television** 48:9 | **terminology** |
| 20:16 43:11,13 | 245:6 | 130:17 131:18 | 112:19 |
| 43:15 45:13 | **talked** 19:6,7 | 131:25 132:2 | **terms** 9:5 96:6 |
| 48:21,21 49:2 | 20:13,24 21:2,6 | **tell** 14:19 23:16 | 200:5,6 205:3 |
| 52:19,20,22 | 31:16 44:8,11,12 | 27:23 28:4 | 207:10,19 |
| 53:24 80:13,13 | 44:13 58:20 | 39:19 40:3 | 208:16,23 |
| 83:2 88:16 | 66:8,13 75:11 | 44:12 47:17 | **testi** 233:11 |
| 95:23 107:11 | 77:14 108:13,18 | 50:21,22 56:12 | **testified** 13:5 |
| 108:17 125:15 | 108:19 109:2,11 | 58:19 62:9 | 14:24 70:23 |
| 125:21,23 139:7 | 243:10 | 64:17,23 65:9 | 85:8 166:14 |
| 139:9 145:17 | **talker** 79:9 | 70:5 71:22 | 231:9 240:21 |
| 153:5 154:16 | **talking** 41:11 | 79:25 80:16 | **testify** 15:11 |
| 175:20 181:18 | 64:7 65:14,19,19 | 91:21 94:8 99:4 | 18:4 84:24 |
| 181:19 184:18 | 65:24 74:25 | 111:6,16 130:2 | **testifying** 2:19 |
| 191:4 194:10 | 104:24 108:16 | 132:17 139:16 | 233:8,11 252:23 |
| 195:23 196:1 | 110:3 136:8,9 | 143:12 145:18 | 259:8 |
| 198:9 201:19 | 146:14 148:4 | 158:22 159:1 | **testimony** 67:4 |
| 203:24 217:18 | 167:14 172:12 | 172:14 173:19 | 68:17 95:18 |
| 239:24 244:21 | 195:19,20 | 174:23 181:17 | 101:7 161:16 |
| 246:3 250:11,12 | 212:14 250:7 | 193:13 197:18 | 190:1 211:9 |
| 250:13 | **talks** 87:14 | 197:25 199:12 | 212:2 215:6 |
| **taken** 2:18 11:18 | **tampa** 3:19 | 200:21 208:1 | 231:13 258:10 |
| 13:20 14:18 | **targeted** 131:5 | 221:2 225:13 | **text** 127:24 |
| 100:5 107:10 | 132:8 133:19 | 226:8 234:7,16 | 134:4,13 135:3,4 |
| 120:3 145:19 | 166:15 168:1 | 234:18 241:6,11 | **thank** 12:16,23 |
| 154:23 157:1 | 185:1 186:6 | 241:24 246:4 | 15:3 18:6 19:21 |
| 174:17 181:16 | **tasks** 178:5 | 252:6,10 | 25:1 30:14 |
| 182:11 187:23 | **team** 8:4 191:1 | **telling** 135:20 | 41:20 49:22 |
| 187:25 192:12 | 253:21 | 137:10 160:2,15 | 56:7 63:4 65:21 |
| | | 160:20 169:22 | 78:3 86:6 |

Veritext Legal Solutions
866 299-5127

[thank - times]

