# EXHIBIT 20

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO
 4     _____
                                           )
 5     ANIBAL RODRIGUEZ, et al.,           )
       individually and on behalf of       )
 6     all others similarly situated,      )
                                           )
 7                         Plaintiffs,     )
                                           ) Case No.:
 8     vs.                                 ) 3:20-CV-04688
                                           )
 9     GOOGLE LLC, et al.,                 )
                                           )
10                         Defendant.      )
       _____)
11
12
13                    ** CONFIDENTIAL **
14
15              Videotaped Deposition of
16                   ANIBAL RODRIGUEZ
17                 (Conducted Remotely)
18              Sunday, October 16, 2022
19                   12:03 p.m. EDT
20
21
22
23
24     Job No.:  5516994
25     Reported by:  BRENDA MATZOV, CSR NO. 9243
```

Page 1

| | | |
|---|---|---|
| 1 | use your words -- was engaging in disturbing | 14:00:52 |
| 2 | conduct by collecting data while WAA is off | 14:00:56 |
| 3 | factor into your decision to purchase another | 14:00:56 |
| 4 | phone that used the Android software system? | 14:01:00 |
| 5 |     A.  Because, you know, being limited to | 14:01:05 |
| 6 | what I have as far as options.  Again, I'm not | 14:01:06 |
| 7 | a rich person.  I don't -- I don't have money | 14:01:09 |
| 8 | to buy certain phones.  My provider had a great | 14:01:11 |
| 9 | deal and I had to do that.  Sometimes I -- you | 14:01:16 |
| 10 | know, you have to go that route.  I mean, that's | 14:01:19 |
| 11 | basically what it comes down to.  I mean, that's -- | 14:01:23 |
| 12 | that's why I chose to do that. | 14:01:25 |
| 13 |     But, again, WAA's off, it should not | 14:01:29 |
| 14 | be collecting data, you know.  It -- it's plain | 14:01:33 |
| 15 | and simple. | 14:01:37 |
| 16 |     ==And, again, we're -- we're -- we're== | 14:01:42 |
| 17 | ==in this here.==  ==And as -- as far as what we're== | 14:01:43 |
| 18 | ==investigating, I didn't want to change any of== | 14:01:51 |
| 19 | ==my -- my -- my activities or -- or what I'm doing== | 14:01:53 |
| 20 | ==if before -- if -- if we're in this investigation,== | 14:01:59 |
| 21 | ==I needed to keep what I had.== | 14:02:01 |
| 22 |     ==So my phone still had same apps, still== | 14:02:04 |
| 23 | ==have WAA off, and my -- my behaviors are still== | 14:02:08 |
| 24 | ==the same.==  ==In order for this to continue, I want== | 14:02:11 |
| 25 | ==to make sure that you know that I still have== | 14:02:15 |

Page 83

| | | |
|---|---|---|
| 1 | the same behaviors. | 14:02:17 |
| 2 | Q. Why did you think it was important | 14:02:21 |
| 3 | that you have the same behaviors during your | 14:02:24 |
| 4 | investigation? | 14:02:26 |
| 5 | A. Because we're -- we're in this | 14:02:27 |
| 6 | investigation. And if -- if everything is -- | 14:02:28 |
| 7 | you know, if -- if you are indeed taking | 14:02:30 |
| 8 | information from me without my permission, | 14:02:34 |
| 9 | we need to know. So my phone is still there, | 14:02:36 |
| 10 | the same way it was before -- before the | 14:02:40 |
| 11 | allegation and while we're in this deposition. | 14:02:42 |
| 12 | So why I have the same phone is so | 14:02:45 |
| 13 | that way we can figure out what's going on. | 14:02:49 |
| 14 | And, obviously, at the end of the day, we'll | 14:02:52 |
| 15 | figure out what -- what's really happening. | 14:02:54 |
| 16 | Q. How will you do that? | 14:02:57 |
| 17 | A. Well, you're -- we're -- we're doing | 14:03:00 |
| 18 | an investigation. We're in this lawsuit here. | 14:03:01 |
| 19 | And I have lawyers and other professionals that | 14:03:04 |
| 20 | are looking into that. | 14:03:08 |
| 21 | Q. Besides what your lawyers are doing, | 14:03:13 |
| 22 | do you have any knowledge about what is being | 14:03:14 |
| 23 | done to investigate your allegations? | 14:03:17 |
| 24 | MR. LEE: I think she's asking about | 14:03:21 |
| 25 | things beyond discussions you've had with counsel. | 14:03:23 |

```
1              And, you know, as -- as far as apps --        19:50:43
2    going back to your question with apps, what apps        19:50:46
3    are associated, I don't know offhand what they          19:50:49
4    are.                                                    19:50:53
5         Q.   So earlier you testified that you have        19:50:55
6    a hard time sleeping knowing what Google might          19:50:58
7    be doing with data when WAA is off.                     19:51:01
8    ███████████████████████████████████████)        ███
     ███████████████████████████████████████)        ███
         █) ████████████████████████████████)        ███
     ████████████████████████████████)                ███
     ██████████) ████████████████████)                ███
     █████████████████████) ██████████)               ███
     ████████████████████████████████████)            ███
     ████████) ██████████████████████████)            ███
     ██████████████████) █████████) ██████)           ███
     █████████████████████) █████████████)            ███
     ██████████████████)                              ███
             ██████████████████████████████) ███      ███
     ██████████████████████████████████████)          ███
     ████████████████) █████████████████████) ███     ███
     ████████████████████████████████) ██████)        ███
     ███████████████████████████████████████████)     ███
     ██████████████████████████████████████)          ███
     █████████████████████████████████████) ████)     ███
```

