| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: October 5, 2023<br>Time: 1:30 p.m. |

1  Before the Court is Plaintiffs' Administrative Motion to Seal Portions of their Motion for
2  Class Certification (the "Motion"). Having considered the Motion, supporting declaration, and
3  other papers on file, and good cause having been shown, the Court ORDERS as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| March 22, 2023 Expert Report of Plaintiffs' Expert Jonathan Hochman ("Hochman Report"): Portions highlighted in teal in paragraphs 149, 152, 182, 191, 192, 244, and 246 | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix A (entirety) | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix B.1 (entirety) | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix B.2 (entirety) | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix C | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix D | McGee Declaration ¶¶ 5–8 | Granted. |
| Hochman Report Appendix K | McGee Declaration ¶¶ 5–8 | Granted. |
| Google's Opposition to Plaintiffs' Motion for Class Certification: Portions highlighted on page 18, lines 27-28 (Dkt. 323, 329) | McGee Declaration ¶¶ 5–8 | Granted |
| Exhibit 20 to the Declaration of E. Santacana in Opposition to Plaintiffs' Motion for Class Certification (excerpts of transcript of deposition of Plaintiff Anibal Rodriguez): Portions highlighted on pages 311:8-312:3, 327:20, and 329:11-24 (attached) | McGee Declaration ¶¶ 5–8 | Granted |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Exhibit 6 to the Declaration of E. Santacana in Support of Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert Michael J. Lasinski (complete transcript of deposition of Plaintiff Susan Lynn Harvey): Portions highlighted on pages 8:12, 8:21, 21:16-18, 35:12, 52:1-2, 60:20, 60:23, 63:13, 66:19, 69:8, 97:23, 98:7, 98:10, 113:24, 114:4, 114:11, 14-15, 114:23-24, 115:19, 115:22, 116:18, 116:23, 117:20-21, 121:23, 122:1, 122:9, 122:22, 122:25, 123:18, 123:22, 123:25, 124:3, 126:8, 126:10, 128:18, 141:4, 157:14, 157:21, 158:10, 158:15, 167:21, 168:23, 173:15, 173:18, 181:21, 182:16, 183:19, 187:17, 188:4, 188:10, 222:1, 222:4, 222:17, 223:9, 225:17, 226:4, Index page 3, Index page 5, Index page 17, Index page 28, and Index page 42 (attached) | McGee Declaration ¶¶ 5–8 | Granted |

**IT IS SO ORDERED.**

DATED: _____    _____

Honorable Richard Seeborg
United States Chief District Judge