**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR SBN: 224018
  bhur@willkie.com
SIMONA AGNOLUCCI SBN: 246943
  sagnolucci@willkie.com
EDUARDO E. SANTACANA SBN: 281668
  esantacana@willkie.com
NOORJAHAN RAHMAN SBN: 330572
  nrahman@willkie.com
ARGEMIRA FLÓREZ SBN: 331153
  aflorez@willkie.com
HARRIS MATEEN SBN: 335593
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415 858-7400

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**APPENDIX A IN SUPPORT OF GOOGLE LLC'S STATEMENT IN SUPPORT OF MOTION TO SEAL PORTIONS OF CLASS CERTIFICATION &** ***DAUBERT*** **BRIEFING (DKTS. 314 & 321)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor<br>Action Filed: 07/14/2020<br>Trial Date: Not Set |

# **APPENDIX A**

The following chart identifies the exhibits filed in connection with the Parties' Class Certification and *Daubert* briefing that Google does not seek to seal. Unredacted, public versions are concurrently filed:

| **Exhibit** |
|---|
| Exhibit 4 (Motion) |
| Exhibit 13 (Motion) |
| Exhibit 14 (Motion) |
| Exhibit 16 (Motion) |
| Exhibit 19 (Motion) |
| Exhibit 20 (Motion) |
| Exhibit 49 (Motion) |
| Exhibit 50 (Motion) |
| Exhibit 51 (Motion) |
| Exhibit 60 (Motion) |
| Exhibit 66 (Motion) |
| Expert Report of Schneier |
| Expert Report of Azari |
| Expert Report of Keegan |
| Exhibit 7 (Opp) |
| Exhibit 12 (Opp) |
| Exhibit 18 (Opp) |
| Exhibit 22 (Opp)/ Exhibit 2 (*Daubert* Motion) |
| Appendix C (Opp) |
| Exhibit 4 (*Daubert*) |

| |
|---|
| Exhibit 4 (*Daubert* Opp) |
| Exhibit 8 (*Daubert* Opp) |
| Exhibit 10 (*Daubert* Opp) |
| Exhibit 12 (*Daubert* Opp) |
| Exhibit 13 (*Daubert* Opp) |
| Exhibit 73 (Class Cert Reply) |
| Exhibit 78 (Class Cert Reply) |
| Exhibit 79 (Class Cert Reply) |
| Exhibit 80 (Class Cert Reply) |