1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR SBN: 224018
2    bhur@willkie.com
   SIMONA AGNOLUCCI SBN: 246943
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA SBN: 281668
4    esantacana@willkie.com
   NOORJAHAN RAHMAN  SBN: 330572
5    nrahman@willkie.com
   ARGEMIRA FLÓREZ  SBN: 331153
6    aflorez@willkie.com
   HARRIS MATEEN SBN: 335593
7    hmateen@willkie.com
   One Front Street, 34th Floor
8  San Francisco, CA 94111
   Telephone:  415 858-7400
9
10 Attorneys for Defendant
   GOOGLE LLC
11

12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15               **SAN FRANCISCO DIVISION**

16

17 ANIBAL RODRIGUEZ, et al. individually and on      Case No. 3:20-CV-04688-RS
   behalf of all others similarly situated,
18                                                    **[PROPOSED] ORDER GRANTING**
                              Plaintiff,              **GOOGLE LLC'S MOTION TO SEAL**
19                                                    **PORTIONS OF CLASS**
         vs.                                          **CERTIFICATION &** *DAUBERT*
20                                                    **BRIEFING**
   GOOGLE LLC,
21                                                    Judge:      Hon. Richard Seeborg
                              Defendant.              Courtroom:  3, 17th Floor
22

23                                                    Action Filed: July 14, 2020
                                                      Trial Date:   Not Set
24

25

26

27

28

Before the Court is Defendant Google LLC's Statement in Support of Motion to Seal Portions of Class Certification & *Daubert* Briefing (Dkts. 314 & 321) and documents filed therewith.

Having considered Plaintiffs' Administrative Motion to Seal Portions of Motion for Class Certification [Dkt. 315] and Google's Statement in Support of Motion to Seal Portions of Class Certification & *Daubert* Briefing, the Declaration of David Monsees, and the Declaration of Kevin Lam, the Court finds that the material identified in Google's Statement in Support should be sealed.

Accordingly, the Court orders that the following should be sealed:

The following exhibits and expert reports attached to Plaintiffs' Motion for Class Certification ("Motion") [Dkt. 315]:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 1 | GOOG-RDGZ00117318 Complete document | Internal processes; Employee PII |
| Exhibit 2 | GOOG-RDGZ-00209974 | Internal terms |
| | GOOG-RDGZ-00209975 | Employee PII |
| | GOOG-RDGZ-00209976 | Employee PII |
| | GOOG-RDGZ-00210102 | Internal strategy |
| Exhibit 5 | GOOG-RDGZ-00144762 | Internal strategy |
| | GOOG-RDGZ-00144763 | Internal processes |
| | GOOG-RDGZ-00144764 | Internal processes |
| | GOOG-RDGZ-00144767 | Internal processes |
| Exhibit 7 | GOOG-RDGZ-00024709 | Employee PII |
| | GOOG-RDGZ-00024710 | Internal processes; Employee PII |
| | GOOG-RDGZ-00024711 | Internal strategy; Employee PI |
| Exhibit 10 | GOOG-RDGZ-00161367 | Internal processes |
| | GOOG-RDGZ-00161373 | Internal processes |
| | GOOG-RDGZ-00161378 | Internal processes |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | GOOG-RDGZ-00161384 | Internal processes |
| | GOOG-RDGZ-00161385 | Internal processes |
| | GOOG-RDGZ-00161392 | Internal processes |
| | GOOG-RDGZ-00161393 | Internal terms |
| | GOOG-RDGZ-00161394 | Internal processes |
| | GOOG-RDGZ-00161395 | Internal terms |
| | GOOG-RDGZ-00161396 | Internal processes |
| | GOOG-RDGZ-00161397 | Internal processes |
| | GOOG-RDGZ-00161398 | Internal processes |
| | GOOG-RDGZ-00161399 | Internal terms |
| | GOOG-RDGZ-00161401 | Internal terms |
| | GOOG-RDGZ-00161406 | Internal processes |
| | GOOG-RDGZ-00161408 | Internal processes |
| | GOOG-RDGZ-00161409 | Internal processes |
| | GOOG-RDGZ-00161410 | Internal terms |
| | GOOG-RDGZ-00161411 | Internal processes |
| | GOOG-RDGZ-00161412 | Internal terms |
| | GOOG-RDGZ-00161414 | Internal processes |
| | GOOG-RDGZ-00161417 | Internal processes |
| | GOOG-RDGZ-00161418 | Internal processes |
| | GOOG-RDGZ-00161419 | Internal processes |
| | GOOG-RDGZ-00161420 | Internal terms |
| Exhibit 11 | 212:16 – 212:21 | Internal processes |
| | 213:8 – 213:9 | Internal processes |
| | 214:10 – 214:14;<br>214:18 – 214:21;<br>214:23 – 214:25 | Internal processes |
| | 215:1 – 215:5;<br>215:9 – 215:10;<br>215:15 – 215:24 | Internal processes |
| | 216:2 – 216:4 | Internal processes |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 217:3 – 217:6;<br>217:8 – 217:15 | Internal processes |
| Exhibit 15 | GOOG-RDGZ-00052784 | Employee PII |
| | GOOG-RDGZ-00052785 | Internal terms |
| | GOOG-RDGZ-00052786 | Internal terms |
| | GOOG-RDGZ-00052788 | Internal terms |
| | GOOG-RDGZ-00052789 | Internal processes |
| | GOOG-RDGZ-00052790 | Internal strategy |
| | GOOG-RDGZ-00052791 | Internal strategy |
| | GOOG-RDGZ-00052792 | Internal terms |
| | GOOG-RDGZ-00052793 | Internal terms |
| | GOOG-RDGZ-00052794 | Internal strategy |
| | GOOG-RDGZ-00052795 | Internal strategy |
| | GOOG-RDGZ-00052797 | Internal strategy |
| | GOOG-RDGZ-00052798 | Internal strategy |
| | GOOG-RDGZ-00052799 | Internal processes<br>Internal strategy |
| | GOOG-RDGZ-00052801 | Internal strategy |
| | GOOG-RDGZ-00052805 | Internal processes |
| | GOOG-RDGZ-00052806 | Internal processes |
| | GOOG-RDGZ-00052807 | Internal strategy |
| | GOOG-RDGZ-00052809 | Internal processes |
| | GOOG-RDGZ-00052811 | Internal strategy |
| | GOOG-RDGZ-00052812 | Internal strategy |
| Exhibit 17 | Pg. 3 | Internal processes |
| | Pg. 4 | Internal processes |
| Exhibit 42 | GOOG-RDGZ-00151998 | Internal processes |
| | GOOG-RDGZ-00152018 | Employee PII |
| | GOOG-RDGZ-00152027 | Employee PII |
| | GOOG-RDGZ-00152029 | Employee PII |
| | GOOG-RDGZ-00152040 | Internal strategy |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 43 | Pg. 4 | Internal processes |
| | Pg. 5 | Internal processes |
| Exhibit 54 | GOOG-RDGZ-0090236 | Internal terms; Employee PII |
| | GOOG-RDGZ-0090238 | Internal processes |
| | GOOG-RDGZ-0090239 | Employee PII |
| | GOOG-RDGZ-0090242 | Internal processes |
| | GOOG-RDGZ-0090243 | Employee PII |
| | GOOG-RDGZ-0090244 | Internal processes |
| | GOOG-RDGZ-0090245 | Internal processes |
| | GOOG-RDGZ-0090246 | Internal processes |
| | GOOG-RDGZ-0090247 | Internal processes |
| | GOOG-RDGZ-0090249 | Internal processes |
| | GOOG-RDGZ-0090250 | Internal processes |
| | GOOG-RDGZ-0090251 | Internal processes |
| | GOOG-RDGZ-0090252 | Internal processes |
| | GOOG-RDGZ-0090253 | Internal processes |
| Exhibit 55 | GOOG-RDGZ-00043294 Complete document | Internal processes; Internal strategy; Internal terms; Employee PII |
| Exhibit 56 | 112:21 – 112:25 | Internal processes |
| | 113:1 – 113:2; 113:10 – 113:11 | Internal processes |
| | 114:8 – 114:11 | Internal processes |
| | 115:17 – 115:20 | Internal processes |
| | 116:1 – 116:8; 116:7 – 116:20 | Internal processes |
| Exhibit 57 | GOOG-RDGZ-00044356 | Internal processes; Employee PII |
| Exhibit 59 | GOOG-RDGZ-00173562 | Internal processes; Employee PII |
| | GOOG-RDGZ-00173562 | Employee PII |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 61 | GOOG-RDGZ-00129084 | Internal processes; Employee PII |
| | GOOG-RDGZ-00129085 | Internal processes; Employee PII |
| | GOOG-RDGZ-00129086 | Employee PII |
| | GOOG-RDGZ-00129087 | Employee PII |
| | GOOG-RDGZ-00129088 | Employee PII |
| | GOOG-RDGZ-00129089 | Employee PII |
| | GOOG-RDGZ-00129090 | Employee PII |
| | GOOG-RDGZ-00129091 | Internal terms; Employee PII |
| | GOOG-RDGZ-00129092 | Internal terms; Employee PII |
| | GOOG-RDGZ-00129093 | Internal terms; Employee PII |
| | GOOG-RDGZ-00129094 | Internal terms; Employee PII |
| | GOOG-RDGZ-00129095 | Internal processes; Internal terms; Employee PII |
| Exhibit 65 | GOOG-RDGZ-00092072 | Employee PII |
| | GOOG-RDGZ-00092097 | Internal processes |
| | GOOG-RDGZ-00092098 | Internal processes |
| | GOOG-RDGZ-00092099 | Internal strategy |
| | GOOG-RDGZ-00092100 | Internal strategy |
| | GOOG-RDGZ-00092101 | Internal strategy |
| Exhibit 68 | GOOG-RDGZ-00129096 | Internal terms; Employee PII |
| | GOOG-RDGZ-00129097 | Employee PII |
| | GOOG-RDGZ-00129098 | Employee PII |
| | GOOG-RDGZ-00129099 | Employee PII |
| Exhibit 69 | GOOG-RDGZ-0130381 | Internal processes; Internal terms; Employee PII |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Plaintiffs' Trial Plan ISO Motion for Class Certification | Pg. 1, Line 13 | Internal processes |
| | Pg. 4, Lines 20 – 23, 24 – 25, 26 | Internal processes; Internal terms |
| | Pg. 5, Lines 1 – 2, 19 – 22, 25 - 26 | Internal processes; Internal terms |

