# EXHIBIT 2

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# PUBLIC REDACTED VERSION

# Background, purpose and disclaimer

**Background**

This deck aims to summarize our knowledge about a person's consent experience on Google. Insights are primarily based on consent research that we've been conducting since 2016, both in qualitative settings e.g. Pinecone lab and in-home research as well as in scaled qualitative research (e.g. ▮▮▮▮▮) and what we've learned from metrics and live experiments. In addition, we've referenced related internal and external research where appropriate.

**Purpose 1: Reference**

In many ways, what you will find here are not unique insights. Many things you will have heard in previous presentations, read in research reports or personally observed during user research. Our aim is to provide one reference location for PDPO Consent research that can be used by anyone that needs it. Some call it a 'what we know' deck or 'duh' deck ;-)

**Purpose 2: Inform future consent strategy**

As mentioned, many insights here are not new but when combined we feel it provides a great basis to help define Google's future consent strategy. Both the combined insights as well as our recommendations should serve this purpose.

In addition, we believe that consent by itself is not the right strategy, so you should see these recommendations as part of a bigger product strategy being created within the PDPO as well in several other places in Google.

**Disclaimer**

This deck is still a work in progress and is not yet complete - detailed insights might be missing or incomplete, recommendations not fully formed etc. Feel free to add comments and questions which we can use to improve and enrich the content.

Also, this deck has NOT BEEN REVIEWED NOR APPROVED BY PRIVACY LEGAL so not sharing broadly.

Privileged and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00209974

| Id | Date | Text |
|---|---|---|
| 1 | 08/12/2020 07:48:03 | jessicag▮ suneet▮<br>Hi Jess,<br>welcome back, hope you had a good vacation.<br><br>Please let me know if you have any questions.<br>thanks!<br>Arne<br>_Assigned to Jessica Gan Lee_ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-RDGZ-00209975



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00209976

## Executive summary – Things we'll cover today

1. **Trust** is the willingness to take a **risk** based on expectation of **benefit** and is built **over time**

2. Google's few **consent** moments alone, very early in the relationship, are **not enough to help users form accurate expectations** about risks involved and benefits gained when engaging in a data-sharing relationship with Google.

3. This can lead to **unpleasant surprises** when users engage with Google products; this **harms trust** and further feeds a negative feedback loop and **impairs our trust building efforts**

4. To support **rebuilding trust** in Google, we should engage in a **ongoing in-context transparency & control conversation** that allows people to form and retain and up-to-date and accurate expectations about risks involved and benefits gained and **build trust over time**.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-RDGZ-00209977



Trigger moments:
Trust in company leads to comfort with data sharing
https://docs.google.com/presentation/d/1bDAD8PNeKc1ec_MD5sGk9fTpAfGhSkAEUY0ZgBlrGWk/edit#slide=id.g7499fb8892_2_1685

UNEXPECTED EVENTS AND USER EXPERIENCE - SURPRISE AS A DESIGN STRATEGY FOR INTERACTIVE PRODUCTS
Unexpected Events and User Experience. Surprise as a Design Strategy for Interactive Products

Beyond Surprise: A Longitudinal Study on the Experience of Visual-Tactual Incongruities in Products
http://www.ijdesign.org/index.php/IJDesign/article/view/1036/399

Surprise as a Design Strategy
https://www.jstor.org/stable/25224165?seq=1
https://www.academia.edu/12962460/Surprise_as_a_design_strategy

Surprise! Why the Unexpected Feels Good, and Why It's Good For Us
https://www.wnycstudios.org/podcasts/takeaway/segments/surprise-unexpected-why-it-feels-good-and-why-its-good-us

Why Humans Need Surprise: Embrace the Unpredictable and Engineer the

Unexpected
https://greatergood.berkeley.edu/article/item/why_humans_need_surprise
https://books.google.de/books?id=HdzbAwAAQBAJ&pg=PT25&lpg=PT25&dq=reasons+for+surprise&source=bl&ots=LP46M9YiDC&sig=ACfU3U3NFBt3J8CBoX-liUCLZx0jxLaCDw&hl=en&sa=X&ved=2ahUKEwjDsMz69ojqAhVL0aYKHUAeC_IQ6AEwEHoECAkQAQ#v=onepage&q=reasons%20for%20surprise&f=false

Surprise principle
http://changingminds.org/principles/surprise.htm

Emotional design - Donald Norman
https://medium.muz.li/the-art-of-emotion-normans-3-levels-of-emotional-design-88a1fb495b1d


go/reassure

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        GOOG-RDGZ-00210103