# EXHIBIT 42

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# PUBLIC REDACTED VERSION

# Retention Controls Comprehension

go/default-retention-findings2

April 27, 2020
UXR: nzokaei (POC)
UXD: dgearity
UXW: jwoll
PM: davidmonsees, catwu

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00151992

## Default Retention in Settings UI

In past research we have seen that showing retention controls on the Activity Controls page makes user more aware of this function and gives them more sense of control over their data. (Retention in Setting UI Research)

In this study we want to get an understanding of users' mental model of the control hierarchy and see if users have correct understanding of the relationship between the different controls on the page (collection on/off, DR on/off).



GOOG-RDGZ-00151993



GOOG-RDGZ-00151994



GOOG-RDGZ-00151995



GOOG-RDGZ-00151996



## Research Questions

1. **WAA**: What do users expect turning WAA off to mean
   a. How do they expect that to affect other functionalities?

2. **WAA Off and Retention**: What are users' expectations around retention when turning off WAA?
   a. Do they understand what happens to existing data?

3. **Retention flow**: What are users' pain point when setting/changing retention?
   a. Do they think they have enough information to make a choice.
   b. Do users understand how changing auto-delete will impact their data?

4. **WAA Off and no data**: Does the page clearly communicate to users when they don't have data?
   a. Do users expect Auto-delete and Manage Activity to be disabled or enabled when there's no data?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00151997



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00151998



## Participants

| PID | Gender | Age | Occupation | Device type | Tech knowledge | Does Google store data? |
|-----|--------|-----|-----------|-------------|----------------|------------------------|
| 1 | Male | 51 to 60 | Mental Health Counselor | Android | Very knowledgeable | Yes |
| 2 | Female | 31 to 40 | Teacher | iPhone | Somewhat knowledgeable | Yes |
| 3 | Female | 24 to 30 | Director of Academic Services | iPhone | Very knowledgeable | Yes |
| 4 | Male | 31 to 40 | Musician | iPhone | Somewhat knowledgeable | Yes |
| 5 | Female | 51 to 60 | Volunteer Management | Android | Somewhat knowledgeable | Yes |
| 6 | Male | 31 to 40 | Grad Student -- Chinese Medicine | Android | Somewhat knowledgeable | Yes |
| 7 | Female | 18 to 23 | Customer service | Android | Very knowledgeable | Yes |
| 8 | Male | 51 to 60 | Manager Labor Analytics | iPhone | Somewhat knowledgeable | Yes |
| 9 | Female | 31 to 40 | Registered Nurse | Android | Very knowledgeable | No |



## Findings Summary

### Overall Reaction to Activity Controls:

1. At first glance participants easily noticed the main functionalities available on the Activity Controls page
2. What type of data Web and App activity includes was a big question for many participants
3. Participants desired an easy way to access their activity controls and were not sure how they could do that today.

### Controls Comprehension:

1. **WAA Toggle Off:**
   a. All participants expected turning WAA toggle off to stop saving their activity
   b. Half of the participants expected Auto-delete and Manage activity to no longer be available when toggle is off
2. **WAA Off + AD:**
   a. Overall some participants had difficulty understanding the relationship between WAA Off and the auto-delete function
3. **Auto-delete flow:**
   a. Participants found the auto-delete flow to be clear and straightforward over all
   b. Some questions regarding choices offered and what data was being auto-deleted did come up
4. **WAA Off + No Activity:**
   a. Participant found Auto-delete enabled when they had no activity to be confusing and unintuitive
   b. All participants preferred the auto-delete disabled design because it clearly communicated that they no longer had activity

GOOG-RDGZ-00152000



GOOG-RDGZ-00152001



8/9 ppts believed Google stores activity data. However, none had a clear for how long

○   Only 1 participant **did not think that Google stored information**, but was not surprised that they did:

*"I didn't know that but it makes sense. Anything that goes on the internet will stay there so it make sense for Google to keep track of what I'm doing" - P7*

○   Participants were **uncertain about how long** the data was stored for:

*"I think it depends on the type of information and what it's used for. Some of it is probably stored long-term and some of it shorter term" - P1*

*"I don't know. Maybe years? I wouldn't say it goes away in like five days but I also don't know how much space it takes to store up all of that information but a while" - P3*

Google  |  Proprietary & Confidential

G

I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

GOOG-RDGZ-00152002



4 participants mentioned wanting easy access to the activity controls page

- 2 of the participants mentioned this **when asked about desired controls**:

  *"I would want **easier access to my data**. Right now I have to dig correctly and in the right places in the right ways to find it." - P1*

- The other 2 participants mentioned it **upon seeing the page** for the first time:

  *"I **wouldn't know where to find [the activity controls]**. I'd love to see it offered when I create a new account or when I start using a service like Google Docs for the first time. And then later on in the settings." - P2*

  *"I would definitely want to know how I could access the information that is stored about me. It's **probably in one of the 100 bajillion options that Google has** but it would be nice if it was easier to get to" - P5*

I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.



