# EXHIBIT 54

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# PUBLIC REDACTED VERSION



CONFIDENTIAL   GOOG-RDGZ-00090236

# Background

- On 10/06/2020, Privacy Checkup launched three new suggestions cards that prompt users to set up retention plans for Web & Apps Activity, Location History, and Youtube History (three cards are presented in this order.)
- This brief report summarizes initial insights about how user interacted with these three retention cards inside Privacy Checkup based on early data (10/06/2020 - 10/27/2020).

**WAA Retention Card**



**Location History Retention Card**



**Youtube History Retention Card**





### TL;DR

- Three data retention cards (Web & App Activity, Location History, and Youtube History) are launched in Privacy Checkup from around 10/06/2020.
- **Desirable user interaction** for Privacy Checkup Retention cards includes clicking on "Set up auto-delete" button or "Not now" button.
- Overall, ▮% users who saw the retention card had desirable user interaction.
- Location History retention card had the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ card seen by users, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
- The rate of having desirable user interaction on all retention cards ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

CONFIDENTIAL GOOG-RDGZ-00090238

| Id | Date | Text |
|----|------|------|
| 1 | 10/28/2020 18:12:01 | Agreed and do we have any evidence from qual research about this ▓adeluca▓▓▓m ? |
| 1 | 10/30/2020 13:59:08 | yes https://docs.google.com/presentation/d/1IDVKXnm7iIGFPLVqs8yi_VOYHITtgxFBZtMfIN6WLys/edit#slide=id.g8a030e21af_0_688<br><br>:-D |
| 2 | 10/30/2020 15:29:33 | Thanks. Did we compare the confusions of WAA vs. LH vs. YTH? |
| 2 | 10/30/2020 15:52:48 | ▓dgearit▓▓▓▓ohelys▓google.com might be good to explore showing activity snippet for preview of content in the card in a future version |
| 2 | 10/30/2020 15:55:45 | We did not compare. |
| 1 | 11/02/2020 14:50:49 | +1 to the hypothesis and Alex's research has been backed up by numerous other studies. WAA just isn't clear to users. I wonder if it would be useful to also experiment with a more prominent link to "View" Web & App Activity. Right now it's linked in the descriptive text, but what if we added back the row beneath "Not now"<br><br>@heftluthy@google.com - showing previews could be a viable option. I've also been exploring lighter transparency (Just showing icons for products with saved activity under WAA). Hoping this handles the disambiguation without overwhelming that card. |
| 3 | 11/02/2020 15:03:59 | Icons for products w/ saved activity makes more sense and I'd definitely want to try that before including activity snippets!<br><br>I'd lean toward not including a "view activity" callout bc optimizing for desired action is better |
| 3 | 11/02/2020 15:23:29 | fwiw, this type of snippet worked really well in one of the Dashboard explorations we did |
| 2 | 11/02/2020 17:31:34 | Let me explore some options there. This concept of providing product-first transparency (icons but no snippets) is also something we're looking to include in the Activity Controls WAA card as well. It could replace the superfluous illustration that currently exists for WAA. |
| 1 | 11/02/2020 17:33:08 | Strong hypothesis that WAA is more difficult to understand the scope of |
| 3 | 11/02/2020 17:33:08 | To Alex's point, the snippets def help, but this could just be another scale for the WAA card specific to cards in PPC. |

CONFIDENTIAL                                                                                                     GOOG-RDGZ-00090239





CONFIDENTIAL       GOOG-RDGZ-00090241

## Overall desirable user interaction on retention cards

[redacted]

Overall CTR among users who saw the retention card

[redacted]

* Navigated away means users purposefully skip this suggestion card and move to the next one.

CONFIDENTIAL GOOG-RDGZ-00090242

| Id | Date | Text |
|---|---|---|
| 3 | 10/28/2020 17:49:25 | That's a good question. So far we haven't experimented with different orders. (Correct me if I am wrong ▮heftluthy▮<br><br>However, I think it's reasonable to assume that users should have higher desirable user interaction with the card at the front. |
| 1 | 10/28/2020 17:52:43 | Do these numbers vary if different cards are seen first? If the WAA is always shown first to all users, what if we experimented with different card orders? |
| 4 | 10/28/2020 17:52:43 | We know that first card has a major impact on user takeaway and have seen evidence that it impacts engagement - I'd like us to be able to experiment with order for sure. |
| 5 | 10/28/2020 17:59:04 | Generally agree that we should see "navigated away" as undesirable compared to "not now" which of course implies many framework changes we should make, perhaps to have a single "next/skip" button.<br><br>▮@ohelys▮▮▮n FYI how we're talking through this |

CONFIDENTIAL   GOOG-RDGZ-00090243



CONFIDENTIAL　　GOOG-RDGZ-00090244



CONFIDENTIAL                                                                                   GOOG-RDGZ-00090245



CONFIDENTIAL

GOOG-RDGZ-00090246



Q: what % of users view ALL cards in PPC, and how does that stat change when retention cards are added?
A: the retention cards started to roll out on 10/06.
- Before that, ▇8% privacy checkup users saw all suggestion cards.
- After that, ▇5% privacy checkup users saw all suggestion cards.

There is a ▇▇▇▇▇▇▇▇. However, just want to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇





CONFIDENTIAL

GOOG-RDGZ-00090249





CONFIDENTIAL

GOOG-RDGZ-00090251



CONFIDENTIAL
GOOG-RDGZ-00090252



CONFIDENTIAL