# EXHIBIT 55

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# PUBLIC REDACTED VERSION