# EXHIBIT 56

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# PUBLIC REDACTED VERSION

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3
4    ANIBAL RODRIGUEZ, JULIEANNA            )
5    MUNIZ, ELIZA CAMBAY, SAL               ) Case No.:
     CATALDO, EMIR GOENAGA, JULIAN          ) 3:20-cv-04688
6    SANTIAGO, HAROLD NYANJOM, KELLIE       )
7    NYANJOM, and SUSAN LYNN HARVEY,        )
8    individually and on behalf of all      )
9    others similarly situated,             )
10                  Plaintiffs,             )
          vs.                               )
11   GOOGLE LLC,                            )
12                  Defendant.              )
     -------------------------------------- )
13      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
14
15              REMOTE PROCEEDINGS OF THE
16        VIDEOTAPED DEPOSITION OF STEVE GANEM
17              FRIDAY, OCTOBER 28, 2022
18
19
20   REPORTED BY NANCY J. MARTIN
21   CSR. NO. 9504, RMR, RPR
22   CLAUDIA R. GARCIA, CSR. 12812
23   JOB No. 5554575
24
25   PAGES 1-325
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4     ANIBAL RODRIGUEZ, JULIEANNA        )
 5     MUNIZ, ELIZA CAMBAY, SAL           ) Case No.:
 6     CATALDO, EMIR GOENAGA, JULIAN      ) 3:20-cv-04688
 7     SANTIAGO, HAROLD NYANJOM, KELLIE   )
 8     NYANJOM, and SUSAN LYNN HARVEY,    )
 9     individually and on behalf of all  )
10     others similarly situated,         )
11                    Plaintiffs,         )
12          vs.                           )
13     GOOGLE LLC,                        )
14                    Defendant.          )
15     ------------------------------------)
16
17       ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
18
19        Remote Videotaped Deposition of STEVE GANEM,
20     beginning at 8:14 a.m., Friday, October 28, 2022
21     before Nancy J. Martin, a Registered Merit Reporter,
22     Certified Shorthand Reporter and CLAUDIA R. GARCIA,
23     CSR No. 12812. All parties appeared remotely.
24
25
                                                    Page 2
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    A P P E A R A N C E S :
 2
 3    Counsel for Plaintiff
 4         MARK MAO, ESQ.
 5         LOGAN WRIGHT, ESQ.
 6         BOIES SCHILLER FLEXNER LLP
 7         44 Montgomery Street
 8         41st Floor
 9         San Francisco, California 94104
10         (415) 293-6800
11         mmao@bsfllp.com
12
13    Counsel for Defendant Google
14         EDUARDO E. SANTACANA, ESQ.
15         LORI ARAKAKI, ATTORNEY AT LAW
16         WILLKIE FARR & GALLAGHER LLP
17         One Front Street
18         34th Floor
19         San Francisco, California   94111
20         ESantacana@willkie.com
21
22    ALSO PRESENT:
23         JOHN JANHUNEN, GOOGLE IN-HOUSE COUNSEL
24         ANTHONY GALINO, LEGAL VIDEOGRAPHER
25
```

Page 3

1          (The witness reviewed Exhibit 208.)
2          THE WITNESS:  Okay.
3     BY MR. MAO:
4          Q.  Mr. Ganem, do you know whether or not
5     AppIndex was, in maybe the last year or so, deprecated
6     as a product, for Firebase?  Sorry.  For Firebase.
7          A.  Yes, that's my understanding.
8          Q.  What is the reason for that?
9          A.  My understanding is that there are alternate
10    mechanisms that have replaced the functionality that
11    was initially supported by app indexing that are
12    preferred.
13         Q.  Got it.
14             What is the alternative functionality that
15    replaced app indexing?
16         A.  For example, universal links and app links
17    and app actions.
18         Q.  Super helpful.
19             I'm going to make the representation to you
20    that my understanding, from Mr. Monsees during his
21    [redacted]
22    [redacted]
23    [redacted]
24    [redacted]
25    [redacted]

1   █████████████████████████████████████████████

2   ███████████████████████████████████

3          My question to you, Mr. Ganem, is that do you

4   at least agree on that with regard to how WAA consent

5   look-up is done for Firebase app indexing?

6       A.   You're asking -- can you clarify whether

7   you're asking me to confirm the behavior of app

8   indexing?

9       Q.   I am, actually.

10      A.   ████████████████████████████████████████

11  ████████████████████████████████

12      Q.   Is app indexing only a sWAA and not a WAA

13  check as well?  That's actually a question.  I'm not

14  arguing.  I'm literally just trying to understand.

15      A.   The distinction between sWAA and WAA has to

16  do with third-party apps versus OnO apps.  So

17  third-party apps, that data and the end user data

18  there, and it's -- the setting that relates to that is

19  sWAA because it's the supplemental web-and-app

20  activity related to third-party apps that use Google

21  services.

22      Q.   Okay.  So is that check with that sWAA

23  setting done locally as opposed to, you know, after it

24  hits the Google servers?

25          MR. SANTACANA:  Asked and answered.

1     MR. MAO:  And I'm talking about just app
2  indexing right now, Mr. Ganem.
3     THE WITNESS:  Give me just a minute to read
4  the doc a little bit more.
5     MR. MAO:  Sure.
6     THE WITNESS:  Thanks.
7     (The witness reviewed Exhibit 208.)
8     THE WITNESS:  ███    ████████████████████
9  ████████████████████████████████████████████████
10 ████████████████████████████████████████████████
11 ███████████████████████
12 BY MR. MAO:
13     Q.  It states in this document on that first page
14 under "Background," first paragraph, you can see the
15 app indexing also supports a Chrome, Maps, Gmail,
16 Drive and Messages."  Do you see that there?
17     (The witness further reviewed Exhibit 208.)
18     THE WITNESS:  Yes.
19 BY MR. MAO:
20     Q.  Would the gating, okay, for the app indexing
21 there have been done with a WAA check, W-A-A, as
22 opposed to a sWAA check?
23     MR. SANTACANA:  Outside the scope.
24     THE WITNESS:  Based on my personal knowledge
25 and understanding, first party apps, which intend to

Page 114

