# EXHIBIT 69

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# PUBLIC REDACTED VERSION

Message

| | |
|---|---|
| **From:** | Divya Sharma (Google Docs) [comments-noreply██████████████] |
| **Sent:** | 12/18/2019 2:41:31 AM |
| **To:** | ruemmler██████████ |
| **Subject:** | Change WAA Master PRD go/change-waa-master-prd |

## Divya Sharma resolved comments in the following document

     Change WAA Master PRD go/change-waa-master-prd

Resolved

2 comments

# **Resolved**

## Comments

Enable non-history based features to work without WAA

 Chris Ruemmler

This is a strange way to word this. I'd instead state something like WAA is only used for Web History and App Usage History (used Gmail @ time, used Uber @ time, etc.). Given Web History and App Usage are already launched, I don't see any new uses for the WAA control bit.

 Divya Sharma

**New** ████████████████████████████████████████████████

*Marked as resolved*

ReplyOpen

███████████████████████ ▮ ███████████████████████████████████

 Heradon Douglas

Please explain. What logs/products is this meant to affect?

Divya Sharma

The goal is to ████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████

 Chris Ruemmler

Isn't WAA off supposed to NOT log at all? At least that is what is implied from the WAA page: https://support.google.com/websearch/answer/54068?co=GENIE.Platform%3DDesktop&hl=en

So, if WAA is off, how are we able to log at all?

GOOG-RDGZ-00130381

Divya Sharma

**New**

*Marked as resolved*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads.Change what Google Docs sends you.You can not reply to this email.

GOOG-RDGZ-00130382