# EXHIBIT 15

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# PUBLIC REDACTED VERSION



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00052784



GOOG-RDGZ-00052785



This is something new that we need to address, because app campaigns present new challenges, with conversion windows not just being a measurement feature, new types of ad interactions, and conditional attribution for conversion events.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00052786



App Measurement Lifecycle

| Instrumentation | Metrics | Decisions |
|---|---|---|
| Tracking and Data Capture | Define Rules and Attribution | Evaluate and Act |
| Projects | | |
| | • EVCs<br>• Conversion Windows | • Incrementality<br>• GA Smart Data |

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00052787



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00052792



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Cross-Campaign Attribution (DDA/MTA)

- **Description of Topic**: Now that apps will have multiple campaign types, (installs/ engagement/ pre-registration), cross-campaign attribution is needed. ███████████████████

- **Status of Current Work**: ████████████████████████████████

- **Benefit to Rest of Ads Org**: ██████████████████
- **Ask for Kishore's Team**:
  - ████████████████████████████████████
  - ████████████████████████████████████

Google



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-RDGZ-00052797



GOOG-RDGZ-00052798

# Wrap-Up Notes / AIs

- **AI [SDK]: Vlad** to send Kishore 1-paragraph on ███████████████████████████

- **AI [iDog]: David and Kishore** ████████████████████████

- **AI [EVCs]: Kishore** to loop David in on doc with Sissie and Nicky, regarding consistency in attribution principles, for different marketing objectives (regaring Apps EVCs)
- **AI [EVCs]: Chris** to keep Kishore looped in on EVCs ACM as FYI. (Nicky leading ACM effort from PM side)
  - ████████████████████████████████████████

Google

GOOG-RDGZ-00052799





GOOG-RDGZ-00052801



"Conversion Actions" for websites allow advertisers to edit Attribution model

(1) Propose that "Conversion Actions" for Apps also allow advertisers to edit the Attribution model for ACi Post Install Events



PO

GOOG-RDGZ-00052803



**(2a)  Attribution model for Apps includes option for "Last Click for Acquisition & Engagement separately" and "Data-driven" models**

P0
Segments by all campaign types

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00052806



GOOG-RDGZ-00052807



GOOG-RDGZ-00052808



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00052809

# EVCs were introduced to increase video valuations

Needed because videos generate few clicks: EVCs are counted as click-equivalent

Video engagement conversion (EVCs) were introduced to help advertisers **better assess the value** of their video campaigns on Google and more closely **align with their marketing objectives**.

### Arriving at EVCs

+ **10s signals clear user intent**
We see that if a user were going to skip, they would have done so by 10s

+ **Alignment with incrementality**
We did a large scale incrementality test to understand conversion windows that best aligned with causal conversions

Google

What are EVCs and why were they introduced?



How were EVCs received in the market and why is this important?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00052811



Needs to align with giving more quality conversions to advertisers. They should see better long term impact as a result of aligning to incrementality.
Network allocation question is separate from the advertiser value question.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Topic

- Description of Topic:
- Status of Current Work:
- Benefit to Rest of Ads Org:
- Ask for Kishore's Team:

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00052813