# EXHIBIT 65

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# PUBLIC REDACTED VERSION



CONFIDENTIAL

GOOG-RDGZ-00092072



Firebase Cloud messaging is used by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, helps them reach out to their users in real time. We reach out to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We process ▮▮▮▮▮▮ every week

CONFIDENTIAL
GOOG-RDGZ-00092097



Since we launched the service in 2010 we have seen tremendous growth. We crossed ███████████████ of ███████████ .

So with this growth it is easy to overlook some small problems. When you have ███████████████ of the population, you have some ███████████████. When we built cloud messaging we did not expect such growth, not for android, nor for cloud messaging. ███████████████ t. ███████████████

███████████████ . In parallel we were getting

CONFIDENTIAL                                                                                              GOOG-RDGZ-00092098



CONFIDENTIAL



Turns out you just need a little bit of tinfoil.. Jk.

CONFIDENTIAL
GOOG-RDGZ-00092100



CONFIDENTIAL                                                                                      GOOG-RDGZ-00092101