# EXHIBIT 2

## PUBLIC REDACTED VERSION

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI ARAKAKI (SBN: 315119)
  larakaki@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:   (415) 858-7400
Facsimile:   (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIGUEZ AND JULIE ANNA MUNIZ, individually and on behalf of all other similarly situated,<br><br>                              Plaintiff,<br><br>       vs.<br><br>GOOGLE LLC, *et al.*,<br><br>                              Defendant. | Case No.  3:20-CV-04688  RS<br><br>**DEFENDANT GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, SET ONE**<br><br>Judge:         Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Action Filed:  July 14, 2020 |

PROPOUNDING PARTY:   PLAINTIFFS ANIBAL RODRIGUEZ AND JULIEANNA MUNIZ

RESPONDING PARTY:    DEFENDANT GOOGLE LLC

SET NO.:                        ONE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

on that Google data collection, (c) what impact if any an app's disabling of analytics data collection has on that Google data collection, and (d) what impact if any an app's decision to use or not use any Google services apart from Firebase SDK has on that Google data collection.

**RESPONSE TO INTERROGATORY NO. 1:**

Google objects to Interrogatory No. 1 as vague and ambiguous as to the undefined term "Web & App Activity." For purposes of this response, Google construes Web & App Activity to mean the account-level setting called Web & App Activity. Google further objects to this Interrogatory as vague and ambiguous with respect to the phrases "Google's data collection," "impact" and "Firebase SDK." Google further objects that the definition of "Class Period" is vague and ambiguous, as the Interrogatory defines the term to mean "the class period in this case, as defined in the operative complaint," when the "operative complaint" has changed between when the Interrogatories were served and when these responses were provided, and the definition of "Class Period" differs between the original and amended complaints. Google further objects that the term "Class Period" is vague and ambiguous because it fails to provide a concrete range of time. Google further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or the attorney work product doctrine. Google further objects to this Interrogatory as unduly burdensome, overbroad, and disproportionate to the needs of the Action because this Interrogatory seeks information outside of the Class Period, which has little to no bearing on Plaintiffs' claims.

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1　███████████████████████████████████████████

2　██████████████████████████████████████████

3　█████████████████████████████████████████████

4　██████████████████████████████████████████

5　█████████████████████████████████████████████

6　███

7　**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

8　　███████████████████████████████████████

9　███　████████████████████████████████████████

10　███████████████████████████████████████████

11　████████████████████████████████████████

12　█████████████████████████████████████████

13　██████████████████████████████████████████

14　██████████████████████████████████████████

15　████████████████████████████████████████████

16　███████████████████████████████████████████

17　███████████████████████████████████████████████

18　███████████████████████████████████████████

19　████████████████████████████████████████████

20　██████████████████████████████████████████████

21　████████████████████████████

22　　　　Web & App activity is an account-level setting that functions independently from Google

23　Analytics for Firebase.  Accordingly, a user turning off Web & App Activity does not prevent

24　apps from collecting data via Google Analytics for Firebase, which is a separate product that apps

25　may choose to utilize to collect and analyze their own users' data.  The data logged by Google

26　Analytics for Firebase in its default implementation are not collected if a developer has not

27　enabled Google Analytics for Firebase.  There are other products and features that are part of

28　Firebase SDK that may collect overlapping pieces of data, such as device model, app updates, and

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   other types of data, but all such functionality is publicly documented and intentionally

2   implemented by app developers. Each such product and feature, none of which are implicated by

3   the First Amended Complaint, separately obtain consent and publicly disclose their functionality.

4        Finally, footnote 13 of the First Amended Complaint cites

5   https://firebase.google.com/docs/app-indexing/android/log-actions, which is a webpage dealing

6   with a separate Firebase SDK product called "App Indexing." As the cited webpage notes, App

7   Indexing cannot collect event data unless certain conditions are met, including that a user has

8   turned their Web & App Activity Control to "on."

