# EXHIBIT 3

## PUBLIC REDACTED VERSION