# EXHIBIT 5

## PUBLIC REDACTED VERSION

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4    ANIBAL RODRIGUEZ, JULIEANNA         )
 5    MUNIZ, ELIZA CAMBAY, SAL            ) Case No.:
      CATALDO, EMIR GOENAGA, JULIAN       ) 3:20-cv-04688
 6    SANTIAGO, HAROLD NYANJOM, KELLIE    )
 7    NYANJOM, and SUSAN LYNN HARVEY,     )
 8    individually and on behalf of all   )
 9    others similarly situated,          )
10              Plaintiffs,               )
         vs.                              )
11    GOOGLE LLC,                         )
12              Defendant.                )
      ------------------------------------)
13       ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
14
15              REMOTE PROCEEDINGS OF THE
16         VIDEOTAPED DEPOSITION OF STEVE GANEM
17                FRIDAY, OCTOBER 28, 2022
18
19
20    REPORTED BY NANCY J. MARTIN
21    CSR. NO. 9504, RMR, RPR
22    CLAUDIA R. GARCIA, CSR. 12812
23    JOB No. 5554575
24
25    PAGES 1-325
```

Page 1

1          MR. SANTACANA:  Compound.
2          THE WITNESS:  The Google Analytics customer
3    needs to create a Google Analytics account, agree to
4    the terms of service, including disclosure olicies
5    and consent policies.  They would need to integrate
6    the Google Analytics for Firebase SDK.  They would
7    need to enable the Google signals setting, which,
8    again, by default is turned off for all customers.
9          The end users who use their apps would need
10   to be signed in on their device.  They would have to
11   turn on ads personalization, turn on app and web
12   activity, turn on what we would refer to as sWAA which
13   is -- which allows for the web and app activity in
14   third-party sites that integrate Google services to be
15   associated with their accounts.
16         And only in those circumstances would it be
17   possible for their GAIA identity to be joined in and
18   written to separate logs, not the same logs as they're
19   pseudonymous log activity.
20   BY MR. MAO:
21      Q.  So this first log said that you called ▮
22   ▮
23         (Pause.)
24   BY MR. MAO:
25      Q.  Sir?

Veritext Legal Solutions
866 299-5127

1       A.   I can answer in the context of Google
2    Analytics.
3       Q.   Yeah.  Please, for Google Analytics.
4       A.   In the context of Google Analytics, when
5    events from a third-party SDK are transmitted to our
6    servers, if that IDFA is not mappable, if it even is
7    present subject to all the settings I mentioned, if
8    that's not mappable to any GAIA, and since the
9    settings you're referring to are GAIA-related account
10   settings, there's no way to look up the sWAA settings,
11   and there's no attempt to infer that in Google
12   Analytics.
13      Q.   So where on iOS -- after iOS 14 was released,
14   there is no way to do that look up, what does Google
15   Analytics for Firebase do with regard to data coming
16   in for the ▮▮▮▮▮?  Does it get associated with the
17   GAIA side or the non GAIA side?  Like what happened
18   after iOS 14, I guess, is my question?
19      A.   Data corresponding to user interactions in
20   the app are transmitted and associated with
21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22   as they've always been.
23           What's different is that since there is
24   practically no way to look up the corresponding GAIA
25   and/or to check its sWAA settings, there's no writing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                    C E R T I F I C A T E

2         I, the undersigned, a Certified Shorthand

3    Reporter of the State of California, do hereby certify;

4         That the foregoing proceedings were taken

5    before me stenographically at the time and place herein

6    set forth; that any witnesses in the foregoing

7    proceedings, prior to testifying, were administered an

8    oath; that a record of the proceedings was made by me

9    using machine shorthand which was thereafter

10   transcribed under my direction; that the foregoing

11   transcript is a true record of the testimony given.

12        Further, that if the foregoing pertains to the

13   original transcript of a deposition in a Federal Case,

14   before completion of the proceedings, review of the

15   transcript [ ] was [ ] was not requested.

16        I further certify I am neither financially

17   interested in the action nor a relative or employee or

18   any attorney or any party to this action.

19        IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21        Dated:  November 22, 2022

22

23

24        *[signature: CR Garcia]*

25        CLAUDIA R. GARCIA, CSR. 12812