**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR SBN: 224018
  bhur@willkie.com
SIMONA AGNOLUCCI SBN: 246943
  sagnolucci@willkie.com
EDUARDO E. SANTACANA SBN: 281668
  esantacana@willkie.com
NOORJAHAN RAHMAN  SBN: 330572
  nrahman@willkie.com
ARGEMIRA FLÓREZ  SBN: 331153
  aflorez@willkie.com
HARRIS MATEEN SBN: 335593
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  415 858-7400

Attorneys for Defendant
GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No. 3:20-CV-04688-RS<br><br>**NOTICE OF ERRATA FOR [PROPOSED ORDER] GRANTING GOOGLE LLC'S MOTION TO SEAL PORTIONS OF CLASS CERTIFICATION & *DAUBERT* BRIEFING (DKTS. 314 & 321)**<br><br>**(CIVIL LOCAL RULE 79-5)**<br><br>Judge:        Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor<br>Action Filed: July 14, 2020<br>Trial Date:   Not Set |

## NOTICE OF ERRATA

Defendant Google LLC ("Google") respectfully submits this errata to the [Proposed] Order Granting Google LLC's Motion to Seal Portions of Class Certification & *Daubert* Briefing, which was filed on October 12, 2023 at Docket No. 339-2, in order to incorporate citations that Google addressed in its papers but inadvertently omitted from the proposed order and to correct typographical errors to certain citations to the record. The revised [Proposed] Order is attached hereto as Exhibit 1 and the "redline" demonstrating revisions to Docket No. 339-2 is attached as Exhibit 2.


Dated: October 20, 2023                    **WILLKIE FARR & GALLAGHER LLP**


By: */s/  Benedict Y. Hur*
       Benedict Y. Hur
       Simona Agnolucci
       Eduardo Santacana
       Noorjahan Rahman
       Argemira Flórez
       Harris Mateen


       *Attorneys for Defendant*
       *Google LLC*