# EXHIBIT 2

1
**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR SBN: 224018

2
  bhur@willkie.com
SIMONA AGNOLUCCI SBN: 246943

3
  sagnolucci@willkie.com
EDUARDO E. SANTACANA SBN: 281668

4
  esantacana@willkie.com
NOORJAHAN RAHMAN  SBN: 330572

5
  nrahman@willkie.com
ARGEMIRA FLÓREZ  SBN: 331153

6
  aflorez@willkie.com
HARRIS MATEEN SBN: 335593

7
  hmateen@willkie.com
One Front Street, 34th Floor

8
San Francisco, CA 94111
Telephone:  415 858-7400

9

10
Attorneys for Defendant
GOOGLE LLC

11

12

13
              **UNITED STATES DISTRICT COURT**

14
            **NORTHERN DISTRICT OF CALIFORNIA**

15
               **SAN FRANCISCO DIVISION**

16

17
ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,

Case No. 3:20-CV-04688-RS

18
                  Plaintiff,

**[PROPOSED] ORDER GRANTING**

19
             vs.

**GOOGLE LLC'S MOTION TO SEAL PORTIONS OF CLASS**

20
GOOGLE LLC,

**CERTIFICATION & *DAUBERT* BRIEFING**

21
                  Defendant.

22
Judge:     Hon. Richard Seeborg
Courtroom: 3, 17th Floor

23

24
Action Filed: July 14, 2020
Trial Date:  Not Set

25

26

27

28

1    Before the Court is Defendant Google LLC's Statement in Support of Motion to Seal

2    Portions of Class Certification & *Daubert* Briefing (Dkts. 314 & 321) and documents filed

3    therewith.

4    Having considered Plaintiffs' Administrative Motion to Seal Portions of Motion for Class

5    Certification [Dkt. 315] and Google's Statement in Support of Motion to Seal Portions of Class

6    Certification & *Daubert* Briefing, the Declaration of David Monsees, and the Declaration of

7    Kevin Lam, the Court finds that the material identified in Google's Statement in Support should

8    be sealed.

