1

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.:  3:20-cv-04688-RS

**STATEMENT OF RECENT DECISION ON CLASS CERTIFICATION**

The Honorable Richard Seeborg

i

1        Pursuant to Civil Local Rule 7-3(d), Plaintiffs call to the Court's attention the October 26,

2    2023 opinion in *Csupo v. Google LLC*, 19-cv-352557 (Super. Ct. Cal.), certifying a class against

3    Google, which is attached hereto.

4

5    Dated: October 30, 2023           Respectfully submitted,

6

7                           By:  */s/ Mark C. Mao*

8                           Mark C. Mao (CA Bar No. 236165)
                       mmao@bsfllp.com

9                           Beko Reblitz-Richardson (CA Bar No. 238027)
                       brichardson@bsfllp.com

10                          BOIES SCHILLER FLEXNER LLP
                       44 Montgomery Street, 41st Floor

11                          San Francisco, CA 94104
                       Telephone: (415) 293 6858

12                          Facsimile (415) 999 9695

13                          David Boies (admitted *pro hac vice*)

14                          dboies@bsfllp.com
                       BOIES SCHILLER FLEXNER LLP

15                          333 Main Street
                       Armonk, NY 10504

16                          Telephone: (914) 749-8200

17                          James Lee (admitted *pro hac vice*)

18                          jlee@bsfllp.com
                       Rossana Baeza (admitted *pro hac vice*)

19                          rbaeza@bsfllp.com
                       BOIES SCHILLER FLEXNER LLP

20                          100 SE 2nd Street, Suite 2800
                       Miami, FL 33131

21                          Telephone: (305) 539-8400
                       Facsimile: (305) 539-1307

22

23                          Alison L. Anderson, CA Bar No. 275334
                       alanderson@bsfllp.com

24                          M. Logan Wright
                       mwright@bsfllp.com

25                          BOIES SCHILLER FLEXNER LLP
                       725 S. Figueroa Street, 31st Floor

26                          Los Angeles, CA 90017

27                          Telephone: (813) 482-4814

28                          Bill Carmody (*pro hac vice*)

1

bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley
afrawley@susmangodfrey.com
Ryan Sila
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*

STATEMENT OF RECENT DECISION RE: CLASS CERTIFICATION
CASE NO. 3:20-CV-04688-RS