**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
NOORJAHAN RAHMAN (SBN: 330572)
  nrahman@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688-RS<br>ORDER<br>**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Judge:        Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

GRANTED
Judge Richard Seeborg
Date: 10/30/2023

**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**
CASE NO. 3:20-CV-04688-RS

Defendant Google LLC respectfully asks the Court to remove Dkt. No. 341-9 from the docket. Google inadvertently filed a version of this document on the public docket without necessary redactions applied. Google has refiled a corrected version of this document.

Dated: October 18, 2023                          **WILLKIE FARR & GALLAGHER LLP**

                                                 By: */s/ Benedict Y. Hur*
                                                      Benedict Y. Hur
                                                      Simona Agnolucci
                                                      Eduardo Santacana
                                                      Noorjahan Rahman
                                                      Argemira Flórez
                                                      Harris Mateen

                                                      *Attorneys for Defendant
                                                      Google LLC*