**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR SBN: 224018
  bhur@willkie.com
SIMONA AGNOLUCCI SBN: 246943
  sagnolucci@willkie.com
EDUARDO E. SANTACANA SBN: 281668
  esantacana@willkie.com
NOORJAHAN RAHMAN SBN: 330572
  nrahman@willkie.com
ARGEMIRA FLÓREZ SBN: 331153
  aflorez@willkie.com
HARRIS MATEEN SBN: 335593
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415 858-7400

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688-RS<br><br>**GOOGLE LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge:         Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    Not Set |

Defendant Google LLC ("Google") submits this Notice of Supplemental Authority to inform the Court of the recent Ninth Circuit per curiam opinion in *Jones v. Ford Motor Company,* Case No. 22-35447 (9th Cir., 2023) ("Opinion"), which was issued after Google filed its Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. 323).

In their opinion declining to revive class claims, the Ninth Circuit panel addressed issues relevant to this Court's consideration of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (ECF No. 315), particularly by distinguishing the lower bar for constitutional standing with the more stringent statutory injury requirements to state a claim under Washington's Privacy Act, § 9.73.060 (Opinion at 8). A copy of the Opinion is attached as Exhibit A.

Dated: October 30, 2023                    **WILLKIE FARR & GALLAGHER LLP**

                                           By: */s/ Eduardo E. Santacana*
                                               Benedict Y. Hur
                                               Simona Agnolucci
                                               Eduardo Santacana
                                               Noorjahan Rahman
                                               Argemira Flórez
                                               Harris Mateen

                                               *Attorneys for Defendant*
                                               *Google LLC*