1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT

8    NORTHERN DISTRICT OF CALIFORNIA

9

10   ANIBAL RODRIGUEZ, et al.,

             Plaintiffs,                              Case No.  20-cv-04688-RS

11

12          v.                                        **ORDER GRANTING IN PART AND
                                                      DENYING IN PART MOTION TO
13   GOOGLE LLC,                                       SEAL**

             Defendant.
14

15                              **I. INTRODUCTION**

16          In this privacy action, Plaintiffs and Defendant (Google) have filed an omnibus motion to

17   seal various portions of materials related to the parties' class certification and *Daubert* briefing.

18   Specifically, the parties request to seal portions of briefing related to Plaintiff's Motion for Class

19   Certification, expert reports and related appendices, as well as Google's *Daubert* Motion and

20   related appendices. For the reasons below, the parties' omnibus motion to seal is granted in part

21   and denied in part.

22                              **II. LEGAL STANDARD**

23          There is a strong presumption in favor of allowing public access when deciding whether

24   materials should be sealed. *See Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011).

25   A request to seal must be narrowly tailored. Civ. L. R. 79-5(c)(3). The Ninth Circuit articulates

26   two tests to determine whether a record may be sealed, the "compelling reason" standard or the

27   "good cause" exception. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir.

28   2006); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1095–96 (9th Cir. 2016). Where

*United States District Court*
*Northern District of California*

1     a motion is "dispositive," the compelling reasons standard applies. *Ctr. for Auto Safety*, 809 F.3d

2     at 1095. The Ninth Circuit has not yet decided if a motion to certify class is dispositive or non-

3     dispositive. *Santos v. TWC Admin. LLC*, No. CV 13–04799 MMM, 2014 WL 12703020 at *2

4     (C.D. Cal. May 27, 2014). Districts in the Ninth Circuit generally treat motions for class

5     certification as non-dispositive. *Id*. However, a motion for class certification can be dispositive

6     where "denial of class status means that the stakes are too low for the named plaintiffs to continue

7     the matter." *Id*. (quoting *Prado v. Bush*, 221 F.3d 1266, 1274 (11th Cir. 2000). Where a litigant

8     presents compelling reasons to seal material, the court must then balance the interests of the public

9     and the party seeking sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97

10    (9th Cir. 2016). This balancing test involves such factors as the public's interest in understanding

11    the functioning of the judicial process and the volume of material sought to be sealed. *See Zakinov*

12    *v. Ripple Labs, Inc.*, No. 18-cv-6753, 2023 WL 5280193 at *1 (N.D. Cal. Aug. 15, 2023). "The

13    mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or

14    exposure to further litigation will not, without more, compel the court to seal its records."

15    *Kamakana*, 447 F.3d at 1178.

16                           **III. DISCUSSION**

17        Google requests to seal what it characterizes as commercially sensitive information,

18    internal code names, and non-public employee email addresses. Google asserts that it seeks to seal

19    excerpts of internal studies and research because they contain "competitively sensitive materials."

20    Google invokes *Algarin v. Maybelline* as an example of a case where a study that contained

21    consumer research and sales data and was sealed because it could be subject to improper use by a

22    competitor. No. 12cv3000 AJB (DHB), 2014 WL 690410 (S.D. Cal. Feb. 21, 2014). However,

23    much of the information Google seeks to seal will not actually harm its competitive standing and,

24    unlike in *Algarin*, simply reflects the opinions of Plaintiffs' experts, resulting in no danger of

25    "improper use by competitors who may circumvent expending their own resources in obtaining

26    information at [Google's] expense." *Id*. at *4.

27        Google also asserts the records it seeks to seal contain business information that might

28

harm their "competitive standing" or "become a vehicle for improper use" such that those compelling reasons outweigh the public's interest in disclosure. *See In re Elec. Arts, Inc.* 298 F.App'x 568 (9th Cir. 2008) (internal quotations omitted). Plaintiffs oppose sealing some of Google's records on the basis that they may affect the rights of absent class members.

The motion to seal is granted in part and denied in part. For some records, Google has adequately shown "compelling reasons" warranting the sealing of the records it selects. However, for others, preventing disclosure will impact information necessary to calculate Plaintiffs' monetary damages, and many records Google seeks to seal are high level summaries that go directly to Plaintiffs' claims. In addition, some of the records go directly to the public interest in disclosure and are not outweighed by any compelling reasons. The request to seal excerpts that reveals Plaintiffs' private information is granted. Dkt. 338. As to the Google's sealing request, the tables below outline which portions of the records may be sealed. No pages, paragraphs, or records may be sealed in their entirety unless stated otherwise. If the table reads "may be sealed only," then the parties must seal only the word or short phrase that corresponds with that description, not the entire sentence or paragraph (unless, of course, the entire sentence or paragraph corresponds with that description).

