**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
　bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
　sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
　esantacana@willkie.com
NOORJAHAN RAHMAN (SBN: 330572)
　nrahman@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
　aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
　hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 3:20-CV-04688-RS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

As of December 15, 2023, Willkie Farr & Gallagher LLP's address has changed to 333 Bush Street, 34th Floor, San Francisco, California 94104.  All other contact information will remain the same.

Dated: January 4, 2024  **WILLKIE FARR & GALLAGHER LLP**

By: */s/ Eduardo E. Santacana*
Benedict Y. Hur
Simona Agnolucci
Eduardo Santacana
Noorjahan Rahman
Argemira Flórez
Harris Mateen

*Attorneys for Defendant Google LLC*