| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com<br><br>*Attorneys for Plaintiffs* | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>Ryan Sila (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>vs.<br><br>GOOGLE LLC,<br>     Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1   **PLEASE TAKE NOTICE** that the Los Angeles office address of the firm Boies Schiller
2   Flexner LLP has changed to 2029 Century Park East, Suite 1520, Los Angeles, CA 90067. All
3   other contact information will remain the same.
4
5   Dated: January 11, 2024                         Respectfully submitted,
6
7                                                   By: /s/M. Logan Wright
8                                                   Mark C. Mao, CA Bar No. 236165
                                                    mmao@bsfllp.com
9                                                   Beko Reblitz-Richardson, CA Bar No. 238027
                                                    brichardson@bsfllp.com
10                                                  BOIES SCHILLER FLEXNER LLP
                                                    44 Montgomery Street, 41st Floor
11                                                  San Francisco, CA 94104
                                                    Telephone: (415) 293 6858
12                                                  Facsimile (415) 999 9695
13
                                                    David Boies (admitted *pro hac vice*)
14                                                  dboies@bsfllp.com
                                                    BOIES SCHILLER FLEXNER LLP
15                                                  333 Main Street
                                                    Armonk, NY 10504
16                                                  Telephone: (914) 749-8200
17
                                                    James Lee (admitted *pro hac vice*)
18                                                  jlee@bsfllp.com
                                                    Rossana Baeza (admitted *pro hac vice*)
19                                                  rbaeza@bsfllp.com
                                                    BOIES SCHILLER FLEXNER LLP
20                                                  100 SE 2nd Street, Suite 2800
                                                    Miami, FL 33131
21                                                  Telephone: (305) 539-8400
22                                                  Facsimile: (305) 539-1307
23                                                  Alison L. Anderson, CA Bar No. 275334
                                                    alanderson@bsfllp.com
24                                                  M. Logan Wright, CA Bar No. 349004
                                                    mwright@bsfllp.com
25                                                  BOIES SCHILLER FLEXNER LLP
26                                                  2029 Century Park East, Suite 1520
                                                    Los Angeles, CA 90067
27                                                  Telephone: (813) 482-4814
28

| | |
|---|---|
| 1 | Bill Carmody (admitted *pro hac vice*) |
| | bcarmody@susmangodfrey.com |
| 2 | Shawn J. Rabin (admitted *pro hac vice*) |
| | srabin@susmangodfrey.com |
| 3 | Steven Shepard (admitted *pro hac vice*) |
| | sshepard@susmangodfrey.com |
| 4 | Alexander P. Frawley |
| | afrawley@susmangodfrey.com |
| 5 | Ryan Sila |
| | rsila@susmangodfrey.com |
| 6 | SUSMAN GODFREY L.L.P. |
| 7 | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY  10019 |
| 8 | Telephone: (212) 336-8330 |
| 9 | |
| | Amanda Bonn, CA Bar No. 270891 |
| 10 | abonn@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 11 | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 12 | Telephone: (310) 789-3100 |
| 13 | |
| | John A. Yanchunis (admitted *pro hac vice*) |
| 14 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (admitted *pro hac vice*) |
| 15 | rmcgee@forthepeople.com |
| | MORGAN & MORGAN, P.A. |
| 16 | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 17 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 18 | |
| 19 | Michael F. Ram, CA Bar No. 104805 |
| | mram@forthepeople.com |
| 20 | MORGAN & MORGAN |
| | 711 Van Ness Ave, Suite 500 |
| 21 | San Francisco, CA 94102 |
| | Tel: (415) 358-6913 |
| 22 | |
| 23 | *Attorneys for Plaintiffs* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |