**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE PUBLIC VERSIONS OF RECORDS PURSUANT TO SEALING ORDER (Dkt. 354)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively, the "Parties" submit this joint stipulation.

WHEREAS, on January 3, 2024, the Court issued its Order (Dkt. 353) granting in part and denying in part the Parties' motions to seal papers filed with Plaintiffs' class certification motion and Google's *Daubert* motion (Dkts 338, 339).

WHEREAS, on January 4, 2024, the Court noticed a January 18, 2024 deadline for the Parties to file public versions of records in line with the sealing order;

WHEREAS, the Parties agreed to exchange these materials with one another on January 15, in advance of the filing deadline, so that each Party could review the records proposed to be filed publicly;

WHEREAS, consistent with that agreement, Plaintiffs on January 15 sent Google copies of the records that Plaintiffs intend to file;

WHEREAS, Google has requested additional time to review those materials and prepare its own materials to be filed;

WHEREAS, Google seeks an extension of one week for the Parties to file public versions of records in line with the sealing order, from January 18, 2024 to January 25, 2024;

WHEREAS, Plaintiffs do not oppose Google's request for an extension;

WHEREAS, the requested extension is made without prejudice to either party seeking a further extension of time should the circumstances warrant and to the extent appropriate;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that the deadline for the Parties to file public versions of records in line with the sealing order be extended to January 25, 2024.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: January 18, 2024 | WILLKIE FARR & GALLAGHER, LLP |
| 2 | | By:  /s/ Benedict Y. Hur |
| 3 | | Benedict Y. Hur |
| 4 | | *Attorneys for Defendant Google LLC* |

DATED: January 18, 2024

By:  /s/ Mark Mao

BOIES SCHILLER FLEXNER LLP
   Mark C. Mao (CA Bar No. 236165)
   mmao@bsfllp.com
   Beko Reblitz-Richardson (CA Bar No. 238027)
   brichardson@bsfllp.com
   44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
   Telephone: (415) 293 6858
   Facsimile (415) 999 9695

   James W. Lee (pro hac vice)
   jlee@bsfllp.com
   Rossana Baeza (pro hac vice)
   rbaeza@bsfllp.com
   100 SE 2nd Street, Suite 2800
   Miami, FL 33130
   Telephone: (305) 539-8400
   Facsimile: (305) 539-1304

   Jesse Panuccio (pro hac vice)
   jpanuccio@bsfllp.com
   1401 New York Ave, NW
   Washington, DC 20005
   Telephone: (202) 237-2727
   Facsimile: (202) 237-6131

SUSMAN GODFREY L.L.P.
   Amanda Bonn (CA Bar No. 270891)
   abonn@susmangodfrey.com
   1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
   Telephone: (310) 789-3100

   Bill Carmody (pro hac vice)
   bcarmody@susmangodfrey.com

| | |
|---|---|
| 1 | Shawn J. Rabin (pro hac vice) |
| | srabin@susmangodfrey.com |
| 2 | Steven Shepard (pro hac vice) |
| 3 | sshepard@susmangodfrey.com |
| | 1301 Avenue of the Americas, 32nd Floor |
| 4 | New York, NY 10019 |
| | Telephone: (212) 336-8330 |
| 5 | |
| 6 | MORGAN & MORGAN |
| | John A. Yanchunis (pro hac vice) |
| 7 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (pro hac vice) |
| 8 | rmcgee@forthepeople.com |
| 9 | Ra Olusegun Amen (pro hac vice) |
| | ramen@forthepeople.com |
| 10 | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 11 | Telephone: (813) 223-5505 |
| 12 | *Attorneys for Plaintiff* |

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: January 18, 2024              WILLKIE, FARR & GALLAGHER LLP


                                     /s/ *Benedict Y. Hur*
                                     Benedict Y. Hur

3
JOINT STIPULATION FOR EXTENSION OF TIME TO FILE PUBLIC VERSIONS OF RECORDS
(DKT. 354)
Case No. 3:20-CV-04688-RS

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>  bhur@willkie.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>  sagnolucci@willkie.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>  esantacana@willkie.com<br>ARGEMIRA FLOREZ  (SBN: 331153 )<br>  aflorez@willkie.com<br>HARRIS MATEEN (SBN: 335593)<br>  hmateen@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 858-7400<br>Facsimile:  (415) 858-7599<br><br>*Attorneys for Defendant*<br>GOOGLE LLC | **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>Bill Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>             Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S REQUEST TO EXTEND TIME TO  FILE PUBLIC VERSIONS OF RECORDS PURSUANT TO SEALING ORDER (Dkt. 354)**<br><br>Judge:  Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1  Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the new deadline for the
2  Parties to file public versions of records in line with the sealing order (Dkt. 353) be extended to
3  January 25, 2024.

5  **IT IS SO ORDERED.**

10  Dated: _____           _____
                                     Honorable Richard Seeborg

[PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME TO FILE PUBLIC VERSIONS OF RECORDS

Case No. 3:20-CV-04688-RS