| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>  bhur@willkie.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>  sagnolucci@willkie.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>  esantacana@willkie.com<br>ARGEMIRA FLOREZ  (SBN: 331153 )<br>  aflorez@willkie.com<br>HARRIS MATEEN (SBN: 335593)<br>   hmateen@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 858-7400<br>Facsimile:  (415) 858-7599<br><br>*Attorneys for Defendant*<br>GOOGLE LLC | **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695<br><br>**SUSMAN GODFREY L.L.P.**<br>Bill Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY  10019<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>                      Defendant. | Case No. 3:20-CV-04688-RS<br><br>**ORDER GRANTING GOOGLE'S REQUEST TO EXTEND TIME TO FILE PUBLIC VERSIONS OF RECORDS PURSUANT TO SEALING ORDER (Dkt. 354)**<br><br>Judge:  Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

ORDER GRANTING REQUEST TO EXTEND TIME TO FILE PUBLIC VERSIONS OF RECORDS

Case No. 3:20-CV-04688-RS

1  Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the new deadline for the
2  Parties to file public versions of records in line with the sealing order (Dkt. 353) be extended to
3  January 25, 2024.

**IT IS SO ORDERED.**

Dated: 1/18/2024

_____
Honorable Richard Seeborg