<tt>
</tt>
<tt>
</tt>
<tt>
</tt>
<tt>
</tt>
<tt>
</tt>
<tt>
</tt>
<tt>
</tt>

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' SUBMISSION IN RESPONSE TO THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL (DKT. 353)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor |

Plaintiffs respectfully file on the public docket copies of their class certification (Dkt. 315) and *Daubert* opposition (Dkt. 331) papers, in compliance with the Court's January 3, 2024 Order Granting in Part and Denying in Part Motion to Seal (Dkt. 353).

Dated:  January 25, 2024                    Respectfully submitted,

By: /s/*Mark Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (813) 482-4814

1
PLAINTIFFS' SUBMISSION IN RESPONSE TO THE COURT'S SEALING ORDER (DKT. 353)
Case No. 3:20-cv-04688-RS

| | |
|---|---|
| 1 | Bill Carmody (*pro hac vice*) |
| | bcarmody@susmangodfrey.com |
| 2 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| 3 | Steven Shepard (*pro hac vice*) |
| | sshepard@susmangodfrey.com |
| 4 | Alexander P. Frawley |
| | afrawley@susmangodfrey.com |
| 5 | Ryan Sila |
| | rsila@susmangodfrey.com |
| 6 | SUSMAN GODFREY L.L.P. |
| 7 | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY  10019 |
| 8 | Telephone: (212) 336-8330 |
| 9 | |
| | Amanda Bonn (CA Bar No. 270891) |
| 10 | abonn@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 11 | 1900 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 12 | Telephone: (310) 789-3100 |
| 13 | |
| | John A. Yanchunis (*pro hac vice*) |
| 14 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 15 | rmcgee@forthepeople.com |
| | Michael F. Ram (CA Bar No. 238027) |
| 16 | mram@forthepeople.com |
| | MORGAN & MORGAN, P.A. |
| 17 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 18 | Telephone: (813) 223-5505 |
| 19 | Facsimile: (813) 222-4736 |
| 20 | *Attorneys for Plaintiffs* |

2
PLAINITFFS' SUBMISSION IN RESPONSE TO THE COURT'S SEALING ORDER (DKT. 353)
Case No. 3:20-cv-04688-RS