# EXHIBIT 1

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

| Id | Priority | Status | Platform | Category | Summary | FirstNote | Assignee | verifier | CC | Type | HotlistIds | ComponentPath | Reporter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | [UXR Findings] Blue 'Account' copy in Android settings perceived as tappable | ■ | ■ | | ■ | ■ | ■ | ■ | ■.com |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Distinct sections looked tappable, chevrons were noticed and created correct affordance | ■ o4034d7c738_0_1442 | ■ | | ■ | ■ | ■ | ■ | ■.com |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Send feedback' icon misunderstood by all | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Illy from 'Activity controls' not aligned with setting status & potentially confusing | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Plug icon was not well understood | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Illustrations in "Make Google Yours" were not processed within 5 seconds | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Negative sentiment towards Ad Settings illustration | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Participants wished for a more literal illustration for "Storage" | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Findings] 5s were not enough to visually process the illustrations on Activity & Timeline misunderstood | ■ | ■ | ■.com | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Utensils icon misunderstood | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Illustrations on 1st screen misunderstood as party | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Swiping not noticed by some participants | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Text too small and too long | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Illustrations on 3rd screen not always clear | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] You're in control' message helps build trust between users and Google | ■ /edit#slide=id.g3a4526ef49_0_468 | estela@■ | | ■ | ■ | ■ | ■ | ■ |

| Id | Priority | Status | Platform | Category | Summary | FirstNote | Assignee | Verifier | CC | Type | HotlistIds | ComponentPath | Reporter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Ppts had issues finding non-Google websites which have permission to use some account information | 3/8 participants weren't able to find a list of non-Google websites which have permission to use some account information<br>4/8 mentioned 'People & sharing' as the correct page ('I share something with another app or website, so should be under 'People & sharing')<br>After reaching the correct page ('Security'), 3/8 ppts weren't sure what is the difference between the 2 sections '3rd ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] 'People & sharing' confused ppts in finding 3rd party apps | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Page descriptions were not always noticed upfront, but generally appreciated | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Difficult to change what info Google collects | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Combining "data" and "plan" evokes associations with mobile data plans | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Short titles were recalled more easily | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] "Make Google Yours" title was difficult to recall and to interpret | Participants had trouble providing an adequate description of what they could do here. Misinterpretations: | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] "Online activity and places you've visited" resonated well with participants | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] "Timeline" provoked associations with Facebook's timeline feature | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Warm welcome might oversimplify the GA experience | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Youtube example on 3rd screen not clear to some | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Copy 'choices' from 1st screen not always clear | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ | ▮ |

| Id | Priority | Status | Platform | Category | Summary | FirstNote | Assignee | Verifier | CC | Type | HotlistIds | ComponentPath | Reporter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] 'Personalized security recommendations' not clear | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Account storage summary card should mention Google Drive | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] 'Data & personalization' page was described as overwhelming | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Unclear what is the difference between 'My Activity' & 'Activity controls' & potentially 'Dashboard' | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Privacy & security continue to be conflated | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Unclear if there is a difference between clicking on the whole card vs. a seemingly clickable item inside the card | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Participants were more favourable towards a simpler structure | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Grid structure could avoid too much scrolling | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Cards shown at the top of the page receive a lot of attention | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | [UXR Finding] Pattern of exploring sections in the grid structure varies greatly from user to user | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

| Id | Priority | Status | Platform | Category | Summary | Assignee | Verifier | CC | Type | HotlistIds | ComponentPath | Reporter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] The phenomenon of banner blindness influences discoverability of certain sections | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] Bigger cards receive more attention than smaller cards | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] Left side navigation panel is noticed and found useful | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] Contextual support is expected and appreciated | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] Navigating back and closing the 'Support' panel was easily found | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] Participants like seeing 'Support' panel next to the main page (vs a different page or covering the content) | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] Having a search option in 'Support' is generally expected | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] Most participants easily found the 'Support' icon #FYI | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] WAA leaf page confusing | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] 'Security issue found' card is missing important information | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] Security page generally appreciated, but some reordering suggested | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ | ▬ | [UXR Finding] Some users are not aware of what Google Account is | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |

