# EXHIBIT 8

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

Message
_____

**From:** Divya Sharma (Google Docs) [comments-noreply@docs.google.com]
**Sent:** 8/20/2019 11:15:15 PM
**To:** ruemmler@google.com
**Subject:** Change WAA-off Lo... - +joshloftus@google.com +bhorling@goog...


Divya Sharma replied to an action item in the following document

            Change WAA-off Logging PRD


 Jonathan Rascher

+joshloftus@google.com +bhorling@google.com Why are no changes need to the copy here? The UI says "data saved in your account helps give you more personalized experiences", but that will no be substantially less true in our brave new world.

*Assigned to Josh Loftus*
 Chris Ruemmler

+1. I don't see how this text can't need modification. An "on/off" toggle means the off state is the opposite of the on state. If the on state is we log your activity, the off state is we don't log your activity. But, the proposal is to temporarily log activity, so something needs to change here.


 Divya Sharma New

+davidmonsees@google.com is working with Legal on making the necessary edits.

Open


Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread.Change what Google Docs sends you.You can reply to this email to reply to the discussion.