# EXHIBIT 11

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, et al.,
 5           Plaintiffs,
 6   v.                              Case No.
 7   GOOGLE LLC,                     20-cv-04688-RS
 8           Defendant.
 9
           ***********************************
10     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
       ZOOM VIDEOTAPED DEPOSITION OF DAVID MONSEES
11            Thursday, September 15, 2022
                     9:00 a.m. PST
12         ***********************************
13
14
15   TAKEN BY:
16      MARK MAO, ESQ.
        ATTORNEY FOR PLAINTIFF
17
18   REPORTED BY:
19      BELLE VIVIENNE, RPR, CRR, NJ-CRR,
        WA/CO/NM-CCR
20      NATIONALLY CERTIFIED REALTIME
        COURT REPORTER
21      VERITEXT LEGAL SOLUTIONS
        JOB NO. 5431690
22      866.299.5127
23
24
25
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    A P P E A R A N C E S
 2
     FOR THE PLAINTIFFS:
 3
         MARK MAO
 4       LOGAN WRIGHT
         BEKO REBLITZ-RICHARDSON
 5       BOIES SCHILLER FLEXNER LLP
         44 Montgomery Street, 41st Floor
 6       San Francisco, California 94104
         Mmao@bsfllp.com
 7
         RYAN MCGEE
 8       MORGAN & MORGAN
         201 North Franklin Street, 7th Floor
 9       Tampa, Florida 33602
         Rmcgee@forthepeople.com
10
         ALEXANDER FRAWLEY
11       SUSMAN GODFREY LLP
         1301 Avenue of the Americas
12       32nd Floor
         New York, New York 10019
13       Afrawley@susmangodfrey.com
14   FOR THE DEFENDANT:
15       EDUARDO E. SANTACANA
         WILLKIE FARR & GALLAGHER LLP
16       One Front Street, 34th Floor
         San Francisco, California 94111
17       esantacana@willkie.com
18       JOHN JANHUNEN
         GOOGLE
19       1600 Amphitheatre Pkwy
         Mountain View, California 94043
20       Jjanhunen@google.com
21   VIDEOGRAPHER:
         Anthony Gulino
22
23
24
25
```

Page 2

| | | |
|---|---|---|
| 1 | profiles, is there a list of what products | 06:26:27 |
| 2 | may actually use either of these two | 06:26:33 |
| 3 | functionalities within Google? | 06:26:36 |
| 4 |    A.   Out -- outside of Footprints | 06:26:40 |
| 5 | then since, you know, WAA's off in this | 06:26:41 |
| 6 | case, I -- I don't know. | 06:26:45 |
| 7 |    Q.   Got it.  Super helpful.  You'd | 06:26:46 |
| 8 | be surprised in these cases how super | 06:26:48 |
| 9 | helpful either negative or double negative | 06:26:51 |
| 10 | answers actually are because that at least | 06:26:53 |
| 11 | tells you that, you know, like, your -- | 06:26:55 |
| 12 | you need to look elsewhere. | 06:26:57 |
| 13 |       Let's see.  Give me a second | 06:26:59 |
| 14 | here so I could -- okay. | 06:27:01 |
| 15 |       So let's go back to 36 now, | 06:27:04 |
| 16 | again, okay?  And I'm back at that same | 06:27:11 |
| 17 | page, I think it's 8.  Let me just make | 06:27:14 |
| 18 | sure, again, that list.  You see there on | 06:27:20 |
| 19 | the right there is a product App indexing? | 06:27:33 |
| 20 |    A.   I see that, yes. | 06:27:38 |
| 21 |    Q.   I'll just warn you there has | 06:27:40 |
| 22 | been a lot of debate over it, okay, so I | 06:27:41 |
| 23 | am literally asking, trying to understand | 06:27:45 |
| 24 | what you understand app indexing to be. | 06:27:46 |
| 25 | What exactly is app indexing as a product | 06:27:50 |

| | | |
|---|---|---|
| 1 | or data type? | 06:27:53 |
| 2 |     A.   Sure.  My familiarity with it is | 06:27:56 |
| 3 | to deal with the search app indexing API, | 06:28:02 |
| 4 | that created a way for app developers to | 06:28:06 |
