# EXHIBIT 13

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    ** C O N F I D E N T I A L **
 2    ** ATTORNEYS' EYES ONLY **
 3    UNITED STATES DISTRICT COURT
 4    NORTHERN DISTRICT OF CALIFORNIA
 5    SAN FRANCISCO DIVISION
 6    Case No. 3:20-CV-04688-RS
 7    ------------------------------------x
      ANIBAL RODRIGUEZ, et al. individually
 8    and on behalf of all others similarly
      situated,
 9
              Plaintiff,
10
11
          - against -
12
13
      GOOGLE LLC,
14
              Defendant.
15    ------------------------------------x
                  June 26, 2023
16                10:05 a.m.
17
18       Videotaped Deposition of JONATHAN
19    HOCHMAN, taken by Defendant, pursuant to
20    Notice, held at the offices of Willkie Farr
21    & Gallagher LLP, 787 Seventh Avenue, New
22    York, New York, before Todd DeSimone, a
23    Registered Professional Reporter and Notary
24    Public of the State of New York.
25
```

Page 1

```
 1   A P P E A R A N C E S :
 2   BOIES SCHILLER FLEXNER LLP
     725 South Figueroa Street
 3   31st Floor
     Los Angeles, California 90017
 4         Attorneys for Plaintiff
     BY:    HSIAO (MARK) C. MAO, ESQ.
 5            mmao@bsfllp.com
 6
 7   MORGAN & MORGAN LLP
     201 North Franklin Street
 8   7th Floor
     Tampa, Florida 33602
 9         Attorneys for Plaintiff
     BY:    JOHN A. YANCHUNIS, ESQ. (Via Zoom)
10            jyanchunis@forthepeople.com
            RYAN JOSEPH McGEE, ESQ. (Via Zoom)
11            rmcgee@forthepeople.com
12
13   WILLKIE FARR & GALLAGHER LLP
     One Front Street
14   34th Floor
     San Francisco, California 94111
15         Attorneys for Defendant
     BY:    EDUARDO SANTACANA, ESQ.
16            esantacana@willkie.com
            NOORJAHAN RAHMAN, ESQ. (Via Zoom)
17            nrahman@willkie.com
18
     ALSO PRESENT:
19     CARA HUNT, Summer Associate, Willkie (Via
       Zoom)
20
       JOHN BLACK (Via Zoom)
21
       PAUL BAKER, Videographer
22
23
24
25
                                            Page 2
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              THE VIDEOGRAPHER:  Good morning.
 2    We are going on the record at 10:05
 3    a.m. eastern daylight time on Monday,
 4    June 26th, 2023.  Please note that the
 5    microphones are sensitive and may pick
 6    up whispering and private
 7    conversations.  Please turn off all
 8    cell phones at this time.
 9              This is media unit one of the
10    video-recorded deposition of Jonathan
11    Hochman in the matter of Anibal
12    Rodriguez, et al., versus Google LLC,
13    filed in the United States District
14    Court, Northern District of California.
15    This deposition is being held at
16    Willkie Farr & Gallagher LLP located at
17    787 Seventh Avenue, New York, New York.
18              My name is Paul Baker and I am
19    the videographer, the court reporter is
20    Todd DeSimone, and we are both from
21    Veritext.
22              Appearances have been noted on
23    the stenographic record.  Would the
24    court reporter please swear in the
25    witness.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          *   *   *
2          J O N A T H A N   H O C H M A N,
3          called as a witness, having been first
4          duly sworn, was examined and testified
5          as follows:
6    EXAMINATION BY MR. SANTACANA:
7          Q.    Good morning, Mr. Hochman.  Our
8    appearances are already on the record, so
9    we will just get started.
10               You have been deposed before?
11         A.    Yes.
12         Q.    How many times?
13         A.    Over 50.
14         Q.    Okay.  And you have served as a
15   litigation expert before?
16         A.    Yes.
17         Q.    How many engagements roughly?
18         A.    Hundreds.
19         Q.    Hundreds.  You are currently
20   retained by the plaintiffs in this action?
21         A.    Yes, I believe so, the class.
22         Q.    And how many hours have you
23   spent roughly on this engagement?
24         A.    I'm not quite sure of my
25   personal hours, but I know that between

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   look at the table of contents, because I
 2   don't know myself.  Okay, oops, this table
 3   of contents -- let me go into -- let me
 4   check in one other location here.
 5        Q.    I think you mean Appendix G,
 6   tab 4, but I could be wrong.
 7        A.    Yeah, let's take a look at
 8   that.
 9        Q.    It is pretty long, so maybe
10   I'll break down the question for a moment.
11        A.    Sure.
12        Q.    My first question is just did
13   you attempt in this case to join -- strike
14   that.  Let me try again.
15              Did you attempt in this case to
16   find evidence that Google had joined in the
17   same log device ID and GAIA ID?  Was that
18   one of the things you did?
19        A.    I think that had we noticed
20   that, had I noticed that, I would have
21   documented it.
22        Q.    Okay.
23        A.    So I --
24        Q.    I don't think you did.
25        A.    Yeah, I don't think I
```

Page 135

