# EXHIBIT 14

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
 4     ANIBAL RODRIGUEZ, et al.,
 5             Plaintiffs,
 6     v.                              Case No.
 7     GOOGLE LLC,                     20-cv-04688-RS
 8             Defendant.
 9     ***********************************
10      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
11
12             ZOOM VIDEOTAPED DEPOSITION OF
13                    BELINDA LANGNER
14              Thursday, December 15, 2022
15                     9:09 a.m. PST
16
17
18     REPORTED BY:
19     BELLE VIVIENNE, RPR, CRR, NJ-CRR,
20     WA/CO/NM-CCR
21     NATIONALLY CERTIFIED REALTIME
22     COURT REPORTER
23     JOB No. 5628019
24
25     PAGES 1 - 290
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
         MARK MAO
 4       LOGAN WRIGHT
         BOIES SCHILLER FLEXNER LLP
 5       44 Montgomery Street, 41st Floor
         San Francisco, California 94104
 6       mmao@bsfllp.com
         mwright@bsfllp.com
 7
         RYAN MCGEE
 8       MORGAN & MORGAN
         201 North Franklin Street, 7th Floor
 9       Tampa, Florida 33602
         Rmcgee@forthepeople.com
10
11    FOR THE DEFENDANT:
         EDUARDO E. SANTACANA
12       LORI ARAKAKI
         WILLKIE FARR & GALLAGHER LLP
13       One Front Street, 34th Floor
         San Francisco, California 94111
14       esantacana@willkie.com
15
         JOHN JANHUNEN
16       GOOGLE
         1600 Amphitheatre Parkway
17       Mountain View, California 94043
18       Jjanhunen@google.com
19
20    VIDEOGRAPHER:
21       Shawna Hynes
22
23
24
25

                                                  Page 2
```

| | | |
|---|---|---|
| 1 | with Google and the Google Ads systems. | 16:41:55 |
| 2 | Q.   With regard to these -- these | 16:41:57 |
| 3 | revenue streams, does Google make any | 16:41:59 |
| 4 | money from ad conversions, tracking ad | 16:42:02 |
| 5 | conversions? | 16:42:08 |
| 6 | A.   So Google specifically and app | 16:42:10 |
| 7 | campaign specifically's goal is to | 16:42:15 |
| 8 | drive -- to drive users for these | 16:42:18 |
| 9 | advertisers that are more likely to | 16:42:22 |
| 10 | perform these specific actions.  It is -- | 16:42:23 |
| 11 | and we do conversion measurement as a way | 16:42:28 |
| 12 | to show the value that the Google app | 16:42:33 |
| 13 | campaigns have brought to a specific | 16:42:36 |
| 14 | advertiser. | 16:42:37 |
| 15 | Q.   ==What about conversions for when== | ==16:42:38== |
| 16 | ==sWAA is off, does Google make any money== | ==16:42:41== |
| 17 | ==off of that?== | 16:42:44 |
| 18 | MR. SANTACANA:  Vague. | 16:42:45 |
| 19 | A.   I think we've sort of talked | 16:42:53 |
| 20 | about the sort of app measurement concept | 16:42:55 |
| 21 | already, right?  So for the purposes of | 16:42:57 |
| 22 | advertising, Google wants to demonstrate | 16:43:00 |
| 23 | the value of our app campaigns, app | 16:43:04 |
| 24 | conversion measurement allows us to | 16:43:09 |
| 25 | demonstrate the value that Google Ads | 16:43:10 |

Page 215

| | | |
|---|---|---|
| 1 | drives for that specific advertiser. | 16:43:13 |
| 2 | BY MR. MAO: | 16:43:13 |
| 3 | Q. So then what's the purpose of | 16:43:18 |
| 4 | measuring a sWAA-off traffic for the | 16:43:20 |
| 5 | purposes of conversions for these revenue | 16:43:23 |
| 6 | streams? | 16:43:28 |
| 7 | A. When advertisers use app | 16:43:52 |
| 8 | campaigns, they want to know how well | 16:43:55 |
| 9 | their app campaigns are doing, just like | 16:43:58 |
| 10 | they would want to know how well their | 16:44:00 |
| 11 | campaigns on other ad networks are doing. | 16:44:02 |
| 12 | So across the board, advertisers do use | 16:44:05 |
| 13 | measurement platforms such as GA4F or | 16:44:09 |
| 14 | other ad app attribution partners to | 16:44:15 |
| 15 | measure the performance of their | 16:44:20 |
| 16 | campaigns, be it the Google app ads | 16:44:21 |
| 17 | campaigns or other campaigns. And the | 16:44:26 |
| 18 | whole purpose of that, right, is so that | 16:44:28 |
| 19 | advertisers understand how they should | 16:44:31 |
| 20 | distribute their budget between the | 16:44:33 |
| 21 | various different ad networks that they | 16:44:36 |
| 22 | are advertising with. | 16:44:38 |
| 23 | Q. And -- and they want to know | 16:44:38 |
