# EXHIBIT 16

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO
 4
 5   ANIBAL RODRIGUEZ, et al.,        )
     individually and on behalf of    )
 6   all others similarly situated,   )
                                      )
 7              Plaintiffs,           )
                                      )
 8         -vs-                       ) CASE NO.
                                      ) 3:20-cv-04688
 9   GOOGLE, LLC,                     )
                                      )
10              Defendant.            )
     _____)
11
12
13
14
              VIDEOTAPED DEPOSITION OF EDWARD WENG
15
                FRIDAY, SEPTEMBER 23, 2022
16
                        9:09 a.m.
17
18
         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19
20
21
22
23   REPORTED BY:
     ERIKA SJOQUIST, CSR, RPR, CRR
24   CA CSR No. 12350
25   File No. 5490695


                                                  Page 1
```

| | | |
|---|---|---|
| 1 | Q. Okay. | 10:47:02 |
| 2 | A. No, I've never seen this document before. | 10:47:15 |
| 3 | Q. Okay. Do you know what the term "WebView" | 10:47:17 |
| 4 | means in the context of mobile apps? | 10:47:25 |
| 5 | A. I don't. | 10:47:27 |
| 6 | Q. And here, it says "GMA SDK" and then there's a | 10:47:28 |
| 7 | diagram that has, you know, an arrow, Ad Request, and | 10:47:39 |
| 8 | goes to AdMob or Ad Manager. | 10:47:45 |
| 9 | Does that refresh your recollection about what | 10:47:47 |
| 10 | the GMA SDK is? | 10:47:49 |
| 11 | A. Yeah. I think that's an interchangeable term | 10:47:51 |
| 12 | with the AdMob SDK. | 10:47:54 |
| 13 | Q. Okay. It also says "Ad Manager" here. How, if | 10:47:57 |
| 14 | at all, does the GMA SDK relate to Ad Manager? | 10:48:00 |
| 15 | A. I can't quite recall. Sorry. | 10:48:05 |
| 16 | Q. Okay. When you worked on AdMob, could | 10:48:09 |
| 17 | developers use AdMob only if they used the AdMob SDK? | 10:48:20 |
| 18 | A. My understanding is that that is correct. | 10:48:25 |
| 19 | Q. Okay. And when you started working on AdMob, | 10:48:28 |
| 20 | what data about user activity on non-Google apps did the | 10:48:35 |
| 21 | AdMob SDK collect, if any? | 10:48:41 |
| 22 | A. So I am not privy to those details. I didn't | 10:48:44 |
| 23 | work on the SDK. That wasn't my product. | 10:48:48 |
| 24 | Q. Can you remind me what your product was? | 10:48:51 |
| 25 | A. Yeah. My product was specifically around the | 10:48:55 |

```
                    C E R T I F I C A T I O N
 1
 2          I, THE UNDERSIGNED, A CERTIFIED SHORTHAND
 3   REPORTER OF THE STATE OF CALIFORNIA, DO HEREBY CERTIFY:
 4            THAT THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE
 5   ME AT THE TIME AND PLACE HEREIN SET FORTH; THAT ANY
 6   WITNESSES IN THE FOREGOING PROCEEDINGS, PRIOR TO
 7   TESTIFYING, WERE DULY SWORN; THAT A RECORD OF THE
 8   PROCEEDINGS WAS MADE BY ME USING MACHINE SHORTHAND,
 9   WHICH WAS THEREAFTER TRANSCRIBED UNDER MY DIRECTION;
10   THAT THE FOREGOING TRANSCRIPT IS A TRUE RECORD OF THE
11   TESTIMONY GIVEN.
12            FURTHER, THAT IF THE FOREGOING PERTAINS TO THE
13   ORIGINAL TRANSCRIPT OF A DEPOSITION IN A FEDERAL CASE,
14   BEFORE COMPLETION OF THE PROCEEDINGS, REVIEW OF THE
15   TRANSCRIPT [X] WAS [ ] WAS NOT REQUIRED.
16     I FURTHER CERTIFY I AM NEITHER FINANCIALLY INTERESTED
17   IN THE ACTION NOR A RELATIVE OR EMPLOYEE OF ANY ATTORNEY
18   OR PARTY TO THIS ACTION.
19     IN WITNESS WHEREOF, I HAVE THIS DATE SUBSCRIBED MY
20   NAME.
21   DATED: October 2, 2022
22
23                        [signature]
24            ERIKA A. SJOQUIST, CSR, RPR, CRR
              CA CSR NO. 12350
25
```