# EXHIBIT 56

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3
4    ANIBAL RODRIGUEZ, JULIEANNA         )
5    MUNIZ, ELIZA CAMBAY, SAL            ) Case No.:
     CATALDO, EMIR GOENAGA, JULIAN       ) 3:20-cv-04688
6    SANTIAGO, HAROLD NYANJOM, KELLIE    )
7    NYANJOM, and SUSAN LYNN HARVEY,     )
8    individually and on behalf of all   )
9    others similarly situated,          )
10              Plaintiffs,              )
           vs.                           )
11   GOOGLE LLC,                         )
12              Defendant.               )
     ------------------------------------)
13      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
14
15            REMOTE PROCEEDINGS OF THE
16       VIDEOTAPED DEPOSITION OF STEVE GANEM
17              FRIDAY, OCTOBER 28, 2022
18
19
20   REPORTED BY NANCY J. MARTIN
21   CSR. NO. 9504, RMR, RPR
22   CLAUDIA R. GARCIA, CSR. 12812
23   JOB No. 5554575
24
25   PAGES 1-325
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3
4     ANIBAL RODRIGUEZ, JULIEANNA       )
5     MUNIZ, ELIZA CAMBAY, SAL          ) Case No.:
6     CATALDO, EMIR GOENAGA, JULIAN     ) 3:20-cv-04688
7     SANTIAGO, HAROLD NYANJOM, KELLIE  )
8     NYANJOM, and SUSAN LYNN HARVEY,   )
9     individually and on behalf of all )
10    others similarly situated,        )
11              Plaintiffs,             )
12       vs.                            )
13    GOOGLE LLC,                       )
14              Defendant.              )
15    ----------------------------------)
16
17       ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
18
19       Remote Videotaped Deposition of STEVE GANEM,
20    beginning at 8:14 a.m., Friday, October 28, 2022
21    before Nancy J. Martin, a Registered Merit Reporter,
22    Certified Shorthand Reporter and CLAUDIA R. GARCIA,
23    CSR No. 12812. All parties appeared remotely.
24
25
                                                  Page 2
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   A P P E A R A N C E S :

 2

 3   Counsel for Plaintiff

 4        MARK MAO, ESQ.

 5        LOGAN WRIGHT, ESQ.

 6        BOIES SCHILLER FLEXNER LLP

 7        44 Montgomery Street

 8        41st Floor

 9        San Francisco, California 94104

10        (415) 293-6800

11        mmao@bsfllp.com

12

13   Counsel for Defendant Google

14        EDUARDO E. SANTACANA, ESQ.

15        LORI ARAKAKI, ATTORNEY AT LAW

16        WILLKIE FARR & GALLAGHER LLP

17        One Front Street

18        34th Floor

19        San Francisco, California   94111

20        ESantacana@willkie.com

21

22   ALSO PRESENT:

23        JOHN JANHUNEN, GOOGLE IN-HOUSE COUNSEL

24        ANTHONY GALINO, LEGAL VIDEOGRAPHER

25
```

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1            (The witness reviewed Exhibit 208.)
2            THE WITNESS:  Okay.
3    BY MR. MAO:
4       Q.   Mr. Ganem, do you know whether or not
5    AppIndex was, in maybe the last year or so, deprecated
6    as a product, for Firebase?  Sorry.  For Firebase.
7       A.   Yes, that's my understanding.
8       Q.   What is the reason for that?
9       A.   My understanding is that there are alternate
10   mechanisms that have replaced the functionality that
11   was initially supported by app indexing that are
12   preferred.
13      Q.   Got it.
14           What is the alternative functionality that
15   replaced app indexing?
16      A.   For example, universal links and app links
17   and app actions.
18      Q.   Super helpful.
19           I'm going to make the representation to you
20   that my understanding, from Mr. Monsees during his
```

[redacted]

Page 112

1  ██████████████████████████████████████

2  ██████████████████████████████

3         My question to you, Mr. Ganem, is that do you
4  at least agree on that with regard to how WAA consent
5  look-up is done for Firebase app indexing?
6     A.  You're asking -- can you clarify whether
7  you're asking me to confirm the behavior of app
8  indexing?
9     Q.  I am, actually.
10    A.  ████████████████████████████████████████
11  ██████████████████████████████
12    Q.  Is app indexing only a sWAA and not a WAA
13  check as well?  That's actually a question.  I'm not
14  arguing.  I'm literally just trying to understand.
15    A.  The distinction between sWAA and WAA has to
16  do with third-party apps versus OnO apps.  So
17  third-party apps, that data and the end user data
18  there, and it's -- the setting that relates to that is
19  sWAA because it's the supplemental web-and-app
20  activity related to third-party apps that use Google
21  services.
22    Q.  Okay.  So is that check with that sWAA
23  setting done locally as opposed to, you know, after it
24  hits the Google servers?
25         MR. SANTACANA:  Asked and answered.

