# EXHIBIT 57

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

Message

**From:** Henry Wong [henrywong...]
**Sent:** 8/27/2020 8:41:32 PM
**To:** Christina Collada [cmcollada...]
**CC:** Chris Jordan [chrisjordan...]; Jessica Lee [isj...]; Ela Beres [eberes...]; Ankita Goel [aankita...]; Catherine Wu [catw...]; JK Kearns [jkearns...]; David Monsees [davidmonsees...]; David Gatwood [gatwood...]; Shivani Gupta [shivanigu...]; Natalie Aizenberg [nataliea...]
**Subject:** Re: Ondevice history cleanup

We do not want to show on-device history for users who have turned off WAA. IMO these users have given us a clear signal that they do not want Google to know what they are searching for. Technically we don't (it's on device) but I'm willing to bet that less than 1% of users will understand that; IMO it just feels like we are tracking them even though they told us not to.

> On Thu, Aug 27, 2020 at 1:30 PM Christina Collada <cmcollada...> wrote:
> Could you clarify what this means?
> Specifically, we're working on approvals for launching Waa-off ondevice history for all modes of mobile web, and waa-off for all modes of iGA.
> Does that mean removing ondevice history for users who have turned off WAA? Or adding ondevice history for users who've turned off WAA?
>
>> On Thu, Aug 27, 2020 at 4:26 PM Chris Jordan <chrisjordan...> wrote:
>> Hi all,
>>
>> Wanted to communicate some work we're doing to unlaunch device history in two places this week.
>>
>> • The first is for signed-in WAA-on for iGA (Rasta. "loggedin_smh=1_0" is signed in, waa-off -- "loggedin_smh=1_1" is signed in, waa on).
>> • The second is for signed-in WAA-on for mobileweb video mode (Rasta (most losses are in Video mode, but we should gain those back from Natalie's Video Mode launches).
>>
>> This is a first step to a broader cleanup we're doing in this space, and we're starting with these two because they are ready to unlaunch now. We plan to have fast-follow work for WAA-off device history as well. Specifically, we're working on approvals for launching Waa-off ondevice history for all modes of mobile web, and waa-off for all modes of iGA.
>>
>> Let me know if you have any questions, and as we progress I'll keep everyone posted.
>>
>> Thanks.
>> c
>>
>> --
>> Christina Collada | Google App Product Team

CONFIDENTIAL                                                                                                        GOOG-RDGZ-00044356