# EXHIBIT 65

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED



CONFIDENTIAL

GOOG-RDGZ-00092072



Firebase Cloud messaging is used by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, helps them reach out to their users in real time. We reach out to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. We process ▮▮▮▮▮▮▮▮ every week

CONFIDENTIAL

GOOG-RDGZ-00092097





Since we launched the service in 2010 we have seen tremendous growth. We crossed ▮▮▮▮

So with this growth it is easy to overlook some small problems. ▮▮▮▮ of the population, you have some ▮▮▮▮. When we built cloud messaging we did not expect such growth, not for android, nor for cloud messaging.

Case 3:20-cv-04688-RS    Document 361-36    Filed 01/25/24    Page 5 of 7



CONFIDENTIAL    GOOG-RDGZ-00092099



Turns out you just need a little bit of tinfoil.. Jk.

CONFIDENTIAL
GOOG-RDGZ-00092100



CONFIDENTIAL                                                                 GOOG-RDGZ-00092101