# EXHIBIT 66

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@willkie.com
LORI C. ARAKAKI (SBN: 315119)
larakaki@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CALTADO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs<br><br>vs<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DEFENDANT GOOGLE LLC'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION, SET FOUR**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor<br>Action Filed: July 14, 2020<br>Trial Date: Not Set |

PROPOUNDING PARTY: Plaintiffs Anibal Rodriguez, Sal Cataldo, Julian Santiago, and Susan Lynn Harvey ("Plaintiffs")

RESPONDING PARTY: Defendant Google LLC

SET NO.: Four

Google further objects to this Request to the extent that it seeks information protected by the attorney-client privilege and/or the attorney work product doctrine.

Subject to and without waiving the foregoing objections, Google responds as follows: Denied.

**REQUEST FOR ADMISSION NO. 36:**

Since the start of the Class Period, Google has maintained at least one dashboard, log, or table that reliably tracks WAA and sWAA "on-and-off events for all Google Account Ids on an individual level." (citing Google's Resp. to Interrogatory No. 13). For purposes of this Request, "reliably" means that the dashboard, log, or table is accurate.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Google objects to this Request as vague and ambiguous.

Google also objects that the request is compound.

Google also objects that the term "dashboard, log, or table" is vague and ambiguous.

Google also objects that the term "reliably tracks" is vague and ambiguous.

Google further objects to this Request to the extent that it seeks information protected by the attorney-client privilege and/or the attorney work product doctrine.

Subject to and without waiving the foregoing objections, Google responds as follows: Admitted.

**REQUEST FOR ADMISSION NO. 37:**

Google has used WAA-Off Data to track, model, or measure conversions that occur across Google and non-Google properties. This Request refers to a scenario in which a User interacts with an advertisement within a Google app, or while on a Google website, and then "converts" with respect to that prior advertisement within a non-Google app or non-Google website (including but not limited to by making a purchase, installing an app, opening an app, or filling out a form). This Request also includes the inverse scenario, where a User interacts with an advertisement within a non-Google app, or while on a non-Google website, and then "converts" with respect to that prior advertisement within a Google app or while on a Google website (including but not limited to by making a purchase, installing an app, opening an app, or filling out

**REQUEST FOR ADMISSION NO. 51:**

Google saves WAA-Off Data generated during Users' interactions with the Google Chrome app, including through webviews on Non-Google Apps.

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Google objects to this Request as vague and ambiguous.

Google also objects that the request is compound.

Google also objects that the term "saves" is vague and ambiguous.

Google also objects that, as defined, the term "Users'" is vague, ambiguous, and overbroad.

Google also objects that the term "WAA-Off Data" is unintelligible and so overbroad as to be meaningless.

**REQUEST FOR ADMISSION NO. 52:**

Google Firebase, Google Analytics for Firebase, AdMob, and Cloud Messaging are not essential to the functioning of Non-Google Apps.

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Google objects to this Request as vague and ambiguous.

Google also objects that the term "essential" is vague and ambiguous.

Google also objects that the term "functioning" is vague and ambiguous.

Google also objects that the request is irrelevant.

Google further objects to this Request to the extent that it seeks information protected by the attorney-client privilege and/or the attorney work product doctrine.

Dated: October 31, 2022

WILLKIE FARR & GALLAGHER LLP

By: */s/ Benedict Y. Hur*
Benedict Y. Hur

*Attorneys for Defendant Google LLC*

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is Willkie Farr & Gallagher LLP, One Front Street, San Francisco, CA 94111.

On October 31, 2022, I served the following document(s) on the individuals identified below:

- **DEFENDANT GOOGLE LLC'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION, SET FOUR**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Mark C. Mao
Beko Osiris Ra Reblitz-Richardson
Erika Britt Nyborg-Burch
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
E-mail: mmao@bsfllp.com
E-mail: brichardson@bsfllp.com
E-mail: enyborg-burch@bsfllp.com

James Lee
Rossana Baeza
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
E-mail: jlee@bsfllp.com
E-mail: rbaeza@bsfllp.com

Jesse Michael Panuccio
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
E-mail: jpanuccio@bsfllp.com

William Christopher Carmody
Shawn J. Rabin
Steven M. Shepard
Alexander Patrick Frawley
Ryan Sila
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
E-mail: bcarmody@susmangodfrey.com
E-mail: srabin@susmangodfrey.com

Amanda Bonn
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
E-mail: abonn@SusmanGodfrey.com

E-mail: sshepard@susmangodfrey.com
E-mail: afrawley@susmangodfrey.com
E-mail: rsila@susmangodfrey.com

Ian B. Crosby
Jenna Golda Farleigh
**SUSMAN GODFREY LLP**
401 Union Street
Ste. 3000
Seattle, WA 98101-3000
Telephone: 206-516-3880
E-mail: icrosby@susmangodfrey.com
E-mail: jfarleigh@susmangodfrey.com

John A. Yanchunis
Ryan J. McGee
Jean Sutton Martin
Ra Olusegun Amen
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
E-mail: jyanchunis@forthepeople.com
E-mail: rmcgee@forthepeople.com
E-mail: jeanmartin@forthepeople.com
E-mail: ramen@forthepeople.com

Michael Francis Ram
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
E-mail: MRam@forthepeople.com

*Attorneys for Plaintiffs*

Executed on October 31, 2022 at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

*/s/ Celeste Peifer*
Celeste Peifer