# EXHIBIT 68

# MAO DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

Message

**From:** Arne de Booij [adebooij██████h]
**Sent:** 10/22/2020 7:38:14 AM
**To:** Jonathan McPhie [jmcphie██████h]
**Subject:** Re: Program Review: Privacy Surfaces

PAPA 😊😊 - glad to have you back in PDPO

> On Wed, Oct 21, 2020 at 8:35 PM Jonathan McPhie <jmcphie██████> wrote:
> I thought we agreed on PAPA?!? (Product Area Privacy Advancement)
>
> My xPA work is a good "excuse" to try to tie together some different threads around ████C██████. We need to give the PA a coherent, ordered list of what we what to accomplish with them in 2021. It will change almost the moment we write it up, but the exercise itself is important, IMO. I'm working on a strawperson deck that should serve as a good punching bag - expect an update on this next week.
>
>> On Wed, Oct 21, 2020 at 6:42 AM Greg Fair <gregfair(██████> wrote:
>> Working on a name for Jonathan's xPA engagement group. :)
>>
>>> On Wed, Oct 21, 2020 at 6:11 AM Mimosa Lynch <mimosa██████> wrote:
>>> QQ What is the PA privacy program?
>>>
>>>> On Wed, Oct 21, 2020 at 4:01 PM Sam Heft-Luthy <heftluthy(██████> wrote:
>>>> I think two big things:
>>>>
>>>> 1) Finding a new approach to consent should be clearly on our radar as UFP and we need to make sure we're clearly articulating and pushing for that between N3 and ██████, and setting up to deliver on that with the surfaces we build
>>>> 2) We need to coordinate within UFP and as part of Jonathan's PA privacy program more actively for Reassure and other in-context consent on/off-ramps
>>>>
>>>> I think bringing in more proactive work into the products through both Reassure and a product-specific destination with Privacy Checkup suggestions fits in Rahul's request, so I think our general roadmap stays pretty similar.
>>>>
>>>> █Greg Fair for if anything contradicts where Rahul wants to see us go within UFP
>>>>
>>>>> On Wed, Oct 21, 2020 at 5:37 AM Mimosa Lynch <mimosa██████> wrote:
>>>>> wow - my typing skills are super questions.
>>>>> But question still there, do you think things will change based on this feedback.
>>>>>
>>>>> Thanks!
>>>>> Mimosa
>>>>>
>>>>>> On Sat, Oct 17, 2020 at 10:46 AM Mimosa Lynch <mimosa██████> wrote:
>>>>>> Thank you Sam for the debrief on this!
>>>>>>
>>>>>> Tangibly.hpw does the feedback given here change the roadmap.and the upcoming plans for Q4 and 2021, if at all?

CONFIDENTIAL                                                                                                         GOOG-RDGZ-00129096

Thanks!
Mimosa

On Thu, Oct 15, 2020, 02:55 Sam Heft-Luthy <heftluthy▮▮▮> wrote:
BTW, another big thanks to all who helped pull stuff together, especially ▮Elyse Bellamy ▮Allen Lin▮ Jess Chen▮ Tucker Bryant and ▮Raquel Ruiz !

On Wed, Oct 14, 2020 at 2:20 PM Sam Heft-Luthy <heftluthy▮▮▮> wrote:
Deck and notes from today's review. Highlights:

- Some good discussion on better metrics, which point to two "philosophies of success" in privacy (I think both of which are important):

  o **User trust and affect** - giving users a *sense* of the system as working to their benefit. Important but gameable without actually improving any of the underlying conditions, remains our higher-level goal

  o **Concrete risk models being addressed** - users reckon with tradeoffs and are in a position of self-determination w.r.t. how their data is shared. More tangible, but more difficult in Privacy than Security because of our tangled consent approach

- Rahul called out a concern that we're stretching ourselves thin, especially given that we are doing a lot to get users to understand a system that is just fundamentally difficult to get (WAA, GAP, etc.). He argues that we should prioritize **landing our short-term commitments for N3 consent, any long-term work to reimagine consent, and efforts like Reassure**. Greg mentioned that having the right channels in place when that reimagination comes is still vital, but Rahul also said that given, say, PAA, that reimagination may not be too far off!

