# EXHIBIT 69

# MAO DECLARATION
# ISO PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

# DOCUMENT SOUGHT TO BE SEALED

Message

**From:** Divya Sharma (Google Docs) [comments-noreply █████████████]
**Sent:** 12/18/2019 2:41:31 AM
**To:** ruemmler███████████
**Subject:** Change WAA Master PRD go/change-waa-master-prd

## Divya Sharma resolved comments in the following document

   Change WAA Master PRD go/change-waa-master-prd

Resolved

2 comments

# Resolved

## Comments

Enable non-history based features to work without WAA

  Chris Ruemmler

This is a strange way to word this. I'd instead state something like WAA is only used for Web History and App Usage History (used Gmail @ time, used Uber @ time, etc.). Given Web History and App Usage are already launched, I don't see any new uses for the WAA control bit.

  Divya Sharma
 **New** ████████████████████████████████████████████████

*Marked as resolved*

ReplyOpen

Change WAA-off logging from ████████████████████████████████████████████

  Heradon Douglas

Please explain. What logs/products is this meant to affect?

Divya Sharma

The goal is ████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████

Chris Ruemmler

Isn't WAA off supposed to NOT log at all? At least that is what is implied from the WAA page:
https://support.google.com/websearch/answer/54068?co=GENIE.Platform%3DDesktop&hl=en

So, if WAA is off, how are we able to log at all?

CONFIDENTIAL                                    GOOG-RDGZ-00130381

Divya Sharma

**New**

*Marked as resolved*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads.Change what Google Docs sends you.You can not reply to this email.

GOOG-RDGZ-00130382