# EXHIBIT 73

# SECOND MAO DECLARATION
# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# MATERIAL SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, JULIEANNA
 5   MUNIZ, ELIZA CAMBA, SAL CATALDO,
 6   EMIR GOENAGA, JULIAN SANTIAGO,
 7   HAROLD NYANJOM, KELLIE NYANJOM,
 8   AND SUSAN LYNN HARVEY,
 9   INDIVIDUALLY AND ON BEHALF OF ALL
10   OTHERS SIMILARLY SITUATED,
11         PLAINTIFFS,
12      vs.                            NO. 3:20-CV-04688
13   GOOGLE LLC,
14         DEFENDANT.
     _____/
15
16      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
17
18         VIDEOTAPED DEPOSITION OF ERIC MIRAGLIA
19           *VIA REMOTE COUNSEL VIDEOCONFERENCE*
20               TUESDAY, OCTOBER 25, 2022
21                      VOLUME I
22
23   STENOGRAPHICALLY REPORTED BY:
24   MEGAN F. ALVAREZ, RPR, CSR No. 12470
25   JOB NO. 5545552; PAGES 1 - 243
```

Page 1

| | | |
|---|---|---|
| 1 | saying that 'collect' equals 'associate directly | 11:21:58 |
| 2 | with your GAIA and durably store in footprints.'" | 11:22:01 |
| 3 | Do you see that? | 11:22:06 |
| 4 | A.   I do. | 11:22:06 |
| 5 | Q.   And then do you see where you wrote:  "The | 11:22:07 |
| 6 | data sources pulled into sWAA, however, are all | 11:22:10 |
| 7 | 'collected' one way or another already, whether it | 11:22:12 |
| 8 | be via Chrome Sync or ads, cookies/profiles or | 11:22:17 |
| 9 | on-device local storage." | 11:22:22 |
| 10 | Do you see that? | 11:22:25 |
| 11 | A.   I do. | 11:22:26 |
| 12 | Q.   And then if you go up in the e-mail, do | 11:22:30 |
| 13 | you see there's an e-mail from Jonathan McPhie? | 11:22:32 |
| 14 | A.   I do. | 11:22:37 |
| 15 | Q.   And do you see where he wrote:  "+1 to | 11:22:40 |
| 16 | what Greg said.  Our definition of 'collect' is more | 11:22:42 |
| 17 | like 'stored' and can apply to things like local | 11:22:46 |
| 18 | Chrome history storage or storage of activity | 11:22:50 |
| 19 | against a pseudonymous identifier.  From that | 11:22:53 |
| 20 | perspective, sWAA and CB2 is more about moving data | 11:22:59 |
| 21 | around and not about 'collecting' more data." | 11:23:03 |
| 22 | Do you see that? | 11:23:08 |
| 23 | A.   I do. | 11:23:08 |
| 24 | Q.   Do you agree with the statements that | 11:23:09 |
| 25 | Mr. McPhie expressed in this particular e-mail? | 11:23:11 |

Veritext Legal Solutions
866 299-5127

