# EXHIBIT 78

# SECOND MAO DECLARATION

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# MATERIAL SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, et al.,
 5              Plaintiffs,
 6   v.                                Case No.
 7   GOOGLE LLC,                       3:20-cv-04688-RS
 8              Defendant.
 9
10       ***********************************
             HIGHLY CONFIDENTIAL -
11            ATTORNEYS' EYES ONLY
          ZOOM VIDEOTAPED DEPOSITION OF
12            DONNA L. HOFFMAN, Ph.D.
             Tuesday, July 11, 2023
13               10:15 a.m. PDT
         ***********************************
14
15
16   TAKEN BY:
             ALEXANDER FRAWLEY, ESQ.
17           ATTORNEY FOR PLAINTIFF
18
     REPORTED BY:
19
             BELLE VIVIENNE, RPR, CRR, NJ-CRR,
20           WA/CO/NM-CCR
             NATIONALLY CERTIFIED REALTIME
21           COURT REPORTER
             VERITEXT LEGAL SOLUTIONS
22           JOB NO. 5996122
             866.299.5127
23
24
25

                                          Page 1
```

| | | |
|---|---|---|
| 1 | Q. And this time, Google | 17:28:08 |
| 2 | Account is written with two capital | 17:28:10 |
| 3 | letters, correct, capital G, capital A? | 17:28:13 |
| 4 | A. Yes. | 17:28:15 |
| 5 | Q. Do you know whether there's | 17:28:16 |
| 6 | a difference between your account with a | 17:28:19 |
| 7 | lower case A and your Google Account with | 17:28:21 |
| 8 | a capital G and a capital A? | 17:28:23 |
| 9 | MS. AGNOLUCCI: Object to form | 17:28:26 |
| 10 | and scope. | 17:28:27 |
| 11 | A. I have no idea. | 17:28:28 |
| 12 | BY MR. FRAWLEY: | 17:28:28 |
| 13 | Q. Do you think that the Google | 17:28:34 |
| 14 | Privacy Policy provides context for this | 17:28:37 |
| 15 | document? | 17:28:38 |
| 16 | A. Yes. | 17:28:40 |
| 17 | Q. Does this document provide | 17:28:42 |
| 18 | context for the Google Privacy Policy? | 17:28:43 |
| 19 | A. Yes. | 17:28:46 |
| 20 | Q. Do you have an opinion about | 17:29:02 |
| 21 | whether this document informs users | 17:29:03 |
| 22 | whether Google Analytics for Firebase | 17:29:06 |
| 23 | will collect data when WAA and sWAA are | 17:29:09 |
| 24 | off? | 17:29:12 |
| 25 | MS. AGNOLUCCI: Object to form | 17:29:14 |

Page 293

| | | |
|---|---|---|
| 1 | and scope. | 17:29:14 |
| 2 | A. I can't render an opinion on | 17:29:16 |
| 3 | that because I did not consider that in | 17:29:18 |
| 4 | my rebuttal. | 17:29:20 |
| 5 | BY MR. FRAWLEY: | 17:29:20 |
| 6 | Q. Dr. Hoffman, we've been | 17:29:46 |
| 7 | talking about a lot of different | 17:29:48 |
| 8 | disclosures just now, right? | 17:29:49 |
| 9 | A. Yes. | 17:29:51 |
| 10 | Q. We talked about the privacy | 17:29:53 |
| 11 | policy, right? | 17:29:54 |
| 12 | A. Yes. | 17:29:55 |
| 13 | Q. We talked about the Google | 17:29:57 |
| 14 | WAA Help Page, right? | 17:30:02 |
| 15 | A. Yes. | 17:30:03 |
| 16 | Q. We talked about the Activity | 17:30:03 |
| 17 | Controls page, right? | 17:30:07 |
| 18 | A. Yes. | 17:30:07 |
| 19 | Q. ==We talked about this page in== | 17:30:08 |
| 20 | ==front of you marked as Exhibit 16 that's== | 17:30:10 |
| 21 | ==titled Web & App Activity Is Off, right?== | 17:30:13 |
| 22 | ==A. Yes.== | 17:30:15 |
| 23 | Q. ==In any of those documents,== | 17:30:18 |
| 24 | ==have you been able to identify a== | 17:30:19 |
| 25 | ==definition that Google provides to users== | 17:30:21 |

Page 294

