# EXHIBIT 79

# SECOND MAO DECLARATION

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# MATERIAL SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO
 4                       --oOo--
 5    ANIBAL RODRIGUEZ, et al.,
      individually and on behalf of
 6    all other similarly situated,
 7                Plaintiffs,
 8    vs.                                Case No.
                                         3:20-CV-04688
 9    GOOGLE LLC, et al.,
10                Defendants.
      _____/
11
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15
16   VIDEO-RECORDED DEPOSITION OF JOHN R. BLACK, Ph.D.
17              SAN FRANCISCO, CALIFORNIA
18                FRIDAY, JULY 14, 2023
19
20
21
22
23    Reported by:
24    Anrae Wimberley, CSR No. 7778
25    Job No.  5996166
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          MR. SANTACANA:  You're asking about the button?     02:35:03
 2          MR. MAO:  Yeah, because he's -- well, those are
 3     his words.
 4          MR. SANTACANA:  I'm just, you know, I'm just
 5     clarifying.                                              02:35:08
 6          THE WITNESS:  If I am Google and I am allowed
 7     to keep a copy of your web activity and your app
 8     activity, and I'm able to store it in your Google
 9     account and have access to that, then when I go to
10     serve personalized ads to you, I cannot only use all    02:35:27
11     the data sources over here that are valued under GAP
12     regardless of sWAA, but I also can go look at that
13     storage of record of information that I just
14     described from your Web & App Activity data and I
15     can say, Oh, Mr. Mao is interested in skiing and        02:35:46
16     race cars, and I've stored all that, and now I can
17     serve you ads that are personalized based on your
18     Web & App Activity.
19             If you turn that off, I, Google, am no
20     longer to save that information in your Google         02:35:59
21     account, and when I go to personalize ads for you, I
22     can still look at what kind of phone you have or
23     other information that's not part of your Web & App
24     Activity, I cannot personalize based on that
25     other -- those other data sources, but I don't have   02:36:17
```

Page 138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    any information stored in your Google account that I        02:36:20
 2    can look to to try and give you a better ad
 3    experience -- personalized ad experience.
 4    BY MR. MAO:
 5         Q.   So is my account then just for the               02:36:26
 6    personalization of ad experiences?
 7         MR. SANTACANA:   Misstates prior testimony,
 8    also, vague and lacks foundation.
 9         THE WITNESS:   Your account is your relationship
10    with Google; right?   It has your user name and your        02:36:38
11    e-mail and your password and all kinds of other
12    information that Google keeps that is associated to
13    your identity, including, with permission, your Web
14    & App Activity data.
15             That one piece can be turned off with this         02:37:02
16    button.   You can say, I don't want first-party
17    information stored on my account or I do but I don't
18    want third-party information stored in my account.
19    That's one control you have of all the data in your
20    account that you can manage manually with a switch.         02:37:22
21    BY MR. MAO:
22         Q.   Got it.   Okay.
23             So you realize that -- actually, strike
24    that.
25             So when we embarked on this, we were               02:37:36
```

Page 139

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | originally talking about the buttons on -- sorry, | 02:37:38 |
| 2 | about the ability to do attribution at the end of, | |
| 3 | in my mind, how app promo -- the work will flow from | |
| 4 | app promo kind of happens. | |
| 5 | But what about for non-app promo ads on | 02:38:02 |
| 6 | mobile apps delivered by Google, what is your | |
| 7 | understanding as to how the attribution model works | |
| 8 | there? | |
| 9 | MR. SANTACANA: Vague. | |
| 10 | BY MR. MAO: | 02:38:21 |
| 11 | Q. Let's use your analogy of -- I think you | |
| 12 | called them "display campaigns." | |
| 13 | MR. SANTACANA: Asked and answered. | |
| 14 | THE WITNESS: So for a display campaign, AdMob | |
| 15 | let's take as an example -- | 02:38:36 |
| 16 | BY MR. MAO: | |
| 17 | Q. Yeah. | |
| 18 | A. -- would go to the ad network and say, I | |
| 19 | have this much space in this format available. The | |
| 20 | ad network would give a display ad to the device. | 02:38:49 |
| 21 | It would display the display ad in front of the user | |
| 22 | holding that device. That's an ad impression. | |
| 23 | That's already an adEvent. | |
| 24 | If the user clicks, that's another | |
| 25 | adEvent. | 02:39:11 |

Page 140