# EXHIBIT 4

# MAO DECLARATION
# OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE LASINSKI

# DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                      SAN FRANCISCO
4                        --oOo--
5    ANIBAL RODRIGUEZ, et al.,
     individually and on behalf of
6    all other similarly situated,
7                 Plaintiffs,
8    vs.                              Case No.
                                      3:20-CV-04688
9    GOOGLE LLC, et al.,
10                Defendants.
     _____/
11
12
13     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15
16   VIDEO-RECORDED DEPOSITION OF JOHN R. BLACK, Ph.D.
17               SAN FRANCISCO, CALIFORNIA
18                 FRIDAY, JULY 14, 2023
19
20
21
22
23   Reported by:
24   Anrae Wimberley, CSR No. 7778
25   Job No.  5996166
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                 UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                       SAN FRANCISCO
4                          --oOo--
5    ANIBAL RODRIGUEZ, et al.,
     individually and on behalf of
6    all other similarly situated,
7               Plaintiffs,
8    vs.                              Case No.
                                      3:20-CV-04688
9    GOOGLE LLC, et al.,
10              Defendants.
     _____/
11
12
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16              Transcript of video-recorded deposition
17   of JOHN R. BLACK, Ph.D., taken at Boies Schiller
18   Flexner LLP, 44 Montgomery Street, 41st Floor,
19   San Francisco, California 94104 and via Zoom
20   videoconference, beginning at 9:37 a.m. PST and
21   ending at 8:56 p.m. PST on Friday, July 14, 2023,
22   before Anrae Wimberley, Certified Shorthand Reporter
23   No. 7778.
24
25
                                                Page 2
```

```
 1              Sometimes they're called "self-reporting         10:36:16

 2   networks."  That's what AppsFlyer calls them.  And

 3   more broadly, they're called "SAN" for

 4   self-attributing network.

 5              Google is one such network.                      10:36:24

 6        Q.   What exactly distinguishes one network

 7   from another in terms of whether it's

 8   self-attributing or not?

 9              How would you describe that to somebody at

10   a cocktail party?                                           10:36:38

11        A.   Well, this doesn't feel like a cocktail

12   party, but maybe I'm just --

13        MR. SANTACANA:  It's a boring cocktail party.

14        THE WITNESS:  I'm a lot more careful in

15   deposition since I'm under oath, of course.                 10:36:52

16   BY MR. MAO:

17        Q.   Of course.

18        A.   The main distinction I would draw is if a

19   network is willing to export to a third party all of

20   those first steps of people getting ad impressions          10:37:05

21   or ad clicks and allowing a third party to do the

22   marriage of the conversion events to those ad

23   impression, ad clicks.

