# EXHIBIT 5

# MAO DECLARATION
# OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE LASINSKI

# DOCUMENT SOUGHT TO BE SEALED

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   ANIBAL RODRIGUEZ, SAL CATALDO,  )
     JULIAN SANTIAGO, and SUSAN LYNN )
 6   HARVEY, individually and on     )
     behalf of all others similarly  )
 7   situated,                       )
                                     )
 8              Plaintiffs,          )
                                     )
 9                vs.                )Case No.
                                     )3:20-cv-04688-RS
10   GOOGLE LLC,                     )
                                     )
11              Defendant.           )
     _____)
12
13
14
15           VIDEO-RECORDED DEPOSITION OF
16           CHRISTOPHER R. KNITTEL, Ph.D.
17              Tuesday, July 11, 2023
18                    Volume I
19
20           *** ATTORNEYS' EYES ONLY ***
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 5996021
25   Pages 1 - 259
```

Page 1

ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    ANIBAL RODRIGUEZ, SAL CATALDO,  )
      JULIAN SANTIAGO, and SUSAN LYNN )
 6    HARVEY, individually and on     )
      behalf of all others similarly  )
 7    situated,                       )
                                      )
 8              Plaintiffs,           )
                                      )
 9              vs.                   )Case No.
                                      )3:20-cv-04688-RS
10    GOOGLE LLC,                     )
                                      )
11              Defendant.            )
      _____)
12
13
14
15
16          VIDEO-RECORDED DEPOSITION OF CHRISTOPHER
17    R. KNITTEL, Ph.D., Volume I, taken on behalf of
18    Plaintiffs, beginning at 9:33 a.m., and ending at
19    7:22 p.m., on Tuesday, July 11, 2023, before CARLA
20    SOARES, Certified Shorthand Reporter No. 5908.
21
22
23
24
25
                                              Page 2
```

| | | |
|---|---|---|
| 1 | A    Okay. | 16:27:17 |
| 2 | Q    Here you describe how conversion | |
| 3 | measurement using a third-party platform works, | |
| 4 | correct? | |
| 5 | A    Yes. | 16:27:31 |
| 6 | Q    The first step is that the third-party | |
| 7 | platform's SDK sends conversion data to that third | |
| 8 | party, right? | |
| 9 | A    Yes. | |
| 10 | Q    The second step is that the third-party | 16:27:46 |
| 11 | platform passes that conversion data to the ad | |
| 12 | network, which in this case is Google, right? | |
| 13 | A    I say "Google and Facebook."  But for this | |
| 14 | case, yeah.  The "case" being the legal case versus | |
| 15 | the case that we're talking about. | 16:28:06 |
| 16 | Q    So even if an app uses a third-party | |
| 17 | platform for conversion tracking, Google still has | |
| 18 | to collect and save app activity data for | |
| 19 | attribution to work, correct? | |
| 20 | A    Not necessarily sWAA-off data. | 16:28:27 |
| 21 | Q    How could Google or any third party track | |
| 22 | sWAA-off conversions using a -- scratch that. | |
| 23 | Going to the second step described in | |
| 24 | paragraph 35, how could a third party track sWAA-off | |
| 25 | conversions if Google does not collect and save app | 16:28:52 |

Page 175

| | | |
|---|---|---|
| 1 | activity data? | 16:28:54 |
| 2 | A   sWAA-off app activity data, correct? | |
| 3 | Q   Right. | |
| 4 | A   They could model it. | |
| 5 | Q   Okay.  Let's set aside modeling and assume | 16:29:03 |
| 6 | it's deterministic tracking for the purposes of this | |
| 7 | question. | |
| 8 | Could a third party do conversion | |
| 9 | tracking, deterministic conversion tracking, if | |
| 10 | Google did not collect and save app activity data? | 16:29:22 |
| 11 | MR. SANTACANA:  Calls for speculation, | |
| 12 | incomplete hypothetical. | |
| 13 | THE WITNESS:  So you're asking me to set | |
| 14 | aside modeling.  I'm happy to do that.  What I'm | |
| 15 | less happy to do is speculate on how smart computer | 16:29:39 |
| 16 | scientists are. | |
| 17 | So, sure, as an economist, sitting here | |
| 18 | today, I probably couldn't write the code to do such | |
| 19 | a thing, but I'm less sure that some smart Stanford | |
| 20 | grad is completely -- or MIT grad -- is completely | 16:30:02 |
| 21 | unable to do so. | |
| 22 | BY MR. SILA: | |
| 23 | Q   I definitely don't want you to speculate | |
| 24 | about what engineers who are much brighter than I | |
| 25 | can do. | 16:30:12 |

