# EXHIBIT 6

## MAO DECLARATION
## OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE LASINSKI

## DOCUMENT SOUGHT TO BE SEALED



## Agenda

| Topic | Minutes | Clock |
|-------|---------|-------|
| Intros / Apps Overview | 5 | :00 |
| SDK | 15 | :05 |
| ███████████ | 5 | :20 |
| EVCs | 10 | :25 |
| ████████ | 5 | :35 |
| Incrementality | 10 | :40 |
| GA Smart Data | 5 | :50 |
| Wrap Up / Action Items | 5 | :55 |

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



This is something new that we need to address, because app campaigns present new challenges, with conversion windows not just being a measurement feature, new types of ad interactions, and conditional attribution for conversion events.



GOOG-RDGZ-00052787



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GA4F ▮▮▮▮▮▮▮▮ | What are we doing?

**Why do we need an ▮▮▮ strategy?**
- App campaigns are ML-based and rely on high-quality data
- Facebook pushed their SDK heavily (73% adoption*, 10x more app conversions tracked than Google) giving them a competitive edge
- Big industry changes such as GDPR call for more user controls and transparency and independence from device IDs

**GA4F SDK solves for most of the above:**
- Reliable data that helps improve ML-based bidding models
- Safe and transparent data collection (myactivity.google.com, opt.out) including GAIA
- Simplification for audience and campaign management

**Commercialization strategy:**
- Our top revenue-driving features are tied to the SDK as incentives (e.g. tROAS, similar audiences, audience exclusions)
- In the future we'll be making the SDK mandatory for top future ~$1.5B bets like Appify and ACe.

Google

GOOG-RDGZ-00052789





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

███ Non-Deterministic Tracking)

- **Description of Topic**: To serve on iOS G.com Search with ITP, we have introduced modeled conversions. Not having deterministic tracking for modeled conversions has been a sales pain point.
- **Status of Current Work**: Ramping up launch to 100% (early Nov).
- **Benefit to Rest of Ads Org**: Test case for modeled conversions in Ads
- **Ask for Kishore's Team**: As modeled conversions become more prevalent, (ITP/loss of identifiers), what is our strategy for treating modeled conversions with advertisers?
  - Lack of deterministic reporting is the #1 reason for ███ opt-outs.
  - Specifically sending modeled conversions to 3P analytics providers.
  - Would we ever explore this? Perhaps as a GA-exclusive? Could ADH help here?
  - App Ads looking into conversion modeling for LAT users as well.

Google

GOOG-RDGZ-00052792



GOOG-RDGZ-00052793



GOOG-RDGZ-00052794







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Wrap-Up Notes / AIs

- **AI [SDK]: Vlad** to send Kishore 1-paragraph on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- **AI [iDog]: David and Kishore** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- **AI [EVCs]: Kishore** to loop David in on doc with Sissie and Nicky, regarding consistency in attribution principles, for different marketing objectives (regaring Apps EVCs)
- **AI [EVCs]: Chris** to keep Kishore looped in on EVCs ACM as FYI. (Nicky leading ACM effort from PM side)
  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





GOOG-RDGZ-00052801



"Conversion Actions" for websites allow advertisers to edit Attribution model

GOOG-RDGZ-00052802

(1) Propose that "Conversion Actions" for Apps also allow advertisers to edit the
Attribution model for ACi Post Install Events



PO

GOOG-RDGZ-00052803



P0
Segments by all campaign types

GOOG-RDGZ-00052804







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## EVC Purpose: Align Measurement with Incremental Value

| How they count conversions | | How they value conversions | |
| --- | --- | --- | --- |
| **Click-through Conversions** | **View-through Conversions** | **Attribution** | **Incrementality** |
| Click-through conversions can be measured by using a first party tagging solution but further restrictions are coming to market | Conversions that rely on 3P cookies, like view-through and cross-device conversions, can't be measured in all browsers | Traffic from browsers with ITP/ETP enabled may be undervalued in attribution measurement, especially display & video media. | Incrementality tests that rely on view based metrics such as Conversion Lift and Search Lift do not work in all browsers |

**What is an EVC?** A video engagement conversion; a conversion type considered as a click-equivalent such that users demonstrate intent by watching a video for 10s before converting.

Background Pre-Read

GOOG-RDGZ-00052808



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



What are EVCs and why were they introduced?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00052810



How were EVCs received in the market and why is this important?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Needs to align with giving more quality conversions to advertisers. They should see better long term impact as a result of aligning to incrementality.
Network allocation question is separate from the advertiser value question.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Topic

Proprietary + Confidential

- Description of Topic:
- Status of Current Work:
- Benefit to Rest of Ads Org:
- Ask for Kishore's Team:

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY