**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@willkie.com
NOORJAHAN RAHMAN (SBN: 330572)
nrahman@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,

Plaintiff,

vs.

GOOGLE LLC,

Defendant.

Case No. 3:20-CV-04688-RS

**GOOGLE LLC'S SUBMISSIONS IN RESPONSE TO THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL (DKT. 353)**

Google LLC respectfully files on the public docket exhibits to its opposition to Plaintiffs' class certification motion (Dkt. 329) and its *Daubert* motion (Dkt. 330).

Dated: January 25, 2024

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Eduardo E. Santacana*
Benedict Y. Hur
Simona Agnolucci
Eduardo Santacana
Noorjahan Rahman
Argemira Flórez
Harris Mateen

*Attorneys for Defendant Google LLC*