# EXHIBIT 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3
4    ANIBAL RODRIGUEZ, JULIEANNA          )
5    MUNIZ, ELIZA CAMBAY, SAL             ) Case No.:
     CATALDO, EMIR GOENAGA, JULIAN        ) 3:20-cv-04688
6    SANTIAGO, HAROLD NYANJOM, KELLIE     )
7    NYANJOM, and SUSAN LYNN HARVEY,      )
8    individually and on behalf of all    )
9    others similarly situated,           )
10                  Plaintiffs,           )
           vs.                            )
11   GOOGLE LLC,                          )
12                  Defendant.            )
     ------------------------------------)
13       ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
14
15              REMOTE PROCEEDINGS OF THE
16         VIDEOTAPED DEPOSITION OF STEVE GANEM
17                FRIDAY, OCTOBER 28, 2022
18
19
20   REPORTED BY NANCY J. MARTIN
21   CSR. NO. 9504, RMR, RPR
22   CLAUDIA R. GARCIA, CSR. 12812
23   JOB No. 5554575
24
25   PAGES 1-325
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      MR. SANTACANA:  Compound.
2      THE WITNESS:  The Google Analytics customer
3   needs to create a Google Analytics account, agree to
4   the terms of service, including disclosure policies
5   and consent policies.  They would need to integrate
6   the Google Analytics for Firebase SDK.  They would
7   need to enable the Google signals setting, which,
8   again, by default is turned off for all customers.
9      The end users who use their apps would need
10  to be signed in on their device.  They would have to
11  turn on ads personalization, turn on app and web
12  activity, turn on what we would refer to as sWAA which
13  is -- which allows for the web and app activity in
14  third-party sites that integrate Google services to be
15  associated with their accounts.
16      And only in those circumstances would it be
17  possible for their GAIA identity to be joined in and
18  written to separate logs, not the same logs as they're
19  pseudonymous log activity.
20  BY MR. MAO:
21      Q.  So this first log said that you called app
22  measurement, these are █████████████?
23      (Pause.)
24  BY MR. MAO:
25      Q.  Sir?

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   I can answer in the context of Google
2    Analytics.
3    Q.   Yeah.  Please, for Google Analytics.
4    A.   In the context of Google Analytics, when
5    events from a third-party SDK are transmitted to our
6    servers, if that IDFA is not mappable, if it even is
7    present subject to all the settings I mentioned, if
8    that's not mappable to any GAIA, and since the
9    settings you're referring to are GAIA-related account
10   settings, there's no way to look up the sWAA settings,
11   and there's no attempt to infer that in Google
12   Analytics.
13   Q.   So where on iOS -- after iOS 14 was released,
14   there is no way to do that look up, what does Google
15   Analytics for Firebase do with regard to data coming
16   in for the ▮▮▮▮▮?  Does it get associated with the
17   GAIA side or the non GAIA side?  Like what happened
18   after iOS 14, I guess, is my question?
19   A.   Data corresponding to user interactions in
20   the app are transmitted and associated with
21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in the app measurement logs,
22   as they've always been.
23        What's different is that since there is
24   practically no way to look up the corresponding GAIA
25   and/or to check its sWAA settings, there's no writing

Page 72

```
 1                    C E R T I F I C A T E
 2              I, the undersigned, a Certified Shorthand
 3     Reporter of the State of California, do hereby certify;
 4              That the foregoing proceedings were taken
 5     before me stenographically at the time and place herein
 6     set forth; that any witnesses in the foregoing
 7     proceedings, prior to testifying, were administered an
 8     oath; that a record of the proceedings was made by me
 9     using machine shorthand which was thereafter
10     transcribed under my direction; that the foregoing
11     transcript is a true record of the testimony given.
12              Further, that if the foregoing pertains to the
13     original transcript of a deposition in a Federal Case,
14     before completion of the proceedings, review of the
15     transcript [ ] was [ ] was not requested.
16              I further certify I am neither financially
17     interested in the action nor a relative or employee or
18     any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20     subscribed my name.
21              Dated:  November 22, 2022
22
23
                        _____
24
25              CLAUDIA R. GARCIA, CSR. 12812
```

Page 321