# EXHIBIT 7

| Exhibit | Policy Title | Effective Date/Last Reviewed | Language in Policy |
|---|---|---|---|
| 1 | Device Fingerprinting and Immutable Identifiers Policy (go/fingerprintingpolicy) | January 21, 2015 | Device, app, or browser fingerprinting or immutable identifiers must not be used in any Google products or services for the purposes of:<br>• Tracking user behavior, including:<br>  o Ad measurement and prediction<br>  o Ad targeting<br>• Recording preferences<br><br>It is recommended that immutable IDs under Google's control (e.g., returned by Chrome or Android APis) have minimal scope (e.g., per recipient). They should be statistically independent between scopes (i.e., it is not possible to infer recipient A's ID from recipient B's). Example: for DRM authentication, our API should return a different identifier for each recipient (e.g., Netflix, Vudu). |
| 2 | Device Fingerprinting and Immutable Identifiers Policy (go/fingerprintingpolicy) | January 21, 2015 | Device, app, or browser fingerprinting or immutable identifiers must not be used in any Google products or services for the purposes of:<br>• Tracking user behavior, including:<br>  o Ad measurement and prediction<br>  o Ad targeting<br>• Recording preferences<br><br>It is recommended that immutable IDs under Google's control (e.g., returned by Chrome or Android APis) have minimal scope (e.g., per recipient). They should be statistically independent between scopes (i.e., it is not possible to infer recipient A's ID from recipient B's). Example: for DRM authentication, our API should return a different identifier for each recipient (e.g., Netflix, Vudu). |
| 3 | Device Fingerprinting and Immutable Identifiers Policy (go/fingerprintingpolicy) | February 24, 2016 | Device, app, or browser fingerprinting or immutable identifiers must not be used by any Google products or services for the purposes of:<br>• Tracking user behavior, including:<br>  o Ad measurement and prediction<br>  o Ad targeting<br>• Recording preferences<br><br>Immutable IDs under Google's control should have minimal scope. For example, IDs returned by Chrome and Android APis should be per recipient. Immutable IDs should also be statistically independent between scopes; it should not be possible to infer recipient A's ID from recipient B's. For example, for DRM authentication, our API should return a different identifier for each recipient (e.g., Netflix, Vudu). |
| 4 | Device Fingerprinting and Immutable Identifiers Policy (go/fingerprintingpolicy) | February 24, 2016 | Device, app, or browser fingerprinting or immutable identifiers must not be used by any Google products or services for the purposes of:<br>• Tracking user behavior, including:<br>  o Ad measurement and prediction<br>  o Ad targeting<br>• Recording preferences<br><br>Immutable IDs under Google's control should have minimal scope. For example, IDs returned by Chrome and Android APis should be per recipient. Immutable IDs should also be statistically independent between scopes; it should not be possible to infer recipient A's ID from recipient B's. For example, for DRM authentication, our API should return a different identifier for each recipient (e.g., Netflix, Vudu). |

| | | | |
|---|---|---|---|
| 5 | Device Fingerprinting and Immutable Identifiers Policy (go/fingerprintingpolicy) | May 12, 2017 | Device, app, or browser fingerprinting or immutable identifiers must not be used by any Google products or services for the purposes of:<br>• Tracking user behavior, including:<br>  o Ad measurement and prediction<br>  o Ad targeting<br>• Recording preferences<br><br>Immutable IDs under Google's control should have minimal scope. For example, IDs returned by Chrome and Android APis should be per recipient. Immutable IDs should also be statistically independent between scopes; it should not be possible to infer recipient A's ID from recipient B's. For example, for DRM authentication, our API should return a different identifier for each recipient ( e.g., Netflix, Vudu). |
| 6 | Device/App/Brower Fingerprinting and Immutable Identifiers Policy (go/fingerprintingpolicy) | October 12, 2017 | Device/app/browser fingerprinting or immutable identifiers must not be used by any Google products or services for the purposes of:<br>• Tracking user behavior, including:<br>  o Ad measurement and prediction<br>  o Ad targeting<br>• Recording preferences<br><br>Immutable IDs under Google's control should have minimal scope. For example, IDs returned by Chrome and Android APis have minimal scope ( e.g., per recipient). Immutable IDs should also be statistically independent between scopes; it should not be possible to infer recipient A's ID from recipient B's. For example, for DRM authentication, our API should return a different identifier for each recipient ( e.g., Netflix, Vudu). |
| 7 | Device/App/Brower Fingerprinting and Immutable Identifiers Policy | October 12, 2017 | Device/app/browser fingerprinting or immutable identifiers **must not** be used by any Google products or services for the purposes of:<br><br>Tracking user behavior, including:<br>Ad measurement and prediction<br>Ad targeting<br>Recording preferences<br><br>Immutable IDs under Google's control should have minimal scope. For example, IDs returned by Chrome and Android APis have minimal scope (e.g., per recipient). Immutable IDs should also be statistically independent between scopes; it should not be possible to infer recipient A's ID from recipient B's. For example, for DRM authentication, our API should return a different identifier for each recipient (e.g., Netflix, Vudu). |
| 8 | Device/App/Brower Fingerprinting and Immutable Identifiers Policy | May 30, 2018 | Device/app/browser fingerprinting or immutable identifiers must not be used by any Google products or services for the purposes of:<br><br>Tracking user behavior, including:<br>Ad measurement and prediction<br>Ad targeting<br>Recording preferences<br><br>Immutable IDs under Google's control should have minimal scope. For example, IDs returned by Chrome and Android APis have minimal scope (e.g., per recipient). Immutable IDs should also be statistically independent between scopes; it should not be possible to infer recipient A's ID from recipient B's. For example, for DRM authentication, our API should return a different identifier for each recipient (e.g., Netflix, Vudu). |

