# EXHIBIT 10

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO
 4                       --oOo--
 5    ANIBAL RODRIGUEZ, et al.,
      individually and on behalf of
 6    all other similarly situated,
 7                Plaintiffs,
 8    vs.                                  Case No.
                                           3:20-CV-04688
 9    GOOGLE LLC, et al.,
10                Defendants.
      _____/
11
12
13
14
15       VIDEO-RECORDED DEPOSITION OF SAL CATALDO
16                  VERITEXT VIRTUAL
17             THURSDAY, FEBRUARY 17, 2022
18
19
20
21
22    Reported by:
23    Anrae Wimberley, CSR No. 7778
24    Job No.  5057262
25
                                                   Page 1
```

| | | |
|---|---|---|
| 1 | A.   I did. | 09:49:53 |
| 2 | Q.   And you approved of its content? | |
| 3 | A.   I did. | |
| 4 | Q.   Did you -- well, let's back up a second. | |
| 5 | So we were talking about changing or not | 09:50:12 |
| 6 | changing your behavior in response to the lawsuit | |
| 7 | earlier. | |
| 8 | So now that I understand the time line a | |
| 9 | little better, let me ask you this:  From the time | |
| 10 | that you first contacted counsel until now, have you | 09:50:24 |
| 11 | changed your behavior in any way as a result of your | |
| 12 | allegations about Google's invasion of your privacy? | |
| 13 | A.   You would have to be more specific. | |
| 14 | There's two years.  There's a lot of things I've | |
| 15 | changed in two years in my life. | 09:50:50 |
| 16 | Q.   I'm sure there are.  It's been a pretty | |
| 17 | eventful two years, too, but my question is more | |
| 18 | specific than that. | |
| 19 | ==I'm asking if you've changed your behavior== | |
| 20 | ==in any way as a consequence of what you allege== | 09:51:00 |
| 21 | ==Google has been doing to invade your privacy?== | |
| 22 | ==A.==   ==I would say I'm much more cognizant, I== | |
| 23 | ==would say, diligent about fastidiously checking all== | |
| 24 | ==my settings because I've noticed settings get turned== | |
| 25 | ==on when they weren't on.==  I've been surprised more | 09:51:34 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | often than not, so I feel like I'm constantly having | 09:51:34 |
| 2 | to check and make sure that my privacy is, at least | |
| 3 | to the extent I can control it, is being controlled. | |
| 4 | So I don't know that I've changed a | |
| 5 | specific behavior, but as far as my very heightened | 09:51:56 |
| 6 | awareness, that's certainly, to me, something that I | |
| 7 | really made a diligent practice of trying to be very | |
| 8 | aware of what I'm doing and what steps I'm taking | |
| 9 | because I'm much less trusting. | |
| 10 | Q.   So just to make sure I understand, in | 09:52:18 |
| 11 | response to -- strike that. | |
| 12 | In terms of what behavioral changes you've | |
| 13 | implemented, if any, as a consequence of what you | |
| 14 | allege to be Google's ongoing violation of your | |
| 15 | privacy, you've identified as one change that you | 09:52:40 |
| 16 | check your settings more carefully now than you did | |
| 17 | before; is that fair to say? | |
| 18 | A.   That's fair to say. | |
| 19 | Q.   Can you think of any other behavioral | |
| 20 | changes that you have implemented as a consequence | 09:52:54 |
| 21 | of what you allege to be Google's ongoing violation | |
| 22 | of your privacy? | |
| 23 | A.   Sorry, I thought my audio cut out there. | |
| 24 | There's none that I can articulate | |
| 25 | specifically. | 09:53:23 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q. Do you use your phony any differently as a | 09:53:26 |
| 2 | consequence of the invasion of privacy that you | |
| 3 | allege Google is engaging in? | |
| 4 | A. I would say I probably use it less. | |
| 5 | Q. Any apps in particular that you don't use | 09:53:57 |
| 6 | as a consequence of what you allege to be an ongoing | |
| 7 | violation of privacy? | |
| 8 | A. None specifically because my understanding | |
| 9 | is it's embedded in all the apps, so just generally | |
| 10 | my -- whereas maybe it's almost second nature to | 09:54:14 |
| 11 | just pick up your phone and use it, I feel like | |
| 12 | there's always some hesitation and more careful in | |
| 13 | what I do and don't do on my phone. | |
| 14 | Q. Can you describe in your own words how | |
| 15 | specifically you allege Google invaded your privacy? | 09:54:41 |
| 16 | A. So my understanding is, when there's apps | |
| 17 | that are on Android, regardless of developer, | |
| 18 | there's certain code that Google requires in order | |
| 19 | to be part of the Android ecosystem, and that code | |
| 20 | within the app sends certain information to Google. | 09:55:16 |
| 21 | And so that data gets transmitted to Google that has | |
| 22 | all sorts of personal identifiers. | |
| 23 | Google tells me in their privacy policy, I | |
| 24 | can control my privacy. You can control what we | |
| 25 | collect. You can control what Google saves. And | 09:55:42 |

Page 44

