# EXHIBIT 12

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3
4     ANIBAL RODRIGUEZ, et al.,
5              Plaintiffs,
6     v.                              Case No.
7     GOOGLE LLC,                     20-cv-04688-RS
8              Defendant.
9     ***********************************
10     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
11
12            ZOOM VIDEOTAPED DEPOSITION OF
13                   BELINDA LANGNER
14            Thursday, December 15, 2022
15                    9:09 a.m. PST
16
17
18    REPORTED BY:
19    BELLE VIVIENNE, RPR, CRR, NJ-CRR,
20    WA/CO/NM-CCR
21    NATIONALLY CERTIFIED REALTIME
22    COURT REPORTER
23    JOB No. 5628019
24
25    PAGES 1 - 290
```

Page 1

| | | |
|---|---|---|
| 1 | MR. SANTACANA:  Vague. | 11:21:10 |
| 2 | A.    Mr. Mao, specifically I said | 11:21:15 |
| 3 | when sWAA is off, the Google Ads systems | 11:21:17 |
| 4 | do not use the data from Firebase | 11:21:22 |
| 5 | associated with that device in the | 11:21:27 |
| 6 | pseudonymous space for ads | 11:21:30 |
| 7 | personalization. | 11:21:32 |
| 8 | BY MR. MAO: | 11:21:33 |
| 9 |     Q.    Okay.  But does Google serve ads | 11:21:34 |
| 10 | nonetheless where WAA or sWAA is off still | 11:21:38 |
| 11 | using the ADID or the IDFA, if they're | 11:21:42 |
| 12 | available? | 11:21:46 |
| 13 | MR. SANTACANA:  Vague. | 11:21:47 |
| 14 | BY MR. MAO: | 11:21:47 |
| 15 |     Q.    Let me perhaps help, | 11:22:17 |
| 16 | Ms. Langner.  I'm definitely not trying to | 11:22:19 |
| 17 | trick you with this.  If you don't mind, | 11:22:21 |
| 18 | I've actually introduced Exhibit Number 2. | 11:22:23 |
| 19 |     A.    Sure. | 11:22:25 |
| 20 |     Q.    Maybe this will help a little | 11:22:26 |
| 21 | bit. | 11:22:27 |
| 22 | MR. MAO:  And for Exhibit | 11:22:28 |
| 23 | Number 2, Mr. Santacana, I'm only | 11:22:31 |
| 24 | asking regarding Interrogatory | 11:22:32 |
| 25 | Number 1, okay? | 11:22:35 |

```
 1                CERTIFICATION
 2
 3      I, BELLE VIVIENNE, a Nationally
 4   Certified Realtime Reporter, do hereby
 5   certify:
 6      That the witness whose testimony as
 7   herein set forth, was duly sworn by me;
 8   and that the within transcript is a true
 9   record of the testimony given by said
10   witness.
11      I further certify that I am not
12   related to any of the parties to this
13   action by blood or marriage, and that I am
14   in no way interested in the outcome of
15   this matter.
16      IN WITNESS WHEREOF, I have hereunto
17   set my hand this 19th day of December
18   2022.
19
20
21
22   [signature: Belle Vivienne]
23      BELLE VIVIENNE, CRR, CCR, RPR
24
25
```

Page 286