# EXHIBIT 16

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, JULIEANNA
 5   MUNIZ, ELIZA CAMBA, SAL CATALDO,
 6   EMIR GOENAGA, JULIAN SANTIAGO,
 7   HAROLD NYANJOM, KELLIE NYANJOM,
 8   AND SUSAN LYNN HARVEY,
 9   INDIVIDUALLY AND ON BEHALF OF ALL
10   OTHERS SIMILARLY SITUATED,
11          PLAINTIFFS,
12      vs.                              NO. 3:20-CV-04688
13   GOOGLE LLC,
14          DEFENDANT.
15   _____/
16
17         VIDEOTAPED DEPOSITION OF SUSAN HARVEY
18          *VIA REMOTE COUNSEL VIDEOCONFERENCE*
19              THURSDAY, OCTOBER 27, 2022
20                      VOLUME I
21
22   STENOGRAPHICALLY REPORTED BY:
23   MEGAN F. ALVAREZ, RPR, CSR No. 12470
24   JOB NO. 5516967
25   PAGES 1 - 262
```

Page 1

```
 1   isn't installed on my phone right now.  It -- it        03:52:52
 2   was.  I went in and used it once or twice.  I didn't    03:52:55
 3   really like it, and I went out of it.                   03:52:59
 4         Q.   Did you at least look at the PicCollage     03:53:02
 5   privacy policy?                                         03:53:06
 6         A.   The things that it said, yes.               03:53:06
 7              I want to state this, though:  Regardless   03:53:18
 8   what it said, why did Google promise me they weren't   03:53:18
 9   going to take it?  They should have rejected the       03:53:23
10   information.                                            03:53:25
11         MR. LEE:  Just wait for him to ask the            03:53:26
12   next question.  Okay.  You're doing fine.               03:53:28
13         THE WITNESS:  Okay.                               03:53:31
14   BY MR. MATEEN:                                          03:53:31
15         Q.   I'm going to introduce a new exhibit.        03:53:38
16              (Whereupon Exhibit 18 was marked for         12:06:25
17               identification.)                            12:06:25
18   BY MR. MATEEN:                                          03:53:49
19         Q.   I've marked this as Exhibit 18.  This is    03:53:49
20   the privacy policy for PicCollage as of November        03:54:02
21   2020.                                                   03:54:07
22         MR. LEE:  Just give -- give us a moment.          03:54:10
23   We're having some tech issues.  Neither of us have      03:54:12
24   the exhibit up yet.                                     03:54:13
25         MR. MATEEN:  No worries.                          03:54:15
```

| | | |
|---|---|---|
| 1 | MR. LEE: Yeah. No, she's on the right | 04:02:47 |
| 2 | page now. Yeah, if you could read it out loud, that | 04:02:48 |
| 3 | would be helpful. Thank you. | 04:02:52 |
| 4 | BY MR. MATEEN: | 04:02:53 |
| 5 | Q. "We collect this information from you to | 04:02:53 |
| 6 | improve our app's overall performance and the | 04:02:55 |
| 7 | service we provide. We analyze this information | 04:02:58 |
| 8 | with tools provided by third-party companies. These | 04:03:00 |
| 9 | companies include Flurry, Facebook, Firebase, | 04:03:03 |
| 10 | Google, Amplitude, Fabric." | 04:03:06 |
| 11 | Did you read this line when you downloaded | 04:03:10 |
| 12 | PicCollage? | 04:03:13 |
| 13 | A. Yeah, I -- I read the privacy policies. | 04:03:13 |
| 14 | What does that have to do with mine and | 04:03:19 |
| 15 | Google's agreement? | 04:03:21 |
| 16 | Q. Can you repeat that? I didn't hear you. | 04:03:24 |
| 17 | A. What does that have to do what Google | 04:03:26 |
| 18 | promised me? There's an off button. They weren't | 04:03:29 |
| 19 | supposed to be taking it. They should have rejected | 04:03:32 |
| 20 | information. | 04:03:36 |
| 21 | Q. Were you aware that PicCollage uses Google | 04:03:36 |
| 22 | and Firebase for analytic services? | 04:03:42 |
| 23 | A. As I stated before, if I make an agreement | 04:03:47 |
| 24 | with Google that tells them don't take my | 04:03:50 |
| 25 | information, don't process it, don't store it, don't | 04:03:53 |

Page 203

| | | |
|---|---|---|
| 1 | no, I haven't.  It just makes it worse. | 05:15:53 |
| 2 | BY MR. MATEEN: | 05:16:06 |
| 3 | Q.   Ms. Harvey, are you claiming a medical | 05:16:55 |
| 4 | injury in this lawsuit? | 05:16:57 |
| 5 | A.   No.  I -- I stated that was from before. | 05:16:58 |
| 6 | But this made it -- this has added on to it because | 05:17:01 |
| 7 | I didn't realize I'd been lied to the whole time. | 05:17:05 |
| 8 | Q.   Since finding out about the actions | 05:17:44 |
| 9 | alleged in this lawsuit, have you changed any of | 05:17:47 |
| 10 | your actions? | 05:17:50 |
| 11 | MR. LEE:  Vague. | 05:17:55 |
| 12 | THE WITNESS:  Which actions would that be? | 05:17:57 |
| 13 | I don't understand. | 05:17:59 |
| 14 | BY MR. MATEEN: | 05:18:02 |
| 15 | Q.   I can reask it. | 05:18:02 |
| 16 | After you found out about the actions that | 05:18:16 |
| 17 | you allege in this lawsuit, did you delete any apps? | 05:18:18 |
| 18 | A.   I'm sure there's been apps that have went | 05:18:23 |
| 19 | off my phone because I switched phones.  But I -- I | 05:18:26 |
| 20 | don't know.  Maybe if I didn't use something | 05:18:29 |
| 21 | anymore, I would take it off.  But I -- I was sort | 05:18:31 |
| 22 | of curious what -- what was going to be find out. | 05:18:38 |
| 23 | That's why I seeked attorneys. | 05:18:41 |
| 24 | Q.   Did you investigate which apps use | 05:18:49 |
| 25 | Google Analytics for Firebase? | 05:18:52 |

Page 244

