# EXHIBIT 18

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3
4    ANIBAL RODRIGUEZ, JULIEANNA           )
     MUNIZ, ELIZA CAMBAY, SAL              ) Case No.:
5    CATALDO, EMIR GOENAGA, JULIAN         ) 3:20-cv-04688
     SANTIAGO, HAROLD NYANJOM, KELLIE      )
6    NYANJOM, and SUSAN LYNN HARVEY,       )
     individually and on behalf of all     )
7    others similarly situated,            )
                                           )
8                   Plaintiffs,            )
         vs.                               )
9                                          )
     GOOGLE LLC,                           )
10                                         )
                    Defendant.             )
11   ----------------------------------)
12
13
14      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15               REMOTE PROCEEDINGS OF THE
16     VIDEOTAPED DEPOSITION OF CHRISTOPHER RUEMMLER
17              FRIDAY, SEPTEMBER 9, 2022
18
19
20
21
22
23   REPORTED BY NANCY J. MARTIN
24   CSR. NO. 9042, RMR, RPR
25   PAGES 1-235
```

Page 1

1       A.   "The above" refers to the list above.
2       Q.   So you're referencing back the list above.
3   Fair?
4       A.   Oh, I see what's going on.  I actually see
5   what's going on now.  There's two colons; right?
6       Q.   What do you mean?  I'm sorry.
7       A.   There's two colons.  "The opposite of the
8   above is:" And then I have, "So, when Web & App
9   Activity is off, Google does not save information
10  like"; right?
11      Q.   Sorry.  I'm a little confused.
12      A.   So I wrote the one above and then I wrote,
13  "So, when Web & App Activity is off, I'd expect the
14  opposite to happen.  The opposite of the above is:"
15  and then I wrote a line.
16           So that's what I'm like -- apparently, you
17  know, if I'm reading my -- the way I write, that's
18  what I'm saying.  I try to write -- you know.  Sorry.
19  I'm an engineer.  I kind of write things in a way that
20  may not be natural to other people.
21           So I believe this is my misunderstanding with
22  the way WAA works.  So this was back before I had more
23  knowledge about the way WAA works.  And I thought at
24  that time if the opposite of on and off, if it was
25  off, well, we just didn't, you know, send any of this

Page 72

```
 1    data to Google.  But that's not right.  It's really
 2    you don't associate the data that's sent to Google
 3    with a GAIA ID, which we call keyed by GAIA ID.
 4          Q.  Just a moment ago you said something about
 5    sending the data to Google.  What do you mean by "to
 6    Google"?
 7          A.  Well, if Google is storing data, then that
 8    would be sending it to Google.
 9          Q.  And a moment ago you said, "It's really you
10    don't associate the data that's sent to Google with a
11    GAIA ID."
12              Do you recall that?
13          A.  Where are you reading now?
14          Q.  We have a -- like a live transcript feed.  I
15    don't think you have that.  I'm not sure actually.
16          A.  No.
17              MR. SANTACANA:  Hold on.  Sorry, Alex.  You
18    should know it's not necessarily accurate.  It's just
19    the live feed of what the court reporter is typing.
20              MR. FRAWLEY:  Okay.  Well, I have faith in
21    the court reporter.
22    BY MR. FRAWLEY:
23          Q.  Do you recall a moment ago testifying that
24    when WAA -- again, I'm not trying to quote you, but do
25    you recall saying that, when WAA is off, that the data
```

