# EXHIBIT 20

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN FRANCISCO
 4    _____
                                           )
 5    ANIBAL RODRIGUEZ, et al.,            )
      individually and on behalf of        )
 6    all others similarly situated,       )
                                           )
 7                         Plaintiffs,     )
                                           ) Case No.:
 8    vs.                                  ) 3:20-CV-04688
                                           )
 9    GOOGLE LLC, et al.,                  )
                                           )
10                         Defendant.      )
      _____)
11
12
13                     ** CONFIDENTIAL **
14
15              Videotaped Deposition of
16                   ANIBAL RODRIGUEZ
17                 (Conducted Remotely)
18              Sunday, October 16, 2022
19                   12:03 p.m. EDT
20
21
22
23
24    Job No.:  5516994
25    Reported by:  BRENDA MATZOV, CSR NO. 9243
```

Page 1

| | | |
|---|---|---|
| 1 | use your words -- was engaging in disturbing | 14:00:52 |
| 2 | conduct by collecting data while WAA is off | 14:00:56 |
| 3 | factor into your decision to purchase another | 14:00:56 |
| 4 | phone that used the Android software system? | 14:01:00 |
| 5 |     A.   Because, you know, being limited to | 14:01:05 |
| 6 | what I have as far as options.  Again, I'm not | 14:01:06 |
| 7 | a rich person.  I don't -- I don't have money | 14:01:09 |
| 8 | to buy certain phones.  My provider had a great | 14:01:11 |
| 9 | deal and I had to do that.  Sometimes I -- you | 14:01:16 |
| 10 | know, you have to go that route.  I mean, that's | 14:01:19 |
| 11 | basically what it comes down to.  I mean, that's -- | 14:01:23 |
| 12 | that's why I chose to do that. | 14:01:25 |
| 13 | But, again, WAA's off, it should not | 14:01:29 |
| 14 | be collecting data, you know.  It -- it's plain | 14:01:33 |
| 15 | and simple. | 14:01:37 |
| 16 | ==And, again, we're -- we're -- we're== | 14:01:42 |
| 17 | ==in this here.==  ==And as -- as far as what we're== | 14:01:43 |
| 18 | ==investigating, I didn't want to change any of== | 14:01:51 |
| 19 | ==my -- my -- my activities or -- or what I'm doing== | 14:01:53 |
| 20 | ==if before -- if -- if we're in this investigation,== | 14:01:59 |
| 21 | ==I needed to keep what I had.== | 14:02:01 |
| 22 | ==So my phone still had same apps, still== | 14:02:04 |
| 23 | ==have WAA off, and my -- my behaviors are still== | 14:02:08 |
| 24 | ==the same.==  ==In order for this to continue, I want== | 14:02:11 |
| 25 | ==to make sure that you know that I still have== | 14:02:15 |

Page 83

| | | |
|---|---|---|
| 1 | ==the same behaviors.== | 14:02:17 |
| 2 | Q.    Why did you think it was important | 14:02:21 |
| 3 | that you have the same behaviors during your | 14:02:24 |
| 4 | investigation? | 14:02:26 |
| 5 | A.    Because we're -- we're in this | 14:02:27 |
| 6 | investigation.  And if -- if everything is -- | 14:02:28 |
| 7 | you know, if -- if you are indeed taking | 14:02:30 |
| 8 | information from me without my permission, | 14:02:34 |
| 9 | we need to know.  So my phone is still there, | 14:02:36 |
| 10 | the same way it was before -- before the | 14:02:40 |
| 11 | allegation and while we're in this deposition. | 14:02:42 |
| 12 | So why I have the same phone is so | 14:02:45 |
| 13 | that way we can figure out what's going on. | 14:02:49 |
| 14 | And, obviously, at the end of the day, we'll | 14:02:52 |
| 15 | figure out what -- what's really happening. | 14:02:54 |
| 16 | Q.    How will you do that? | 14:02:57 |
| 17 | A.    Well, you're -- we're -- we're doing | 14:03:00 |
| 18 | an investigation.  We're in this lawsuit here. | 14:03:01 |
