# EXHIBIT 23

CONFIDENTIAL

```
 1             IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4                          ---o0o---
 5   ANIBAL RODRIGUEZ, et al.       )
     individually and on behalf     )
 6   of all other similarly         )
     situated,                      )
 7                                  )
              Plaintiffs,           ) Case No.
 8                                  ) 3:20-CV-04688
     vs.                            )
 9                                  )
     GOOGLE LLC, et al.,            )
10                                  )
              Defendant.            )
11   _____)
12
13                        CONFIDENTIAL
14                          ---o0o---
15              Videotaped Zoom Deposition of
16                      JULIAN SANTIAGO
17                   Monday, March 7, 2022
18                          ---o0o---
19
20
21
22
23   Katy E. Schmidt
24   RPR, RMR, CRR, CSR 13096
25   Veritext Job No.: 5106972
```

Page 1

```
1              Go ahead, you can answer it again.              01:19
2    BY MS. ARAKAKI:                                           01:19
3         Q.   You can answer.                                 01:19
4         A.   If I've explicitly requested and opted out of   01:19
5    The Economist collecting my data and what I've clicked    01:19
6    on, then, yes, that is a huge invasion of my privacy.     01:19
7         Q.   Would you stop using The Economist if you       01:19
8    found that out?                                           01:19
9         A.   If I had another source of that material that   01:19
10   I could access, I might consider it.                      01:20
11        Q.   But if you didn't have another source for the   01:20
12   same types of articles, would you continue to use         01:20
13   The Economist?                                            01:20
14        A.   Well, I would have no choice if I still want    01:20
15   to have access to that material; right?                   01:20
16        Q.   Why do you believe you would have no choice?    01:20
17        A.   Well, you just said there's no other way to     01:20
18   access that information.  And if I find it -- in order    01:20
19   to continue living a certain way, I need to continue to   01:20
20   have access to certain information, then I would have no  01:20
21   choice in continuing to use it.                           01:20
22             MR. LEE:  Hey, Lori, I don't know how long      01:20
23   we've been on the record, but just FYI, Julian has not    01:20
24   had lunch yet, and I know in Pacific time, it's 1:00      01:20
25   something, 1:20.                                          01:20
```

Page 119

```
 1         A.    Sure.  Yeah.                                    02:59
 2         Q.    So if it's a couple times a week, let's say     02:59
 3   two to three, would it be fair to say that you use the      02:59
 4   Bleacher Report about eight to 12 times a month?            02:59
 5         A.    Sure.                                           02:59
 6         Q.    Why do you continue to use the Bleacher Report  02:59
 7   over the last year after finding out that you -- what       02:59
 8   you believe to be the fact that Google obtains and          03:00
 9   saves your app interaction data, even though you have       03:00
10   web-and-app activity off?                                   03:00
11         A.    I think Bleacher Report is a good app.  And I   03:00
12   like their journalism and I like their articles and how     03:00
13   user friendly it is.  And although unsettling that          03:00
14   whatever I'm accessing on Bleacher Report may still be      03:00
15   getting tracked and collected by Google, despite me         03:00
16   having turned web-and-app activity off, which Google        03:00
17   clearly states includes services like integrated            03:00
18   third-party apps, it's still a good app.  And it is         03:00
19   highly unsettling but I've continued to use it because      03:01
20   they do a good job.                                         03:01
21         Q.    So you say "highly unsettling" but it's not     03:01
22   highly -- or unsettling enough to cause you to stop         03:01
23   using the Bleacher Report; right?                           03:01
24         A.    Well, if there could be another                 03:01
25   Bleacher Report app that isn't linked to Google, I would    03:01
```

