UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-04688-RS<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Further Case Management Conference on February 1, 2024. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

The parties will seek to engage in private mediation.

2. CLASS NOTICE.

Class Notice shall proceed as follows:

    a. On or before February 29, 2024, the parties will submit their Class Notice Plan Proposal to the court.

    b. 30 days following approval of the Notice Plan by the court, the Notice Period will commence.

    c. 45 days following the commencement of the Notice Period, the Notice Period will conclude.

      d.   60 days following the conclusion of the Notice Period is the deadline for Class Members to opt-out.

      e.   30 days following the deadline for Class Members to opt-out, Plaintiffs will report opt-out information to the court.

3.    CLASS ACTION SETTLEMENTS.

In putative class actions, prior to submitting any motion for approval of a class settlement, the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance and tailor the motion appropriately.

4.    FURTHER CASE MANAGEMENT CONFERENCE.

A virtual Further Case Management Conference shall be held on **October 10, 2024 at 10:00 a.m.** The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.    SUMMARY JUDGMENT.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience). Summary judgment briefing will proceed as follows:

      a.   Defendant's deadline to file a motion for summary judgment is March 28, 2024.

      b.   Plaintiffs' deadline to oppose Google's motion for summary judgment and file a cross-motion for summary judgment is April 25, 2024.

      c.   Defendant's deadline to file a reply in support of their summary judgment motion and oppose Plaintiffs' summary judgment motion is May 23, 2024.

      d.   Plaintiffs' deadline to file a reply in support of their summary judgment motion is June 10, 2024.

      e.   A hearing on the cross-motions for summary judgment will be held on July 11, 2024.

6.    *DAUBERT* MOTIONS

The last day to hear any *Daubert* motions is November 14, 2024. All briefs related to any *Daubert* motions must be submitted by October 31, 2024.

7. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **January 22, 2025 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

8. TRIAL DATE.

A jury trial shall commence on **February 10, 2025 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: February 1, 2024

_____
RICHARD SEEBORG
Chief United States District Judge