**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
NOOR RAHMAN (SBN:330572)
  nrahman@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON SCHEDULE FOR NOTICE-RELATED DISPUTES**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") |
| 2 | and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into |
| 3 | this joint stipulation. |
| 4 | WHEREAS, on January 3, 2024, the Court granted Plaintiffs' Motion for Class Certification |
| 5 | (Dkt. 352), |
| 6 | WHEREAS, on January 25, 2024, both Parties proposed a February 29, 2024 deadline to |
| 7 | file the proposed notice plan with the Court (Dkt. 363), |
| 8 | WHEREAS, on February 1, 2024, the Court accepted the Parties' proposal and set a |
| 9 | February 29, 2024 deadline to file the proposed notice plan (Dkt. 367), |
| 10 | WHEREAS, the Parties have met and conferred frequently to collaborate on a proposed |
| 11 | notice plan, |
| 12 | WHEREAS, the Parties have exchanged several drafts of the proposed notice documents |
| 13 | and the media through which the notice will be disseminated, |
| 14 | WHEREAS, the Parties have worked with the notice administrator to ensure that the content |
| 15 | of the notice documents aligns with best practice, |
| 16 | WHEREAS, the Parties have agreed to the content of the notice documents and the media |
| 17 | types through which the notice will be disseminated, |
| 18 | WHEREAS, the Parties have agreed to follow industry standard best practice efforts in |
| 19 | conducting direct notice to Class Members by email, |
| 20 | WHEREAS, the Parties have recently discovered two potential disputes relating to the |
| 21 | mechanics of disseminating notice, |
| 22 | WHEREAS, the Parties are committed to continuing to meet and confer to narrow and |
| 23 | hopefully resolve these remaining disputes, |
| 24 | WHEREAS, the Parties have already exchanged proposals to allow for expeditious |
| 25 | resolution of these potential disputes, and |
| 26 | WHEREAS, the Parties would benefit from further time to meet and confer regarding these |
| 27 | disputes and, if necessary, to present them to this Court for resolution. |
| 28 | |

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that no later than **March 7, 2024**, to the extent any disputes remain, the Parties shall file a joint letter-brief not to exceed five pages stating the Parties' competing positions concerning the aforementioned disputes. If the Parties resolve either or both disputes, the submission shall state the Parties' agreement.

A Proposed Order is submitted concurrently herewith.

Good cause exists for this slight modification to the schedule to allow the Parties to narrow or resolve the remaining disputes and, if necessary, present them for judicial resolution.

IT IS SO STIPULATED.

DATED: February 29, 2024                          WILLKIE FARR & GALLAGHER, LLP

                                                               By: */s/ Eduardo Santacana*
                                                                   Eduardo Santacana (SBN: 281668)

*Attorneys for Defendant Google LLC*

DATED: February 29, 2022                          By:  */s/ Amanda Bonn*
                                                                            Amanda Bonn (SBN. 270891)

*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: February 29, 2024                    SUSMAN GODFREY L.L.P.


                                            /s/ *Amanda Bonn*
                                            Amanda Bonn