# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 3:20-CV-04688-RS<br><br>**ORDER ON SCHEDULE FOR NOTICE-RELATED DISPUTES**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

　　　　Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that no later than **March 7, 2024**, the Parties shall file a joint letter-brief, not to exceed five pages, describing each party's positions with respect to the aforementioned disputes concerning the mechanics of disseminating notice. If the Parties resolve either or both of these disputes, the submission shall state the Parties' agreement.

**IT IS SO ORDERED.**

Dated: 3/1/2024

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Honorable Richard Seeborg