# Exhibit 3

**Display Banner (300x250) #1**

Frame 1 (on screen for 5 seconds):     Frame 2 (on screen for 3 seconds):

 

Frame 3 (on screen for 5 seconds):



### Facebook Newsfeed Ad #1
(Static)



### Facebook Right Hand Column Ad #1
(Static)



### Instagram Newsfeed Ad #1
(Static)



**Gmail.com Promotional Ad #1**
(Pre-Click)



(On-Click)



**Reddit Feed Ad #1**
(Static)



**X (Twitter) Feed Ad #1**
(Static)



**Display Banner (300x250) #2**

Frame 1 (on screen for 5 seconds):



Frame 2 (on screen for 3 seconds):



Frame 3 (on screen for 5 seconds):



### Facebook Newsfeed Ad #2
(Static)



### Facebook Right Hand Column Ad #2
(Static)



### Instagram Newsfeed Ad #2
(Static)



**Gmail.com Promotional Ad #2**
(Pre-Click)



(On-Click)



**Reddit Feed Ad #2**
(Static)



**X (Twitter) Feed Ad #2**
(Static)

