# Exhibit 5

*© 2023 Hilsoft Notifications*

***30-Second Video & Audio Script***

Attention – this is a Court Ordered Legal Notice. If you have previously turned off or "paused" either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting, you could be included in an ongoing class action lawsuit. To find out more information about your rights and whether you are a Class Member, go to websiteURL-dot-com or call 1-XXX-XXX-XXXX. That's websiteURL-dot-com or 1-XXX-XXX-XXXX.

*© 2023 Hilsoft Notifications*