# Exhibit 6



**Case Name:** *Rodriguez et al v Google LLC*
**Toll Free:** 1-xxx-xxx-xxxx
**Billing Code:** TBD
**Launch Date:** TBD

**Greeting Message**
Thank you for calling the *Rodriguez et al. v. Google LLC* Lawsuit administration line.  Para escuchar en Español, presione nueve. [Translates to: "To listen in Spanish, press 9."]

The lawsuit alleges that Google LLC unlawfully accessed account holder devices and data, including app activity data on their mobile devices, even though they turned off or "paused" Google activity controls called "Web & App Activity" or the supplemental Web & App Activity sub-setting. Google denies any wrongdoing and the lawsuit is ongoing.

For more information, you can listen to recorded answers to frequently asked questions and visit the website at www.xxxxxxxxxxxxx.com.

**Main Menu**
To hear more information in the form of frequently asked questions and answers, please **press 1**. To replay this message, press the pound key.

**Press 1 Message from Main Menu (FAQs) – (Maximum of 9 FAQs)**
Please listen carefully to the following categories. You may make your selection at any time; press the star key to return to the main menu, or simply hang up to disconnect.

To hear more information about this Lawsuit, please **press 1**.

For information about who can participate in this Lawsuit, please **press 2**.

To learn about what benefits are available in the Lawsuit, please **press 3**.

To hear more information about how to know if you turned off Web & App Activity, please **press 4**.

To find out your Rights and Options, please **press 5**.

To find out how you can be excluded from this Lawsuit, please **press 6**.

To hear who represents the Class, please **press 7**.

To replay this message, press the pound key.

**FAQ 1 (More Information About This Lawsuit)**

Plaintiffs in this lawsuit sued Google alleging that when someone turned off or "paused" Google's Web & App Activity setting and/or supplemental Web & App Activity setting, Google lacked permission to collect, save, and use the data concerning their activity on non-Google apps that have incorporated certain Google software code into the apps (such as Uber, Venmo, TikTok, Instagram, Facebook, WhatsApp, etc.).

Plaintiffs allege that regardless of whether Class Members paused or turned off these settings, Google collected app activity data using certain code embedded within many non-Google apps. This embedded code includes the Firebase Software Development Kit and the Google Mobile Ads Software Development Kit, which are written and distributed by Google and placed on apps by third party developers who own the apps.

Plaintiffs allege Google used this code to unlawfully access their devices and collect, save, and use data from their activity on non-Google apps for Google's own benefit.

Google denies Plaintiffs' legal claims and does not admit to any wrongdoing. The Court has not decided who is right.

Subroutine

**FAQ 2 (Who Can Participate?)**

You are a Class Member if you meet the definition of a Class 1 Class Member and/or a Class 2 Class Member as defined by the Court:

Class 1 consists of all individuals who, during the period beginning July 1, 2016 and continuing through [NOTICE DATE TK], (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

Class 2 consists of all individuals who, during the period beginning July 1, 2016 and continuing through [NOTICE DATE TK] (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

If you're still not sure whether you are a Class Member, please visit the website, www.xxxxxxxxxx.com or write to: Rodriguez v. Google, P.O. Box xxxx, Portland, OR 97xxx-xxxx.

Subroutine

**FAQ 3 (Benefits available)**

No money or benefits are available now. The Court has not decided whether Google did anything wrong, and Plaintiffs and Google have not settled the lawsuit. There is no guarantee money or benefits will be obtained in the future. You will be notified if money or benefits become available.

Subroutine



**FAQ 4 How do I know if I turned off Web & App Activity?**

Based on Google's records, individual Notice is being sent directly to persons that had at least once between July 1, 2016 and [NOTICE DATE TK], turned off or "paused" Google's Web & App Activity setting and/or supplemental Web & App Activity setting.

Subroutine

**FAQ 5 (What are my rights and options?)**

**Do nothing and stay in this lawsuit and await the outcome.** If you do nothing, you will remain a Class Member and keep the possibility of getting money or benefits that may be available in the future from a trial or settlement. If you choose this option, you will be bound by any judgments in this lawsuit and you will lose any rights to sue Google separately regarding the legal claims in this lawsuit.

**Ask to be excluded from this lawsuit and get no money or benefits from the lawsuit.** If you ask to be excluded from this lawsuit and money or benefits are later awarded, you will not receive any. However, you will keep your right to sue Google at your own expense regarding the legal claims in this lawsuit. The deadline to ask to be excluded is **Month DD, 20YY**.

Subroutine

**FAQ 6 (What Do I Do To Be Excluded from the Lawsuit?)**

To exclude yourself, you must send a written request by mail stating that you want to be excluded from *Rodriguez v. Google LLC*. You must include your name, address, telephone number, and your signature. You must mail your exclusion request **postmarked** by **Month DD, 20YY**, to:

Rodriguez v. Google Exclusions  
P.O. Box xxxx  
Portland, OR 97xxx-xxxx

You cannot exclude yourself on the phone or by email. To exclude yourself, you must do so individually and separately; no consolidated, group, or mass requests for exclusion will be accepted.

If you ask to be excluded from this lawsuit and money or benefits are later awarded, you will not receive any. However, you will keep your right to sue Google at your own expense regarding the legal claims in this lawsuit.

Subroutine

**FAQ 7 (Do I Have a Lawyer in This Case?)**
The Court appointed Mark C. Mao, Beko Reblitz-Richardson, and James Lee of Boies Schiller Flexner LLP, John A. Yanchunis and Ryan J. McGee of Morgan & Morgan, and Bill Carmody and Amanda Bonn of Susman Godfrey LLP as "Class Counsel" to represent all Class Members. You will not be charged by these lawyers for their work on the lawsuit. If you have questions, you can reach Class Counsel by sending an email to: ClassCounsel@domain.com



You have the right to hire and appear through your own lawyer, but you do not have to do so. Class Counsel is working on behalf of all Class Members as a whole. If you hire your own lawyer, you will have to pay for your lawyer on your own.

**Press 9 Message from Greeting**:

[Play Greeting Translation in Spanish.  Then provide Main Menu in Spanish, followed by FAQ options in Spanish.]

Subroutine

**Subroutine Message**
To return to the main menu, please press the star key.
To hear these menu options again, please press the pound key.
Or simply hang up to disconnect.