| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>725 S. Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DIRECT NOTICE TO MEMBERS OF THE CERTIFIED CLASSES**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: April 11, 2024<br>Time: 1:30 p.m. |

1    On January 3, 2024, the Court granted Plaintiffs' motion for class certification, certifying two classes under Rule 23(b)(3) and Rule 23(b)(2), each to pursue three claims against Google. Dkt. 352. These two certified classes include Google users who turned off (or paused) the Google privacy controls referred to as Web & App Activity ("WAA") and supplemental Web & App Activity ("sWAA") (collectively "(s)WAA"). Pursuant to the Court's case management schedule, on February 29, 2024 Plaintiffs submitted for consideration a proposed class notice program ("the Class Notice Plan"). Dkt. 368. For the reasons stated herein, Plaintiffs' motion is **GRANTED**.

The Class Notice Plan complies with Rule 23 and Due Process, and shall be executed consistent with Plaintiffs' Motion and documents supported in support thereof.

Plaintiffs' proposed Class Notice Administrator is appointed to administer the Class Notice Plan, who shall be vested with all duties and responsibilities to effectuate the Class Notice Plan.

As agreed to by the parties (Dkt. 363 at 9, 11) and adopted by the Court (Dkt. 367), the Class Notice Plan will shall proceed on the schedule as previously ordered by the Court. Dkt. 367.

The Court has also reviewed Plaintiffs' proposed class period and determined that the class period should be defined as starting on July 1, 2016 and continue through the date that the notice program begins (the "Class Period"). *See, e.g.*, *In re Wal-Mart Stores, Inc. Wage and Hour Litig.*, 2008 WL 1990806, at *6 (N.D. Cal. May 5, 2008).

Finally, any class member who fails to opt out within the period specified in the notice will be deemed a member of the class. *Officers for Justice v. Civil Service Comm'n*, 688 F.2d 615, 634-635 (9th Cir. 1982); *Low v. Trump University, LLC*, 881 F.3d 1111 (9th Cir. 2018). Class members must choose whether to remain in the class during the opt-out period. *See id.* at 634–35 (rejecting argument that "due process requires that members of a Rule 23(b)(3) class be given a second chance to opt out"). If class members do not opt out within the period specific in the notice, they will not have a subsequent opportunity to do so. *Trump University, LLC*, 881 F.3d at 1111.

**DONE** and **ORDERED** this ___ day of _____, 2024.

_____
Honorable Richard Seeborg
Chief United States District Judge