**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
NOORJAHAN RAHMAN (SBN: 330572)
  nrahman@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, *et al.*,<br><br>Defendant. | Case No. 3:20-CV-04688 RS<br><br>**[PROPOSED] ORDER RE JOINT LETTER BRIEF RE NOTICE ISSUES**<br><br>Judge:         Hon. Richard Seeborg<br>Courtroom:   3, 17th Floor<br>Action Filed:  July 14, 2020<br>Trial Date:    February 10, 2025 |

1   Having considered the Joint Letter Brief Regarding Notice Issues, and having considered

2   Google's request to clarify the class definitions, or alternatively to permit Google to fully brief this

3   issue for the Court's benefit before approving a class notice program, the Court GRANTS

4   Google's request to clarify the class definitions as follows:

5   Class 1: All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning
    July 1, 2016 and continuing through the present (the "Class Period"), (a) had their "Web & App
6   Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on
    a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device
7   running the Android operating system, because of the Firebase Software Development Kit
8   ("SDK") and/or Google Mobile Ads SDK.

9   Class 2: All "non-Enterprise" and "non-Unicorn" individuals who, during the Class Period (a) had
    their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and
10  (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a
    mobile device running a non-Android operating system, because of the Firebase SDK and/or
11  Google Mobile Ads SDK.

12

13      **IT IS SO ORDERED.**

14

15  DATED: _____         _____
16                                   Honorable Richard Seeborg
                                     United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28