# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1         UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, et al.,
 5            Plaintiffs,
 6   v.                          Case No.
 7   GOOGLE LLC,                 20-cv-04688-RS
 8            Defendant.
 9
          *************************************
10        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
          ZOOM VIDEOTAPED DEPOSITION OF DAVID MONSEES
11             Thursday, September 15, 2022
                     9:00 a.m. PST
12        *************************************
13
14
15   TAKEN BY:
16       MARK MAO, ESQ.
         ATTORNEY FOR PLAINTIFF
17
18   REPORTED BY:
19       BELLE VIVIENNE, RPR, CRR, NJ-CRR,
         WA/CO/NM-CCR
20       NATIONALLY CERTIFIED REALTIME
         COURT REPORTER
21       VERITEXT LEGAL SOLUTIONS
         JOB NO. 5431690
22       866.299.5127
23
24
25
                                         Page 1
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    disagree with any of the -- the slides           05:50:19
2    that you put together in this                    05:50:22
3    presentation?                                    05:50:23
4              MR. SANTACANA:  Objection,             05:50:26
5        vague, compound.                             05:50:28
6        A.    I think that would be a                05:50:31
7    difficult question for me to answer in           05:50:33
8    general.  Is there a specific slide that         05:50:35
9    you would like to discuss?                       05:50:37
10   BY MR. MAO:                                      05:50:37
11       Q.    Let me drop back a moment for          05:50:39
12   our -- for a moment here.  How does              05:50:42
13   Enterprise WAA setting differ from               05:50:47
14   consumer WAA setting?                            05:50:49
15       A.    Sure, for Enterprise customers         05:50:50
16   as I mentioned in my previous statement,         05:50:52
17   both the end user and the Enterprise             05:50:54
18   customer, what these slides likely refer         05:50:57
19   to as the admin or administrator both have       05:51:00
20   a control for the Web and App Activity           05:51:03
21   setting and by default, the Web and App          05:51:05
22   Activity setting was off for all                 05:51:09
23   domains -- sorry, for all Enterprise             05:51:12
24   domains for a period of time and then it's      05:51:14
25   also disabled for certain other -- I -- I        05:51:19
```

Page 190

| | | |
|---|---|---|
| 1 | think they call it SKUs, differences | 05:51:22 |
| 2 | between paying tiers of these Enterprise | 05:51:25 |
| 3 | accounts.  What this deck is trying to | 05:51:29 |
| 4 | explain is that -- sorry, I should also | 05:51:34 |
| 5 | clarify the Web and App Activity setting | 05:51:37 |
| 6 | is also off for all Enterprise user | 05:51:38 |
| 7 | accounts.  As it creates a scenario where | 05:51:40 |
| 8 | both the admin and the user must | 05:51:44 |
| 9 | coordinate enabling the setting to benefit | 05:51:48 |
| 10 | from some of the features that I believe | 05:51:51 |
| 11 | this deck explains that are disabled in | 05:51:53 |
| 12 | these Google Workspaces products | 05:51:57 |
| 13 | specifically is what this deck focuses on. | 05:51:59 |
| 14 |      Q.    Is there -- are there settings | 05:52:05 |
| 15 | or records that show whether any | 05:52:08 |
| 16 | particular Google account is a Enterprise | 05:52:10 |
| 17 | account or a regular end-user consumer | 05:52:14 |
| 18 | account? | 05:52:18 |
| 19 |      A.    Yes, there are -- I'm not sure | 05:52:19 |
| 20 | of all the -- the places that this | 05:52:25 |
| 21 | information might reside, but in the core | 05:52:27 |
| 22 | Google account repository where account | 05:52:31 |
| 23 | information is stored, my understanding is | 05:52:34 |
| 24 | that that denotes if an account is a | 05:52:35 |
| 25 | Enterprise account or not. | 05:52:38 |

Page 191

```
 1                    CERTIFICATION
 2
 3        I, BELLE VIVIENNE, a Nationally
 4    Certified Realtime Reporter, do hereby
 5    certify:
 6        That the witness whose testimony as
 7    herein set forth, was duly sworn by me;
 8    and that the within transcript is a true
 9    record of the testimony given by said
10    witness.
11        I further certify that I am not
12    related to any of the parties to this
13    action by blood or marriage, and that I am
14    in no way interested in the outcome of
15    this matter.
16        IN WITNESS WHEREOF, I have hereunto
17    set my hand this 20th day of September
18    2022.
19
20
21
22              [signature: Belle Vivienne]
23            BELLE VIVIENNE, CRR, CCR, RPR
24
25               *      *      *
```

Page 332