UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-04688-RS<br><br>**ORDER FOR BRIEFING** |

In this privacy class action, Plaintiffs and Defendant Google jointly filed a letter brief concerning two notice-related issues: (1) access to a table of potential class members who will receive direct email notice (i.e., the email addresses associated with Google accounts that had (s)WAA turned off or paused during the class period); and (2) whether direct email notice should include supervised and enterprise Google accounts. Dkt. 371.

As to the first issue, the parties are granted an extension and encouraged to continue to work to resolve the issue.

As to the second issue, the parties dispute the scope of individuals included in the class definition. To ensure the class definition properly captures the intended class members, Google may file a brief addressing the issue, not to exceed 10 pages, by March 15, 2024. Plaintiffs may offer any response, also limited to 10 pages, by March 22, 2024. Unless ordered otherwise, this matter will then be submitted for decision without argument or further briefing.

**IT IS SO ORDERED**.

Dated: March 8, 2024

_____
Richard Seeborg
Chief United States District Judge