March 8, 2023

**Submitted via ECF**

Chief Judge Richard Seeborg
San Francisco Courthouse
Courtroom 3 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Joint Letter Brief re: Notice Issues
               *Rodriguez v. Google LLC*, Case No. 3:20-cv-04688-RS (N.D. Cal.)

Dear Chief Judge Seeborg:

      The parties have reached an agreement regarding the remaining notice-related dispute. The parties appreciate the Court's patience. The remaining dispute concerned access to information Google has regarding potential class members, who will receive direct notice by email.

      To resolve this dispute, the parties agreed to the following:

- The Class Notice Administrator (Epiq) shall be responsible for providing direct notice to potential class members by email using information provided by Google designated by Google as Highly Confidential - Attorneys' Eyes Only under the Protective Order.

- In connection with this notice process, Class Counsel may seek information from Epiq, and Epiq may share information with Class Counsel. This includes, for example, Epiq and Class Counsel sharing information for the purpose of checking the membership of individual class members, performing due diligence on the formatting and construction of the list and providing notice, troubleshooting issues, and other similar activities. Such information will be stored and secured by Epiq, using commercially reasonable and appropriate standards.

- Epiq will be entitled to share information, including information pertaining to individual class members, with class counsel but only subject to appropriate steps to maintain the security of that data (such as remote access to Class Counsel without transferring the table). Class Counsel may seek access to this information, for example, in the event they receive inquiries from potential class members. The information will remain stored and secured by Epiq, and Class Counsel will not print or transfer copies of the list or portions of it (electronic or otherwise), outside of Epiq.

Respectfully,

| WILLKIE FARR & GALLAGHER, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| By: */s/ Eduardo E. Santacana* | /s/ *Mark C. Mao* |
| Eduardo E. Santacana (SBN: 281668) | Mark C. Mao (CA Bar No. 236165) |
| esantacana@willkie.com | mmao@bsfllp.com |
| Benedict Y. Hur (SBN: 224018) | Beko Reblitz-Richardson (CA Bar No. 238027) |
| bhur@willkie.com | BOIES SCHILLER FLEXNER LLP |
| Simona Agnolucci (SBN: 246943) | 44 Montgomery Street, 41st Floor |
| sagnolucci@willkie.com | San Francisco, CA 94104 |
| Lori Arakaki (SBN: 315119) | Telephone: (415) 293 6858 |
| larakaki@willkie.com | Facsimile (415) 999 9695 |
| One Front Street, 34th Floor | |
| San Francisco, CA 94111 | James W. Lee (*pro hac vice*) |
| Telephone: (415) 858-7400 | jlee@bsfllp.com |
| Facsimile: (415) 858-7599 | Rossana Baeza (*pro hac vice*) |
| *Attorneys for Defendant Google LLC* | rbaeza@bsfllp.com |
| | 100 SE 2nd Street, Suite 2800 |
| | Miami, FL 33130 |
| | Telephone: (305) 539-8400 |
| | Facsimile: (305) 539-1304 |
| | William Christopher Carmody (*pro hac vice*) |

2

bcarmody@susmangodfrey.com

Shawn J. Rabin (*pro hac vice*)

srabin@susmangodfrey.com

Steven Shepard (*pro hac vice*)

sshepard@susmangodfrey.com

SUSMAN GODFREY L.L.P.

1301 Avenue of the Americas, 32nd Floor

New York, NY 10019

Telephone: (212) 336-8330


Amanda Bonn (CA Bar No. 270891)

abonn@susmangodfrey.com

SUSMAN GODFREY L.L.P.

1900 Avenue of the Stars, Suite 1400

Los Angeles, CA 90067

Telephone: (310) 789-3100


John A. Yanchunis (*pro hac vice*)

jyanchunis@forthepeople.com

Ryan J. McGee (*pro hac vice*)

rmcgee@forthepeople.com

MORGAN & MORGAN, P.A.

201 N Franklin Street, 7th Floor

Tampa, FL 33602

Telephone: (813) 223-5505

Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*

## ATTESTATION

I, Eduardo Santacana, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

| DATED: March 8, 2024 | By: | */s/ Eduardo E. Santacana* |
| --- | --- | --- |
| | | Eduardo E. Santacana |
| | | |