**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN:  224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN:  246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN:  281668)
  esantacana@willkie.com
NOORJAHAN RAHMAN  (SBN: 330572)
  nrahman@willkie.com
ARGEMIRA FLÓREZ  (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, *et al*.,<br><br>Defendant. | Case No.  3:20-CV-04688 RS<br><br>**NOTICE OF CHANGE OF COUNSEL PURSUANT TO N.D. CAL. CIV. L.R. 5-1(C)(2)(C)**<br><br>Judge:    Hon. Richard Seeborg<br>Ctrm. 3, 17th Floor, SF |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to N.D. Cal. Civ. L.R. 5-1(c)(2)(C), NOORJAHAN RAHMAN of Willkie Farr & Gallagher LLP hereby withdraws as attorney of record for Defendant Google LLC in this action.  Counsel of record for Defendant otherwise remains the same.


Dated:  March 11, 2024                                      Respectfully submitted,

                                                            WILLKIE FARR & GALLAGHER LLP


                                                            By:    */s/ Noorjahan Rahman*
                                                                   Noorjahan Rahman