1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   ARGEMIRA FLÓREZ (SBN: 331153)
5    aflorez@willkie.com
   HARRIS MATEEN (SBN: 335593)
6    hmateen@willkie.com
   333 Bush Street, 34th Floor
7  San Francisco, CA 94104
   Telephone: (415) 858-7400
8
9  Attorneys for Defendant
   GOOGLE LLC
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC, *et al.*,<br><br>                    Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF DAVID MONSEES IN SUPPORT OF GOOGLE'S MOTION FOR CLARIFICATION OF CLASS DEFINITION**<br><br>Judge:        Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Action Filed: July 14, 2020 |

I, DAVID MONSEES, respectfully submit this declaration in regard to the above captioned matter. I make this declaration based on my personal knowledge of the facts stated herein.

1. I am employed at Google LLC ("Google") as a Senior Product Manager with supervisory authority concerning Web & App Activity ("WAA"). I joined Google in 2009 and have been a Product Manager since December 2009. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigations. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Motion for Clarification of Class Scope of the Court's Class Certification Order.

3. In my role at Google, I have overseen the WAA product area and am familiar with the nuances and constraints of various Google account types and how they interface with WAA.

4. Beyond the standard Google Account available to the general public, Google also provides specialized accounts known internally at Google as "Dasher" and "Unicorn" accounts.

5. The term "Dasher" refers to enterprise-level accounts designed for use by employees and similar users within an organization. These accounts are managed by an enterprise administrator.

6. Enterprise organizations managing Dasher-type Google accounts for their users control both the initial account settings and the range of Google services provided to the user. For instance, many Dasher accounts grant access to the Google Workspace suite, including Google Drive, Google Docs, and Google Sheets, but may restrict access to Gmail.

7. For all Dasher accounts, the administrator creates the account and chooses the setting and range of Google services enabled for the account. The user for whom the account is made does not see or set the Google privacy-related account settings, including WAA and sWAA, at account creation..

8. The term "Unicorn" refers to accounts designed for children under the age of 13, that are created and supervised by their parents or guardians. These accounts come with distinct

privacy considerations.  Their creation and management necessitate a separate Google account belonging to the parent, through which parents control account settings, including privacy-related settings.

9. Parents possess similar authority over Unicorn settings, such as sWAA, and this authority extends to allowing parents to decide if their children can modify their activity controls at all.

10. Certain Unicorn accounts can be established by parents without the need for creating an email address and password for the child.  Within these accounts, parents have the capability to prevent their children from downloading any apps from the Google Play Store on Android devices signed in with the Unicorn account.

11. For all Unicorn accounts, because the parent creates the account, the child for whom the account is made does not see or set the Google privacy-related account settings, including WAA and sWAA, at account creation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 15, 2024, at San Francisco, California.

DAVID MONSEES