**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC, *et al*.,<br><br>                    Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF HARRIS MATEEN IN SUPPORT OF GOOGLE'S MOTION FOR CLARIFICATION OF CLASS DEFINITION**<br><br>Judge:         Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Action Filed: July 14, 2020 |

I, HARRIS MATEEN, declare that:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, 34th Floor San Francisco, California 94109, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Defendant Google LLC's Motion for Clarification of Class Definition filed herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the transcript of the deposition of John Black taken in this litigation on July 14, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 15, 2024

                                                                Harris Mateen

# EXHIBIT A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                      SAN FRANCISCO
4                        --oOo--
5    ANIBAL RODRIGUEZ, et al.,
     individually and on behalf of
6    all other similarly situated,
7                Plaintiffs,
8    vs.                                  Case No.
                                          3:20-CV-04688
9    GOOGLE LLC, et al.,
10               Defendants.
     _____/
11
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15
16   VIDEO-RECORDED DEPOSITION OF JOHN R. BLACK, Ph.D.
17               SAN FRANCISCO, CALIFORNIA
18                 FRIDAY, JULY 14, 2023
19
20
21
22
23   Reported by:
24   Anrae Wimberley, CSR No. 7778
25   Job No.  5996166
```

Page 1

| | | |
|---|---|---|
| 1 | Q.  Yeah, sorry.  Okay.  I'm about to refer to | 05:09:46 |
| 2 | Hochman's report. | |
| 3 | A.  I'm there. | |
| 4 | Q.  Okay.  If you look at your sentence there | |
| 5 | on paragraph 66 starting with -- after "dasher." | 05:09:58 |
| 6 | You see that? | |
| 7 | A.  I see "dasher" in quotes. | |
| 8 | Q.  You say, "Plaintiffs' claims and | |
| 9 | Mr. Hochman's opinions are limited to end users of | |
| 10 | mobile apps on Android or iOS with Google accounts | 05:10:14 |
| 11 | who are not under thirteen years of age and whose | |
| 12 | accounts were set up by that user as a standard | |
| 13 | consumer account, which Mr. Hochman also refers to | |
| 14 | as 'consumer accounts.'" | |
| 15 | And then you have a citation to | 05:10:35 |
| 16 | footnote 76.  I have looked at that citation | |
| 17 | referring to Dr. Hochman's report -- or, sorry, | |
| 18 | Mr. Hochman's report.  I don't see where actually it | |
| 19 | says that in paragraph 39 of his report. | |
| 20 | Can you point me to that? | 05:10:53 |
| 21 | MR. MAO:  By the way, I have the wrong exhibit | |
| 22 | in Exhibit Share for Exhibit 5. | |
| 23 | MR. SANTACANA:  Are you -- sorry, are you | |
| 24 | trying to include -- | |
| 25 | MR. MAO:  No, I'm just -- | 05:11:37 |

```
 1         MR. SANTACANA:  -- children and enterprise in       05:11:37
 2   that class?
 3         MR. MAO:  No.  I'm saying that there's no such
 4   exclusion on your citation paragraph 39.
 5         MR. SANTACANA:  Okay.  I'm just asking if you       05:11:50
 6   disagree or if this is just a question about a typo.
 7         MR. MAO:  I guess I would like to know where
 8   that appears in.  I don't recall agreeing to that.
 9         MR. SANTACANA:  Hochman counts up class members
10   by excluding them at the end of his report.  347.         05:12:08
11         MR. MAO:  Okay, we can -- it's not paragraph 39
12   of his report?  I mean --
13         MR. SANTACANA:  39 talks about it too.  If
14   you're asking about class certification, 347, 348,
15   he's counting class members and he doesn't count          05:12:41
16   children or enterprise or deleted accounts.
17         MR. MAO:  Okay, I will definitely take a look
18   at your citations.  I don't know why they would be
19   different.  But we may have a disagreement on that.
20         MR. SANTACANA:  I mean, if you want to try and     05:13:13
21   certify kids, I would be all for that.  Kids have
22   parents.  Workers have bosses.
23         MR. MAO:  Yeah, but off is off.
24         MR. SANTACANA:  If you say so, go for it.
25         MR. MAO:  Okay.                                     05:13:34
```

Page 210

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4          That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12         Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript (X) was ( ) was not requested.
16         I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney of any party to this
19   action.
20         IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated:  July 17, 2023.
23
24                  *[signature: Anrae Wimberley]*
25         ANRAE WIMBERLEY, CSR No. 7778

Page 306