1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   ARGEMIRA FLÓREZ (SBN: 331153)
5    aflorez@willkie.com
   HARRIS MATEEN (SBN: 335593)
6    hmateen@willkie.com
   333 Bush Street, 34th Floor
7  San Francisco, CA 94104
   Telephone: (415) 858-7400
8
9  Attorneys for Defendant
   GOOGLE LLC
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC, *et al.*,<br><br>                    Defendant. | Case No. 3:20-CV-04688 RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR CLARIFICATION OF CLASS DEFINITION**<br><br>Judge:         Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Action Filed:  July 14, 2020 |

Before the court is Google's Motion to Clarify the Class Definition. Having considered the parties' briefing, the Court **GRANTS** Google's request and Orders as follows:

The "Dasher" and "Unicorn" account types are not included within the two classes certified in the Court's Order Granting Motion to Certify Class and Denying *Daubert* Motion, Dkt. 352 (Jan. 3, 2024).

**IT IS SO ORDERED.**

Dated: _____      _____
Honorable Richard Seeborg
Chief United States District Judge