| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New Yor, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:20-cv-04688-RS<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**PLEASE TAKE NOTICE** the New York office of the firm Susman Godfrey L.L.P. has changed its address to **One Manhattan West, 50th Floor, New York, NY 10001**. All other contact information will remain the same.

Dated: March 21, 2024

Respectfully submitted,

By: /s/*Ryan K. Sila*
Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley
afrawley@susmangodfrey.com
Ryan Sila
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY  10001
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street

| | |
|---|---|
| 1 | |
| 2 | Armonk, NY 10504<br>Telephone: (914) 749-8200 |
| 3 | James Lee (admitted *pro hac vice*)<br>jlee@bsfllp.com |
| 4 | Rossana Baeza (admitted *pro hac vice*)<br>rbaeza@bsfllp.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd Street, Suite 2800 |
| 6 | Miami, FL 33131 |
| 7 | Telephone: (305) 539-8400<br>Facsimile: (305) 539-1307 |
| 8 | |
| 9 | Alison L. Anderson, CA Bar No. 275334<br>alanderson@bsfllp.com |
| 10 | M. Logan Wright, CA Bar No. 349004<br>mwright@bsfllp.com |
| 11 | BOIES SCHILLER FLEXNER LLP<br>2029 Century Park East, Suite 1520 |
| 12 | Los Angeles, CA 90067<br>Telephone: (813) 482-4814 |
| 13 | |
| 14 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 15 | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 16 | Michael F. Ram (CA Bar No. 238027)<br>mram@forthepeople.com |
| 17 | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 18 | Tampa, FL 33602 |
| 19 | Telephone: (813) 223-5505<br>Facsimile: (813) 222-4736 |
| 20 | |
| 21 | *Attorneys for Plaintiffs* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

NOTICE OF CHANGE OF FIRM ADDRESS – CASE NO. 3:20-cv-04688-RS