**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**DECLARATION OF MARK C. MAO IN SUPPORT OF PLAINTIFFS' RESPONSE TO GOOGLE LLC'S MOTION FOR CLARIFICATION OF CLASS DEFINITION**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor |

**DECLARATION OF MARK C. MAO**

I, Mark C. Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in connection with Plaintiffs' Response to Google LLC's Motion For Clarification of Class Definition.

3. Attached hereto as **Exhibit 1** is an excerpt from a true and correct copy of Google's Fourth Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories.

4. Attached hereto as **Exhibit 2** is an excerpt from a true and correct copy of Google's Second Supplemental Responses and Objections to Plaintiffs' Sixth Set of Interrogatories.

5. Attached hereto as **Exhibit 3** is an excerpt from a true and correct copy of Plaintiffs' Seventh Set of Interrogatories.

6. Attached hereto as **Exhibit 4** is an excerpt from a true and correct copy of the transcript of the deposition of Christopher Ruemmler, taken September 9, 2022.

7. Attached hereto as **Exhibit 5** is an excerpt from a true and correct copy of the transcript of the deposition of Greg Fair, taken October 3, 2022.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 88 to the October 3, 2022 deposition of Greg Fair. Google produced this document in discovery, bearing the Bates number GOOG-RDGZ-00157500.

9. Attached hereto as **Exhibit 7** is an excerpt from a true and correct copy of Plaintiffs' Eighth Set of Requests for Production.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document Google produced in discovery, bearing the Bates number GOOG-RDGZ-00187010. Google produced this document in a native Excel format. In order to file this document on the docket, Plaintiffs converted

the file to a PDF format. In order to fit the material on one page, Plaintiffs also made minor edits to the layout of the text. No edits were made to the text or information included in this document.

11. Attached hereto as **Exhibit 9** is an excerpt from a true and correct copy of an excerpt of the Rebuttal Expert Report of John R. Black, Ph.D., dated May 31, 2023.

12. On March 6, 2024, Google's counsel proposed to Plaintiffs' counsel that this issue about enterprise and supervised accounts could be resolved by stipulation.

13. Plaintiffs' counsel declined Google's proposal to resolve via stipulation, as they believe they have obligations to all class members, regardless of account type.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of March 2024, at San Francisco, California.

*/s/ Mark Mao*

---

DECLARATION OF MARK C. MAO ISO PLAINTIFFS' RESPONSE TO GOOGLE LLC'S MOTION FOR CLARIFICATION OF CLASS DEFINITION
Case No.: 3:20-cv-04688- RS
2