**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,

            Plaintiffs,

    vs.

 GOOGLE LLC,
            Defendant.

Case No.:  3:20-cv-04688-RS

**[PROPOSED] ORDER DENYING GOOGLE'S MOTION FOR CLARIFICATION OF CLASS DEFINITION**

The Honorable Richard Seeborg
Courtroom 3 – 17th Floor

1  **[PROPOSED] ORDER**

2      Before the Court is Google LLC's Motion for Clarification of Class Definition, in which

3  Google requests an Order stating that the certified Classes do not include individuals who meet

4  the criteria of the Class definitions only by virtue of being supervised Google Accounts (which

5  Google calls "Unicorns") or enterprise Google Account (which Google calls "Dashers").

6      Having considered the parties' papers filed in support of and in opposition to Google's

7  Motion, and all other matters properly considered by this Court, the Court **DENIES** Google's

8  Motion. Supervised and enterprise accounts remain within the Class definitions.

9

10     **IT IS SO ORDERED.**

11

12  DATED: _____          _____

13                                          Honorable Richard Seeborg
                                            Chief United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1