# EXHIBIT 6

## Public - Redacted

Message

---

**From:** Martin Lukasiewycz [@google.com]
**Sent:** 10/17/2018 7:35:54 PM
**To:** Jens Mueller [@google.com]
**CC:** Greg Fair [@google.com]; Tim Neumann [@google.com]
**Subject:** Re: Escurel language change for WAA/SWAA

Hi Jens,
It is good that you pinged the comment. I think the latest decision was to go ahead with the existing string, but maybe David can also explicitly answer that in the document.

Best,
Martin

On Wed, Oct 17, 2018 at 10:04 AM Jens Mueller [@google.com> wrote:
Just flagging that the comment thread died down and the confusing version is still the one that's in the spreadsheet and that was submitted for translation.

On Mon, Oct 8, 2018 at 9:25 PM Jens Mueller [@google.com> wrote:
Well I'm happy that you share my concern, albeit late, and the porposal you came up with seems great to me.

I'm less involved with the implementation this time, so I'm unclear on the delays it might cause. Likely one week more. Overall, the news story has died down and a lot of time has passed already so I don't see why a week difference would matter to do it right...

Greg Fair <​@google.com> schrieb am Mo., 8. Okt. 2018, 19:08:
Jens,
sorry just seeing this now. You are right. it's almost impossible to parse, even in English.

What's current status of the translation and launch timing?

(working on a suggestion and will add a comment to the doc. unfortunately david didn't attend our pdpo pm meeting this am, so I wasn't able to talk to him in person.
I do have time with jessica in a half hour though.)

On Thu, Oct 4, 2018 at 12:59 AM Jens Mueller <​@google.com> wrote:
Hi Greg,

as part of the reactive changes to the Location metadata story, the suggested change to the language to be used in Escurel is:

*Saves your activity on Google, including searches and associated info like location, and activity from sites, apps, and devices that use Google services, like Chrome history, to give you better search results, suggestions, and personalization across Google services.*

The equivalent for children:
*Saves your child's activity on Google, including searches and associated info like location, and activity from sites, apps, and devices that use Google services, like Chrome history, to give them better search results, suggestions, and personalization across Google services.*

EXHIBIT 88

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  GOOG-RDGZ-00157500

Read this once again. Can you parse it? I have problems[1] with the ambiguity produced by the many layers and sub-sentences, and I have little hope in the precision and correctness of its translations. This may lead to the exact same problem we're currently trying to address.

If you share these concerns, please chime in this comment or talk to David Monsees.

However, because there's pressure, we're proceeding with the current suggestion on the technical side.

Jens


[1]
Saves... including .. and ... like ..., and ... and ..., like ..., to....

*activity from sites* could be understood as a member of the "associated info like..." enumeration,

"*like Chrome history*" - does it refer to "Google services" or to "activity from ..."

...


--

Greg Fair | Google Product | ▓▓▓▓@google.com | 650.469.3247


--

Jens Mueller |        Software Engineer |        ▓▓▓▓@google.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      GOOG-RDGZ-00157501