# EXHIBIT 8
## Public - Redacted

For US accounts active at any time between July 27th 2016 and July 27, 2020:
# of accounts ever active during this time
# of accounts where GAP was turned OFF at any time
# of accounts where GAP was turned ON at any time
# of accounts where GAP was on the entire time
So, using the above:
% accounts that ever turned GAP off
% of accounts that had personalization on at any time
% of accounts ever active during this time that had GAP on the whole time



US Consumer + Enterprise:

**Limitations & Definitions**
The count of accounts is not the same as a count of people -- many people have multiple active accounts (as you can see because the total number of accounts is greater than the number of people in the US).

This does not discriminate between whether the user changed GAP or Google changed GAP -- only whether the setting was changed.
GAP = Gaia Ads Personalization
Using emmet country go/emmett-country-calculation
Emmet country is not recorded before February 2020, so checks for accounts that were in this country are effectively as of any day within range between February 2020 and July 27, 2020.
Active = means active within the last 28 days. We start checks on July 27 2016, so e.g. this includes accounts that were 1 day active as of July 1st but went inactive by July 27th.
This does not include accounts where users requested all of their data be deleted. This is a small number.

For US accounts active at any time between July 27th 2016 and July 27, 2020:
# of accounts ever active during this time
# of accounts where WAA was turned **OFF at any time**
# of accounts where WAA was turned **ON at any time**
# of accounts where WAA was turned **ON the entire time**
So, using the above:
% accounts that ever turned WAA off
% of accounts that had WAA on at any time
% of accounts ever active during this time that had WAA on the whole time



US Consumer + Enterprise:

**Limitations & Definitions**
The count of accounts is not the same as a count of people -- many people have multiple active accounts (as you can see because the total number of accounts is greater than the number of people in the US).
This does not discriminate between whether the user changed WAA or Google changed WAA -- only whether the setting was changed.
Using emmet country go/emmett-country-calculation
Emmet country is not recorded before February 2020, so checks for accounts that were in this country are effectively as of any day within range between February 2020 and July 27, 2020.
Active = means active within the last 28 days. We start checks on July 27 2016, so e.g. this includes accounts that were 1 day active as of July 1st but went inactive by July 27th.
This does not include accounts where users requested all of their data be deleted. This is a small number.

3

For US accounts active at any time between July 27th 2016 and July 27, 2020:
# of accounts ever active during this time
# of accounts where sWAA was turned **OFF at any time**
# of accounts with sWAA **ON at any time**
# of accounts with sWAA **ON the entire time**
So, using the above:
% accounts that ever turned sWAA off
% of accounts that had sWAA on at any time
% of accounts ever active during this time that had sWAA on the whole time

US Consumer + Enterprise:



**Limitations & Definitions**
The count of accounts is not the same as a count of people -- many people have multiple active accounts (as you can see because the total number of accounts is greater than the number of people in the US).
This does not discriminate between whether the user changed sWAA or Google changed sWAA -- only whether the setting was changed.
Using emmet country go/emmett-country-calculation
Emmet country is not recorded before February 2020, so checks for accounts that were in this country are effectively as of any day within range between February 2020 and July 27, 2020.
Active = means active within the last 28 days. We start checks on July 27 2016, so e.g. this includes accounts that were 1 day active as of July 1st but went inactive by July 27th.
This does not include accounts where users requested all of their data be deleted. This is a small number.

4