**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
   bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
   sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
   esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
   aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
   hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY  10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND ORDER RE: SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Judge:  Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively, the "Parties", submit this joint stipulation.

WHEREAS, on February 1, 2024, the Court issued a Further Case Management Scheduling Order setting deadlines for, among other things, the parties' motions for summary judgment (Dkt. 367);

WHEREAS, the February 1, 2024 Scheduling Order required Google to file its motion for summary judgment by March 28, 2024, and requires Plaintiffs to oppose Google's motion and file any cross-motion by April 25, 2024;

WHEREAS, the February 1, 2024 Scheduling Order set a July 11, 2024 hearing for the parties' summary judgment motions;

WHEREAS, on March 28, 2024, Google filed its motion for summary judgment (Dkt. 381);

WHEREAS, on March 29, 2024, the Parties were informed the Court is not available on July 11, 2024, and Google was ordered to re-file its motion for summary judgment with a new hearing date;

WHEREAS, the Parties met and conferred and selected July 25 for the new hearing date, and Google re-filed its motion for summary judgment on April 4, 2024 (Dkt. 383);

WHEREAS, Plaintiffs have informed Google they do not plan to file a cross-motion for summary judgment;

WHEREAS, Plaintiffs have requested an additional week to oppose Google's motion for summary judgment, and Google has agreed to this request;

WHEREAS, the Parties have agreed on a revised briefing schedule for Google's motion for summary judgment;

WHEREAS, given Plaintiffs' decision not to file a cross-motion, and given the new hearing date, this revised schedule leaves more time between the conclusion of briefing and the hearing date than the interval contemplated by the February 1, 2024 Case Management Order.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that:

1. Plaintiffs' deadline to oppose Google's motion for summary judgment is extended one week from April 25, 2024, to May 2, 2024.

2. Google's deadline to file any reply in support of its motion for summary judgment is changed from May 23, 2024, to May 30, 2024.

3. The summary judgment hearing is scheduled for July 25, 2024.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: April 8, 2024                                          WILLKIE FARR & GALLAGHER, LLP

By: /s/ Benedict Y. Hur
    Benedict Y. Hur

*Attorneys for Defendant Google LLC*

DATED: April 8, 2024                                          BOIES SCHILLER FLEXNER LLP

By:  /s/ Mark Mao
     Mark Mao

*Attorneys for Plaintiff*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: April 8, 2024

                                                /s/ *Mark Mao*
                                                Mark Mao

Pursuant to Stipulation of the Parties, the Court revises the February 1, 2024, Further Case Management Order (Dkt. 36,7) as follows:

| Event | Current Date | New Date |
|---|---|---|
| Plaintiffs' opposition to Google's motion for summary judgment | April 25 | May 2 |
| Google's reply in support of motion for summary judgment | May 23 | May 30 |
| Plaintiffs' reply in support of cross-motion for summary judgment | June 10 | N/A |
| Summary judgment hearing | July 11 | July 25 |

**IT IS SO ORDERED.**

Dated: April 8, 2024

_____
Honorable Richard Seeborg

ORDER GRANTING JOINT STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE
Case No. 3:20-CV-04688-RS