AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ANIBAL RODRIGUEZ and JULIEANNA MUNIZ, ) <br> *Plaintiff* ) <br> v. ) <br> GOOGLE LLC, ) <br> *Defendant* ) | Case No.   3:20-CV-04688-RS |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOOGLE LLC                                                                                           .

Date:    04/09/2024

*Attorney's signature*

Harris Mateen - SBN 335593
*Printed name and bar number*

WILLKIE FARR & GALLAGHER LLP
333 Bush Street, 34th Floor
San Francisco, CA 94104

*Address*

hmateen@willkie.com
*E-mail address*

(415) 858-7441
*Telephone number*

(415) 858-7559
*FAX number*