# EXHIBIT 3

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mmao@bsfllp.com
brichardson@bsfllp.com

Jesse Panuccio (admitted pro hac vice)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 237-2727
Fax: (202) 237-6131
jpanuccio@bsfllp.com

Amanda K. Bonn, CA Bar No. 270891
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
abonn@susmangodfrey.com

*Attorneys for Plaintiffs;*
*Additional counsel listed in signature block*

Bill Carmody (admitted *pro hac vice*)
Shawn Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: (212) 336-8330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
**MORGAN & MORGAN**
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Fax: (415) 358-6923
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,

　　　　Plaintiffs,

　v.

GOOGLE LLC,

　　　　Defendant.

Case No. 3:20-cv-04688-RS

**PLAINTIFFS' INTERROGATORIES TO DEFENDANT GOOGLE LLC SET SEVEN**

7.    The term "Non-Google App" means mobile applications that are not operated and owned by Google or a Google affiliate (e.g., Google Maps, YouTube).

8.    The term "Google App" means mobile applications that are operated and owned by Google or a Google affiliate (e.g., Google Maps, YouTube).

9.    "User" means a human being residing in the United States with at least one Google account.

10.    "WAA-Off Data" means data generated by a user's use of Google Apps or Non Google Apps that employ or embed any Google service (e.g., Firebase, AdMob) while Web & App Activity (WAA) or Supplemental Web & App Activity (sWAA) was disabled (which is at times referred to as off or paused). WAA-Off Data includes any information generated by or during a user's visit to an app, including but not limited to app installation and deletion.

## GENERAL INSTRUCTIONS

1.    **Time Period.**  The time period for these requests is the start of the class period or January 1, 2014, whichever is earlier, through the present (and ongoing) unless stated otherwise.

2.    **Responses**:  When an Interrogatory asks for specific information, and the specific information requested is not known to you, such Interrogatory shall be deemed to ask you to approximate the information requested as best you can, provided that you indicate in your response that the information being provided is an approximation or is incomplete.  When, after a reasonable and thorough investigation using due diligence, you are unable to answer any part of an Interrogatory because of lack of information available to you, specify in full and complete detail the type of information which you claim is not available to you and what has been done by you to locate such information. In addition, specify what knowledge or information you have concerning the unanswered portion of the Interrogatory, set forth the facts upon which such knowledge or belief is based, and identify the person or entity who is likely to have the information which you claim is not available.

YOUR objection and to state in YOUR response: (1) how YOU narrowed the Interrogatory; and (2) all reason(s) why YOU claim the Interrogatory is overly broad.

5.    **Privilege Log:**  If any information called for by these Interrogatories is withheld under a claim of privilege or is not responded to for whatever reason, you are requested at the time of responding to these Interrogatories to separately state in writing and with specificity for any such information withheld (a) the claim of privilege or other reason asserted for withholding such information; and (b) all information supporting the claim of privilege or other reason for withholding asserted as to such information, including, without limitation, the type or nature of the response for which a privilege is claimed, all in a manner sufficient to allow each response to be described to the Court in order for the Court to rule on the validity of the claim of privilege or other reason asserted for withholding your response.  You are further requested to provide all requested information that is not subject to a claim of privilege or other reasons for nonresponse by excising or otherwise protecting the portion of such response for which a privilege is asserted and responding to the remainder of the interrogatory.

6.    **Continuing Obligation**:  These interrogatories are to be considered continuing in nature, and YOU must promptly furnish supplemental responses if any additional information is discovered or created after YOUR responses are tendered, or if any of YOUR responses are subsequently determined to be incorrect, incomplete, or misleading in any respect.

## INTERROGATORIES

**INTERROGATORY NO. 18:**

If Google's Responses to Requests for Admission No. 23 and No. 24 are anything but unqualified admissions, please explain how a User can (or at any time during the Class Period could) prevent Google from receiving and/or saving WAA-Off Data.

**INTERROGATORY NO. 19:**

If Google's Responses to Request for Admission No. 32 or No. 35 are anything but unqualified admissions, please identify any and all non-Google sources and disclosures that, in Google's view, explicitly informed or informs Users that Google saves WAA-Off Data. For

5

1  Google's receipt and storage of that information.

2  **INTERROGATORY NO. 24:**

3       If Google's Response to Request for Admission No. 33 is anything but an unqualified

4  admission, please explain how Non-Google Apps that use any of GA for Firebase, AdMob, or

5  Cloud Messaging would cease functioning and/or become unusable to their users if Google no

6  longer stored WAA-off Data collected by way of GA for Firebase, AdMob, and Cloud Messaging.

7  **INTERROGATORY NO. 25:**

8       If Google's Response to Request for Admission No. 38 is anything but an unqualified

9  admission, please explain how an app developer whose Non-Google App uses Google Analytics

10  for Firebase can (or at any time during the Class Period could) prevent Google from receiving and

11  saving WAA-Off Data (short of discontinuing use of the Google Analytics for Firebase service).

12  Insofar as Google's response references specific tools or features, please state the applicable time

13  period(s) when each tool or feature has been available.

14

15                                      Respectfully submitted,

16  Dated:  September 30, 2022            **SUSMAN GODFREY LLP**

17                                    By: */s/ Steven Shepard*

18

19                                  Steven M. Shepard (admitted *pro hac vice*)
                                1301 Avenue of the Americas, 32nd Floor

20                                  New York, NY 10019-6023
                                Tel.: (212) 336-8330

21                                  Fax: (212) 336-8340

22                                  sshepard@susmangodfrey.com

23                                  Mark C. Mao, CA Bar No. 236165
                                Beko Reblitz-Richardson, CA Bar No. 238027

24                                  **BOIES SCHILLER FLEXNER LLP**
                                44 Montgomery St., 41st Floor

25                                  San Francisco, CA 94104
                                Tel.: (415) 293-6800

26                                  Fax: (415) 293-6899

27                                  brichardson@bsfllp.com

28                                  James Lee (admitted *pro hac vice*)
                                Rossana Baeza (admitted *pro hac vice*)