# EXHIBIT 4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4    ANIBAL RODRIGUEZ, JULIEANNA            )
      MUNIZ, ELIZA CAMBAY, SAL               ) Case No.:
 5    CATALDO, EMIR GOENAGA, JULIAN          ) 3:20-cv-04688
      SANTIAGO, HAROLD NYANJOM, KELLIE       )
 6    NYANJOM, and SUSAN LYNN HARVEY,        )
      individually and on behalf of all      )
 7    others similarly situated,             )
                                             )
 8                  Plaintiffs,              )
           vs.                               )
 9                                           )
      GOOGLE LLC,                            )
10                                           )
                    Defendant.               )
11    -----------------------------------)
12
13
14       ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15                REMOTE PROCEEDINGS OF THE
16      VIDEOTAPED DEPOSITION OF CHRISTOPHER RUEMMLER
17                FRIDAY, SEPTEMBER 9, 2022
18
19
20
21
22
23    REPORTED BY NANCY J. MARTIN
24    CSR. NO. 9042, RMR, RPR
25    PAGES 1-235
```

Page 1

1  do with -- it's a control for the Assistant.  One of
2  those As is Assistant.  I don't know what the whole
3  thing means.  Or I don't remember what the whole thing
4  means.  At one point I probably did, but like it's
5  been a while.
6      Q.  Can we refer to it as SAA?  Does that make
7  sense?
8      A.  Yeah.  SAA makes sense, yeah.
9      Q.  Do you know what specifically SAA controls
10 with respect to the Google Assistant?
11     A.  There is lots of different control events,
12 and I'm not sure if I remember exactly what SAA
13 controls.
14     Q.  Why did you E-mail this question to Grace, as
15 opposed to someone else?
16     A.  Because -- I E-mailed this question to Grace
17 because I was probably concerned about G Suite SAA.
18     Q.  What is G Suite SAA?
19     A.  G Suite SAA is G Suite's version of SAA.  We
20 talked about Dasher before.  So sometimes when we say
21 G Suite or we say Workspace, we mean the enterprise
22 part of it.  So G Suite SAA was for the enterprise
23 control for enterprise users.
24     Q.  I believe I might have asked this question,
25 but can you just remind me, what is an enterprise

Page 171

1    user?
2         A.   An enterprise user is one that pays Google
3    money to host their Workspace environment.  And we
4    have various features of Workspace, like legal
5    discovery is one of them, right, you know, that you
6    can use.
7         Q.   Okay.  Can you look up at the second page.
8    Sorry.  Let's go back to the first page.
9         A.   Okay.
10        Q.   At the very bottom.
11        A.   Uh-huh.
12        Q.   Do you see how you wrote an E-mail on
13   Wednesday, August 5, 2020 at 10:27 p.m.?
14        A.   Okay.  At the very bottom again?
15        Q.   Yes.  If you go to the next page, do you see
16   where you wrote, "Let me see if I can summarize the
17   bits today"?
18        A.   Okay.  Yeah.
19        Q.   Do you see where you wrote, "WAA completely
20   broken, no way for the user to determine what this
21   actually controls.  Both admin and user controlled,
22   but neither will understand what it actually does."
23             Do you see that?
24        A.   Uh-huh.
25        Q.   What did you mean by "admin"?

Page 172

1     A.   "Admin" here means the G Suite admin for the
2    G Suite customer.  So G Suite, we are a -- the admin
3    is basically the controller of the G Suite, you know,
4    the users; right?  Their employees.  So you can think
5    of Google as a G Suite customer, and Google has
6    employees, and the admin of Google is the one that can
7    control certain settings for the employees.
8         Q.   And that could be the case at other companies
9    too, not just Google.  Fair?
10         A.   Right.  All companies that use G Suite as
11    enterprise customer have admins.
12         Q.   So does that mean that admin can decide
13    whether or not to switch WAA on or off for all of the
14    users?
15         A.   That is correct.  And it has that control.
16         Q.   Can the admin override the user's choice?
17         A.   For WAA, that is true.
18         Q.   So if a user wants to turn WAA off, the admin
19    can turn WAA back on?
20         A.   That, I believe is not true.  I don't believe
21    the -- I'm not 100 percent sure, but I don't believe
22    the admin can force WAA on users that want it off.
23    But I can't be 100 percent certain.
24         Q.   Now, where you wrote that "no way for the
25    user to determine what this actually controls," what

Page 173

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                    C E R T I F I C A T E
 2         I do hereby certify that the aforesaid testimony
 3     was taken before me, pursuant to notice, at the time
 4     and place indicated; that said deponent was by me duly
 5     sworn to tell the truth, the whole truth, and nothing
 6     but the truth; that the testimony of said deponent was
 7     correctly recorded in machine shorthand by me and
 8     thereafter transcribed under my supervision with
 9     computer-aided transcription; that the deposition is a
10     true and correct record of the testimony given by the
11     witness; and that I am neither of counsel nor kin to
12     any party in said action, nor interested in the
13     outcome thereof.
14
15                    [signature]
                      Nancy J. Martin, RMR, CSR
16
17     Dated:  September 15, 2022
18
19
20
21     (The foregoing certification of this transcript does
22     not apply to any reproduction of the same by any
23     means, unless under the direct control and/or
24     supervision of the certifying shorthand reporter.)
25
```

Page 231