1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   ARGEMIRA FLÓREZ (SBN: 331153)
5    aflorez@willkie.com
   HARRIS MATEEN (SBN: 335593)
6    hmateen@willkie.com
   333 Bush Street, 34th Floor
7  San Francisco, CA 94104
   Telephone: (415) 858-7400
8

9  Attorneys for Defendant
   GOOGLE LLC

10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO DIVISION**

15

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC, *et al.*,<br><br>                    Defendant. | Case No. 3:20-CV-04688 RS<br><br>**GOOGLE LLC'S SUBMISSION IN RESPONSE TO THE COURT'S ORDER (DKT. 390)**<br><br>**(CIVIL LOCAL RULE 79-5)**<br><br>Action Filed: July 14, 2020<br>Trial Date:   February 10, 2025 |

Defendant Google LLC respectfully files appropriately redacted versions of **Exhibit 1** and **Exhibit 2** to Plaintiffs' Response to Google's Motion for Clarification of Class Definition (Dkt. 378), in compliance with the Court's Order dated April 12, 2024 (Dkt. 390).

Dated: April 12, 2024

WILLKIE FARR & GALLAGHER LLP

By: _____*/s/ Eduardo E. Santacana*_____
Eduardo E. Santacana
Benedict Y. Hur
Simona A. Agnolucci
Argemira Flórez
Harris Mateen

Attorneys for Defendant
GOOGLE LLC