| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** | **BOIES SCHILLER FLEXNER LLP** |
| BENEDICT Y. HUR (SBN: 224018) | Mark C. Mao (CA Bar No. 236165) |
|   bhur@willkie.com | mmao@bsfllp.com |
| SIMONA AGNOLUCCI (SBN: 246943) | 44 Montgomery Street, 41st Floor |
|   sagnolucci@willkie.com | San Francisco, CA 94104 |
| EDUARDO E. SANTACANA (SBN: 281668) | Telephone: (415) 293 6858 |
|   esantacana@willkie.com | Facsimile: (415) 999 9695 |
| ARGEMIRA FLOREZ (SBN: 331153) | Beko Reblitz-Richardson (CA Bar No. 238027) |
|   aflorez@willkie.com |  |
| HARRIS MATEEN (SBN: 335593) | brichardson@bsfllp.com |
| One Front Street, 34th Floor | 44 Montgomery Street, 41st Floor |
| San Francisco, CA 94111 | San Francisco, CA 94104 |
| Telephone: (415) 858-7400 | Tel: (415) 293 6858 |
| Facsimile: (415) 858-7599 | Fax: (415) 999 9695 |

*Attorneys for Defendant*
GOOGLE LLC

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., individually and on behalf of all others similarly situated, | Case No.: 3:20-cv-04688-RS |
| Plaintiffs, | **STATEMENT RE: AMENDED NOTICE PLAN AND SCHEDULE** |
| vs. | The Honorable Richard Seeborg |
| GOOGLE LLC, | Courtroom 3 – 17th Floor |
| Defendant. | |

1  In its April 5, 2024 Order, the Court directed the parties to inform the Court whether they plan on withdrawing and resubmitting a modified class notice plan in accordance with that Order and provide a briefing schedule as to the notice plan. Dkt. 384 at 11.

The Parties hereby submit this notice to inform the Court that they will be resubmitting a modified class notice plan as follows:

- The modified notice plan will not change the methods of notice but will contain modified notice documents in accordance with the Court's recent order.
- The Parties will submit either written notice documents or competing notice documents on April 26, 2024.

The Parties appreciate the Court's attention to this matter.

Dated: April 12, 2024                    Respectfully submitted,

WILLKIE FARR & GALLAGHER, LLP            SUSMAN GODFREY LLP

By: /s/ Eduardo Santacana                /s/ Mark Mao
    Eduardo E. Santacana (SBN: 281668)   Mark C. Mao (CA Bar No. 236165)
    esantacana@willkie.com               mmao@bsfllp.com
    Benedict Y. Hur (SBN: 224018)        Beko Reblitz-Richardson (CA Bar No. 238027)
    bhur@willkie.com                     brichardson@bsfllp.com
    Simona Agnolucci (SBN: 246943)       BOIES SCHILLER FLEXNER LLP
    sagnolucci@willkie.com               44 Montgomery Street, 41st Floor
    Argemira Florez (SBN: 331153)        San Francisco, CA 94104
    aflorez@willkie.com                  Telephone: (415) 293 6858
    Harris Mateen (SBN: 335593)          Facsimile (415) 999 9695
    hmateen@willkie.com
    One Front Street, 34th Floor         David Boies (admitted pro hac vice)
    San Francisco, CA 94111              dboies@bsfllp.com
    Telephone: (415) 858-7400            BOIES SCHILLER FLEXNER LLP
    Facsimile: (415) 858-7599            333 Main Street
    *Attorneys for Defendant Google LLC* Armonk, NY 10504
                                         Telephone: (914) 749-8200

                                         James W. Lee (*pro hac vice*)
                                         jlee@bsfllp.com
                                         Rossana Baeza (*pro hac vice*)
                                         rbaeza@bsfllp.com

100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (813) 482-4814

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alex Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
Ryan Sila (*pro hac vice*)
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*

STATEMENT RE: AMENDED NOTICE PLAN AND SCHEDULE
CASE NO. 3:20-CV-04688-RS