**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.: 3:20-cv-04688-RS

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION TO DIRECT NOTICE TO MEMBERS OF THE CERTIFIED CLASSES**

The Honorable Richard Seeborg
Courtroom 3 – 17th Floor
Date: June 6, 2024
Time: 1:30 p.m.

On January 3, 2024, the Court granted Plaintiffs' motion for class certification, certifying two classes under Rule 23(b)(3) and Rule 23(b)(2), each to pursue three claims against Google. Dkt. 352. On March 7, 2024, Plaintiffs submitted for consideration a proposed class notice program ("the Class Notice Plan"). Dkt. 368. On April 5, 2024, the Court modified the certified Classes. Dkt. 384. On April 26, 2024, Plaintiffs renewed their motion for approval of the class notice plan as modified to conform to the Court's April 5 Order (the "Motion" and the "Revised Class Notice Plan"). For the reasons stated herein, Plaintiffs' Motion for approval of the Revised Class Notice Plan is **GRANTED**.

The Revised Class Notice Plan complies with Rule 23 and due process and shall be executed consistent with Plaintiffs' Motion and documents supported in support thereof.

Plaintiffs' proposed Class Notice Administrator is appointed to administer the Revised Class Notice Plan, who shall be vested with all duties and responsibilities to effectuate the Revised Class Notice Plan.

The Revised Class Notice Plan will shall proceed on the schedule as previously ordered by the Court. Dkt. 367. The Notice Period will begin 30 days after the date of this Order. The Notice Period will last for 45 days. The opt-out deadline is 60 days after the conclusion of the Notice Period. No later than 30 days after the opt-out deadline, Plaintiffs will report opt-out information to the Court.

The Court has also reviewed Plaintiffs' proposed class period, as agreed to by Google, and determined that the class period should be defined as starting on July 1, 2016 and continue through the date that the notice program begins (the "Class Period"). *See, e.g.*, *In re Wal-Mart Stores, Inc. Wage and Hour Litig.*, 2008 WL 1990806, at *6 (N.D. Cal. May 5, 2008).

Finally, any class member who fails to opt out within the period specified in the notice will be deemed a member of the class. *Officers for Justice v. Civil Service Comm'n*, 688 F.2d 615, 634-635 (9th Cir. 1982); *Low v. Trump University, LLC*, 881 F.3d 1111 (9th Cir. 2018). Class members must choose whether to remain in the class during the opt-out period. *See Officers for Justice*, 688 F.2d at 634–35 (rejecting argument that "due process requires that members of a Rule 23(b)(3) class be given a second chance to opt out"). If class members do not opt out within the period

1

specific in the notice, they will not have a subsequent opportunity to do so. *Trump University*, 881 F.3d at 1111.

**DONE** and **ORDERED** this ___ day of _____, 2024.

_____
Honorable Richard Seeborg
Chief United States District Judge

2