**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>GOOGLE LLC,<br>    Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: July 25, 2024<br>Time: 1:30 P.M. |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs' Opposition to Google's Motion for Summary Judgment.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiffs' Opposition to Google's Motion for Summary Judgment | Google | Portions highlighted in yellow | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Exhibit 1 to the Declaration of Mark Mao ISO Plaintiffs' Opposition to Google's Motion for Summary Judgment ("Mao Decl.") | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 2 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 3 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 4 | Google | Entirety | Refers throughout to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 5 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |

| | | | |
|---|---|---|---|
| Mao Declaration Ex. 6 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 33 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 34 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 37 | Google | Entirety | Reflects material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 40 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 41 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 43 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 44 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" |

| | | | |
|---|---|---|---|
| | | | by Google pursuant to the Protective Order |
| Mao Declaration Ex. 45 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 46 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 47 | Google | Entirety | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 49 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 50 | Google | Entirety | Refers throughout to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 51 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 56 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 57 | Google | Entirety | Material designated "Confidential" or |

| | | | |
|---|---|---|---|
| | | | "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 58 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 59 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 60 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 61 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 62 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 63 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 64 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 65 | Google | Entirety | Material designated "Confidential" or |

| | | | |
|---|---|---|---|
| | | | "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 66 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 67 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 68 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 69 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 70 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 71 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 72 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 73 | Google | Entirety | Material designated "Confidential" or |

| | | | |
|---|---|---|---|
| | | | "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 74 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 75 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 76 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Mao Declaration Ex. 77 | Google | Entirety | Material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: May 2, 2024                               Respectfully submitted,


By: */s/ Mark Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (813) 482-4814

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley
afrawley@susmangodfrey.com
Ryan Sila
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)

7

```
 1                                    jyanchunis@forthepeople.com
                                      Ryan J. McGee (pro hac vice)
 2                                    rmcgee@forthepeople.com
                                      Michael F. Ram (CA Bar No. 238027)
 3                                    mram@forthepeople.com
                                      MORGAN & MORGAN, P.A.
 4                                    201 N Franklin Street, 7th Floor
                                      Tampa, FL 33602
 5                                    Telephone: (813) 223-5505
                                      Facsimile: (813) 222-4736
 6
 7                                    Attorneys for Plaintiffs
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```