# EXHIBIT 6
# FILED UNDER SEAL

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT