# EXHIBIT 32

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3
4    ANIBAL RODRIGUEZ, et al.,
5                 Plaintiffs,
6    v.                              Case No.
7    GOOGLE LLC,                     3:20-cv-04688-RS
8                 Defendant.
9
10        ***********************************
             HIGHLY CONFIDENTIAL -
11            ATTORNEYS' EYES ONLY
          ZOOM VIDEOTAPED DEPOSITION OF
12           DONNA L. HOFFMAN, Ph.D.
             Tuesday, July 11, 2023
13                10:15 a.m. PDT
          ***********************************
14
15
16   TAKEN BY:
             ALEXANDER FRAWLEY, ESQ.
17           ATTORNEY FOR PLAINTIFF
18
     REPORTED BY:
19
             BELLE VIVIENNE, RPR, CRR, NJ-CRR,
20           WA/CO/NM-CCR
             NATIONALLY CERTIFIED REALTIME
21           COURT REPORTER
             VERITEXT LEGAL SOLUTIONS
22           JOB NO. 5996122
             866.299.5127
23
24
25

                                      Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | paragraphs in my report, which cite | 17:02:20 |
| 2 | specific pages from Google policies. | 17:02:23 |
| 3 | BY MR. FRAWLEY: | 17:02:23 |
| 4 | Q.    Does this Google Privacy | 17:02:37 |
| 5 | Policy, Exhibit 15, provide a definition | 17:02:38 |
| 6 | of "Google Account"? | 17:02:41 |
| 7 | MS. AGNOLUCCI:    Object to form | 17:02:45 |
| 8 | and scope. | 17:02:46 |
| 9 | A.    I'm not sure how to answer | 17:02:55 |
| 10 | that because I think for most users, | 17:02:56 |
| 11 | Google Account is your -- is your | 17:03:01 |
| 12 | account. | 17:03:02 |
| 13 | BY MR. FRAWLEY: | 17:03:08 |
| 14 | Q.    What do you mean -- can you | 17:03:08 |
| 15 | elaborate on that? | 17:03:09 |
| 16 | A.    Well, I think people have | 17:03:11 |
| 17 | a -- an understanding, a lay | 17:03:13 |
| 18 | understanding of what it means to have an | 17:03:14 |
| 19 | account with Google. | 17:03:16 |
| 20 | Q.    How do you know that people | 17:03:20 |
| 21 | have a lay understanding of what it means | 17:03:21 |
| 22 | to have an account at Google? | 17:03:23 |
| 23 | A.    Well, based on my experience | 17:03:24 |
| 24 | as an internet expert and an expert on | 17:03:27 |
| 25 | online consumer behavior and given that | 17:03:31 |

Page 273

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the internet has been a commercial medium | 17:03:34 |
| 2 | for about 30 years now, I think it is | 17:03:36 |
| 3 | fair to say that consumers have a lay | 17:03:38 |
| 4 | understanding of what it means to set up | 17:03:41 |
| 5 | an account on an online service. | 17:03:43 |
| 6 | Q.    Did you do any user studies | 17:04:02 |
| 7 | for this case to assess whether users | 17:04:05 |
| 8 | have an understanding of what it means to | 17:04:09 |
| 9 | set up a Google Account? | 17:04:10 |
| 10 | A.    No. | 17:04:11 |
| 11 | Q.    I just want to return to a | 17:04:12 |
| 12 | question I asked because I don't think I | 17:04:37 |
| 13 | got an answer.  And you should take your | 17:04:38 |
| 14 | time to review, but does the privacy | 17:04:42 |
| 15 | policy, Exhibit 15, contain a definition | 17:04:45 |
| 16 | of "Google account"? | 17:04:47 |
| 17 | MS. AGNOLUCCI:  Object to form | 17:04:50 |
| 18 | and scope. | 17:04:51 |
| 19 | A.    I believe I answered that. | 17:04:55 |
| 20 | It -- the privacy policy discusses the | 17:04:57 |
| 21 | opportunity to sign up for a Google | 17:05:00 |
| 22 | account and it says you can do that if | 17:05:03 |
| 23 | you want to create and manage content, | 17:05:04 |
| 24 | like e-mails, photos, or you want to see | 17:05:07 |
| 25 | your search results.  It explains that | 17:05:10 |

