# EXHIBIT 35

# MAO DECLARATION OPPOSITION TO SUMMARY JUDGMENT

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4
 5   CHASOM BROWN, WILLIAM BYATT,  )
     JEREMY DAVIS, CHRISTOPHER     )
 6   CASTILLO, and MONIQUE         )
     TRUJILLO, individually and on )
 7   behalf of all similarly       )
     situated,                     )
 8                                 )
              Plaintiffs,          )
 9                                 )
                  vs.              )Case
10                                 )4:20-cv-03664-YGR-SVK
     GOOGLE LLC,                   )
11                                 )
              Defendant.           )
12   _____)
13
14
15
16          VIDEO-RECORDED DEPOSITION OF
17                  BLAKE LEMOINE
18           Thursday, December 21, 2023
19                    Volume I
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 6377402
25   Pages 1 - 232
```

Page 1

| | | |
|---|---|---|
| 1 | for themselves.  So Google gives them a handful of | 15:28:37 |
| 2 | toggles to make them feel like they have control, | |
| 3 | and then gives them the one product that the Google | |
| 4 | engineers think is the actually good one. | |
| 5 |     Q   Doesn't -- doesn't Google have concern | 15:28:52 |
| 6 | that violating users' privacy in this way opens them | |
| 7 | up to scrutiny from regulators or subject to | |
| 8 | lawsuits like this one? | |
| 9 |     A   Cost of doing business.  Fines are simply | |
| 10 | another line on the expense report. | 15:29:06 |
| 11 |     MR. LEE:  I'm not done yet, but I think we | |
| 12 | should take a quick break and go off the record. | |
| 13 |     MR. SCHAPIRO:  Okay. | |
| 14 |     THE VIDEO OPERATOR:  This marks the end of | |
| 15 | Media Unit 4.  We are going off the record.  The | 15:29:20 |
| 16 | time is 3:29 p.m. | |
| 17 |     (Recess, 3:29 p.m. - 3:46 p.m.) | |
| 18 |     THE VIDEO OPERATOR:  This marks the | |
| 19 | beginning of Media No. 5.  We're going back on the | |
| 20 | record.  The time is 3:46 p.m. | 15:46:12 |
| 21 | BY MR. LEE: | |
| 22 |     Q   Welcome back, Mr. Lemoine.  Just us a | |
| 23 | couple more questions.  Okay? | |
| 24 |     A   Okay. | |
| 25 |     Q   Mr. Lemoine, do you remember a Google | 15:46:22 |

| | | |
|---|---|---|
| 1 | account privacy control called "Web and App | 15:46:26 |
| 2 | Activity"? | |
| 3 | A   Yes, I do.  In fact, the non-personalized | |
| 4 | logs I was talking about earlier for the Google | |
| 5 | Search app primarily are associated with people who | 15:46:38 |
| 6 | have turned "Web and App Activity" settings off. | |
| 7 | Q   And when people have turned the "Web and | |
| 8 | App Activity" setting off, is the data that's | |
| 9 | collected when it's off considered logged-out or | |
| 10 | signed-out data? | 15:46:57 |
| 11 | A   So a lot of times today, both legal teams | |
| 12 | have been using words which are not technical | |
| 13 | synonyms as if they are technical synonyms. | |
| 14 | "Unauthenticated," "logged out," "non-personalized" | |
| 15 | and "anonymized" all mean different technical | 15:47:15 |
| 16 | things.  So I just want to clarify. | |
| 17 | Which specific variety of those are you | |
| 18 | asking about? | |
| 19 | Q   Let me ask it a little more pointedly, | |
| 20 | then. | 15:47:26 |
| 21 | Your premortem study refers to a problem | |
| 22 | or a concern regarding logged-in data leaking into | |
| 23 | logged-out data or vice versa. | |
| 24 | Do you recall that? | |
| 25 | A   I mean, primarily it's the other way that | 15:47:36 |

| | | |
|---|---|---|
| 1 | we care about more, but yes.  Either way is | 15:47:38 |
| 2 | possible. | |
| 3 |     Q   Right. | |
| 4 |        So did your premortem study that expressed | |
| 5 | concern about that type of leakage also apply to | 15:47:46 |
| 6 | WAA-off data. | |
| 7 |     A   Yes. | |
| 8 |     Q   And does WAA-off data get used by Google's | |
| 9 | AI? | |
| 10 |     A   Yes. | 15:48:06 |
| 11 |     Q   Okay.  Back to the topic at hand, and then | |
| 12 | I think we're at the home stretch. | |
| 13 |        There was some discussion today that you | |
| 14 | had with Google's attorney about Google's AI chatbot | |
| 15 | called "LaMDA." | 15:48:25 |
| 16 |        Do you remember that? | |
| 17 |     A   Yes, I do. | |
| 18 |     Q   And just briefly, what is LaMDA? | |
| 19 |     A   LaMDA is a very complex artificial | |
| 20 | intelligence system that ultimately provides a | 15:48:32 |
| 21 | natural language interface to all of Google's | |
| 22 | products simultaneously. | |
| 23 |        MR. LEE:  I'm going to ask Josh to mark | |
| 24 | the next exhibit, Exhibit 26. | |
| 25 | /// | 15:48:53 |

Page 207

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12              Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ ] was [X] was not requested.
16              I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21    Dated: DECEMBER 22, 2023
22
23
                                    _Carla Soares_
24
                                    CARLA SOARES
25                                  CSR No. 5908
```

Page 229