# EXHIBIT 36

# MAO DECLARATION OPPOSITION TO SUMMARY JUDGMENT



Fourth Amended Complaint ¶ 90

For ease of review, Plaintiffs submit this enlarged version of the image contained on page 4 of Plaintiffs' Opposition to Google's Motion for Summary Judgment. Plaintiffs' expert Jonathan Hochman also included the same image in his expert report. Dkt. 314-5 ¶ 47.

The "Activity Controls" text on the left-most screen (Screen 1) was the same throughout the Class Period, as confirmed by Google. Ex. 37 at 3. Google also confirmed that the middle screen (Screen 2) is identical to the "Activity Controls" webpage, *id.* at 1, and Google produced a document showing the language used on that webpage throughout the Class Period, Ex. 40. Google's counsel similarly confirmed that the right-most screen (Screen 3) is identical to Google's "WAA Help Page," Ex. 37 at 3, and Google produced a document showing the language used on that webpage (and this Screen 3) throughout the Class Period, Ex. 7.