# EXHIBIT 44
# FILED UNDER SEAL

# MAO DECLARATION OPPOSITION TO SUMMARY JUDGMENT