# EXHIBIT 52

# MAO DECLARATION OPPOSITION TO SUMMARY JUDGMENT

CONFIDENTIAL

```
1              IN THE UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                     SAN FRANCISCO DIVISION
4                           ---o0o---
5   ANIBAL RODRIGUEZ, et al.        )
    individually and on behalf      )
6   of all other similarly          )
    situated,                       )
7                                   )
             Plaintiffs,            )Case No.
8                                   )3:20-CV-04688
    vs.                             )
9                                   )
    GOOGLE LLC, et al.,             )
10                                  )
             Defendant.             )
11  _____ )
12
13                        CONFIDENTIAL
14                         ---o0o---
15               Videotaped Zoom Deposition of
16                      JULIAN SANTIAGO
17                   Monday, March 7, 2022
18                         ---o0o---
19
20
21
22
23  Katy E. Schmidt
24  RPR, RMR, CRR, CSR 13096
25  Veritext Job No.: 5106972
```

Page 1

| | | |
|---|---|---|
| 1 | Q. Would you agree Google is entitled to defend | 02:31 |
| 2 | itself? | 02:31 |
| 3 | A. I believe that the people that Google is | 02:31 |
| 4 | taking information from who have opted out of them | 02:31 |
| 5 | taking and collecting that information have the right to | 02:31 |
| 6 | bring light to this. | 02:31 |
| 7 | Q. And you think you're one of those people; | 02:31 |
| 8 | right? | 02:31 |
| 9 | A. I am a person who, as a consumer, trusted in | 02:31 |
| 10 | Google to keep my information safe when they themselves, | 02:32 |
| 11 | in their own words, told me that taking care of my | 02:32 |
| 12 | information was a big responsibility to them and that | 02:32 |
| 13 | they would work hard to protect that information and all | 02:32 |
| 14 | the information in the services that encompass that | 02:32 |
| 15 | information. And yet across those services, giving me | 02:32 |
| 16 | the option again to control what I do with that | 02:32 |
| 17 | information -- what they -- what I decide they could do | 02:32 |
| 18 | with that information. | 02:32 |
| 19 | And when I say for them not to track my | 02:32 |
| 20 | activity, and when you -- and when I click on -- through | 02:32 |
| 21 | this privacy policy and click on "My Activity" where it | 02:32 |
| 22 | says, you know, everything that they would be doing if | 02:32 |
| 23 | my web-and-app activity was on, my searches, all the | 02:32 |
| 24 | things I do on Google, products and services, like maps, | 02:33 |
| 25 | my location, my -- the language, IP address, refer, | 02:33 |

Page 143

| | | |
|---|---|---|
| 1 | whether to use an browser or an app, ads I click, all | 02:33 |
| 2 | this information that I trusted in Google to keep secure | 02:33 |
| 3 | and they told me I was in control of, with their own | 02:33 |
| 4 | words, with their own writing, with their own privacy | 02:33 |
| 5 | policy that they present to everyone, including myself, | 02:33 |
| 6 | all these things, all these services, all this data, all | 02:33 |
| 7 | this information, that they tell me when app activity is | 02:33 |
| 8 | on, Google will save this information. | 02:33 |
| 9 |     So when Google -- when app -- | 02:33 |
| 10 | web-and-app activity is off, shouldn't be getting saved. | 02:33 |
| 11 |     So why is it getting saved? | 02:33 |
| 12 |     There's something very wrong there. | 02:33 |
| 13 |     Q.   How long do you think Google has been doing | 02:34 |
| 14 | this? | 02:34 |
| 15 |     A.   I can't answer that. | 02:34 |
| 16 |     Q.   Why? | 02:34 |
| 17 |     A.   Because I'm not Google.  I don't know how long | 02:34 |
| 18 | they've been doing it. | 02:34 |
| 19 |     Q.   Did you make an allegation about how long | 02:34 |
| 20 | Google has been doing this in your Complaint? | 02:34 |
| 21 |     A.   Yeah.  You could refer to the Complaint. | 02:34 |
| 22 |     Q.   If it's not in there, is that because you | 02:34 |
| 23 | don't know? | 02:34 |
| 24 |     A.   What I do know is that since the time that | 02:34 |
| 25 | I've had my Google account, which you showed me 2016, | 02:34 |

