# EXHIBIT 53

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                         SAN FRANCISCO

4                            --oOo--

5      ANIBAL RODRIGUEZ, et al.,

       individually and on behalf of

6      all other similarly situated,

7                        Plaintiffs,

8      vs.                              Case No.

                                        3:20-CV-04688

9      GOOGLE LLC, et al.,

10                       Defendants.

       _____/

11

12

13

14

15        VIDEO-RECORDED DEPOSITION OF SAL CATALDO

16                    VERITEXT VIRTUAL

17              THURSDAY, FEBRUARY 17, 2022

18

19

20

21

22     Reported by:

23     Anrae Wimberley, CSR No. 7778

24     Job No.  5057262

25

                                            Page 1

```
 1        Q.   Okay.                                   10:41:34

 2             Do you have any other Android devices

 3    other than the Blackberry and the Pixel?

 4        A.   No.

 5        Q.   No tablets?                             10:41:48

 6        A.   I may have one that -- at work that I

 7    haven't used in years.

 8             Sometimes I have devices that kind of die

 9    out and I leave in a drawer somewhere.

10        Q.   Okay.                                   10:42:11

11             Have you ever done any research during

12    this period of time where you've been privacy minded

13    about how to protect your privacy on Android?

14        MR. LEE:  Objection, form, vague.

15        THE WITNESS:  I mean, in terms of exploring how  10:42:25

16    to protect my privacy?

17             Yeah, I'm sure I've looked at things on

18    how to keep things more secure, et cetera, sure.

19    BY MR. SANTACANA:

20        Q.   Well, you said you're not familiar with  10:43:07

21    the ads personalization toggle, so I think we'll

22    come back to that later.  I'll see if I can scrounge

23    up what that page looks like, but it may be that the

24    easiest way is for you to just actually look at your

25    own page later.  But we'll come back to that.       10:43:25
```

Page 69

```
 1              Let's go back to this WAA button.          10:43:29

 2          So you said that you checked to make sure

 3     that WAA is off on your devices, right?

 4        A.   Correct.

 5        Q.   And do you understand WAA to be an         10:43:39

 6     account-level control or a device-level control?

 7              To the extent that you even understand the

 8     distinction.

 9        MR. LEE:  Yeah, I would say lack of foundation,

10     calls for speculation.                            10:43:52

11              You can answer, if you can.

12        THE WITNESS:  I will say this:  The fact that

13     there's a different toggle -- I would say the way I

14     treat it is probably a little bit of belt and

15     suspenders, that I've had it where -- especially   10:44:12

16     with some syncing issues in the past, I remember

17     having certain settings on one device that I don't

18     want on another device and one device kind of

19     overriding the other device's settings because maybe

20     it syncs.                                          10:44:28

21              So to be complete, I tend to make sure

22     that it's off on all various devices.

23     BY MR. SANTACANA:

24        Q.   Understood.

25        A.   So in that respect, I wouldn't make the    10:44:36
```

Page 70

```
 1    distinction between the two or to have -- care about      10:44:38

 2    an understanding whether it's one or the other

 3    because I would just want to make sure it's off

 4    universally.

 5         Q.   Right.  It doesn't make a difference to        10:44:47

 6    you, you just are turning it off wherever you see

 7    it?

 8         A.   Correct.

 9         Q.   Why do you turn the WAA control off?

10         A.   To not allow Google to have access to the      10:44:57

11    data that would be sent from the apps.

12         Q.   What data would that be?

13         A.   Any data.

14         Q.   What do you mean by "any data"?

15         MR. LEE:   Objection to form.                       10:45:14

16         THE WITNESS:   "Any" means any.  You know, if

17    you tell me that I'm not going to share something,

18    just don't share it.

19    BY MR. SANTACANA:

20         Q.   Yeah, I'm trying to understand, when you       10:45:32

21    say, "share something," what is it that you think

22    the apps are sharing that turning WAA off would

23    prevent them from sharing?

24         MR. LEE:   Asked and answered.

25         THE WITNESS:   So if you're giving me the option    10:45:50
```

Page 71

1     to turn it off, the way my mentality is, if you tell          10:45:53

2     me I can decide no, I'm going to say, "No," without

3     having to know what exactly it is you're taking,

4     because I don't want, to use my word, any of it.

