# EXHIBIT 54

# MAO DECLARATION OPPOSITION TO SUMMARY JUDGMENT

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, JULIEANNA
 5   MUNIZ, ELIZA CAMBA, SAL CATALDO,
 6   EMIR GOENAGA, JULIAN SANTIAGO,
 7   HAROLD NYANJOM, KELLIE NYANJOM,
 8   AND SUSAN LYNN HARVEY,
 9   INDIVIDUALLY AND ON BEHALF OF ALL
10   OTHERS SIMILARLY SITUATED,
11          PLAINTIFFS,
12      vs.                                   NO. 3:20-CV-04688
13   GOOGLE LLC,
14          DEFENDANT.
15   _____/
16
17         VIDEOTAPED DEPOSITION OF SUSAN HARVEY
18           *VIA REMOTE COUNSEL VIDEOCONFERENCE*
19                THURSDAY, OCTOBER 27, 2022
20                        VOLUME I
21
22   STENOGRAPHICALLY REPORTED BY:
23   MEGAN F. ALVAREZ, RPR, CSR No. 12470
24   JOB NO. 5516967
25   PAGES 1 - 262
```

Page 1

|    |                                                              |            |
|----|--------------------------------------------------------------|------------|
| 1  | MR. LEE:  I know that you know what he's                     | 10:57:22   |
| 2  | asking.                                                      | 10:57:24   |
| 3  | THE WITNESS:  Yeah.  Sorry.  I apologize.                    | 10:57:24   |
| 4  | MR. LEE:  And then give it a pause and                       | 10:57:26   |
| 5  | then you can answer.  Okay?                                  | 10:57:27   |
| 6  | THE WITNESS:  Go ahead.                                      | 10:57:27   |
| 7  | MR. LEE:  Slow down.                                         | 10:57:28   |
| 8  | BY MR. MATEEN:                                               | 10:57:29   |
| 9  | Q.  No worries.  I also am a quick talker and                | 10:57:30   |
| 10 | jump in.  So I know it's -- I'm just as guilty of            | 10:57:33   |
| 11 | the same thing.                                              | 10:57:37   |
| 12 | So I think we resolved that issue.  You                      | 10:57:42   |
| 13 | don't know how many attorneys you consulted with.            | 10:57:46   |
| 14 | Have you had any consultations with any                      | 10:57:50   |
| 15 | lawyers about Google for any issues other than the           | 10:57:52   |
| 16 | unauthorized transactions and other than your                | 10:57:56   |
| 17 | consultations with Boies Schiller?                           | 10:57:58   |
| 18 | A.  No, not that I recall.  I would have --                  | 10:58:00   |
| 19 | no.                                                          | 10:58:07   |
| 20 | Q.  Have you ever considered suing Google for                | 10:58:21   |
| 21 | any other reason besides the two reasons that you            | 10:58:24   |
| 22 | sued Google for?                                             | 10:58:28   |
| 23 | A.  No, not that I can recall.  There wouldn't               | 10:58:29   |
| 24 | be another reason.                                           | 10:58:32   |
| 25 | Q.  So can you tell me in your own words why                 | 10:58:37   |

| | | |
|---|---|---|
| 1 | you're suing Google in this lawsuit? | 10:58:39 |
| 2 | A.   Yes.  Because they offered me an option to | 10:58:41 |
| 3 | not collect my data or to be in control of my data, | 10:58:45 |
| 4 | and they didn't honor that. | 10:58:47 |
| 5 | Q.   What should Google have done instead? | 10:59:20 |
| 6 | A.   In regards to? | 10:59:23 |
