# EXHIBIT 55

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT

CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    SAN FRANCISCO
4    _____
                                        )
5    ANIBAL RODRIGUEZ, et al.,          )
     individually and on behalf of      )
6    all others similarly situated,     )
                                        )
7                       Plaintiffs,     )
                                        ) Case No.:
8    vs.                                ) 3:20-CV-04688
                                        )
9    GOOGLE LLC, et al.,                )
                                        )
10                      Defendant.      )
     _____)
11
12
13                 ** CONFIDENTIAL **
14
15            Videotaped Deposition of
16                 ANIBAL RODRIGUEZ
17               (Conducted Remotely)
18           Sunday, October 16, 2022
19                 12:03 p.m. EDT
20
21
22
23
24   Job No.:  5516994
25   Reported by:  BRENDA MATZOV, CSR NO. 9243
```

Page 1

| | | |
|---|---|---|
| 1 | my -- my information have to do with me having | 12:44:55 |
| 2 | directions? | 12:44:59 |
| 3 | Q. When you type an address into Google | 12:45:00 |
| 4 | Maps, you're aware that that address goes to | 12:45:04 |
| 5 | Google -- right? -- to Google servers? | 12:45:08 |
| 6 | A. I -- oh, probably. | 12:45:12 |
| 7 | Q. Is there somewhere else you think it | 12:45:19 |
| 8 | might go besides to Google? | 12:45:22 |
| 9 | A. I don't know. I -- I'm not a -- a -- | 12:45:25 |
| 10 | a web -- you know, I don't know anything about | 12:45:28 |
| 11 | that. | 12:45:33 |
| 12 | Q. That's fair. | 12:45:36 |
| 13 | Okay. So assuming that Google gets | 12:45:36 |
| 14 | your location or the address you type into Google | 12:45:39 |
| 15 | Maps, under that assumption, but you have Web & | 12:45:43 |
| 16 | App Activity off, do you think Google should | 12:45:50 |
| 17 | be able to give you directions to get to that | 12:45:54 |
| 18 | address that you've typed in? Let's say it's, | 12:45:56 |
| 19 | like, a restaurant or -- or a friend's house. | 12:45:59 |
| 20 | A. Why -- why not? | 12:46:04 |
| 21 | I mean, again, I mean, what does that -- | 12:46:06 |
| 22 | what does Maps have to do with my information? | 12:46:07 |
| 23 | If I'm trying to get to McDonald's that's in -- | 12:46:10 |
| 24 | possibly ten miles away and I put in "McDonald's," | 12:46:15 |
| 25 | why do you need my information for me to get | 12:46:20 |

Page 41

| | | |
|---|---|---|
| 1 | that address? | 12:46:24 |
| 2 | Q.  When you use Google Maps, do you ever | 12:46:26 |
| 3 | use the My Location feature?  Like, the little | 12:46:29 |
| 4 | blue dot that tells you where you are? | 12:46:32 |
| 5 | A.  I may have in the past.  But, no, I | 12:46:37 |
| 6 | mean, it -- it ought to -- it -- it will say my | 12:46:41 |
| 7 | location if -- if that's the case, it will say | 12:46:44 |
| 8 | my location.  It already knows where I'm coming | 12:46:48 |
| 9 | from. | 12:46:52 |
| 10 | Q.  When you say "it," you mean Google | 12:46:55 |
| 11 | Maps, like, already knows your original -- | 12:46:57 |
| 12 | your origination location when you're -- | 12:46:59 |
| 13 | A.  Right. | 12:47:01 |
| 14 | Q.  -- trying to get to somewhere else? | 12:47:01 |
| 15 | A.  Right. | 12:47:04 |
| 16 | Q.  Do you ever use Google Maps to get | 12:47:11 |
| 17 | to places from your workplace? | 12:47:13 |
| 18 | A.  Yeah. | 12:47:18 |
| 19 | Q.  And how about from home? | 12:47:20 |
| 20 | A.  Yes.  And if I'm looking for -- if | 12:47:23 |
| 21 | I need directions or to see how long a trip is | 12:47:26 |
| 22 | going to be, I -- I use it. | 12:47:31 |
| 23 | Q.  Okay.  So I just want to take a step | 12:47:43 |
| 24 | back to something we were talking about earlier | 12:47:46 |
| 25 | when we were talking about Web & App Activity. | 12:47:47 |

Page 42

| | | |
|---|---|---|
| 1 | A.  Uh-huh. | 12:47:49 |
| 2 | Q.  And you said that's one of the -- | 12:47:49 |
| 3 | that's a way you told Google Google should | 12:47:50 |
