# EXHIBIT 56
# FILED UNDER SEAL

# MAO DECLARATION OPPOSITION TO SUMMARY JUDGMENT