# EXHIBIT 72
# FILED UNDER SEAL

# MAO DECLARATION OPPOSITION TO SUMMARY JUDGMENT