**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
　bhur@willkie.com
SIMONA A. AGNOLUCCI (SBN: 246943)
　sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
　esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
　aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
　hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7400

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (SBN: 236165)
　mmao@bsfllp.com
Beko Reblitz-Richardson (SBN. 238027)
　brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (*pro hac vice*)
　bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
　srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY  10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (*pro hac vice*)
　jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
　rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR OMNIBUS MOTION TO SEAL SUMMARY JUDGMENT BRIEFING**<br><br>Judge:  Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs")
2  and Defendant Google LLC ("Google"), collectively, the "Parties" submit this joint stipulation.
3  WHEREAS, Google moved for summary judgment on March 28, 2024 (Dkts. 381, 384),
4  and
5  WHEREAS, Plaintiffs opposed summary judgment on May 2, 2024 (Dkt. 398), and
6  WHEREAS, pursuant to the Court's April 8, 2024 Order (Dkt. 386), Google's reply in
7  further support of summary judgment will be filed on or before May 30, 2024, and
8  WHEREAS, pursuant to Civil Local Rule 79-5, Google would be required to file statements
9  supporting maintaining Google's confidential material filed in connection with Plaintiffs'
10 opposition and Google's reply brief no later than May 9, 2024 and May 30, 2024 respectively, and
11 WHEREAS, Google represents that its reply brief is likely to rely on some of the same
12 confidential material attached to Plaintiffs' opposition brief, and
13 WHEREAS, Google contends that it would be most efficient to present evidentiary materials
14 in support for sealing all materials as part of one omnibus motion, and
15 WHEREAS, Google also represents that it would benefit from additional time to secure the
16 appropriate declarants and evidentiary support for maintaining the confidential material under seal,
17 and
18 WHEREAS, the parties stipulated to, and the Court ordered, a substantially similar proposal
19 in connection with class certification briefing (Dkts. 320, 321), and
20 WHEREAS, Google proposed setting a June 28, 2024 deadline to file this omnibus motion,
21 and
22 WHEREAS, Plaintiffs have no objection to Google's proposal,
23 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
24 Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that the Parties shall
25 file an omnibus motion to seal all material filed under seal along with the Parties' summary
26 judgment briefing by June 28, 2024. The omnibus motion will otherwise follow the procedures
27 outlined in Civil Local Rule 79-5(b)-(f). It will include not only an administrative motion to seal;
28

evidentiary support; a proposed order; proposed redacted versions of documents sought to be maintained under seal; and unredacted, under-seal versions of these documents, highlighting the portions for which sealing is sought.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: May 8, 2024

WILLKIE FARR & GALLAGHER, LLP

By: /s/ Benedict Y. Hur
    Benedict Y. Hur

*Attorneys for Defendant Google LLC*

DATED:  May 8, 2024

By: /s/ Mark C. Mao

BOIES SCHILLER FLEXNER LLP
    Mark C. Mao (CA Bar No. 236165)
    mmao@bsfllp.com
    Beko Reblitz-Richardson (CA Bar No. 238027)
    brichardson@bsfllp.com
    44 Montgomery Street, 41st Floor
    San Francisco, CA 94104
    Telephone: (415) 293 6858

    James W. Lee (pro hac vice)
    jlee@bsfllp.com
    Rossana Baeza (pro hac vice)
    rbaeza@bsfllp.com
    100 SE 2nd Street, Suite 2800
    Miami, FL 33130
    Telephone: (305) 539-8400

    Jesse Panuccio (pro hac vice)
    jpanuccio@bsfllp.com
    1401 New York Ave, NW
    Washington, DC 20005
    Telephone: (202) 237-2727

SUSMAN GODFREY L.L.P.
Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

MORGAN & MORGAN
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
Ra Olusegun Amen (pro hac vice)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiff*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: May 8, 2024                    WILLKIE, FARR & GALLAGHER LLP

                                      /s/ *Benedict Y. Hur*
                                      Benedict Y. Hur

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA A. AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ  (SBN: 331153 )
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7400

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
  mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
  brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
  bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
  srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
  jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
  rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER FOR OMNIBUS MOTION TO SEAL SUMMARY JUDGMENT BRIEFING**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the Parties' omnibus motion to seal material related to the summary judgment briefing be due on June 28, 2024.

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                    Honorable Richard Seeborg