**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA A. AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153 )
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
  mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
  brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
  bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
  srabin@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
  jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
  rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688-RS<br><br>**ORDER FOR OMNIBUS MOTION TO SEAL SUMMARY JUDGMENT BRIEFING**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1
2          Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that the Parties' omnibus motion to seal material related to the summary judgment briefing be due on June 28, 2024.
3
4   **IT IS SO ORDERED.**
5
6
7   Dated:  May 8, 2024                                    _____
8                                                          Honorable Richard Seeborg
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28