**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, *et al*.,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S RESPONSE TO PLAINTIFFS' RENEWED AND AMENDED MOTION TO DIRECT NOTICE TO MEMBERS OF THE CERTIFIED CLASSES**<br>**[DKT. 395]**<br><br>Date:     June 13, 2024<br>Time:    1:30 p.m.<br>Ctrm:    3 - 17th Floor<br>Judge:   Hon. Richard Seeborg<br><br>Action filed:  July 14, 2020<br>Trial Date:    February 10, 2025 |

I, EDUARDO E. SANTACANA, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, 34th Floor, San Francisco, California 94104, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Response to Plaintiffs' Renewed and Amended Motion to Direct Notice to Members of the Certified Classes.

3. Attached hereto as **Exhibit A** is an email notice to Google Workspace Administrators.

4. Attached hereto as **Exhibit B** is an email notice to the parents/guardians supervising Google Accounts for users under age 13.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 10, 2024, at San Francisco, California.

_____
Eduardo E. Santacana