**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al*. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, *et al*.,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER APPROVING GOOGLE LLC'S NOTICE MATERIALS**<br><br>Date: June 13, 2024<br>Time: 1:30 p.m.<br>Ctrm: 3 - 17th Floor<br>Judge: Hon. Richard Seeborg<br><br>Action filed: July 14, 2020<br>Trial Date: February 10, 2025 |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Response to Plaintiffs' Renewed and Amended Motion to Direct Notice to Members of the Certified Classes [Dkt. 395], the supporting Declaration of Eduardo E. Santacana, and two corresponding exhibits. Having considered the parties' papers and agreements with regards to the direct notice by email portion of the Notice Plan, the Court hereby approves Google's email notice to Google Workspace Administrators and email notice to parents/guardians supervising Google Accounts for users under age 13.

**IT IS SO ORDERED.**

DATED: _____          _____
                                   Honorable Richard Seeborg
                                   United States District Judge