**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>         Defendant. | Case No. 3:20-CV-04688-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE: GOOGLE'S DEADLINE TO FILE ITS REPLY ISO MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively, the "Parties", submit this joint stipulation.

WHEREAS, on February 1, 2024, the Court issued a Further Case Management Scheduling Order setting deadlines for, among other things, the parties' motions for summary judgment (Dkt. 367);

WHEREAS, the February 1, 2024 Scheduling Order required Google to file its motion for summary judgment by March 28, 2024, and required Plaintiffs to oppose Google's motion and file any cross-motion by April 25, 2024;

WHEREAS, the February 1, 2024 Scheduling Order set a July 11, 2024 hearing for the parties' summary judgment motions;

WHEREAS, on March 28, 2024, Google filed its motion for summary judgment (Dkt. 381);

WHEREAS, on March 29, 2024, the Parties were informed the Court was not available on July 11, 2024, and Google was ordered to re-file its motion for summary judgment with a new hearing date;

WHEREAS, the Parties met and conferred and selected July 25 for the new hearing date, and Google re-filed its motion for summary judgment on April 4, 2024 (Dkt. 383);

WHEREAS, the Parties filed a Joint Stipulation to extend (1) Plaintiff's deadline to oppose Google's motion for summary judgment from April 25, 2024 to May 2, 2024; (2) Google's deadline to reply in support of its motion for summary judgment from May 23, 2024 to May 30, 2024; and the summary judgment hearing from July 11, 2024 to July 25, 2024 (Dkt. 385);

WHEREAS, on April 8, 2024, the Court approved the Parties' Joint Stipulation (Dkt. 386);

WHEREAS, on May 2, 2024, Plaintiffs filed their opposition to Google's motion for summary judgment (Dkt. 398);

WHEREAS, on May 9, 2024, Google requested a two-week extension to the deadline for Google's reply in support for its motion for summary judgment, and Plaintiffs have agreed to this request;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that Google's deadline to reply to Plaintiffs' opposition to Google's motion for summary judgment is extended by two weeks from May 30, 2024 to June 13, 2024.

A Proposed Order is submitted concurrently herewith.

**IT IS SO STIPULATED.**

Date: May 22, 2024                    By: /s/ Benedict Y. Hur

*I, Benedict Y. Hur, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR (SBN: 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

*Attorneys for Defendant GOOGLE LLC*

Date: May 22, 2024                    By: /s/ Mark C. Mao

David Boies (admitted pro hac vice)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile (415) 293-6899

James Lee (admitted pro hac vice)
jlee@bsfllp.com
Rossana Baeza (admitted pro hac vice)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040

Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
Steven Shepard (pro hac vice)
sshepard@susmangodfrey.com
Alexander P. Frawley (pro hac vice)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

|  |  |
|---|---|
| 1 | John A. Yanchunis (pro hac vice) |
| 2 | jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice) |
|  | rmcgee@forthepeople.com |
| 3 | Ra O. Amen (admitted pro hac vice) |
| 4 | ramen@forthepeople.com<br>MORGAN & MORGAN, P.A. |
|  | 201 N Franklin Street, 7th Floor |
| 5 | Tampa, FL 33602 |
|  | Telephone: (813) 223-5505 |
| 6 | Facsimile: (813) 222-4736 |
| 7 | Michael F. Ram (CA Bar No. 238027) |
|  | mram@forthepeople.com |
| 8 | MORGAN & MORGAN, P.A. |
|  | 711 Van Ness Avenue, Suite 500 |
| 9 | San Francisco, CA 94102 |
| 10 | Telephone: (415) 358-6913<br>Facsimile: (415) 358-6923 |

*Attorneys for Plaintiffs*

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: May 22, 2024                         WILLKIE, FARR & GALLAGHER LLP


/s/ *Benedict Y. Hur*
Benedict Y. Hur