AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ AND JULIEANNA MUNIZ )<br>*Plaintiff* )<br>v. ) Case No. 3:20-cv-4688<br>GOOGLE LLC )<br>*Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOOGLE LLC

Date: 5/29/2024

*Attorney's signature*

Rodolfo E. Rivera Aquino, SBN 348512
*Printed name and bar number*

WILLKIE FARR & GALLAGHER LLP
333 Bush Street, 34th Floor
San Francisco, CA 94104
*Address*

rriveraquino@willkie.com
*E-mail address*

415-858-7484
*Telephone number*

415-858-7599
*FAX number*