UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-04688-RS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO DIRECT NOTICE TO THE CERTIFIED CLASSES** |

　　　　Plaintiffs submitted for consideration a proposed class notice program on March 7, 2024. Following the order modifying the class definition in part, Plaintiffs submitted an amended plan (the "Revised Class Notice Plan"). Google agreed to the majority of the updated forms of notice in the Revised Class Notice Plan. The parties subsequently came to a resolution as to two open questions concerning whether direct email notice should be sent to Google Workspace for Education suite accounts, a type of enterprise account, and to the parents or guardians of supervised accounts in addition to the actual account. In light of the parties' agreement, Google submitted for consideration one revised and one additional form of notice in response to Plaintiffs' Revised Class Notice Plan. For the reasons set forth herein, Plaintiffs motion is granted and Google's additional and revised notices are approved.

　　　　Federal Rule of Civil Procedure 23 provides that appropriate notice may be directed to a b(2) class and requires "the best notice that is practicable under the circumstances" be directed to a b(3) class. Fed. R. Civ. P. 23(c)(2)(A)-(B). The Revised Class Notice Plan, including Google's proposed revision and addition, complies with Rule 23 and due process.

First, as required by Rule 23, the proposed notice under the Revised Class Notice Plan "clearly and concisely" states (i) the nature of the action; (ii) the definition of the class certified; (iii) the class claims; (iv) that a class member may enter an appearance through an attorney if the member so desires; (v) that the Court will exclude from the class any member who requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a class judgment on members. Fed. R. Civ. P. 23(c)(2)(B). Second, Google's revised and additional form of notice increase the likelihood that "all members who can be identified through reasonable effort" will receive actual notice. *Id.* Accordingly, Plaintiffs' renewed motion to direct notice to the certified classes and Google's proposed email notices to Google Workspace Administrators and to parents or guardians of supervised accounts are granted.

Cameron R. Azari and Hilsoft Notifications are appointed as class notice administrator and shall be vested with all duties and responsibilities to effectuate the Revised Class Notice Plan. Additionally, the Revised Class Notice Plan will proceed on the schedule previously ordered during the last case management conference, Dkt. 367. The hearing set for June 13, 2024 is hereby vacated under L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated: May 31, 2024

_____
RICHARD SEEBORG
Chief United States District Judge