**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ  (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al*. individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, *et al*.,<br><br>                          Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:            July 25, 2024<br>Time:           1:30 p.m.<br>Courtroom:  3, 17th Floor<br>Judge:          Hon. Richard Seeborg<br><br>Action Filed:  July 14, 2020<br>Trial Date:     February 10, 2025 |

I, EDUARDO E. SANTACANA, declare that:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, 34th Floor, San Francisco, California 94104, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Reply in Support of its Motion for Summary Judgment filed herewith.

3. Around December 31, 2020, I informed Plaintiffs that to provide the data they requested associated with their Google Accounts, Google required Plaintiffs' specific Google Account IDs and/or email addresses. Attached hereto as **Exhibit A** is a true and correct copy of the correspondence from myself to Plaintiffs' counsel, dated December 31, 2020.

4. By March 11, 2021, Plaintiffs had been informed that Google could not use Google Account IDs or other identifying information to look up app activity data generated on their devices while they had WAA off because Google does not associate WAA-off data with Google Accounts. To look up WAA-off data, Google would need Plaintiffs to provide a pseudonymous identifier obtained directly from their devices. On May 7, 2021, Google provided further instructions on identifying and providing the pseudonymous identifier. Attached hereto as **Exhibit B** is a June 9, 2021 letter from myself to Plaintiffs' counsel delineating these efforts.

5. On or around October 29, 2021, after months of follow-up conferences and correspondences, Plaintiffs provided the pseudonymous identifiers from their devices that would "permit Google to locate Plaintiffs' app instance identifiers and retrieve their associated GA for Firebase app measurement logs." Attached hereto as **Exhibit C** is a true and correct copy of correspondence from Plaintiffs' counsel to Google's counsel regarding Plaintiffs' pseudonymous identifiers.

6. Attached hereto as **Exhibit D** are true and correct excerpts from the deposition transcript of Christopher Ruemmler dated September 9, 2022.

7. Attached hereto as **Exhibit E** are true and correct excerpts from the deposition transcript of Arne De Booij dated February 7, 2023.

8. Attached hereto as **Exhibit F** are true and correct excerpts from the deposition transcript of JK Kearns dated February 17, 2023.

9. Attached hereto as **Exhibit G** are true and correct excerpts from the deposition transcript of Steven Ganem dated October 28, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 13, 2024                              */s/ Eduardo E. Santacana*
                                                            Eduardo E. Santacana