# EXHIBIT C



Ryan J. McGee<br>
Attorney<br>
rmcgee@forthepeople.com<br>
Direct: (813) 223-0931

October 29, 2021

**VIA ELECTRONIC MAIL**

WILKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, California 94111

Benedict Y. Hur
bhur@wilkie.com
Simona Agnolucci
sagnolucci@wilkie.com
Eduardo E. Santacana
esantacana@wilkie.com
Lori Arakaki
larakaki@wilkie.com

**Re: *Anibal Rodriguez, et al., v. Google LLC***
**Case No. 3:20-cv-04688-RS**

Counselors:

Attached as Appendix A are the Android Adid's (*i.e.*, their GAIDs under the Google Ads services) values you requested on October 27, 2021, for named Plaintiffs with Android devices to permit Google to locate Plaintiffs' app instance identifiers and retrieve their associated GA for Firebase app measurement logs. We are designating them as confidential.

We provide these values in furtherance of ongoing discovery disputes, but reserve all objections to your methodology and disagree that you do not have other ways to locate Plaintiffs' data and identifier values with previously produced information and Google's plethora of tools, logs, and raw data stored.

Please also accompany the production with an explanation of what sources and logs you searched, and how you searched them. As part of that, please identify all data sources and logs where these values and their variants could be stored.

Thank you,

*Ryan J. McGee*

Ryan J. McGee

ForThePeople.com | 201 N. Franklin St., 7th Floor, Tampa, FL 33602 | 813.223.5505

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NY, NC, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY