1  **BOIES SCHILLER FLEXNER LLP**
   David Boies (admitted pro hac vice)
2  333 Main Street
   Armonk, NY 10504
3  Tel: (914) 749-8200
4  dboies@bsfllp.com

5  Mark C. Mao, CA Bar No. 236165
   Beko Reblitz-Richardson, CA Bar No. 238027
6  44 Montgomery St., 41st Floor
   San Francisco, CA 94104
7  Tel.: (415) 293-6800
   mmao@bsfllp.com
8  brichardson@bsfllp.com

9  James Lee (admitted pro hac vice)
   Rossana Baeza (admitted pro hac vice)
10 100 SE 2nd St., 28th Floor
   Miami, FL 33131
11 Tel.: (305) 539-8400
12 jlee@bsfllp.com
   rbaeza@bsfllp.com
13
   Alison L. Anderson, CA Bar No. 275334
14 M. Logan Wright, CA Bar No. 349004
   2029 Century Park East, Suite 1520
15 Los Angeles, CA 90067
   Tel.: (213) 995-5720
16 alanderson@bsfllp.com
17 mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (DKT. 397-5)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: July 25, 2024<br>Time: 1:30 p.m. |

1   Pursuant to the Court's May 8, 2024 Order for Omnibus Motion to Seal Summary
2   Judgment Briefing, Plaintiffs file this motion to seal limited portions of Exhibit 4 to Plaintiffs'
3   Opposition to Google's Motion for Summary Judgment, which includes excerpts from the Expert
4   Report of Jonathan Hochman.

| Document or Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Exhibit 4 to the Mao Declaration in Opposition to Google's Motion for Summary Judgment (Dkt. 397-5), ¶¶ 182, 246 (portions highlighted in teal at Dkt. 397-5) | Plaintiffs | Refers to Sensitive Material Designated "Confidential" by Plaintiffs Pursuant to the Protective Order |

Plaintiffs seek to seal only portions of Paragraphs 182 and 246 of this exhibit, which reveal Plaintiffs' sensitive identifiers including email address and ADID (a form of device identifier). The Court granted Plaintiffs' motion to seal this material in connection with class certification briefing. *See* Dkt. 353 at 20, 21. The resulting redacted, non-excerpted version of the Hochman Report was previously filed at Dkt. 361-58. As explained in Plaintiffs' earlier motion to seal, there is a compelling reason to seal this information because it would undermine the Plaintiffs' privacy interests. Dkt. 314 at 3; *see Nursing Home Pension Fund v. Oracle Corp.*, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) ("an individual's privacy interest" is a compelling reason to seal a document). Plaintiffs' narrowly tailored proposal "will not interfere with the public's ability to understand the judicial process" because Plaintiffs are not seeking to redact any of Mr. Hochman's opinions. *Ojmar US, LLC v. Sec. People, Inc.*, 2016 WL 6091543, at *2 (N.D. Cal. Oct. 19, 2016).

Dated:  June 28, 2024                Respectfully submitted,

By: */s/Mark C. Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor

1
PLAINITFFS' MOTION TO SEAL EXHIBIT TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Case No. 3:20-cv-04688-RS

| | |
|---|---|
| 1 | San Francisco, CA 94104 |
| | Telephone: (415) 293 6858 |
| 2 | Facsimile (415) 999 9695 |
| 3 | David Boies (admitted *pro hac vice*) |
| | dboies@bsfllp.com |
| 4 | BOIES SCHILLER FLEXNER LLP |
| | 333 Main Street |
| 5 | Armonk, NY 10504 |
| 6 | Telephone: (914) 749-8200 |
| 7 | James Lee (admitted *pro hac vice*) |
| | jlee@bsfllp.com |
| 8 | Rossana Baeza (admitted *pro hac vice*) |
| | rbaeza@bsfllp.com |
| 9 | BOIES SCHILLER FLEXNER LLP |
| 10 | 100 SE 2nd Street, Suite 2800 |
| | Miami, FL 33131 |
| 11 | Telephone: (305) 539-8400 |
| | Facsimile: (305) 539-1307 |
| 12 | |
| 13 | Alison L. Anderson, CA Bar No. 275334 |
| | alanderson@bsfllp.com |
| 14 | M. Logan Wright |
| | mwright@bsfllp.com |
| 15 | BOIES SCHILLER FLEXNER LLP |
| | 2029 Century Park East, Suite 1520 |
| 16 | Los Angeles, CA 90067 |
| 17 | Telephone: (813) 482-4814 |
| 18 | Bill Carmody (*pro hac vice*) |
| | bcarmody@susmangodfrey.com |
| 19 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| 20 | Steven Shepard (*pro hac vice*) |
| | sshepard@susmangodfrey.com |
| 21 | Alexander P. Frawley |
| 22 | afrawley@susmangodfrey.com |
| | Ryan Sila |
| 23 | rsila@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 24 | One Manhattan West, 50th Floor |
| 25 | New York, NY 10001 |
| | Telephone: (212) 336-8330 |
| 26 | |
| | Amanda Bonn (CA Bar No. 270891) |
| 27 | abonn@susmangodfrey.com |
| 28 | SUSMAN GODFREY L.L.P. |

| | |
|---|---|
| 1 | 1900 Avenue of the Stars, Suite 1400 |
| 2 | Los Angeles, CA 90067<br>Telephone: (310) 789-3100 |
| 3 | John A. Yanchunis (*pro hac vice*) |
| 4 | jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*) |
| 5 | rmcgee@forthepeople.com<br>Michael F. Ram (CA Bar No. 238027) |
| 6 | mram@forthepeople.com<br>MORGAN & MORGAN, P.A. |
| 7 | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602 |
| 8 | Telephone: (813) 223-5505<br>Facsimile: (813) 222-4736 |
| 9 | |
| 10 | *Attorneys for Plaintiffs* |