1  **BOIES SCHILLER FLEXNER LLP**
   David Boies (admitted pro hac vice)
2  333 Main Street
   Armonk, NY 10504
3  Tel: (914) 749-8200
4  dboies@bsfllp.com

5  Mark C. Mao, CA Bar No. 236165
   Beko Reblitz-Richardson, CA Bar No. 238027
6  44 Montgomery St., 41st Floor
   San Francisco, CA 94104
7  Tel.: (415) 293-6800
   mmao@bsfllp.com
8  brichardson@bsfllp.com

9  James Lee (admitted pro hac vice)
   Rossana Baeza (admitted pro hac vice)
10 100 SE 2nd St., 28th Floor
   Miami, FL 33131
11 Tel.: (305) 539-8400
12 jlee@bsfllp.com
   rbaeza@bsfllp.com

13 Alison L. Anderson, CA Bar No. 275334
   M. Logan Wright, CA Bar No. 349004
14 2029 Century Park East, Suite 1520
   Los Angeles, CA 90067
15 Tel.: (213) 995-5720
16 alanderson@bsfllp.com
17 mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: July 25, 2024<br>Time: 1:30 p.m. |

Before the Court is Plaintiffs' Administrative Motion to Seal an Exhibit to the Opposition to Motion for Summary Judgment (the "Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been shown, the Court ORDERS as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Exhibit 4 to Mao Declaration (Dkt. 397-5): Portions highlighted in teal in paragraphs 182 and 246 | McGee Declaration ¶¶ 5–8 | Granted. |

**IT IS SO ORDERED.**

DATED: _____       _____

Honorable Richard Seeborg
United States Chief District Judge