1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   ARGEMIRA FLÓREZ (SBN: 331153)
5    aflorez@willkie.com
   HARRIS A. MATEEN (SBN: 335593)
6    hmateen@willkie.com
   RODOLFO E. RIVERA AQUINO (SBN: 348512)
7    rriveraaquino@willkie.com
   333 Bush Street, 34th Floor
8  San Francisco, CA 94104
   Telephone: (415) 858-7400
9
10 Attorneys for Defendant
   GOOGLE LLC
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated, | Case No. 3:20-CV-04688-RS |
|---|---|
| Plaintiff, | **APPENDIX A IN SUPPORT OF GOOGLE LLC'S STATEMENT IN SUPPORT OF MOTION TO SEAL PORTIONS OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor<br>Action Filed: July 14, 2020<br>Trial Date: February 10, 2025 |

APPENDIX A

The following chart identifies the exhibits and portions of exhibits filed in connection with Plaintiffs' Opposition to Google's Motion for Summary Judgment and Google's Reply In Support of Motion for Summary Judgment that were previously adjudicated in whole or in part. Redacted, public versions are concurrently filed:

| Exhibit | Previously Adjudicated Filed At (Dkt. #) | Ruling (Dkt. #) |
|---|---|---|
| Exhibit 1 (Opposition) | 361-30 | 353 |
| Exhibit 2 (Opposition) | 361-10 | 353 |
| Exhibit 3 (Opposition) | 361-22 | 353 |
| Exhibit 4 (Opposition) | 361-58 | 353 |
| Exhibit 5 (Opposition) | 361-38 | 353 |
| Exhibit 6 (Opposition) | 361-7 | 353 |
| Exhibit 40 (Opposition) | 361-21 | 353 |
| Exhibit 41 (Opposition) | Entirety Sealed | 353 |
| Exhibit 43 (Opposition) | 364-19 | 353 |
| Exhibit 46 (Opposition) | In part, 293-3 | 283 |
| Exhibit 47 (Opposition) | 361-57 | 353 |
| Exhibit 50 (Opposition) | 364-23 | 353 |
| Exhibit 51 (Opposition) | 364-22 | 353 |
| Exhibit 58 (Opposition) | 361-40 | 353 |
| Exhibit 59 (Opposition) | 361-9 | 353 |
| Exhibit 60 (Opposition) | 361-8 | 353 |
| Exhibit 62 (Opposition) | 297-12 | 283 |
| Exhibit 64 (Opposition) | 297-13 | 283 |
| Exhibit 65 (Opposition) | 293-6 | 283 |

| | | |
|---|---|---|
| Exhibit 66 (Opposition) | 297-17 | 284 |
| Exhibit 69 (Opposition) | 361-27 | 353 |
| Exhibit 70 (Opposition) | 361-31 | 353 |
| Exhibit 71 (Opposition) | 361-5 | 353 |
| Exhibit 72 (Opposition) | 361-14 | 353 |
| Exhibit 73 (Opposition) | 361-37 | 353 |
| Exhibit 77 (Opposition) | 361-36 | 353 |