```
 1  WILLKIE FARR & GALLAGHER LLP
    BENEDICT Y. HUR (SBN: 224018)
 2    bhur@willkie.com
    SIMONA AGNOLUCCI (SBN: 246943)
 3    sagnolucci@willkie.com
    EDUARDO E. SANTACANA (SBN: 281668)
 4    esantacana@willkie.com
    ARGEMIRA FLÓREZ (SBN: 331153)
 5    aflorez@willkie.com
    HARRIS A. MATEEN (SBN: 335593)
 6    hmateen@willkie.com
    RODOLFO E. RIVERA AQUINO (SBN: 348512)
 7    rriveraaquino@willkie.com
    333 Bush Street, 34th Floor
 8  San Francisco, CA 94104
    Telephone: (415) 858-7400
 9
10  Attorneys for Defendant
11  GOOGLE LLC
12
13
14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16
                             SAN FRANCISCO DIVISION
17
18  ANIBAL RODRIGUEZ, et al. individually and on    Case No. 3:20-CV-04688-RS
    behalf of all others similarly situated,
19                                                  [PROPOSED] ORDER GRANTING
                          Plaintiff,                OMNIBUS MOTION TO SEAL
20                                                  PORTIONS OF PLAINTIFFS'
         vs.                                        OPPOSITION TO GOOGLE LLC'S
21                                                  MOTION FOR SUMMARY JUDGMENT
    GOOGLE LLC,                                     AND GOOGLE LLC'S REPLY IN
22                                                  SUPPORT
                          Defendant.
23                                                  (CIVIL LOCAL RULE 79-5)
24
25
                                                    Judge:         Hon. Richard Seeborg
26                                                  Courtroom:     3, 17th Floor
                                                    Action Filed:  July 14, 2020
27                                                  Trial Date:    February 10, 2025
28
```

1  The following chart identifies the exhibits to Plaintiffs' Opposition to Google's
2  Motion for Summary Judgment (Dkt. 398).
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Exhibit | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 33 | GOOG-RDGZ-00210316 | Internal term |
| | GOOG-RDGZ-00210317 | Employee PII |
| | GOOG-RDGZ-00210318 | Internal strategy |
| | GOOG-RDGZ-00210321 | Internal strategy |
| | GOOG-RDGZ-00210322 | Internal strategy |
| | GOOG-RDGZ-00210324 | Internal strategy |
| | GOOG-RDGZ-00210328, GOOG-RDGZ-00210330 to GOOG-RDGZ-00210332 | Internal processes |
| | GOOG-RDGZ-00210333 to GOOG-RDGZ-00210334 | Internal processes, Internal strategy |
| | GOOG-RDGZ-00210335 | Internal strategy |
| | GOOG-RDGZ-00210336 | Internal strategy |
| | GOOG-RDGZ-00210339 to GOOG-RDGZ-00210340 | Internal strategy |
| | GOOG-RDGZ-00210341 | Internal strategy |
| | GOOG-RDGZ-00210342 | Internal strategy |

|  | | |
|---|---|---|
|  | GOOG-RDGZ-00210345 to GOOG-RDGZ-00210350 | Internal strategy |
|  | GOOG-RDGZ-00210355 | Internal strategy |
|  | GOOG-RDGZ-00210359 to GOOG-RDGZ-00210362 | Internal processes, Internal strategy |
|  | GOOG-RDGZ-00210363 | Internal processes, Internal strategy |
|  | GOOG-RDGZ-00210364 | Internal processes |
| Exhibit 34 | GOOG-RDGZ-00033245 | Employee PII, Internal strategy |
| Exhibit 44 | GOOG-RDGZ-00030007.R (entire document) | Internal processes, Internal Strategy |
| Exhibit 45 | GOOG-RDGZ-00029866 (entire document) | Internal processes, Internal names, Internal strategy |
| Exhibit 49 | GOOG-RDGZ-00188469 (Entire document) | Internal processes, Internal names, Internal strategy |
| Exhibit 56 | GOOG-RDGZ-00181440 (Entire document) | Internal processes, Internal names, Internal strategy |
| Exhibit 63 | GOOG-RDGZ-00025811 (Entire document) | Internal strategy |
| Exhibit 66 | GOOG-RDGZ-00020692, GOOG-RDGZ-00020697, GOOG-RDGZ-00020698 | Internal term Pi*** |
| Exhibit 67 | GOOG-RDGZ-00021161 | Internal strategy |

| | | |
|---|---|---|
| | GOOG-RDGZ-00021162 | Internal strategy |
| | GOOG-RDGZ-00021163 | Internal strategy |
| | GOOG-RDGZ-00021164 | Internal strategy |
| | GOOG-RDGZ-00021167 | Internal strategy |
| | GOOG-RDGZ-00021168 | Internal strategy |
| | GOOG-RDGZ-00021169 | Internal strategy |
| | GOOG-RDGZ-00021171 to GOOG-RDGZ-00021181, GOOG-RDGZ-00021191 to GOOG-RDGZ-00021196, GOOG-RDGZ-00021198 to GOOG-RDGZ-00021202, GOOG-RDGZ-00021204 to GOOG-RDGZ-00021208, GOOG-RDGZ-00021210 to GOOG-RDGZ-00021211. GOOG-RDGZ-00021213 to GOOG-RDGZ-00021216 | Internal strategy |
| | GOOG-RDGZ-00021218 | Internal strategy |
| | GOOG-RDGZ-00021220 | Internal strategy |
| | GOOG-RDGZ-00021221 | Internal strategy |

|  | GOOG-RDGZ-00021224 | Internal strategy |
|---|---|---|
| Exhibit 68 | GOOG-RDGZ-00151484 (Entire document) | Internal strategy, internal terms |
| Exhibit 76 | 224:18-225:7, 227:12-13, 17-18 | Internal processes |
| Exhibit 77 | GOOG-RDGZ-00092072 | Employee PII |
|  | GOOG-RDGZ-00092078 to GOOG-RDGZ-00092088 | Internal strategy |
|  | GOOG-RDGZ-00092090 to GOOG-RDGZ-00092095 | Internal strategy |
|  | GOOG-RDGZ-00092097 to GOOG-RDGZ-00092101 | Internal strategy (previously filed with court-ordered redactions at 361-36) |
|  | GOOG-RDGZ-00092102 to GOOG-RDGZ-00092109 | Internal strategy |
|  | GOOG-RDGZ-00092110 | Internal strategy |
|  | GOOG-RDGZ-00092112 | Internal strategy |
|  | GOOG-RDGZ-00092120 | Internal strategy |

| Exhibit E to Google's Reply | p. 99, lines 1, 7-10, 20, 23, 25; p. 100, line 9 | Internal term Na*** |
|---|---|---|
| | p. 100, lines 7, 12 | Internal term Ec*** |
| Exhibit F to Google's Reply | p. 96, line 8 | Internal term lo*** |
| | p. 96, lines 19-21 | Internal term Ra*** |
| Exhibit G to Google's Reply | 260:5-9, 261:1-3 | Internal processes |

1  IT IS SO ORDERED.                           DATED: _____

3                                              _____
4                                              Honorable Richard Seeborg
5                                              Chief United States District Judge