**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
　bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
　sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
　esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
　aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6858
Fax: (415) 999-9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE COMMENCEMENT OF THE NOTICE PERIOD**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into this joint stipulation.

WHEREAS, on January 3, 2024, the Court granted Plaintiffs' Motion for Class Certification (Dkt. 352);

WHEREAS, on January 25, 2024, the Parties submitted their Joint Case Management Statement, which proposed a schedule for providing notice to the certified classes (Dkt. 363);

WHEREAS, on February 1, 2024, the Court entered its Further Case Management Scheduling Order establishing the schedule for providing notice to the certified classes (Dkt. 367);

WHEREAS, the Parties subsequently engaged in additional briefing concerning the proposed notice program (Dkts. 370, 371, 373, 375, 378);

WHEREAS, on April 5, 2024, the Court resolved the outstanding disputes and required that the Parties inform the Court whether they would revise the notice program (Dkt. 384);

WHEREAS, on April 12, 2024, the Parties informed the Court that they intended to submit a modified notice program (Dkt. 392), which was submitted by Plaintiffs on April 26, 2024 (Dkt. 395), and to which Google responded on May 10, 2024 with proposed modifications (Dkt. 401);

WHEREAS, on May 31, 2024, the Court granted Plaintiffs' modified proposal and also approved Google's additional and revised notices (Dkt. 405);

WHEREAS, pursuant to the Court's prior order setting the schedule to provide notice to the classes, the notice program was ordered to begin on July 1, 2024 (Dkts. 367, 405);

WHEREAS, on June 26, 2024, Google provided to Epiq (the Court-appointed notice administrator) a subset of the class list, and on June 27, 2024 provided to Epiq an additional subset of the class list with all non-workspace accounts, which Epiq has been analyzing and preparing for use in the notice program;

WHEREAS, Epiq has discovered certain technical issues with the data in a subset of the class list, which will require substantial time to resolve;

WHEREAS, the Parties have been working together with Epiq to ensure a timely commencement of the notice program, but require additional time to commence the notice program;

1  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that no later than **September 23, 2024**, the Notice Period will commence. The summary judgment hearing may still take place July 25, 2024, so long as the Court does not issue any summary judgment order prior to the opt-out deadline. Dkt. 363 at 10–11 (citing *Yeoman v. Ikea U.S.A. W., Inc.*, 2014 WL 1128252, at *6 (S.D. Cal. Mar. 20, 2014); *Magadia v. Wal-Mart Assocs., Inc.*, 319 F. Supp. 3d 1180, 1186 (N.D. Cal. 2018).

A Proposed Order is submitted concurrently herewith.

Good cause exists for this slight modification to the schedule to ensure that notice is provided to the certified classes.

IT IS SO STIPULATED.

DATED: July 15, 2024          WILLKIE FARR & GALLAGHER, LLP

                              By: */s/ Benedict Y. Hur*
                                  Benedict Y. Hur

                              *Attorneys for Defendant Google LLC*

DATED: July 15, 2024          By: */s/ Mark C. Mao*
                                  Mark C. Mao

                              *Attorneys for Plaintiffs*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: July 15, 2024                     BOIES SCHILLER FLEXNER LLP


*/s/ Mark C. Mao*
Mark C. Mao