

July 24, 2024

<u>Via CM/ECF</u>

Chief District Judge Richard Seeborg
San Francisco Courthouse
Courtroom 3 — 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

    **Re: *Rodriguez, et al. v. Google LLC*, 3:20-CV-04688-RS**

To the Honorable Chief Judge Seeborg and Clerk of the Court:

    With their opposition to Google LLC's Motion for Summary Judgment (Dkt. 398), Plaintiffs filed excerpts of the transcript of the deposition of former Google Senior Software Engineer Blake Lemoine as Exhibit 35 to the Declaration of Mark Mao (Dkt. 398-36). In preparing for the July 25, 2024 hearing on Google's summary judgment motion, Plaintiffs discovered that they inadvertently did not include a relevant portion of that deposition transcript.

    To remedy this, Plaintiffs now respectfully re-file Exhibit 35 to the Declaration of Mark Mao with that additional, relevant excerpt, adding pages 50 and 51 from the transcript. Plaintiffs are submitting that Amended Exhibit 35 as Exhibit A to this letter. Plaintiffs appreciate the Court's attention to this matter and will be prepared to address any questions during the hearing.

    Sincerely,

    <u>/s/ Mark C. Mao</u>
    Mark C. Mao