# Exhibit A

# AMENDED EXHIBIT 35

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4
 5    CHASOM BROWN, WILLIAM BYATT,  )
      JEREMY DAVIS, CHRISTOPHER     )
 6    CASTILLO, and MONIQUE         )
      TRUJILLO, individually and on )
 7    behalf of all similarly       )
      situated,                     )
 8                                  )
                 Plaintiffs,        )
 9                                  )
                      vs.           )Case
10                                  )4:20-cv-03664-YGR-SVK
      GOOGLE LLC,                   )
11                                  )
                 Defendant.         )
12    _____)
13
14
15
16            VIDEO-RECORDED DEPOSITION OF
17                    BLAKE LEMOINE
18             Thursday, December 21, 2023
19                       Volume I
20
21
22    Reported by:
      CARLA SOARES
23    CSR No. 5908
24    Job No. 6377402
25    Pages 1 - 232
```

Page 1

| | | |
|---|---|---|
| 1 | ability to become greater as a civilization, have | 10:23:27 |
| 2 | involved some form of analytics. | |
| 3 | Whether that was the Farmers' Almanac or | |
| 4 | the sextant, we have always used analytics to be | |
| 5 | more capable at doing what we need to do as humans. | 10:23:39 |
| 6 | And AI is the motherload of analytics. | |
| 7 | Q   Well, along those lines, you say, at line | |
| 8 | 8 here in paragraph 12, "In my experience, Google's | |
| 9 | algorithms, machine learning, and artificial | |
| 10 | intelligence are still able to reidentify the same | 10:24:00 |
| 11 | persons and devices, even if the end users decided | |
| 12 | to use private-mode web browsing." | |
| 13 | Did you ever achieve that yourself while | |
| 14 | you were at Google?  That is, did you reidentify a | |
| 15 | person and device using algorithms and AI even if | 10:24:22 |
| 16 | the -- when an end user had chosen to use | |
| 17 | private-mode web browsing? | |
| 18 | A   In 2017 and 2018, I was doing analytics | |
| 19 | and research on the AI systems at Google with | |
| 20 | respect to privacy.  This was in connection with my | 10:24:46 |
| 21 | GDPR work. | |
| 22 | In the course of that work, I ran several | |
| 23 | experiments that were intended to demonstrate that | |
| 24 | information which Google had removed from | |
| 25 | non-personalized logs or signed-out logs or | 10:25:05 |

| | | |
|---|---|---|
| 1 | unauthenticated logs, or whatever you want to call | 10:25:08 |
| 2 | the logs, that information which has been occluded, | |
| 3 | intentionally left out of the logs in order to | |
| 4 | maintain the user's privacy, can be inferred by the | |
| 5 | AI and be acted upon by the AI and have Google's | 10:25:24 |
| 6 | content-serving behaviors be affected by those | |
| 7 | characteristics of the user which had been | |
| 8 | intentionally excluded from the non-personalized | |
| 9 | logs. | |
| 10 | And in aggregate, my conclusion was that | 10:25:42 |
| 11 | the AI functionally reidentified users who we had | |
| 12 | claimed were anonymized. | |
| 13 | Q   So my question, again, is, did you ever do | |
| 14 | that with regard to a specific person using | |
| 15 | private-mode web browsing? | 10:26:03 |
| 16 | MR. LEE:  Asked and answered. | |
| 17 | You can answer again. | |
| 18 | THE WITNESS:  I ran experiments on the | |
| 19 | population of Google's users in order to demonstrate | |
| 20 | that they could be reidentified using AI at Google. | 10:26:14 |
| 21 | BY MR. SCHAPIRO: | |
| 22 | Q   And you documented that -- those | |
| 23 | experiments in some reports and some documents, | |
| 24 | correct? | |
| 25 | A   Yes, I did. | 10:26:26 |

| | | |
|---|---|---|
| 1 | for themselves.  So Google gives them a handful of | 15:28:37 |
| 2 | toggles to make them feel like they have control, | |
| 3 | and then gives them the one product that the Google | |
| 4 | engineers think is the actually good one. | |
| 5 |         Q   Doesn't -- doesn't Google have concern | 15:28:52 |
| 6 | that violating users' privacy in this way opens them | |
| 7 | up to scrutiny from regulators or subject to | |
| 8 | lawsuits like this one? | |
| 9 |         A   Cost of doing business.  Fines are simply | |
| 10 | another line on the expense report. | 15:29:06 |
| 11 |             MR. LEE:  I'm not done yet, but I think we | |
| 12 | should take a quick break and go off the record. | |
| 13 |             MR. SCHAPIRO:  Okay. | |
