**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS A. MATEEN (SBN: 335593)
  hmateen@willkie.com
RODOLFO E. RIVERA AQUINO (SBN: 348512)
  rriveraaquino@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                       Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO APPROVE REVISED NOTICE TO WORKSPACE ADMINISTRATORS**<br><br>Judge:       Hon. Richard Seeborg<br>Courtroom:   3, 17th Floor |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al.
2  ("Plaintiffs") and Defendant Google LLC ("Google"), collectively referred to as the "Parties,"
3  hereby enter into this joint stipulation.
4    WHEREAS, on January 3, 2024, the Court granted Plaintiffs' Motion for Class
5  Certification (Dkt. 352);
6    WHEREAS, on May 31, 2024, the Court granted Plaintiffs' modified proposal for the
7  notice program and also approved Google's additional and revised notices (Dkt. 405);
8    WHEREAS, one of the approved items was a notice to Workspace administrators to
9  apprise them of the fact that their end users would be receiving class notice (Dkt. 401-2);
10   WHEREAS, subsequent to the Court's approval, Google identified the need for revisions
11  to the notice to Workspace administrators;
12   WHEREAS, Google proposed revisions to the notice, and Plaintiffs have agreed to such
13  revisions;
14   WHEREAS, the Parties have reached agreement on the revised notice to Workspace
15  administrators attached hereto as Exhibit A; and
16   WHEREAS, a redline reflecting the proposed changes to the notice to Workspace
17  administrators is attached hereto as Exhibit B;
18   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
19  Parties, that the revised notice to Workspace administrators, attached hereto as Exhibit A, shall
20  replace the previously approved notice (Dkt. 401-2). The proposed revisions are consistent with
21  the Court's May 31 Order and are designed to provide clear and accurate information to
22  Workspace administrators.
23   Good cause exists for this modification to ensure that the most up-to-date and accurate
24  information is provided to Workspace administrators as part of the notice program, in compliance
25  with the Court's May 31 Order and Rule 23 of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED: August 27, 2024

By: /s/ Benedict Y. Hur
Benedict Y. Hur

DATED: August 27, 2024

By: /s/ Marc C. Mao
Mark C. Mao

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation to Approve Revised Notice to Workspace Administrators, and good cause appearing, the Court hereby ORDERS that the revised notice to Workspace administrators, attached to the Parties' stipulation as Exhibit A, is APPROVED and shall replace the previously approved notice (Dkt. 401-2).

IT IS SO ORDERED.

Dated: August ___, 2024

_____
HON. RICHARD SEEBORG