| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel.: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | Ryan Sila (admitted pro hac vice) |
| | One Manhattan West, 50th Floor |
| Mark C. Mao, CA Bar No. 236165 | New York, NY 10001 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Tel.: (212) 336-8330 |
| 44 Montgomery St., 41st Floor | bcarmody@susmangodfrey.com |
| San Francisco, CA 94104 | srabin@susmangodfrey.com |
| Tel.: (415) 293-6800 | sshepard@susmangodfrey.com |
| mmao@bsfllp.com | afrawley@susmangodfrey.com |
| brichardson@bsfllp.com | rsila@susmangodfrey.com |
| | |
| James Lee (admitted pro hac vice) | Amanda K. Bonn, CA Bar No. 270891 |
| Rossana Baeza (admitted pro hac vice) | 1900 Avenue of the Stars, Suite 1400 |
| 100 SE 2nd St., 28th Floor | Los Angeles, CA 90067 |
| Miami, FL 33131 | Tel.: (310) 789-3100 |
| Tel.: (305) 539-8400 | abonn@susmangodfrey.com |
| jlee@bsfllp.com | |
| rbaeza@bsfllp.com | **MORGAN & MORGAN** |
| | John A. Yanchunis (admitted pro hac vice) |
| Alison L. Anderson, CA Bar No. 275334 | Ryan J. McGee (admitted pro hac vice) |
| M. Logan Wright, CA Bar No. 349004 | Michael F. Ram, CA Bar No. 104805 |
| 2029 Century Park East, Suite 1520 | 201 N. Franklin Street, 7th Floor |
| Los Angeles, CA 90067 | Tampa, FL 33602 |
| Tel.: (213) 629-9040 | Tel.: (813) 223-5505 |
| alanderson@bsfllp.com | jyanchunis@forthepeople.com |
| mwright@bsfllp.com | rmcgee@forthepeople.com |
| | mram@forthepeople.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**STATEMENT OF RECENT DECISION**<br><br>The Honorable Richard Seeborg |

Pursuant to Civil Local Rule 7-3(d), and in connection with the pending summary judgment motion filed by Google (Dtk. 381), Plaintiffs call to the Court's attention the September 23, 2024 opinion by Judge Donato denying Google's motion for summary judgment in *Frasco v. Flo Health, Inc.*, Case No. 21-CV-757 (N.D. Cal.), on the issues of harm and consent. Judge Donato's decision is attached hereto and published at 2024 WL 4280933.

Dated: October 2, 2024

Respectfully submitted,

By: */s/Mark C. Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
M. Logan Wright (CA Bar No. 349004)
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP

| | |
|---|---|
| 1 | 2029 Century Park East, Suite 1520 |
| | Los Angeles, CA 90067 |
| 2 | Tel.: (213) 629-9040 |
| 3 | Bill Carmody (*pro hac vice*) |
| | bcarmody@susmangodfrey.com |
| 4 | Shawn J. Rabin (*pro hac vice*) |
| | srabin@susmangodfrey.com |
| 5 | Steven Shepard (*pro hac vice*) |
| 6 | sshepard@susmangodfrey.com |
| | Alexander P. Frawley (*pro hac vice*) |
| 7 | afrawley@susmangodfrey.com |
| | Ryan Sila (*pro hac vice*) |
| 8 | rsila@susmangodfrey.com |
| 9 | SUSMAN GODFREY L.L.P. |
| | One Manhattan West, 50th Floor |
| 10 | New York, NY 10001 |
| | Telephone: (212) 336-8330 |
| 11 | |
| 12 | Amanda Bonn (CA Bar No. 270891) |
| | abonn@susmangodfrey.com |
| 13 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 14 | Los Angeles, CA 90067 |
| | Telephone: (310) 789-3100 |
| 15 | |
| 16 | John A. Yanchunis (*pro hac vice*) |
| | jyanchunis@forthepeople.com |
| 17 | Ryan J. McGee (*pro hac vice*) |
| | rmcgee@forthepeople.com |
| 18 | Michael F. Ram (CA Bar No. 238027) |
| | mram@forthepeople.com |
| 19 | MORGAN & MORGAN, P.A. |
| 20 | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 21 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 22 | |
| 23 | *Attorneys for Plaintiffs* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STATEMENT OF RECENT DECISION RE: SUMMARY JUDGMENT
CASE NO. 3:20-CV-04688-RS