# Exhibit 2

| | |
|---|---|
| **From:** | Santacana, Eduardo E. (via waagoogleteam list) |
| **To:** | M. Logan Wright; FIREBASE-WFGE |
| **Cc:** | waagoogleteam@simplelists.susmangodfrey.com |
| **Subject:** | RE: Letter & Amended Disclosures |
| **Date:** | Tuesday, September 17, 2024 3:18:33 PM |

**EXTERNAL Email**

Counsel,

I write in response to your letter.

We produced the supplemental financial data you requested on the schedule you requested. We warned you we would not do it again, and you agreed to that condition and asked that it be produced anyway.

As for your other requests and demands for additional information, discovery is closed.

Thanks,
Eduardo


**Eduardo E. Santacana**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7421 | Fax: +1 415 858 7599
esantacana@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

**From:** M. Logan Wright <MWright@BSFLLP.com>
**Sent:** Monday, September 16, 2024 4:22 PM
**To:** FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>
**Cc:** waagoogleteam@simplelists.susmangodfrey.com
**Subject:** Letter & Amended Disclosures

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Please see the attached letter and Plaintiffs' third amended Rule 26 disclosures.

**Logan Wright**
Associate

**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
(t)  +1 813 482 4814
mwright@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

To unsubscribe from this list please go to https://simplelists.susmangodfrey.com/confirm/?u=ikfnKqP7SQaU2zGVMWevdrN7AKGXBpvL