# Exhibit A

| | |
|---|---|
| **From:** | Flórez, Argemira |
| **To:** | "Ryan Sila"; FIREBASE-WFGE |
| **Cc:** | WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM |
| **Subject:** | RE: Rodriguez: Updated Financial Information |
| **Date:** | Wednesday, January 10, 2024 9:14:29 AM |

Sounds good.  Thanks, Ryan.

**Argemira Flórez**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7407 | Fax: +1 415 858 7599
aflorez@willkie.com | vCard | www.willkie.com bio

**NEW |** Please note our new office address, effective December 15, 2023

**From:** Ryan Sila <RSila@susmangodfrey.com>
**Sent:** Wednesday, January 10, 2024 9:08 AM
**To:** Flórez, Argemira <AFlorez@willkie.com>; FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>
**Cc:** WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM
**Subject:** RE: Rodriguez: Updated Financial Information

*** EXTERNAL EMAIL ***

Thanks, Argemira. Let's meet today at 4:30 PT.  I'll send an invite.

**From:** Flórez, Argemira <AFlorez@willkie.com>
**Sent:** Tuesday, January 9, 2024 11:56 PM
**To:** Ryan Sila <RSila@susmangodfrey.com>; FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>
**Cc:** WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM
**Subject:** RE: Rodriguez: Updated Financial Information

EXTERNAL Email
Hi Ryan,

We are available tomorrow from 11-12:45, 4:30-5 PST and Thursday from 3-4 PST.

Thanks,
Argemira

**Argemira Flórez**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7407 | Fax: +1 415 858 7599
aflorez@willkie.com | vCard | www.willkie.com bio

**NEW |** Please note our new office address, effective December 15, 2023

---

**From:** Ryan Sila <RSila@susmangodfrey.com>
**Sent:** Tuesday, January 9, 2024 6:04 PM
**To:** FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>
**Cc:** WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM
**Subject:** Rodriguez: Updated Financial Information

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Consistent with Rule 26, Plaintiffs intend to serve updated calculations from Mr. Lasinski. His methodologies will remain the same, but he will update his calculations to reflect the additional time period at issue.

In advance of the upcoming case management conference, we would like to meet and confer about:
- The timing and process for Google to produce limited, updated information relevant to Mr. Lasinski's models;
- The timing and process for Plaintiffs to serve a supplemental report or declaration from Mr. Lasinski; and
- The timing and process for Google to serve a supplemental responsive report or declaration, if any.

Please let us know when you are available in the next week.

Regards,
Ryan


**Ryan Sila | Susman Godfrey LLP**

1301 Avenue of the Americas, 32nd Floor | New York, New York 10019
212-336-8341 (office) | 314-853-1355 (cell)
rsila@susmangodfrey.com | www.susmangodfrey.com

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.