# Exhibit B

| | |
|---|---|
| **From:** | owner-waagoogleteam@lists.susmangodfrey.com on behalf of Flórez, Argemira |
| **To:** | Ryan Sila; FIREBASE-WFGE |
| **Cc:** | WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM |
| **Subject:** | RE: Rodriguez: Updated Financials and Related Statistics |
| **Date:** | Friday, January 26, 2024 8:08:31 AM |

EXTERNAL Email

Counsel,

Thank you for the list. We agree to update this information only once.

Thank you,
Argemira

**Argemira Flórez**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7407 | Fax: +1 415 858 7599
aflorez@willkie.com | vCard | www.willkie.com bio

**NEW |** Please note our new office address, effective December 15, 2023

**From:** Ryan Sila <RSila@susmangodfrey.com>
**Sent:** Wednesday, January 24, 2024 5:17 PM
**To:** FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>
**Cc:** WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM
**Subject:** Rodriguez: Updated Financials and Related Statistics

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

As discussed on today's meet and confer, here is the list of financials and related statistics we plan to ask Google to update:

- **App Promo U.S. Booked Revenue & Revenue Net of Traffic Acquisition Costs (TAC)**, consistent with those found in GOOG-RDGZ-00185744 and GOOG-RDGZ-00184247;
- **AdMob Global Booked Revenue, TAC, and Revenue Net of TAC**, consistent with those found in GOOG-RDGZ-00187665 and GOOG-RDGZ-00187666;
- **U.S. App Promo Quarterly and Annual Booked Revenue for Display, Search, and YouTube**, consistent with those found in GOOG-RDGZ-00185743;
- **Share of Revenue Attributable to Conversion Types Bid Against GA4F as of October 2023**, consistent with those found in Google's Supplemental R&O to Interrogatory 17;
- **Monthly Number of Active U.S. Google Accounts, Including with WAA and sWAA Enabled,** consistent with the information found in GOOG-RDGZ-00204475; and

- **Number of U.S. Google Accounts (a) Where sWAA Was Turned Off at Any Time and (b) Which Were Ever Active**, consistent with the information found in GOOG-RDGZ-00187010 and Google's Supplemental R&O to Interrogatory 12.

Please confirm that Google agrees to update this information at least once. We will let you know when we anticipate requesting this update.

Thanks,
Ryan

**Ryan Sila | Susman Godfrey LLP**

1301 Avenue of the Americas, 32nd Floor | New York, New York 10019
212-336-8341 (office) | 314-853-1355 (cell)
rsila@susmangodfrey.com | www.susmangodfrey.com

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the WAAGOOGLETEAM list, click here