# Exhibit C

| | |
|---|---|
| **From:** | Ryan Sila |
| **To:** | Flórez, Argemira; FIREBASE-WFGE |
| **Cc:** | WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM |
| **Subject:** | RE: Rodriguez v. Google: Class Notice Issues |
| **Date:** | Friday, May 31, 2024 3:04:57 PM |
| **Attachments:** | How to Send Data to Epiq.pdf |
| | 2024-05-07 Google Email Notice Campaign Questions.docx |
| | RE Rodriguez Updated Financials and Related Statistics.msg |

### *** EXTERNAL EMAIL ***

Argemira — We agree that the dates listed in your email are correct. We're available to meet and confer at 10 a.m. PT on Tuesday; I'll send an invite.

In addition to the two outstanding items in my May 7 email (items 2 and 3), please come prepared to discuss approximately when Google will be able to update the damages inputs through July 1, 2024 as previously agreed.

Thanks,
Ryan

**From:** Flórez, Argemira <AFlorez@willkie.com>
**Sent:** Friday, May 31, 2024 3:50 PM
**To:** Ryan Sila <RSila@susmangodfrey.com>; FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>
**Cc:** WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM
**Subject:** RE: Rodriguez v. Google: Class Notice Issues

EXTERNAL Email
Counsel,

Are you available next week at any of the times below to discuss outstanding notice plan items?

Monday 6/3: 9 am-12:30 pm PT
Tuesday 6/4: 9-10:30 am PT

Also, in light of today's Order approving the parties' notice plan (Dkt. 405) and the Court's February 1 scheduling Order (Dkt. 367), we wanted to confirm our agreement with regards to the notice plan deadlines. Here's what we have. Let us know if you disagree.

| Court approved notice plan | May 31, 2024 |
|---|---|
| 30 days following approval of the Notice Plan by the court, the **Notice Period will commence**. | July 1, 2024 (rollover from Sunday) |
| 45 days following the commencement of the Notice Period, the **Notice Period will conclude.** | August 15, 2024 |
| | |

| | |
|---|---|
| 60 days following the conclusion of the Notice Period is the **deadline for Class Members to opt-out.** | October 14, 2024 |
| 30 days following the deadline for Class Members to opt-out, **Plaintiffs will report opt-out information to the court.** | November 13, 2024 |

Thank you,
Argemira


**Argemira Flórez**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7407 | Fax: +1 415 858 7599
aflorez@willkie.com | vCard | www.willkie.com bio

---

**From:** Ryan Sila <RSila@susmangodfrey.com>
**Sent:** Tuesday, May 7, 2024 9:51 AM
**To:** FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>
**Cc:** WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM
**Subject:** Rodriguez v. Google: Class Notice Issues

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

I'm writing to follow up on a few notice-related issues:

- Please let us know if you have any updates regarding the two remaining disputes raised in our April 26 filing. Any additional information regarding any technical or legal barriers to sending direct notice to accountholders? Any alternative proposed email notice to parents of supervised accountholders? If you have a proposal to resolve these disputes before you submit any responsive brief, please let us know.

- We want Epiq to start working this week to prepare for providing notice, and attached are instructions for you to transfer information to Google. Are you willing to start providing Epiq with information this week, so they can start reviewing that information? We would expect Google to provide Epiq with at least email addresses, names, (s)WAA-off dates, and additional contact information associated with (s)WAA-off accounts.

- We have also attached a list of questions from Epiq. The answers to these questions will help the notice program run as smoothly as possible.

Thanks,

Ryan

**Ryan Sila | Susman Godfrey LLP**

One Manhattan West, 50th Floor | New York, New York 10001

212-336-8341 (office) | 314-853-1355 (cell)

rsila@susmangodfrey.com | www.susmangodfrey.com

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.