**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs; additional counsel listed in signature blocks below*

**WILLKIE FARR & GALLAGHER LLP**
Benedict Y. Hur, CA Bar No. 224018
bhur@willkie.com
Simona Agnolucci, CA Bar No. 246943
sagnolucci@willkie.com
Eduardo E. Santacana, CA Bar No. 281668
esantacana@willkie.com
Argemira Florez, CA Bar No. 331153
aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> vs.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE CLASS NOTICE PERIOD AND OPT-OUT DEADLINE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs")
2    and Defendant Google LLC ("Google") (together, the "Parties") enter into this joint stipulation
3    regarding the class notice period and opt-out deadline.
4    WHEREAS, on January 3, 2024, the Court granted Plaintiffs' Motion for Class Certification
5    (Dkt. 352);
6    WHEREAS, on January 25, 2024, the Parties proposed a schedule for providing notice to
7    the certified classes (Dkt. 363);
8    WHEREAS, on February 1, 2024, the Court established the schedule for providing notice to
9    the certified classes (Dkt. 367);
10   WHEREAS, in the following months, the Parties briefed several disputes regarding the class
11   definitions and notice-related issues (Dkts. 370, 371, 373, 375, 378);
12   WHEREAS, on April 5, 2024, the Court resolved those disputes (Dkt. 384);
13   WHEREAS, on April 26, 2024, Plaintiffs submitted a modified notice program accounting
14   for the Court's April 5, 2024 Order (Dkt. 395), to which Google responded on May 10, 2024 with
15   proposed modifications (Dkt. 401);
16   WHEREAS, on May 31, 2024, the Court granted Plaintiffs' proposal as modified by
17   Google's response, meaning that the notice period was initially scheduled to begin on July 1, 2024
18   and end on August 15, 2024 (Dkt. 367, 405);
19   WHEREAS, on June 26 and June 27, 2024, Google provided to Epiq (the Court-appointed
20   class notice administrator) a subset of the email addresses to be used for class notice comprising all
21   e-mail addresses through approximately that date except those of Google Workspace
22   accountholders;
23   WHEREAS, on July 2, 2024, Google informed Plaintiffs it could provide the remaining
24   Google Workspace e-mail addresses after completion of Google first providing notice to Google
25   Workspace administrators;
26   WHEREAS, on July 15, 2024, in light of the significant amount of analysis and preparation
27   that Epiq performs (including in coordination with third parties such as internet service providers
28   and email service providers) as well as technical issues with the data that Google provided to Epiq,

1   the Parties submitted a stipulated proposed order that was entered by the Court modifying the notice
2   period to begin on September 23, 2024, which is also the last day of the Class Period (Dkt. 412–
3   13);
4       WHEREAS, on September 11, 2024, Epiq launched the class website and toll-free number;
5       WHEREAS, on September 23, 2024, the notice period began, and Epiq began sending direct
6   email notice to potential class members whose information Google had already provided to Epiq;
7       WHEREAS, on September 27, 2024, Google supplemented e-mail information for 900,000
8   supervised accounts with the e-mail address of those accounts' supervisors;
9       WHEREAS, on October 3, 2024, Google provided Epiq with the e-mail addresses for
10  Google Workspace accountholders, comprising approximately 9 million e-mail addresses;
11      WHEREAS, between October 18 and October 31, Google provided Epiq with additional e-
12  mail addresses for accounts that first turned off (s)WAA after the earlier productions but before the
13  end of the class period;
14      WHEREAS, due to the extraordinarily large number of e-mail addresses that must receive
15  class notice and errors in certain files Google sent to Epiq, the e-mail notice campaign encountered
16  resistance with email service providers who, despite being informed that these emails are court-
17  ordered class notice, resisted permitting class notice to be sent to class members without labeling
18  the notice e-mails as spam, resulting in a slower delivery process;
19      WHEREAS, the notice period is currently scheduled to end on November 7, 2024;
20      WHEREAS, due to these complications with email service providers, Epiq has represented
21  to counsel for Plaintiffs and counsel for Google that sending direct email notice to the remaining
22  potential class members prior to November 7, 2024, will risk very high undeliverable rates and
23  emails being labeled spam;
24      WHEREAS, Epiq estimates that, to reduce the risk of high undeliverable rates to a
25  reasonable level, the remaining e-mail addresses must receive notice on a slower timetable,
26  necessitating an extension of the deadline to complete class notice from November 7 to December
27  22, 2024, with a commensurate extension of the opt-out deadline and other notice-related deadlines;
28

WHEREAS, notice has been a substantial undertaking in this case, where Plaintiffs' expert estimates that there are over 90 million class members and Google has provided over 400 million email addresses for purposes of providing class notice;

WHEREAS, Plaintiffs have so far expended $600,000 in costs (not including the significant lodestar devoted to this notice program), and expect to expend more than $1 million in costs (and additional lodestar) to facilitate a high-quality notice program;

WHEREAS, this extension does not necessitate postponement of the trial date currently scheduled for August 18, 2024;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

The end of the notice period will be extended from November 7, 2024 to December 22, 2024.

The opt-out deadline will be extended from January 6, 2025 to February 20, 2025.[1]

Plaintiffs will report opt-out information to the Court on or before March 23, 2025.

A Proposed Order is submitted concurrently herewith.

Good cause exists for this slight modification to the schedule to ensure that notice is provided in the best manner practicable under Rule 23 and Due Process.

IT IS SO STIPULATED.

DATED: November 6, 2024        By: */s/ Mark C. Mao*
                                   Mark C. Mao

                               *Attorneys for Plaintiffs*
DATED: November 6, 2024        WILLKIE FARR & GALLAGHER, LLP

                               By: */s/ Benedict Y. Hur*
                                   Benedict Y. Hur

                               *Attorneys for Defendant Google LLC*

---

[1] The Parties anticipate that the Court would issue its summary judgment order after the February 20, 2025 opt-out deadline.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: November 6, 2024                    BOIES SCHILLER FLEXNER LLP


                                           /s/ *Mark C. Mao*
                                           Mark C. Mao