**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
RODOLFO E. RIVERA AQUINO (SBN: 348512)
  rriveraquino@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, *et al.*,<br><br>Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY DAMAGES OPINION**<br><br>*[FILED CONCURRENTLY WITH THE NOTICE AND MOTION AND [PROPOSED] ORDER]*<br><br>Date: February 13, 2025<br>Time: 1:30 p.m.<br>Ctrm: 3 - 17th Floor<br>Judge: Hon. Richard Seeborg<br><br>Action filed: July 14, 2020<br>Trial Date: August 18, 2025 |

I, EDUARDO E. SANTACANA, declare that:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, 34th Floor San Francisco, California 94104, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Motion to Strike Plaintiffs' Untimely Damages Opinion filed herewith.

3. On August 12, 2024, as part of Google's 94th document production in this case, and in efforts to provide the data Plaintiffs' damages expert would need to serve updated damages calculations, Google produced to Plaintiffs supplemental revenue and statistical data consisting of: revenue data for App Promo and AdMob; results from Google's queries showing the percentage of (s)WAA-off traffic within a Google data log; and statistics regarding the monthly number of active U.S. Google Accounts where (s)WAA was turned off at any time and which were ever active.

4. On August 20, 2024, as part of Google's 95th document production in this case, Google produced to Plaintiffs related, supplemental statistical data regarding the monthly number of active U.S. Google Accounts, including with WAA and sWAA enabled.

5. Plaintiffs served their Third "Amended" Rule 26 Disclosures with a new damages opinion on Google on September 16, 2024 ("New Opinion"). Plaintiffs had served Second Amended Rule 26 disclosures on Google slightly less than a year earlier, on October 4, 2023.

6. On October 23, 2024, Counsel held a meet and confer call to discuss resolution of items raised in the Case Management Conference held on October 10, 2024, including Google's response to Plaintiffs' New Opinion. On that call, Plaintiffs' counsel disclosed that their expert, Michael Lasinski's, supplemental report would include the newly disclosed methodology and calculations described in Plaintiffs' New Opinion.

7. Attached hereto as **Exhibit** 1 is a redline of Plaintiffs' Third "Amended" Rule 26 Disclosures

1

1  against Plaintiffs' Second Amended Rule 26 disclosures.

3      I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.

6  Dated: December 19, 2024              _/s/ Eduardo E. Santacana_
                                                                                                 EDUARDO E. SANTACANA