**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
RODOLFO E. RIVERA AQUINO (SBN: 348512)
  rriveraquino@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC, *et al.*,<br><br>         Defendant. | Case No. 3:20-CV-04688 RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY DAMAGES OPINION**<br><br>Date:     February 13, 2025<br>Time:    1:30 p.m.<br>Ctrm:    3 - 17th Floor<br>Judge:   Hon. Richard Seeborg<br><br>Action filed: July 14, 2020<br>Trial Date:    August 18, 2025 |

**[PROPOSED] ORDER**

Before the Court is Google LLC's ("Google") Motion to Strike Plaintiffs' Untimely Damages Opinion and documents filed in connection with that motion.

Having considered the Notice of Motion and Motion to Strike Plaintiffs' Untimely Damages Opinion, the incorporated Memorandum of Points and Authorities, the Declaration of Eduardo E. Santacana filed concurrently therewith, and the exhibit attached thereto, along with other materials in the record, argument of counsel, and such other matters as the Court may consider, the Court finds that:

Plaintiffs' disclosure of a new damages opinion was not substantially justified or harmless. The Court strikes Plaintiffs' new damages opinion disclosed in their third "amended" Rule 26 disclosures ("New Opinion"), bars this New Opinion from being incorporated into Michael Lasinski's forthcoming supplemental report, and excludes Plaintiffs' untimely disclosed New Opinion from trial. Plaintiffs' Motion is hereby Granted.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                          Honorable Richard Seeborg
                                          United States District Judge