**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6858
Fax: (415) 999-9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION ON BRIEFING SCHEDULE FOR GOOGLE'S MOTION TO STRIKE (DKT. 442)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs")
2  and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into
3  this joint stipulation.
4  WHEREAS, on December 12, 2024, the Parties submitted their Joint Pretrial Scheduling
5  Submission (Dkt. 441);
6  WHEREAS, in the Joint Pretrial Scheduling Submission, the Parties jointly proposed that
7  Google would file its damages-related motion to strike on December 19, 2024; that Plaintiffs would
8  file their opposition brief on January 16, 2025; and Google would file its reply brief on January 30,
9  2025 (Dkt. 441 at 1);
10 WHEREAS, while the Parties agreed on those briefing deadlines, certain other deadlines in
11 the Joint Pretrial Scheduling Submission were disputed;
12 WHEREAS, on December 19, 2024, Google filed its damages-related motion to strike (Dkt.
13 442);
14 WHEREAS, under the default rules established by Local Civil Rule 7-3(a), Plaintiffs'
15 opposition brief would be due on January 2, 2025;
16 WHEREAS, in light of the holidays and quickly approaching deadlines, the Parties would
17 appreciate certainty with respect to these briefing deadlines, while also allowing the Court the time
18 it needs to resolve disputed issues in the Parties' Joint Pretrial Scheduling Submission; and
19 WHEREAS, the Parties agree that the briefing schedule on Google's motion to strike can be
20 entered in an order separate from any forthcoming order resolving the remainder of the pretrial
21 schedule;
22 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
23 Parties, that Plaintiffs' deadline to oppose Google's motion to strike (Dkt. 442) is extended to
24 January 16, 2025, and Google's deadline to file its reply brief is extended to January 30, 2025. These
25 dates are consistent with those the Parties jointly proposed in the Pretrial Scheduling Submission.
26 A Proposed Order is submitted concurrently herewith.
27 IT IS SO STIPULATED.
28

| | | |
|---|---|---|
| DATED: December 20, 2024 | | By: */s/ Mark C. Mao* |
| | | Mark C. Mao |
| | | *Attorneys for Plaintiff* |
| DATED: December 20, 2024 | | WILLKIE FARR & GALLAGHER, LLP |
| | | By: */s/ Benedict Y. Hur* |
| | | Benedict Y. Hur |
| | | *Attorneys for Google* |

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: December 20, 2024                    BOIES SCHILLER FLEXNER LLP


                                            /s/ *Mark C. Mao*
                                            Mark C. Mao