1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   ARGEMIRA FLOREZ (SBN: 331153)
5    aflorez@willkie.com
   One Front Street, 34th Floor
6  San Francisco, CA 94111
   Telephone: (415) 858-7400
7  Facsimile: (415) 858-7599

   Attorneys for Defendant
   GOOGLE LLC

   **BOIES SCHILLER FLEXNER LLP**
   Mark C. Mao (CA Bar No. 236165)
   mmao@bsfllp.com
   Beko Reblitz-Richardson (CA Bar No. 238027)
   brichardson@bsfllp.com
   44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
   Tel: (415) 293-6858
   Fax: (415) 999-9695

   **SUSMAN GODFREY L.L.P.**
   William Christopher Carmody (pro hac vice)
   bcarmody@susmangodfrey.com
   Shawn J. Rabin (pro hac vice)
   srabin@susmangodfrey.com
   One Manhattan West, 50th Floor
   New York, NY 10001
   Telephone: (212) 336-8330

   **MORGAN & MORGAN**
   John A. Yanchunis (pro hac vice)
   jyanchunis@forthepeople.com
   Ryan J. McGee (pro hac vice)
   rmcgee@forthepeople.com
   201 N. Franklin Street, 7th Floor
   Tampa, FL 33602
   Telephone: (813) 223-5505

   *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON GOOGLE'S MOTION TO STRIKE (DKT. 442)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby **ORDERS** that Plaintiffs shall file any brief opposing Google's motion to strike (Dkt. 442) no later than **January 16, 2025.** Google shall file any reply brief no later than **January 30, 2025.**

**IT IS SO ORDERED.**

Dated: 12/23/2024

_____
Honorable Richard Seeborg