UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., | Case No. 20-cv-04688-RS |
| Plaintiffs, | |
| v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| GOOGLE LLC, | |
| Defendant. | |

Pursuant to the Court's October 25, 2024 order (Dkt. No. 438), the parties jointly submitted a proposed briefing schedule for remaining pretrial motions. *See* Dkt. No. 441. After considering the submission, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. SCHEDULE:

The briefing deadlines agreed to by the Parties are adopted as shown below:

| Event | Date |
|---|---|
| Plaintiffs file opposition to Google's damages-related motion | January 16, 2025 |
| Google files reply in support of its damages-related motion | January 30, 2025 |
| Parties file any *Daubert* motions | April 3, 2025 |
| Parties file oppositions to any *Daubert* motions | April 24, 2025 |
| Parties file replies in support of any *Daubert* motions | May 1, 2025 |
| Parties exchange final set of exhibits, summaries, charts, and diagrams to be used at trial (other than those solely for | June 6, 2025 |

| | |
|---|---|
| impeachment or rebuttal) | |
| Parties exchange objections to exhibits, summaries, charts, and diagrams to be used at trial | June 20, 2025 |
| Parties file Joint Pretrial Statement and Proposed Order | June 24, 2025 |
| Parties file motions *in limine* | June 24, 2025 |
| Parties file any oppositions to motions *in limine* | July 3, 2025 |
| Parties lodge final set of exhibits, summaries, charts, and diagrams to be used at trial (and any outstanding objections) | July 11, 2025 |
| Parties file proposed jury instructions and verdict forms | July 14, 2025 |
| Final Pretrial Conference | July 23, 2025 |
| Parties exchange deposition and discovery designations | July 24, 2025 |
| Deadline to request daily transcripts and/or Realtime reporting (optional) | August 4, 2025 |
| Parties exchange any objections to deposition and discovery designations (and counter designations) | August 7, 2025 |
| Final set of exhibits due to the Court (3 sets of pre-marked exhibits in 3-ring binders delivered to Courtroom Deputy) | August 13, 2025 |
| Parties file final deposition and discovery designations with any counter designations | August 14, 2025 |
| Trial Commences | August 18, 2025 |

2.  **JURY QUESTIONNAIRE:**

With respect to the juror questionnaire, the Court will use the standard civil questionnaire located on the Court's website. The parties can add up to 10 additional questions provided that they stipulate to those additional questions by June 20, 2025.

3.  **MOTION TO EXCLUDE:**

As to Google's expected motion to exclude its CEO from testifying at trial, it is referred to Magistrate Judge Tse. Google shall file the motion on or before April 3, 2025.

4.  **DEMONSTRATIVES:**

Any demonstratives the parties intend to use should be exchanged by the parties no later

than July 11, 2025.

**IT IS SO ORDERED**.

Dated: January 9, 2025

                                              _____
                                              RICHARD SEEBORG
                                              Chief United States District Judge