| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel.: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | Ryan Sila (admitted pro hac vice) |
| | One Manhattan West, 50th Floor |
| Mark C. Mao, CA Bar No. 236165 | New York, NY 10001 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Tel.: (212) 336-8330 |
| 44 Montgomery St., 41st Floor | bcarmody@susmangodfrey.com |
| San Francisco, CA 94104 | srabin@susmangodfrey.com |
| Tel.: (415) 293-6800 | sshepard@susmangodfrey.com |
| mmao@bsfllp.com | afrawley@susmangodfrey.com |
| brichardson@bsfllp.com | rsila@susmangodfrey.com |
| | |
| James Lee (admitted pro hac vice) | Amanda K. Bonn, CA Bar No. 270891 |
| Rossana Baeza (admitted pro hac vice) | 1900 Avenue of the Stars, Suite 1400 |
| 100 SE 2nd St., 28th Floor | Los Angeles, CA 90067 |
| Miami, FL 33131 | Tel.: (310) 789-3100 |
| Tel.: (305) 539-8400 | abonn@susmangodfrey.com |
| jlee@bsfllp.com | |
| rbaeza@bsfllp.com | **MORGAN & MORGAN** |
| | John A. Yanchunis (admitted pro hac vice) |
| Alison L. Anderson, CA Bar No. 275334 | Ryan J. McGee (admitted pro hac vice) |
| M. Logan Wright, CA Bar No. 349004 | Michael F. Ram, CA Bar No. 104805 |
| 2029 Century Park East, Suite 1520 | 201 N. Franklin Street, 7th Floor |
| Los Angeles, CA 90067 | Tampa, FL 33602 |
| Tel.: (213) 995-5720 | Tel.: (813) 223-5505 |
| alanderson@bsfllp.com | jyanchunis@forthepeople.com |
| mwright@bsfllp.com | rmcgee@forthepeople.com |
| | mram@forthepeople.com |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>GOOGLE LLC,<br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 442-2)**<br><br>Chief Judge Richard Seeborg<br>Magistrate Judge Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: August 18, 2025 |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' unopposed motion to remove the incorrectly filed document at Dkt. 442-2 from the public docket, on the ground that the document was filed without redacting sensitive personal information.

Plaintiffs' motion to remove is **GRANTED**.

**IT IS SO ORDERED**

DATED: _____    _____

Honorable Alex G. Tse
United States Magistrate Judge