# EXHIBIT F

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, et al.,
 5           Plaintiffs,
 6   v.                            Case No.
 7   GOOGLE LLC,                 20-cv-04688-RS
 8           Defendant.
 9
10      *************************************
        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
11        ZOOM VIDEOTAPED DEPOSITION OF JK KEARNS
              Friday, February 17, 2023
12                 9:46 a.m. PST
13      *************************************
14
15
16   TAKEN BY:
17      RYAN McGEE, ESQ.
18      ATTORNEY FOR PLAINTIFF
19
20   REPORTED BY:
        BELLE VIVIENNE, RPR, CRR, NJ-CRR,
21      WA/CO/NM-CCR
        NATIONALLY CERTIFIED REALTIME
22      COURT REPORTER
23      VERITEXT LEGAL SOLUTIONS
24      JOB NO. 5691965
25      866.299.5127
```

Page 1

| | | |
|---|---|---|
| 1 | time at Google, have you had | 10:28:10 |
| 2 | responsibility for WAA? | 10:28:12 |
| 3 | A.   I have never been the product | 10:28:15 |
| 4 | manager for WAA. | 10:28:17 |
| 5 | Q.   Okay.  And I understand you | 10:28:18 |
| 6 | haven't been the product manager for WAA, | 10:28:20 |
| 7 | but have you shared any responsibility for | 10:28:22 |
| 8 | WAA during your time at Google? | 10:28:24 |
| 9 | MS. AGNOLUCCI:  Objection, | 10:28:28 |
| 10 | vague. | 10:28:29 |
| 11 | A.   It has never been my | 10:28:31 |
| 12 | responsibility to manage WAA. | 10:28:33 |
| 13 | BY MR. McGEE: | 10:28:39 |
| 14 | Q.   And are you familiar with | 10:28:41 |
| 15 | something called Supplemental Web and App | 10:28:43 |
| 16 | Activity? | 10:28:47 |
| 17 | A.   I assume that's the "S" in sWAA. | 10:28:49 |
| 18 | Q.   You tell me. | 10:28:54 |
| 19 | A.   I -- I don't recall if I've ever | 10:28:57 |
| 20 | heard it referred to as "supplemental," | 10:28:59 |
| 21 | but I -- I'm aware of something called | 10:29:01 |
| 22 | sWAA. | 10:29:05 |
| 23 | Q.   Okay.  And what's your | 10:29:05 |
| 24 | understanding of what sWAA is? | 10:29:06 |
| 25 | A.   If -- I'm not sure.  I think it | 10:29:16 |

Page 41

| | | |
|---|---|---|
| 1 | has something to do with Chrome. | 10:29:18 |
| 2 | Q. If you know, do you know why | 10:29:20 |
| 3 | Google added sWAA? | 10:29:28 |
| 4 | A. I do not know. | 10:29:31 |
| 5 | Q. Do you know when it was added? | 10:29:33 |
| 6 | A. I do not. | 10:29:35 |
| 7 | Q. Aside from your understanding | 10:29:36 |
| 8 | that it might have some interplay with | 10:29:37 |
| 9 | Chrome, do you have any other | 10:29:40 |
| 10 | understanding of what sWAA does or does | 10:29:42 |
| 11 | not do? | 10:29:44 |
| 12 | A. Nothing is coming to mind. | 10:29:48 |
| 13 | Q. And is WAA a control offered by | 10:29:50 |
| 14 | Google? | 10:30:16 |
| 15 | MS. AGNOLUCCI: Objection, | 10:30:17 |
| 16 | vague. | 10:30:18 |
| 17 | A. I'm not sure what you mean. | 10:30:23 |
| 18 | BY MR. McGEE: | 10:30:25 |
| 19 | Q. Is it a privacy control that | 10:30:25 |
| 20 | Google offers to Google account holders? | 10:30:27 |
| 21 | MS. AGNOLUCCI: Objection, | 10:30:32 |
| 22 | vague. | 10:30:33 |
| 23 | A. WAA is a control that Google | 10:30:36 |
| 24 | offers to account holders to control | 10:30:39 |
| 25 | whether Web and App Activity is saved to | 10:30:43 |

Page 42

