# EXHIBIT G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4   ANIBAL RODRIGUEZ, JULIEANNA          )

5   MUNIZ, ELIZA CAMBAY, SAL             ) Case No.:

    CATALDO, EMIR GOENAGA, JULIAN        ) 3:20-cv-04688

6   SANTIAGO, HAROLD NYANJOM, KELLIE     )

7   NYANJOM, and SUSAN LYNN HARVEY,      )

8   individually and on behalf of all    )

9   others similarly situated,          )

10                Plaintiffs,           )

         vs.                            )

11  GOOGLE LLC,                         )

12                Defendant.            )

    ----------------------------------)

13     ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***

14

15            REMOTE PROCEEDINGS OF THE

16      VIDEOTAPED DEPOSITION OF STEVE GANEM

17            FRIDAY, OCTOBER 28, 2022

18

19

20  REPORTED BY NANCY J. MARTIN

21  CSR. NO. 9504, RMR, RPR

22  CLAUDIA R. GARCIA, CSR. 12812

23  JOB No. 5554575

24

25  PAGES 1-325

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   retention period for the IID for Android users.

2   BY MR. MAO:

3       Q    Sorry.  Can you explain that a little bit

4   more?

5       ■       ████  ███████████████████████  08:12:48

6   ████████████████████████████████████

    ■  ██████████████████████████████

    ■  ██████████████████████████████████

    ■  ████████████████████.

10      Q    And -- and that was in response to this  08:13:19

11  e-mail?

12      A    I'm sorry?

13      Q    Was that done in response to this e-mail?

14      A    Not in response to this e-mail.  These are

15  working groups that meet and discuss projects and  08:13:35

16  ensure that we do the right thing.  So as part of the

17  review of the design, there were some improvements that

18  were made to, from the privacy working group's

19  perspective, improve the privacy factors here.

20           And another thing I want to really highlight  08:14:00

21  here is, they're talking about joinability risks.

22  There is no joinability.  Like there is no intention

23  to.  There's no use case for.  There is no joining of

24  the IID or the FID with GAIA anywhere.

25           In Analytics, there's no ability to join these 08:14:18

Page 260

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    two. ███████████████████████

███████████████████████████████

███████

4              So really, what they're talking about here is

5    the theoretical joinability, even -- we go so far as to    08:14:33

6    prevent even the theoretical.

7              There are more measures we take, such as

8    making sure that only Analytics engineers have access

9    to this data.  And as I mentioned, within Analytics,

10   there's no ability to join this IID with GAIA.            08:14:50

11       Q    I put in to -- Exhibit 234, which should be

12   a -- oh, I'm so sorry.  Can you pull up 233 instead.

13              (Exhibit 233 was marked for

14              identification and is attached

15              hereto.)                                        08:15:14

16       A    Okay.  I'm waiting for it to come in.

17              233?

18       Q    Yeah.  And I'm really actually only asking you

19   about one thing from here, which is going to be on --

20       A    Which exhibit?  I'm sorry.                        08:15:48

21       Q    233.

22       A    Okay.

23       Q    And I'm really focusing on the log list on

24   page 3.  And my first question to you is going to be

25   whether or not you're familiar with these logs?           08:16:07

Page 261

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              C E R T I F I C A T E

 2          I, the undersigned, a Certified Shorthand

 3     Reporter of the State of California, do hereby certify;

 4          That the foregoing proceedings were taken

 5     before me stenographically at the time and place herein

 6     set forth; that any witnesses in the foregoing

 7     proceedings, prior to testifying, were administered an

 8     oath; that a record of the proceedings was made by me

 9     using machine shorthand which was thereafter

10     transcribed under my direction; that the foregoing

11     transcript is a true record of the testimony given.

12              Further, that if the foregoing pertains to the

13     original transcript of a deposition in a Federal Case,

14     before completion of the proceedings, review of the

15     transcript [ ] was [ ] was not requested.

16          I further certify I am neither financially

17     interested in the action nor a relative or employee or

18     any attorney or any party to this action.

19          IN WITNESS WHEREOF, I have this date

20     subscribed my name.

21          Dated:  November 22, 2022

22

23

24     _____

25     CLAUDIA R. GARCIA, CSR. 12812
```

Page 321