1  **BOIES SCHILLER FLEXNER LLP**
   David Boies (admitted pro hac vice)
2  333 Main Street
   Armonk, NY 10504
3  Tel: (914) 749-8200
4  dboies@bsfllp.com

5  Mark C. Mao, CA Bar No. 236165
   Beko Reblitz-Richardson, CA Bar No. 238027
6  44 Montgomery St., 41st Floor
   San Francisco, CA 94104
7  Tel.: (415) 293-6800
   mmao@bsfllp.com
8  brichardson@bsfllp.com

9  James Lee (admitted pro hac vice)
   Rossana Baeza (admitted pro hac vice)
10 100 SE 2nd St., 28th Floor
   Miami, FL 33131
11 Tel.: (305) 539-8400
12 jlee@bsfllp.com
   rbaeza@bsfllp.com
13
   Alison L. Anderson, CA Bar No. 275334
14 M. Logan Wright, CA Bar No. 349004
   2029 Century Park East, Suite 1520
15 Los Angeles, CA 90017
   Tel.: (213) 995-5720
16 alanderson@bsfllp.com
17 mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' SUBMISSION IN RESPONSE TO THE COURT'S ORDER GRANTING MOTION TO SEAL (DKT. 445)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor |

On January 7, 2025, the Court denied Google's motion for summary judgment and granted the parties' motions to seal certain material previously submitted in connection with the summary judgment briefing. Dkt. 445 (granting motion to seal); Dkt. 408 (Google's statement in support of motion to seal). Accordingly, Plaintiffs respectfully file versions of their opposition to summary judgment and accompanying exhibits that include the redactions authorized by the Court. Plaintiffs have attached to this submission:

| Document | Public Version |
| --- | --- |
| Opposition to Motion for Summary Judgment | Entirety |
| Exhibit 1 | Redacted |
| Exhibit 33 | Redacted |
| Exhibit 34 | Redacted |
| Exhibit 37 | Entirety |
| Exhibit 46 | Redacted |
| Exhibit 57 | Entirety |
| Exhibit 61 | Redacted |
| Exhibit 66 | Redacted |
| Exhibit 67 | Redacted |
| Exhibit 74 | Entirety |
| Exhibit 75 | Entirety |
| Exhibit 76 | Redacted |
| Exhibit 77 | Redacted |

Plaintiffs note that the following exhibits to its opposition for summary judgment were previously filed in public, redacted form at the corresponding docket numbers:

| Exhibit to Summary Judgment Opposition | Docket Number |
| --- | --- |
| Exhibit 2 | Dkt. 361-10 |
| Exhibit 3 | Dkt. 361-22 |
| Exhibit 4 | Dkt. 361-58 |
| Exhibit 5 | Dkt. 361-38 |
| Exhibit 6 | Dkt. 361-7 |
| Exhibit 40 | Dkt. 361-21 |
| Exhibit 43 | Dkt. 364-19 |
| Exhibit 47 | Dkt. 364-57 |
| Exhibit 50 | Dkt. 364-23 |
| Exhibit 51 | Dkt. 364-22 |
| Exhibit 58 | Dkt. 361-40 |
| Exhibit 59 | Dkt. 361-9 |
| Exhibit 60 | Dkt. 361-8 |
| Exhibit 62 | Dkt. 297-12 |
| Exhibit 64 | Dkt. 297-13 |
| Exhibit 65 | Dkt. 293-6 |

Dated: January 14, 2025

Respectfully submitted,

By: /s/ Mark C. Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90017
Telephone: (813) 482-4814

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley

|   |   |
|---|---|
| 1 | afrawley@susmangodfrey.com |
|   | Ryan Sila |
| 2 | rsila@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 3 | 1301 Avenue of the Americas, 32nd Floor |
|   | New York, NY  10019 |
| 4 | Telephone: (212) 336-8330 |

afrawley@susmangodfrey.com
Ryan Sila
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*