# EXHIBIT 33
# REDACTED

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT



GOOG-RDGZ-00210316

| Id | Date | Text |
|---|---|---|
| 1 | 12/14/2018 19:53:25 | ██████@google.com ██████@google.com Lawrence, could you share the trends slides you made? Relevant to a research conversation |

GOOG-RDGZ-00210317



**ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL**

## Key Assumptions

- **Users expectations** of Apps is a different landscape than Web
  - Users expect to sign-in
  - Users expect an app to have their personal information, and personalize their app for them
  - Users expect to pay to download an app
  - Users expect to pay to progress in an app
- **User principles:** Google would like to target similar NorthStar principles at the high levels
- **Google's competitive position:** Competitors and competitive positions different

Google



CONFIDENTIAL

GOOG-RDGZ-00210320



## Decision Matrix

| Users | Google User Principles | Technical Feasibility | Public Reaction | Revenue Impact | Competitive Analysis |
|---|---|---|---|---|---|
| Choice<br>Privacy<br>Access to Content<br>Transparency. | Reasonable Personalization<br>Data Security<br>Sensitivity<br>Retention<br>Transparency | Complexity of proposal<br>Time to complete | Press<br>Regulators | Google<br>Publishers<br>Advertisers<br>Agencies | Identity Providers (FB, AMZN)<br>Publishers<br>Advertisers<br>Criteo<br>Carriers |
|  |  |  |  |  |  |

*the way to read this scorecard is that ideally any proposal that moves forward, scores at least green in the first two areas, but can be yellow with reasonable mitigations/messaging in the other areas.

Google





GOOG-RDGZ-00210323



CONFIDENTIAL

GOOG-RDGZ-00210324





Fundamentally, identifiers allow you to participate in a market economy and in society, and to be protected.
https://blogs.worldbank.org/voices/global-identification-challenge-who-are-1-billion-people-without-proof-identity
UN sustainable development goals:
https://sustainabledevelopment.un.org/post2015/transformingourworld

GOOG-RDGZ-00210326



CONFIDENTIAL

GOOG-RDGZ-00210327



Risks
Severity
Violent crime (assault, murder, other)
Crime committed in your name (jail)
Deportation
Lose home (fraud, damaged credit)
Lose life/retirement savings (fraud)
Losing money/property (theft, scammed)
Damaged relationships (embarassment, defamation, bullying)
Affect change you don't want (voter fraud, fake accounts, exploitation)
Being used for science/research/commercial benefit
Being tracked
Interrupted (notifications)
Distracted
Annoyed (spam, junk mail)
[redacted]
Equifax (143M)
Wells Fargo fake accounts (3.5M)
Marriott (500M)
Bank Fraud (2M/year)
Identity Theft (16M/year)
Ashley Madison (40M)
Yahoo! (3B)
Cambridge Analytica (50M)
Mobile location tracking
Bad retargeted ads
Leaked web browsing or app history
Robo Calls (1B/month)
Bad ads
Ubiquity (not to scale)



CONFIDENTIAL

GOOG-RDGZ-00210329



Risks
Recent headlines vary by both severity and ubiquity.
Severity
Victim of crime (death, other)
Crime committed in your name (jail)
Lose home (fraud, damaged credit)
Lose life/retirement savings (fraud)
Losing money/property (theft, scammed)
Damaged relationships (defamation, bullying)
Affect change you don't want (voter fraud, fake accounts)
Being used for science/research, data shared
Being tracked, data shared with others
Interrupted (notifications)
Distracted
Annoyed (spam, junk mail)
[redacted]
Equifax (143M)
Wells Fargo (3.5M fake accounts)
Marriott (500M)
Bank Fraud (2M)
Identity Theft (16M)
Yahoo! (3B)
Cambridge Analytica (50M)
Mobile location tracking
Bad retargeted ads
Robo Calls (1B/month)
Bad ads
Ubiquity (not to scale)
Identity Pain Point Map



Risks
Two broad problem spaces with different value props
Victim of crime (death, other)
Crime committed in your name (jail)
Lose home (fraud, damaged credit)
Lose life/retirement savings (fraud)
Losing money/property (theft, scammed)
Damaged relationships (defamation, bullying)
Affect change you don't want (voter fraud, fake accounts)
Being used for science/research
Being tracked, data shared with others
Interrupted (notifications)
Distracted
Annoyed (spam, junk mail)
Severity
Ubiquity (not to scale)
[redacted]
Equifax (143M)
Wells Fargo (3.5M fake accounts)
Marriott (500M)
Bank Fraud (2M)
Identity Theft (16M)
Yahoo! (3B)
Cambridge Analytica (50M)
Mobile location tracking
Bad retargeted ads
Robo Calls (1B/month)
Bad ads
Identity Pain Point Map



