# EXHIBIT 34
# REDACTION

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT

| Message | |
|---|---|
| **From**: | Dan Stone (Google Docs) [comments-noreply@docs.google.com] |
| **Sent**: | 9/18/2020 3:02:27 PM |
| **To**: | ▓▓▓▓▓@google.com |
| **Subject**: | Firebase IID to A... - ▓▓▓▓▓@google.com Hi Steve, These ... |

Dan Stone replied to a comment in the following document



Firebase IID to Analytics PWG Analysis (go/pwg-ga-iid)

Some of the examples of this joinability risks Create the ability to link app events collected by GA4F to GAIA ID even if end users turn off WAA and developers/customers disable Data Sharing. Break user expectations, MyActivity controls and transparency. Subpoena: Having to retrieve Android AdId data, app_instance_id data given a GAIA ID for users turning off WAA.



Xinyu Ye

▓▓▓▓▓@google.com

Hi Steve,

These are the best I can come up with to explain by short sentences.

Steve Ganem

▓▓▓▓▓@google.com PTAL



Dan Stone

**New**

Thanks so much, Xinyu. Can we update this to clarify that this is really expanding the ability, not creating it?

Also, can you please explain the user expectations? This data would not show up in MyActivity and is not actually joined to GAIA, so not sure how this would break their expectations.

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

