# EXHIBIT 46
# REDACTED

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT



Speaker: Justyna

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Speaker: Justyna / Amy / Alp

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Internal Only**

## FIREBASE OFFICE HOURS

Firebase Office Hours is time dedicated for publishers interested in using Firebase product(s) to connect with Firebase product experts. Office Hour meetings should serve as critical conversion points, after which customers are able to either decide adoption of Firebase or fully implement Firebase product(s) of their choice.

Office Hours are scheduled at set times each week:

- **Tuesday 8:30-11am U.S. Pacific Time**

    *This time translates to the following EMEA friendly times:*
    *Tuesday 4:30-7pm in London / Dublin*

- **Thursday 4-7pm U.S. Pacific Time**

    *This time translates to the following APAC friendly times:*
    *Friday 8am – 11am in Singapore / Shanghai*
    *Friday 9am – 12pm in Seoul / Tokyo*

Office Hours are <u>**not introductory meetings**</u> for customers unfamiliar with the platform. We ask that customers with no to little baseline knowledge invest in exploring external resources first before requesting time with Firebase product experts.

## MEETING REQUIREMENTS

To ensure Firebase Office Hours are productive and effective for all parties involved, we've outlined clear selection criteria, meeting preparation and expectations.

- All meetings **30 mins each**

- Technical agenda and and **a list of specific questions** required prior to scheduling meeting
    - *(Firebase platform consists of 19 products so we need to secure the right SMEs)*

- **Account/relationship owners required to join customer calls** with the Firebase team

- Meetings not confirmed until **Firebase BD confirms staffing**

 Firebase

Confidential + Proprietary

Speaker: Justyna



Speaker: Amy

I know this may be review for many of you, but T1 APAC will be supported by Firebase Consultants for any presales, implementation, and troubleshooting needs. The ATS team also supports any WATT partners and strategic top partners in SMBP - feel free to reach out via go/atsrequest. They're great and cover the main products that our publishers use (Analytics, Remote Config, Predictions, A/B Testing, and Cloud Messaging), which we'll cover in today's training
For all the Firebase products (including the ones supported by ATS and the Firebase Consultants), the Firebase team has weekly office hours where the Firebase DevRel team can meet with external partners. Ideally, these sessions are used to discuss implementation or use cases about a specific Firebase product rather than a pitch of numerous products. Additionally, these are to be used for external partner meetings primarily rather than internal troubleshooting or technical issues.

Speaker: Justyna - OH

| Id | Date | Text |
|----|------|------|
| 1 | 11/09/2020 23:20:55 | LGTM! |
| 2 | 11/10/2020 17:50:25 | TY! (Abbreviations galore here) |
| 2 | 11/10/2020 18:02:41 | LOL |
| 1 | 11/11/2020 20:44:00 | [redacted] google.com [redacted] google.com I think we should add In-App Messaging to Consultants box as well. WDYT? _Reassigned to Justyna Bak_ |
| 1 | 11/11/2020 20:44:00 | LGTM - TY!! |

Firebase                                                                Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Speaker: Amy

I know this may be review for many of you, but T1 APAC will be supported by Firebase Consultants for any presales, implementation, and troubleshooting needs. The ATS team also supports any WATT partners and strategic top partners in SMBP - feel free to reach out via go/atsrequest. They're great and cover the main products that our publishers use (Analytics, Remote Config, Predictions, A/B Testing, and Cloud Messaging), which we'll cover in today's training
For all the Firebase products (including the ones supported by ATS and the Firebase Consultants), the Firebase team has weekly office hours where the Firebase DevRel team can meet with external partners. Ideally, these sessions are used to discuss implementation or use cases about a specific Firebase product rather than a pitch of numerous products. Additionally, these are to be used for external partner meetings primarily rather than internal troubleshooting or technical issues.

