# EXHIBIT 57

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL

# MAO DECLARATION

# OPPOSITION TO SUMMARY JUDGMENT

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4    ANIBAL RODRIGUEZ, JULIEANNA          )
      MUNIZ, ELIZA CAMBAY, SAL             ) Case No.:
 5    CATALDO, EMIR GOENAGA, JULIAN        ) 3:20-cv-04688
      SANTIAGO, HAROLD NYANJOM, KELLIE     )
 6    NYANJOM, and SUSAN LYNN HARVEY,      )
      individually and on behalf of all    )
 7    others similarly situated,           )
                                           )
 8                Plaintiffs,              )
           vs.                             )
 9                                         )
      GOOGLE LLC,                          )
10                                         )
                  Defendant.               )
11    -------------------------------------)
12
13
14      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15              REMOTE PROCEEDINGS OF THE
16      VIDEOTAPED DEPOSITION OF CHRISTOPHER RUEMMLER
17              FRIDAY, SEPTEMBER 9, 2022
18
19
20
21
22
23    REPORTED BY NANCY J. MARTIN
24    CSR. NO. 9042, RMR, RPR
25    PAGES 1-235
```

Page 1

1   language just below --
2       A.  I quoted the help page.  So it may have been.
3   Like I said, I can't remember my train of thought that
4   day because it was two years ago -- you know, more
5   than two years ago.  2019.  Long time.  Three years
6   ago.  But I would -- you know, it's there.  It seems
7   like that's the case, but I don't know; right?
8       Q.  Do you think you might have been referring to
9   some other document that you decided not to quote
10  there?
11          MR. SANTACANA:  Asked and answered.
12          THE WITNESS:  Yeah, I mean it's -- this
13  E-mail says these bullets; right?  So I said, "We
14  state the following in the 'on' case -- 'on' state."
15  BY MR. FRAWLEY:
16      Q.  What do you mean by, "We state the following
17  for the 'on' state"?
18      A.  Well, reading my E-mail again for 2019, it
19  says -- the on state must be referring to WAA because
20  it says, "When Web & App Activity is on, Google saves
21  information like," and so it gives a summary.  It
22  doesn't give an exhaustive list.  It just gives some
23  examples.
24          And you can see my thing here says "like
25  maps," and the other one says "like maps and plays."

```
 1    So they -- someone decided to give a few more
 2    examples.
 3         Q.  Do you see in your E-mail, Exhibit 7, where
 4    you wrote, "So, when Web & App Activity is off, I'd
 5    expect the opposite to happen."
 6             Do you see that?
 7         A.  Yes.
 8         Q.  And then do you see where you wrote, "The
 9    opposite of the above is:  When Web & App Activity is
10    off, Google does not save information like"?
11         A.  Yes, I see that.
12         Q.  What did you mean by "information like"?
13         A.  I can't tell what's there.  There's nothing
14    there.
15         Q.  Fair to say you're referring back up to those
16    bullets just above?
17         A.  No, because there's a "like:" and then
18    there's nothing below it.
19         Q.  So you think your E-mail is incomplete?
20         A.  I don't know.  Is there -- was it -- again,
21    it's from 2019.  I don't know exactly what I wrote.
22    But like just reading this E-mail now, I see a colon
23    and then I see nothing below it.  There's a dot with
24    nothing and then there's a square with nothing, and
25    then it goes on to some other thing.
```

Page 70

```
 1          Q.  So is it your habit to not complete E-mails
 2     that you write while at Google?
 3          A.  No, not generally.  I mean I don't know
 4     what's going on here.  You know, it's 2019.  I don't
 5     have -- you know.
 6          Q.  Okay.  So then your testimony is that you
 7     were not -- sorry.  Let me restart this question.
 8              When you said "information like," you were
 9     not referring to those bullets above?  And by "bullets
10     above," I mean searches and other things, your
11     location language, IP address, ads you click,
12     information on your device.
13          A.  Yeah, I don't know, because I would not
14     normally -- if I put a colon there, I'd put stuff
15     after it -- right? -- to explain what I'm doing like I
16     did above.
17          Q.  Well, above, you were just copying from the
18     document; right?  You didn't actually write that
19     yourself?
20          A.  Right.  But then down below there's nothing.
21     So I don't know what's going on in this E-mail.
22          Q.  Do you see where you wrote, "The opposite of
23     the above is"?
24          A.  Yeah.
25          Q.  What does "the above" refer to?
```

```
 1         A.   "The above" refers to the list above.
 2         Q.   So you're referencing back the list above.
 3    Fair?
 4         A.   Oh, I see what's going on.  I actually see
 5    what's going on now.  There's two colons; right?
 6         Q.   What do you mean?  I'm sorry.
 7         A.   There's two colons.  "The opposite of the
 8    above is:" And then I have, "So, when Web & App
 9    Activity is off, Google does not save information
10    like"; right?
11         Q.   Sorry.  I'm a little confused.
12         A.   So I wrote the one above and then I wrote,
13    "So, when Web & App Activity is off, I'd expect the
14    opposite to happen.  The opposite of the above is:"
15    and then I wrote a line.
16              So that's what I'm like -- apparently, you
17    know, if I'm reading my -- the way I write, that's
18    what I'm saying.  I try to write -- you know.  Sorry.
19    I'm an engineer.  I kind of write things in a way that
20    may not be natural to other people.
21              So I believe this is my misunderstanding with
22    the way WAA works.  So this was back before I had more
23    knowledge about the way WAA works.  And I thought at
24    that time if the opposite of on and off, if it was
25    off, well, we just didn't, you know, send any of this
```

Page 72

1    data to Google.  But that's not right.  It's really
2    you don't associate the data that's sent to Google
3    with a GAIA ID, which we call keyed by GAIA ID.
4         Q.   Just a moment ago you said something about
5    sending the data to Google.  What do you mean by "to
6    Google"?
7         A.   Well, if Google is storing data, then that
8    would be sending it to Google.
9         Q.   And a moment ago you said, "It's really you
10   don't associate the data that's sent to Google with a
11   GAIA ID."
12             Do you recall that?
13        A.   Where are you reading now?
14        Q.   We have a -- like a live transcript feed.  I
15   don't think you have that.  I'm not sure actually.
16        A.   No.
17             MR. SANTACANA:  Hold on.  Sorry, Alex.  You
18   should know it's not necessarily accurate.  It's just
19   the live feed of what the court reporter is typing.
20             MR. FRAWLEY:  Okay.  Well, I have faith in
21   the court reporter.
22   BY MR. FRAWLEY:
23        Q.   Do you recall a moment ago testifying that
24   when WAA -- again, I'm not trying to quote you, but do
25   you recall saying that, when WAA is off, that the data

Page 73

