# EXHIBIT 66
# REDACTED

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Research location

GOOG-RDGZ-00020693





UDC team looking into the lab and experiencing the one-way mirror





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00020697



GOOG-RDGZ-00020698



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00020699



GOOG-RDGZ-00020700



Try and add severity =

GOOG-RDGZ-00020701



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00020702



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-RDGZ-00020704



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Try and add severity =



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

