# EXHIBIT 67
# REDACTED

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT



# Data Retention Usability Study Findings

## Round 5 (final): go/retentionlab5

March 13, 2019

UXR: nzokaei, brendach (POC)
UXD: dgearity
UXW: jwoll
PM: davidmonsees
PMM: juliannen

# Search Data Retention Controls

Search will launch data retention controls for I/O May 2019 closely following this blog post announcement.

This final pre-launch round of research evaluates the near final UX flow with the following goals:

1. Evaluate the overall usability in UX flow

2. Identify persistent points of confusion

3. Understand overall user reactions and impact on perceptions

We will be monitoring post launch reactions via in-person interviews, in-product HaTs surveys, and out of product Brand Pulse surveys.

See here for a summary of uxr that led to current product decisions.

Related studies:



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



What we tested (Flow)

Specify that they could tap on any of the three options
In the past when we tested usability we would pause on each page. But in this round we set up th much more natural. Tradeoff is that we didn't ask about every single thing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

What we tested (Flow)



**Most current UI flow:**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00021164

TL;DR

Overall, participants **generally understood** the concept of retention controls, but when pressed for details, were unsure **what data is actually impacted** and **whether anything is truly deleted**.

The addition of retention controls had a **net positive impact** on comfort with data collection and satisfaction with control over data.

Users understand the purpose of the retention controls and how to use them and having them has a net positive impact on their comfort with data storage and satisfaction with control.
Correct understanding of data retention
Clear UX flow
Positive impact on comfort and satisfaction
Uncertainty about what WAA means
Unawareness about MyActivity
Skeptical about deletion on Google's side
Friction with on/off control page

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-RDGZ-00021166





Few things to keep in mind

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Dive into the impact first and then go into the screen by screen insights

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Heres what that looks like. Whats interesting is how each p's perception changed. A better way to look into the change the level of comfort for each participant is....

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



How much did retention controls impact comfort levels with data collection?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00021173



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00021174



How much did retention controls impact satisfaction with control over data?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY







No bubble → results they wouldnt see  noramlly

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00021178





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Persistent points of confusion**

1. Uncertainty about **what type of data** is impacted by controls
   a. WAA is not clear to users, several thought 'App activity' was referring to all apps on their phone.
   b. The icons on the confirmation page were the most useful indicators of what WAA means, but it's on the last page after they've saved their preferences.

2. Skepticism about **whether data is actually deleted**
   a. Many were skeptical that Google would actually delete their data from their servers, they believed that the data might just be hidden from their view – this may be due to the lack of explicit delete language.
   b. Many P's wanted to click the "Learn More" link to see what happens during "delete", but expressed that there's no way to validate that Google is doing what they say.

3. Expectation and desire for **more granular options**
   a. Although it did not cause too much frustration, most Ps still expressed wanting more options, specially options lower than 3 months.

"you need to put it in the lnaguage that it's being deleted from your device. BUT whatever legal language, all Google entity hardware. it wasn't clear to me."

change this to wanting more granularity of options. people didnt feel too strongly about it but many still expressed the desired for option less than three months and options between 3-18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Here are a few summary slides but i will skip through this to a deep dive about each page

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## MyActivity Landing Page

**What worked:**

- **Retention controls noticable and understandable:** P's easily noticed the data retention controls on the page and mentioned wanting to tap on it.
- **Edit icon works:** P's understood that this icon would allow further edits such as turning WAA off.
- **Discoverability of other delete options:** P's also scrolled through the page and noticed and understood the other functionalities on the page such as search, filter and delete.

**What could have been better:**

- **Inconsistent use of Search vs. WAA?** P's were not confident about what "activity" meant, but tended to gloss over it. The top paragraph discusses Search activity, with no mention of WAA until the retention controls.
- **It's not intuitive what 'Web & App' means:** P's don't know what WAA means. The mention of 'app' made some Ps concerned that data from all apps was being collected
- **Too much text:** Almost none of the P's read the top paragraph and scrolled past it.

