# EXHIBIT 75
# DOCUMENT SOUGHT TO BE FILED UNDER SEAL

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT

ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   ANIBAL RODRIGUEZ, SAL CATALDO,  )
     JULIAN SANTIAGO, and SUSAN LYNN )
 6   HARVEY, individually and on     )
     behalf of all others similarly  )
 7   situated,                       )
                                     )
 8              Plaintiffs,          )
                                     )
 9              vs.                  )Case No.
                                     )3:20-cv-04688-RS
10   GOOGLE LLC,                     )
                                     )
11              Defendant.           )
     _____ )
12
13
14
15            VIDEO-RECORDED DEPOSITION OF
16            CHRISTOPHER R. KNITTEL, Ph.D.
17               Tuesday, July 11, 2023
18                     Volume I
19
20            *** ATTORNEYS' EYES ONLY ***
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 5996021
25   Pages 1 - 259
```

Page 1

| | | |
|---|---|---|
| 1 | Q   This document, at least, concludes that | 17:40:51 |
| 2 | there is a causal relationship between conversion | |
| 3 | tracking and loss of revenue, right? | |
| 4 | A   I don't know if it says that. | |
| 5 | Q   Well, it says the "overall approximate | 17:41:06 |
| 6 | revenue impact ratio to Display Ads." | |
| 7 | Do you see that? | |
| 8 | A   Overall -- there's so many columns and | |
| 9 | pages and rows. | |
| 10 | The analysis under "Search Ads for overall | 17:41:29 |
| 11 | impact to Conversion Tracking"? | |
| 12 | Q   The bottom of that box reads, "overall | |
| 13 | approximate revenue impact ratio to Display Ads can | |
| 14 | be estimated as." | |
| 15 | Do you see that? | 17:41:45 |
| 16 | A   Yes. | |
| 17 | Q   So will you agree with me that this | |
| 18 | document concludes that Google would lose revenue if | |
| 19 | it stopped tracking conversions? | |
| 20 | A   I don't -- maybe I'm just -- I would have | 17:41:56 |
| 21 | thought if we were saying that, then at the top it | |
| 22 | would say, "Overall impact from conversion | |
| 23 | tracking." | |
| 24 | Q   Well, isn't this whole row related to | |
| 25 | conversion tracking? | 17:42:19 |

| | | |
|---|---|---|
| 1 | A    It's related to it, but it's not | 17:42:22 |
| 2 | necessarily -- there's not necessarily a causal | |
| 3 | relationship. | |
| 4 | Q    How do you understand the phrase "revenue | |
| 5 | impact ratio" if not causal? | 17:42:33 |
| 6 | A    Again, but causal to -- from what?  It | |
| 7 | doesn't say "from conversion tracking." | |
| 8 | Q    So you think that the label on the left | |
| 9 | does not supply that answer? | |
| 10 | A    Correct. | 17:42:59 |
| 11 | Q    Why? | |
| 12 | MR. SANTACANA:  Asked and answered. | |
| 13 | THE WITNESS:  Because if I were writing | |
| 14 | such a document, and I was claiming that this thing | |
| 15 | is going to reduce revenues from something else, I | 17:43:14 |
| 16 | would have said "from," not "to." | |
| 17 | BY MR. SILA: | |
| 18 | Q    But the ratio is to display ads revenue, | |
| 19 | right? | |
| 20 | A    To display ad revenues.  But what I don't | 17:43:35 |
| 21 | know is, through what channel? | |
| 22 | Q    So you're not really sure why the label | |
| 23 | "Conversion Tracking" is there on the left? | |
| 24 | A    Correct. | |
| 25 | MR. SILA:  Okay.  Let's go off the record. | 17:44:17 |

