# EXHIBIT 76
# REDACTED

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, JULIEANNA MUNIZ, ELIZA CAMBAY, SAL CATALDO, EMIR GOENAGA, JULIAN SANTIAGO, HAROLD NYANJOM, KELLIE NYANJOM, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.: 3:20-cv-04688

***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***

REMOTE PROCEEDINGS OF THE
VIDEOTAPED DEPOSITION OF STEVE GANEM
FRIDAY, OCTOBER 28, 2022

REPORTED BY NANCY J. MARTIN
CSR. NO. 9504, RMR, RPR
CLAUDIA R. GARCIA, CSR. 12812
JOB No. 5554575

PAGES 1-325

Q Got it. Can you go on to the next page.

MR. SANTACANA: The end of that answer cut out for me. I don't know if cut out for you, Claudia.

THE WITNESS: It could be inserted into the logs if it passed those consent checks. 06:33:14

BY MR. MAO:

Q Mr. Ganem, if you go on to the next page, do you see that diagram there on the bottom left of logs? It talks about 13 log sources and types, three protocols. 06:33:44

Do you see that there?

A Yes.

Q Do you know what those are, the 13 logs and three protocols?

MR. SANTACANA: Which page, Mark? 06:34:00

MR. MAO: This would be 14, which is Bates 446.

MR. SANTACANA: Thanks.

MR. MAO: It's the little gray cylinder on the bottom left of that diagram. You probably have to 06:34:20 expand it, Eduardo.

MR. SANTACANA: I got it. Thank you.

MR. MAO: Really hard to read it.

THE WITNESS: So I believe the three protocols are detailed right below the statement three protocols. 06:34:29

BY MR. MAO:

Q Are those proto buffers, by the way, or are those protocols, or is that like somehow different than proto buffers?

A They are related. But I'm not sure if they are the same. 06:34:42

Q Okay. I presume that you can't enumerate the 13 logs off the top of your head; right?

A I can't. Though I think earlier we identified, I believe, six for apps. And we hadn't discussed Google Analytics for the web, which I believe has other logs. 06:35:02

Q Sorry. Which document did we identify six?

A You may recall that earlier, when we went back on the record, we came back to you with more details regarding the logs after speaking to engineers. 06:35:26

Q I oh, see. That's what you're referring to. Sorry. I was confused. I thought maybe we were referring to a document that we had just looked at.

So can you confirm what those 13 are in terms of the ones that are for -- the ones that are listed there? And I appreciate you telling me which three protocols you're talking about, though. 06:35:42

MR. SANTACANA: So it sounds like outside scope as to the other seven, is what he's saying. 06:35:59

MR. MAO: Well, he said he thinks. So I want to make sure.

BY MR. MAO:

Q I mean, you have a very easy way to verify that. It looks to me like the log sources, the 06:36:15 details are there under eldar.corp.google.com?

MR. SANTACANA: Where? Oh, log, sources, details -- okay. We can try.

MR. MAO: I appreciate that.

MR. SANTACANA: Thanks for pointing that out. 06:36:32

MR. MAO: Yeah. I kind of make life easier for everyone.

BY MR. MAO:

Q Um, if you don't mind going -- turning back a little bit with me to 440, and you're going to have to 06:36:43 really expand this here. That will be page 8 of the PDF. I have to magnify that a little bit.

[redacted]

[redacted]

Q And those -- those bundles there appear to me to -- all three bundles, if you look at the last row, all seem to include IDFA/ADID and DSID as in those could actually be -- end up in the same bundle together; is that correct? 06:38:35
A IDFA and ADID would never be in the same bundle as each other.
Q Could either -- or sorry. 06:38:58
Can they though however be in the same bundle as the DSID?
A IDFA and DSID would never be in the same bundle as each other. It's possible that ADID and DSID could be in the same bundle together. 06:39:21
Q Got it. And that's because on iOS, there is no DSID?
A That's correct.
Q Are any of these three pseudonymous IDs ever present in Google Takeout data? 06:39:41

MR. SANTACANA: Vague and outside scope.

THE WITNESS: Can you describe to me what you mean by Google Takeout data?

BY MR. MAO:

Q Do you know the function Google Takeout? It's 06:40:06 a function you can do under My Account, where you can takeout -- my understanding is basically my account data. That's at least my understanding.

A I'm not familiar with it.

Q Got it. If you go down to 450, which is 06:40:33 page 18 of the PDF. My main question there is: Where are UIDs referenced in this chart?

A UDI referenced in this chart refers to the user ID feature of Google Analytics.

Q Are they present in the -- in the pseudonymous 06:41:43 measurement logs?

A They can be depending on whether the customer is using that feature.

Q Got it. Are they different than PBIDs, the UID? 06:42:32

A I'm not familiar with the PPID feature.

Q Got it.

MR. MAO: I introduced into exhibit a different one which is 224. If you don't mind pulling that up. 06:42:53

(Exhibit 224 was marked for identification and is attached hereto.)

THE WITNESS: Okay. I have it open.

BY MR. MAO: 06:43:32

Q My -- my question to you, Mr. Ganem, is do you -- do you know if this was ever launched?

A (No audible response.)

Q Perhaps, maybe -- maybe -- maybe let me ease this up a little bit. 06:44:09

I can't tell, but -- I can't tell if -- is this an earlier design for [REDACTED] or [REDACTED] [REDACTED]?

A I honestly have no idea what this is. Never seen it before. Never heard of the phrase, "unified ID 06:44:35 linkage design."

Q Have you ever heard of [REDACTED], [REDACTED] [REDACTED]?

A It sounds familiar, but I don't -- I don't know what that is. 06:44:59

Q In -- in terms of the -- in terms of the WAA and sWAA control look up, do you know what process within Google looks that up?

MR. SANTACANA: Vague.

///