# EXHIBIT 77
# REDACTED

# MAO DECLARATION
# OPPOSITION TO SUMMARY JUDGMENT



# Firebase Growth

Feb 2017

Francesco Nerieri - ██████

CONFIDENTIAL

 **Firebase Mission**

Firebase helps developers…
**Build a better app**, and a **more successful business**.

Google

Confidential + Proprietary

GOOG-RDGZ-00092073





# Why?

1. **Building Google's relationship with developers**

2. **Drive SDK adoption and boost mobile Ads business**

3. **Increasing Google Cloud adoption & revenue**

Google                                                Confidential + Proprietary

Ads Attribution: The Conversion Event Data it collects lets our Ads customers track the performance of their campaigns.
Making better products: In-app behavioral data is valuable for enhancing Google products through ML.
ant to highlight the top 3 goals that we're really focusing on in 2017, from the perspective of Google's business.



GOOG-RDGZ-00092076



GOOG-RDGZ-00092077

## ACQUIRE: Dynamic Links & Invites



Google







GOOG-RDGZ-00092080





GOOG-RDGZ-00092082



GOOG-RDGZ-00092083





CONFIDENTIAL

GOOG-RDGZ-00092085



GOOG-RDGZ-00092086

## Roadmap: FDL Domain Settings











CONFIDENTIAL

GOOG-RDGZ-00092091





CONFIDENTIAL







GOOG-RDGZ-00092096



Firebase Cloud messaging is used by ███████████████████████████████████ helps them reach out to their users in real time. We reach out to ███████████████████████ We process ███████████████████ every week





Since we launched the service in 2010 we have seen tremendous growth. We crossed ███████████████████████████████████████████████████
████████████████████████████

So with this growth it is easy to overlook some small problems. ███████████ ██ █
the population, you have some ████████████████  When we built cloud messaging we did not expect such
growth, not for android, nor for cloud messaging. ████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████
█████████████████████████████████████████████████



GOOG-RDGZ-00092099



Turns out you just need a little bit of tinfoil.. Jk.



GOOG-RDGZ-00092101







CONFIDENTIAL





CONFIDENTIAL

GOOG-RDGZ-00092105



CONFIDENTIAL



CONFIDENTIAL



GOOG-RDGZ-00092108



# GROWTH: The Console



## GROWTH: The Console





## GROWTH: The Console

- Firebase 2.0 Launch
  - All focus on Targeting
  - Conversion Events
  - Manual intervention

- Vision

Google

Confidential • Proprietary

GOOG-RDGZ-00092112



GOOG-RDGZ-00092113

## UNDERSTAND: The Growth Dashboard





GOOG-RDGZ-00092115

## SEGMENTATION: AB Testing for Config



GOOG-RDGZ-00092116

## SEGMENTATION: AB Testing for Config





CONFIDENTIAL



INTELLIGENCE   **Applied ML that make app success, simple**





CONFIDENTIAL



CONFIDENTIAL

## Thank You: Q&A

Google

Confidential + Proprietary

GOOG-RDGZ-00092123