# EXHIBIT 8

# MAO DECLARATION OPPOSITION TO MOTION TO STRIKE

| | |
|---|---|
| **From:** | owner-waagoogleteam@lists.susmangodfrey.com on behalf of "Santacana, Eduardo E." |
| **To:** | Jenna Farleigh; WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM; FIREBASE-WFGE |
| **Subject:** | Rodriguez v. Google | Random Sample of GA4F Data |
| **Date:** | Wednesday, February 2, 2022 11:37:19 PM |

==EXTERNAL Email==

Counsel,

We have considered your request for a random sample of GA4F user data, and we have a number of practical, logistical, and legal concerns. As a gating issue, in light of Judge Seeborg's most decent Order dismissing the last remaining wiretap claim, can you please explain:

(1) what, if any, relevance a random sample of user data would have that is not cumulative of the over 80,000 pieces of data we recently produced pertaining to four deviceIDs provided by Plaintiffs; and

(2) given the significant burden involved in acquiring such data, why the remaining scope and size of this case is not easily outweighed by the disproportionally high burden involved in producing such data?

Thanks,
Eduardo


Eduardo E. Santacana
**Willkie Farr & Gallagher LLP**
One Front Street | San Francisco, CA 94111
Direct: +1 415 858 7421 | Fax: +1 415 858 7599
esantacana@willkie.com | vCard | www.willkie.com bio

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the WAAGOOGLETEAM list, click here