# EXHIBIT 11

# FILED UNDER SEAL

# MAO DECLARATION OPPOSITION TO MOTION TO STRIKE