1  **BOIES SCHILLER FLEXNER LLP**
   David Boies (admitted pro hac vice)
2  333 Main Street
   Armonk, NY 10504
3  Tel.: (914) 749-8200
4  dboies@bsfllp.com

5  Mark C. Mao, CA Bar No. 236165
   Beko Reblitz-Richardson, CA Bar No. 238027
6  44 Montgomery St., 41st Floor
   San Francisco, CA 94104
7  Tel.: (415) 293-6800
   mmao@bsfllp.com
8  brichardson@bsfllp.com

9  James Lee (admitted pro hac vice)
   Rossana Baeza (admitted pro hac vice)
10 100 SE 2nd St., 28th Floor
   Miami, FL 33131
11 Tel.: (305) 539-8400
12 jlee@bsfllp.com
   rbaeza@bsfllp.com
13
   Alison L. Anderson, CA Bar No. 275334
14 M. Logan Wright, CA Bar No. 349004
   2029 Century Park East, Suite 1520
15 Los Angeles, CA 90067
   Tel.: (213) 995-5720
16 alanderson@bsfllp.com
17 mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

19
20

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: February 13, 2025<br>Time: 1:30 P.M. |

i

ADMINISTRATIVE MOTION RE SEALING PORTIONS OF OPPOSITION TO MOTION TO STRIKE
CASE NO. 3:20-CV-04688-RS

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully move to seal limited, private information regarding the Plaintiffs. Plaintiffs also respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs' Opposition to Google's Motion to Strike the Damages Supplement.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Mao Exhibit 2 | Plaintiffs | Highlighted portions comprising Plaintiffs' home addresses and phone numbers | Refers to sensitive personal material designated "Confidential" by Plaintiffs pursuant to the protective order |
| Mao Exhibit 3 | Plaintiffs | Highlighted portions comprising Plaintiffs' home addresses and phone numbers | Refers to sensitive personal material designated "Confidential" by Plaintiffs pursuant to the protective order |
| Mao Exhibit 9 | Plaintiffs | Highlighted portions comprising Plaintiffs' home addresses and phone numbers | Refers to sensitive personal material designated "Confidential" by Plaintiffs pursuant to the protective order |
| Mao Exhibit 11 | Google | Entirety | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Plaintiffs only seek to seal portions of their Rule 26(a)(1) disclosures that reveal Plaintiffs' sensitive information, namely their addresses and phone numbers. As explained in earlier motions to seal, there is a compelling reason to seal this information because it would undermine the Plaintiffs' privacy interests. *See Nursing Home Pension Fund v. Oracle Corp.*, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) ("an individual's privacy interest" is a compelling reason to seal a document). Plaintiffs' narrowly tailored proposal "will not interfere with the public's ability to understand the judicial process" because their addresses and phone numbers are not relevant to the

issues implicated by Google's motion to strike. *Ojmar US, LLC v. Sec. People, Inc.*, 2016 WL 6091543, at *2 (N.D. Cal. Oct. 19, 2016). The Court previously granted Plaintiffs' request to seal this information in connection with other filings. *See* Dkts. 429, 430. For these reasons, Plaintiffs respectfully request permission to maintain this information under seal.

The remaining exhibits concern information Google has previously designated confidential or highly confidential under the protective order. As the designating party with respect to those materials, Google bears the burden to show that this material should be maintained under seal.

Dated: January 16, 2025                                  Respectfully submitted,

By: */s/ Mark C. Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004

| | |
|---|---|
| 1 | mwright@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 2 | 2029 Century Park East, Suite 1520 |
| | Los Angeles, CA 90067 |
| 3 | Telephone: (813) 482-4814 |
| 4 | |
| | Bill Carmody (*pro hac vice*) |
| 5 | bcarmody@susmangodfrey.com |
| | Shawn J. Rabin (*pro hac vice*) |
| 6 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| 7 | sshepard@susmangodfrey.com |
| | Alexander P. Frawley |
| 8 | afrawley@susmangodfrey.com |
| | Ryan Sila |
| 9 | rsila@susmangodfrey.com |
| 10 | SUSMAN GODFREY L.L.P. |
| | One Manhattan West, 50th Floor |
| 11 | New York, NY 10001 |
| | Telephone: (212) 336-8330 |
| 12 | |
| 13 | Amanda Bonn (CA Bar No. 270891) |
| | abonn@susmangodfrey.com |
| 14 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 15 | Los Angeles, CA 90067 |
| | Telephone: (310) 789-3100 |
| 16 | |
| 17 | John A. Yanchunis (*pro hac vice*) |
| | jyanchunis@forthepeople.com |
| 18 | Ryan J. McGee (*pro hac vice*) |
| | rmcgee@forthepeople.com |
| 19 | Michael F. Ram (CA Bar No. 238027) |
| | mram@forthepeople.com |
| 20 | MORGAN & MORGAN, P.A. |
| 21 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 22 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 23 | |
| 24 | *Attorneys for Plaintiffs* |

ADMINISTRATIVE MOTION RE SEALING PORTIONS OF OPPOSITION TO MOTION TO STRIKE
CASE NO. 3:20-CV-04688-RS