**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN 335593)
  hmateen@willkie.com
NAIARA TOKER (SBN 346145)
  ntoker@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, *al.* individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>                     Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS' UNTIMELY DAMAGES OPINION**<br><br>*[FILED CONCURRENTLY WITH GOOGLE'S REPLY]*<br><br>Date:       February 13, 2025<br>Time:      1:30 p.m.<br>Ctrm:      3 - 17th Floor<br>Judge:    Hon. Richard Seeborg<br><br>Action filed:   July 14, 2020<br>Trial Date:     August 18, 2025 |

I, Eduardo E. Santacana, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, Francisco, California 94104, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I make this declaration in support of Google's Reply in Support of its Motion to Strike Plaintiffs' Untimely Damages Opinion. Unless otherwise noted, all references to docket entries and exhibits herein refer to documents previously filed in this action or attached hereto.

3. Plaintiffs' Opposition to the Motion to Strike references alleged deficiencies or delays in Google's production of certain app-activity or Analytics data. Plaintiffs never filed any motion to compel production of this purportedly missing data during the discovery period, which closed on October 31, 2022.

4. I never promised Plaintiffs' counsel that I would produce a sample of data for 5,000 randomly selected class members in "late Spring or early Summer of 2022" or at any other time. There is no written or recorded confirmation of such a promise, and I am aware of no records, notes, or communications from any counsel at Willkie Farr & Gallagher LLP that reference such a promise by me or any other counsel on my team.

5. Mr. Lasinski's original expert report calculated the number of "user-months" during the discovery period for the years 2016 through 2022. Following the submission of his original report, the only data Google produced relevant to Mr. Lasinski's calculations consisted of the same data that Mr. Lasinski previously relied on, but updated to include calendar years 2023 and 2024. These updated productions did not introduce any new categories of data or methodologies but merely extended the timeframe of an existing dataset Mr. Lasinski had access to all along.

6. Attached hereto as **Appendix A** is a compilation of excerpts from certain documents previously filed on the docket in this litigation, including transcripts, expert reports, and briefs.

7. Specifically, Appendix A collects excerpts from the following ECF filings:

    a. ECF 361-1 (Plaintiffs' Motion for Class Certification)

    b. ECF 361-2 (Plaintiffs' Trial Plan in Support of Motion for Class Certification)

    c. ECF 361-4 (Plaintiffs' Opposition to Google's Motion to Exclude Opinion of M. Lasinski)

    d. ECF 364-15 (Rebuttal Report of Anindya Ghose, Ph.D.)

    e. ECF 364-17 (Deposition Transcript of Michael Lasinski)

    f. ECF 364-18 (Rebuttal Report of Christopher R. Knittel, Ph.D.)

    g. ECF 364-23 (Expert Report of Michael Lasinski)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 30, 2025, at San Francisco, California.

                                                        */s/ Eduardo E. Santacana*
                                                        EDUARDO SANTACANA