# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Christopher J. Pollack, P87350 of Grand Rapids, Michigan is an active member of the State Bar of Michigan in good standing.

Christopher J. Pollack was admitted to practice in Michigan on January 25, 2024 in Kent County and became a member of the State Bar of Michigan on February 14, 2024.



Peter W. Cunningham, Executive Director
February 19, 2025