1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

ANIBAL RODRIGUEZ, et al.,

Case No.:  20-cv-04688-RS

11

Plaintiffs,

**DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PLAN AND NOTICES**

v.

12

GOOGLE LLC,

13

Defendant.

14

15

I, Cameron R. Azari, Esq., declare as follows:

16

1.      My name is Cameron R. Azari.  I understand that this declaration is being submitted

17

to the Court pursuant to the Court's orders  directing notice to members of the certified classes, which

18

require the class notice administrator to report requests for exclusion and related information

19

regarding implementation of the Court-approved notice plan.  *See* Dkt. 440.  I have personal

20

knowledge of the matters set forth herein, and I believe them to be true and correct.

21

2.      The facts in this declaration are based on my personal knowledge, as well as

22

information provided to me by my colleagues in the ordinary course of my business.

23

3.      I am a nationally recognized expert in the field of legal notice, and I have served as an

24

expert in hundreds of federal and state cases involving class action notice plans.

25

4.      I am a Senior Vice President of Epiq Class Action & Claims Solutions, Inc. ("Epiq")

26

and the Managing Director of Legal Notice (aka Hilsoft Notifications), a business unit of Epiq that

27

specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal

28

1  notification plans.  Epiq recently rebranded Hilsoft Notifications as Epiq Legal Noticing.  Epiq and

2  Epiq Legal Noticing will hereinafter be referred to as "Epiq."

3      5.    On May 31, 2024, the Court in its *Order Granting Plaintiffs' Motion to Direct Notice*

4  *to the Certified Classes* appointed Epiq ("Hilsoft Notifications") and myself as the class notice

5  administrator.

6      6.    Since then, I and Epiq's staff working at my direction have successfully carried out

7  the Court-approved Revised Class Notice Plan. As described herein, this was a massive effort.  Epiq

8  sent more than 369 million Email Notices, of which 93.1% were successfully delivered.  Epiq

9  supplemented the Email Notice effort with a Media Plan that included digital and social media

10  notices, sponsored search listings, and a case website.  Overall, the Class Notice efforts reached well

11  in excess of 85% of the Class, satisfying standards for due process.

12  **CLASS NOTICE PLAN**

13      7.    This declaration describes the successful implementation of the Revised Class Notice

14  Plan ("Class Notice Plan") and notices (the "Notice" or "Notices") for *Rodriguez et al. v. Google*

15  *LLC.*, Case No. 20-cv-04688, in the United States District Court for the Northern District of

16  California.

17      8.    I previously executed my *Declaration of Cameron R. Azari, Esq. Regarding Proposed*

18  *Class Notice Plan and Notices* ("Notice Plan Declaration") on March 7, 2024, which described the

19  Class Notice Plan, detailed Hilsoft's class action notice experience, and attached Hilsoft's *curriculum*

20  *vitae.*  I also provided my educational and professional experience relating to class actions and my

21  ability to render opinions on overall adequacy of notice programs.  Subsequently, I executed my

22  *Supplemental Declaration of Cameron R. Azari, Esq. Regarding Proposed Class Notice Plan and*

23  *Notices* ("Supplemental Notice Plan Declaration") on April 26, 2024, which advised the Court

24  whether any aspect of the Court's *Order Granting In Part Motion To "Clarify" Class Definition*

25  required changes to the previously approved Class Notice Plan, and additionally, identified what

26  revisions were made to the Notices as a result of Court approved changes to the class definition.

27

28

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND
ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

## NOTICE PLANNING METHODOLOGY

9.      Federal Rules of Civil Procedure Rule 23 directs that notice must be "the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort" and "the notice may be by one or more of the following: United States mail, electronic means, or other appropriate means."[1]  The Class Notice Plan as implemented satisfied these requirements.

10.     The Class Notice Plan included: (1) direct notice via email to email accounts associated with users who had Web & App Activity ("WAA") and/or supplemental Web & App Activity ("sWAA") turned off or "paused" at any time between during the Class Period (defined as any time between July 1, 2016 and September 23, 2024), which resulted in sending hundreds of millions of Email Notices; (2) supplemental notice via a Media Plan that included digital and social media, and sponsored search listings; (3) creation of a public website that includes key dates and important documents related to this litigation; (4) a chatbot that answers frequently asked questions from potential Class Members and provides additional information about this litigation; and (5) a toll-free telephone number through which potential Class Members can obtain additional information about this litigation.

11.     The Class Notice Plan as designed and implemented reached the greatest practicable number of Class Members.  The Class Notice Plan's individual direct email notice efforts resulted in one of the largest, if not the largest email noticing campaign ever implemented for a class action case, with more than 369 million Email Notices sent.  This was a massive notice effort.  The Email Notices alone were successfully delivered to approximately 93.1% of the Class who were sent an Email Notice, a high percentage of the Class (defined to include both of the Classes certified by the Court).  The reach of the individual notice effort was enhanced by a Media Plan that included digital and social media, sponsored search listings, and a case website.  Overall, the Class Notice Plan as planned and implemented reached well in excess of 85% of the Class.

12.     In my experience, the Class Notice Plan was consistent with other court-approved

---

[1] Fed. R. Civ. P. 23(c)(2)(B).

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

notice plans, was the best notice practicable under the circumstances of this case, and satisfied the requirements of due process, including its "desire to actually inform" requirement.[2]

## CLASS NOTICE PLAN DETAIL

13.    On January 3, 2024, the Court in the *Order Granting Motion to Certify Class and Denying Daubert Motion* certified the following Classes:

> **Class 1:** All individuals who, during the period beginning July 1, 2016 and continuing through the present (the "Class Period"), (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

> **Class 2:** All individuals who, during the Class Period (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

14.    Subsequently, on April 5, 2024, in the *Order Granting in Part Motion to "Clarify" Class Definition,* the certified classes under 23(b)(3) for the invasion of privacy and intrusion upon seclusion claims were modified by the Court as follows:

> **Class 1:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing through the present (the "Class Period"), (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase

---

[2] *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 315 (1950) ("But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it.   The reasonableness and hence the constitutional validity of any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected . . ."); *see also In re Hyundai & Kia Fuel Econ. Litig.*, 926 F.3d 539, 567 (9th Cir. 2019) ("To satisfy Rule 23(e)(1), settlement notices must 'present information about a proposed settlement neutrally, simply, and understandably.' 'Notice is satisfactory if it generally describes the terms of the settlement in sufficient detail to alert those with adverse viewpoints to investigate and to come forward and be heard.'") (citations omitted); N.D. Cal. Procedural Guidance for Class Action Settlements, Preliminary Approval (3) (articulating best practices and procedures for class notice).

4

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

**Class 2:** All "non-Enterprise" and "non-Unicorn" individuals who, during the Class Period (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

15.    Additionally, for the CDAFA claim, I understand that the 23(b)(3) classes as certified in the Court's original class certification order remain the same (i.e., the CDAFA classes under 23(b)(3) include Dasher and Unicorn users). Likewise, the 23(b)(2) classes follow the class definition as set forth in the original class certification order and include Dasher and Unicorn users.

16.    On May 31, 2024, the Court in the *Order Granting Plaintiffs' Motion to Direct Notice to the Certified Classes* approved the Revised Class Notice Plan and appointed Epiq ("Hilsoft Notifications") as class administrator.

17.    After the Court's *Order Granting Plaintiffs' Motion to Direct Notice to the Certified Classes* was entered, Epiq began implementing the Class Notice Plan. This declaration details the notice activities undertaken to date and explains how and why the Class Notice Plan was comprehensive and well-suited to reach the Class Members. This declaration also discusses the administration activity to date.

### *Individual Notice*

18.    As detailed in my two prior Notice Plan declarations, it is my understanding from Counsel that in order to create a Google Account, a user must either provide an email address or sign up for a Gmail address. I further understand from Counsel that Google's records of the email addresses associated with each of the active Google Accounts include email addresses for Gmail or another domain (e.g., AOL, Yahoo, Microsoft, Outlook, and Hotmail). It is my understanding from Counsel that Google also keeps records reflecting the WAA and sWAA settings associated with every active Google Account throughout the Class Period. As a result, the Class Notice Plan provided for sending an Email Notice to the email addresses associated with a Google Account for which the WAA or sWAA setting was turned off or "paused" at any time during the Class Period.

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND
ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

19.     Epiq worked with Counsel to facilitate obtaining Class Member data from Google so Epiq could successfully execute the Class Notice Plan Email Notice program.  From June 27, 2024, to October 31, 2024, Epiq received approximately 2,700 separate data files containing more than 1 billion records for Google's hundreds of millions of email addresses associated with accounts that had WAA and/or sWAA turned off or "paused" at any time during the Class Period.  These records included contact information for Class Members, identifiers for Unicorn and related parent accounts, and duplicate records.  After coordinating with counsel for the parties, Epiq conducted considerable data analysis of the more than 1 billion records, deduplicated and rolled-up the records, and loaded the unique, identified Class Member records into its database for this litigation.  These efforts resulted in 453,954,525 unique, potential Class Member email records.  Epiq used this data to send Email Notices directly to those accounts with a valid email address.

### Individual Notice - Direct Email

20.     Prior to sending Email Notice, multiple email validation and hygiene tools were used to verify and standardize the identified email addresses provided to Epiq and determine whether the email addresses were valid.  This is a necessary and critical process for the effectiveness of class action administration email campaigns today as it is common for high numbers of email records to be facially undeliverable or otherwise unattemptable.  After these efforts were complete, 369,165,744 valid, email addresses were identified to be sent Email Notice.

21.     Commencing on September 23, 2024, Epiq sent 369,165,744 Email Notices to those Class Members with an available valid email address (this includes a separate Email Notice sent to Parents of "Unicorn" Accounts).  The following table provides detailed statistics regarding the email noticing campaign and the results.

| | Emails Sent | Emails Delivered | Emails Undeliverable | Deliverability |
|---|---|---|---|---|
| **Email Notice Campaign Totals** | 369,165,744 | 343,940,177 | 25,225,567 | 93.1% |

22.     In conducting the email notice efforts, Epiq followed industry standard best practices.  The Email Notices were drafted in such a way that the subject line, the sender, and the body of the

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

message overcame SPAM filters and ensured readership to the fullest extent reasonably practicable. For instance, the Email Notices used an embedded html text format. This format provided easy-to-read text without graphics, tables, images, attachments, and other elements that increased the likelihood that the message could be blocked by Internet Service Providers (ISPs) and/or SPAM filters. Epiq sent the Email Notices from an IP address known to major email providers as one not used to send bulk "SPAM" or "junk" email blasts. Each Email Notice was transmitted with a digital signature to the header and content of the Email Notice, which allowed ISPs to programmatically authenticate that the Email Notices are from authorized mail servers. Each Email Notice was also transmitted with a unique message identifier.

23.    The Email Notices included an embedded link to the case website. By clicking the link, recipients were able to access the Long Form Notice (in English or Spanish) and other information about the litigation. The Email Notice is attached to this declaration as **Exhibit 1**. The Email Notice to Parents of "Unicorn" Accounts is attached to this declaration as **Exhibit 2**.

24.    If an Email Notice was returned as undeliverable, commonly referred to as a "bounce," the reason was documented by Epiq. For any Email Notice for which a bounce code was received indicating that the message was undeliverable, for reasons such as a full recipient mailbox, technical auto-replies, etc., at least two additional attempts were made to deliver the Notice by email.

### *Notice Results*

25.    As of March 20, 2025, an Email Notice was successfully delivered to 343,940,177 identified Class Members who were sent an Email Notice. This means the massive individual noticing effort delivered an Email Notice to approximately 93.1% of the Class who were sent an Email Notice. The reach of the individual notice effort was enhanced by a Media Plan that included digital and social media, sponsored search listings, and a case website. Overall, even taking into account invalid email records, the Class Notice Plan as planned and implemented reached well in excess of 85% of the Class.

### *Media Plan Summary*

26.    The Media Plan included various forms of notice including a digital/internet notice program (digital notice and social media), and internet sponsored search listings.

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

*Internet Digital Notice Campaign*

27.     Internet advertising has become a standard component in legal notice programs.  The internet has proven to be an efficient and cost-effective method to target class members as part of providing notice of a class action case.  According to MRI-Simmons data, 100% of adults 18+ in the United States who use Google are online and 90% of adults 18+ in the United States who use Google use social media.[3]

28.     The Notice Plan included targeted digital advertising on selected advertising networks and social media sites in various sizes and formats.  The Digital Notices were targeted to several custom audiences based on the demographics of the Classes.  Digital Notices ran on desktop, mobile, and tablet devices.  Digital Notices were also targeted (remarketed) to people who clicked on a Digital Notice.  According to MRI-Simmons data, the Target Audience spends an average of 30.4 hours per week on the internet.[4]

29.     Digital Notices were placed as targeted digital advertising on selected advertising networks such as *Basis Technologies* and the *Google Display Network*.  These advertising networks represent digital properties across all major content categories.  Digital Notices were also placed on *Gmail.com*.  Digital Notices included targeting in both English and Spanish to selected target audiences.  All Digital Notices were designed to encourage engagement by Class Members—by linking directly to the case website, allowing visitors easy access to relevant information and documents, including the Long Form Notice.  Consistent with best practices, the Digital Notices used language from the Long Form Notice headline, which allowed users to identify themselves as potential Class Members.

*Social Media Digital Internet Notice Campaign*

30.     The Digital Notices were also placed on the leading social media platforms in the United States, including *Facebook*, *Instagram*, *X* (*Twitter*), and *Reddit*.  The social media campaign used an interest-based approach which focuses on the interests that users exhibit while on the social media platforms, capitalizing on the Target Audience's propensity to engage in social media.

---

[3] MRI-Simmons 2024 Survey of the American Consumer®.
[4] MRI-Simmons 2022 Survey of the American Consumer®.

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

According to MRI-Simmons data, the Target Audience spends an average of 15.49 hours per week on social media.[5]

31.    *Facebook* is the leading social networking site in the United States with 60% of all social media usage with 193.8 million users,[6] and *Instagram* has 156 million active users in the United States.[7] The Digital Notices on *Facebook* and *Instagram* were both English and Spanish.

32.    *X* (*Twitter*) is a popular microblogging social media website that allows posts/tweets containing images or videos. Users can like, comment, and share/retweet posts. *X* has more than 106 million users in the United States.[8]

33.    *Reddit* is a widely used social forum website that contains more than one million communities known as subreddits. These communities cover specific topics making this an ideal platform to reach individuals with focused interests. *Reddit* has more than 57 million users in the United States.[9]

34.    More details regarding the targeting, distribution, and specific ad sizes of the Digital Notices are included in the following table.

| Digital Plan | Target | Language | Ad Sizes | Delivered Impressions |
|---|---|---|---|---|
| *Basis Ad Network* | A18+ | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 5,353,784 |
| *Google Display Network* | Affinity Audience:[10] Gmail | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 13,200,670 |
| *Google Display Network* | Intent Audience:[11] Gmail | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 12,964,019 |
| *Google Display Network* | Affinity Audience: Google Chrome | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 13,152,511 |

---

[5] MRI-Simmons 2022 Survey of the American Consumer®.
[6] Statista Digital 2023: Global Overview Report. Statista, founded in 2007, is a leading provider of worldwide market and consumer data and is trusted by thousands of companies around the world for data. Statista.com consolidates statistical data on over 80,000 topics from more than 22,500 sources and makes.
[7] Statista Digital 2023: Global Overview Report.
[8] Statista Digital 2023: Global Overview Report.
[9] Statista Digital 2023: Global Overview Report.
[10] "Custom Affinity Audience" allowed for targeting specific websites, keywords, and/or relevant content the target may have been viewing.
[11] "Custom Intent Audience" allowed for targeting people that were researching or purchasing certain items on the internet.

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

| Digital Plan | Target | Language | Ad Sizes | Delivered Impressions |
|---|---|---|---|---|
| Google Display Network | Intent Audience: Google Chrome | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 12,936,803 |
| Gmail.com Ads | Adults 18+ | English & Spanish | Gmail Promotional Ad | 26,826,044 |
| Facebook | Interest: Gmail | English & Spanish | Newsfeed & Right Hand Column | 10,413,010 |
| Facebook | Interest: Chrome Browser | English & Spanish | Newsfeed & Right Hand Column | 12,902,065 |
| Facebook | Interest: Android (OS) | English & Spanish | Newsfeed & Right Hand Column | 7,759,262 |
| Instagram | Interest: Gmail | English & Spanish | Newsfeed | 6,620,964 |
| Instagram | Interest: Chrome Browser | English & Spanish | Newsfeed | 13,024,889 |
| Instagram | Interest: Android (OS) | English & Spanish | Newsfeed | 6,523,292 |
| Reddit | /r/Gmail | English | Reddit Feed Ads | 5,179,658 |
| Reddit | /r/Chrome | English | Reddit Feed Ads | 5,123,258 |
| Reddit | /r/Android | English | Reddit Feed Ads | 5,040,339 |
| X (Twitter) | Interest: Gmail | English | Twitter Feed Ads | 5,184,219 |
| X (Twitter) | Interest: Chrome Browser | English | Twitter Feed Ads | 5,231,879 |
| X (Twitter) | Interest: Android (OS) | English | Twitter Feed Ads | 5,058,217 |
| Yahoo Audience Network | A18+ | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 5,714,215 |
| **TOTAL** | | | | **178,209,098** |

35.     Combined, approximately 178.2 million impressions were generated by the Digital Notices nationwide.  The internet advertising campaign ran from September 27, 2024, through November 7, 2024.  Clicking on the Digital Notices linked the readers to the case website, where they could easily obtain detailed information about the case.  Examples of the Digital Notices are attached to this declaration as **Exhibit 3**.

### Sponsored Search Listings

36.     To facilitate locating the case website, sponsored search listings were acquired on the

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

three most highly-visited internet search engines: *Google*, *Yahoo!*, and *Bing*. When visitors to these search engines searched for selected keyword combinations related to the case, the sponsored search listing advertisement created for this case were displayed. Generally, the sponsored search listing advertisement appeared at the top of the visitor's website page prior to the search results or in the upper right-hand column of the web-browser screen. The sponsored search listings were displayed nationwide. All sponsored search listings linked directly to the case website.

37.    The sponsored search listings ran from September 27, 2024, through November 7, 2024. The sponsored listings were displayed 240,837 times, which resulted in 9,867 clicks that displayed the case website. A complete list of the sponsored search keyword combinations is attached to this declaration as **Exhibit 4**. Examples of the sponsored search listing as displayed on each search engine are attached to this declaration as **Exhibit 5**.

### *Case Website*

38.    On September 11, 2024, Epiq established a case website with an easy to remember domain name (www.GoogleWebAppActivityLawsuit.com). The case website contains relevant documents and information including: (i) details regarding the ability to opt-out and the deadline to do so; (ii) the dates and locations of relevant Court proceedings; (iii) the toll-free telephone number for the case; (iv) the Class Notice (Long Form Notice) in English and Spanish; and (v) relevant Court Orders and other filings. In addition, the case website includes answers to frequently asked questions ("FAQs"), contact information for the administrator, and instructions regarding how to obtain other case-related information. The case website address was prominently displayed in all notice documents. The Long Form Notice in English is attached to this declaration as **Exhibit 6**. The Spanish Long Form Notice in English is attached to this declaration as **Exhibit 7**. The content of the FAQs & Answers is attached to this declaration as **Exhibit 8**.

