| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | Ryan Sila (admitted pro hac vice) |
| | One Manhattan West, 50th Floor |
| Mark C. Mao, CA Bar No. 236165 | New York, NY 10001 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Tel.: (212) 336-8330 |
| 44 Montgomery St., 41st Floor | bcarmody@susmangodfrey.com |
| San Francisco, CA 94104 | srabin@susmangodfrey.com |
| Tel.: (415) 293-6800 | sshepard@susmangodfrey.com |
| mmao@bsfllp.com | afrawley@susmangodfrey.com |
| brichardson@bsfllp.com | rsila@susmangodfrey.com |
| James Lee (admitted pro hac vice) | Amanda K. Bonn, CA Bar No. 270891 |
| Rossana Baeza (admitted pro hac vice) | 1900 Avenue of the Stars, Suite 1400 |
| 100 SE 2nd St., 28th Floor | Los Angeles, CA 90067 |
| Miami, FL 33131 | Tel.: (310) 789-3100 |
| Tel.: (305) 539-8400 | abonn@susmangodfrey.com |
| jlee@bsfllp.com | |
| rbaeza@bsfllp.com | **MORGAN & MORGAN** |
| | John A. Yanchunis (admitted pro hac vice) |
| Alison L. Anderson, CA Bar No. 275334 | Ryan J. McGee (admitted pro hac vice) |
| M. Logan Wright, CA Bar No. 349004 | Michael F. Ram, CA Bar No. 104805 |
| 2029 Century Park East, Suite 1520 | 201 N. Franklin Street, 7th Floor |
| Los Angeles, CA 90067 | Tampa, FL 33602 |
| Tel.: (213) 995-5720 | Tel.: (813) 223-5505 |
| alanderson@bsfllp.com | jyanchunis@forthepeople.com |
| mwright@bsfllp.com | rmcgee@forthepeople.com |
| | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated, | Case No.: 3:20-cv-04688-RS |
| | **DECLARATION OF RYAN SILA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO AZARI DECLARATION** |
| Plaintiffs, | |
| vs. | Judge: Hon. Richard Seeborg |
| GOOGLE LLC, | Courtroom 3 – 17th Floor |
| Defendant. | |

**DECLARATION OF RYAN SILA**

I, Ryan Sila, declare as follows.

1. I am an associate with the law firm of Susman Godfrey L.L.P., counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of New York and admitted *pro hac vice* for this case. Dkt. 232. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Pursuant to Civil Local Rule 79-5, I submit this Declaration in support of Plaintiffs' administrative motion to seal Exhibit 9 to the Declaration of Cameron R. Azari Regarding the Implementation and Adequacy of the Class Notice Plan and Notices. In making this request, Plaintiffs have carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5.

3. Plaintiffs respectfully request that the Court seal portions of Exhibit 9, which is attached to the Azari declaration.

4. The information requested to be sealed reveals the names, email addresses, and other information regarding individuals who submitted requests to be excluded from the certified classes in this case.

5. If the Court were to deny sealing this information, these individuals could be subjected to a heightened risk of injury, including identity theft.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of March, 2025, at Hoboken, New Jersey.

*/s/ Ryan Sila*