**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO SUPPLEMENTAL AZARI DECLARATION**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully move to seal personal information regarding would-be class members who submitted requests for exclusion from the certified classes. This material is included within the Amended Exclusion Report, which is attached as Exhibit 1 to the Supplemental Azari Declaration that is being concurrently filed.

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Exhibit 1 | Plaintiffs | Entirety | Refers to sensitive personal material regarding would-be class members who seek exclusion from the certified classes |

Plaintiffs only seek to seal material that reveals the names, email addresses, and similar information regarding non-parties, namely would-be absent class members who submitted requests for exclusion from the certified classes. As explained in earlier motions to seal, there is a compelling reason to seal this information because it would undermine these individuals' privacy interests. *See Nursing Home Pension Fund v. Oracle Corp.*, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) ("an individual's privacy interest" is a compelling reason to seal a document). Plaintiffs' narrowly tailored proposal "will not interfere with the public's ability to understand the judicial process" because the names and email addresses are not relevant to the issues implicated by the notice process. *Ojmar US, LLC v. Sec. People, Inc.*, 2016 WL 6091543, at *2 (N.D. Cal. Oct. 19, 2016). The Court previously granted Plaintiffs' request to seal this information in connection with other filings. *See* Dkts. 429, 430. For these reasons, Plaintiffs respectfully request permission to maintain this information under seal.

Dated: April 2, 2025                    Respectfully submitted,


                                        By: */s/ Mark C. Mao*

                                        Mark C. Mao (CA Bar No. 236165)
                                        mmao@bsfllp.com
                                        Beko Reblitz-Richardson (CA Bar No. 238027)
                                        brichardson@bsfllp.com
                                        BOIES SCHILLER FLEXNER LLP

|   |   |
|---|---|
| 1 | 44 Montgomery Street, 41st Floor |
|   | San Francisco, CA 94104 |
| 2 | Telephone: (415) 293 6858 |
|   | Facsimile (415) 999 9695 |
| 3 |   |
| 4 | David Boies (admitted *pro hac vice*) |
|   | dboies@bsfllp.com |
| 5 | BOIES SCHILLER FLEXNER LLP |
|   | 333 Main Street |
| 6 | Armonk, NY 10504 |
|   | Telephone: (914) 749-8200 |
| 7 |   |
| 8 | James Lee (admitted *pro hac vice*) |
|   | jlee@bsfllp.com |
| 9 | Rossana Baeza (admitted *pro hac vice*) |
|   | rbaeza@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
|   | 100 SE 2nd Street, Suite 2800 |
| 11 | Miami, FL 33131 |
|   | Telephone: (305) 539-8400 |
| 12 | Facsimile: (305) 539-1307 |
| 13 |   |
|   | Alison L. Anderson, CA Bar No. 275334 |
| 14 | alanderson@bsfllp.com |
|   | M. Logan Wright, CA Bar No. 349004 |
| 15 | mwright@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 16 | 2029 Century Park East, Suite 1520 |
|   | Los Angeles, CA 90067 |
| 17 | Telephone: (813) 482-4814 |
| 18 |   |
|   | Bill Carmody (*pro hac vice*) |
| 19 | bcarmody@susmangodfrey.com |
|   | Shawn J. Rabin (*pro hac vice*) |
| 20 | srabin@susmangodfrey.com |
|   | Steven Shepard (*pro hac vice*) |
| 21 | sshepard@susmangodfrey.com |
| 22 | Alexander P. Frawley |
|   | afrawley@susmangodfrey.com |
| 23 | Ryan Sila |
|   | rsila@susmangodfrey.com |
| 24 | SUSMAN GODFREY L.L.P. |
|   | One Manhattan West, 50th Floor |
| 25 | New York, NY 10001 |
| 26 | Telephone: (212) 336-8330 |
| 27 |   |
|   | Amanda Bonn (CA Bar No. 270891) |
| 28 | abonn@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |

2

ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO SUPPLEMENTAL AZARI DECLARATION
CASE NO. 3:20-CV-04688-RS

|   |   |
|---|---|
| 1 | 1900 Avenue of the Stars, Suite 1400 |
|   | Los Angeles, CA 90067 |
| 2 | Telephone: (310) 789-3100 |
| 3 | John A. Yanchunis (*pro hac vice*) |
| 4 | jyanchunis@forthepeople.com |
|   | Ryan J. McGee (*pro hac vice*) |
| 5 | rmcgee@forthepeople.com |
|   | Michael F. Ram (CA Bar No. 238027) |
| 6 | mram@forthepeople.com |
|   | MORGAN & MORGAN, P.A. |
| 7 | 201 N Franklin Street, 7th Floor |
|   | Tampa, FL 33602 |
| 8 | Telephone: (813) 223-5505 |
| 9 | Facsimile: (813) 222-4736 |
| 10 | *Attorneys for Plaintiffs* |