1  **BOIES SCHILLER FLEXNER LLP**
   David Boies (admitted pro hac vice)
2  333 Main Street
   Armonk, NY 10504
3  Tel.: (914) 749-8200
4  dboies@bsfllp.com

5  Mark C. Mao, CA Bar No. 236165
   Beko Reblitz-Richardson, CA Bar No. 238027
6  44 Montgomery St., 41st Floor
   San Francisco, CA 94104
7  Tel.: (415) 293-6800
   mmao@bsfllp.com
8  brichardson@bsfllp.com

9  James Lee (admitted pro hac vice)
   Rossana Baeza (admitted pro hac vice)
10 100 SE 2nd St., 28th Floor
   Miami, FL 33131
11 Tel.: (305) 539-8400
12 jlee@bsfllp.com
   rbaeza@bsfllp.com
13
   Alison L. Anderson, CA Bar No. 275334
14 M. Logan Wright, CA Bar No. 349004
   2029 Century Park East, Suite 1520
15 Los Angeles, CA 90067
   Tel.: (213) 995-5720
16 alanderson@bsfllp.com
17 mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

18

19                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| 21  ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated, | Case No.: 3:20-cv-04688-RS |
| Plaintiffs, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| vs. | The Honorable Richard Seeborg |
| GOOGLE LLC, | Courtroom 3 – 17th Floor |
| Defendant. | Date: May 15, 2025 |
| | Time: 1:30 p.m. |

1  Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether
2  Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs'
3  Motion to Exclude Certain Opinions and Testimony of Google's Experts Donna Hoffman, John
4  Black, and Christopher Knittel. As noted in the below chart, the Court has already addressed
5  sealing with respect to some (but not all) of these documents.

| Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Expert Report of Donna Hoffman, served by Google on May 31, 2023<br><br>Portions: Pg 91, Footnote 280<br><br>Attached as Exhibit 1 to the Frawley Declaration | Google | The Court's January 3, 2024 sealing order (Dkt. 353 at 10), which addressed the same document. |
| Supplemental Expert Report of Donna Hoffman, served by Google on March 24, 2025<br><br>Entirety<br><br>Attached as Exhibit 2 to the Frawley Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Expert Report of John Black, served by Google on May 31, 2023<br><br>Portions: Paragraphs 41, 43, 43, 60, 74, 80, 83, 90, 92, 99, 101, 107, 123, 128, 132, 143-47, 151, 155, 167, 169, 174, 178, 192, 201, 214<br><br>Attached as Exhibit 3 to the Frawley Declaration | Google | The Court's January 3, 2024 sealing order (Dkt. 353 at 12), which addressed the same document. |
| Expert Report of Christopher Knittel, served by Google on May 31, 2023<br><br>Portions: Pg 30, Footnote 116; Page 50, Footnote 176; Page 83, Footnote 285<br><br>Attached as Exhibit 4 to the Frawley Declaration | Google | The Court's January 3, 2024 sealing order (Dkt. 353 at 12), which addressed the same document. |
| Transcript from the Deposition of Donna Hoffman, taken by Plaintiffs on July 11, 2023 | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |

| | | |
|---|---|---|
| Entirety<br><br>Attached as Exhibit 5 to the Frawley Declaration | | |
| Transcript from the Deposition of Christopher Knittel, taken by Plaintiffs on July 11, 2023<br><br>Entirety<br><br>Attached as Exhibit 6 to the Frawley Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Supplemental Expert Report of Bruce Schneier, served by Plaintiffs on January 6, 2025<br><br>Entirety<br><br>Attached as Exhibit 7 to the Frawley Declaration | Google | Refers to Material Designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: April 3, 2025                              Respectfully submitted,

By: */s/ Mark Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com

Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (813) 482-4814

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley
afrawley@susmangodfrey.com
Ryan Sila
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY  10001
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*