**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

*Attorneys for Defendant*
*GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC, *et al.*,<br><br>                              Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S MOTION TO EXCLUDE SUNDAR PICHAI FROM TESTIFYING AT TRIAL**<br><br>*[FILED CONCURRENTLY WITH THE NOTICE OF MOTION AND [PROPOSED] ORDER]*<br><br>Date:         May 9, 2025<br>Time:        2:00 p.m.<br>Ctrm:        A - 15th Floor<br>Judge:       Magistrate Judge Alex G. Tse<br><br>Action filed:   July 14, 2020<br>Trial Date:     August 18, 2025 |

I, EDUARDO E. SANTACANA, declare that:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, 34th Floor San Francisco, California 94104, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Motion to Exclude Sundar Pichai from Testifying at Trial filed herewith.

3. After the Court denied without prejudice Plaintiffs' May 4, 2021 request for Google to search the ESI of ten additional custodians, including Mr. Pichai, Plaintiffs did not ask Google to produce Mr. Pichai's ESI again, and never moved the Court for another order compelling such production.

4. Plaintiffs deposed fourteen current and former Google employees. Plaintiffs never sought to depose Mr. Pichai.

5. Attached hereto as **Exhibit A** is Plaintiffs' Amended Rule 26 Disclosures dated October 31, 2022.

6. Attached hereto as **Exhibit B** is Plaintiffs' Second Amended Rule 26 Disclosures dated October 4, 2023.

7. After amending their Rule 26 Disclosures to add Blake Lemoine, Plaintiffs demanded that Google produce Lemoine's documents and then let Plaintiffs depose Lemoine. Google rejected this request. In February 2024, Plaintiffs served a draft letter brief on Google asking the Court for "an order (1) granting leave for Plaintiffs to exceed the current deposition limit to take Mr. Lemoine's deposition, and (2) requiring Google to review and produce documents from the custodial files of another individual with key knowledge—former Google employee Blake Lemoine." They subsequently dropped the issue. No letter brief on this was ever filed.

8. Attached hereto as **Exhibit C** is Plaintiffs' Third Amended Rule 26 Disclosures dated September 16, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 3, 2025

/s/ *Eduardo E. Santacana*
EDUARDO E. SANTACANA

**FILER'S ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: April 3, 2025                       /s/ *Simona Agnolucci*
                                                         Simona Agnolucci