**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

*Attorneys for Defendant*
*GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al*. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, *et al*.,<br><br>Defendant. | Case No. 3:20-CV-04688 RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO EXCLUDE SUNDAR PICHAI FROM TESTIFYING AT TRIAL**<br><br>Date:        May 9, 2025<br>Time:       2:00 p.m.<br>Ctrm:       A - 15th Floor<br>Judge:      Magistrate Judge Alex G. Tse<br><br>Action filed:  July 14, 2020<br>Trial Date:   August 18, 2025 |

# [PROPOSED] ORDER

Before the Court is Google LLC's ("Google") Motion to Exclude Sundar Pichai from Testifying at Trial and documents filed in connection with that motion.

Having considered the Notice of Motion and Motion to Exclude Sundar Pichai from Testifying at Trial, the incorporated Memorandum of Points and Authorities, the Declaration of Eduardo E. Santacana filed concurrently therewith, and the exhibits attached thereto, along with other materials in the record, argument of counsel, and such other matters as the Court may consider, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

Sundar Pichai is excluded from testifying at the trial of this action.

**IT IS SO ORDERED.**

DATED: _____          _____

                                                                    Honorable Alex G. Tse
                                                                    United States Magistrate Judge