1  **BOIES SCHILLER FLEXNER LLP**
   David Boies (admitted pro hac vice)
2  333 Main Street
   Armonk, NY 10504
3  Tel.: (914) 749-8200
4  dboies@bsfllp.com

5  Mark C. Mao, CA Bar No. 236165
   Beko Reblitz-Richardson, CA Bar No.
6  238027
   44 Montgomery St., 41st Floor
7  San Francisco, CA 94104
   Tel.: (415) 293-6800
8  mmao@bsfllp.com
   brichardson@bsfllp.com
9
   James Lee (admitted pro hac vice)
10 Rossana Baeza (admitted pro hac vice)
   100 SE 2nd St., 28th Floor
11 Miami, FL 33131
   Tel.: (305) 539-8400
12 jlee@bsfllp.com
   rbaeza@bsfllp.com
13
   Alison L. Anderson, CA Bar No. 275334
14 M. Logan Wright, CA Bar No. 349004
   2029 Century Park East, Suite 1520
15 Los Angeles, CA 90067
   Tel.: (213) 995-5720
16 alanderson@bsfllp.com
   mwright@bsfllp.com
17

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

18

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**DECLARATION OF ALEXANDER FRAWLEY ISO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF GOOGLE'S EXPERTS DONNA HOFFMAN, JOHN BLACK, AND CHRISTOPHER KNITTEL**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: May 15, 2025<br>Time: 1:30 p.m. |

**DECLARATION OF ALEXANDER FRAWLEY**

I, Alexander Frawley, declare as follows.

1. I am an associate with the law firm of Susman Godfrey L.L.P, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of New York, and admitted *pro hac vice* in this case. (Dkt No. 81). I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts Donna Hoffman, John Black, and Christopher Knittel.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Donna Hoffman, served by Google on May 31, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Supplemental Expert Report of Donna Hoffman, served by Google on March 24, 2025.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of John Black, served by Google on May 31, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Christopher Knittel, served by Google on May 31, 2023.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript from the Deposition of Google expert Donna Hoffman, taken by Plaintiffs on July 11, 2023.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript from the Deposition of Google expert Christopher Knittel, taken by Plaintiffs on July 11, 2023.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Supplemental Expert Report of Bruce Schneier, served by Plaintiffs on January 6, 2025.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the transcript from the deposition of Plaintiff Susan Lynn Harvey, taken by Google on October 27, 2022.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed this 3rd day of April 2025, at New York, New York.

3                                                      */s/ Alexander Frawley*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

DECLARATION OF ALEXANDER FRAWLEY ISO PLAINTIFFS' MOTION
TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF GOOGLE'S EXPERTS
CASE NO. 3:20-CV-04688-RS
2