# EXHIBIT 8

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, JULIEANNA
 5   MUNIZ, ELIZA CAMBA, SAL CATALDO,
 6   EMIR GOENAGA, JULIAN SANTIAGO,
 7   HAROLD NYANJOM, KELLIE NYANJOM,
 8   AND SUSAN LYNN HARVEY,
 9   INDIVIDUALLY AND ON BEHALF OF ALL
10   OTHERS SIMILARLY SITUATED,
11          PLAINTIFFS,
12      vs.                              NO. 3:20-CV-04688
13   GOOGLE LLC,
14          DEFENDANT.
15   _____/
16
17        VIDEOTAPED DEPOSITION OF SUSAN HARVEY
18          *VIA REMOTE COUNSEL VIDEOCONFERENCE*
19              THURSDAY, OCTOBER 27, 2022
20                     VOLUME I
21
22   STENOGRAPHICALLY REPORTED BY:
23   MEGAN F. ALVAREZ, RPR, CSR No. 12470
24   JOB NO. 5516967
25   PAGES 1 - 262
```

Page 1

```
 1    can't keep that promise.  You can't figure out how        05:21:27
 2    to do it, that's not my fault.  They shouldn't have       05:21:30
 3    made a promise in the first place.                        05:21:34
 4         Q.   So I understand that you believe that a         05:21:35
 5    court would not do this.  But just imagine for the        05:21:39
 6    possibility that you were wrong about what is and         05:21:44
 7    isn't illegal and the court rules that from Google        05:21:47
 8    doesn't have to change it's behavior.                     05:21:52
 9              Would you then delete those apps?               05:21:54
10         A.   I can't believe that would ever happen.         05:21:57
11         Q.   Ms. Harvey, I understand that you cannot        05:22:00
12    believe that it will happen, but imagine that it          05:22:01
13    does.                                                     05:22:05
14         A.   I -- I can't imagine that.  Why -- why          05:22:06
15    would that happen?  You can't make a promise, break       05:22:09
16    that promise, make money off people's data when they      05:22:12
17    said that they weren't going to do that, and -- and       05:22:17
18    it be okay.  It's not okay.                               05:22:19
19         Q.   Ms. Harvey, for example, your last case         05:22:23
20    was dismissed on statute of limitations grounds.          05:22:25
21    Let's say that this case gets dismissed on statute        05:22:28
22    of limitations grounds.                                   05:22:32
23              In that case, would you delete these apps       05:22:34
24    off your phone?                                           05:22:38
25         A.   It's not going to get dismissed for             05:22:40
```

Page 247

```
 1   statute of limitations.  So I don't even have to          05:22:42
 2   consider that, correct?                                   05:22:45
 3        Q.   Would you ever delete your Google account?      05:22:48
 4            MR. LEE:  Objection.  Vague.                     05:22:52
 5            THE WITNESS:  What other option do I have        05:22:55
 6   on an Android device so I can use the Play Store?         05:22:57
 7            MR. LEE:  Can I get a time check?                05:23:11
 8            THE VIDEO OPERATOR:  6:23.                       05:23:19
 9            MR. LEE:  I'm sorry?                             05:23:20
10            THE WITNESS:  Six hours, 23 minutes.             05:23:22
11            MR. LEE:  Thank you.                             05:23:29
12   BY MR. MATEEN:                                            05:23:29
13        Q.   Ms. Harvey, since filing this case, have        05:23:30
14   you used any apps differently than you did before?        05:23:33
15        A.   No.  I'm trying to find out what's going        05:23:38
16   on.  It's being investigated right now.  They're          05:23:40
17   checking everything out.  So if I stopped using           05:23:46
18   those things, then nothing would be found out, would      05:23:49
19   it?                                                       05:23:52
20        Q.   Have you interacted with anyone in your         05:23:53
21   life any differently than before you filed your           05:23:55
22   lawsuit?                                                  05:23:57
23            MR. LEE:  Objection.  Vague.                     05:23:58
24            THE WITNESS:  With who?  I don't                 05:24:02
25   understand.                                               05:24:04
```

Page 248

```
 1   BY MR. MATEEN:                                          05:24:05
 2       Q.   Have you communicated with anybody you         05:24:11
 3   know differently?                                       05:24:15
 4            MR. LEE:  Objection.  Vague.                   05:24:17
 5   BY MR. MATEEN:                                          05:24:18
 6       Q.   Have you communicated with anybody you         05:24:23
 7   know differently since filing your lawsuit?             05:24:24
 8            MR. LEE:  Objection.  Vague.                   05:24:27
 9   BY MR. MATEEN:                                          05:24:27
10       Q.   Ms. Harvey, you can answer to the extent       05:24:36
11   that you are able to.                                   05:24:37
12       A.   Who?                                           05:24:39
13       Q.   Any person.                                    05:24:41
14       A.   People that I know?                            05:24:42
15       Q.   Yes.                                           05:24:43
16       A.   Why would I do that?  They didn't do it.       05:24:44
17   They didn't make me a promise and break it.             05:24:48
18       Q.   Have you taken any steps to protect            05:24:55
19   yourself from the alleged misconduct from Google?       05:24:57
20       A.   I seeked a lawyer's advice.  My                05:25:01
21   Web & App Activity is off.  I was thinking the          05:25:06
22   information wasn't being collected and it was.          05:25:07
23            So, yes, I seeked a lawyer's advice.           05:25:10
24       Q.   Since --                                       05:25:13
25            THE VIDEO OPERATOR:  Excuse me.  This is       05:25:16
```

Page 249