1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   ARGEMIRA FLÓREZ (SBN: 331153)
5    aflorez@willkie.com
   HARRIS MATEEN (SBN: 335593)
6    hmateen@willkie.com
7  333 Bush Street, 34th Floor
   San Francisco, CA 94104
8  Telephone: (415) 858-7400
9
   Attorneys for Defendant
10 GOOGLE LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ANIBAL RODRIGUEZ, *et al*. individually and on behalf of all others similarly situated, | Case No. 3:20-CV-04688 RS |
|---|---|
| Plaintiff, | **DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT OPINION OF BRUCE SCHNEIER** |
| v. | |
| GOOGLE LLC, *et al*., | Date:  May 15, 2025 |
| Defendant. | Time:  1:30 p.m. |
|  | Courtroom: 3, 17th Floor |
|  | Judge:  Hon. Richard Seeborg |
|  | Action Filed: July 14, 2020 |
|  | Trial Date:  August 18, 2025 |

I, Eduardo E. Santacana, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, 34th Floor, San Francisco, California 94104, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Motion to Exclude Bruce Schneier filed herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Bruce Schneier, submitted by Plaintiffs in the above-captioned matter on February 20, 2023, previously filed as Dkt. 361–57.

4. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts of the transcript of the deposition of Bruce Schneier, taken on July 10, 2023.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Supplemental Report of Bruce Schneier, submitted by Plaintiffs in the above-captioned matter on January 6, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 3, 2025        /s/ Eduardo E. Santacana
                            Eduardo E. Santacana