**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN 335593)
  hmateen@willkie.com

333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6858
Fax: (415) 999-9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, *al.* individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No.  3:20-CV-04688 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR OMNIBUS MOTION TO SEAL DAUBERT BRIEFING**<br><br>Date:      May 15, 2025<br>Time:     1:30 p.m.<br>Ctrm:    3 - 17th Floor<br>Judge:   Hon. Richard Seeborg<br><br>Action filed:  July 14, 2020<br>Trial Date:   August 18, 2025 |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs")

2  and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into

3  this joint stipulation.

4    WHEREAS, on April 3, 2025, Google filed its Motion to Strike Expert Opinion of Bruce

5  Schneier (Dkt. 474);

6    WHEREAS, on April 3, 2025, Plaintiffs filed their Motion to Exclude Certain Opinions

7  and Testimony of Google's Experts Donna Hoffman, John Black, and Christopher Knittel (Dkt.

8  473) and an Administrative Motion to Consider Whether Another Party's Material Should Be

9  Sealed (Dkt. 470);

10    WHEREAS, pursuant to Civil Local Rule 79-5, Google would be required to file a

11  statement in support of maintaining under seal Google's confidential material filed in connection

12  with Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts (Dkt.

13  473) no later than April 10, 2025;

14    WHEREAS, pursuant to the Case Management Scheduling Order (Dkt. 446) the Parties'

15  deadline to file oppositions to Daubert motions is April 24, 2025 and the Parties' deadline to file its

16  reply briefs in support of Daubert motions is May 1, 2025;

17    WHEREAS, on April 9, 2025 the Parties agreed that Google could extend its time to

18  respond to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material

19  Should Be Sealed (Dkt. 470) to May 1, 2025, the Parties' deadline to file its reply briefs in support

20  of Daubert motions;

21    WHEREAS, Google represents that its opposition brief is likely to rely on some of the

22  same confidential material attached to Plaintiffs' motion and the Parties agree that efficiencies

23  would be gained by presenting evidentiary support for sealing all materials as part of one motion.

24  The Parties hereby propose that the Court allow the Parties to file an omnibus motion to seal the

25  material filed with Plaintiffs' Administrative Motion to Consider Whether Another Party's

26  Material Should Be Sealed (Dkt. 470);

27    WHEREAS, in light of the forthcoming omnibus motion, the Parties would file public

28  versions of briefing and exhibits in connection with their oppositions to the Daubert motions filed

---

JOINT STIPULATION FOR OMNIBUS MOTION TO SEAL DAUBERT BRIEFING
CASE NO. 3:20-CV-04688 RS

1   on April 3, 2025 and replies to be filed on May 1, 2025.  The Parties would also submit sealed,

2   unredacted materials to the Court and opposing counsel by email at the time of the filing.  On May

3   1, 2025, the Parties would file an omnibus motion to seal material filed in connection with

4   Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts Donna

5   Hoffman, John Black, and Christopher Knittel (Dkt. 473) sought to be sealed in the form

6   contemplated by Civil Local Rule 79-5(e);

7        WHEREAS, a party seeking to seal material may choose to file a less-redacted or public

8   version of that document prior to May 1, 2025;

9        WHEREAS, the omnibus motion would follow the procedures outlined in Civil Local

10  Rules 79-5(b)-(f) and on May 1, 2025 the Parties would file an administrative motion to seal,

11  evidentiary support, and a proposed order, accompanied by redacted versions of all material they

12  seek to seal (to the extent not previously filed), and under seal versions of the same, highlighting

13  the portions for which sealing is sought.  Any response would be due by May 5, 2025, consistent

14  with Local Rule 79-5(f)(4);

15       WHEREAS, this omnibus motion would obviate the need for Google to respond to

16  Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be

17  Sealed (Dkt. 470) on April 10, 2025 per Civil Local Rule 79-5;

18       WHEREAS, this request for an omnibus motion to seal is made to streamline this Court's

19  review of the extensive materials already attached to Plaintiffs' Motion to Exclude Certain

20  Opinions and Testimony of Google's Experts Donna Hoffman, John Black, and Christopher

21  Knittel (Dkt. 473) and that will likely be referenced in the forthcoming filings in connection with

22  Daubert briefing, and to allow for additional time for the Parties to secure the appropriate

23  declarants and evidentiary support to seal all of these materials;

24       WHEREAS, the granting of the Parties' request for an omnibus motion to seal would not

25  affect the case schedule (Dkt. 446);

26       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

27

28

Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that the Parties shall file an omnibus motion to seal all material filed under seal along with the Parties' Daubert briefing by May 1, 2025 and any response by May 5, 2025.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: April 9, 2025                    By:   /s/ Mark. C. Mao
                                              Mark C. Mao

                                        *Attorneys for Plaintiff*

DATED: April 9, 2025            WILLKIE FARR & GALLAGHER, LLP

                                        By:  /s/Benedict Y. Hur
                                             Benedict Y. Hur

                                        *Attorneys for Google*

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: April 9, 2025            WILLKIE FARR & GALLAGHER, LLP

                                        By:  /s/Benedict Y. Hur
                                             Benedict Y. Hur

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN 335593)
  hmateen@willkie.com

333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

*Attorneys for Defendant*
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6858
Fax: (415) 999-9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, *al.* individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>              Defendant. | Case No.  3:20-CV-04688 RS<br><br>**[PROPOSED] ORDER FOR OMNIBUS MOTION TO SEAL DAUBERT BRIEFING**<br><br>Date:       May 15, 2025<br>Time:       1:30 p.m.<br>Ctrm:      3 - 17th Floor<br>Judge:    Hon. Richard Seeborg<br><br>Action filed:  July 14, 2020<br>Trial Date:   August 18, 2025 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to stipulation of the Parties, the Court hereby ORDERS that the Parties' omnibus motion to seal material related to the Daubert briefing be due on May 1, 2025 and any response be due on May 5, 2025.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                              Honorable Richard Seeborg