| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>  bhur@willkie.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>  sagnolucci@willkie.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>  esantacana@willkie.com<br>ARGEMIRA FLOREZ (SBN: 331153)<br>  aflorez@willkie.com<br>HARRIS MATEEN (SBN 335593)<br>  hmateen@willkie.com<br><br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 858-7400<br><br>*Attorneys for Defendant*<br>GOOGLE LLC | **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6858<br>Fax: (415) 999-9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, *al.* individually and on behalf of all others similarly situated,<br><br>                           Plaintiffs,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>                           Defendant. | Case No. 3:20-CV-04688 RS<br><br>**ORDER FOR OMNIBUS MOTION TO SEAL DAUBERT BRIEFING**<br><br>Date:           May 15, 2025<br>Time:          1:30 p.m.<br>Ctrm:          3 - 17th Floor<br>Judge:         Hon. Richard Seeborg<br><br>Action filed:  July 14, 2020<br>Trial Date:    August 18, 2025 |

Pursuant to stipulation of the Parties, the Court hereby ORDERS that the Parties' omnibus motion to seal material related to the Daubert briefing be due on May 1, 2025 and any response be due on May 5, 2025.

**IT IS SO ORDERED.**

Dated: 4/10/2025

_____
Honorable Richard Seeborg