**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Mag. Alex G. Tse<br>Date: May 9, 2025<br>Time: 2:00 p.m.<br>Location: A – 15th Floor |

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs' Opposition to Google's Motion to Exclude Sundar Pichai from Testifying at Trial.

| Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| GOOG-RDGZ-00085183<br><br>Entirety<br><br>Attached as Exhibit 1 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00035752<br><br>Entirety<br><br>Attached as Exhibit 2 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00164255<br><br>Entirety<br><br>Attached as Exhibit 3 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00018661<br><br>Entirety<br><br>Attached as Exhibit 4 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Portions of the transcript from the Deposition of David Monsees, taken by Plaintiffs on September 15, 2022<br><br>Portions: pages 61–63, 66.<br><br>Attached as Exhibit 5 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |

| | | | |
|---|---|---|---|
| Portions of the transcript from the Deposition of Francis Ma, taken by Plaintiffs on October 28, 2022<br><br>Portions: pages 31, 40–41<br><br>Attached as Exhibit 7 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00056947<br><br>Entirety<br><br>Attached as Exhibit 8 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00076980<br><br>Entirety<br><br>Attached as Exhibit 9 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00163898<br><br>Entirety<br><br>Attached as Exhibit 10 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00057867<br><br>Entirety<br><br>Attached as Exhibit 11 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00060716<br><br>Entirety<br><br>Attached as Exhibit 12 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00152785<br><br>Entirety<br><br>Attached as Exhibit 13 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |

| | | |
|---|---|---|
| GOOG-RDGZ-00020740<br><br>Entirety<br><br>Attached as Exhibit 14 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00116916<br><br>Entirety<br><br>Attached as Exhibit 15 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00131086<br><br>Entirety<br><br>Attached as Exhibit 16 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00160904<br><br>Entirety<br><br>Attached as Exhibit 17 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00145362<br><br>Entirety<br><br>Attached as Exhibit 18 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00130078<br><br>Entirety<br><br>Attached as Exhibit 19 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00127151<br><br>Entirety<br><br>Attached as Exhibit 20 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |

| | | |
|---|---|---|
| GOOG-RDGZ-00038594<br><br>Entirety<br><br>Attached as Exhibit 21 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00171250<br><br>Entirety<br><br>Attached as Exhibit 22 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| Google's Fourth Supplemental Responses to Plaintiffs' First Set of Interrogatories.<br><br>Entirety<br><br>Attached as Exhibit 24 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| Portions of the transcript from the Deposition of Eric Miraglia, taken by Plaintiffs on October 25, 2022<br><br>Portions: pages 68–74, 96, 97<br><br>Attached as Exhibit 25 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00087672<br><br>Entirety<br><br>Attached as Exhibit 26 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00177701<br><br>Entirety<br><br>Attached as Exhibit 27 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00061531<br><br>Entirety<br><br>Attached as Exhibit 28 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |

4
Motion to Consider Whether Another Party's Material Should Be Sealed        3:20-cv-04688-RS

| | | |
|---|---|---|
| GOOG-RDGZ-00046121<br><br>Entirety<br><br>Attached as Exhibit 29 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00117801<br><br>Entirety<br><br>Attached as Exhibit 30 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00127803<br><br>Entirety<br><br>Attached as Exhibit 31 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00127840<br><br>Entirety<br><br>Attached as Exhibit 32 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00188868<br><br>Entirety<br><br>Attached as Exhibit 33 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00203483<br><br>Entirety<br><br>Attached as Exhibit 34 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00039515<br><br>Entirety<br><br>Attached as Exhibit 35 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |

| | | | |
|---|---|---|---|
| 1 | GOOG-RDGZ-00153597<br><br>Entirety<br><br>Attached as Exhibit 36 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| 2 | GOOG-RDGZ-00017489<br><br>Entirety<br><br>Attached as Exhibit 37 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| 3 | GOOG-RDGZ-00186761<br><br>Entirety<br><br>Attached as Exhibit 38 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| 4 | GOOG-RDGZ-00014597<br><br>Entirety<br><br>Attached as Exhibit 39 to the Mao Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| 5 | Portions of the transcript from the Deposition of Greg Fair, taken by Plaintiffs on October 3, 2022<br><br>Portions: pages 210–215.<br><br>Attached as Exhibit 42 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| 6 | Portions of the transcript from the Deposition of Sam Heft-Luthy, taken by Plaintiffs on February 8, 2023<br><br>Portions: pages 97–104.<br><br>Attached as Exhibit 43 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |
| 7 | GOOG-RDGZ-00158221<br><br>Entirety<br><br>Attached as Exhibit 44 to the Mao Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: April 17, 2025

By */s/ Mark C. Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com

Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (*pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison Anderson (CA Bar No. 275334)
aanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5720
Facsimile: (213) 629-9022

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Bill Christopher Carmody (*pro hac vice*)

| | |
|---|---|
| 1 | bcarmody@susmangodfrey.com |
| | Shawn J. Rabin (*pro hac vice*) |
| 2 | srabin@susmangodfrey.com |
| | Steven Shepard (*pro hac vice*) |
| 3 | sshepard@susmangodfrey.com |
| | Alexander P. Frawley (*pro hac vice*) |
| 4 | afrawley@susmangodfrey.com |
| | Ryan Sila (*pro hac vice*) |
| 5 | rsila@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| 6 | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY  10019 |
| 7 | Telephone: (212) 336-8330 |
| 8 | |
| | John A. Yanchunis (*pro hac vice*) |
| 9 | jyanchunis@forthepeople.com |
| | Ryan J. McGee (*pro hac vice*) |
| 10 | rmcgee@forthepeople.com |
| | MORGAN & MORGAN, P.A. |
| 11 | 201 N Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| 12 | Telephone: (813) 223-5505 |
| | Facsimile: (813) 222-4736 |
| 13 | |
| 14 | |
| | Michael F. Ram, CA Bar No. 104805 |
| 15 | mram@forthepeople.com |
| | MORGAN & MORGAN |
| 16 | 711 Van Ness Ave, Suite 500 |
| | San Francisco, CA 94102 |
| 17 | Telephone: (415) 358-6913 |
| 18 | |
| | *Attorneys for Plaintiffs* |