**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>   v.<br><br>GOOGLE LLC,<br>                    Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE SUNDAR PICHAI FROM TRIAL**<br><br>Judge: Hon. Mag. Alex G. Tse<br>Date: May 9, 2025<br>Time: 2:00 p.m.<br>Location: A – 15th Floor |

# DECLARATION OF MARK MAO

I, Mark Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP ("BSF"), counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Opposition to Google's Motion to Exclude Sundar Pichai from Testifying at Trial.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00085183.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00035752.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00164255.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00018661.

7. Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts of the transcript from the Deposition of Google employee David Monsees, taken on September 15, 2022.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document available at https://www.congress.gov/116/meeting/house/110883/witnesses/HHRG-116-JU05-Bio-PichaiS-20200729.pdf.

9. Attached hereto as **Exhibit 7** is a true and correct copy of relevant excerpts of the transcript from the Deposition of Francis Ma, taken on October 28, 2022.

10. Attached hereto as **Exhibit 8** is a true and correct copy of relevant excerpts of a document Google produced in discovery labeled GOOG-RDGZ-00056947.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00076980.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00163898.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00057867.

14. Attached hereto as **Exhibit 12** is a true and correct copy of relevant excerpts of a document Google produced in discovery labeled GOOG-RDGZ-00060716.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00152785.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00020740.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00116916.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00131086.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00160904.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00145362.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00130078.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00127151.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00038594.

1    24.   Attached hereto as **Exhibit 22** is a true and correct copy of a document Google
2    produced in discovery labeled GOOG-RDGZ-00171250.

3    25.   Attached hereto as **Exhibit 23** is a true and correct copy of the testimony of
4    Sundar Pichai, given on December 11, 2018.

5    26.   Attached hereto as **Exhibit 24** is a true and correct copy of relevant excerpts of
6    Google's Fourth Supplemental Responses to Plaintiffs' Interrogatories, Set One, dated
7    November 5, 2021.

8    27.   Attached hereto as **Exhibit 25** is a true and correct copy of relevant excerpts of
9    the transcript from the Deposition of Eric Miraglia, taken on October 25, 2022.

10   28.   Attached hereto as **Exhibit 26** is a true and correct copy of a document Google
11   produced in discovery labeled GOOG-RDGZ-00087672.

12   29.   Attached hereto as **Exhibit 27** is a true and correct copy of a document Google
13   produced in discovery labeled GOOG-RDGZ-00177701.

14   30.   Attached hereto as **Exhibit 28** is a true and correct copy of a document Google
15   produced in discovery labeled GOOG-RDGZ-00061531.

16   31.   Attached hereto as **Exhibit 29** is a true and correct copy of a document Google
17   produced in discovery labeled GOOG-RDGZ-00046121.

18   32.   Attached hereto as **Exhibit 30** is a true and correct copy of a document Google
19   produced in discovery labeled GOOG-RDGZ-00117801.

20   33.   Attached hereto as **Exhibit 31** is a true and correct copy of a document Google
21   produced in discovery labeled GOOG-RDGZ-00127803.

22   34.   Attached hereto as **Exhibit 32** is a true and correct copy of a document Google
23   produced in discovery labeled GOOG-RDGZ-00127840.

24   35.   Attached hereto as **Exhibit 33** is a true and correct copy of a document Google
25   produced in discovery labeled GOOG-RDGZ-00188868.

26   36.   Attached hereto as **Exhibit 34** is a true and correct copy of a document Google
27   produced in discovery labeled GOOG-RDGZ-00203483.

28

1  37. Attached hereto as **Exhibit 35** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00039515.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00153597.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00017489.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00186761.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00014597.

42. Attached hereto as **Exhibit 40** is a true and correct copy of a blog available at https://blog.google/technology/safety-security/keeping-private-information-private/.

43. Attached hereto as **Exhibit 41** is a true and correct copy of a document available at https://docs.house.gov/meetings/JU/JU05/20200729/110883/HHRG-116-JU05-Wstate-PichaiS-20200729.pdf.

44. Attached hereto as **Exhibit 42** is a true and correct copy of relevant excerpts of the transcript from the Deposition of Greg Fair, taken on October 3, 2022.

45. Attached hereto as **Exhibit 43** is a true and correct copy of relevant excerpts of the transcript from the Deposition of Sam Heft-Luthy, taken on February 8, 2023.

46. Attached hereto as **Exhibit 44** is a true and correct copy of a document Google produced in discovery labeled GOOG-RDGZ-00158221.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of April, 2025, at San Francisco, California.

*/s/ Mark C. Mao*