| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>  v.<br><br>GOOGLE LLC,<br>                Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS 479-35, 479-36, AND 479-37)**<br><br>Chief Judge Richard Seeborg<br>Magistrate Judge Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: August 18, 2025 |

1  Plaintiffs respectfully ask that the Court remove Exhibits 34, 35, and 36 to the Declaration
2  of Mark C. Mao in Support of Plaintiffs' Opposition to Google's motion to exclude (Dkts. 479-
3  35, 479-36, and 479-37). These are documents that Google produced, which contain information
4  that Google has designated confidential. These documents were inadvertently filed with the
5  public version of Plaintiffs' Opposition, and were meant to be lodged under seal. *See* Dkt. 478,
6  at 5 (Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed;
7  Exhibits 34, 35, and 36 to the Mao Declaration).
8  Plaintiffs now move to remove Exhibits 34, 35, and 36 to the Declaration of Mark C. Mao
9  (Dkts. 479-35, 479-36, and 479-37) from the public docket. This request is unopposed. Plaintiffs
10 have already filed the motion to seal these documents and will file corrected versions of Exhibits
11 34, 35, and 36.

Dated: April 17, 2025                By */s/ Mark C. Mao*
                                     Mark C. Mao (CA Bar No. 236165)
                                     mmao@bsfllp.com

                                     Beko Reblitz-Richardson (CA Bar No. 238027)
                                     brichardson@bsfllp.com
                                     BOIES SCHILLER FLEXNER LLP
                                     44 Montgomery Street, 41st Floor
                                     San Francisco, CA 94104
                                     Telephone: (415) 293 6858
                                     Facsimile (415) 999 9695

                                     David Boies (*pro hac vice*)
                                     dboies@bsfllp.com
                                     BOIES SCHILLER FLEXNER LLP
                                     333 Main Street
                                     Armonk, NY 10504
                                     Telephone: (914) 749-8200

                                     James W. Lee (*pro hac vice*)
                                     jlee@bsfllp.com
                                     Rossana Baeza (*pro hac vice*)
                                     rbaeza@bsfllp.com
                                     BOIES SCHILLER FLEXNER LLP
                                     100 SE 2nd Street, Suite 2800
                                     Miami, FL 33130
                                     Telephone: (305) 539-8400
                                     Facsimile: (305) 539-1304

                                     Alison Anderson (CA Bar No. 275334)

1
Plaintiffs' Unopposed Motion to Remove Incorrectly Filed Documents          3:20-cv-04688-RS

aanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5720
Facsimile: (213) 629-9022

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Bill Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
Ryan Sila (*pro hac vice*)
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY  10001
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913

2
Plaintiffs' Unopposed Motion to Remove Incorrectly Filed Documents         3:20-cv-04688-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

*Attorneys for Plaintiffs*