| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>  bhur@willkie.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>  sagnolucci@willkie.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>  esantacana@willkie.com<br>ARGEMIRA FLOREZ (SBN: 331153)<br>  aflorez@willkie.com<br>HARRIS MATEEN (SBN 335593)<br>  hmateen@willkie.com<br><br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 858-7400<br><br>*Attorneys for Defendant*<br>GOOGLE LLC | **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6858<br>Fax: (415) 999-9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, *al.* individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No.  3:20-CV-04688 RS<br><br>[PROPOSED] ORDER FOR OMNIBUS MOTION TO SEAL  MOTION TO EXCLUDE SUNDAR PICHAI FROM TESTIFYING AT TRIAL BRIEFING<br><br>Date:        May 15, 2025<br>Time:       1:30 p.m.<br>Ctrm:       3 - 17th Floor<br>Judge:      Hon. Richard Seeborg<br><br>Action filed:    July 14, 2020<br>Trial Date:     August 18, 2025 |

Pursuant to stipulation of the Parties, the Court hereby ORDERS as follows:

The briefing schedule on the Parties' motion to seal all material filed under seal in connection with the Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts Donna Hoffman, John Black, and Christopher Knittel (Dkt. 473) and Opposition to Motion to Exclude Sundar Pichai from Testifying at Trial (Dkt. 479) shall be as follows:

| Event | Deadline |
|---|---|
| Omnibus Motion to Seal all material filed under seal in connection with the Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts Donna Hoffman, John Black, and Christopher Knittel (Dkt. 473) and Opposition to Motion to Exclude Sundar Pichai from Testifying at Trial (Dkt. 479) | May 1, 2025 |
| Response to Motion to Seal | May 5, 2025 |

**IT IS SO ORDERED.**

Dated: 4/23/2025

_____
Honorable Richard Seeborg