| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br> vs.<br><br>GOOGLE LLC,<br>        Defendant. | Case No.:  3:20-cv-04688-RS<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: May 15, 2025<br>Time: 1:30 p.m. |

1    Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether
2 Google LLC's ("Google") material should be sealed. The material is included within Plaintiffs'
3 Opposition to Google's Motion to Exclude Plaintiffs' Expert Bruce Schneier (Dkt. 474).

| Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|
| Plaintiffs' Opposition to Google's Motion to Exclude Plaintiffs' Expert Bruce Schneier<br><br>Portions | Google | Refers to Material Designated "Confidential" and "Highly Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00168911<br><br>Entirety<br><br>Attached as Exhibit 4 to the Frawley Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00015824<br><br>Entirety<br><br>Attached as Exhibit 5 to the Frawley Declaration | Google | Designated "Confidential" by Google pursuant to the Protective Order |
| GOOG-RDGZ-00017622<br><br>Entirety<br><br>Attached as Exhibit 6 to the Frawley Declaration | Google | Designated "Highly Confidential – Attorneys' Eyes Only" by Google pursuant to the Protective Order |

19    Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the
20 responsibility to establish that its designated material is sealable.

22 Dated: April 24, 2025                Respectfully submitted,

23                                      By: /s/ Mark Mao

24                                      Mark C. Mao (CA Bar No. 236165)
                                        mmao@bsfllp.com
25                                      Beko Reblitz-Richardson (CA Bar No. 238027)
                                        brichardson@bsfllp.com
26                                      BOIES SCHILLER FLEXNER LLP
                                        44 Montgomery Street, 41st Floor
27                                      San Francisco, CA 94104
28                                      Telephone: (415) 293 6858

```
 1                                    Facsimile (415) 999 9695

 2                                    David Boies (admitted pro hac vice)
                                      dboies@bsfllp.com
 3                                    BOIES SCHILLER FLEXNER LLP
                                      333 Main Street
 4                                    Armonk, NY 10504
                                      Telephone: (914) 749-8200
 5
                                      James Lee (admitted pro hac vice)
 6                                    jlee@bsfllp.com
                                      Rossana Baeza (admitted pro hac vice)
 7                                    rbaeza@bsfllp.com
                                      BOIES SCHILLER FLEXNER LLP
 8                                    100 SE 2nd Street, Suite 2800
                                      Miami, FL 33131
 9                                    Telephone: (305) 539-8400
                                      Facsimile: (305) 539-1307
10
11                                    Alison L. Anderson, CA Bar No. 275334
                                      alanderson@bsfllp.com
12                                    M. Logan Wright, CA Bar No. 349004
                                      mwright@bsfllp.com
13                                    BOIES SCHILLER FLEXNER LLP
                                      2029 Century Park East, Suite 1520
14                                    Los Angeles, CA 90067
                                      Telephone: (813) 482-4814
15
16                                    Bill Carmody (pro hac vice)
                                      bcarmody@susmangodfrey.com
17                                    Shawn J. Rabin (pro hac vice)
                                      srabin@susmangodfrey.com
18                                    Steven Shepard (pro hac vice)
                                      sshepard@susmangodfrey.com
19                                    Alexander P. Frawley
                                      afrawley@susmangodfrey.com
20                                    Ryan Sila
                                      rsila@susmangodfrey.com
21                                    SUSMAN GODFREY L.L.P.
                                      One Manhattan West, 50th Floor
22                                    New York, NY 10001
                                      Telephone: (212) 336-8330
23
24                                    Amanda Bonn (CA Bar No. 270891)
                                      abonn@susmangodfrey.com
25                                    SUSMAN GODFREY L.L.P.
                                      1900 Avenue of the Stars, Suite 1400
26                                    Los Angeles, CA 90067
                                      Telephone: (310) 789-3100
27
28
```

| | |
|---|---|
| 1 | |
| 2 | John A. Yanchunis (*pro hac vice*) |
|   | jyanchunis@forthepeople.com |
|   | Ryan J. McGee (*pro hac vice*) |
| 3 | rmcgee@forthepeople.com |
|   | Michael F. Ram (CA Bar No. 238027) |
| 4 | mram@forthepeople.com |
|   | MORGAN & MORGAN, P.A. |
| 5 | 201 N Franklin Street, 7th Floor |
|   | Tampa, FL 33602 |
| 6 | Telephone: (813) 223-5505 |
| 7 | Facsimile: (813) 222-4736 |
| 8 | *Attorneys for Plaintiffs* |

3

MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:20-CV-04688-RS