| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**DECLARATION OF ALEXANDER FRAWLEY ISO PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT PROFESSOR BRUCE SCHNEIER (DKT. 474)**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: May 15, 2025<br>Time: 1:30 p.m. |

## DECLARATION OF ALEXANDER FRAWLEY

I, Alexander Frawley, declare as follows.

1. I am an associate with the law firm of Susman Godfrey L.L.P, counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of New York, and admitted *pro hac vice* in this case. (Dkt No. 81). I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Opposition to Google's Motion to Exclude Plaintiffs' Expert Bruce Schneier (Dkt. 474).

3. Attached hereto as **Exhibit 1** is a true and correct copy of a September 8, 2022 order in the *State of Arizona v. Google LLC* case. *State of Az. v. Google LLC*, CV 2020-006219 (Sup. Ct. Az. Maricopa Cty. Sept. 8, 2022).

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document that Google produced in discovery, labeled GOOG-RDGZ-00173562.

5. Attached hereto as **Exhibit 3** are true and correct excerpts from the deposition of Plaintiffs' expert Bruce Schneier, taken by counsel for Google on July 10, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a document that Google produced in discovery, labeled GOOG-RDGZ-00168911.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document that Google produced in discovery, labeled GOOG-RDGZ-00015824.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document that Google produced in discovery, labeled GOOG-RDGZ-00017622.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of April 2025, at New York, New York.

*/s/ Alexander Frawley*