# EXHIBIT 3

ATTORNEYS' EYES ONLY - CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO
 4
 5   _____
                                    )
 6   ANIBAL RODRIGUEZ, et al.       )
     individually and on behalf of  )
 7   all others similarly situated, )
                                    )
 8           Plaintiffs,            )
                                    )
 9   vs.                            ) No. 3:20-CV-04688 RS
                                    )
10   GOOGLE LLC, et al.,            )
                                    )
11           Defendants.            )
                                    )
12   _____ )
13
14       ATTORNEYS' EYES ONLY - CONFIDENTIAL
15   VIDEOTAPED REMOTE DEPOSITION OF BRUCE SCHNEIER, Ph.D.
16              Cambridge, Massachusetts
17                Monday, July 10, 2023
18                      Volume I
19
20
21   Reported by:
     CATHERINE A. RYAN, RMR, CRR, B.S.
22   CSR No. 8239
23   Job No. 5980592
24
25   PAGES 1 - 314
```

Page 1

| | | |
|---|---|---|
| 1 | that even a Google employee, like, knows what's | 17:04:56 |
| 2 | going on doesn't know what's going on. | |
| 3 |     Q   Do you believe that Google employees know | |
| 4 | what's going on about every aspect of every | |
| 5 | functionality of every product and service Google | 17:05:12 |
| 6 | has? | |
| 7 |         MR. CROSBY:  Object to the form of the | |
| 8 | question. | |
| 9 |         THE WITNESS:  No. | |
| 10 | BY MS. AGNOLUCCI: | 17:05:19 |
| 11 |     Q   Do you believe that a Google employee who | |
| 12 | had a misunderstanding about how something worked | |
| 13 | can be characterized as knowing what's going on? | |
| 14 |         MR. CROSBY:  Object to the form of the | |
| 15 | question. | 17:05:38 |
| 16 |         THE WITNESS:  A general statement -- so | |
| 17 | it's a Google employee who has a misunderstanding | |
| 18 | and also knows what's going on.  That seems -- that | |
| 19 | seems plausible, yes. | |
| 20 | BY MS. AGNOLUCCI: | 17:05:56 |
| 21 |     Q   You opine in various instances that Google | |
| 22 | intentionally designed its disclosures and interface | |
| 23 | to deceive users, correct? | |
| 24 |         MR. CROSBY:   Object to the form of that | |
| 25 | question. | 17:06:06 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ATTORNEYS' EYES ONLY - CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS: Do I? I'd like to see that. | 17:06:08 |
| 2 | I say that they are designed to -- to deceive users. | |
| 3 | I don't know if I said they were intended to. So | |
| 4 | I'd -- | |
| 5 | BY MS. AGNOLUCCI: | 17:06:22 |
| 6 | Q   Without looking -- | |
| 7 | A   -- like to see that. | |
| 8 | Q   Without looking at your report, as you sit | |
| 9 | here today, do you have an opinion about whether | |
| 10 | Google intended to deceive users? | 17:06:32 |
| 11 | A   You know, it's not an opinion that I would | |
| 12 | put in a deposition under oath. | |
| 13 | Q   You testified earlier that the definition | |
| 14 | of "dark patterns" is that they are intended to | |
| 15 | manipulate users, correct? | 17:06:55 |
| 16 | A   I believe that is what I said, yes. | |
| 17 | Q   What is the basis for -- strike that. | |
| 18 | Can we go off the record for five minutes? | |
| 19 | MR. CROSBY: Sure. We're at about an hour | |
| 20 | and seven minutes anyway. So let's just take a | 17:07:27 |
| 21 | quick -- | |
| 22 | THE WITNESS: Seems like she breaks a lot. | |
| 23 | MS. AGNOLUCCI: Let's take a ten-minute | |
| 24 | break. | |
| 25 | MR. CROSBY: Okay. We'll back at 17 after | 17:07:34 |