1  **WILLKIE FARR & GALLAGHER LLP**
   BENEDICT Y. HUR (SBN: 224018)
2    bhur@willkie.com
   SIMONA AGNOLUCCI (SBN: 246943)
3    sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN: 281668)
4    esantacana@willkie.com
   ARGEMIRA FLÓREZ (SBN: 331153)
5    aflorez@willkie.com
   HARRIS MATEEN (SBN: 335593)
6    hmateen@willkie.com
   333 Bush Street, 34th Floor
7  San Francisco, CA 94104
   Telephone: (415) 858-7400
8
9  Attorneys for Defendant
   GOOGLE LLC
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| ANIBAL RODRIGUEZ, *et al.* individually and on behalf of all others similarly situated, | Case No. 3:20-CV-04688 RS |
|---|---|
| Plaintiff, | **DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S REPLY ISO MOTION TO EXCLUDE SUNDAR PICHAI FROM TESTIFYING AT TRIAL [DKT 471]** |
| vs. | |
| GOOGLE LLC, *et al.*, | |
| Defendant. | Date:  May 9, 2025<br>Time:  2:00 p.m.<br>Ctrm:  A – 15th Floor<br>Judge:  Magistrate Judge Alex G. Tse |
| | Action filed:  July 14, 2020<br>Trial Date:  August 18, 2025 |

I, Eduardo E. Santacana, declare that:

1. I am an attorney licensed to practice law in the State of California and a partner with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, 34th Floor San Francisco, California 94104, counsel for Defendant Google LLC ("Google") in the above-captioned action. I have personal knowledge of each fact stated in this declaration, to which I could and would competently testify if called as a witness.

2. I submit this declaration in support of Google's Reply in support of its Motion to Exclude Sundar Pichai from Testifying at Trial.

3. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the transcript of the Deposition of David Monesees, taken on September 15, 2022.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript from the Deposition of Francis Ma, taken on October 28, 2022.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript from the Deposition of Eric Miraglia, taken on October 25, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 24, 2025                             /s/ Eduardo E. Santacana
                                                     Eduardo E. Santacana