**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLOREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN:335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for
GOOGLE LLC

**UNITED STATES DISTRICT COURTS**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>vs<br><br>GOOGLE LLC, et al.<br><br>                    Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S RESPONSE TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF GOOGLE'S EXPERTS DONNA HOFFMAN, JOHN BLACK AND CHRISTOPHER KNITTEL [DKT 473]**<br><br>Date:         May 15, 2025<br>Time:        1:30 p.m.<br>Ctrm:        3 - 17th Floor<br>Judge:       Hon. Richard Seeborg<br><br>Action Filed    July 14, 2020<br>Trial Date:      August 18, 2025 |

I, Eduardo E. Santacana, declare that:

1. I am an attorney licensed to practice law in the State of California and a partner with the law firm of Willkie Farr & Gallagher LLP, located at 333 Bush Street, 34th Floor San Francisco, California 94104, counsel for Defendant Google LLC ("Google") in the above-captioned action. I have personal knowledge of each fact stated in this declaration, to which I could and would competently testify if called as a witness.

2. I submit this declaration in support of Google's Response to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts Donna Hoffman, John Black And Christopher Knittel [Dkt 473].

3. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the transcript from the Deposition of Eric Miraglia, taken on October 25, 2022.

4. Attached hereto as **Exhibit B** is a true and correct copy of an internal document from Google, produced with the Bates stamp GOOG-RDGZ-00186830.

5. Attached hereto as **Exhibit C** is a true and correct copy of an internal document from Google, produced with the Bates stamp GOOG-RDGZ-00149527.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 24, 2025                                        ____s/ Eduardo E. Santacana_____
                                                                           Eduardo E. Santacana