# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 2900 Shasta Rd., Berkeley, California 94708.

On April 28, 2025, I served the following document(s):

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2. **DECLARATION OF LINGEL H. WINTERS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

3. **[PROPOSED] ORDER THAT CASES SHOULD BE RELATED**

on the interested parties in this action via electronic email:

**[SEE ATTACHED SERVICE LIST]**

☒     **By e-mail or electronic transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed:  April 28, 2025

☒     (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                     */s/ Lingel H. Winters*
                                                     Lingel H. Winters

# SERVICE LIST

**For Defendants in** Attridge v. Google LLC et al.
**Christopher William Johnstone**
**Sonal N. Mehta**
**WilmerHale**
**2600 El Camino Real, Suite 400**
**Palo alto, CA 94306**

David H. Kramer (SBN 168452)

WILSON SONSINI GOODRICH & ROSATI Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Email: dkramer@wsgr.com

*Counsel for Defendants*
*Google LLC, Alphabet Inc., and XXVI Holdings Inc.*

**For Plaintiffs in** *Rodriguez v. Google LLC*, Case No. 20-cv 04688-RS.

**BOIES SCHILLER FLEXNER LLP**

David Boies (admitted pro hac vice)

333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200 dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165

Beko Reblitz-Richardson, CA Bar No. 238027

44 Montgomery St., 41st Floor San Francisco, CA 94104  Tel.: (415) 293-6800

mmao@bsfllp.com; brichardson@bsfllp.com

**SUSMAN GODFREY L.L.P.**

Bill Carmody (admitted pro hac vice) Shawn J. Rabin (admitted pro hac vice) Steven M. Shepard (admitted pro hac vice) Alexander Frawley (admitted pro hac vice) Ryan Sila (admitted pro hac vice)

One Manhattan West, 50th Floor New York, NY 10001
Tel.: (212) 336-8330 bcarmody@susmangodfrey.com srabin@susmangodfrey.com
sshepard@susmangodfrey.com afrawley@susmangodfrey.com rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891 1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067
Tel.: (310) 789-3100 abonn@susmangodfrey.com

**MORGAN & MORGAN**

John A. Yanchunis (admitted pro hac vice) Ryan J. McGee (admitted pro hac vice) Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor

**For Defendants in** *Rodriguez v. Google LLC*, Case No. 20-cv 04688-RS.

**WILLKIE FARR & GALLAGHER LLP**

BENEDICT Y. HUR (SBN: 224018) bhur@willkie.com

SIMONA AGNOLUCCI (SBN: 246943) sagnolucci@willkie.com

EDUARDO E. SANTACANA (SBN: 281668) esantacana@willkie.com

ARGEMIRA FLÓREZ (SBN: 331153) aflorez@willkie.com

HARRIS MATEEN (SBN: 335593) hmateen@willkie.com

333 Bush Street, 34th Floor San Francisco, CA 94104 Telephone: (415) 858-7400

Attorneys for Defendant GOOGLE LLC