LAW OFFICES OF LINGEL H. WINTERS
A Professional Corporation
Lingel H. Winters, Esq. (SBN 37759)
2900 Shasta Rd.
Berkeley, California 94708
Email: sawmill2@aol.com

Attorneys for Plaintiff
And All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., | Case No: 1:20-cv-04688-RS |
| Plaintiff, | **[PROPOSED] ORDER THAT CASES SHOULD BE RELATED** |
| vs. | |
| GOOGLE LLC, et al., | |
| Defendants. | |
| James Attridge in behalf of himself and all others similarly situated | Case No: 3:20-CV-2775-NW |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **JURY TRIAL DEMANDED** |
| GOOGLE LLC, ALPHABET, INC., | |
| Defendants. | |

The Court has reviewed the *Attridge* Plaintiffs' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED pursuant to Local Rule 3-12 and the Court orders:

The *Attridge v. Google LLC,* Case no. 3:20-CV-2775-NW and *Rodriguez et al. v. Google LLC,* Case no. 1:20-cv-04688-RS, both pending in the Northern District of California, meet the definition of "Related Cases" in Local Rule 3-12(a) in that they (1) "concern substantially the same parties, property, transactions or events," and (2) "It appears likely that there will be an unduly

burdensome duplication of labor, and expense or conflicting results if the cases are conducted before different Judges."

      WHEREFORE the Court hereby orders that the *Attridge v. Google LLC,* Case no. 3:20-CV-2775-NW and *Rodriguez et al. v. Google LLC,* Case no. 1:20-cv-04688-RS are Related Cases per Local Rule 3-12 and that *Attridge v. Google LLC,* Case no. 3:20-CV-2775-NW shall be assigned to the undersigned judge.

      **IT IS SO ORDERED.**

Dated: April        , 2025

                                  UNITED STATES DISTRICT COURT JUDGE