| | |
|---|---|
| 1 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 2 | SONAL N. MEHTA (SBN 222086) |
| 3 | Sonal.Mehta@wilmerhale.com |
| | CHRISTOPHER W. JOHNSTONE (SBN 242152) |
| 4 | Chris.Johnstone@wilmerhale.com |
| | 2600 El Camino Real, Suite 400 |
| 5 | Palo Alto, CA 94306 |
| | Telephone: (650) 858-6000 |
| 6 | |
| 7 | DAVID Z. GRINGER (*pro hac vice application forthcoming*) |
| | David.Gringer@wilmerhale.com |
| 8 | 7 World Trade Center |
| | 250 Greenwich Street |
| 9 | New York, NY 10007 |
| | Telephone: (212) 230-8800 |
| 10 | |
| 11 | *Attorneys for Defendants* |
| | *Google LLC, Alphabet Inc.,* |
| 12 | *and XXVI Holdings Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-cv-04688-RS <br><br> **NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Chief Judge: Hon. Richard Seeborg <br><br> [N.D. Cal. Civil L.R. 3-12] |

NOTICE OF FILING                                      CASE NO. 3:20-cv-04688-RS

1  On April 28, 2025, Google LLC, Alphabet Inc., and XXVI Holdings Inc. (collectively, "Google") filed a motion for administrative relief in *Arcell, et al. v. Google LLC et al.*, No. 3:22-cv-02499-RFL (N.D. Cal.) ("*Arcell*") to consider whether *Attridge v. Google LLC*, No. 5:25-cv-02775-NW (N.D. Cal.) ("*Attridge*") should be related to *Arcell*. The *Attridge* Plaintiff filed a motion to relate *Attridge* to *Rodriguez*. Google will respond to Plaintiff's motion in *Rodriguez* in an opposition pursuant to Local Rule 3-12(e). For the Court's convenience, Google hereby lodges as Exhibit A its motion to relate *Attridge* to *Arcell*.

Dated: April 28, 2025

By: /s/ Sonal N. Mehta
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
CHRISTOPHER W. JOHNSTONE (SBN 242152)
Chris.Johnstone@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice forthcoming*)
David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Google LLC, Alphabet Inc., and XXVI Holdings Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

*/s/ Sonal N. Mehta*
Sonal N. Mehta