**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ (SBN: 331153)
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, *et al*. individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC, *et al*.,<br><br>             Defendant. | Case No. 3:20-CV-04688 RS<br><br>**DEFENDANT GOOGLE LLC'S [PROPOSED] ORDER GRANTING OMNIBUS MOTION TO SEAL PORTIONS OF [DKT. 470, 478, 485]**<br><br>Date:         May 15, 2025<br>Time:        1:30 p.m.<br>Ctrm:       3 - 17th Floor<br>Judge:      Hon. Richard Seeborg<br><br>Action filed:  July 14, 2020<br>Trial Date:    August 18, 2025 |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Statement in Support of Omnibus Motion to Seal Portions of Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts ("*Daubert* Motion") (Dkt. 473), Google's Opposition thereto (Dkt. 488), Plaintiffs' Opposition to Google's Motion to Exclude Sundar Pichai from Testifying at Trial ("Pichai Opp.") (Dkt. 479), and Google's Reply thereto ("Google's Pichai Reply") (Dkt. 487) and documents filed in connection with that motion.

**Plaintiffs' Opposition to Google's Motion to Exclude Sundar Pichai from Testifying at Trial (Dkt. 479)**

| Exhibit | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 01 | GOOG-RDGZ-00085183 | Employee PII, Internal term Su*** |
| Exhibit 02 | GOOG-RDGZ-00035752 (Entire Document) | Internal product updates, Employee PII |
| Exhibit 03 | GOOG-RDGZ-00164255 | Employee PII, Internal term Su*** |
|  | GOOG-RDGZ-00164256 | Internal term Su*** |
| Exhibit 04 | GOOG-RDGZ-00018661 (Entire Document) | Internal processes, Internal terms, Employee PII |
| Exhibit 08 | GOOG-RDGZ-00056947, GOOG-RDGZ-00056951 | Employee PII |
|  | GOOG-RDGZ-00056978 | Internal term Ca*** |
|  | GOOG-RDGZ-00056951, GOOG-RDGZ-00056987 | Internal statistics |

1
[PROPOSED] ORDER
Case No. 3:20-CV-04688 RS

| Exhibit | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 09 | GOOG-RDGZ-00076980 | Employee PII |
| | GOOG-RDGZ-00076981 | Employee PII, Internal processes |
| | GOOG-RDGZ-00076982 | Internal processes |
| Exhibit 10 | GOOG-RDGZ-00163898 (Entire Document) | Sensitive personnel information, Employee PII, Internal processes |
| Exhibit 11 | GOOG-RDGZ-00057867, GOOG-RDGZ-00057917 | Employee PII |
| | GOOG-RDGZ-00057885 to GOOG-RDGZ-00057887, GOOG-RDGZ-00057889, GOOG-RDGZ-00057891, GOOG-RDGZ-00057893 to GOOG-RDGZ-00057898, GOOG-RDGZ-00057900 to GOOG-RDGZ-00057913, GOOG-RDGZ-00057915, | Internal strategy |
| Exhibit 12 | GOOG-RDGZ-00060716 - GOOG-RDGZ-00060750 | Previously adjudicated, Dkt. 445 |
| | GOOG-RDGZ-00060756 | Employee PII |
| | GOOG-RDGZ-00060763 to GOOG-RDGZ-00060766 | Sensitive customer data |
| Exhibit 13 | GOOG-RDGZ-00152787, GOOG-RDGZ-00152794 | Employee PII |

| Exhibit | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 14 | GOOG-RDGZ-00020740 to GOOG-RDGZ-00020742 | Previously adjudicated, Dkt. 186 |
| Exhibit 15 | GOOG-RDGZ-00116916, GOOG-RDGZ-00116918 | Employee PII |
| Exhibit 16 | GOOG-RDGZ-00131086 to GOOG-RDGZ-00131090 | Employee PII |
| Exhibit 17 | GOOG-RDGZ-00160904 | Employee PII |
| Exhibit 18 | GOOG-RDGZ-00145362 | Employee PII |
| Exhibit 19 | GOOG-RDGZ-00130078 (Entire Document) | Confidential business information, Internal processes, Internal statistics |
| Exhibit 20 | GOOG-RDGZ-00127151 | Employee PII, Confidential business information |
| | GOOG-RDGZ-00127152 | Confidential business information |
| Exhibit 22 | GOOG-RDGZ-00171250 to GOOG-RDGZ-00171254 | Employee PII |
| Exhibit 24 | Google's Fourth Supplemental Responses and Objections to Plaintiffs' Interrogatories, Set One | Previously adjudicated, Dkt. 293-4 |
| Exhibit 26 | GOOG-RDGZ-00087672 | Employee PII, Internal terms |
| Exhibit 27 | GOOG-RDGZ-00177701 (Entire Document) | Internal statistics |

