UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-04688-RS<br><br>**ORDER REQUIRING RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF** |

On May 22, 2025, Plaintiffs asked the court to overrule the magistrate judge's order as to whether Google's CEO may be called to testify at trial. Dkt. No. 507. Pursuant to Local Rule 72-2(d), Defendant is ordered to file a response to Plaintiffs' motion for relief by June 13, 2025.

**IT IS SO ORDERED**.

Dated: June 5, 2025

_____
RICHARD SEEBORG
Chief United States District Judge