**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6858

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (admitted pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (admitted pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**COOLEY LLP**
BENEDICT Y. HUR (SBN: 224018)
bhur@cooley.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@cooley.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@cooley.com
ARGEMIRA FLÓREZ (SBN: 331153)
aflorez@cooley.com
HARRIS MATEEN (SBN 335593)
hmateen@cooley.com
ISABELLA MCKINLEY CORBO (SBN 346226)
icorbo@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

*Attorneys for Defendant*
*GOOGLE LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, *al.* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688 RS<br><br>**JOINT PROPOSED JURY QUESTIONNAIRE QUESTIONS**<br><br>Courtroom:  3 - 17th Floor<br>Judge: The Honorable Richard Seeborg<br><br>Action filed: July 14, 2020<br>Trial Date:   August 18, 2025 |

**Proposed Additional Jury Questionnaire Questions**

Plaintiffs and Google ("the Parties") jointly stipulate to the addition of the following ten questions below to the Northern District of California's model jury questionnaire for prospective jurors in this case.

1. Have you, a family member, or anyone close to you ever worked for or had experience with the following?: (please check the box for all that apply)

    ☐ **Technology Companies**

    ☐ **Social Media Companies**

    ☐ **Google**

    ☐ **Companies Working For or With Google**

    ☐ **Software Development**

    ☐ **App Development**

    ☐ **Data Security/Cybersecurity**

    If you checked the box for any of the above, please state who they are (yourself, a family member, and/or someone close to you) and describe the experience:

    _____

    _____

2. Do you have any education, training, or experience with data or data privacy?

    ☐ **Yes**

    ☐ **No**

    If you checked yes, please describe:

    _____

    _____

3. Do you have any strong positive or negative views about Google? If yes, please explain.

    _____

    _____

4. Have you, any member of your family, or anyone close to you ever been harmed as a result of information you or they shared online, or from identity theft? If yes, please explain.

   _____

   _____

5. Do you consider yourself to be tech-savvy?

   ☐ **Yes**

   ☐ **No**

6. Do you turn off Web & App Activity or Supplemental Web & App Activity for privacy when using Google's apps, products, devices, or services?

   ☐ **Yes**

   ☐ **No**

7. Please indicate if you agree or disagree with the following statement: "I am not at all concerned about how technology companies use my data."

   ☐ **Agree**

   ☐ **Disagree**

   ☐ **Unsure**

8. Please indicate if you agree or disagree with the following statement: "When it comes to data collection by companies, the potential benefits outweigh the risks."

   ☐ **Agree**

   ☐ **Disagree**

   ☐ **Unsure**

9. Do you believe that large technology companies intrude on consumers' privacy without their permission for the purpose of collecting their private data? If yes, please explain.

10. Are you hesitant to share private information online or with software apps you use? If yes, please explain.

Dated: June 20, 2025                    Respectfully submitted,

                                        BOIES SCHILLER FLEXNER LLP

                                        By:   /s/ Mark C. Mao
                                              Mark C. Mao
                                              Beko Reblitz-Richardson
                                              *Attorneys for Plaintiffs*

Dated: June 20, 2025                    SUSMAN GODFREY L.L.P.

                                        By:   /s/ Bill Carmody
                                              Bill Carmody (pro hac vice)
                                              Shawn J. Rabin (pro hac vice)
                                              *Attorneys for Plaintiffs*

Dated: June 20, 2025                    MORGAN & MORGAN

                                        By:   /s/ John A. Yanchunis
                                              John A. Yanchunis (pro hac vice)
                                              Ryan J. McGee (pro hac vice)
                                              *Attorneys for Plaintiffs*

Dated: June 20, 2025                    COOLEY LLP

                                         By:  /s/ Eduardo E. Santacana
                                              Benedict Y. Hur
                                              Simona Agnolucci
                                              Eduardo E. Santacana
                                              Argemira Flórez
                                              Harris Mateen
                                              Isabella Mckinley Corbo
                                              *Attorneys for Defendant*
                                              GOOGLE LLC

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 20, 2025                    Respectfully submitted,

                                          BOIES SCHILLER FLEXNER LLP

                                          By:   */s/ Mark C. Mao*
                                                   Mark C. Mao

                                          *Attorney for Plaintiffs*