# EXHIBIT B

## REDACTED
## FILED UNDER SEAL

| | |
|---|---|
| Message | |
| **From:** | Jen Fitzpatrick [███@google.com] |
| **Sent:** | 9/12/2018 4:21:14 PM |
| **To:** | Yul Kwon [███@google.com] |
| **CC:** | David Monsees [███@google.com]; Ben Smith [███@google.com]; Eric Miraglia [███@google.com]; Marlo McGriff [███@google.com]; Jack Menzel [███@google.com] |
| **Subject:** | Re: Updated Deck for Sundar |

Looking much better! Thanks for the quick turn on this, and look forward to spending more time later this afternoon.

On Wed, Sep 12, 2018 at 8:29 AM, Yul Kwon <███@google.com> wrote:
Jen,

We took a pass at shortening the deck and adding more framing, per your guidance. We'll continue to iterate on this until we meet at 2:30pm today, but if you get a chance to take a look before then, please let us know if this moving in the right direction or if you have additional guidance.

Thanks.


On Tue, Sep 11, 2018 at 6:39 PM Jen Fitzpatrick <███@google.com> wrote:
OK, managed to do a quick read through of the deck just now. My high level feedback is that the deck as currently framed is totally overwhelming - way too many screenshots etc and not nearly enough framing.

My quick and high level reaction is to skip the current flows (but have those available on a phone assuming that's simple to do). Focus the deck on 1) overall framing relative to external privacy narrative & comms plan (EricM)  2) near term changes 3) medium term changes.

For 2) in particular, we need to up-level the deck to give a more structured walk-through of the high level plan. The slide titles could do a lot more to help here vs just labeling current / future again and again.

The medium term changes section (3) generally makes sense to me.

I think we have time tomorrow afternoon to check in prior to Thursday (Ben I asked for you & Eric to be added as optional but very nice to have).

Appreciate the work here - I can see the progress but think we need another pass at simplifying if we're to keep the conversation from getting drowned in detail.

thanks all.

Jen




---------- Forwarded message ----------
From: **Jen Fitzpatrick** <███@google.com>
Date: Tue, Sep 11, 2018 at 6:19 PM
Subject: Re: Updated Deck for Sundar

CONFIDENTIAL                                                                                                                                     GOOG-RDGZ-00014927

To: David Monsees <█████████@google.com>, Ben Smith <█████google.com>, Eric Miraglia <█████google.com>
Cc: Marlo McGriff <████████google.com>, Yul Kwon <█████google.com>, Jack Menzel <█████████google.com>

thanks -- I'll have a look later tonight.

+ben, eric in the meantime.

On Tue, Sep 11, 2018 at 4:56 PM, David Monsees <██████████google.com> wrote:
Hi Jen,

We've made a bunch of updates to the Sundar review deck or this Thursday. You can find the here: go/location-pr11

Based on the morning feedback, we updated the agenda to:

- Current Flows:  How users consent to LH and WAA
- Near-Term Changes:  Make existing UI and controls consistent
- Medium-Term Changes:  Launch new privacy tools
- Options for Location in WAA

Ideally, we skip slides 4-16 and demo on the phone. We could also skip slides 18-23 and speak to the changes on the demo phone.

We're still working on the retention and coarsening slides.

Let us know if you have any suggestions -- this is a lot of content, but hopefully flows better.

Dave

**Google Inc., product mgmt.**
█████████google.com

CONFIDENTIAL                                                                                                                                      GOOG-RDGZ-00014928