# EXHIBIT C

## REDACTED
## FILED UNDER SEAL

| | |
|---|---|
| **Message** | |
| **From:** | Jonas Degrave [█████@google.com] |
| **Sent:** | 5/9/2019 9:59:33 AM |
| **To:** | Cindy Gao [█████@google.com] |
| **CC:** | Clint Caywood [█████@google.com]; Krzysztof Kosiński [█████@google.com]; Waldemar Horwat [█████@google.com]; Industryinfo [█████@google.com]; An Yan [█████@google.com]; Abhiram Kasina [█████@google.com]; Joshua K. [█████@google.com] |
| **Subject:** | Re: [Industryinfo] Google's Sundar Pichai: Privacy Should Not Be a Luxury Good |

I think a key problem comes not from the collecting of the data itself. The collected data is perceived to be leaking from their device to Google in a way which is kind of opaque to the user, but I reckon most users are fine with that part. However, the bigger problem is that there is a perception that this data is then leaked from Google to other people in a way which is completely out of a users control (i.e. the perceived selling of data to advertisers, the Snowden leaks, etc.).

And unless hard guarantees are made (like GDPR), I feel like that ship of finding an understanding is sailing.
https://twitter.com/HetanShah/status/1125848581976489985


As ever,

Jonas


**From:** Cindy Gao <█████@google.com>
**Date:** Thu, May 9, 2019 at 2:32 AM
**To:** Clint Caywood
**Cc:** Krzysztof Kosiński, Waldemar Horwat, Industryinfo, An Yan, Abhiram Kasina, Joshua K.

  I feel like what users want is a technology that don't grab any personal private data BUT is able to read their minds and offer smart enough services.

How can we find a way to make users to think such philosophical dilemma and they come up an understanding on collecting data is actually good for them? or at least a win-win solution?

On Wed, May 8, 2019 at 2:36 PM Clint Caywood <█████@google.com> wrote:
I think "App Activity" is so nebulous that it causes problems. Taking the example of Map bookmarks in an account that has opted out, I think you have these options (note that this is a lot of conjecture -- I haven't worked on this or any public-facing features):

• Don't sync the bookmarks (upsetting users when their bookmarks don't show up on other devices and aren't backed up)

• Sync the bookmarks (upsetting users *and* regulators when they clearly opted out of "App Activity")

• Make fine-grained privacy controls with a bunch of switches and include one for Map bookmarks (making our privacy controls complicated and lacking the clarity required by regulators)

• Just throw up your hands and don't allow it at all (steering clear of the regulatory issues, but upsetting users in a different way)

None of these seem like great options, but we seem to have landed on the last one.

On Wed, May 8, 2019 at 3:01 PM Krzysztof Kosiński <█████@google.com> wrote:

CONFIDENTIAL

GOOG-RDGZ-00014578

> Yet somehow browsers have figured out how to save local bookmarks for decades without sending them in some history to a server....

A very large fraction of users has more than one device. This is the reason why every mainstream browser, including Safari and Firefox, has cloud sync for bookmarks.

On Wed, May 8, 2019 at 1:07 PM Waldemar Horwat <███████@google.com> wrote:
On 5/8/19 8:31 AM, Clint Caywood wrote:
> The comments on that article are pretty disheartening. It seems like most people have already made up their minds that Google can't be trusted. Some recurring reasons (many of which are false):
>
>  * Google coerces you into enabling tracking by disabling unrelated functionality if you don't (my understanding is that this is to err on the side of caution and to avoid super complex privacy control UIs, which would violate the requirement from regulators that we have "clear" privacy controls)

Sure, turn off the Web and App Activity saving of your searches in your Google account "meaningful choice" and you'll have a bad time with unrelated functionality not working.  You can't even set local bookmarks on Maps with that off, and other Google products won't work at all.  Yet somehow browsers have figured out how to save local bookmarks for decades without sending them in some history to a server....

       Waldemar
--
--
[GOOGLE CONFIDENTIAL]

You received this message because you are subscribed to the Google
Groups "Industryinfo" group.
To unsubscribe from this group, send email to
industryinfo+unsubscribe@google.com
For more options, visit this group at
http://groups.google.com/a/google.com/group/industryinfo?hl=en




--

Cindy Gao | Exchange Bidding | ███████@google.com | +1(650) 214-6872

Go   g e

313 Fairchild Dr, Mountain View, CA 94043   For AdX support, please send email to adx-buyside-support@google.com
--
--
[GOOGLE CONFIDENTIAL]

You received this message because you are subscribed to the Google
Groups "Industryinfo" group.
To unsubscribe from this group, send email to
industryinfo+unsubscribe@google.com
For more options, visit this group at
http://groups.google.com/a/google.com/group/industryinfo?hl=en

CONFIDENTIAL
GOOG-RDGZ-00014579

--
--
[GOOGLE CONFIDENTIAL]

You received this message because you are subscribed to the Google Groups "Industryinfo" group.
To unsubscribe from this group, send email to industryinfo+unsubscribe@google.com
For more options, visit this group at
http://groups.google.com/a/google.com/group/industryinfo?hl=en

CONFIDENTIAL

GOOG-RDGZ-00014580