| | | | |
|---|---|---|---|
| 104:19 106:3 | 63:1 64:5,11 | 148:3 151:2 | 116:2 137:24,24 |
| 118:14,22 121:9 | 65:12,24 73:12 | 152:15 153:4,5,7 | 143:1,5 |
| 169:18 179:10 | 76:23 83:8,11 | 153:7 157:10 | **threw** 242:24 |
| 183:4 184:12 | 93:23,25 94:2 | 159:21 160:4,22 | **thursday** 1:19 |
| 191:2 203:3 | 95:21 111:9,14 | 161:12 163:13 | 2:21 11:1 |
| 206:6 208:12 | 112:20 118:6,7 | 172:16 175:24 | **ties** 200:6 |
| 218:5,6 220:14 | 135:20 159:6 | 176:2 177:18 | **till** 159:23 |
| 230:3 235:7,9 | 176:24 181:14 | 180:20 184:7 | **time** 11:7 12:8 |
| 237:18 248:11 | 195:22 198:6 | 186:19 189:13 | 15:19 21:23 |
| 250:3 253:15 | 199:24 210:9,13 | 190:5,18 193:13 | 39:25 49:2 53:5 |
| **thanks** 70:21 | 211:12 219:12 | 205:15 206:5 | 53:9 55:21 56:6 |
| 153:10 156:20 | 223:21 227:14 | 209:15 215:1,21 | 66:24 69:4 |
| 187:10 202:14 | 238:6 248:18 | 219:17 220:22 | 74:23 85:22 |
| 217:16 | **think** 17:1 18:18 | 221:12 228:24 | 86:1,5 104:14 |
| **theirs** 207:15 | 20:1,9 21:4 23:3 | 230:4,11,19 | 106:1 107:11 |
| **thereof** 259:12 | 26:10,13 28:21 | 235:25 236:1,6,7 | 120:2 121:4,6 |
| **thing** 17:19 | 29:14 31:16 | 239:12 242:25 | 126:16 139:24 |
| 26:22 50:8 | 33:14 37:25 | 250:22 252:22 | 149:20 153:8,12 |
| 79:11 87:16 | 49:10 51:24 | **thinking** 102:11 | 153:16 154:1 |
| 105:6 106:4 | 52:14 56:5 63:1 | 103:1 105:14 | 158:13 165:4,15 |
| 111:12,13 | 63:7 66:14 | 153:22 173:16 | 167:9 168:8 |
| 130:11 136:1,24 | 69:17 70:7 | 204:2 242:12 | 173:8 174:6 |
| 136:25 145:15 | 73:13,13,14 | 249:21 253:4 | 175:3,4,7,10 |
| 146:12 147:5 | 79:12 81:4,5 | **third** 7:5 9:3,9 | 186:23 187:2 |
| 151:3,5,6 168:19 | 84:21 85:16 | 81:1 108:6 | 189:4 193:11 |
| 170:3 178:20 | 89:25 92:19 | 192:11 202:18 | 197:13,17 |
| 181:3 192:15 | 95:1 98:20 | 203:8 218:16 | 217:11,22 218:1 |
| 195:25 197:25 | 103:4,18 104:23 | 237:2,9 | 223:22 236:2 |
| 205:22 219:2,23 | 105:4,8,19,25 | **thought** 34:17 | 244:7 248:7 |
| 221:11 222:22 | 106:12,20,23 | 43:18 66:15 | 250:4 253:16,25 |
| 236:20,21 | 107:21 109:7 | 72:9 124:13 | 254:4 257:3 |
| 246:24 | 112:12 113:21 | 155:5 156:5 | 259:6 260:10,18 |
| **things** 19:2,2,7 | 117:6 118:7 | 187:6 195:7 | 260:24 261:7 |
| 20:13 23:7 | 119:16,21 | 238:19 239:19 | **times** 19:6 31:21 |
| 26:10,17 27:15 | 121:19 123:24 | **thousand** 32:11 | 32:3,5,7,9,11 |
| 38:11,13,15,22 | 131:22 134:11 | 32:12 239:5 | 33:2 35:24 76:9 |
| 38:24 43:16,17 | 138:24 146:9 | **three** 67:23 76:9 | 103:15 104:10 |
| 47:6,20 60:6,8 | 147:15,17,20 | 105:7 114:7,17 | 105:7 152:8 |

Veritext Legal Solutions
866 299-5127

[times - turn]

154:6 235:12
236:1,4 251:20
**timing** 70:19
156:16
**tired** 153:6
**tires** 52:21
**titled** 54:17
59:19
**today** 13:11
15:11 20:18
48:10 72:12
149:10 235:12
236:1 240:21
245:10 253:16
**today's** 16:8
18:22 256:17
**todd** 28:5
**toggle** 84:20
160:1,3 161:14
167:21 184:23
184:24
**toggled** 159:16
161:11,11
168:10 171:19
188:11
**toggling** 160:9
221:4
**told** 23:7 27:20
27:21 29:9 30:5
34:17 57:11,13
71:23 73:11
74:21 77:15
80:20 81:15
85:11,12 96:3
110:19 119:17
151:2 158:18,25
159:9 160:4
161:20 169:21