```
 1   ▓▓▓▓▓▓▓▓▓)  ▓▓▓▓▓▓▓▓▓▓▓▓)  ▓▓▓▓▓        ▓▓▓▓        19:52:06
 2   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓)                  
 3   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                    
 4              With my other -- with the other e-mails,  19:52:06
 5   again, I want -- I wanted it to link to my -- my     19:52:07
 6   account.  When I say "linked," I mean a way for      19:52:12
 7   me to toggle through the different e-mails and       19:52:16
 8   also get notifications that, if an e-mail comes      19:52:20
 9   up with any of my kids' school or any purchases,     19:52:23
10   they pop up.  And that's why I use Gmail.            19:52:28
11              Again, if -- if -- us -- when my          19:52:33
12   regular account was switched off, adding another     19:52:37
13   e-mail, it -- it -- there's this thing where it      19:52:42
14   automatically goes into WAA on.  And I wish that --  19:52:46
15   that didn't happen, where I had to go back and       19:52:49
16   double-check and make sure and make -- you know,     19:52:52
17   turn it off.  That's the case.                       19:52:55
18              There's -- you know, why I didn't do      19:53:00
19   a Yahoo account?  I figure that it's easier to       19:53:02
20   do a Gmail.  And I'm the one that's actually         19:53:07
21   looking at any information that's being sent         19:53:11
22   to that e-mail, with -- with the exception to        19:53:16
23   the "awesomenb."  [sic]                              19:53:18
24       Q.   Is there a reason you didn't want to        19:53:22
25   take the harder route of creating a Yahoo account    19:53:24
```

Page 312

```
 1    while you investigated your claims against Google?         19:53:25
 2         A.   Because I already have my account already        19:53:30
 3    here.  I already have my account on Google, my --          19:53:34
 4    my -- my -- my Google account on my device.  And,          19:53:39
 5    again, it's easier to just go to Google and press          19:53:43
 6    "Add an account," create the e-mail really quick,          19:53:47
 7    get your password and such, and then have it in            19:53:51
 8    my dashboard to pick.  But they don't have access          19:53:55
 9    to those e-mails that I created on my phone.               19:54:01
10              MR. LEE:  Hey, guys.                             19:54:05
11              MS. ARAKAKI:  I --                               19:54:05
12              MR. LEE:  We're going to need to take            19:54:05
13    a break because our -- our food's here and we              19:54:07
14    gotta go downstairs to get it.  So I can't leave           19:54:11
15    the guy waiting.  Can we take a -- a ten-minute            19:54:11
16    short break while we can do that?  And we'll               19:54:14
17    come back up.  I think we can just -- we just              19:54:17
18    got munchables.  So we're not going to take any            19:54:20
19    time for dinner.  But I do need to grab the food           19:54:23
20    before the guy -- delivery guy leaves.                     19:54:25
21              MS. ARAKAKI:  Okay.  I'm not going to            19:54:28
22    agree to go off the record just yet.  But I am             19:54:29
23    almost done.  And then we can go off the record.           19:54:30
24              MR. LEE:  Actually --                            19:54:34
25              MS. ARAKAKI:  I'm going to ask my next --        19:54:34
```

```
 1    BY MS. ARAKAKI:                                           20:08:30
 2        Q.   Apart from making sure WAA is off,               20:08:31
 3    did you change your behavior in the way you               20:08:33
 4    interacted with any of the apps after and as              20:08:36
 5    a result of the allegations in your July 2020             20:08:39
 6    Complaint?                                                20:08:42
 7             MR. LEE:   Asked and answered.                   20:08:44
 8             THE WITNESS:   No.   The -- it -- it's --        20:08:44
 9    I continue on with the WAA off and same behaviors.        20:08:46
10    I mean, it's -- what I changed was the -- the --          20:08:52
11    the WAA, making sure it's off, making sure all            20:08:55
12    my e-mails -- because I didn't know that they             20:08:58
13    were on and then make sure they're off.  But              20:09:00
14    once I could -- once I did that, I continued              20:09:03
15    on.                                                       20:09:06
16    BY MS. ARAKAKI:                                           20:09:10
17        Q.   Based on and as a result of the                  20:09:10
18    allegations you believe to be true in your                20:09:12
19    initial Complaint that was filed on July                  20:09:15
20    2020, did you direct ▇▇▇▇ to change any                   20:09:17
21    of his behavior with respect to the apps                  20:09:21
22    on his Samsung phone?                                     20:09:23
23        A.   Did I direct him to do -- to --                  20:09:27
24    to change any -- anything on his phone?   I               20:09:29
25    believe so.  That was definitely something                20:09:36
```

CONFIDENTIAL