The following exhibits to Plaintiffs' Administrative Motion to Seal Portions of Google's Opposition to Plaintiff's Motion for Class Certification [Dkt. 323]:

| Exhibit No. / Document Title | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 2 | Pg. 4, lines 20-28 | Internal processes |
| | Pg. 5, lines 1-6, 8-21 | Internal processes |
| | Pg. 6, lines 12-28 | Internal processes |
| | Pg. 7, lines 1-14, 23-28 | Internal processes; Internal terms |
| | Pg. 8, lines 1-25 | Internal processes; Internal terms |
| | Pg. 9, lines 1-24 | Internal processes; Internal terms |
| | Pg. 10, lines 1-28 | Internal processes; Internal terms |
| | Pg. 11, lines 1-28 | Internal processes; Internal terms |
| | Pg. 12, lines 1-23 | Internal processes; Internal terms |
| | Pg. 13, lines 1-28 | Internal processes; Internal terms |
| | Pg. 14, lines 1-28 | Internal processes; Internal terms |
| | Pg. 15, lines 1-28 | Internal processes; Internal terms |
| | Pg. 16, lines 1-15, 17-28 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. / Document Title | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 17, lines 1-21 | Internal processes; Internal terms |
| | Pg. 18, lines 1-25 | Internal processes; Internal terms |
| | Pg. 19, lines 1-25 | Internal processes; Internal terms |
| | Pg. 20, lines 1-26 | Internal processes; Internal terms |
| | Pg. 21, lines 1-28 | Internal processes; Internal terms |
| | Pg. 22, lines 1-28 | Internal processes; Internal terms |
| | Pg. 23, lines 1-28 | Internal processes; Internal terms |
| | Pg. 24, lines 1-24 | Internal processes; Internal terms |
| | Pg. 25, lines 1-27 | Internal processes; Internal terms |
| | Pg. 26, lines 1-28 | Internal processes; Internal terms |
| | Pg. 27, lines 1-28 | Internal processes; Internal terms |
| | Pg. 28, lines 1-28 | Internal processes; Internal terms |
| | Pg. 29, lines 1-28 | Internal processes; Internal terms |
| | Pg. 29, lines 1-14, 16-28 | Internal processes; Internal terms |
| | Pg. 30, lines 1-7 | Internal processes; Internal terms |
| Exhibit 3 | GOOG-RDGZ-00056514 Complete document | Internal processes; Internal terms; Internal strategy; Employee PII |
| Exhibit 5 | 44:21-22 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. / Document Title | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 72:16; 72:21 | Internal processes; Internal terms |
| Exhibit 8 | Pg. 4 | Employee PII |
| Exhibit 13 | Pg. 91, Footnote 280 | Internal terms |
| Exhibit 14 | Pg. 6, lines 24-28 | Internal processes; Internal terms |
| | Pg. 7, lines 1-5, 6-16 | Internal processes; Internal terms |
| Exhibit 21 | Pg. 12, 4-5 | Internal processes; Internal terms |
| | Pg. 14, lines 5-14, 23 | Internal processes; Internal terms |
| | Pg. 15, lines 13, 17-18, 24-27 | Internal processes; Internal terms |
| | Pg. 16, lines 1-28 | Internal processes; Internal terms |
| | Pg. 17, lines 1-28 | Internal processes; Internal terms |
| | Pg. 18, lines 1-21 | Internal processes; Internal terms |
| | Pg. 19, lines 1-8 | Internal processes; Internal terms |