## However many participants were not clear on what Web and App activity was exactly referring to

Participants were uncertain about what type of data Web and App activity actually meant.

> *"I would* ***want more description about web and app activity means****. I'm still hung up on what that word includes. it's not very descriptive in its current state" - P8*

This question came up in multiple instances including turning toggle off, and retention flow.

Users quesiton around WAA came up in different stages. Picking and AD option, not knowing what is deleted, etc.



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Participants had some questions around Auto-delete

- Some participants did not connect Auto-delete setting to data retention:

  *"I can't tell how long data is kept for. I guess permanently?" - P1*

- 3 participants were confused about what activity will **'expire'** meant:

  *"I don't know what expire means. I'd expect it to mean that it would no longer be used but I wouldn't assume that my data was going to be deleted." - P5*

  *"What is the difference expire and deleted? I would hope that it would get deleted but using the word expire I don't know if that necessarily means it's going to be deleted or if it's just stored somewhere else." - P9*

I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

| Id | Date | Text |
|----|------|------|
| 1 | 04/27/2020 22:35:52 | Good feedback, our new string explicitly says "Deleting activity older than 18 months" which hopefully addresses this |

Google   |   Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152008



Section 2

# Controls Expectations & Comprehension

GOOG-RDGZ-00152009



Turning WAA Off

**Web & App Activity**

Saves your activity on Google sites and apps, including associated info like location, to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services.
Learn more

☑ Include Chrome history and activity from sites, apps, and devices that use Google services

☑ Include voice and audio recordings

Auto-delete (On)                    >
Activity older than 18 months will expire

Manage your activity              >
See and delete past activity

I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.



Turning WAA Off

## All participants expected turning off toggle to stop their activity from being saved

"I would assume that whatever data was pumping out from like me using web browser **would no longer be recorded** assuming I actually trusted that Google won't save anything." - P4

"It will **stop giving google permission to store my activity.** It would kind of be similar to incognito mode. It wouldn't be saving all that stuff so that I wouldn't get customized ads." - P1

Google | Proprietary & Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-RDGZ-00152011

Turning WAA Off

## 2 participants were doubtful that no activity would be collected at all

*"I don't think it would save it. But* **that doesn't mean that it doesn't collect the information** *during the time of the use but that as soon as I'm finished or exit it deletes it" - P1*

*"I don't 100% trust that it wouldn't store anything. Not because I'm a distrustful person but* **because there are conditions by which I should not be allowed to turn that off.** *For example, activity that may be nefarious still has to be superseded because Google still has work hand in hand with government agencies that are providing oversight" - P5*



Google | Proprietary & Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



WAA Turned Off

## For 4 participants. the post tap screen accurately matched their expectation

| | Pre-tap expectation: | | Post-tap reaction: |
|---|---|---|---|
| P1 | *"I would expect the items in the same section, the* ***2 check boxes, to turn off****. The auto-delete is in the next table cell so I don't think that would change"* | → | *"Yes that's pretty much what I expected. Only the two checkboxes got unselected"* |
| P4 | *"The two* ***checkboxes underneath would gray out*** *[Auto-delete and Manage activity] look like separate menus to me"* | → | *"I think it looks exactly as I thoughts it would"* |
| P8 | *"I would expect that none of the activity would be saved and so the* ***checkboxes will be gone*** *It's all or nothing"* | → | *"I think it looks exactly as I thoughts it would"* |
| P9 | *"I* ***won't be able to select the two checkboxes*** *I don't think Auto-delete would go away because turning off the web and app activity doesn't necessarily delete your past data."* | → | *"That's what I thought would happen. So you still have the auto-delete and where you can see and delete your past activity. But anything moving forward wouldn't be stored."* |

would expect that. None of this activity would be saved and so it's not a an al a Carte menu, but it's it's all or nothing



would expect that. None of this activity would be saved and so it's not a an al a Carte menu, but it's it's all or nothing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152014

WAA Turned Off

## Others expected the auto-delete and manage activity to no longer be available

Pre-tap expectation:

P3    "I imagine it would get collapsed so I wouldn't see anything I got underneath"

P7    I would expect all the options under it to probably go away but I'm not too sure.