```
 1    store web-and-app activity of those apps against the
 2    users account, will check WAA.  Third-party apps,
 3    that's where sWAA comes into effect.
 4    BY MR. MAO:
 5        Q.  And for WAA, do you know whether the check
 6    for app indexing was local, or was it done after the
 7    data hits Google servers?
 8            MR. SANTACANA:  Again, for first-party apps,
 9    Mark?
10            MR. MAO:  Yes, sir.
11            MR. SANTACANA:  Outside the scope.
12            THE WITNESS:  I don't know.
13    BY MR. MAO:
14        Q.  At least as to your knowledge as to the sWAA
15    check for third-party apps, that being local, what
16    was -- what's the rationale as to why Google would
17    [REDACTED]
18    [REDACTED]
19    [REDACTED]
20    [REDACTED]
21            I'm trying to understand the rationale behind
22    why the design on a technical level was different.
23        A.  App indexing is, by nature, storing
24    information on your device relative to your app usage
25    and the indexing of that app, and given that sWAA is a
```

```
1    storage setting, ████████████████████████████
2    ████████████████████████████████████████████
3    ██████████████████████████
4              ██████████████████████████████████
5    ████████████████████████████████████
6    ████████████████████████████████████████████
7    ████████████████████████████████████████████
8    ██████████████████████████
9         Q.   So there was not a technical barrier that
10   prevented Google Analytics from checking that setting
11   locally, is there?
12             MR. SANTACANA:  Objection.  Vague.
13             THE WITNESS:  It may be -- and I'd need to
14   check -- that at the time that Google Analytics
15   launched, there was a technical barrier.  Regardless,
16   as I mentioned, this is a storage control, and
17   ████████████████████████████████████████████
18   ████████████████████████████████████████████
19   ████████████████████████████████████████████
20   ██████████
21             MR. MAO:  Got it.  So let me introduce a
22   document that might -- maybe it will address some of
23   these technical barriers for analytics that you were
24   talking about.
25             Can you take a look at Exhibit 209, which
```

Page 116

CERTIFICATE

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify;

That the foregoing proceedings were taken before me stenographically at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee or any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: November 22, 2022

*(signature: CM Garcia)*

NANCY J. MARTIN, CSR. NO. 9504, RMR, RPR