9   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

10        Subject to and without waiving the foregoing objections, Google responds further as

11   follows:

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15     With regard to the other products and features that are part of Firebase SDK that may

16 collect overlapping pieces of data, such as device model, app updates, and other types of data,

17 such functionality is publicly documented including on Google's public help center pages at

18 GOOG-RDGZ-00013288 - GOOG-RDGZ-00013449, which can also be viewed at

19 firebase.google.com and support.google.com.

20 **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

21     Subject to and without waiving the foregoing objections, Google responds further as

22 follows:

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, SET ONE

Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [1] *See* https://www.google.com/url?q=https://firebase.google.com/docs/analytics/configure-data-collection?platform%3Dandroid&sa=D&source=editors&ust=1623176595924000&usg=AOvVaw2T8Y_BUbEk1Od-0SpMEX0d.

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

26  ² *See*
https://www.google.com/url?q=https://support.google.com/analytics/answer/7532985?hl%3Den%
27  23zippy%3D%252Cin-this-
article&sa=D&source=editors&ust=1623176595926000&usg=AOvVaw1v59Uqg6gqH_XGgl4Z7
28  6xO.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 ██████████████████████████████████████████

2 ████████████

3 ███████████████████████████████████████████

4 ██████████████████████████████████████

5 █████████████████████████████████████

6 ████████████████████████████████████████████

7 ████████████████████████████████████████

8 ███████████████████████████████████████

9 ███████████████████████████████████████

10 ██████████████████████████████████████

11 ████████████████████████████████████████

12 ████████████████████████████████

13 ███████████████████████  ███████████

14 ████████████████████████████████████████████

15 ████████████████████████████████████████████

16 ███████████████████████████████████████████

17 █████████████████████████████████████

18 ██████████████

19 ██████████████████████████

20 ██████████████████████████████████████

21 ███████████████████████████████████████

22 ████████████████████████████████████████████

23 ████████████

24 ██████████████████████████████████████████

25 ████████████████████████████████████████████

26 ████████████████████████████████████████████

27 ███████████████████████████████████████████

28 ████████████████████████████████████████████

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [3] *See* https://www.google.com/url?q=https://firebase.google.com/docs/analytics/configure-data-collection?platform%3Dandroid&sa=D&source=editors&ust=1623176595924000&usg=AOvVaw2T8Y_BUbEk1Od-0SpMEX0d.

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4 *See* https://support.google.com/analytics/answer/9626162?hl=en.

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[5] *See* https://www.google.com/url?q=https://support.google.com/analytics/answer/7532985?hl%3Den%23zippy%3D%252Cin-this-article&sa=D&source=editors&ust=1623176595926000&usg=AOvVaw1v59Uqg6gqH_XGgl4Z76xO.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**10. Additional Data Protection Practices**

GOOGLE LLC'S FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688 RS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## INTERROGATORY NO. 2:

Please identify every app that includes or has included Google's Firebase SDK since the start of the Class Period, including for each app the time period during which that app used Google's Firebase SDK and Google therefore would have received data even when users had Web & App Activity turned off (or previously paused).

## RESPONSE TO INTERROGATORY NO. 2:

Google objects to Interrogatory No. 2 as vague and ambiguous as to the undefined term "Web & App Activity." For purposes of this response, Google construes Web & App Activity to mean the account-level setting called Web & App Activity. Google further objects to this Interrogatory as vague and ambiguous with respect to the phrases "Google therefore would have received the data" and "Firebase SDK." Google further objects that the definition of "Class Period" is vague and ambiguous, as the Interrogatories define the term to mean "the class period in this case, as defined in the operative complaint," when the "operative complaint" has changed between when the Interrogatories were served and when these responses were provided, and the definition of "Class Period" differs between the original and amended complaints. Google further objects that the term "Class Period" is vague and ambiguous because it fails to provide a concrete range of time. Google further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or the attorney work product doctrine. Google further objects to this Interrogatory because it is unduly burdensome, overbroad, and disproportionate to the needs of the Action, as it seeks a list of every app that includes or has