9    Accordingly, the Court orders that the following should be sealed:

10    The following exhibits and expert reports attached to Plaintiffs' Motion for Class

11    Certification ("Motion") [Dkt. 315]:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Plaintiffs' Motion for Class Certification | Page 2, lines 4-5 | Internal metrics |
| | Page 2, lines 20 - 22 | Internal strategy |
| | Page 3, lines 5 – 7 | Internal strategy |
| | Page 3, lines 10 – 12 | Internal strategy |
| | Page 3, lines 13 - 17 | Internal strategy |
| | Page 6, line 24 | Non-public metric |
| | Page 11, lines 14 - 15 | Internal processes |
| | Page 12, lines 18 – 19 | Internal deliberations |
| | Page 13, lines 14 – 16 | Internal processes |
| | Page 13, lines 17 – 18 | Internal processes |
| | Page 13, lines 19 – 20 | Internal processes |
| | Page 13, lines 21 - 22 | Internal processes |
| | Page 13, line 23 | Internal processes |
| | Page 13, lines 24 – 26 | Internal processes |
| | Page 13, lines 27 – 28 | Internal processes |
| | Page 14, lines 2 - 4 | Internal processes |
| | Page 14, lines 13 - 14 | Internal metrics |
| | Page 14, lines 21 – 23 | Internal processes |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Page 14, line 24 | Internal strategy |
| | Page 14, line 26 - 28 | Internal strategy |
| | Page 15, lines 15 - 17 | Internal deliberations |
| | Page 16, lines 6 – 7 | Internal processes |
| | Page 16, lines 12 - 13 | Internal processes |
| | Page 17, line 12 | Internal metrics |
| | Page 17, lines 25 – 26 | Internal deliberations |
| | Page 19, lines 22 – 24 | Internal strategy |
| | Page 20, lines 1 – 2 | Internal metrics |
| | Page 20, lines 3 – 11 | Internal strategy |
| | Page 20, lines 11 - 12 | Internal strategy |
| | Page 20, lines 13 – 14 | Internal metrics |
| | Page 20, lines 15 – 19 | Internal strategy and metrics |
| | Page 20, lines 20 – 23 | Internal strategy and metrics |
| | Page 20, lines 23 – 24 | Non-public metrics |
| | Page 21, lines 12 – 14 | Non-public metrics |
| | Page 21, lines 15 – 16 | Non-public metrics |
| | Page 21, lines 17 – 18 | Non-public metrics |
| | Page 22, lines 6 – 7 | Non-public metrics |
| | Page 22, lines 10 – 11 | Non-public metrics |
| | Page 22, lines 11 – 13 | Non-public metrics |
| | Page 24, lines 6 – 7 | Internal metrics |
| | Page 24, lines 10 - 11 | Internal processes |
| | Page 24, line 12 | Internal processes |
| | Page 24, lines 13 – 14 | Internal processes |
| | Page 24, line 15 | Internal processes |
| Exhibit 1 | GOOG-RDGZ00117318 Complete document | Internal processes; Employee PII |
| Exhibit 2 | GOOG-RDGZ-00209974 | Internal terms |
| | GOOG-RDGZ-00209975 | Employee PII |
| | GOOG-RDGZ-00209976 | Employee PII |
| | GOOG-RDGZ-00210102 | Internal strategy |
| Exhibit 5 | GOOG-RDGZ-00144762 | Internal strategy |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | GOOG-RDGZ-00144763 | Internal processes |
| | GOOG-RDGZ-00144764 | Internal processes |
| | GOOG-RDGZ-00144767 | Internal processes |
| Exhibit 7 | GOOG-RDGZ-00024709 | Employee PII |
| | GOOG-RDGZ-00024710 | Internal processes; Employee PII |
| | GOOG-RDGZ-00024711 | Internal strategy; Employee PI |
| Exhibit 10 | GOOG-RDGZ-00161367 | Internal processes |
| | GOOG-RDGZ-00161373 | Internal processes |
| | GOOG-RDGZ-00161378 | Internal processes |
| | GOOG-RDGZ-00161384 | Internal processes |
| | GOOG-RDGZ-00161385 | Internal processes |
| | GOOG-RDGZ-00161392 | Internal processes |
| | GOOG-RDGZ-00161393 | Internal terms |
| | GOOG-RDGZ-00161394 | Internal processes |
| | GOOG-RDGZ-00161395 | Internal terms |
| | GOOG-RDGZ-00161396 | Internal processes |
| | GOOG-RDGZ-00161397 | Internal processes |
| | GOOG-RDGZ-00161398 | Internal processes |
| | GOOG-RDGZ-00161399 | Internal terms |
| | GOOG-RDGZ-00161401 | Internal terms |
| | GOOG-RDGZ-00161406 | Internal processes |
| | GOOG-RDGZ-00161408 | Internal processes |
| | GOOG-RDGZ-00161409 | Internal processes |
| | GOOG-RDGZ-00161410 | Internal terms |
| | GOOG-RDGZ-00161411 | Internal processes |
| | GOOG-RDGZ-00161412 | Internal terms |
| | GOOG-RDGZ-00161414 | Internal processes |
| | GOOG-RDGZ-00161417 | Internal processes |
| | GOOG-RDGZ-00161418 | Internal processes |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | GOOG-RDGZ-00161419 | Internal processes |
| | GOOG-RDGZ-00161420 | Internal terms |
| Exhibit 11 | 212:16 – 212:21 | Internal processes |
| | 213:8 – 213:9 | Internal processes |
| | 214:10 – 214:14; 214:18 – 214:21; 214:23 – 214:25 | Internal processes |
| | 215:1 – 215:5; 215:9 – 215:10; 215:15 – 215:24 | Internal processes |
| | 216:2 – 216:4 | Internal processes |
| | 217:3 – 217:6; 217:8 – 217:15 | Internal processes |
| Exhibit 15 | GOOG-RDGZ-00052784 | Employee PII |
| | GOOG-RDGZ-00052785 | Internal terms |
| | GOOG-RDGZ-~~00052786~~00052787 | Internal terms |
| | GOOG-RDGZ-00052788 | Internal terms |
| | GOOG-RDGZ-00052789 | Internal processes |
| | GOOG-RDGZ-00052790 | Internal strategy |
| | GOOG-RDGZ-00052791 | Internal strategy |
| | GOOG-RDGZ-00052792 | Internal terms |
| | GOOG-RDGZ-00052793 | Internal terms |
| | GOOG-RDGZ-00052794 | Internal strategy |
| | GOOG-RDGZ-00052795 | Internal strategy |
| | GOOG-RDGZ-00052797 | Internal strategy |
| | GOOG-RDGZ-00052798 | Internal strategy |
| | GOOG-RDGZ-00052799 | Internal processes Internal strategy |
| | GOOG-RDGZ-00052801 | Internal strategy |
| | GOOG-RDGZ-00052805 | Internal processes |
| | GOOG-RDGZ-00052806 | Internal processes |
| | GOOG-RDGZ-00052807 | Internal strategy |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | GOOG-RDGZ-00052809 | Internal processes |
| | GOOG-RDGZ-00052811 | Internal strategy |
| | GOOG-RDGZ-00052812 | Internal strategy |
| Exhibit 17 | Pg. 3 | Internal processes |
| | Pg. 4 | Internal processes |
| Exhibit 42 | GOOG-RDGZ-00151998 | Internal processes |
| | GOOG-RDGZ-00152018 | Employee PII |
| | GOOG-RDGZ-00152027 | Employee PII |
| | GOOG-RDGZ-00152029 | Employee PII |
| | GOOG-RDGZ-00152040 | Internal strategy |
| Exhibit 43 | Pg. 4 | Internal processes |
| | Pg. 5 | Internal processes |
| Exhibit 54 | GOOG-RDGZ-0090236 | Internal terms; Employee PII |
| | GOOG-RDGZ-0090238 | Internal processes |
| | GOOG-RDGZ-0090239 | Employee PII |
| | GOOG-RDGZ-0090242 | Internal processes |
| | GOOG-RDGZ-0090243 | Employee PII |
| | GOOG-RDGZ-0090244 | Internal processes |
| | GOOG-RDGZ-0090245 | Internal processes |
| | GOOG-RDGZ-0090246 | Internal processes |
| | GOOG-RDGZ-0090247 | Internal processes |
| | GOOG-RDGZ-0090249 | Internal processes |
| | GOOG-RDGZ-0090250 | Internal processes |
| | GOOG-RDGZ-0090251 | Internal processes |
| | GOOG-RDGZ-0090252 | Internal processes |
| | GOOG-RDGZ-0090253 | Internal processes |
| Exhibit 55 | GOOG-RDGZ-00043294 Complete document | Internal processes; Internal strategy; Internal terms; Employee PII |
| Exhibit 56 | 112:21 – 112:25 | Internal processes |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 113:1 – 113:2;<br>113:10 – 113:11 | Internal processes |
| | 114:8 – 114:11 | Internal processes |
| | 115:17 – 115:20 | Internal processes |
| | 116:1 – 116:8;<br>116:~~7~~17 – 116:20 | Internal processes |
| Exhibit 57 | GOOG-RDGZ-00044356 | Internal processes;<br>Employee PII |
| Exhibit 59 | GOOG-RDGZ-00173562 | Internal processes;<br>Employee PII |
| | GOOG-RDGZ-~~00173562~~00173563 | Employee PII |
| Exhibit 61 | GOOG-RDGZ-00129084 | Internal processes;<br>Employee PII |
| | GOOG-RDGZ-00129085 | Internal processes;<br>Employee PII |
| | GOOG-RDGZ-00129086 | Employee PII |
| | GOOG-RDGZ-00129087 | Employee PII |
| | GOOG-RDGZ-00129088 | Employee PII |
| | GOOG-RDGZ-00129089 | Employee PII |
| | GOOG-RDGZ-00129090 | Employee PII |
| | GOOG-RDGZ-00129091 | Internal terms;<br>Employee PII |
| | GOOG-RDGZ-00129092 | Internal terms;<br>Employee PII |
| | GOOG-RDGZ-00129093 | Internal terms;<br>Employee PII |
| | GOOG-RDGZ-00129094 | Internal terms;<br>Employee PII |
| | GOOG-RDGZ-00129095 | Internal processes;<br>Internal terms;<br>Employee PII |
| Exhibit 65 | GOOG-RDGZ-00092072 | Employee PII |
| | GOOG-RDGZ-00092097 | Internal processes |
| | GOOG-RDGZ-00092098 | Internal processes |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | GOOG-RDGZ-00092099 | Internal strategy |
| | GOOG-RDGZ-00092100 | Internal strategy |
| | GOOG-RDGZ-00092101 | Internal strategy |
| Exhibit 68 | GOOG-RDGZ-00129096 | Internal terms; Employee PII |
| | GOOG-RDGZ-00129097 | Employee PII |
| | GOOG-RDGZ-00129098 | Employee PII |
| | GOOG-RDGZ-00129099 | Employee PII |
| Exhibit 69 | GOOG-RDGZ-0130381 | Internal processes; Internal terms; Employee PII |
| Plaintiffs' Trial Plan ISO Motion for Class Certification | Pg. 1, Line 13 | Internal processes |
| | Pg. 4, Lines 20 – 23, 24 – 25, 26 | Internal processes; Internal terms |
| | Pg. 5, Lines 1 – 2, 19 – 22, 25 - 26 | Internal processes; Internal terms |

The following exhibits to ~~Plaintiffs' Administrative Motion to Seal Portions of~~ Google's

Opposition to Plaintiff's Motion for Class Certification [~~Dkt~~Dkts. 323 & 324]:

| Exhibit No. / Document Title | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 2 | Pg. 4, lines 20-28 | Internal processes |
| | Pg. 5, lines 1-6, 8-21 | Internal processes |
| | Pg. 6, lines 12-28 | Internal processes |
| | Pg. 7, lines 1-14, 23-28 | Internal processes; Internal terms |
| | Pg. 8, lines 1-25 | Internal processes; Internal terms |
| | Pg. 9, lines 1-24 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. / Document Title | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 10, lines 1-28 | Internal processes; Internal terms |
| | Pg. 11, lines 1-28 | Internal processes; Internal terms |
| | Pg. 12, lines 1-23 | Internal processes; Internal terms |
| | Pg. 13, lines 1-28 | Internal processes; Internal terms |
| | Pg. 14, lines 1-28 | Internal processes; Internal terms |
| | Pg. 15, lines 1-28 | Internal processes; Internal terms |
| | Pg. 16, lines 1-15, 17-28 | Internal processes; Internal terms |
| | Pg. 17, lines 1-21 | Internal processes; Internal terms |
| | Pg. 18, lines 1-25 | Internal processes; Internal terms |
| | Pg. 19, lines 1-25 | Internal processes; Internal terms |
| | Pg. 20, lines 1-26 | Internal processes; Internal terms |
| | Pg. 21, lines 1-28 | Internal processes; Internal terms |
| | Pg. 22, lines 1-28 | Internal processes; Internal terms |
| | Pg. 23, lines 1-28 | Internal processes; Internal terms |
| | Pg. 24, lines 1-24 | Internal processes; Internal terms |
| | Pg. 25, lines 1-27 | Internal processes; Internal terms |
| | Pg. 26, lines 1-28 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. / Document Title | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 27, lines 1-28 | Internal processes; Internal terms |
| | Pg. 28, lines 1-28 | Internal processes; Internal terms |
| | Pg. 29, lines 1-28 | Internal processes; Internal terms |
| | Pg. 29, lines 1-14, 16-28 | Internal processes; Internal terms |
| | Pg. 30, lines 1-7 | Internal processes; Internal terms |
| Exhibit 3 | GOOG-RDGZ-00056514 Complete document | Internal processes; Internal terms; Internal strategy; Employee PII |
| Exhibit 5 | 44:21-22 | Internal processes; Internal terms |
| | 72:16; 72:21 | Internal processes; Internal terms |
| *Exhibit 6* | *Addressed in Exhibit 7 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.* | |
| *Exhibit 6-A* | *Addressed in Exhibit 8 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.* | |
| Exhibit 8 | Pg. 4 | Employee PII |
| *Exhibit 9* | *Addressed in Exhibit 5 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.* | |
| *Exhibit 11* | *Addressed in Exhibit 1 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.* | |
| Exhibit 13 | Pg. 91, Footnote 280 | Internal terms |
| Exhibit 14 | Pg. 6, lines 24-28 | Internal processes; Internal terms |
| | Pg. 7, lines 1-5, 6-16 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. / Document Title | Bates No. / Pages with Designations | Description |
|---|---|---|
| *Exhibit 19* | *Addressed in Exhibit 1 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.* | |
| Exhibit 21 | Pg. 12, 4-5 | Internal processes; Internal terms |
| | Pg. 14, lines 5-14, 23 | Internal processes; Internal terms |
| | Pg. 15, lines 13, 17-18, 24-27 | Internal processes; Internal terms |
| | Pg. 16, lines 1-28 | Internal processes; Internal terms |
| | Pg. 17, lines 1-28 | Internal processes; Internal terms |
| | Pg. 18, lines 1-21 | Internal processes; Internal terms |
| | Pg. 19, lines 1-8 | Internal processes; Internal terms |

The following exhibits to Plaintiffs' ~~Administrative Motion to Seal Portions of Plaintiff's~~ Reply in support of Motion for Class Certification [Dkt. 333]:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Plaintiffs' Reply in Support of Motion for Class Certification ~~Dkt. 315~~ | Pg. 12, Lines 9 – 11 | Internal processes; Internal terms |
| Exhibit 70 | 223:8 | Internal data log details |
| | 223:10 | Internal data log details |
| | 223:13 | Internal data log details |
| | 223:20 | Internal data log details |
| | 223:25 | Internal data log details |
| | 224:6 | Internal data log details |
| | 225:10 | Internal data log identifiers |
| | 225:13 | Internal data log identifiers |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 225:17 | Internal data log identifiers |
| | 225:18 | Internal data log identifiers |
| | 225:19 | Internal data log identifiers |
| | 225:24 | Internal data log details |
| Exhibit 71 | GOOG-RDGZ-00149617 | Internal strategy<br>Internal terms |
| ~~Exhibit 71~~ | GOOG-RDGZ-00149618 | Internal processes;<br>Internal strategy |
| | GOOG-RDGZ-00149619 | Internal processes;<br>Internal terms |
| | GOOG-RDGZ-00149620 | Internal processes;<br>Internal strategy;<br>Internal terms;<br>Employee PII |
| | GOOG-RDGZ-00149621 | Internal processes;<br>Internal strategy;<br>Internal terms |
| | GOOG-RDGZ-00149622 | Internal processes;<br>Internal strategy;<br>Internal terms |
| | GOOG-RDGZ-00149623 | Internal strategy<br>Internal terms |
| | GOOG-RDGZ-00149624 | Internal processes;<br>Internal strategy;<br>Internal terms |
| | GOOG-RDGZ-00149625 | Internal processes;<br>Internal strategy;<br>Internal terms |
| | GOOG-RDGZ-00149626 | Internal processes;<br>Internal strategy;<br>Internal terms;<br>Employee PII |
| | GOOG-RDGZ-00149628 | Internal processes;<br>Internal strategy;<br>Internal terms |
| | GOOG-RDGZ-00149630 | Internal strategy |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

The following exhibits to ~~Plaintiffs' Administrative Motion to Seal Portions of~~ Google's