The following records attached to Plaintiff's Motion for Class Certification (Dkt. 315) may be sealed:

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| Exhibit 1 | GOOG-RDGZ00117318 | All columns except "Summary" |
| Exhibit 2 | GOOG-RDGZ-00209974 | Internal terms may be sealed only |
| | GOOG-RDGZ-00209975 | Employee PII may be sealed only |
| | GOOG-RDGZ-00209976 | Employee PII may be sealed only |
| Exhibit 5 | GOOG-RDGZ-00144762 | Internal strategy |
| | GOOG-RDGZ-00144763 | Internal processes |
| | GOOG-RDGZ-00144764 | Internal processes |

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | GOOG-RDGZ-00144767 | Internal processes |
| Exhibit 7 | GOOG-RDGZ-00024709 | Employee PII may be sealed only |
| | GOOG-RDGZ-00024710 | Employee PII may be sealed only |
| | GOOG-RDGZ-00024711 | Employee PII may be sealed only |
| Exhibit 10 | GOOG-RDGZ-00161367 | Internal processes |
| | GOOG-RDGZ-00161373 | Internal processes |
| | GOOG-RDGZ-00161378 | Internal processes |
| | GOOG-RDGZ-00161384 | Internal processes |
| | GOOG-RDGZ-00161385 | Internal processes |
| | GOOG-RDGZ-00161392 | Internal processes |
| | GOOG-RDGZ-00161393 | Internal terms |
| | GOOG-RDGZ-00161395 | Internal terms may be sealed only |
| | GOOG-RDGZ-00161396 | Internal processes |
| | GOOG-RDGZ-00161397 | Internal processes |
| | GOOG-RDGZ-00161398 | Internal processes |
| | GOOG-RDGZ-00161399 | Internal terms may be sealed only |
| | GOOG-RDGZ-00161401 | Internal terms may be sealed only |
| | GOOG-RDGZ-00161406 | Internal processes |
| | GOOG-RDGZ-00161408 | Internal processes |
| | GOOG-RDGZ-00161410 | Internal terms may be sealed only |
| | GOOG-RDGZ-00161411 | Internal processes |
| | GOOG-RDGZ-00161412 | Internal terms |
| | GOOG-RDGZ-00161414 | Internal processes |
| | GOOG-RDGZ-00161417 | Internal processes |
| | GOOG-RDGZ-00161418 | Internal processes |
| | GOOG-RDGZ-00161419 | Internal processes |

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | GOOG-RDGZ-00161420 | Internal terms |
| Exhibit 11 | 212:16 – 212:21 | Internal processes |
| | 213:8 – 213:9 | Internal processes |
| | 214:10 – 214:14;<br>214:18 – 214:21;<br>214:23 – 214:25 | Internal processes |
| | 215:1 – 215:5;<br>215:9 – 215:10;<br>215:15 – 215:24 | Internal processes |
| | 216:2 – 216:4 | Internal processes |
| | 217:3 – 217:6;<br>217:8 – 217:15 | Internal processes |
| Exhibit 15 | GOOG-RDGZ-00052784 | Employee PII may be sealed only |
| | GOOG-RDGZ-00052785 | Internal terms may be sealed only |
| | GOOG-RDGZ-00052787 | Internal terms may be sealed only |
| | GOOG-RDGZ-00052788 | Internal terms may be sealed only |
| | GOOG-RDGZ-00052790 | Internal strategy |
| | GOOG-RDGZ-00052791 | Internal strategy |
| | GOOG-RDGZ-00052792 | Internal terms may be sealed only |
| | GOOG-RDGZ-00052793 | Internal terms may be sealed only |
| | GOOG-RDGZ-00052794 | Internal strategy |
| | GOOG-RDGZ-00052795 | Internal strategy |
| | GOOG-RDGZ-00052797 | Internal strategy |
| | GOOG-RDGZ-00052798 | Internal strategy |
| | GOOG-RDGZ-00052799 | Internal processes<br>Internal strategy |
| | GOOG-RDGZ-00052801 | Internal strategy |
| | GOOG-RDGZ-00052805 | Internal processes |