| Id | Priority | Status | Platform | Category | Summary | FirstNote | Assignee | Verifier | CC | Type | HotlistIds | ComponentPath | Reporter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | | [UXR Finding] Account particle in Android Settings seems to be part of search bar | ████████ | ████ | | | ██ | ██ | ████ | ██ |
| ██ | ██ | ██ | | | [UXR Finding] Expanded sections might not be useful in all contexts | ████████ | ████ | | | ██ | ██ | ████ | ██ |
| ██ | ██ | ██ | | | [UXR Finding] Content on 'Me screen' is expected to be account related (except Device info) | ████████ | ████ | | | ██ | ██ | ████ | ██ |
| ██ | ██ | ██ | ██ | | [UXR Finding] Support slightly more difficult to find without bottom nav | ████████ | ████ | | | ██ | ██ | ████ | ██ |
| ██ | ██ | ██ | | | [UXR Finding] Security prompt on Me screen should be used carefully | ████████ | ████ | | | ██ | ██ | ████ | ██ |
| ██ | ██ | ██ | | | [UXR Finding] Account switching expected under 'account particle' in Android Settings & on the Me card | ████████ | ████ | | | ██ | ██ | ████ | ██ |
| ██ | ██ | ██ | | | [UXR Finding] Having two EPs to GA in two places on the page is a bit confusing | ████████ | ████ | | | ██ | ██ | ████ | ██ |
| ██ | ██ | ██ | | | [UXR Finding] After seeing the 'Me card', content on Home of GA seemes redundant | ████████ | ████ | | | ██ | ██ | ████ | ██ |
| ██ | ██ | ██ | | | [UXR Follow up] Explore alternatives to device-settings-chips inside MyGoogle to improve comprehension. | ████████ | ████ | | | ██ | ██ | ████ | ██ |

| Id | Priority | Status | Platform | Category | Summary | FirstNote | Assignee | Verifier | CC | Type | HotlistIds | ComponentPath | Reporter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] this is a test title #MG-UXR-R6 | ■ | | ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Participants understood the 'account particle' as an indicator that they are logged in to their Google Account | ■ | | ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Google Account entry point from the 'identity particle' drawer was understood fairly well | ■ | | ■ | | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Finding previous purchases was easily found by all participants | ■ | | ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Participants were able to find where to change their passwords | ■ | | ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Most participants found the 'About me' section | ■ | | ■ | | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Good understanding of Google Account at the end of the sessions | 5/5 visited the 'Data & personalization' page and noticed the 'Activity controls' section when asked to change | | ■ | | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] All participants found 'Activity controls' | ■ | | ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Simple leaf pages are easy to understand | ■ | | ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Both variants of cards were liked, but in Proto 1 more interaction was expected | ■ | | ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | [UXR Finding] Fair understanding of GA after a brief look at the Home page | ■ | | ■ | ■ | ■ | | ■ | ■ |

| Id | Priority | Status | Platform | Category | Summary | FirstNote | Assignee | Verifier | CC | Type | HotlistIds | ComponentPath | Reporter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] Tap targets are a mix of elements | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] The cards layout was appreciated as a good way to structure information | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] 'Support' icon was generally discovered, but 'Send feedback' confusing | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] Showing 'Support' as a panel generally appreciated, but with some concerns | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] 'Personal info': both variants were well received | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] Seeing the left side menu inside leaf pages is preferred | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] Unclear what the hamburger icon does | ▇ | | | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] Unclear if the search bar refers to in-product search or general Google search | ▇ | | | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] Status inside 'Activity controls' is misunderstood as a toggle | ▇ | | | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Suggestion] Unbundle "Make a plan for your account" from card | ▇ | | | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] At most two sections / features per card can be digested within 5 seconds | ▇ | | | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] Numbers attracted a lot of attention | ▇ | | | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | [UXR Finding] Activity and Timeline understanding after a glance focused on location history | ▇ | | | ▇ | ▇ | ▇ | ▇ | ▇ |

| Id | Priority | Status | Platform | Category | Summary | FirstNote | Assignee | Verifier | CC | Type | HotlistIds | ComponentPath | Reporter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | | ▓ | [UXR Finding] Participants preferred list view for 3P card | ▓ | | | | ▓ | ▓ - | ▓ - | ▓ - |
| ▓ | ▓ | ▓ | | ▓ | [UXR Finding] 3P card was generally well understood | ▓ | | | | ▓ | ▓ - | ▓ - | ▓ - |
| ▓ | ▓ | ▓ | | ▓ | [UXR Finding] participants understood the gist of the Ad settings card | ▓ | | | | ▓ | ▓ - | ▓ - | ▓ - |
| ▓ | ▓ | ▓ | | ▓ | [UXR Finding] Participants appreciated explanation about deletion options in Activity and Timeline | ▓ | | | | ▓ | ▓ - | ▓ - | ▓ - |
| ▓ | ▓ | ▓ | | ▓ | [UXR Finding] Familiar and literal icons were more recognizable | ▓ | | | | ▓ | ▓ - | ▓ - | ▓ - |
| ▓ | ▓ | ▓ | | ▓ | [UXR Finding] Contacts card was affected by sequential order effects | ▓ | | | | ▓ | ▓ - | ▓ - | ▓ - |
| ▓ | ▓ | ▓ | | ▓ | [UXR Suggestion] Make "+3 More" in 3P more prominent | ▓ | | | | ▓ | ▓ - | ▓ - | ▓ - |
| ▓ | ▓ | ▓ | | ▓ | [UXR Finding] Trust scale ratings improved after exposure to Google Account features | ▓ | | | | ▓ | ▓ - | ▓ - | ▓ - |
| ▓ | ▓ | ▓ | | ▓ | [UXR Finding] Language and input tools for web was unclear | ▓ | | | | ▓ | ▓ - | ▓ - | ▓ - |