| 5 | annotate their apps such that information | 06:28:14 |
| 6 | about activity in the app could be used by | 06:28:17 |
| 7 | the Google Search app and if a user had | 06:28:21 |
| 8 | consented can be uploaded and saved as | 06:28:27 |
| 9 | part of their Google account underneath | 06:28:31 |
| 10 | Supplemental Web and App Activity to give | 06:28:35 |
| 11 | them more personalized experiences across | 06:28:36 |
| 12 | Google Services. | 06:28:40 |
| 13 |     Q.   Got it.  Do you know whether if | 06:28:42 |
| 14 | sWAA is off, whether or not app indexing | 06:28:46 |
| 15 | data is still collected by Google? | 06:28:50 |
| 22 |     MR. SANTACANA:  Sorry, you just | 06:29:12 |
| 23 | said -- (Cross talk) -- ask it | 06:29:14 |
| 24 | clearly. | 06:29:14 |
| 25 |     MR. MAO:  I understand.  I | 06:29:21 |

[Lines 16-21 redacted]

Page 212

| | | |
|---|---|---|
| 1 | appreciate it, okay. | 06:29:22 |
| 2 | BY MR. MAO: | 06:29:22 |
| 3 | Q. So -- so going back to the -- | 06:29:24 |
| 4 | the network flow that we had talked about | 06:29:28 |
| 5 | before, right, where the check, okay, the | 06:29:29 |
| 6 | checking on a sWAA-on, the sWAA-off is -- | 06:29:34 |
| 7 | I'll just use the word typically not done | 06:29:40 |
| 8 | until ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | |
| 9 | ▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | |
| 10 | is because app indexing to me, at least in | 06:29:49 |
| 11 | the technical level, is driven by tags | 06:29:55 |
| 12 | that may be in within the third-party apps | 06:30:00 |
| 13 | themselves via Firebase. Am I -- am I off | 06:30:04 |
| 14 | on that in terms of understanding how at | 06:30:08 |
| 15 | least on a very basic level how app | 06:30:10 |
| 16 | indexing kind of works? | 06:30:16 |
| 17 | A. That's not how I understand -- | 06:30:17 |
| 18 | Q. Oh, please -- | 06:30:17 |
| 19 | A. -- app indexing to work. | 06:30:20 |
| 20 | Q. Yeah, how -- how -- how do you | 06:30:21 |
| 21 | understand how, on a technical level, how | 06:30:22 |
| 22 | does app indexing actually work? | 06:30:24 |
| 23 | A. My understanding is that an app | 06:30:26 |
| 24 | that -- that tags -- I'm not even sure if | 06:30:29 |
| 25 | that's the right terminology for this | 06:30:32 |

Page 213

| | | |
|---|---|---|
| 1 | particular service, their app accordingly | 06:30:34 |
| 2 | will then write that app activity into a | 06:30:38 |
| 3 | GMS Core API on Android.  That data is | 06:30:43 |
| 4 | then made available to the Google Search | 06:30:47 |
| 5 | App on your phone and if the user has the | 06:30:52 |
| 6 | appropriate settings, either in the Google | 06:30:55 |
| 7 | Search app or in GMS Core, I can't recall, | 06:30:59 |
| 8 | and sWAA is enabled, then that data may be | 06:31:02 |
| 9 | uploaded to their Google account.  And so | 06:31:06 |
| 10 | it is -- to -- to reiterate that, ▇▇▇▇ | ▇▇▇▇ |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| | ▇▇▇▇ | ▇▇▇▇ |
| 15 | Q.   So does -- does Google Search | 06:31:28 |
| 16 | app know whether or not that -- oops, | 06:31:36 |
| 17 | sorry. | 06:31:37 |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| 22 | A.   As we discussed prior to the | 06:31:58 |
| 23 | lunch break, I -- ▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ |

Page 214

|  |  |  |
|---|---|---|
| 1 | ███████████████████████████████████ | ███ |
| 2 | ███████████████████████████ | ███ |
| 3 | ███████████████████████████ | ███ |
| 4 | ███████████████████████████████████ | ███ |
| 5 | ██████ | ███ |