```
 1   necessarily found an indication of joining.
 2               So just to be clear, joining
 3   and linking are two different things.
 4   Joining means putting the two pieces
 5   together in the same place.  Linking means
 6   that there is just a logical connection
 7   between the two pieces of data, okay?
 8   There is a common identifier or there is a
 9   common fingerprint, okay?  There might
10   be -- data might be stored in separate
11   places but there is a common -- there is a
12   link between them.
13        Q.      Got it.
14        A.      Okay?  So I'm using the
15   standard of linking, not of joining.
16        Q.      I understand.  So I hadn't
17   heard that distinction before, but join we
18   will use to mean actually joined together
19   in the same place, whereas linking is about
20   the availability of a mapping that may or
21   may not have been used to join.  Is that
22   fair to say?
23        A.      We don't know whether -- we
24   don't know whether someone has joined it or
25   not, we just know that it is linked, there
```

Page 136

```
 1   is a link.  Think of it as quantum
 2   entanglement.  You've got two particles,
 3   they are entangled, they can go as far
 4   apart as you want but they are still
 5   linked.
 6         Q.    Right.  But if you can only
 7   observe one --
 8         A.    Whatever you observe in one you
 9   are going to observe in the other.
10         Q.    Well, actually if you observe
11   it, it will screw it up, is so --
12         A.    Well, it collapses the quantum
13   state, so you get one or the other,
14   outputs, if it is zero or 1.
15         Q.    So I want to be really clear
16   though -- well, okay, so if you had seen a
17   join you would have documented it.  You
18   didn't document a join that Google had
19   performed.  Did you attempt to perform any
20   joins of linked GAIA and non-GAIA data
21   together?
22         A.    So I'm not actually needing to
23   join, I'm just looking for links, because
24   the idea is if there is a link somebody who
25   gets both pieces of data can know that that
```

Page 137

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   data is associated with that user.
2        Q.    Right.  So like --
3        A.    And also, by the way, you don't
4   necessarily need to even link -- you don't
5   need to join the data within Google's
6   system.  If you get some data out of
7   Google's system that has an identifier and
8   then you go to some third-party system and
9   get some data, it can be linked there, or
10  you can get, off the person's phone, you
11  can get it.
12             So the problem, as I have been
13  saying from the start, occurs at the moment
14  that sensitive information is collected
15  when the user has indicated they don't want
16  that sensitive information collected,
17  because the actual collection hurts the
18  user.
19             ==Minimally it hurts the user by,==
20  ==you know, chewing up their mobile device==
21  ==battery and tying up their bandwidth and==
22  ==deteriorating the performance of their==
23  ==device.==  But, additionally, it hurts them
24  by putting them at risk of their data being
25  exposed when they have said I don't want

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  this data collected because I'm afraid for
2  it to be exposed, if someone collects it,
3  that is a problem.  I can even give you
4  another analogy --
5       Q.   Well, I think I understand what
6  you're saying, but we can come back to your
7  analogy later.  Maybe you can slip it into
8  a different answer.
9            My next question is -- what I'm
10 trying to understand is just what you did
11 and didn't do, that's all, in this --
12 Appendix G is about your data testing and
13 your procedures and all that.  In this case
14 you received what we've discussed are GAIA
15 logs and non-GAIA logs, right?
16      A.   Yes.
17      Q.   Did you undertake any attempts
18 to find a match between entries in one of
19 those and the other?
20      A.   I mean, I think we've
21 documented some ways that this stuff can be
22 matched up, okay?  You know, it doesn't
23 necessarily mean I found evidence that
24 Google joined them.
25      Q.   Right.  I'm not saying Google,

Page 139

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  that the sample data we got was not large
2  and apparently not representative, so it
3  sort of is not really amenable to that kind
4  of statistical analysis.  You can't -- you
5  need to have a statistically valid sample
6  and a representative sample in order to do
7  statistical analysis.  So I wouldn't draw
8  the conclusions that he's trying to draw by
9  doing an analysis on that small sample set.
10         Q.     Fair enough.  My question was
11  actually about -- or where I was headed was
12  you note in I think Appendix G that there's
13  some age and gender information in some of
14  these data entries, in some of the logs
15  from Google Analytics that you reviewed.
16  Do you recall that?
17         A.     Yes.
18         Q.     Can you say whether that
19  demographic information came from Google or
20  from the app developer?
21         A.     A great question, and all I
22  have observed is that data was there in the
23  logs.
24         Q.     Okay.  But you're not sure
25  whether it's because Google supplied it to

Page 216