| 24 | that information even when sWAA is off for | 16:44:39 |
| 25 | the user; isn't that correct? | 16:44:42 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.    App advertisers want to | 16:44:49 |
| 2 | understand how their app campaigns are | 16:44:51 |
| 3 | doing.  In the context of app campaigns, | 16:44:54 |
| 4 | Google is -- Google Ads provides a service | 16:44:57 |
| 5 | to the advertiser to understand how their | 16:45:00 |
| 6 | specific ads are performing so that they | 16:45:05 |
| 7 | understand the value of their ad -- ads | 16:45:08 |
| 8 | and how they are spending their ad | 16:45:11 |
| 9 | budgets. | 16:45:13 |
| 10 | Q.    Even when sWAA is off; is that | 16:45:16 |
| 11 | correct? | 16:45:20 |
| 12 | MR. SANTACANA:  Asked and | 16:45:23 |
| 13 | answered. | 16:45:24 |
| 14 | A.    As we mentioned earlier, app | 16:45:28 |
| 15 | conversion measurement can happen in the | 16:45:32 |
| 16 | pseudo-anonymous space when sWAA is off | 16:45:38 |
| 17 | because the conversion is happening on the | 16:45:43 |
| 18 | specific device. | 16:45:45 |
| 19 | BY MR. MAO: | 16:45:45 |
| 20 | Q.    And advertisers want to know | 16:45:48 |
| 21 | that; is that correct? | 16:45:49 |
| 22 | A.    I mean -- | 16:45:52 |
| 23 | MR. SANTACANA:  Objection, calls | 16:45:53 |
| 24 | for speculation. | 16:45:54 |
| 25 | A.    I -- I can't speak for | 16:45:54 |

Page 217

| | | |
|---|---|---|
| 1 | advertisers, right?  But I assume they | 16:45:55 |
| 2 | want to know the value of their ad | 16:46:00 |
| 3 | campaigns, but I -- I can't speak for them | 16:46:05 |
| 4 | generally. | 16:46:07 |
| 5 | BY MR. MAO: | 16:46:07 |
| 6 |     Q.   When I go to page 7 of this, it | 16:46:08 |
| 7 | says "The problem:  Holes in our ad | 16:46:12 |
| 8 | revenue tracking."  You agree with me that | 16:46:15 |
| 9 | when there are holes in the advertisement | 16:46:20 |
| 10 | tracking, advertisers do not like that; is | 16:46:24 |
| 11 | that correct? | 16:46:27 |
| 12 |        MR. SANTACANA:  Objection, | 16:46:28 |
| 13 |    misstates the document, calls for | 16:46:28 |
| 14 |    speculation. | 16:46:30 |
| 15 |     A.   I mean, I -- I can't speak for | 16:46:35 |
| 16 | advertisers.  So, you know, and -- | 16:46:37 |
| 17 | BY MR. MAO: | 16:46:37 |
| 18 |     Q.   Sorry.  Were you finished? | 16:46:49 |
| 19 |     A.   Yes. | 16:46:51 |
| 20 |     Q.   Do you know what the financial | 16:46:55 |
| 21 | impact on Google's ability to monetize off | 16:46:57 |
| 22 | of the revenue streams referenced over | 16:47:08 |
| 23 | back at page 5 would be if Google was not | 16:47:15 |
| 24 | able to measure sWAA or WAA-off traffic? | 16:47:18 |
| 25 |     A.   To the best of my knowledge, we | 16:47:27 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | have never -- Google has never measured, | 16:47:29 |
| 2 | you know, the impact of sWAA-off traffic. | 16:47:35 |
| 3 | Q.   Do you know whether or not that | 16:47:40 |
| 4 | would be a negative impact or positive | 16:47:42 |
| 5 | impact if Google was not able to track | 16:47:45 |
| 6 | sWAA-off traffic? | 16:47:50 |
| 7 | A.   I wouldn't know for certain | 16:47:51 |
| 8 | without doing an experiment. | 16:47:52 |
| 9 | Q.   Was an experiment ever | 16:47:55 |
| 10 | contemplated? | 16:47:58 |
| 11 | A.   I don't recall serious | 16:48:03 |
| 12 | discussions around an experiment around | 16:48:05 |
| 13 | sWAA-off traffic. | 16:48:08 |
| 14 | Q.   Or WAA-off traffic; is that | 16:48:09 |
| 15 | correct? | 16:48:12 |
| 16 | A.   I don't recall an experiment -- | 16:48:13 |
| 17 | oh, I don't recall experiments being | 16:48:22 |
| 18 | discussed around the impact of WAA-off or | 16:48:24 |
| 19 | sWAA-off traffic to the best of my | 16:48:31 |
| 20 | knowledge. | 16:48:33 |
| 21 | Q.   Got it. | 16:48:33 |
| 22 | Can you do me a favor and my | 16:48:34 |
| 23 | last questions are going to be on page 10, | 16:48:37 |
| 24 | it's the majority of ad -- app ads | 16:48:40 |
| 25 | revenue. | 16:48:43 |

Veritext Legal Solutions
866 299-5127

CERTIFICATION

I, BELLE VIVIENNE, a Nationally Certified Realtime Reporter, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of December 2022.

*[Signature: Belle Vivienne]*

BELLE VIVIENNE, CRR, CCR, RPR