Page 113

1       MR. MAO:  And I'm talking about just app
2  indexing right now, Mr. Ganem.
3       THE WITNESS:  Give me just a minute to read
4  the doc a little bit more.
5       MR. MAO:  Sure.
6       THE WITNESS:  Thanks.
7       (The witness reviewed Exhibit 208.)
8       THE WITNESS:  ████  ███████████████████████
9  ████████████████████████████████████████████████
10 ████████████████████████████████████████████
11 ████████████████████████
12 BY MR. MAO:
13      Q.  It states in this document on that first page
14 under "Background," first paragraph, you can see the
15 app indexing also supports a Chrome, Maps, Gmail,
16 Drive and Messages."  Do you see that there?
17      (The witness further reviewed Exhibit 208.)
18      THE WITNESS:  Yes.
19 BY MR. MAO:
20      Q.  Would the gating, okay, for the app indexing
21 there have been done with a WAA check, W-A-A, as
22 opposed to a sWAA check?
23      MR. SANTACANA:  Outside the scope.
24      THE WITNESS:  Based on my personal knowledge
25 and understanding, first party apps, which intend to

Page 114

```
 1   store web-and-app activity of those apps against the
 2   users account, will check WAA.  Third-party apps,
 3   that's where sWAA comes into effect.
 4   BY MR. MAO:
 5        Q.  And for WAA, do you know whether the check
 6   for app indexing was local, or was it done after the
 7   data hits Google servers?
 8            MR. SANTACANA:  Again, for first-party apps,
 9   Mark?
10            MR. MAO:  Yes, sir.
11            MR. SANTACANA:  Outside the scope.
12            THE WITNESS:  I don't know.
13   BY MR. MAO:
14        Q.  At least as to your knowledge as to the sWAA
15   check for third-party apps, that being local, what
16   was -- what's the rationale as to why Google would
```

[redacted]

```
21            I'm trying to understand the rationale behind
22   why the design on a technical level was different.
23        A.  App indexing is, by nature, storing
24   information on your device relative to your app usage
25   and the indexing of that app, and given that sWAA is a
```

Page 115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   storage setting, ███████████████████████████
     ████████████████████████████████████████████
     █████████████████████████
     ██████████████████████████████████████████
     █████████████████████████████████████
     ███████████████████████████████████████████
     ████████████████████████████████████████████
     ██████████████████████████
 9        Q.   So there was not a technical barrier that
10   prevented Google Analytics from checking that setting
11   locally, is there?
12             MR. SANTACANA:  Objection.  Vague.
13             THE WITNESS:  It may be -- and I'd need to
14   check -- that at the time that Google Analytics
15   launched, there was a technical barrier.  Regardless,
16   as I mentioned, this is a storage control, and
     ████████████████████████████████████████████
     █████████████████████████████████████████████
     █████████████████████████████████████████████
     ████████████
21             MR. MAO:  Got it.  So let me introduce a
22   document that might -- maybe it will address some of
23   these technical barriers for analytics that you were
24   talking about.
25             Can you take a look at Exhibit 209, which
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                 C E R T I F I C A T E

             I, the undersigned, a Certified Shorthand
    Reporter of the State of California, do hereby certify;
             That the foregoing proceedings were taken
    before me stenographically at the time and place herein
    set forth; that any witnesses in the foregoing
    proceedings, prior to testifying, were administered an
    oath; that a record of the proceedings was made by me
    using machine shorthand which was thereafter
    transcribed under my direction; that the foregoing
    transcript is a true record of the testimony given.
              Further, that if the foregoing pertains to the
    original transcript of a deposition in a Federal Case,
    before completion of the proceedings, review of the
    transcript [ ] was [ ] was not requested.
              I further certify I am neither financially
    interested in the action nor a relative or employee or
    any attorney or any party to this action.
              IN WITNESS WHEREOF, I have this date
    subscribed my name.
              Dated:  November 22, 2022




                    _____
                    NANCY J. MARTIN, CSR. NO. 9504, RMR, RPR
```

Page 320