- Good talk on executing on PA partnerships - in general, a tension between carrot and the stick. Is privacy a tax, which means PDPO needs to be more aligned in wielding a big stick, or is it a benefit to PA goals, which means PDPO needs to be more responsive to PA needs. Probably both, but for us to think through as we work with ▮Jonathan McPhie on our approach

---------- Forwarded message ---------
From: **Sam Heft-Luthy** <heftluth▮▮▮>
Date: Wed, Oct 14, 2020 at 1:30 PM
Subject: Program Review: Privacy Surfaces
To: Rahul Roy-Chowdhury <rahulro▮▮▮>, Sarah Hammond <shammond▮▮▮>, Jonathan McPhie <jmcphie▮▮▮>, Daniele Souza <danielesouza▮▮▮>, Stephan Micklitz <micklitz▮▮▮>, Bénigne Deprey <benigne▮▮▮>, Wei Tu <weitu▮▮▮>, Mimi Underwood <munderwood▮▮▮>, Othar Hansson <othar@google.com>, Mark Risher <risher@google.com>, Annie Klemp <annieklemp▮▮▮>, Meagan Pi <meagan▮▮▮>, Reza Behforooz <reza▮▮▮>, <ggelke▮▮▮>, Jeffrey Korn <jlk▮▮▮>, Greg Fair <gregfair▮▮▮>, Scott Dougall <dougall▮▮▮>, Angela Alvarez <angelaalvarez▮▮▮>, <justchen▮▮▮>, Camie Hackson <camie▮▮▮>, Micha Segeritz <mseg▮▮▮>, Willa Chalmers <willa▮▮▮>, Joshy Joseph <joshy▮▮▮>, Anne Schaefer <aschaefer▮▮▮>, <talherman▮▮▮>, Claire Herrin <cherrin@google.com>, Eduardo Tejada <etejada▮▮▮>, Sam Heft-Luthy <heftluthy▮▮▮>

Thank you all for coming to today's review.

Here is the deck we ran through:
https://docs.google.com/presentation/d/1JzBPuzC3RgoGDd1YzjwD0mM2aI5h7dQrJpCvWq3LhnY/edit#slide=id.g285eae3f80_2_1

And here are the notes (thanks Jonathan!):
https://docs.google.com/document/d/1LWXmOOUGdHZ1l2J2ffHevK9NrpskF_mdurFm52ePVm8/edit?ts=5f874ae0

## Program Review: Privacy Surface

Wed Oct 14, 2020 11am – 12pm

SVL-CRSM1265-5-Hunter2 (3) [GVC, Phone] (map)

Join with Google Meet
meet.google.com/cit-bico-xig

Join by phone
+1 419-969-2071

More phone numbers

- Daniele Souza
- Rahul Roy-Chowdhury
- Reza Behforooz
- Greg Fair
- Jonathan McPhie
- Sam Heft-Luthy
- Micha Segeritz
- ggelke█████████
- justchen█████████
- talherman█████████
- Scott Dougall
- Mimi Underwood
- Angela Alvarez
- Anne Schaefer
- Eduardo Tejada
- Joshy Joseph
- Sarah Hammond
- Bénigne Deprey
- Willa Chalmers
- Stephan Micklitz
- Wei Tu
- Mark Risher
- Claire Herrin
- Meagan Pi
- Camie Hackson
- Jeffrey Korn
- Othar Hansson
- Annie Klemp

**Topic Owners: Othar**

**Program Reviews are pre-determined and are aligned thematically to Core's four themes: Helpful, Trust, Excellence and Efficiency. Program Reviews will occur monthly and depending on the theme, your program review may occur 3 or 4 times a year. go/userpdpo-reviewguide**

--

You received this message because you are subscribed to the Google Groups "privacysurfaces-team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to privacysurfaces-team+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/privacysurfaces-team/CAF3%2BNi8mz%2B15PVoLFyxA8a-s-%3DRfV05TBpbHjag3PoMb9jQB_A%40mail.gmail.com.

--

Mimosa Lynch | PDPO PgM go/pdpo-muc || mimosal⬛⬛⬛m || go/geneticbeastlobster

--

Mimosa Lynch | PDPO PgM go/pdpo-muc || mimosa⬛⬛⬛m || go/geneticbeastlobster

--

Greg Fair | Google Product | gregfair⬛⬛⬛ 650.469.3247

--

You received this message because you are subscribed to the Google Groups "privacysurfaces-team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to privacysurfaces-team+unsubscribe@google.com.
To view this discussion on the web visit https://groups.google.com/a/google.com/d/msgid/privacysurfaces-team/CALjUsLwL_8VLohfd6uken88Bt9WWAra8nNJ3k_QOKcHtUvKBng%40mail.gmail.com.

--
----
Arne de Booij - UX Researcher - PDPO