```
1          MR. HUR:  Objection.  Compound.  Vague.        11:23:15
2   Foundation.                                            11:23:19
3          THE WITNESS:  Alex, you're referring            11:23:33
4   specifically to the Jonathan McPhie 7:06 p.m.,         11:23:35
5   June 9th e-mail?                                       11:23:40
6   BY MR. FRAWLEY:                                        11:23:42
7       Q.  Yes, exactly.                                  11:23:42
8       A.  Yes, I agree with -- I agree with that.        11:24:03
9       Q.  Can you tell me, what is a pseudonymous        11:24:16
10  identifier?                                            11:24:25
11      A.  A pseudonymous identifier -- and I'm going     11:24:25
12  to speak to you not as an engineer but as a product    11:24:35
13  manager context -- is at least semi-stable             11:24:39
14  identifier that can be used to link activity in a      11:24:42
15  session of some duration.                              11:24:47
16      Q.  Is pseudonymous different from anonymous?      11:24:53
17          MR. HUR:  Objection.  Calls for                11:25:02
18  speculation.  Lacks foundation.                        11:25:02
19          THE WITNESS:  I would just share with you      11:25:06
20  my understanding.  We're talking about technical       11:25:09
21  terms, and some of them have very different            11:25:11
22  contexts, have very specific definitions.              11:25:13
23          But, generally speaking, we would use          11:25:18
24  "anonymous" to refer to data that cannot be tied to    11:25:21
25  a data subject whereas pseudonymous data, in some      11:25:29
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    cases, may be.                                         11:25:36
2    BY MR. FRAWLEY:                                        11:25:37
3        Q.   How might, in some cases, pseudonymous        11:25:37
4    data be tied to a subject?                             11:25:41
5            MR. HUR:  Objection.  Foundation.  Calls       11:25:44
6    for speculation.                                       11:25:45
7            THE WITNESS:  Pseudonymous data doesn't --     11:25:59
8    again, at a very high level, very high level of        11:25:59
9    understanding for me.  Pseudonymity is usually --      11:26:02
10   usually referring to data that has not been            11:26:07
11   mathematically anonymized.  And so there's always at   11:26:10
12   least the hypothetical possibility of                  11:26:14
13   reidentification.                                      11:26:25
14   BY MR. FRAWLEY:                                        11:26:26
15       Q.   If you know, when sWAA is off, would          11:26:27
16   Google store that data with pseudonymous               11:26:32
17   identifiers?                                           11:26:35
18           MR. HUR:  Objection.  Lacks foundation.        11:26:39
19   Vague.                                                 11:26:39
20           THE WITNESS:  Alex, at the very least, I       11:26:48
21   would have to say that it depends.  And let me give    11:26:53
22   you one example.                                       11:26:58
23           Chrome -- Chrome Sync data would be stored     11:27:01
24   to GAIA even if sWAA was off.  SWAA would then just    11:27:06
25   control the use of that data, if that makes sense.     11:27:13
```

Veritext Legal Solutions
866 299-5127