```
 1    of the term "Google account"?                  17:30:24
 2              MS. AGNOLUCCI:   Object to form      17:30:26
 3       and scope.                                  17:30:31
 4              A.   I -- I will answer again        17:30:32
 5    that consumers have a lay understanding        17:30:33
 6    of what it means to have an account on         17:30:35
 7    online services including Google.              17:30:38
 8    BY MR. FRAWLEY:                                17:30:38
 9              Q.   So does that mean that in       17:30:44
10    your view it isn't necessary for Google        17:30:45
11    to provide a definition of "Google             17:30:49
12    account"?                                      17:30:52
13              MS. AGNOLUCCI:   Object to form.     17:30:52
14              A.   In my rebuttal report, I did    17:30:53
15    not consider whether it was necessary to       17:30:56
16    provide consumers with a definition of         17:30:59
17    "Google account."                              17:31:03
18    BY MR. FRAWLEY:                                17:31:03
19              Q.   So I'll ask my question         17:31:09
20    again because I don't think you answered       17:31:10
21    it.                                            17:31:15
22              In any of the disclosures            17:31:15
23    that we have been discussing just now,         17:31:17
24    have you been able to identify a               17:31:17
25    definition that Google provides to users       17:31:18
```

Page 295

| | | |
|---|---|---|
| 1 | of the term "Google account"? | 17:31:20 |
| 2 | A. I believe I have answered it | 17:31:25 |
| 3 | on every page you've asked me, I have | 17:31:27 |
| 4 | indicated that, two things, the first one | 17:31:29 |
| 5 | is that I believe consumers have a lay | 17:31:32 |
| 6 | understanding of what it means to have a | 17:31:34 |
| 7 | Google account. | 17:31:36 |
| 8 | And the second thing I have | 17:31:38 |
| 9 | noted that there is no header on any of | 17:31:40 |
| 10 | these pages that says something to the | 17:31:43 |
| 11 | effect of, here is the definition of | 17:31:45 |
| 12 | "Google account." | 17:31:49 |
| 13 | Excuse me, can we take a | 17:31:57 |
| 14 | five-minute break, please? | 17:31:58 |
| 15 | Q. Of course. | 17:32:00 |
| 16 | MR. FRAWLEY: I'm happy to go | 17:32:02 |
| 17 | off the record. | 17:32:03 |
| 18 | THE VIDEOGRAPHER: Going off the | 17:32:04 |
| 19 | record. The time is 5:32 p.m. | 17:32:05 |
| 20 | (Whereupon, a brief recess is | 17:32:05 |
| 21 | taken.) | 17:38:37 |
| 22 | THE VIDEOGRAPHER: We're back on | 17:38:37 |
| 23 | the record. The time is 5:38 p.m. | 17:38:57 |
| 24 | BY MR. FRAWLEY: | 17:38:57 |
| 25 | Q. Dr. Hoffman, I just have | 17:39:03 |

Page 296

| | | |
|---|---|---|
| 1 | a -- one -- one more question about each | 17:39:05 |
| 2 | of the disclosures we just ran through. | 17:39:06 |
| 3 | So let's start with Exhibit 13; Activity | 17:39:09 |
| 4 | Controls page.  Do you have that up? | 17:39:14 |
| 5 |     A.   I do. | 17:39:15 |
| 6 |     Q.   Do you have any opinion | 17:39:15 |
| 7 | about whether or not this page informs | 17:39:17 |
| 8 | users that Google will collect data | 17:39:20 |
| 9 | through the Google Mobile Ads SDK when | 17:39:25 |
| 10 | WAA and sWAA are off? | 17:39:29 |
| 11 |     A.   That's outside the scope of | 17:39:32 |
| 12 | my rebuttal so I cannot render an | 17:39:33 |
| 13 | opinion. | 17:39:36 |
| 14 |     Q.   Okay.  Can you look at | 17:39:39 |
| 15 | Exhibit 14, which is the WAA Help Page? | 17:39:44 |
| 16 |     A.   I have it up. | 17:39:56 |
| 17 |     Q.   You have it up, Dr. Hoffman? | 17:39:58 |
| 18 |     A.   Yes, I do. | 17:40:00 |
| 19 |     Q.   Do you have any opinion | 17:40:01 |
| 20 | about whether the WAA Help Page informs | 17:40:06 |
| 21 | users that Google will collect data | 17:40:10 |
| 22 | through the Google Mobile Ads SDK when | 17:40:11 |
| 23 | WAA and sWAA are off? | 17:40:15 |
| 24 |     MS. AGNOLUCCI:  Object to form. | 17:40:17 |
| 25 |     A.   I did not specifically | 17:40:18 |

Page 297