24              As I've said, Google insists that it do it

25   itself, and it doesn't allow a third party to have          10:37:23
```

Page 33

| | | |
|---|---|---|
| 1 | the information it would need to do that attribution | 10:37:26 |
| 2 | because Google is an SAN. | |
| 3 |     Q.   But what information would you need in | |
| 4 | order to do attribution? | |
| 5 |     MR. SANTACANA:  Vague and compound. | 10:37:36 |
| 6 |     THE WITNESS:  At a minimum, you would need a | |
| 7 | left column and a right column to do the matching. | |
| 8 |       If you're a third party and you've | |
| 9 | convinced a developer to integrate your SDK, like | |
| 10 | AppsFlyer, that's half of what you need.  You've got | 10:37:54 |
| 11 | the conversions now that you can catalog on your | |
| 12 | back end. | |
| 13 |       But you also need the ad network to | |
| 14 | provide you with all of the ads that it supplied | |
| 15 | that users may have interacted with so you can try | 10:38:10 |
| 16 | and figure out where those attributions occur. | |
| 17 | BY MR. MAO: | |
| 18 |     Q.   Do you know why Google does not allow | |
| 19 | third parties to do attribution, that half -- or, | |
| 20 | sorry, the -- that half of what you just described? | 10:38:22 |
| 21 |       You put on one hand conversions, you put | |
| 22 | on the other side attribution, why does Google not | |
| 23 | allow third parties to do attributions? | |
| 24 |     MR. SANTACANA:  Calls for speculation. | |
| 25 |     THE WITNESS:  I would, in fact, have to guess a | 10:38:39 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | little bit, but I think maybe a privacy concern | 10:38:41 |
| 2 | exporting all that information out to other | |
| 3 | companies. | |
| 4 | Also, Google has a vested interest in | |
| 5 | making sure things work, and they may not want to | 10:38:54 |
| 6 | trust some other company to provide an essential cog | |
| 7 | in the entire machine that is, you know, the online | |
| 8 | economy.  They prefer to use their best engineers to | |
| 9 | make sure it works properly and robustly and | |
| 10 | efficiently and accurately. | 10:39:15 |
| 11 | BY MR. MAO: | |
| 12 | Q.  So when you said the first thing, a | |
| 13 | privacy concern, what type of data that would be or | |
| 14 | would need to be transferred in order to complete | |
| 15 | attribution, could there be privacy concerns? | 10:39:25 |
| 16 | MR. SANTACANA:  Calls for speculation. | |
| 17 | THE WITNESS:  Well, as I indicated before, | |
| 18 | Google would have to be willing to export the entire | |
| 19 | record of all of the ad interactions that had | |
| 20 | occurred on its network to any partner that was a | 10:39:43 |
| 21 | third party that wanted to do the attribution. | |
| 22 | And I didn't investigate in my report, you | |
| 23 | know, what exactly would be contained and what are | |
| 24 | the privacy risks involved, and, you know, I didn't | |
| 25 | try to opine on the risk factor there. | 10:40:01 |

Page 35

| | | |
|---|---|---|
| 1 | determine your GAIA, G-A-I-A, ID, then it can look | 05:25:34 |
| 2 | up your sWAA and WAA settings and honor those | |
| 3 | settings. | |
| 4 | Q.   I'm going on to page 31, which goes into | |
| 5 | page 32 on paragraph 82.  Let me know when you're | 05:25:56 |
| 6 | there. | |
| 7 | A.   I'm there. | |
| 8 | Q.   I see there you're making a difference | |
| 9 | between identifiers in a pseudonymous log -- and | |
| 10 | this is following footnote 98, okay?  Do you see | 05:26:12 |
| 11 | that section there where you're talking about | |
| 12 | pseudonymous logs matched to identities or not? | |
| 13 | A.   I see that paragraph, yes. | |
| 14 | Q.   Right here?  Okay.  Yeah, yeah, this top | |
| 15 | section? | 05:26:25 |
| 16 | A.   Yeah. | |
| 17 | Q.   Although the ID may be a pseudonymous | |
| 18 | identifier, when the pseudonymous identifier is | |
| 19 | being transmitted to Google, does Google have any | |
| 20 | trouble locating that device in the ethernet? | 05:26:47 |
| 21 | MR. SANTACANA:  Did you say ethernet? | |
| 22 | MR. MAO:  Internet.  Sorry, Internet. | |
| 23 | THE WITNESS:  It's late. | |
| 24 | MR. MAO:  Yeah. | |
| 25 | MR. SANTACANA:  Vague.  Vague.  Sorry, just | 05:27:03 |

Page 215

| | | |
|---|---|---|
| 1 | really vague. | 05:27:08 |
| 2 | BY MR. MAO: | |
| 3 | Q.  In other words, I know you're talking | |
| 4 | about disassociating a person from the pseudonymous | |
| 5 | ID, but my question is, doesn't the pseudonymous ID | 05:27:16 |
| 6 | still allow Google to locate the device? | |
| 7 | MR. SANTACANA:  Vague. | |
| 8 | BY MR. MAO: | |
| 9 | Q.  Especially when, for example, an ad is | |
| 10 | being served? | 05:27:25 |
| 11 | MR. SANTACANA:  Vague. | |