Page 176

| | | |
|---|---|---|
| 1 | My question is about the process of | 16:30:16 |
| 2 | conversion measurement using third-party platforms | |
| 3 | as described in paragraph 35.  This process would | |
| 4 | not function if Google did not collect and save app | |
| 5 | activity data, correct? | 16:30:30 |
| 6 | A   The process -- | |
| 7 | MR. SANTACANA:  Sorry.  Same objections. | |
| 8 | THE WITNESS:  The process -- the | |
| 9 | economist's view of the process that I laid out in | |
| 10 | paragraph 35 wouldn't, but that's not to say that | 16:30:42 |
| 11 | the process -- to read the first sentence, "The | |
| 12 | process of conversion measurement using third-party | |
| 13 | platforms" itself could not exist.  Those are two | |
| 14 | very different things. | |
| 15 | MR. SILA:  Okay.  I'm introducing a Google | 16:31:13 |
| 16 | Help page titled "About tracking app conversions | |
| 17 | with an App Attribution Partner," which you cite in | |
| 18 | paragraph 97 of your report, Footnote 213. | |
| 19 | (Exhibit 13 was marked for identification | |
| 20 |     and is attached hereto.) | 16:31:29 |
| 21 | BY MR. SILA: | |
| 22 | Q   Let me know when you have it.  It's | |
| 23 | Exhibit 13. | |
| 24 | A   Okay. | |
| 25 | Q   As you understand it, can Google Analytics | 16:31:59 |

Page 177

```
 1    track and attribute conversion events on both the        16:32:02

 2    web and apps?

 3            MR. SANTACANA:  Vague, compound.

 4            THE WITNESS:  Can Google track conversions

 5    on the web and apps?  Is that what you're asking?         16:32:19

 6    BY MR. SILA:

 7        Q   Yes.

 8        A   I believe they can.

 9        Q   Okay.  This document in Exhibit 13 lists

10    Google's third-party app attribution partners about      16:32:32

11    halfway down the page, right?

12        A   On the first page?

13        Q   Yep.

14        A   Okay.  Yes.

15        Q   Do you know whether AppsFlyer can track          16:32:59

16    and attribute conversion events on the web?

17        A   I do not.

18        Q   Do you know whether Kochava can track and

19    attribute conversion events on the web?

20        A   I do not.                                         16:33:13

21        Q   Do you know whether any of these

22    third-party attribution partners can track and

23    attribute conversion events on the web?

24        A   I do not.

25        Q   Google Analytics can also track and              16:33:28
```

Page 178

| | | |
|---|---|---|
| 1 | say you can create a third party yourself, this is | 16:41:15 |
| 2 | probably what it would look like. | |
| 3 |     Q   Is it your understanding that it would be | |
| 4 | realistic that in response to a court order | |
| 5 | requiring Google to stop collecting, saving, and | 16:41:35 |
| 6 | using sWAA-off data, Alphabet would actually just | |
| 7 | incorporate its conversion-tracking operation under | |
| 8 | a different name memorialized on a new piece of | |
| 9 | paper, and keep going as is? | |
| 10 |     A   That's not my understanding at all. | 16:41:52 |
| 11 | That -- to have that understanding requires a legal | |
| 12 | opinion, and I'm not willing to offer a legal | |
| 13 | opinion. | |
| 14 |     Q   Okay.  You're not offering any opinion | |
| 15 | about how likely the but-for scenario described in | 16:42:04 |
| 16 | paragraph 84 would be to actually unfold, correct? | |
| 17 |     MR. SANTACANA:  Misstates testimony. | |
| 18 |     THE WITNESS:  Again, I would say that in | |
| 19 | the event the Court says that they could do this, | |
| 20 | then I would say it's probably likely.  But it would | 16:42:23 |
| 21 | require the court to allow them to do so. | |
| 22 | BY MR. SILA: | |
| 23 |     Q   All right.  Do you understand that | |
| 24 | plaintiffs allege that if Google were to abide by | |
| 25 | users' permission, Google would be unable to serve | 16:42:44 |