| | | | |
|---|---|---|---|
| 9 | Device/App/Brower Fingerprinting and Immutable Identifiers Policy | August, 27, 2019 | Device/app/browser fingerprinting or immutable identifiers must not be used by any Google products or services for the purposes of:<br><br>Tracking user behavior, including:<br>Ad measurement and prediction<br>Ad targeting<br>Recording preferences<br><br>Immutable IDs under Google's control should have minimal scope. For example, IDs returned by Chrome and Android APis have minimal scope (e.g., per recipient) Immutable IDs should also be statistically independent between scopes; it should not be possible to infer recipient A's ID from recipient B's. For example, for DRM authentication, our API should return a different identifier for each recipient (e.g., Netflix, Vudu). |
| 10 | Device/App/Brower Fingerprinting and Immutable Identifiers Policy | September 03, 2019 | N/A |
| 11 | Device/App/Brower Fingerprinting and Immutable Identifiers Policy | January 9, 2020 | N/A |
| 12 | Device/App/Brower Fingerprinting and Immutable Identifiers Policy | January 9, 2020 | N/A |
| 13 | Device/App/Brower Fingerprinting and Immutable Identifiers Policy | January 9, 2020 | N/A |
| 14 | Device/App/Brower Fingerprinting and Immutable Identifiers Policy | January 9, 2020 | N/A |
| 15 | Digital Fingerprinting and Immutable Identifiers Policy | January 9, 2020 | If fewer than 1000 users in the user base share a set of characteristics (hardware, software, and/or network attributes), that set is considered to be Unique in the context of this Policy. This helps to ensure the Unique set of characteristics can't be used to identify individuals. |
| 16 | Digital Fingerprinting and Immutable Identifiers Policy | May 19, 2021 | If fewer than 1000 users in the user base share a set of characteristics (hardware, software, and/or network attributes), that set is considered to be Unique in the context of this Policy. This helps to ensure the Unique set of characteristics can't be used to identify individuals. |
| 17 | Digital Fingerprinting and Immutable Identifiers Policy | May 19, 2021 | If fewer than 1000 users in the user base share a set of characteristics (hardware, software, and/or network attributes), that set is considered to be Unique in the context of this Policy. This helps to ensure the Unique set of characteristics can't be used to identify individuals. |
| 18 | Digital Fingerprinting and Immutable Identifiers Policy | May 31, 2021 | Non-Compliance<br>**Access to and use of User Data may be monitored, and violations of this Policy may result in disciplinary action, including termination of employment.** |
| 19 | Digital Fingerprinting and Immutable Identifiers Policy | May 31, 2021 | Non-Compliance<br>**Access to and use of User Data may be monitored, and violations of this Policy may result in disciplinary action, including termination of employment.** |
| 20 | Google Analytics and Google Analytics for Firebase on Alphabet Properties Policy | November 25, 2019 | PII must not be collected by Google Analytics. If PII is accidentally tracked by Google Analytics, |
| 21 | MDI user data and consents | March 28, 2018 | Personal App content. . .(data doesn't leave the device, and isn't GAIA-keyed) |
| 22 | Scrubbing policies for Log Data | November 9, 2020 | Google purges the original, un-redacted IP addresses from all datastores (including backups) within |
| 23 | User Data Access Policy | June 24, 2019 | Access to and use of User Data may be monitored, and violations of this policy and other privacy |