```
 1    to personalize ads on websites" --                          01:30:28
 2            (Reporter seeks clarification.)
 3        A.   I apologize, I was saying it more so so
 4    that he and I would know that we're looking at the
 5    same thing, but --                                          01:30:51
 6        MR. LEE:  She still has to write it down, so --
 7        THE WITNESS:  Yeah, no, I get it.
 8            So when I click on the advanced carrot,
 9    this paragraph comes up, "Also use your activity and
10    information from Google services to personalize ads         01:31:09
11    on websites and apps that partner with Google to
12    show ads."
13            Next sentence, "This stores data from
14    websites and apps that partner with Google in your
15    Google account."                                            01:31:30
16            So -- and that box is checked off.  So
17    right now, it is not checked, it's blank.
18            ==And so if I go to these settings and I==
19    ==see -- so going back to your question, Eduardo, to==
20    ==say that the ad settings are where the privacy==          01:32:03
21    ==policy would control that and why is it still on,== ==I==
22    ==would say the ad settings are allowing the==
23    ==information I've shared to Google to potentially be==
24    ==used to personalize my ads saying, Do you want us to==
25    ==use information that we have to personalize your==        01:32:25
```

Page 152

| | | |
|---|---|---|
| 1 | ads? | 01:32:27 |
| 2 | To me, the WAA setting says can Google | |
| 3 | have certain information.  So my expectation is, if | |
| 4 | I've told Google don't take certain information | |
| 5 | using the WAA setting, I don't have to have the ad | 01:32:44 |
| 6 | setting also off.  The ad setting doesn't override | |
| 7 | and now allow Google to collect information that I | |
| 8 | didn't allow it to collect in the first place. | |
| 9 | If I read that ad setting, it's saying, Do | |
| 10 | you want us to personalize your ads, yes or no?  Not | 01:33:01 |
| 11 | do you want us to go take information to increase | |
| 12 | your ads? | |
| 13 | WAA tells me whether or not you can take | |
| 14 | and collect information, and if I've said, "No," | |
| 15 | then it shouldn't matter what I do with my ads later | 01:33:12 |
| 16 | on because I've already told you not to take my | |
| 17 | data.  So you shouldn't have data with which to | |
| 18 | personalize my ads. | |
| 19 | BY MR. SANTACANA: | |
| 20 | Q.    That's very helpful, and just a reminder | 01:33:21 |
| 21 | to speak slowly even when you're thinking quickly. | |
| 22 | But yes, that's very helpful, and I understand your | |
| 23 | answer. | |
| 24 | Let's continue through the privacy policy | |
| 25 | for a moment. | 01:33:34 |

Page 153

| | | |
|---|---|---|
| 1 | anonymization that I can quantify that would make | 02:19:04 |
| 2 | that okay. | |
| 3 | BY MR. SANTACANA: | |
| 4 |     Q.   Okay. | |
| 5 |         Let's take a break just for -- but you | 02:19:13 |
| 6 | have a 3:00 cut off.  I don't want to -- it may make | |
| 7 | sense to just keep going. | |
| 8 |     MR. LEE:  Well, why don't we go off the record | |
| 9 | for just a minute, Eduardo. | |
| 10 |     MR. SANTACANA:  Yeah, let's do that. | 02:19:30 |
| 11 |     THE VIDEOGRAPHER:  We're going off the record, | |
| 12 | 2:19 p.m. | |
| 13 |         (Recess taken.) | |
| 14 |     THE VIDEOGRAPHER:  We're now on the record, | |
| 15 | 2:24 p.m. | 02:24:31 |
| 16 | BY MR. SANTACANA: | |
| 17 |     Q.   Mr. Cataldo, have you ever stopped using | |
| 18 | an app because that app was using Google Analytics | |
| 19 | for Firebase? | |
| 20 |     A.   Not specifically. | 02:24:51 |
| 21 |     Q.   Since you joined this case, you have | |
| 22 | continued using your Android phone but with WAA | |
| 23 | turned off; right? | |
| 24 |     A.   Correct. | |
| 25 |     Q.   Your allegation in the case is that even | 02:25:06 |

Page 187

| | | |
|---|---|---|
| 1 | when WAA is turned off, Google is violating your | 02:25:08 |
| 2 | privacy; correct? | |
| 3 |     A.   Correct. | |
| 4 |     Q.   So at least since you joined this case, | |
| 5 | you have knowingly accepted that violation of | 02:25:20 |
| 6 | privacy as part of your life; isn't that fair to | |
| 7 | say? | |
| 8 |     MR. LEE:  Objection to form, asked and | |
| 9 | answered. | |
| 10 |     THE WITNESS:  I don't know that I would say, | 02:25:31 |
| 11 | "accepted," maybe resigned to it.  But, yes, I have | |
| 12 | continued to use Android and with WAA off, yes. | |
| 13 | BY MR. SANTACANA: | |
| 14 |     Q.   Okay. | |
| 15 |     Are you familiar with -- and I'm going to | 02:25:44 |
| 16 | jump around here, like I said, trying to get you | |
| 17 | out. | |
| 18 |     Are you familiar with | |
| 19 | requests-for-admission responses that were provided | |
| 20 | to us by your counsel on your behalf? | 02:25:57 |
| 21 |     A.   Yes. | |
| 22 |     Q.   Did you review those | |
| 23 | requests-for-admission responses? | |
| 24 |     A.   I did. | |
| 25 |     Q.   Okay. | 02:26:14 |

Veritext Legal Solutions
866 299-5127

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12              Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript ( ) was (X) was not requested.
16              I further certify that I am neither
17    financially interested in the action nor a relative
18    or employee of any attorney of any party to this
19    action.
20              IN WITNESS WHEREOF, I have this date
21    subscribed my name.
22    Dated:  February 28, 2022
23
24
                                   _____
25                                 ANRAE WIMBERLEY, CSR No. 7778
```

Page 213