```
1        A.   That's not for me to do.                    05:18:54

2        Q.   Who's that for?                             05:19:02

3        A.   That's for the attorneys and experts, not   05:19:03

4    me.                                                  05:19:05

5             I don't know what Google's practice is.  I  05:19:11

6    don't know who they talk to.  I don't know which     05:19:12

7    ones they use.  Why should I know that information?  05:19:13

8    I'm not trying to get their information.  My         05:19:15

9    information is one that was given out.               05:19:17

10       Q.   Sitting here today, do you know if any app  05:19:23

11   you've ever used uses Google Analytics for Firebase? 05:19:27

12       A.   I'm sure quite a bit of them do.            05:19:32

13       Q.   If you knew which apps use                  05:19:34

14   Google Analytics for Firebase, would you delete      05:19:36

15   them?                                                05:19:39

16       A.   Why don't we cut this short?  Why doesn't   05:19:39

17   Google just fix the button?  Then I wouldn't have to 05:19:42

18   delete those apps because I enjoy playing them.      05:19:44

19   Then there wouldn't be a problem, right?  Because    05:19:48

20   they said they wouldn't do it in the first place, so 05:19:50

21   there shouldn't be a problem here.                   05:19:53

22       Q.   If, as you say Google, does not fix the     05:19:54

23   button, would you delete those apps?                 05:19:57

24       A.   I can't see a world that would happen in.   05:19:58

25       Q.   You can't see a world where what would      05:20:02
```

Page 245

| | | |
|---|---|---|
| 1 | happen in? | 05:20:05 |
| 2 | A. Google would keep taking the information | 05:20:06 |
| 3 | and not fix it.  That's illegal.  You can't take | 05:20:08 |
| 4 | information and tell somebody that you're not going | 05:20:12 |
| 5 | to. | 05:20:14 |
| 6 | I don't want anybody knowing what I do on | 05:20:21 |
| 7 | my phone. | 05:20:23 |
| 8 | Q. Imagine that the court in this case rules | 05:20:33 |
| 9 | that Google doesn't have to change its behavior, it | 05:20:35 |
| 10 | can keep doing what it's doing. | 05:20:41 |
| 11 | Would you then delete those apps? | 05:20:44 |
| 12 | A. I can't see the court ruling that.  I | 05:20:47 |
| 13 | don't see that happening.  Because they made a | 05:20:49 |
| 14 | statement that they weren't going to do it and I | 05:20:54 |
| 15 | would be in control, and it's a lie. | 05:20:56 |
| 16 | Q. Would you ever delete those apps? | 05:21:06 |
| 17 | MR. LEE:  Objection.  Vague. | 05:21:09 |
| 18 | THE WITNESS:  If I didn't want to use | 05:21:11 |
| 19 | them. | 05:21:13 |
| 20 | BY MR. MATEEN: | 05:21:16 |
| 21 | Q. You wouldn't want to use them? | 05:21:17 |
| 22 | A. If I did not want to use them, I might | 05:21:19 |
| 23 | delete them. | 05:21:21 |
| 24 | But the real thing that needs to be fixed | 05:21:22 |