```
 1   is not -- that it's not associated with a GAIA ID?
 2             Do you recall talking about that?
 3        A.   Yes, I recall talking about GAIA-tied data.
 4        Q.   Okay.  What is GAIA-tied data?
 5        A.   GAIA-tied data is data that is linked
 6   directly to a GAIA ID which is then -- the user's
 7   account.  So on Gmail everything is pretty much -- is
 8   GAIA tied or GAIA linked because it's your E-mail;
 9   right?  So you need to -- we need to know the exact
10   user that the data is associated with.
11             And there's no anonymization or anything like
12   that.  It's your E-mail.  So everything is GAIA tied.
13   So GAIA is the internal identifier at Google that
14   identifies an account with an individual.
15        Q.   Does Google log any data that's not GAIA
16   tied?
17             MR. SANTACANA:  Objection.  Vague.
18   Ambiguous.  Lacks foundation.
19             THE WITNESS:  I work in Workspace and in
20   Gmail in particular, and as far as I know, everything
21   is GAIA tied in Gmail because it's personal data.
22   Other parts of the company, I don't know if they're
23   doing -- you know, if they need to have GAIA tied or
24   not.
25   BY MR. FRAWLEY:
```

1      Q.  Now, again, I'm going back to what you
2   testified about a moment ago.  Do you recall
3   explaining how this E-mail in July 2019 was sent
4   before you acquired more knowledge about the way WAA
5   works?
6           MR. SANTACANA:  Objection.  Misstates prior
7   testimony.
8           THE WITNESS:  Can you repeat the question.
9   BY MR. FRAWLEY:
10     Q.  Yes.  Do you recall a moment ago -- nope,
11  that's the wrong question.
12          I'll ask it slightly differently.  Do you
13  recall testifying a moment ago about how, between now
14  and July 2019, you gained some additional knowledge
15  about how WAA works?
16     A.  I believe I have -- yeah, I always gain
17  knowledge about how things work because I ask
18  questions; right?  So the more questions I ask, the
19  more knowledge I gain.
20          So I think that's a fair statement that I
21  probably gained more knowledge since 2019 to now;
22  right?
23     Q.  Why, in July 2019, did you think that if WAA
24  was off, that none of the data was sent to Google?
25          MR. SANTACANA:  Objection.  Misstates prior

Page 75

```
 1    testimony and the document.
 2              THE WITNESS:  Yeah.  So I can only, you
 3    know -- you know, it's back in 2019.  But like I said,
 4    I work in Workspace.  Everything is GAIA tied.  So if
 5    it's not GAIA tied, it's not there; right?  There's no
 6    notion of something other than GAIA tied.  That's just
 7    my background.
 8    BY MR. FRAWLEY:
 9        Q.  Sorry.  I don't believe that answered my
10    question.  So my question was -- and I'll read it
11    again.
12        A.  Uh-huh.
13        Q.  Why, in July 2019, did you think that if WAA
14    was off, that none of this data in Exhibit 7 would be
15    sent to Google?
16              MR. SANTACANA:  Objection.  Misstates prior
17    testimony and the document.  Vague.
18              THE WITNESS:  Yeah, because my background is
19    GAIA-tied data.  So I probably had the impression back
20    then that when WAA is on, it's associated with a
21    particular user in My Activity and when WAA is off,
22    well, there's no association anymore because you can't
23    GAIA tie it anymore to save it, so there's no data
24    being sent; right?  But I don't believe that's the way
25    it works.  Again, I don't work in WAA.
```

Page 76

1   BY MR. FRAWLEY:
2        Q.   So -- sorry.  Right now you don't believe
3   that's the way it works.  Fair?
4        A.   Right now, after gaining more knowledge, I
5   believe there's other mechanisms used to store the
6   data at Google anonymously.
7        Q.   What do you mean by "anonymously"?
8        A.   Not tied to a GAIA ID.
9        Q.   When you say storing the data at Google, what
10  do you mean by "at Google"?
11       A.   On Google infrastructure.
12       Q.   So which -- well, can you give me examples of
13  Google infrastructure?
14       A.   Spanner was one.
15       Q.   So fair to say that WAA off data is stored in
16  Spanner?
17       A.   I don't know exactly where it's stored.
18            MR. SANTACANA:  Yeah.  Lacks foundation.
19            THE WITNESS:  I don't work in the WAA group.
20  BY MR. FRAWLEY:
21       Q.   So you don't know where, within Google, WAA
22  off data is stored.  Is that fair?
23       A.   You know, I couldn't give you a solid answer
24  there because I don't work in the WAA team.
25       Q.   You said you can't give me a solid answer.

Page 77

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                        C E R T I F I C A T E
 2            I do hereby certify that the aforesaid testimony
 3       was taken before me, pursuant to notice, at the time
 4       and place indicated; that said deponent was by me duly
 5       sworn to tell the truth, the whole truth, and nothing
 6       but the truth; that the testimony of said deponent was
 7       correctly recorded in machine shorthand by me and
 8       thereafter transcribed under my supervision with
 9       computer-aided transcription; that the deposition is a
10       true and correct record of the testimony given by the
11       witness; and that I am neither of counsel nor kin to
12       any party in said action, nor interested in the
13       outcome thereof.
14
15                       [signature]
                         Nancy J. Martin, RMR, CSR
16
17       Dated:  September 15, 2022
18
19
20
21       (The foregoing certification of this transcript does
22       not apply to any reproduction of the same by any
23       means, unless under the direct control and/or
24       supervision of the certifying shorthand reporter.)
25
```