| 19 | And I have lawyers and other professionals that | 14:03:04 |
| 20 | are looking into that. | 14:03:08 |
| 21 | Q.    Besides what your lawyers are doing, | 14:03:13 |
| 22 | do you have any knowledge about what is being | 14:03:14 |
| 23 | done to investigate your allegations? | 14:03:17 |
| 24 | MR. LEE:  I think she's asking about | 14:03:21 |
| 25 | things beyond discussions you've had with counsel. | 14:03:23 |

Page 84

| | | |
|---|---|---|
| 1 | And, you know, as -- as far as apps -- | 19:50:43 |
| 2 | going back to your question with apps, what apps | 19:50:46 |
| 3 | are associated, I don't know offhand what they | 19:50:49 |
| 4 | are. | 19:50:53 |
| 5 | Q.  So earlier you testified that you have | 19:50:55 |
| 6 | a hard time sleeping knowing what Google might | 19:50:58 |
| 7 | be doing with data when WAA is off. | 19:51:01 |
| 8 | ███████████████████████████████ | 19:51:05 |
| 9 | ███████████████████████████████ | 19:51:09 |
| 10 | ██ ████████████████████████ | 19:51:15 |
| 11 | ████████████████████████ | 19:51:16 |
| 12 | ████████ ██████████████ | 19:51:18 |
| 13 | ████████████████ ██████ | 19:51:21 |
| 14 | ██████████████████████ | 19:51:24 |
| 15 | ██████ ████████████████ | 19:51:26 |
| 16 | ██████████ ██████ ██████ | 19:51:30 |
| 17 | ████████████ ██████████ | 19:51:33 |
| 18 | ████████ | 19:51:36 |
| 19 | ██████████████ ████ | 19:51:37 |
| 20 | ██████████████████████████████ | 19:51:44 |
| 21 | ████████████ ██████████████ ████ | 19:51:44 |
| 22 | ████████████████████ ████ | 19:51:47 |
| 23 | ████████████████████████████████ | 19:51:52 |
| 24 | ██████████████████████████ | 19:51:55 |
| 25 | ████████████████████████ ████ | 19:51:58 |

```
 1   [redacted]                                    19:52:01
 2   [redacted]                                    19:52:02
 3   [redacted].                                   19:52:05
 4   [redacted]                                    19:52:06
 5   [redacted]                                    19:52:07
 6   [redacted]                                    19:52:12
 7   [redacted]                                    19:52:16
 8   [redacted]                                    19:52:20
 9   [redacted],                                   19:52:23
10   [redacted].                                   19:52:28
11   [redacted]                                    19:52:33
12   [redacted]                                    19:52:37
13   [redacted]                                    19:52:42
14   [redacted]                                    19:52:46
15   [redacted]                                    19:52:49
16   [redacted]                                    19:52:52
17   [redacted]                                    19:52:55
18   [redacted]                                    19:53:00
19   [redacted]                                    19:53:02
20   [redacted]                                    19:53:07
21   [redacted]                                    19:53:11
22   [redacted]                                    19:53:16
23   [redacted]                                    19:53:18
24        Q.   Is there a reason you didn't want to   19:53:22
25   take the harder route of creating a Yahoo account  19:53:24
```

Page 312

| | | |
|---|---|---|
| 1 | while you investigated your claims against Google? | 19:53:25 |
| 2 | A. Because I already have my account already | 19:53:30 |
| 3 | here. I already have my account on Google, my -- | 19:53:34 |
| 4 | my -- my -- my Google account on my device. And, | 19:53:39 |
| 5 | again, it's easier to just go to Google and press | 19:53:43 |
| 6 | "Add an account," create the e-mail really quick, | 19:53:47 |
| 7 | get your password and such, and then have it in | 19:53:51 |
| 8 | my dashboard to pick. But they don't have access | 19:53:55 |
| 9 | to those e-mails that I created on my phone. | 19:54:01 |