Page 162

| | | |
|---|---|---|
| 1 | A. Because once you have information, and in this | 03:19 |
| 2 | case a team drafted, that's something that you keep | 03:19 |
| 3 | throughout the entire season. | 03:19 |
| 4 | So I kept using that app because I drafted a | 03:19 |
| 5 | team on that app, and I was playing with 12 different | 03:19 |
| 6 | individuals on that app where I couldn't just leave. | 03:20 |
| 7 | And there was money involved. | 03:20 |
| 8 | Q. Got it. | 03:20 |
| 9 | A. And there's people that are also relying on me | 03:20 |
| 10 | continuing to use that app to fulfill the season. | 03:20 |
| 11 | Q. And when you say there was money on the line, | 03:20 |
| 12 | do you mean money you paid to ESPN Fantasy or money in | 03:20 |
| 13 | the Fantasy Football League? | 03:20 |
| 14 | A. Money in the Fantasy Football League. | 03:20 |
| 15 | Q. ==When in the season did you draft or in the== | 03:20 |
| 16 | ==year did you draft your team?== | 03:20 |
| 17 | A. ==At the beginning of the season.== | 03:20 |
| 18 | Q. ==And when was that, approximately? What month?== | 03:20 |
| 19 | A. ==Probably August. Before the season started.== | 03:20 |
| 20 | Q. ==This is August 2021?== | 03:20 |
| 21 | A. ==Yes.== | 03:20 |
| 22 | Q. ==Between the prior year, at least at the time== | 03:20 |
| 23 | ==where you filed your Third Amended Complaint in November== | 03:21 |
| 24 | ==2020, where you had -- or understood these allegations== | 03:21 |
| 25 | ==of yours that are in the Complaint, in August 2021 did== | 03:21 |

```
 1    you take any steps to come up with an alternative to        03:21
 2    ESPN Fantasy?                                                03:21
 3         A.   I suggested to my very stubborn friends who        03:21
 4    have been using this app for close to 10 years now that      03:21
 5    maybe we should use another app.  And like I said,           03:21
 6    they're very stubborn and majority rules, therefore we       03:21
 7    stuck with using the same app.                               03:21
 8         Q.   Surely you told those friends about what           03:21
 9    happened or what you believed Google to be doing; right?     03:21
10         A.   No.  Not surely.  I simply presented to them,      03:21
11    "Hey, why don't we use another app?"                         03:21
12         Q.   Did you give them a reason as to -- go ahead.      03:21
13              MR. LEE:  Yeah.  Go ahead.                         03:22
14              THE WITNESS:  I suggested we use another app.      03:22
15    I don't need to give my friends reasons.                     03:22
16    BY MS. ARAKAKI:                                              03:22
17         Q.   So you're telling me that you found what           03:22
18    Google was doing to be highly offensive, to be screwing      03:22
19    you, to be enough to be the case that you wanted to look     03:22
20    into a different app and get your whole set of friends       03:22
21    to move to a different Fantasy Football app but you          03:22
22    didn't tell them that?                                       03:22
23         A.   No.  I simply suggested it.                        03:22
24         Q.   Did you tell them that the suggestion to move      03:22
25    to a different Fantasy Football app was because you were     03:22
```

```
1    concerned Google was obtaining their app interaction         03:22
2    data?                                                        03:22
3         A.   No, I didn't get into detail about it.  I          03:22
4    simply suggested it in passing.  It didn't stick.  But       03:22
5    perhaps with the following season, like I said I've been     03:22
6    looking into different app alternatives, I will give         03:22
7    them a little more reason to.                                03:22
8         Q.   Did you mention Google at all in your              03:23
9    conversations --                                             03:23
10        A.   No.                                                03:23
11        Q.   -- with your friends?                              03:23
12        A.   No.                                                03:23
13             MR. LEE:  Lori, I'm sorry keep to bugging you,     03:23
14   but I really have to pee.                                    03:23
15             MS. ARAKAKI:  Yeah.  We can take a break now.      03:23
16             MR. LEE:  Okay.  Thank you.                        03:23
17             THE VIDEOGRAPHER:  Off the record.  The time       03:23
18   is 6:23 p.m.                                                 03:23
19             (Break taken in proceedings.)                      03:39
20             THE VIDEOGRAPHER:  Back on the record.  The        03:40
21   time is 6:40 p.m.                                            03:40
22   BY MS. ARAKAKI:                                              03:40
23        Q.   Mr. Santiago, before the break, we were going      03:40
24   through a number of apps that are listed in the              03:40
25   Third Amended Complaint so I'm just going to keep going      03:40
```

Page 178

```
 1        A.    Your question was did I continue using              03:41
 2   MapMyRide?                                                     03:41
 3        Q.    Yes.                                                03:41
 4        A.    Very simply because it's a great app for            03:41
 5   tracking my bike rides.                                        03:41
 6        Q.    Do you think there's an alternative?                03:42
 7        A.    Sure.  There may be other options, yeah.            03:42
 8        Q.    Have you looked into them?                          03:42
 9        A.    I've tried other bike ride tracking apps, and       03:42
10   none of them do as good a job in my opinion as                 03:42
11   MapMyRide does.                                                03:42
12        Q.    In terms of the types of data you give to           03:42
13   applications, your locations, you know, what type of           03:42
14   language you're studying or an article you're reading,         03:42
15   is there some specific information you find to be more         03:42
16   private than another type of information?  You know, for       03:42
17   example, like your social security number, do you find         03:42
18   that to be more private to you than the language you're        03:42
19   learning?                                                      03:42
20        A.    I find all my information to be private.  And       03:42
21   I wouldn't want MapMyRide knowing what I'm searching on        03:42
22   Bleacher Report because I'm searching that on                  03:43
23   Bleacher Report and not MapMyRide.                             03:43
24              I wouldn't want Nike Run Club knowing what my       03:43
25   bike lanes are, just like wouldn't want MapMyRide              03:43
```

```
1                REPORTER'S CERTIFICATE
2                      ---o0o---
3    STATE OF CALIFORNIA    )
                            ) ss.
4    COUNTY OF YOLO         )
5         I, KATY E. SCHMIDT, a Certified Shorthand
6    Reporter in and for the State of California, duly
7    commissioned and a disinterested person, certify:
8         That the foregoing deposition was taken before me
9    at the time and place herein set forth;
10        That JULIAN SANTIAGO, the deponent herein, was
11   put on oath by me;
12        That the testimony of the witness and all
13   objections made at the time of the examination were
14   recorded stenographically by me to the best of my
15   ability and thereafter transcribed into typewriting;
16        That the foregoing deposition is a record of the
17   testimony of the examination.
18        IN WITNESS WHEREOF, I subscribe my name on this
19   21st day of March, 2022.
20
21        [signature: K Schmidt]

22        Katy E. Schmidt, RPR, RMR, CRR, CSR 13096
          Certified Shorthand Reporter
23        in and for the County of Sacramento,
          State of California
24
25   Ref. No. 5106972 KES
```

Page 301

Veritext Legal Solutions
866 299-5127