Page 274

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | you can use Google even if you don't have | 17:05:13 |
| 2 | an account or if you're signed out and it | 17:05:16 |
| 3 | gives you examples of that, and I think | 17:05:19 |
| 4 | that's a pretty nice statement suggesting | 17:05:21 |
| 5 | that there's a lay interpretation of what | 17:05:25 |
| 6 | it means to have a Google account, like | 17:05:27 |
| 7 | any on -- like any account on an online | 17:05:30 |
| 8 | service. | 17:05:34 |
| 9 | BY MR. FRAWLEY: | 17:05:34 |
| 10 | Q.    So would you just describe | 17:05:39 |
| 11 | to me -- that's the definition of Google | 17:05:40 |
| 12 | account provided in the privacy policy? | 17:05:44 |
| 13 | MS. AGNOLUCCI:   Object to form. | 17:05:54 |
| 14 | A.    It's an example of a Google | 17:05:55 |
| 15 | account. | 17:06:01 |
| 16 | BY MR. FRAWLEY: | 17:06:01 |
| 17 | Q.   Is it a definition? | 17:06:01 |
| 18 | A.   Well -- | 17:06:03 |
| 19 | MS. AGNOLUCCI:   Object to form. | 17:06:04 |
| 20 | A.    -- what do you mean by | 17:06:05 |
| 21 | "definition"?  Like, who would the | 17:06:06 |
| 22 | definition be for?  Is it a technical | 17:06:08 |
| 23 | definition?  Is it a lay definition? | 17:06:10 |
| 24 | What is the purpose of the definition?  I | 17:06:12 |
| 25 | think this is a reasonable discussion of | 17:06:14 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | a definition for the population that's | 17:06:16 |
| 2 | reading this page. | 17:06:20 |
| 3 | BY MR. FRAWLEY: | 17:06:23 |
| 4 | Q.    Yeah, to be clear, I -- when | 17:06:23 |
| 5 | I ask about a definition, I'm thinking of | 17:06:25 |
| 6 | a definition that Google is providing to | 17:06:27 |
| 7 | its users.  Does that help? | 17:06:29 |
| 8 | A.    Not really.  The privacy | 17:06:31 |
| 9 | policy has quite a few terms.  It has | 17:06:35 |
| 10 | videos.  It has examples.  It says it | 17:06:40 |
| 11 | provides definitions.  There's a lot of | 17:06:44 |
| 12 | information in here.  There are quite a | 17:06:46 |
| 13 | few links.  So I don't see why there | 17:06:49 |
| 14 | isn't some sort of definition of what a | 17:06:53 |
| 15 | Google account is.  I'm not sure what | 17:06:56 |
| 16 | you're looking for, what you're not | 17:06:58 |
| 17 | finding in the definition of "Google | 17:07:00 |
| 18 | Account" that's listed in this privacy | 17:07:03 |
| 19 | policy. | 17:07:05 |
| 20 | Q.    Right.  So I'm not asking | 17:07:07 |
| 21 | about any links, at least not right now. | 17:07:08 |
| 22 | I'm just asking about the Google Privacy | 17:07:12 |
| 23 | Policy in Exhibit 15.  And the question | 17:07:15 |
| 24 | is, in that document, is there a | 17:07:17 |
| 25 | definition provided to users which | 17:07:19 |

Page 276

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | defines "Google account"? | 17:07:22 |
| 2 | A.    Well -- | 17:07:30 |
| 3 | MS. AGNOLUCCI:  Object to form | 17:07:30 |
| 4 | and scope. | 17:07:32 |
| 5 | A.    -- under the principles of | 17:07:32 |
| 6 | progressive disclosure, this document | 17:07:34 |
| 7 | also includes its links and its videos | 17:07:35 |
| 8 | and other supporting material that people | 17:07:40 |
| 9 | would have the opportunity to follow up | 17:07:42 |
| 10 | if they so desired. | 17:07:44 |
| 11 | BY MR. FRAWLEY: | 17:07:44 |
| 12 | Q.    So fair to say that this | 17:07:55 |
| 13 | document, the Google Privacy Policy, | 17:07:58 |
| 14 | should be understood -- understood | 17:08:00 |
| 15 | together with the materials to which it | 17:08:01 |
| 16 | links? | 17:08:04 |
| 17 | MS. AGNOLUCCI:  -- object to | 17:08:08 |
| 18 | form. | 17:08:08 |
| 19 | A.    Well, it depends -- should | 17:08:09 |
| 20 | be understood by whom?  Again, under the | 17:08:12 |
| 21 | principles of progressive disclosure and | 17:08:14 |
| 22 | this is targeted to users and user | 17:08:17 |
| 23 | consumers, if people want to understand | 17:08:20 |
| 24 | more details about the privacy policy | 17:08:24 |
| 25 | than are provided in this, what -- | 17:08:27 |