| | | |
|---|---|---|
| 1 | when I have turned my privacy settings to not track and | 02:34 |
| 2 | collect my information, they've done so.  When I have | 02:34 |
| 3 | used Google services, everything, from apps, devices, | 02:35 |
| 4 | searches, YouTube, other integrated third-party apps, | 02:35 |
| 5 | they put me in control of what happens with my | 02:35 |
| 6 | information when I'm using their services. | 02:35 |
| 7 |     And they made it very clear in their writing | 02:35 |
| 8 | that I'm in control and if I say that | 02:35 |
| 9 | web-and-app activity is turned off, they will not | 02:35 |
| 10 | track, yet that doesn't seem to be the case. | 02:35 |
| 11 |     They make a very clear in the | 02:35 |
| 12 | web-and-app activity page that web-and-app activity must | 02:35 |
| 13 | be on for all those things that they list out, those | 02:35 |
| 14 | bullet points to track.  So if it's off, they're not | 02:35 |
| 15 | tracking. | 02:36 |
| 16 |     So I know since the time I've had my Google | 02:36 |
| 17 | account, they've done so. | 02:36 |
| 18 |    Q.   Mr. Santiago, can you turn to Exhibit 4?  Or | 02:36 |
| 19 | open it up on your Exhibit Share. | 02:36 |
| 20 |    A.   Sure. | 02:36 |
| 21 |    Q.   Do you have it open? | 02:36 |
| 22 |    A.   Yes. | 02:36 |
| 23 |    Q.   So based on this, you see -- and we've gone | 02:36 |
| 24 | over this -- that the first time you paused | 02:36 |
| 25 | web-and-app activity on your personal account was on | 02:36 |

| | | |
|---|---|---|
| 1 | September 15th, 2020; right?  That's what this document | 02:36 |
| 2 | says. | 02:36 |
| 3 |     A.   That's what this document says, but I don't | 02:36 |
| 4 | know if that's correct. | 02:36 |
| 5 |     Q.   I'm asking a yes-or-no question. | 02:36 |
| 6 |     Yes or no, is that what this document says, | 02:36 |
| 7 | that the first time you paused web-and-app activity was | 02:36 |
| 8 | September 15th, 2020? | 02:37 |
| 9 |     MR. LEE:  Asked and answered. | 02:37 |
| 10 |     MS. ARAKAKI:  You can answer the question with | 02:37 |
| 11 | a yes or no. | 02:37 |
| 12 |     MR. LEE:  You can answer it however way you | 02:37 |
| 13 | want. | 02:37 |
| 14 |     THE WITNESS:  I don't know if this document is | 02:37 |
| 15 | correct. | 02:37 |
| 16 | BY MS. ARAKAKI: | 02:37 |
| 17 |     Q.   Let's assume this document is correct for the | 02:37 |
| 18 | moment. | 02:37 |
| 19 |     Okay? | 02:37 |
| 20 |     A.   Let's assume Google's privacy policy does what | 02:37 |
| 21 | they say it does.  Let's assume that when Google's | 02:37 |
| 22 | privacy policy tells me that I'm in control of my | 02:37 |
| 23 | information and all the information that they're capable | 02:37 |
| 24 | of tracking, and I say I don't want that information | 02:37 |
| 25 | tracked and collected, let's just say that whatever is | 02:37 |

Page 146

| | | |
|---|---|---|
| 1 | on their page and their privacy policy is correct, we | 02:37 |
| 2 | wouldn't be here. | 02:37 |
| 3 | They're tracking and collecting despite me | 02:37 |
| 4 | having it off, and that's a huge issue. | 02:37 |
| 5 | Q.   Mr. Santiago -- | 02:38 |
| 6 | A.   I'm not the only one that's affected by this. | 02:38 |
| 7 | Q.   Mr. Santiago, we have a number of hours on the | 02:38 |
| 8 | record to question you. You are here to sit for a | 02:38 |
| 9 | deposition. That amount of time is limited and we are | 02:38 |
| 10 | allowed to ask for more time if we are not able to get | 02:38 |
| 11 | the answers we need. | 02:38 |
| 12 | MS. ARAKAKI:  Mr. Lee, if you want to take a | 02:38 |
| 13 | break to talk to your witness about answering the | 02:38 |
| 14 | questions, we can do that. I prefer not to ask for more | 02:38 |
| 15 | time because we're not getting answers to simple | 02:38 |
| 16 | yes-or-no questions or questions about just the basis | 02:38 |
| 17 | of what a document says or what a document says. But we | 02:38 |
| 18 | can do that if we need to. So, you know, I think -- | 02:38 |
| 19 | MR. LEE:  Since you directed that to me, Lori, | 02:38 |
| 20 | I guess I should respond, which is I think he's been | 02:38 |
| 21 | responsive to all your questions. You just don't seem | 02:38 |
| 22 | to like some of them, so then you proceed to ask the | 02:39 |
| 23 | same question multiple times to which I've objected to. | 02:39 |
| 24 | The witness himself has noted many times where | 02:39 |
| 25 | he's already answered your question. | 02:39 |