5               And my understanding is that it's -- you           10:46:06

6     know, the Web & App Activity collects data from the

7     apps, transmits them to Google.

8               I'm sure there's some value to Google

9     there, and to me, if it's valuable to you, it's not

10    something that I want you to have.                             10:46:25

11              So there are certain things I know you

12    don't want you to have.  There might be other things

13    that I'm not smart enough to know that are

14    transmitting that I don't want you to have.  And I

15    was under the belief that by saying, "No," I was              10:46:36

16    opting out of you having or Google having it.

17              So that's, to me, to try to quantify what

18    is or isn't being shared, I wasn't given that much

19    choice there.  The way that it's framed when I'm

20    given a control that says you can control what               10:46:52

21    information is shared, and then there's a button

22    that says, you know, by having it off, we are not

23    saving your information, that my information is not

24    being saved.

25              So I don't know what that information is,          10:47:08

Page 72

1    but to me it's all or none.                          10:47:11

2    BY MR. SANTACANA:

3        Q.    Do you have an understanding of what

4    Google Analytics is?

5        A.    Generally.                                  10:47:26

6        Q.    What's your general understanding?

7        A.    I'm sure it takes lots of -- I don't think

8    it does one particular thing.  But my understanding

9    would be that it's -- almost in the name, right?

10   Analytics is that it processes data and gives         10:47:50

11   reports and analyzes data that it's given.

12       Q.    And when you say, "gives reports," who

13   does it give the reports to?

14       A.    I don't know.  I mean, I would assume -- I

15   don't know how pervasive something like -- yeah, I    10:48:19

16   don't know what specifically Google Analytics in

17   that, like, particular branded vehicle does.

18           But I know that generally, a company like

19   Google probably shares analytics to advertisers.

20   They probably share analytics to people that consume  10:48:33

21   Google products for other customers, to say, Hey

22   this is the data on people that visited your page.

23   This is the data that people that used your app.

24   This is the people that your advertisement was sent

25   to.                                                   10:48:49

Page 73

```
 1              So I'm sure it does that in multifaceted        10:48:49

 2     ways.

 3        Q.   Okay.

 4              So let's just use the New York Times app

 5     as an example.  It's an example we often use in this     10:49:06

 6     case because they use the Google Analytics for

 7     Firebase product that's discussed in your complaint.

 8              So the New York Times wants to learn about

 9     how people use its app, it activates Google

10     Analytics for Firebase on the app and information       10:49:29

11     about its users is then reported back to the

12     New York Times by that product.

13              Are you claiming there's an invasion of

14     privacy in that process?

15        A.   For the people that have elected to not          10:49:51

16     participate in that process, yes, I believe there

17     is.

18        Q.   And how do you believe people elect not to

19     participate -- well, let me first ask you what you

20     mean by "not participate in that process"?             10:50:08

21        A.   So my understanding is Google is

22     delivering data to the New York Times.  In order for

23     Google to deliver that data to the New York Times,

24     data has to be sent to Google.

25              Google has given me as a user an option to     10:50:26
```

Page 74

| | | |
|---|---|---|
| 1 | say it will not collect or save my data, and you | 10:50:30 |
| 2 | point me to that option, and so I'm turning that | |
| 3 | option off.  So if you send the data after I've | |
| 4 | turned that off, then it's an invasion of privacy | |
| 5 | because I've asked you not to use it. | 10:50:45 |
| 6 | So once I turn that off, once you tell me, | |
| 7 | Hey, you can elect not to participate because here's | |
| 8 | a setting that we are going to share and save your | |
| 9 | data if you turn this on, I turn it off, my | |
| 10 | expectation is the data is not saved or shared. | 10:51:04 |
| 11 | Q.   So I want to make sure we're talking about | |
| 12 | the same things. | |
| 13 | So I'm drawing a distinction between a | |
| 14 | world where Google is acting as the analytics | |
| 15 | provider for the New York Times but isn't doing | 10:51:23 |
| 16 | anything with the data otherwise and a different | |
| 17 | world where it acts as an analytics provider for the | |
| 18 | New York Times but also saves it for other purposes | |
| 19 | unrelated to what the New York Times has asked | |
| 20 | Google to do. | 10:51:41 |
| 21 | Are you saying that the WAA button should | |
| 22 | control both of those worlds or just one of them? | |
| 23 | A.   I think it should control both of those | |
| 24 | worlds, because the way that it's described and laid | |
| 25 | out to me as the user, it doesn't make that | 10:52:02 |