| 7 | Q.   I just asked why you're suing Google.  You | 10:59:28 |
| 8 | said that Google did not honor the option that you | 10:59:30 |
| 9 | selected. | 10:59:38 |
| 10 | A.   Yes. | 10:59:40 |
| 11 | Q.   What would you have preferred Google have | 10:59:41 |
| 12 | done? | 10:59:43 |
| 13 | A.   To not actually take, use, and -- take, | 10:59:44 |
| 14 | use, and save my information.  It said that I was in | 10:59:48 |
| 15 | control.  That doesn't put me in control. | 10:59:53 |
| 16 | Q.   So can you tell me in your own words what | 10:59:55 |
| 17 | you mean when you say that Google took, used, and | 10:59:58 |
| 18 | saved your information? | 11:00:01 |
| 19 | A.   In my own words?  Well, I -- I just go by | 11:00:04 |
| 20 | what Google told me, which is that if you have | 11:00:08 |
| 21 | Web & App Activity on, that they can -- Google apps, | 11:00:13 |
| 22 | that it collects the information for Google apps, | 11:00:18 |
| 23 | sites, devices, from the search in YouTube and | 11:00:20 |
| 24 | Google home from platforms like Google browser and | 11:00:24 |
| 25 | Android operating system, products that integrate | 11:00:27 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | into third-party apps and sites like ads and beta | 11:00:31 |
| 2 | Google Maps. | 11:00:38 |
| 3 | Q. So, Ms. Harvey, just to be clear -- | 11:00:39 |
| 4 | MR. LEE: Excuse me. I don't think she | 11:00:40 |
| 5 | was done. She's -- I think she was still continuing | 11:00:41 |
| 6 | on with her answer, Mr. Mateen. | 11:00:44 |
| 7 | MR. MATEEN: Okay. | 11:00:47 |
| 8 | THE WITNESS: Across your services, you | 11:00:47 |
| 9 | can adjust your privacy settings to control what we | 11:00:48 |
| 10 | collect and how we -- your information is used. | 11:00:52 |
| 11 | MR. LEE: For the record, she's reading | 11:00:56 |
| 12 | from the privacy policy. | 11:00:57 |
| 13 | BY MR. MATEEN: | 11:00:59 |
| 14 | Q. Okay. That's what I was asking. | 11:01:00 |
| 15 | So that's what Google told you and what | 11:01:09 |
| 16 | you believed was happening originally before you | 11:01:15 |
| 17 | found out about -- strike that, actually. | 11:01:18 |
| 18 | You allege that Google is not abiding by | 11:01:28 |
| 19 | this privacy policy, right? | 11:01:40 |
| 20 | A. Yes, I do. | 11:01:42 |
| 21 | Q. How? | 11:01:44 |
| 22 | A. Excuse me? | 11:01:48 |
| 23 | Q. How is it not abiding by this privacy | 11:01:49 |
| 24 | policy? | 11:01:51 |
| 25 | A. It is not doing what it says it's supposed | 11:01:52 |

Page 81

| | | |
|---|---|---|
| 1 | to do.  The button doesn't work.  The information is | 11:01:54 |
| 2 | still collected. | 11:01:56 |
| 3 | Q.   How is it collected? | 11:01:59 |
| 4 | A.   I don't know how that's done.  That's not | 11:02:02 |
| 5 | for me to decide.  I just know it's not supposed to | 11:02:04 |
| 6 | happen. | 11:02:07 |
| 7 | Q.   And what information is collected? | 11:02:10 |
| 8 | A.   Everything:  Your device IDs, your geo | 11:02:13 |
| 9 | location, your location, IP addresses, anything that | 11:02:17 |
| 10 | you're doing on sites, apps, whatever.  It's all | 11:02:21 |
| 11 | being collected.  And the way I read it, I was in | 11:02:24 |
| 12 | control.  I am not in control. | 11:02:27 |
| 13 | Q.   Just to clarify your answer, I am asking | 11:02:30 |
| 14 | whether Google collects -- strike that. | 11:02:41 |
| 15 | To clarify your answer, I am asking what | 11:02:44 |