| 4 | not have your information. | 12:47:54 |
| 5 | Besides Web & App Activity, is there | 12:47:56 |
| 6 | any other way in which you have told Google | 12:47:58 |
| 7 | Google should not have your information? | 12:48:02 |
| 8 | A.  Well, that's the main button.  That's, | 12:48:06 |
| 9 | like, the home button.  That's the -- that's, | 12:48:08 |
| 10 | like, the -- the button that covers it all. | 12:48:09 |
| 11 | So, again, if -- if -- if the privacy | 12:48:16 |
| 12 | policy says that you give me control to allow | 12:48:22 |
| 13 | you or not to gather that information, I would | 12:48:31 |
| 14 | assume that that main button is going to take | 12:48:36 |
| 15 | care of all the information, all the data that | 12:48:41 |
| 16 | you're gathering. | 12:48:43 |
| 17 | So I wouldn't delve -- I wouldn't dive | 12:48:44 |
| 18 | into other options or -- or -- or -- or privacy | 12:48:50 |
| 19 | information, you know, tabs or something like | 12:48:55 |
| 20 | that, when that's, like, the main one.  If that | 12:49:00 |
| 21 | was turned off, I would assume all is turned off. | 12:49:03 |
| 22 | Q.  Just to keep the record clear, were you | 12:49:11 |
| 23 | referring to anything in the documents in front | 12:49:13 |
| 24 | of you just now? | 12:49:15 |
| 25 | A.  No. | 12:49:17 |

Page 43

| | | |
|---|---|---|
| 1 | Q.   Besides your Samsung S21, do you have | 12:49:25 |
| 2 | any other smartphones? | 12:49:27 |
| 3 | A.   For myself? | 12:49:30 |
| 4 | Q.   Yes. | 12:49:32 |
| 5 | A.   No. | 12:49:32 |
| 6 | Q.   How about for anyone else in your family? | 12:49:35 |
| 7 | A.   My -- my wife has a smartphone and so | 12:49:38 |
| 8 | does my son. | 12:49:42 |
| 9 | Q.   Do you have any tablets that you have | 12:49:46 |
| 10 | access to? | 12:49:48 |
| 11 | A.   In the past, possibly.  But I don't -- | 12:49:52 |
| 12 | they -- they haven't been used in a long time. | 12:49:54 |
| 13 | Q.   Would you say they've been used in the | 12:49:58 |
| 14 | last two years or so? | 12:50:00 |
| 15 | A.   No. | 12:50:02 |
| 16 | Q.   What about the last five years? | 12:50:04 |
| 17 | A.   Possibly, yes.  These are old gifts for | 12:50:10 |
| 18 | my kids.  They weren't mine. | 12:50:16 |
| 19 | Q.   Okay.  So earlier -- I just want to get | 12:50:24 |
| 20 | some clarification on something you said a little | 12:50:28 |
| 21 | bit earlier when we were first talking about the | 12:50:30 |
| 22 | Web & App Activity button. | 12:50:32 |
| 23 | You were saying one of the problems | 12:50:34 |
| 24 | is that Google -- it's like somebody looking | 12:50:35 |
| 25 | over your shoulder. | 12:50:40 |

| | | |
|---|---|---|
| 1 | A. Uh-huh. | 12:50:41 |
| 2 | Q. How do you -- how -- like, what part | 12:50:41 |
| 3 | of what Google does is like someone looking | 12:50:44 |
| 4 | over your shoulder? | 12:50:50 |
| 5 | A. Well, if -- when -- when someone's -- | 12:50:51 |
| 6 | when someone's looking over your shoulder, you | 12:50:53 |
| 7 | don't know they're doing it; right? | 12:50:56 |
| 8 | So if -- again, going back to WAA | 12:50:58 |
| 9 | being turned off.  I'm assuming you're not | 12:51:04 |
| 10 | over my shoulder, but yet you are.  Because | 12:51:07 |
| 11 | I -- that's what -- that's the control I have. | 12:51:09 |
| 12 | So by not having that control and | 12:51:12 |
| 13 | somebody's looking over your shoulder, it's | 12:51:17 |
| 14 | kind of, like, it's spooky, as if it -- if it | 12:51:20 |
| 15 | was in real life, when someone's looking over | 12:51:21 |
| 16 | your shoulder, it's -- it's spooky.  What is | 12:51:21 |
| 17 | this person doing? | 12:51:25 |
| 18 | Q. I think you said part of the problem | 12:51:29 |
| 19 | is that Google is profiting off of what information | 12:51:31 |
| 20 | they're gathering. | 12:51:36 |
| 21 | How do you know that? | 12:51:39 |
| 22 | A. It -- because, I mean, that -- that's | 12:51:41 |
| 23 | something that's obvious.  If -- if you have | 12:51:45 |
| 24 | free -- if you have free apps and -- it's not | 12:51:47 |
| 25 | free for a reason.  You're making money somehow. | 12:51:54 |