| 14 |             THE VIDEO OPERATOR:  This marks the end of | |
| 15 | Media Unit 4.  We are going off the record.  The | 15:29:20 |
| 16 | time is 3:29 p.m. | |
| 17 |             (Recess, 3:29 p.m. - 3:46 p.m.) | |
| 18 |             THE VIDEO OPERATOR:  This marks the | |
| 19 | beginning of Media No. 5.  We're going back on the | |
| 20 | record.  The time is 3:46 p.m. | 15:46:12 |
| 21 | BY MR. LEE: | |
| 22 |         Q   Welcome back, Mr. Lemoine.  Just us a | |
| 23 | couple more questions.  Okay? | |
| 24 |         A   Okay. | |
| 25 |         Q   Mr. Lemoine, do you remember a Google | 15:46:22 |

Page 205

| | | |
|---|---|---|
| 1 | account privacy control called "Web and App | 15:46:26 |
| 2 | Activity"? | |
| 3 | A   Yes, I do.  In fact, the non-personalized | |
| 4 | logs I was talking about earlier for the Google | |
| 5 | Search app primarily are associated with people who | 15:46:38 |
| 6 | have turned "Web and App Activity" settings off. | |
| 7 | Q   And when people have turned the "Web and | |
| 8 | App Activity" setting off, is the data that's | |
| 9 | collected when it's off considered logged-out or | |
| 10 | signed-out data? | 15:46:57 |
| 11 | A   So a lot of times today, both legal teams | |
| 12 | have been using words which are not technical | |
| 13 | synonyms as if they are technical synonyms. | |
| 14 | "Unauthenticated," "logged out," "non-personalized" | |
| 15 | and "anonymized" all mean different technical | 15:47:15 |
| 16 | things.  So I just want to clarify. | |
| 17 |     Which specific variety of those are you | |
| 18 | asking about? | |
| 19 | Q   Let me ask it a little more pointedly, | |
| 20 | then. | 15:47:26 |
| 21 |     Your premortem study refers to a problem | |
| 22 | or a concern regarding logged-in data leaking into | |
| 23 | logged-out data or vice versa. | |
| 24 |     Do you recall that? | |
| 25 | A   I mean, primarily it's the other way that | 15:47:36 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    we care about more, but yes.  Either way is           15:47:38
 2    possible.
 3           Q    Right.
 4                So did your premortem study that expressed
 5    concern about that type of leakage also apply to      15:47:46
 6    WAA-off data.
 7           A    Yes.
 8           Q    And does WAA-off data get used by Google's
 9    AI?
10           A    Yes.                                      15:48:06
11           Q    Okay.  Back to the topic at hand, and then
12    I think we're at the home stretch.
13                There was some discussion today that you
14    had with Google's attorney about Google's AI chatbot
15    called "LaMDA."                                       15:48:25
16                Do you remember that?
17           A    Yes, I do.
18           Q    And just briefly, what is LaMDA?
19           A    LaMDA is a very complex artificial
20    intelligence system that ultimately provides a       15:48:32
21    natural language interface to all of Google's
22    products simultaneously.
23                MR. LEE:  I'm going to ask Josh to mark
24    the next exhibit, Exhibit 26.
25    ///                                                  15:48:53
```

Page 207

```
 1              I, the undersigned, a Certified Shorthand
 2     Reporter of the State of California, do hereby
 3     certify:
 4              That the foregoing proceedings were taken
 5     before me at the time and place herein set forth;
 6     that any witnesses in the foregoing proceedings,
 7     prior to testifying, were administered an oath; that
 8     a record of the proceedings was made by me using
 9     machine shorthand which was thereafter transcribed
10     under my direction; that the foregoing transcript is
11     a true record of the testimony given.
12              Further, that if the foregoing pertains to
13     the original transcript of a deposition in a Federal
14     Case, before completion of the proceedings, review
15     of the transcript [ ] was [X] was not requested.
16              I further certify I am neither financially
17     interested in the action nor a relative or employee
18     of any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20     subscribed my name.
21     Dated: DECEMBER 22, 2023
22
23
                              *Carla Soares*
24
                              CARLA SOARES
25                            CSR No. 5908
```

Page 229