```
 1    (even locally).  For users that want           11:53:56
 2    pSuggest, but don't want data collected, I     11:53:59
 3    think there's some education required.  It    11:54:02
 4    doesn't make sense for users to turn off x    11:54:04
 5    and but then want a feature that requires     11:54:07
 6    x.  To be clear, there is absolutely no       11:54:08
 7    motivation to do this to encourage users      11:54:09
 8    to turn on WAA.  I don't think that would     11:54:12
 9    happen anyway, but it hadn't entered my       11:54:15
10    mind until you suggested it."                 11:54:19
11         Q.   So, Mr. Kearns, when you say to     11:54:20
12    me it feels like a fairly significant bug     11:54:22
13    that a user can choose to turn off WAA,       11:54:26
14    but then we still collect and use the data    11:54:29
15    (even locally), is that still what you        11:54:32
16    believe today or has your sentiment           11:54:39
17    changed?                                       11:54:42
18         A.   I think if a user has told us       11:54:46
19    that they don't want their data saved to      11:54:53
20    their account, we should not do anything      11:54:59
21    that does that or does something that         11:55:05
22    could also be interpreted as us doing         11:55:12
23    that.                                          11:55:16
24         Q.   Okay.  But that's different from    11:55:17
25    what you wrote in July of 2020, correct?      11:55:18
```

Page 86

| | | |
|---|---|---|
| 1 | MS. AGNOLUCCI: Objection, | 11:55:24 |
| 2 | misstates the document. | 11:55:25 |
| 3 | A.   I think it -- it's saying a | 11:55:29 |
| 4 | similar thing. | 11:55:35 |
| 5 | BY MR. McGEE: | 11:55:39 |
| 6 | Q.   "To me, it feels like a fairly | 11:55:40 |
| 7 | significant bug that a user can choose to | 11:55:42 |
| 8 | turn off WAA, but then we still collect | 11:55:44 |
| 9 | and use the data (even locally.)" | 11:55:47 |
| 10 | Do you think that statement | 11:55:52 |
| 11 | suggests that it's only about whether it's | 11:55:55 |
| 12 | saved to a user's account? | 11:55:57 |
| 13 | A.   The reason that this particular | 11:56:05 |
| 14 | issue felt like a bug is because it is the | 11:56:13 |
| 15 | user's search history being shown to them | 11:56:19 |
| 16 | as part of their history. | 11:56:23 |
| 17 | Q.   Okay.  And when a user turns off | 11:56:30 |
| 18 | WAA, do you still believe it is still a | 11:56:33 |
| 19 | fairly significant bug that Google still | 11:56:38 |
| 20 | collects and uses that data? | 11:56:41 |
| 21 | MS. AGNOLUCCI: Objection, asked | 11:56:44 |
| 22 | and answered. | 11:56:46 |
| 23 | A.   In this particular case, yes. | 11:56:48 |
| 24 | BY MR. McGEE: | 11:56:48 |
| 25 | Q.   Are there cases where you don't | 11:56:51 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | included on this document? | 12:21:55 |
| 2 | MS. AGNOLUCCI: Objection, | 12:21:59 |
| 3 | foundation, calls for speculation. | 12:22:00 |
| 4 | A.   I do not know why. | 12:22:07 |
| 5 | BY MR. McGEE: | 12:22:07 |
| 6 | Q.   If you wanted to learn more | 12:22:25 |
| 7 | about that expression, the | 12:22:28 |
| 8 | ████████████ who would you ask at | 12:22:31 |
| 9 | Google? | 12:22:39 |
| 10 | MS. AGNOLUCCI: Objection, | 12:22:42 |
| 11 | relevance, foundation. | 12:22:44 |
| 12 | A.   The reason I'm pausing is I'm | 12:23:17 |
| 13 | trying to read this more to answer the | 12:23:21 |
| 14 | question, read this e-mail. | 12:23:23 |
| 15 | BY MR. McGEE: | 12:23:25 |
| 16 | Q.   Okay.  I appreciate that.  Thank | 12:23:25 |
| 17 | you. | 12:23:27 |
| 18 | A.   I would ask whatever engineer | 12:23:30 |
| 19 | set up this ██████ | 12:23:35 |
| 20 | Q.   And what's a ████████ | 12:23:42 |
| 21 | A.   A █████ is a term we use to | 12:23:45 |
| 22 | refer to experiments we run. | 12:23:48 |
| 23 | Q.   And who is Christina Collada? | 12:23:54 |
| 24 | A.   She's a PM on Search. | 12:23:59 |
| 25 | Q.   Are you familiar with the | 12:24:01 |

Page 96

```
 1              CERTIFICATION

 2

 3

 4      I, BELLE VIVIENNE, a Nationally
 5   Certified Realtime Reporter, do hereby
 6   certify:
 7      That the witness whose testimony as
 8   herein set forth, was duly sworn by me;
 9   and that the within transcript is a true
10   record of the testimony given by said
11   witness.
12      I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, and that I am
15   in no way interested in the outcome of
16   this matter.
17      IN WITNESS WHEREOF, I have hereunto
18   set my hand this 28th day of February
19   2023.
20
              [signature: Belle Vivienne]
21
22         BELLE VIVIENNE, CRR, CCR, RPR
23
24              *      *      *
25
```

Page 124