Risks
Two broad problem spaces with different value props
Victim of crime (death, other)
Crime committed in your name (jail)
Lose home (fraud, damaged credit)
Lose life/retirement savings (fraud)
Losing money/property (theft, scammed)
Damaged relationships (defamation, bullying)
Affect change you don't want (voter fraud, fake accounts)
Being used for science/research
Being tracked, data shared with others
Interrupted (notifications)
Distracted
Annoyed (spam, junk mail)
Severity
Ubiquity (not to scale)
[redacted]
Equifax (143M)
Wells Fargo (3.5M fake accounts)
Bank Fraud (2M)
Identity Theft (16M)
Marriott (500M)
Yahoo! (3B)
Cambridge Analytica (50M)
Segment B
- Personal data
- Illegal market for consumer data
- User value prop: essential services for commerce, home ownership, transportation
Segment A
- Personal, anonymous, and pseudonymous data
- Legal market for consumer data
- User Value prop: higher relevance information on products/services, and free ad-supported services
Mobile location tracking
Bad retargeted ads
Robo Calls (1B/month)
Bad ads
Identity Pain Point Map

Consumer Behavior: Segment B generates more user & GDPR interest; Segment A has more attention from FAANG

**Segment B**
- Personal data
- Illegal market for consumer data
- User value prop: essential services for commerce, home ownership, transportation

- 1.5% (5M) Lifelock subscribers pay $10-30/mo
- 13-20% of consumers freeze their credit
- 24% (80M) Credit Karma subscribers for free credit monitoring
- Google Trends: much higher spikes, higher average interest overall in the US

**Segment A**
- Personal, anonymous, and pseudonymous data
- Legal market for consumer data
- User Value prop: higher relevance information on products/services, and free ad-supported services

- ██ GAP opt-out rate for Google signed-in users
- ██ block ads on chrome
- ██ enable LAT on iOS, ██ on Android
- 60% of consumers in US falsify online details
- 70% (230M) in US on Do-not-call list
- 754M fake Facebook accounts disabled July-Sept 2018
- Google Trends: Do-not-call highest, ad blocking next, IDFA almost none

Google

https://www.marketwatch.com/story/freezing-your-credit-its-about-to-be-free-and-fast--heres-why-you-should-care-2018-09-17
https://www.cnbc.com/2017/11/29/credit-monitoring-services-may-not-be-worth-the-cost.html
https://www.sec.gov/Archives/edgar/data/1095277/000156459017005328/intx-10k_20161231.htm
https://www.investopedia.com/articles/personal-finance/010815/why-credit-karma-free-how-it-makes-money.asp
https://marketingland.com/survey-shows-us-ad-blocking-usage-40-percent-laptops-15-percent-mobile-216324
https://www.adjust.com/blog/limit-ad-tracking-rates-per-country/



GOOG-RDGZ-00210334

What problem(s) do we want to solve?



Google

CONFIDENTIAL

GOOG-RDGZ-00210335



CONFIDENTIAL

GOOG-RDGZ-00210336



CONFIDENTIAL

GOOG-RDGZ-00210337

## Overview

- Potential improvements to,
  - User consent, transparency, and control
  - Existing Advertising ID

Google

GOOG-RDGZ-00210338



https://developer.android.com/guide/topics/permissions/overview  There already exists an OS framework for handling consent, transparency, control of sensitive user data by an app.

GOOG-RDGZ-00210339



https://developer.android.com/guide/topics/permissions/overview

GOOG-RDGZ-00210340



|  | 3P CHR | 3P SAF | AdID | IDFA | GAIA |
|---|---|---|---|---|---|
| Pub created/writable | y | y | n | n | n |
| OS/browser created | n | n | y | y | n |
| OS/browser resettable | y | y | y | y | n |
| User created | n | n | n | n | y |
| Can be sharded, unique per Pub | n | n | n | n | n |
| Can be rotated | n | n | n | n | n |
| Can expire | y | y | n | n | n |
| Can disable measurement | y | y | n | y | y |
| Can be used by 3P to create audience lists and to track history | y | n | y | y | n |
| Can be disabled by Incognito | n | y | n | n | n |
| Authenticated | n | n | n | n | y |
| Can be blocked from joining PII with ID? | n | n | n | n | n |

Google



| # | MSMT* | Overall User Experience | Google Ads north star principles | Technical Feasibility | PR | Revenue Impact | Competitive Analysis |
|---|-------|-------------------------|----------------------------------|-----------------------|----|----------------|----------------------|
| 1 | No Change | | | | | | |
| 2 | ROC -- sharded, read-only ID | | | | | | |
| 3 | Rib Cage -- user installed app that handles ad requests and measurement | | | | | | |
| 4 | Newton Identity States -- retargeting done with images already stored on device; OS handles auction of which on-device ad wins out | | | | | | |
| 5 | Add Advertising ID to Android permissions | | | | | | |
| 6 | Transparency & control for on-device profiles | | | | | | |
| 7 | Android Incognito Mode | | | | | | |
| 8 | GAIA only (no AdID) | | | | | | |