Speaker: Justyna - OH



| Id | Date | Text |
|----|------|------|
| 2 | 05/15/2020 23:12:14 | ▮▮▮▮▮google.com Hi Jad! Do you know which partners are eligible for gtech firebase support in EMEA? No worries if not - just wanted to check! _Assigned to Jad Al Abdallah_ |

Firebase

Confidential + Proprietary



██████████████████████

Speaker: Amy

I know this may be review for many of you, but T1 APAC will be supported by Firebase Consultants for any presales, implementation, and troubleshooting needs.
The ATS team also supports any WATT partners and strategic top partners in SMBP – feel free to reach out via go/atsrequest. They're great and cover the main products that our publishers use (Analytics, Remote Config, Predictions, A/B Testing, and Cloud Messaging), which we'll cover in today's training
For all the Firebase products (including the ones supported by ATS and the Firebase Consultants), the Firebase team has weekly office hours where the Firebase DevRel team can meet with external partners. Ideally, these sessions are used to discuss implementation or use cases about a specific Firebase product rather than a pitch of numerous products. Additionally, these are to be used for external partner meetings primarily rather than internal troubleshooting or

GOOG-RDGZ-00060723

<u>technical issues.</u>

Speaker: Justyna – OH

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00060724



Speaker: Justyna



| Id | Date | Text |
|---|---|---|
| 3 | 05/18/2020 23:17:35 | █████████ google.com  FYI  We're also rolling out Ad Manager + Firebase linking later this year - it'll be focused on similar use cases as AdMob, but we might have to duplicate this pitch deck for those pubs as well. |

Firebase

Confidential + Proprietary



Speaker: Justyna

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00060727



**Spaeker: Justyna**

**Firebase provides a comprehensive set of tools and services for app developers (much more than just Analytics)**
**It aims to solve two key problems across the app lifecycle:  Help developers build better apps, and increase user engagement**



**Spaeker: Justyna**

**We've seen steady and significant growth over the past years, with 2M+ active apps and significant adoption amongst top grossing apps**

GOOG-RDGZ-00060729



**Spaeker: Justyna**

**Google Analytics is at the heart of Firebase Engagement Products.**

**Google Analytics is a tool to help publishers better understand their users so they can take action and further personalize user experience.**

**GA4F SDK implemented on Android or iOS app records each action that user performs in the app such as: app install, log into the app, making an in app purchase or clicking on an ad inside the app as an event.**

**These events are then used by other Firebase products like e.g. Predictions to provide insight into user behavior and ideas on how to engage them even closer.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Speaker: Amy

Redundant w/ 12 (keep one or the other)

As Justyna mentioned, Firebase's event collection and tracking allows publishers to understand what's happening in their apps and then adjust the user experience, and ads personalization, according.
For example, an app developer can define custom events, such as passing a specific level in a game, and then segment users and apply additional monetization logic to that dynamic user group.
These events form the foundation for use of Firebase's other products that help drive user engagement.



Speaker: Justyna

Add in value prop (clarify)

Speaker notes:

Firebase collaborates with our peers across many big Google teams to bring the best app development experiences to developers.

For example:
… our backend tools run on Google Cloud to give you virtually infinite on-demand scalability
… we partner with AdMob to help you design optimal rewarded ads experience for your users so you can monetize your app without churn risk
… thanks to our partnership with Ads, you'll maximize the return on your ads spend.

Key concepts:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Firebase is an ideal gateway for developers into the broader Google ecosystem.

Additional context:

Google Cloud – see slide
Google Ads – see link

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Speaker: Amy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Speaker notes:**

**Firebase a comprehensive and well integrated app development platform for the entire app lifecycle.**

**Key concepts:**

**Firebase for the entire app lifecycle**

**Additional context:**

**N/A**



**Speaker notes:**

**Firebase a comprehensive and well integrated app development platform for the entire app lifecycle.**

**Key concepts:**

**Firebase for the entire app lifecycle**

**Additional context:**

**N/A**



**Speaker notes:**

**Firebase a comprehensive and well integrated app development platform for the entire app lifecycle.**

**Key concepts:**

**Firebase for the entire app lifecycle**

**Additional context:**

**N/A**



Speaker: Amy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Joining data unlocks unprecedented insight...



**Contextual App Data**
- User engagement
- Screens
- IAP
- Audience segments

**Ads Data**
- Ads revenue
- Impressions
- Clicks
- Ad units

### Example Insights

How do **rewarded ads** impact **user engagement** and **ARPU**?