```
 1    is not -- that it's not associated with a GAIA ID?
 2             Do you recall talking about that?
 3        A.   Yes, I recall talking about GAIA-tied data.
 4        Q.   Okay.  What is GAIA-tied data?
 5        A.   GAIA-tied data is data that is linked
 6    directly to a GAIA ID which is then -- the user's
 7    account.  So on Gmail everything is pretty much -- is
 8    GAIA tied or GAIA linked because it's your E-mail;
 9    right?  So you need to -- we need to know the exact
10    user that the data is associated with.
11             And there's no anonymization or anything like
12    that.  It's your E-mail.  So everything is GAIA tied.
13    So GAIA is the internal identifier at Google that
14    identifies an account with an individual.
15        Q.   Does Google log any data that's not GAIA
16    tied?
17             MR. SANTACANA:  Objection.  Vague.
18    Ambiguous.  Lacks foundation.
19             THE WITNESS:  I work in Workspace and in
20    Gmail in particular, and as far as I know, everything
21    is GAIA tied in Gmail because it's personal data.
22    Other parts of the company, I don't know if they're
23    doing -- you know, if they need to have GAIA tied or
24    not.
25    BY MR. FRAWLEY:
```

1   know, my understanding back then of the way WAA was
2   working was probably not correct, given I thought
3   everything was GAIA tied.
4       Q.  Well, you couldn't have thought everything
5   was GAIA tied -- right? -- because you wrote here --
6   you're talking here about data collected when you're
7   not logged into your account.  Sorry.  You said -- let
8   me restart this.
9           You wrote "data logged, but not tied to your
10  account."
11          That's not GAIA data; right?
12      A.  Correct.  There we go.  Yeah.  So that would
13  be untied GAIA data.
14      Q.  So you couldn't have, at this time, thought
15  that the only kind of data that existed was GAIA data.
16  You knew there was non-GAIA data?
17      A.  I guess so.  But I'm not sure if I knew how
18  WAA worked with regards to the data, given that's got
19  My Activity associated with it.
20          I think the confusion here was, you know,
21  when WAA is off, is data still sent to Google or not
22  and how is it associated.  If it was associated with a
23  GAIA ID, you know, I think that would be very bad
24  because WAA was off; right?  If it's not associated
25  with a GAIA ID, then, you know, other parts of Google

```
 1    do that.  They anonymize the data.  Gmail doesn't have
 2    a reason to anonymize data because it's all personal
 3    data.  It needs to be tied to an identity.
 4         Q.  You thought at the time that Google needed to
 5    modify the help article to address what happens with
 6    WAA with respect to data that's not tied to someone's
 7    account?
 8         A.  That was a suggestion I made.
 9              MR. SANTACANA:  Alex, it's noon here.  We're
10    over an hour.  I think we should take a break.
11              MR. FRAWLEY:  Let me see.  I think I'm almost
12    wrapped up with this segment.
13              THE WITNESS:  I can make suggestions as much
14    as I want in Google -- right? -- and I may make --
15              MR. SANTACANA:  Mr. Ruemmler, there's no
16    question pending.
17              MR. FRAWLEY:  Wait.  Wait.  You can't
18    interrupt the witness when he's saying something,
19    Eduardo.
20              MR. SANTACANA:  You can ask him a question.
21    But it's your last question and then we're going to
22    take lunch.
23              MR. FRAWLEY:  Isn't it my deposition,
24    Eduardo, or is it yours?
25              MR. SANTACANA:  Alex, ask your last question,
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      then we're taking lunch.
 2      BY MR. FRAWLEY:
 3          Q.  Mr. Ruemmler, finish what you were saying
 4      when you said you can make suggestions as much as you
 5      want.  What were you thinking?
 6          A.  Google has a culture that you can express
 7      your ideas freely within Google.  So, you know,
 8      whether they be right or wrong; right?  It's a free
 9      environment.  That's what makes Google great is Google
10      has got lots of different ideas and lots of different
11      engineers.  That's why I like working at Google.  You
12      can freely express how you feel.  How you feel may not
13      be what actually happens, and that's fine; right?
14              You know, the way things are done in Gmail
15      may be done for a particular reason, and someone
16      outside Gmail may have a problem with that, but they
17      may not have all the information -- right? -- about
18      why things are done a certain way.  I mean have legal
19      background -- we may have to do things for legal
20      reasons; right?  We may have to implement something in
21      a particular way due to policy or compliance issues.
22              But we still accept people coming in and
23      saying, hey, why is this broken in Gmail, or why does
24      this work this way in Gmail, or can you improve Gmail
25      this way.  We take all those insights in and look at
```