"I want to click on change how long you how long to keep that button there. because I've never seen this before"P3



## Edit WAA Page

**What worked:**

- **Toggle clear indication of on/off** most users understood the toggle interaction pattern

**What could have been better:**

- **Too much text**: None of the Ps read the full text, and mostly relied on the toggle to understand this was an on/off switch. it
- **Unlabeled toggle**: it was not intuitive to all that WAA on/off is referring to it's storage.
- **Function of checkbox was confusing**: Ps were not sure what the purpose of the checkbox was and had to read text a few times to understand what is meant.
- **Unclear expectations:** Unclear what 'Manage Activity' and 'Show all activity control' would do



-----------blurb
it explains why info is kept for long as it is. if youre searching for 'author', and this specifically says 'watched'. if it deletes keeping tracking watched videos, in 6 months, i might not remember that i watched a cat video.

i noticed but didnt read it.
yes, noticed (but didnt read)
im sure i did but i didnt read it

it's helpful. i like the fact that it explains why you're keeping the data for, what's the reason for. i like things to be cohesive, so if youre searching for one thing, another thing, it ties in together. for vacation (for exmaple), finding a place to eat, if you searched for it last minute, it's saved.

[helpful] maybe a little bit, not a lot. it lets me know exactly what info is being kept. i already knew.

i guess it's good to know. so they know the reason why it's being kept so it helps improve whta you search later on. can pause it or stop. it's very helpful.

it says you can also choose to NOT keep any activity. so youre not retaining any activity from now and moving forward. so it doesnt retain any. it's confusing to me. maybe it should say 'keep ever' or something like that.

i guess like freeze this moment in time. it doesnt answer the question at all. it just tells you, it says what it's doing, but how much / long the time frame you need for the data to store for it to

GOOG-RDGZ-00021186

be relevant

it gives you a TL;DR. pretty good bc it explains to you what you're actually doing. pretty straight to the point, no ambiguity.

somewhat helpful. i dont know that i wouldve known exactly what that meant if i wasnt on the web and app activity page where i can see you can turn it on and off.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00021187



## Delete Preview Page

**What worked:**

- **Descriptive copy:** The subtext and 'future deletion' text helped Ps understand the rolling deletion

- **Helpful preview:** Ps liked being able to see what data would be deleted and 2 even wanted to preview more..

- **Curious to learn more:** Many Ps wanted to tap the 'Learn more' link to find out about how data is deleted.

**What could have been better:**

- **Item level delete options:** Some P's wanted the ability to not delete certain types of past data (eg. delete all, except...)

- **'No longer tied to you' might be alarming:** 1 P felt negative about data collection after learning that data was being tied to him up until this point



GOOG-RDGZ-00021189



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY













GOOG-RDGZ-00021198



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



### Retention options page



somewhat helpful. i dont know that i wouldve known exactly what that meant if i wasnt on the web and app activity page where i can see you can turn it on and off.

[helpful] maybe a little bit, not a lot. it lets me know exactly what info is being kept. i already knew.

it gives you a TL;DR. pretty good bc it explains to you what you're actually doing. pretty straight to the point, no ambiguity.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





this this makes sense. I like the previews portion of it because it allows you to say, okay.I search for cat videos and I can search for cat videos again. I don't need to keep the search results if I want to search for cat videos again
The gap between 3 months and 18 months is too long, there should be something in the middle like 6 months or a year

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00021204





GOOG-RDGZ-00021206



GOOG-RDGZ-00021207



GOOG-RDGZ-00021208

Section 3

# Deep Dive: Confirmation page

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-RDGZ-00021211





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Granular toggle about types of activity

Exactly list of what data is being collected

High interaction with delete → bringing those up



There are many definitions of trust, but this one is used frequently within Google. It focuses on the concept of risk, which is particularly relevant for certain products (and I would argue becoming increasingly relevant!)  This definition is adapted from academic literature in the organizational psychology domain (Mayer)

Depending on your needs, you may want to consider alternate definitions - e.g. some define trust as a "level of comfort," which does not imply that a user would perceive risks. If one uses the "comfort" definition, recent research claims that people can simultaneously trust and distrust (a form of ambivalence), suggesting that we should measure trust and distrust separately.

See: Lewicki et al., Trust and Distrust: New Relationships and Realities

Related concepts that are not the same as trust:

Cooperation - consider the fact that many people grudgingly accept a perceived lack of privacy, because they feel they have no way to fix it. Trust is not high (as we will see), but they cooperate anyway.

Predictability - a system can be predictably mal-intentioned, in which case there is no trust.

Confidence - someone can be confident in something without recognizing any risk. To

1/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00021218

be in a situation of 'trust,' there must be some recognized risks.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00021219



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00021220



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Granular toggle about types of activity

Exactly list of what data is being collected

High interaction with delete → bringing those up

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00021224