```
 1              THE VIDEO OPERATOR:  Off the record, the        17:44:22
 2   time is 5:44.
 3              (Recess, 5:44 p.m. - 5:52 p.m.)
 4              THE VIDEO OPERATOR:  This marks the
 5   beginning of Media No. 7.  We're back on the record.       17:52:55
 6   The time is 5:52.
 7   BY MR. SILA:
 8        Q     Dr. Knittel, in connection with
 9   Mr. Lasinski's actual damages calculation, is it
10   your opinion that Mr. Lasinski failed to consider          17:53:14
11   other data-sharing transactions?
12        A     Can you elaborate on that?
13        Q     I'm referring to Section 10B of your
14   report.
15        A     Yes, that's certainly the case.                 17:53:54
16        Q     Mr. Lasinski considers the Ipsos
17   Screenwise Panel, correct?
18        A     Yes, he uses that.  Yes.
19        Q     That is a data-sharing transaction,
20   correct?                                                    17:54:13
21        A     Yes.
22        Q     Mr. Lasinski also considers AT&T's
23   Gigapower campaign and Internet Preferences program,
24   correct?
25        A     Yes.                                             17:54:27
```

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    That's also a data-sharing transaction? | 17:54:28 |
| 2 | A    That's correct. | |
| 3 | Q    And Mr. Lasinski considers the Nielsen | |
| 4 | Computer and Mobile Panel, correct? | |
| 5 | A    That's correct. | 17:54:42 |
| 6 | Q    That's also a data-sharing transaction? | |
| 7 | A    Yeah.  I feel like you're misinterpreting | |
| 8 | that sentence, but that's correct. | |
| 9 | Q    Is your criticism that in connection with | |
| 10 | the actual damages methodology, Mr. Lasinski should | 17:54:56 |
| 11 | have considered even more data-sharing transactions? | |
| 12 | A    I think we're -- yeah.  In that section, | |
| 13 | I'm focusing on something different than what you're | |
| 14 | focusing on. | |
| 15 | Q    Okay.  In this section, are you | 17:55:30 |
| 16 | criticizing Mr. Lasinski for failing to consider | |
| 17 | data-sharing transactions that you consider to be | |
| 18 | more comparable to the at-issue conduct than the | |
| 19 | data-sharing transactions that Mr. Lasinski | |
| 20 | mentioned in his report? | 17:55:48 |
| 21 | A    So I -- that section focuses on what | |
| 22 | alternative but-for world would exist had the | |
| 23 | alleged activity not taken place, and that | |
| 24 | alternative but-for world would lead to potentially | |
| 25 | other data-sharing scenarios. | 17:56:15 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | Q    What other data-sharing scenarios might | 17:56:24 |
| 2 | occur in that but-for world? | |
| 3 | A    Well, for one, that the third-party | |
| 4 | conversion-tracking companies would have done it | |
| 5 | themselves. | 17:56:47 |
| 6 | Q    Do any of those third-party | |
| 7 | conversion-tracking companies offer e-mail services | |
| 8 | to users? | |
| 9 | A    Not that I know of. | |
| 10 | Q    Do any of those other | 17:57:05 |
| 11 | conversion-measurement companies offer search | |
| 12 | engines to users? | |
| 13 | A    Not that I know of. | |
| 14 | Q    Do any of those other conversion-tracking | |
| 15 | companies offer navigation services to users? | 17:57:23 |
| 16 | A    Not that I know of. | |
| 17 | Q    Do any of those other | |
| 18 | conversion-measurement companies offer users a | |
| 19 | platform where they can watch videos? | |
| 20 | A    Not that I know of. | 17:57:41 |
| 21 | Q    Do any of those other | |
| 22 | conversion-measurement companies offer smart home | |
| 23 | devices? | |
| 24 | A    Not that I know of. | |
| 25 | Q    Do any of these other analytics companies | 17:57:54 |

Page 211

```
 1    measure conversions on the web as distinct from          17:57:56

 2    apps?

 3          A    That I couldn't say for sure.  It wouldn't

 4    surprise me if they did.

 5          Q    Do you know whether any of these other         17:58:08

 6    conversion-measurement companies collect data from

 7    as many apps as Google does?