39.    The case website also includes chatbot functionality to allow Class Members to easily obtain additional information by submitting questions and receiving approved responses based on the content in the Notices and FAQs. As of March 20, 2025, there have been 450,558 unique visitor sessions to the case website, and 662,342 web pages have been presented.

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND
ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

*Toll-free Telephone Number and Postal Mailing Address*

40.     On September 11, 2024, Epiq established a toll-free telephone number (1-855-822-8821) to allow Class Members to call and obtain additional information in English or Spanish.  Callers are able to hear an introductory message and have the option to learn more about the case in the form of recorded answers to FAQs. The automated telephone system is available 24 hours per day, 7 days per week.  The toll-free telephone number was prominently displayed in all notice documents.  As of March 20, 2025, there have been 3,969 calls to the toll-free telephone number representing 9,570 minutes of use.

41.     A postal mailing address was established and continues to be available, allowing Class Members the opportunity to request additional information or ask questions.

## PLAIN LANGUAGE NOTICE DESIGN

42.     The Notices were designed to be "noticed," reviewed, and—by presenting the information in plain language[12]—to be understood by Class Members.  The design of the Notices followed the principles embodied in the Federal Judicial Center's ("FJC") illustrative "model" notices posted at www.fjc.gov.  Many courts, and the FJC itself, have approved notices written by Epiq's legal notice experts and designed in a similar fashion.  The Notices contained substantial, albeit easy-to-read, summaries of all key information about the action and the rights of Class Members including the ability to submit a request to opt-out, and the deadline to do so.  Consistent with our normal practice, all notice documents underwent a final edit prior to actual mailing and dissemination for grammatical errors and accuracy.

*Requests for Exclusion*

43.     The deadline to request exclusion from the case or to object to the case was February 20, 2025.  As of March 20, 2025, Epiq has received 542 requests for exclusion.[13]  The Exclusion Report is attached to this declaration as **Exhibit 9**.

---

[12] Rule 23(c)(2) of the Federal Rules of Civil Procedure requires class action notices to be written in "plain, easily understood language."

[13] Each email address that was included in a request for exclusion by a Class Member is considered a separate request for exclusion.  Those Class Members who submitted a request for exclusion(s) for one or more email addresses may have additional email addresses for which they did *not* request exclusion.

12

## CONCLUSION

44.     In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, by federal and/or state statutes, court rules, case law, and the recognized notice standards under the Federal Rules of Civil Procedure Rule 23.  This framework directs that a notice plan be optimized to reach the class, and to provide class members with easy access to the details of how the class action may impact their rights.  All these requirements were met in this case with the Class Notice Plan.

45.     The comprehensive Class Notice Plan included a massive individual noticing effort, which delivered an Email Notice to approximately 93.1% of the hundreds of millions of Class Members who were sent an Email Notice.  The reach of the individual notice efforts was enhanced by a Media Plan that included, digital and social media, sponsored search listings, and a case website.  Overall, the Class Notice Plan as implemented reached well in excess of 85% of the most expansive definition of the Class.

46.     The Federal Judicial Center's ("FJC's) *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, which is relied upon for federal cases, states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class.  It is reasonable to reach between 70–95%."[14]  Here, we have developed and implemented a Class Notice Plan that readily achieved a reach well within that standard.

47.     The Class Notice Plan followed the guidance for how to satisfy due process obligations that a notice expert gleans from the United States Supreme Court's seminal decisions, which are: a) to endeavor to actually inform the class, and b) to demonstrate that notice is reasonably calculated to do so.

      a)    "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it," *Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950).

---

[14] Fed. Judicial Ctr, Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide 3 (2010), available at https://www.fjc.gov/content/judges-class-action-notice-and-claims-process-checklist-and-plain-language-guide-0.

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

b)    "[N]otice must be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections," *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156 (1974) citing *Mullane* at 314.

48.    Based on my extensive experience of designing and implementing class action notice programs, it is my opinion that the Class Notice Plan provided the best notice practicable under the circumstances of this case, conformed to all aspects of Federal Rules of Civil Procedure Rule 23, comported with the guidance for effective notice articulated in the Manual for Complex Litigation 4th Ed. and FJC guidance, and met the requirements of due process, including its "desire to actually inform" requirement.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 20, 2025.

_____
Cameron R. Azari, Esq.

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING IMPLEMENTATION AND
ADEQUACY OF CLASS NOTICE PLAN AND NOTICES

# Exhibit 1

**From:**                  Google Web App Activity Lawsuit <rodriguezvgoogle@e.epiqnotice.com>

**To:**                    ████████████

**Subject:**               Court-Ordered Notice of Class Action

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>

## If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.

For more information about the lawsuit, read below or visit
www.GoogleWebAppActivityLawsuit.com.

Para una notificacion en Español, visitar www.GoogleWebAppActivityLawsuit.com.

*A federal Court authorized this Notice. This is not a solicitation from a lawyer.*

**What is the lawsuit about?** Four Google account holders ("Plaintiffs") filed a class action lawsuit alleging that Google LLC ("Google") unlawfully accessed their devices and data, including app activity data on their mobile devices, even though the Google activity controls called Web & App Activity ("WAA") and/or a sub-setting concerning "Chrome history and activity from sites, apps, and devices that use Google services," sometimes called supplemental Web & App Activity ("sWAA") were turned off or "paused." Plaintiffs allege Google unlawfully accessed their mobile devices to collect, save, and use the data concerning their activity on non-Google apps that have incorporated certain Google software code into the apps. Plaintiffs have three legal claims: (1) invasion of privacy; (2) intrusion upon seclusion (similar to invasion of privacy); and (3) violation of the Comprehensive Computer Data Access and Fraud Act ("CDAFA"). For all three legal claims, Plaintiffs seek money damages and changes to Google's practices.

Google denies Plaintiffs' legal claims and does not admit any wrongdoing. The Court has not decided who is right.

**You are receiving this Notice because Google's records indicate that you may be a Class Member.**

The Court decided the legal claims brought by Plaintiffs can proceed as a nationwide class action. You may be included as a Class Member if you have or had WAA and/or sWAA turned off or "paused" at any time between July 1, 2016, and September 23, 2024. This Notice only advises you of the existence of this lawsuit, your rights and options, and the deadlines to exercise them, if you are a Class Member. More specifically, the Court certified the following classes.

**Comprehensive Computer Data Access and Fraud Act ("CDAFA")**

For the alleged violation of the CDAFA, the Court certified the following classes:

<u>Class 1:</u> All individuals who, during the period beginning July 1, 2016, and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

<u>Class 2:</u> All individuals who, during the period beginning July 1, 2016, and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

**Invasion of Privacy and Intrusion upon Seclusion**

For the alleged invasion of privacy and intrusion upon seclusion legal claims, the Court certified the same Class 1 and Class 2 but <u>excluded</u> individuals who only have an "Enterprise" account or "supervised Google Account for users under age 13" (also known as a "Unicorn" account). An "Enterprise" account is an account managed by an administrator that is designed for use by end users within an organization, such as businesses, non-profits, and schools. A "supervised Google Account for users under age 13" is an account created for a minor when they are under the age of 13, which is created and supervised by a parent using Google Family Link.

<u>Class 1:</u> All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016, and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

<u>Class 2:</u> All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

If you are a child for whom a supervised Google Account for users under age 13 was created, please discuss this Notice with your parent or guardian to help you decide whether you may be a Class Member. If you are a parent or guardian supervising a Google Account for users under age 13, and if Google's records indicate your child may be a Class Member, you will receive a separate Notice. Please review that Notice with your child to help them decide whether they may be a Class Member.

**Is there any money or benefits available now?** No money or benefits are available now. The Court has not decided whether Google did anything wrong, and Plaintiffs and Google have not settled the lawsuit. There is no guarantee money or benefits will be obtained in the future. You will be notified if money or benefits become available.

**What happens if I do nothing at all?** If you do nothing, you will remain a Class Member. If Plaintiffs obtain money or benefits from this lawsuit—as a result of a trial or a settlement—you

may receive a payment or benefits in the future. If you do nothing now, regardless of whether Plaintiffs win or lose, you will be legally bound by all Court orders and judgments regarding the legal claims in this lawsuit. You will lose the right to bring or maintain a separate lawsuit against Google for the legal claims alleged in this lawsuit.

**How do I exclude myself?** To exclude yourself, you must send a written request by mail stating that you want to be excluded from *Rodriguez v. Google LLC*. You must include your name, address, telephone number, email address, and your signature. You must mail your exclusion request **postmarked** by **February 20, 2025**, to: Rodriguez v. Google Exclusions, P.O. Box 2749, Portland, OR 97208-2749.

You cannot exclude yourself on the phone or by email. To exclude yourself, you must do so individually and separately; no consolidated, group, or mass requests for exclusion will be accepted. If you timely ask to be excluded, you will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Google in the future regarding the legal claims in this lawsuit. If you do not exclude yourself, by **February 20, 2025**, you will remain a Class Member and be bound by the orders of the Court in this lawsuit.

**Do I have a lawyer in this case?** Yes. The Court has appointed the following lawyers as Class Counsel to represent Class Members. You may also hire your own lawyer at your own expense who may appear on your behalf.

| | | |
|---|---|---|
| Mark C. Mao | John A. Yanchunis | Bill Carmody |
| Beko Reblitz-Richardson | Ryan J. McGee | SUSMAN GODFREY LLP |
| BOIES SCHILLER FLEXNER LLP | MORGAN & MORGAN | One Manhattan West |
| 44 Montgomery St., 41st Floor | 201 N. Franklin Street, 7th Floor | 50th Floor |
| San Francisco, CA 94104 | Tampa, FL 33602 | New York, NY 10001 |
| | | |
| James Lee | | Amanda Bonn |
| BOIES SCHILLER FLEXNER LLP | | SUSMAN GODFREY LLP |
| 100 SE 2nd St., 28th Floor | | 1900 Ave. of the Stars, Suite 1400 |
| Miami, FL 33131 | | Los Angeles, California 90067 |

**How do I get more information?** This Notice is a summary. Learn more about the lawsuit at www.GoogleWebAppActivityLawsuit.com or call 1-855-822-8821.

You may also obtain information regarding the lawsuit on the Court docket in this lawsuit, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS LAWSUIT. **ALL QUESTIONS SHOULD BE DIRECTED TO THE NOTICE ADMINISTRATOR OR CLASS COUNSEL.**

AK573 v.03

If ▮▮▮▮▮▮▮▮▮▮▮▮ should not be subscribed or if you need to change your subscription information for Rodriguez v. Google, please use this preferences page.

Exhibit 2

**From:**          Google Web App Activity Lawsuit <rodriguezvgoogle@e.epiqnotice.com>

**To:**            ████████████

**Subject:**       Court-Ordered Notice of Class Action for Supervised Accounts

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>

**If your child has or had a supervised Google Account for which either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting was turned off or "paused," your child could be included in an ongoing class action lawsuit.**

For more information about the lawsuit, read below or visit
[www.GoogleWebAppActivityLawsuit.com](www.GoogleWebAppActivityLawsuit.com).

Para una notificacion en Español, visitar [www.GoogleWebAppActivityLawsuit.com](www.GoogleWebAppActivityLawsuit.com).

*A federal Court authorized this Notice. This is not a solicitation from a lawyer.*

**What is the lawsuit about?** Four Google account holders ("Plaintiffs") filed a class action lawsuit alleging that Google LLC ("Google") unlawfully accessed their devices and data, including app activity data on their mobile devices, even though the Google activity controls called Web & App Activity ("WAA") and/or a sub-setting concerning "Chrome history and activity from sites, apps, and devices that use Google services," sometimes called supplemental Web & App Activity ("sWAA") were turned off or "paused." Plaintiffs allege Google unlawfully accessed their mobile devices to collect, save, and use the data concerning their activity on non-Google apps that have incorporated certain Google software code into the apps. Plaintiffs have three legal claims: (1) invasion of privacy; (2) intrusion upon seclusion (similar to invasion of privacy); and (3) violation of the Comprehensive Computer Data Access and Fraud Act ("CDAFA"). For all three legal claims, Plaintiffs seek money damages and changes to Google's practices.

Google denies Plaintiffs' legal claims and does not admit any wrongdoing. The Court has not decided who is right.

**You are receiving this Notice because Google's records indicate that your child has or had a supervised Google Account and may be a Class Member.** A "supervised Google Account for users under age 13" is an account created for a minor when they are under the age of 13, which is supervised by a parent using Google Family Link.

The Court decided the legal claims brought by Plaintiffs can proceed as a nationwide class action. Your child may be included as a Class Member if their supervised Google Account has or had WAA and/or sWAA turned off or "paused" at any time between July 1, 2016, and September

23, 2024. This Notice only advises you of the existence of this lawsuit, your child's rights and options, and the deadlines to exercise them, if they are a Class Member. More specifically, the Court certified the following classes.

**Comprehensive Computer Data Access and Fraud Act ("CDAFA")**

For the alleged violation of the CDAFA, the Court certified the following classes:

**Class 1:** All individuals who, during the period beginning July 1, 2016, and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

**Class 2:** All individuals who, during the period beginning July 1, 2016, and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

**Invasion of Privacy and Intrusion upon Seclusion**

For the alleged invasion of privacy and intrusion upon seclusion legal claims, the Court certified the same Class 1 and Class 2 but excluded individuals who only have an "Enterprise" account or "supervised Google Account for users under age 13" (also known as a "Unicorn" account). An "Enterprise" account is an account managed by an administrator that is designed for use by end users within an organization, such as businesses, non-profits, and schools. A "supervised Google Account for users under age 13 (or the applicable age in your country)" is an account created for a minor when they are under the age of 13, which is supervised by a parent using Google Family Link. If your child's supervised Google Account was created when they were under the age of 13 and the child is now 13 or older, including being over the age of 18, they may still be a Class Member.

**Class 1:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016, and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

**Class 2:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016, and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

If you are a parent or guardian supervising a Google Account for your child and if Google's records indicate that you may be a Class Member in your own right, you will receive a separate Notice.

**Is there any money or benefits available now?** No money or benefits are available now. The Court has not decided whether Google did anything wrong, and Plaintiffs and Google have not settled the lawsuit. There is no guarantee money or benefits will be obtained in the future. You will be notified if money or benefits become available.

**What happens if I do nothing at all?** If you do nothing, your child will remain a Class Member. If Plaintiffs obtain money or benefits from this lawsuit—as a result of a trial or a settlement—your child may receive a payment or benefits in the future. If you do nothing now, regardless of whether Plaintiffs win or lose, your child will be legally bound by all Court orders and judgments regarding the legal claims in this lawsuit. You will lose the right to bring or maintain a separate lawsuit against Google for the legal claims alleged in this lawsuit on behalf of your child.

**How do I exclude my child?** To exclude your child, you must send a written request by mail stating that you want them to be excluded from *Rodriguez v. Google LLC*. You must include the name of your child, and the address, telephone number, email address associated with your child's supervised Google Account, and your name, telephone number, email address, and signature. You must mail this exclusion request **postmarked** by **February 20, 2025**, to: Rodriguez v. Google Exclusions, P.O. Box 2749, Portland, OR 97208-2749.

You cannot exclude your child on the phone or by email. To exclude your child, you must do so individually and separately; no consolidated, group, or mass requests for exclusion will be accepted. That means you cannot consolidate your written request to be excluded with your child's request if you are also a Class Member. If you timely ask for your child to be excluded, your child will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Google on behalf of your child in the future regarding the legal claims in this lawsuit. If you do not exclude your child by **February 20, 2025**, they will remain a Class Member and be bound by the orders of the Court in this lawsuit.

**Do I have a lawyer in this case?** Yes. The Court has appointed the following lawyers as Class Counsel to represent Class Members. You may also hire your own lawyer at your own expense who may appear on your behalf.

| | | |
|---|---|---|
| Mark C. Mao | John A. Yanchunis | Bill Carmody |
| Beko Reblitz-Richardson | Ryan J. McGee | SUSMAN GODFREY LLP |
| BOIES SCHILLER FLEXNER LLP | MORGAN & MORGAN | One Manhattan West, 50th Floor |
| 44 Montgomery St., 41st Floor | 201 N. Franklin Street, 7th Floor | New York, NY 10001 |
| San Francisco, CA 94104 | Tampa, FL 33602 | |
| | | |
| James Lee | | Amanda Bonn |
| BOIES SCHILLER FLEXNER LLP | | SUSMAN GODFREY LLP |
| 100 SE 2nd St., 28th Floor | | 1900 Ave. of the Stars, Suite 1400 |
| Miami, FL 33131 | | Los Angeles, CA 90067 |

**How do I get more information?** This Notice is a summary. Learn more about the lawsuit at www.GoogleWebAppActivityLawsuit.com or call 1-855-822-8821.

You may also obtain information regarding the lawsuit on the Court docket in this lawsuit, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS LAWSUIT. **ALL QUESTIONS SHOULD BE DIRECTED TO THE NOTICE ADMINISTRATOR OR CLASS COUNSEL.**

AK637 v.03

If ██████████████ should not be subscribed or if you need to change your subscription information for Rodriguez v. Google, <u>please use this preferences page</u>.

Exhibit 3

# Technology

Artificial Intelligence | Cybersecurity | Space | Disrupted



## Apple must face narrowed privacy lawsuit over its apps

Legal · September 27, 2024 · 11:50 AM EDT

A federal judge narrowed a lawsuit accusing Apple of violating the privacy of iPhone, iPad and Apple Watch users by collecting their personal data through proprietary apps such as the App Store, Apple Music and Apple TV.



Trump says he will seek Google's prosecution if he wins election

2:35 PM EDT



Boards, Policy & Regulation

EU privacy regulator fines Meta 91 million euros over password storage

7:51 AM EDT



If you have previously had either the Google "Web & App Activity" control or the

Report this ad









**Reuters**

World ⌄   US Election   Business ⌄   Markets ⌄   Sustainability ⌄   Legal   Breakingviews   Technology ⌄   More

My News   🔍   Sign In   Register

# Technology

( Artificial Intelligence )   ( Cybersecurity )   ( Space )   ( Disrupted )





**Trump says he will seek Google's prosecution if he wins election**
2:35 PM EDT





Boards, Policy & Regulation
**EU privacy regulator fines Meta 91 million euros over password storage**
7:51 AM EDT

## Apple must face narrowed privacy lawsuit over its apps

Legal · September 27, 2024 · 11:50 AM EDT

A federal judge narrowed a lawsuit accusing Apple of violating the privacy of iPhone, iPad and Apple Watch users by collecting their personal data through proprietary apps such as the App Store, Apple Music and Apple TV.









**Reuters**

World ∨    US Election    Business ∨    Markets ∨    Sustainability ∨    Legal ∨    Breakingviews ∨    Technology ∨    More ∨    My News    Sign In    Register

# Technology

Artificial Intelligence    Cybersecurity    Space    Disrupted



## Apple must face narrowed privacy lawsuit over its apps

Legal · September 27, 2024 · 11:50 AM EDT

A federal judge narrowed a lawsuit accusing Apple of violating the privacy of iPhone, iPad and Apple Watch users by collecting their personal data through proprietary apps such as the App Store, Apple Music and Apple TV.



Trump says he will seek Google's prosecution if he wins election

2:35 PM EDT



Boards, Policy & Regulation
EU privacy regulator fines Meta 91 million euros over password storage

7:51 AM EDT



you could be included in an ongoing class action lawsuit.