| Exhibit | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 28 | GOOG-RDGZ-00061531 to GOOG-RDGZ-00061532 | Employee PII, Internal terms |
| Exhibit 29 | GOOG-RDGZ-00046121, GOOG-RDGZ-00046123, GOOG-RDGZ-00046124, GOOG-RDGZ-00046125 GOOG-RDGZ-00046128, GOOG-RDGZ-00046129, GOOG-RDGZ-00046130, GOOG-RDGZ-00046131, GOOG-RDGZ-00046134, GOOG-RDGZ-00046135 | Employee PII |
| | GOOG-RDGZ-00046126, GOOG-RDGZ-00046136 to GOOG-RDGZ-00046143 | Internal terms, Confidential business information, Employee PII |
| Exhibit 30 | GOOG-RDGZ-00117801, GOOG-RDGZ-00117802 | Employee PII |
| Exhibit 31 | GOOG-RDGZ-00127803, GOOG-RDGZ-00127804 | Employee PII |
| Exhibit 32 | GOOG-RDGZ-00127840 | Employee PII |
| | GOOG-RDGZ-00127845 | Employee PII, Internal statistics |
| Exhibit 33 | GOOG-RDGZ-00188868 (Entire Document) | Confidential business information, , Employee PII |
| Exhibit 34 | GOOG-RDGZ-00203483, GOOG-RDGZ-00203485 to GOOG-RDGZ-00203487, GOOG-RDGZ-00203489 to GOOG-RDGZ-00203490 | Employee PII |
| | GOOG-RDGZ-00203484 | Employee PII, Internal statistics |

| Exhibit | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 35 | GOOG-RDGZ-00039515 (Entire Document) | Internal processes, Employee PII |
| Exhibit 36 | GOOG-RDGZ-00153597 (Entire Document) | Confidential business information, sensitive personnel information |
| Exhibit 37 | GOOG-RDGZ-00017489 (Entire Document) | Internal processes |
| Exhibit 39 | GOOG-RDGZ-00014597, GOOG-RDGZ-00014599 | Employee PII |
| Exhibit 44 | GOOG-RDGZ-00158221 | Employee PII |

**Google's Reply in Support of its Motion to Exclude Sundar Pichai (Dkt. 487)**

| Exhibit | Bates No. / Pages with Designations | Description |
|---|---|---|
| Google LLC's Reply in Support of its Motion to Exclude Sundar Pichai from Testifying at Trial | 3:2-4 | Internal term Su*** |
| Appendix A to Google LLC's Reply ISO Motion to Exclude Sundar Pichai from Testifying at Trial | 1:3 | Internal term Su*** |

**Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts    (Dkt. 473)**

| Exhibit | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit 6 to Plaintiffs' *Daubert* Motion | 5:23, 165:22, 173:10 | Internal term Pr***Un*** |
| | 7:16-17 | Internal term Pr***Al*** |

**Google's Opposition to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts (Dkt. 488)**

| Exhibit | Bates No. / Pages with Designations | Description |
|---|---|---|
| Exhibit B to the Decl. of Santacana ISO Google's Opp. to Plaintiffs' Daubert Motion | GOOG-RDGZ-00186830, GOOG-RDGZ-00186837, GOOG-RDGZ-00186838 | Employee PII |

Having considered Google's Statement in Support of Omnibus Motion to Seal Portions of Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Google's Experts ("*Daubert* Motion") (Dkt. 473), Google's Opposition thereto (Dkt. 488), Plaintiffs' Opposition to Google's Motion to Exclude Sundar Pichai from Testifying at Trial ("Pichai Opp.") (Dkt. 479), and Google's Reply thereto ("Google's Pichai Reply") (Dkt. 487) and the Declaration of David Monsees, the Court finds that.

**IT IS SO ORDERED.**

DATED: _____                              _____

Honorable Richard Seeborg
United States District Judge