181:4 190:20
206:1,2 226:15
226:17 228:15
229:11 234:17
238:14 239:12
239:24 241:4
242:14
**tools** 203:8
**top** 45:21 49:20
57:3 135:3
143:2,9,19
153:24 179:18
181:2 224:13,14
224:16
**topclassaction...**
100:11,23
101:20
**topclassaction...**
100:10
**totally** 95:21
**touch** 204:22
**touched** 240:6
**track** 146:3,18
**tracked** 146:25
150:5,5
**tracking** 149:15
165:15
**traffics** 111:1
**trail** 106:19
**transaction** 33:9
**transactions**
31:8,9 32:21,25
35:8,9 41:24
44:2 46:8,14,21
47:21 68:5,13
70:10 71:3,7
72:16 73:16,20
79:16 93:10,14

93:19 118:17,23
119:3,14 175:13
240:23 242:6
**transcribed**
259:11
**transcript** 258:8
259:14,16 260:6
260:8,10,13,13
260:21 261:2,2
**transcription**
259:12
**transferred**
231:6,6,7
**traveled** 56:6
**treatment**
243:21
**trends** 225:4
**tried** 92:24
140:9,21 236:4
239:15 250:13
252:6
**trouble** 221:4,11
**true** 72:1 117:22
145:21,24
258:11
**trust** 72:12,17,19
72:20,24 73:2,3
73:4,6,10,15,23
74:16 240:19
241:24 242:2
**trusted** 73:19
74:2,18 241:3
**trusting** 74:5
**trustworthy**
72:5 73:24
**truth** 14:19,19
14:20 64:17,19
64:21 169:22

172:14 226:17
252:10
**truthful** 15:12
19:18,20 71:20
72:11
**truthfully** 15:11
**try** 14:14 24:22
52:20 87:4
95:23 106:5,5
127:18 146:16
179:19 185:12
218:3 222:11
230:25 243:22
243:23
**trying** 19:8
28:22 32:1,13
42:24 62:2
67:16 68:8 71:1
71:4 73:17
101:2,4 104:1
105:5 138:9
193:18,18 205:6
216:14,18 226:2
236:16 237:10
242:7 243:2,3,23
245:8 248:15
**turf** 179:21
**turn** 43:10 94:16
122:3 123:21
124:11 125:13
125:16 126:9,25
129:12 144:5
146:4 148:12
159:23 160:15
160:20 161:5
168:17 172:6,18
173:5 185:17,17
188:20,23,25

[turn - use]

191:24 194:25
208:5 228:22
250:19 255:7
**turned**  43:19
83:21,22,25 84:1
113:8,10 121:22
121:25 123:1,3
123:15,24 124:2
128:14,16,19,23
129:15,16 130:7
133:9 135:11
136:5 145:8
148:19 154:2
155:3 160:7
161:22,24 162:2
162:9 163:18,20
163:24 164:7,20
165:5 166:17,18
166:24 168:11
168:11,12,12,13
168:14,20,23
170:13,23 172:2
172:3,21 173:10
174:4 181:21
182:17 183:18
184:22 185:19
185:20 188:16
188:22,23
189:18 193:1
194:3,21 196:14
222:7 225:23
236:19 237:1
240:6 252:8,17
255:7
**turning**  133:20
159:19 162:4
163:2 164:8
182:20 188:24

**turns**  156:3
170:11 197:21
**tv**  131:14
**twice**  141:20
188:16,23 198:2
**two**  7:21 22:14
26:10,17 33:15
35:22 42:10
49:5 78:14
79:21 95:21
104:24 121:7
128:5 141:5
151:9,16 184:9
184:10 250:18
**type**  106:6
142:11 237:21
**types**  219:21
243:15
**typically**  90:15

**u**

**u.k.**  56:23
**u.s.**  56:23
**uh**  27:13 88:11
109:21 124:10
170:4 183:5
186:18 188:5
**unable**  106:8
**unauthorized**
23:18,20 24:6
31:9 40:23
41:24 44:2
58:24 66:22
68:4,13 70:10
71:3,7 72:16
73:16 79:16
91:7,16 93:19
95:12,15 117:11

117:21 118:16
118:23 119:3,13
161:12 240:23
242:5
**unbeknownst**
164:15
**underlie**  15:6
**underlies**  85:4
**underneath**
55:19 125:7
127:7 128:2
134:5,9 135:4
155:11 169:24
202:19
**undersigned**
259:2
**understand**
13:23 14:13,21
14:23 15:25
17:8 18:11,12
29:10,14 36:13
40:2 44:6,16
46:15,19 48:7
62:24 67:8,9,21
71:17 76:15,17
76:20 93:24
95:21 100:24
104:13 116:14
117:12 136:7
144:10,14 157:2
177:12,16 178:2
179:20 180:6
185:7 195:2,15
199:20 205:7
213:7,12,15,19
216:12,17
233:23 234:2,8
234:12,14,17,18