```
 1      Q.    -- as a result --                          20:10:50
 2      A.    We're -- we're talking about apps          20:10:52
 3   here and all my behaviors regarding those apps      20:10:55
 4   and my son's behaviors regarding those apps.        20:11:02
 5            Specific ones, I -- I -- I don't --        20:11:06
 6   I -- I don't know what -- how am I going to         20:11:08
 7   know which specific ones to look out for?           20:11:11
 8      Q.    So I'm not asking about any specific       20:11:18
 9   app or any specific thing you should look out       20:11:20
10   for.                                                20:11:24
11   ███████████ ████████████████████   ███
   ███████████████████████████████████  ███
   ███████████████████████████████████  ███
   ███████████████████████████████████  ███
   █████████████████████████████        ███
   ███████████████████████████████████  ███
   █████████                            ███
      █) ██████████████████████         ███
   ███████████████████████████████      ███
   ████████████████████████████         ███
      █) █████████████████████████      ███
   ██████████████████                   ███
      █) ██████ ██████████████          ███
   █████████                            ███
25      Q.    Have you installed new apps since          20:12:21
```

Page 329

866 299-5127

```
 1    July 2020?                                          20:12:21
 2         A.    Yes.                                     20:12:22
 3         Q.    Before installing new apps after         20:12:23
 4    July 2020, did you investigate whether those        20:12:26
 5    apps use Google Analytics for Firebase?             20:12:29
 6         A.    No.                                      20:12:35
 7              MS. ARAKAKI:  Mr. Lee, did you want       20:12:50
 8    to go off the record to eat the dinner that         20:12:51
 9    you all had picked up?                              20:12:54
10              MR. LEE:  Well, I'm not eating at         20:13:00
11    this point.  So --                                  20:13:01
12              THE WITNESS:  I'm good.                   20:13:03
13              MR. LEE:  What's the time on the          20:13:04
14    record?  Are you done?  Lori, are you done?         20:13:05
15              MS. ARAKAKI:  No.  I have -- no.  I       20:13:12
16    have a little more.  But it was a good breaking     20:13:12
17    point.  So --                                       20:13:16
18              MR. LEE:  A good breaking point for       20:13:17
19    you now?                                            20:13:20
20              MS. ARAKAKI:  -- I wanted to ask.         20:13:20
21              Yes.  It was a good breaking point.       20:13:21
22    So I wanted --                                      20:13:23
23              MR. LEE:  For who?                        20:13:23
24              MS. ARAKAKI:  -- to ask if you wanted     20:13:23
25    a break.                                            20:13:23
```

| | | |
|---|---|---|
| 1 | when WAA is off, that that information will not | 20:40:03 |
| 2 | be gathered by the app. | 20:40:12 |
| 3 | Q.   Are you able to answer this following | 20:40:25 |
| 4 | question with a "yes" or "no"? | 20:40:27 |
| 5 | Have you ever withdrawn your consent | 20:40:29 |
| 6 | with any third-party app to collect your data | 20:40:32 |
| 7 | and send it to Google? | 20:40:35 |
| 8 | A.   It -- it -- I -- I don't think -- I | 20:40:39 |
| 9 | mean, that's -- I have not, because it's not -- | 20:40:41 |
| 10 | it doesn't matter.  It -- it's -- it -- my deal | 20:40:45 |
| 11 | is not with -- my deal is with them when I -- | 20:40:49 |
| 12 | when I -- if I decide to do that. | 20:40:52 |
| 13 | If I decide to tell them, hey, look, | 20:40:54 |
| 14 | don't send information to Google or it's okay | 20:40:58 |
| 15 | for me -- for you to send to Google.  At the | 20:41:02 |
| 16 | end of the day, whether or not I -- I -- I | 20:41:06 |
| 17 | consent or do not consent or contact them to | 20:41:08 |
| 18 | tell them that I do not consent and want to -- | 20:41:13 |
| 19 | want to use their app, that's up to me to do | 20:41:16 |
| 20 | with them specifically. | 20:41:19 |
| 21 | You're just recommending that I do | 20:41:19 |
| 22 | that on this here, so that way it's easier for | 20:41:21 |
| 23 | you guys not to receive it.  But if -- like I | 20:41:25 |
| 24 | said, if we're -- if you say that you're not | 20:41:31 |
| 25 | going to take that information when Google -- | 20:41:34 |

CERTIFICATE OF REPORTER

I, BRENDA MATZOV, CSR NO. 9243, do hereby certify:

That, prior to being examined, the witness named in the foregoing deposition was remotely duly sworn by me to testify the truth, the whole truth, and nothing but the truth;

That the foregoing deposition was taken remotely before me, at which time the aforesaid proceedings were stenographically recorded by me and thereafter transcribed by me;

That the foregoing transcript, as typed, is a true record of the said proceedings;

And I further certify that I am not interested in the action.

Dated this 28th day of October, 2022.

*[signature: Brenda Matzov]*

BRENDA MATZOV, CSR NO. 9243