The following exhibits to Plaintiffs' Administrative Motion to Seal Portions of Plaintiff's Reply in support of Motion for Class Certification [Dkt. 333]:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Plaintiffs' Reply in Support of Motion for Class Certification Dkt. 315 | Pg. 12, Lines 9 – 11 | Internal processes; Internal terms |
| Exhibit 71 | GOOG-RDGZ-00149618 | Internal processes; Internal strategy |
| | GOOG-RDGZ-00149619 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | GOOG-RDGZ-00149620 | Internal processes; Internal strategy; Internal terms; Employee PII |
| | GOOG-RDGZ-00149621 | Internal processes; Internal strategy; Internal terms |
| | GOOG-RDGZ-00149622 | Internal processes; Internal strategy; Internal terms |
| | GOOG-RDGZ-00149624 | Internal processes; Internal strategy; Internal terms |
| | GOOG-RDGZ-00149625 | Internal processes; Internal strategy; Internal terms |
| | GOOG-RDGZ-00149626 | Internal processes; Internal strategy; Internal terms; Employee PII |
| | GOOG-RDGZ-00149628 | Internal processes; Internal strategy; Internal terms |

The following exhibits to Plaintiffs' Administrative Motion to Seal Portions of Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert Michael J. Lasinski [Dkt. 326]:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 1 | 24:13 | Internal processes |
| | 26:13 - 14, 26:16, 26:19 – 26:21 | Internal processes |
| | 28:4 - 28:10 | Internal processes; Internal strategy |
| | 57:25 | Internal processes; Internal strategy |
| | 58:1 – 58:7 | Internal processes; Internal strategy |
| | 59:7 – 59:12 | Internal processes |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 61:2 - 61:3, 61:5, 61:7 – 61:8, 61:11 – 61:12, 61:24 – 61:25 | Internal processes; Internal strategy |
| | 62:1 – 62:2 | Internal processes; Internal strategy |
| | 71:4 – 71:9 | Internal processes; Internal strategy |
| | 74:17 – 74:19, 74:21 – 74:25 | Internal processes; Internal strategy |
| | 76:22 – 76:23 | Internal processes; Internal terms |
| | 77:4 – 77:25 | Internal processes; Internal terms |
| | 78:1 – 78:25 | Internal processes; Internal terms |
| | 79:1 – 79:14; 79:22 – 79:25 | Internal processes; Internal terms |
| | 80:1 – 80:3 | Internal processes; Internal terms |
| | 81:10 – 81:25 | Internal processes; Internal terms |
| | 82:1 – 82:25 | Internal processes; Internal terms |
| | 83:1 – 83:6, 83:16 – 83:25 | Internal processes; Internal terms |
| | 84:1 – 84:5, 84:13 – 84:25 | Internal processes; Internal terms |
| | 85:14 – 85:18, 85:22, 85:25 | Internal processes; Internal terms |
| | 86:1 – 86:3, 86:7 – 86:10, 86:13 – 86:15, 86:17 – 86:19, 86:24 – 86:25 | Internal processes; Internal terms |
| | 87:1 – 87:6, 87:15 – 87:25 | Internal processes; Internal terms |
| | 88:3 – 88:9, 88:19 – 88:21, 88:24 – 88:25 | Internal processes; Internal terms |
| | 89:3 – 89:17, 89:21 – 89:25 | Internal processes; Internal terms |

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 90:1 – 90:25 | Internal processes; Internal terms |
| | 91:1 – 90:25 | Internal processes; Internal terms |
| | 92:1 – 92:5, 92:10 – 92:25 | Internal processes; Internal terms |
| | 93:1 – 93:25 | Internal processes; Internal terms |
| | 94:1 | Internal processes |
| | 119:12 – 119:16 | Internal processes |
| | 120:17 | Internal terms |
| | 121:14 – 121:16 | Internal processes |
| | 122:15 – 122:25 | Internal processes; Internal terms |
| | 123:1 – 123:8, 123:13 – 123:24 | Internal processes; Internal terms |
| | 137:21 – 137:25 | Internal processes; Internal terms |
| | 138:1 – 138:6 | Internal processes; Internal terms |
| | 139:8 – 139:25 | Internal processes; Internal terms |
| | 140:1 – 140:7, 140:15 – 140:18, 140:22 – 140:24 | Internal processes |
| | 141:1 – 141:3, 141:6 – 141:14 | Internal processes; Internal terms |
| | 142:8 – 142:10, 142:13 – 142:22 | Internal processes; Internal terms |
| | 143:13 – 143:25 | Internal processes; Internal terms |
| | 144:11 – 144:25 | Internal processes; Internal terms |
| | 145:1 – 145:5 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 151:11 – 151:15, 151:25 | Internal processes; Internal terms |
| | 152:1 – 152:8, 152:13 – 152:18, 152:23 – 152:25 | Internal processes; Internal terms |
| | 153:1 – 153:25 | Internal processes; Internal terms |
| | 154:1 – 154:25 | Internal processes; Internal terms |
| | 155:4 – 155:25 | Internal processes; Internal terms |
| | 161:17 – 161:20, 161:22 – 161:25 | Internal processes; Internal terms |
| | 162:9 – 162:21 | Internal processes; Internal terms |
| | 163:4 – 163:7, 163:12 – 163:15, 163:23 – 163:25 | Internal processes; Internal terms |
| | 164:1 – 164:3, 164:15 – 164:25 | Internal processes; Internal terms |
| | 165:1 – 165:7, 165:13 – 165:25 | Internal processes; Internal terms |
| | 166:1 – 166:15, 166:17 - 166:20 | Internal processes; Internal terms |
| | 167:9 – 167:11, 167:21 – 23 | Internal processes; Internal terms |
| | 168:13 – 168:16, 168:19 – 168:21, 168:25 | Internal processes; Internal terms |
| | 169:1 – 169:5, 169:10 – 169:25 | Internal processes; Internal terms |
| | 170:1 – 170:25 | Internal processes; Internal terms |
| | 171:1 – 171:25 | Internal processes; Internal terms |
| | 172:12 – 172:25 | Internal processes; Internal terms |
| | 173:1 – 173:13 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 174:14 – 174:25 | Internal processes; Internal terms |
| | 175:1 – 175:25 | Internal processes; Internal terms |
| | 176:1 – 176:14 | Internal processes; Internal terms |
| | 178:15 – 178:25 | Internal processes; Internal terms |
| | 179:1 – 179:25 | Internal processes; Internal terms |
| | 180:1 – 180:25 | Internal processes; Internal terms |
| | 181:4 – 181:25 | Internal processes; Internal terms |
| | 182:1 – 182:23 | Internal processes; Internal terms |
| | 183:11 – 183:25 | Internal processes; Internal terms |
| | 184:1 – 184:11 | Internal processes; Internal terms |
| | 185:17 – 185:25 | Internal processes; Internal terms |
| | 186:1 – 186:7, 186:22 – 186:25 | Internal processes; Internal terms |
| | 187:1 – 187:17 | Internal processes; Internal terms |
| | 190:17 – 190:19 | Internal processes; Internal terms |
| | 191:12 – 191:18 | Internal processes; Internal terms |
| | 199:6 – 199:19 | Internal processes; Internal terms |
| | 200:21 – 200:24 | Internal processes; Internal terms |
| | 201:1 – 201:25 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 202:1 – 202:25 | Internal processes |
| | 203:1 – 203:25 | Internal processes; Internal terms |
| | 204:1 – 204:15, 204:23 – 204:25 | Internal processes; Internal terms |
| | 205:1 – 205:26 | Internal processes; Internal terms |
| | 206:1 – 206:24 | Internal processes; Internal terms |
| | 207:1 – 207:22 | Internal processes; Internal terms |
| | 208:3 – 208:6, 208:11 – 208:25 | Internal processes; Internal terms |
| | 209:1 – 209:13 | Internal processes; Internal terms |
| | 210:2 – 210:7, 210:9 – 210:25 | Internal processes; Internal terms |
| | 211:4 – 211:25 | Internal processes |
| | 212:4 – 212:15 | Internal processes; Internal terms |
| | 224:24 – 224:25 | Internal processes |
| | 225:1 – 225:4, 225:10, 225:12, 225:14 – 225:22 | Internal processes; Internal terms |
| | 228:1, 228:3, 228:10, 228:12 – 228:18, 228:24 – 228:25 | Internal processes; Internal terms |
| | 229:2, 229:4 – 229:17 | Internal processes |
| | 235:8 | Internal processes |
| | 270: 8 – 270:10 | Internal processes |
| | 272:14 – 272:17 | Internal processes; Internal terms |
| | 289:11 – 289:14, 289:19 - 289:20 | Internal processes |
| | 290:6 – 290:12 | Internal processes |
| Exhibit 3 | Pg. 5, Para. v, Footnote 3 | Internal processes; Internal terms |