P2    "I expect the blue toggle to go grey and anything that was in the screen to shrink up."

P6    "I expect that if I turn it off the other options would no longer be applicable."



← Activity Controls

Choose which settings will save data in your Google Account

The data saved in your account helps give you more personalised experiences across all Google services.

**Web & App Activity**

Saves your activity on Google sites and apps, including associated info like location, to give you faster searches, better recommendations, and more personalised experiences in Maps, Search, and other Google services. Learn more

☐ Include Chrome history and activity from sites, apps, and devices that use Google services

☐ Include voice and audio recordings

🗒 Auto-delete (On)      ›
Activity older than 18 months will expire

🕑 Manage your activity      ›
See and delete past activity

Google | Proprietary & Confidential





| Id | Date | Text |
|---|---|---|
| 1 | 04/28/2020 16:15:34 | Collapsing the checkboxes when WAA off is an interesting concept. I'm less inclined to hide the "auto-delete" and "manage" links because they provide key awareness for supplemental controls. My assumption would be (and this is based in some research) that knowing you can delete activity will makes users more comfortable with allowing collection to be on. |
| 2 | 04/28/2020 17:01:04 | wonder if we could do a better job communicating that the subsettings are disabled when WAA OFF +dgearity |
| 3 | 04/28/2020 17:01:04 | +1 to only doing this for checkboxes. i like disabling auto-delete (prioritizing awareness) and having myActivity stay available (since we want to make it useful even in the no data staet) |

Google  /  Proprietary & Confidential

6



WAA Turned Off

## Participants expected existing activity to remain in their account

- Some participants were clear on existing data being kept for 18 months and then deleted

  *"So I just stop my activity from being saved moving forward. But I guess what was stored up until now will be there until it gets older than 18 months" - P9*

- Other expected past data to stay but did not mentioned 18 month retention

  *"I would assume that **Google would just hang on to it indefinitely** for whatever purpose." - P1*

- 1 participant wasn't sure whether existing data would be deleted or not

  *"**There should be some type of disclaimer** that says any prior information collected may be stored and if you want to view it or remove it there should be an option for that." - P6*

*I wouldn't necessarily think that it goes away completely unless there's another option that says delete past activity.*

| Id | Date | Text |
|----|------|------|
| 1 | 04/27/2020 23:10:49 | This is after they have turned off toggle but have not changed AD |
| 4 | 04/28/2020 17:00:23 | is this when looking at the mock, eg when they se Auto-delete ON? |
| 5 | 04/28/2020 17:00:23 | got it - glad their expectations match reality :) |

Google | Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152020

WAA Turned Off

## Participants were able to eventually reach the correct understanding around the auto-delete setting and their existing data

After talking through the information on the page and their expectations with the Auto-delete control, participants seemed to have a grasp on what was happening to their existing data:

*"So if you disabled web activity today, but you have history recorded from yesterday and earlier auto-delete is still relevant. After all history deleted it's not going to record anything further. So then the auto-delete function is a moot point because it's not recording anything" - P3*

*"Because Auto-delete is on it means that there is still data from 18 months prior before I turned it off" - P5*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00152021



so if you disabled your web activity like today, but you know from yesterday and like earlier you have history recorded that auto-delete is still relevant because if you had set it up to delete your history every week and it would Do that and then after history deleted it's not going to record anything further. So then that you know how to delete function really is a moot point because it's not recording anything but at least it's there but to delete any previous activity. So Perhaps, it would be great out or it can say like you have no like history recorded or something like with that language. So they realize like you don't have any history which actually would be comforting to some people because if they saw that auto DeLeon and they know they're not selecting to have their history recorded then they might think that Google's lying. So maybe it should be grayed out or there should be some note saying like you don't have any history,

WAA Turned Off + Changing Autodelete

## Most participants expected to see additional time options when they tap on Auto-delete

*"I wonder if it would give me options for other times and I can select different times like 6 months or older or 12 months or older 18 months two years..." - P9*

*"If I clicked on that I would have the option to actually turn it off or maybe choose six months instead of 18 months." P2*