Motion to Exclude Opinion of Plaintiffs' Damages Expert Michael J. Lasinski [Dkt. 326]:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Google LLC's Notice of Motion and Motion to Exclude Opinion of Plaintiffs' Damage Expert M.J. Lasinski | Page 4, line 9 | Non-public metric |
| | Page 4, line 17 | Non-public metric |
| | Page 5, line 4 | Non-public metric |
| | Page 5, line 5 | Non-public metric |
| | Page 12, line 10 | Non-public metric |
| | Page 13, line 8 | Non-public metric |
| | Page 13, line 11 | Non-public metric |
| | Page 13, line 13 | Non-public metric |
| | Page 13, line 16 | Non-public metric |
| | Page 14, line 1 | Non-public metric |
| | Page 14, line 10 | Non-public metric |
| | Page 14, line 24 | Non-public metric |
| | Page 24, Footnote 13 | Non-public metric |
| Exhibit 1 | 24:13 | Internal processes |
| | 26:13 - 14, 26:16, 26:19 – 26:21 | Internal processes |
| | 28:4 - 28:10 | Internal processes; Internal strategy |
| | 57:25 | Internal processes; Internal strategy |
| | 58:1 – 58:7 | Internal processes; Internal strategy |
| | 59:7 – 59:12 | Internal processes |
| | 61:2 - 61:3, 61:5, 61:7 – 61:8, 61:11 – 61:12, 61:24 – 61:25 | Internal processes; Internal strategy |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 62:1 – 62:2 | Internal processes; Internal strategy |
| | 71:4 – 71:9 | Internal processes; Internal strategy |
| | 74:17 – 74:19, 74:21 – 74:25 | Internal processes; Internal strategy |
| | 76:22 – 76:23 | Internal processes; Internal terms |
| | 77:4 – 77:25 | Internal processes; Internal terms |
| | 78:1 – 78:25 | Internal processes; Internal terms |
| | 79:1 – 79:14; 79:22 – 79:25 | Internal processes; Internal terms |
| | 80:1 – 80:3 | Internal processes; Internal terms |
| | 81:10 – 81:25 | Internal processes; Internal terms |
| | 82:1 – 82:25 | Internal processes; Internal terms |
| | 83:1 – 83:6, 83:16 – 83:25 | Internal processes; Internal terms |
| | 84:1 – 84:5, 84:13 – 84:25 | Internal processes; Internal terms |
| | 85:14 – 85:18, 85:22, 85:25 | Internal processes; Internal terms |
| | 86:1 – 86:3, 86:7 – 86:10, 86:13 –86:15, 86:17 – 86:19, 86:24 – 86:25 | Internal processes; Internal terms |
| | 87:1 – 87:6, 87:15 – 87:25 | Internal processes; Internal terms |
| | 88:3 – 88:9, 88:19 – 88:21, 88:24 – 88:25 | Internal processes; Internal terms |
| | 89:3 – 89:17, 89:21 – 89:25 | Internal processes; Internal terms |
| | 90:1 – 90:25 | Internal processes; Internal terms |
| | 91:1 – 90:25 | Internal processes; Internal terms |
| | 92:1 – 92:5, 92:10 – 92:25 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 93:1 – 93:25 | Internal processes; Internal terms |
| | 94:1 | Internal processes |
| | 119:12 – 119:16 | Internal processes |
| | 120:17 | Internal terms |
| | 121:14 – 121:16 | Internal processes |
| | 122:15 – 122:25 | Internal processes; Internal terms |
| | 123:1 – 123:8, 123:13 – 123:24 | Internal processes; Internal terms |
| | 137:21 – 137:25 | Internal processes; Internal terms |
| | 138:1 – 138:6 | Internal processes; Internal terms |
| | 139:8 – 139:25 | Internal processes; Internal terms |
| | 140:1 – 140:7, 140:15 – 140:18, 140:22 – 140:24 | Internal processes |
| | 141:1 – 141:3, 141:6 – 141:14 | Internal processes; Internal terms |
| | 142:8 – 142:10, 142:13 – 142:22 | Internal processes; Internal terms |
| | 143:13 – 143:25 | Internal processes; Internal terms |
| | 144:11 – 144:25 | Internal processes; Internal terms |
| | 145:1 – 145:5 | Internal processes; Internal terms |
| | 151:11 – 151:15, 151:25 | Internal processes; Internal terms |
| | 152:1 – 152:8, 152:13 – 152:18, 152:23 – 152:25 | Internal processes; Internal terms |
| | 153:1 – 153:25 | Internal processes; Internal terms |
| | 154:1 – 154:25 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 155:4 – 155:25 | Internal processes; Internal terms |
| | 161:17 – 161:20, 161:22 – 161:25 | Internal processes; Internal terms |
| | 162:9 – 162:21 | Internal processes; Internal terms |
| | 163:4 – 163:7, 163:12 – 163:15, 163:23 – 163:25 | Internal processes; Internal terms |
| | 164:1 – 164:3, 164:15 – 164:25 | Internal processes; Internal terms |
| | 165:1 – 165:7, 165:13 – 165:25 | Internal processes; Internal terms |
| | 166:1 – 166:15, 166:17 - 166:20 | Internal processes; Internal terms |
| | 167:9 – 167:11, 167:21 – 23 | Internal processes; Internal terms |
| | 168:13 – 168:16, 168:19 – 168:21, 168:25 | Internal processes; Internal terms |
| | 169:1 – 169:5, 169:10 – 169:25 | Internal processes; Internal terms |
| | 170:1 – 170:25 | Internal processes; Internal terms |
| | 171:1 – 171:25 | Internal processes; Internal terms |
| | 172:12 – 172:25 | Internal processes; Internal terms |
| | 173:1 – 173:13 | Internal processes; Internal terms |
| | 174:14 – 174:25 | Internal processes; Internal terms |
| | 175:1 – 175:25 | Internal processes; Internal terms |
| | 176:1 – 176:14 | Internal processes; Internal terms |
| | 178:15 – 178:25 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 179:1 – 179:25 | Internal processes; Internal terms |
| | 180:1 – 180:25 | Internal processes; Internal terms |
| | 181:4 – 181:25 | Internal processes; Internal terms |
| | 182:1 – 182:23 | Internal processes; Internal terms |
| | 183:11 – 183:25 | Internal processes; Internal terms |
| | 184:1 – 184:11 | Internal processes; Internal terms |
| | 185:17 – 185:25 | Internal processes; Internal terms |
| | 186:1 – 186:7, 186:22 – 186:25 | Internal processes; Internal terms |
| | 187:1 – 187:17 | Internal processes; Internal terms |
| | 190:17 –190:19 | Internal processes; Internal terms |
| | 191:12 – 191:18 | Internal processes; Internal terms |
| | 199:6 – 199:19 | Internal processes; Internal terms |
| | 200:21 – 200:24 | Internal processes; Internal terms |
| | 201:1 – 201:25 | Internal processes; Internal terms |
| | 202:1 – 202:25 | Internal processes |
| | 203:1 – 203:25 | Internal processes; Internal terms |
| | 204:1 – 204:15, 204:23 – 204:25 | Internal processes; Internal terms |
| | 205:1 – 205:26 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 206:1 – 206:24 | Internal processes; Internal terms |
| | 207:1 – 207:22 | Internal processes; Internal terms |
| | 208:3 – 208:6, 208:11 – 208:25 | Internal processes; Internal terms |
| | 209:1 – 209:13 | Internal processes; Internal terms |
| | 210:2 – 210:7, 210:9 – 210:25 | Internal processes; Internal terms |
| | 211:4 – 211:25 | Internal processes |
| | 212:4 – 212:15 | Internal processes; Internal terms |
| | 224:24 – 224:25 | Internal processes |
| | 225:1 – 225:4~~6~~, 225:10, 225:12, 225:14 – 225:22 | Internal processes; Internal ~~terms~~metrics |
| | 228:1, 228:3, 228:10, 228:12 – 228:18~~,~~ 228:24 – 228:25 | Internal processes; Internal terms |
| | 229:2, 229:4 – 229:17 | Internal processes |
| | ~~235:8~~ | ~~Internal processes~~ |
| | 270: 8 – 270:10 | Internal processes |
| | ~~272:14 – 272:17~~ | ~~Internal processes; Internal terms~~ |
| | ~~289:11 – 289:14, 289:19 – 289:20~~ | ~~Internal processes~~ |
| | ~~290:6 – 290:12~~ | ~~Internal processes~~ |
| Exhibit 3 | Pg. 5, Para. v, Footnote 3 | Internal processes; Internal terms |
| | Pg. 22, Para. ~~24~~34 | Internal processes; Internal ~~terms~~metrics |
| | Pg. 25, Para. 42 | Internal processes |
| | Pg. 26, Para. 43, Para. 44a, Footnote 102 | Internal processes; Internal terms |
| | Pg. 27, Para. .44b, 44c, Footnote 102, Footnote 105 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 28, Para. 44c, Para. 45, Footnotes 109 – 11 | Internal processes; Internal terms |
| | Pg. 29, Para. 46a, Para. 46b, Para. 46c, Footnote 113 | Internal processes; Internal terms |
| | Pg. 20, Para. 46c, Para. 47, Footnote 116 | Internal processes; Internal terms |
| | Pg. 32, Para. 49, Para. 51, Footnote 128 | Internal processes; Internal terms |
| | Pg. 33, Para. 54 | Internal processes |
| | Pg. 34, Para. 54, Para. 56, | Internal processes |
| | Pg. 35, Para. 56, Para. 57 | Internal processes; Internal terms |
| | Pg. 36, Para. 57, Para. 58, | Internal processes; Internal terms |
| | Pg. 45, Para. 73, Footnote 161 | Internal processes; Internal terms |
| | Pg. 50, Para. 82, Footnote 176 | Internal processes; Internal terms |
| | Pg. 51, Para. 83 | Internal processes; Internal terms |
| | Pg. 54, Para. 89, Para. 90 | Internal processes; Internal terms |
| | Pg. 55, Para. 90, Para. 91, Footnotes 188 & 189 | Internal processes; Internal terms |