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | GOOG-RDGZ-00052806 | Internal processes |
| | GOOG-RDGZ-00052807 | Internal strategy |
| | GOOG-RDGZ-00052809 | Internal processes |
| | GOOG-RDGZ-00052811 | Internal strategy |
| | GOOG-RDGZ-00052812 | Internal strategy |
| Exhibit 42 | GOOG-RDGZ-00152018 | Employee PII may be sealed only |
| | GOOG-RDGZ-00152027 | Employee PII may be sealed only |
| | GOOG-RDGZ-00152029 | Employee PII may be sealed only |
| | GOOG-RDGZ-00152040 | Internal strategy |
| Exhibit 54 | GOOG-RDGZ-0090236 | Internal terms and Employee PII may be sealed only |
| | GOOG-RDGZ-0090238 | Internal processes |
| | GOOG-RDGZ-0090239 | Employee PII may be sealed only |
| | GOOG-RDGZ-0090242 | Internal processes |
| | GOOG-RDGZ-0090243 | Employee PII may be sealed only |
| | GOOG-RDGZ-0090244 | Internal processes |
| | GOOG-RDGZ-0090245 | Internal processes |
| | GOOG-RDGZ-0090246 | Internal processes |
| | GOOG-RDGZ-0090247 | Internal processes |
| | GOOG-RDGZ-0090249 | Internal processes |
| | GOOG-RDGZ-0090250 | Internal processes |
| | GOOG-RDGZ-0090251 | Internal processes |
| | GOOG-RDGZ-0090252 | Internal processes |
| | GOOG-RDGZ-0090253 | Internal processes |
| Exhibit 55 | GOOG-RDGZ-00043294 Complete document | Internal processes; Internal strategy; |

United States District Court
Northern District of California

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | | Internal terms; Employee PII |
| Exhibit 56 | 112:21 – 112:25 | Internal processes |
| | 113:1 – 113:2; 113:10 – 113:11 | Internal processes |
| | 114:8 – 114:11 | Internal processes |
| | 115:17 – 115:20 | Internal processes |
| | 116:1 – 116:8; 116:17 – 116:20 | Internal processes |
| Exhibit 57 | GOOG-RDGZ-00044356 | Employee PII may be sealed only |
| Exhibit 59 | GOOG-RDGZ-00173562 | Employee PII may be sealed only |
| | GOOG-RDGZ-00173563 | Employee PII may be sealed only |
| Exhibit 61 | GOOG-RDGZ-00129084 | Employee PII and internal figures may be sealed only |
| | GOOG-RDGZ-00129085 | Employee PII may be sealed only |
| | GOOG-RDGZ-00129086 | Employee PII may be sealed only |
| | GOOG-RDGZ-00129087 | Employee PII may be sealed only |
| | GOOG-RDGZ-00129088 | Employee PII may be sealed only |
| | GOOG-RDGZ-00129089 | Employee PII may be sealed only |
| | GOOG-RDGZ-00129090 | Employee PII may be sealed only |
| | GOOG-RDGZ-00129091 | Internal terms (to the extent there are any) and Employee PII may be sealed only |
| | GOOG-RDGZ-00129092 | Internal terms and Employee PII may be sealed only |

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | GOOG-RDGZ-00129093 | Internal terms and Employee PII may be sealed only |
| | GOOG-RDGZ-00129094 | Internal terms and Employee PII may be sealed only |
| | GOOG-RDGZ-00129095 | Internal terms and Employee PII may be sealed only |
| Exhibit 65 | GOOG-RDGZ-00092072 | Employee PII may be sealed only |
| | GOOG-RDGZ-00092097 | Internal processes |
| | GOOG-RDGZ-00092098 | Internal processes |
| | GOOG-RDGZ-00092099 | Internal strategy |
| | GOOG-RDGZ-00092100 | Internal strategy |
| Exhibit 68 | GOOG-RDGZ-00129096 | Internal terms and Employee PII may be sealed only |
| | GOOG-RDGZ-00129097 | Employee PII may be sealed only |
| | GOOG-RDGZ-00129098 | Employee PII may be sealed only |
| | GOOG-RDGZ-00129099 | Employee PII may be sealed only |
| Exhibit 69 | GOOG-RDGZ-0130381 | Internal terms and Employee PII may be sealed only |