| 6 | Q.   In -- in terms of before -- was | 06:32:32 |
| 7 | that always the way app indexing worked, | 06:32:34 |
| 8 | in other words, did app indexing always | 06:32:38 |
| 9 | ████████████████████████ | ███ |
| 10 | ████████████████████ | ███ |
| 11 | that a change that happened the last few | 06:32:50 |
| 12 | years or the last few months? | 06:32:53 |
| 13 | A.   To the -- the best of my memory, | 06:32:56 |
| 14 | that's how it has always operated is that | 06:32:58 |
| 25 | Q.   So -- so now this makes me | 06:33:27 |

Page 215

| | | |
|---|---|---|
| 1 | wonder, why -- why does -- you see here on | 06:33:30 |
| 2 | this page, ███████████████████████ ████ | |
| 3 | ███████████████████████████████████ ████ | |
| 4 | ███████████████████████████████████ ████ | |
| 5 |     A.   Well, I -- I think there -- as | 06:33:49 |
| 6 | I -- I believe we discussed before, there | 06:33:52 |
| 7 | are sizable differences between the | 06:33:55 |
| 8 | different purposes for these servers -- | 06:33:57 |
| 9 | these services that a user interacts with | 06:34:01 |
| 10 | and in the app indexing case that we're | 06:34:03 |
| 11 | discussing, the only benefit to the user | 06:34:07 |
| 12 | as explained in the Supplemental Web and | 06:34:10 |
| 13 | App Activity setting is the | 06:34:13 |
| 14 | personalization layer which then would | 06:34:16 |
| 15 | require an upload and saving it against a | 06:34:19 |
| 16 | Google account.  If Supplemental Web and | 06:34:22 |
| 17 | App Activity is off, the user has told us | 06:34:26 |
| 18 | that we have technically instrumented such | 06:34:28 |
| 19 | that we cannot save that data, therefore, | 06:34:30 |
| 20 | there's no reason to try sending it.  I -- | 06:34:34 |
| 21 | I think that's different than how other | 06:34:37 |
| 22 | products and services might provide their | 06:34:40 |
| 23 | service. | 06:34:43 |
| 24 |     Q.   So -- so you -- you think | 06:34:45 |
| 25 | that -- that the logic for turning that | 06:34:46 |

Page 216

| | | |
|---|---|---|
| 1 | off for app indexing doesn't apply to | 06:34:49 |
| 2 | either display ads or Google Analytics | 06:34:53 |
| 7 | A.    I -- I -- I don't think that's | 06:35:07 |
| 8 | exactly what I said. | |
| 16 | Q.    Are there any documents that you | 06:35:38 |
| 17 | are aware of that explains the -- the | 06:35:41 |
| 18 | logic behind the differences as to why | 06:35:45 |
| 19 | some products with sWAA controls would | 06:35:50 |
| 20 | check locally versus not check locally | 06:35:56 |
| 21 | before uploading the data to Google | 06:35:58 |
| 22 | servers? | 06:36:03 |
| 23 | A.    I'm not aware of any central | 06:36:06 |
| 24 | document that might explain that, given | 06:36:09 |
| 25 | that I think these decisions are really | 06:36:13 |

Page 217

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | per service basis we discussed prior. | 06:36:15 |
| 2 |     Q.  So when you saying it's decided | 06:36:21 |
| 3 | per service, do you mean that the product | 06:36:23 |
| 4 | manager for each service decides that? | 06:36:25 |
| 5 | Who is the gatekeeper person, like an | 06:36:27 |
| 6 | actual person or decision gatekeeper that | 06:36:30 |
| 7 | decides for something like this whether | 06:36:33 |
| 8 | it's, you know -- whether it's going to be | 06:36:35 |
| 9 | sent to Google servers first before | 06:36:39 |
| 10 | checking for, you know, the sWAA settings | 06:36:43 |
| 11 | that may be stored in Footprints? | 06:36:48 |
| 12 |       MR. SANTACANA:  Objection, | 06:36:50 |