```
 1  the developer based on some other
 2  information Google had or whether the
 3  developer supplied it to Google based on
 4  some other information the developer had?
 5       A.    Yeah, in general I have
 6  additional questions about these logs that
 7  I would love to be able to ask someone
 8  knowledgeable about them, and I just
 9  haven't had the opportunity to get all the
10  discovery that I would like to have.  But
11  that is what it is.
12       Q.    Okay.  The web and app activity
13  control I think you say should only cover
14  app activity data, right?
15       A.    I think I've talked about web
16  view data also.
17       Q.    Web views inside of apps?
18       A.    Correct.
19       Q.    I'll include that in app
20  activity.  But really all I'm asking is --
21       A.    I think you should also include
22  the ad activity within the app.
23       Q.    Okay.  So the app activity in
24  your mind includes any advertising activity
25  within that app?
```

Page 217

```
 1        A.      They are all just activities.
 2   It is a remote transaction occurring
 3   between the app and the server, and data is
 4   going back and forth.
 5        Q.      Right, okay.  So we will come
 6   back to ads.
 7                We talked about the first open
 8   analytics event earlier.
 9        A.      Yes.
10        Q.      So when Google logs a device ID
11   in the first open event, did you see any of
12   those in the logs?
13        A.      Yeah, probably we did, because
14   we would have had first open events.  I'm
15   just sort of inferring it.  Whatever we
16   found, we've documented.
17        Q.      Okay.  Did you see any evidence
18   that Google leveraged those events, just to
19   use them as an example, from sWAA-off users
20   to perform advertising?
21        A.      I think my inference is that
22   those events would be -- it would be very
23   important to count those as conversions.
24   If someone had been running an app
25   promotion campaign, they want to get people
```

Page 218

```
 1    to install apps, so as soon as someone does
 2    that first open, the software development
 3    kit, which seems to behave the same --
 4    transmit the same information with sWAA and
 5    WAA on or off, the only difference I've
 6    documented is where that information seems
 7    to be stored according to Google's
 8    explanation.
 9              The conversion tracking is very
10    important there, because that's the
11    justification for the advertiser, it is the
12    justification to charge the advertiser
13    money for advertising is that hey, this
14    advertising works.
15         Q.    Apart from the recordkeeping
16    associated with charging the advertiser
17    that you're talking about, did you see any
18    evidence of Google using sWAA-off
19    conversion events for any other purpose?
20         A.    I mean, I think that using the
21    sWAA-off conversion events to track
22    conversions is the big use of them.  I
23    didn't necessarily --
24         Q.    Understood.
25         A.    -- look for them to be used for
```

Page 219

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  anything else.  Just knowing they are used
2  to track conversions is the significant
3  thing.
4      Q.    Okay, understood.  But apart
5  from the recordkeeping associated with
6  charging the advertiser, did you see
7  evidence of Google using sWAA-off
8  conversion events to personalize
9  advertising?
10     A.    Okay, so I have a couple of
11 different questions, a couple of different
12 answers to that question.
13           One answer, the simple answer,
14 the first-order answer is that I didn't see
15 that being used to further personalize ads,
16 although I do know from having been an
17 advertiser that Google seems to keep
18 statistics on users about their propensity
19 to convert and that there are some what
20 Google reps have told me are safe settings
21 in the ad platform that you can use to try
22 to essentially allow Google to boost your
23 bids in the auction when they observe a
24 user who is more likely to convert, and
25 that these options have been available at

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    least in the past and maybe still.
 2               So there is potentially some
 3    second-order effect beyond just the
 4    immediate conversion.  I mean, if you know
 5    that somebody is converting, that
 6    information is valuable in more ways -- in
 7    more ways than just the immediate
 8    conversion and immediate ad revenue that's
 9    justified by that conversion.
10         Q.    So you skipped ahead, that's
11    where I was going next.  Did you see
12    evidence in the case that Google uses
13    sWAA-off conversion measurements to inform
14    what you were just talking about, which is
15    user propensity to convert?
16         A.    Well, I think there is some
17    indirect evidence in that I've cited a
18    variety of Google documents that talk about
19    how data is used to improve their products,
20    you know, data that is collected, including
21    sWAA and WAA-off data can be used to
22    improve Google products, it can be used for
23    machine learning.  So that's sort of an
24    indirect use.
25               But I didn't investigate
```

Page 221

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              CERTIFICATION
 2
 3      I, TODD DeSIMONE, a Notary Public for
 4   and within the State of New York, do hereby
 5   certify:
 6      That the witness whose testimony as
 7   herein set forth, was duly sworn by me; and
 8   that the within transcript is a true record
 9   of the testimony given by said witness.
10      I further certify that I am not related
11   to any of the parties to this action by
12   blood or marriage, and that I am in no way
13   interested in the outcome of this matter.
14      IN WITNESS WHEREOF, I have hereunto set
15   my hand this 26th day of June, 2023.
16
17          [Signature: Todd DeSimone]
18              TODD DESIMONE
19
20              *     *     *
21
22
23
24
25
```

Page 391