```
 1   BY MR. FRAWLEY:                                          11:27:16

 2       Q.   And how does sWAA exactly control how the       11:27:48

 3   data is used?                                            11:27:52

 4            MR. HUR:  Objection.  Vague.  Foundation.       11:27:54

 5            THE WITNESS:  If I have Chrome Sync turned      11:28:06

 6   on -- let me qualify and just say a high-level           11:28:09

 7   understanding evolves over time as Chrome evolves.       11:28:12

 8   I'm giving you my -- my understanding sitting here.      11:28:16

 9            Chrome Sync allows me to sync bookmarks         11:28:19

10   and history across different instances of Chrome, so    11:28:22

11   Chrome on my phone, Chrome on my laptop.                 11:28:26

12            If sWAA is off, that data stays with            11:28:31

13   Chrome in terms of the way it's stored against my        11:28:34

14   GAIA.  Supplemental Web & App Activity would allow,      11:28:38

15   for example, discover feed and search to use that        11:28:41

16   data to give me a better discover feed.                  11:28:44

17   BY MR. FRAWLEY:                                          11:28:52

18       Q.   Do you recall testifying earlier that a         11:28:53

19   pseudonymous identifier can be used to link activity     11:28:56

20   in a session of some duration?                           11:28:57

21       A.   Yes.                                            11:29:00

22       Q.   So does linking activity have anything to       11:29:04

23   do with conversions?                                     11:29:08

24            MR. HUR:  Objection.  Vague.  Foundation.       11:29:11

25   Calls for speculation.                                   11:29:12
```

Page 108

```
 1          THE WITNESS:  Alex, I'm not sure I            11:29:26
 2   understand your question.                             11:29:27
 3   BY MR. FRAWLEY:                                       11:29:29
 4       Q.   Sure.  Let me ask an initial question        11:29:29
 5   first.                                                11:29:31
 6            Are you familiar with the concept of         11:29:32
 7   conversions?                                          11:29:36
 8       A.   By "conversions," I'm -- I'm inferring       11:29:42
 9   that you're -- that you're referencing like an ad     11:29:44
10   conversion in an advertising context.                 11:29:49
11       Q.   Exactly, yes.  Thank you.  I appreciate      11:29:52
12   that.                                                 11:29:53
13       A.   Okay.  Yes, at a high level, I am familiar   11:29:54
14   with that.                                            11:29:57
15       Q.   Can you -- can you just summarize your       11:29:58
16   high-level understanding of advertising conversions?  11:30:02
17       A.   At a high level, "ad conversion" refers to   11:30:07
18   tracking, whether a user acted on an advertisement,   11:30:11
19   tapped on to it, whatever.                            11:30:15
20       Q.   And these advertising conversions can        11:30:20
21   happen both on the Web and within apps; is that       11:30:22
22   correct?                                              11:30:26
23            MR. HUR:  Objection.  Compound.  Vague.      11:30:27
24            THE WITNESS:  Yes.                           11:30:34
25   ///
```

Page 109

| | | |
|---|---|---|
| 1 | BY MR. FRAWLEY: | 11:30:34 |
| 2 | Q. And in -- does Google ever use | 11:30:38 |
| 3 | pseudonymous data to track conversions? | 11:30:42 |
| 4 | MR. HUR: Objection. Lacks foundation. | 11:30:46 |
| 5 | Calls for speculation. | 11:30:47 |
| 6 | THE WITNESS: I want to begin by just | 11:31:03 |
| 7 | being clear again. I'm not an expert on our ad | 11:31:06 |
| 8 | systems. And they're -- there are -- well, I'll | 11:31:09 |
| 9 | answer the question within that qualification. | 11:31:13 |
| 10 | My understanding is that yes, pseudonymous | 11:31:18 |
| 11 | identifiers are used for that purpose in some cases. | 11:31:21 |
| 12 | BY MR. FRAWLEY: | 11:31:25 |
| 13 | Q. And is that true in the context of mobile | 11:31:25 |
| 14 | apps as well as Web? | 11:31:28 |
| 15 | MR. HUR: Objection. Foundation. Calls | 11:31:31 |
| 16 | for speculation. Vague. | 11:31:32 |
| 17 | THE WITNESS: Well, referencing my prior | 11:31:43 |
| 18 | qualification about all of this, to the best of my | 11:31:48 |
| 19 | understanding, yes. | 11:31:51 |
| 20 | BY MR. FRAWLEY: | 11:31:52 |
| 21 | Q. Can you, in this e-mail, look at the last | 11:31:52 |
| 22 | page? | 11:32:02 |
| 23 | A. Yes. | 11:32:09 |
| 24 | Q. And do you recall that Jens Mueller is -- | 11:32:10 |
| 25 | is referencing some comment by -- by some David, | 11:32:15 |

Veritext Legal Solutions
866 299-5127

```
 1    right?                                                  11:32:18
 2         A.    Yes.                                          11:32:19
 3         Q.    And whoever that David was, we don't know     11:32:20
 4    exactly who it was, but that David said:  "We are        11:32:22
 5    not collecting new types of data."                       11:32:25
 6         Do you see that?                                    11:32:27
 7               MR. HUR:  Objection.                          11:32:30
 8               THE WITNESS:  I do.                           11:32:30
 9               MR. HUR:  Foundation.  Object to the          11:32:32
10    premise of the question, that it calls for               11:32:34
11    speculation.                                             11:32:36
12               Obviously he can see what's on the page.      11:32:39
13    BY MR. FRAWLEY:                                          11:32:42
14         Q.    And then do you see where it continues:       11:32:42
15    "And it's our position in consent bump that we're        11:32:43
16    not collecting new data for any particular user.         11:32:46
17    Before consent bump, some of the data for a user was     11:32:50
18    collected within their Google account and some of it     11:32:54
19    was collected outside of their Google account."          11:32:56
20         Do you see that?                                    11:33:00
21         A.    I do.                                         11:33:00
22         Q.    How might data be collected outside of the    11:33:01
23    Google account?                                          11:33:03
24               MR. HUR:  Objection.  Foundation.  Calls      11:33:04
25    for speculation.  Vague.                                 11:33:05
```

Page 111