| 12 | THE WITNESS:  So are we talking about a | |
| 13 | specific pseudonymous identifier or just any | |
| 14 | pseudonymous identifier? | |
| 15 | BY MR. MAO: | 05:27:45 |
| 16 | Q.  The pseudonymous identifiers that Google | |
| 17 | uses, for example, to log impressions of an ad at | |
| 18 | the time in which it was served. | |
| 19 | A.  So in that specific instance, my | |
| 20 | understanding is that, let's say AdMob is at the | 05:28:10 |
| 21 | root of this process and it's running on a mobile | |
| 22 | device.  Its code will generate an ad request, and | |
| 23 | that ad request will reach out to the Google ad | |
| 24 | network and form a connection.  The ad network | |
| 25 | decides what ad to send back, and it sends it over | 05:28:28 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | that connection and at least in some cases logs the | 05:28:34 |
| 2 | ad ID of the requesting phone so that it knows that | |
| 3 | it's serving this ad to this device at this time. | |
| 4 | But it doesn't need to, like, locate based | |
| 5 | on ad ID the phone.  There's already connection | 05:28:51 |
| 6 | because the phone reached out to the ad network, not | |
| 7 | the other way around. | |
| 8 | Q.  But if it needs to reach back to that | |
| 9 | impression to where that -- to the specific app on a | |
| 10 | specific phone, right, where that impression was | 05:29:04 |
| 11 | delivered, does Google have any trouble doing that? | |
| 12 | MR. SANTACANA:  Vague, calls for speculation or | |
| 13 | incomplete hypothetical. | |
| 14 | THE WITNESS:  It's hard to say because normally | |
| 15 | the model is that devices reach out to servers, they | 05:29:26 |
| 16 | initiate requests.  There's this idea of push | |
| 17 | notification, but even there the device is | |
| 18 | establishing a connection with a notification server | |
| 19 | and that server is pushing notifications to the | |
| 20 | device. | 05:29:45 |
| 21 | It's strange and unusual to conceive of | |
| 22 | servers reaching out to devices, trying to locate | |
| 23 | devices. | |
| 24 | BY MR. MAO: | |
| 25 | Q.  Ah.  This is helpful.  I'm glad we're | 05:29:53 |

Page 217

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | having this discussion. | 05:29:56 |
| 2 | So AdMob -- because I take hint from your | |
| 3 | counsel that we use something very specific.  For | |
| 4 | AdMob, as these ads are being auctioned in real time | |
| 5 | and delivered in real time -- right?  We talked | 05:30:10 |
| 6 | about this before.  The AdMob platform allows for ad | |
| 7 | auctions in real time; right?  Your words. | |
| 8 | So what I'm trying to understand is -- I | |
| 9 | think you and I agree that the ad network pushes an | |
| 10 | ad to the device, to the AdMob, once a winner is | 05:30:26 |
| 11 | located; isn't that true?  I.e., the advertiser ad | |
| 12 | server pushes an ad creative on to AdMob once a | |
| 13 | winner has been determined in the ad auction; isn't | |
| 14 | that correct? | |
| 15 | A.  I think that the flow works as follows. | 05:30:50 |
| 16 | Q.  Please. | |
| 17 | A.  The app is running on the publisher's app, | |
| 18 | right, the app is running on this phone.  AdMob is | |
| 19 | part of it.  Opportunity to display an advertisement | |
| 20 | occurs.  AdMob is called and told, Generate an ad | 05:31:04 |
| 21 | request.  I have this space -- this space available, | |
| 22 | right. | |
| 23 | That causes a request to go out to the ad | |
| 24 | network and say, This resource, this surface is | |
| 25 | available to display an ad.  And then in real time | 05:31:22 |

Page 218

| | | |
|---|---|---|
| 1 | there's actually an auction that takes place to see | 05:31:27 |
| 2 | whose ad is actually going to be shown. | |
| 3 |     Obviously this can't take a long time | |
| 4 | because their user is sitting there waiting for | |
| 5 | responsiveness from the app.  And so that happens | 05:31:39 |
| 6 | quickly and then the network serves the ad back to | |
| 7 | the phone and the ad is displayed. | |
| 8 |     But the initiator of that connection is | |
| 9 | the device, the phone, it's not that servers reach | |
| 10 | out to you unbidden.  And Amazon doesn't pop up, you | 05:31:55 |
| 11 | know, in your browser and say, Buy a book.  You have | |
| 12 | to initiate that transaction, right, you have to go | |
| 13 | to Amazon first in order to initiate an interaction. | |
| 14 |     Q.  Right.  But the ad creative still has to | |
| 15 | be pushed by the server.  I know you're saying in | 05:32:12 |
| 16 | the usual model the app is calling for something, | |
| 17 | but for AdMob, once the auction is run and a winner | |
| 18 | is determined in the auction, doesn't Google know | |