Page 184

| | | |
|---|---|---|
| 1 | ads to sWAA-off users in Scenario 2 of | 16:42:49 |
| 2 | Mr. Lasinski's model? | |
| 3 |     A   I don't think the plaintiffs alleged | |
| 4 | Scenario 2.  I don't think what the plaintiffs | |
| 5 | alleged led to Scenario 2. | 16:43:06 |
| 6 |     Q   That's a bad question.  Correct.  Let me | |
| 7 | try it again. | |
| 8 |     Do you understand that in Mr. Lasinski's | |
| 9 | Scenario 2, Google would be unable to serve and | |
| 10 | monetize the ads it currently serves sWAA-off users? | 16:43:20 |
| 11 |     A   I understand that that is Mr. Lasinski's | |
| 12 | assumption, yes. | |
| 13 |     Q   And in that scenario, Google would not | |
| 14 | have made the revenues attributable to ads served to | |
| 15 | sWAA-off users, correct? | 16:43:47 |
| 16 |     A   So that's where I think Mr. Lasinski and I | |
| 17 | disagree. | |
| 18 |     Q   Is it your opinion that Google would have | |
| 19 | made money from sWAA-off ads even though Google | |
| 20 | couldn't have served and monetized ads served to | 16:44:03 |
| 21 | sWAA-off users? | |
| 22 |     A   It's my opinion that I could imagine | |
| 23 | Google thinking of a way to monetize them in some -- | |
| 24 | monetize that space in some way. | |
| 25 |     I, as an economist, haven't -- or could | 16:44:26 |

Page 185

| | | |
|---|---|---|
| 1 | not think of that way, but Google is full of very | 16:44:31 |
| 2 | smart people, and I would imagine they would think, | |
| 3 | or could potentially think of a way to monetize that | |
| 4 | space in some way. | |
| 5 |     MR. SILA:  Let's go off the record. | 16:44:45 |
| 6 |     THE VIDEO OPERATOR:  This marks the end of | |
| 7 | Media No. 5.  Off the record.  The time is 4:44. | |
| 8 |     (Recess, 4:44 p.m. - 5:05 p.m.) | |
| 9 |     THE VIDEO OPERATOR:  This marks the | |
| 10 | beginning of Media No. 6 in the deposition of | 17:05:33 |
| 11 | Dr. Christopher Knittel.  We're back on the record. | |
| 12 | The time is 5:05. | |
| 13 | BY MR. SILA: | |
| 14 |     Q   Dr. Knittel, are you aware that Google has | |
| 15 | represented in this litigation that Google does not | 17:05:48 |
| 16 | personalize ads using sWAA-off data collected by | |
| 17 | Google Analytics for Firebase? | |
| 18 |     A   I believe that's -- that's what they've | |
| 19 | represented, yes. | |
| 20 |     Q   Would you agree with me that all else | 17:06:05 |
| 21 | equal, the more personalized an ad is, the more | |
| 22 | valuable the ad is? | |
| 23 |     A   If you're doing it right, I would agree | |
| 24 | with that. | |
| 25 |     Q   So in determining the revenue that Google | 17:06:21 |

Page 186

| | | |
|---|---|---|
| 1 | derives from serving ads to sWAA-off users, isn't it | 17:06:24 |
| 2 | appropriate to consider the fact that sWAA-off ads | |
| 3 | are less personalized than sWAA-on ads? | |
| 4 |     A   I believe you're asking, if one was tasked | |
| 5 | with coming up with the value of sending ads to | 17:06:52 |
| 6 | sWAA-off customers, that at least on average they | |
| 7 | would be less valuable because they're less | |
| 8 | personalized? | |
| 9 |     Q   That's correct. | |
| 10 |     A   That would be my hunch.  I haven't given | 17:07:07 |
| 11 | much thought on that question, but if you ask me for | |
| 12 | an answer right now, that seems like a reasonable | |
| 13 | one. | |
| 14 |     Q   Are you familiar with a setting called | |
| 15 | "GAIA Ads Personalization," which is abbreviated | 17:07:21 |
| 16 | GAP? | |
| 17 |     A   I am. | |
| 18 |     Q   Whereas the sWAA setting reduces that | |
| 19 | personalization, the GAP setting turns off ad | |
| 20 | personalization entirely, correct? | 17:07:38 |
| 21 |     A   That's my understanding, but I haven't | |
| 22 | reviewed what it does in a while. | |
| | ████████████████████████████████████ | |
| | ████████████████████████ | |
| 25 |     A   Yes. | 17:07:54 |