| 25 | is Google's promises.  Don't make a promise if you | 05:21:24 |

Page 246

| | | |
|---|---|---|
| 1 | can't keep that promise.  You can't figure out how | 05:21:27 |
| 2 | to do it, that's not my fault.  They shouldn't have | 05:21:30 |
| 3 | made a promise in the first place. | 05:21:34 |
| 4 |     Q.   So I understand that you believe that a | 05:21:35 |
| 5 | court would not do this.  But just imagine for the | 05:21:39 |
| 6 | possibility that you were wrong about what is and | 05:21:44 |
| 7 | isn't illegal and the court rules that from Google | 05:21:47 |
| 8 | doesn't have to change it's behavior. | 05:21:52 |
| 9 |     Would you then delete those apps? | 05:21:54 |
| 10 |     A.   I can't believe that would ever happen. | 05:21:57 |
| 11 |     Q.   Ms. Harvey, I understand that you cannot | 05:22:00 |
| 12 | believe that it will happen, but imagine that it | 05:22:01 |
| 13 | does. | 05:22:05 |
| 14 |     A.   I -- I can't imagine that.  Why -- why | 05:22:06 |
| 15 | would that happen?  You can't make a promise, break | 05:22:09 |
| 16 | that promise, make money off people's data when they | 05:22:12 |
| 17 | said that they weren't going to do that, and -- and | 05:22:17 |
| 18 | it be okay.  It's not okay. | 05:22:19 |
| 19 |     Q.   Ms. Harvey, for example, your last case | 05:22:23 |
| 20 | was dismissed on statute of limitations grounds. | 05:22:25 |
| 21 | Let's say that this case gets dismissed on statute | 05:22:28 |
| 22 | of limitations grounds. | 05:22:32 |
| 23 |     In that case, would you delete these apps | 05:22:34 |
| 24 | off your phone? | 05:22:38 |
| 25 |     A.   It's not going to get dismissed for | 05:22:40 |

Page 247

| | | |
|---|---|---|
| 1 | statute of limitations.  So I don't even have to | 05:22:42 |
| 2 | consider that, correct? | 05:22:45 |
| 3 | Q.   Would you ever delete your Google account? | 05:22:48 |
| 4 | MR. LEE:  Objection.  Vague. | 05:22:52 |
| 5 | THE WITNESS:  What other option do I have | 05:22:55 |
| 6 | on an Android device so I can use the Play Store? | 05:22:57 |
| 7 | MR. LEE:  Can I get a time check? | 05:23:11 |
| 8 | THE VIDEO OPERATOR:  6:23. | 05:23:19 |
| 9 | MR. LEE:  I'm sorry? | 05:23:20 |
| 10 | THE WITNESS:  Six hours, 23 minutes. | 05:23:22 |
| 11 | MR. LEE:  Thank you. | 05:23:29 |
| 12 | BY MR. MATEEN: | 05:23:29 |
| 13 | Q.   Ms. Harvey, since filing this case, have | 05:23:30 |
| 14 | you used any apps differently than you did before? | 05:23:33 |
| 15 | A.   No.  I'm trying to find out what's going | 05:23:38 |
| 16 | on.  It's being investigated right now.  They're | 05:23:40 |
| 17 | checking everything out.  So if I stopped using | 05:23:46 |
| 18 | those things, then nothing would be found out, would | 05:23:49 |
| 19 | it? | 05:23:52 |
| 20 | Q.   Have you interacted with anyone in your | 05:23:53 |
| 21 | life any differently than before you filed your | 05:23:55 |
| 22 | lawsuit? | 05:23:57 |
| 23 | MR. LEE:  Objection.  Vague. | 05:23:58 |
| 24 | THE WITNESS:  With who?  I don't | 05:24:02 |
| 25 | understand. | 05:24:04 |

Page 248