| 10 | MR. LEE: Hey, guys. | 19:54:05 |
| 11 | MS. ARAKAKI: I -- | 19:54:05 |
| 12 | MR. LEE: We're going to need to take | 19:54:05 |
| 13 | a break because our -- our food's here and we | 19:54:07 |
| 14 | gotta go downstairs to get it. So I can't leave | 19:54:11 |
| 15 | the guy waiting. Can we take a -- a ten-minute | 19:54:11 |
| 16 | short break while we can do that? And we'll | 19:54:14 |
| 17 | come back up. I think we can just -- we just | 19:54:17 |
| 18 | got munchables. So we're not going to take any | 19:54:20 |
| 19 | time for dinner. But I do need to grab the food | 19:54:23 |
| 20 | before the guy -- delivery guy leaves. | 19:54:25 |
| 21 | MS. ARAKAKI: Okay. I'm not going to | 19:54:28 |
| 22 | agree to go off the record just yet. But I am | 19:54:29 |
| 23 | almost done. And then we can go off the record. | 19:54:30 |
| 24 | MR. LEE: Actually -- | 19:54:34 |
| 25 | MS. ARAKAKI: I'm going to ask my next -- | 19:54:34 |

Page 313

| | | |
|---|---|---|
| 1 | BY MS. ARAKAKI: | 20:08:30 |
| 2 |     Q.  Apart from making sure WAA is off, | 20:08:31 |
| 3 | did you change your behavior in the way you | 20:08:33 |
| 4 | interacted with any of the apps after and as | 20:08:36 |
| 5 | a result of the allegations in your July 2020 | 20:08:39 |
| 6 | Complaint? | 20:08:42 |
| 7 |         MR. LEE:  Asked and answered. | 20:08:44 |
| 8 |         THE WITNESS:  No.  The -- it -- it's -- | 20:08:44 |
| 9 | I continue on with the WAA off and same behaviors. | 20:08:46 |
| 10 | I mean, it's -- what I changed was the -- the -- | 20:08:52 |
| 11 | the WAA, making sure it's off, making sure all | 20:08:55 |
| 12 | my e-mails -- because I didn't know that they | 20:08:58 |
| 13 | were on and then make sure they're off.  But | 20:09:00 |
| 14 | once I could -- once I did that, I continued | 20:09:03 |
| 15 | on. | 20:09:06 |
| 16 | BY MS. ARAKAKI: | 20:09:10 |
| 17 |     Q.  Based on and as a result of the | 20:09:10 |
| 18 | allegations you believe to be true in your | 20:09:12 |
| 19 | initial Complaint that was filed on July | 20:09:15 |
| 20 | 2020, did you direct ███ to change any | 20:09:17 |
| 21 | of his behavior with respect to the apps | 20:09:21 |
| 22 | on his Samsung phone? | 20:09:23 |
| 23 |     A.  Did I direct him to do -- to -- | 20:09:27 |
| 24 | to change any -- anything on his phone?  I | 20:09:29 |
| 25 | believe so.  That was definitely something | 20:09:36 |

Page 327

| | | |
|---|---|---|
| 1 | Q.   -- as a result -- | 20:10:50 |
| 2 | A.   We're -- we're talking about apps | 20:10:52 |
| 3 | here and all my behaviors regarding those apps | 20:10:55 |
| 4 | and my son's behaviors regarding those apps. | 20:11:02 |
| 5 | Specific ones, I -- I -- I don't -- | 20:11:06 |
| 6 | I -- I don't know what -- how am I going to | 20:11:08 |
| 7 | know which specific ones to look out for? | 20:11:11 |
| 8 | Q.   So I'm not asking about any specific | 20:11:18 |
| 9 | app or any specific thing you should look out | 20:11:20 |
| 10 | for. | 20:11:24 |
| 11 | ██████ ) ██████████ ) | 20:11:24 |
| 12 | ██████████████████████ ) | 20:11:27 |
| 13 | ████████████████████████ ) | 20:11:31 |
| 14 | ██████████████████████ ) | 20:11:34 |
| 15 | ████████████████████ ) | 20:11:39 |
| 16 | ██████████████████████ ) | 20:11:41 |
| 17 | ██████████ ) | 20:11:45 |
| 18 | A.   ██████████████████ ) | 20:11:50 |
| 19 | ██████████████████████ ) | 20:11:52 |
| 20 | ████████████████ ). | 20:11:54 |
| 21 | Q.   ██████████████████████ ) | 20:12:04 |
| 22 | ██████████████ ) | 20:12:08 |
| 23 | A.   ██████ ) ████ ) ██████████ ) | 20:12:11 |
| 24 | ██████████ ) | 20:12:15 |
| 25 | Q.   Have you installed new apps since | 20:12:21 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | July 2020? | 20:12:21 |