Page 277

| 1 | very -- you know, 33-page overview, they | 17:08:30 |
| 2 | can delve further by clicking links, | 17:08:33 |
| 3 | watching videos and -- and so on. | 17:08:38 |
| 4 | BY MR. FRAWLEY: | 17:08:38 |
| 5 | Q.    So do you disagree with my | 17:08:41 |
| 6 | characterization that the privacy -- the | 17:08:43 |
| 7 | Google Privacy Policy should be | 17:08:48 |
| 8 | understood by users together with the | 17:08:51 |
| 9 | materials to which the privacy policy | 17:08:54 |
| 10 | links? | 17:08:56 |
| 11 | MS. AGNOLUCCI:  Object to form. | 17:08:59 |
| 12 | A.    Well, I disagree with the | 17:09:01 |
| 13 | way that you're saying it.  I mean, this | 17:09:02 |
| 14 | is a -- for some people, this privacy | 17:09:04 |
| 15 | policy will be enough for them to | 17:09:09 |
| 16 | understand Google's Privacy Policy.  For | 17:09:10 |
| 17 | other users, since we're talking about a | 17:09:13 |
| 18 | heterogeneous user base, this privacy | 17:09:16 |
| 19 | policy will not be enough and they would | 17:09:19 |
| 20 | like to learn more and they'll be able to | 17:09:20 |
| 21 | do that and these "learn mores" are of a | 17:09:23 |
| 22 | variety of data and policy and category | 17:09:26 |
| 23 | and contextual forms.  So depending what | 17:09:33 |
| 24 | someone wishes to click, they can learn | 17:09:38 |
| 25 | more about that particular thing. | 17:09:39 |