Page 147

| | | |
|---|---|---|
| 1 | A.  If I didn't explicitly request them not to, | 04:40 |
| 2 | then that is something that I've -- between my | 04:40 |
| 3 | relationship with myself and The Economist, I haven't | 04:40 |
| 4 | opted out of that.  I haven't said that's an issue if | 04:40 |
| 5 | they did so. | 04:40 |
| 6 | Q.  Yeah.  Okay. | 04:40 |
| 7 | So if The Economist, say -- you know, the | 04:40 |
| 8 | editors of The Economist, they want to know how many | 04:41 |
| 9 | people are reading this article about politics and the | 04:41 |
| 10 | election versus how many people are reading this article | 04:41 |
| 11 | about a sports team, and they want to crunch the numbers | 04:41 |
| 12 | but they themselves can't do it so they send it to this | 04:41 |
| 13 | company, the third party, it's called, you know, | 04:41 |
| 14 | Analytics Number Crunching. | 04:41 |
| 15 | Is it okay or do you find that an invasion of | 04:41 |
| 16 | privacy if they send that information, including your | 04:41 |
| 17 | information, to this third-party company, | 04:41 |
| 18 | Analytics Number Crunching? | 04:41 |
| 19 | A.  If I've asked them not to, then yes, it's a | 04:41 |
| 20 | huge invasion of my privacy. | 04:41 |
| 21 | MS. ARAKAKI:  Okay.  Let's talk -- I think | 04:41 |
| 22 | we've been going for an hour but -- and I don't have a | 04:41 |
| 23 | lot more on this particular line of questioning. | 04:41 |
| 24 | So James and Mr. Santiago, do you want to take | 04:41 |
| 25 | a break or -- | 04:42 |

```
 1           MR. LEE:  Yeah.  Let's go -- we want to        04:42
 2   stretch our legs, I think.                             04:42
 3           MS. ARAKAKI:  Okay.  Sure.                     04:42
 4           MR. LEE:  Ten minutes?                         04:42
 5           MS. ARAKAKI:  Okay.                            04:42
 6           THE VIDEOGRAPHER:  Going off the record.  The  04:42
 7   time is 7:42 p.m.                                      04:42
 8               (Break taken in proceedings.)              04:42
 9           THE VIDEOGRAPHER:  Back on the record.  The    04:56
10   time is 7:56 p.m.                                      04:56
11           MR. LEE:  And, Lori, I'm not trying to rush    04:56
12   you.  Just so we can make food arrangements, do you have 04:56
13   a general ballpark?  Because that might affect when we  04:56
14   order food.                                            04:56
15           MS. ARAKAKI:  Sure.  Yeah.  I mean, I think -- 04:56
16   I'm hopeful we can finish before another -- another    04:56
17   break but --                                           04:56
18           MR. LEE:  In that case we'll wait.             04:56
19           MS. ARAKAKI:  -- I'm not --                    04:56
20           MR. LEE:  You're not committing to it, I get   04:56
21   it.                                                    04:56
22           MS. ARAKAKI:  Yeah.  I'm not committing to it. 04:56
23           MR. LEE:  I get it.  I can only ask for your   04:56
24   best guess.  I totally get it.                         04:56
25           MS. ARAKAKI:  I'm hopeful.  I'm sure we all    04:56
```

Page 226

```
 1  are.                                                      04:56
 2  BY MS. ARAKAKI:                                            04:56
 3       Q.   Okay.  Mr. Santiago, I just want to shift        04:56
 4  gears a little bit from what we were talking about         04:57
 5  before the break.                                          04:57
 6            So in this particular case, I want to talk       04:57
 7  about your harm in this case.                              04:57
 8            Do you believe you suffered any harm as a        04:57
 9  result of Google's alleged invasion of privacy?            04:57
10       A.   I believe I do -- I have, yes.  Yeah.            04:57
11       Q.   What harm?                                       04:57
12       A.   Well, you already touched upon it, a huge        04:57
13  invasion of my privacy.  Information that I thought was    04:57
14  personal to me or I expected to be personal to me that I   04:57
15  value, to be accessed by Google without my permission.     04:57
16  My information has value, and, you know, I could have      04:57
17  been profiting off my information if I chose to do so.     04:57
18            Google is profiting off my information without   04:57
19  my permission.                                             04:58
20            So the invasion of privacy and the value of my   04:58
21  information, those are two huge ones.                      04:58
22            I'm sure there's cost associated with            04:58
23  background applications, tracking, and sending             04:58
24  information to Google from my phone and my computer,       04:58
25  additional energy costs that that cost me.  Even an        04:58
```