Page 75

```
 1      distinction.  It says you can choose and control the      10:52:07

 2      information, and then there's an option that says,

 3      Don't save the data.

 4           Q.   Okay.  I think I understand.

 5           Do you believe you've suffered any damages      10:52:49

 6      as a consequence of the alleged invasion of privacy?

 7           A.   I do.

 8           Q.   What are those damages?

 9           A.   On a base level that experts can probably

10      quantify better than I can, the surreptitious taking      10:53:11

11      of my information damages me.  There's invasion of

12      privacy, you know, intrusion and all that stuff are

13      torts for a reason.  That there's a value to private

14      information intrinsic to the fact that it's private.

15           What that's quantified as, I can't      10:53:41

16      articulate.  I can't tell you the value of my data.

17           Google can probably tell you the value of

18      my data because they are the ones that are

19      commoditizing it.  But that privacy is important.

20      It's a core right.  And the violation of that right      10:53:56

21      is a damage.

22           One way to figure that out is what did

23      Google make off of that data that should have been

24      arguably mine to make, right, on that level?

25           On another threshold, the fact that Google      10:54:18
```

Page 76

```
 1    was using my own device that I paid a charge that at        10:54:22

 2    various times have data plans that I was actually

 3    paying per gigabyte use or, at the very least, have,

 4    you know, sort of slow downs if I use -- if I have

 5    consumption of the device.  If it's on Wi-Fi I have        10:54:41

 6    bandwidth.

 7            So it may be, you know, small

 8    incrementally, but when it's doing it hourly over

 9    years, that's use of my device that I paid money for

10    that a third party is now using without my consent.        10:54:57

11            So there's a way to add that all up that

12    degraded the property that I have.

13        Q.   Okay.

14            So just to recap, you've identified the

15    basic damage of your privacy having been invaded is        10:55:15

16    damaged in and of itself; right?

17        A.   Yes.

18        Q.   There's the one you just named, damage to

19    your property, in the sense that its resources were

20    used against your will --                                   10:55:38

21        A.   Correct.

22        Q.   -- depleted in some way.  Could be

23    bandwidth or data or battery, I guess?

24        A.   Um-hum.

25        Q.   And you believe that's a quantifiable            10:55:51
```

Page 77

1    amount of damage?                                          10:55:54

2        A.   Yes.

3        Q.   And then you believe that if Google

4    profited from your data, then that amount of profit

5    is damage as well?                                         10:56:04

6        A.   Yes.

7        Q.   Obviously, if it didn't profit off the

8    data, then that would not be the source of damage?

9        MR. LEE:   Objection to form, calls for a legal

10   conclusion and expert opinion.                             10:56:16

11       THE WITNESS:   To me, that -- whether or not

12   Google actually profited, I think the potential loss

13   of profit that it took from me would be damage in

14   some way.

15           I understand I'm a lawyer, I'm not a               10:56:35

16   patent lawyer, but if I steal intellectual property,

17   there's no requirement that I go and actually make

18   the product, that it's still threat of confidential

19   information, right?

20           So there's -- it's the potential of my             10:56:47

21   loss of profit, not necessarily what Google profited

22   from.

23           So I think an easy way to quantify it

24   would be to see what Google made off of my data, but

25   I don't think Google has to profit, in my own             10:57:03

Page 78

1    opinion, for me to feel violated and damaged because    10:57:05

2    you took something of value from me.

3            And I can try to sit down and figure out

4    with an expert what that value is, but there's

5    something valuable regardless of what value is    10:57:17

6    received for it on the other end of the perpetrator.