| 16 | information Google is collecting when you believe | 11:02:50 |
| 17 | that Google is not collecting that information. | 11:02:55 |
| 18 | Does that make sense? | 11:02:59 |
| 19 | A.   Everything. | 11:03:01 |
| 20 | MR. LEE:   When you mean WAA is off? | 11:03:01 |
| 21 | MR. MATEEN:   Yes. | 11:03:04 |
| 22 | THE WITNESS:   Off?  Yes.  Because as I | 11:03:04 |
| 23 | read the way this sits, it says that -- | 11:03:06 |
| 24 | MR. LEE:   For the record, she's reading | 11:03:09 |
| 25 | from the WAA disclosure. | 11:03:10 |

| | | |
|---|---|---|
| 1 | THE WITNESS: I -- I go to privacy | 11:03:12 |
| 2 | control, take activity controls.  I look at the | 11:03:14 |
| 3 | activity controls, and it says your searches. | 11:03:16 |
| 4 | MR. LEE:  Nice and slow for the court | 11:03:18 |
| 5 | reporter. | 11:03:19 |
| 6 | THE WITNESS:  Okay.  When | 11:03:20 |
| 7 | Web & App Activity is on, Google saves information | 11:03:22 |
| 8 | like searches and other things you do across Google | 11:03:24 |
| 9 | products and services.  Like Maps and Play, your | 11:03:27 |
| 10 | location language, IP addresses, refers, and whether | 11:03:31 |
| 11 | you use browser or an app, ads you click on, things | 11:03:34 |
| 12 | you buy or other advertisements and sites. | 11:03:38 |
| 13 | Information on your devices like recent apps or | 11:03:41 |
| 14 | contact names you search for. | 11:03:47 |
| 15 | When Web & App Activity is on, you can | 11:03:50 |
| 16 | include additional activity, sites, and apps that | 11:03:53 |
| 17 | partner with Google to show Web ads, sites and apps | 11:03:56 |
| 18 | that use Google services, including free services, | 11:04:00 |
| 19 | including data that app share with Google, your | 11:04:15 |
| 20 | Chrome browsing history.  And to let Google save | 11:04:19 |
| 21 | that information, I'm supposed to have turned it on. | 11:04:23 |
| 22 | And I turned it off so that couldn't be done. | 11:04:26 |
| 23 | BY MR. MATEEN: | 11:04:31 |
| 24 | Q.   And did Google save that information after | 11:04:37 |
| 25 | you turned it off? | 11:04:40 |

| | | |
|---|---|---|
| 1 | A.   I turned it off years ago.  Yes. | 11:04:42 |
| 2 | Q.   And what did Google do with that | 11:04:48 |
| 3 | information? | 11:04:50 |
| 4 | A.   They used it for their own benefit. | 11:04:51 |
| 5 | Q.   How did they use it for their own benefit? | 11:04:54 |
| 6 | A.   I can't speculate what was it actually | 11:04:57 |
| 7 | used for.  That's not for me to decide. | 11:04:59 |
| 8 | Q.   How do you know it was used at all? | 11:05:19 |
| 9 | A.   After speaking with my attorney. | 11:05:21 |
| 10 | MR. LEE:  Okay.  So that's good.  You can | 11:05:23 |
| 11 | say that, but I don't want you to get into the | 11:05:25 |
| 12 | substance of any discussions you've had with your | 11:05:27 |
| 13 | attorney. | 11:05:28 |
| 14 | THE WITNESS:  Yeah, after speaking with my | 11:05:30 |
| 15 | attorney. | 11:05:31 |
| 16 | BY MR. MATEEN: | 11:05:33 |
| 17 | Q.   Outside of any discussion you've had with | 11:05:43 |
| 18 | your attorneys, do you have any reason to believe | 11:05:44 |
| 19 | that Google has used your information collected when | 11:05:46 |
| 20 | the Web & App Activity toggle was off? | 11:05:52 |
| 21 | A.   I think that would be a question for | 11:05:55 |
| 22 | Google, wouldn't it? | 11:05:57 |
| 23 | MR. MATEEN:  I just want to be clear.  Are | 11:06:26 |