```
1    Google is making money somehow.  And it has to          12:51:57
2    be off the data that you're collecting from us,         12:52:00
3    because that's, like, the biggest thing.                12:52:03
4            And so if -- especially, it's --                12:52:07
5    it's telling when you're -- if you have this            12:52:09
6    information -- you're telling me you're gathering       12:52:13
7    information.  Why would -- why would the -- I           12:52:16
8    mean, this information that you're gathering            12:52:17
9    obviously is valuable to you.  So by default,           12:52:20
10   I would assume that you would be making money           12:52:25
11   off this if this is valuable to you.                    12:52:28
12        Q.   Have you ever tried to sell your              12:52:32
13   personal information before?                            12:52:35
14        A.   No.                                           12:52:37
15        Q.   You said it's obvious that Google             12:52:43
16   is making money off of your information.                12:52:45
17            Have you done any investigation into           12:52:50
18   this?                                                   12:52:53
19        A.   No.  Like -- like, you know, I --             12:52:54
20   I spoke to my -- my attorney.  We're -- we're           12:52:57
21   looking into that.  And they're investigating           12:52:59
22   it.                                                     12:53:03
23        Q.   Do you have any personal knowledge            12:53:06
24   of Google making money off of your WAA off              12:53:09
25   data that was collected through GA for Firebase?        12:53:13
```

| | | |
|---|---|---|
| 1 | MR. LEE: And just so you know, | 12:53:19 |
| 2 | Mr. Rodriguez, when she says "personal information," | 12:53:19 |
| 3 | I don't want you to talk about information you | 12:53:20 |
| 4 | learned from speaking to your attorneys. Okay? | 12:53:23 |
| 5 | THE WITNESS: Sure. | 12:53:25 |
| 6 | Can you repeat the -- the question? | 12:53:25 |
| 7 | BY MS. ARAKAKI: | 12:53:29 |
| 8 | Q. Sure. | 12:53:29 |
| 9 | Do you have any personal knowledge | 12:53:29 |
| 10 | of Google making money off of your data that | 12:53:33 |
| 11 | it collected while you had WAA off? | 12:53:36 |
| 12 | A. I do not. | 12:53:40 |
| 13 | Q. If Google -- so -- okay. | 12:53:40 |
| 14 | So we were talking about a list of | 12:53:47 |
| 15 | types of information you think Google should | 12:53:50 |
| 16 | not collect or receive if you have WAA off. | 12:53:54 |
| 17 | And -- and we talked about location, your | 12:53:58 |
| 18 | name, IP address, web history. | 12:54:00 |
| 19 | So let's just start with one piece, | 12:54:05 |
| 20 | your -- your -- and you said apps. So let's | 12:54:08 |
| 21 | start with that, apps. | 12:54:14 |
| 22 | If Google knows what apps you use and | 12:54:15 |
| 23 | knows what history or where -- what you've been | 12:54:21 |
| 24 | doing on each of the apps but doesn't do anything | 12:54:24 |
| 25 | with it, would you find that problematic? | 12:54:28 |

Page 47

| | | |
|---|---|---|
| 1 | A.   It depends if WAA is on or off.  So | 12:54:34 |
| 2 | if it's off, it would be a problem. | 12:54:37 |
| 3 | Q.   Why?  If it's off, why? | 12:54:40 |
| 4 | A.   If you're gathering information?  Is | 12:54:43 |
| 5 | that -- | 12:54:46 |
| 6 | Q.   Yes. | 12:54:46 |
| 7 | A.   And not doing anything -- | 12:54:47 |
| 8 | Q.   Even if Google's not -- | 12:54:47 |
| 9 | A.   Because -- | 12:54:48 |
| 10 | Q.   -- doing anything. | 12:54:48 |
| 11 | A.   -- I say -- | 12:54:48 |
| 12 | Q.   Yes. | 12:54:48 |
| 13 | A.   Because -- because I -- I -- I -- it's | 12:54:48 |
| 14 | no.  It's -- I -- it's -- I -- why would it be | 12:54:51 |
| 15 | okay -- if I say:  Do not gather this information. | 12:54:55 |
| 16 | You say:  Oh, but I'm not going to use it. | 12:54:57 |
| 17 | Why is -- what -- what -- why is that -- | 12:55:03 |