CONFIDENTIAL



CONFIDENTIAL

GOOG-RDGZ-00210343

## Next steps and needs

- UXR resources
- UX design resources

Google

GOOG-RDGZ-00210344



CONFIDENTIAL





CONFIDENTIAL

GOOG-RDGZ-00210347



CONFIDENTIAL

GOOG-RDGZ-00210348



CONFIDENTIAL

GOOG-RDGZ-00210349



CONFIDENTIAL

GOOG-RDGZ-00210350



GOOG-RDGZ-00210351

Proprietary + Confidential

## Some key current thoughts on consent

- Compliant from regulatory perspective
- Legitimate interest for use of Google account information for 1P O&O product and ads personalization, for product improvement and measurement (Defaut: on)
- Consent required for (1) data collection on 3P sites and apps and (2) for use of Google account information for ads personalization on 3P sites/apps
- Combine consents required for data collection and ads personalization
- Consent may not be required for ads measurement
- Users have a yes/no choice to turn it on or off at account creation; associated transparency and control; revocation possible at any time; existing users who have an account might need to go through a consent bump that meets GDPR requirements

Google



## Current State (for consent for personalization)

| 3 | GAP<br>Link<br>(Default: ON) | GAIA Ads personalization is the global switch that allows users to turn off ads personalization for all ads served on Google O&O and on websites + apps that partner with Google to show ads (not connected to Google S/I) |
|---|---|---|
| 4 | NAC<br>link<br>(nestled under GAP) | The Narnia 2 (N2) Ads control. Uses users' activity and information from Google services to personalize ads on websites and apps that partner with Google. This stores data from websites and apps that partner with Google in your Google account. This setting is initially set through consent bump 2, and can be changed later using Ads Settings (this brings in Google S/I) |

Google

GOOG-RDGZ-00210353



## Current State (consent for data collection)

| 1 | WAA (1P) (link) (Default: ON) | If Web & App Activity is turned on, your searches and activity from Google services (Google O&O) **YouTube Watch History (YTW), and YouTube Search History (YTS)) is saved, and that data is associated with a user's Google Account,** so users may get better search results and suggestions. If you turn the switch on, you can check box next to "Include Chrome browsing history and activity from websites and apps that use Google services. **What information is saved?** Searches and other things you do on Google products and services, like Maps; Your location, language, IP address, referrer, and whether you use a browser or an app; Ads you click, or things you buy on an advertiser's site; Information on your device like recent apps or contact names you searched for |
| 2 | sWAA (3P) (nestled under WAA) (Default: ON) | Same as WAA, but for supplemental web and activity on 3P sites/apps Can we record all your 3P visits into your account |

Google

CONFIDENTIAL



CONFIDENTIAL



GOOG-RDGZ-00210356



https://ec.europa.eu/commission/sites/beta-political/files/data-protection-factsheet-citizens_en_1.pdf



https://ec.europa.eu/commission/sites/beta-political/files/data-protection-factsheet-sme-obligations_en.pdf



CONFIDENTIAL

GOOG-RDGZ-00210359



CONFIDENTIAL

GOOG-RDGZ-00210360



CONFIDENTIAL



CONFIDENTIAL



Risks
Severity
Violent crime (assault, murder, other)
[redacted]
Crime committed in your name (jail)
Deportation
Lose home (fraud, damaged credit)
Lose life/retirement savings (fraud)
Losing money/property (theft, scammed)
Damaged relationships (embarassment, defamation, bullying)
Affect change you don't want (voter fraud, fake accounts, exploitation)
Being used for science/research/commercial benefit
Being tracked
Interrupted (notifications)
Distracted
Annoyed (spam, junk mail)
Segment A
- Personal data
- Illegal market for consumer data
- User value prop: essential services for commerce, home ownership, transportation
Wells Fargo fake accounts (3.5M)
Bank Fraud (2M/year)
Identity Theft (16M/year)
Marriott (500M)
Yahoo! (3B)
Ashley Madison (40M)
Cambridge Analytica (50M)
Mobile location tracking
Bad retargeted ads
Segment B
- Personal, anonymous, and pseudonoymous data
- Legal market for consumer data
- User Value prop: higher relevance information on products/services, and free ad-supported services
Leaked web browsing or app history
Robo Calls (1B/month)
Bad ads
Ubiquity (not to scale)



Risks
Violent crime (assault, murder, other)
Crime committed in your name (jail)
Deportation
Lose home (fraud, damaged credit)
Lose life/retirement savings (fraud)
Losing money/property (theft, scammed)
Damaged relationships (embarassment, defamation, bullying)
Affect change you don't want (voter fraud, fake accounts, exploitation)
Being used for science/research/commercial benefit
Being tracked
Interrupted (notifications)
Distracted
Annoyed (spam, junk mail)
[redacted]
Segment A
- Personal data
- Illegal market for consumer data
- User value prop: essential services for commerce, home ownership, transportation
Wells Fargo fake accounts (3.5M)
Marriott (500M)
Bank Fraud (2M/year)
Identity Theft (16M/year)
Yahoo! (3B)
Ashley Madison (40M)
Cambridge Analytica (50M)
Mobile location tracking
Segment B
- Personal, anonymous, and pseudonoymous data
- Legal market for consumer data
- User Value prop: higher relevance information on products/services, and free ad-supported services
Bad retargeted ads
Leaked web browsing or app history
Robo Calls (1B/month)
Bad ads
Severity
Ubiquity (not to scale)