How does my **ad revenue** differ between **Purchasers versus non-Purchasers**?

Speaker: Amy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Firebase helps drive smarter monetization for AdMob Publishers….

- Optimize ad implementation with A/B testing
- Understand how different screens and user properties drive higher eCPMs
- Tailor ads experiences for predicted purchasers and
- Carefully roll out and measure the impact of new ad experiences through Remote Config
- Boost retention and engagement with targeted messaging

Speaker: Amy Source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Next, we'll talk about the part of the Firebase suite that allows you to change your app's look and feel, tailor it to the user/user segment/certain audiences, without a letter of additional code required.



Speaker: Justyna


Firebase  benefits drive targeted user engagement
Drive targeted user engagement using GA4F audiences or by
instrumenting custom events and conversions
Predictive insights on customer behavior (events)
Targeted push notifications & in-app messaging (audience)
Targeted a/b testing & personalizations (audience)
Crash monitoring

FIAM requires GA4F SDK to work, in order to do targeting
FCM requires GA4F SDK to work, in order to do targeting
Remote Config requires GA4F SDK to work, in order to do targeting
Crashlytics SDK requires GA4F SDK to work, in order to XXX

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Google Analytics for Firebase

### What is it?

Collect and analyze ad revenue and contextual app data to make data-driven decisions

- Understand user engagement, session duration, ad exposure, and more!
- View IAP + ad revenue to understand revenue and LTV for your users
- Monitor ad performance by screen in your apps

All functionality included in GA4F SDK

Free product

### How will it help your apps business?

Analyze user behavior and ad performance in your app to make decisions to drive revenue and user engagement

Examples of key metrics tracked by Google Analytics for Firebase:

- Ad revenue: ad_impression and ad_click
- IAP: in_app_purchase
- Retention: first_open
- User experience: user_engagement

Firebase

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Remote Config allows these changes to happen without requiring users to re-download the app or having to republish it to the app store.**
**A/B Testing allows you to optimize app onboarding by automatically declaring experiment winners, saving you lots of time.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Speaker: Justyna


Firebase  benefits drive targeted user engagement
Drive targeted user engagement using GA4F audiences or by
instrumenting custom events and conversions
Predictive insights on customer behavior (events)
Targeted push notifications & in-app messaging (audience)
Targeted a/b testing & personalizations (audience)
Crash monitoring

FIAM requires GA4F SDK to work, in order to do targeting
FCM requires GA4F SDK to work, in order to do targeting
Remote Config requires GA4F SDK to work, in order to do targeting
Crashlytics SDK requires GA4F SDK to work, in order to XXX

GOOG-RDGZ-00060745



Speaker: Justyna


Firebase  benefits drive targeted user engagement
Drive targeted user engagement using GA4F audiences or by
instrumenting custom events and conversions
Predictive insights on customer behavior (events)
Targeted push notifications & in-app messaging (audience)
Targeted a/b testing & personalizations (audience)
Crash monitoring

FIAM requires GA4F SDK to work, in order to do targeting
FCM requires GA4F SDK to work, in order to do targeting
Remote Config requires GA4F SDK to work, in order to do targeting
Crashlytics SDK requires GA4F SDK to work, in order to XXX



Next, we'll talk about the part of the Firebase suite that allows you to change your app's look and feel, tailor it to the user/user segment/certain audiences, without a letter of additional code required.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- Remote Config is a product that lets you make changes to the behavior and appearance of your app remotely. Just like the product name.
- You can do things like make changes to the app's onboarding flow
- To use remote config requires installing a small library in addition to GA4F SDK
- Completely free product, even at scale



- Run multi variant experiments in your app to understand what moves the needle for business metrics
- A/B Tests leverage remote config to actually run their experiments
- To use ABT requires installing a small library in addition to GA4F SDK
- Free product, even as it scales



**Remote Config allows these changes to happen without requiring users to re-download the app or having to republish it to the app store.**
**A/B Testing allows you to optimize app onboarding by automatically declaring experiment winners, saving you lots of time.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-RDGZ-00060750