 8          A    Did you say "block data" or "collect

 9    data"?

10          Q    I'll rephrase.                                 17:58:22

11               Do you know whether any of the other

12    conversion-measurement companies collect data from

13    as many apps as Google does?

14          A    I don't know the answer to that, no.

15          Q    Is it fair to say that Google has a more       17:58:43

16    complete picture of the user and their activities

17    than these other conversion-measurement companies

18    that you reference?

19          A    A more complete picture to do what?  To do

20    conversion tracking?                                      17:59:00

21          Q    I'm just asking about the data that is on

22    Google's servers.

23          A    To me, if I was answering, do they have a

24    more complete picture, I would kind of need, do they

25    have a more complete picture to do something.             17:59:24
```

Page 212

| | | |
|---|---|---|
| 1 | plaintiffs in this case allege that there's | 18:15:19 |
| 2 | emotional distress from having sWAA on. | |
| 3 |     Q   The plaintiffs in this case have sWAA off, | |
| 4 | correct? | |
| 5 |     A   Right.  So they turned it off because | 18:15:34 |
| 6 | otherwise they would get emotional distress from | |
| 7 | turning it on. | |
| 8 |     Q   I see. | |
| 9 |     So the idea that Google collects data with | |
| 10 | sWAA on is costly because it gives rise to distress? | 18:15:49 |
| 11 |     A   That's one scenario, sure.  Yeah. | |
| 12 |     Q   Can you name any others? | |
| 13 |     A   The cost from turning -- we're going back | |
| 14 | to the cost of turning it on?  Yeah, I -- again, | |
| 15 | it's going to vary by consumer. | 18:16:20 |
| 16 |     But I could imagine a consumer who thinks | |
| 17 | if it's on, you know, there's more likely to be a | |
| 18 | data breach in the data.  There's going to be some | |
| 19 | expected cost to potential data breaches. | |
| 20 |     Q   Expected costs from, like, a government | 18:16:44 |
| 21 | subpoena? | |
| 22 |     A   I didn't go down that path, but yeah.  Now | |
| 23 | that you mention it, yeah. | |
| 24 |     Q   What are the costs of having sWAA off from | |
| 25 | a consumer's perspective? | 18:17:03 |

Page 222

| | | |
|---|---|---|
| 1 | A    Well, one cost is you don't get | 18:17:05 |
| 2 | personalized ads, and I think consumers benefit from | |
| 3 | personalized ads, or they may benefit.  Some | |
| 4 | consumers definitely benefit. | |
| 5 | Q    Any others? | 18:17:16 |
| 6 | A    Not -- as I'm sitting here today, not that | |
| 7 | come to mind.  I'm sure -- I wouldn't be surprised | |
| 8 | if there's others. | |
| 9 | Q    From the consumer's perspective, what are | |
| 10 | the benefits that -- tongue-tied. | 18:17:33 |
| 11 | From the consumer's perspective, what are | |
| 12 | the benefits of having sWAA off? | |
| 13 | A    Well, that was the cost of -- I think | |
| 14 | those are the costs of having sWAA on.  The negative | |
| 15 | of those costs that we talked about. | 18:17:48 |
| 16 | Q    The benefits of having sWAA off include | |
| 17 | the knowledge and comfort that Google does not | |
| 18 | collect their data, right? | |
| 19 | A    Potentially.  I think that's -- that seems | |
| 20 | to be the claim of the plaintiffs, at least. | 18:18:03 |
| 21 | Q    In paragraph 149, you go on to state that, | |
| 22 | quote -- hold on a moment. | |
| 23 | Okay.  In paragraph 149, you go on to | |
| 24 | state that, quote, "Treating such consumers as | |
| 25 | harmed during these months (as Mr. Lasinski does) | 18:18:38 |

Page 223

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | ignores their own observed decisions and | 18:18:42 |
| 2 | preferences." | |
| 3 |     Do you see that? | |
| 4 | A   Yes. | |