Learn More

Report this ad



Cybersecurity



Technology




Brazil to propose steps to block use of



Boards, Policy & Regulation

# Miami Herald

NEWS    SPORTS    BUSINESS    POLITICS    OPINION    GAMES    OBITUARIES    CAREERS    BANKING    GUIDES    SPORTS BETTING    90°F

**Enjoy 3 months for only 99¢!**  Take advantage of this exclusive limited-time offer.    SAVE NOW

# Sports

MIAMI DOLPHINS    MIAMI HEAT    MIAMI MARLINS    FLORIDA PANTHERS    INTER MIAMI    UM    FIU    UF    FSU    SOCCER    HIGH SCHOOLS    SPORTS BETTING





If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.

Learn More

MIAMI DOLPHINS

## Dolphins could be forced to play without linebacker David Long, the team's leading tackler

Miami Dolphins leading tackler David Long Jr. should be shelved for Monday's game against his former team

UPDATED SEPTEMBER 27, 2024, 3:45 PM



MIAMI DOLPHINS

### What the Dolphins QB coach noticed watching Huntley. And coaches dish on personnel issues

UPDATED SEPTEMBER 27, 2024, 1:06 PM



FLORIDA PANTHERS

### Quick hits on how Panthers lineup is shaping up. And how to watch preseason games

SEPTEMBER 27, 2024, 12:07 PM



HIGH SCHOOL SPORTS

### Results are in. Miami Central's McQueen voted High School Football Player of the Week

SEPTEMBER 27, 2024, 11:52 AM

NATIONAL SPORTS NEWS

If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused,"



  
# U.S. NEWS

Top stories from around the country.



Mike Carlson / AP

**WEATHER**

**Helene ravages the Southeast, killing at least 22 and leaving millions without power**

**LIVE**

**Flash flood emergency in effect for Atlanta as water rescues are underway**

**WEATHER**

**Track Helene's path across the U.S.**



Texas Senate Media Services

**EXCLUSIVE**

**Texas lawmaker vows to ban medical research on unclaimed bodies after NBC News investigation**

**As families searched, a Texas medical school cut up their loved ones**

**Read more on NBC News' series investigating the use of unclaimed bodies for medical research**

---

## LATEST U.S. NEWS

 U.S. NEWS
**NYC Mayor Adams pleads not guilty to federal corruption charges**

## TOP STORIES ON NBC NEWS

 NBC NEWS NOW
**Helene's devastation stretches from Florida into the Carolinas**

## POLITICS NEWS

 DONALD TRUMP
**Meeting with Zelenskyy, Trump says he will negotiate a Ukraine-Russia deal 'good for both sides'**



you could be included in an ongoing class action lawsuit.

**Learn More**

 **NBC NEWS**   LIVE: HELENE   MIDDLE EAST   2024 ELECTION   POLITICS   U.S. NEWS   WORLD   SHOPPING   TIPLINE          • WATCH LIVE      

# U.S. NEWS

Top stories from around the country.



WEATHER

**Helene ravages the Southeast, killing at least 22 and leaving millions without power**

LIVE

**Flash flood emergency in effect for Atlanta as water rescues are underway**

WEATHER

**Track Helene's path across the U.S.**



EXCLUSIVE

**Texas lawmaker vows to ban medical research on unclaimed bodies after NBC News investigation**

**As families searched, a Texas medical school cut up their loved ones**

**Read more on NBC News' series investigating the use of unclaimed bodies for medical research**

## LATEST U.S. NEWS



U.S. NEWS

**NYC Mayor Adams pleads not guilty to federal corruption charges**

## TOP STORIES ON NBC NEWS



NBC NEWS NOW

**Helene's devastation stretches from Florida into the Carolinas**

## POLITICS NEWS



DONALD TRUMP

**Meeting with Zelenskyy, Trump says he will negotiate a Ukraine-Russia deal 'good for both sides'**

**If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.**

Learn More



## TODAY'S PICKS



*"BEST WATCH EVERRRR"*

### Trump's $100,000 Watches Are the Most Tragic Celebrity Watch Yet

ALISTAIR CHARLTON



MORE WORK, MORE PAY

### Shein Workers Have Had It—and They're Going Public

LOUISE MATSAKIS AND JOHANNA COSTIGAN



ARCHIVE THIS

# The Internet Archive's Fight to Save Itself

The web's collective memory is stored in the servers of the Internet Archive. Legal battles threaten to wipe it all away.

KATE KNIBBS

## MOST RECENT




### Chat Podcasts Rule the Market—and Always Will

JASON PARHAM




### Scientists Figured Out How to Recycle Plastic by Vaporizing It

ELIZABETH RAYNE, ARS TECHNICA



### The Best Gaming Laptops for Any Quest

ERIC RAVENSCRAFT



### Solar Sails and Comet Tails: How Sunlight Pushes Stuff Around

RHETT ALLAIN



### These Are the Best Dyson Vacuums You Can Buy

BRENDA STOLYAR

## THE BIG STORY

THE BIG INTERVIEW

# Trae Stephens Has Built AI



# Oura Ring 4 presenta un diseño más delgado, tamaños adicionales y detección mejorada a partir de $349

Brian Calentador — 3 de octubre de 2024

CRÉDITOS DE LA IMAGEN: NUESTRA

Oura presentó el jueves la cuarta generación de su popular anillo inteligente. El Oura Ring 4 llega poco menos de tres años después del debut de su predecesor. A pesar de la diferencia, el nuevo dispositivo portátil perfecciona en gran medida la experiencia, en lugar de reinventarla.

El cambio de hardware más notable es el perfil más delgado, algo extraño para un dispositivo que ya era extremadamente compacto. La gran diferencia se encuentra en el interior del anillo, ya que los sensores que antes estaban elevados ahora están empotrados, lo que crea una experiencia más consistente y, con suerte, cómoda.

Al igual que el Oura 3 , el nuevo anillo está fabricado en titanio, un material ligero y duradero que se ajusta a un peso similar al de un anillo estándar. Está disponible en una gama más amplia de tamaños de anillo, del 4 al 15, y en seis colores diferentes, incluido un "aspecto negro más profundo".

Oura afirma que, a pesar de que los sensores están alejados del dedo, el nuevo anillo recopila datos más precisos que los modelos anteriores. El nuevo modelo contiene un acelerómetro para el movimiento; LED verdes, rojos e infrarrojos para medir la frecuencia cardíaca y respiratoria; y un sensor de temperatura.



Si con anterioridad hubiese hecho que se desactivara o "pausara" el control de "Actividad web y de aplicaciones" de Google o la



DISRUPT

Escala tu startup de Serie A a Serie B en Disrupt 2024

Reservar ahora



## Más populares

- OpenAI también consiguió una línea de crédito masiva
- Google incorpora anuncios a AI Overviews a medida que amplía el



TE TechCrunch El último | Empresas emergentes | Empresa Manzana Seguridad AI Aplicaciones Eventos Podcasts Boletines Informativos | Iniciar sesión



# Oura Ring 4 presenta un diseño más delgado, tamaños adicionales y detección mejorada a partir de $349

Brian Calentador - 3 de octubre de 2024

CRÉDITOS DE LA IMAGEN: NUESTRA

Oura presentó el jueves la cuarta generación de su popular anillo inteligente. El Oura Ring 4 llega poco menos de tres años después del debut de su predecesor. A pesar de la diferencia, el nuevo dispositivo portátil perfecciona en gran medida la experiencia, en lugar de reinventarla.

El cambio de hardware más notable es el perfil más delgado, algo extraño para un dispositivo que ya era extremadamente compacto. La gran diferencia se encuentra en el interior del anillo, ya que los sensores que antes estaban elevados ahora están empotrados, lo que crea una experiencia más consistente y, con suerte, cómoda.

Al igual que el Oura 3 , el nuevo anillo está fabricado en titanio, un material ligero y duradero que se ajusta a un peso similar al de un anillo estándar. Está disponible en una gama más amplia de tamaños de anillo, del 4 al 15, y en seis colores diferentes, incluido un "aspecto negro más profundo".

Oura afirma que, a pesar de que los sensores están alejados del dedo, el nuevo anillo recopila datos más precisos que los modelos anteriores. El nuevo modelo contiene un acelerómetro para el movimiento; LED verdes, rojos e infrarrojos para medir la frecuencia cardíaca y respiratoria; y un sensor de temperatura.



subconfiguración de "Actividad web y de aplicaciones complementarias",



DISRUPT — Escala tu startup de Serie A a Serie B en Disrupt 2024

Reservar ahora



Más populare



# Oura Ring 4 presenta un diseño más delgado, tamaños adicionales y detección mejorada a partir de $349

Brian Calentador    3 de octubre de 2024

CRÉDITOS DE LA IMAGEN: NUESTRA

Oura presentó el jueves la cuarta generación de su popular anillo inteligente. El Oura Ring 4 llega poco menos de tres años después del debut de su predecesor. A pesar de la diferencia, el nuevo dispositivo portátil perfecciona en gran medida la experiencia, en lugar de reinventarla.

El cambio de hardware más notable es el perfil más delgado, algo extraño para un dispositivo que ya era extremadamente compacto. La gran diferencia se encuentra en el interior del anillo, ya que los sensores que antes estaban elevados ahora están empotrados, lo que crea una experiencia más consistente y, con suerte, cómoda.

Al igual que el Oura 3 , el nuevo anillo está fabricado en titanio, un material ligero y duradero que se ajusta a un peso similar al de un anillo estándar. Está disponible en una gama más amplia de tamaños de anillo, del 4 al 15, y en seis colores diferentes, incluido un "aspecto negro más profundo".

Oura afirma que, a pesar de que los sensores están alejados del dedo, el nuevo anillo recopila datos más precisos que los modelos anteriores. El nuevo modelo contiene un acelerómetro para el movimiento; LED verdes, rojos e infrarrojos para medir la frecuencia cardíaca y respiratoria; y un sensor de temperatura.



es posible que formase parte de una demanda colectiva en curso.

Obtenga más información

Actividad web y de aplicaciones



DISRUPT    Escala tu startup de Serie A a Serie B en Disrupt 2024

Reservar ahora



## Más populares

OpenAI también consiguió una

≡ Secciones

SUBSCRIBE

LOG IN

DEPORTES

# Tras reciente lesión, Francia prescinde de Mbappé para Liga de Naciones



El delantero francés Kylian Mbappé (10) pugna el balón con el italiano Samuele Ricci en un partido de la Liga de Naciones de la UEFA, el viernes 6 de septiembre de 2024, en París. (AP Foto/Michel Euler)   (Michel Euler / Associated Press)

**Por ASSOCIATED PRESS**
Associated Press

Oct. 3, 2024 8:31 AM PT

⤷ Share

PARÍS —  Kylian Mbappé fue descartado por Francia para sus próximos partidos de la Liga de Naciones con el fin de que el astro pueda recuperarse plenamente de una leve dolencia muscular.

Aunque Mbappé ingresó en el segundo tiempo de la derrota 1-0 que su Real Madrid sufrió de visita a Lille en la Liga de Campeones el miércoles, el seleccionador francés Didier Deschamps decidió prescindir de sus servicios tras consultar con el capitán.

ANUNCIO

Si con anterioridad hubiese hecho que se desactivase o "pausara" el control de "Actividad web y de aplicaciones" de Google o la subconfiguración de "Actividad web y de aplicaciones complementarias", es posible que formase parte de una demanda colectiva en curso.

Obtenga más información



## Notas Recientes

**Alemania, Brasil y Canadá fuera; la Copa Mundial femenina comienza a ser más equitativa**

Ago. 4, 2023

**Mahomes se visualiza mejorando tras un inicio lento, pese a que Chiefs tienen marca de 4-0**

Oct. 2, 2024

**Mitchell desempata con jonrón en la 8va, Chourio aporta 2 jonrones**

Oct. 2, 2024



Si con anterioridad hubiese hecho que se desactivase o "pausara" el control de "Actividad web y de aplicaciones" de Google o la subconfiguración de "Actividad web y de aplicaciones complementaria",



NEGOCIO   2 DE OCTUBRE DE 2024 13:59

# Hackear la IA generativa para divertirse y obtener ganancias

**El Sundai Club se reúne una vez al mes con el objetivo de superar los límites de la inteligencia artificial generativa. A principios de este año, sus miembros crearon una herramienta muy útil para periodistas.**





es posible que formase parte de una demanda colectiva en curso.

**Obtenga más información**

**SERÁ CABALLERO**  NEGOCIO  2 DE OCTUBRE DE 2024 13:59

# Hackear la IA generativa para divertirse y obtener ganancias

**El Sundai Club se reúne una vez al mes con el objetivo de superar los límites de la inteligencia artificial generativa. A principios de este año, sus miembros crearon una herramienta muy útil para periodistas.**



**Si con anterioridad hubiese hecho que se desactivase o "pausara" el control de "Actividad web y de aplicaciones" de Google o la subconfiguración de "Actividad web y de aplicaciones complementaria", es posible que formase parte de una demanda colectiva en curso.**

Obtenga más información

Reportar este anuncio

Noticias, datos y análisis exclusivos para profesionales del mercado financiero    LSEG

**Reuters**   Mundo ⌄   Elecciones en EE.UU.   Negocio ⌄   Mercados ⌄   Sostenibilidad ⌄   Legal ⌄   Vistas de última hora ⌄   Tecnología ⌄      Mis noticias   🔍      Iniciar sesión      Registro

Más ⌄

# Tecnología

( Inteligencia artificial )  ( Ciberseguridad )  ( Espacio )  ( Interrumpido )





Inteligencia artificial

**OpenAI obtiene una línea de crédito de 4.000 millones de dólares tras una importante ronda de financiación**
12:11 PM EDT · Actualizado hace una hora



Conocimiento

**Los conductores de Uber y Lyft usan Teslas como robotaxis improvisados, lo que genera preocupaciones de seguridad**
6:44 a. m., hora del este de EE. UU.



This is **Enterprise AI**

Learn how    C3.ai

Reportar este anuncio

## Exclusivo: Los navegadores rivales denuncian que las prácticas de Microsoft en Edge son injustas y deberían estar sujetas a las normas tecnológicas de la UE

Juntas directivas, políticas y regulación·3 de octubre de 2024 · 10:57 a. m. EDT









☰  M Gmail

✏️ Compose

📥 Inbox        318
⭐ Starred

🔍 Search mail

1–50 of 18,219    ‹ ›

☐ ▾  ↻  ⋮

📥 Primary          🏷️ **Promotions**          👥 Social **4 new**
                                                Facebook, Facebook Comments

☆ Google Lawsuit    [Ad] Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting?    ⋮

 Gmail

← Delete ⭐ Save to Inbox

**Google Lawsuit**
googlewebappactivitylawsuit.com

⋮



# Google Lawsuit

Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting?

**Learn more**

 Gmail

← 🗑 Delete ⭐ Save to Inbox

⋮

googlewebappactivitylawsuit.com



# Demanda contra Google

¿Desactivar o "pausar" previamente el ajuste "Actividad web y de aplicaciones" o WAA suplementario de Google?

**Más información**

Legal Notice
Sponsored · 🌐

Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting?



GOOGLEWEBAPPACTIVITYLAWSUIT.COM
Google Class Action Lawsuit

Learn more

Like     Comment     Share

Sponsored

LIMITED EDITION
azestcorner.com





Search Facebook

 Friends

 Memories

 Saved

 Groups

 Video

 Marketplace

 Feeds

See more

**Legal Notice**
Sponsored · 🌐

¿Desactivar o "pausar" previamente el ajuste "Actividad web y de aplicaciones" o WAA suplementario de Google?



GOOGLEWEBAPPACTIVITYLAWSUIT.COM

**Demanda colectiva contra Google**

Learn more

👍 Like          💬 Comment          ↪ Share



Instagram

legal.notice
Sponsored
• • •



**Learn more**                                    >

♡  ○  ◁                                          ⊓

Turn off or "pause" the Google "Web & App Activity" or
supplemental WAA setting?



legal notice
Sponsored

**Learn more**    ❯

legal.notice ¿Desactivar o "pausar" el ajuste "Actividad web y de aplicaciones" o WAA suplementario de Google?

If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.



googlewebappactivitylawsuit.com

Learn More

⬆ Vote ⬇          💬 0          ↪ Share

u/Class-Action-Notice Promoted

If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.



googlewebappactivitylawsuit.com

**Learn More**

 Vote     0     Share

**Class Action** 🟡 @class notice

If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.



googlewebappactivitylawsuit.com
Google Class Action Lawsuit | Google Account



Promoted

**Class Action**

If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.



googlewebappactivitylawsuit.com
Google Class Action Lawsuit | Google Account


Promoted



## Lazy exercise still counts. Make the most out of your workout by doing the least.

Even if exercise isn't your favorite thing, you can still sneak in movement. Here are some tips.

**Get moving (a little) »**

### Daily Horoscope

Libra ∨



**September 27 - Libra ·** Your soft side is fully engaged today, but it might be dragging you down. Try not to worry too much about whether or not you're doing what's right. Just do...

See more »



If you have previously had either the Google "Web & App Activity" control or the



Bottled water contains harmful contaminants. Here are safer ways to hydrate.



On the hunt for Novavax: Why people are seeking out 'traditional' COVID vaccine



Egg prices are up. Why you should still eat them.



6 mental health lessons from 'The Great British Baking Show'



3 dermatologists explain why you still need to wear sunscreen in the fall

## █ Stories for you



Lifestyle · Cosmopolitan

### Step It Up: Meet the Best Fitness Trackers That Make Sweat Your Bestie

Discover the best fitness trackers of 2024. From heart-rate monitoring to step counting, these gadgets will elevate your workouts and keep you motivated.

16 min read



Ad · Fisher Investments

### How Long Does $1 Million Last After 60?

For those with a $500k+ portfolio, download The Definitive Guide to Retirement Income to learn ways to grow your wealth.



Health · CNN

### 'Chroming' is killing some kids. Experts explain this trend

Chroming, or getting high via inhaling hydrocarbons by misusing a variety of legal products, is trending among adolescents, and it sometimes ends in death.

6 min read

Health · United Press International

### New treatment might ease symptoms of ulcerative colitis

An experimental monoclonal antibody treatment appears to ease the digestive disorder ulcerative colitis in patients who've failed other medications, a new trial shows.

4 min read

Lifestyle · People

**Mom Urged Doctors to Pay Attention to Daughter's Symptoms**

### █ Editors' Picks



**Alcohol warning labels haven't changed in 35 years. Could an update help people cut back on drinking?**
Yahoo Life



**Lazy exercise is still exercise. How to make the most out of your workout by doing the least.**
Yahoo Life



**Egg prices are up. Here's why you should still eat them — and how to make them last longer.**
Yahoo Life



**'The Great British Baking Show' is back. 6 lessons the feel-good series can teach us about friendship,...**
Yahoo Life



**Can you reverse a cavity in your tooth? Here's what dentists say.**
Yahoo Life



optimum.
Get the Optimum Sports Package on us when you add TV
Learn more



## Lazy exercise still counts. Make the most out of your workout by doing the least.

Even if exercise isn't your favorite thing, you can still sneak in movement. Here are some tips.

**Get moving (a little) ›**

**Daily Horoscope**   Libra ⌄



**September 27 - Libra -** Your soft side is fully engaged today, but it might be dragging you down. Try not to worry too much about whether or not you're doing what's right. Just do...