234:21 235:4,14
238:7 241:15
243:14 244:13
247:4,11 248:25
251:24 253:9
**understanding**
61:24 106:2
117:7 144:1
**understood**
74:23,24 147:18
186:12
**unemployment**
22:18
**unfortunately**
199:19
**unit**  11:17
**united**  1:1 2:1
11:21
**unlawful**  88:25
**unlimited**
239:10
**unsubscribe**
102:1
**untrusting**
240:17
**update**  155:16
**updated**  200:14
200:19
**upload**  25:4
**uploading**  25:9
25:23
**ups**  6:11
**upset**  134:2
**usage**  215:13
**use**  25:16 38:16
39:12,17,22
40:18 42:5
80:13,14 83:11

[use - want]

83:18 84:5
93:16 112:19
113:1,5 114:17
114:18 115:9,23
116:17 117:24
119:7,10,11,15
125:9 139:8,14
139:18 140:10
141:8,22,22,23
149:20 151:4,10
151:20 156:14
165:23 173:18
173:20 175:18
176:17 177:13
178:9 184:25
185:2,21 186:8
186:20 193:4,7
196:1 204:1,8,20
210:18 215:11
219:12 220:4,25
225:4 244:20,24
245:7,13 246:18
246:21,22 248:6
251:3,17 252:2,6
**uses** 203:21
205:11 245:11
255:21

---

**v**

---

**vague** 18:8 40:1
48:4 61:1 70:19
94:21,25 105:15
112:6 129:7
130:5 145:12
149:11 186:10
206:9 207:2
212:23 213:6
215:24,25 223:4

239:2 244:11
246:17 248:4,23
249:4,8
**valuable** 238:7
238:22
**value** 75:1
**vantage** 230:5
**verbal** 14:3
**verbatim** 222:20
259:9
**verify** 123:6,11
123:14
**veritext** 4:13
12:1,3 256:20
260:7,9,11
**verizon** 142:10
184:6,6,8,8
**version** 142:22
220:20
**versions** 144:21
**versus** 235:21
**victim** 45:22
52:12,14
**video** 4:12 11:6
11:14,18 12:16
12:23 53:4,8
85:25 86:4
92:12,16 96:10
120:1 121:3,7
153:11,15 179:5
186:22 187:1
217:12,14,21,25
248:8 249:25
253:24 254:3
256:14,16,17
**videoconference**
1:18 2:17 3:1

**videographer**
12:1 13:21
250:1
**videotaped** 1:17
2:17
**view** 26:24
**violate** 149:25
150:9,11
**violated** 150:15
**violates** 148:7
**violation** 144:25
149:9,14,19
253:6,12
**violations** 99:14
252:19
**virtual** 11:24
**virtually** 11:10
**visits** 110:4,8,14
110:21,23
111:19
**voice** 52:21
178:6
**void** 200:24
**volume** 1:20
2:18 5:4 258:18
**vs** 1:12 2:12
11:20 260:4
262:1

---

**w**

---

**w** 124:19 127:11
**waa** 8:12 82:20
82:25 85:10
112:3,8,12,18
128:1,13,21
146:19 157:15
159:16,19
160:21,24 161:1

162:2 169:25
181:21 186:7
193:1 196:8,20
206:12,16
215:25 224:6
236:11,19 237:1
255:7,10
**wait** 14:5 78:22
78:22,24 102:2
146:6,6,6 175:19
198:11
**waived** 260:23
260:23
**waiving** 260:20
**walk** 151:19
157:19
**wallet** 23:19
31:18 34:17
58:23 92:9 93:7
93:9,12,13,15
**want** 16:24
22:25 23:14
26:7 28:25
30:24 31:4 34:3
37:15 39:9
40:10 52:23
61:23 68:3
69:25 70:5
74:11 84:11,23
89:2 100:17
108:9,11 114:25
115:12 123:11
125:21 128:25
129:1,2,4,17,19
130:1,2,8 132:22
133:11,13 139:9
140:15 155:9
157:19,22 161:8