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 22, Para. 24 | Internal processes; Internal terms |
| | Pg. 25, Para. 42 | Internal processes |
| | Pg. 26, Para. 43, Para. 44a, Footnote 102 | Internal processes; Internal terms |
| | Pg. 27, Para. .44b, 44c, Footnote 102, Footnote 105 | Internal processes; Internal terms |
| | Pg. 28, Para. 44c, Para. 45, Footnotes 109 – 11 | Internal processes; Internal terms |
| | Pg. 29, Para. 46a, Para. 46b, Para. 46c, Footnote 113 | Internal processes; Internal terms |
| | Pg. 20, Para. 46c, Para. 47, Footnote 116 | Internal processes; Internal terms |
| | Pg. 32, Para. 49, Para. 51, Footnote 128 | Internal processes; Internal terms |
| | Pg. 33, Para. 54 | Internal processes |
| | Pg. 34, Para. 54, Para. 56, | Internal processes |
| | Pg. 35, Para. 56, Para. 57 | Internal processes; Internal terms |
| | Pg. 36, Para. 57, Para. 58, | Internal processes; Internal terms |
| | Pg. 45, Para. 73, Footnote 161 | Internal processes; Internal terms |
| | Pg. 50, Para. 82, Footnote 176 | Internal processes; Internal terms |
| | Pg. 51, Para. 83 | Internal processes; Internal terms |
| | Pg. 54, Para. 89, Para. 90 | Internal processes; Internal terms |
| | Pg. 55, Para. 90, Para. 91, Footnotes 188 & 189 | Internal processes; Internal terms |
| | Pg. 57, Para. 93, Footnote 196, Footnote 199 | Internal processes; Internal terms |
| | Pg. 58, Para. 93, Para. 94, Footnotes 202 & 203 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 59, Para. 94, Footnote 206 | Internal processes; Internal terms |
| | Pg. 60, Para. 96, Footnote 207 | Internal processes; Internal terms |
| | Pg. 61, Para. 96 | Internal processes; Internal terms |
| | Pg. 62, Para. 97, Para. 98, Para. 99, Footnotes 215 – 219 | Internal processes; Internal terms |
| | Pg. 63, Para. 99, Para. 101 | Internal processes; Internal terms |
| | Pg. 64, Para. 101, Para. 103, Footnote 222 | Internal processes; Internal terms |
| | Pg. 65, Para. 103, Para. 104 | Internal processes; Internal terms |
| | Pg. 66, Para. 104, Para. 105 | Internal processes; Internal terms |
| | Pg. 67, Para. 105, Para. 106, Footnotes 235 - 237 | Internal processes; Internal terms |
| | Pg. 68, Para. 106, Para. 107, Footnote 243 | Internal processes; Internal terms |
| | Pg. 69, Para. 109, Footnote 245 | Internal processes; Internal terms |
| | Pg. 70, Para. 109, Para. 110, Para. 111, Footnote 247 | Internal processes; Internal terms |
| | Pg. 71, Para. 111, Para. 112 | Internal processes; Internal terms |
| | Pg. 72, Para. 113 | Internal processes; Internal terms |
| | Pg. 73, Para. 114, Para. 115 | Internal processes; Internal terms |
| | Pg. 74, Para. 115 | Internal processes; Internal terms |
| | Pg. 76, Para. 120, Footnote 264 | Internal processes; Internal terms |
| | Pg. 77, Para. 123 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 78, Para. 126, Footnote 271 | Internal processes; Internal terms |
| | Pg. 79, Para. 128 | Internal processes; Internal terms |
| | Pg. 83, Footnote 285 | Internal processes; Internal terms |
| | Pg. 86, Para. 148 | Internal processes; Internal terms |
| | Pg. 87, Para. 149, Para. 150, Footnote s 291 - 292 | Internal processes; Internal terms |
| | Pg. 88, Para. 150, Footnote 295 | Internal processes; Internal terms |
| | Exhibit 1A Entire page 118 of PDF | Internal processes; Internal terms |
| | Exhibit 1B Entire pages 119-120 of PDF | Internal processes; Internal terms |
| | Exhibit 1C Entire page 121-122 of PDF | Internal processes; Internal terms |
| | Exhibit 2A Entire page 123 of PDF | Internal processes; Internal terms |
| | Exhibit 2B Entire page 124 of PDF | Internal processes; Internal terms |
| | Exhibit 3 Entire page 125 of PDF | Internal processes; Internal terms |
| | Exhibit 4A Entire page 126 of PDF | Internal processes; Internal terms |
| | Exhibit 4B Entire pages 127-128 of PDF | Internal processes; Internal terms |
| | Exhibit 4C Entire page 129-130 of PDF | Internal processes; Internal terms |
| | Exhibit 4D Entire page 131 of PDF | Internal processes; Internal terms |
| | Exhibit 4E Entire page 132 of PDF | Internal processes; Internal terms |
| | Exhibit 5A Entire page 133 of PDF | Internal processes; Internal terms |