### 1 participant thought there would **only be an on/off option:**

*"There would probably be an interesting blurb that says this is what Auto-delete really does if you turn it off because it's turned on" - P5*



Google | Proprietary & Confidential



WAA Turned Off + Changing Autodelete

## Participants found the choice screen pretty straightforward

○ Some participants expected to more options including 'Delete all':

*"I thought it would give me more options. There's a big gap between 3 months and 18 months. and manually deleting sounds very tedious. I would want to have an option that lets me delete all of the activity that's left" - P9*

○ But the participant who had only expected On/Off options was happy about the additional time options

*"I didn't expect so many options. I just thought that like the 18 months one would be the the singular option." - P5*



WAA Turned Off • Changing Autodelete

## Other points that came up...

Choose an auto-delete option for your
Web & App Activity

◉ Auto-delete after 18 months
and manually delete any time

○ Auto-delete after 3 months
and manually delete any time

○ Don't auto-delete
Keep activity until I delete manually

**What's being deleted?** (x3)
*"I want t more description about web and app
activity is. What will actually be deleted? I
would be hesitant to have it auto-delete and
then lose something that I wanted to keep"*

**How will it improve the experience?**
*"What does it means when it says 'can improve
your experience anywhere'? Makes me wonder if
it's what people complain about targeted ads
popping up because their phone is always
listening"*

**Stop saving should be with the other
options** (x2)
*"I don't understand why this is at the bottom of
the page, it feels like it should be the first
option. Don't save ... Don't auto-delete"*

WAA Turned Off + Changing Autodelete

## Participants were clear on what the confirmation page was communicating



- ○ The separate sections helped participants understand how data moving forward vs existing data would be affected

  *"The top is talking about future state. It's deleting everything older than three months so tomorrow one day more would be deleted. And below it's a really nice feature that offers the preview. I would probably look to makes sure nothing is being deleted that I don't want deleted" - P5*

- ○ But 2 participants were **confused about why 'some activity may expire sooner'**

  *"I would have a question about the 'some activity may expire sooner'. Not sure what it means by that. Why would it expire sooner than another activity if I've chosen three month" - P2*

| Id | Date | Text |
|----|------|------|
| 6 | 04/28/2020 16:59:52 | +1 +jwoll        +davidmonsees      is this line necessary? what's the scenario we're accounting for? |
| 1 | 04/28/2020 17:59:17 | I agree about the ambiguity of "expire." Thanks Luis for pointing it out. Cat, I think this screen is intended to create extra friction for an irreversible user action with significant consequences. |
| 7 | 04/28/2020 18:34:06 | Sorry, I meant for the line with 'may expire sooner' specifically! Could we remove it? |
| 2 | 04/28/2020 20:22:40 | Was this in there for VAA? As in, "...may be deleted earlier, once they are no longer needed ..." I think it was in there for data that is automatically deleted because it's TTL is shorter or because it is no longer needed. +davidmonsees Could you confirm? |
| 1 | 04/29/2020 20:45:14 | +catwu      For you to think about. We use "expire" here again, and I agree that it's pretty confusing what that actually means |
| 8 | 04/29/2020 20:45:14 | we cleaned up the text to be clearer "may be deleted earlier, if it's no longer needed". thanks for flagging! |

Google | Proprietary & Confidential

G



WAA Turned Off + Changing Autodelete

## Final retention page

**Preference saved**

Auto-deleting your web and app activity once it is older than 3 months.

Your activity older than 3 months has been permanently removed from your account and no longer tied to you.

Learn how your activity is used

**What happens to activity**
"In the initial page they use 'expire'. I don't know when something expires does that mean that it's deleted or is it one of those loophole words, but **knowing that it's permanently removed makes me feel better.** They should've explained this sooner" - P9

**Learn how activity is used**
"I like that I can 'Learn how your activity is used'. I think that should have been offered earlier because if I knew how my data was being used then it would probably impact which option I chose" - P3

Privacy tip

Explore activity from other Google services that save similar data

See your Location History

See your Chrome History

See other activity

**Activity from other Google services**
"When it says Web and App I thought things like location and chrome were included. But here it looks like those are separate? So which apps are included and which aren't?" - P7