| | Pg. 57, Para. 93, Footnote 196, Footnote 199 | Internal processes; Internal terms |
| | Pg. 58, Para. 93, Para. 94, Footnotes 202 & 203 | Internal processes; Internal terms |
| | ~~Pg. 59, Para. 94, Footnote 206~~ | ~~Internal processes; Internal terms~~ |
| | Pg. 60, Para. 96, Footnote 207 | Internal processes; Internal terms |
| | Pg. 61, Para. ~~96~~97 | Internal processes; Internal terms |
| | Pg. 62, Para. 97, Para. 98, Para. 99, Footnotes 215 – 219 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 63, Para. 99, Para. 101 | Internal processes; Internal terms |
| | Pg. 64, Para. 101, Para. 103, Footnote 222 | Internal processes; Internal terms |
| | Pg. 65, Para. 103, Para. 104 | Internal processes; Internal terms |
| | Pg. 66, Para. 104, Para. 105 | Internal processes; Internal terms |
| | Pg. 67, Para. 105, Para. 106, Footnotes 235 - 237 | Internal processes; Internal terms |
| | Pg. 68, Para. 106, Para. 107, Footnote 243 | Internal processes; Internal terms |
| | Pg. 69, Para. 109, Footnote 245 | Internal processes; Internal terms |
| | Pg. 70, Para. 109, Para. 110, Para. 111, Footnote 247 | Internal processes; Internal terms |
| | Pg. 71, Para. 111, Para. 112 | Internal processes; Internal terms |
| | Pg. 72, Para. 113 | Internal processes; Internal terms |
| | Pg. 73, Para. 114, Para. 115 | Internal processes; Internal terms |
| | Pg. 74, Para. 115 | Internal processes; Internal terms |
| | Pg. 76, Para. 120, Footnote 264 | Internal processes; Internal terms |
| | Pg. 77, Para. 123 | Internal processes; Internal terms |
| | Pg. 78, Para. 126, Footnote 271 | Internal processes; Internal terms |
| | Pg. 79, Para. 128 | Internal processes; Internal terms |
| | Pg. 83, Footnote 285 | Internal processes; Internal terms |
| | Pg. 86, Para. 148 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 87, Para. 149, Para. 150, ~~Footnote s~~Footnotes 291 - 292 | Internal processes; Internal terms |
| | Pg. 88, Para. 150, Footnote 295 | Internal processes; Internal terms |
| | Exhibit 1A Entire page 118 of PDF | Internal processes; Internal terms |
| | Exhibit 1B Entire pages 119-120 of PDF | Internal processes; Internal terms |
| | Exhibit 1C Entire page 121-122 of PDF | Internal processes; Internal terms |
| | Exhibit 2A Entire page 123 of PDF | Internal processes; Internal terms |
| | Exhibit 2B Entire page 124 of PDF | Internal processes; Internal terms |
| | Exhibit 3 Entire page 125 of PDF | Internal processes; Internal terms |
| | Exhibit 4A Entire page 126 of PDF | Internal processes; Internal terms |
| | Exhibit 4B Entire pages 127-128 of PDF | Internal processes; Internal terms |
| | Exhibit 4C Entire page 129-130 of PDF | Internal processes; Internal terms |
| | Exhibit 4D Entire page 131 of PDF | Internal processes; Internal terms |
| | Exhibit 4E Entire page 132 of PDF | Internal processes; Internal terms |
| | Exhibit 5A Entire page 133 of PDF | Internal processes; Internal terms |
| | Exhibit 5B Entire page 134 of PDF | Internal processes; Internal terms |
| | Exhibit 5C Entire page 135 of PDF | Internal processes; Internal terms |
| | Exhibit 5D Entire page 136 of PDF | Internal processes; Internal terms |
| | Exhibit 6A Entire page 137 of PDF | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Exhibit 6B Entire pages 138-139 of PDF | Internal processes; Internal terms |
| | Exhibit 6C Entire pages 140-141 of PDF | Internal processes; Internal terms |
| | Exhibit 6D Entire page 142 of PDF | Internal processes; Internal terms |
| | Exhibit 6E Entire page 143 of PDF | Internal processes; Internal terms |
| | Exhibit 7A Entire page 144 of PDF | Internal processes; Internal terms |
| | Exhibit 7B Entire page 145 of PDF | Internal processes; Internal terms |
| | Exhibit 7C Entire page 146 of PDF | Internal processes; Internal terms |
| | Exhibit 7D Entire page 147 of PDF | Internal processes; Internal terms |
| | Exhibit 7E Entire page 148 of PDF | Internal processes; Internal terms |
| | Exhibit 8 Entire page 149 of PDF | Internal processes; Internal terms |
| Exhibit 5 | 153:12 – 15, 153:18-20, 153:23 - 24 | Internal processes; Internal terms |
| | 156:1-2 | Internal terms |
| | 247:10, 247:11-12, 247:14-15, 247:19 | Internal processes |
| | 248:7, 248:9-10, 248:12-13 | Internal processes |
| | 249:5-8 | Internal processes; Internal terms |
| | 257:12-14, 257-21-25 | Internal processes; Internal terms |
| | 258:1-2, 258:8-11, 258:13, 258:15-18, 258:22-24 | Internal processes; Internal terms |
| | 259:2-3, 259:17-19 | Internal processes; Internal terms |
| | 260:3-7 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 275:16-20, 275:25 | Internal processes; Internal terms |
| | 276:2 | Internal processes; Internal terms |
| | 277:20-277:23 | Internal processes; Internal terms |
| | 278:4-10, 278:16-19, 278:21-23, 278:25 | Internal processes; Internal terms |
| | 279:2 | Internal processes |
| | 280:11-12 | Internal processes |
| | 281:20-22 | Internal processes; Internal terms |
| | 283:10-12, 283:20-21, 283:25 | Internal processes; Internal terms |
| | 284:1, 285:9-10, 284:12-14, 284:25 | Internal processes; Internal terms |
| | 285:1, 285:5-7, 285:9-10, 285:11-14 | Internal processes; Internal terms |
| | 288:11-15 | Internal processes; Internal terms |
| | 292:5-6, 292:9-11, 292:23-25 | Internal processes; Internal terms |
| | 293:4-5, 293:11, 293:13-15, 293:25 | Internal processes |
| | 299:12, 299:17-20 | Internal processes; Internal terms |
| | 300:6-9 | Internal processes; Internal terms |
| | 308:17-19, 308:21, 208-23-4 | Internal processes |
| | 309:1 | Internal processes |
| | 318:13-14 | Internal processes |
| | 325:18-25 | Internal processes; Internal terms |
| | 330:15, 330:24 | Internal terms |
| | 332:2-3, 332:8, 332:13-14, 332:25 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 333:1, 333:8, 333:12, 333:15 | Internal processes; Internal terms |
| | 334:1 | Internal processes |
| | 337:4-6, 337:10-11, 337:15-17 | Internal processes; Internal terms |
| | 338:2-4, 338:9-10 | Internal processes; Internal terms |
| | 348:23-25 | Internal processes |
| | 368:15-25 | Internal processes |
| | 369:4-7, 369:9-14, 369:15-18, 369:22-25 | Internal processes; Internal terms |
| | 370:1-2, 370:10-25 | Internal processes; Internal terms |
| | 371:1-8 | Internal processes |
| | 372:13-22 | Internal processes; Internal terms |
| | 375:14-17 | Internal processes; Internal terms |
| | 376:10-11, 376:14 | Internal processes; Internal terms |
| Exhibit 7 | Pg. 12, Para. 41 | Internal processes; Internal terms |
| | Pg. 13, Para. 43 | Internal processes; Internal terms |
| | Pg. 14, Para. 43 | Internal processes |
| | Pg. 21, Para. 60g | Internal terms |
| | Pg. 28, Para. 74, Footnote 84 | Internal processes; Internal terms |
| | Pg. 30, Para. 80 | Internal processes |
| | Pg. 31, Para. 80 | Internal processes; Internal terms |
| | Pg. 32, Para. 83 | Internal terms |
| | Pg. 33, Footnote 101 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 34, Para. 87, Para. .90 | Internal processes; Internal terms |
| | Pg. 35, Para. 90, Para. 92 | Internal processes; Internal terms |
| | Pg. 38, Para. 99 | Internal processes; Internal terms |
| | Pg. 39, Para. 101, Para. 102 | Internal processes; Internal terms |
| | Pg. 41, Para. 107, Footnotes 129 & 131 | Internal processes; Internal terms |
| | Pg. 42, Footnote 132 | Internal terms |
| | Pg. 48, Para. 123 | Internal processes; Internal terms |
| | Pg. 50, Para. ~~28~~128, Footnote 154 | Internal processes; Internal terms |
| | Pg. 52, Para. 132 | Internal processes; Internal terms |
| | Pg. 55, Para. 140, Para. 142 | Internal processes; Internal terms |
| | Pg. 56, Para. 142 | Internal processes; Internal terms |
| | Pg. 57, Para. 143, Para. 144, Paras. 145 – 146, Footnote 177 | Internal processes; Internal terms |
| | Pg. 58, Para. 146 | Internal processes; Internal terms |
| | Pg. 59, Para. 146, Para. 147 | Internal processes; Internal terms |
| | Pg. 60, Para. 151 | Internal processes; Internal terms |
| | Pg. 62, Para. 155 | Internal processes; Internal terms |
| | Pg. 64, Footnote 195 | Internal terms |
| | Pg. 69, Para. 167, Footnote 210 | Internal processes; Internal terms |
| | Pg. 70, Para. 169 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 71, Para. 169, Para. 170 | Internal processes; Internal terms |
| | Pg. 73, Para. 174 | Internal processes; Internal terms |
| | Pg. 75, Para. 178 | Internal processes; Internal terms |
| | Pg. 81, Para. 192 | Internal terms |