The table below lists exhibits to Google's Opposition to Plaintiff's Motion for Class Certification (Dkts. 323 & 324) that may be sealed:

| Exhibit No. / Document Title | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| Exhibit 2[1] | Pgs. 4 – 30 | Internal terms may be sealed only |

---

[1] For Exhibit 2 of the Opposition, Google impermissibly seeks to seal entire pages of documents, claiming they show highly sensitive and confidential information about proprietary consent

| Exhibit No. / Document Title | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| Exhibit 3 | GOOG-RDGZ-00056514<br>Complete document | Internal processes;<br>Internal terms;<br>Internal strategy;<br>Employee PII |
| Exhibit 5 | 44:21-22 | Internal terms may be sealed only |
| | 72:16; 72:21 | Internal terms may be sealed only |
| *Exhibit 6* | *Addressed in Exhibit 7 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.* | The sealed records must comport with the court's order in the row corresponding to Exhibit 7 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski. |
| *Exhibit 6-A* | *Addressed in Exhibit 8 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.* | The sealed records must comport with the court's order in the row corresponding to Exhibit 8 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski. |
| Exhibit 8 | Pg. 4 | Employee PII may be sealed only |
| *Exhibit 9* | *Addressed in Exhibit 5 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.* | The sealed records must comport with the court's order in the row corresponding to Exhibit 5 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski. |

United States District Court
Northern District of California

checking processes within Google's storage infrastructure. However, this sealing request is too broad. Google may seal internal terms only.

<table>
<tr><th>Exhibit No. / Document Title</th><th>Bates No. / Pages with Designations</th><th>Parts to be sealed</th></tr>
<tr><td>*Exhibit 11*</td><td>*Addressed in Exhibit 1 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.*</td><td>The sealed records must comport with the court's order in the row corresponding to Exhibit 1 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.</td></tr>
<tr><td>Exhibit 13</td><td>Pg. 91, Footnote 280</td><td>Internal terms may be sealed only</td></tr>
<tr><td rowspan="2">Exhibit 14</td><td>Pg. 6, lines 24-28</td><td>Internal terms may be sealed only</td></tr>
<tr><td>Pg. 7, lines 1-5, 6-16</td><td>Internal terms may be sealed only</td></tr>
<tr><td>*Exhibit 19*</td><td>*Addressed in Exhibit 1 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.*</td><td>The sealed records must comport with the court's order in the row corresponding to Exhibit 1 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski.</td></tr>
<tr><td rowspan="7">Exhibit 21</td><td>Pg. 12, 4-5</td><td>Internal terms may be sealed only</td></tr>
<tr><td>Pg. 14, line 23</td><td>Internal terms may be sealed only</td></tr>
<tr><td>Pg. 15, lines 13, 17-18, 24-27</td><td>Internal terms may be sealed only</td></tr>
<tr><td>Pg. 16, lines 1-28</td><td>Internal terms may be sealed only, the entire page may not be sealed</td></tr>
<tr><td>Pg. 17, lines 1-28</td><td>Internal terms may be sealed only</td></tr>
<tr><td>Pg. 18, lines 1-21</td><td>Internal terms may be sealed only</td></tr>
<tr><td>Pg. 19, lines 1-8</td><td>Internal terms may be sealed only</td></tr>
</table>

The table below lists exhibits to Plaintiffs' Reply in support of their Motion for Class

Certification (Dkt. 333) that may be sealed:

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| Exhibit 70 | 223:8 | Internal data log detail may be sealed only |
| | 223:10 | Internal data log detail may be sealed only |
| | 223:13 | Internal data log detail may be sealed only |
| | 223:20 | Internal data log detail may be sealed only |
| | 223:25 | Internal data log detail may be sealed only |
| | 224:6 | Internal data log detail may be sealed only |
| | 225:10 | Internal data log identifier may be sealed only |
| | 225:13 | Internal data log identifiers may be sealed only |
| | 225:17 | Internal data log identifiers may be sealed only |
| | 225:18 | Internal data log identifiers may be sealed only |
| | 225:19 | Internal data log identifiers may be sealed only |
| | 225:24 | Internal data log details may be sealed only |
| Exhibit 71 | GOOG-RDGZ-00149617 | Internal terms may be sealed only |
| | GOOG-RDGZ-00149618 | Internal terms may be sealed only |
| | GOOG-RDGZ-00149619 | Internal terms may be sealed only |
| | GOOG-RDGZ-00149620 | Internal terms may be sealed only |
| | GOOG-RDGZ-00149621 | Internal terms may be sealed only |