| 13 |   compound, calls for speculation. | 06:36:51 |
| 14 |     A.  I don't think there would be a | 06:36:57 |
| 15 | single individual given the -- the scope | 06:36:58 |
| 16 | of decisions that you explained. | 06:37:00 |
| 17 | BY MR. MAO: | 06:37:00 |
| 18 |     Q.  Yeah.  Sorry.  So -- so you | 06:37:03 |
| 19 | might have to -- it might be more Google | 06:37:05 |
| 20 | speak and Google ways than I understand, | 06:37:08 |
| 21 | I -- and I appreciate that you've been at | 06:37:11 |
| 22 | the company for a long time.  You might | 06:37:13 |
| 23 | have to explain to me what that process | 06:37:14 |
| 24 | actually kind of like looks like for | 06:37:17 |
| 25 | something like this.  And -- and I'm | 06:37:19 |

| | | |
|---|---|---|
| 1 | not -- again, I'm not trying to argue with | 06:37:20 |
| 2 | you, I'm just trying to understand.  Like | 06:37:22 |
| 3 | so how would you decide that?  Like -- | 06:37:23 |
| 4 | like in a typical course -- and you can | 06:37:25 |
| 5 | use any of these five products listed here | 06:37:27 |
| 6 | on this slide, like how would that | 06:37:30 |
| 7 | actually get decided as to, you know, this | 06:37:32 |
| 8 | initial kind of gatekeeping question as to | 06:37:35 |
| 9 | when -- when and where are the sWAA | 06:37:38 |
| 10 | settings actually checked in the -- in | 06:37:41 |
| 11 | the -- in the, you know, data flow | 06:37:43 |
| 12 | process? | 06:37:45 |
| 13 |     A.    Outside of the products I | 06:37:47 |
| 14 | manage, I -- I would have to speculate as | 06:37:48 |
| 15 | to those decisions and discussions. | 06:37:50 |
| 16 |     Q.    How about within the products | 06:37:52 |
| 17 | that you do manage? | 06:37:53 |
| 18 |     A.    Sure.  Within Footprints, | 06:37:57 |
| 19 | which -- which is obviously not listed | 06:37:59 |
| 20 | here because it is the infrastructure | 06:38:01 |
| 21 | enabling an aspect of these different | 06:38:05 |
| 22 | Google Services' functionality, but | 06:38:07 |
| 23 | traditionally decisions like this are made | 06:38:12 |
| 24 | collaboratively between our partners, | 06:38:15 |
| 25 | teams within Google, their needs of our | 06:38:18 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | discussed, the "plus Nick Linkow and I | 07:09:51 |
| 2 | have discussed," I believe that's from me, | 07:09:56 |
| 3 | not Mr. Ruemmler. | 07:09:57 |
| 4 | BY MR. MAO: | 07:09:57 |
| 5 | Q. Oh, okay. So in -- in response | 07:09:58 |
| 6 | to your discussion on WAA/sWAA, were any | 07:10:00 |
| 7 | changes or disclosures made to Firebase | 07:10:04 |
| 8 | app developers regarding what happens when | 07:10:09 |
| 9 | sWAA is off for their app user developer | 07:10:15 |
| 10 | data? | 07:10:18 |
| 11 | MR. SANTACANA: Objection, | 07:10:19 |
| 12 | misstates the document. | 07:10:19 |
| 13 | A. I was going to say the same. I | 07:10:23 |
| 14 | think it misstates what I've written here. | 07:10:25 |
| 15 | My reference of WAA/sWAA in this case is | 07:10:28 |
| 16 | the same help center article that both Web | 07:10:32 |
| 17 | and App Activity and Supplemental Web and | 07:10:38 |
| 18 | App Activity are discussed in the same | 07:10:39 |
| 19 | article. I don't believe that I'm | 07:10:40 |
| 20 | referencing WAA and sWAA as two | 07:10:41 |
| 21 | independent settings given the other | 07:10:44 |
| 22 | context in this paragraph. And then to -- | 07:10:46 |
| 23 | to answer your question, Mr. Mao, I -- | 07:10:49 |
| 24 | I believe it's the same as my previous | 07:10:51 |
| 25 | response that I don't think -- I'm not | 07:10:52 |