| 19 | where to deliver precisely that ad request? | |
| 20 |     A.  Because Google is a server, it has | 05:32:38 |
| 21 | connections established already with advertisers. | |
| 22 | And it receives this inbound connection from some | |
| 23 | device saying, This is an ad request. | |
| 24 |     There wouldn't be time for it to, like, go | |
| 25 | out and start cold-calling and saying, I have this | 05:32:58 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | opportunity and, you know, establishing a | 05:33:02 |
| 2 | connection, which could take 100 milliseconds.  I | |
| 3 | mean, this has to be very responsive.  I think they | |
| 4 | have something like 10 milliseconds to enter a bid. | |
| 5 | So these are preestablished connections. | 05:33:13 |
| 6 | These are not push notifications from a server to | |
| 7 | advertising clients.  I don't think that would work. | |
| 8 | It would be too slow. | |
| 9 | So these connections -- I can go into | |
| 10 | details why servers cannot make outbound connections | 05:33:26 |
| 11 | to phones or devices.  There's a technological | |
| 12 | impediment that would make it not work.  It really | |
| 13 | does have to be that devices have to make the | |
| 14 | inbound connection to the server for the Internet | |
| 15 | technology to work properly. | 05:33:42 |
| 16 | Going back to your original question | |
| 17 | several minutes ago, I haven't seen anything in | |
| 18 | evidence that would allow Google, just given a | |
| 19 | pseudonymous identifier, to say, I know how to | |
| 20 | locate this user or this device out there in the | 05:34:00 |
| 21 | world given just this pseudonymous ID. | |
| 22 | Q.   Well, right, right, right.  But what I'm | |
| 23 | saying is that the AdMob SDK is making the call to | |
| 24 | the Google server; right?  The Google SDK is making | |
| 25 | a call to the Google server to deliver the ad at its | 05:34:14 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | precise location; isn't that correct? | 05:34:17 |
| 2 |     MR. SANTACANA:  Vague. | |
| 3 |         Go ahead. | |
| 4 |     THE WITNESS:  It is true that the AdMob SDK is, | |
| 5 | using Internet routing and a known IP address, | 05:34:24 |
| 6 | finding a Google ad network server, establishing a | |
| 7 | TCP/IP connection, so now it's two ways, and saying, | |
| 8 | I would like an ad and here are the constraints. | |
| 9 |       The ad network is figuring out which ad to | |
| 10 | deliver using that existing connection.  So it | 05:34:46 |
| 11 | doesn't hang up the phone, get an ad and then say, | |
| 12 | Oh, my gosh, how am I going to find that device that | |
| 13 | called me a minute ago?  It uses the existing | |
| 14 | connection and responds back with that. | |
| 15 | BY MR. MAO: | 05:35:00 |
| 16 |     Q.  Right, right.  And, like you said, this is | |
| 17 | happening in real time.  So I want to give the | |
| 18 | example just to make sure I understand, okay? | |
| 19 |       Your argument, or at least the example | |
| 20 | you've given is, when WAA is off -- oh, sorry, when | 05:35:09 |
| 21 | WAA and sWAA are off, Google is using pseudonymous | |
| 22 | identifiers, including for ad -- not app, ad | |
| 23 | conversions in attribution, agreed? | |
| 24 |     A.  When sWAA and WAA are off, conversions | |
| 25 | and attribution are done using pseudonymous IDs by | 05:35:36 |

Page 221

```
 1    the ad network.                                          05:35:40
 2         Q.   Right.  So now I want to take this SDK
 3    module of AbMob, okay, very specifically, just
 4    working within your example.  Just want to make sure
 5    I understand what happens when WAA and sWAA are        05:35:51
 6    off.
 7              The SDK, like you said, say, I have the
 8    following, I don't know, mobile URL, this is the
 9    context, right, get me an ad delivered in real time
10    for this specific mobile URL.  Okay?                   05:36:12
11              Do we agree that that is being done with a
12    pseudonymous identifier when WAA and sWAA are off?
13         A.   Okay.  I'm going to say something and I'm
14    going to try to be super clear because --
15         Q.   Sure.                                        05:36:28
16         A.   -- this is complicated.
17              But when you have AdMob, at least now, you
18    also have GA4F essentially, right, at the same time.
19    And so if the GA4F analytics code is being run, then
20    you're sending that information to Google with        05:36:41
21    pseudonymous IDs.
22         Q.   Right, okay.  Yeah.
23         A.   But that's different from asking AdMob to
24    deliver an ad via an ad request.  And you could have
25    an app that's both requesting ads and giving          05:36:55
```

Page 222