| | | |
|---|---|---|
| 1 | That understanding is based on counsel's | 18:06:14 |
| 2 | representations? | |
| 3 | A   Certainly at least in part, yeah.  I might | |
| 4 | have read that elsewhere, but that's part of the | |
| 5 | conversations we've had. | 18:06:29 |
| 6 | Q   In paragraph 144 of your report, you | |
| 7 | write, quote, "Lastly, as I discuss above, users | |
| 8 | receive benefits or utility from a better | |
| 9 | ad-supported app experience as a result of Google's | |
| 10 | activity." | 18:06:53 |
| 11 | Do you see that? | |
| 12 | A   Yes. | |
| 13 | Q   This might just be my problem.  Do you | |
| 14 | know where in your report user benefits are | |
| 15 | "discussed above"? | 18:07:04 |
| 16 | A   Oh, I'd have to go through -- I'd have to | |
| 17 | go through the report again. | |
| 18 | Q   Okay.  It may be not worth the time, but | |
| 19 | if you can find it. | |
| 20 | Do you mean that they -- in paragraph 144 | 18:07:26 |
| 21 | or in your report generally, that users receive | |
| 22 | utility from Google's general practice of collecting | |
| 23 | app activity data? | |
| 24 | A   So what I'm saying there is that they | |
| 25 | certainly -- if you read the next sentence, it says, | 18:07:50 |

Page 217

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | "These benefits are likely to vary across | 18:07:53 |
| 2 | individuals," so they certainly can. | |
| 3 |     Q   What utility do users receive? | |
| 4 |     A   From advertising or from the apps that | |
| 5 | they're downloading. | 18:08:11 |
| 6 |     Q   Is it your understanding that advertising | |
| 7 | is not possible if Google does not collect app | |
| 8 | activity data? | |
| 9 |     A   I think we had this conversation before | |
| 10 | about how smart Google engineers are.  I would | 18:08:33 |
| 11 | hesitate to say that it's not possible. | |
| 12 |     Q   Okay.  So are you not sure whether users | |
| 13 | receive advertising-related utility from Google's | |
| 14 | collection of app activity data? | |
| 15 |         MR. SANTACANA:  Vague. | 18:08:53 |
| 16 |         THE WITNESS:  No, I'm sure that -- so the | |
| 17 | use of web activity data -- and I guess we're now | |
| 18 | talking about sWAA on, sWAA off, just in general. | |
| 19 |         That activity data, as one example, allows | |
| 20 | Google to, potentially at least, design better or -- | 18:09:21 |
| 21 | better ad placement, do better things, in the ad | |
| 22 | space.  And consumers certainly, on average, benefit | |
| 23 | from that.  I would say that the benefits vary | |
| 24 | considerably across users.  But on average, | |
| 25 | consumers benefit from this web activity, or this | 18:09:50 |

Page 218

| | | |
|---|---|---|
| 1 | advertisement activity. | 18:09:54 |
| 2 | BY MR. SILA: | |
| 3 | Q   You mentioned also that users receive | |
| 4 | utility from the apps that they download. | |
| 5 | Is it your opinion that if Google did not | 18:10:06 |
| 6 | collect app activity data, users would not receive | |
| 7 | utility from apps they download? | |
| 8 | A   I guess I would be inclined to believe | |
| 9 | that they may end up downloading fewer apps.  So | |
| 10 | again, less utility because they're interacting with | 18:10:29 |
| 11 | fewer apps. | |
| 12 | Q   What's the basis of your opinion that if | |
| 13 | Google did not collect sWAA-off -- scratch that. | |
| 14 | What's the basis of your opinion that if | |
| 15 | Google did not collect app activity data, users | 18:10:43 |
| 16 | would download fewer apps? | |
| 17 | A   So I could imagine that the web activity | |
| 18 | data creates a virtual cycle, so to speak, where | |
| 19 | that allows Google to better display ads, better | |
| 20 | generate ads, and so on, that then, the fact that | 18:11:11 |
| 21 | Google can do that, a potential app developer then | |
| 22 | knows that Google can do that. | |
| 23 | So there's some apps that get developed | |
| 24 | that would not have gotten developed in this but-for | |
| 25 | world where web activity data aren't collected, let | 18:11:28 |

Page 219