```
 1   BY MR. MATEEN:                                          05:24:05
 2       Q.   Have you communicated with anybody you         05:24:11
 3   know differently?                                       05:24:15
 4            MR. LEE:  Objection.  Vague.                   05:24:17
 5   BY MR. MATEEN:                                          05:24:18
 6       Q.   Have you communicated with anybody you         05:24:23
 7   know differently since filing your lawsuit?             05:24:24
 8            MR. LEE:  Objection.  Vague.                   05:24:27
 9   BY MR. MATEEN:                                          05:24:27
10       Q.   Ms. Harvey, you can answer to the extent       05:24:36
11   that you are able to.                                   05:24:37
12       A.   Who?                                           05:24:39
13       Q.   Any person.                                    05:24:41
14       A.   People that I know?                            05:24:42
15       Q.   Yes.                                           05:24:43
16       A.   Why would I do that?  They didn't do it.       05:24:44
17   They didn't make me a promise and break it.             05:24:48
18       Q.   Have you taken any steps to protect            05:24:55
19   yourself from the alleged misconduct from Google?       05:24:57
20       A.   I seeked a lawyer's advice.  My                05:25:01
21   Web & App Activity is off.  I was thinking the          05:25:06
22   information wasn't being collected and it was.          05:25:07
23            So, yes, I seeked a lawyer's advice.           05:25:10
24       Q.   Since --                                       05:25:13
25            THE VIDEO OPERATOR:  Excuse me.  This is       05:25:16
```

Page 249

| | | |
|---|---|---|
| 1 | the videographer.  I made a mistake.  It's 6:13. | 05:25:16 |
| 2 | Sorry. | 05:25:18 |
| 3 |      MR. MATEEN:  Thank you. | 05:25:21 |
| 4 |      MR. LEE:  We're going backwards in time? | 05:25:22 |
| 5 | Jesus. | 05:25:24 |
| 6 | BY MR. MATEEN: | 05:25:26 |
| 7 |   Q.  Since filing this suit, other than talking | 05:25:29 |
| 8 | to your lawyer, have you taken any steps to protect | 05:25:32 |
| 9 | your privacy against Google's alleged misconduct? | 05:25:35 |
| 10 |   A.  Well, they weren't supposed to be doing it | 05:25:39 |
| 11 | in the first place, so what could I take?  What | 05:25:40 |
| 12 | steps could I take? | 05:25:43 |
| 13 |   Q.  Have you tried to take any steps? | 05:25:46 |
| 14 |   A.  What steps would those be?  I still have | 05:25:47 |
| 15 | my Samsung phone.  It's still Android.  Google's | 05:25:50 |
| 16 | still doing it.  And they said they wouldn't but | 05:25:55 |
| 17 | they are. | 05:25:57 |
| 18 |      Web & App Activity has two options:  On or | 05:25:58 |
| 19 | off.  Mine was off, period.  I did not turn that on. | 05:26:02 |
| 20 | So I'm a little bit confused by that. | 05:26:05 |
| 21 |      But I seeked an attorney's advice and | 05:26:08 |
| 22 | we're here now.  So I think I have taken steps.  I | 05:26:12 |
| 23 | want it to stop.  I want the button fixed.  And I | 05:26:16 |
| 24 | don't want them to have my information. | 05:26:20 |
| 25 |   Q.  Have you made the -- have you made any | 05:26:24 |

Page 250

| | | |
|---|---|---|
| 1 | attempts to learn a different operating system? | 05:26:25 |
| 2 | A. I've explained that extensively why I have | 05:26:30 |
| 3 | to use Android with my father having dementia. | 05:26:33 |
| 4 | Q. Have you made any attempts to sign out of | 05:26:42 |
| 5 | any of your Google accounts on your Android device? | 05:26:44 |
| 6 | A. Now, why would I do that? Google's not | 05:26:49 |
| 7 | taking information, right? So why would I have to | 05:26:51 |
| 8 | sign out? | 05:26:53 |
| 9 | Q. You've alleged misconduct on the part of | 05:27:01 |
| 10 | Google and specifically that Google is taking | 05:27:04 |
| 11 | information. | 05:27:07 |
| 12 | And so I'm asking: After you filed your | 05:27:08 |
| 13 | complaint, have you taken any efforts to log out of | 05:27:12 |
| 14 | your Google accounts on your Android device? | 05:27:18 |
| 15 | A. Why would I log out? Is that so there's | 05:27:21 |
| 16 | no records of anything? It's already been done. | 05:27:25 |
| 17 | Q. Do you use your Samsung phone more or less | 05:27:37 |
| 18 | than when you filed this case? | 05:27:42 |
| 19 | MR. LEE: Mr. Mateen, she's -- she's | 05:27:44 |
| 20 | answered this question like six or seven times now. | 05:27:44 |
| 21 | MR. MATEEN: Not this specific one. | 05:27:47 |