| 2 | A. Yes. | 20:12:22 |
| 3 | Q. Before installing new apps after | 20:12:23 |
| 4 | July 2020, did you investigate whether those | 20:12:26 |
| 5 | apps use Google Analytics for Firebase? | 20:12:29 |
| 6 | A. No. | 20:12:35 |
| 7 | MS. ARAKAKI: Mr. Lee, did you want | 20:12:50 |
| 8 | to go off the record to eat the dinner that | 20:12:51 |
| 9 | you all had picked up? | 20:12:54 |
| 10 | MR. LEE: Well, I'm not eating at | 20:13:00 |
| 11 | this point. So -- | 20:13:01 |
| 12 | THE WITNESS: I'm good. | 20:13:03 |
| 13 | MR. LEE: What's the time on the | 20:13:04 |
| 14 | record? Are you done? Lori, are you done? | 20:13:05 |
| 15 | MS. ARAKAKI: No. I have -- no. I | 20:13:12 |
| 16 | have a little more. But it was a good breaking | 20:13:12 |
| 17 | point. So -- | 20:13:16 |
| 18 | MR. LEE: A good breaking point for | 20:13:17 |
| 19 | you now? | 20:13:20 |
| 20 | MS. ARAKAKI: -- I wanted to ask. | 20:13:20 |
| 21 | Yes. It was a good breaking point. | 20:13:21 |
| 22 | So I wanted -- | 20:13:23 |
| 23 | MR. LEE: For who? | 20:13:23 |
| 24 | MS. ARAKAKI: -- to ask if you wanted | 20:13:23 |
| 25 | a break. | 20:13:23 |

Veritext Legal Solutions
866 299-5127

```
 1   when WAA is off, that that information will not        20:40:03
 2   be gathered by the app.                                20:40:12
 3        Q.   Are you able to answer this following        20:40:25
 4   question with a "yes" or "no"?                         20:40:27
 5             Have you ever withdrawn your consent         20:40:29
 6   with any third-party app to collect your data          20:40:32
 7   and send it to Google?                                 20:40:35
 8        A.   It -- it -- I -- I don't think -- I          20:40:39
 9   mean, that's -- I have not, because it's not --        20:40:41
10   it doesn't matter.  It -- it's -- it -- my deal       20:40:45
11   is not with -- my deal is with them when I --          20:40:49
12   when I -- if I decide to do that.                      20:40:52
13             If I decide to tell them, hey, look,         20:40:54
14   don't send information to Google or it's okay          20:40:58
15   for me -- for you to send to Google.  At the           20:41:02
16   end of the day, whether or not I -- I -- I             20:41:06
17   consent or do not consent or contact them to           20:41:08
18   tell them that I do not consent and want to --         20:41:13
19   want to use their app, that's up to me to do           20:41:16
20   with them specifically.                                20:41:19
21             You're just recommending that I do           20:41:19
22   that on this here, so that way it's easier for         20:41:21
23   you guys not to receive it.  But if -- like I          20:41:25
24   said, if we're -- if you say that you're not           20:41:31
25   going to take that information when Google --          20:41:34
```

Page 349

```
 1              CERTIFICATE OF REPORTER
 2
 3         I, BRENDA MATZOV, CSR NO. 9243, do hereby
 4    certify:
 5         That, prior to being examined, the witness
 6    named in the foregoing deposition was remotely duly
 7    sworn by me to testify the truth, the whole truth,
 8    and nothing but the truth;
 9         That the foregoing deposition was taken
10    remotely before me, at which time the aforesaid
11    proceedings were stenographically recorded by me
12    and thereafter transcribed by me;
13         That the foregoing transcript, as typed,
14    is a true record of the said proceedings;
15         And I further certify that I am not
16    interested in the action.
17
18         Dated this 28th day of October, 2022.
19
20
21
22         [Signature: Brenda Matzov]
23         BRENDA MATZOV, CSR NO. 9243
24
25
```

Page 371