Page 278

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    BY MR. FRAWLEY:                          17:09:39
 2          Q.    So for a user who is looking 17:09:44
 3    for a definition from Google of "Google  17:09:46
 4    account," will that user be satisfied     17:09:52
 5    with this privacy policy or -- or will    17:09:56
 6    that user want to click more?             17:09:57
 7          A.    Well, who is the user?        17:10:02
 8             MS. AGNOLUCCI:  Object to form   17:10:04
 9       and scope.                             17:10:04
10    BY MR. FRAWLEY:                           17:10:04
11          Q.    Any Google user seeking       17:10:08
12    to -- seeking out definition of the term  17:10:10
13    "Google account."  Are you -- are you     17:10:13
14    taking the position that that user will   17:10:16
15    need to look beyond the Google Privacy    17:10:18
16    Policy?                                   17:10:21
17          A.    No.                           17:10:24
18          Q.    Okay.  That's helpful.        17:10:24
19             Where in the Google Privacy      17:10:29
20    Policy does Google provide the definition 17:10:32
21    of "Google account"?                      17:10:34
22          A.    I'm not taking a position on  17:10:35
23    where in the privacy policy Google        17:10:39
24    provides definition of an account.  That  17:10:41
25    was not part of my assignment.            17:10:44
```

Page 279

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                    I am taking the position      17:10:46
 2     that you cannot think of users as a          17:10:47
 3     monolith.  Users are heterogeneous and       17:10:51
 4     that it's not possible to identify any       17:10:54
 5     user and say what it is they would or not    17:10:55
 6     be satisfied with or what information        17:10:58
 7     they would or would not wish to learn        17:11:00
 8     more about.                                  17:11:03
 9          Q.    I want to go back to a prior      17:11:22
10     exhibit.  Let's go to Exhibit 14.            17:11:24
11          A.    I'm there.                        17:11:35
12          Q.    Okay.  Do you have an             17:11:37
13     opinion about -- well, let me just orient    17:11:39
14     us.                                          17:11:42
15                    Exhibit 14 is the WAA Help    17:11:42
16     Page, right?                                 17:11:44
17          A.    It's the WAA -- WAA               17:11:44
18     activity -- yes, you can think of it as      17:11:48
19     the WAA Help Page, yes.                      17:11:51
20          Q.    Do you have any opinion on        17:11:52
21     whether the WAA Help Page provides users     17:11:57
22     with a definition of "Google account"?       17:11:59
23          A.    I -- I would give the same        17:12:01
24     answer that I just gave.                     17:12:06
25          Q.    So you don't have an opinion      17:12:15
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | about whether the WAA Help Page provides | 17:12:16 |
| 2 | a definition?  Let me ask it -- let me | 17:12:18 |
| 3 | ask it differently. | 17:12:21 |
| 4 | Were you assigned to render | 17:12:23 |
| 5 | an opinion about whether the WAA Help | 17:12:26 |
| 6 | Page contains a definition for users of | 17:12:31 |
| 7 | the term "Google account"? | 17:12:33 |
| 8 | A.    No. | 17:12:37 |
| 9 | Q.    Can you please review | 17:12:45 |
| 10 | Exhibit 14, the WAA Help Page, and tell | 17:12:47 |
| 11 | me if, right now sitting here, you're | 17:12:53 |
| 12 | able to find a definition for "Google | 17:12:53 |
| 13 | account" and please take your time. | 17:12:55 |
| 14 | A.    I can tell you -- | 17:12:56 |
| 15 | MS. AGNOLUCCI:  Object to form | 17:13:00 |
| 16 | and scope. | 17:13:00 |
| 17 | A.    -- I'm -- I'm not able to | 17:13:01 |
| 18 | because this page has links and the links | 17:13:03 |
| 19 | are not active. | 17:13:06 |
| 20 | BY MR. FRAWLEY: | 17:13:06 |
| 21 | Q.    So without looking at the | 17:13:08 |
| 22 | links, you're unable to tell me -- to | 17:13:09 |
| 23 | point me to a definition of "Google | 17:13:13 |
| 24 | account" in the WAA Help Page? | 17:13:15 |
| 25 | A.    I don't think it's a fair | 17:13:19 |

Page 281

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 1 | question because this page is linked from | 17:13:20 |
| 2 | the privacy policy page and we've | 17:13:22 |
| 3 | discussed the privacy policy page | 17:13:25 |
| 4 | discusses the Google account page and | 17:13:27 |
| 5 | provides, I think, a lay explanation of | 17:13:30 |
| 6 | what a Google account is. | 17:13:31 |
| 7 | Q.    So fair to say that the WAA | 17:13:35 |
| 8 | Help Page should be understood in | 17:13:38 |
| 9 | connection with the privacy policy? | 17:13:40 |
| 10 | MS. AGNOLUCCI:  Object to form. | 17:13:44 |
| 11 | A.    When you say "should be | 17:13:48 |
| 12 | understood," I'm not -- I'm not sure what | 17:13:50 |
| 13 | you mean. | 17:13:53 |
| 14 | BY MR. FRAWLEY: | 17:13:53 |
| 15 | Q.    It sounds like to me that as | 17:13:56 |
| 16 | I'm asking you questions, you're -- as | 17:13:59 |
| 17 | I'm asking you questions about one | 17:14:03 |
| 18 | document, in your answer, you're talking | 17:14:05 |
| 19 | about other documents, right? | 17:14:06 |
| 20 | MS. AGNOLUCCI:  Object to form. | 17:14:10 |
| 21 | A.    Should I answer that | 17:14:16 |
| 22 | question for you?  I -- this -- these | 17:14:17 |
| 23 | documents live on the web.  The web is | 17:14:22 |
| 24 | hyperlinked and these documents are | 17:14:25 |
| 25 | connected to each other.  It would be | 17:14:27 |

Page 282

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | inappropriate to take one of these | 17:14:28 |
| 2 | documents out of context, for example, as | 17:14:33 |
| 3 | Mr. Schneier does, and not evaluate it -- | 17:14:35 |
| 4 | the document in the context from which | 17:14:37 |
| 5 | you can locate it and there are many | 17:14:40 |
| 6 | contexts from which, more than one | 17:14:42 |
| 7 | usually, from which you can find a | 17:14:44 |
| 8 | document. | 17:14:47 |
| 9 | In addition, there are links | 17:14:48 |
| 10 | on these documents that take you to other | 17:14:49 |
| 11 | documents and yet other documents and -- | 17:14:52 |
| 12 | and that is the context in which -- which | 17:14:53 |
| 13 | I view these disclosures. | 17:14:56 |
| 14 | BY MR. FRAWLEY: | 17:14:56 |
| 15 | Q.    So Google Privacy Policy | 17:15:03 |
| 16 | provides relevant context for the WAA | 17:15:06 |
| 17 | Help Page; do you agree with that | 17:15:10 |
| 18 | statement? | 17:15:15 |
| 19 | MS. AGNOLUCCI:  Object to form. | 17:15:15 |
| 20 | A.    When you say "relevant | 17:15:16 |
| 21 | context," could you explain what you | 17:15:17 |
| 22 | mean? | 17:15:19 |
| 23 | BY MR. FRAWLEY: | 17:15:19 |
| 24 | Q.    Let me just change the | 17:15:23 |
| 25 | question then to take out the word | 17:15:24 |

Page 283

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      "relevant."                              17:15:26

 2              Do you agree that the Google     17:15:27

 3      Privacy Policy provides context for the  17:15:30

 4      WAA Help Page?                           17:15:33

 5          A.    Yes.                           17:15:35

 6          Q.    How about the other way        17:15:35

 7      around; does the WAA Help Page provide   17:15:39

 8      context for the Google Privacy Policy?   17:15:42

 9          A.    Probably, yes.                 17:15:46

10          Q.    All right.  Now, I want to     17:15:54

11      go back one more to Exhibit 13, the      17:15:55

12      Activity Controls page.  Let me know when 17:16:00

13      you have Exhibit 13 back up.             17:16:02

14          A.    I have it.                     17:16:04

15          Q.    Do you have an opinion about   17:16:10

16      whether the Activity Controls page in    17:16:11

17      Exhibit 13 contains a definition of the  17:16:13

18      term "Google account"?                   17:16:16

19          A.    Again, I -- it was not part    17:16:20

20      of my assignment to analyze pages with   17:16:22

21      respect to whether they provided         17:16:25

22      definitions for "Google account."        17:16:27

23          Q.    Sitting here right now, I'd    17:16:31

24      like you to take as much time as you     17:16:34

25      need, review Exhibit 13, the Activity    17:16:36
```