Page 227

| | | |
|---|---|---|
| 1 | iPhone, you know, having more information stored or | 04:58 |
| 2 | background applications running without my consent that | 04:58 |
| 3 | run down my phone quicker that require me to get a new | 04:58 |
| 4 | phone sooner than I would have had to had my information | 04:58 |
| 5 | not been tracked in the background. | 04:58 |
| 6 | So I think there's multiple things here that | 04:58 |
| 7 | have been affected. | 04:59 |
| 8 | Q.   Yeah.  Okay.  So that was a helpful long | 04:59 |
| 9 | explanation and I heard about five different things | 04:59 |
| 10 | there.  So I just want to go through each of those | 04:59 |
| 11 | pieces one at a time. | 04:59 |
| 12 | So one of the things you said was the value | 04:59 |
| 13 | of your data to you; right? | 04:59 |
| 14 | A.   Yes. | 04:59 |
| 15 | Q.   And you said it's because you could have sold | 04:59 |
| 16 | that data if you wanted to; right? | 04:59 |
| 17 | A.   If I chose to, I could have done certain | 04:59 |
| 18 | things with that data that I could have personally | 04:59 |
| 19 | profited off.  Instead Google is profiting off of that | 04:59 |
| 20 | without my permission. | 04:59 |
| 21 | Q.   Okay.  So you say done certain things with | 04:59 |
| 22 | your data that you could have profited off of it. | 04:59 |
| 23 | Are you thinking of anything else besides | 04:59 |
| 24 | selling the data? | 04:59 |
| 25 | A.   I think selling being the main one. | 05:00 |

Page 228

```
 1        Q.   Okay.  As you sit here today, are you thinking    05:00
 2   of anything else besides selling?                            05:00
 3             MR. LEE:  You mean on this first category,         05:00
 4   right, that we're talking about, Lori?                       05:00
 5             MS. ARAKAKI:  Yes.  With respect to profiting      05:00
 6   off of the data.                                             05:00
 7   BY MS. ARAKAKI:                                              05:00
 8        Q.   I think you said, Mr. Santiago, that you could     05:00
 9   have profited off the data.  And you said one of the         05:00
10   ways or the main way was selling.                            05:00
11             And I'm trying to understand if you were           05:00
12   thinking of something else when you used the phrase you      05:00
13   could have profited off of your data.                        05:00
14        A.   That's the first thing that comes to mind.         05:00
15        Q.   So no other ways that you're thinking of           05:00
16   specifically at this point?                                  05:00
17        A.   At this moment, no.                                05:00
18        Q.   So selling your data, do you ever try to do        05:00
19   that?                                                        05:01
20        A.   No.  I clearly value my privacy and I value        05:01
21   my data and information being private at this moment in      05:01
22   time and in the past.                                        05:01
23             If that's something -- selling my data, I          05:01
24   mean, if that's something that I decide later on in the      05:01
25   future might be something that I want to do, that would      05:01
```

Page 229

```
1    be something for future me to decide on.                    05:01
2              But at this point I have not thought about        05:01
3    that as.  I've expressed here, I value my information       05:01
4    being secured and being mine, being -- that information     05:01
5    belonging to me and not being shared with internet firms    05:01
6    or search engines or apps that I did not allow to have      05:01
7    that information.                                           05:01
8         Q.   So you've never tried to sell your data up to     05:02
9    today.                                                      05:02
10             Is that right?                                    05:02
11        A.   That's correct.                                   05:02
12             MR. LEE:  Asked and answered.                     05:02
13   BY MS. ARAKAKI:                                             05:02
14        Q.   Do you have any imminent plans to sell your       05:02
15   data?                                                       05:02
16             MR. LEE:   Asked and answered.                    05:02
17             Go ahead.                                         05:02
18             THE WITNESS:  Like I mentioned, I know firms      05:02
19   exist that you could sell your data to with your            05:02
20   consent, but I -- that's not something I've considered      05:02
21   at this time.  But that's not to say that future me         05:02
22   would want to do something like that.                       05:02
23   BY MS. ARAKAKI:                                             05:02
24        Q.   Got it.                                           05:02
25             So have you contacted any of those firms?         05:02
```