7    BY MR. SANTACANA:

8        Q.    So I want to distinguish between the

9    damage to you for your invasion of privacy and the

10    damage to you that you are calling a loss of profit.    10:57:30

11    Those are different categories of damage.

12            So I understand what you're saying about

13    damage to you for your invasion of privacy.  We'll

14    come back to that.

15            With respect to loss of profit, have you    10:57:45

16    personally experienced a loss of profit as a

17    consequence of the alleged unlawful invasion of

18    privacy?

19        A.    I think, in my opinion, I have.

20        Q.    What was that loss of profit?    10:58:08

21        A.    Again, I can't quantify it here.

22        Q.    Why not?

23        A.    Because I wasn't given the opportunity.

24            Number 1, it's something to me that wasn't

25    for sale.  If it was, I wasn't part of the    10:58:23

Page 79

1    conversation when the information was taken and                10:58:26

2    profited from or potentially profited from.  So I'm

3    not going to quantify what that loss of profit is

4    today.

5        Q.   So -- I'm sorry -- I should be clear.  I'm          10:58:35

6    also leaving aside what you've said would be a

7    measure of damages is what's called disgorgement of

8    whatever profit Google might have made on your data.

9    I understand that that's a measure that you have in

10   mind and that you don't know how to quantify that in     10:58:54

11   that instance.

12       A.   Right.

13       Q.   I'm talking about a completely separate

14   type of damage, which would be that you have

15   suffered a --                                              10:59:04

16            (Whereupon, Mr. Lee, Esq. unintentionally

17            left the proceedings.)

18       MR. McGEE:  I'm very sorry.  James just

19   informed me that he's frozen.  So I think he's going

20   to have to reset to get back in.                          10:59:16

21            So if you don't mind, I just don't want

22   the witness questioned without counsel.

23       MR. SANTACANA:  Sure.  We can wait.

24       MR. McGEE:  Sorry to interrupt again.

25       MR. SANTACANA:  No problem.                            10:59:30

Page 80

```
 1              (Whereupon, Mr. Lee, Esq. re-joined the        10:59:53

 2          proceedings.)

 3      MR. LEE:  Sorry, my Zoom froze.

 4      MR. SANTACANA:  No worries.  I'm all back up.

 5      MR. LEE:  Thanks.                                       10:59:58

 6  BY MR. SANTACANA:

 7      Q.   Maybe try and be less long-winded this

 8  time.

 9          Sir, I want you to leave aside what you've

10  said would be one measure of damages, whatever          11:00:09

11  Google made on your data.

12      A.   Okay.

13      Q.   I want you to focus instead for this

14  question on whatever lost profits you believe you

15  may have suffered.                                        11:00:23

16          And my question is, do you have a measure

17  of lost profits?  There was some sale that you could

18  have made and didn't get to make because of Google's

19  conduct or something like that, do you have any

20  claim that you have lost profits in this case?          11:00:42

21      MR. LEE:  Objection to form, calls for a legal

22  conclusion, calls for expert opinion, calls for

23  speculation.

24          You can answer, if you can.

25      THE WITNESS:  As I've said, none that I can sit      11:00:57
```

Page 81

1    here and quantify today because I don't know of the          11:00:59

2    opportunities that were lost because I was never

3    given that chance and found out everything after the

4    fact.

5    BY MR. SANTACANA:                                            11:01:12

6        Q.   Okay.   In fact, it sounds like you're not

7    interested in selling your app activity data to

8    anyone, right?   I think you said it's not for sale.

9        A.   Correct.

10       Q.   Okay.  Understood.                                  11:01:26

11            Are there any other categories of damage

12   other than the ones we just discussed that you

13   believe you have suffered?