| 24 | you not going to permit her to testify as to the | 11:06:28 |
| 25 | basis of her knowledge of what Google did in this | 11:06:31 |

Page 84

| | | |
|---|---|---|
| 1 | action because it's privileged? | 11:06:37 |
| 2 | MR. LEE: No idea what you're saying. | 11:06:42 |
| 3 | MR. MATEEN: I guess as far as the basis | 11:06:44 |
| 4 | of her knowledge that underlies this lawsuit is | 11:06:46 |
| 5 | privileged, the facts that led up to this lawsuit. | 11:06:51 |
| 6 | The basis of her knowledge, are you saying that's | 11:06:54 |
| 7 | privileged? | 11:07:00 |
| 8 | MR. LEE: Well, she testified that the way | 11:07:01 |
| 9 | she knows that Google is saving and using data | 11:07:04 |
| 10 | collected when WAA is off, she learned from | 11:07:12 |
| 11 | discussions with her lawyers. So she told you that | 11:07:15 |
| 12 | already. And I told her that's fine, "But do not | 11:07:19 |
| 13 | discuss the substance of any discussions you've had | 11:07:23 |
| 14 | with your attorneys." | 11:07:27 |
| 15 | MR. MATEEN: Okay. That's fair enough. | 11:07:28 |
| 16 | MR. LEE: So that's, I think, where -- | 11:07:30 |
| 17 | where we left it. | 11:07:32 |
| 18 | MR. MATEEN: Yeah, that's fine. Just | 11:07:34 |
| 19 | wanted to be clear. | 11:07:35 |
| 20 | MR. LEE: Okay. | 11:07:38 |
| 21 | MR. MATEEN: We've been going on for | 11:08:11 |
| 22 | nearly an hour. Would this be a good time for a | 11:08:14 |
| 23 | break? | 11:08:20 |
| 24 | MR. LEE: Sure. | 11:08:20 |
| 25 | THE VIDEO OPERATOR: Going off the record. | 11:08:21 |

Page 85

| | | |
|---|---|---|
| 1 | times today.  I don't think it's happened at all. | 05:03:53 |
| 2 | And there have been time where she said "Excuse me?" | 05:03:55 |
| 3 | and there was some pause and you have rephrased. | 05:03:58 |
| 4 | And other times she's tried her best to answer and | 05:04:00 |
| 5 | has answered. | 05:04:04 |
| 6 |       So I don't -- I don't think you can make | 05:04:05 |
| 7 | that blanket statement.  I think the record will | 05:04:06 |
| 8 | bear that out. | 05:04:09 |
| 9 | BY MR. MATEEN: | 05:04:33 |
| 10 |     Q.  Ms. Harvey, you believe that Google has | 05:04:34 |
| 11 | collected information about you when you've had WAA | 05:04:35 |
| 12 | off, right? | 05:04:38 |
| 13 |     A.  Yes, I do. | 05:04:39 |
| 14 |     Q.  Do you believe that Google has shared that | 05:04:45 |
| 15 | information with other parties? | 05:04:49 |
| 16 |     A.  That's what we're trying to find out. | 05:04:52 |
| 17 |     Q.  To clarify, are you stating that this | 05:04:59 |
| 18 | lawsuit is about Google sharing information | 05:05:02 |
| 19 | collected when WAA is turned off with other parties? | 05:05:05 |
| 20 |     A.  Yes, that's -- that's my main thing.  I | 05:05:10 |
| 21 | shut the thing off and information was collected. | 05:05:12 |
| 22 | It shouldn't have been collected in the first place. | 05:05:15 |
| 23 | Because it says I'm in control.  With what they did, | 05:05:17 |
| 24 | I'm not in control.  I don't know what's going on. | 05:05:20 |
| 25 |     Q.  Do you have any basis to claim that Google | 05:05:26 |

Page 236

| | | |
|---|---|---|
| 1 | has shared information collected when WAA is turned | 05:05:30 |
| 2 | off with third parties? | 05:05:34 |
| 3 |     A.   Why should it be collected in the first | 05:05:36 |
| 4 | place?  If it's collected, yeah, I want to know. | 05:05:39 |