| 18 | why -- why is -- I mean, why would that be okay? | 12:55:04 |
| 19 | If I say no, it's a no, whether it's a -- you | 12:55:04 |
| 20 | use something -- you -- you do something with | 12:55:07 |
| 21 | it or you don't. | 12:55:08 |
| 22 | Q.   Let's -- let's take a concrete example. | 12:55:13 |
| 23 | So I think you listed a number of apps | 12:55:15 |
| 24 | that you have installed on your phone over time | 12:55:18 |
| 25 | in -- in the Complaint.  And one of them was | 12:55:21 |

Page 48

| | | |
|---|---|---|
| 1 | Android phone, and see what happens from there. | 14:12:21 |
| 2 | Q. Let's turn to the WAA disclosure you | 14:12:29 |
| 3 | have in front of you. | 14:12:31 |
| 4 | Do you still have that there? | 14:12:33 |
| 5 | A. Yes. | 14:12:34 |
| 6 | Q. What date is the WAA disclosure dated? | 14:12:39 |
| 7 | Was it pulled from the website? | 14:12:42 |
| 8 | A. Yes. I'm not -- I'm not sure when | 14:12:49 |
| 9 | it was pulled or what date and time. | 14:12:51 |
| 10 | Q. Is there any date on the page? | 14:12:53 |
| 11 | A. No. I don't have a date on the page. | 14:12:57 |
| 12 | Q. Does it have any numbers on it at the | 14:13:00 |
| 13 | bottom, like a Bates number? | 14:13:03 |
| 14 | A. It does not. | 14:13:04 |
| 15 | Q. Did you print that out or was that | 14:13:06 |
| 16 | given to you? | 14:13:08 |
| 17 | A. It was given to me. | 14:13:11 |
| 18 | Q. Where in that disclosure do you think | 14:13:16 |
| 19 | Google said it would not collect any of your | 14:13:23 |
| 20 | information if WAA's off? | 14:13:26 |
| 21 | A. Well, it's not just here. We have | 14:13:29 |
| 22 | to go back to the Google privacy policy to get | 14:13:30 |
| 23 | to that. When you're in the Google privacy | 14:13:34 |
| 24 | policy, again, it says: | 14:13:39 |
| 25 | "When you use our services, you're | 14:13:40 |

Page 94

| | | |
|---|---|---|
| 1 | trusting us with your information.  We understand" | 14:13:43 |
| 2 | that "this is a big responsibility and" hard | 14:13:45 |
| 3 | work "to protect your information and put you | 14:13:50 |
| 4 | in control."  (As read.) | 14:13:52 |
| 5 | Okay.  So it's -- I -- I'm having control. | 14:13:52 |
| 6 | And then it does on the -- in the privacy policy | 14:13:56 |
| 7 | as well, it does also say -- and, again, I'm reading | 14:14:01 |
| 8 | off the privacy policy, just -- just so you know. | 14:14:05 |
| 9 | "Our services include:" | 14:14:07 |
| 10 | "Google apps, sites, and devices, like | 14:14:09 |
| 11 | Search, YouTube," Home -- "Google Home."  (As read.) | 14:14:11 |
| 12 | "Platforms like Chrome browser," the | 14:14:14 |
| 13 | "Android operating system."  (As read.) | 14:14:16 |
| 14 | "Products that are integrated" with | 14:14:20 |
| 15 | "third-party apps and sites, like ads and embedded | 14:14:21 |
| 16 | Google Maps."  (As read.) | 14:14:24 |
| 17 | And it also goes on.  If you look | 14:14:24 |
| 18 | a little bit lower, it does say: | 14:14:28 |
| 19 | "And across our services, you can | 14:14:30 |
| 20 | adjust your privacy settings to control what | 14:14:32 |
| 21 | we collect and how your information is used." | 14:14:35 |
| 22 | So by that, I would -- you know, I | 14:14:38 |
| 23 | would just go to our privacy controls.  And -- | 14:14:41 |
| 24 | and I'm going -- my privacy controls are on | 14:14:44 |
| 25 | a different page here.  And I'm looking -- it's | 14:14:49 |

Page 95

```
1    going to be -- I'm not sure if it's page 9 or         14:14:51
2    something like that.                                   14:14:54
3            But, anyways, if -- it's -- if -- if          14:14:54
4    I'm going through my privacy controls, I'm going      14:14:56
5    to go where it says activity controls.  Okay?         14:14:59
6    On there, again, "Privacy Controls," it says:         14:15:01
7            "Go to Activity Controls."                    14:15:04
8            When you go to "Activity Controls,"           14:15:06
9    it takes you straight to the WAA disclosure.          14:15:07
10   So if I am reading this and you're saying I'm         14:15:09