| 5 | Q   How about a month in which a given user | 18:18:52 |
| 6 | has optimally chosen a sWAA-off status?  In this | |
| 7 | scenario, would you agree that that user's observed | |
| 8 | decisions and preferences include the preference | |
| 9 | that Google not collect, save, and use app activity | |
| 10 | during that month? | 18:19:10 |
| 11 | A   Yes.  I think we're going down a path | |
| 12 | where consumers are optimally deciding.  So as they | |
| 13 | optimally turn it off, in expectation at least, they | |
| 14 | get more utility -- we call it "utility" or | |
| 15 | "value" -- from having it off than on. | 18:19:32 |
| 16 | Q   Would you then agree that if Google | |
| 17 | collects, saves, and uses app activity from that | |
| 18 | user in a month in which that user has sWAA off, | |
| 19 | then there is some measure of harm? | |
| 20 | A   In expected value, directionally, that's | 18:20:08 |
| 21 | correct.  We still have to measure it, of course. | |
| 22 | Q   Sure. | |
| 23 |     Do you contend that that harm is more like | |
| 24 | a single instance of harm as compared to a | |
| 25 | consistent month-after-month pattern of harm? | 18:20:23 |

Page 224

| | | |
|---|---|---|
| 1 | A   I don't have -- I didn't form an opinion | 18:20:34 |
| 2 | on that, per se. | |
| 3 | THE REPORTER:  Counsel, apologies for the | |
| 4 | interruption.  I need to take a quick five-minute | |
| 5 | break, if that's okay. | 18:20:47 |
| 6 | MR. SILA:  Sure.  We'll go off the record. | |
| 7 | THE REPORTER:  Thank you. | |
| 8 | THE VIDEO OPERATOR:  Off the record.  The | |
| 9 | time is 6:20. | |
| 10 | (Recess, 6:20 p.m. - 6:23 p.m.) | 18:22:44 |
| 11 | THE VIDEO OPERATOR:  We're back on the | |
| 12 | record.  The time is 6:23. | |
| 13 | BY MR. SILA: | |
| 14 | Q   All right.  Dr. Knittel, you opine that | |
| 15 | the data collected via Screenwise is not comparable | 18:23:38 |
| 16 | to the data that Google collects via Google | |
| 17 | Analytics for Firebase and the Google Mobile Ads | |
| 18 | SDK, correct? | |
| 19 | A   Yes. | |
| 20 | Q   And because you believe the Screenwise | 18:23:52 |
| 21 | data is not comparable, you believe the Screenwise | |
| 22 | payments are also not comparable, correct? | |
| 23 | A   As does Mr. Lasinski. | |
| 24 | Q   Okay.  Let's look at paragraph 137 of your | |
| 25 | report.  Let me know when you're there. | 18:24:27 |

Page 225

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A    I'm there. | 18:24:35 |
| 2 | Q    In this paragraph, you list types of data | |
| 3 | that Google collects in the Screenwise program which | |
| 4 | you say are not at issue in this case, right? | |
| 5 | A    In part, yes. | 18:24:45 |
| 6 | Q    Okay.  Is it your understanding that | |
| 7 | Google does not use Google Analytics for Firebase or | |
| 8 | the Google Mobile Ads SDK to collect browsing | |
| 9 | activity data from sWAA-off users? | |
| 10 | A    It's my understanding that they don't | 18:25:13 |
| 11 | collect all browsing activity from sWAA-off users. | |
| 12 | Q    What browsing activity does Google not | |
| 13 | collect from sWAA-off users? | |
| 14 | A    Well, for example, browsing activity that | |
| 15 | takes place on their computer. | 18:25:35 |
| 16 | Q    Okay.  So just mobile activity? | |
| 17 | A    Yeah.  I think it would take -- you know, | |
| 18 | if we wanted to do a deep dive into each of these | |
| 19 | listed, we can do that.  But it's certainly the case | |
| 20 | that Screenwise is collecting more data than what -- | 18:25:54 |
| 21 | what's at stake in this case. | |
| 22 | Q    Are you aware that the Screenwise payments | |
| 23 | for a mobile device are separate from the Screenwise | |
| 24 | payments for a desktop device? | |
| 25 | A    I remember looking at the contracts.  That | 18:26:17 |

Page 226