See more »





**Bottled water contains harmful contaminants. Here are safer ways to hydrate.**



**On the hunt for Novavax: Why people are seeking out 'traditional' COVID vaccine**



**Egg prices are up. Why you should still eat them.**



**6 mental health lessons from 'The Great British Baking Show'**



**3 dermatologists explain why you still need to wear sunscreen in the fall**

## ▮ Stories for you



Lifestyle · Cosmopolitan

### Step It Up: Meet the Best Fitness Trackers That Make Sweat Your Bestie

Discover the best fitness trackers of 2024. From heart-rate monitoring to step counting, these gadgets will elevate your workouts and keep you motivated.

16 min read



Ad · Fisher Investments

### How Long Does $1 Million Last After 60?

For those with a $500k+ portfolio, download The Definitive Guide to Retirement Income to learn ways to grow your wealth.



Health · CNN

### 'Chroming' is killing some kids. Experts explain this trend

Chroming, or getting high via inhaling hydrocarbons by misusing a variety of legal products, is trending among adolescents, and it sometimes ends in death.

6 min read



Health · United Press International

### New treatment might ease symptoms of ulcerative colitis

An experimental monoclonal antibody treatment appears to ease the digestive disorder ulcerative colitis in patients who've failed other medications, a new trial shows.

4 min read

## ▮ Editors' Picks



**Alcohol warning labels haven't changed in 35 years. Could an update help people cut back on drinking?**
Yahoo Life



**Lazy exercise is still exercise. How to make the most out of your workout by doing the least.**
Yahoo Life



**Egg prices are up. Here's why you should still eat them — and how to make them last longer.**
Yahoo Life



**'The Great British Baking Show' is back. 6 lessons the feel-good series can teach us about friendship,...**
Yahoo Life



**Can you reverse a cavity in your tooth? Here's what dentists say.**
Yahoo Life



eureka®

**yahoo!**life    Search the web    More ⌄    ✉ Mail    Sign in



## Lazy exercise still counts. Make the most out of your workout by doing the least.

Even if exercise isn't your favorite thing, you can still sneak in movement. Here are some tips.

**Get moving (a little) »**

**Daily Horoscope**    Libra ⌄



September 27 · Libra - Your soft side is fully engaged today, but it might be dragging you down. Try not to worry too much about whether or not you're doing what's right. Just do...

See more »



you could be included in an ongoing class action lawsuit

**Learn More**


**Bottled water contains harmful contaminants. Here are safer ways to hydrate.**


**On the hunt for Novavax: Why people are seeking out 'traditional' COVID vaccine**


**Egg prices are up. Why you should still eat them.**


**6 mental health lessons from 'The Great British Baking Show'**


**3 dermatologists explain why you still need to wear sunscreen in the fall**

## Stories for you



Lifestyle · Cosmopolitan

### Step It Up: Meet the Best Fitness Trackers That Make Sweat Your Bestie

Discover the best fitness trackers of 2024. From heart-rate monitoring to step counting, these gadgets will elevate your workouts and keep you motivated.

16 min read



Ad · Fisher Investments

### How Long Does $1 Million Last After 60?

For those with a $500k+ portfolio, download The Definitive Guide to Retirement Income to learn ways to grow your wealth.



Health · CNN

### 'Chroming' is killing some kids. Experts explain this trend

Chroming, or getting high via inhaling hydrocarbons by misusing a variety of legal products, is trending among adolescents, and it sometimes ends in death.

6 min read



Health · United Press International

### New treatment might ease symptoms of ulcerative colitis

An experimental monoclonal antibody treatment appears to ease the digestive disorder ulcerative colitis in patients who've failed other medications, a new trial shows.

4 min read



Lifestyle · People

### Mom Urged Doctors to Pay Attention to Daughter's Symptoms.

## Editors' Picks


**Alcohol warning labels haven't changed in 35 years. Could an update help people cut back on drinking?**
Yahoo Life


**Lazy exercise is still exercise. How to make the most out of your workout by doing the least.**
Yahoo Life


**Egg prices are up. Here's why you should still eat them — and how to make them last longer.**
Yahoo Life


**'The Great British Baking Show' is back. 6 lessons the feel-good series can teach us about friendship,...**
Yahoo Life


**Can you reverse a cavity in your tooth? Here's what dentists say.**
Yahoo Life



Mail    Sign in

Tech    Reviews & Deals ⌄    Audio    Computing    Gaming ⌄    Health    Home    Phones    Science    TVs




### Engadget Podcast: PS5 Pro hands-on and Meta's wild Orion AR glasses

We've finally had a chance to try the PlayStation 5 Pro and Engadget's Jessica Condit has come away impressed.

Read More »

**Editors' Picks**


Juice up your gadgets with this power bank duo that's over 90% off — just $20
Yahoo Tech


'Must-have for outdoor adventures': This solar power bank is over 90% off
Yahoo Tech


Unlike the Fitbit, this smartwatch tracks blood pressure, and it's down to $22
Yahoo Tech


When 48,000+ fans rave about $22 earbuds, we listen up — save over 50%
Yahoo Tech


Too many gadgets, not enough plugs? This $10 outlet extender is the fix you need
Yahoo Tech


**Amazon October Prime Day 2024: The best early deals we found ahead of the Big...**


**It's the last day to get three months of Disney+ Basic for only $6**


**Zillow is adding climate risk data to all US for-sale listings**


**X suspends journalist Ken Klippenstein after he published J.D. Vance dossier**


**The Final Fantasy Pixel Remaster series finally arrives on Xbox**

▐ **Stories for you**



Technology · Engadget
### Prime Day deals include this Blink Outdoor 4 and Echo Show 5 bundle for only $60
A bundle of the Blink Outdoor 4 camera and Echo Show 5 smart display has dropped to $60, the lowest price to date. But you'll need to be a Prime member to snag this discount.
2 min read



Ad · Harris Victory Fund    ⋮
### Team Harris-Walz: Fundraising Deadline
We cannot win without your support. Donate to Team Harris-Walz and help us reach our goals.



Lifestyle · Engadget
### Amazon Prime Day 2024: The best deals ahead of the October Big Deal Days sale and everything we know so far
These are the best early Prime Day deals we found in the lead-up to October Prime Day 2024.
13 min read



Business · Digital Trends
### Google has paused its latest Pixel Watch update. Here's why
Google has finally pulled the Wear OS 5 update to Pixel Watch and Pixel Watch 2 customers. The update has caused many of these watches to crash.
1 min read



Technology · Engadget
### Google launches Gemini's contextual smart replies in Gmail
Google has started rolling out Gemini-generated smart replies for Gmail, which are more detailed and have more context than its old version of smart replies.
1 min read

ADVERTISEMENT

If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.

Learn More



▐ **Buyer's Guides**


The best noise-cancelling earbuds for 2024, tested and reviewed
Yahoo Tech


The best soundbars for 2024: My 7 top picks for theater-quality audio at home
Yahoo Tech

# entertainment

Search the web

Entertainment | Movies | TV + Streaming | How to Watch | Music | Celebrity | Books | The It List | Interviews | Yahoo Picks


If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused,"



## Quiz: How well have you kept up with the week's entertainment news?

This week has seen Hota Kotb say goodbye to 'Today,' 'Grotesquerie' score a football player, and 'Dancing With The Stars' send celebrities home.

Read More »

### Daily Horoscope

Libra ⌄



**September 27 - Libra** - Your soft side is fully engaged today, but it might be dragging you down. Try not to worry too much about whether or not you're doing what's right. Just do...

See more »



**Maggie Smith, 'Harry Potter' and 'Downton Abbey' star, dies at 89**



**Will Ferrell on transphobia: 'I think we fear what we don't know'**



**Beyoncé's 'Cowboy Carter' collaborators win People's Choice Country Awards**



**Lana Del Rey reportedly marries her alligator tour guide boyfriend**



**Francis Ford Coppola releases unconventional epic film 'Megalopolis'**

## Stories for you



News · People

### Ariana Madix Pumps Up the Red Carpet with Her Sexy Style at DirecTV and PEOPLE's Reality TV Celebration

The 39-year-old Vanderpump Rules star arrived to host the DirecTV reality TV celebration in a long black dress that featured see-through, and glitter stripes.



Ad · Harris Victory Fund

### From Gov. Tim Walz: Donate before my debate with JD Vance

JD Vance and Donald Trump want to take America backwards. Kamala and I are charting a New Way Forward for all Americans. Donate to Team Harris-Walz before my debate with JD Vance.


optimum.

Get settled online in a flash, our speeds help you get comfortable in your new digital home.

Learn more

Play games for free on Yahoo

**y!** entertainment

Search the web

Mail | Sign in

Entertainment | Movies | TV + Streaming | How to Watch | Music | Celebrity | Books | The It List | Interviews | Yahoo Picks

you could be included in an ongoing class action lawsuit.

**Learn More**



## Quiz: How well have you kept up with the week's entertainment news?

This week has seen Hoda Kotb say goodbye to 'Today', 'Grotesquerie' score a football player, and 'Dancing With The Stars' send celebrities home.

**Read More »**

### Daily Horoscope

Libra ⌄



**September 27 - Libra -** Your soft side is fully engaged today, but it might be dragging you down. Try not to worry too much about whether or not you're doing what's right. Just do...

See more »







**Maggie Smith, 'Harry Potter' and 'Downton Abbey' star, dies at 89**

**Will Ferrell on transphobia: 'I think we fear what we don't know'**

**Beyoncé's 'Cowboy Carter' collaborators win People's Choice Country Awards**

**Lana Del Rey reportedly marries her alligator tour guide boyfriend**

**Francis Ford Coppola releases unconventional epic film 'Megalopolis'**

optimum

Get Optimum Fiber Internet starting at $40/mo.

Shop now



## Stories for you



News · People

### Ariana Madix Pumps Up the Red Carpet with Her Sexy Style at DirecTV and PEOPLE's Reality TV Celebration

The 39-year-old Vanderpump Rules star arrived to host the DirecTV reality TV celebration in a long black dress that featured see-through, and glitter stripes.

### Play games for free on Yahoo

Featured game | Word | Board | Card ›

Masque

**dominoes All Fives**



Dominoes: All Fives

Play game

Provided by Masque Publishing




Ad · Harris Victory Fund

**From Gov. Tim Walz: Donate before my debate with JD Vance**

JD Vance and Donald Trump want to take America backwards. Kamala and I are charting a New Way Forward for all Americans. Donate to Team Harris-Walz before my debate with JD Vance.

### Editors' Picks

**Richard Simmons estate battle brews between brother, housekeeper:**

Celebrity · People

### How Did George and Amal Clooney Meet? All About Their Chance

**yahoo!**

Search the web

More ⌄

✉ Mail    Sign in

If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.

**Learn More**

ⓘ ▷ ✕

**THE YODEL:** Helene threatens multiple states as a tropical storm; Southwest Airlines confirms new seating policy — and more
Get caught up on the biggest stories of the day with our newsletter.  ›



## Flooding, rescues, 4M+ without power as Helene churns through Southeast

At least four people have been reported dead as the monster storm unleashed 140 mph winds and flash floods.

**Live tracker »**

### Sneak a peek at what's coming

We're building a better yahoo.com to show more of what's important to you.

**Try it out**

**▌Trending Now**

| | |
|---|---|
| 1. Hurricane Helene | 6. Free COVID Tests |
| 2. Maggie Smith | 7. Presidents Cup |
| 3. Donald Trump | 8. Asheville Flooding |
| 4. Shania Twain | 9. Dallas Cowboys |
| 5. Detroit Tigers | 10. Hoda Kotb |


Floridians ride out Hurricane Helene aboard their boats


Maggie Smith, 'Harry Potter' and 'Downton Abbey' star, dies at 89


What's 'chroming'? Experts explain the dangerous social media trend among youths.


Teen claiming ownership of Ohtani's historic home run ball sues


China's Navy tried to conceal sinking of its new nuclear sub, U.S. officials say

**▌Stories for you**



Entertainment · E! News

### How Boy Meets World 's Ben Savage Views Maitland Ward's Porn Career

Maitland Ward, who played Rachel McGuire during the final seasons of Boy Meets World, shared how costar Ben Savage supported her amid her porn career in an exclusive E! News...

💬 491 · 15 min read



Ad · Blissy    ⋮

### Dermatologist: I Sleep On This Pillowcase. (This May Surprise You)

Most people turn to serums, creams, and topical products to try fix their skin issues and hair complaints. But studies show, and medical professionals agree, that changing your PILLOWCASE ...

Politics · The Hill



○ Outreach

92%  68%

Retain, expand, and make Outreach *yours*

# y!entertainment

Buscar en la web    🔍

Noticias   Finanzas   Deportes   Más ⌄

✉ Correo    Iniciar sesión

Entretenimiento   Cine   TV + Transmisión   Cómo ver   Música   Celebridad   Libros   La lista de It   Entrevistas   Selecciones de Yahoo

🟪 Cine



**Celebridad** · Películas de Yahoo

### Sarah Paulson dice que es hora de que la gente tome a su coprotagonista Kim Kardashian "en serio como actriz"

Sarah Paulson habla sobre su nueva película de terror "Hold Your Breath" y por qué está emocionada de trabajar con Kim Kardashian en el nuevo drama legal de Ryan Murphy.

2 minutos de lectura



Si con anterioridad hubiese hecho que se desactivase o "pausara" el control de "Actividad web y de aplicaciones" de Google o la



**Anuncio** · Fondo de Victoria de Harris      ⋮

### Dona ahora al Fondo de Victoria de Harris

Es hora de unirnos para trazar un nuevo camino a seguir y pasar página con respecto a Donald Trump. Contribuya ahora para apoyar a la vicepresidenta Kamala Harris y a los demócratas de todo el país.



**Entretenimiento** · Películas de Yahoo

### Interpretar a Damian en 'Chicas pesadas' fue una bendición y una maldición para Daniel Franzese

Daniel Franzese reflexiona sobre el legado inesperado de su personaje y cómo, a veces, lo ha obstaculizado.

5 minutos de lectura



**Celebridad** · Películas de Yahoo

### Ariana DeBose dice que la fama de 'West Side Story' trajo consigo 'sus propios desafíos': 'No había un manual sobre cómo lidiar con ello o...

La estrella de "House of Spoils", Ariana DeBose, reflexiona sobre su victoria en el Oscar, su vertiginoso 2022 y dice que está bien "decir que no" y "cuidarse".

4 minutos de lectura



**Entretenimiento** · Películas de Yahoo

### Kate Winslet recuerda el comentario "estúpido" de un inversor cuando le presentó "Lee": "Me motivó mucho más"

Kate Winslet habla sobre su apasionante proyecto "Lee" y cómo "no se le da muy bien relajarse", diciéndole a Yahoo: "Me desconecto cuando me voy a dormir".

3 minutos de lectura

   

Términos y Política De Privacidad
Panel De Privacidad   Anunciar
Acerca De Nuestros Anuncios   Carreras   Ayuda
Comentario
© 2024 Yahoo. Todos los derechos reservados.

**Anuncio** · $489,99 · WAYFAIR      ⋮

### Cama Ause

El barrio de Wayford te espera



**Entretenimiento** · Películas de Yahoo

### Algunas proyecciones de 'Megalopolis' incluyen la actuación de un actor en vivo. Es una de las muchas formas en que la nueva película d...

Las estrellas Adam Driver y Giancarlo Esposito llamaron al director "un ser humano extraordinario" y un "visionario" después de su búsqueda de décadas para hacer realidad el...

6 minutos de lectura

**Celebridad** · Películas de Yahoo

**y!entertainment**    Buscar en la web    🔍    Noticias  Finanzas  Deportes    Más ⌄    ✉ Correo    Iniciar sesión

Entretenimiento    Cine    TV + Transmisión    Cómo ver    Música    Celebridad    Libros    La lista de It    Entrevistas    Selecciones de Yahoo

## ▍Cine



subconfiguración de "Actividad web y de aplicaciones complementaria",



Celebridad · Películas de Yahoo

### Sarah Paulson dice que es hora de que la gente tome a su coprotagonista Kim Kardashian "en serio como actriz"

Sarah Paulson habla sobre su nueva película de terror "Hold Your Breath" y por qué está emocionada de trabajar con Kim Kardashian en el nuevo drama legal de Ryan Murphy.

2 minutos de lectura



Anuncio · Fondo de Victoria de Harris    ⋮

### Dona ahora al Fondo de Victoria de Harris

Es hora de unirnos para trazar un nuevo camino a seguir y pasar página con respecto a Donald Trump. Contribuya ahora para apoyar a la vicepresidenta Kamala Harris y a los demócratas de todo el país.



Entretenimiento · Películas de Yahoo

### Interpretar a Damian en 'Chicas pesadas' fue una bendición y una maldición para Daniel Franzese

Daniel Franzese reflexiona sobre el legado inesperado de su personaje y cómo, a veces, lo ha obstaculizado.

5 minutos de lectura



Celebridad · Películas de Yahoo

### Ariana DeBose dice que la fama de 'West Side Story' trajo consigo 'sus propios desafíos': 'No había un manual sobre cómo lidiar con ello o...

La estrella de "House of Spoils", Ariana DeBose, reflexiona sobre su victoria en el Oscar, su vertiginoso 2022 y dice que está bien "decir que no" y "cuidarse".

4 minutos de lectura



Entretenimiento · Películas de Yahoo

### Kate Winslet recuerda el comentario "estúpido" de un inversor cuando le presentó "Lee": "Me motivó mucho más"

Kate Winslet habla sobre su apasionante proyecto "Lee" y cómo "no se le da muy bien relajarse", diciéndole a Yahoo: "Me desconecto cuando me voy a dormir".

3 minutos de lectura

Anuncio · $489,99 · WAYFAIR    ⋮

### Cama Ause

El barrio de Waybord te espera



    

Términos y Política De Privacidad
Panel De Privacidad  Anunciar
Acerca De Nuestros Anuncios  Carreras  Ayuda
Comentario
© 2024 Yahoo. Todos los derechos reservados.

Entretenimiento · Películas de Yahoo

### Algunas proyecciones de 'Megalópolis' incluyen la actuación de un...

Entretenimiento    Cine    TV + Transmisión    Cómo ver    Música    Celebridad    Libros    La lista de It    Entrevistas    Selecciones de Yahoo

🟣 **Cine**



Celebridad · Películas de Yahoo

### Sarah Paulson dice que es hora de que la gente tome a su coprotagonista Kim Kardashian "en serio como actriz"

Sarah Paulson habla sobre su nueva película de terror "Hold Your Breath" y por qué está emocionada de trabajar con Kim Kardashian en el nuevo drama legal de Ryan Murphy.

2 minutos de lectura


es posible que formase parte de una demanda colectiva en curso.
Obtenga más información
Actividad web y de operaciones

Anuncio · Fondo de Victoria de Harris ⋮

### Dona ahora al Fondo de Victoria de Harris

Es hora de unirnos para trazar un nuevo camino a seguir y pasar página con respecto a Donald Trump. Contribuya ahora para apoyar a la vicepresidenta Kamala Harris y a los demócratas de todo el país.



Entretenimiento · Películas de Yahoo

### Interpretar a Damian en 'Chicas pesadas' fue una bendición y una maldición para Daniel Franzese

Daniel Franzese reflexiona sobre el legado inesperado de su personaje y cómo, a veces, lo ha obstaculizado.