**[want - witness]**

| | | | |
|---|---|---|---|
| 167:12 169:23 | 43:7,9 55:20 | 145:2,8 147:3,21 | **welcome**  78:4 |
| 173:6 184:19 | 69:19 77:8 | 147:25 148:8,12 | 138:12 |
| 185:4 186:14 | 82:11,23 85:8 | 148:19 149:16 | **went**  27:21,24 |
| 193:2,20 194:1,4 | 109:11 117:9,12 | 159:16 161:13 | 28:4 29:6,9 |
| 194:7,11,18 | 135:10 141:13 | 161:14 162:21 | 39:14 43:6 77:8 |
| 195:23 197:2,15 | 151:18 170:20 | 163:12,21,25 | 122:7 123:1 |
| 197:16,18 198:7 | 171:22 172:25 | 164:2,3,6,21 | 140:22 142:25 |
| 199:18 207:16 | 173:1 179:21 | 166:6,10 167:7 | 151:16 159:6 |
| 207:16 211:8,8 | 205:14 229:4,13 | 168:2,10,12,23 | 167:9 188:20 |
| 211:17 218:23 | 235:22 240:7,12 | 169:11 170:11 | 189:14 192:1 |
| 221:15 222:20 | 240:23 252:9 | 170:15,21 171:2 | 198:2,3 201:10 |
| 223:24 227:1 | **wayback**  200:11 | 171:13,16,23 | 223:10 240:3 |
| 228:20 231:7 | 202:9 | 172:1,2,11,12,15 | 244:18 |
| 232:12 233:15 | **ways**  256:4 | 173:1,10 174:7 | **west**  21:17 |
| 237:4 240:14 | **we've**  17:14 | 185:3,17,19,23 | **when's**  183:16 |
| 243:14 246:6,18 | 85:21 106:14 | 187:16 188:3,8 | **whereof**  259:21 |
| 246:21,22 | 144:22 153:6 | 188:10,13,25 | **whichever**  56:10 |
| 250:23,23,24 | 217:17 220:21 | 191:14,24 194:3 | 145:16 168:2,5 |
| 253:22 256:21 | 220:25 | 194:9,22 197:21 | **wi**  201:10 |
| 257:1 | **wealthier**  239:21 | 200:6 207:14 | **willkie**  4:6 12:13 |
| **wanted**  27:20 | **weather**  52:21 | 210:8,22 211:13 | 12:15 |
| 85:19 90:14 | **web**  7:23 8:24 | 212:15 222:8,23 | **willkie.com**  4:10 |
| 115:11,24,25 | 16:21 43:16 | 225:10,19,25 | 4:11 |
| 117:25 118:20 | 54:24 75:4 | 226:10,11,21 | **windows**  88:7 |
| 123:14 142:6 | 80:21 83:7,15,17 | 227:12 228:21 | 138:12,13 139:6 |
| 143:20 151:14 | 84:20 94:24 | 229:17 230:22 | 145:21 |
| 159:7 168:18 | 95:5,6 101:19 | 231:11,14,19,23 | **wish**  17:14 67:18 |
| 173:20 175:11 | 110:4 112:15,17 | 232:5,13 249:21 | **witness**  5:2 10:1 |
| 175:14 188:21 | 113:3 121:11,13 | 250:18 252:17 | 11:12 12:25 |
| 195:6 196:14 | 121:15,15,20,22 | 252:21 255:10 | 13:3 17:18,24 |
| **wants**  26:14 | 122:3,8,11,14,21 | 255:19 | 18:24 19:4,9,11 |
| 186:20 196:16 | 123:4,21,25 | **webarchive.org.** | 24:18 25:6,8,12 |
| 207:15 215:12 | 124:5,11,15 | 200:6 | 25:14,17,20 26:2 |
| **warned**  252:18 | 125:13 127:8,25 | **weerasuriya** | 26:8,12,15,22 |
| **washington** | 129:15 132:18 | 28:6 | 27:1 28:15,18,20 |
| 21:17 | 132:21 133:1,5,9 | **weird**  179:22,25 | 28:23 29:1,4 |
| **way**  14:15 24:17 | 133:16 134:5,9 | 180:17 | 30:22 31:1,2 |
| 25:16 37:21 | 135:11 136:4,5,9 | | 33:18 34:23 |