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Exhibit 5B Entire page 134 of PDF | Internal processes; Internal terms |
| | Exhibit 5C Entire page 135 of PDF | Internal processes; Internal terms |
| | Exhibit 5D Entire page 136 of PDF | Internal processes; Internal terms |
| | Exhibit 6A Entire page 137 of PDF | Internal processes; Internal terms |
| | Exhibit 6B Entire pages 138-139 of PDF | Internal processes; Internal terms |
| | Exhibit 6C Entire pages 140-141 of PDF | Internal processes; Internal terms |
| | Exhibit 6D Entire page 142 of PDF | Internal processes; Internal terms |
| | Exhibit 6E Entire page 143 of PDF | Internal processes; Internal terms |
| | Exhibit 7A Entire page 144 of PDF | Internal processes; Internal terms |
| | Exhibit 7B Entire page 145 of PDF | Internal processes; Internal terms |
| | Exhibit 7C Entire page 146 of PDF | Internal processes; Internal terms |
| | Exhibit 7D Entire page 147 of PDF | Internal processes; Internal terms |
| | Exhibit 7E Entire page 148 of PDF | Internal processes; Internal terms |
| | Exhibit 8 Entire page 149 of PDF | Internal processes; Internal terms |
| Exhibit 5 | 153:12 – 15, 153:18-20, 153:23 - 24 | Internal processes; Internal terms |
| | 156:1-2 | Internal processes |
| | 247:10, 247:11-12, 247:14-15, 247:19 | Internal processes |
| | 248:7, 248:9-10, 248:12-13 | Internal processes |
| | 249:5-8 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
| --- | --- | --- |
| | 257:12-14, 257:21-25 | Internal processes; Internal terms |
| | 258:1-2, 258:8-11, 258:13, 258:15-18, 258:22-24 | Internal processes; Internal terms |
| | 259:2-3, 259:17-19 | Internal processes; Internal terms |
| | 260:3-7 | Internal processes; Internal terms |
| | 275:16-20, 275:25 | Internal processes; Internal terms |
| | 276:2 | Internal processes; Internal terms |
| | 277:20-277:23 | Internal processes; Internal terms |
| | 278:4-10, 278:16-19, 278:21-23, 278:25 | Internal processes; Internal terms |
| | 279:2 | Internal processes |
| | 280:11-12 | Internal processes |
| | 281:20-22 | Internal processes; Internal terms |
| | 283:10-12, 283:20-21, 283:25 | Internal processes; Internal terms |
| | 284:1, 285:9-10, 284:12-14, 284:25 | Internal processes; Internal terms |
| | 285:1, 285:5-7, 285:9-10, 285:11-14 | Internal processes; Internal terms |
| | 288:11-15 | Internal processes; Internal terms |
| | 292:5-6, 292:9-11, 292:23-25 | Internal processes; Internal terms |
| | 293:4-5, 293:11, 293:13-15, 293:25 | Internal processes |
| | 299:12, 299:17-20 | Internal processes; Internal terms |
| | 300:6-9 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 308:17-19, 308:21, 208-23-4 | Internal processes |
| | 309:1 | Internal processes |
| | 318:13-14 | Internal processes |
| | 325:18-25 | Internal processes; Internal terms |
| | 330:15, 330:24 | Internal terms |
| | 332:2-3, 332:8, 332:25 | Internal processes; Internal terms |
| | 333:1, 333:8, 333:12, 333:15 | Internal processes; Internal terms |
| | 334:1 | Internal processes |
| | 337:4-6, 337:10-11, 337:15-17 | Internal processes; Internal terms |
| | 338:2-4, 338:9-10 | Internal processes; Internal terms |
| | 348:23-25 | Internal processes |
| | 368:15-25 | Internal processes |
| | 369:4-7, 369:15-18, 369:22-25 | Internal processes; Internal terms |
| | 370:1-2, 370:10-25 | Internal processes; Internal terms |
| | 371:1-8 | Internal processes |
| | 372:13-22 | Internal processes; Internal terms |
| | 375:14-17 | Internal processes; Internal terms |
| | 376:10-11, 376:14 | Internal processes; Internal terms |
| Exhibit 7 | Pg. 12, Para. 41 | Internal processes; Internal terms |
| | Pg. 13, Para. 43 | Internal processes; Internal terms |
| | Pg. 14, Para. 43 | Internal terms |
| | Pg. 21, Para. 60g | Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 28, Para. 74, Footnote 84 | Internal processes; Internal terms |
| | Pg. 30, Para. 80 | Internal processes |
| | Pg. 31, Para. 80 | Internal processes; Internal terms |
| | Pg. 32, Para. 83 | Internal terms |
| | Pg. 33, Footnote 101 | Internal processes; Internal terms |
| | Pg. 34, Para. 87, Para. .90 | Internal processes; Internal terms |
| | Pg. 35, Para. 90, Para. 92 | Internal processes; Internal terms |
| | Pg. 38, Para. 99 | Internal processes; Internal terms |
| | Pg. 39, Para. 101, Para. 102 | Internal processes; Internal terms |
| | Pg. 41, Para. 107, Footnotes 129 & 131 | Internal processes; Internal terms |
| | Pg. 42, Footnote 132 | Internal terms |
| | Pg. 48, Para. 123 | Internal processes; Internal terms |
| | Pg. 50, Para. 28, Footnote 154 | Internal processes; Internal terms |
| | Pg. 52, Para. 132 | Internal processes; Internal terms |
| | Pg. 55, Para. 140, Para. 142 | Internal processes; Internal terms |
| | Pg. 56, Para. 142 | Internal processes; Internal terms |
| | Pg. 57, Para. 143, Para. 144, Paras. 145 – 146, Footnote 177 | Internal processes; Internal terms |
| | Pg. 58, Para. 146 | Internal processes; Internal terms |
| | Pg. 59, Para. 146, Para. 147 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 60, Para. 151 | Internal processes; Internal terms |
| | Pg. 62, Para. 155 | Internal processes; Internal terms |
| | Pg. 64, Footnote 195 | Internal terms |
| | Pg. 69, Para. 167, Footnote 210 | Internal processes; Internal terms |
| | Pg. 70, Para. 169 | Internal processes; Internal terms |
| | Pg. 71, Para. 169, Para. 170 | Internal processes; Internal terms |
| | Pg. 73, Para. 174 | Internal processes; Internal terms |
| | Pg. 75, Para. 178 | Internal processes; Internal terms |
| | Pg. 81, Para. 192 | Internal terms |
| | Pg. 86, Para. 201 | Internal processes |
| | Pg. 91, Para. 210 | Internal processes |
| | Pg. 93, Para. 214 | Internal processes; Internal terms |
| Exhibit 8 | Pg. 21 | Employee PII |
| | Pg. 38. Para. 12-13 | Internal processes; Internal terms |
| | Pg. 39, Paras. 14 – 16 | Internal processes; Internal terms |
| | Pg. 40, Paras. 16 – 17 | Internal processes; Internal terms |
| | Pg. 41, Paras. 17 – 19 | Internal processes; Internal terms |
| | Pg. 42, Paras. 19 – 22 | Internal processes; Internal terms |
| | Pg. 43, Paras. 22 – 24 | Internal processes; Internal terms; Employee PII |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 44, Paras. 24 - 26 | Internal processes; Internal terms; Employee PII |
| | Pg. 49, Para. 39 | Internal processes; Internal terms |
| | Pg. 50, Paras. 40 – 43 | Internal processes; Internal terms |
| | Pg. 51, Paras. 44 – 45 | Internal processes; Internal terms |
| Exhibit 10 | Pg. 5, Lines 19, 23 – 26 | Internal processes; Internal terms |
| | Pg. 6, Lines 1-2, 3 | Internal processes; Internal terms |
| | Pg. 9, Lines 26 – 27 | Internal processes; Internal terms |
| | Pg. 10, Lines 1 – 9 | Internal processes; Internal terms |
| | Pg. 11, Lines 6 – 19, Lines 22 – 27 | Internal processes; Internal terms |
| | Pg. 12, Lines 9 – 10 | Internal processes; Internal terms |
| | Pg. 14, Lines 10 – 19 | Internal processes; Internal terms |
| | Pg. 15, Lines 1, 22-23 | Internal processes; Internal terms |
| | Pg. 16, Lines 3 – 28 | Internal processes; Internal terms |
| | Pg. 17, Lines 1 - 28 | Internal processes; Internal terms |
| | Pg. 18, lines 1 – 21 | Internal processes; Internal terms |
| | Pg. 19, Lines 1, 2-8, 11 – 28 | Internal processes; Internal terms |
| | Pg. 20, Lines 1 – 24 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 21, Lines 1 – 28 | Internal processes; Internal terms |
| | Pg. 22, Lines 1 – 28 | Internal processes; Internal terms |
| | Pg. 23, Lines 1 – 28 | Internal processes; Internal terms |
| | Pg. 24, Lines 1 – 12 | Internal processes; Internal terms |
| Declaration of Michael Lasinksi in Support of Plaintiffs' Motion for Class Certification | Pg. 1, Para. 1, Footnote 2 | Internal processes; Internal terms |
| | Pg. 2, Para. 1 | Internal processes; Internal terms |
| | Pg. 3, Para. 1, Footnote  7 | Internal processes |
| | Pg. 10, Para. 28 | Internal processes |
| | Pg. 11, Para. 31 | Internal processes |
| | Pg. 12, Para. 33, Footnote  68 | Internal processes |
| | Pg. 13, Para. 36 | Internal processes; Internal terms |
| | Pg. 17, Para. 46, 47, Footnotes 99 & 100 | Internal processes; Internal terms |
| | Pg. 18, Paras. 47, 48 & 49 | Internal processes; Internal terms |
| | Pg. 19, Paras. 51 & 52 | Internal processes; Internal terms |
| | Pg. 20, Paras. 52 – 54 | Internal processes; Internal terms; Employee PII |
| | Pg. 21, Para. 55, 57, 58 | Internal processes; Internal terms; Employee PII |
| | Pg. 22, Paras. 59, 60 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 23, Paras. 61 & 62 | Internal processes; Internal terms |
| | Pg. 24, Paras. 63 – 65, Footnote 131 | Internal processes; Internal terms |
| | Pg. 25, Paras. 65 - 67 | Internal processes; Internal terms |
| | Pg. 26, Para. 68 | Internal processes; Internal terms |
| | Pg. 27, Paras. 72 & 73 | Internal processes; Internal terms |
| | Pg. 28, Para. 75 | Internal processes; Internal terms |
| | Pg. 29, Paras. 78 – 79, 82 | Internal processes; Internal terms |
| | Pg. 30, Paras. 83 – 86, Footnote 150 | Internal processes; Internal terms |
| | Pg. 31, Paras. 86 – 88, Footnotes 161, 163 | Internal processes; Internal terms |
| | Pg. 32, Paras. 88 – 91, Footnote 166 | Internal processes; Internal terms |
| | Pg. 33, Paras. 91, 93 – 95 | Internal processes; Internal terms |
| | Pg. 34, Paras. 95-96 | Internal processes; Internal terms |
| | Pg. 35, Paras. 97-99, Footnote 182 | Internal processes; Internal terms |
| | Pg. 36, Paras. 99 – 100 | Internal processes; Internal terms |
| | Pg. 37, Paras. 100-102 | Internal processes; Internal terms |
| | Pg. 38, Paras. 102-103 | Internal processes; Internal terms |
| | Pg. 39, Paras. 105 – 108 | Internal processes; Internal terms |
| | Pg. 40, Paras. 108-100 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 41, Paras. 111-113 | Internal processes; Internal terms |
| | Pg. 42, Paras. 113-114, 116-117 | Internal processes; Internal terms |
| | Pg. 43, Paras. 117-120 | Internal processes; Internal terms |
| | Pg. 44, Paras. 120 – 122 | Internal processes; Internal terms |
| | Pg. 45, Paras. 122, 124-126 | Internal processes; Internal terms |
| | Pg. 46, Paras. 126-128 | Internal processes; Internal terms |
| | Pg. 47, Paras. 128-129 | Internal processes; Internal terms |
| | Pg. 55, Para. 154 & 155 | Internal processes; Internal terms |
| | Pg. 56, Para. 155 | Internal processes; Internal terms |
| | Pg. 57, Para. 157, 158, 159 | Internal processes; Internal terms |
| | Pg. 58, Para. 159, 161 | Internal processes; Internal terms |
| | Pg. 59, Para. 164, 167 | Internal processes; Internal terms |
| | Pg. 60, Para. 168 | Internal processes; Internal terms |
| | Pg. 61, Paras. 171, 172, 173, Footnote 275 | Internal processes; Internal terms |
| | Pg. 62, Para.  173 | Internal processes; Internal terms |
| | PDF Pg. 86 | Internal processes |
| | PDF Pg. 87 | Internal processes |
| | PDF Pg. 88 | Internal processes |
| | PDF Pg. 89 | Internal processes |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | PDF Pg. 90, Notes 3 – 7 | Internal processes; Internal terms |
| | PDF Pg. 91 | Internal processes; Internal terms |
| | PDF Pg. 92, Note 3 | Internal processes; Internal terms |
| | PDF Pg. 93 | Internal processes; Internal terms |
| | PDF Pg. 94 | Internal processes; Internal terms |
| | PDF Pg. 95 | Internal processes; Internal terms |
| | PDF Pg. 96 | Internal processes; Internal terms |
| | PDF Pg. 97 | Internal processes; Internal terms |
| | PDF Pg. 98 | Internal processes; Internal terms |
| | PDF Pg. 99 | Internal processes; Internal terms |
| | PDF Pg. 100 | Internal processes; Internal terms |
| | PDF Pg. 101 | Internal processes; Internal terms |
| | PDF Pg. 102 | Internal processes; Internal terms |
| | PDF Pg. 103 | Internal processes; Internal terms |
| | PDF Pg. 104 | Internal processes; Internal terms |
| | PDF Pg. 105 | Internal processes; Internal terms |
| | PDF Pg. 106 | Internal processes; Internal terms |
| | PDF Pg. 107 | Internal processes; Internal terms |