Got it

Google | Proprietary & Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Id | Date | Text |
|----|------|------|
| 3 | 06/30/2021 15:32:00 | another takeaway can be that maybe educational onward journeys can be surfaced before an action has been taken (ex. during the retention journey but before they have set retention) |
| 2 | 07/12/2021 20:02:57 | isabellezhou ███████████ Here is a similar insight around user confusion |
| 1 | 07/12/2021 20:02:57 | This is insightful - it also aligns with what was surfaced about user trust/education during the brainstorm session :) |

Google / Proprietary & Confidential

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152029

WAA Turned Off + Auto-delete Changed

## When WAA was turned off and Auto-delete was changed to 3 months, some participants still had difficulty understanding what was happening to their activity

Some participants had difficulty distinguishing that the toggle impacts data collection moving forward whereas auto-delete can be working on existing data

*"Having toggled this off I'm under the impression that it's still saving my data but only for 18 months, or now 3. But that doesn't seem to be logical because it's turned off so my choice of going ahead and letting it go in 3 months should be turned off as well" - P8*

*"My activity is not being saved at all. Even though later I chose 3 months, the off toggle supersedes that I'm not sure what the difference is between activity not being saved and this activity is going to expire not sure why I would have any activity because I've already turned it off" - P2*

*"The data I had that was more than three months old is now deleted and tomorrow, there'll be one more day that's deleted that. But the information isn't being saved anyway, why would the auto-delete be necessary? It's kind of like you do one or the other." - P5*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152030



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152031

WAA Turned Off + No Activity

## When asked about their expectation if they were to come back to this page in 6 months, 2 participants explicitly mentioned expecting no activity to be remaining

*"I would expect that when I tap on manage my activity that there would be less activity because it's being auto-delete. Well I guess in 6 month there shouldn't be any at all." - P3*

### 1 of the participants even expected auto-delete to be disabled:

*"All of the history should be deleted and it's not recording anything further. So the delete function is a moot point. So Perhaps, Auto-delete would be greyed out or say 'no history recorded' which actually would be comforting because if users saw auto-delete still on they might think that Google's lying." - P9*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152032

WAA Turned Off • No Activity

## 2 participants expected to be able to see the last date of setting configuration

These participants wanted to know when they had last changed their settings so they could be able to know if they should have any data or not.

*"I would expect this page to say you turned this off 90 days ago or 60 days ago. **So I can know how much data I should expect to have.**" - P8*

*"I would want to know when I changed that setting in case I forget. So if I was wondering why I couldn't see my history from. April 24th **I would remember that I turned it off on the 23rd.**" - P1*

Activity Controls
Choose which settings will save data in your Google Account
Web & App Activity

WAA Turned Off + No Activity

## Auto-delete enabled vs disabled



AD Enabled

AD Disabled

Google | Proprietary & Confidential

WAA Turned Off + No Activity

## The enabled auto-delete made some participants believe they still had activity data

Participants found 'Auto-delete On' when they have no data to be unintuitive:

*"I noticed that auto-delete is blue, which means that I had stuff older than 3 months that I didn't delete."*

*"In this case auto-delete says in 3 months will expire. We are at the point where I should have any data left? I would be confused by the auto delete comment here"*

*" The Auto-delete part would still be contradicting that there is not more data if I was looking at it 6 months later."*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152035

WAA Turned Off + No Activity                                                                              ⋮  ✕

## 4/5 participants noticed the 'no saved activity' notice at the top of the page

They thought that made sense but 3 mentioned they would not want to have to click into this page before seeing that notice.

*"Yeah that makes sense. That's what I expected to see in the first place. Not having to tap to another screen" - P5*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   GOOG-RDGZ-00152036



WAA Turned Off + No Activity

## All participants preferred the disabled auto-delete design, because it was more informative of their activity state

The disabled Auto-delete made it clear that there was no activity to delete

*"Having auto-delete disabled ]makes more sense because if you come back 6 from now and you don't have any activity, it's unnecessary to have the auto-delete as an option. And you have to go to an extra page to be told you don't have data" - P5*

*"I have nothing to see or delete so why would I be able to tap on auto-delete? It make more sense for tit o be greyed out" - P1*

*"[This screen] is better than what I expected because in retrospect if it still said activity older than 3 months was being deleted it would have been confusing" - P7*

Google  |  Proprietary & Confidential

WAA Turned Off + No Activity

## Only 1/9 ppt noticed the 'no activity' text in either design

○ Almost none of the participants noticed the 'you have no activity to save or delete' subtext under Manage activity until it was pointed out to them.

○ A few had indicated wanting to see that under Auto-delete



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Recommendations and next steps

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152040