| | Pg. 86, Para. 201 | Internal processes |
| | Pg. 91, Para. 210 | Internal processes |
| | Pg. 93, Para. 214 | Internal processes; Internal terms |
| Exhibit 8 | Pg. 21 | Employee PII |
| | Pg. 38. Para. 12-13 | Internal processes; Internal terms |
| | Pg. 39, Paras. 14 – 16 | Internal processes; Internal terms |
| | Pg. 40, Paras. 16 – 17 | Internal processes; Internal terms |
| | Pg. 41, Paras. 17 – 19 | Internal processes; Internal terms |
| | Pg. 42, Paras. ~~19~~20 – 22 | Internal processes; Internal terms |
| | Pg. 43, Paras. 22 – 24 | Internal processes; Internal terms; Employee PII |
| | Pg. 44, Paras. 24 - 26 | Internal processes; Internal terms; Employee PII |
| | Pg. 49, Para. 39 | Internal processes; Internal terms |
| | Pg. 50, Paras. 40 – 43 | Internal processes; Internal terms |
| | Pg. 51, Paras. 44 – 45 | Internal processes; Internal terms |
| Exhibit 10 | Pg. 5, Lines 19, 23 – 26 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 6, Lines 1-2, 3 | Internal processes; Internal terms |
| | Pg. 9, Lines 26 – 27 | Internal processes; Internal terms |
| | Pg. 10, Lines 1 – 9 | Internal processes; Internal terms |
| | Pg. 11, Lines 6 – 19, Lines 22 – 27 | Internal processes; Internal terms |
| | Pg. 12, Lines 9 – 10 | Internal processes; Internal terms |
| | Pg. 14, Lines 10 – 19 | Internal processes; Internal terms |
| | Pg. 15, Lines 1, 22-23 | Internal processes; Internal terms |
| | Pg. 16, Lines 3 – 28 | Internal processes; Internal terms |
| | Pg. 17, Lines 1 - 28 | Internal processes; Internal terms |
| | Pg. 18, lines 1 – 21 | Internal processes; Internal terms |
| | Pg. 19, Lines 1, 2-8, 11 – 28 | Internal processes; Internal terms |
| | Pg. 20, Lines 1 – 24 | Internal processes; Internal terms |
| | Pg. 21, Lines 1 – 28 | Internal processes; Internal terms |
| | Pg. 22, Lines 1 – 28 | Internal processes; Internal terms |
| | Pg. 23, Lines 1 – 28 | Internal processes; Internal terms |
| | Pg. 24, Lines 1 – 12 | Internal processes; Internal terms |
| Declaration of Michael Lasinksi in Support of Plaintiffs' Motion for Class Certification | Pg. 1, Para. 1, Footnote 2 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 2, Para. 1 | Internal processes; Internal terms |
| | Pg. 3, Para. 1, Footnote 7 | Internal processes |
| | Pg. 10, Para. 28 | Internal processes |
| | Pg. 11, Para. 31 | Internal processes |
| | Pg. 12, Para. 33, Footnote 68 | Internal processes |
| | Pg. 13, Para. 36 | Internal processes; Internal terms |
| | Pg. 17, Para. 46, 47, Footnotes 99 & 100 | Internal processes; Internal terms |
| | Pg. 18, Paras. 47, 48 & 49 | Internal processes; Internal terms |
| | Pg. 19, Paras. 51 & 52 | Internal processes; Internal terms |
| | Pg. 20, Paras. 52 – 54 | Internal processes; Internal terms; Employee PII |
| | Pg. 21, Para. 55, 57, 58 | Internal processes; Internal terms; Employee PII |
| | Pg. 22, Paras. 58, 59, 60 | Internal processes; Internal terms |
| | Pg. 23, Paras. 61 & 62 | Internal processes; Internal terms |
| | Pg. 24, Paras. 63 – 65, Footnote 131 | Internal processes; Internal terms |
| | Pg. 25, Paras. 65 - 67 | Internal processes; Internal terms |
| | Pg. 26, Para. 68 | Internal processes; Internal terms |
| | Pg. 27, Paras. 72 & 73 | Internal processes; Internal terms |
| | Pg. 28, Para. 75 | Internal processes; Internal terms |
| | Pg. 29, Paras. 78 – 79, 82 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 30, Paras. 83 – 86, Footnote 150 | Internal processes; Internal terms |
| | Pg. 31, Paras. 86 – 88, Footnotes 161, 163 | Internal processes; Internal terms |
| | Pg. 32, Paras. 88 – 91, Footnote 166 | Internal processes; Internal terms |
| | Pg. 33, Paras. 91, 93 – 95 | Internal processes; Internal terms |
| | Pg. 34, Paras. 95-96 | Internal processes; Internal terms |
| | Pg. 35, Paras. 97-99, Footnote 182 | Internal processes; Internal terms |
| | Pg. 36, Paras. 99 – 100 | Internal processes; Internal terms |
| | Pg. 37, Paras. 100-102 | Internal processes; Internal terms |
| | Pg. 38, Paras. 102-103 | Internal processes; Internal terms |
| | Pg. 39, Paras. 105 – 108 | Internal processes; Internal terms |
| | Pg. 40, Paras. 108-100 | Internal processes; Internal terms |
| | Pg. 41, Paras. 111-113 | Internal processes; Internal terms |
| | Pg. 42, Paras. 113-114, 116-117 | Internal processes; Internal terms |
| | Pg. 43, Paras. 117-120 | Internal processes; Internal terms |
| | Pg. 44, Paras. 120 – 122 | Internal processes; Internal terms |
| | Pg. 45, Paras. 122, 124-126 | Internal processes; Internal terms |
| | Pg. 46, Paras. 126-128 | Internal processes; Internal terms |
| | Pg. 47, Paras. 128-129 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 55, Para. 154 & 155 | Internal processes; Internal terms |
| | Pg. 56, Para. 155 | Internal processes; Internal terms |
| | Pg. 57, Para. 157, 158, 159 | Internal processes; Internal terms |
| | Pg. 58, Para. 159, 161 | Internal processes; Internal terms |
| | Pg. 59, Para. 164, 167 | Internal processes; Internal terms |
| | Pg. 60, Para. 168 | Internal processes; Internal terms |
| | Pg. 61, Paras. 171, 172, 173, Footnote 275 | Internal processes; Internal terms |
| | Pg. 62, Para. 173 | Internal processes; Internal terms |
| | PDF Pg. 86 | Internal processes |
| | PDF Pg. 87 | Internal processes |
| | PDF Pg. 88 | Internal processes |
| | PDF Pg. 89 | Internal processes |
| | PDF Pg. 90, Notes 3 – 7 | Internal processes; Internal terms |
| | PDF Pg. 91 | Internal processes; Internal terms |
| | PDF Pg. 92, Note 3 | Internal processes; Internal terms |
| | PDF Pg. 93 | Internal processes; Internal terms |
| | PDF Pg. 94 | Internal processes; Internal terms |
| | PDF Pg. 95 | Internal processes; Internal terms |
| | PDF Pg. 96 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | PDF Pg. 97 | Internal processes; Internal terms |
| | PDF Pg. 98 | Internal processes; Internal terms |
| | PDF Pg. 99 | Internal processes; Internal terms |
| | PDF Pg. 100 | Internal processes; Internal terms |
| | PDF Pg. 101 | Internal processes; Internal terms |
| | PDF Pg. 102 | Internal processes; Internal terms |
| | PDF Pg. 103 | Internal processes; Internal terms |
| | PDF Pg. 104 | Internal processes; Internal terms |
| | PDF Pg. 105 | Internal processes; Internal terms |
| | PDF Pg. 106 | Internal processes; Internal terms |
| | PDF Pg. 107 | Internal processes; Internal terms |
| | PDF Pg. 108 | Internal processes; Internal terms |
| | PDF Pg. 109 | Internal processes; Internal terms |
| | PDF Pg. 110 | Internal processes; Internal terms |
| | PDF Pg. 111 | Internal processes; Internal terms |
| | PDF Pg. 112 | Internal processes; Internal terms |
| | PDF Pg. 113 | Internal processes; Internal terms |
| | PDF Pg. 114 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | PDF Pg. 115 | Internal processes; Internal terms |
| | PDF Pg. 116 | Internal processes; Internal terms |
| | PDF Pg. 117 | Internal processes; Internal terms |
| | PDF Pg. 119 | Internal processes; Internal terms |
| | PDF Pg. 120 | Internal processes; Internal terms |
| | PDF Pg. 121 | Internal processes; Internal terms |
| | PDF Pg. 123 | Internal processes; Internal terms |
| | PDF Pg. 130 | Internal processes; Internal terms |
| | PDF Pg. 131 | Internal processes; Internal terms |
| | PDF Pg. 132 | Internal processes; Internal terms |
| | PDF Pg. 133 | Internal processes; Internal terms |
| | PDF Pg. 134 | Internal processes; Internal terms |
| | PDF Pg. 135 | Internal processes; Internal terms |
| | PDF Pg. 136 | Internal processes; Internal terms |
| | PDF Pg. 137 | Internal processes; Internal terms |
| | PDF Pg. 138 | Internal processes; Internal terms |
| | PDF Pg. 139 | Internal processes; Internal terms |
| | PDF Pg. 140 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | PDF Pg. 141 | Internal processes; Internal terms |
| | PDF Pg. 142 | Internal processes; Internal terms |
| | PDF Pg. 143 | Internal processes; Internal terms |
| | PDF Pg. 144 | Internal processes; Internal terms |
| | PDF Pg. 145 | Internal processes; Internal terms |
| | PDF Pg. 146 | Internal processes; Internal terms |
| | PDF Pg. 147 | Internal processes; Internal terms |
| | PDF Pg. 148 | Internal processes; Internal terms |
| | PDF Pg. 149 | Internal processes; Internal terms |
| | PDF Pg. 150 | Internal processes; Internal terms |
| | PDF Pg. 151 | Internal processes; Internal terms |
| | PDF Pg. 152 | Internal processes; Internal terms |