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | GOOG-RDGZ-00149622 | Internal terms may be sealed only |
| | GOOG-RDGZ-00149623 | Internal terms may be sealed only |
| | GOOG-RDGZ-00149624 | Internal terms may be sealed only |
| | GOOG-RDGZ-00149625 | Internal terms may be sealed only |
| | GOOG-RDGZ-00149626 | Internal terms and Employee PII may be sealed only |
| | GOOG-RDGZ-00149628 | Internal terms may be sealed only |
| | GOOG-RDGZ-00149630 | Internal terms may be sealed only |

The table below lists exhibits to Google's Motion to Exclude Opinion of Plaintiffs'

Damages Expert Michael J. Lasinski (Dkt. 326): that may be sealed:

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| Exhibit 1 | Pgs. 24 – 270 | Internal terms may be sealed only, to the extent there are any |
| Exhibit 3 | Pg. 30, Footnote 116 | Internal terms may be sealed only |
| | Pg. 50, Footnote 176 | Internal terms may be sealed only |
| | Pg. 83, Footnote 285 | Internal terms may be sealed only |
| Exhibit 5 | Pgs. 153 – 376 | Internal terms and figures (e.g. the one in 153:23) may be sealed only |
| Exhibit 7 | Pg. 12, Para. 41 | Internal terms/figures may be sealed only |
| | Pg. 13, Para. 43 | Internal terms may be sealed only |

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | Pg. 14, Para. 43 | Internal terms may be sealed only |
| | Pg. 21, Para. 60g | Internal terms may be sealed only |
| | Pg. 28, Para. 74, Footnote 84 | Internal terms may be sealed only |
| | Pg. 31, Para. 80 | Internal terms may be sealed only |
| | Pg. 32, Para. 83 | Internal terms may be sealed only |
| | Pg. 33, Footnote 101 | Internal terms may be sealed only |
| | Pg. 34, Para. 87, Para. .90 | Internal terms may be sealed only |
| | Pg. 35, Para. 90, Para. 92 | Internal terms may be sealed only |
| | Pg. 38, Para. 99 | Internal terms may be sealed only |
| | Pg. 39, Para. 101 | Internal terms may be sealed only |
| | Pg. 41, Para. 107, Footnotes 129 & 131 | Internal terms may be sealed only |
| | Pg. 42, Footnote 132 | Internal terms may be sealed only |
| | Pg. 48, Para. 123 | Internal terms may be sealed only |
| | Pg. 50, Para. 128, Footnote 154 | Internal terms may be sealed only |
| | Pg. 52, Para. 132 | Internal terms may be sealed only |
| | Pg. 55, Para. 140, Para. 142 | Internal terms may be sealed only |
| | Pg. 56, Para. 142 | Internal terms may be sealed only |
| | Pg. 57, Para. 143, Para. 144, Paras. 145 – 146, Footnote 177 | Internal terms may be sealed only |

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | Pg. 58, Para. 146 | Internal terms may be sealed only and any PII may be sealed |
| | Pg. 59, Para. 146, Para. 147 | Internal terms may be sealed only |
| | Pg. 60, Para. 151 | Internal terms may be sealed only |
| | Pg. 62, Para. 155 | Internal terms may be sealed only |
| | Pg. 64, Footnote 195 | Internal terms may be sealed only |
| | Pg. 69, Para. 167, Footnote 210 | Internal terms may be sealed only |
| | Pg. 70, Para. 169 | Internal terms may be sealed only |
| | Pg. 71, Para. 169, Para. 170 | Internal terms may be sealed only |
| | Pg. 73, Para. 174 | Internal terms may be sealed only |
| | Pg. 75, Para. 178 | Internal terms may be sealed only |
| | Pg. 81, Para. 192 | Internal terms may be sealed only |
| | Pg. 86, Para. 201 | Internal terms may be sealed only |
| | Pg. 93, Para. 214 | Internal terms may be sealed only |
| Exhibit 8 | Pg. 12 | Employee PII may be sealed only |
| | Pg. 38. Para. 12-13 | Any PII (including images) and internal terms may be sealed only |
| | Pg. 39, Paras. 14 – 16 | Internal terms may be sealed only |
| | Pg. 40, Paras. 16 – 17 | Internal terms and PII may be sealed |