| | | |
|---|---|---|
| 1 | aware of any changes to Google Analytics | 07:10:55 |
| 2 | for Firebase third-party developer | 07:10:59 |
| 3 | disclosures particularly given the context | 07:11:01 |
| 4 | of this discussion with Mr. Ruemmler. | 07:11:03 |
| 5 | BY MR. MAO: | 07:11:03 |
| 6 |     Q.   Got it.  So -- so -- so let me | 07:11:06 |
| 7 | ask you with regard to app developers, how | 07:11:07 |
| 8 | are app developers told that their | 07:11:09 |
| 9 | end-users' data is still being collected | 07:11:12 |
| 10 | even when sWAA is off?  How are they | 07:11:14 |
| 11 | informed? | 07:11:20 |
| 12 |        MR. SANTACANA:  Outside the | 07:11:22 |
| 13 | scope. | 07:11:23 |
| 14 |     A.   I'm not sure how to answer | 07:11:25 |
| 15 | the -- the question as described, Mr. Mao. | 07:11:29 |
| 16 | I wonder if you could re-ask that. | 07:11:31 |
| 17 | BY MR. MAO: | 07:11:31 |
| 18 |     Q.   Sure, if I go back to that same | 07:11:36 |
| 19 | interrogatory number 15, right, we know | 07:11:37 |
| 20 | from Google's own responses, not prepared | 07:11:41 |
| 21 | by me but by your counsel and your | 07:11:44 |
| 22 | colleagues, that when sWAA is off, there | 07:11:47 |
| 23 | is still conversion and personalization. | 07:11:49 |
| 24 | Whatever extent that is, that may be for | 07:11:54 |
| 25 | somebody else.  My -- my question to you | 07:11:56 |

Page 236

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   But did Google ever consider | 09:16:51 |
| 2 | making sWAA-off turn off data collection? | 09:16:53 |
| 3 | A.   As we discussed previously, it | 09:17:00 |
| 4 | depends on services, sWAA-off does disable | 09:17:02 |
| 5 | data collection for some services like we | 09:17:06 |
| 6 | discussed with the app indexing service | 09:17:07 |
| 7 | where when sWAA is off, data is not sent | 09:17:12 |
| 8 | to Google servers because it can't be used | 09:17:15 |
| 9 | for the purpose for which it would be | 09:17:17 |
| 10 | collected otherwise. | 09:17:18 |
| 11 | Q.   Did Google ever consider making | 09:17:20 |
| 12 | sWAA-off turn off data collection for | 09:17:22 |
| 13 | Google Analytics? | 09:17:25 |
| 14 | MR. SANTACANA:  Objection. | 09:17:32 |
| 15 | (Cross-talk.) | 09:17:49 |
| 16 | A.   Sorry, Mr. Mao, I'll repeat | 09:17:49 |
| 17 | my -- my answer.  I -- I don't believe I'm | 09:17:52 |
| 18 | able to answer.  I think that's best for | 09:17:55 |
| 19 | the Google Analytics team as the Google | 09:17:57 |
| 20 | Analytics for Firebase service operates | 09:18:00 |
| 21 | outside of strictly the Supplemental Web | 09:18:03 |
| 22 | and App Activity setting. | 09:18:06 |
| 23 | BY MR. MAO: | 09:18:06 |
| 24 | Q.   Got it.  Did Google ever | 09:18:07 |
| 25 | consider making sWAA-off turn off data | 09:18:09 |

Page 303

```
 1                  CERTIFICATION

 2

 3        I, BELLE VIVIENNE, a Nationally

 4   Certified Realtime Reporter, do hereby

 5   certify:

 6        That the witness whose testimony as

 7   herein set forth, was duly sworn by me;

 8   and that the within transcript is a true

 9   record of the testimony given by said

10   witness.

11        I further certify that I am not

12   related to any of the parties to this

13   action by blood or marriage, and that I am

14   in no way interested in the outcome of

15   this matter.

16        IN WITNESS WHEREOF, I have hereunto

17   set my hand this 20th day of September

18   2022.

19

20

21

22

23          BELLE VIVIENNE, CRR, CCR, RPR

24

25              *       *       *
```

Page 332