| 22 | BY MR. MATEEN: | 05:27:49 |
| 23 | Q. Ms. Harvey, you can answer. | 05:27:49 |
| 24 | A. So that you understand, I love my phone. | 05:27:50 |
| 25 | I don't love Google's business practices and their | 05:27:52 |

Page 251

| | | |
|---|---|---|
| 1 | promises that they don't stand by. | 05:27:56 |
| 2 |     Why wouldn't I use my phone that I | 05:28:02 |
| 3 | absolutely love?  Why doesn't Google just stop doing | 05:28:04 |
| 4 | what they say they're not going to do? | 05:28:08 |
| 5 | BY MR. MATEEN: | 05:28:11 |
| 6 |     Q.   Have you tried to tell your dad to use his | 05:28:12 |
| 7 | phone differently or -- | 05:28:17 |
| 8 |     A.   I've turned my dad's information off. | 05:28:20 |
| 9 | It's set the exact same way. | 05:28:22 |
| 10 |     And to tell you the truth, do you know | 05:28:25 |
| 11 | what dementia is? | 05:28:28 |
| 12 |     My dad's used that Samsung Galaxy 9. | 05:28:34 |
| 13 | That's why we got the same phone, so he wouldn't | 05:28:38 |
| 14 | have to relearn everything.  It's impossible. | 05:28:42 |
| 15 |     Q.   Did you log your dad out of a Google | 05:28:48 |
| 16 | account on his Android phone? | 05:28:51 |
| 17 |     A.   No.  I turned Web & App Activity off. | 05:28:53 |
| 18 |     Q.   Have you warned anyone in your life of | 05:29:00 |
| 19 | Google's privacy violations after filing this suit? | 05:29:06 |
| 20 |     A.   Not necessarily like you're stating.  But | 05:29:11 |
| 21 | if somebody I know has Web & App Activity off, I let | 05:29:14 |
| 22 | them know, "Hey, I don't think that button works." | 05:29:19 |
| 23 |     Q.   Are you testifying that the harm you | 05:29:27 |
| 24 | allege is ongoing? | 05:29:29 |
| 25 |     A.   My information's still being taken.  It's | 05:29:31 |

Page 252

| | | |
|---|---|---|
| 1 | still being saved.  It's still being pulled | 05:29:35 |
| 2 | together.  And there's still advertisements coming | 05:29:38 |
| 3 | out there.  And it's still being gotten rid of, so | 05:29:42 |
| 4 | I'm thinking it's still being done. | 05:29:46 |
| 5 |     Q.   Are you currently suffering a privacy | 05:29:49 |
| 6 | violation? | 05:29:52 |
| 7 |     MR. LEE:  Objection to the form to the | 05:29:53 |
| 8 | extent it calls for a legal conclusion. | 05:29:55 |
| 9 |     Answer if you can understand his question. | 05:29:56 |
| 10 |     THE WITNESS:  Does the button work or | 05:30:00 |
| 11 | doesn't it?  If it doesn't work, that's a privacy | 05:30:01 |
| 12 | violation. | 05:30:04 |
| 13 |     Why can't Google just say what they -- do | 05:30:12 |
| 14 | what they say they're going to do? | 05:30:14 |
| 15 |     MR. MATEEN:  Ms. Harvey, thank you for | 05:30:23 |
| 16 | your time.  That's all we have for you today. | 05:30:24 |
| 17 |     THE WITNESS:  Okay. | 05:30:27 |
| 18 |     MR. MATEEN:  I know it's about been a long | 05:30:28 |
| 19 | day, so I appreciate you bearing with us all. | 05:30:29 |
| 20 |     MR. LEE:  Let me get five minutes just to | 05:30:33 |
| 21 | consult with my team.  I may not have any questions, | 05:30:35 |
| 22 | but I just want to check.  Okay? | 05:30:39 |
| 23 |     MR. MATEEN:  No problem. | 05:30:41 |
| 24 |     THE VIDEO OPERATOR:  Going off the record. | 05:30:42 |
| 25 | The time is 5:30 p.m. | 05:30:42 |

Page 253

```
 1                CERTIFICATE OF REPORTER
 2            I, the undersigned, a Certified Shorthand
 3   Reporter of the State of California, do hereby
 4   certify:
 5            That the foregoing proceedings were taken
 6   before me at the time and place herein set forth;
 7   that any witnesses in the foregoing proceedings,
 8   prior to testifying, were administered an oath; that
 9   a verbatim record of the proceedings was made by me
10   using machine shorthand, which was thereafter
11   transcribed under my direction; and that the
12   foregoing is an accurate transcription thereof.
13            Further, that if the foregoing pertains to
14   the original transcript of a deposition in a federal
15   case, before completion of the proceedings, review
16   of the transcript [X] was [ ] was not requested.
17            I further certify that I am neither
18   financially interested in the action, nor a relative
19   or employee of any attorney of any party to this
20   action.
21            IN WITNESS WHEREOF, I have this date
22   subscribed my name.
23   DATED: November 11, 2022
24                                   _____
                                     MEGAN F. ALVAREZ
25                                   CSR No. 12470, RPR

                                              Page 259
```