Page 284

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Controls page and tell me if you can | 17:16:39 |
| 2 | point me to a definition in that page of | 17:16:41 |
| 3 | the term "Google account." | 17:16:43 |
| 4 | A.    You mean ignoring the links? | 17:16:45 |
| 5 | Q.    Right.  In the page alone | 17:16:49 |
| 6 | that I've -- that Exhibit 13, the | 17:16:51 |
| 7 | Activity Controls page, yes. | 17:16:53 |
| 8 | A.    I don't think that would be | 17:16:56 |
| 9 | appropriate. | 17:16:58 |
| 10 | Q.    Well, setting aside whether | 17:17:00 |
| 11 | you think it's appropriate or not, I'm | 17:17:01 |
| 12 | asking you -- and again, setting aside | 17:17:03 |
| 13 | the links, can you point me to a | 17:17:06 |
| 14 | definition of "Google account" in the | 17:17:11 |
| 15 | Activity Controls page? | 17:17:13 |
| 16 | A.    I'd -- I -- I -- I see | 17:17:17 |
| 17 | "Google Account" at the top left of the | 17:17:19 |
| 18 | page indicating that the activity | 17:17:21 |
| 19 | controls are part of Google account. | 17:17:23 |
| 20 | I've already argued that consumers have | 17:17:25 |
| 21 | a -- at a minimum a lay understanding of | 17:17:29 |
| 22 | what an account means for an online | 17:17:32 |
| 23 | service, but I do not see a called-out | 17:17:34 |
| 24 | text with a header that says, here's the | 17:17:39 |
| 25 | definition of your Google account. | 17:17:41 |

Page 285

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    Do you think that the Google | 17:17:55 |
| 2 | Privacy Policy provides context for the | 17:17:58 |
| 3 | Activity Controls page? | 17:18:00 |
| 4 | A.    Yes. | 17:18:02 |
| 5 | Q.    And now the other way | 17:18:05 |
| 6 | around.  Does the Activity Controls page | 17:18:06 |
| 7 | provide context for the Google Privacy | 17:18:08 |
| 8 | Policy? | 17:18:11 |
| 9 | A.    Yes. | 17:18:12 |
| 10 | Q.    Let's go back to the privacy | 17:18:26 |
| 11 | policy, Exhibit 15. | 17:18:27 |
| 12 | A.    I'm there. | 17:18:39 |
| 13 | Q.    Just bear with me.  Do you | 17:18:50 |
| 14 | see the first page of the privacy policy, | 17:19:00 |
| 15 | the paragraph that begins, "You can use | 17:19:01 |
| 16 | our services"? | 17:19:03 |
| 17 | A.    Yes. | 17:19:04 |
| 18 | Q.    Okay.  My question is about | 17:19:06 |
| 19 | the last sentence, do you see where it | 17:19:07 |
| 20 | says -- | 17:19:10 |
| 21 | (Reporter clarification.) | 17:19:10 |
| 22 | MR. FRAWLEY:  Oh, no problem. | 17:19:10 |
| 23 | I'm going to start again. | 17:19:10 |
| 24 | BY MR. FRAWLEY: | 17:19:10 |
| 25 | Q.    Do you see in the last | 17:19:19 |

Page 286

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | sentence where the Google privacy says | 17:19:20 |
| 2 | "And across" -- | 17:19:31 |
| 3 | (Reporter clarification.) | 17:19:31 |
| 4 | MR. FRAWLEY:  It's -- it's | 17:19:31 |
| 5 | across, A-C-R-O-S-S.  But I'd -- I'd | 17:19:36 |
| 6 | like to -- just to -- for the record, | 17:19:37 |
| 7 | I'll go through it again. | 17:19:37 |
| 8 | BY MR. FRAWLEY: | 17:19:37 |
| 9 | Q.    Dr. Hoffman, do you see | 17:19:44 |
| 10 | where in the privacy policy it says "And | 17:19:45 |
| 11 | across our services, you can adjust your | 17:19:49 |
| 12 | privacy settings to control what we | 17:19:53 |
| 13 | collect and how your information is | 17:19:57 |
| 14 | used"? | 17:20:00 |
| 15 | Do you see that sentence? | 17:20:02 |
| 16 | A.    Yes. | 17:20:04 |
| 17 | Q.    Is WAA one of those privacy | 17:20:18 |
| 18 | settings? | 17:20:21 |
| 19 | MS. AGNOLUCCI:  Object to form. | 17:20:24 |
| 20 | A.    Well, if you scroll down, | 17:20:25 |
| 21 | there is a section called Your Activity | 17:20:30 |
| 22 | and if you click there, you can go to | 17:20:34 |
| 23 | your account and you can control your WAA | 17:20:37 |
| 24 | settings. | 17:20:41 |
| 25 | BY MR. FRAWLEY: | 17:20:41 |