Page 230

| | | |
|---|---|---|
| 1 | MR. LEE: Objection. Vague. | 05:02 |
| 2 | BY MS. ARAKAKI: | 05:02 |
| 3 | Q. I'll ask a different question. | 05:02 |
| 4 | So you just said, Mr. Santiago, that you know | 05:02 |
| 5 | of firms to which you can sell your data; right? | 05:02 |
| 6 | A. I'm aware that they exist, yes. | 05:02 |
| 7 | Q. Are you -- are you aware of any specifically? | 05:02 |
| 8 | A. The names that I cannot recall off the top of | 05:02 |
| 9 | my head. I know there's a few. | 05:03 |
| 10 | Q. Have you looked into it before or done | 05:03 |
| 11 | research on it? | 05:03 |
| 12 | A. I've just looked into the fact that they | 05:03 |
| 13 | exist. | 05:03 |
| 14 | Q. So you've never actually taken the step of | 05:03 |
| 15 | contacting them and saying, "Hey, I want to sell my | 05:03 |
| 16 | data. How much are you willing to give me for it"? | 05:03 |
| 17 | A. That's correct. I have not, because as I've | 05:03 |
| 18 | expressed many times here, I value my information and my | 05:03 |
| 19 | choices with that information to remain private. | 05:03 |
| 20 | Q. I hear you. I'm just trying to understand. | 05:03 |
| 21 | Because you said one of the ways you've been harmed is | 05:03 |
| 22 | the fact that you can't sell your data because you can't | 05:03 |
| 23 | profit off of it. So I'm just trying to understand how | 05:03 |
| 24 | you would go about doing that. | 05:03 |
| 25 | And so I heard you say you haven't actually | 05:03 |

Page 231

| | | |
|---|---|---|
| 1 | taken any affirmative steps to get -- to get your data | 05:03 |
| 2 | sold. | 05:03 |
| 3 | Have you taken any affirmative steps to | 05:03 |
| 4 | calculate the value of the data you could sell? | 05:03 |
| 5 | MR. LEE: Objection. Calls for an expert | 05:04 |
| 6 | opinion. | 05:04 |
| 7 | BY MS. ARAKAKI: | 05:04 |
| 8 | Q.  You can answer to whether or not you've taken | 05:04 |
| 9 | any steps.  I'm not asking you to run any calculations | 05:04 |
| 10 | yourself. | 05:04 |
| 11 | A.  I know there is some data in the Complaint | 05:04 |
| 12 | showing different values of different information | 05:04 |
| 13 | online. | 05:04 |
| 14 | Q.  Did you run those calculations yourself or are | 05:04 |
| 15 | you saying you read it in the Complaint? | 05:04 |
| 16 | A.  I did not run those myself, no.  That's based | 05:04 |
| 17 | on expert information. | 05:04 |
| 18 | Q.  Okay.  So just so I'm clear, you've not | 05:04 |
| 19 | yourself done any research to calculate the value of | 05:04 |
| 20 | your data; right? | 05:04 |
| 21 | A.  No, I have not. | 05:04 |
| 22 | Q.  And do you think it would be impossible to | 05:04 |
| 23 | sell your data because Google has it already? | 05:04 |
| 24 | A.  I think my data would be highly devalued if I | 05:04 |
| 25 | decided to do so because of all the data that Google has | 05:04 |

| | | |
|--|--|--|
| 1 | collected and shared with all third parties and, you | 05:05 |
| 2 | know, different internet entities. | 05:05 |
| 3 |     Q.   What brings you to that belief? | 05:05 |
| 4 |     A.   Well, usually when there's a huge abundance of | 05:05 |
| 5 | something that devalues that product.  If it's more | 05:05 |
| 6 | scarce, that increases the value. | 05:05 |
| 7 |     Q.   What makes you assume that Google is sharing | 05:05 |
| 8 | data with third parties? | 05:05 |
| 9 |     A.   Google is collecting my data from third | 05:05 |
| 10 | parties, despite me asking them not to. | 05:05 |
| 11 |     Something that they put me in control of that | 05:05 |
| 12 | is all encompassing of all of their services, and | 05:06 |
| 13 | they've clearly outlined in their web-and-app activity | 05:06 |
| 14 | that when web-and-app activity is on, Google saves all | 05:06 |
| 15 | that information, which includes searches and other | 05:06 |
| 16 | listings you do on Google products, your location, | 05:06 |
| 17 | language, IP address, ads you click on. | 05:06 |
| 18 |     In addition to sites and apps that partner | 05:06 |
| 19 | with Google, sites and apps that use Google services. | 05:06 |
| 20 | They make it very clear that if your web-and-app | 05:06 |
| 21 | activity is on, they are collecting this information. | 05:06 |
| 22 |     So I know they're collecting it.  And I've | 05:06 |
| 23 | said for web-and-app activity to be off, I should expect | 05:06 |
| 24 | that to not be the case any longer of them to continue | 05:07 |
| 25 | collecting it.  And it seems that they continue to do | 05:07 |

Page 233