14       MR. LEE:  Objection, calls for a legal

15   conclusion, expert opinion, speculation.                     11:01:41

16            Answer, if you can.

17       THE WITNESS:  Sure.

18            Look, those are the ones that come to

19   mind.  I think what's tough about -- and I kind of

20   alluded to this with the privacy, it's just when you         11:01:57

21   had something that -- when there's a betrayal, when

22   there's, to me, a violation, you know, a breach of

23   an obligation where I was promised something, I was

24   in my mind told that when I participated with

25   Google, that I continue to buy Android devices, that         11:02:23

Page 82

```
 1     I was given control of my privacy.                    11:02:27

 2              As a privacy-minded person, I was told,

 3     Hey, we care about your privacy.  We protect your

 4     information.  We put you in control.  That's in big

 5     font and Google's promise, and then you broke that    11:02:39

 6     promise and you invaded the privacy, so there's the

 7     hurt of a broken promise, right?

 8              I can't put into words what that looks

 9     like, but I know it's wrong and I know it disserves

10     some sort of punishment or retribution for that.      11:02:57

11              So other than what I've quantified there,

12     there's a lot there that I can't sit here and

13     quantify and put the dollars and cents.

14     Unfortunately, the --

15              (Reporter seeks clarification.)               11:03:07

16        THE WITNESS:  So, you know, as far as remedies

17     go, I know everything does kind of have to be

18     distilled into dollars and cents because as far as I

19     know, a lot of this stuff can't be undone.  Although

20     to the extent that it can be undone, I would          11:03:24

21     certainly love that, too.

22              If you still have my information, I want

23     that gone.  I want to make -- you know, measures

24     taken to ensure that Google doesn't continue to do

25     this and some macro-level stuff there, but I can't    11:03:33
```

Page 83

```
 1    sit here and say that I have a ledger of damages        11:03:38

 2    that I consider.

 3    BY MR. SANTACANA:

 4         Q.   Understood.

 5              With respect to the damage to your            11:03:45

 6    privacy, the sort of basic, fundamental,

 7    your-privacy-has-been-invaded type of damage, would

 8    you say you've suffered any mental distress?

 9         A.   Sure.

10         Q.   Have you sought any medical treatment for     11:04:07

11    it?

12         A.   Not specific to that.

13         Q.   Taken any medications for it?

14         A.   No.

15         Q.   Are you aware of any way of quantifying,      11:04:19

16    other than basic mental distress, any way of

17    quantifying that mental distress in terms of damage?

18         MR. LEE:  Objection, calls for a legal

19    conclusion, expert opinion.

20         THE WITNESS:  I mean, I'm -- I'm not a             11:04:42

21    litigator.  I don't do that area.  I don't know how

22    that's quantified.

23    BY MR. SANTACANA:

24         Q.   I'm not trying to ask you a legal

25    question.  I'm just trying to -- and I apologize if    11:04:54
```

Page 84

```
 1    account in that opening paragraph, I mean whatever        12:23:42

 2    this esoteric repository is, not a specific

 3    salcataldo@gmail storage.

 4         Q.  But you reviewed the complete description

 5    before turning WAA off, right?  You didn't only read      12:23:57

 6    that first screen shot.

 7         MR. LEE:  Objection.

 8              You mean of the two screens we're looking

 9    at?

10    BY MR. SANTACANA:                                         12:24:09

11         Q.  Yeah, and also, what's behind the "Learn

12    more" link.  You said you reviewed it all; right?

13         A.  Yeah, well, I would prefer if we can go to

14    that part of the complaint so we can look at all

15    three because I'm sure I did click on the "Learn         12:24:18

16    more," but it would be helpful if I could look at it

17    and refresh.

18         Q.  Yeah, let's look at it all at once.

19              So that's on page 26 of 87 in the top

20    header.                                                   12:24:30

21         A.  Okay.

22         Q.  So take your time sort of refamiliarizing

23    yourself and just let me know when you're ready.

24         A.  Sure.

25              Okay.  Yeah, no, this looks like what I        12:25:24

                                                          Page 130
```

```
 1     would have looked at when -- I certainly would have        12:25:26

 2     clicked the "Learn more," and this seems like this

 3     is what would have been there at the time.

 4          Q.   Okay.

 5               So you reviewed all of it before turning         12:25:36

 6     WAA off, not just part of it; right?

 7          A.   I would have reviewed all of it, yes.

 8          Q.   And you provided a moment ago an

 9     understanding of what "saved in your account" means

10     to you.                                                     12:25:57

11               Is that the understanding you had at the

12     time that you turned WAA off?

13          A.   But I think -- but that's not -- first of

14     all, the activity controls, as we saw earlier, when

15     you scroll down, there's more information about           12:26:12

16     location and history of YouTube, right?

17               The first sentence there, it says, "The

18     data saved in your account," this is just a

19     description of data saved in your account helps give

20     you more personalized experiences.  They're not           12:26:24

21     saying the data saved in WAA, right?

22               So earlier, it says, Choose the data you

23     allow them to save.

24               Then under WAA, it says, "Saves your

25     activity on Google sites and apps, including              12:26:35
```