| 5 | Why would they collect it if they weren't doing | 05:05:43 |
| 6 | something with it? | 05:05:48 |
| 7 |     Q.   Ms. Harvey, do you have any basis for | 05:05:52 |
| 8 | stating that the information has been shared with | 05:05:54 |
| 9 | third parties? | 05:05:57 |
| 10 |     A.   That's what I'm trying to find out.  I | 05:05:58 |
| 11 | know it was collected, and it wasn't supposed to be | 05:06:00 |
| 12 | collected in the first place. | 05:06:03 |
| 13 |     Q.   Have you found out any basis thus so far? | 05:06:08 |
| 14 |     A.   That's not for me to speculate on. | 05:06:11 |
| 15 |     MR. MATEEN:  Okay.  We're good on this | 05:06:40 |
| 16 | document. | 05:06:42 |
| 17 |     THE WITNESS:  I lost him. | 05:06:50 |
| 18 |     Thank you. | 05:06:56 |
| 19 |     MR. LEE:  No problem. | 05:06:56 |
| 20 | BY MR. MATEEN: | 05:06:57 |
| 21 |     Q.   Ms. Harvey, can you list every type of | 05:07:18 |
| 22 | harm you've suffered from the actions you've alleged | 05:07:20 |
| 23 | in this lawsuit? | 05:07:24 |
| 24 |     MR. LEE:  Hold on. | 05:07:25 |
| 25 |     Objection.  Calls for a legal | 05:07:26 |

Page 237

| | | |
|---|---|---|
| 1 | conclusion -- or to the extent it calls for a legal | 05:07:26 |
| 2 | conclusion. | 05:07:29 |
| 3 |       Go ahead and answer as best you can. | 05:07:30 |
| 4 |       THE WITNESS:  Best I can, well, my | 05:07:32 |
| 5 | personal information has been collected.  It's been | 05:07:33 |
| 6 | saved.  It's been used.  It's been many things.  And | 05:07:36 |
| 7 | it was valuable.  I -- I do not understand at all | 05:07:39 |
| 8 | why is there an option to shut it off so it can't be | 05:07:43 |
| 9 | done and then it happens anyway.  To me, that's a | 05:07:47 |
| 10 | harm.  It's very disturbing and very offensive. | 05:07:49 |
| 11 | BY MR. MATEEN: | 05:07:53 |
| 12 |     Q.  Why is it disturbing? | 05:07:57 |
| 13 |     A.  Why is it disturbing?  Why am I being lied | 05:07:59 |
| 14 | to?  Why am I told that my information's not going | 05:08:02 |
| 15 | to be saved and that it's not going to be used and | 05:08:05 |
| 16 | it's not -- nothing's going to happen with that | 05:08:07 |
| 17 | information because you're in control.  I'm not in | 05:08:10 |
| 18 | control.  Sort of makes you feel like you're | 05:08:13 |
| 19 | floating, and that's not right because I thought I | 05:08:18 |
| 20 | knew that I was safe and I'm not. | 05:08:20 |
| 21 |     Q.  Have you suffered any financial harm? | 05:08:36 |
| 22 |     A.  Yes.  My data was valuable. | 05:08:38 |
| 23 |     Q.  Do you know how much financial harm you | 05:08:58 |
| 24 | suffered? | 05:09:01 |
| 25 |     A.  I can't state.  Google knows. | 05:09:02 |

| | | |
|---|---|---|
| 1 | Q. How much is your data worth to you? | 05:09:05 |
| 2 | MR. LEE: Objection to form. Vague. | 05:09:09 |
| 3 | THE WITNESS: It's worth a lot. | 05:09:13 |
| 4 | BY MR. MATEEN: | 05:09:15 |
| 5 | Q. Is it worth a thousand dollars? | 05:09:20 |
| 6 | A. I'm not going to comment on that. It's | 05:09:21 |
| 7 | worth a lot. | 05:09:24 |
| 8 | Q. What is "a lot" to you? | 05:09:25 |
| 9 | A. I'm not going to say. I can't say. It's | 05:09:27 |
| 10 | unlimited. There is no price I can put on it | 05:09:30 |
| 11 | because I can't get it back once it's out there. | 05:09:34 |
| 12 | And if I think it's not out there because I'm told | 05:09:36 |