11   in control of what data, information that I'm         14:15:18
12   sharing and it tells me that, across all of           14:15:23
13   our services, you -- I can adjust my privacy          14:15:28
14   settings so I can control what you collect and        14:15:31
15   how my information is used, when I go to the          14:15:34
16   WAA disclosure, it does tell me when -- and it        14:15:43
17   also says that I can control -- see and control      14:15:46
18   my web activity.                                      14:15:50
19           So I do know -- and I see here that          14:15:51
20   when WAA is on, information that you are using        14:15:55
21   or -- or collecting when WAA is on, it does           14:16:01
22   say -- in part of here, it says, when Web &           14:16:06
23   App Activity is on, you can include additional        14:16:08
24   activities like sites and Maps and part -- that --   14:16:13
25   that partner with Google to show ads, your Chrome     14:16:15
```

| | | |
|---|---|---|
| 1 | browsing history, Android usage, and diagnostics. | 14:16:20 |
| 2 | Also -- and it does say here: | 14:16:24 |
| 3 | "To let Google save this information, | 14:16:27 |
| 4 | Web & App Activity must be turned on." | 14:16:29 |
| 5 | So if I say I don't want it on, I | 14:16:33 |
| 6 | would assume that everything that you're telling | 14:16:38 |
| 7 | me that comes along with it being on would be | 14:16:40 |
| 8 | turned off. | 14:16:44 |
| 9 | MR. LEE: And -- and for the record, | 14:16:47 |
| 10 | Lori, it looks like Mr. Rodriguez's WAA disclosure | 14:16:49 |
| 11 | page, the -- the Bates number was cut off. The | 14:16:53 |
| 12 | Bates number, for -- for the record, is | 14:16:56 |
| 13 | GOOG-RDGZ-00000120. | 14:16:58 |
| 14 | MS. ARAKAKI: Thank you. | 14:17:11 |
| 15 | And -- and we can do this at the next | 14:17:11 |
| 16 | break. But I'll just ask that we mark all of | 14:17:14 |
| 17 | these documents that he's been reading off of. | 14:17:17 |
| 18 | BY MS. ARAKAKI: | 14:17:18 |
| 19 | Q. Just for the record, Mr. Rodriguez, | 14:17:18 |
| 20 | were you just now reading off of only the WAA | 14:17:18 |
| 21 | disclosures? Or were you flipping between the | 14:17:23 |
| 22 | WAA disclosures and the privacy policy? | 14:17:26 |
| 23 | A. Yeah, so we -- my point was that your | 14:17:29 |
| 24 | question is answered, but we -- we can't just | 14:17:34 |
| 25 | look at the WAA disclosure. We have to go back | 14:17:37 |

| | | |
|---|---|---|
| 1 | to the privacy policy to understand why anybody | 14:17:39 |
| 2 | would think that, by turning off WAA, that the | 14:17:46 |
| 3 | information that you're saying that, when it's | 14:17:53 |
| 4 | on, that you're collecting would not be collected | 14:17:56 |
| 5 | because it is turned off. | 14:18:00 |
| 6 | Q.   Apart from the privacy policy and the | 14:18:02 |
| 7 | WAA disclosure that's right in front of you, is | 14:18:04 |
| 8 | there anything else Google has told you that gives | 14:18:06 |
| 9 | you the under -- your understanding that, when | 14:18:07 |
| 10 | WAA is off, none of your data will be received | 14:18:10 |
| 11 | by Google? | 14:18:14 |
| 12 | A.   I don't feel like I need to go | 14:18:16 |
| 13 | anywhere else when the very first page of the | 14:18:18 |
| 14 | Google policy -- privacy policy states that | 14:18:21 |
| 15 | I'm in control.  So if I'm reading, I'm going | 14:18:23 |
| 16 | through the process, and I'm going, okay, great. | 14:18:25 |
| 17 | So all I have to do is go to privacy settings | 14:18:27 |
| 18 | and click on this and click on that and I'm | 14:18:32 |
| 19 | good to go. | 14:18:36 |
| 20 | That's -- I mean, I -- I -- the -- | 14:18:37 |
| 21 | the -- it's all together, the way I look at | 14:18:38 |
| 22 | it.  So if I'm reading one thing, it leads to | 14:18:41 |
| 23 | the other.  And it's actually linked together, | 14:18:45 |
| 24 | if you click on the link.  That's basically -- | 14:18:46 |
| 25 | so I can't just look at just the disclosure by | 14:18:48 |

Page 98