```
 1    Google account (or accounts)."                          18:51:47
 2          Do you see that?
 3       A  Yes.
 4       Q  Do you understand this to require
 5    Screenwise participants to log in to their Google       18:51:55
 6    account in order to receive payment?
 7       A  It says "asked."  I would take it at face
 8    value, "asked."
 9          I don't know if we can go through the
10    document to -- the document may somewhere say,          18:52:13
11    "Whatever you're asked to do, you have to do to get
12    the money."  So that's the only pause I would have.
13       Q  Fair enough.
14          In your report, that same paragraph, you
15    wrote that Screenwise participants are asked to,        18:52:31
16    quote, "confirm the information associated with
17    their profile is up to date and accurate."
18          You can look back at the report if you
19    want, or I'll just represent to you that that's the
20    quote.                                                  18:52:47
21          Is there anything here that says
22    participants will be asked to do anything to confirm
23    that information, other than log in to their Google
24    account?
25       A  Actually, could you point it to me [sic]          18:53:01
```

Page 240

```
 1     just so it's in my head?                           18:53:03

 2          Q    Sure.  In your report?

 3          A    Yes, please.

 4          Q    It's paragraph 139, and it's the sentence

 5     that starts on page 83 and continues to page 84.   18:53:14

 6          A    Okay.  Okay.  Now, one more time, your

 7     question?

 8          Q    Is there anything in the Screenwise terms

 9     and conditions that you're aware of that says

10     participants will be asked to confirm that the     18:53:37

11     information associated with their profile is up to

12     date and accurate by doing anything other than just

13     logging into their Google account?

14          A    Not as I'm sitting here today.  You know,

15     I'd want to, I guess, read through the complete    18:53:59

16     terms and conditions.

17          Q    Okay.

18          A    Nothing off the top of my head.

19          Q    Back to your report, paragraph 139, you

20     write that Screenwise participants, quote, "are not 18:54:12

21     allowed to use ad-blockers or any kind of 'do not

22     track' features."

23               Do you see that?

24               Are you aware of any tool that blocks ads

25     on apps?                                           18:54:28
```

Page 241

ATTORNEYS EYES ONLY