5 minutos de lectura



Celebridad · Películas de Yahoo

### Ariana DeBose dice que la fama de 'West Side Story' trajo consigo 'sus propios desafíos': 'No había un manual sobre cómo lidiar con ello o...

La estrella de "House of Spoils", Ariana DeBose, reflexiona sobre su victoria en el Oscar, su vertiginoso 2022 y dice que está bien "decir que no" y "cuidarse".

4 minutos de lectura



Entretenimiento · Películas de Yahoo

### Kate Winslet recuerda el comentario "estúpido" de un inversor cuando le presentó "Lee": "Me motivó mucho más"

Kate Winslet habla sobre su apasionante proyecto "Lee" y cómo "no se le da muy bien relajarse", diciéndole a Yahoo: "Me desconecto cuando me voy a dormir".

3 minutos de lectura



Anuncio · $489,99 · WAYFAIR ⋮

### Cama Ause

El barrio de Waybord te espera

   

Entretenimiento · Películas de Yahoo

### Algunas proyecciones de 'Megalopolis' incluyen la actuación de un actor en vivo. Es una de las muchas formas en que la nueva película d...

 Buscar en la web          Noticias  Finanzas  Deportes  Más ⌄          ✉ Correo   Iniciar sesión

¡A jugar! Son juegos gratuitos, rápidos y divertidos.     Resuelve el crucigrama diario     Ordenar y apilar en Solitaire Classic     Empareja y elimina en Mahjo

🅱 ¿Por qué puedes confiar en nosotros?   Engadget ha estado probando y analizando tecnología de consumo desde 2004. Nuestras historias pueden incluir enlaces de afiliados; si compras algo a través de un enlace, es posible que ganemos una comisión. Lee más sobre cómo evaluamos los productos .

engadget

# El Amazon Prime Day ya está casi aquí: estas son las mejores ofertas anticipadas para comprar antes de los Big Deal Days de octubre

Las ofertas tecnológicas del Prime Day ya están aquí antes del evento de ventas de la próxima semana.

 Valentina Palladino · Editor adjunto, Asesoramiento de compras
ActualizadoJueves, 3 de octubre de 2024 a las 11:47 a. m. EDT · 12 min de lectura



Engadget

Amazon Prime Big Deal Days regresa este año, y se realizará el 8 y 9 de octubre . El " Prime Day de otoño " ha servido como el inicio no oficial de la temporada de compras navideñas del minorista en línea durante los últimos años.

Esperamos que la mayoría de las ofertas sean exclusivas de Prime, lo que

Si con anterioridad hubiese hecho que se desactivase o "pausara" el control de "Actividad web y de aplicaciones" de Google o la subconfiguración de "Actividad web y de aplicaciones complementaria", es posible que formase parte de una demanda colectiva en curso.

Obtenga más información

Actividad web y de aplicaciones

Si con anterioridad hubiese hecho que se desactivase o "pausara" el control de "Actividad web y de aplicaciones" de Google o la subconfiguración de "Actividad web y de aplicaciones complementaria",



# La gente se mudó a Asheville para escapar del clima extremo y olvidaron su trágica historia.

Laura Paddison y Holly Yan

ActualizadoJueves, 3 de octubre de 2024 a las 12:51 p. m. EDT · 5 minutos de lectura

  565



Asheville se promocionaba como un refugio climático, un lugar para escapar de los peores estragos del clima extremo. Pero el camino de destrucción mortal del huracán Helene revela que esta ciudad de Carolina del Norte, como cualquier otra en Estados Unidos, nunca estuvo a salvo; es solo que la memoria es corta y el alcance de la crisis climática se subestima constantemente.

"Si vives en un lugar donde puede llover, vives en un lugar donde pueden inundarse", dijo Kathie Dello, climatóloga estatal de Carolina del Norte. La



yahoo! Buscar en la web     Noticias   Finanzas   Deportes   Más ⌄    ✉ Correo    Iniciar sesión

es posible que formase parte de una demanda colectiva en curso.
**Obtenga más información**



# La gente se mudó a Asheville para escapar del clima extremo y olvidaron su trágica historia.

**Laura Paddison y Holly Yan**

ActualizadoJueves, 3 de octubre de 2024 a las 12:51 p. m. EDT · 5 minutos de lectura

↥    💬 565



Asheville se promocionaba como un refugio climático, un lugar para escapar de los peores estragos del clima extremo. Pero el camino de destrucción mortal del huracán Helene revela que esta ciudad de Carolina del Norte, como cualquier otra en Estados Unidos, nunca estuvo a salvo; es solo que la memoria es corta y el alcance de la crisis climática se subestima constantemente.

"Si vives en un lugar donde puede llover, vives en un lugar donde pueden inundarse", dijo Kathie Dello, climatóloga estatal de Carolina del Norte. La semana pasada demostró esa realidad con crudeza.

Después de que el huracán Helene tocó tierra en Florida como huracán de

Raymour & Flanigan
FURNITURE | MATTRESSES »
$66 OFF!
$40 OFF!

Best Selling Chairs

**yahoo!tech**

Buscar en la web

Más ▾

✉ Correo    Iniciar sesión

Tecnología    Reseñas y ofertas ▾    Audio    Computación    Juego de azar ▾    Salud    Hogar    Teléfonos    Ciencia    Televisores

Si con anterioridad hubiese hecho que se desactivase o "pausara" el control de "Actividad web y de aplicaciones" de Google o la subconfiguración de "Actividad web y de aplicaciones complementaria", es posible que formase parte de una demanda colectiva en curso.

Obtenga más información


Actividad web y de aplicaciones

### OpenAI ahora tiene una línea de crédito de $4 mil millones además de $6,6 mil millones en...

OpenAI tiene acceso a aún más dinero después de revelar que ha establecido una nueva línea de crédito de 4.000 millones de dólares con bancos globales. La empresa cerró una ronda...

Leer más "



**Pistas de Wordle de hoy para el número 1202: pistas y respuestas para el jueves 3...**



**Amazon Prime Day 2024 de octubre: las mejores ofertas anticipadas que...**



**Un juez bloquea una nueva ley de California que prohíbe la distribución de deepfake...**



**La última imagen de supernova de la NASA podría decirnos qué tan rápido se...**



**El espeluznante Crow Country llegará a Nintendo Switch el 16 de octubre**

▌ **Selecciones de los editores**



**El Amazon Echo Spot cuesta solo $45 (más del 40 % de descuento) con esta oferta anticipada del Prime Day**
Tecnología De Yahoo



**Consigue el Fire TV Stick por 20 $ (50 % de descuento) con esta oferta anticipada de Amazon Prime Day**
Tecnología De Yahoo



**A diferencia del Fitbit, este reloj inteligente monitorea la presión arterial y cuesta solo $22**
Tecnología De Yahoo



**Imprescindible para las aventuras al aire libre: este banco de energía solar tiene un descuento de más del 90 %**
Tecnología De Yahoo



**Este cargador de viaje de primera categoría con indicador de batería ahora cuesta $18, es decir, un 40 % ...**
Tecnología De Yahoo

▌ **Historias para ti**



Entretenimiento · Engadget
### Saber Interactive está desarrollando un 'RPG AAA' basado en Avatar: La leyenda de Aang

Saber Interactive está desarrollando un "juego de rol AAA" basado en Avatar: The Last Airbender. Paramount lo califica como "el videojuego más grande en la historia de la...
2 minutos de lectura



Anuncio · Fondo de Victoria de Harris
### El tiempo se acaba... Conoce a Kamala Harris y Tim Walz

⋮


optimum.
## Get 1 Gig Fiber Internet for $60/mo.

Switch now

w/ Auto Pay & Paperless Bill. Wired connection to 940 Mbps. WiFi speeds may vary. Not available in all areas.

▌ **Guías del comprador**



**Los mejores auriculares con cancelación de ruido de 2024, probados y analizados**
Tecnología De Yahoo



**Las mejores barras de sonido para 2024: mis 7 mejores opciones para disfrutar de un audio con calidad d...**



Entretenimiento · Engadget
### El Rubber Keyed Wonder es un retrato adorable del Sinclair ZX Spectrum

'The Rubber Keyed Wonder' es una mirada cariñosa, aunque miope, al Sinclair ZX Spectrum.
5 minutos de lectura

Exhibit 4

# *Rodriguez v Google*
## Sponsored Search Keyword List

Rodriguez v Google Litigation
Rodriguez v Google Class Action
Rodriguez v Google Class Action Lawsuit
Rodriguez v Google Lawsuit
Rodriguez Litigation
Rodriguez Class Action
Rodriguez Class Action Lawsuit
Rodriguez Lawsuit
Google Litigation
Google Class Action
Google Class Action Lawsuit
Google Lawsuit
Google Web Activity Litigation
Google Web Activity Class Action
Google Web Activity Class Action Lawsuit
Google Web Activity Lawsuit
Google App Activity Litigation
Google App Activity Class Action
Google App Activity Class Action Lawsuit
Google App Activity Lawsuit
Web Activity Litigation
Web Activity Class Action
Web Activity Class Action Lawsuit
Web Activity Lawsuit
App Activity Litigation
App Activity Class Action
App Activity Class Action Lawsuit
App Activity Lawsuit
Chrome History Litigation
Chrome History Class Action
Chrome History Class Action Lawsuit
Chrome History Lawsuit

Google Privacy Litigation
Google Privacy Class Action
Google Privacy Class Action Lawsuit
Google Privacy Lawsuit
Privacy Litigation
Privacy Class Action
Privacy Class Action Lawsuit
Privacy Lawsuit
Intrusion Litigation
Intrusion Class Action
Intrusion Class Action Lawsuit
Intrusion Lawsuit
WAA Litigation
WAA Class Action
WAA Class Action Lawsuit
WAA Lawsuit
sWAA Litigation
sWAA Class Action
sWAA Class Action Lawsuit
sWAA Lawsuit
Google WAA Litigation
Google WAA Class Action
Google WAA Class Action Lawsuit
Google WAA Lawsuit
Google sWAA Litigation
Google sWAA Class Action
Google sWAA Class Action Lawsuit
Google sWAA Lawsuit
CDAFA Litigation
CDAFA Lawsuit
CDAFA Class Action
CDAFA Class Action Lawsuit

Exhibit 5

 Google

Google Class Action Lawsuit                                    ✕  🎤  📷  🔍

All    News    Videos    Images    Forums    Shopping    Web    ⋮ More                    Tools

**Sponsored**

🌐  www.googlewebappactivitylawsuit.com/

### Google Class Action Lawsuit - Legal Notice

Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting? See if you are included and how this ongoing class action lawsuit may affect you.

  Reuters
https://www.reuters.com › legal › transactional › google...    ⋮

### Google privacy lawsuits pile up after court denies class action

Jul 17, 2024 — **Google** privacy **lawsuits** pile up after court denies **class action** · **Google** slams opposing lawyers' $217 million fee bid in privacy case · **Google** ...

  In re Google Referrer Header Privacy Litigation
https://www.refererheadersettlement.com    ⋮

### In re Google Referrer Header Privacy Litigation

**Google** will pay $23 million to make payments to **settlement class** members who file claims, payments to **class** representatives, attorneys' fees, **litigation** costs.

## Recent posts  ⋮



| SEAN — TikTok | r/GoogleMyBusin... — Reddit | r/googleassistant — Reddit |
|---|---|---|
| **FACEBOOK $725M CLASS ACTION UPDATE** ▶ 1:59 | **Class action against Google business profiles?** | **Google Assistant Class Action Lawsuit... is it legit?** |
| Update $725 Million Facebook Class Action Settlement News #facebookcla... | They are making it almost IMPOSSIBLE to change my business hours. All I wanted initially was to mark myself closed for Labour Day. But ... | A class action lawsuit that relates to Google's alleged collection, use, and dissemination of audio data obtained when Google... |
| 1280 Likes, 60 Comments. TikTok video from SEAN (@seansvv): "Update $725... | 10+ comments | 20+ comments |
| 5 days ago | 1 week ago | 1 week ago |

  Top Class Actions
https://topclassactions.com › google-class-action-lawsuit...    ⋮

 Google

Chrome History Class Action    ✕  🎤    🔍

All    Videos    News    Images    Shopping    Forums    Web    ⋮ More          Tools

**Sponsored**

🌐  www.googlewebappactivitylawsuit.com/

### Google Class Action Litigation - You May be Part of a Lawsuit

Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting? See if you are included and how this ongoing class action lawsuit may affect you.

  Reuters
https://www.reuters.com › legal › us-appeals-court-revi...    ⋮

### US appeals court revives Google privacy class action

Aug 20, 2024 — The proposed **class** covers **Chrome** users since July 27, 2016 who did not sync their browsers with their **Google** accounts. They said **Google** should ...

Missing: ~~History~~ | Show results with: History

  NPR
https://www.npr.org › 2024/04/01 › google-incognito-...    ⋮

### Google to delete search data of millions who used ' ...

Apr 1, 2024 — **Google** will destroy the private browsing **history** of millions of people who used "incognito" mode in its **Chrome** browser as a part of a **settlement** filed to ...

  The Verge
https://www.theverge.com › google-class-action-lawsuit...    ⋮

### Google has to face a class action lawsuit over Chrome's ...

Aug 20, 2024 — **Google** will have to face a **class action lawsuit** that accuses it of collecting users' data through **Chrome** without their consent.

  Bitdefender
https://www.bitdefender.com › blog › hotforsecurity    ⋮

### Google Agrees to Delete Data Collected from Users ...

A **class action lawsuit** filed against **Google** in 2020 accused the search giant of gathering information from **Google Chrome** users who were browsing the ...

  Top Class Actions
https://topclassactions.com › lawsuit-news › google-to-p...    ⋮

### Google to delete private browsing data as part of Incognito ...

A **class action lawsuit** accuses **Google** and Alphabet of tracking and collecting user data when they browse in Incognito mode.

**yahoo!**

Google Lawsuit

All    News    Videos    Images    Local    Shopping                    Anytime ⌄

Ad related to: Google Lawsuit

⊕ googlewebappactivitylawsuit.com

### Google Class Action Lawsuit - Legal Notice - Learn more here.

Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting? See if you are included and how this ongoing class action lawsuit may affect you.

Ⓣ www.nytimes.com · 2023/06/14 · technology

### How to Claim Google Class Action Privacy Settlement Money ...

Jun 14, 2023 · June 14, 2023. Anyone who clicked on a Google search result link from October 2006 to September 2013 is entitled to a piece — however small — of a $23 million settlement tha...

## Top Stories

Reuters

**Column: Keywords in Google lawyer ads spark lawsuits, ethics...**

Let's say you've seen billboards, social media promos and TV spots by a local personal injury lawyer for years, and then, bam,...

5 hours ago



The Associated Press - Busine...

**Google expert at antitrust trial says government...**

11 hours ago



Reuters

**Google urges tribunal to throw out $9.3 bln UK lawsuit over search...**

1 week ago



View all →

## Videos



YouTube

**Google's Antitrust Lawsuit Explained**

Aug 6, 2024          4.5K Views



YouTube

**Why Google Is Being Sued by the Justice Department | WSJ**

Oct 20, 2020         235.8K Views



YouTube

**Google settles $5 billion consumer privacy lawsuit | REUTERS**

Dec 29, 2023          6K Views

View all ↗



ⓐ abcnews.go.com · Business · eligible-googles-700

### Who is eligible for Google's $700 million settlement payout?

Dec 19, 2023 · Google will pay millions of U.S. consumers a combined $700 million as part of a settlement with state attorneys general over fees the tech giant charges for use of its app store.

Author: Max Zahn      Video Duration: 2 min

Ⓒ www.cnn.com · 2024/08/05 · business

### Google has an illegal monopoly on search, judge rules. Here's ...

Aug 5, 2024 · Google has violated US antitrust law with its search business, a federal judge ruled

---

## Searches related to Google Lawsuit

🔍 google lawsuit **claim form**

🔍 google lawsuit **settlement**

🔍 google lawsuit **illinois**

🔍 google lawsuit **class action**

🔍 google lawsuit **payout**

🔍 google lawsuit **search engine**

🔍 google lawsuit **incognito**

🔍 google lawsuit **privacy**

## Today's trending searches



**Maggie Smith**
Celebrated British actress Maggie Smith, Oscar-winning star

**Hurricane Helene**
Hurricane Helene live: At least six dead as 10ft storm surge h

**Eric Adams**
New York City Mayor Eric Adams arrives at court in illegal-co

**Donald Trump** ↑
Trump v Harris live: New poll reveals Harris's lead in swing sta

**Shigeru Ishiba**
Former defense minister to be Japan's new prime minister af

**P Diddy News**
Lance Bass Says He Overheard Diddy Telling Justin Timberla



| | | |
|---|---|---|
| Rodriguez Class Action | | |

All    Images    Videos    News    Local    Shopping        Anytime ⌄

Ad related to: Rodriguez Class Action

🌐 googlewebappactivitylawsuit.com

**Google Class Action Litigation - You May be Part of a Lawsuit**

Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting? See if you are included and how this ongoing class action lawsuit may affect you.

🌐 rodriguezofacsettlement.com

**Rodriguez v. National Credit Center, LLC, Case No. A-23-869000-B**

Plaintiff claims that NCC provided an NCC OFAC Screen to its customers inaccurately stating that he and other **Class** Members were possible matches to an entry on the Office of Foreign...

🌐 www.rodriguezofacsettlement.com · faq

**Rodriguez v. National Credit Center, LLC, Case No. A-23-869000-B**

The group of people included in the Settlement is called the "Class." You are in the Class if between May 5, 2020 and June 11, 2024, Defendant sold a report to a third party that identified...

☁ casetext.com · case · rodriguez-v-natl-credit-ctr-1

**Rodriguez v. Nat'l Credit Ctr., 2:23-cv-00738-RB-BNW ...**

May 3, 2024 · On April 14, 2023, Plaintiff filed his **class action** Complaint with the District Court, Clark County, Nevada, alleging claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et se...

J law.justia.com · cases · federal

**Rabelo-Rodriguez et al v. United States Secretary of Homeland ...**

Under Rule 23(b)(2), class certification is appropriate if "the party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or...

🌐 www.lsccounsel.com · matasphaltsettlement

**MAT Asphalt Chicago Settlement — Liddle Sheets P.C. - Class ...**

The Court entered the Final Order Approving **Class Action** Settlement on July 24, 2024 in the matter of Rodriguez vs. MAT Asphalt LLC. (Case No.: 2020-CH-07031). A copy of the Order can ...

CA www.classaction.org · media · rodriguez-v-just

**BURSOR & FISHER, P.A. - ClassAction.org**

Plaintiff seeks relief in this **action** individually, and as a **class action** on behalf of similarly situated purchasers of Defendants' products, for: (i) breach of express warranty; (ii) unjust enrichment;...

J law.justia.com · cases · federal

**Rodriguez v. Nike Retail Services, Inc., No. 17-16866 (9th ...**

Jun 28, 2019 · On December 8, 2014, Rodriguez filed his First Amended Class Action Complaint, which brings claims under: (1) California Labor Code §§ 1194 and 1197 (failure to pay minimum...

■ Microsoft Bing    🔍 Google Lawsuit    🎙️ 📷    ✨    🔍 Deep search

🔍 SEARCH    COPILOT    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS    ⋮ MORE    TOOLS

About 147,000 results

🌐 googlewebappactivitylawsuit.com
https://googlewebappactivitylawsuit.com ▾

## Google Class Action Lawsuit | Legal Notice | Learn more here.

Ad Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting?
See if you are included and how this ongoing class action lawsuit may affect you.