| | | | |
|---|---|---|---|
| 35:2,3,19,20 | 182:12,13 183:6 | **work** 22:7 69:21 | **x** |
| 36:12 37:8,11 | 185:11,13 | 74:7,9 82:1 | **x** 259:16 261:1 |
| 40:3 41:13,17 | 186:13,18 | 104:17 135:2 | **y** |
| 45:16 48:8,15,23 | 187:24,25 190:8 | 194:23 217:3 | **yahoo** 116:23 |
| 49:3,23 51:15,19 | 190:14 191:12 | 242:21 253:10 | 117:4,8 159:10 |
| 54:1,11 56:22 | 192:17,18,20,23 | 253:11 | **yeah** 19:19 24:18 |
| 58:7 59:15,16 | 198:13 199:5,7 | **worked** 22:2 | 24:19 25:19 |
| 63:10 65:15,17 | 199:14,17,20,22 | 34:16 | 26:18,23 37:11 |
| 65:24 67:7,9 | 199:25 202:3,7 | **working** 26:8 | 39:6 40:3 44:20 |
| 70:17 72:23 | 204:14 205:20 | 69:8 74:24 | 45:9 46:7 53:1 |
| 73:6 77:21,23 | 206:18,20 208:3 | 133:16 | 54:8 63:10 |
| 78:2,23,25 79:3 | 209:11,20 213:8 | **works** 24:17 | 65:19 70:21 |
| 79:6 81:8 82:22 | 213:22 214:3 | 252:22 | 79:3 84:14 |
| 83:1,6 84:14 | 216:8 217:5 | **world** 214:23 | 85:18 87:15,19 |
| 86:20,21,23,25 | 218:5,8,25 219:2 | 245:24,25 | 87:25 88:5 |
| 87:3,9,13,19,21 | 219:19 220:2 | **worried** 66:24 | 105:1 118:13 |
| 87:24 88:4,15,18 | 222:12 224:21 | 226:16 | 127:14 138:4,23 |
| 94:13 95:20 | 224:22 227:10 | **worries** 27:4 | 141:16 142:17 |
| 97:16,17 100:6,7 | 230:6,15 231:4 | 67:11 79:9 | 145:4 151:23 |
| 100:18 101:11 | 237:17 238:4 | 157:8 166:1 | 167:4,20 170:5 |
| 104:4 105:9 | 239:3 241:14 | 198:25 | 174:22 175:21 |
| 107:12,13 108:2 | 243:19,25 | **worry** 173:11 | 176:5 180:7 |
| 108:13 112:8,20 | 244:12 246:18 | 181:13,14 192:3 | 182:4 183:17 |
| 112:25 115:5 | 248:5,10,24 | **worse** 241:2 | 185:6 188:19 |
| 116:8 121:19 | 253:10,17 | 244:1 | 192:16,19,19 |
| 125:3,4,25 126:1 | 255:24 259:21 | **worth** 239:1,3,5 | 196:6 201:7,12 |
| 127:12,15 128:6 | 260:13,16 261:2 | 239:7,14 | 201:13 202:10 |
| 130:7 131:22 | 261:5 262:24 | **write** 51:10 | 203:1,2,13 214:3 |
| 133:25 134:16 | **witnesses** 259:7 | 63:15 67:15 | 215:10 220:22 |
| 138:3,4 139:22 | **wondering** | **written** 47:10,15 | 230:15 234:9 |
| 145:14,23 | 162:24 | 47:19,23 89:5 | 235:15 237:4 |
| 146:16 147:13 | **word** 91:12 95:1 | **wrong** 88:3,13 | 239:24 240:13 |
| 147:16 151:25 | 97:24 98:1 99:7 | 89:25 90:4 | **year** 69:13 92:18 |
| 154:24,25 | 102:1 | 117:19 196:20 | 92:18 140:2,16 |
| 162:16 167:4,17 | **words** 15:8 | 239:19 247:6 | 140:17 141:17 |
| 167:20 170:4 | 23:16 64:23 | **wrote** 50:14 | 151:4 152:6 |
| 174:18,19 176:3 | 79:25 80:16,19 | 58:10 67:13 | 179:5 183:13,18 |
| 176:5,21 182:5 | | 230:9 | |

**[year - zoom]**

189:15

**years**   50:15,18

50:19 55:15,16

55:17 56:5,10

67:23 84:1 99:1

99:2,4 114:13

222:19 243:1

**yesterday**   19:24

122:2,6,25 123:5

124:4

**ymail**   116:23

**youtube**   80:23

92:7,11,23 95:24

96:9 125:22

126:3,6,18,21

179:4

**z**

**zoom**   87:8 88:7

191:13 202:16

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.