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | PDF Pg. 108 | Internal processes; Internal terms |
| | PDF Pg. 109 | Internal processes; Internal terms |
| | PDF Pg. 110 | Internal processes; Internal terms |
| | PDF Pg. 111 | Internal processes; Internal terms |
| | PDF Pg. 112 | Internal processes; Internal terms |
| | PDF Pg. 113 | Internal processes; Internal terms |
| | PDF Pg. 114 | Internal processes; Internal terms |
| | PDF Pg. 115 | Internal processes; Internal terms |
| | PDF Pg. 116 | Internal processes; Internal terms |
| | PDF Pg. 117 | Internal processes; Internal terms |
| | PDF Pg. 119 | Internal processes; Internal terms |
| | PDF Pg. 120 | Internal processes; Internal terms |
| | PDF Pg. 121 | Internal processes; Internal terms |
| | PDF Pg. 123 | Internal processes; Internal terms |
| | PDF Pg. 130 | Internal processes; Internal terms |
| | PDF Pg. 131 | Internal processes; Internal terms |
| | PDF Pg. 132 | Internal processes; Internal terms |
| | PDF Pg. 133 | Internal processes; Internal terms |
| | PDF Pg. 134 | Internal processes; Internal terms |
| | PDF Pg. 135 | Internal processes; Internal terms |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | PDF Pg. 136 | Internal processes; Internal terms |
| | PDF Pg. 137 | Internal processes; Internal terms |
| | PDF Pg. 138 | Internal processes; Internal terms |
| | PDF Pg. 139 | Internal processes; Internal terms |
| | PDF Pg. 140 | Internal processes; Internal terms |
| | PDF Pg. 141 | Internal processes; Internal terms |
| | PDF Pg. 142 | Internal processes; Internal terms |
| | PDF Pg. 143 | Internal processes; Internal terms |
| | PDF Pg. 144 | Internal processes; Internal terms |
| | PDF Pg. 145 | Internal processes; Internal terms |
| | PDF Pg. 146 | Internal processes; Internal terms |
| | PDF Pg. 147 | Internal processes; Internal terms |
| | PDF Pg. 148 | Internal processes; Internal terms |
| | PDF Pg. 149 | Internal processes; Internal terms |
| | PDF Pg. 150 | Internal processes; Internal terms |
| | PDF Pg. 151 | Internal processes; Internal terms |
| | PDF Pg. 152 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