The following briefing and exhibits to ~~Plaintiffs' Administrative Motion to Seal Portions of~~ Plaintiffs' Opposition to Google's Motion to Exclude Opinion of Michael J. Lasinski [Dkt. 331]:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Plaintiffs' Opposition to Google's Motion to Exclude Opinion of Michael J. Lasinski | Pg. 3, Lines 25 – 28 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 4, Lines 1 – 3, 5-17, 21-24 | Internal processes; Internal terms |
| | Pg. 5, Line 25 | Internal processes |
| | Pg. 12, Lines 19 – 20 | Internal processes |
| | Pg. 13, Lines 16-17, Footnote s 6 and 7 | Internal processes; Internal terms |
| | Pg. 14, Lines 22-24 | Internal processes; Internal terms |
| | Pg. 23, Lines 1-3 | Internal processes; Internal terms |
| *Exhibit 1* | *Duplicative of Exhibit 1 to Google's Motion to Exclude Opinion of Michael J. Lasinski* | |
| *Exhibit 3* | *Duplicative of Exhibit 3 to Google's Motion to Exclude Opinion of Michael J. Lasinski* | |
| Exhibit 5 | 187:23-24 | Internal terms |
| *Exhibit 6* | *Duplicative of Exhibit 15 to Plaintiffs' Motion for Class Certification* | |
| Exhibit 7 | GOOG-RDGZ-00188469 Complete document | Internal processes, Internal terms |
| Exhibit 9 | GOOG-RDGZ-00028472 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028473 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028474 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028475 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028476 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028477 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | GOOG-RDGZ-00028478 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028479 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028480 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028481 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028482 | Internal processes; Internal terms; Internal strategy |
| | GOOG-RDGZ-00028483 | Internal processes; Internal terms; Internal strategy |
| | GOOG-RDGZ-00028484 | Internal processes; Internal terms; Internal strategy |

The following pages in the Expert Report of Jonathan E. Hochman dated March 22, 2023 and Appendices filed within:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 5, Para. 2 | Internal strategy |
| | Pg. 22, Para 51 | Internal processes |
| | Pg. 23, Footnote 32 | Internal terms |
| | Pg. 24, Para. 54 | Internal terms |
| | Pg. 24, Para. 55 | Internal processes |
| | Pg. 24, Footnote 36 | Internal processes; Internal strategy |
| | Pg. 26, Footnote 39 | Internal terms |
| | Pg. 29, Para. 64 | Internal terms |
| | Pg. 33, Para. 73 | Internal strategy |
| | Pg. 33, Footnote 60-62 | Internal strategy |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 39, Footnote 74 | Internal strategy; Internal terms |
| | Pg. 49, Para. 107 | Internal processes; Internal strategy |
| | Pg. 50-52, Para. 110 | Internal processes; Internal strategy |
| | Pg. 50, Footnote 92 | Internal strategy |
| | Pg. 52, Para. 112 | Internal terms |
| | Pg. 53, Para. 114 | Internal processes |
| | Pg. 54, Paras. 115-117 | Internal processes; Internal strategy |
| | Pg. 55, Para. 120 | Internal processes |
| | Pg. 56, Footnote 95 | Internal processes |
| | Pg. 56-57, Para. 124 | Internal processes |
| | Pg. 58, Para. ~~126~~125 | Internal processes *Internal terms* |
| | Pg. 58-59, Para. 127 | Internal processes |
| | Pg. 59, Para. 128 | Internal processes |
| | Pg. 60-63, Para. 130 | Internal processes |
| | Pg. 66-67, Paras. 138-139 and Footnote 106 | Internal processes; Internal strategy; Internal terms |
| | Pg. 67-69, Para. 141 | Internal processes; Internal strategy |
| | Pg. 67, Footnote 107 | Internal processes; Internal terms |
| | Pg. 68, Footnote 108 | Internal processes; Internal strategy |
| | Pg. 71, Footnote 113-114 | Internal processes; Internal strategy |
| | Pg. 72, Para. 149 | ~~Internal processes;~~ ~~Employee PII~~*Plaintiffs' designations* |
| | Pg. 73, Para. 152 | Employee PII |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 75-79, Paras.159-165 | Internal processes; Internal strategy |
| | Pg. 77, Footnote 118-119 | Internal processes; Internal strategy; Internal terms |
| | Pg. 79, Footnote 120 | Internal processes; Internal terms |
| | Pg. 80, Para. 168 | Internal processes; Internal strategy |
| | Pg. 81, Para. 169 | Internal processes; |
| | Pg. 81-82, Para. 171 | Internal processes; Internal strategy |
| | Pg. 82, Paras. 173-174 | Internal processes; Internal strategy |
| | Pg. 83-84, Paras. 175-177 | Internal processes; Internal strategy |
| | Pg. 83, Footnote 128 | Internal processes; Internal strategy |
| | Pg. 85, Para. 179 | Internal terms |
| | Pg. 86, Para. 182 | ~~Employee PII~~Plaintiffs' designations |
| | Pg. 88, Paras. 188-189 | Internal processes; Internal terms |
| | Pg. 89-90, Para. 191 | ~~Internal processes~~Plaintiffs' designations |
| | Pg. 89, Footnote 131 | ~~Internal processes~~Plaintiffs' designations |
| | Pg. 91-92, Para. 192 | ~~Internal processes; Internal strategy~~Plaintiffs' designations |
| | Pg. 94, Para. 198 | Internal terms |
| | Pg. 96, Para. 206 | Internal processes; Internal strategy |
| | Pg. 97, Para. 207 | Internal processes; |
| | Pg. 98, Para. 208 | Internal processes; Internal terms |
| | Pg. 100, Paras. 213-214 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 100-101, Para. 216 | Internal processes; Internal terms |
| | Pg. 101, Paras. 217-218 | Internal terms |
| | Pg. 102,-103 Paras. 220-222 | Internal processes; Internal strategy |
| | Pg. 104-106, Paras. 229-231 | Internal processes; Internal terms |
| | Pg. 106-108, Para. 232 and Footnote 140 | Internal processes; Internal terms |
| | Pg. 108-109, Paras. 233-235 | Internal processes; Internal terms |
| | Pg. 110, Para. 237 | Internal terms |
| | Pg. 110-111, Paras. 238-239 | Internal processes; Internal terms |
| | Pg. 111, Footnote 141 | Internal processes; Internal strategy |
| | Pg. 111-113, Paras. 241-243 | Internal processes; Internal terms |
| | Pg. 113, Paras. 244-245 | ~~Internal processes; Employee PII~~<u>Plaintiffs' designations</u> |
| | Pg. 113-114, Para. 246 | ~~Internal terms~~<u>Plaintiffs' designations</u> |
| | Pg. 114, Footnote 144 | Internal terms |
| | Pg. 114, Para. 248 | Internal terms |
| | Pg. 116 ,Footnote 145 | Internal processes |
| | Pg. 122, Para. 273 | Internal processes |
| | Pg. 125, Para. 282 | Internal processes |
| | Pg. 127, Para. 286 | Internal processes; Internal strategy |
| | Pg. 131-132, Paras. 299-300 | Internal processes; Internal terms |
| | Pg. 132-133, Para. 303 | Internal processes; Internal strategy |
| | Pg. 133-134, Paras. 305-309 | Internal processes; Internal strategy |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 134, Footnote 159 | Internal processes; Internal terms |
| | Pg. 136, Para. 312 | Internal processes; Internal terms |
| | Pg. 137-138, Paras. 318-319 and Footnote 162 | Internal terms |
| | Pg. 138-141, Paras. 320-324 | Internal processes; Internal terms |
| | Pg. 139, Footnote 163-164 | Internal processes; Internal terms |
| | Pg. 140, Footnote 165 | Internal processes; Internal terms |
| | Pg. 141, Para. 326 | Internal terms |
| | Pg. 142-143, Para. 330 | Internal processes |
| | Pg. 147-148, Paras. 344-345 | Internal processes; Internal strategy |
| | Pg. 148, Paras. 347-348 | Internal processes; Internal strategy |
| | Pg. 149, Para. 351 | Internal processes; Internal strategy |
| | Pg. 150, Para. 353 | Internal processes; Internal terms |
| | Pg. 150, Para. 355 | Internal processes; Internal strategy |
| | Pg. 150, Footnote 173-174 | Internal processes; Internal strategy |
| | Pg. 151, Para. 356 | Internal processes |
| | Pg. 151, Para. 358 | Internal processes; Internal terms |
| | Pg. 152, Para. 360 | Internal terms |
| | Pg. 153, Para. 364 | Internal terms |
| | Pg. 154, Para. 367 | Internal processes; Internal terms |
| | Pg. 154, Footnote 175 | Internal processes; Internal strategy |
| | Pg. 157, Para. 375 | Internal processes; Internal strategy |
| | Pg. 162, Para. 388 | Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 168, Para. 411 | Internal processes; Internal strategy |
| | Pg. 168, Footnote 180 | Internal processes; Internal strategy |
| Appendix E | Pg. 5 Footnote 16 | Internal processes |
| | Pg. 7, Para. 13 | Internal terms |
| | Pg. 10, Paras. 20-21 | Internal processes; Internal strategy |
| | Pg. 10, Footnote 24 | Internal processes |
| | Pg. 11-13, Paras. 23-26 | Internal processes; Internal strategy |
| | Pg. 14, Para. 28 | Internal processes; Internal terms |
| Appendix G | Pg. 1, Table of Contents | Internal terms |
| | Pg. 11, Para. 26 | Internal terms |
| | Pg. 11, Heading 2.1 | Internal terms |
| | Pg. 11-30, Paras. 28-73 | Internal processes; Internal strategy; Internal terms |
| | Pg. 31, Para. 74 | Internal strategy; Internal terms |
| | Pg. 32, Paras. 79-80 | Internal strategy; Internal terms |
| | Pg. 33, Paras. 83-85 | Internal processes; Internal terms |
| | Pg. 34-37, Paras. 86-98 | Internal processes; Internal strategy; Internal terms |
| | Pg. 37, Para. 100 | Internal terms |
| | Pg. 39, Para. 106 | Internal processes; Internal terms |
| | Pg. 40-41 ,Paras. 109-113 | Internal processes; Internal terms |
| | Pg. 42-43, Paras. 115-121 | Internal processes; Internal terms |
| | Pg. 44-101 | Internal processes; Internal strategy; Internal terms |
| Appendix I | Pg. 5, Paras. 13-14 | Internal processes; Internal terms |

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
|  | Pg. 10, Para. 36 | Internal processes |
|  | Pg. 28-29, Paras. 65-66 | Internal processes;<br>Internal strategy; |
| Appendix K | Complete Document | Internal processes;<br>Internal strategy;<br>Internal terms |

Accordingly, the Court orders that the above-noted information should be sealed.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Richard Seeborg
United States District Judge

[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEAL
PORTIONS OF CLASS CERTIFICATION & DAUBERT BRIEFING
Case No. 3:20-CV-04688-RS