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | Pg. 41, Paras. 17 – 19 | Internal terms and PII may be sealed |
| | Pg. 42, Paras. 20 – 22 | Internal terms and PII may be sealed |
| | Pg. 43, Paras. 22 – 24 | Internal terms and PII may be sealed only |
| | Pg. 44, Paras. 24 - 26 | Internal terms and PII may be sealed only |
| | Pg. 49, Para. 39 | Internal terms may be sealed only. |
| | Pg. 50, Paras. 40 – 43 | Internal terms and PII may be sealed only |
| | Pg. 51, Paras. 44 – 45 | Internal terms and PII may be sealed only |
| Exhibit 10 | Pg. 5, Line 19 | Internal figures may be sealed only |
| | Pg. 6, Line 3 | Internal figures may be sealed only |
| | Pg. 9, Lines 26 – 27 | Internal terms may be sealed only |
| | Pg. 11, Lines 6 – 19, Lines 22 – 27 | Internal terms may be sealed only |
| | Pg. 12, Lines 9 – 10 | Internal terms may be sealed only |
| | Pg. 15, Line 1 | Internal terms may be sealed only |
| | Pg. 16, Lines 3 – 28 | Internal terms and figures may be sealed only |
| | Pg. 17, Lines 1 - 28 | Internal processes; Internal terms |
| | Pg. 18, lines 1 – 21 | Internal processes; Internal terms |
| | Pg. 19, Lines 1, 2-8, 11 – 28 | Internal terms and figures may be sealed only |
| | Pg. 20, Lines 1 – 24 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Parts to be sealed |
|---|---|---|
| | Pg. 21, Lines 1 – 28 | Internal processes; Internal terms |
| | Pg. 22, Lines 1 – 28 | Internal processes; Internal terms |
| | Pg. 23, Lines 1 – 28 | Internal processes; Internal terms |
| | Pg. 24, Lines 1 – 12 | Internal processes; Internal terms |
| Declaration of Michael Lasinski in Support of Plaintiffs' Motion for Class Certification | Generally | Public figures and calculations derived from them may not be sealed. Only internal terms, describing undisclosed and non-public projects or products, to the extent there are any, may be sealed. Employee PII may also be sealed. Google is not permitted to seal entire paragraphs, but the specific words or phrases that correspond with internal terms/employee PII. |
| | Pg. 38, Paras. 102 | All portions of image except those in red rectangles |
| | PDF Pgs. 86 – 152 | Only Google's internal, non-public figures, to the extent that there are any, may be sealed. Public figures and calculations derived from them, which affect absent class members, may not be sealed. |

The table below lists exhibits to Plaintiff's Opposition to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert Michael J. Lasinski (Dkt. 331): that may be sealed:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 1 | Duplicative of Exhibit 1 to Google's Motion to Exclude Opinion of Michael J. Lasinski | The sealed records must comport with the court's order in the row(s) |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | | corresponding to Exhibit 1 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski. |
| *Exhibit 3* | *Duplicative of Exhibit 3 to Google's Motion to Exclude Opinion of Michael J. Lasinski* | The sealed records must comport with the court's order in the row(s) corresponding to Exhibit 3 to Google's Motion to Exclude Opinion of Plaintiffs' Damages Expert M.J. Lasinski. |
| Exhibit 5 | 187:23-24 | Internal terms |
| *Exhibit 6* | *Duplicative of Exhibit 15 to Plaintiffs' Motion for Class Certification* | The sealed records must comport with the court's order in the row(s) corresponding to Exhibit 15 to Plaintiffs' Motion for Class Certification |
| Exhibit 7 | GOOG-RDGZ-00188469 Complete document | Internal processes, Internal terms |
| Exhibit 9 | | |
| | GOOG-RDGZ-00028473 | Internal terms may be sealed only |
| | GOOG-RDGZ-00028474 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028475 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028476 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028477 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028478 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028479 | Internal processes; Internal terms |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | GOOG-RDGZ-00028480 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028481 | Internal processes; Internal terms |
| | GOOG-RDGZ-00028482 | Internal processes; Internal terms; Internal strategy |
| | GOOG-RDGZ-00028483 | Internal processes; Internal terms; Internal strategy |
| | GOOG-RDGZ-00028484 | Internal processes; Internal terms; Internal strategy |

The table below lists portions of Jonathan E. Hochman's Expert Report and Appendices that may be sealed:

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Report | Pg. 22, Para 51 | Internal figures may be sealed only. |
| | Pg. 23, Footnote 32 | Internal terms may be sealed only |
| | Pg. 24, Para. 54, 55, Footnote 36 | Internal terms may be sealed only |
| | Pg. 26, Footnote 39 | Internal terms may be sealed only |
| | Pg. 29, Para. 64 | Internal terms may be sealed only |
| | Pg. 33, Footnote 62 | Internal strategy |
| | Pg. 39, Footnote 74 | Internal terms may be sealed only |
| | Pg. 50-52, Para. 110 | Internal terms may be sealed only |
| | Pg. 52, Para. 112 | Internal terms may be sealed only |
| | Pg. 53, Para. 114 | Internal terms may be sealed only |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Pg. 54, Paras. 115-117 | Internal terms may be sealed only |
| | Pg. 55, Para. 120 | Internal terms may be sealed only |
| | Pg. 56, Footnote 95 | Internal processes |
| | Pg. 56-57, Para. 124 | Internal terms may be sealed only |
| | Pg. 58, Para. 125 | Internal terms may be sealed only |
| | Pg. 58-59, Para. 127 | Internal terms may be sealed only |
| | Pg. 59, Para. 128 | Internal terms may be sealed only |
| | Pg. 60-63, Para. 130 | Internal code and terms may be sealed, but description by Hochman may not be sealed. |
| | Pg. 66-67, Para. 138 | Internal figures may be sealed only. |
| | Pg. 67-69, Para. 141 | Internal processes |
| | Pg. 67, Footnote 107 | Internal figures may be sealed only |
| | Pg. 71, Footnote 113-114 | Internal terms may be sealed only |
| | Pg. 72, Para. 149 | Plaintiffs' designations |
| | Pg. 73, Para. 152 | Employee PII may be sealed only |
| | Pg. 75-79, Paras.159-165 | Internal processes; Internal strategy |
| | Pg. 77, Footnote 118-119 | Internal terms may be sealed only |
| | Pg. 79, Footnote 120 | Internal terms may be sealed only |
| | Pg. 81, Para. 169 | Internal terms may be sealed only |
| | Pg. 81-82, Para. 171 | Internal processes; |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | | Internal strategy |
| | Pg. 82, Paras. 173-174 | Internal processes; Internal strategy |
| | Pg. 83-84, Paras. 175-177 | Internal processes; Internal strategy |
| | Pg. 83, Footnote 128 | Internal processes; Internal strategy |
| | Pg. 85, Para. 179 | Internal terms may be sealed only |
| | Pg. 86, Para. 182 | Plaintiffs' designations |
| | Pg. 88, Paras. 188-189 | Internal terms may be sealed only |
| | Pg. 89-90, Para. 191 | Plaintiffs' designations |
| | Pg. 89, Footnote 131 | Plaintiffs' designations |
| | Pg. 91-92, Para. 192 | Plaintiffs' designations |
| | Pg. 94, Para. 198 | Internal terms may be sealed only |
| | Pg. 96, Para. 206 | Internal terms may be sealed only |
| | Pg. 97, Para. 207 | Internal terms may be sealed only |
| | Pg. 98, Para. 208 | Internal processes, depicted in table format, may be sealed only |
| | Pg. 100, Paras. 213-214 | Internal terms may be sealed only |
| | Pg. 100-101, Para. 216 | Internal terms may be sealed only |
| | Pg. 101, Paras. 217-218 | Internal terms may be sealed only |
| | Pg. 102-103 Paras. 220-222 | Internal terms may be sealed only |
| | Pg. 104-106, Paras. 230-231 | Internal terms may be sealed only |
| | Pg. 106-108, Para. 232 and Footnote | Internal terms may be |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | 140 | sealed only |
| | Pg. 108-109, Paras. 233-235 | Internal processes; Internal terms |
| | Pg. 110, Para. 237 | Internal terms |
| | Pg. 110-111, Paras. 238-239 | Internal terms may be sealed only |
| | Pg. 111, Footnote 141 | Internal terms may be sealed only |
| | Pg. 111-113, Paras. 241-243 | Internal terms may be sealed only |
| | Pg. 113, Paras. 244-245 | Plaintiffs' designations |
| | Pg. 113-114, Para. 246 | Plaintiffs' designations |
| | Pg. 114, Footnote 144 | Internal terms may be sealed only |
| | Pg. 114, Para. 248 | Internal terms may be sealed only |
| | Pg. 116, Footnote 145 | Internal figures may be sealed only |
| | Pg. 122, Para. 273 | Internal processes, depicted in the attached image, may be sealed only. |
| | Pg. 127, Para. 286 | Internal terms and figures may be sealed only |
| | Pg. 131-132, Paras. 299-300 | Internal processes; Internal terms |
| | Pg. 132-133, Para. 303 | Internal terms may be sealed only |
| | Pg. 133-134, Paras. 305-309 | Internal terms may be sealed only |
| | Pg. 134, Footnote 159 | Internal terms may be sealed only |
| | Pg. 136, Para. 312 | Internal processes and terms, depicted in the attached image, may be sealed only |
| | Pg. 137-138, Paras. 318-319 and | Internal terms may be |

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| | Footnote 162 | sealed only |
| | Pg. 138-141, Paras. 320-324 | Internal terms may be sealed only |
| | Pg. 139, Footnote 163-164 | Internal terms may be sealed only |
| | Pg. 140, Footnote 165 | Internal terms may be sealed only |
| | Pg. 141, Para. 326 | Internal terms may be sealed only |
| | Pg. 142-143, Para. 330 | Everything after "As show in the figure" and the figure itself may be sealed. |
| | Pg. 148, Para. 348 | Internal figures may be sealed |
| | Pg. 150, Para. 353 | Internal term may be sealed only |
| | Pg. 150, Para. 355 | Internal figures may be sealed only |
| | Pg. 150, Footnote 173-174 | Internal processes; Internal strategy |
| | Pg. 151, Para. 358 | Internal terms may be sealed only |
| | Pg. 152, Para. 360 | Internal terms may be sealed only |
| | Pg. 153, Para. 364 | Internal terms may be sealed only |
| | Pg. 154, Para. 367 | Internal terms may be sealed only |
| | Pg. 154, Footnote 175 | Internal terms may be sealed only |
| | Pg. 157, Para. 375 | Employee PII may be sealed only |
| | Pg. 162, Para. 388 | Internal terms may be sealed only |
| | Pg. 168, Footnote 180 | Internal processes; Internal strategy |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING IN PART, DENYING IN PART MOTION TO SEAL
CASE NO. 20-cv-04688-RS

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Appendix E | Pg. 7, Para. 13 | Internal terms may be sealed only |
| | Pg. 10, Paras. 20-21 | Internal processes; Internal strategy |
| | Pg. 10, Footnote 24 | Internal processes |
| | Pg. 11-13, Paras. 23-26 | Internal terms may be sealed only |
| | Pg. 14, Para. 28 | Internal terms may be sealed only |
| Appendix G | Pg. 1, Table of Contents | Internal terms may be sealed only |
| | Pg. 11, Para. 26 | Internal terms may be sealed only |
| | Pg. 11, Heading 2.1 | Internal terms |
| | Pg. 11-30, Paras. 28-73 | Internal processes; Internal strategy; Internal terms |
| | Pg. 31, Para. 74 | Internal terms may be sealed only |
| | Pg. 32, Paras. 79-80 | Internal terms may be sealed only |
| | Pg. 33, Paras. 83-85 | Internal terms may be sealed only |
| | Pg. 34-37, Paras. 86-98 | Internal processes; Internal strategy; Internal terms |
| | Pg. 37, Para. 100 | Internal terms may be sealed only |
| | Pg. 39, Para. 106 | Internal processes; Internal terms |
| | Pg. 40-41 ,Paras. 109, 111-113 | Internal processes; Internal terms |
| | Pg. 42-43, Paras. 115-121 | Internal processes; Internal terms |
| | Pg. 44-102 | Internal processes; Internal strategy; Internal terms |

United States District Court
Northern District of California

| Exhibit No. | Bates No. / Pages with Designations | Description |
|---|---|---|
| Appendix I | Pg. 5, Paras. 13-14 | Internal terms may be sealed only |
|  | Pg. 28-29, Paras. 65-66 | Internal terms may be sealed only |
| Appendix K | Complete Document | Internal processes; Internal strategy; Internal terms |

### IV. CONCLUSION

For the reasons above, the parties' omnibus motion to seal is granted in part and denied in part. Plaintiffs and Google are ordered to file public versions of the records above in compliance with this order.

**IT IS SO ORDERED**.

Dated: January 3, 2024

_____
RICHARD SEEBORG
Chief United States District Judge