Page 287

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    I'm going to introduce | 17:21:01 |
| 2 | another exhibit. | 17:21:02 |
| 3 | Before I go to the next | 17:21:27 |
| 4 | exhibit, Dr. Hoffman, do you recall | 17:21:29 |
| 5 | testifying that you think that users have | 17:21:30 |
| 6 | a lay understanding of what it means to | 17:21:32 |
| 7 | set up an account? | 17:21:33 |
| 8 | A.    Yes, and what an account is. | 17:21:37 |
| 9 | Q.    Do you have any opinion | 17:21:49 |
| 10 | about whether users have a lay | 17:21:51 |
| 11 | understanding of data collected outside | 17:21:52 |
| 12 | of a Google Account? | 17:21:57 |
| 13 | MS. AGNOLUCCI:  Object to form, | 17:22:02 |
| 14 | scope. | 17:22:04 |
| 15 | A.    That's a more complicated | 17:22:05 |
| 16 | question and that would require, if I | 17:22:07 |
| 17 | were going to answer that, I would want | 17:22:12 |
| 18 | to conduct studies involving consumers to | 17:22:13 |
| 19 | find out what their opinions and | 17:22:17 |
| 20 | impressions were. | 17:22:19 |
| 21 | BY MR. FRAWLEY: | 17:22:19 |
| 22 | Q.    Why do you think that's a | 17:22:21 |
| 23 | more complicated question? | 17:22:23 |
| 24 | A.    Because I think it's a very | 17:22:26 |
| 25 | simple matter to consider, virtually | 17:22:27 |

Page 288

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | every online service requires an account | 17:22:31 |
| 2 | and it is a reasonable assumption that | 17:22:36 |
| 3 | consumers have a lay understanding of an | 17:22:38 |
| 4 | account and how to set it up and what -- | 17:22:40 |
| 5 | what it means and what it will allow you | 17:22:44 |
| 6 | to do on the service in some form or | 17:22:46 |
| 7 | shape.  But your question about data is | 17:22:49 |
| 8 | more complicated and would involve | 17:22:53 |
| 9 | studying consumers, in my opinion, to | 17:22:56 |
| 10 | arrive at a precise answer. | 17:23:00 |
| 11 | Q.    Is there a difference | 17:23:15 |
| 12 | between a Google Account that a person | 17:23:15 |
| 13 | sets up and the Google Account where that | 17:23:18 |
| 14 | person's data is stored? | 17:23:21 |
| 15 | MS. AGNOLUCCI:  Object to form. | 17:23:24 |
| 16 | A.    Are you -- are you asking me | 17:23:26 |
| 17 | technically? | 17:23:29 |
| 18 | BY MR. FRAWLEY: | 17:23:29 |
| 19 | Q.    Conceptually? | 17:23:36 |
| 20 | MS. AGNOLUCCI:  Object to form. | 17:23:40 |
| 21 | A.    I'm not a technical expert. | 17:23:40 |
| 22 | BY MR. FRAWLEY: | 17:23:40 |
| 23 | Q.    Right.  No, I'm not asking | 17:23:46 |
| 24 | you as a technical expert. | 17:23:47 |
| 25 | Conceptually, is there a | 17:23:49 |

Page 289

```
 1    difference between the Google Account a      17:23:51
 2    user sets up and the Google account where   17:23:55
 3    her data is stored?                          17:23:57
 4           MS. AGNOLUCCI:  Object to form.      17:24:01
 5           A.    I couldn't answer a question    17:24:04
 6    like that without a much more thorough       17:24:05
 7    understanding of the accounts and the        17:24:08
 8    data, and that's not something I             17:24:10
 9    considered in this report.                   17:24:13
10    BY MR. FRAWLEY:                              17:24:13
11           Q.    Okay.  Let me introduce the    17:24:18
12    next -- the next exhibit.                    17:24:20
13            (Exhibit 16, Document entitled       17:24:22
14       Web & App Activity is Off, marked for     17:24:22
15       identification.)                          17:24:22
16    BY MR. FRAWLEY:                              17:24:22
17           Q.    All right.  I've introduced     17:25:07
18    what's been marked as Exhibit 16.  Let me    17:25:08
19    know when you have that in front of you.     17:25:13
20           A.    I have it.                      17:25:14
21           Q.    Okay.  And do you recognize     17:25:19
22    this document?                               17:25:21
23           A.    Yes.                            17:25:22
24           Q.    This is a WAA disclosure        17:25:23
25    that you considered and reviewed for         17:25:27
```