Page 131

```
 1   associated info" --                              12:26:35

 2          (Reporter seeks clarification.)

 3      A.   So if I look at -- so "Activity controls"

 4   is a general header, and then it just makes a

 5   statement about what data in my account is used by   12:26:48

 6   Google to do.  It gives me a more personalized

 7   experience.

 8           Then later on, it says, What do we save as

 9   Web & App Activity, right?

10           So if I turn on Web & App Activity, if I      12:27:04

11   turn on WAA, you're telling me what gets saved.

12   Okay.  So then I look through and see what gets

13   saved, my Chrome history, my browsing history, other

14   activity at other sites, apps and devices that use

15   Google uses, sites and apps that use Google           12:27:22

16   services, right, and then it says, To let Google

17   save this information, Web & App Activity must be

18   on.

19           So if I don't want to let Google save that

20   information, I turn it off.                            12:27:32

21           It doesn't say where it gets saved.  It

22   doesn't say Web & App Activity is only in my

23   account.  Under the Web & App Activity, you're just

24   saying what Web & App Activity does when I turn it

25   on and that it will get saved.  And if I turn it      12:27:43
```

Page 132

```
 1    off, it won't get saved.                                12:27:46
 2            I think that's my understanding of it, and
 3    it seemed very reasonable based on reviewing it.
 4        Q.   So I think that's -- I think we're saying
 5    the same thing.                                         12:27:58
 6            But you would agree with me, though, that
 7    a sort of fundamental step to this is that you can
 8    tell that the Web & App Activity data belongs to
 9    you; right?
10            If you couldn't tell, like if you just         12:28:22
11    scrambled it up and it were indecipherable, then you
12    wouldn't be able to tell that it belongs to you;
13    right?
14        MR. LEE:  Objection to the term "you," vague.
15        THE WITNESS:  I don't --                            12:28:41
16    BY MR. SANTACANA:
17        Q.   Do you understand what I mean by "you"?
18        A.   I understand what you mean by me.  I
19    disagree with the notion that if you somehow
20    scramble it all up, that it's not me.                   12:28:52
21        Q.   Okay.
22            So if I told you that when you turn WAA
23    off, your activity data is anonymized in a way that
24    makes it impossible to connect it to your identity
25    as a person in the physical world, am I correct in     12:29:15
```

Page 133

1    understanding that you would say that still invades    12:29:19

2    your privacy because even though that is anonymized,

3    it came from you and you should be able to control

4    it.

5            Is that essentially what you're saying?    12:29:33

6        MR. LEE:  Objection, incomplete hypothetical,

7    calls for speculation.

8            You can answer, if you can.

9        THE WITNESS:  Sure.

10           There's two things that I would say.    12:29:40

11   Simply, yes, that is still me.  No. 2, I don't

12   understand why you're telling it to me and

13   explaining it to me and it's not explained on the

14   app because it saying that in this setting.

15           It says, what's saved, information.  Not    12:29:57

16   information in a way that portrays it as you, and it

17   says, you are going to save it turning on saves,

18   turning off should not save.

19           That's pretty simple.  That's pretty

20   elementary.  So if you're saying, turning off still    12:30:13

21   saves it but in this way that we know about that

22   we're not telling you about, that, to me, is not

23   what it's saying it's doing.