| 13 | it's not going to be, that's not right. Ask Google | 05:09:39 |
| 14 | how much it's worth. | 05:09:44 |
| 15 | Q. Have you ever tried to sell your data to | 05:09:46 |
| 16 | anyone else? | 05:09:48 |
| 17 | A. No. I already -- you asked me that. You | 05:09:49 |
| 18 | asked me that when we first started. I might be | 05:09:52 |
| 19 | wrong, but I thought you asked me that. | 05:09:55 |
| 20 | Q. If Google had not engaged in the alleged | 05:10:00 |
| 21 | conduct, would you be any wealthier? | 05:10:03 |
| 22 | A. Doesn't matter. Doesn't matter. Because | 05:10:07 |
| 23 | I'd have a peace of mind. That data was important | 05:10:10 |
| 24 | to me or I would have told them, "Yeah, take it. | 05:10:14 |
| 25 | Sure. It's fine." No, I said, "No." "No" means | 05:10:18 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | no. | 05:10:21 |
| 2 | Q. Do you not have peace of mind? | 05:10:27 |
| 3 | A. For knowing where it went? No. That's | 05:10:30 |
| 4 | not right. They made me a promise, and they broke | 05:10:32 |
| 5 | that promise. It should have never even been | 05:10:36 |
| 6 | touched. They should have turned their heads the | 05:10:40 |
| 7 | other way. And if somebody else sent it to them, | 05:10:42 |
| 8 | they should have rejected it because they already | 05:10:45 |
| 9 | had an agreement with me. Don't make the agreement | 05:10:47 |
| 10 | if you're not going to keep it. | 05:10:52 |
| 11 | Q. Has this lack of peace of mind affected | 05:10:55 |
| 12 | your life in any way? | 05:10:57 |
| 13 | A. Yeah, it has. It has. Because that | 05:11:05 |
| 14 | information's out there and I didn't want it there. | 05:11:09 |
| 15 | Q. Can you describe how it's affected your | 05:11:13 |
| 16 | life? | 05:11:15 |
| 17 | A. Well, makes you sort of untrusting when | 05:11:19 |
| 18 | somebody tells you they're gonna do something and | 05:11:19 |
| 19 | you trust them and they do the exact opposite, | 05:11:21 |
| 20 | doesn't it? | 05:11:24 |
| 21 | Q. Earlier today you testified that you felt | 05:11:45 |
| 22 | physically sick after finding out about the | 05:11:48 |
| 23 | unauthorized transactions way back in 2014, right? | 05:11:52 |
| 24 | A. Yes, but that's been resolved. | 05:11:57 |
| 25 | Q. Have you felt a similar sickness after | 05:11:59 |

Page 240

| | | |
|---|---|---|
| 1 | finding out what you've alleged in this lawsuit? | 05:12:03 |
| 2 |     A.  It's sort of a little bit worse because | 05:12:08 |
| 3 | Google lied to me, and I trusted they were going to | 05:12:10 |
| 4 | do what they told me they were going to do, and they | 05:12:14 |
| 5 | did not. | 05:12:18 |
| 6 |     Q.  Can you tell me how you felt physically | 05:12:20 |
| 7 | sick after Google lied to you? | 05:12:22 |
| 8 |         MR. LEE:  I'm sorry.  Can you repeat that? | 05:12:27 |
| 9 |         MR. MATEEN:  Yes. | 05:12:29 |
| 10 | BY MR. MATEEN: | 05:12:29 |
| 11 |     Q.  Can you tell me how you have felt | 05:12:30 |
| 12 | physically sick after Google lied to you? | 05:12:32 |
| 13 |         MR. LEE:  Objection.  Form. | 05:12:36 |
| 14 |         THE WITNESS:  What do you mean?  I -- I | 05:12:40 |
| 15 | don't even understand that. | 05:12:41 |
| 16 | BY MR. MATEEN: | 05:12:42 |
| 17 |     Q.  I can rephrase. | 05:12:43 |
| 18 |         Have you had any symptoms -- | 05:12:44 |
| 19 |     A.  Symptoms -- | 05:12:45 |
| 20 |     Q.  -- as a result of Google's lying? | 05:12:45 |