```
1         A   I've never searched for such a thing, so I      18:54:34
2    don't -- I don't know.
3         Q   We can put the terms and conditions away.
4             In the Screenwise program, Google
5    compensates participants based on the number of          18:54:54
6    devices they connect, right?
7         A   That is my understanding, yes.
8         Q   In the Nielsen Computer and Mobile Panel,
9    Nielsen compensates participants on a per-device
10   basis, correct?                                          18:55:13
11        A   That's less committed to my memory, but if
12   you're offering that, I have no reason to deny that.
13        Q   Do you know whether SavvyConnect
14   compensates users on a per-device basis?
15        A   I do not.                                       18:55:34
16        Q   If these three separate companies
17   compensate users on a per-device basis, wouldn't
18   there be an economic rationale for making payments
19   on a per-device basis?
20        A   In their setting, yes, that they're             18:56:08
21   choosing to do that for the product that they're
22   offering.  So the fact that they're choosing that in
23   that setting, I think that's evidence that in that
24   setting, there's an economic rationale for doing so.
25        Q   But your opinion is that there would be no      18:56:22
```

Page 242

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | economic rationale for doing the same thing in this | 18:56:23 |
| 2 | context? | |
| 3 |     A   I don't -- I don't recall Mr. Lasinski | |
| 4 | providing an economic rationale for doing that in | |
| 5 | this context. | 18:56:44 |
| 6 |     Q   Okay.  That's slightly different than my | |
| 7 | question. | |
| 8 |     In your opinion, would there be an | |
| 9 | economic rationale for making payments on a | |
| 10 | per-device basis? | 18:56:57 |
| 11 |     A   There may be.  I haven't come to an | |
| 12 | opinion on that either way. | |
| 13 |     Q   Is the fact that in the market payments | |
| 14 | are made on a per-device basis relevant to the | |
| 15 | determination of whether a per-device payment would | 18:57:15 |
| 16 | be appropriate in this case? | |
| 17 |     A   Not necessarily. | |
| 18 |     Q   Why wouldn't the fact that you see | |
| 19 | payments structured this way in the market be | |
| 20 | relevant for this case? | 18:57:37 |
| 21 |     A   There's two reasons.  One is, we're | |
| 22 | talking about a market for something that, in my | |
| 23 | opinion, is very different, so that's one key | |
| 24 | difference. | |
| 25 |     And the second is, I go back to my point | 18:57:55 |

Page 243

| | | |
|---|---|---|
| 1 | that Mr. Lasinski hasn't provided -- hasn't even | 18:57:58 |
| 2 | provided an explanation of what the $3 represents. | |
| 3 |     Is it emotional harm?  Is it | |
| 4 | inconvenience?  You know, he's never vocalized what | |
| 5 | we're doing or where that is coming from.  And | 18:58:16 |
| 6 | unless you do that, it's hard to say whether a | |
| 7 | per-device basis is appropriate or not appropriate. | |
| 8 |     Q  If we know from market transactions -- | |
| 9 | let's just stipulate that we know from market | |
| 10 | transactions how much Google would have to pay in | 18:58:38 |
| 11 | order to convince someone to give up the data at | |
| 12 | issue in this case.  Wouldn't that be relevant to | |
| 13 | the determination of damages in this case? | |
| 14 |     A  So I'll go back to the two explanations I | |
| 15 | just gave, one of which is that these are two | 18:59:13 |
| 16 | different products and two different actions, so to | |
| 17 | speak, right? | |
| 18 |     For example, I can't remember if you have | |
| 19 | to install Screenwise on each app.  Well, now you've | |
| 20 | created another difference because there's work to | 18:59:35 |
| 21 | be done per app in Screenwise, but not in sWAA-off. | |
| 22 | So that's one potential key difference in why it | |
| 23 | might be relevant for Screenwise but not sWAA-off. | |
| 24 |     And the second is, unless Mr. Lasinski | |
| 25 | takes a stand on what his $3 number is representing, | 18:59:54 |

Page 244

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | we can't really answer that question. | 18:59:58 |
| 2 | Q   Why is it important to put a label on the | |
| 3 | emotion that is implicated by a market transaction | |
| 4 | if you know that that market transaction mirrors the | |
| 5 | conduct at issue in this case? | 19:00:15 |
| 6 | A   Well, again, I'll restate that I don't | |
| 7 | think it mirrors the conduct in this case. | |
| 8 | Q   I take your point. | |
| 9 | A   So setting aside the fact that the conduct | |
| 10 | doesn't mirror it, as an example, suppose the $3 | 19:00:29 |
| 11 | that Mr. Lasinski purports is relevant represents | |
| 12 | the emotional harm from knowing Google has my data. | |
| 13 | In that case, no matter how many devices I | |
| 14 | have, Google has my data, right?  The harm comes | |
| 15 | from just knowing Google has data about me.  Not | 19:00:57 |
| 16 | necessarily how much data, but just it has data.  In | |
| 17 | that case, you wouldn't want to do it per device. | |
| 18 | Q   But isn't per device what's reflected in | |
| 19 | the market transactions? | |
| 20 | A   That's why it's so important to know what | 19:01:19 |
| 21 | Mr. Lasinski's $3 is representing. | |
| 22 | In the market transaction, we know what | |
| 23 | it's representing.  It's representing you're going | |
| 24 | to be part of this panel.  You're going to download | |
| 25 | this app on all of your devices.  You're going to | 19:01:37 |

Page 245