ₜ New York Times
https://www.nytimes.com › technology › ...

## Google Might Owe You Money. Here's How to Get It. - The New …

web June 14, 2023. Anyone who clicked on a **Google** search result link from October 2006 to
September 2013 is entitled to a piece — however small — of a $23 million settlement …

### News about Google Lawsuit
bing.com › news

**OPINION**

🔶 REUTERS · 4h

**Column: Keywords in
Google lawyer ads spark
lawsuits, ethics concerns**

Let's say you've seen
billboards, social media
promos and TV spots by a
local personal injury …



**OPINION**

ABC NEWS · 7d · on MSN

Class-action lawsuit or
consumer scam? $62M
Google payout the …



ABC NEWS · 2d

Sen. Marsha Blackburn
probes Meta, Google over
potential coordination with
top ad firm to listen to …

### Related searches

🔍 **list of** google lawsuits

🔍 google **search lawsuit**

🔍 google **tracking lawsuit**

🔍 google **action lawsuit**

🔍 google **lawsuit 2023 claim**

🔍 **current** lawsuits **against** google

🔍 google **claim lawsuit**

🔍 google **lawsuit update**

### Explore More News

 Meta     United States Department of Justice     Antitrust Trial

**See more news ›**

Feedback 👍 👎

🔴 ABC News
https://abcnews.go.com › Business › story ▾

## Who is eligible for Google's $700 million settlement payout?

web Dec 19, 2023 · Google will pay millions of U.S. consumers a **combined $700 million** as part
of a settlement with state attorneys general over fees the tech giant charges for use …

### Explore

 Google Lawsuit Settlement

 Google USA

 Google Filed

 Google Lawsuit Privacy

Google Lawsuit Systemic Bias

### Videos of Google lawsuit
bing.com › videos



Google's Antitrust Lawsuit Explained

4.5K views · 1 month ago
YouTube › Behind the News

Google settles $5 billion consumer privacy lawsuit |
REUTERS

6K views · 9 months ago
YouTube › Reuters



Why Google Is Being Sued by the Justice Department

 Microsoft Bing

Google Privacy Class Action

SEARCH    COPILOT    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS    ⋮ MORE    TOOLS

About 1,390,000 results

googlewebappactivitylawsuit.com
https://googlewebappactivitylawsuit.com ▾

**Google Class Action Litigation | You May be Part of a Lawsuit**
Ad  Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting?
See if you are included and how this ongoing class action lawsuit may affect you.

 New York Times
https://www.nytimes.com › technology › ...

**How to Claim Google Class Action Privacy Settlement Money**
web  June 14, 2023. Anyone who clicked on a **Google** search result link from October 2006 to
September 2013 is entitled to a piece — however small — of a $23 million settlement that the tech
giant has...

**Google Agrees to $392 Milli...**
WASHINGTON — Google agreed to a
record $391.5 million privacy settlement ...

See results only from nytimes.com

 CNET
https://www.cnet.com › news › privacy ▾

**How to Claim Your Share of Google's $23 Million Class-Action**

Who Qualifies For Money fr...    How Do I Submit A Claim?    How Much I ▸

Any US resident who used Google Search and clicked on a search result between
Oct. 26, 2006, and Sept. 30, 2013, can file a claim in the settlement.



See more on cnet.com

**News about Google Privacy Class Action**
bing.com › news



yahoo!  6d
**Red states ask court to reject
Google privacy settlement**
A group of Republican-led states have
asked a U.S. appeals court to reject a ...

 8d · on MSN
**Republican AGs press
Google to pay settlement to
victims, not interest group...**


REUTERS  7d
**Legal Fee Tracker: Google,
privacy lawyers clash over
$217 million fee bid**


7d · on MSN
**Class-action lawsuit or
consumer scam? $62M
Google payout the latest...**


REUTERS  7d
**Republican states balk at
Google privacy settlement in
US appeal**


See more news ›

Feedback  

---

**Google Class action settlement**

**When is Google vs class action on hold?**
U.S. District Judge Yvonne Gonzalez Rogers in Oakland, California, put a scheduled **Feb. 5, 2024** trial in the proposed class action on hol...
Google settles $5 billion consume...
www.reuters.com/legal/google-s...

**Are You a settlement class member if you used Google search?**
You are included in this **Settlement as a Settlement Class Member** if you used Google Search and clicked on a Search link at any time on ...
In re Google Referrer Header Pri...
www.referrerheadersettlement.com/

Explore More

**Who is eligible for Google's $700 million settlement payout?**
Google will pay millions of U.S. consumers a **combined $700 million** as part of a settlement with state attorneys general over fees...
https://abcnews.go.com/Bu...

**In re Google Referrer Header Privacy Litigation**
This website relates to a proposed **settlement** (the "**Settlement**") of consolidated class action lawsuits (the "Lawsuit") filed against **Google** Inc. relating to the...
https://www.referrerheaders...

See more results ›

**Related searches**

🔍 google privacy class action **lawsuit**
🔍 google **privacy lawsuit 2023**
🔍 google **assistant** privacy class action
🔍 google **consumer** privacy **lawsuit**
🔍 **www.googleassistantprivacylitigation.com**
🔍 google **5 billion dollar lawsuit**
🔍 google class action **lawsuit 2024**
🔍 **newest** google class action **lawsuit**

Exhibit 6

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.

Para una notificacion en Español, visitar www.GoogleWebAppActivityLawsuit.com.

*A federal Court authorized this Notice. This is not a solicitation from a lawyer.*

Four Google account holders ("Plaintiffs") filed a class action lawsuit alleging that Google LLC ("Google") unlawfully accessed their devices and data, including app activity data on their mobile devices, even though  the Google activity controls called Web & App Activity ("WAA") and/or a sub-setting concerning "Chrome history and activity from sites, apps, and devices that use Google services," sometimes called supplemental Web & App Activity ("sWAA") were turned off or "paused." Plaintiffs allege Google unlawfully accessed their mobile devices to collect, save, and use the data concerning their activity on non-Google apps that have incorporated certain Google software code into the apps. Plaintiffs have three legal claims: 1) invasion of privacy; 2) intrusion upon seclusion (similar to invasion of privacy); and 3) violation of the Comprehensive Computer Data Access and Fraud Act ("CDAFA"). For all three legal claims Plaintiffs seek money damages and changes to Google's practices.

Google denies Plaintiffs' legal claims and does not admit to any wrongdoing. The Court has not decided who is right.

The Court decided the legal claims brought by Plaintiffs can proceed as a nationwide class action. You may be a Class Member if you have or had WAA and/or sWAA turned off or "paused" at any time between July 1, 2016 and September 23, 2024.

**Comprehensive Computer Data Access and Fraud Act ("CDAFA")**

For the alleged violation of the CDAFA, the Court certified the following classes:

**Class 1**: All individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

**Class 2**: All individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

**Invasion of Privacy and Intrusion Upon Seclusion**

For the alleged invasion of privacy and intrusion upon seclusion legal claims, the Court certified the same Class 1 and Class 2 but <u>excluded</u> individuals who only have an "Enterprise" account or "supervised Google Account for users under age 13" (also known as a "Unicorn" account). An "Enterprise" account is an account managed by an administrator that is designed for use by end users within an organization, such as businesses, non-profits, and schools. A "supervised Google Account for users under age 13" is an account created for a minor when they are under the age of 13, which is created and supervised by a parent using Google Family Link.

**Class 1:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google,

| YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| DO NOTHING | **Stay in this lawsuit and await the outcome. Lose certain rights.** This option means you will remain a Class Member and keep the possibility of getting money or benefits that may be available in the future from a trial or settlement. If you choose this option, you will be bound by any judgments in this lawsuit and you will lose any rights to sue Google separately regarding the legal claims in this lawsuit. |
| ASK TO BE EXCLUDED | **Get no money or benefits from the lawsuit. Keep certain rights.** If you ask to be excluded from this lawsuit and money or benefits are later awarded, you will not receive any. However, you will keep your right to sue Google at your own expense regarding the legal claims in this lawsuit. The deadline to ask to be excluded is **February 20, 2025**. |

There is no money available now, and no guarantee there will be in the future. However, your legal rights may be affected, and **you have a choice to make now**.

If you believe you may be a Class Member, **please read this Notice carefully**. The Notice explains the criteria for being considered a Class Member and provides important information about the lawsuit and key dates. You can also go to www.GoogleWebAppActivityLawsuit.com for updates.

## BASIC INFORMATION

| **1.    What is the lawsuit about?** |
|---|

Plaintiffs in this lawsuit sued Google alleging that when someone turned off or "paused" Google's Web & App Activity setting and/or supplemental Web & App Activity setting, Google lacked permission to collect, save, and use the data concerning their activity on non-Google apps that have incorporated certain Google software code into the apps (such as Uber, Venmo, TikTok, Instagram, Facebook, WhatsApp, etc.). Plaintiffs allege that regardless of whether Class Members had these settings paused or turned off, Google collected app activity data using certain code embedded within many non-Google apps. This embedded code includes the Firebase Software Development Kit and the Google Mobile Ads Software Development Kit, which are written and distributed by Google and placed on apps by third party developers who own the apps. Plaintiffs allege Google used this code to unlawfully access their devices and collect, save, and use data from their activity on non-Google apps for Google's own benefit.

Google denies Plaintiffs' legal claims. The Court has not decided who is right.

| 2. | **Why was this Notice issued?** |
|---|---|

A federal court authorized this Notice because you have a right to know about your legal rights. This Notice only advises you of the existence of this lawsuit, your rights and options, and the deadlines to exercise them, if you are a Class Member.

Chief Judge Richard Seeborg of the United States District Court for the Northern District of California is overseeing this lawsuit, known as *Rodriguez et al. v. Google LLC*, Case No. 20-cv-4688-RS (N.D. Cal.), and has determined that legal claims against Google for invasion of privacy, intrusion upon seclusion, and violation of the California Comprehensive Computer Data Access and Fraud Act, Cal. Penal Code § 502, can proceed as a class action. Judge Seeborg "certified" nationwide Classes and you may be a Class Member.

| 3. | **What is a class action and who is involved?** |
|---|---|

In a class action lawsuit, one or more people called "Class Representatives"—in this lawsuit four Class Representatives—sue on behalf of other people who have similar legal claims. All of these people are "Class Members" and together form a "Class" or "Classes." One court resolves the lawsuit for all class members, except for those who exclude themselves. The Class Representatives who sued—and all the Class Members like them—are called Plaintiffs. The entity they sued (in this lawsuit, Google) is called the defendant.

| 4. | **Are there any money or benefits available now?** |
|---|---|

No money or benefits are available now. The Court has not decided whether Google did anything wrong, and Plaintiffs and Google have not settled the lawsuit. There is no guarantee money or benefits will be obtained in the future. You will be notified if money or benefits become available.

# WHO IS A CLASS MEMBER

| 5. | **Am I part of this class action lawsuit?** |
|---|---|

You are a Class Member if you meet one or more of the definitions below, as certified by the Court:

**Comprehensive Computer Data Access and Fraud Act ("CDAFA")**

For the alleged violation of the CDAFA, the Court certified the following classes:

<u>Class 1</u>: All individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

<u>Class 2</u>: All individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024 (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

**Invasion of Privacy and Intrusion Upon Seclusion**

For the alleged invasion of privacy and intrusion upon seclusion legal claims, the Court certified the same Class 1 and Class 2 but <u>excluded</u> individuals who only have an "Enterprise" account or "supervised Google Account for users under age 13" (also known as a "Unicorn" account). An "Enterprise" account is an account managed by an administrator that is designed for use by end users within an organization, such as businesses, non-profits, and schools. A "supervised Google Account for users under age 13" is an account created for a minor when they are under the age of 13, which is created and supervised by a parent using Google Family Link.

**Class 1:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

**Class 2:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

Individuals who signed up for an account type other than an Enterprise or supervised Google Account for users under age 13 could be included for all three legal claims. These individuals could be Class Members for both the invasion of privacy and intrusion upon seclusion classes and the CDAFA classes.

If you are a child for whom a supervised Google Account for users under age 13 was created, please discuss this Notice with your parent or guardian to help you decide whether you may be a Class Member. If you are a parent or guardian supervising a Google Account for users under age 13, and if Google's records indicate your child may be a Class Member, you will receive a separate Notice. Please review that Notice with your child to help them decide whether they may be a Class Member.

It is possible for you to be a Class Member of one or more of these certified classes.

| **6. Are Enterprise and supervised Google Accounts for users under age 13 included in the Classes for the legal claims for invasion of privacy and intrusion upon seclusion?** |
| --- |

No. Although these accounts may have been eligible to be included in the Classes certified for these legal claims, the Court later granted Google's request to exclude Enterprise accounts and supervised Google Accounts for users under age 13 from the invasion of privacy and intrusion upon seclusion Classes. Enterprise and supervised Google Accounts for users under age 13 are still included in the Classes certified for violations of the CDAFA.

The Court has not decided whether individuals with Enterprise accounts or supervised Google Accounts for users under age 13 have valid legal claims for alleged violations for invasion of privacy and intrusion upon seclusion. However, it has determined that those individuals cannot be a part of the existing Classes for the legal claims for alleged violations of invasion of privacy and intrusion upon seclusion. You may hire your own lawyer at your expense if you decide to pursue your own lawsuit.

| **7. How do I know if my Web & App Activity and/or supplemental Web & App Activity settings were turned off between July 1, 2016 and September 23, 2024?** |
| --- |

Based on Google's records, individual Notice is being sent directly to available email addresses for individuals whose Google Web & App Activity and/or supplemental Web & App Activity settings were turned off or "paused" at least once between July 1, 2016 and September 23, 2024.

| **8. Are there exceptions to the persons or entities included as Class Members?** |
| --- |

Yes. Certain individuals and entities are excluded from the Classes. These include:

- The Court (including Chief Judge Richard Seeborg, Magistrate Judge Alex G. Tse, jurors in any trial, and their family members);
- Google, its subsidiaries, parents, predecessors, successors and assigns, including any entity in which they have a controlling interest, as well as these entities' officers, directors, employees, affiliates, and legal representatives;

- People whose legal claims in this matter have already been finally adjudicated on the merits or otherwise released, meaning decided by a court or settled;

- Plaintiffs' counsel, Class Counsel, and Google's counsel;

- All persons and entities who submit a timely and valid request to opt out of the lawsuit (Question 11 provides more information on how to do this); and

- The legal representatives, successors, and assigns of any of the above excluded individuals and entities.

**9.      If I am still not sure if I am a Class Member, who should I contact?**

If you're still not sure whether you are a Class Member, please visit the website, www.GoogleWebAppActivityLawsuit.com, call the Notice Administrator toll-free at 1-855-822-8821, or write to: Rodriguez v. Google, P.O. Box 2749, Portland, OR 97208-2749.

# <u>YOUR RIGHTS AND OPTIONS</u>

You have to decide now whether to remain a Class Member or ask to be excluded.

**10.      What happens if I do nothing at all?**

If you do nothing, you will remain a Class Member. If Plaintiffs obtain money or benefits from this lawsuit—as a result of a trial or a settlement—you may receive a payment or benefits in the future. If you do nothing now, regardless of whether Plaintiffs win or lose, you will be legally bound by all Court orders and judgments regarding the legal claims in this lawsuit. You will lose the right to bring or maintain a separate lawsuit against Google for the legal claims alleged in this lawsuit.

**11.      What happens if I ask to be excluded?**

If you exclude yourself (or "opt out") from the Class or Classes, you will not receive any money or benefits as a result of a trial or settlement. If you exclude yourself, you will not be legally bound by the Court's orders and judgments in this lawsuit and you may pursue your own lawsuit against Google for legal claims in this lawsuit. You may hire your own lawyer at your expense if you decide to pursue your own lawsuit. If you exclude yourself so you can start or continue your own lawsuit against Google, you should talk to your own lawyer soon, because your legal claims may be subject to filing deadlines.

**12.      How do I ask to be excluded?**

To exclude yourself, you must send a written request by mail stating that you want to be excluded from *Rodriguez v. Google LLC*. You must include your name, address, telephone number, email address, and your signature. You must mail your exclusion request **postmarked** by **February 20, 2025**, to:

Rodriguez v. Google Exclusions
P.O. Box 2749
Portland, OR 97208-2749

You cannot exclude yourself on the phone or by email. To exclude yourself, you must do so individually and separately; no consolidated, group, or mass requests for exclusion will be accepted.

If you timely ask to be excluded, you will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Google in the future regarding the legal claims in this lawsuit.

If you do not exclude yourself, by **February 20, 2025**, you will remain a Class Member and be bound by the orders of the Court in this lawsuit.

## THE LAWYERS REPRESENTING YOU

| **13.    Do I have a lawyer in this lawsuit?** |
| --- |

Yes. The Court has appointed the following lawyers as Class Counsel to represent Class Members. If you have questions, you can reach Class Counsel by sending an email to:

ClassCounsel@GoogleWebAppActivityLawsuit.com

| | | |
| --- | --- | --- |
| Mark C. Mao | John A. Yanchunis | Bill Carmody |
| Beko Reblitz-Richardson | Ryan J. McGee | SUSMAN GODFREY LLP |
| BOIES SCHILLER FLEXNER LLP | MORGAN & MORGAN | One Manhattan West |
| 44 Montgomery St., 41st Floor | 201 N. Franklin Street, 7th Floor | 50th Floor |
| San Francisco, CA 94104 | Tampa, FL 33602 | New York, NY 10001 |
| | | |
| James Lee | | Amanda Bonn |
| BOIES SCHILLER FLEXNER LLP | | SUSMAN GODFREY LLP |
| 100 SE 2nd St., 28th Floor | | 1900 Ave. of the Stars, Suite 1400 |
| Miami, FL 33131 | | Los Angeles, California 90067 |

| **14.    How will the lawyers be paid?** |
| --- |

If there is a judgment against Google or a settlement in the future, Class Counsel will ask the Court to approve and award attorneys' fees and expenses. The amount of these attorneys' fees and expenses will ultimately be determined by the Court. You will not have to personally pay the attorneys' fees and expenses. If the Court grants Class Counsel's request, the attorneys' fees and expenses will either be deducted from any money obtained for the Class Members or paid separately by Google.

| **15.    Are the Class Representatives paid?** |
| --- |

Class Counsel may ask for service awards for the Class Representatives if there is a judgment or settlement in the future. The service awards would be in addition to Class Representatives' rights as a Class Member to receive a portion of the money or benefit resulting from any such judgment or settlement. The amount of these awards, if any, will ultimately be determined by the Court.

| **16.    Should I get my own lawyer?** |
| --- |

You have the right to hire and appear through your own lawyer, but you do not have to do so. Class Counsel is working on behalf of all Class Members as a whole. If you hire your own lawyer, you will have to pay for your lawyer on your own.

| **17.    What if I already have my own lawyer?** |
| --- |

If you have already hired your own lawyer, you should contact your lawyer directly with any questions as to whether this Notice applies to you and how to proceed.