The following briefing and exhibits to Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Opposition to Google's Motion to Exclude Opinion of Michael J. Lasinski [Dkt. 331]:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Plaintiffs' Opposition to Google's Motion to Exclude Opinion of Michael J. Lasinski | Pg. 3, Lines 25 – 28 | Internal processes; Internal terms |
| | Pg. 4, Lines 1 – 3, 5-17, 21-24 | Internal processes; Internal terms |
| | Pg. 5, Line 25 | Internal processes |
| | Pg. 12, Lines 19 – 20 | Internal processes |
| | Pg. 13, Lines 16-17, Footnote s 6 and 7 | Internal processes; Internal terms |
| | Pg. 14, Lines 22-24 | Internal processes; Internal terms |
| | Pg. 23, Lines 1-3 | Internal processes; Internal terms |
| *Exhibit 1* | *Duplicative of Exhibit 1 to Google's Motion to Exclude Opinion of Michael J. Lasinski* | |
| Exhibit 5 | 187:23-24 | Internal terms |
| Exhibit 9 | GOOG-RDGZ-00028472 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028473 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028474 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028475 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028476 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028477 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | GOOG-RDGZ-00028478 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028479 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028480 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028481 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028482 | Internal processes; Internal terms; Internal strategy |
| | GOOG-RDGZ-00028483 | Internal processes; Internal terms; Internal strategy |
| | GOOG-RDGZ-00028484 | Internal processes; Internal terms; Internal strategy |

The following pages in the Expert Report of Jonathan E. Hochman dated March 22, 2023 and Appendices filed within:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 5, Para. 2 | Internal strategy |
| | Pg. 22, Para 51 | Internal processes |
| | Pg. 23, Footnote 32 | Internal terms |
| | Pg. 24, Para. 54 | Internal terms |
| | Pg. 24, Para. 55 | Internal processes |
| | Pg. 24, Footnote 36 | Internal processes; Internal strategy |
| | Pg. 26, Footnote 39 | Internal terms |
| | Pg. 29, Para. 64 | Internal terms |
| | Pg. 33, Para. 73 | Internal strategy |
| | Pg. 33,  Footnote 60-62 | Internal strategy |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 39, Footnote 74 | Internal strategy; Internal terms |
| | Pg. 49, Para. 107 | Internal processes; Internal strategy |
| | Pg. 50-52, Para. 110 | Internal processes; Internal strategy |
| | Pg. 50, Footnote 92 | Internal strategy |
| | Pg. 52, Para. 112 | Internal terms |
| | Pg. 53,  Para. 114 | Internal processes |
| | Pg. 54, Paras. 115-117 | Internal processes; Internal strategy |
| | Pg. 55, Para. 120 | Internal processes |
| | Pg. 56,  Footnote 95 | Internal processes |
| | Pg. 56-57, Para. 124 | Internal processes |
| | Pg. 58, Para. 126 | Internal processes |
| | Pg. 58-59, Para. 127 | Internal processes |
| | Pg. 59, Para. 128 | Internal processes |
| | Pg. 60-63, Para. 130 | Internal processes |
| | Pg. 66-67, Paras. 138-139 and Footnote 106 | Internal processes; Internal strategy; Internal terms |
| | Pg. 67-69, Para. 141 | Internal processes; Internal strategy |
| | Pg. 67, Footnote 107 | Internal processes; Internal terms |
| | Pg. 68, Footnote 108 | Internal processes; Internal strategy |
| | Pg. 71, Footnote 113-114 | Internal processes; Internal strategy |
| | Pg. 72, Para. 149 | Internal processes; Employee PII |
| | Pg. 73, Para. 152 | Employee PII |
| | Pg. 75-79, Paras.159-165 | Internal processes; Internal strategy |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 77, Footnote 118-119 | Internal processes; Internal strategy; Internal terms |
| | Pg. 79, Footnote 120 | Internal processes; Internal terms |
| | Pg. 80, Para. 168 | Internal processes; Internal strategy |
| | Pg. 81, Para. 169 | Internal processes; |
| | Pg. 81-82, Para. 171 | Internal processes; Internal strategy |
| | Pg. 82, Paras. 173-174 | Internal processes; Internal strategy |
| | Pg. 83-84, Paras. 175-177 | Internal processes; Internal strategy |
| | Pg. 83, Footnote 128 | Internal processes; Internal strategy |
| | Pg. 85, Para. 179 | Internal terms |
| | Pg. 86, Para. 182 | Employee PII |
| | Pg. 88, Paras. 188-189 | Internal processes; Internal terms |
| | Pg. 89-90, Para. 191 | Internal processes |
| | Pg. 89, Footnote 131 | Internal processes |
| | Pg. 91-92, Para. 192 | Internal processes; Internal strategy |
| | Pg. 94, Para. 198 | Internal terms |
| | Pg. 96, Para. 206 | Internal processes; Internal strategy |
| | Pg. 97, Para. 207 | Internal processes; |
| | Pg. 98, Para. 208 | Internal processes; Internal terms |
| | Pg. 100, Paras. 213-214 | Internal processes; Internal terms |
| | Pg. 100-101, Para. 216 | Internal processes; Internal terms |
| | Pg. 101, Paras. 217-218 | Internal terms |
| | Pg. 102,-103 Paras. 220-222 | Internal processes; Internal strategy |