Page 290

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    purposes of your report, correct?        17:25:29

 2         A.    Yes.                           17:25:31

 3         Q.    And just to help you, I want   17:25:36

 4    to point you to pages 27 and 29 of your  17:25:38

 5    report.                                   17:25:44

 6         A.    Yes.                           17:26:06

 7         Q.    Do you have any opinion        17:26:10

 8    about whether this disclosure contains a 17:26:11

 9    definition for users of the term "Google 17:26:16

10    account"?                                 17:26:20

11         MS. AGNOLUCCI:   Object to form.     17:26:20

12         A.    I -- I don't know what type    17:26:24

13    of definition you're looking for, but     17:26:25

14    this disclosure refers to the Google      17:26:27

15    account and, as I said, consumers have a  17:26:33

16    lay understanding of what their Google    17:26:35

17    account is.                               17:26:37

18    BY MR. FRAWLEY:                           17:26:37

19         Q.    But fair to say that this      17:26:44

20    disclosure does not have a definition for 17:26:46

21    users of the term "Google account"?       17:26:48

22         A.    It doesn't have a heading --   17:26:51

23         MS. AGNOLUCCI:   Object to form.     17:26:53

24         A.    -- that says here's your       17:26:54

25    Google Account definition.                17:26:57
```

Page 291

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    BY MR. FRAWLEY:                            17:26:57

 2         Q.    Does it have a definition       17:26:59

 3    just without a heading?                    17:27:00

 4         A.    I've argued that these          17:27:08

 5    documents are in a context.  One links to  17:27:10

 6    the other.  These documents are related    17:27:14

 7    to a Google account and a Google account   17:27:16

 8    is discussed in the privacy policy and     17:27:19

 9    consumers have a lay understanding of      17:27:22

10    what a Google account is.                  17:27:23

11         Q.    Do you see how in this          17:27:31

12    disclosure there's a line that says "New   17:27:32

13    activity won't be saved to your account"?  17:27:35

14          Do you see that?                     17:27:40

15         A.    I do.                           17:27:41

16         Q.    And do you see how the A is     17:27:42

17    a lower case A in account?                 17:27:44

18         A.    Yes, I see that.                17:27:47

19         Q.    And then further down the       17:27:49

20    bottom, do you see where it says "You can  17:27:51

21    control other settings that save data in   17:27:54

22    your Google Account and learn about the    17:27:57

23    data Google continues to collect and why   17:28:00

24    at policies.google.com"?                   17:28:03

25         A.    Yes, I see that.                17:28:07
```

Page 292

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    And this time, Google | 17:28:08 |
| 2 | Account is written with two capital | 17:28:10 |
| 3 | letters, correct, capital G, capital A? | 17:28:13 |
| 4 | A.    Yes. | 17:28:15 |
| 5 | Q.    Do you know whether there's | 17:28:16 |
| 6 | a difference between your account with a | 17:28:19 |
| 7 | lower case A and your Google Account with | 17:28:21 |
| 8 | a capital G and a capital A? | 17:28:23 |
| 9 | MS. AGNOLUCCI:  Object to form | 17:28:26 |
| 10 | and scope. | 17:28:27 |
| 11 | A.    I have no idea. | 17:28:28 |
| 12 | BY MR. FRAWLEY: | 17:28:28 |
| 13 | Q.    Do you think that the Google | 17:28:34 |
| 14 | Privacy Policy provides context for this | 17:28:37 |
| 15 | document? | 17:28:38 |
| 16 | A.    Yes. | 17:28:40 |
| 17 | Q.    Does this document provide | 17:28:42 |
| 18 | context for the Google Privacy Policy? | 17:28:43 |
| 19 | A.    Yes. | 17:28:46 |
| 20 | Q.    Do you have an opinion about | 17:29:02 |
| 21 | whether this document informs users | 17:29:03 |
| 22 | whether Google Analytics for Firebase | 17:29:06 |
| 23 | will collect data when WAA and sWAA are | 17:29:09 |
| 24 | off? | 17:29:12 |
| 25 | MS. AGNOLUCCI:  Object to form | 17:29:14 |

Page 293

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        and scope.                              17:29:14
 2            A.    I can't render an opinion on  17:29:16
 3    that because I did not consider that in     17:29:18
 4    my rebuttal.                                17:29:20
 5    BY MR. FRAWLEY:                             17:29:20
 6            Q.    Dr. Hoffman, we've been       17:29:46
 7    talking about a lot of different            17:29:48
 8    disclosures just now, right?                17:29:49
 9            A.    Yes.                          17:29:51
10            Q.    We talked about the privacy   17:29:53
11    policy, right?                              17:29:54
12            A.    Yes.                          17:29:55
13            Q.    We talked about the Google    17:29:57
14    WAA Help Page, right?                       17:30:02
15            A.    Yes.                          17:30:03
16            Q.    We talked about the Activity  17:30:03
17    Controls page, right?                       17:30:07
18            A.    Yes.                          17:30:07
19            Q.    We talked about this page in  17:30:08
20    front of you marked as Exhibit 16 that's    17:30:10
21    titled Web & App Activity Is Off, right?    17:30:13
22            A.    Yes.                          17:30:15
23            Q.    In any of those documents,    17:30:18
24    have you been able to identify a            17:30:19
25    definition that Google provides to users   17:30:21
```

Page 294

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    of the term "Google account"?              17:30:24

 2          MS. AGNOLUCCI:  Object to form       17:30:26

 3      and scope.                               17:30:31

 4          A.    I -- I will answer again       17:30:32

 5    that consumers have a lay understanding    17:30:33

 6    of what it means to have an account on     17:30:35

 7    online services including Google.          17:30:38

 8    BY MR. FRAWLEY:                            17:30:38

 9          Q.    So does that mean that in      17:30:44

10    your view it isn't necessary for Google    17:30:45

11    to provide a definition of "Google         17:30:49

12    account"?                                  17:30:52

13          MS. AGNOLUCCI:  Object to form.      17:30:52

14          A.    In my rebuttal report, I did   17:30:53

15    not consider whether it was necessary to   17:30:56

16    provide consumers with a definition of     17:30:59

17    "Google account."                          17:31:03

18    BY MR. FRAWLEY:                            17:31:03

19          Q.    So I'll ask my question        17:31:09

20    again because I don't think you answered   17:31:10

21    it.                                        17:31:15

22          In any of the disclosures            17:31:15

23    that we have been discussing just now,     17:31:17

24    have you been able to identify a           17:31:17

25    definition that Google provides to users   17:31:18
```

Page 295

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | of the term "Google account"? | 17:31:20 |
| 2 | A.    I believe I have answered it | 17:31:25 |
| 3 | on every page you've asked me, I have | 17:31:27 |
| 4 | indicated that, two things, the first one | 17:31:29 |
| 5 | is that I believe consumers have a lay | 17:31:32 |
| 6 | understanding of what it means to have a | 17:31:34 |
| 7 | Google account. | 17:31:36 |
| 8 | And the second thing I have | 17:31:38 |
| 9 | noted that there is no header on any of | 17:31:40 |
| 10 | these pages that says something to the | 17:31:43 |
| 11 | effect of, here is the definition of | 17:31:45 |
| 12 | "Google account." | 17:31:49 |
| 13 | Excuse me, can we take a | 17:31:57 |
| 14 | five-minute break, please? | 17:31:58 |
| 15 | Q.    Of course. | 17:32:00 |
| 16 | MR. FRAWLEY:  I'm happy to go | 17:32:02 |
| 17 | off the record. | 17:32:03 |
| 18 | THE VIDEOGRAPHER:  Going off the | 17:32:04 |
| 19 | record.  The time is 5:32 p.m. | 17:32:05 |
| 20 | (Whereupon, a brief recess is | 17:32:05 |
| 21 | taken.) | 17:38:37 |
| 22 | THE VIDEOGRAPHER:  We're back on | 17:38:37 |
| 23 | the record.  The time is 5:38 p.m. | 17:38:57 |
| 24 | BY MR. FRAWLEY: | 17:38:57 |
| 25 | Q.    Dr. Hoffman, I just have | 17:39:03 |

Page 296

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              CERTIFICATION

 2

 3         I, BELLE VIVIENNE, a Nationally

 4    Certified Realtime Reporter, do hereby

 5    certify:

 6              That the witness whose testimony

 7    as herein set forth, was duly sworn by

 8    me; and that the within transcript is a

 9    true record of the testimony given by

10    said witness.

11              I further certify that I am not

12    related to any of the parties to this

13    action by blood or marriage, and that I

14    am in no way interested in the outcome of

15    this matter.

16              IN WITNESS WHEREOF, I have

17    hereunto set my hand this 13th day of

18    July 2023.

19
                  Belle Vivienne
20

21         BELLE VIVIENNE, CRR, CCR, RPR

22

23              *       *       *

24

25

                                   Page 311
```