24           And I would go further, if you went back

25   to the privacy policy and you define personal    12:30:26

                                                    Page 134

```
 1    information that says, Things that are provided to          12:30:30

 2    you that could be reasonably linked to such

 3    information that basically can be figured out who

 4    you are, tech companies like Google are very, very

 5    smart, intelligent, have all sorts of resources that       12:30:44

 6    they can piece that little stuff together.

 7             So who defines that line of how do we

 8    scramble it enough that it doesn't make it me.  And

 9    my opinion is that by the time you get to that

10    point, you have scrambled it up enough to make it          12:30:59

11    me, did you scramble it enough to have it no value?

12    And you guys wouldn't want it anyway.

13             So there's a value to you and your

14    third-party providers and your customers, then it

15    has to be identifiable in some way, that there's           12:31:10

16    some essence of me that is there that provides value

17    to somebody, and if that essence is there, that has

18    been taken, and that's an invasion.

19    BY MR. SANTACANA:

20         Q.   Okay.                                            12:31:25

21         MR. LEE:  I'll withdraw my objection.

22    BY MR. SANTACANA:

23         Q.   I'm a little confused about one thing --

24    well, I'm confused about a lot of things.

25             But you said it just says, saves -- save          12:31:40
```

| | |
|---|---|
| 1 | or don't save.  But actually, what it says is "Saves | 12:31:44 |
| 2 | your activity." |
| 3 | So just to be fair, I think what you're |
| 4 | saying is that your activity you define as any |
| 5 | amalgamation of data, whether it's scrambled or not | 12:31:56 |
| 6 | to hide your name and things like that.  It's still |
| 7 | you.  It's the essence of you, as you said. |
| 8 | That's the claim, right? |
| 9 | MR. LEE:  Objection, misstates the document. |
| 10 | THE WITNESS:  If it says, "Saves your | 12:32:08 |
| 11 | activity," right, the activity is the activity. |
| 12 | Like changing how it's stored doesn't undo the |
| 13 | activity. |
| 14 | If I open a link, right, if I decide to |
| 15 | click on a recipe in the New York Times app, Sal | 12:32:25 |
| 16 | Cataldo opened up a crumb cake recipe, and you guys |
| 17 | chop it all up to make it not look like that, you |
| 18 | still saved the activity. |
| 19 | BY MR. SANTACANA: |
| 20 | Q.  Okay. | 12:32:40 |
| 21 | A.  You still saved my activity.  So even |
| 22 | though you call it not me afterwards, it's still -- |
| 23 | if it says you're saving the activity, and then on |
| 24 | the "Learn more," it doesn't say your activity.  It |
| 25 | says, "info," which I assume is short for | 12:32:52 |

Page 136

```
 1    phone.                                              01:29:33

 2             And then you've got this list, the WAA

 3    control, the location history control, the YouTube

 4    history control and then ad personalization.

 5             So please continue.  I just wanted --      01:29:43

 6        A.   That is correct.

 7        Q.   -- list that out.

 8             Go ahead.

 9        A.   Up top on mine, it also does say, "Choose

10    which settings will save data in your Google        01:29:51

11    account."

12        Q.   Yes.

13        A.   So I'm going down to "Ad personalization."

14    It says ad personalization is on.

15             If I click on "Go to Ad Settings," it      01:29:58

16    says -- so this is what I wanted to see is what the

17    settings said, right?

18             It says, "Google makes your ads more

19    useful on Google services, such as search or

20    YouTube, and on websites and apps that partner with 01:30:13

21    Google to show ads."

22             Then there's a link to say, "Learn why

23    you're seeing an ad," and then if I click the

24    advance, like we did before, it does say, "Also,

25    user activity and information from Google services  01:30:25
```

                                                Page 151

```
1      to personalize ads on websites" --                    01:30:28

2            (Reporter seeks clarification.)

3        A.   I apologize, I was saying it more so so

4      that he and I would know that we're looking at the

5      same thing, but --                                     01:30:51

6        MR. LEE:  She still has to write it down, so --

7        THE WITNESS:  Yeah, no, I get it.

8            So when I click on the advanced carrot,

9      this paragraph comes up, "Also use your activity and

10     information from Google services to personalize ads    01:31:09

11     on websites and apps that partner with Google to

12     show ads."

13           Next sentence, "This stores data from

14     websites and apps that partner with Google in your

15     Google account."                                       01:31:30

16           So -- and that box is checked off.  So

17     right now, it is not checked, it's blank.

18           And so if I go to these settings and I

19     see -- so going back to your question, Eduardo, to

20     say that the ad settings are where the privacy        01:32:03

21     policy would control that and why is it still on, I

22     would say the ad settings are allowing the

23     information I've shared to Google to potentially be

24     used to personalize my ads saying, Do you want us to

25     use information that we have to personalize your      01:32:25
```

Page 152

```
1    ads?                                                01:32:27
2            To me, the WAA setting says can Google
3    have certain information.  So my expectation is, if
4    I've told Google don't take certain information
5    using the WAA setting, I don't have to have the ad   01:32:44
6    setting also off.  The ad setting doesn't override
7    and now allow Google to collect information that I
8    didn't allow it to collect in the first place.
9            If I read that ad setting, it's saying, Do
10   you want us to personalize your ads, yes or no?  Not 01:33:01
11   do you want us to go take information to increase
12   your ads?
13           WAA tells me whether or not you can take
14   and collect information, and if I've said, "No,"
15   then it shouldn't matter what I do with my ads later 01:33:12
16   on because I've already told you not to take my
17   data.  So you shouldn't have data with which to
18   personalize my ads.
19   BY MR. SANTACANA:
20       Q.   That's very helpful, and just a reminder    01:33:21
21   to speak slowly even when you're thinking quickly.
22   But yes, that's very helpful, and I understand your
23   answer.
24           Let's continue through the privacy policy
25   for a moment.                                        01:33:34
```

Page 153

```
 1        A.    Sure.                                        01:33:36

 2        Q.    So let me ask you, have you received any

 3   ads that offended you because it appeared to you

 4   that they came from activity that was collected when

 5   WAA was turned off?                                     01:34:07

 6        MR. LEE:  I'm sorry, Eduardo, do you mind

 7   repeating the question?

 8   BY MR. SANTACANA:

 9        Q.    Yeah.  The question was, have you received

10   any ads that offended you because it appeared to you  01:34:24

11   that they came from activity that was collected when

12   WAA was turned off?

13        MR. LEE:  Okay.  Objection to the term

14   "offended."

15             You can answer.                               01:34:41

16        THE WITNESS:  Yeah, I don't think that . . .

17   "offended" isn't a word that I would use because I

18   take offended as something that attacks my

19   character, something like that.

20             But I would say that I was bothered -- and    01:35:01

21   I can't recall any specific ad -- but bothered by

22   the idea of how the hell did you know that this

23   would be for me?  You know, that kind of eerie sense

24   of, this was something that I thought I was doing on

25   one level, and now it popped up as a Gmail e-mail or   01:35:24
```

Page 154

```
 1   whatever the case would be that -- you know, I can        01:35:29

 2   certainly recall the sensation of feeling like, Hey,

 3   wait a minute, something doesn't sit right.

 4   BY MR. SANTACANA:

 5       Q.   Let's talk about that for a second.            01:35:43

 6            The advertising, obviously, you've been

 7   aware, it sounds like since college, that Google is

 8   a company that makes money from advertising; right?

 9       A.   I would assume Google -- one of the ways

10   it makes money is from advertising.                     01:36:05

11       Q.   And you've been aware of that since you

12   first opened your account; right?

13       A.   I don't know when I -- I don't know how

14   you would define the opening my account.  Like, I

15   can recall creating a Gmail account.  I don't know      01:36:24

16   if there was anything that would have led me to

17   create a Google account prior to that.

18       Q.   That's what I mean.

19       A.   So when I signed up for Gmail, 2005.

20       Q.   That's how you create a Google account.       01:36:36

21       A.   Okay.  I wasn't sure, you know, if there

22   was --

23       Q.   Sure.

24       A.   So . . .

25            I can't recall when I started seeing           01:37:02
```

Page 155