| 21 |     A.  It make you question everybody.  Because | 05:12:47 |
| 22 | I've got a contract sitting right here that says | 05:12:50 |
| 23 | it's not going to be done and it was done.  So how | 05:12:53 |
| 24 | do I trust another business if they tell me, "We're | 05:12:56 |
| 25 | not going to do it," and they do it behind my back, | 05:12:59 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | which is what Google did.  Sort of makes you not | 05:13:01 |
| 2 | trust anybody.  And that's not right. | 05:13:10 |
| 3 |     Q.   So, Ms. Harvey, just a little bit ago, I | 05:13:25 |
| 4 | mentioned that you said that you felt physically | 05:13:28 |
| 5 | sick after finding out about the unauthorized | 05:13:31 |
| 6 | transactions in 2014, and you mentioned that you | 05:13:34 |
| 7 | maybe feel even more so now.  And I'm just trying to | 05:13:37 |
| 8 | get an idea of that physical sickness and any | 05:13:43 |
| 9 | symptoms you might have had. | 05:13:47 |
| 10 |     So have you had any physical symptoms as a | 05:13:49 |
| 11 | result of Google's lies? | 05:13:52 |
| 12 |     A.   Physical?  No.  It makes me sick thinking | 05:13:54 |
| 13 | that somebody lied to me and took my information and | 05:13:58 |
| 14 | used it for their own personal gain and never told | 05:14:03 |
| 15 | me. | 05:14:06 |
| 16 |     Why even have the button?  Does it mean | 05:14:07 |
| 17 | it's off?  Does it mean it's on?  It says you can | 05:14:10 |
| 18 | protect yourself and you're in control.  I'm not in | 05:14:14 |
| 19 | control. | 05:14:17 |
| 20 |     It's being taken anyway, then, why would | 05:14:18 |
| 21 | you even have a button that doesn't work? | 05:14:21 |
| 22 |     Q.   Ms. Harvey, do you mean figuratively sick | 05:14:27 |
| 23 | or actually sick? | 05:14:31 |
| 24 |     A.   In '13, I literally threw up.  Now I feel | 05:14:32 |
| 25 | nauseous.  Makes me sick to think that I've been | 05:14:37 |

Page 242

| | | |
|---|---|---|
| 1 | lied to all these years. | 05:14:40 |
| 2 | Q. And, Ms. Harvey, I'm not trying to ask the | 05:14:45 |
| 3 | same question again. I'm not trying to argue here. | 05:14:47 |
| 4 | But when you say you feel nauseous, do you | 05:14:49 |
| 5 | mean you feel physically nauseous or figuratively | 05:14:51 |
| 6 | nauseous? | 05:14:55 |
| 7 | A. Physically. It makes me sick. | 05:14:56 |
| 8 | Q. Have you sought medical help to address | 05:15:11 |
| 9 | this? | 05:15:13 |
| 10 | A. I've talked to behavioral health, and | 05:15:15 |
| 11 | they've helped me through a lot of it but not about | 05:15:17 |
| 12 | my personal information being floating around. So I | 05:15:22 |
| 13 | don't know when that shoe's going to drop. | 05:15:27 |
| 14 | MR. LEE: I want -- I understand that | 05:15:29 |
| 15 | there's sensitivity around, you know, these types of | 05:15:30 |
| 16 | health-related questions. Mr. Mateen means no | 05:15:33 |
| 17 | disrespect. He's -- he's asking about specific to | 05:15:37 |
| 18 | the claims made in this case. | 05:15:39 |
| 19 | THE WITNESS: No. | 05:15:42 |
| 20 | MR. LEE: Has that required you to seek | 05:15:42 |
| 21 | any medical treatment? | 05:15:44 |
| 22 | So just try to keep it -- you know, he's | 05:15:45 |
| 23 | not trying to embarrass you or anything. Just try | 05:15:46 |
| 24 | to answer that specific question. | 05:15:50 |
| 25 | THE WITNESS: No. Since this happened, | 05:15:51 |