# GETTING MORE INFORMATION

| 18. | Where do I get more information? |
|-----|----------------------------------|

This Notice summarizes the Court's recent decision to certify the lawsuit as a class action. Key dates and important documents related to the lawsuit can be found online at www.GoogleWebAppActivityLawsuit.com. For additional assistance, please contact the Notice Administrator by calling, toll free, 1-855-822-8821, or writing to: Rodriguez v. Google, P.O. Box 2749, Portland, OR 97208-2749. If you want to communicate with Class Counsel, you may contact them directly. Contact information for Class Counsel is provided in Question 13. You may also hire your own lawyer at your own expense.

You may also obtain information regarding the lawsuit on the Court docket in this lawsuit, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS LAWSUIT. **ALL QUESTIONS SHOULD BE DIRECTED TO THE NOTICE ADMINISTRATOR OR CLASS COUNSEL.**

# Exhibit 7

TRIBUNAL DE DISTRO DE LOS ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA

# Si anteriormente ha hecho que se desactive o "pause" el control de "Actividad web y de aplicaciones" de Google o la subconfiguración de "Actividad web y de aplicaciones complementaria, es posible que forme parte de una demanda colectiva en curso.

Para obtener una notificación en español, visite www.GoogleWebAppActivityLawsuit.com.

*Un tribunal federal autorizó el presente aviso. El presente documento no es una oferta de servicios de un abogado.*

Cuatro titulares de cuentas de Google ("Demandantes") presentaron una demanda colectiva en la que alegan que Google LLC ("Google") accedió ilegalmente a sus dispositivos y datos, incluidos los datos de actividad de aplicaciones en sus dispositivos móviles, aunque los controles de actividad de Google llamados Actividad web y de aplicaciones (Web & App Activity, "WAA") o una subconfiguración relacionada con "Historial de Chrome y actividad de sitios, aplicaciones y dispositivos que utilizan servicios de Google", a veces llamado Actividad web y de aplicaciones complementaria (supplemental Web & App Activity, "sWAA") estaban desactivados o "pausados". Los Demandantes alegan que Google accedió ilegalmente a sus dispositivos móviles para recopilar, guardar y usar los datos relacionados con su actividad en aplicaciones que no son de Google que han incorporado cierto código de software de Google en las aplicaciones. Los Demandantes tienen tres reclamaciones legales: 1) invasión de la privacidad; 2) violación de la intimidad (similar a la invasión de la privacidad); y 3) violación de la Ley Integral de Acceso a Datos Informáticos y Fraude (Comprehensive Computer Data Access and Fraud Act, "CDAFA"). Para todas las tres reclamaciones legales, los Demandantes solicitan indemnización monetaria por daños y perjuicios y cambios en las prácticas de Google.

Google niega las reclamaciones legales de los demandantes y no admite ningún acto ilícito. El Tribunal no ha decidido quién tiene la razón.

El Tribunal decidió que las reclamaciones legales presentadas por los Demandantes pueden procesarse como una demanda colectiva a nivel nacional. Usted puede ser un Miembro del Grupo si tiene o tuvo los controles de WAA o sWAA desactivados o "pausados" en cualquier momento entre el 1 de julio de 2016 y el 23 de septiembre de 2024.

**Ley Integral de Acceso a Datos Informáticos y Fraude (Comprehensive Computer Data Access and Fraud Act, "CDAFA")**

Por la supuesta violación del CDAFA, el Tribunal certificó los siguientes grupos:

**Grupo 1**: todas las personas que, durante el periodo que comienza el 1 de julio de 2016 y continúa hasta el 23 de septiembre de 2024, (a) tuvieron su configuración de "Actividad web y de aplicaciones" o "Actividad web y de aplicaciones complementaria" desactivada y (b) cuya actividad en una aplicación móvil que no es de la marca Google de todas maneras se transmitió a Google (c) desde un dispositivo móvil que ejecuta el sistema operativo de Android, debido al Kit de Desarrollo de Software (Software Development Kit, "SDK") de Firebase y/o el SDK de anuncios para dispositivos móviles de Google.

**Grupo 2**: todas las personas que, durante el periodo que comienza el 1 de julio de 2016 y continúa hasta el 23 de septiembre de 2024, (a) tuvieron su configuración de "Actividad web y de aplicaciones" o "Actividad web y de aplicaciones complementaria" desactivada y (b) cuya actividad en una aplicación móvil que no es de la marca Google de todas maneras se transmitió a Google desde (c) un dispositivo móvil que ejecuta un sistema operativo que no es de Android, debido al SDK de Firebase o al SDK de anuncios para dispositivos móviles de Google.

**Invasión de la privacidad y violación de la intimidad**

Por las presuntas reclamaciones legales de invasión de la privacidad y violación de la intimidad, el Tribunal certificó el mismo Grupo 1 y Grupo 2, pero excluyó a las personas que solo tienen una cuenta "Enterprise" o una cuenta de Google supervisada para usuarios menores de 13 años (también conocida como cuenta "Unicorn"). Una cuenta "Enterprise" es una cuenta gestionada por un administrador que está diseñada para ser utilizada por usuarios finales dentro de una organización, como empresas, organizaciones sin fines de lucro y escuelas. Una cuenta de Google supervisada para usuarios menores de 13 años es una cuenta creada para un menor cuando éste aún no cumple 13 años de edad, y la supervisa su padre o madre por medio de Google Family Link.

**Grupo 1:** todas las personas "sin cuenta Enterprise" y "sin cuenta Unicorn" que, durante el periodo que comienza el 1 de julio de 2016 y continúa hasta el 23 de septiembre de 2024, (a) tuvieron su configuración de "Actividad web y de aplicaciones" y/o "Actividad web y de aplicaciones complementaria" desactivada y (b) cuya actividad en una aplicación móvil que no es de la marca Google de todas maneras se transmitió a Google desde (c) un dispositivo móvil que ejecuta el sistema operativo de Android, debido al Kit de Desarrollo de Software (Software Development Kit, "SDK") de Firebase y/o al SDK de anuncios para dispositivos móviles de Google.

**Grupo 2:** todas las personas "sin cuenta Enterprise" y "sin cuenta Unicorn" que, durante el periodo que comienza el 1 de julio de 2016 y continúa hasta el 23 de septiembre de 2024, (a) tuvieron su configuración de "Actividad web y de aplicaciones" o "Actividad web y de aplicaciones complementaria" desactivada y (b) cuya actividad en una aplicación móvil que no es de la marca Google de todas maneras se transmitió a Google desde (c) un dispositivo móvil que ejecuta un sistema operativo que no es de Android, debido al SDK de Firebase o al SDK de anuncios para dispositivos móviles de Google.

Las personas que se inscribieron en un tipo de cuenta que no sea una cuenta de Enterprise o una cuenta de Google supervisada para usuarios menores de 13 años podrían incluirse en las tres reclamaciones legales. Estas personas podrían ser Miembros del Grupo tanto del grupo de invasión de la privacidad como del grupo de violación de la intimidad y los grupos de CDAFA.

Es posible que usted sea Miembro del Grupo de uno o más de estos grupos certificados.

| SUS OPCIONES Y DERECHOS LEGALES | |
| --- | --- |
| NO HACER NADA | **Permanece en esta demanda y espera el resultado. Pierde ciertos derechos.** Esta opción significa que usted seguirá siendo Miembro del Grupo y mantendrá la posibilidad de obtener dinero o beneficios que puedan estar disponibles en el futuro a partir de un juicio o conciliación. Si elige esta opción, tendrá la obligación de cumplir con cualquier sentencia en esta demanda y perderá cualquier derecho a demandar a Google por separado con respecto a las reclamaciones legales en esta demanda. |
| SOLICITAR SER EXCLUIDO | **No recibe beneficios o dinero a partir del juicio. Mantiene ciertos derechos.** Si solicita que se le excluya de esta demanda y posteriormente se dispone que se otorgue dinero o beneficios, usted no recibirá nada. Sin embargo, usted conservará su derecho a demandar a Google por su propia cuenta con respecto a las reclamaciones legales en esta demanda. La fecha límite para solicitar la exclusión es el **20 de febrero de 2025**. |

En este momento no hay dinero disponible y no hay garantía de que lo habrá en el futuro. Sin embargo, este caso puede tener incidencia sobre sus derechos legales y **usted tiene que tomar una decisión ahora**.

Si cree que puede ser un Miembro del Grupo, <u>lea atentamente este Aviso</u>. El Aviso explica los criterios para ser considerado un Miembro del Grupo y proporciona información importante sobre la demanda y las fechas clave. También puede visitar www.GoogleWebAppActivityLawsuit.com para estar al tanto de las actualizaciones.

## <u>INFORMACIÓN BÁSICA</u>

| 1. | ¿De qué trata la demanda? |
|---|---|

Los Demandantes en este caso presentaron una demanda en contra de Google en la que alegan que cuando alguien desactivó o "pausó" la configuración de la Actividad web y de aplicaciones o la configuración de Actividad web y de aplicaciones complementaria, Google carecía de permiso para recopilar, guardar y usar los datos relacionados con su actividad en aplicaciones que no son de Google que han incorporado cierto código de software de Google en las aplicaciones (como Uber, Venmo, TikTok, Instagram, Facebook, WhatsApp, etc.). Los Demandantes alegan que, sin importar si los Miembros del Grupo de demandantes tenían estas configuraciones pausadas o desactivadas, Google recopiló datos de la actividad en la aplicación utilizando cierto código integrado dentro de muchas aplicaciones que no son de Google. Este código integrado incluye el Kit de Desarrollo de Software de Firebase y el Kit de Desarrollo de Software de Anuncios para Dispositivos Móviles de Google, que son escritos y distribuidos por Google y colocados en aplicaciones por desarrolladores externos que son propietarios de las aplicaciones. Los Demandantes alegan que Google utilizó este código para acceder ilegalmente a sus dispositivos y recopilar, guardar y utilizar datos de su actividad en aplicaciones que no son de Google para beneficio propio de Google.

Google niega las reclamaciones legales de los Demandantes. El Tribunal no ha decidido quién tiene la razón.

| 2. | ¿Por qué se emitió este Aviso? |
|---|---|

Un tribunal federal autorizó este Aviso porque usted tiene derecho a conocer sus derechos legales. Este Aviso solo le informa sobre la existencia de esta demanda, sus derechos y opciones, y los plazos para ejercerlos, si usted es un Miembro del Grupo.

El juez principal Richard Seeborg del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California está supervisando esta demanda, conocida como *Rodriguez et al. v. Google LLC,* caso n.º 20-cv-4688-RS (N.D. Cal.), y ha determinado que las reclamaciones legales contra Google por invasión de la privacidad, violación de la intimidad y violación de la Ley Integral de Acceso a Datos Informáticos y Fraude de California, art. 502 del Cód. Penal de California, puede procesarse como una demanda colectiva. El juez Seeborg "certificó" los Grupos en todo el país y usted puede ser un Miembro del Grupo.

| 3. | ¿Qué es una demanda colectiva y quiénes participan? |
|---|---|

En una demanda colectiva, una o más personas llamadas los "Representantes del Grupo" (en este caso, cuatro Representantes del Grupo) demandan en nombre de personas que tienen reclamaciones similares. Todas estas personas son "Miembros del Grupo" y en conjunto conforman un "Grupo" o "Grupos". Un Tribunal resuelve la demanda para todos los Miembros del Grupo, excepto para las personas que se excluyan. Los Representantes del Grupo que presentaron una demanda, y todos los Miembros del Grupo como ellos, se denominan Demandantes. La entidad que demandaron (en esta demanda, Google) se denomina demandado.

| 4. | ¿Hay algún dinero o beneficios disponibles actualmente? |
|---|---|

No hay dinero ni beneficios disponibles por ahora. El Tribunal no ha decidido si Google hizo algo malo, y los demandantes y Google no han resuelto la demanda. No hay garantía de que se obtengan dinero o beneficios en el futuro. Se le notificará si hay dinero o beneficios disponibles.

# QUIÉNES SON MIEMBROS DEL GRUPO

| 5. | ¿Formo parte de este litigio de Demanda Colectiva? |
|---|---|

Usted es Miembro del Grupo si cumple con una o más de las definiciones indicadas más adelante, según lo define el Tribunal:

Página 3 de 8

¿Tiene alguna pregunta? Visite www.GoogleWebAppActivityLawsuit.com o llame al número gratuito 1-855-822-8821

**Ley Integral de Acceso a Datos Informáticos y Fraude (Comprehensive Computer Data Access and Fraud Act, "CDAFA")**

Por la supuesta violación de la CDAFA, el Tribunal certificó los siguientes grupos:

Grupo 1: todas las personas que, durante el periodo que comienza el 1 de julio de 2016 y continúa hasta el 23 de septiembre de 2024, (a) tuvieron su configuración de "Actividad web y de aplicaciones" y/o "Actividad web y de aplicaciones complementaria" desactivada y (b) cuya actividad en una aplicación móvil que no es de la marca Google de todas maneras se transmitió a Google desde (c) un dispositivo móvil que ejecuta el sistema operativo de Android, debido al Kit de Desarrollo de Software (Software Development Kit, "SDK") de Firebase y/o al SDK de anuncios para dispositivos móviles de Google.

Grupo 2: todas las personas que, durante el periodo que comienza el 1 de julio de 2016 y continúa hasta el 23 de septiembre de 2024, (a) tuvieron su configuración de "Actividad web y de aplicaciones" o "Actividad web y de aplicaciones complementaria" desactivada y (b) cuya actividad en una aplicación móvil que no es de la marca Google de todas maneras se transmitió a Google desde (c) un dispositivo móvil que ejecuta un sistema operativo que no es de Android, debido al SDK de Firebase y/o al SDK de anuncios para dispositivos móviles de Google.

**Invasión de la privacidad y violación de la intimidad**

Por las presuntas reclamaciones de invasión de la privacidad y violación de la intimidad, el Tribunal certificó los mismos Grupo 1 y Grupo 2, pero excluyó a las personas que solo tienen una cuenta "Enterprise" o una cuenta de Google supervisada para usuarios menores de 13 años (también conocida como una cuenta de "Unicorn"). Una cuenta "Enterprise" es una cuenta gestionada por un administrador que está diseñada para ser utilizada por usuarios finales dentro de una organización, como empresas, organizaciones sin fines de lucro y escuelas. Una "Cuenta de Google supervisada para usuarios menores de 13 años" es una cuenta creada para un menor cuando éste aún no cumple 13 años de edad, que es creada y supervisada por un padre o madre por medio de Google Family Link.

**Grupo 1:** todas las personas "sin cuenta Enterprise" y "sin cuenta Unicorn" que, durante el periodo que comienza el 1 de julio de 2016 y continúa hasta el 23 de septiembre de 2024, (a) tuvieron su configuración de "Actividad web y de aplicaciones" o "Actividad web y de aplicaciones complementaria" desactivada y (b) cuya actividad en una aplicación móvil que no es de la marca Google de todas maneras se transmitió a Google desde (c) un dispositivo móvil que ejecuta el sistema operativo de Android, debido al Kit de Desarrollo de Software (Software Development Kit, "SDK") y/o al SDK de anuncios para dispositivos móviles de Google.

**Grupo 2:** todas las personas "sin cuenta Enterprise" y "sin cuenta Unicorn" que, durante el periodo que comienza el 1 de julio de 2016 y continúa hasta el 23 de septiembre de 2024, (a) tuvieron su configuración de "Actividad web y de aplicaciones" o "Actividad web y de aplicaciones complementaria" desactivada y (b) cuya actividad en una aplicación móvil que no es de la marca Google de todas maneras se transmitió a Google desde (c) un dispositivo móvil que ejecuta un sistema operativo que no es de Android, debido al SDK de Firebase o al SDK de anuncios para dispositivos móviles de Google.

Las personas que se inscribieron en un tipo de cuenta que no sea una cuenta de Enterprise o una cuenta de Google supervisada para usuarios menores de 13 años podrían incluirse en todas las tres reclamaciones legales. Estas personas podrían ser Miembros del Grupo tanto del grupo de invasión de la privacidad como del grupo de violación de la intimidad y los grupos de CDAFA.

Si usted es un niño para el cual se creó una cuenta de Google supervisada para usuarios menores de 13 años, analice este Aviso con su padre/madre o tutor para que le ayude a decidir si puede ser un Miembro del Grupo. Si usted es padre/madre o tutor que supervisa una Cuenta de Google para usuarios menores de 13 años, y si los registros de Google indican que su hijo puede ser Miembro del Grupo, recibirá un Aviso por separado. Revise ese Aviso con su hijo para ayudarle a decidir si puede ser un Miembro del Grupo.

Es posible que usted sea Miembro del Grupo de uno o más de estos grupos certificados.

**6.    ¿Las Cuentas Enterprise y supervisadas de Google para usuarios menores de 13 años están incluidas en los Grupos para las reclamaciones legales de invasión de la privacidad y violación de la intimidad?**

No. Aunque estas cuentas pueden haber sido elegibles para ser incluidas en los Grupos certificados para estas reclamaciones legales, el Tribunal posteriormente otorgó la solicitud de Google de excluir las Cuentas Enterprise y supervisadas de Google para usuarios menores de 13 años de los Grupos de invasión de la privacidad y violación de la intimidad. Las Cuentas Enterprise y supervisadas de Google para usuarios menores de 13 años aún están incluidas en los Grupos certificados por violaciones de la CDAFA.

El Tribunal no ha decidido si las personas con cuentas Enterprise o cuentas de Google supervisadas para usuarios menores de 13 años tienen reclamaciones legales válidas por presuntas violaciones por invasión de la privacidad y violación de la intimidad. Sin embargo, ha determinado que esas personas no pueden formar parte de los Grupos existentes para las reclamaciones legales por presuntas violaciones de invasión de la privacidad y violación de la intimidad. Puede contratar a su propio abogado a su cargo si decide entablar su propia demanda.

**7.    ¿Cómo sé si mis configuraciones de Actividad web y de aplicaciones o Actividad web y de aplicaciones complementaria estuvieron desactivadas entre el 1 de julio de 2016 y el 23 de septiembre de 2024?**

En función de los registros de Google, el Aviso individual se envía directamente a los correos electrónicos disponibles de las personas cuyas configuraciones de Actividad web y de aplicaciones o Actividad web y de aplicaciones complementaria de Google se desactivaron o pausaron al menos una vez entre el 1 de julio de 2016 y el 23 de septiembre de 2024.

**8.    ¿Existen excepciones a las personas o entidades incluidas como Miembros del Grupo?**

Sí. Las siguientes entidades y personas quedan excluidas de los Grupos: Estas incluyen:

- el Tribunal (incluido el juez principal Richard Seeborg, el juez auxiliar Alex G. Tse, los jurados en cualquier juicio y sus familiares);

- Google, sus subsidiarias, matrices, predecesoras, sucesoras y cesionarias, incluida cualquier entidad en la que tengan una participación mayoritaria, así como los ejecutivos, directores, empleados, filiales y representantes legales de estas entidades;

- personas cuyas reclamaciones legales en este asunto ya se han resuelto de forma definitiva en cuanto al fondo o han sido desestimadas de otro modo, lo cual significa que ya han sido decididas por un tribunal o conciliadas;

- abogados de los Demandantes, Abogados del Grupo y abogados de Google;

- todas las personas y entidades que presenten una solicitud válida y oportuna para retirarse de la demanda (la pregunta 11 proporciona más información sobre cómo hacerlo); y

- los representantes legales, sucesores y cesionarios de cualquiera de las personas y entidades excluidas antes mencionadas.

**9.    Si aún no estoy seguro de si soy Miembro del Grupo, ¿con quién debo comunicarme?**

Si aún no está seguro de si es Miembro del Grupo, visite el sitio web, www.GoogleWebAppActivityLawsuit.com, llame al Administrador del Aviso al número gratuito 1-855-822-8821 o escriba a la dirección Rodriguez v. Google, P.O. Box 2749, Portland, OR 97208-2749.

## SUS DERECHOS Y OPCIONES

Tiene que decidir ahora si seguirá siendo Miembro del Grupo o si solicita ser excluido.

| 10. | ¿Qué sucede si no hago nada? |

Si no hace nada, seguirá siendo Miembro del Grupo. Si los Demandantes obtienen dinero o beneficios de esta demanda, como resultado de un juicio o un acuerdo, es posible que reciba un pago o beneficios en el futuro. Si no hace nada ahora, independientemente de si los Demandantes ganan o pierden, estará legalmente obligado por todas las órdenes y sentencias del Tribunal con respecto a las reclamaciones legales planteadas en esta demanda. Perderá el derecho de entablar o mantener una demanda por separado contra Google por las reclamaciones legales alegadas en esta demanda.

| 11. | ¿Qué sucede si pido ser excluido? |

Si se excluye (o "retira") del Grupo o los Grupos, no recibirá dinero ni beneficios como resultado de un juicio o acuerdo. Si se excluye, no tendrá la obligación legal de cumplir las órdenes y sentencias del Tribunal en esta demanda y puede entablar su propia demanda contra Google por las reclamaciones legales planteadas en esta demanda. Puede contratar a su propio abogado a su cargo si decide entablar su propia demanda. Si se excluye para poder iniciar o continuar su propio juicio contra Google, debería hablar con su propio abogado lo antes posible, porque sus reclamaciones podrían estar sujetas a plazos de presentación.

| 12. | ¿Cómo pido que se me excluya? |

Para excluirse, debe enviar una solicitud por escrito por correo postal que indique que desea ser excluido de *Rodriguez v. Google LLC.* Asegúrese de incluir su nombre, dirección, número de teléfono, correo electrónico y firma. Debe enviar su solicitud de exclusión **por correo con sello postal** a más tardar el **20 de febrero de 2025** a:

Rodriguez v. Google Exclusions
P.O. Box 2749
Portland, OR 97208-2749

No puede excluirse por teléfono ni por correo electrónico. Para excluirse, debe hacerlo en forma individual y por separado; no se aceptarán solicitudes de exclusión consolidadas, grupales o masivas.

Si solicita su exclusión en el plazo indicado, no tendrá la obligación legal de cumplir con el resultado de esta demanda. Es posible que pueda demandar (o continuar demandando) a Google en el futuro con respecto a las reclamaciones legales planteadas en esta demanda.

Si no se excluye, a más tardar el **20 de febrero de 2025**, seguirá siendo un Miembro del Grupo y tendrá la obligación de cumplir con las órdenes del Tribunal en esta demanda.

## <u>LOS ABOGADOS QUE LO REPRESENTAN</u>

| 13. | ¿Tengo un abogado en esta demanda? |

Sí. El Tribunal designó a los siguientes abogados como Abogados del Grupo a fin de que representen a los Miembros del Grupo: Si tiene preguntas, puede comunicarse con los Abogados del Grupo enviando un correo electrónico a:

ClassCounsel@GoogleWebAppActivityLawsuit.com

| | | |
|---|---|---|
| Mark C. Mao | John A. Yanchunis | Bill Carmody |
| Beko Reblitz-Richardson | Ryan J. McGee | SUSMAN GODFREY LLP |
| BOIES SCHILLER FLEXNER LLP | MORGAN & MORGAN | One Manhattan West |
| 44 Montgomery St., 41st Floor | 201 N. Franklin Street, 7th Floor | 50th Floor |
| San Francisco, CA 94104 | Tampa, FL 33602 | New York, NY 10001 |

James Lee
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., 28th Floor
Miami, FL 33131

Amanda Bonn
SUSMAN GODFREY LLP
1900 Ave. of the Stars, Suite 1400
Los Angeles, California 90067

| 14. | ¿Cómo se pagará a los abogados? |

Si hay una sentencia en contra de Google o una conciliación en el futuro, los Abogados del Grupo solicitarán al Tribunal que apruebe y adjudique los honorarios y gastos de los abogados. El Tribunal determinará en última instancia el monto de los honorarios y los gastos de los abogados que se otorgará. Usted no tendrá que pagar personalmente los honorarios y gastos de los abogados. Si el Tribunal concede la solicitud de los Abogados del Grupo, los honorarios y gastos de los abogados se descontarán del dinero obtenido para los Miembro del Grupo, o Google los pagará por separado.

| 15. | ¿Se remunerará a los Representantes del Grupo por sus servicios? |

Los Abogados del Grupo pueden solicitar compensaciones por servicios para los Representantes del Grupo si hay una sentencia o una conciliación en el futuro. Las compensaciones por servicios se sumarían a los derechos de los Representantes del Grupo como Miembros del Grupo a recibir una parte del dinero o beneficio que resulte de dicha sentencia o conciliación. El monto de estas compensaciones, si las hubiera, será determinado por el Tribunal.

| 16. | ¿Debo contratar a mi propio abogado? |

Usted tiene derecho a contratar y comparecer a través de su propio abogado, pero no tiene que hacerlo. Los Abogados del Grupo trabajan en su nombre como Miembros del Grupo. Si desea tener su propio abogado, tendrá que pagarle usted mismo.

| 17. | ¿Qué sucede si ya tengo mi propio abogado? |

Si ya ha contratado a su propio abogado, debe comunicarse directamente con su abogado si tiene alguna pregunta sobre si este Aviso se aplica a usted y cómo proceder.

# CÓMO OBTENER MÁS INFORMACIÓN

| 18. | ¿Dónde obtengo más información? |

Este Aviso resume la reciente decisión del Tribunal de certificar la demanda como una demanda colectiva. Las fechas clave y los documentos importantes relacionados con la demanda se pueden encontrar en línea en www.GoogleWebAppActivityLawsuit.com. Para obtener asistencia adicional, comuníquese con el Administrador del Aviso llamando al número gratuito 1-855-822-8821 o escribiendo a: Rodriguez v. Google, P.O. Box 2749, Portland, OR 97208-2749. Si desea comunicarse con los Abogados del Grupo, puede comunicarse directamente con ellos. La información de contacto de los Abogados del Grupo se proporciona en la pregunta 13. Usted puede contratar a su propio abogado, por su propia cuenta y gasto.

También puede obtener información sobre la demanda en el expediente del Tribunal en esta demanda, por el pago de un cargo, a través del sistema de acceso público a los registros electrónicos del tribunal (Public Access to Court Electronic Records, PACER) en https://ecf.cand.uscourts.gov, o visitando la oficina del Secretario del Tribunal del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, entre las 9:00 a. m. y las 4:00 p. m., de lunes a viernes, excepto los feriados del Tribunal.

NO LLAME POR TELÉFONO AL TRIBUNAL O LA OFICINA DEL SECRETARIO DEL TRIBUNAL PARA INFORMARSE ACERCA DE LA PRESENTE CONCILIACIÓN. **TODAS LAS PREGUNTAS DEBEN REMITIRSE AL ADMINISTRADOR DEL AVISO O A LOS ABOGADOS DEL GRUPO.**

Exhibit 8

Frequently Asked Questions

**Basic Information**

1. What is this lawsuit about?

2. Why was the Notice issued?

3. What is a class action and who is involved?

4. Are there any money or benefits available now?

**Who is a Class Member**

5. Am I part of this class action lawsuit?

6. Are Enterprise and supervised Google Accounts for users under age 13 included in the Classes for the legal claims for invasion of privacy and intrusion upon seclusion?

7. How do I know if my Web & App Activity and/or supplemental Web & App Activity settings were turned off between July 1, 2016, and September 23, 2024?

8. Are there exceptions to the persons or entities included as Class Members?

9. If I am still not sure if I am a Class Member, who should I contact?

**Your Rights and Options**

10. What happens if I do nothing at all?

**Excluding Yourself from the Lawsuit**

11. What happens if I ask to be excluded?

12. How do I ask to be excluded?

**The Lawyers Representing You**

13. Do I have a lawyer in this lawsuit?

14. How will the lawyers be paid?

15. Are the Class Representatives paid?

16. Should I get my own lawyer?

17. What if I already have my own lawyer?

**Getting More Information**

18. Where do I get more information?

**Basic Information**

### 1.   What is this lawsuit about?

Plaintiffs in this lawsuit sued Google alleging that when someone turned off or "paused" Google's Web & App Activity setting and/or supplemental Web & App Activity setting, Google lacked permission to collect, save, and use the data concerning their activity on non-Google apps that have incorporated certain Google software code into the apps (such as Uber, Venmo, TikTok, Instagram, Facebook, WhatsApp, etc.). Plaintiffs allege that regardless of whether Class Members had these settings paused or turned off, Google collected app activity data using certain code embedded within many non-Google apps. This embedded code includes the Firebase Software Development Kit and the Google Mobile Ads Software Development Kit, which are written and distributed by Google and placed on apps by third party developers who own the apps. Plaintiffs allege Google used this code to unlawfully access their devices and collect, save, and use data from their activity on non-Google apps for Google's own benefit.

Google denies Plaintiffs' legal claims. The Court has not decided who is right.

**Back To Top**

### 2.   Why was the Notice issued?

A federal court authorized the Notice because Class Members have a right to know about their legal rights. The Notice only advises you of the existence of this lawsuit, your rights and options, and the deadlines to exercise them if you are a Class Member.

Chief Judge Richard Seeborg of the United States District Court for the Northern District of California is overseeing this lawsuit, known as *Rodriguez et al. v. Google LLC*, Case No. 20-cv-4688-RS (N.D. Cal.), and has determined that legal claims against Google for invasion of privacy, intrusion upon seclusion, and violation of the California Comprehensive Computer Data Access and Fraud Act, Cal. Penal Code § 502, can proceed as a class action. Judge Seeborg "certified" two nationwide Classes: Class 1 and Class 2 (together the "Classes") and you may be a Class Member.

**Back To Top**

### 3.   What is a class action and who is involved?

In a class action lawsuit, one or more people called "Class Representatives"—in this lawsuit four Class Representatives—sue on behalf of other people who have similar legal claims. All of these people are "Class Members" and together form a "Class" or "Classes." One court resolves the lawsuit for all class members, except for those who exclude themselves. The Class Representatives who sued—and all the Class Members like them—are called Plaintiffs. The entity they sued (in this lawsuit, Google) is called the defendant.

**Back To Top**

### 4.   Are there any money or benefits available now?

No money or benefits are available now. The Court has not decided whether Google did anything wrong, and Plaintiffs and Google have not settled the lawsuit. There is no guarantee money or benefits will be obtained in the future. You will be notified if money or benefits become available.

Back To Top

**Who is a Class Member**

**5. Am I part of this class action lawsuit?**

You are a Class Member if you meet one or more of the definitions below, as certified by the Court:

**Comprehensive Computer Data Access and Fraud Act ("CDAFA")**

For the alleged violation of the CDAFA, the Court certified the following classes:

**Class 1:** All individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

**Class 2:** All individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024 (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

**Invasion of Privacy and Intrusion Upon Seclusion**

For the alleged invasion of privacy and intrusion upon seclusion legal claims, the Court certified the same Class 1 and Class 2 but **excluded** individuals who only have an "Enterprise" account or "supervised Google Account for users under age 13" (also known as a "Unicorn" account). An "Enterprise" account is an account managed by an administrator that is designed for use by end users within an organization, such as businesses, non-profits, and schools. A "supervised Google Account for users under age 13" is an account created for a minor when they are under the age of 13, which is created and supervised by a parent using Google Family Link.

**Class 1:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

**Class 2:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

Individuals who signed up for an account type other than an Enterprise or supervised Google Account for users under age 13 could be included for all three legal claims. These individuals could be Class Members for **both** the invasion of privacy and intrusion upon seclusion classes and the CDAFA classes.

If you are a child for whom a supervised Google Account for users under age 13 was created, please discuss this Notice with your parent or guardian to help you decide whether you may be a Class Member. If you are a parent or guardian supervising a Google Account for users under age 13, and if Google's records indicate your child may be a Class Member, you will receive a separate Notice. Please review that Notice with your child to help them decide whether they may be a Class Member.

It is possible for you to be a Class Member of one or more of these certified classes.

**Back To Top**

### 6. Are Enterprise and supervised Google Accounts for users under age 13 included in the Classes for the legal claims for invasion of privacy and intrusion upon seclusion?

No. Although these accounts may have been eligible to be included in the Classes certified for these legal claims, the Court later granted Google's request to exclude Enterprise accounts and supervised Google Accounts for users under age 13 from the invasion of privacy and intrusion upon seclusion Classes. Enterprise and supervised Google Accounts for users under age 13 are still included in the Classes certified for violations of the CDAFA.

The Court has not decided whether individuals with Enterprise accounts or supervised Google Accounts for users under age 13 have valid legal claims for alleged violations for invasion of privacy and intrusion upon seclusion. However, it has determined that those individuals cannot be a part of the existing Classes for the legal claims for alleged violations of invasion of privacy and intrusion upon seclusion. You may hire your own lawyer at your expense if you decide to pursue your own lawsuit.

**Back To Top**

### 7. How do I know if my Web & App Activity and/or supplemental Web & App Activity settings were turned off between July 1, 2016, and September 23, 2024?

Based on Google's records, individual Notice is being sent directly to available email addresses for individuals whose Google Web & App Activity and/or supplemental Web & App Activity settings were turned off or "paused" at least once between July 1, 2016, and September 23, 2024.

**Back To Top**

### 8. Are there exceptions to the persons or entities included as Class Members?

Yes. Certain individuals and entities are excluded from the Classes. These include:

- o The Court (including Chief Judge Richard Seeborg, Magistrate Judge Alex G. Tse, jurors in any trial, and their family members);

- o Google, its subsidiaries, parents, predecessors, successors, and assigns, including any entity in which they have a controlling interest, as well as these entities' officers, directors, employees, affiliates, and legal representatives;

- o People whose legal claims in this matter have already been finally adjudicated on the merits or otherwise released, meaning decided by a court or settled;

- o  Plaintiffs' counsel, Class Counsel, and Google's counsel;

- o  All persons and entities who submit a timely and valid request to opt out of the lawsuit (FAQ 11 provides more information on how to do this); and

- o  The legal representatives, successors, and assigns of any of the above excluded individuals and entities.

**Back To Top**

### 9.  If I am still not sure if I am a Class Member, who should I contact?

If you're still not sure whether you are a Class Member, please review this website, call the Notice Administrator toll-free at 1-855-822-8821, or write to: *Rodriguez v Google*, P.O. Box 2749, Portland, OR 97208-2749

**Back To Top**

**Your Rights and Options**

### 10. What happens if I do nothing at all?

If you do nothing, you will remain a Class Member. If Plaintiffs obtain money or benefits from this lawsuit—as a result of a trial or a settlement—you may receive a payment or benefits in the future. If you do nothing now, regardless of whether Plaintiffs win or lose, you will be legally bound by all Court orders and judgments regarding the legal claims in this lawsuit. You will lose the right to bring or maintain a separate lawsuit against Google for the legal claims alleged in this lawsuit.

**Back To Top**

**Excluding Yourself from the Lawsuit**

### 11. What happens if I ask to be excluded?

If you exclude yourself (or "opt out") from the Class or Classes, you will not receive any money or benefits as a result of a trial or settlement. If you exclude yourself, you will not be legally bound by the Court's orders and judgments in this lawsuit and you may pursue your own lawsuit against Google for legal claims in this lawsuit. You may hire your own lawyer at your expense if you decide to pursue your own lawsuit. If you exclude yourself so you can start or continue your own lawsuit against Google, you should talk to your own lawyer soon, because your legal claims may be subject to filing deadlines.

**Back To Top**

### 12. How do I ask to be excluded?

To exclude yourself, you must send a written request by mail stating that you want to be excluded from *Rodriguez v. Google LLC*. You must include your name, address, telephone number, email address, and your signature. You must mail your exclusion request postmarked by **February 20, 2025**, to:

*Rodriguez v. Google* Exclusions
P.O. Box 2749
Portland, OR 97208-2749

You cannot exclude yourself on the phone or by email. To exclude yourself, you must do so individually and separately; no consolidated, group, or mass requests for exclusion will be accepted.

If you timely ask to be excluded, you will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Google in the future regarding the legal claims in this lawsuit.

If you do not exclude yourself, you will remain a Class Member and be bound by the orders of the Court in this lawsuit.

**Back To Top**

**The Lawyers Representing You**

### 13. Do I have a lawyer in this lawsuit?

Yes. The Court has appointed the following lawyers as Class Counsel to represent Class Members. If you have questions, you can reach Class Counsel by calling 1-888-884-5720 or by sending an email to: ClassCounsel@GoogleWebAppActivityLawsuit.com.

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

James Lee
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., 28th Floor
Miami, FL 33131

John A. Yanchunis
Ryan J. McGee
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

Bill Carmody
SUSMAN GODFREY LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Amanda Bonn
SUSMAN GODFREY LLP

1900 Ave. of the Stars, Suite 1400
Los Angeles, California 90067

**Back To Top**

### 14. How will the lawyers be paid?

If there is a judgment against Google or a settlement in the future, Class Counsel will ask the Court to approve and award attorneys' fees and expenses. The amount of these attorneys' fees and expenses will ultimately be determined by the Court. You will not have to personally pay the attorneys' fees and expenses. If the Court grants Class Counsel's request, the attorneys' fees and expenses will either be deducted from any money obtained for the Class Members or paid separately by Google.

**Back To Top**

### 15. Are the Class Representatives paid?

Class Counsel may ask for service awards for the Class Representatives if there is a judgment or settlement in the future. The service awards would be in addition to Class Representatives' rights as a Class Member to receive a portion of the money or benefit resulting from any such judgment or settlement. The amount of these awards, if any, will ultimately be determined by the Court.

**Back To Top**

### 16. Should I get my own lawyer?

You have the right to hire and appear through your own lawyer, but you do not have to do so. Class Counsel is working on behalf of all Class Members as a whole. If you hire your own lawyer, you will have to pay for your lawyer on your own.

**Back To Top**

### 17. What if I already have my own lawyer?

If you have already hired your own lawyer, you should contact your lawyer directly with any questions as to whether this Notice applies to you and how to proceed.

**Back To Top**

**Getting More Information**

### 18. Where do I get more information?

This Notice summarizes the Court's recent decision to certify the lawsuit as a class action. Key dates and important documents related to the lawsuit can be found on this website. For additional assistance, please contact the Notice Administrator by calling, toll-free, 1-855-822-8821, or writing to *Rodriguez v Google*, P.O. Box 2749, Portland, OR 97208-2749. If you want to communicate with Class Counsel, you may contact them directly. Contact information for Class Counsel is provided in FAQ 13. You may also hire your own lawyer at your own expense.

You may also obtain information regarding the lawsuit on the Court docket in this lawsuit, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS LAWSUIT. **ALL QUESTIONS SHOULD BE DIRECTED TO THE NOTICE ADMINISTRATOR OR CLASS COUNSEL.**

**Back To Top**

Exhibit 9



*Rodriguez et al. v. Google LLC*

**Exclusion Report**

# Filed Under Seal