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 104-106, Paras. 229-231 | Internal processes; Internal terms |
| | Pg. 106-108, Para. 232 and Footnote 140 | Internal processes; Internal terms |
| | Pg. 108-109, Paras. 233-235 | Internal processes; Internal terms |
| | Pg. 110, Para. 237 | Internal terms |
| | Pg. 110-111, Paras. 238-239 | Internal processes; Internal terms |
| | Pg. 111, Footnote 141 | Internal processes; Internal strategy |
| | Pg. 111-113, Paras. 241-243 | Internal processes; Internal terms |
| | Pg. 113, Paras. 244-245 | Internal processes; Employee PII |
| | Pg. 113-114, Para. 246 | Internal terms |
| | Pg. 114, Footnote 144 | Internal terms |
| | Pg. 114, Para. 248 | Internal terms |
| | Pg. 116 ,Footnote 145 | Internal processes |
| | Pg. 122, Para. 273 | Internal processes |
| | Pg. 125, Para. 282 | Internal processes |
| | Pg. 127, Para. 286 | Internal processes; Internal strategy |
| | Pg. 131-132, Paras. 299-300 | Internal processes; Internal terms |
| | Pg. 132-133, Para. 303 | Internal processes; Internal strategy |
| | Pg. 133-134, Paras. 305-309 | Internal processes; Internal strategy |
| | Pg. 134, Footnote 159 | Internal processes; Internal terms |
| | Pg. 136, Para. 312 | Internal processes; Internal terms |
| | Pg. 137-138, Paras. 318-319 and Footnote 162 | Internal terms |
| | Pg. 138-141, Paras. 320-324 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
|  | Pg. 139, Footnote 163-164 | Internal processes; Internal terms |
|  | Pg. 140, Footnote 165 | Internal processes; Internal terms |
|  | Pg. 141, Para. 326 | Internal terms |
|  | Pg. 142-143, Para. 330 | Internal processes |
|  | Pg. 147-148, Paras. 344-345 | Internal processes; Internal strategy |
|  | Pg. 148, Paras. 347-348 | Internal processes; Internal strategy |
|  | Pg. 149, Para. 351 | Internal processes; Internal strategy |
|  | Pg. 150, Para. 353 | Internal processes; Internal terms |
|  | Pg. 150, Para. 355 | Internal processes; Internal strategy |
|  | Pg. 150, Footnote 173-174 | Internal processes; Internal strategy |
|  | Pg. 151, Para. 356 | Internal processes |
|  | Pg. 151, Para. 358 | Internal processes; Internal terms |
|  | Pg. 152, Para. 360 | Internal terms |
|  | Pg. 153, Para. 364 | Internal terms |
|  | Pg. 154, Para. 367 | Internal processes; Internal terms |
|  | Pg. 154, Footnote 175 | Internal processes; Internal strategy |
|  | Pg. 157, Para. 375 | Internal processes; Internal strategy |
|  | Pg. 162, Para. 388 | Internal terms |
|  | Pg. 168, Para. 411 | Internal processes; Internal strategy |
|  | Pg. 168, Footnote 180 | Internal processes; Internal strategy |
| Appendix E | Pg. 5 Footnote 16 | Internal processes |
|  | Pg. 7, Para. 13 | Internal terms |
|  | Pg. 10, Paras. 20-21 | Internal processes; Internal strategy |
|  | Pg. 10, Footnote 24 | Internal processes |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 11-13, Paras. 23-26 | Internal processes; Internal strategy |
| | Pg. 14, Para. 28 | Internal processes; Internal terms |
| Appendix G | Pg. 1, Table of Contents | Internal terms |
| | Pg. 11, Para. 26 | Internal terms |
| | Pg. 11, Heading 2.1 | Internal terms |
| | Pg. 11-30, Paras. 28-73 | Internal processes; Internal strategy; Internal terms |
| | Pg. 31, Para. 74 | Internal strategy; Internal terms |
| | Pg. 32, Paras. 79-80 | Internal strategy; Internal terms |
| | Pg. 33, Paras. 83-85 | Internal processes; Internal terms |
| | Pg. 34-37, Paras. 86-98 | Internal processes; Internal strategy; Internal terms |
| | Pg. 37, Para. 100 | Internal terms |
| | Pg. 39, Para. 106 | Internal processes; Internal terms |
| | Pg. 40-41 ,Paras. 109-113 | Internal processes; Internal terms |
| | Pg. 42-43, Paras. 115-121 | Internal processes; Internal terms |
| | Pg. 44-101 | Internal processes; Internal strategy; Internal terms |
| Appendix I | Pg. 5, Paras. 13-14 | Internal processes; Internal terms |
| | Pg. 10, Para. 36 | Internal processes |
| | Pg. 28-29, Paras. 65-66 | Internal processes; Internal strategy; |
| Appendix K | Complete Document | Internal processes; Internal strategy; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

67833509.1

Accordingly, the Court orders that the above-noted information should be sealed.

**IT IS SO ORDERED.**

DATED: _____          _____

Honorable Richard Seeborg
United States District Judge

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS