# EXHIBIT D

Page 1

1

2

3

4

5

6

7

8

9              Re: Rodriguez, Et Al Versus Google, LLC.

10

11       Transcript of the Video Recorded Proceedings of

12           "Google CEO Testifies on Data Collection."

13                          CSPAN

14                    December 12, 2018

15

16              Transcribed by Melissa Iadimarco

17

18

19

20

21

22

23

24

25

1          (Transcript of video proceedings.)

2          CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Good

3    morning.  The Judiciary Committee will come to order and

4    without objection, The Chair is authorized to declare

5    recesses of the committee at any time.  We welcome everyone

6    to this morning's hearing on transparency and

7    accountability, examining Google and its data collection use

8    and filtering practices.  Before I recognize myself and the

9    ranking member for opening statements, I'd like to recognize

10   our first witness, the majority leader, Kevin McCarthy of

11   California for his statement.  Welcome.

12          REPRESENTATIVE KEVIN MCCARTHY:  Well, thank you,

13   Mr. Goodlatte, Chairman Goodlatte for working with me to

14   organize this hearing.  I want to thank Sundar Pichai for

15   testifying on Capitol Hill.  We appreciate and note your

16   willingness to travel here and answer our questions, first

17   in a private setting in September.  And now in a public

18   setting.  Google is one of the most valuable companies in

19   America, because of what it does.  Google's search engine

20   organizes the entire internet and, by extension, almost all

21   the information in the world.

22          This is hardly an exaggeration.  Here's a statistic

23   you will hear a lot today, but it bears repeating.

24   According to The Wall Street Journal, 90 percent of all

25   internet searches go through Google.  That is power.  And it

Page 3

1    comes with responsibility.  Mr. Pichai it is -- it was

2    necessary to convene this hearing, because of the widening

3    gap of distrust between technology companies and the

4    American people.

5            For our country and economy to grow stronger, the

6    American people must be able to have trust in the great

7    companies of the 21st century.  We can alleviate some of

8    their concerns today, with transparency and candor.  I hope

9    we can begin to restore trust in the technology companies

10   that shape our world, but we need answers.

11           We need to know first, that Google is committed to

12   the free market ideals of competition and entrepreneurship

13   that launched its revolutionary products to begin with.

14   Second, we need to be sure that any political bias within

15   Google's workforce does not creep into its search products.

16   Third, we need to know that Google is living up to the

17   America's belief in free expression and human rights, when

18   it deals with foreign governments.

19           Now, a word on the last subject.  Right now, Google

20   reportedly is developing a censored search engine with the

21   Chinese Communist Party.  It is also developing next

22   generation technology on Chinese soil and in conjunction

23   with Chinese national champions, like Tencent.  Technology

24   that the admin -- administration considers a national

25   priority.

Page 4

1          Now, this news raises a troubling possibility, that

2     Google is being used to strengthen China's system of

3     surveillance, depression and control.  Right this very

4     second China's authoritarian system detains more than a

5     1000000 religious minorities in reeducation camps.  Mr.

6     Pichai, I urge you to reflect on that fact and on the

7     promise your company made when it pulled out of the China

8     market in 2010; and I applauded you for that move in 2010.

9          Back then Google promised it would not sensor its

10    search results in China or compromise its commitment to a

11    free and open internet.  Now in light of these recent

12    events, I think the American people deserve to know:  If

13    something changed and if so, what?  All of these topics,

14    competition, censorship, bias and others point to one

15    fundamental question that demands the nation's attention.

16         Are America's technology companies serving as

17    instruments of freedom or instruments of control?  Are they

18    fulfilling the promise of the digital age?  Are they

19    advancing the cause of self-government or are they serving

20    as instruments of manipulation, used by powerful interests

21    and foreign governments to rob the people of their power,

22    agency and dignity.

23         I believe we need to grapple with these questions

24    together as a nation, because a free world depends on a free

25    internet.  We need to know that Google is on the side of the

Page 5

1     free world and that it will provide its services free of

2     anticompetitive behavior, political bias, and censorship.

3           I want to thank you again for being here and

4     answering these questions.  I look forward to listening to

5     the answers with a very open mind and I yield back.

6           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I'd now

7     like to invite Mr. Pichai to take his seat at the witness

8     table.  Without objection The Chair now recognizes the

9     ranking member, Mr. Nadler, for a point of personal

10    privilege to recognize a member of his staff, a very

11    distinguished member of his staff.

12          REPRESENTATIVE JERROLD NADLER:  Thank you, Mr.

13    Chairman.  Mr. Chairman, I want to take a moment to

14    recognize Danielle Brown, whose last working day for the

15    committee is tomorrow.  Danielle has served on the judiciary

16    committee democratic staff for more than a decade in a

17    variety of roles, beginning as staff assistant and then

18    going to counsel parliamentarian, chief legislative counsel

19    and most recently, deputy chief counsel.

20          Danielle has been essential to the operations of

21    this committee and she has been involved in nearly every

22    important piece of committee business over the last decade.

23    Her interests and expertise range from protecting vulnerable

24    immigrants, to ensuring reproductive freedom and preserving

25    vital consumer protections.  She is leaving us now,

1      unfortunately, to become general counsel and parliamentarian

2      of the ways and means committee.  Our loss is surely their

3      game.  I wish her well.  I appreciate her wise counsel.  I

4      thank her for all of her years of service to this committee,

5      and I hope the committee will join me in thanking her for

6      her years of service to this committee.

7                CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Would the

8      gentleman yield?

9                REPRESENTATIVE JERROLD NADLER:  I will yield to the

10     chairman.

11               CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I thank

12     the gentleman for yielding.  I would like to join him in

13     thanking Danielle for her service to this committee.  She

14     has worked with members on both sides of the aisle.  She has

15     worked with the majority staff very productively, very

16     cooperatively on a great many issues that have made this

17     committee, not only more productive, but also operating in a

18     fashion that has resulted in a number of bills getting from

19     this committee all the way to the president's desk; whether

20     that president be Barack Obama or Donald Trump.  That's an

21     accomplishment that this entire committee should be proud of

22     and Danielle should be proud that she's played an important

23     part in doing that and I thank you.

24               I now recognize myself for an opening statement.

25     In The United States, Google operates the preeminent

1    internet search engine, the leading email service provider,

2    and the Android operating system, which runs most of its

3    smart -- most of the smart phones in The United States.

4    When a consumer performs an internet search, sends an email

5    or uses his or her smartphone, Google collects information

6    on that person.

7          In fact, almost every minute of every day, the

8    Android operating system sends information about the exact

9    location, temperature, barometric pressure and speed of

10   movement of every phone that runs on the Android operating

11   system.

12         With Americans carrying their smartphones all day,

13   every day, Google is able to collect an amount of

14   information about its users that would even make the NSA

15   blush.  Of course, when users click through the terms of

16   service for these services, they do consent to such

17   collection, but I think it is fair to say, that most

18   Americans have no idea the sheer volume of detailed

19   information that is collected.

20         Today, I hope to get answers on the extent of data

21   collection and use by Google.  In addition, decades ago,

22   Congress passed the Communications Decency Act, including

23   Section 230 of that act, which allows service providers to

24   remove lewd, lascivious, excessively violent or otherwise

25   objectionable content from their platforms.  This law allows

1    service providers to remove illegal materials, including

2    child pornography and content that is illegal under our

3    intellectual property laws.

4            While meant to allow them to block illegal, obscene

5    and harmful materials, there is some discretion that service

6    providers by necessity must use to make decisions about what

7    content is harmful or objectionable.

8            Given Google's ubiquity in the search market,

9    Google is often consumers first and last stop when searching

10   for information on the internet.  As such, this committee is

11   very interested in how Google makes decisions about what

12   constitutes objectionable content that justifies filtering

13   and who at Google makes these decisions.

14           Given the revelation that top executives at Google

15   have discussed how the results of the 2016 elections do

16   comply with Google's values, these questions have become all

17   the more important.  While it is true that Google is not a

18   government entity and so it does not have to comply with the

19   First Amendment, the American people deserve to know what

20   types of information they are not getting when they perform

21   searches on the internet.

22           The market works best when information about

23   products and services is readily available.  And so today,

24   on behalf of this committee and the American consumer, I

25   hope to get answers from Mr. Pichai regarding who at Google

1    makes the judgment calls on whether to filter or block

2    objectionable content and what metrics Google uses to make

3    those decisions.  I want to thank Google's CEO for his

4    willingness to testify today and to answer these and other

5    questions.

6          With respect to search results, algorithmic

7    screening is the primary means through which Google sorts

8    data and information.  Google search algorithm, for example,

9    calculates what is presented to a user based on the

10   variables the user inputs into the search bar.

11         At its best, Google's algorithm reaches the best

12   answer in the least amount of time, while providing choices

13   to the user by ranking pages most relevant to the search

14   inquiry.  Of course, by ranking pages, Google search always

15   favors one page over another.

16         This kind of bias appears harmless.  After all, the

17   point of a search is to discriminate among multiple relevant

18   sources to find the best answer.  This process, however,

19   turns much more sinister with allegations that Google

20   manipulates its algorithm to favor the political party it

21   likes, the ideas that it likes or the products that it

22   likes.

23         There are numerous allegations in the news, that

24   Google employees have thought about doing this, talked about

25   doing this and have done it.  The dangerous implications to

1    a fair democratic process cannot be understated.

2         One study performed by a psychologist Robert

3    Epstein, has revealed that internet search rankings have a

4    significant impact on consumer choices, mainly because users

5    trust and choose higher ranked results more than lower

6    ranked results.

7         After performing five relevant double blind

8    randomized controlled experiments using a total of 4,556

9    undecided voters representing diverse demographic

10   characteristics of the voting populations of The United

11   States and India, the study revealed that biased search

12   rankings can shift the voting preferences of undecided

13   voters by 20 percent or more.

14        The shift can be much higher in some demographic

15   groups and search ranking bias can be masked, so that people

16   show no awareness of the manipulation.  The potential for

17   this kind of bias is clearly problematic and is further

18   compounded by the fact that Google every day collects

19   mountains of information about its users while they are

20   actively engaged with a Google product or even when they are

21   not.

22        According to a study conducted by Vanderbilt

23   University, a dormant stationary Android phone with Chrome

24   active in the background, communicated location information

25   to Google 340 times during a 24 hour period or at an average

Page 11

1      of 14 data communications per hour.  The location -- the

2      collection of location data may be obvious to most users,

3      but they are often unaware of the many sensors that the

4      Android platform supports, including an accelerometer, a

5      barometer and a photo meter.  These -- photometer.

6              These sensors, in addition to the cameras and

7      microphone on a mobile device, can collate into a very

8      accurate picture of where a user is, what they are doing and

9      who else is there.  The shocking amount of information that

10     Google collects via its phones was recently featured on Good

11     Morning America, in which a reporter using an Android phone

12     with no sim card, that wasn't connected to the internet,

13     discovered that the phone collected the devices movement,

14     even identifying the mode of transportation, such as the

15     subway or even a bicycle and at times taking 10 sensor

16     readings per minute.

17             Moreover, Google's practice of reinforcing its

18     dominance, in light of allegations of self-serving bias,

19     creates little choice for consumers across the spectrum of

20     internet based products or services.  Given that Google's

21     ads show up on non-Google websites and Google search engine

22     is being used as the default search tool on other products,

23     such as the Apple phone, it is almost impossible to avoid

24     Google all together.

25             Google in many things -- Google is many things.

Page 12

1    It's one of the largest data collectors ever seen in human
2    history.  It's an advertiser, that can get the right product
3    to the right customer at precisely the right time.  Google
4    is also an internet giant, directing over 3.5 billion
5    searches per day.  With this massive authority, however,
6    comes the potential for far reaching abuse.
7         The mere suspicion that Google manipulates its
8    products and features for self-serving or even political
9    purposes, raises serious concerns about its business
10   practices, its impact on free speech in our democratic
11   process.  And Americans trust that the information gathered
12   about them in their day to day lives is done with their
13   knowledge and is not being used against them.  My hope is
14   that, through our inquiries today, we will ensure more
15   transparency and accountability going forward.
16        Last, despite the nature and scope of today's
17   hearing, Google is still the story of the American dream.
18   The company was started by two individuals in a garage and
19   grew to be one of the most successful companies in the
20   world.  Two decades ago, we could not fathom instantaneous
21   access to more information than that which is contained in
22   all the encyclopedias in the world.  Now we take that for
23   granted, because of the innovative services Google provides.
24        With that, I want to again thank our witness for
25   his presence here today.  I look forward to your testimony.

Page 13

```
 1        And it's now my pleasure to recognize the ranking member of
 2        the committee, the gentleman from New York, Mr. Nadler, for
 3        his opening statement.
 4               REPRESENTATIVE JERROLD NADLER:  Thank you, Mr.
 5        Chairman.  Mr. Chairman, our society has become increasingly
 6        reliant on social media and other online platforms to
 7        obtain, create, share and sort information.  This
 8        information helps us make decisions ranging in importance
 9        from where to make dinner reservations, to which candidate
10        to vote for in a presidential election.  The public's
11        increasing use of these platforms has generated many
12        positive benefits for society, but it has -- it has also
13        given rise to some troubling trends.
14               Google is among the dominant firms in this field.
15        As such, given the public's widespread use and reliance on
16        its products and services, there are legitimate questions
17        regarding the company's policies and practices, including
18        with respect to content moderation and the protection of
19        user privacy.  But before we delve into these questions, I
20        must first dispense with a completely illegitimate issue,
21        which is the fantasy dreamed up by some conservatives, that
22        Google and other online platforms have an anti-conservative
23        bias.
24               As I've said repeatedly, no credible evidence
25        supports this right-wing conspiracy theory.  I have little
```

Page 14

1     doubt that my Republican colleagues will spend much of their

2     time presenting a laundry list of anecdotes and out of

3     context statements made by Google employees as supposed

4     evidence of anti-conservative bias, but none of that will

5     actually make it true.  But this fact free propaganda does

6     help generate the mistrust that the majority leader referred

7     to a few moments ago.

8            And even if Google were deliberately discriminating

9     against conservative viewpoints, just as Fox News and

10    Sinclair Broadcasting and conservative talk radio host like

11    Rush Limbaugh discriminate against liberal points of view,

12    that would be its right, as a private company, to do so; not

13    to be questioned by government.

14           During the Reagan administration, about 35 years

15    ago, The Federal Communications Commissioners appointed by

16    Ronald Reagan, abolished what we used to have called the

17    Fairness Doctrine, which placed an obligation on

18    broadcasters who used the public air waves, to be fair to

19    different points of view.  This question might be relevant

20    if the Republican members wanted to bring back the Fairness

21    Doctrine and expand its scope to social media companies.

22           I doubt we will see any interest in doing so, but

23    we should not let the delusions of the far right distract us

24    from the real issues that should be the focus of today's

25    hearing.  For example, we should examine what Google is

Page 15

1    doing to stop hostile foreign powers from using its platform

2    to spread false information, in order to harm our political

3    discourse.  It has been more than two years since the 2016

4    election, yet this committee has not held a single hearing

5    focused on Russia's campaign to manipulate online platforms

6    to undermine American democracy.  Despite the fact that it

7    is the consensus view of our intelligence agencies, that

8    Russia engaged in a massive disinformation campaign to

9    influence the 2016 election.

10           I hope that Mr. Pichai can tell us what actions

11   Google has taken to counter this unprecedented attack and

12   what gaps remain in its defenses, without being so specific

13   as to give a -- a guidance to foreign powers.  This may help

14   Congress determine what more can be done to further insulate

15   our democratic processes from foreign interference.

16           We should also examine how Google enforces

17   community standards to prohibit racist of bigoted threats,

18   and other inappropriate conduct.  While internet platforms

19   have produced many societal benefits, they've also provided

20   a new tool for those seeking to stoke racial and ethnic

21   hatreds.  The presence of hateful conduct and content on

22   these platforms has been made all the more alarming by the

23   recent rise in hate motivated violence.

24           According to statistics, recently released by the

25   FBI reported incidents of hate crimes rose by 17 percent

1    last year compared to 2016, marking the third consecutive

2    year that such reports have increased.  The horrible

3    massacre at the Tree of Life Synagogue in Pittsburgh, the

4    recent murder of an African American couple in a Kentucky

5    grocery store, the killing of an Indian engineer last year

6    in Kansas are sadly not isolated outbursts of violence, but

7    the most salient examples of a troubling trend.  We should

8    consider to what extent Google and other online platforms

9    may have been used to foment and to disseminate such hatreds

10   and how these platforms can play a constructive role in

11   combatting its spread.

12           As the dominant player in its field, Google

13   possesses significant market power.  It is also useful to

14   examine its policies and practices to ensure that other

15   companies are able to compete, in an open and fair

16   marketplace.  There were also concerns about the prevalence

17   of pirated material available on Google and other internet

18   platforms at the expense of legitimate content.

19           Finally, it is important to know what Google is

20   doing to protect its users data privacy and data security.

21   The Wall Street Journal recently reported that Google

22   discovered last March, that a bug in its social media

23   platform Google Plus, had exposed the private profile data

24   of up to 500,000 users to third party developers, but it

25   opted not to disclose the issue publicly, not even to those

1   who may have been affected at the time.  And just yesterday,

2   the company announced that it had discovered another Google

3   Plus bug that may have exposed the private profile data of

4   millions of users.

5        While Google has so far found no evidence that

6   developers have in fact abused these bugs or that any use of

7   profile data has been misused in any way, incidents like

8   this still raise legitimate questions about what types of

9   data exposures the company is obligated to disclose

10  publicly.  It also raises questions about how much control

11  users should have over their own data and how such control

12  should be regulated.

13       I am also disturbed by recent reports that Google

14  is developing a search engine for the Chinese mainland

15  market.  According to these reports, the search engine would

16  not only accommodate Chinese government censors, it might

17  allow the Chinese government to track individuals by linking

18  search terms to the user's mobile phone number.

19       Unfortunately, in this our fourth hearing devoted

20  to entirely fictitious allegations of conservative -- of

21  anti-conservative bias by internet companies, we will waste

22  more time and more tax pair money and elevating well worn

23  right-wing conspiracy theories, instead of concentrating the

24  substantive questions and issues that should be the focus of

25  our hearings.  Our committee can and must and will do

Page 18

1       better.

2                   I yield back the balance of my time.

3                   CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you,

4       Mr. Nadler, we welcome our distinguished witness, and if you

5       would please rise, I'll begin by swearing you in.

6                   Please raise your right hand.

7                   Do you swear that the testimony that you are about

8       to give shall be the truth, the whole truth, and nothing but

9       the truth, so help you God?

10                  MR. SUNDAR PICHAI:  I do.

11                  CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.

12      Let the record show that the witness answered in the

13      affirmative.  Our only witness today is Mr. Sundar Pichai.

14      Mr. Pichai is the chief executive officer of Google.  Your

15      written statement will be entered into the record in its

16      entirety, and we ask that you summarize your testimony in

17      five minutes.  To help you stay within that time, there's a

18      timing light on your table.  When the light switches from

19      green to yellow, you have one minute to conclude your

20      testimony.  When the light turns red, it signals your five

21      minutes have expired.

22                  Mr. Pichai, you are very welcome, and you may

23      begin.

24                  MR. SUNDAR PICHAI:  Chairman Goodlatte, Ranking

25      Member Nadler, distinguished members of the committee, thank

Page 19

1    you for the opportunity to be here today.  I joined Google
2    15 years ago, and I've been privileged to serve as CEO for
3    the past three years, but my love for information and
4    technology began long before that.
5        It's been 25 years since I made the U.S. my home.
6    Growing up in India, I have distinct memories of when my
7    family got its first phone and its first television.  Each
8    new technology made a profound difference in our lives.
9    Getting the phone meant I could call ahead to the hospital
10    to check that the blood results were in instead of taking a
11    two hour trip there.  And the television, well, it only had
12    one channel, but I couldn't have been more thrilled by its
13    arrival.
14        Those experiences made me a technology optimist,
15    and I remain one today, not only because I believe in
16    technology, but because I believe in people and their
17    ability to use technology to improve their lives.  I'm
18    incredibly proud of what Google does to empower people
19    around the world, especially here in the U.S.  I'd like to
20    take a moment to share a bit of background on that.
21        20 years ago, two students, one from Michigan and
22    one from Maryland, came together at Stanford with a big
23    idea.  To provide users with access to the world's
24    information.  That mission still drives everything we do,
25    whether that's saving you a few minutes on your morning

1    commute or helping doctors detect disease and save lives.

2           Today, Google is more than a search engine.  We are

3    a global company that's committed to building products for

4    everyone.  That means working with many industries, from

5    education and healthcare to manufacturing and entertainment.

6    Even as we expand into new markets, we never forget our

7    American roots.

8           It's no coincidence that a company dedicated to

9    free flow of information was founded right here in the U.S.

10   As an American company, we cherish the values and freedoms

11   that have allowed us to grow and serve so many users.  And

12   I'm proud to say, we do and we will continue to work with

13   the government to keep our country safe and secure.

14          Over the years, our footprint has expanded far

15   beyond California to states such as Texas, Virginia,

16   Oklahoma, and Alabama.  Today in the U.S., we're growing

17   faster outside of The Bay Area than within it.  I've had the

18   great opportunity to travel across the country and see all

19   the places that are -- that are powering our digital

20   economy.  From Clarksville to Pittsburgh to San Diego, where

21   we recently launched a partnership with the USO, to help

22   veterans and military families.

23          Along the way, I've met many people who depend on

24   Google to learn new skills, find jobs or new businesses.

25   Over the past year, we have supported more than 1.5 million

Page 21

1    American businesses.  And over the past three years, we've

2    made direct contributions of $150 billion to the U.S.

3    economy, added more than 24,000 employees and paid over $43

4    billion to our U.S. partners across search, YouTube and

5    Android.  These investments strengthen our communities and

6    support thousands of American jobs.  They also allow us to

7    provide great services to our users to help them through the

8    day.  It's an honor to play this role in people's lives, and

9    it's one we know comes with great responsibility.

10         Protecting the privacy and security of our users

11    has long been an essential part of our mission.  We've

12    invested an enormous amount of work over the years to bring

13    choice, transparency and control to our users.  These values

14    are built into every product we make.  We recognize the

15    important role of governments, including this committee, in

16    setting rules for the development and use of technology.

17         To that end, we support federal privacy legislation

18    and proposed the legislative framework for privacy earlier

19    this year.  Users look -- look to us to provide accurate,

20    trusted information, and we work hard to ensure the

21    integrity of our products.  We have put a number of checks

22    and balances in place to ensure they continue to live up to

23    our standards.  I lead this company without political bias

24    and work to ensure that our products continue to operate

25    that way.  To do otherwise would be against our core

Page 22

1    principles and our business interests.

2          We are a company that provides platforms for

3    diverse perspectives and opinions, and there is no shortage

4    of them amongst our employees.  Some Googlers are former

5    servicemen and women who have risked much in defense of

6    their country.  Some are civil libertarians who fiercely

7    defend freedom of expression.  Some are parents who worry

8    about the role technology plays in our households.  Some,

9    like me, are immigrants who are profoundly grateful to the

10   freedoms and opportunities it offers.  And some of us are

11   many of these things.

12          Let me close by saying that leading Google has been

13   the greatest professional honor of my life.  It's a

14   challenging moment for our industry, but I'm privileged to

15   be here.  I greatly appreciate you letting me share the

16   story of Google and our work to build products worthy of the

17   trust users placing is.  Thank you for the opportunity, and

18   I look forward to answering your questions.

19          CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.

20   We'll now proceed under the five minute rule with questions,

21   and I'll begin by recognizing myself.

22          Mr. Pichai, is it true that the Android operating

23   system sends Google information every few minutes detailing

24   the exact location of a smartphone within a few feet, the

25   speed of movement of the phone, the altitude of the phone

1     sufficient to determine what floor of a building the phone

2     is on, the temperature surrounding the phone and other

3     readings and if so, with Americans carrying their phones

4     with them virtually at all times, doesn't the collection of

5     this volume of detailed information really mean that Google

6     is compiling information about virtually every movement an

7     individual with a smartphone is making every hour of every

8     day?

9          MR. SUNDAR PICHAI:  Mr. Chairman, thank you for the

10    question.  Today, for any service we provide our users, we

11    go to great lengths to protect their privacy and we give

12    them transparency, choice, and control.  Android is a

13    powerful platform and -- and provides smartphone for over 2

14    billion people.  And as part of that, it depends on the

15    applications users choose to use.  If you're using a fitness

16    application, which is deducting the number of steps you

17    walk, you expect it to send that information, but it's a

18    choice users make.  We make it clear and -- and it depends

19    on the use cases.

20         CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  So the --

21    the answer to my question, my first question, is yes; is

22    that correct?  That the information that I cited is gathered

23    by Google?

24         MR. SUNDAR PICHAI:  It -- if -- if the -- for

25    Google services, you have a choice of what information is

Page 24

1      collected, and we make it transparent -- transparent.

2              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I

3      understand there are -- there are uses that consumers make

4      use of.  I use it to keep track of the number of steps I

5      walk.  I understand that service that one of your

6      competitors provides.  So I -- I understand that purpose.

7      But do you think the average consumer understands that

8      Google will collect this volume of detailed information,

9      when they click through the terms of service agreements in

10     order to use the Android operating system?

11             MR. SUNDAR PICHAI:  It's really important for us

12     that, you know, that average users are able to understand

13     it.  This is why we do something called privacy check-up.

14             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Do you

15     think average users read the terms of service and the

16     updates that are very frequently sent to us?

17             MR. SUNDAR PICHAI:  Beyond the terms of service, we

18     actually offer, we remind users, to do a privacy check-up,

19     and we make it very obvious, every month.  In -- in fact, in

20     the last 28 days, 160 million users went to -- went to their

21     My Account settings where they can clearly see what

22     information we have.  We actually give, you know, show it

23     back to them, and we give clear toggles, by category, where

24     they can decide whether that information is collected,

25     stored.  Or more importantly, if they decide to stop using

Page 25

1       it, we work hard to make it possible for users to take the

2       data with them, if they choose to use another service.

3                    CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Let me

4       switch to the issue of Section 230 of the Communications

5       Decency Act.  You heard me say in my opening statement that

6       this provides broad liability protections for you and other

7       technology companies for good faith restrictions, that when

8       Google thinks something is obscene, lewd, lascivious,

9       filthy, excessively violent, harassing or otherwise

10      objectionable.

11                   On the other hand, objectionable material, by

12      whatever standard applied, likely elicits the most

13      engagement from users on your site.  And for Google,

14      increased engagement potentially means increased revenue.

15      However, it is important for Google to make very clear where

16      it draws the line, and I don't believe Google has done its

17      best to make that clear.

18                   So what I would ask is the following:  Would Google

19      or YouTube be willing to make changes in support of a

20      healthier civic dialogue, if doing so meant a drop in user

21      engagement metrics?

22                   MR. SUNDAR PICHAI:  Absolutely, Mr. Chairman.  We

23      have a long track record of, we've always focused on long

24      term goals towards user satisfaction.  We focus on their

25      knowledge, happiness, success and -- and that's what we work

Page 26

1    hard to create.  It is important to us that platforms like

2    YouTube are viable over the long run.  It's in our natural

3    incentive to do so.

4              YouTube is place where users, advertisers and

5    content creators who make their livelihoods, use the

6    platform.  And so, we want to make this work in a

7    sustainable way.

8              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  When it

9    comes to political advertising, as you know, some of your

10   competitors in other advertising media are required by law,

11   to offer the same rate, the lowest rate, as a matter of

12   fact, to all political candidates.  So, for example, that's

13   true in television, radio.  Would Google -- should competing

14   political candidates be charged the same effective ad rates

15   to reach prospective voters?

16             MR. SUNDAR PICHAI:  Our advertising products are

17   built without any bias and the -- and the rates are

18   competitive, set by a live auction process.  So depending on

19   the keywords for which you're bidding for, depending on the

20   demand that is in the auction, the prices are automatically

21   calculated.  So, you know, the system decides that based on

22   supply and demand.

23             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I

24   understand it's automatically calculated, but could two

25   competing political candidates, targeting the same audience,

1    see different add rates?  And if yes, could that disparity

2    be substantial?

3              MR. SUNDAR PICHAI:  Yeah.  There wouldn't be a

4    difference based on, you know, any political reasons, unless

5    there are keywords which are of particular interest in the

6    market determines it.  So it's -- it's essentially a supply

7    and demand equilibrium.  It can lead to difference in rates,

8    but it will vary from time to time.

9              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Can those

10   rates be very substantial, in difference?

11             MR. SUNDAR PICHAI:  There could be occasions where

12   yes, there could be difference in rates?  Yeah.  I haven't

13   looked at the specifics of it.  Yeah.

14             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  So the

15   result is different than in other markets, like television

16   or radio, where every candidate is entitled to the lowest

17   rate that that television station or radio station offers to

18   any political candidate for office?

19             MR. SUNDAR PICHAI:  We, you know, there could be

20   variations based on the time of the day, the keywords you're

21   choosing to go for, you know, the geographies you're

22   advertising and -- but it's decided by the system and -- and

23   it's a process we've done for over 20 years.  And let me

24   assure you, anything to do with our civic process, we make

25   sure we do so in a nonpartisan way, and it's really

Page 28

```
 1     important for us.
 2               CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.
 3     The Chair recognizes the gentleman from New York, Mr. Nadler
 4     for five minutes.
 5               REPRESENTATIVE JERROLD NADLER:  Thank you, Mr.
 6     Pichai.  According to media reports, Google found evidence
 7     that -- well, let me go to the other one first.  Google
 8     found a bug in its Google Plus social media platform that
 9     could have potentially exposed the private data of up to
10     half a million users without the consent to third party
11     developers.  Google, however, did not disclose this bug
12     until months later after it was revealed by report in The
13     Wall Street Journal.  Yesterday, as I mentioned before, they
14     found an -- you announced another bug.
15               What legal obligations is the company under to
16     disclose data exposures that do not involve sensitive
17     financial information, but still involve private personal
18     data, like a user's name, age, email address or phone
19     number?
20               MR. SUNDAR PICHAI:  Congressman, we take privacy
21     seriously.  The bugs you mentioned are bugs.  We -- we found
22     them by either doing an audit or, you know, using our
23     automated testing systems.  Whenever we find any bugs we
24     follow, you know, it gets escalated to our privacy and data
25     production office, and we comply with --
```

1          REPRESENTATIVE JERROLD NADLER:  I'm -- I'm not

2     criticizing what you do.  I'm asking what legal obligation

3     is the company under to disclose such -- such data

4     exposures.  That don't involve financial information.  But

5     still involve other personal information?

6          MR. SUNDAR PICHAI:  It depends on the situation.

7     We follow the requirements.  And -- and in that case, in the

8     first case, typically we look at our legal requirements, but

9     we go above and beyond to make sure we do the right thing

10    for our users.  In the first case, both there was no

11    evidence data was misused and we couldn't accurately --

12         REPRESENTATIVE JERROLD NADLER:  I understand all

13    that, but my question is:  What legal obligations are there?

14         MR. SUNDAR PICHAI:  You know today, right now, if

15    you're found a bug, you know, and you ascertain -- once

16    you've done the investigation and you have ascertained the

17    users who are eligible for notification, my understanding is

18    you have 72 hours, and we both notify users, as well as,

19    regulators in that time frame.

20         REPRESENTATIVE JERROLD NADLER:  Okay.  Thank you.

21    Now, according to media reports, Google found evidence that

22    Russian agents spent thousands of dollars to purchase ads on

23    its advertising platforms, that span multiple Google

24    products, as part of the agents, the Russian agents,

25    campaign to interfere in the election two years ago.

Page 30

1           Additionally, Juniper Downs, head of global policy

2       for YouTube, testified in July that YouTube had identified

3       and shut down multiple -- and shut down multiple channels

4       containing thousands of videos associated with the Russian

5       misinformation campaign.

6           Does Google now know the full extent to which its

7       online platforms were exploited by Russian actors in the

8       election two years ago?

9           MR. SUNDAR PICHAI:  We have, you know, we undertook

10      a very thorough investigation and in 2016, we -- we now know

11      that there were two main ad accounts linked to Russia

12      which -- which, you know, advertised on Google for about

13      $4,700 in advertising.  We also found other limited --

14          REPRESENTATIVE JERROLD NADLER:  A total of $4,700.

15          MR. SUNDAR PICHAI:  That's right, which was -- you

16      know, no amount is okay here, but, you know, but we found

17      limited activity, improper activity.  We've learned a lot

18      from that, and we've, you know, dramatically increased the

19      protections we have around our election offerings.  Leading

20      up to the current elections, we did -- we again found

21      limited activity, both from the internet research agency in

22      Russia, as well as, accounts linked to Iran.

23          REPRESENTATIVE JERROLD NADLER:  And what -- what

24      specific steps have you taken, including during the recent

25      2018 elections, to protect against further interference by

```
 1      Russia or other hostile foreign powers?

 2              MR. SUNDAR PICHAI:  We've undertaken significant

 3      review of how ads are bought.  You know, we look for the

 4      origin of these accounts.  We share and collaborate with law

 5      enforcement, other technology companies, and we essentially

 6      are investing a lot of effort and oversight in this area.

 7              REPRESENTATIVE JERROLD NADLER:  And looking ahead

 8      to the next congress, I assume we can have your assurances

 9      that Google will work with this committee, as we examine the

10      issue of how to better secure our elections from future

11      foreign interference?

12              MR. SUNDAR PICHAI:  Congressman, protecting our

13      elections is foundational to our democracy.  And you -- you

14      have my full commitment that we'll do that.

15              REPRESENTATIVE JERROLD NADLER:  Okay.  My last

16      question because the time is running out, what are you

17      doing, what is Google doing, to combat the spread of white

18      supremacy and right-wing extremism across YouTube?

19              MR. SUNDAR PICHAI:  Congressman, YouTube is an

20      important platform.  We do want to allow for diverse

21      perspectives and opinions, but we have rules of the road.

22      We have clear content policies and we have policies against

23      many categories and we -- we are transparent about these

24      policies.  And, you know, and when we find violations on our

25      policies, we do remove those videos and handle content.
```

1           REPRESENTATIVE JERROLD NADLER:  When you find

2     violations, you want?

3           MR. SUNDAR PICHAI:  Of your -- of our policy.  For

4     example, we have policies against hate speech and we clearly

5     define them.  And if we find any violations there, we do

6     take down the -- take down content.

7           REPRESENTATIVE JERROLD NADLER:  When you take down

8     the content, do you note who put it up, so you can flag

9     future content from the same sources?

10          MR. SUNDAR PICHAI:  We -- we -- we on -- you know,

11    we look at it on a video by video basis.  To the extent

12    there are repeat offenses from same account, we do take into

13    account and we notify the content creator and we follow up

14    accordingly.

15          REPRESENTATIVE JERROLD NADLER:  Thank you, very

16    much.  I yield back.

17          CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The Chair

18    recognizes the gentleman from Texas, Mr. Smith, for five

19    minutes.

20          REPRESENTATIVE LAMAR SMITH:  Thank you, Mr.

21    Chairman.  Mr. Chairman, Google has revolutionized the

22    world, though not entirely in the way I expected.  Americans

23    deserve the facts objectively reported.  The muting of

24    conservative voices by internet platforms has intensified,

25    especially during the presidency of Donald Trump.  More than

Page 33

1    90 percent of all internet searches take place on Google or

2    its subsidiary YouTube, and they are curating what we see.

3        Google has long faced criticism for manipulating

4    search results to sensor conservatives.  Conservative

5    individuals and organizations have had their pro-Trump

6    content tagged as hate speech or had their content reduced

7    in search results.  And enforcement of immigration laws has

8    been tagged as hate speech, as well.  Such actions pose a

9    grave threat to our democratic form of government.

10        PJ Media found that 96 percent of search results

11    for Trump were from liberal media outlets.  In fact, not a

12    single right leaning site appeared on the first page of

13    search results.  This doesn't happen by accident, but is

14    baked into the algorithms.  Those who write the algorithms

15    get the results they must want, and apparently management

16    allows it.  Dr. Robert Epstein, a Harvard trained

17    psychologist authored a study recently that showed Google's

18    biased likely swung 2.6 million votes to Hillary Clinton in

19    the 2016 election.

20        Google could well elect the next president with

21    dire implications for our democracy.  This should be of real

22    concern to all, but the most politically partisan.  Those at

23    the top set the tone.  It will require a herculean effort by

24    the chief executive and senior management to change the

25    political bias now programmed into the company's culture.

1          And, Mr. Pichai, let me ask my first question,

2     about those examples of political bias that I just

3     mentioned, and you're going to hear others, too.  In your

4     opening statement, you mentioned your desire to provide

5     information that was without political bias.  Clearly that's

6     not working.  So what are you going to improve that

7     situation?

8          MR. SUNDAR PICHAI:  Congressman, thanks for the

9     question.  If I may, some of the studies you mentioned, we

10     have investigated those.  There are -- there are other

11     studies which I've looked at that.  We have found issues

12     with the methodology and the sample size and so on.  But let

13     me step back and say, providing users with high quality,

14     accurate and trusted information is sacrosanct to us.  It's

15     what our principles are and our business interests, our

16     natural, long term incentives, are aligned with that.  We

17     want to serve users everywhere and we need to earn the trust

18     in doing so.

19          REPRESENTATIVE LAMAR SMITH:  Right.  So -- so what

20     actions are you going to take, to try to counter the

21     political bias in some of those examples that I just gave?

22     I mean, they're irrefutable.  So it -- it occurs.  You have

23     to take some responsibility for that bias.  What do you

24     intend to do about it?

25          MR. SUNDAR PICHAI:  Congressman, with respect Dr.

1    Epstein's study, we investigated.  We -- we don't agree with

2    the methodology.  Happy to follow up with your office and

3    give our findings.

4              REPRESENTATIVE LAMAR SMITH:  Right.

5              MR. SUNDAR PICHAI:  On that -- on that study.

6    When -- when we look at it, we evaluate our studies to

7    evaluate our search results.  Today, we use a very robust

8    methodology, and we've been doing this for 20 years.  Making

9    sure the results are accurate is what we need to do well and

10   we work hard to do that.

11             REPRESENTATIVE LAMAR SMITH:  What does methodology

12   have to do with the fact that 96 percent of the references

13   to Trump are from liberal media.

14             MR. SUNDAR PICHAI:  There are always studies, you

15   know, which can show one -- one set of data and arrive at

16   conclusions.  But we have looked at results on our top news

17   category.  We find that we have a wide variety of sources,

18   including sources from the left and sources from the right.

19   And we're committed to making sure there's diverse

20   perspectives.

21             REPRESENTATIVE LAMAR SMITH:  By the way, the study

22   that I referred to was done by a self-proclaimed Democrat,

23   who voted for Hillary Clinton and said he regretted to find

24   what he found, but he felt it was irrefutable and no one has

25   been able to disprove him.

1           Let me go to another question, and that is, clearly

2      there may be a difference of opinion, as to the degree or

3      amount of political bias.  Would you agree to allow an

4      independent entity to study your search results for

5      political bias?  I know you have individuals studying that

6      now, but you appointed them.  Would you allow a third party,

7      independent, outside organization to study your search

8      results and cooperate with them to determine the degree, if

9      any, of political bias?

10          MR. SUNDAR PICHAI:  Congressman, if I may make two

11     points.  One is today there have been independent third

12     party studies looking at search results.  The economist --

13          REPRESENTATIVE LAMAR SMITH:  But you -- but you

14     chose those third parties.  I'm talking about someone truly

15     independent.

16          MR. SUNDAR PICHAI:  We didn't choose those third

17     parties.  I mean, they completed those studies.  The second,

18     is we're transparent as to how we evaluate search.

19          REPRESENTATIVE LAMAR SMITH:  Yeah.

20          MR. SUNDAR PICHAI:  We publish our rater

21     guidelines.  We published it externally.

22          REPRESENTATIVE LAMAR SMITH:  Right.

23          MR. SUNDAR PICHAI:  And raters evaluate it.  And

24     that's how we -- you know, we are trying hard to understand

25     what users want and -- and this is something important to us

1      to get right.  I'm happy to follow up and explain the

2      methodology and the studies which have been done by

3      independent third parties.

4                  REPRESENTATIVE LAMAR SMITH:  Okay.  To my

5      knowledge, again, you have picked those third parties, and

6      I'd like to have someone truly independent study those

7      results, number one.  Number two, also to my knowledge,

8      you've never sanctioned any employee for any type of -- for

9      manipulating the search results, whatsoever.  Is that the

10     case?

11                 CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The time

12     of the gentleman has expired, but Mr. Pichai will be allowed

13     to answer the question.

14                 MR. SUNDAR PICHAI:  And very quickly.  It's not

15     possible for an individual employee or groups of employee to

16     manipulate our search results.  You know, we have a robust

17     framework, including many steps in the process and -- and --

18                 REPRESENTATIVE LAMAR SMITH:  Well, my time is up.

19     Let me just say, I disagree.  I think humans can manipulate

20     the process.  It is a human process at it's base.  Thank

21     you, Mr. Chairman.  Yield back.

22                 CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The Chair

23     recognizes the gentlewoman from California, Ms. Lofgren, for

24     five minutes.

25                 REPRESENTATIVE ZOE LOFGREN:  Thank you, Mr.

1    Chairman.  And thank you for being here, Mr. Pichai.  Google

2    is located in Santa Clara County, my home.  And I've got to

3    say that, you know, in contrast to the recent Amazon effort

4    for a headquarters, they are proposing, Google is proposing,

5    to establish a facility in downtown San Jose, and they

6    didn't ask for any tax subsidies.  In fact, they're

7    purchasing the land and paying the city gobs of money.

8              I'm going to be parochial and ask a question,

9    because I think most people in San Jose are excited by the

10   proposal, but there's anxiety about the impact on housing

11   and whether Google intends to be a partner with the city of

12   San Jose to make sure that we accommodate the housing that

13   will be necessary for the 20,000 additional employees that

14   are proposed in San Jose.

15             MR. SUNDAR PICHAI:  Sorry.  I missed the last part

16   of your question.

17             REPRESENTATIVE ZOE LOFGREN:  Whether you would be a

18   partner with the city, in helping to provide additional

19   housing to accommodate these employees?

20             MR. SUNDAR PICHAI:  Congresswoman, it's an

21   important question.  We deeply care about the community

22   where we -- where we work.  As part of this effort, we have

23   done wide outreach, and we are -- we have committed to

24   making sure there's affordable housing at varying affordable

25   levels.

```
                                                     Page 39
 1              REPRESENTATIVE ZOE LOFGREN:  Very good.
 2              MR. SUNDAR PICHAI:  As -- as part of -- as part of
 3      the development.
 4              REPRESENTATIVE ZOE LOFGREN:  Thank you, so much.
 5              MR. SUNDAR PICHAI:  And we're already in touch with
 6      the city leaders there.
 7              REPRESENTATIVE ZOE LOFGREN:  Thank you, so much.
 8      You know, there's so many questions and we're not going to
 9      be able to deal with them all today.  I'm hoping in the next
10      congress we will be able to visit with you and other tech
11      companies, to go through issues of privacy, data
12      localization and its relationship to human rights,
13      competition policies, the issue of takedown requests by
14      authoritarian regimes, encryption policy and what's going on
15      in Australia, filtering and confirmation bias and its impact
16      on society generally, both culturally and politically.  But
17      we can't do that in the five minutes we have here today.
18              So I would just like to revisit some of the
19      questions that have already been asked.  The chairman asked
20      about location policies in your Android system, and you
21      pointed to various apps that might provide information.
22      Let's say I got an Android phone and, unlike most people, I
23      don't have a single app on that phone.  What information
24      would be collected?
25              MR. SUNDAR PICHAI:  Congressman, there is -- there
```

Page 40

1    is a device specific location setting which -- which you can

2    turn on or off and.

3              REPRESENTATIVE ZOE LOFGREN:  Let's say I turn it

4    off.

5              MR. SUNDAR PICHAI:  Turn it off.  There's no

6    location information sent from that device.

7              REPRESENTATIVE ZOE LOFGREN:  Okay.

8              MR. SUNDAR PICHAI:  But this is a complex area.

9    There are times, for example, your IP address may include

10   some location information.

11             REPRESENTATIVE ZOE LOFGREN:  Correct.

12             MR. SUNDAR PICHAI:  And it's an area we're coming

13   here to doing more to make it easier.

14             REPRESENTATIVE ZOE LOFGREN:  Now, manipulation of

15   search results.  I think it's important to talk about how

16   search works.  Right now, if you Google the word idiot under

17   images, a picture of Donald Trump comes up.  I just did

18   that.  How would that happen?  How does search work so that

19   that would occur?

20             MR. SUNDAR PICHAI:  We provide search today for any

21   time you're typing a keyword.  We, as -- as Google, we have

22   crawled, we've gone out and crawled and stored billion --

23   copies of billions of web pages in our index.  And we take

24   the keyword and match it against web pages and rank them

25   based on over 200 signals, things like relevance, freshness,

1    popularity, how other people are using it.  And -- and based

2    on that, you know, at any given time, we try to rank and

3    find the best results for that query.  And then we evaluate

4    them at external raters, to make sure that -- and they

5    evaluate it to objective guidelines.  And -- and that's how

6    we make sure the process is working --

7         REPRESENTATIVE ZOE LOFGREN:  So it's not some

8    little man sitting behind the curtain, figuring out what

9    we're going to show the user?  It's basically a compilation

10   of what users are generating and trying to sort through that

11   information?

12        MR. SUNDAR PICHAI:  Last year, we served over 3

13   trillion searches.  And just -- just as a fact, every single

14   day, 15 percent of the searches Google sees, we've never

15   seen them before.  So -- so this is working at scale and,

16   you know, we don't, you know, manually intervene on any

17   particular search result.

18        REPRESENTATIVE ZOE LOFGREN:  I -- I would just like

19   to note, from time to time, my colleagues on the other side

20   of the aisle complain that they hear an individual engineer

21   appears to be a Democrat and I'd just like to put this in

22   context.  In Santa Clara County, Donald Trump in the -- in

23   the 2016 election got 20 percent of the vote.  That's how

24   much of the vote he got.  So it's not a surprise that the

25   engineers who live in Santa Clara county would reflect that

Page 42

1     general political outcome.

2              That has nothing to do with the algorithms and the

3     really automated process that is the search engine that

4     serves us.  You know, if we didn't have Google, we wouldn't

5     be able to find any information in -- in the efficient way

6     that we do.  I look forward, next year, to working with you

7     on some of the very serious questions that we face.  It's

8     pretty obvious that bias against conservative voices is not

9     one of them.  Thank you very much.  My time has expired.

10    Mr. --

11             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The Chair

12    recognizes the gentleman from Ohio, Mr. Chabot for five

13    minutes.

14             REPRESENTATIVE STEVE CHABOT:  Thank you, Mr.

15    Chairman.  And Mr. Pichai, let me start out with something

16    real quickly.  We've heard several times this morning, the

17    mention that 90 percent of the time that a person, he or

18    she, does an internet search, that it's through Google.

19    Would you basically agree that that's -- that's true?

20             MR. SUNDAR PICHAI:  More than ever, there are many

21    ways users access information.  Just to give an example, if

22    you're -- if you're trying to shop, if you're trying to buy

23    something, more than 50 percent of product searches

24    originated with Amazon in the U.S. today.  If you're looking

25    for information on -- on news, today you can get it from

Page 43

1    more sources than ever before.

2            REPRESENTATIVE STEVE CHABOT:  But do you -- do you

3    dispute, then the 90 percent number?

4            MR. SUNDAR PICHAI:  You know, our internal -- I

5    mean, it's tough for us to assess the numbers.  There are

6    external studies which have shown different numbers,

7    including lower numbers than that.

8            REPRESENTATIVE STEVE CHABOT:  Okay.  Okay.  Now,

9    you've -- you've heard the allegation this morning.  I know

10   you dispute it, but you've heard the allegation, that there

11   is a bias in favor of liberal or progressive points of view

12   and against a more conservative point.  You -- you've heard

13   that this morning already; is that correct?

14           MR. SUNDAR PICHAI:  Yes, I have.

15           REPRESENTATIVE STEVE CHABOT:  Okay.  Let -- let me

16   tell you now, about a first hand experience that -- that

17   I've had.  I do a weekly blog.  I've been doing it for the

18   better part of nine years now.  And a while back,

19   Republicans in the house passed legislation to repeal and

20   replace Obamacare.  Our bill was called the American

21   Healthcare Act or the AHCA.  When I was writing my blog

22   about that, I -- I Googled American Healthcare Act, and

23   virtually every article was an attack on our bill.

24           Article after article alleging that our bill would

25   result in millions and millions of people losing the great

Page 44

1    care that they were supposedly getting under Obamacare.  I

2    would argue that was completely false, but it wasn't until

3    you got to the third or fourth page of search results before

4    you found anything remotely positive a about our bill.

5         Let me give you a second example.  The Republican

6    tax cut bill was passed about a year ago, the Tax Cuts

7    and -- and Jobs act, same story.  Article after article

8    attacking the Republican tax cut plan, alleging the tax cuts

9    only went to the rich, when, in actuality, about 85 percent

10   of tax payers got their taxes cut, including millions and

11   millions of middle class tax payers.  And once again, to

12   find any article that had anything remotely good to say

13   about our plan, you had to go deep into the -- into the

14   search results.

15        Now, I know Google's attitude.  The algorithm made

16   us do it, but I -- I don't know that I buy that.  How -- how

17   do you explain this apparent bias on Google's part against

18   conservative points of view, against conservative policies?

19   Is it just the algorithm or -- or is there more happening

20   there?

21        MR. SUNDAR PICHAI:  Congressman, I understand the

22   frustration at seeing negative news.  And, you know, I see

23   it on me on Google.  There are times you can search on

24   Google and page after page there's negative news, which we

25   reflect.  But what -- what is important here is we use a

1      robust methodology to reflect what is being said about any

2      given topic, at any particular time and we try to do it

3      objectively using a set of rubrics.

4              It is in our interest to make sure we reflect

5      what's happening out there, in the best, objective manner

6      possible.  I can comment to you, and I can assure you, we do

7      it without regards to political ideology.  Our algorithms

8      have no notion of political sentiment --

9              REPRESENTATIVE STEVE CHABOT:  -- not -- I'm -- I'm

10     going to run out of time here.  I apologize for

11     interrupting, but and -- and I -- and I sincerely believe

12     that -- that you believe what you're saying here.  But

13     you've got a almost 90,000 employees, somebody out there is

14     doing something that -- that just isn't working, if you're

15     looking for unbiased results.

16             And I've seen this first hand, time after time.  I

17     just mentioned two of the most obvious ones that people

18     would remember, yeah, those bills, heard about those.  So

19     I -- I've seen it -- if what is -- what I've described and

20     some others.  I'm sure you're going to hear other examples.

21             If it is happening, do you see how conservative

22     believe that your company is kind of putting their thumb on

23     this scale, so to speak, that you're in effect picking

24     winners and losers and political discourse out there in

25     America today and therefore actually affecting elections?

1           And -- and do you see why conservative would be

2      concerned about this and why we're asking these kinds of

3      questions today?  There's a lot of people that think what

4      I'm saying here is happening and I think it's happening.  So

5      I -- I've only got about 20 seconds to go, but I'll yield to

6      you.

7           MR. SUNDAR PICHAI:  Congressman, it's important to

8      me that I -- I understand these concerns.  This is why I --

9      I've been trying to reach out and meet people.  We've --

10     we've done outreach.  We want to explain how these things

11     work.  We are happy to look at independent studies.  It's

12     important to us to demonstrate that our products work

13     without any bias and -- and we build our products in a

14     neutral way.  And I'm happy to follow up and look forward

15     to, you know, getting a chance to explain it better.

16          REPRESENTATIVE STEVE CHABOT:  Thank you, very much.

17     And I appreciate your willingness to follow up, because

18     there's, I think, a lot of people have a lot of questions.

19     And I know I'm already out of time, but let me also thank

20     Google for one thing, and I happen to be chair of the House

21     Small Business Committee, and your company has worked with

22     an awful lot of small businesses all across the country,

23     created a lot of jobs.  And I commend you for that.  Yield

24     back.

25          CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The Chair

Page 47

1    recognizes the gentleman from Georgia -- sorry, the

2    gentlewoman from Texas, Ms. Jackson Lee, for five minutes.

3              REPRESENTATIVE JACKSON LEE:  Good morning, Mr.

4    Pichai.  I'm -- I'm right here.  It's a pleasure to have you

5    here this morning.  I'm going to try and answer very or

6    offer to you questions, initially, that require just a yes

7    or no answer, if you would.  Does Google choose conservative

8    voices over liberal voices?

9              MR. SUNDAR PICHAI:  We approach our work without

10   any political bias.  We build it in a neutral way.

11             REPRESENTATIVE JACKSON LEE:  The answer is no or

12   yes or no?

13             MR. SUNDAR PICHAI:  No, congresswoman.

14             REPRESENTATIVE JACKSON LEE:  If hate speech

15   provokes violence, is that the definition be -- other

16   aspects that you consider, that you would take it down?  I

17   know there are other aspects, but particularly encouraging

18   violence, does that get taken down?

19             MR. SUNDAR PICHAI:  In -- primary purpose of

20   inciting violence is what we consider as hate speech.  Yes,

21   congresswoman.

22             REPRESENTATIVE JACKSON LEE:  And it would be taken

23   down?

24             MR. SUNDAR PICHAI:  Yes.  We would remove.

25             REPRESENTATIVE JACKSON LEE:  I want to just take

1    note of the fact that I look forward to best practices when

2    we start the 116th congress in terms of having more

3    hearings.  My view is that this committee has washed its

4    hands clean of engaging in meaningful oversight of

5    technology platform efforts to sift through content being

6    sold by hostile foreign actors, actors claiming to heighten

7    social division at the peril of democracy.

8              I won't ask a question on that, but I will make

9    mention of the Universal Declaration of Human Rights,

10   Article 12, which says no one should be subjected to

11   arbitrary interference with privacy.  And it's been noted

12   that Google does engage in reviewing emails.  Would you

13   commit to adhering to Article 12 of the Declaration of Human

14   Rights as it relates to protecting the privacy of individual

15   emails?

16             MR. SUNDAR PICHAI:  You know, we think privacy is

17   an important individual right.  It's an important human

18   right and -- and we're committed to upholding that and happy

19   to engage in any discussions with respect to that.

20             REPRESENTATIVE JACKSON LEE:  I'd like to do so.  We

21   know that building the U.S. economy through innovation is

22   very important.  I would like to know whether or not you

23   would be open to Google involving the AI economy to

24   nontraditional areas of social economic groups.  Data shows

25   the impact of not having that access.  Would you be welcome

Page 49

```
 1      or would you welcome invitations to those communities to do
 2      more than what has been done?
 3              MR. SUNDAR PICHAI:  Definitely.  Absolutely, yes.
 4              REPRESENTATIVE JACKSON LEE:  You received a letter
 5      from the Senate a few weeks ago, regarding illegal drug
 6      sales is quite extensive.  And my question is:  Have you
 7      made any efforts to deal with the facilitating of sale of
 8      counterfeit, substandard and falsified medicines sold
 9      through illegal online pharmacies?
10              MR. SUNDAR PICHAI:  Congresswoman, there's a
11      national crisis.  We have undertaken a lot of work in this
12      area.  We -- we just recently rolled out, we participated in
13      National Take-Back Day.  In Google maps, we showed drop off
14      locations.  We work with law enforcement here, and just last
15      week we received a corporate citizenship award from
16      Partnership for a Drug-Free America, and we are very
17      committed to doing more work in this area.
18              REPRESENTATIVE JACKSON LEE:  We applauded you in
19      2010, when Google took a very powerful stand of principal
20      and democratic values over profits and came out of China.  I
21      am concerned that you are now going back into China and
22      upholding the Dragonfly procedures which would help sensor
23      Chinese persons seeking a lifeline of democracy and freedom.
24      How can you do that and what are you doing to minimize or to
25      indicate that this is not best practices?
```

```
 1          MR. SUNDAR PICHAI:  Congresswoman, at the outset,
 2     right now, we have no plans to launch in China.  We have --
 3     we don't have a search product there.  Our -- our core
 4     mission is to provide users access to information.  And
 5     getting access to information is an important human right.
 6     So we are always compelled, across the world, to try hard to
 7     provide that information.  And -- but right now, there are
 8     no plans to launch search in China.  I'm committed to being
 9     fully transparent, including with policymakers, to the
10     extent we ever develop plans to do that.
11          REPRESENTATIVE JACKSON LEE:  I'd like to pursue
12     that with you, and I thank you for that.  I think that was
13     an important statement.  My community is diverse.  As you
14     well may have heard, the Congressional Black Caucus has been
15     working extensively with Google and other search engines to
16     recognize there are not enough individuals of diversity and
17     African Americans.
18          My district has a huge number of musicians, artists
19     and creators from all areas of entertainment.  I'd be
20     interested in what efforts are being taken by Google's
21     platform, YouTube, to promote diversity inclusion with its
22     employees.  What are the demographics of YouTube's U.S.
23     employees and also, how is YouTube currently distributing
24     resources for U.S. diversity, but the focuses on diversity.
25     What are you doing?  YouTube is a great message and there is
```

1     a whole population growing of diverse persons, including

2     African Americans.

3             MR. SUNDAR PICHAI:  Diversity is an area where --

4     where we are very committed to.  YouTube, as you

5     highlighted, it is a platform where, as we reach out to

6     content creators, we want to ensure there is diverse

7     perspectives.  And we do reach out to minority communities

8     and we engage with them, to make sure they have a voice on

9     the platform.  It's something we are committed to doing.

10            As a company, we are -- we've been undertaking a

11    lot of work.  We were one of the first to publish a

12    transparency report.  We publish our representation numbers

13    externally.  There is a lot more work left to do.  We

14    acknowledge that, but it's an area, I know, we've engaged

15    with the Congressional Black Caucus and we're committed to

16    doing more.

17            REPRESENTATIVE JACKSON LEE:  Let me invite you to

18    Texas and the 18th Congressional District on these very

19    important issues, and I'd like to work with Google, as we go

20    forward on some of the many issues that I've raised here

21    today.

22            MR. SUNDAR PICHAI:  It would be a pleasure to do

23    that.

24            REPRESENTATIVE JACKSON LEE:  I thank you, very

25    much.  Mr. Chairman, I'd like to put into the record a

Page 52

1      letter from epic.org dated December 10, 2018 as unanimous

2      consent, Mr. Chairman.

3              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Without

4      objection.

5              REPRESENTATIVE JACKSON LEE:  And let me thank the

6      witness for his testimony.  Thank you also, for your work.

7              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The Chair

8      thanks the gentlewoman.  Recognizes the gentleman from

9      California, Mr. Issa for five minutes.

10             REPRESENTATIVE DARRELL ISSA:  Thank you, Mr.

11     Chairman.  Mr. Pichai, I would like to follow up on some of

12     the gentlemen that came before me on the side of the dais,

13     who talked about the -- the bias.  And -- and I know that

14     the gentle lady from Texas and some of the others said there

15     is no bias.  But I'd like to -- to pick up where Sheila

16     Jackson Lee just left off, because I think it's important.

17     She used numbers and out -- outcome that she either has or

18     believes exists, to say that you have to do better in the

19     minority community.  Do you agree with that?

20             MR. SUNDAR PICHAI:  As a company, we are committed

21     to making sure --

22             REPRESENTATIVE DARRELL ISSA:  No, no.  But

23     statistically, the outcome that she measures is how she asks

24     you to do better, because your outcome is insufficient

25     relative to the size of her community.  Do you agree with

Page 53

```
 1    that?
 2              MR. SUNDAR PICHAI:  You know, I interpret it as we
 3    today don't have enough representation internally --
 4              REPRESENTATIVE DARRELL ISSA:  Very good.  You got
 5    her point.  Now, here's the point that I think we're giving.
 6    If you measure the outcome such as some of those that were
 7    just listed by the gentleman from Texas and Ohio, what you
 8    find is that there is an appearance of bias, including,
 9    quite frankly, the outcome of search engines.  Even the
10    question of whether if I pay for advertising and my
11    democratic opponent pays for advertising, the -- if the
12    characteristic of what we happen to search for somehow is
13    more expensive, if you're trying to get conservative than
14    Republican, those are outcome events.
15              Will you commit to look in the case of political
16    potential, political bias in all aspects of your very large
17    company, to look at the outcome, measure the outcome and see
18    if, in fact there is evidence of bias using that.  And then
19    work backwards, to see if some of that can be evened to what
20    would appropriately be the outcome?  Do you see my point
21    there?
22              MR. SUNDAR PICHAI:  Congressman, I understand.  We
23    don't want any -- while I'm confident we don't approach our
24    work -- work with any political bias, I -- I think it's
25    important to me that we always look at outcomes and we
```

1    assess to make sure there's no evidence of bias.

2        REPRESENTATIVE DARRELL ISSA:  And -- and the reason

3    I give you this point, for most of my adult life, there have

4    been laws on the book to stop the events that Ms. Jackson

5    Lee speaks of.  We have had laws to protect minority

6    communities.  We have had laws to protect against

7    segregation and bias.  And yet, there are measurements that

8    are still being used, including, quite frankly, we create

9    districts that are dedicated to minorities in this country

10   under federal orders, because of a history or a measurement

11   of outcome.

12       And I would ask you to -- to seriously come back,

13   commit to measure.  And when you find an outcome that is

14   inconsistent with that which would be ordinarily

15   predictable.  I mean, we are two parties relatively tied in

16   the outcome of elections on a global -- on a national basis.

17   If that outcome doesn't come out similar, then, in fact, you

18   have the evidence to work backwards and see if, in fact,

19   policies can be found which are causing that artificially.

20       And which, by the way, might include an overzealous

21   liberal crowd that simply spends more time trashing

22   Republicans than vice versa.  That might be what you find,

23   but unless you look at the outcome, you're always going to

24   say, well, we seem to be fair, but the outcome measured by

25   my colleagues will, in fact, not work out.

1              MR. SUNDAR PICHAI:  Congressman, I -- I think it's

2      a valid point.  I appreciate it and happy to engage more and

3      follow up on it.

4              REPRESENTATIVE DARRELL ISSA:  Thank you.  I want to

5      get through just two more quick things.  In your opening

6      statement and in the questions you've asked, you have talked

7      about turning off location and other data collection.  And

8      there are two things that I'm concerned about.  Can you

9      commit, as you go through generation 15, 16, 17 of your

10     software, to improve the dashboard, the transparency and the

11     tools available to teach people how to protect their

12     privacy, how to offload data, how to, in fact, turn off

13     things they may not want to have, in order to gain privacy?

14             MR. SUNDAR PICHAI:  It's an area we want to do

15     better.  You know, I want to acknowledge as -- as the

16     company has grown a lot, you know, there is -- there is

17     complexity, and, you know, it's something I do think we can

18     do better.  You know, more than other com -- we do today,

19     show clear dashboards with the data and give controls, but

20     we want to simplify it, make it easy for average users to

21     navigate these settings and -- and it's something we are

22     working on.

23             REPRESENTATIVE DARRELL ISSA:  And I will tell you,

24     each time I try to turn it on and off, refreshing my memory

25     is a pain, because there is no simple place to go to find

Page 56

```
 1        out how to do it.  But the reality is, I agree, that you do
 2        have a dashboard; most don't.  I ask unanimous consent now
 3        that an article from The Wall Street Journal, October 8th of
 4        2018, be placed in the record.
 5               CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Without
 6        objection.
 7               REPRESENTATIVE DARRELL ISSA:  And in that article,
 8        it talks about that the user data be -- breach, and it also
 9        makes us aware that there's a memorandum at Google, and that
10        memorandum has been requested by multiple members of
11        Congress, including Senator Thune.  Would you commit to
12        provide that memorandum to Congress, so that we can know
13        more about the internal workings related to this breach?
14               MR. SUNDAR PICHAI:  You know, I'm happy to have my
15        office follow up on it.  I'm not fully aware of all the
16        specifics there, but definitely I can commit to following up
17        with your office on it.
18               REPRESENTATIVE DARRELL ISSA:  Thank you.  Thank
19        you, Mr. Chairman.  Yield back.
20               CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Chair,
21        thanks the gentleman.  Recognizes the gentleman from
22        Tennessee, Mr. Cohen, for five minutes.  Thank you, Mr.
23        Chair.  Howdy.
24               REPRESENTATIVE STEVE COHEN:  First, I'd like to
25        follow up what Mr. Issa was talking about.  I use your
```

Page 57

1    apparatus often or your -- your search engine, and I don't

2    understand all of the different ways that you can turn off

3    the locations.  There's so many different things.  Have you

4    considered having an online school that people could go to,

5    with a Google rep and you could, kind of, login and kind of

6    ask questions or have Google.  And -- and not like Comcast,

7    where you get put on hold for 30 minutes and then find

8    somebody who you can't understand.  Something easy to talk

9    to somebody and say, how do I do this or that?

10           MR. SUNDAR PICHAI:  Congressman, we're constantly

11    looking for better ways to do it.  One of the areas is

12    giving online tutorials.  And we haven't specifically looked

13    at an option like that, but I'm happy to take that feedback.

14    Today, we do remind people of privacy checkups, and we walk

15    them through a flow.  Around 20 million people come to it

16    every day.  And so we do --

17           REPRESENTATIVE STEVE COHEN:  That's online, though?

18           MR. SUNDAR PICHAI:  That's online.

19           REPRESENTATIVE STEVE COHEN:  But it -- but you

20    don't have individuals?  I find it's a lot easier to talk to

21    somebody and go, this is what I want, because the other

22    thing is frustrating.  But if you could look at -- into

23    that, I think would help.  Privacy is something I think many

24    people, and myself included, are interested in, but

25    sometimes it's difficult to use the -- the device to get

1      that.

2            MR. SUNDAR PICHAI:  Definitely.

3            REPRESENTATIVE STEVE COHEN:  You said that you can

4      turn off your location history, but that still your IP

5      address will track your information; is that correct?

6            MR. SUNDAR PICHAI:  All I meant, not just common to

7      Google.  Today, many internet companies do collect and

8      sometimes store IP information for security reasons.  For

9      example, we need to know the language in which we serve your

10     search results.  There may be some location information, you

11     know, in there.  Location turns out to be in the fabric of

12     how people use internet today.

13            I do think it's important there is legislation in

14     this area.  As a company, we want to try and simplify things

15     and be state of the art, but it is a complex area.  We

16     realize we need to do better, and we're working on it.

17            REPRESENTATIVE STEVE COHEN:  A question about

18     Russia.  In recent months, authoritarian regimes, most

19     prominently Vladimir Putin's regime in Russia, which seems

20     to have first place.  They're the Heisman winner of that.

21     Have used bots to manipulate YouTube's algorithms into

22     restricting the accessibility of online content from

23     Democratic and human rights activists --

24            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Would --

25     would the gentleman suspend.

Page 59

```
 1            REPRESENTATIVE STEVE COHEN:  Sure.
 2            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The
 3      individual who has --
 4            REPRESENTATIVE STEVE COHEN:  Stop the clock,
 5      please.
 6            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  --
 7      provided us with a poster, will remove that immediately from
 8      the room or the --
 9            REPRESENTATIVE STEVE COHEN:  Could we have the
10      doors closed?  Could we have the doors closed?
11            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Capitol
12      Police will escort the gentlemen out of the building.
13            REPRESENTATIVE STEVE COHEN:  I feel like I'm at a
14      USC football game in Shevarim (phonetic.)
15            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:
16      Absolutely.  The gentlemen is recognized.
17            REPRESENTATIVE STEVE COHEN:  And I get 20 more
18      seconds, right?  Yes, without objection.  All right.
19            So in recent months, authoritarian regimes, most
20      prominently Vladimir Putin's regime in Russia have used bots
21      to manipulate YouTube's algorithms into restricting the
22      accessibility of online content from Democratic and human
23      rights activist by piling up tens of thousands of artificial
24      dislikes to their videos.
25            I'm aware human rights activists had met with
```

Page 60

1     representatives of Google to discuss this problem and find a

2     way of amending the algorithms to prevent this abuse by

3     authoritarian regimes, but so far, no systemic solution has

4     been found.  YouTube is the main platform for Democratic and

5     human rights activists in authoritarian countries, where the

6     mainstream media are controlled by the governments.

7          This results in YouTube algorithms, as they

8     currently operate, putting up barriers to the distribution

9     of such content.  What is YouTube and Google currently doing

10     to address this problem?

11          MR. SUNDAR PICHAI:  Congressman, both YouTube and

12     Google are really committed to freedom of expression.  We do

13     want to be a platform by which people can get their messages

14     out and -- and -- and we work hard to do that.  And, you

15     know, I'm not sure of all the specifics in that particular

16     case, but happy to follow up, but in general, we work hard.

17     We operate around the world.  Part of the reason we do it

18     is, so that we can be a platform by which people can get

19     their messages out and -- and including human rights

20     activists.

21          REPRESENTATIVE STEVE COHEN:  But there is the --

22     there are ways that bots could influence the algorithm by

23     going in and disliking or whatever; is that not right?

24          MR. SUNDAR PICHAI:  You know, throughout our

25     systems, we deal with, you know, spam bots and bots of many,

Page 61

```
 1     many kinds.  It's what we've worked hard over 20 years to
 2     make sure we can counter.  We have several measures in
 3     place.  We deduct these activities, and we respond strongly.
 4               REPRESENTATIVE STEVE COHEN:  All right.  To follow
 5     up on this, should I talk -- I heard on television this
 6     morning, MSNBC said you have almost 200 lobbyists, and it's
 7     amazing that they all look like Ed on.  But -- but should I
 8     just talk to one of the tons and ask him to get with you on
 9     this issue?
10               MR. SUNDAR PICHAI:  We'll definitely have our
11     office follow up.  Yeah.
12               REPRESENTATIVE STEVE COHEN:  Thank you, sir.  And,
13     by the way, as far as MSNBC would be a news -- I mean, if
14     you're on MSNBC, wouldn't that be in your news.
15               MR. SUNDAR PICHAI:  Is MSNBC a news provider, is
16     that your question.
17               REPRESENTATIVE STEVE COHEN:  Yeah.  So, if you --
18     like, I put my name in here, Rep. Steve Cohen, I punch news.
19     This weekend, I was on MSNBC four times, and yet the first
20     thing that comes up is The Daily Caller.  Not exactly a
21     liberal, but I guess well known group.  Then's Roll Call,
22     then Breitbart News, then The Memphis Business Journal, then
23     Breitbart news, then Breitbart.  So it looks like you are
24     overly using conservative news organizations on your news,
25     and I'd like you to look into over use of conservative news
```

Page 62

```
 1      organizations to put on liberal people's news on Google.
 2      And if you'd let me know about that, I'd appreciate it.
 3              MR. SUNDAR PICHAI:  You know, we do get consents
 4      across both sides of the aisle.  You know, I can -- I can
 5      assure you, we do this in a neutral way, and we do this
 6      based on the specific keyword, what we are able to assess
 7      the most relevant information.
 8              REPRESENTATIVE STEVE COHEN:  And I'm sure you try
 9      to, but it's hard for me to fathom being on MSNBC for like
10      eight minutes each show, four times and there's -- there's
11      more content on Breitbart News than MSNBC.  That might say
12      something about -- well, I'm not going to say that.  Scary.
13      Thank you, sir.
14              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Chair
15      recognizes the gentleman from Ohio, Mr. Jordan, for five
16      minutes.
17              REPRESENTATIVE JIM JORDAN:  Thank you, Mr.
18      Chairman.  Mr. Pichai, in your opening statement you said, I
19      lead this company without political bias and work to ensure
20      that our products operate that way.  Eliana Murillo is
21      Google's head of multicultural marketing.  Does Ms. Murillo
22      do good work.
23              MR. SUNDAR PICHAI:  I'm not directly familiar with
24      her work, but she's an employee of Google and, you know, we
25      are proud of our employees.
```

Page 63

1          REPRESENTATIVE JIM JORDAN:  Well, you appraised her
2      work the day after the 2016 election.  In a four page email,
3      she wrote about her work with the Latino vote.  She said,
4      "even Sundar gave our effort a shout out."  Is she referring
5      to you there?
6          MR. SUNDAR PICHAI:  She was referring to my
7      communication around translation for a different related
8      effort.
9          REPRESENTATIVE JIM JORDAN:  Okay.  Well, I'm going
10     to look at two other sentences she had in that long email,
11     again, recapping her work in the 2016 election with the
12     Latino vote.  She said this, "We pushed to get out the
13     Latino vote with our features."  A few lines down in her
14     email, she qualified that sentence and she said, "We pushed
15     to get out the Latino vote with our features, in key
16     states."  And she specifically cites the states, Florida and
17     Nevada.
18          Near the end of her email in a similar sentence,
19     she says, "We supported partners, like Voto Latino to pay
20     for rides to the poles, in key states."  With me?  I want to
21     kind of analyze those two sentences.  "We pushed to get out
22     the Latino vote with our features, in key states".
23          We supported partners, like Voto Latino, to pay for
24     rides to the poles in key states.  Is it fair to say the we
25     in both sentences, Mr. Pichai, refers to Google?

Page 64

```
1           MR. SUNDAR PICHAI:  Congressman, we -- we are very
2      concerned when there are allegations like that.  We -- we --
3      our team looked into it --
4           REPRESENTATIVE JIM JORDAN:  I'm not asking you that
5      question.  I'm asking you, is it fair to say, the we in both
6      sentences refers to the company Google?
7           MR. SUNDAR PICHAI:  As Google, we wouldn't
8      participate in any partisan efforts around any civic
9      process.  So --
10          REPRESENTATIVE JIM JORDAN:  Okay.
11          MR. SUNDAR PICHAI:  I don't think so.
12          REPRESENTATIVE JIM JORDAN:  So this is -- so we
13     pushed and we supported partners like Voto Latino to pay for
14     rights in polls in key states, and we pushed to get out the
15     Latino vote during the 2016, election.  And how were they
16     getting that done.  They were getting that done by,
17     according to Ms. Murillo, you're head of multicultural
18     marketing, by altering your features or configuring your
19     features in such a way and for paying for rides for people
20     to get to the poles; is that an accurate reading of those --
21     and that's all I'm asking.  Is that -- is that fair to say
22     what those sentences are talking about?
23          MR. SUNDAR PICHAI:  Not about of all the specifics,
24     but we did look into it.  We found no evidence that, you
25     know, there was any activity like that from Google, to this
```

Page 65

1    organization.

2              REPRESENTATIVE JIM JORDAN:  On.  So she's not

3    telling the truth.

4              MR. SUNDAR PICHAI:  For sure, we didn't find any

5    supporting evidence of any such activity.

6              REPRESENTATIVE JIM JORDAN:  She said she paid for

7    rides to the poles, and they configured their features in

8    such a way, as to get out the Latino vote.  And -- and look,

9    look, I actually think that's all okay.  Right?  I think

10   that -- that that's just a good corporate citizen,

11   encouraging voter participation, encouraging people to

12   participate in our election process.  I think, so far, those

13   sentences are just fine.  But then there's three words at

14   the end of each sentence, that do cause me real concern.

15             And those three words are, we pushed to get out the

16   Latino vote with our features, in key states.  Now,

17   suddenly, it gets political.  We supported partners like

18   Voto Latino to pay for rides to the poles, in key states.

19   Now that makes everything different.  So I got really just

20   one question for you.  Why?  Why -- why -- why did Google

21   configure its features and pay for rides to the poles to get

22   out the Latino vote, only in key states?

23             MR. SUNDAR PICHAI:  Congressman, necessarily.  We

24   found no evidence to substantiate those claims.  The only

25   effort we do around elections --

Page 66

```
 1              REPRESENTATIVE JIM JORDAN:  So you're head of
 2      multicultural marketing, who you praised her work in this
 3      email, gave her a shout out, was lying when she said you
 4      were trying to get out the Latino vote, in key states?
 5              MR. SUNDAR PICHAI:  We, today, in the U.S., around
 6      elections, we make it -- and this is what users look to us
 7      for.  Where to register to vote, where to find your nearest
 8      polling place, what are the hours they are open and we do --
 9              REPRESENTATIVE JIM JORDAN:  That's not what I'm
10      asking.
11              MR. SUNDAR PICHAI:  -- do those things effectively.
12              REPRESENTATIVE JIM JORDAN:  I appreciate that, Mr.
13      Pichai and I already -- I already said that's just -- that's
14      being a good -- good corporate citizen.  What I'm asking is:
15      Why did you only do it in key states?
16              MR. SUNDAR PICHAI:  We didn't do any such activity,
17      as Google, on any of these key states.  I mean, there are
18      employees, I think they are part --
19              REPRESENTATIVE JIM JORDAN:  Did you push to get out
20      the Latino vote, in all states?
21              MR. SUNDAR PICHAI:  As Google, we don't have goals
22      around pushing out to get any particular segment.  We don't
23      participate in partisan activities.  We engage with both
24      campaigns.  We support and sponsor debates across both sides
25      of the aisle, and we provide users with information to get
```

Page 67

1       the election.

2                   REPRESENTATIVE JIM JORDAN:  Your head of

3       multicultural marketing said you were pushing to get out the

4       Latino vote, paying for rides to the pole -- to the poles

5       for the Latino vote, only in key states, and you're saying

6       that's not accurate?

7                   MR. SUNDAR PICHAI:  Yes, that's right.  We haven't

8       found any evidence to substantiate --

9                   REPRESENTATIVE JIM JORDAN:  So she just made it up

10      out of thin air the day after the election and wrote this

11      email to your top executives and it's not true?

12                  MR. SUNDAR PICHAI:  Congressman, I'm happy to

13      follow up, but I think she -- the employees today, do their

14      own activities --

15                  REPRESENTATIVE JIM JORDAN:  I don't want the

16      follow-up.  I want the real answers, right here in this

17      committee.

18                  MR. SUNDAR PICHAI:  As I said earlier, we've looked

19      into it.  We didn't find --

20                  REPRESENTATIVE JIM JORDAN:  Did you push to get out

21      the key vote and -- and I -- I would say the two most

22      populous states for -- for Latinos would be California and

23      Texas.  Did you push to get out the Latino vote and pay for

24      people to go to the polls, in California and Texas?

25                  MR. SUNDAR PICHAI:  We as a company didn't have any

Page 68

1    effort to push out works for any particular demographic.

2    That would be against our principles.  We participate in the

3    civic process in a -- in a -- in a nonpartisan way, and --

4    and we think it's really important we do it that way.

5            REPRESENTATIVE JIM JORDAN:  Well, I just think it's

6    interesting.  Mr. Chairman, I know I'm over time, but I

7    think it's interesting, that their head of multicultural

8    marketing writes an email the day after the election, where

9    she talks about 71 percent of Latino votes voted for

10   Hillary, but that wasn't enough.  And she talks about paying

11   for rides to the poles, in key states for Latino votes.  To

12   get out the Latino vote in key states and the head of the

13   company says that's not accurate.

14           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The time

15   of the gentleman has expired.  The witness may answer the

16   question.

17           MR. SUNDAR PICHAI:  Chairman, I think it's

18   important for us and we're happy to follow up with the

19   congressman there and we haven't found any evidence to

20   substantiate those allegations --

21           UNKNOWN SPEAKER:  -- just gave it to you.

22           REPRESENTATIVE JIM JORDAN:  Does Ms. Murillo still

23   work for the company?

24           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The time

25   has expired.

Page 69

```
 1              MR. SUNDAR PICHAI:  It's -- it's my understanding
 2      she does.  Yes, sir.
 3              UNKNOWN SPEAKER:  There you go.
 4              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The Chair
 5      recognizes the gentleman from Georgia, Mr. Johnson, for five
 6      minutes.
 7              REPRESENTATIVE HANK JOHNSON:  Thank you.  Mr.
 8      Pichai, have you ever heard talk of this email that you --
 9      you were just asked about, by your head of multi-cultural
10      marketing?
11              MR. SUNDAR PICHAI:  Not at that time, but later,
12      you know, when -- when there was concerns expressed around
13      it, I was made of aware then.
14              REPRESENTATIVE HANK JOHNSON:  Is it -- is it true
15      that she sent that email or could that be fake news?
16              MR. SUNDAR PICHAI:  My -- my understanding is that
17      there were emails that were sent, like the congressman
18      referred to.
19              UNKNOWN SPEAKER:  Oh, they get a straight answer.
20              REPRESENTATIVE HANK JOHNSON:  But it's your
21      testimony today, that Google did not configure its features
22      to get out the Latino vote, in key states?
23              MR. SUNDAR PICHAI:  We don't build partisan
24      features or features with any goals around affecting
25      elections in those ways.  We mainly focus our efforts on
```

Page 70

```
 1     helping people register to vote and our, you know, we -- we
 2     reach uses across The United States.  So anytime we do these
 3     efforts, informing people where to vote, these are used in a
 4     very distributed way, widely across the entire country.
 5          REPRESENTATIVE HANK JOHNSON:  All right.  Thank
 6     you, sir.  And Google's collection and use of consumer's
 7     data and its record of protecting consumers and their data
 8     are appropriate areas of congressional oversight.  But
 9     sadly, this committee has neglected consumer protection as
10     an area of oversight, choosing instead to squander their
11     oversight responsibility and use its power, so as to bully
12     Google and other technology companies into minimizing
13     negative news and comments about Republicans and most
14     importantly, the Trump administration.
15          Yesterday Google disclosed that private profile
16     data of over 52 million users may have been exposed.  I
17     understand that you're phasing out the Google Plus platform,
18     but many Americans trust your email platform and countless
19     other products with their personal information.  And you
20     admit that you collect private data for use in advertising.
21     How can we be assured, considering this new breach, that the
22     personally identifiable information of consumers is safe
23     with you?
24          MR. SUNDAR PICHAI:  Congressman, it's an important
25     question.  This is why we undertake all these efforts.  We
```

Page 71

1    do operate important products like Gmail.  The reason, you

2    know, building software inevitably has bugs associated as

3    part of the process.  We actually undertake a lot of efforts

4    to find bugs, and so we find it, we root it out, and we fix

5    it.  And that's how we constantly make our systems better.

6    And, you know, the biggest area of risk we normally, you

7    know, we see for our users is around security.  That, you

8    know, their account gets hacked or something.  That's why we

9    work hard.

10         Gmail is an area where we have invested a lot.  We

11   have an advanced protection program.  I would encourage

12   members of the Congress to sign up for it, if you're using

13   Gmail.  It allows the second layer of protection to your

14   account, which makes it, you know, much, much harder to get

15   your account, you know, misappropriated in any way.

16         REPRESENTATIVE HANK JOHNSON:  All right.  Thank

17   you.  Yesterday, The New York Times published an in depth

18   investigation of your location tracking applications, that

19   sell purportedly identified or excuse me, personally

20   identified data.  Google has said that it doesn't sell data,

21   but as a corporation deeply involved in the business of

22   consumer data use in advertising, your company benefits from

23   applications that track consumer locations.

24         How do you differentiate what Google does with

25   geolocational data from companies with applications that

Page 72

1    track and sell the data?

2              MR. SUNDAR PICHAI:  You know, as a company, we do

3    not sell user data.  That would be against our principles

4    and how we --

5              REPRESENTATIVE HANK JOHNSON:  Well, how do you

6    differentiate what you do with the geolocation data from

7    companies that do sell the data?  How do you -- how do you

8    differentiate what you do with that data versus what these

9    applications that do track and sell the data do?

10             MR. SUNDAR PICHAI:  An important source of

11   differentiation, we -- we do not and would never sell user

12   data.  We do give consumers preferences about how their data

13   is used for advertising.  Most of our user experience are --

14   we make our advertising relevant based on the keywords you

15   type, and that's where we get most of our information.  We

16   do, you can just type in control your ad settings into

17   Google, and you can actually change, you know, the use of

18   your personal data for advertising, as well.  We allow that

19   ss an option for our users.

20             REPRESENTATIVE HANK JOHNSON:  As my time expires,

21   let me ask you:  Do you believe Google has done enough to be

22   transparent in its data collecting policies?

23             MR. SUNDAR PICHAI:  You know, we -- we always think

24   there's more to do.  It's an area which is going to be an

25   ongoing area of effort for us, but we have invested a lot

Page 73

```
 1    over the years, and we do make it very transparent and we
 2    encourage uses to go check it out.  And, in fact, every day
 3    20 million uses go and check it.  And over the last month,
 4    around a 170 million users did check it, but we're going to
 5    continue and invest more in this area.
 6              REPRESENTATIVE HANK JOHNSON:  Thank you.  I yield
 7    back.
 8              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The Chair
 9    recognizes the gentleman from Texas, Mr. Po, for five
10    minutes.
11              REPRESENTATIVE TED POE:  Thank you, Mr. Chairman.
12    I'm over here on this side.  I have an iPhone and if I move
13    from here and go over there and sit with my Democrat
14    friends, which will make them real nervous, does Google
15    track my movement?  Does Google, through this phone, know
16    that I have moved here and moved over to the left?  It's
17    either yes or no.
18              MR. SUNDAR PICHAI:  Not by default.  There may be a
19    Google service which you've opted into use.  And if --
20              REPRESENTATIVE TED POE:  So, Google knows that I am
21    moving over there?  It's -- it's not a trick question.  You
22    know, you make a $100 million a year, you ought to be able
23    to answer that question.  Does Google know, through this
24    phone, that I am moving over there and sit next to Mr.
25    Johnson, which would make him real nervous?  It's his
```

Page 74

```
 1      question.  It's yes or no.
 2              MR. SUNDAR PICHAI:  I wouldn't be able to answer it
 3      without looking at --
 4              REPRESENTATIVE TED POE:  You can't say yes or no?
 5              MR. SUNDAR PICHAI:  Without knowing more details,
 6      sir.
 7              REPRESENTATIVE TED POE:  If I walk over there and
 8      sit next to Mr. Johnson and carry my phone, does Google know
 9      that I was sitting here and then I moved over there?
10              UNKNOWN SPEAKER:  You're welcome anytime, judge.
11              REPRESENTATIVE TED POE:  Yes or no.
12              MR. SUNDAR PICHAI:  I -- I generally don't know
13      without knowing what services --
14              REPRESENTATIVE TED POE:  I'm shocked you don't
15      know.  I -- I think Google obviously does.  Are you familiar
16      with the General Data Protection Regulation by The European
17      Union?
18              MR. SUNDAR PICHAI:  Very familiar.  We worked over
19      18 months on it.
20              REPRESENTATIVE TED POE:  And The European Union is
21      protecting the right of privacy of the people in Europe.  We
22      don't have such a law in The United States, do we?
23              MR. SUNDAR PICHAI:  Congressman, we have supported
24      and --
25              REPRESENTATIVE TED POE:  We do not have such a law
```

1        in The United States, do we?

2                MR. SUNDAR PICHAI:  We don't have a comprehensive

3        user data privacy that is --

4                REPRESENTATIVE TED POE:  Are you familiar with

5        House Resolution 1039?  It's a resolution that I've

6        introduced that would basically adopt some of the European

7        practices in America and give consumers in The United States

8        the right of privacy.  Are you familiar with that

9        legislation?

10               MR. SUNDAR PICHAI:  No, but I'm --

11               REPRESENTATIVE TED POE:  I'll give you a copy

12       before you leave.  It -- it's ironic to me, that The United

13       States supposed to be the -- the country in the world that

14       protects privacy of individuals more than anybody else.  We

15       are playing second fiddle to the Europeans.  They protect

16       the privacy of their folks more than we do and I think the

17       United States Congress needs to move in a direction to -- to

18       allow citizens to opt in to the dis -- dissemination of

19       their information rather than opt out, which seems to be the

20       current law.

21               As Mr. Cohen has stated, I think most Americans

22       don't know all the things that this phone can do.  And one

23       thing that it can do is disseminate information really, that

24       we are unaware of, to all different people out there.  The

25       United States should change the rules and make it so that

Page 76

1      we, as consumers, opt in.  Otherwise, that information is

2      not disseminated.  That is just -- just my opinion.

3              What does Google view as objectionable?

4              MR. SUNDAR PICHAI:  I think there are -- if you're

5      referring to our content policies, we do -- we do publish,

6      there are areas, for example, categories for YouTube like

7      violent extremism, pornography, child safety, fraudulent

8      activities.  So, we define categories.

9              REPRESENTATIVE TED POE:  What are extreme political

10     views?  You -- you find those objectionable?  I'm not saying

11     you shouldn't.  I'm just saying what are those extreme

12     political views?

13             MR. SUNDAR PICHAI:  We don't.  We think it's

14     important.  Google and YouTube are platforms which are --

15     which support freedom --

16             REPRESENTATIVE TED POE:  So what are those extreme

17     political views that you find objectionable?

18             MR. SUNDAR PICHAI:  We don't define any political

19     views as objectionable.

20             REPRESENTATIVE TED POE:  So you let all political

21     views come on, even objectionable political views?

22             MR. SUNDAR PICHAI:  We have areas which we have

23     defined as -- as -- as not allowed on our platforms, for

24     example, on YouTube, that are clear definitions around hate

25     speech.  Where it's defined as speech which has the primary

```
1       goal of inciting hated or violence towards groups of people.
2                  REPRESENTATIVE TED POE:  You would agree that hate
3       speech has many different definitions, depending on who's
4       doing the defining, wouldn't you agree?
5                  MR. SUNDAR PICHAI:  We -- we understand it's a
6       subjective area, could be open to interpretation, but we
7       define it and we publish our definition of it.  And we --
8                  REPRESENTATIVE TED POE:  Do you believe that
9       Google, has been -- has been brought out here in some
10      question is biased.
11                 MR. SUNDAR PICHAI:  Congressman, it's really
12      important to me that we approach our work in an unbiased --
13                 REPRESENTATIVE TED POE:  Do you believe that Google
14      is biased.  It's either yes or no?
15                 MR. SUNDAR PICHAI:  No.  Not in our approach.
16                 REPRESENTATIVE TED POE:  It is a private company,
17      is it not?
18                 MR. SUNDAR PICHAI:  Yes, it is.
19                 REPRESENTATIVE TED POE:  It's not the government?
20      Google is not the government, is it?
21                 MR. SUNDAR PICHAI:  Not -- the last I a checked,
22      no.
23                 REPRESENTATIVE TED POE:  Do you want the government
24      to regulate Google?
25                 MR. SUNDAR PICHAI:  Today, we are subject to a lot
```

1     of regulation across many different agencies.

2         REPRESENTATIVE TED POE:  But you're not subject to

3     the definition of what bias is, by the government coming in

4     and saying, Google cannot be biased and we the government

5     are going to decide what's bias and what's not bias.  You're

6     not subject to that philosophy, are you?

7         MR. SUNDAR PICHAI:  No, not today.

8         REPRESENTATIVE TED POE:  I hope we don't get to

9     that point, where government tries to come in and -- and

10    regulate what bias is.  And because it is -- this is a -- an

11    independent free company.  I think that -- that is, you

12    know, Google may have -- to me, it's just a part of doing

13    business, like any other media outlet.  They can say what

14    they want.  I've gone over time, Mr. Chairman.  I have some

15    other questions I'd like to submit for the record.

16        REPRESENTATIVE HANK JOHNSON:  Well, Mr. Chairman,

17    if -- if I might, the gentleman is certainly welcome to join

18    me on this side of the aisle and switch parties, at any

19    time.

20        CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  It's

21    getting a little late in his career to do that.

22        REPRESENTATIVE TED POE:  That's right.

23        UNKNOWN SPEAKER:  It's never to late.

24        CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I -- I

25    will just respond to the gentleman from Texas and say, that

1       we will be submitting questions in writing to you, Mr.

2       Pichai, including the ones from the gentleman from Texas,

3       and we would ask that you answer them promptly.

4                MR. SUNDAR PICHAI:  I would be very happy to.

5                CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you,

6       very much.  The Chair now recognizes the gentleman from

7       Florida, Mr. Deutsch for five minutes.

8                REPRESENTATIVE TED DEUTCH:  Thank you, Mr.

9       Chairman.  Mr. Pichai, I believe that the platforms can and

10      should do a better job preventing people from using services

11      to engage in illegal activity.  Tim Cook recently said,

12      platforms and algorithms that promise to improve our lives

13      can actually magnify our worse human tendencies.  Some of

14      your peers are publicly reckoning with the ways their

15      companies are not neutral platforms and are accountable for

16      the content on the services.

17               In congressional testimony, Mark Zuckerberg said

18      his company is responsible for the content on its platform.

19      In a Washington Post interview, Uber CEO Dara Khosrowshahi,

20      she said, we have to stand for the content of our platforms.

21      We can't just say we're a platform and our job is done.  Mr.

22      Pichai, will you in front of our committee this morning,

23      join your peers and affirm that Google is accountable for

24      the content on your platforms?

25               MR. SUNDAR PICHAI:  We are -- we have a commitment

1   to our users to provide accurate and trustworthy

2   information, high quality information.

3            REPRESENTATIVE TED DEUTCH:  Your response --

4            MR. SUNDAR PICHAI:  And we work hard to uphold

5   those commitments.

6            REPRESENTATIVE TED DEUTCH:  I'll -- I'll take that

7   as a yes.  I want to return to the privacy discussion that's

8   gone on.  And I, Mr. Pichai, I went to the -- to do a

9   privacy checkout while we were sitting here.  And you're

10  right, it's -- it's quite good.  But I want to talk about

11  what it does and what it doesn't do and -- and perhaps you

12  can help me work through this a bit.

13           I -- on my settings now on -- on Google, my

14  location history is paused.  My device information is

15  paused.  My voice and audio activity are paused.  My YouTube

16  watch history is paused.  That's probably a good thing.  And

17  my YouTube search history is paused.  That said, it doesn't

18  mean that you're not collecting data on me, does it?

19           MR. SUNDAR PICHAI:  I think if you -- for those

20  categories, if you pause it, we stop collecting --

21           REPRESENTATIVE TED DEUTCH:  No, I understand.  But

22  overall, it doesn't mean that you're not -- you've stopped

23  collecting data.  You're still collecting data on search.

24  You're still collecting data in ways that can -- that can

25  help advertising and help provide the services that you

Page 81

1  provide.  I appreciate that.  My question is this.  I wanted

2  to focus also on The New York Times article about the --

3  what they refer to as, the mobile location industry.

4       And -- and I -- I understand the way that data is

5  collected.  When you talk on your website about -- about

6  searching Google, getting directions for maps, you watch --

7  watching videos on YouTube.  You collect data to make

8  services work better.  I understand that, but data is also

9  collected to use in advertising.  And according to The New

10  York Times story, it's a hot market.

11       Sales of location targeted advertising reaching an

12  estimated $21 billion this year.  It talks about your

13  company and Facebook dominating the mobile ad market, that

14  also lead in location based advertising.  And it says that

15  Google also receives precise location information from apps

16  that use its ad services.

17       Can you explain that to me?  Is -- is The New York

18  Times saying that, if there is any company that uses your ad

19  services, and given the dominant place that you play in --

20  in advertising, that would be, I would imagine, most.  If

21  there is any company that uses your advertising, then that

22  data that they collect would also be available to you?

23  Ultimately, the data they collect on me, is the question I'm

24  asking?

25       MR. SUNDAR PICHAI:  So we as a company and, you

1    know, we have commitments to you.  We view data as belonging

2    to users.  We are stewards of it.  So we don't transmit

3    personal data to advertises, if I understand --

4            REPRESENTATIVE TED DEUTCH:  I understand that.  I'm

5    asking about the -- I'm asking about the data that

6    companies -- because the -- The New York Times said that --

7    that Google receives precise location information from apps

8    that use its ad services.  My question is do you receive

9    information -- is The New York Times right?  Do you receive

10   information about the locations that I travel from -- from

11   companies who use your advertising service?

12           MR. SUNDAR PICHAI:  You know, I -- I just want to

13   make sure I understand the specifics, but there may be

14   information.  So, for example, if we're providing an ad

15   and -- and let's say it's for a restaurant.  We normally

16   would do it in a location near you, so that it's relevant

17   for you.  You have a -- you have an option to turn the

18   setting off.  But if it is, since we are providing that

19   information, we would be aware of it and it's not coming

20   from the company to us, but --

21           REPRESENTATIVE TED DEUTCH:  Yeah, but -- no, no.

22   But that's what the -- that's what I want to understand.

23   If -- if the ad, if a company uses your advertising, does

24   their location sharing get to you?  And here's why, let me

25   just -- because I don't have a lot of time.  The Times talks

Page 83

1    about the information isn't tied to someone's name or phone

2    number.  Your person -- personal information, as you define

3    it, seems to be name, email address and billing information.

4         The question a lot of us have, Mr. Pichai, I think

5    you can sense is, that while that may be personal

6    information and you treat that -- and you treat that the way

7    we would expect.  That there is a lot of information about

8    where we go and where we are at any moment that can, as the

9    Times points out, allow someone with access to the raw data,

10   including employees or clients, to identify a person without

11   their consent, by following someone they knew, pinpointing a

12   phone that regularly spent time at that person's home

13   address.  Can you use the locations that people go to

14   identify, to back into who a person is?  You wouldn't do it,

15   but could someone else do the same thing?

16        MR. SUNDAR PICHAI:  We wouldn't do that without

17   user -- explicit user consent.  To answer your question, you

18   know, I -- I'm happy to follow up.  I want to make sure I

19   address that specific question.  I think, at a high level, I

20   would say location is turning out to be an important area.

21   As we considered privacy legislation, I, you know, I think

22   it's important we give location protection for our users.

23   As a company, we want to lead the way, and we are --

24        REPRESENTATIVE TED DEUTCH:  Mr. Pichai, I

25   understand.  And I have to -- just one last question, Mr.

Page 84

1    Chairman.

2         CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The time

3    of the gentleman has expired.  The Chair recognizes the

4    gentleman from Pennsylvania, Mr. Marino.

5         REPRESENTATIVE TOM MARINO:  Thank you, chairman,

6    and thank you for being here.  All of you.  Let me start out

7    by saying that, sir, you and the office of your company, I

8    think particularly you, because you -- you are at the helm,

9    have a tremendous responsibility.  Responsibility towards

10   your employees, responsibility towards your stockholders, to

11   your company, to providing jobs and we thank you for

12   providing jobs.  But I think you also have a much more

13   awesome responsibility to the American people, to make sure

14   that you educate accurately, to make sure that you stay in

15   the middle of the road.

16        Because I've learned this over the years as a

17   prosecutor and then more so, as a member of Congress.  There

18   is a lot of people who believe everything that's put out by

19   anyone.  We -- we're a 10 second society now and we can't

20   hold conversations.  We can only read, you know, 10 or 12

21   words, and that's supposedly the gospel.  You have a

22   responsibility to see that the truth is out there, and I

23   will hold you to doing that.

24        I don't believe in the government taking control or

25   defining, as my friend, the judge says, what is right and

Page 85

```
 1        what is wrong.  I for one, the less federal government in my
 2        life, the better.  So I am depending on you and companies
 3        like your company to help us along the lines, because if the
 4        federal government does ever step in to regulate, you're not
 5        going to like it.  And with that said, I have a concern
 6        concerning China.
 7             In 2010, Google left the Chinese marketplace due to
 8        concerns over hack -- hacking attacks, censorship and how
 9        the Chinese government was possibly gaining access to data.
10        I'm interested in what has changed since 2010 and how
11        working with the Chinese government to censor research
12        results are part of Google's core values.  Do you understand
13        my question?
14             MR. SUNDAR PICHAI:  Congressman, we -- right now
15        there are no plans for us to launch a search product in
16        China.  We are, in general, always looking to see how best,
17        it's part of our core mission and our principles to try hard
18        to provide users with information.  We -- we always have
19        evidence based on every country we've operated in, us
20        reaching out and giving users to more information has a very
21        positive impact, and -- and we feel that calling.  But right
22        now there are no plans to launch in China.  To the extent
23        that we -- we ever, you know, approach a decision like that,
24        I -- I will be fully transparent, including with
25        policymakers here and -- and engage and consult widely.
```

Page 86

```
 1              REPRESENTATIVE TOM MARINO:  Am I then to understand
 2       that there's -- you have no plans to enter into any
 3       agreements with China concerning Google, how it's used in
 4       China?
 5              MR. SUNDAR PICHAI:  We currently do not have a
 6       search product there and so, you know, we --
 7              REPRESENTATIVE TOM MARINO:  Do you plan on having a
 8       search product there?
 9              MR. SUNDAR PICHAI:  Right now.  There are no plans
10       to launch a search product in China.
11              REPRESENTATIVE TOM MARINO:  Okay.  Let -- let me
12       ask it this way.  If, in the future, you decide to do that,
13       what information would you share with the Chinese concerning
14       other users, other countries?
15              MR. SUNDAR PICHAI:  Anytime we look to operate in a
16       country, I mean, we -- we would, you know, we would look at
17       what -- what the conditions are to operate.  There are times
18       in the past, we have debated the conditions to operate
19       and -- and we explore a wide range of possibilities.
20       Currently, it is an effort, only internally for us.  We --
21       we are not doing this in China.  And so, you know, but I'm
22       happy to consult back and be transparent when we actually
23       plan something there.
24              REPRESENTATIVE TOM MARINO:  I'm sure you are aware
25       that right now, there are thousands and maybe hundreds of
```

1       thousands, of people that the Chinese government has on

2       computers trying to hack in the U.S. and any other

3       countries.  Same thing taking place, to a lesser degree,

4       in -- in Russia, simply because of the population.  What --

5       what can Google do to help curtail that, if not eliminate

6       countries from hacking into other countries?

7                 MR. SUNDAR PICHAI:  As a company, we have faced

8       significant attacks before.  So, you know, protecting the

9       security of our users is what really keeps me up at night.

10      And it's something we invest a lot over the years.  We work

11      with law enforcement, because we rely on their intelligence

12      to help us assess threats.  But it's a comprehensive effort

13      and -- and it's something we take seriously.

14                REPRESENTATIVE TOM MARINO:  Thank you.  I yield

15      back, but remember the responsibility that I think you have.

16      The Chair recognizes the gentlewoman from California, Ms.

17      Bass, for five minutes.

18                REPRESENTATIVE KAREN BASS:  Thank you, Mr. Chair.

19      And thank you for coming today.  I wanted to follow up on

20      some questions that were asked of you earlier, specifically

21      the use of bots by authoritarian regimes and also the use of

22      troll farms by Russia.  And wanted to know if you could be

23      more specific in terms of how Google is going to respond.

24      In other words, will you expand your staff or modify the

25      algorithms in an effort to identify and -- and eradicate the

Page 88

```
 1      online trolls?  And then in terms of the flooding that takes
 2      place with bots, what specifically will you do to address
 3      this?
 4              MR. SUNDAR PICHAI:  This is something we actually
 5      face across the set of products we do today.  Be it our ad
 6      systems, be it our search products, people are trying to
 7      spam and be -- be it YouTube and so on.  So in general,
 8      we've built systems over the years to detect anomalous
 9      traffic patents and -- and -- and mitigate that.  And we
10      also learn, we collaborate with others.  Law enforcement has
11      been very helpful to us in this regard.
12              REPRESENTATIVE KAREN BASS:  So if the -- so the
13      example of the -- of the bots, where you have -- I mean, I
14      saw one example where there was one day a 125 dislikes and
15      the next day there were 84,000.  How do you respond in a
16      situation like that, where it's obviously, it's done
17      purposely?
18              MR. SUNDAR PICHAI:  So when we see view count
19      manipulation, manipulation of likes, dislikes, and either we
20      get reports or we detect in our systems, spikes in those
21      activities which, you know, which make it clear that it's --
22      it's not humans doing it.  You know, we detect it.  We treat
23      it as spam or abuse of our systems and --
24              REPRESENTATIVE KAREN BASS:  So you have staff
25      dedicated to looking at that?
```

1          MR. SUNDAR PICHAI:  Yeah.  Both.  We have our

2     algorithms, AI systems and manual reviewers, and -- and we

3     are staffing up our manual reviewers significantly, over the

4     past couple of years.  And so we do it comprehensively,

5     across all those things.

6          REPRESENTATIVE KAREN BASS:  So anticipating what

7     took place in 2016 happening again, and -- and this is

8     specifically regarding what Russia did to foment racial

9     tensions in The United States.  And wanting to know how you

10    are responding to that, where they called for, you know,

11    fake protest either to get African Americans to turn out to

12    protest something that was fake or to have a white

13    supremacist be genned up to attack communities of color.  So

14    specifically, what is Google doing to respond to that?

15         MR. SUNDAR PICHAI:  We mainly saw, with respect to

16    Russia, limited improper activity on our ad platforms.  But

17    in general, we -- you know, we are not a social networking

18    company, across the products we do.  It's an area we haven't

19    done well, as a company.  So we typically are in connecting

20    groups of people, and that's not how Google mainly works

21    today and so we haven't seen that kind of activities on our

22    platforms.  But we are vigilant and, you know, I'm happy to

23    share any findings which come through, as we look into it

24    more.

25         REPRESENTATIVE KAREN BASS:  So I also wanted to ask

Page 90

```
1    you a couple of questions about online creators of color.
2    Where mainstream media outlets often fail to cater to
3    communities of color with relatable content or resolve
4    lingering issues of under representation or
5    misrepresentation.  Communities of color have sought out
6    digital mediums to tell their stories, and in some cases
7    this has been very successful, and it's led to larger
8    networks recognizing the talent.  And in other cases, it's
9    given a platform to voices that would otherwise be silenced.
10         So I wanted to know what policies Google might be
11   developing to put in place to ensure that the voice of
12   online creators can expand?
13         MR. SUNDAR PICHAI:  YouTube has a lot of community
14   outreach programs.  We partner with other organizations who
15   do important work in this area.  But today, you know,
16   when -- when we look -- look at YouTube, we do see a
17   platform with a very diverse set of perspectives and
18   opinions.  It's partly the strength of the platform and --
19   and the reach it provides to voices and --
20         REPRESENTATIVE KAREN BASS:  Could I get the
21   information about your outreach, specifically who you do
22   outreach to, that would be very helpful, if I could get
23   that.
24         MR. SUNDAR PICHAI:  I'd be very happy to do that.
25         REPRESENTATIVE KAREN BASS:  And I yield back my
```

Page 91

1       time to Representative Deutch.

2               REPRESENTATIVE TED DEUTCH:  Thanks.  I -- I thank

3       the -- from California.  Mr. Pichai, I just wanted to finish

4       up.

5               Again, I appreciate you being here, and I wanted

6       to -- to follow up on something that the chairman started

7       our hearing with and that was a question about information

8       collected by Google.  I think the report that he referred to

9       talked about information collected specifically on Android

10      phones, even if those -- even if those phones aren't on

11      Wi-Fi or -- or the cell service isn't on.  Is that something

12      that happens?

13              MR. SUNDAR PICHAI:  Congressman, it's not clear to

14      me how something, when there's no connectivity would happen,

15      but, you know, so we haven't -- I.

16              REPRESENTATIVE TED DEUTCH:  I'm sorry.

17              MR. SUNDAR PICHAI:  So I'm -- I'm aware of those

18      concerns.  We -- we haven't been able to substantiate those

19      specific findings.

20              REPRESENTATIVE TED DEUTCH:  You're looking into

21      those findings, though?

22              MR. SUNDAR PICHAI:  There's an area where we are --

23      you know, our goal is to, you know, we're trying to help

24      users with the information they want.  Today there are many

25      cases, users give us feedback.  Part of -- part of what

1    we're trying to do is they want us to be location aware when

2    they --

3              REPRESENTATIVE TED DEUTCH:  Mr. Pichai, I

4    understand, but -- but you're not aware of data being

5    collected while the phone is not connected to -- to either

6    cell service or Wi-Fi?

7              MR. SUNDAR PICHAI:  Yeah, there -- there may be

8    specific instances, for example, GPS may be working.  And

9    so, you know, it depends on the specifics, but in general,

10   no.

11             REPRESENTATIVE TED DEUTCH:  And so the -- finally,

12   the question is:  If that information is -- if -- if that's

13   possible, if you learn that it is happening, and I would

14   love you to share that with us.  If you learn that's

15   happening and the information, then when the cons -- when

16   the customer turns on his, his or her cell service, if that

17   information is then sent back to your company on their data

18   plan.  A lot of people obviously have limited data plans.

19             When you look at this, if you could also look at

20   whether, when the information is sent back, to the extent

21   it's happening, that it might cause some people to go over

22   their limits, thereby costing them more on their monthly

23   bill?  That would be helpful information, as well.

24             MR. SUNDAR PICHAI:  That's good feedback.  We will.

25             REPRESENTATIVE TED DEUTCH:  Okay.  Thank you, Mr.

Page 93

1    Chairman.

2              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The Chair

3    recognizes the gentleman from Georgia, Mr. Collins, for five

4    minutes.

5              REPRESENTATIVE DOUG COLLINS:  Thank you, Mr.

6    Chairman and thank you Mr. Pichai, for being here.  I --

7    look, there is an understanding.  I think it's come across

8    from everyone here and it's -- it's a saying that I've sort

9    of lived by most of my adult life, and I think most people

10   get.  Perception is reality.

11             Now you can disagree with the perception.  You can

12   disagree with the reality, but at the certain point in time,

13   as you've even heard from many of the folks discussing on

14   both sides of the isle today.  There's several perceptions

15   that are going on with what's being stored, what's not being

16   stored and how that is -- or how that data and that privacy

17   issue.  And also the effects or the outcomes of the searches

18   are made.

19             Now one of the other issues, not just Google

20   itself, but also YouTube.  There's another issue that I will

21   not touch today, but probably will do some questions on, is

22   the issue of content and the issue of how that is stolen in

23   many cases and how that could be worked on.  Those are

24   issues we'll deal with in another setting.  We've talked

25   about this.

```
1            But I want to go through several questions because
2        it's been discussed a lot about what you collect and what
3        you don't collect.  So the next few questions will be yes/no
4        questions.  They're not -- I'm not trying to trick you here.
5        It's simply what do you collect and how do you collect it?
6        Okay?
7            In dealing with Google, do you or do you not
8        collect identifiers like name, age, and address; yes or no?
9            MR. SUNDAR PICHAI:  If you're creating an account,
10       yes.  And using an account, yes.
11           REPRESENTATIVE DOUG COLLINS:  Yes.  Specific search
12       histories when person types something into a search bar?
13           MR. SUNDAR PICHAI:  If you have a search history
14       turned on, yes.
15           REPRESENTATIVE DOUG COLLINS:  Device identifiers
16       like IP address or IMEI?
17           MR. SUNDAR PICHAI:  Depending on the situation, we
18       could be collecting it, yes.
19           REPRESENTATIVE DOUG COLLINS:  GPS signals, Wi-Fi
20       signals, Bluetooth beacons?
21           MR. SUNDAR PICHAI:  You know, it would -- it would
22       depend on the specifics.  So, but there may be situations,
23       yes.
24           REPRESENTATIVE DOUG COLLINS:  GPS, yes?
25           MR. SUNDAR PICHAI:  Yes, if you have a --
```

```
                                                      Page 95
 1              REPRESENTATIVE DOUG COLLINS:  Voice and

 2      conversations when using Google Voice products?

 3              MR. SUNDAR PICHAI:  We give an option to turn on or

 4      off.

 5              REPRESENTATIVE DOUG COLLINS:  But if -- but if --

 6      if a person didn't know it, voice and conversations when

 7      using Google Voice products?  Yes?

 8              MR. SUNDAR PICHAI:  We only record when they

 9      initiated with okay, Google and then say the terms after.

10              REPRESENTATIVE DOUG COLLINS:  Contents of emails

11      and Google documents.

12              MR. SUNDAR PICHAI:  We store the data, but we don't

13      read or look at your Gmail.

14              REPRESENTATIVE DOUG COLLINS:  But you have access

15      to them?

16              MR. SUNDAR PICHAI:  As -- as a company, we have

17      access to them, yes.

18              REPRESENTATIVE DOUG COLLINS:  So you could?  Not

19      saying you don't or don't.  I'm not asking do you or don't

20      you.  I'm saying you could, though, there is a possibility?

21              MR. SUNDAR PICHAI:  We have clear, established

22      policies on how we would do that data.

23              REPRESENTATIVE DOUG COLLINS:  And your privacy

24      policies, speaking of that, has changed 28 times, including

25      eight times since January 2016.  So I think the policies
```

1      are, you know, and this is why I'm asking these questions.

2           Is there any type of or -- any type or origin of

3      data which Google would refuse to collect, that is not

4      already prohibited by laws, like COPPA or HIPAA?

5           MR. SUNDAR PICHAI:  There are many categories of

6      information today, you know, were particular about anything

7      to do with health data --

8           REPRESENTATIVE DOUG COLLINS:  Those are covered

9      under those.  Anything that you would not collect, outside

10     of the two that I named, which are generally accepted as

11     things you cannot collect?

12          MR. SUNDAR PICHAI:  There are -- there are many

13     things which we -- we don't collect.  For example, we don't

14     collect -- you could have a product like Google home.  We

15     won't collect conversations unless you specifically ask us

16     to.  So, you ask a question.  And so we definitely are very

17     careful and minimize the data we need to provide the service

18     back to our users.

19          REPRESENTATIVE DOUG COLLINS:  I'm glad you

20     mentioned data minimization.  We'll get to that in just a

21     second.  How long do you keep the data that you have

22     captured?

23          MR. SUNDAR PICHAI:  Today, we give you the choice

24     of whether you want to store the data or not.  But if you

25     store the data, from the time you turn it on, we store it

1      for you?

2            REPRESENTATIVE DOUG COLLINS:  Okay.  Well, let --

3      let me ask a question then.  For all this has been the

4      discussed, age identifiers, search histories, all these

5      things.  And for the -- how many would you say, let me just

6      say, you -- you've interested -- made a interesting

7      question.  How many people actually understand that they can

8      actually cut this off?

9            MR. SUNDAR PICHAI:  You know, we remind the --

10     remind people and every day 20 million people come and make

11     changes in these settings.  We see robust activity.

12            REPRESENTATIVE DOUG COLLINS:  But when you control

13     95 percent of searches, you control this in a very large

14     way.  I would say the vast majority, not the most

15     sophisticated, not the ones in a certain age demographic,

16     are not as familiar with this as, say, some who work in the

17     industry or at least around the industry.  Would that not be

18     a fair statement?

19            MR. SUNDAR PICHAI:  If you could repeat that,

20     congressman.  Sorry, I'm --

21            REPRESENTATIVE DOUG COLLINS:  I'll get back to it.

22     Earlier it was said that identifiers such as age, name and

23     address are treated differently.  If that is true, how are

24     you treating them differently and is the same data

25     collection process still done?  How is it treated

Page 98

1    differently, than maybe some of these others that we have

2    spoke of that came, I think, from Mr. Deutch's discussions;

3    such as locators and things like that?

4            MR. SUNDAR PICHAI:  We -- we offer different

5    controls for that.  So, for example, for location, we give

6    specific controls for your voice -- voice activity.  We give

7    specific controls.  We're trying to meet user's

8    expectations.  And so, for example, some people may want

9    their search history to be available, but they don't want

10   YouTube history to be recorded.  So, we give those choices

11   to our users.

12           REPRESENTATIVE DOUG COLLINS:  One of the general

13   dynamics of most in this tech industry and those who collect

14   data is data minimization.  You brought it up just a few

15   minutes ago.  The issue that I have and it was in March of

16   this year, a security researcher actually downloaded his

17   quote, "Google Takeout."  This is probably there.  It was

18   5.5 Gigabyte.  This is not a -- just a few names and

19   addresses and where you went.  The -- why, number one, does

20   Google need all this information?  We can answer that in the

21   fact that 85 -- 86 percent of your revenue comes from

22   advertising.  So we know you manipulate the data in some

23   ways.

24           However, can you explain what you do to minimize

25   this data, which is generally an accepted standard practice

Page 99

1     among those who collect data.

2             MR. SUNDAR PICHAI:  You know, our goal is, you

3     know, but we are providing, for example, if we are providing

4     you a service like Gmail, which we have done for 15 years,

5     that data, we need to store it for our users.  So they

6     expect us to.  So we are trying hard to match user's

7     expectations.  We don't need, you know, our data for

8     advertising.  As I said earlier, most of it comes from just

9     the keywords you type.  And so, you know, we need minimal

10    data to do advertising.  We give you options to turn ad

11    personalization off.  We store most of the data we do today,

12    to help give users the experience they want.  And that's

13    what we're trying to do.

14            REPRESENTATIVE DOUG COLLINS:  I'm going to go back

15    to where I started, perception is reality.  The amount of

16    data being collected here, the how it is being used, how you

17    monetize the one ad, basically the flow of -- of information

18    that you have and the monetization of that, is a concern.  I

19    think the perception of how it is used and from what side of

20    the aisle, is something that this committee, I think, will

21    take up and continue to process.

22            But I think when most people deal with this, what I

23    said earlier, I'm not sure that in the broad scope of

24    things, simply clicking, yes, especially in a society today,

25    in which some of these things and especially that was talked

Page 100

1    about, mobile, which we've not dealt into even further, is

2    going to open up a much larger situation.  Which is not just

3    simply monetizing data, it's actually using information that

4    can be then used by either law enforcement or others in

5    legal proceedings, that can then be used against them, that

6    they're not going to understand exactly what is going on.

7         With that, my time has expired and I'll yield.

8         CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Chair,

9    thanks the gentleman.  The Chair recognizes the gentleman

10   from Rhode Island, Mr. Cicilline, for five minutes.

11        REPRESENTATIVE DAVID CICILLINE:  Thank you, Mr.

12   Chairman.  Thank you, Mr. Pichai, for being here.  In 2006,

13   internet pioneer, Vint Cerf testified on behalf of Google,

14   that the open internet was designed so that no central

15   gatekeeper could exert its control to discriminate against

16   rivals, consumers or other businesses.  Since then, it's

17   become increasingly clear that this virtuous cycle of

18   innovation is fundamentally threatened by the dominance of a

19   few powerful companies.

20        Tim Berners-Lee, the inventor of the worldwide web,

21   made this point clear in an open letter earlier this year,

22   where he warned that the open internet has been compressed

23   under the weight of a few dominant platforms, that have the

24   ability to harm competition and control which ideas and

25   opinions are seen and shared online.  Along with 83 percent

Page 101

1    of Americans, I strongly support an open, decentralized

2    internet that is free of powerful gatekeepers with the

3    ability to discriminate against rivals, threaten innovation

4    or harm consumers.

5           With that in mind, I'm deeply concerned by reports

6    of Google's discriminatory conduct in the market for

7    internet search.  According to findings by The European

8    Commission, Google has harmed the competitive process by

9    favoring its own products and services over rivals, by

10   deprioritizing or delisting competitors' content.  And so my

11   first question, Mr. Pichai, is:  As a proponent of internet

12   openness, will Google commit to ending the discrimination

13   against rivals and other businesses through Google's

14   products?

15          MR. SUNDAR PICHAI:  Congressman, with respect, you

16   know, I disagree with that characterization.  We provide

17   users with the best experience they're looking for, the most

18   relevant information, and that's our true north and that's

19   how we approach our products.

20          REPRESENTATIVE DAVID CICILLINE:  But -- but does

21   that include the use of discriminatory practices?  Is that

22   part of your business model?

23          MR. SUNDAR PICHAI:  Definitely not.  And, you know,

24   in The European Commission, we are appealing that decision.

25   When they looked at shopping as a category, they excluded

1      Amazon, as a potential entrant in the space.  So the

2      specifics matter here.  We are interested in providing users

3      with the best information they're looking for, be it from

4      another company and be it from a competitor.  That -- that's

5      what we are interested in doing.

6              REPRESENTATIVE DAVID CICILLINE:  Well, I -- I

7      strongly believe in structural antitrust enforcement.  I

8      also plan to work with The Federal Trade Commission to

9      develop a legislation to address this type of discriminatory

10     conduct online.  Will Google commit to working together with

11     Congress, on legislative proposals designed to ensure that

12     online firms with significant market power are not able to

13     harm the competitive process through discriminatory conduct?

14             MR. SUNDAR PICHAI:  You know, we're happy to engage

15     constructively on -- on legislation around any of these

16     areas.

17             REPRESENTATIVE DAVID CICILLINE:  Thank you.  I'd

18     like now to turn to -- to the question of China.  Mr.

19     Pichai, the operating environment in China has deteriorated

20     with respect to surveillance, censorship and the like, since

21     Google first made the decision in 2010 to leave.  In

22     September, I sent you a letter along with 15 other

23     colleagues raising serious concerns about reports that

24     Google is planning to reenter the Chinese market, with an

25     app based search engine that would likely have to comply

Page 103

1    with strict censorship and surveillance requirements imposed

2    by the Chinese government.

3         Since then, a widespread course of opposition to

4    such a move has emerged, including from lawmakers, leading

5    human rights activists and a group of Google's own

6    employees.  The -- the environment has deteriorated.  Your

7    launching an app in that environment, would seem to be

8    completely inconsistent with Google's recently launched AI

9    principles.  Which say, you will not design or deploy

10   technologies who's and I quote "purpose contravenes widely

11   accepted principles of international law in human rights."

12        It's hard for me to imagine you could operate in

13   the Chinese market, under the current government framework,

14   and maintain a commitment to universal values, such as

15   freedom of expression and personal privacy.  So I want to

16   ask very specifically:  Are any employees currently having

17   product meetings on this -- on this Chinese project?  And

18   when -- if not, when did those end?

19        MR. SUNDAR PICHAI:  We have undertaken an internal

20   effort, but right now there are no plans to launch a search

21   service in China.  As I said earlier.

22        REPRESENTATIVE DAVID CICILLINE:  Are there any

23   current discussions, with any member of the Chinese

24   government, on launching this app?

25        MR. SUNDAR PICHAI:  Currently, we are not in

```
 1    discussions around launching a search product in China.
 2            REPRESENTATIVE DAVID CICILLINE:  Are there any
 3    current discussions with members of the Chinese government
 4    about this.
 5            MR. SUNDAR PICHAI:  We, you know, this effort
 6    currently is an internal effort, and, you know, I'm happy
 7    to, you know, consult, as well as, be transparent to the
 8    extent we take steps towards launching a product in China.
 9            REPRESENTATIVE DAVID CICILLINE:  And who at Google
10    is leading the Dragonfly effort?
11            MR. SUNDAR PICHAI:  It's a, you know, our -- our
12    efforts around building search.  You know, it's -- it's --
13    it's undertaken by our search teams, but these are
14    distributed efforts.  It's a limited effort internally,
15    currently.
16            REPRESENTATIVE DAVID CICILLINE:  Will you, Mr.
17    Pichai, rule out launching a tool for surveillance and
18    censorship in China, while you are CEO of Google?
19            MR. SUNDAR PICHAI:  Congressman, I -- I commit to
20    engaging.  One of the things which is important to us, as a
21    company, we have a stated mission of providing users with
22    information.  And so we always -- we think it's in our duty
23    to explore possibilities, to give users access to
24    information.  And, you know, I have that commitment.  But,
25    you know, as I said earlier on this, we'll be very
```

1      thoughtful and we will engage widely as we make progress.

2              REPRESENTATIVE DAVID CICILLINE:  Well, I appreciate

3      that and -- and let me be clear.  This goes beyond Google

4      and frankly beyond China.  At a moment of rising

5      authoritarianism around the world, when more leaders are

6      using surveillance, censorship and repression against their

7      own people, we're in a moment that we must reassert American

8      moral leadership.  And I think it's important that, because

9      other countries will look at that relationship.

10             And Mr. Chairman, with that, I'd ask unanimous

11     consent to submit for the record, 15 -- the letter 15

12     colleagues and I sent to Mr. Pichai, his response and a

13     letter from more than 50 human and civil rights

14     organizations opposing the launch of a censored Google

15     search engine for the Chinese market.

16             And would just note, Mr. Chairman, that in the

17     submission of this, for unanimous consent, the NGO letter

18     reports that, and I quote "the Chinese government is

19     actively promoting its model of pervasive, digital

20     censorship and surveillance around the world.  Many

21     governments look to China's example, and a major industry

22     leaders acquiescence to such demands will likely cause many

23     other regimes to follow China's lead, provoking a race to

24     the bottom in standards.  It would also undermine efforts by

25     Google and other companies to resist governments

Page 106

```
 1      surveillance requests, in order to protect users privacy and
 2      security, emboldening state intelligence and security
 3      agencies to demand greater access to user data."
 4              So the implications, Mr. Pichai --
 5              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The
 6      gentleman's time has expired.  Without objection, it will be
 7      added.
 8              REPRESENTATIVE DAVID CICILLINE:  -- are well beyond
 9      China.  And I'd ask that they be made a part of the record.
10              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Without
11      objection, so ordered.
12              The Chair now recognizes the gentleman from
13      Florida, Mr. Gaetz.
14              REPRESENTATIVE MATT GAETZ:  Thank you, Mr.
15      Chairman.  Have you ever launched an investigation into
16      whether political bias is impacting the consumer experience?
17              MR. SUNDAR PICHAI:  Congressman, we -- we do -- to
18      the extent there are concerns, we look into them.  And, you
19      know --
20              REPRESENTATIVE MATT GAETZ:  So have -- have you
21      expressly launched an investigation into political bias of
22      your employees?
23              MR. SUNDAR PICHAI:  On our employees, you said?
24              REPRESENTATIVE MATT GAETZ:  Yes.
25              MR. SUNDAR PICHAI:  You know, to -- to the extent
```

1    you know, we always take -- we take any allegations around

2    code of conduct across every issue seriously and we look

3    into them.

4           REPRESENTATIVE MATT GAETZ:  You said to -- to me

5    yesterday, that and -- as it relates to political bias, you

6    haven't launched those investigations, because there are so

7    many redundancies and there is so much peer review, that

8    that would not be possible.  Is that still your testimony

9    today?

10           MR. SUNDAR PICHAI:  Congressman, you -- it's --

11    it's the -- the way our processes work, if you need to make

12    a change in our algorithms, there are several steps in the

13    process, including launch committees and -- and user testing

14    and our rater guideline evaluation.

15           REPRESENTATIVE MATT GAETZ:  But your company, your

16    employees can get together and chat in groups, right, Google

17    groups?

18           MR. SUNDAR PICHAI:  Yes, they can.

19           REPRESENTATIVE MATT GAETZ:  And one of those groups

20    is the civil rights group, right?

21           MR. SUNDAR PICHAI:  We have many employee resource

22    groups on which they can participate in conversations, yes.

23           REPRESENTATIVE MATT GAETZ:  Have you ever looked

24    into the conversation into the Resist group?

25           MR. SUNDAR PICHAI:  Congressman, no.

1     REPRESENTATIVE MATT GAETZ:  Is it -- does that

2  strike -- is that a surprise to you, that there's a Resist

3  group?

4     MR. SUNDAR PICHAI:  I'm not aware, whether such a

5  group exists or not.

6     REPRESENTATIVE MATT GAETZ:  If there was a Resist

7  group, would that be the type of thing that you would want

8  to look into?

9     MR. SUNDAR PICHAI:  You know, we have clear

10  policies around how our products are built and --

11     REPRESENTATIVE MATT GAETZ:  If there's a resist --

12  you know, that the Resist movement is a movement built to

13  resist the agenda of President Trump.  If there's a Resist

14  group within your company, where groups of employees, not

15  one, are getting together within that group to engage in

16  discourse on company time, with company infrastructure.

17  Does that strike you as the type of thing you would want to

18  investigate?

19     MR. SUNDAR PICHAI:  Congressman, I'm not aware of

20  any such group.  Nothing like that has been brought to my

21  attention.  And, you know, happy to follow up the -- you

22  know, and -- and understand the consent better.

23     REPRESENTATIVE MATT GAETZ:  Yeah.  Mr. Chairman,

24  I -- I seek unanimous consent to enter into the record, a

25  document from what purports to be a Google employee, Miles

Veritext Legal Solutions

800-726-7007                  305-376-8800

Page 109

1       Borens, which is a post to the Google group, Resist.

2               CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Without

3       objection, so ordered.

4               REPRESENTATIVE MATT GAETZ:  I'm also reading now

5       from the discussion that occurred over Breitbart and Google

6       ads.  And -- and I'm quoting from one of your employees, who

7       purportedly posted, "anyone want to hold their nose and look

8       through Breitbart.com for hate speech."  Why would someone

9       need to hold their nose to do that work?

10              MR. SUNDAR PICHAI:  Congressman, today, we have --

11      we have 90,000 employees and they -- they communicate in

12      forums.  As a company, we have allowed freedom of expression

13      and we don't stand or condone, you know, comments expressed

14      in these things.  We're very clear about our policies as to

15      how we build our products and -- and, you know, we serve our

16      publishers that way.

17              REPRESENTATIVE MATT GAETZ:  Well, if -- if you

18      haven't launched an investigation into any of your

19      employees, because it would take a group of employees to

20      engage in improper conduct.  And if those groups of

21      employees are engaging in discussion on your platform, and

22      if one of those platform groups is Resist.  And if on that

23      Resist movement site or any other sites in your platform,

24      there's discussion of suppressing conservative speech, why

25      would that not be something that you would launch an

Page 110

1    internal investigation in, publish the reports, sanction

2    those employees that may or may not be engaged in improper

3    conduct, so that we can all have greater comfort in the --

4    in the user experience.

5              MR. SUNDAR PICHAI:  Congressman, first of all, I

6    want to assure you we have checks and balances, so that

7    employees and we -- not just on this issue, across any

8    issue.  We protect the sanctity of our systems, our product

9    development process and we would do that.

10             REPRESENTATIVE MATT GAETZ:  How can I have

11   confidence that you're protecting the sanctity of your

12   system, when you don't even know that your employees are

13   getting together on your own company's infrastructure to

14   talk about political activity.

15             MR. SUNDAR PICHAI:  In general, we always assume,

16   our systems are designed.  We assume there could be bad

17   intent.  So we've designed from first principles because,

18   you know, for security reasons both externally and

19   internally, at any given moment, we -- we assume that

20   somebody may be acting in bad faith.  And -- and that's how

21   we have designed our systems with all the protections in

22   place.  We need to do that for our security of our systems.

23   And it's a first principles approach.

24             REPRESENTATIVE MATT GAETZ:  So if your assumption

25   is that people can act in bad faith, why then have you not

1    launched an investigation into the communications that seem

2    to indicate a desire to suppress conservative political

3    movements and conservative voices?

4         MR. SUNDAR PICHAI:  If there are allegations

5    around, you know, discussions which are specific with the

6    intent of manipulating our products, we would conduct an

7    investigation.

8         REPRESENTATIVE MATT GAETZ:  Well that -- that's

9    good to hear.  The Wall Street Journal reported that your

10   workers were discussing tweaking search terms to frame the

11   discussion over the travel ban.  Did you perform an

12   investigation into that allegation?

13        MR. SUNDAR PICHAI:  We looked into it.  There was

14   no attempt at, you know, anything to influence our products.

15   There are at times, during important news events, important,

16   for example, during events like hurricanes, et cetera.  We

17   have a set of tools, crisis response tools.  During the

18   travel ban, even the Department of Homeland Security was

19   looking to put out information, because there was some

20   confusion around the event.  So there was some discussion

21   around things like that, too.  And so --

22        REPRESENTATIVE MATT GAETZ:  Well, I -- I would

23   strongly suggest, that one of the crisis response tools that

24   you use, is an investigation into the discourse of your

25   employees on resisting the Trump presidency, resisting the

                                                    Page 112

1     Trump agenda, and then smothering some of the conservative

2     outlets that seem to amplify that content.  And I yield

3     back, Mr. Chair.

4              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Gentlemen

5     yields back.  The Chair now recognizes the gentleman from

6     California, Mr. Swalwell.

7              REPRESENTATIVE ERIC SWALWELL:  Thank you, Mr.

8     Chairman.  Welcome, Mr. Pichai.  I represent a congressional

9     district in the San Francisco Bay area where a number of my

10    constituents work at Google, and was hoping we could dive

11    into some concerns that I hear from them.  But also that I

12    hear from constituents just -- just have concerns about

13    privacy.  Does The United States need a national privacy

14    law?

15             MR. SUNDAR PICHAI:  Congressman, I -- I'm of the

16    view, given how important privacy is, that we are better off

17    with the, you know, more of a single overarching --

18             UNKNOWN SPEAKER:  Excuse me.  Would you mind moving

19    the microphone in front of your mouth, so we can hear you

20    better.  Thank you.

21             MR. SUNDAR PICHAI:  Thank you.  I'm of the opinion

22    that we are better off with -- with more of a overarching,

23    you know, data production framework, which for users, and I

24    think that would be good to do.

25             REPRESENTATIVE ERIC SWALWELL:  And -- and, you

1    know, in Europe just last year they implemented the General

2    Data Protection Regulation known as GDPR, and the goals were

3    for consumers to know, to understand and consent.  And would

4    you agree, that if there was a framework in The United

5    States to have a national privacy law, that would be the,

6    you know, critical framework to have know, understand and

7    consent?

8              MR. SUNDAR PICHAI:  You know, we've had quite a bit

9    of experience now working with GDPR, and we've done it for

10   many, many months.  And, you know, I think there are -- you

11   know, I think it's a well thought out, crafted piece of

12   legislation.  I do think there's some value for companies to

13   have consistent global regulations.  I think it's also

14   important for users, as they navigate services globally.

15   And so, I do see value in aligning where we can.

16             REPRESENTATIVE ERIC SWALWELL:  Mr. Pichai, as part

17   of Russia's attack on our democracy in 2016, it -- it used

18   ads on your platform, on Facebook's, platform, on Twitter's

19   platform, and money was provided in Rubles and from Russia

20   addresses.  What has Google done to make sure this doesn't

21   happen again?  And -- and just last week Secretary Mattis

22   confirmed that Russia continued its attack on our democracy

23   in the most recent midterm elections.

24             MR. SUNDAR PICHAI:  Congressman, as I said earlier,

25   it's an area where we invest a lot.  I mean, we -- we did

Page 114

1   see limited, improper activity, and, you know, obviously we

2   learned from that.  We've been very transparent with our

3   findings.  Leading up over the past couple of years, anytime

4   we have found other activity, you know, which is material,

5   we disclose it, and we are constantly evolving the practices

6   we do.  But, you know, I do say our efforts have been pretty

7   successful so far, Google as a whole, through both our

8   election cycles.  But it's an area where it's never enough

9   and, you know, so you're constantly vigilant and doing more

10  and.

11          REPRESENTATIVE ERIC SWALWELL:  Mr. Pichai, I don't

12  think anyone disagrees that seeing an answer on a results

13  page for certain queries can be useful.  For example, if I

14  type in, you know, what is 25 times 15, and Google spits out

15  375, that's useful.  But today, you know, if my wife was to

16  search for a pediatrician in Dublin, California, instead of

17  being matched with the most relevant information from across

18  the web, according to Google's algorithms, my wife or any

19  mom would see a map that is powered by Google's ecosystem of

20  local reviews.

21          And in response to claims that Google has put its

22  own results ahead of its competitors, when it's page rank

23  algorithm believes the competitors should be ranked higher,

24  Google has told certain international enforcers that local

25  search results come from a specialized index, which is

1    distinct from its organic web index.  And I was hoping today

2    you could clarify for me, is it technically possible for

3    Google to compare local business content it collects against

4    that of content collected by third party services using a

5    page rank, like quality score?

6           MR. SUNDAR PICHAI:  You know, we -- we employ a

7    wide variety of signals.  We are interested in providing

8    users.  We respond to user feedback.  So as a user, you

9    could be on a mobile phone with very limited connectivity.

10   You could be a busy parent on your way and you're checking

11   for some information, maybe trying to find a doctor because

12   your kid is sick.  And so we are looking to see how we can

13   get that information to you, as quickly as possible.  That's

14   the use case which drives or product development.

15          And -- and if that information is best available

16   from another company, we make it available.  There are times

17   we are able to provide that information, because we have

18   better information.  And so, we are constantly looking and a

19   and -- and -- and we do that to the best of our ability.

20          REPRESENTATIVE ERIC SWALWELL:  Thank you.  I yield

21   back.

22          CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The

23   gentleman yields back.  At this time, The Chair recognizes

24   the gentlemen from Louisiana, Mr. Johnson.

25          REPRESENTATIVE MIKE JOHNSON:  Thank you, Mr.

Page 116

1    Chairman.  Mr. Pichai, we want to thank you for appearing

2    today and for taking the time to answer and -- and meet with

3    us individually, answer our questions.  I think you and I

4    both agree it's important for your company and for the

5    people, for us to have this public hearing and to get all

6    this information on the record, so to speak.

7            So as we discussed in my office yesterday, my

8    conservative colleagues and I are fierce advocates of

9    limited government.  And we're also committed guardians of

10   free speech and the free marketplace of ideas.  We do not

11   want to impose burdensome government regulations on your

12   industry.

13           However, we do believe we have an affirmative duty

14   to ensure that the engine that processes as much as we said

15   today, 90 percent of all internet searches, is never used to

16   unfairly sensor conservative viewpoints or suppress

17   political views.

18           Your challenge today, and in the days ahead, is to

19   convince the members of this body that Google and your

20   industry peers will implement your own sufficient safeguards

21   and solutions to this problem, so that the government

22   doesn't have to intervene.

23           Here -- here's a question.  In -- in previous

24   hearings and discussions, Google has described the trusted

25   Flagger program as a source for recommending content be

1      removed from your platform.

2              Recently Google released a transparency report on

3      content removal which revealed that, out of the 7.7 million

4      automated flag and removals from your platform, YouTube,

5      around 70 percent of that content was removed before it had

6      received any views from the public.  Here's the question.

7      How does Google ensure that content removed in the automated

8      process is not merely because of philosophical or political

9      differences.

10             MR. SUNDAR PICHAI:  Congressman, it's an important

11     question.  As you said, YouTube is committed to being a

12     platform for freedom of expression.  And, you know, we -- we

13     go to great lengths to do that.  We only handle videos in --

14     in the areas of clearly defined policies we have.  We do

15     have automated systems, but, you know, we assess it.  We

16     later spot check it, to make sure the system is working as

17     intended.  We respond to feedback.  As content creators, you

18     can appeal if you think something was removed erroneously.

19             But it's really important to us that we -- we -- we

20     provide a platform for freedom of expression, but enforce

21     the rules of the road on areas where we have said and -- but

22     we are very transparent about the areas and the clear

23     policies with which we do those things.

24             REPRESENTATIVE MIKE JOHNSON:  You've spoken a lot

25     today about objectivity.  That's the goal.  We applaud and

Page 118

1    appreciate that.  As you know, Alphabet's incubator Jigsaw

2    has introduced Perspective.  It's a tool that uses machine

3    learning to filter online discussions for, quote "toxicity"

4    unquote.  This to me raises issues of how Google's parent

5    company is using machine learning to filter speech that is

6    viewed as unproductive, such as ad hominem attacks or

7    offensive language or -- or the like.

8          When creating a tool like Perspective, what steps

9    has Google taken to protect conservative viewpoints from

10   being considered toxic by subjective reviewers, as the

11   program progresses?

12         MR. SUNDAR PICHAI:  Congressman, Perspective

13   provided by one of our sister organizations, Jigsaw.  It's a

14   platform for publishers to use.  So the publishers get to

15   define what they want acceptable or not and -- and -- and

16   that's what the tool, you know, provides for them.  But

17   I think you point is valid.  I mean, we -- we don't want to

18   be in the -- in the position of just editorializing

19   publisher content.  And we're just providing a tool for

20   publishers to better drive the content on their platforms.

21         REPRESENTATIVE MIKE JOHNSON:  You mentioned the

22   appeals process, if a content provider has their material

23   flagged.  How quick does that appeals process work?  In

24   other words, what's the review period?

25         MR. SUNDAR PICHAI:  I think it -- it varies.  We

1    prioritize areas which are sensitive.  For example, areas

2    like terrorism is something we prioritized very

3    significantly and higher up in the queue.  But we are

4    ramping up our resources and our goal is to do it as soon as

5    possible.  But, you know, sometimes it can be a matter of

6    hours.  If it's areas around copyright, we have implemented

7    content tidy.  We have a system by which we can

8    automatically direct and respond right of way back to

9    copyright owner.  So it's -- it's a constant working

10   progress.

11           REPRESENTATIVE MIKE JOHNSON:  In -- in the

12   committee's last hearing with Google's Ms. Juniper Downs, we

13   discussed this.  I raised the case of the Alliance Defending

14   Freedom's content being removed after being reported by a

15   trusted flagger on YouTube.  The -- the flagging

16   organization was the southern -- was the Southern Poverty

17   Law Center, which has kind of an infamous reputation for

18   being, I would say a radical left organization that opposes

19   conservative viewpoints.

20           What criteria does Google use when granting trusted

21   flaggers status to third parties such as the SPLC.

22           MR. SUNDAR PICHAI:  You know, today we -- I first

23   want to clarify one thing.  Our trusted flaggers don't

24   remove content.  They can flag content for us to review

25   and -- and we review flagged content.  It's mostly used by

Page 120

```
 1          law enforcement, many -- many nonprofit agencies in -- in

 2          areas, important areas, like, child safety, terrorism, and

 3          so on.  Southern Poverty Law Center is a trusted flagger.

 4          People can register.  Last we've checked, they've never

 5          flagged a single video on our platform.

 6                   We have reached out to a wide variety of

 7          organizations, including conservative organizations.  We

 8          would be happy to take your suggestions to add, you know,

 9          organizations as trusted flaggers.

10                   REPRESENTATIVE MIKE JOHNSON:  I appreciate that.

11          We need a little objectivity in the reviewers and I'll yield

12          back.

13                   CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The

14          gentleman's time has aspired.  The Chair now recognizes the

15          gentleman from California, Mr. Lieu.

16                   REPRESENTATIVE TED LIEU:  Thank you, Mr. Chair.

17          This is now the fourth hearing in a series of ridiculous

18          hearings on the free speech of internet companies.  A

19          significant portion of this hearing was a waste of time,

20          because the First Amendment protects private individuals and

21          corporation's free speech rights.

22                   Now, there are things that Google does unrelated to

23          speech that I disagree with, but when it comes to search

24          algorithms, your prioritization, what videos you want to

25          show, the First Amendment protects you.  So I'm going to ask
```

1    you a series of questions.  Some of them are fairly basic

2    and I apologize, but I feel like I have to educate some of

3    my colleagues on how the U.S Constitution works.  And feel

4    free to answer yes or no.

5         So my first question is:  We here on the judiciary

6    committee are the government and Google is a corporation,

7    correct; yes or no?

8         MR. SUNDAR PICHAI:  Yes.

9         REPRESENTATIVE TED LIEU:  All right.  The First

10   Amendment limits what government can do in regulating the

11   content of speech.  It does not limit Google, but Google

12   does have to follow corporate laws and other laws.  And

13   under those laws, you and your board of directors have a

14   fiduciary duty to your shareholders, correct?

15        MR. SUNDAR PICHAI:  Yes.

16        REPRESENTATIVE TED LIEU:  Okay.  And one of the

17   ways that Google generates a profit is when consumers use

18   your search engine, they watch videos, some of them click on

19   ads.  They use your applications.  Isn't that one way you

20   generate profit?

21        MR. SUNDAR PICHAI:  That's one of the business

22   models we use.

23        REPRESENTATIVE TED LIEU:  Okay.  And if consumers

24   were not getting the search results they wanted or not --

25   not getting the videos they wanted to see, they might start

Page 122

```
 1      moving to your competitors; isn't that right?
 2              MR. SUNDAR PICHAI:  Every Monday when I run my
 3      management meetings, yes, we worry about -- users have a lot
 4      of choices.  So we work hard to earn their trust every week.
 5              REPRESENTATIVE TED LIEU:  And so, let's say you
 6      figure out that the number one thing users want to see are
 7      dog and cat videos.  Under the U.S. Constitution, you have
 8      the absolute right to promote dog and cat videos.  I'm not
 9      saying you -- you do that, but you do have the right to do
10      that if you wanted to; isn't that correct?
11              MR. SUNDAR PICHAI:  Congressman, I -- I'm not the
12      expert on First Amendment, but generally I -- I think that's
13      right.
14              REPRESENTATIVE TED LIEU:  I thank you.  So, last
15      week when I got noticed we're going to have another one of
16      these hearings, I did a search on Google.  I searched for
17      Congressman Steve Scalise.  He is a Republican.  And I hit
18      the news tab and the first four articles that come up are
19      generally pretty positive.  The first one is from Town Hall,
20      a generally conservative publication, about his book, Back
21      in the Game.
22              The second article, it's also about his book, Back
23      in the Game.  Third is about him talking about election
24      results.  Fourth is from Fox, another positive article about
25      his book, Back in the Game.  You don't have a group of
```

Page 123

1      people at Google, they're sitting there thinking, hey, we

2      like Steve Scalise, so we're going to generate positive

3      articles on these search results?  That's not what's

4      happening, right?

5              MR. SUNDAR PICHAI:  You know, I'm very glad to see

6      congressman Steve Scalise fully recovered and back, but we

7      don't -- we don't, you know, deal with individual queries

8      and, you know, with any viewpoint.  And so this is our --

9              REPRESENTATIVE TED LIEU:  In fact, nowhere in your

10     programming code does Congressman Steve Scalise even show

11     up; isn't that right?

12             MR. SUNDAR PICHAI:  Yes, that's right.

13             REPRESENTATIVE TED LIEU:  Okay.  Now, I'm going to

14     do a real time Google search for a very similar term.  I'm

15     going to change one word.  So I'm going to search for

16     Congressman Steve King.  I'm going to hit the news tab.  The

17     first article that pops up is from ABC news.  It says Steve

18     King's racist immigration talk prompts calls for

19     congressional censor.  That's a negative article, but you

20     don't have a group of people at Google sitting here thinking

21     and trying to modify surgery results, every time Steve Kings

22     comes up, a negative article appears?  That's not what's

23     happening right?

24             MR. SUNDAR PICHAI:  We always operate for any query

25     with the same set of principles.  We are trying to reflect

Page 124

```
 1    what is currently, you know, if it is newsworthy, what is
 2    currently being discussed about that -- that -- that phrase.
 3              REPRESENTATIVE TED LIEU:  Thank you.  So let me
 4    just conclude here, by stating the obvious.  If you want
 5    positive search results, do positive things.  If you don't
 6    want negative search results, don't do negative things.  And
 7    to some of my colleagues across the aisle, if you're getting
 8    bad press articles and bad search results, don't blame
 9    Google or Facebook or Twitter, consider blaming yourself.  I
10    yield back.
11              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The
12    gentleman's time has expired.  The Chair recognizes the
13    gentleman from Arizona, Mr. Biggs.
14              REPRESENTATIVE ANDY BIGGS:  Thank you, Mr.
15    Chairman.  Thanks for being here, Mr. Pichai.  I -- I don't
16    disagree with -- with one point made by the last
17    interrogator -- questioner, let's call them questioner;
18    that's easier to say.  In -- in the sense that I think you
19    have a First Amendment right, to do what you guys want to
20    do.  So you're a private company.  There's very few
21    constraints on the First Amendment, although there are lots
22    of constraints ultimately, when we start looking at it,
23    everything from liable to slander to threatening and
24    intimidating to yelling fire in a crowded theater.
25    There's -- we have constraints on First Amendment speech.
```

1    But you've seemed, as we've gone through here today, to say

2    that Google doesn't have bias.  You, yourself, have said you

3    personally don't have bias or animus, and you also tried to

4    implement policies to prevent bias and animus, as well.

5    Isn't that true?

6         MR. SUNDAR PICHAI:  Yeah.  I -- I -- we work hard

7    to build our products in a neutral way, and are committed to

8    doing it that way.

9         REPRESENTATIVE ANDY BIGGS:  Right.  And in some

10   respects, we haven't heard much discussion about the human

11   intersection with the creation or manipulation or editing of

12   algorithms, but there is human interaction with the

13   creation.  Humans create the algorithms, and you might have

14   some artificial intelligence that -- that might do some

15   additional information as it goes.  But originally the

16   creativity comes from the humans, right?

17        MR. SUNDAR PICHAI:  Yeah, that's right.

18        REPRESENTATIVE ANDY BIGGS:  Well, how can we be

19   assured that foreign adversaries will not use your platform

20   against Americans or American national interests?

21        MR. SUNDAR PICHAI:  You know, we -- we always worry

22   about that, that as a threat factor.  And this is why we

23   make sure, you know, the -- the best way we do it.  When

24   we're building our products, we don't rely on, you know, one

25   person or groups of people to be able to do it.  We follow a

Page 126

1    set of robust processes, including tests and validation both

2    from users.  We get feedback from users, and we use raters

3    externally, to evaluate.  And we do this, for example, our

4    search raters in the U.S. are there in all the 50 states of

5    the U.S.  We geographically distribute them, so that we

6    really get the perspectives of everyone around the country.

7          REPRESENTATIVE ANDY BIGGS:  Well, that -- that

8    doesn't really get to the answering my question of -- of

9    security assurance.  And so, I -- I guess, if manipulation

10   of your information systems was not possible or effective,

11   we -- we would -- we would not be seeing so many countries

12   investing in -- in the capability of manipulation, whether

13   it's Russians or Chinese or Iranians or others that are, you

14   know, attempting to manipulate your system?

15         MR. SUNDAR PICHAI:  And they may be -- there may be

16   attempts to use our products and services.  So, for example,

17   because we provide advertising products, you know,

18   somebody -- and what we saw in the 2016 election was, you

19   know, limited activity, but it's improper.  Two accounts

20   related to Russia, you know, advertised using our platforms.

21         REPRESENTATIVE ANDY BIGGS:  That totaled $4,700 I

22   think you said.

23         MR. SUNDAR PICHAI:  Yeah.  So that's an example of,

24   you know, the kind of threat we see and, you know, it's

25   something we're working hard to mitigate and avoid.

Page 127

1          REPRESENTATIVE ANDY BIGGS:  Okay.  And so, I -- I

2     guess, I would say that it looks like you guys have a policy

3     of do no evil, right?  Is that fair to say you -- you?

4          MR. SUNDAR PICHAI:  It -- it's not an official

5     policy, but, you know, it's a -- it's a statement which has

6     been communicated by us, internally.

7          REPRESENTATIVE ANDY BIGGS:  And -- and other people

8     have brought up the -- the work that you may or may not be

9     doing in China and I want a clarification of that.  Are you

10    looking to expand in China and cooperate with the Chinese

11    government on a platform release in China?

12         MR. SUNDAR PICHAI:  To the question, it's about

13    search.  Right now, we have no plans to launch search in

14    China.  We have always over the years explored how best we

15    can continue to serve users in China, but that's what we're

16    doing.

17         REPRESENTATIVE ANDY BIGGS:  Are you doing anything

18    with the data share with the Chinese government.

19         MR. SUNDAR PICHAI:  Today, we don't operate our

20    services, which -- which involve user data like Google

21    search or Gmail in China.  And so, no.

22         REPRESENTATIVE ANDY BIGGS:  So, you're telling me

23    nothing at all then, with China?

24         MR. SUNDAR PICHAI:  We do provide, you know, for

25    example, Android, which is an operating system.  We work

Page 128

```
 1     with partners around the world and -- and there are OEM
 2     manufacturers around the word, including in China.
 3                  REPRESENTATIVE ANDY BIGGS:  So -- so you
 4     manufacturers, but beyond manufacturers, any -- any other
 5     platform use?
 6                  MR. SUNDAR PICHAI:  We don't have any special
 7     agreements on user data today with --
 8                  REPRESENTATIVE ANDY BIGGS:  Chinese government?
 9                  MR. SUNDAR PICHAI:  That's right.
10                  REPRESENTATIVE ANDY BIGGS:  Okay.  Do you share the
11     data that you collect on civilians with The United States
12     Federal Government?
13                  MR. SUNDAR PICHAI:  We comply with valid law
14     enforcement request -- requests and, you know, and we -- we
15     have a due process.  We comply with valid law enforcement --
16                  REPRESENTATIVE ANDY BIGGS:  What's the extent of
17     that?
18                  MR. SUNDAR PICHAI:  You know, we publish a
19     transparency report, in which we give insights into the law
20     enforcement request we've gotten and are, you know, and --
21     and our compliance there.
22                  REPRESENTATIVE ANDY BIGGS:  The last question I
23     have and real quickly.  In May 2016, Google banned all ads
24     by payday lenders, even though it invested in LendUp, which
25     is effectively a payday lender, and it -- it banned ads
```

Page 129

1    by -- by competitors.  Is that a normal practice?

2              MR. SUNDAR PICHAI:  Congressman, we -- we undertook

3    ad policies in that particular area, because we saw evidence

4    of misuse, and we had gotten a lot of feedback, and that's

5    what we reacted to.

6              REPRESENTATIVE ANDY BIGGS:  Did you -- did you ban

7    your own, LendUp?

8              MR. SUNDAR PICHAI:  I don't think Google is

9    involved.  I think one of our sister companies is, you know,

10   has -- has an investment in --

11             REPRESENTATIVE ANDY BIGGS:  In LendUp, right?

12             MR. SUNDAR PICHAI:  I think that's my

13   understanding.

14             REPRESENTATIVE ANDY BIGGS:  Was it banned?

15             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The

16   gentleman's time -- and a gentleman.  Time hazards.

17             MR. SUNDAR PICHAI:  I can follow up.  I'm not aware

18   of the specifics.  I'm happy to follow up.

19             REPRESENTATIVE ANDY BIGGS:  Okay.  Thank you.

20             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The

21   gentleman's time has expired.  The gentleman from Maryland,

22   Mr. Raskin, is recognized.

23             REPRESENTATIVE JAMIE RASKIN:  Thank you, Mr. Chair.

24   Welcome and thank you for your testimony today.  Do you know

25   what Frazzledrip is?

1           MR. SUNDAR PICHAI:  I'm not aware of the specifics

2      about it.  I heard some references about it from my -- from

3      my team, over the past 24 hours.

4           REPRESENTATIVE JAMIE RASKIN:  I just learned about

5      it in The Washington Post this morning.  There's a article

6      with this headline, "A Platform for Free Speech That

7      Extremist Routinely Exploit."  And in it, the article

8      explains that the recommendation engine for YouTube,

9      which -- which is owned by Google, correct?

10          MR. SUNDAR PICHAI:  Yes, sir.

11          REPRESENTATIVE JAMIE RASKIN:  The recommendation

12     engine for YouTube recently suggested videos claiming that

13     politicians, celebrities and other lead figures were

14     sexually abusing or consuming the remains of children, often

15     in Satanic rituals.  According to watchdog group Algo

16     Transparency.  The claims echo and often site the

17     discredited Pizza Gate conspiracy, which two years ago led

18     to a man firing shots into a northwest Washington D.C.

19     pizzeria in search of children he believed were being held

20     as sex slaves by Democratic party leaders.

21          One recent variation on the theory, which began

22     spreading on YouTube this spring, claimed that Democrat

23     Hillary Clinton and her long time aide, Huma Abedin, had

24     sexually assaulted a girl and drank her blood.  A conspiracy

25     theory, its proponents dubbed Frazzledrip.

Page 131

```
 1              Now, the article goes on to describe how this
 2      Frazzledrip conspiracy is all over YouTube, and some of the
 3      Frazzledrip clips purport to show grainy images of Clinton
 4      and Abedin committing crimes and speak of invoking the death
 5      penalty.  In one video, which has been viewed 77,000 times
 6      and remains online today, has a voiceover that says, "will
 7      these children become the desert at the conclusion of the
 8      meal."
 9              So and this is just one example that they use of
10      extreme right and paranoid conspiracy groups using YouTube
11      as a place to trade their videos and to promote propaganda.
12      What is your company policy on that and are you trying to
13      deal with it?
14              MR. SUNDAR PICHAI:  You know, we are -- we are
15      constantly undertaking effort to deal with misinformation,
16      but, you know, we have clearly stated policies and we have
17      made lots of progress in many of the areas where, you know,
18      over the past year.  So, for example, in areas like
19      terrorism, child safety, and so on.  We are looking --
20      looking to do more, you know, this was a recent thing, but
21      I'm committed to following up on it and -- and making sure
22      we are evaluating these against our policies.
23              REPRESENTATIVE JAMIE RASKIN:  Yeah.
24              MR. SUNDAR PICHAI:  But, it's an area we
25      acknowledge there's more work to be done and, you know, and
```

Page 132

1     and we'll definitely continue doing that.

2             REPRESENTATIVE JAMIE RASKIN:  One of the videos

3     discussed, included images of a body on a table before

4     restrained children and of Hillary Clinton with a bloodied

5     mouth and fangs claiming that she and Abedin drank the blood

6     of their victim.  That was removed, but then another

7     consisting of an exact copy of the video remained online and

8     apparently, remains online.

9             So I -- I mean, is your basic position that this is

10    something you want to try to do something about, but

11    basically there's just an avalanche of such material and

12    there's really nothing that can be done.  And it should be

13    buyer beware, were consumer beware when you go on YouTube?

14            MR. SUNDAR PICHAI:  You know, we do grapple with

15    difficult issues.  I mean, we -- we have to look at it on a

16    video by video basis, and we have clearly stated policies.

17    So we would need to evaluate whether the video, the specific

18    video.

19            REPRESENTATIVE JAMIE RASKIN:  Yeah.

20            MR. SUNDAR PICHAI:  Violates any of our policies.

21    And we do strive to do it for the volume of content we do

22    get and, you know.

23            REPRESENTATIVE JAMIE RASKIN:  Yeah.

24            MR. SUNDAR PICHAI:  We get around 400 hours of

25    video every minute, but it's our responsibility, I think,

Page 133

```
 1       to -- to make sure, you know, YouTube is a platform for
 2       freedom of expression, but it's responsible and contributes
 3       positively to society.
 4               REPRESENTATIVE JAMIE RASKIN:  Some of my colleagues
 5       are upset about negative references to Donald Trump, not
 6       Hillary Clinton or not Barack Obama.  And obviously, you
 7       know, one potential strategy today is to try to heckle you
 8       into somehow playing favorites with Donald Trump and
 9       Republicans.  I think that that would be a silly and
10       ridiculous takeaway from this.  On the other hand, there is
11       material which is a true public danger.
12               You know, you've got a right to have whatever
13       politics you have.  I mean, we could -- we could subpoena
14       Fox News and bring them in here and beat them up about how
15       90 percent of the references on Fox News to Barack Obama, or
16       Hillary Clinton are negative, but they've got that right
17       under the First Amendment.  And you've got a right under
18       First Amendment to have whatever political views you've got.
19               But I think the point at which it becomes a matter
20       of serious public interest is when your communications
21       vehicle is being used to promote propaganda that leads to
22       violent events, like the guy showing up within the Pizza
23       Gate conspiracy case.  And so I guess my question is, are
24       you taking that threat seriously?
25               CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The
```

Page 134

1    gentleman's time has expired, but you can answer the

2    question.

3              MR. SUNDAR PICHAI:  Thank you.  We have very clear

4    policies against hate speech, things which could incite harm

5    or hatred or violence.  And, you know, that's an area where

6    we are clearly taking a lot of action.  But I -- I want to

7    acknowledge there's more work, more work to be done.  And,

8    you know, with our growth comes more responsibility, and we

9    are committed to doing better, as we invest more in this

10   area.

11             REPRESENTATIVE JAMIE RASKIN:  Thank you, Mr.

12   Chairman.

13             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.

14   The Chair now recognizes the gentlelady from Georgia, Ms.

15   Handel.

16             REPRESENTATIVE KAREN HANDEL:  Thank you, Mr.

17   Chairman.  Thank you, very much for being here, Mr. Pichai.

18   For years, the Federal Trade Commission on a bipartisan

19   basis has affirmed that precise geolocation information is

20   considered highly, highly sensitive and that consumers must

21   opt in to that.  Do you agree with that?

22             MR. SUNDAR PICHAI:  Yes, I agree with that.

23             REPRESENTATIVE KAREN HANDEL:  Do you think there's

24   other information, privacy information of consumers, that

25   should also be required to have opt in versus opt out.

1           MR. SUNDAR PICHAI:  In general, I think a framework

2      for privacy in which users have a sense of transparency,

3      control and choice, and have a clear understanding of the

4      tradeoffs they need to make, I think is very good for

5      consumers and we would support that.

6           REPRESENTATIVE KAREN HANDEL:  Okay.  And speaking

7      of privacy and transparency, I'm trying to understand the

8      difference between a paying customer for the Google Suites

9      versus the free Gmail.  So when it comes to data collection,

10     are the criteria and the rules the same if you're on Google

11     Suites versus Gmail?

12          MR. SUNDAR PICHAI:  Gmail -- Google Suite is a -- a

13     broader suite of products than Gmail alone.  You know, we

14     have very specific policy -- policies around Gmail.  In

15     general, we don't as a company, we don't read your Gmail,

16     unless we have expressed consent from you, for example, to

17     investigate security or abuse related to an account.  On G

18     Suite.  We provide G Suite across many instances.  We have

19     clear policies against that, too.  We don't use it --

20          REPRESENTATIVE KAREN HANDEL:  All right.  But what

21     I'm asking is are the policies different?

22          MR. SUNDAR PICHAI:  We don't distinguish between.

23     So, for example, today we provide G Suite for free to many

24     educational institutions.  We don't use the data for -- from

25     within G Suite for advertising.

Page 136

1          REPRESENTATIVE KAREN HANDEL:  You collect it?

2          MR. SUNDAR PICHAI:  Well, we store.  You know, G

3     Suite involves user documents, be it documents or Gmail, so

4     we store it for the -- for the user so that they can access

5     it.

6          REPRESENTATIVE KAREN HANDEL:  And no one in your

7     company has access to it?

8          MR. SUNDAR PICHAI:  People --

9          REPRESENTATIVE KAREN HANDEL:  Or they do have

10    access?

11         MR. SUNDAR PICHAI:  We have policies that they

12    cannot access it unless they have specific consent from the

13    user, for a specific situation.

14         REPRESENTATIVE KAREN HANDEL:  Okay.  What would be

15    one of those reasons.

16         MR. SUNDAR PICHAI:  For example, you may want to

17    investigate fraudulent activity related to your account,

18    and, you know, we -- we may ask for your permission to do --

19    do that.  There may be a valid law enforcement requirement,

20    which we have to comply with.

21         REPRESENTATIVE KAREN HANDEL:  All right.  I'm going

22    to go back to Google Takeout, which my colleague from

23    Georgia asked about earlier.  I would say that the average

24    person probably has never heard of Google Takeout until

25    recently.  So when did it become available?

1          MR. SUNDAR PICHAI:  You know, we -- we started this

2     effort, you know, I'm aware of it as earliest over 10 years

3     ago, and we started building for many of our products.  We

4     started an office in Chicago with the express goal of

5     providing users with this takeout capabilities.  I think we

6     were quite unique in starting to work on that as a company,

7     but there's more effort we plan to do there.

8          REPRESENTATIVE KAREN HANDEL:  Who has access to it?

9          MR. SUNDAR PICHAI:  This is for users.  So, for

10    example, if you decide to, you know, stop your Gmail account

11    and you go with another email provider, being able to take

12    your Gmail data with you, and that's what it's designed for.

13    Takeout is for users.  Yeah.

14          REPRESENTATIVE KAREN HANDEL:  And -- but no one

15    from within Google or any other place, can come in to Google

16    Takeout and get your information?

17          MR. SUNDAR PICHAI:  No.  It's -- it's expressly

18    designed for consumers to take their data with them and --

19          REPRESENTATIVE KAREN HANDEL:  I understand what

20    it's designed for.  I'm asking who practically can get

21    access to it?

22          MR. SUNDAR PICHAI:  You know, we have very strict

23    limitations on access to sensitive --

24          REPRESENTATIVE KAREN HANDEL:  Oh, so it's more than

25    just, if -- if I were going to Google Takeout for Karen

Page 138

```
 1    Handel, I'm not the only person who has access to my Google

 2    Takeout?

 3              MR. SUNDAR PICHAI:  No.  You are the only person

 4    who can take out your data, but I'm just saying, you -- you

 5    asked about internal systems.  We have clear policies.

 6    Employees can't go looking at user data, unless there is

 7    a -- there are a narrow set of circumstances, which may

 8    involve either consent from the user or legal situations, et

 9    cetera.

10              REPRESENTATIVE KAREN HANDEL:  All right.  Is it

11    free?

12              MR. SUNDAR PICHAI:  Is takeout?

13              REPRESENTATIVE KAREN HANDEL:  To get your data?

14              MR. SUNDAR PICHAI:  Yes.  It is free.

15              REPRESENTATIVE KAREN HANDEL:  So when a person

16    takes their data out or they want to go through and clean up

17    privacy and they delete, is it really deleted or is it just

18    hidden.

19              MR. SUNDAR PICHAI:  If -- depending on the service,

20    if you're terminating your account and you -- you delete the

21    data, it will take some time, and we communicate that to

22    propagate through our systems and -- and get removed, but we

23    follow through on that.

24              REPRESENTATIVE KAREN HANDEL:  But it's deleted,

25    it's not just hidden from sight?
```

1           MR. SUNDAR PICHAI:  It's deleted.

2           REPRESENTATIVE KAREN HANDEL:  Okay.  One last

3      question.  You said that your company embarked on an

4      initiative to register people to vote.  How did you do that

5      and who did you target and in what states?

6           MR. SUNDAR PICHAI:  All -- all we -- you know, so,

7      for example, during registration windows, we, you know,

8      we -- we highlight, we give people information about where

9      to register.  We do these things representatively across --

10      for all our users across the U.S.  And all indications are

11      that the participation is uniformly high across our user

12      base.  So the, you know, we -- we do this with the express

13      goal of --

14           REPRESENTATIVE KAREN HANDEL:  But how did you do

15      it?  Did you send out links?  Did you send out voter

16      registration forms to people?

17           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The

18      gentlelady's time has expired, but you can answer the

19      question.

20           REPRESENTATIVE KAREN HANDEL:  Thank you.

21           MR. SUNDAR PICHAI:  For example, on -- on the

22      Google home page, we may say check where you're polling

23      places, and as a user, you can click on it and we give you

24      the location of your closest polling locations and the

25      opening times available to you.  That's an example.

1              REPRESENTATIVE KAREN HANDEL:  I'll be following up

2       on that.  Thank you, Mr. Chairman.  I yield.

3              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The Chair

4       now recognizes the gentlelady from Washington State, Ms.

5       Jayapal.

6              REPRESENTATIVE PRAMILA JAYAPAL:  Thank you, Mr.

7       Chairman.  And thank you, Mr. Pichai, for coming to testify

8       before us.  I, for one, am thrilled that you, as a company

9       encourage people to vote.  I think we should all do that.

10      I'd love to see election day as a holiday.

11             I've been deeply concerned for some time about

12      employers mandating forced arbitration rather than allowing

13      for people to pursue justice.  And forcing people into

14      arbitration when they've already experienced a violation of

15      their basic rights, I think is a deep injustice, and it

16      subjects people who have already been victimized to further

17      victimization.  And we've seen research that shows that it

18      discourages people from coming forward to report abuses to

19      begin with.

20             There are very successful companies in your field,

21      including companies like Salesforce, that have thrived while

22      foregoing forced arbitration contracts and clauses.  And I

23      think that we can all agree that the argument, that

24      eliminating force arbitration threatens innovation should be

25      dismissed out of hand.  Eliminating forced arbitration has

1     been a shared priority by my colleagues on this committee,

2     as evidenced by the fact that our ranking member, Jerry

3     Nadler, as well as Hank Johnson, David Cicilline and I have

4     all introduced legislation to end the practice.

5           And I was very heartened to see that Google ended

6     forced arbitration, but only in the context of -- of sexual

7     harassment.  And so, I hope you agree with me, that

8     upholding people's fundamental right to safety in the

9     workplace and freedom from discrimination, whether it's

10    based on gender or sexual orientation or race or religion or

11    any other metric, really benefits all of us.

12          And so, I wanted to point out that it's

13    particularly critical for companies like Google to take that

14    moral leadership in this space, since there are limitations

15    for affected people to pursue systemwide change through

16    tools, like class action lawsuits.  And I recognize that

17    this is not exclusive to Google and that it extends to many,

18    many other employers.

19          But since you're here before the committee today,

20    which has jurisdiction over this issue, I want to ask you if

21    you will voluntarily commit to expanding the policy of

22    ending forced arbitration for any violation of a person's

23    rights, not just around sexual harassment, but really for

24    all of your employers and your contractors.

25         MR. SUNDAR PICHAI:  Congresswoman, thanks for the

Page 142

```
 1    question.  It's an important area.  One thing, if I could
 2    clarify.  Today, our arbitration agreements don't require
 3    any confidentiality provisions.  That's how we have done it.
 4    But -- but as you -- as you mentioned, for sexual
 5    harassment, we -- we agreed that it should be up to the
 6    employees and we gave them a choice.
 7            We're definitely looking into this further.  It's
 8    an area where I've gotten feedback, personally, from our
 9    employees.  So we are definitely reviewing what we could do.
10    And, you know, I'm -- I'm -- I'm looking forward to
11    consulting and -- and happy to think about more -- more
12    changes here.
13            REPRESENTATIVE PRAMILA JAYAPAL:  Well, we'd love to
14    work with you on that.  I think that this, really, for
15    people who are listening to this hearing that may not
16    understand this.  Basically, when you sign a contract, as we
17    saw with sexual harassment, you -- some -- some employees
18    don't even know what they're signing away, but they're
19    signing away their ability to actually pursue claims, in the
20    justice system, by going to forced arbitration.
21            And so I think that this is very, very important.
22    I think you're point about confidentiality is important, but
23    that's not the issue here.  That is about transparency, but
24    it's not about the basic right of somebody to seek access to
25    do process and to justice, in the courts.
```

1          So what stage are you at in advancing the issue of

2     ending forced arbitration, both on the sexual harassment

3     side, but also in terms of the process for looking at it

4     more broadly?  How do we -- how do we have a timeline?  How

5     do we engage with you to make sure that you endorse our

6     legislation, as we move forward in the next congress?

7          MR. SUNDAR PICHAI:  We've already, you know,

8     we've -- we've already enacted the changes for forced

9     arbitration for giving arbitration as an option, for

10    employees for sexual harassment.  We're definitely reviewing

11    what more we could do in this area.  I'm definitely happy to

12    have my office follow up, as they're thinking about it to

13    get -- get your thoughts on it.  And we are definitely

14    committed to looking into this more and making changes.

15         REPRESENTATIVE PRAMILA JAYAPAL:  Thank you.  The

16    other issue I wanted to just raise in my last minute, is

17    moderating hate speech.  And this has come up in a number of

18    different ways, and we appreciate the work that you have

19    done, particularly with YouTube.  I know we had Alex Jones

20    in the room earlier, but I think, you know, promoting

21    conspiracy theories that are patently false and result in

22    real harm is a problem.

23         Do you agree with the UN High Commissioner for

24    Human Rights assessment that social media played a role, for

25    example, in perpetuate -- perpetuating genocide side against

1     the Rohingya and what is Google's responsibility to moderate

2     hate speech on -- on your platforms?

3          MR. SUNDAR PICHAI:  We feel a tremendous sense of

4     responsibility to moderate hate speech.  You know, define --

5     we've defined hate speech clearly as inciting violence or

6     hatred towards groups of people.  It's absolutely something

7     which I think we need to take a very strict line on and --

8     and we've stated our policies clearly and we're working hard

9     to make our enforcement better, and -- and we've gotten a

10    lot better, and but it's not enough.  And so, we're

11    commented to doing more here.

12         REPRESENTATIVE PRAMILA JAYAPAL:  Well, we really

13    look forward to working with you on that.  And before I

14    yield back, Mr. Chairman, let me just take a point of

15    personal privilege to say, I was born in the same state as

16    you in India, and I'm excited to see you leading a company

17    and continuing to show that immigrants to this country

18    contribute great value, in spite of some of the rhetoric we

19    hear.  Thank you, Mr. Pichai.  I yield back.

20         CHAIR OF THE HOUSE JUDICIARY COMMITTEE:

21    Gentleman's lady -- gentlelady's time has expired.  Now, The

22    Chair recognizes the gentleman from Pennsylvania, Mr.

23    Rothfus.

24         REPRESENTATIVE KEITH ROTHFUS:  Thank you, Mr.

25    Chairman.  Mr. Pichai, thank you for being here.  I

Page 145

1    appreciated the reference to Pittsburgh in your opening

2    testimony.  Great to have you in a -- a part of our

3    community there.  Your company really should be held out as

4    a success story of America's free enterprise system.  Google

5    has very powerful products and services.  There is a saying

6    that goes, with -- with great power comes great

7    responsibility and I think you realize that.

8           I want to talk a little bit about these allegations

9    of bias that have been out there.  You know, I've seen the

10    media reports about a few Google engineers lamenting the

11    2016 election results.  Then, they discussed potentially

12    manipulating search results that would favor some political

13    viewpoints in the future.  On a hypothetical level, those

14    Google engineers believe that they had the power to

15    influence an election.

16           Do you think Google's products and services are

17    powerful enough that they can sway public opinion to tilt an

18    election if the company wanted to?  Are your products that

19    powerful?

20           MR. SUNDAR PICHAI:  Congressman, today we see users

21    get information from a wide variety of sources.  And while

22    Google is a big player in search, search is just one of the

23    ways in which people get information.  They get it from

24    social networking sites.

25           REPRESENTATIVE KEITH ROTHFUS:  Do you -- do you

Page 146

1    think that your products are that powerful?

2         MR. SUNDAR PICHAI:  That's not the way I think

3    about it when we are building -- building the products.  You

4    know, we constantly worry about the areas where we are not

5    doing well and we're looking to do better.  We definitely

6    see a lot of innovation, not just from within the U.S.  but

7    globally around the world.  And -- and we do realize we are

8    a large company and with that comes scrutiny, and we -- we

9    think it's important to engage on that.

10         REPRESENTATIVE KEITH ROTHFUS:  You know, you've

11    testified about Google and its algorithms working on a

12    nonpar -- in a non nonpartisan way.  And that you're

13    confident that Google does not approach work with any

14    political bias.  Zoe Lofgren highlighted the -- the vote

15    in -- in Santa Clara County.

16         Does Google do anything to ensure ideological

17    diversity among its employees and decision makers?

18         MR. SUNDAR PICHAI:  Congressman, we've -- you know,

19    I've communicated clearly to the company that, you know, we

20    need to welcome viewpoints from across all sides.  As a

21    company, we are -- your right.  We're definitely based in

22    northern California.  And clearly, you know, there -- there

23    is a leaning there, but last year was the first year we grew

24    faster outside of California than within California.  We

25    also have -- have employees globally and I do see a wide

1        variety of opinions expressed across --

2              REPRESENTATIVE KEITH ROTHFUS:  When -- when Mr.

3        Johnson asked a question about the -- the -- the trusted

4        flagger program.  You said for us to review.  Who's the us?

5        Who's doing the -- who's doing that review?

6              MR. SUNDAR PICHAI:  We review things, both with a

7        combination of our automated -- automated systems, as well

8        as manual reviewers.  These are people who are part of --

9              REPRESENTATIVE KEITH ROTHFUS:  And -- and how many

10       people is that?  How -- how many; is it a committee?  Is it?

11             MR. SUNDAR PICHAI:  You know, in 20 -- we've

12       committed to scale up our manual reviewers to over 10,000

13       people, and we are well -- well underway to do that.  And so

14       this is thousands of people working 24/7 globally across,

15       looking at content based on our policies.

16             REPRESENTATIVE KEITH ROTHFUS:  Google has described

17       it -- it's ethic with these pithy, great statements; don't

18       be evil, do the right thing.  I'd like to discuss these

19       ideals in relation to reports at Google, that we've been

20       talking about with China.  The strict authoritarianism the

21       Chinese government rules its people has caused concern

22       around the globe for generations.  I vividly recall the

23       early days of June 1989 and Tiananmen Square.

24             Now I read reports, recent reports, about crackdown

25       on Muslims, on Christians, on Falun Gong, mass

1      incarcerations and human rights abuses against people of

2      faith in China should be a major concern for everyone around

3      the world, including your company.  Did Google design a

4      prototype for a search engine that could be used in China to

5      censor content?

6              MR. SUNDAR PICHAI:  Congressman, we have undertaken

7      an internal effort.

8              REPRESENTATIVE KEITH ROTHFUS:  Did they -- did you

9      create a prototype, though?  There was a report in The

10     Intercept that says a prototype for the censored search

11     engine was designed.

12             MR. SUNDAR PICHAI:  We have --

13             REPRESENTATIVE KEITH ROTHFUS:  Are they wrong?

14             MR. SUNDAR PICHAI:  We have explored what search

15     could look like, if it -- if it were to be launched in a

16     country like China.  And that's what we explored and -- and

17     that --

18             REPRESENTATIVE KEITH ROTHFUS:  How many months was

19     that project ongoing?

20             MR. SUNDAR PICHAI:  We've had the project underway

21     for a while, and there have been other projects which we

22     have undertaken for a while and we have never launched them,

23     too.  So we're constantly exploring --

24             REPRESENTATIVE KEITH ROTHFUS:  How many -- how many

25     people were working on it?

Page 149

1          MR. SUNDAR PICHAI:  The estimates, you know, of --

2     sorry.  The number of engineers on the project have varied

3     over time.

4          REPRESENTATIVE KEITH ROTHFUS:  10?

5          MR. SUNDAR PICHAI:  At one point we've had over a

6     100 people working on it.  That's my understanding.

7          REPRESENTATIVE KEITH ROTHFUS:  I just want to echo

8     what my colleague, Ms. Jayapal had -- had said.  You know,

9     yeah, I'm glad you're here at the committee, but I'm -- I'm

10    glad you're here in our country.  You are the success story

11    and I can just think of you sitting as a teenager in India,

12    thinking that this was probably never even on your -- your

13    radar.  But you came to this country because this country

14    had that promise out there and I want to thank you for being

15    here today and encourage you to continue collaborating with

16    this committee.  Thank you.

17          CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The

18    gentleman's time has expired.  The Chair now recognizes the

19    gentlelady from Florida, Ms. Demings.

20          REPRESENTATIVE VAL DEMINGS:  Thank you, so much,

21    Mr. Chairman and Mr. Pichai, I'm here.  Thank you, so much

22    for being here and enduring all that we have heard and seen

23    today.

24          As you know, Google certainly has significant

25    influence over the dissemination of information to the

Page 150

```
 1    American people.  You have the ability to mold and shape how
 2    we think, the decisions we make, what we buy.  But let me
 3    just remind you and others, that America, with all of its
 4    greatness, has enough problems and we have to make sure that
 5    the gift of Google is used.  The service that you provide is
 6    a responsible one.  In your own statement you said, that the
 7    American people have the ability to use technology to
 8    improve their lives.  So that tells me Google helps to solve
 9    problems, not create problems.
10         My concern specifically centers around the
11    protection of the consumers, because Google certainly would
12    not be anything without the consumer.  So the protection of
13    the data, their information, the -- the level of service
14    that you provide.  And I know we've talked a lot today about
15    data collection and how it's used, and if the settings are
16    in place, then it's not collected.
17         So let me just understand, really starting with the
18    chairman's questions, which I thought was a -- a good
19    opening for us.  If a consumer tells you not to collect
20    their data, then you do not collect the data; is that
21    correct?
22         MR. SUNDAR PICHAI:  That's -- that's right.
23         REPRESENTATIVE VAL DEMINGS:  Okay.  And how does
24    Google or does Google allow advertisers to target ads based
25    on sensitive factors, like race, ethnicity, religious,
```

Page 151

```
1     affiliation?
2              MR. SUNDAR PICHAI:  Currently, we don't have those,
3     the ones you mentioned, as factors in our advertising
4     product.
5              REPRESENTATIVE VAL DEMINGS:  Okay.  And what is
6     your policy regarding predatory advertisements?
7              MR. SUNDAR PICHAI:  You know, we -- we have strict
8     policies against and, you know, we -- we respond to con --
9     concerns there.  We have undertaken significant changes to
10    detection, we find predatory practices on our platform.  So
11    it's an area we're committed to doing better.
12             REPRESENTATIVE VAL DEMINGS:  And since we do
13    represent everybody, poor communities as well as affluent
14    communities.  How do you make sure that the information that
15    is received in at risk communities protects the consumer, if
16    you will?  How are they treated the same in terms of
17    affluent versus poor communities?  How do you make sure that
18    they are.
19             MR. SUNDAR PICHAI:  We do engage with community
20    organizations.  We do, you know, our teams do wide outreach.
21    And to the extent there are specific concerns, which, you
22    know, the -- there's an abuse of our product or platform
23    which affects, you know, communities disparately, we do
24    follow up and engage and take action.
25             REPRESENTATIVE VAL DEMINGS:  And how do you do that
```

Page 152

1     again, please?

2              MR. SUNDAR PICHAI:  So, for example, you know,

3     the -- if there's a specific category of a product where,

4     you know, we -- we get clear feedback, the way we have

5     implemented the product has a disparate effect on some

6     minority communities, we do engage and we understand and,

7     you know, make changes in our products or policies.

8              REPRESENTATIVE VAL DEMINGS:  So you get feedback.

9     So do you initiate or do any checking or is -- does that

10    information have to come back to you or are you proactive in

11    terms of looking for those type of vulnerabilities?

12             MR. SUNDAR PICHAI:  We do both and, you know, but I

13    do think there's more we can do in being proactive, and it's

14    something I'm happy to follow up and understand better.

15    But, you know, it's an area we're committed to doing well.

16             REPRESENTATIVE VAL DEMINGS:  You talked quite a bit

17    about working more with law enforcement.  I believe you said

18    that maybe four or five times.  I'd like to hear more about

19    some of the things that you do with law enforcement to

20    protect the consumers, as well and protect our electoral

21    process and other things that we should care about.

22             MR. SUNDAR PICHAI:  We -- we do this across a wide

23    variety of areas.  So, for example, when there were concerns

24    expressed about election interference, it's an area where we

25    look to law enforcement for guidance.  Areas like child

1    safety is an area where we actively collaborate with law

2    enforcement agency.  So fraud, malware and, you know,

3    depending on the area, we engage and we support them through

4    efforts they are trying to do.  The opioid crisis is a good

5    example of an area where we are doing a lot of work with law

6    enforcement.

7            REPRESENTATIVE VAL DEMINGS:  What do you think is

8    the main area where Google could improve to better help the

9    consumer?

10           MR. SUNDAR PICHAI:  I always --

11           REPRESENTATIVE VAL DEMINGS:  To better protect the

12   consumer.

13           MR. SUNDAR PICHAI:  I always think, you know,

14   privacy is an area where we think is sacrosanct and we've

15   done a lot for users over the years, but it's an area where

16   expectations are constantly evolving, and we are, as a

17   company, needing to evolve and adapt to it.  And so, it's an

18   area we're committed to doing better.  But it's an area I

19   want to acknowledge that there's more to do, and that it's

20   never done, and -- and something we are committed to doing

21   better.

22           REPRESENTATIVE VAL DEMINGS:  Again, thank you.

23   And, Mr. Chairman, I yield back.

24           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The

25   gentlelady yields back.  The Chair now recognizes the

Page 154

1       gentleman from Texas, Mr. Gohmert, for five minutes.

2              REPRESENTATIVE LOUIE GOHMERT:  Mr. Pichai, I

3       appreciate your being here.  And I think most all of us

4       agree on both sides, we applaud great work.  For example,

5       Steven Spielberg, despite politics, he's provided my family

6       a lot of enjoyment and entertainment.  You and your

7       colleagues at Google have created an extraordinary vehicle

8       for searching out things.  It's fantastic.  And as Mr. Lieu,

9       my friend across the aisle was pointing out, you know,

10      you've got government that's not supposed to interfere in

11      people's civil rights, and then you've got a company, a

12      corporation like Google.

13             My problem is when the government gives its

14      immunity from lawsuits over to a private corporation, that's

15      the head of that corporation, doesn't even realize that

16      there is political bias run amok in his company.  And that's

17      the problem.  I don't want to see you overregulated.  I

18      don't want to see you regulated.  I want to see others come

19      up with brilliant ways, as you, Mr. Brin and others did to

20      create something that makes life easier.  But a good

21      example, you have a trusted flagger, you'd indicated, called

22      the Southern Poverty Law Center.

23             The Southern Poverty Law Center really has stirred

24      up more -- stirred up more hate than about any other group I

25      know.  They stirred up one guy to the point that he went to

Page 155

1    the Family Research Council.  And I know those people, and

2    they're Christians, and they believe and I believe that

3    Christianity is really more based on love than about any

4    other religion in history.  God so loved the world he sent

5    his son.  His son so loved the world, he gave his life.  And

6    yet they stirred up hate against the Family Research Center

7    and a guy goes in shooting.

8            You have -- let -- let's see.  June 18 of this

9    year, Southern Poverty Law Center announced it had reached a

10   settlement with Maajid Nawaz and his organization Quilliam

11   for falsely labeling them as Anti-Muslim hate group.  They

12   were wrong.  Now you consider them a trusted flagger, yet

13   they keep creating problems for people that are not haters.

14   And in fact, they had to -- excuse me.  They had to pay out

15   3.375 million.  My problem is, when you put your moniker on

16   them of trusted flagger, why aren't you paying 3.375 to Mr.

17   Maajid Nawaz.  That's my problem.  You trust people that

18   have stirred up a lot of hate.

19           And another good example, and you don't -- you're

20   so surrounded by liberality that hates conservatism, hates

21   people that really love our constitution and the freedoms

22   it's afforded people like you, that you don't even recognize

23   it.  It's -- it's like a blind man not even knowing what

24   light looks like, because you're surrounded by darkness.

25   But if you look, let's see a good example.  After President

1    Trump won, your co-founder, Mr. Brin, said, quote, "most

2    people here are pretty upset and pretty sad."

3            Now a lot of us seeing the video, we saw how upset

4    the top people at Google were.  And for you to come in here

5    and say there is no political bias in Google tells us, you

6    either are being dishonest and I don't want to think that or

7    you don't have a clue how politically biased Google is.

8            Now another example is Wikipedia.  We do a search

9    and what comes up, as right there is the knowledge panel on

10   the right, and we hopefully will have a -- a screen shot of

11   that.  We get Wikipedia.  My chief of staff went on, she

12   told me, every night for two weeks and put proper, honest

13   information in with proper annotations.  And Wikipedia's

14   liberal editors around the world would knock it out every

15   day and -- instead put up a bunch of garbage, like Mark

16   Levin has now been facing.

17           Yet to you, they get a trusted spot.  And when

18   Wikipedia slanders or liables someone and you're the one

19   that has trusted them above any other entity, you ought to

20   be liable.  You ought to be liable when the SBLC is liable.

21   You ought to be liable when Wikipedia demeans and uses their

22   political bias.  And I hope and encourage you to look around

23   and notice, you runoff conservatives, you embrace liberals,

24   and it's time Google was actually not immune, so that people

25   can hold you accountable and get a little better

1    objectivity.  I see my times run out.  I yield back.

2              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The

3    gentleman yields back.  The Chair now recognizes Mr. King.

4              REPRESENTATIVE STEVE KING:  Thank you, Mr.

5    Chairman.  I appreciate your testimony here today, and I --

6    a number of these questions flow to me, even though I may be

7    repeating some of this.  But I'm still not clear on how many

8    staff and who it is, that establishes the parameters by

9    which the algorithms are written.  Can you tell me about how

10   many staff that is and -- and how that works?

11             MR. SUNDAR PICHAI:  Congressman, today, it's --

12   it's our search team, which -- which works on the core --

13   core of our search teams.  And it's, you know, a little over

14   thousand people.  I can, you know, I'm happy to elaborate

15   more, but it's -- it's thousands of people.

16             REPRESENTATIVE STEVE KING:  That's -- that's close

17   enough, conceptually.  And when you hire them, are there --

18   are there people hired, coming in from the outside, or are

19   they brought up from internally?  What's the typical path to

20   this, that roughly thousand person search team?

21             MR. SUNDAR PICHAI:  It's a combination of both.

22   But the senior most engineers on our search team typically

23   tend to have been in the company for a very long time.

24             REPRESENTATIVE STEVE KING:  And so most of the time

25   you will know them, from having worked with them.  Do you

Page 158

1   then, do you go into their social media to try to determine

2   what they might be doing on social media?

3            MR. SUNDAR PICHAI:  Normally, we don't.  You know,

4   as a company, we have allowed people to express themselves,

5   but we -- we -- we make it clear, that how we build our

6   products is done with great care and thought, focused on

7   giving users the information they are looking for.

8            REPRESENTATIVE STEVE KING:  But -- but these are --

9   this team of roughly a thousand, they're the people that

10  write the parameters by which those who write the

11  algorithms, write the algorithms?

12           MR. SUNDAR PICHAI:  That's roughly correct.  Yeah.

13           REPRESENTATIVE STEVE KING:  Uh-huh.  And so, there

14  isn't really any -- any look at what their private lives

15  are, even though their -- their public social media is not

16  examined by the company.  And does anyone outside of Google

17  know who these thousand people are?

18           MR. SUNDAR PICHAI:  You know, we don't -- we don't

19  examine their personal activities.  And, you know, there are

20  some -- some senior people are -- who do participate in

21  conferences and meetings outside and they are known to the

22  outside community.

23           REPRESENTATIVE STEVE KING:  And we're watching

24  people whose social media has knocked them out of some

25  pretty high positions in life.  Almost every week, there's

Page 159

```
 1        one or more whose social media -- this week, a couple of
 2        them that I can think of just in the last 24 or 48 hours.
 3        But I -- I'm going to make this point and I -- and I believe
 4        I've made it with a number of the -- of the -- the internet
 5        companies that have been sitting here at this table, in the
 6        past.
 7               What we read with situation here is, that there's a
 8        very strong conviction on this side of the aisle, that the
 9        algorithms are written with a -- with a bias against
10        conservatives.  The people on the other side don't agree
11        with that because, of course, it benefits them.  And but
12        what we don't know are, who are these thousand people, and
13        we don't know what their social media looks like.  But we do
14        know that the people that come from that county are about 80
15        percent supporters of Hillary Clinton, if I listen to the
16        gentlelady from California, correctly.
17               And so, that would be a built in bias, if I know
18        people from California and know their politics from
19        California, and I think I do.  So we've got, at least
20        theoretically, a built in bias that's here.  It's not being
21        examined.  Your not examining the social media.  How would
22        you expect that you could get to an objective result which
23        you said that, you know, we build our products in a neutral
24        way, but that doesn't mean that your product comes out
25        neutral.
```

Page 160

1          So how would you expect to get to an unbiased

2     result with a built in formula that I've described, that I

3     don't think you object to or disagree with?

4          MR. SUNDAR PICHAI:  Congressman, it's an important

5     question, but the way we rank our services is essentially

6     based on user feedback, and that's what drives the iterative

7     loop in our you know, in what we put in, so.

8          REPRESENTATIVE STEVE KING:  I do understand how

9     it's prioritized that way, and I watch what's going on.  But

10    I -- I made this point that, if we don't know who the

11    thousand are and we can't look at their social media and we

12    can't see the algorithms to understand the results of the

13    work they're doing behind closed doors.  And yet the public

14    believes that it's an open forum, where there's an -- a

15    balanced exchange of open access for information.

16          Of course, it's not.  And so I have said we either

17    need to know who they are and look at their social media,

18    and if that doesn't solve this problem, next step then is,

19    publish the algorithms.  If that doesn't happen, then the

20    next step on the line is Section 230.  The amendments of

21    Section 230, and the step on the line beyond that is a Teddy

22    Roosevelt step.  Now, I'm with Mr. Gohmert.  I don't want to

23    regulate anything, but neither do I want to see a society

24    that's so polarized and so divided and so loaded that the

25    will of the American people can't be expressed in the ballot

Page 161

```
 1     box.  That looks like either where we are or the direction
 2     we're going.
 3             And I would just finish it with this.  I have a
 4     seven year old granddaughter, who picked up her phone before
 5     the election, and she's playing a little game, kind of game
 6     a kid would play, and up on there pops a picture of her
 7     grandfather.  And I'm not going to say into the record what
 8     kind of language was used around that picture of her
 9     grandfather, but I'd ask you, how does that show up on a
10     seven year old's iPhone who's playing a kids game?
11             MR. SUNDAR PICHAI:  Congressman, iPhone is made by
12     a different company.  And so, you know, I mean.
13             REPRESENTATIVE STEVE KING:  It might have been an
14     Android.  It's just -- it was a hand me down of some kind.
15             MR. SUNDAR PICHAI:  You know --
16             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The
17     gentleman's time has run out.
18             REPRESENTATIVE STEVE KING:  I'd ask --
19             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  You can
20     finish your answer.
21             MR. SUNDAR PICHAI:  I'm happy to follow up and
22     understand the specifics.  It -- there may be an application
23     which was being used which had a notification, but I'm happy
24     to understand it better and clarify it for you.
25             REPRESENTATIVE STEVE KING:  Okay.  Thank you, for
```

Page 162

1    your testimony and yield back the balance of my time.

2    Appreciate it.

3              REPRESENTATIVE JACKSON LEE:  Mr. Chairman?

4              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  For what

5    purposes is the gentlewoman from Texas seek recognition?

6              REPRESENTATIVE JACKSON LEE:  To place three

7    questions on the record, Mr. Chairman.

8              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  You --

9    we've already indicated we'll take all questions submitted

10   in writing and ask him to answer them.

11             REPRESENTATIVE JACKSON LEE:  And I'd appreciate it,

12   if I can share these three.

13             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  All right.

14   The gentlewoman -- without objection, the gentlewoman is

15   recognized --

16             REPRESENTATIVE JACKSON LEE:  I thank you for your

17   courtesy.  I thank you for the courtesy of the gentlelady

18   from Alabama.  I think it's her time next.

19             There have been several points made, and obviously,

20   algorithm has been mentioned over and over again.  Three

21   questions.

22             One, the explaining how algorithm may play into

23   someone's impression that conservative is over liberal.  I

24   think you're very clear on that, but it's not the case.  In

25   addition, your clarification on China and engaging in any

Page 163

1    activities to censor those individuals.  And number three,

2    the algorithms, again, about your products may be a

3    proprietary -- may be a priority over others and any

4    explanation as to how that is, in fact, if you represent it

5    to be not true, or how that might be perceived that happens,

6    your products, Google products, over others and how

7    algorithms may play a part into that.

8            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  And the

9    gentlewoman will submit those in writing to us, so that we

10   can submit them to Mr. Pichai.

11           REPRESENTATIVE JACKSON LEE:  We thank you, and I

12   thank the gentlemen and I thank you for yielding.  Thank

13   you, very much.

14           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.

15   The Chair recognizes the gentleman from Florida, Mr.

16   Rutherford, for five minutes.

17           REPRESENTATIVE JOHN RUTHERFORD:  Thank you, Mr.

18   Chairman.  Mr. Pichai, thank you very much for your

19   testimony today.  I -- I want to go back to the -- the

20   privacy policy and talk about some of those issues, because

21   I think it's very important for the American public.

22           You mentioned the transparency in your policy, but

23   when -- you know, I know your policy is 20 pages long.  It

24   changes multiple times a year.  I have to ask you a couple

25   questions about the -- the policy because I, quite frankly,

Page 164

1     don't understand all of it.  And that is the -- the policy

2     states that, Google's data collection applies when, quote,

3     "you use Google service."  And so most consumers would think

4     that means Google Search or Google Maps.  My question is:

5     Does the policy apply when a consumer contacts a DoubleClick

6     Cookie, are you then -- are they then under that policy, or

7     not?

8          MR. SUNDAR PICHAI:  Today, our product that is

9     called Google Ad Manager.  And in general, when users

10    interact with our services, we, you know, we -- we need

11    their consent and by law, we need to apply our privacy

12    policy, so that we can offer them the full productions we

13    can and -- and fulfill our obligations.

14          And so as part of that, I think if you're

15    interacting with our ad services, we do -- you know, we do

16    get your consent for your privacy policy.

17          REPRESENTATIVE JOHN RUTHERFORD:  So that's written

18    in the policy and -- and they have -- okay.  And then -- and

19    then secondly, if a consumer does not have a Google account

20    but they land on a web page that has Google adware again, is

21    that consumer using a Google service, under the privacy

22    policy?

23          MR. SUNDAR PICHAI:  My understanding would be, yes,

24    if they're interacting.  If they, you know, they may be both

25    subject to the privacy policy of the publisher or -- or --

Page 165

1    or the -- or the application they're using, as well as, the

2    ad platforms that work -- work on the that -- that product.

3              REPRESENTATIVE JOHN RUTHERFORD:  Okay.  And -- and

4    then third and finally, your privacy policy says you collect

5    voice and audio information when you use audio features.

6    However, does this mean Google Assistant is recording our

7    voices in conversations?  How -- how about when just -- just

8    using Google Voice or -- or is that actually being recorded?

9              MR. SUNDAR PICHAI:  Today, if you invoke Google

10   Voice by either using the microphone or you say, okay,

11   Google and issue a command, we treat it like a search query

12   and -- and record that activity.  But we have a -- we have a

13   separate setting which -- in which, as a user, you can

14   choose whether you want these stored or not.  And so, we

15   give uses the choice and the option.

16             REPRESENTATIVE JOHN RUTHERFORD:  See, I -- I -- you

17   know, when it gets to transparency, I think when you realize

18   you have these active -- you know, where I'm clicking and

19   giving that information and agreeing to it, I think people

20   understand that information is -- is going out and -- and

21   they're giving that permission.  But it's these passive

22   collection points, you know, like -- like Android and

23   Chrome, where they're picking up that information and -- and

24   the user, I'm not sure the user actually knows that.

25             And so -- and so, you know, one of -- one of my

Page 166

1    questions is, we're -- we're agreeing to a privacy policy,
2    but we don't really know what information we're -- we're
3    giving up, because it -- it -- there are other groups that
4    you are contracting with, Android and -- and Chrome, who are
5    collecting passive information.  How -- how do you address
6    that and -- and how do you make that transparent for the
7    consumer?
8         MR. SUNDAR PICHAI:  Congressman, we realize privacy
9    policy alone is, you know, is not enough.  This is why we
10   prompt and give privacy checkups.
11        REPRESENTATIVE JOHN RUTHERFORD:  Right.
12        MR. SUNDAR PICHAI:  We have --
13        REPRESENTATIVE JOHN RUTHERFORD:  So -- so let --
14   let me stop you there and ask you then.  Because, you know,
15   is it possible for -- for Google to send me a -- a printout
16   of all the information that they have collected on me within
17   the last month and, you know, where I've been, what --
18   what -- where I've clicked, where.  Is all that
19   information -- you have all that information, that can be
20   provided to me, right?
21        MR. SUNDAR PICHAI:  We -- we do make it available
22   to you very easily.  You know, we want -- we're concerned
23   about the security of the data, so we don't, you know,
24   casually give it out, but -- but--
25        REPRESENTATIVE JOHN RUTHERFORD:  So -- so -- so I

Page 167

```
 1    would ask if -- if -- because I'm running out of time.  But
 2    instead of -- instead of me as a consumer or anyone as a
 3    consumer, giving you the privacy right up front, why don't
 4    you -- why don't you be more honest with me, tell me exactly
 5    what information has been collected, what information you
 6    want to share and then allow me to decide how much of that
 7    information I would like to share as a consumer?
 8              MR. SUNDAR PICHAI:  Congressman, I agree with that
 9    sentiment.  And, in fact, what we precisely do is actually,
10    we are very transparent and like, we make it very easy.  You
11    go to your account settings.  We clearly tell the categories
12    and you can click and see the information we have.  You can
13    turn it on or off, but we want to do better.  And, you
14    know --
15              REPRESENTATIVE JOHN RUTHERFORD:  Yeah, but there
16    are areas where information is being collected, even if I
17    have -- I have the particular sites turned off.  There's
18    still information being collected through some of these
19    other passive systems that you've -- that you've contracted
20    with, correct?
21              MR. SUNDAR PICHAI:  We -- we are pretty explicit
22    about data, which we collect and we give protections for you
23    to turn them on or off.  And even when you use a product
24    like Chrome or Gmail, you know, we -- we are -- or Google
25    Home, we're very clear about the data we collect and we
```

Page 168

1    reflect it back to the user, of the data we have on them.

2    And -- and we try to be transparent.

3           REPRESENTATIVE JOHN RUTHERFORD:  I -- I can just

4    say and my times out, but I -- I would tell you this.  I

5    would much rather be giving permission after I know what

6    information I'm -- I'm giving up.  So thank you very much

7    again, and I appreciate your time.  I yield back, Mr.

8    Chairman.

9           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Chair

10   thanks the gentleman, recognizes the gentlewoman from

11   Alabama, Ms. Roby, for five minutes.

12          REPRESENTATIVE MARTHA ROBY:  Thank you, Mr.

13   Chairman.  Thank you.  I'm just going to build upon what my

14   colleague was just talking about and use a specific example.

15          In June of 2016, Google changed its privacy policy

16   to allow for combining the DoubleClick Cookie information

17   with quote "personal identifiable information."  Before this

18   change, the cookies that tracked people across the web, we

19   were not melded with other consumer information Google got

20   from searches or Android phone use.  And it's my

21   understanding that when Google purchased DoubleClick,

22   representations were made that Google would keep the data

23   separate.

24          The point here is, you've heard from many people

25   concerns today about the consumer and what the consumer

Page 169

1    knows.  And I understand there's a personal responsibility
2    as a consumer to do my part, to try to understand this; but
3    it's also very complicated stuff.  And so I -- I want to
4    point to something positive that Google is doing.
5           In March, you had the online safety road show that
6    came through Alabama's second congressional district, to a
7    middle school, Girard Middle School in Dothan.  You're --
8    you're being a corporate citizen by trying to teach our
9    young people how to be smart and safe on the internet.  And
10   as a mom of a 13 year old girl, I appreciate that very much.
11   I think that is truly, truly a good example of what it means
12   to be a corporate citizen.  That these young people can have
13   the world in their hands and recognizing that all the
14   positive things that can come from it, there's some dangers,
15   as well.
16          I would just say I think what we would all benefit
17   from is -- is understanding, as a corporate citizen, what
18   are you doing to educate the consumer about the privacy
19   policy?  You've heard many of my colleagues point to the
20   fact that you have this 20 page privacy policy, but it
21   changes multiple times during the year or there's
22   representations that are made in 2016, about DoubleClick
23   that change.  And so most of us don't have a -- a way to
24   understand this, in a way to know that the data that's being
25   collected on us, exactly how it's being used.

Page 170

```
 1              So I applaud you for the work that you're doing to
 2      educate our young people, but I would just ask, if you could
 3      provide us -- you said, you used the words evolve and adapt
 4      when it comes to the policy, but what are you doing
 5      specifically to help educate your consumers on how they can
 6      be aware, of when they click accept on the privacy policy,
 7      that they have a better understanding of how their data is
 8      going to be used?
 9              MR. SUNDAR PICHAI:  Congressman, it's a good
10      question.  And, for example, we are sending email remainders
11      for certain types of data that's being collected and asking
12      you to go review your settings.  And that's an example of
13      the kind of evolution we are doing and we're implementing.
14              We're looking at combining settings where we can,
15      so that it's easier for users.  So we want to minimize the
16      number of controls, but we want to match it with users have
17      complex expectations to.  For example, they want some of
18      their devices to be private, but they are okay with some of
19      their other devices being able to be used where locations,
20      wherever, et cetera.
21              So we're trying to match users expectations.  Users
22      do tell us when they search for weather or restaurants, they
23      want restaurants near their location and not somewhere else.
24      And -- and as you can imagine, if someone from Alabama is
25      searching, they want information relevant to them.  So
```

1    that's what we are trying to meet.  But I agree with you,

2    that we need to simply -- simplify this even more, and

3    there's more work to do and it's a constant effort we are

4    undertaking.  As I look into 2019, we'll be doing more

5    changes to make things work better, and I'll take this

6    feedback to account.

7            REPRESENTATIVE MARTHA ROBY:  Well, and then, just

8    one example, my legislative assistant was showing me in the

9    privacy policy, where it's redlined to show the -- the --

10   what the change was, but it's not pointed out to, that I --

11   that I'm aware of.  It's not pointed out to the consumer

12   when the policy is updated, for whatever reason, what the

13   exact change is.  You have to go search for it and find it

14   yourself.  And so, if I've got that correct, you can correct

15   me if I'm wrong.  But my understanding is you would have to

16   scroll through the entire privacy policy -- policy to see

17   where the changes were made; is that correct?

18           MR. SUNDAR PICHAI:  I'm happy to follow up on that.

19   I, you know, I do think there are times we've pointed out to

20   the updates in a block post or something, and we make it

21   clear what the changes are, but happy to follow up and get

22   the specifics on that.

23           REPRESENTATIVE MARTHA ROBY:  I just think the more

24   you could streamline to the consumer how their personal

25   information will be used, is being used, without the

1    consumer having -- I mean, again, there's personal

2    responsibility there, as well.  But I just think you're

3    doing some good things in terms of educating folks about,

4    particularly with the Online Safety Roadshow.  I think that

5    you could take some of the work you're doing there, and

6    hearing our concerns here today, look for ways that you

7    could better educate the consumer moving forward.  Thank

8    you.  I yield back.

9         CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you

10   very much, Mr. Pichai, a couple of quick follow ups here.

11        I don't think anybody asked who makes the judgment

12   calls regarding content moderation at Google?

13        MR. SUNDAR PICHAI:  Chairman, it depends on the

14   area.  So, for example, if it's YouTube, we have, you know,

15   very clear teams which are responsible for YouTube content

16   policies and --

17        CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Are they

18   identified, is it possible for a customer to write to them

19   and say, hey, here's -- here's a concern I have.

20        MR. SUNDAR PICHAI:  We give clear channels for

21   content creators to, you know, to raise consents back.  And

22   we have clear avenues and -- and we also have had people who

23   are responsible for these platforms, including content

24   moderation, up here, you know, and -- and -- and I think

25   they've consulted widely here -- here, too.

1           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I have a

2      question about preloaded apps.  Do you have agreements with

3      the companies that -- I mean, Amazon might have an app that

4      they put on your platform.  Do you have a data sharing

5      agreement with them?  Do they get the information and you

6      get the information that's generated by their app, as well?

7      How does that work?

8           MR. SUNDAR PICHAI:  We don't have any special

9      agreements with respect to user data, as part of preloading

10     any application.

11          CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  So if

12     another -- somebody puts an app on your platform, they do it

13     with your permission; is that correct?

14          MR. SUNDAR PICHAI:  Not necessarily, you know.  So,

15     for example, our -- a device manufacturer can preload

16     applications on -- on Android and, you know, it's up to them

17     and the app developer to do so.

18          CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  All right.

19     Do -- if they operate on your operating system, do you get

20     the information, as well as, the app owner?

21          MR. SUNDAR PICHAI:  Of -- of information about

22     what's happening within that application.

23          CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Right.

24          MR. SUNDAR PICHAI:  Unless there -- there may be

25     specific cases where the user is given as diagnostic

Page 174

1    information.  So the answer would depend on the context, but

2    in general, no.  I mean, the relationship is between the

3    user and the app developer.

4            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  So if you

5    get an app that gathers information on a specific thing,

6    that's not also coming to Google, as well as, to the -- the

7    developer of the app?

8            MR. SUNDAR PICHAI:  In a general sense, no.

9            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  All right.

10   And then finally, and this you can -- you can write to us a

11   written answer, because it's a very lengthy answer, I

12   believe.  But I'm interested in knowing -- I know you've had

13   a lot of difficulties in Europe of late.  And I'm interested

14   in knowing how your policy in Europe differs from your

15   policy in The United States.

16           MR. SUNDAR PICHAI:  I'm happy to have it -- I think

17   it's a pretty extensive topic.  I'm happy to have follow up

18   on that -- that area back to -- back to your office.

19           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Okay.

20   Yes, we would appreciate that.  We'll give you some written

21   questions, that other members have provided.  We'll have

22   some more of our own, and we would ask that you respond to

23   those promptly.

24           MR. SUNDAR PICHAI:  We definitely will.

25           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.

Page 175

1        Well, you've gone for about three and a half hours, and it's
2        about what we predicted, isn't it, yesterday when we talked?
3        So we thank you very much for your participation today.
4        This concludes today's hearing and without objection, all
5        members will have five legislative days to submit written
6        questions for the witness or additional materials for the
7        record.  And with that, this hearing is adjourned.
8                    (Proceedings concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 176

1                    CERTIFICATE OF TRANSCRIBER

2

3

4              I, MELISSA IADIMARCO, do hereby certify that I was

5      authorized to transcribe the foregoing recorded proceeding; and

6      that the transcript is a true and accurate transcription, to the

7      best of my ability, taken while listening to the provide

8      recording.

9

10             I FURTHER CERTIFY that I am not of counsel or

11     attorney for either or any of the parties to said proceedings,

12     nor in any way interested in the events of this cause, and that

13     I am not related to any of the parties thereto.

14

15

16             Dated this 18th day of February, 2025.

17

18

19     _____

20       MELISSA IADIMARCO

21

22

23

24

25

**[1.5 - absolutely]**

| 1 |
|---|
| **1.5**   20:25 |
| **10**   11:15 52:1 |
|    84:19,20 137:2 |
|    149:4 |
| **10,000**   147:12 |
| **100**   73:22 149:6 |
| **1000000**   4:5 |
| **1039**   75:5 |
| **116th**   48:2 |
| **12**   1:14 48:10,13 |
|    84:20 |
| **125**   88:14 |
| **13**   169:10 |
| **14**   11:1 |
| **15**   19:2 41:14 |
|    55:9 99:4 |
|    102:22 105:11 |
|    105:11 114:14 |
| **150**   21:2 |
| **16**   55:9 |
| **160**   24:20 |
| **17**   15:25 55:9 |
| **170**   73:4 |
| **18**   74:19 155:8 |
| **18th**   51:18 |
|    176:16 |
| **1989**   147:23 |

| 2 |
|---|
| **2**   23:13 |
| **2.6**   33:18 |
| **20**   10:13 19:21 |
|    27:23 35:8 |

41:23 46:5
57:15 59:17
61:1 73:3 97:10
147:11 163:23
169:20
**20,000**   38:13
**200**   40:25 61:6
**2006**   100:12
**2010**   4:8,8 49:19
85:7,10 102:21
**2016**   8:15 15:3,9
16:1 30:10
33:19 41:23
63:2,11 64:15
89:7 95:25
113:17 126:18
128:23 145:11
168:15 169:22
**2018**   1:14 30:25
52:1 56:4
**2019**   171:4
**2025**   176:16
**21**   81:12
**21st**   3:7
**22790**   176:18
**230**   7:23 25:4
160:20,21
**24**   10:25 130:3
159:2
**24,000**   21:3
**24/7**   147:14
**25**   19:5 114:14
**28**   24:20 95:24

| 3 |
|---|
| **3**   41:12 |
| **3.375**   155:15,16 |
| **3.5**   12:4 |
| **30**   57:7 |
| **340**   10:25 |
| **35**   14:14 |
| **375**   114:15 |

| 4 |
|---|
| **4,556**   10:8 |
| **4,700**   30:13,14 |
|    126:21 |
| **400**   132:24 |
| **43**   21:3 |
| **48**   159:2 |

| 5 |
|---|
| **5.5**   98:18 |
| **50**   42:23 105:13 |
|    126:4 |
| **500,000**   16:24 |
| **52**   70:16 |

| 7 |
|---|
| **7.7**   117:3 |
| **70**   117:5 |
| **71**   68:9 |
| **72**   29:18 |
| **77,000**   131:5 |

| 8 |
|---|
| **80**   159:14 |
| **83**   100:25 |
| **84,000**   88:15 |

| 85   44:9 98:21 |
|---|
| **86**   98:21 |
| **8th**   56:3 |

| 9 |
|---|
| **90**   2:24 33:1 |
|    42:17 43:3 |
|    116:15 133:15 |
| **90,000**   45:13 |
|    109:11 |
| **95**   97:13 |
| **96**   33:10 35:12 |

| a |
|---|
| **abc**   123:17 |
| **abedin**   130:23 |
|    131:4 132:5 |
| **ability**   19:17 |
|    100:24 101:3 |
|    115:19 142:19 |
|    150:1,7 176:7 |
| **able**   3:6 7:13 |
|    16:15 24:12 |
|    35:25 39:9,10 |
|    42:5 62:6 73:22 |
|    74:2 91:18 |
|    102:12 115:17 |
|    125:25 137:11 |
|    170:19 |
| **abolished**   14:16 |
| **above**   29:9 |
|    156:19 |
| **absolute**   122:8 |
| **absolutely** |
|    25:22 49:3 |

59:16 144:6
**abuse** 12:6 60:2
  88:23 135:17
  151:22
**abused** 17:6
**abuses** 140:18
  148:1
**abusing** 130:14
**accelerometer**
  11:4
**accept** 170:6
**acceptable**
  118:15
**accepted** 96:10
  98:25 103:11
**access** 12:21
  19:23 42:21
  48:25 50:4,5
  83:9 85:9 95:14
  95:17 104:23
  106:3 136:4,7
  136:10,12 137:8
  137:21,23 138:1
  142:24 160:15
**accessibility**
  58:22 59:22
**accident** 33:13
**accommodate**
  17:16 38:12,19
**accomplishme...**
  6:21
**account** 24:21
  32:12,13 71:8
  71:14,15 94:9

94:10 135:17
  136:17 137:10
  138:20 164:19
  167:11 171:6
**accountability**
  2:7 12:15
**accountable**
  79:15,23 156:25
**accounts** 30:11
  30:22 31:4
  126:19
**accurate** 11:8
  21:19 34:14
  35:9 64:20 67:6
  68:13 80:1
  176:6
**accurately**
  29:11 84:14
**acknowledge**
  51:14 55:15
  131:25 134:7
  153:19
**acquiescence**
  105:22
**act** 7:22,23 25:5
  43:21,22 44:7
  110:25
**acting** 110:20
**action** 134:6
  141:16 151:24
**actions** 15:10
  33:8 34:20
**active** 10:24
  165:18

**actively** 10:20
  105:19 153:1
**activist** 59:23
**activists** 58:23
  59:25 60:5,20
  103:5
**activities** 61:3
  66:23 67:14
  76:8 88:21
  89:21 158:19
  163:1
**activity** 30:17
  30:17,21 64:25
  65:5 66:16
  79:11 80:15
  89:16 97:11
  98:6 110:14
  114:1,4 126:19
  136:17 165:12
**actors** 30:7 48:6
  48:6
**actuality** 44:9
**actually** 14:5
  24:18,22 45:25
  65:9 71:3 72:17
  79:13 86:22
  88:4 97:7,8
  98:16 100:3
  142:19 156:24
  165:8,24 167:9
**ad** 26:14 30:11
  72:16 81:13,16
  81:18 82:8,14
  82:23 88:5

89:16 99:10,17
  118:6 129:3
  164:9,15 165:2
**adapt** 153:17
  170:3
**add** 27:1 120:8
**added** 21:3
  106:7
**addition** 7:21
  11:6 162:25
**additional**
  38:13,18 125:15
  175:6
**additionally**
  30:1
**address** 28:18
  40:9 58:5 60:10
  83:3,13,19 88:2
  94:8,16 97:23
  102:9 166:5
**addresses** 98:19
  113:20
**adhering** 48:13
**adjourned**
  175:7
**admin** 3:24
**administration**
  3:24 14:14
  70:14
**admit** 70:20
**adopt** 75:6
**ads** 11:21 29:22
  31:3 109:6
  113:18 121:19

**[ads - allow]**

128:23,25
150:24
**adult** 54:3 93:9
**advanced** 71:11
**advancing** 4:19
143:1
**adversaries**
125:19
**advertised**
30:12 126:20
**advertisements**
151:6
**advertiser** 12:2
**advertisers** 26:4
150:24
**advertises** 82:3
**advertising** 26:9
26:10,16 27:22
29:23 30:13
53:10,11 70:20
71:22 72:13,14
72:18 80:25
81:9,11,14,20
81:21 82:11,23
98:22 99:8,10
126:17 135:25
151:3
**advocates** 116:8
**adware** 164:20
**affected** 17:1
141:15
**affecting** 45:25
69:24

**affects** 151:23
**affiliation** 151:1
**affirm** 79:23
**affirmative**
18:13 116:13
**affirmed** 134:19
**affluent** 151:13
151:17
**affordable**
38:24,24
**afforded** 155:22
**african** 16:4
50:17 51:2
89:11
**age** 4:18 28:18
94:8 97:4,15,22
**agencies** 15:7
78:1 106:3
120:1
**agency** 4:22
30:21 153:2
**agenda** 108:13
112:1
**agents** 29:22,24
29:24
**ago** 7:21 12:20
14:7,15 19:2,21
29:25 30:8 44:6
49:5 98:15
130:17 137:3
**agree** 35:1 36:3
42:19 52:19,25
56:1 77:2,4
113:4 116:4

134:21,22
140:23 141:7
143:23 154:4
159:10 167:8
171:1
**agreed** 142:5
**agreeing** 165:19
166:1
**agreement**
173:5
**agreements**
24:9 86:3 128:7
142:2 173:2,9
**ahca** 43:21
**ahead** 19:9 31:7
114:22 116:18
**ai** 48:23 89:2
103:8
**aide** 130:23
**air** 14:18 67:10
**aisle** 6:14 41:20
62:4 66:25
78:18 99:20
124:7 154:9
159:8
**al** 1:9
**alabama** 20:16
162:18 168:11
170:24
**alabama's**
169:6
**alarming** 15:22
**alex** 143:19

**algo** 130:15
**algorithm** 9:8
9:11,20 44:15
44:19 60:22
114:23 162:20
162:22
**algorithmic** 9:6
**algorithms**
33:14,14 42:2
45:7 58:21
59:21 60:2,7
79:12 87:25
89:2 107:12
114:18 120:24
125:12,13
146:11 157:9
158:11,11 159:9
160:12,19 163:2
163:7
**aligned** 34:16
**aligning** 113:15
**allegation** 43:9
43:10 111:12
**allegations** 9:19
9:23 11:18
17:20 64:2
68:20 107:1
111:4 145:8
**alleging** 43:24
44:8
**alleviate** 3:7
**alliance** 119:13
**allow** 8:4 17:17
21:6 31:20 36:3

**[allow - application]**                                      Page 180

36:6 72:18
75:18 83:9
150:24 167:6
168:16
**allowed** 20:11
37:12 76:23
109:12 158:4
**allowing** 140:12
**allows** 7:23,25
33:16 71:13
**alphabet's**
118:1
**altering** 64:18
**altitude** 22:25
**amazing** 61:7
**amazon** 38:3
42:24 102:1
173:3
**amending** 60:2
**amendment**
8:19 120:20,25
121:10 122:12
124:19,21,25
133:17,18
**amendments**
160:20
**america** 2:19
11:11 45:25
49:16 75:7
150:3
**america's** 3:17
4:16 145:4
**american** 3:4,6
4:12 8:19,24

12:17 15:6 16:4
20:7,10 21:1,6
43:20,22 84:13
105:7 125:20
150:1,7 160:25
163:21
**americans** 7:12
7:18 12:11 23:3
32:22 50:17
51:2 70:18
75:21 89:11
101:1 125:20
**amok** 154:16
**amount** 7:13
9:12 11:9 21:12
30:16 36:3
99:15
**amplify** 112:2
**analyze** 63:21
**android** 7:2,8
7:10 10:23 11:4
11:11 21:5
22:22 23:12
24:10 39:20,22
91:9 127:25
161:14 165:22
166:4 168:20
173:16
**andy** 124:14
125:9,18 126:7
126:21 127:1,7
127:17,22 128:3
128:8,10,16,22
129:6,11,14,19

**anecdotes** 14:2
**animus** 125:3,4
**annotations**
156:13
**announced** 17:2
28:14 155:9
**anomalous** 88:8
**answer** 2:16 9:4
9:12,18 23:21
37:13 47:5,7,11
68:15 69:19
73:23 74:2 79:3
83:17 98:20
114:12 116:2,3
121:4 134:1
139:18 161:20
162:10 174:1,11
174:11
**answered** 18:12
**answering** 5:4
22:18 126:8
**answers** 3:10
5:5 7:20 8:25
67:16
**anti** 13:22 14:4
17:21 155:11
**anticipating**
89:6
**anticompetitive**
5:2
**antitrust** 102:7
**anxiety** 38:10
**anybody** 75:14
172:11

**anytime** 70:2
74:10 86:15
114:3
**apologize** 45:10
121:2
**app** 39:23
102:25 103:7,24
173:3,6,12,17
173:20 174:3,5
174:7
**apparatus** 57:1
**apparent** 44:17
**apparently**
33:15 132:8
**appeal** 117:18
**appealing**
101:24
**appeals** 118:22
118:23
**appearance**
53:8
**appeared** 33:12
**appearing**
116:1
**appears** 9:16
41:21 123:22
**applaud** 117:25
154:4 170:1
**applauded** 4:8
49:18
**apple** 11:23
**application**
23:16 161:22
165:1 173:10,22

**[applications - attempting]**                                         Page 181

**applications**
23:15 71:18,23
71:25 72:9
121:19 173:16
**applied**  25:12
**applies**  164:2
**apply**  164:5,11
**appointed**  14:15
36:6
**appraised**  63:1
**appreciate**  2:15
6:3 22:15 46:17
55:2 62:2 66:12
81:1 91:5 105:2
118:1 120:10
143:18 154:3
157:5 162:2,11
168:7 169:10
174:20
**appreciated**
145:1
**approach**  47:9
53:23 77:12,15
85:23 101:19
110:23 146:13
**appropriate**
70:8
**appropriately**
53:20
**apps**  39:21
81:15 82:7
173:2
**arbitrary**  48:11

**arbitration**
140:12,14,22,24
140:25 141:6,22
142:2,20 143:2
143:9,9
**area**  20:17 31:6
40:8,12 49:12
49:17 51:3,14
55:14 58:14,15
70:10 71:6,10
72:24,25 73:5
77:6 83:20
89:18 90:15
91:22 112:9
113:25 114:8
129:3 131:24
134:5,10 142:1
142:8 143:11
151:11 152:15
152:24 153:1,3
153:5,8,14,15
153:18,18
172:14 174:18
**areas**  48:24
50:19 57:11
70:8 76:6,22
102:16 117:14
117:21,22 119:1
119:1,6 120:2,2
131:17,18 146:4
152:23,25
167:16
**argue**  44:2

**argument**
140:23
**arizona**  124:13
**arrival**  19:13
**arrive**  35:15
**art**  58:15
**article**  43:23,24
43:24 44:7,7,12
48:10,13 56:3,7
81:2 122:22,24
123:17,19,22
130:5,7 131:1
**articles**  122:18
123:3 124:8
**artificial**  59:23
125:14
**artificially**
54:19
**artists**  50:18
**ascertain**  29:15
**ascertained**
29:16
**asked**  39:19,19
55:6 69:9 87:20
136:23 138:5
147:3 172:11
**asking**  29:2 46:2
64:4,5,21 66:10
66:14 81:24
82:5,5 95:19
96:1 135:21
137:20 170:11
**asks**  52:23

**aspects**  47:16,17
53:16
**aspired**  120:14
**assaulted**
130:24
**assess**  43:5 54:1
62:6 87:12
117:15
**assessment**
143:24
**assistant**  5:17
165:6 171:8
**associated**  30:4
71:2
**assume**  31:8
110:15,16,19
**assumption**
110:24
**assurance**  126:9
**assurances**  31:8
**assure**  27:24
45:6 62:5 110:6
**assured**  70:21
125:19
**attack**  15:11
43:23 89:13
113:17,22
**attacking**  44:8
**attacks**  85:8
87:8 118:6
**attempt**  111:14
**attempting**
126:14

**[attempts - behalf]**

**attempts** 126:16
**attention** 4:15
   108:21
**attitude** 44:15
**attorney** 176:11
**auction** 26:18
   26:20
**audience** 26:25
**audio** 80:15
   165:5,5
**audit** 28:22
**australia** 39:15
**authored** 33:17
**authoritarian**
   4:4 39:14 58:18
   59:19 60:3,5
   87:21
**authoritariani...**
   105:5 147:20
**authority** 12:5
**authorized** 2:4
   176:5
**automated**
   28:23 42:3
   117:4,7,15
   147:7,7
**automatically**
   26:20,24 119:8
**available** 8:23
   16:17 55:11
   81:22 98:9
   115:15,16
   136:25 139:25
   166:21

**avalanche**
   132:11
**avenues** 172:22
**average** 10:25
   24:7,12,15
   55:20 136:23
**avoid** 11:23
   126:25
**award** 49:15
**aware** 56:9,15
   59:25 69:13
   82:19 86:24
   91:17 92:1,4
   108:4,19 129:17
   130:1 137:2
   170:6 171:11
**awareness**
   10:16
**awesome** 84:13
**awful** 46:22

**b**

**back** 4:9 5:5
   14:20 18:2
   24:23 32:16
   34:13 37:21
   43:18 46:24
   49:13,21 54:12
   56:19 73:7
   83:14 86:22
   87:15 90:25
   92:17,20 96:18
   97:21 99:14
   112:3,5 115:21

115:23 119:8
120:12 122:20
122:22,25 123:6
124:10 136:22
144:14,19
152:10 153:23
153:25 157:1,3
162:1 163:19
168:1,7 172:8
172:21 174:18
174:18
**background**
   10:24 19:20
**backwards**
   53:19 54:18
**bad** 110:16,20
   110:25 124:8,8
**baked** 33:14
**balance** 18:2
   162:1
**balanced**
   160:15
**balances** 21:22
   110:6
**ballot** 160:25
**ban** 111:11,18
   129:6
**banned** 128:23
   128:25 129:14
**bar** 9:10 94:12
**barack** 6:20
   133:6,15
**barometer** 11:5

**barometric** 7:9
**barriers** 60:8
**base** 37:20
   139:12
**based** 9:9 11:20
   26:21 27:4,20
   40:25 41:1 62:6
   72:14 81:14
   85:19 102:25
   141:10 146:21
   147:15 150:24
   155:3 160:6
**basic** 121:1
   132:9 140:15
   142:24
**basically** 41:9
   42:19 75:6
   99:17 132:11
   142:16
**basis** 32:11
   54:16 132:16
   134:19
**bass** 87:17,18
   88:12,24 89:6
   89:25 90:20,25
**bay** 20:17 112:9
**beacons** 94:20
**bears** 2:23
**beat** 133:14
**began** 19:4
   130:21
**beginning** 5:17
**behalf** 8:24
   100:13

**behavior**  5:2
**belief**  3:17
**believe**  4:23
  19:15,16 25:16
  45:11,12,22
  72:21 77:8,13
  79:9 84:18,24
  102:7 116:13
  145:14 152:17
  155:2,2 159:3
  174:12
**believed**  130:19
**believes**  52:18
  114:23 160:14
**belonging**  82:1
**benefit**  169:16
**benefits**  13:12
  15:19 71:22
  141:11 159:11
**berners**  100:20
**best**  8:22 9:11
  9:11,18 25:17
  41:3 45:5 48:1
  49:25 85:16
  101:17 102:3
  115:15,19
  125:23 127:14
  176:7
**better**  18:1
  31:10 43:18
  46:15 52:18,24
  55:15,18 57:11
  58:16 71:5
  79:10 81:8 85:2

108:22 112:16
112:20,22
115:18 118:20
134:9 144:9,10
146:5 151:11
152:14 153:8,11
153:18,21
156:25 161:24
167:13 170:7
171:5 172:7
**beware**  132:13
132:13
**beyond**  20:15
  24:17 29:9
  105:3,4 106:8
  128:4 160:21
**bias**  3:14 4:14
  5:2 9:16 10:15
  10:17 11:18
  13:23 14:4
  17:21 21:23
  26:17 33:25
  34:2,5,21,23
  36:3,5,9 39:15
  42:8 43:11
  44:17 46:13
  47:10 52:13,15
  53:8,16,18,24
  54:1,7 62:19
  78:3,5,5,10
  106:16,21 107:5
  125:2,3,4 145:9
  146:14 154:16
  156:5,22 159:9

159:17,20
**biased**  10:11
  33:18 77:10,14
  78:4 156:7
**bicycle**  11:15
**bidding**  26:19
**big**  19:22
  145:22
**biggest**  71:6
**biggs**  124:13,14
  125:9,18 126:7
  126:21 127:1,7
  127:17,22 128:3
  128:8,10,16,22
  129:6,11,14,19
**bigoted**  15:17
**bill**  43:20,23,24
  44:4,6 92:23
**billing**  83:3
**billion**  12:4 21:2
  21:4 23:14
  40:22 81:12
**billions**  40:23
**bills**  6:18 45:18
**bipartisan**
  134:18
**bit**  19:20 80:12
  113:8 145:8
  152:16
**black**  50:14
  51:15
**blame**  124:8
**blaming**  124:9

**blind**  10:7
  155:23
**block**  8:4 9:1
  171:20
**blog**  43:17,21
**blood**  19:10
  130:24 132:5
**bloodied**  132:4
**bluetooth**  94:20
**blush**  7:15
**board**  121:13
**body**  116:19
  132:3
**book**  54:4
  122:20,22,25
**borens**  109:1
**born**  144:15
**bots**  58:21 59:20
  60:22,25,25
  87:21 88:2,13
**bottom**  105:24
**bought**  31:3
**box**  161:1
**breach**  56:8,13
  70:21
**breitbart**  61:22
  61:23,23 62:11
  109:5
**breitbart.com**
  109:8
**brilliant**  154:19
**brin**  154:19
  156:1

**bring** 14:20 21:12 133:14
**broad** 25:6 99:23
**broadcasters** 14:18
**broadcasting** 14:10
**broader** 135:13
**broadly** 143:4
**brought** 77:9 98:14 108:20 127:8 157:19
**brown** 5:14
**bug** 16:22 17:3 28:8,11,14 29:15
**bugs** 17:6 28:21 28:21,23 71:2,4
**build** 22:16 46:13 47:10 69:23 109:15 125:7 158:5 159:23 168:13
**building** 20:3 23:1 48:21 59:12 71:2 104:12 125:24 137:3 146:3,3
**built** 21:14 26:17 88:8 108:10,12 159:17,20 160:2

**bully** 70:11
**bunch** 156:15
**burdensome** 116:11
**business** 5:22 12:9 22:1 34:15 46:21 61:22 71:21 78:13 101:22 115:3 121:21
**businesses** 20:24 21:1 46:22 100:16 101:13
**busy** 115:10
**buy** 42:22 44:16 150:2
**buyer** 132:13

**c**

**calculated** 26:21,24
**calculates** 9:9
**california** 2:11 20:15 37:23 52:9 67:22,24 87:16 91:3 112:6 114:16 120:15 146:22 146:24,24 159:16,18,19
**call** 19:9 61:21 124:17

**called** 14:16 24:13 43:20 89:10 154:21 164:9
**caller** 61:20
**calling** 85:21
**calls** 9:1 123:18 172:12
**cameras** 11:6
**campaign** 15:5 15:8 29:25 30:5
**campaigns** 66:24
**camps** 4:5
**candidate** 13:9 27:16,18
**candidates** 26:12,14,25
**candor** 3:8
**capabilities** 137:5
**capability** 126:12
**capitol** 2:15 59:11
**captured** 96:22
**card** 11:12
**care** 38:21 44:1 152:21 158:6
**career** 78:21
**careful** 96:17
**carry** 74:8
**carrying** 7:12 23:3

**case** 29:7,8,10 37:10 53:15 60:16 115:14 119:13 133:23 162:24
**cases** 23:19 90:6 90:8 91:25 93:23 173:25
**casually** 166:24
**cat** 122:7,8
**categories** 31:23 76:6,8 80:20 96:5 167:11
**category** 24:23 35:17 101:25 152:3
**cater** 90:2
**caucus** 50:14 51:15
**cause** 4:19 65:14 92:21 105:22 176:12
**caused** 147:21
**causing** 54:19
**celebrities** 130:13
**cell** 91:11 92:6 92:16
**censor** 85:11 123:19 148:5 163:1
**censored** 3:20 105:14 148:10

censors  17:16
censorship  4:14
    5:2 85:8 102:20
    103:1 104:18
    105:6,20
center  119:17
    120:3 154:22,23
    155:6,9
centers  150:10
central  100:14
century  3:7
ceo  1:12 9:3
    19:2 79:19
    104:18
cerf  100:13
certain  93:12
    97:15 114:13,24
    170:11
certainly  78:17
    149:24 150:11
certificate  176:1
certify  176:4,10
cetera  111:16
    138:9 170:20
chabot  42:12,14
    43:2,8,15 45:9
    46:16
chair  2:2,4 5:6,8
    6:7,11 18:3,11
    22:19 23:20
    24:2,14 25:3
    26:8,23 27:9,14
    28:2,3 32:17,17
    37:11,22,22

42:11,11 46:20
46:25,25 52:3,7
52:7 56:5,20,20
56:23 58:24
59:2,6,11,15
62:14,14 68:14
68:24 69:4,4
73:8,8 78:20,24
79:5,6 84:2,3
87:16,18 93:2,2
100:8,8,9 106:5
106:10,12 109:2
112:3,4,5
115:22,23
120:13,14,16
124:11,12
129:15,20,23
133:25 134:13
134:14 139:17
140:3,3 144:20
144:22 149:17
149:18 153:24
153:25 157:2,3
161:16,19 162:4
162:8,13 163:8
163:14,15 168:9
168:9 172:9,17
173:1,11,18,23
174:4,9,19,25
chairman  2:13
    5:13,13 6:10
    13:5,5 18:24
    23:9 25:22
    32:21,21 37:21

38:1 39:19
42:15 51:25
52:2,11 56:19
62:18 68:6,17
73:11 78:14,16
79:9 84:1,5 91:6
93:1,6 100:12
105:10,16
106:15 108:23
112:8 116:1
124:15 134:12
134:17 140:2,7
144:14,25
149:21 153:23
157:5 162:3,7
163:18 168:8,13
172:13
chairman's
    150:18
challenge
    116:18
challenging
    22:14
champions  3:23
chance  46:15
change  33:24
    72:17 75:25
    107:12 123:15
    141:15 168:18
    169:23 171:10
    171:13
changed  4:13
    85:10 95:24
    168:15

changes  25:19
    97:11 142:12
    143:8,14 151:9
    152:7 163:24
    169:21 171:5,17
    171:21
channel  19:12
channels  30:3
    172:20
characteristic
    53:12
characteristics
    10:10
characterization
    101:16
charged  26:14
chat  107:16
check  19:10
    24:13,18 73:2,3
    73:4 117:16
    139:22
checked  77:21
    120:4
checking  115:10
    152:9
checkout  80:9
checks  21:21
    110:6
checkups  57:14
    166:10
cherish  20:10
chicago  137:4
chief  5:18,19
    18:14 33:24

156:11
**child** 8:2 76:7
120:2 131:19
152:25
**children** 130:14
130:19 131:7
132:4
**china** 4:7,10
49:20,21 50:2,8
85:6,16,22 86:3
86:4,10,21
102:18,19
103:21 104:1,8
104:18 105:4
106:9 127:9,10
127:11,14,15,21
127:23 128:2
147:20 148:2,4
148:16 162:25
**china's** 4:2,4
105:21,23
**chinese** 3:21,22
3:23 17:14,16
17:17 49:23
85:7,9,11 86:13
87:1 102:24
103:2,13,17,23
104:3 105:15,18
126:13 127:10
127:18 128:8
147:21
**choice** 11:19
21:13 23:12,18
23:25 96:23

135:3 142:6
165:15
**choices** 9:12
10:4 98:10
122:4
**choose** 10:5
23:15 25:2
36:16 47:7
165:14
**choosing** 27:21
70:10
**chose** 36:14
**christianity**
155:3
**christians**
147:25 155:2
**chrome** 10:23
165:23 166:4
167:24
**cicilline** 100:10
100:11 101:20
102:6,17 103:22
104:2,9,16
105:2 106:8
141:3
**circumstances**
138:7
**cited** 23:22
**cites** 63:16
**citizen** 65:10
66:14 169:8,12
169:17
**citizens** 75:18

**citizenship**
49:15
**city** 38:7,11,18
39:6
**civic** 25:20
27:24 64:8 68:3
**civil** 22:6 105:13
107:20 154:11
**civilians** 128:11
**claimed** 130:22
**claiming** 48:6
130:12 132:5
**claims** 65:24
114:21 130:16
142:19
**clara** 38:2 41:22
41:25 146:15
**clarification**
127:9 162:25
**clarify** 115:2
119:23 142:2
161:24
**clarksville**
20:20
**class** 44:11
141:16
**clauses** 140:22
**clean** 48:4
138:16
**clear** 23:18
24:23 25:15,17
31:22 55:19
76:24 88:21
91:13 95:21

100:17,21 105:3
108:9 109:14
117:22 134:3
135:3,19 138:5
152:4 157:7
158:5 162:24
167:25 171:21
172:15,20,22
**clearly** 10:17
24:21 32:4 34:5
36:1 117:14
131:16 132:16
134:6 144:5,8
146:19,22
167:11
**click** 7:15 24:9
121:18 139:23
167:12 170:6
**clicked** 166:18
**clicking** 99:24
165:18
**clients** 83:10
**clinton** 33:18
35:23 130:23
131:3 132:4
133:6,16 159:15
**clips** 131:3
**clock** 59:4
**close** 22:12
157:16
**closed** 59:10,10
160:13
**closest** 139:24

**clue** 156:7
**code** 107:2
  123:10
**cohen** 56:22,24
  57:17,19 58:3
  58:17 59:1,4,9
  59:13,17 60:21
  61:4,12,17,18
  62:8 75:21
**coincidence**
  20:8
**collaborate** 31:4
  88:10 153:1
**collaborating**
  149:15
**collate** 11:7
**colleague**
  136:22 149:8
  168:14
**colleagues** 14:1
  41:19 54:25
  102:23 105:12
  116:8 121:3
  124:7 133:4
  141:1 154:7
  169:19
**collect** 7:13 24:8
  58:7 70:20 81:7
  81:22,23 94:2,3
  94:5,5,8 96:3,9
  96:11,13,14,15
  98:13 99:1
  128:11 136:1
  150:19,20 165:4

167:22,25
**collected** 7:19
  11:13 24:1,24
  39:24 81:5,9
  91:8,9 92:5
  99:16 115:4
  150:16 166:16
  167:5,16,18
  169:25 170:11
**collecting** 72:22
  80:18,20,23,23
  80:24 94:18
  166:5
**collection** 1:12
  2:7 7:17,21 11:2
  23:4 55:7 70:6
  97:25 135:9
  150:15 164:2
  165:22
**collectors** 12:1
**collects** 7:5
  10:18 11:10
  115:3
**collins** 93:3,5
  94:11,15,19,24
  95:1,5,10,14,18
  95:23 96:8,19
  97:2,12,21
  98:12 99:14
**color** 89:13 90:1
  90:3,5
**com** 55:18
**combat** 31:17

**combatting**
  16:11
**combination**
  147:7 157:21
**combining**
  168:16 170:14
**comcast** 57:6
**come** 2:3 54:12
  54:17 57:15
  76:21 78:9
  89:23 93:7
  97:10 114:25
  122:18 137:15
  143:17 152:10
  154:18 156:4
  159:14 169:14
**comes** 3:1 12:6
  21:9 26:9 40:17
  61:20 98:21
  99:8 120:23
  123:22 125:16
  134:8 135:9
  145:6 146:8
  156:9 159:24
  170:4
**comfort** 110:3
**coming** 40:12
  78:3 82:19
  87:19 140:7,18
  157:18 174:6
**command**
  165:11
**commend** 46:23

**comment** 45:6
**commented**
  144:11
**comments** 70:13
  109:13
**commission**
  101:8,24 102:8
  134:18
**commissioner**
  143:23
**commissioners**
  14:15
**commit** 48:13
  53:15 54:13
  55:9 56:11,16
  101:12 102:10
  104:19 141:21
**commitment**
  4:10 31:14
  79:25 103:14
  104:24
**commitments**
  80:5 82:1
**committed** 3:11
  20:3 35:19
  38:23 48:18
  49:17 50:8 51:4
  51:9,15 52:20
  60:12 116:9
  117:11 125:7
  131:21 134:9
  143:14 147:12
  151:11 152:15
  153:18,20

**committee** 2:2,3
2:5 5:6,15,16,21
5:22 6:2,4,5,6,7
6:11,13,17,19
6:21 8:10,24
13:2 15:4 17:25
18:3,11,25
21:15 22:19
23:20 24:2,14
25:3 26:8,23
27:9,14 28:2
31:9 32:17
37:11,22 42:11
46:21,25 48:3
52:3,7 56:5,20
58:24 59:2,6,11
59:15 62:14
67:17 68:14,24
69:4 70:9 73:8
78:20,24 79:5
79:22 84:2 93:2
99:20 100:8
106:5,10 109:2
112:4 115:22
120:13 121:6
124:11 129:15
129:20 133:25
134:13 139:17
140:3 141:1,19
144:20 147:10
149:9,16,17
153:24 157:2
161:16,19 162:4
162:8,13 163:8

163:14 168:9
172:9,17 173:1
173:11,18,23
174:4,9,19,25
**committee's**
119:12
**committees**
107:13
**committing**
131:4
**common** 58:6
**communicate**
109:11 138:21
**communicated**
10:24 127:6
146:19
**communication**
63:7
**communicatio...**
7:22 11:1 14:15
25:4 111:1
133:20
**communist** 3:21
**communities**
21:5 49:1 51:7
54:6 89:13 90:3
90:5 151:13,14
151:15,17,23
152:6
**community**
15:17 38:21
50:13 52:19,25
90:13 145:3
151:19 158:22

**commute** 20:1
**companies** 2:18
3:3,7,9 4:16
12:19 14:21
16:15 17:21
25:7 31:5 39:11
58:7 70:12
71:25 72:7
79:15 82:6,11
85:2 100:19
105:25 113:12
120:18 129:9
140:20,21
141:13 159:5
173:3
**company** 4:7
12:18 14:12
17:2,9 20:3,8,10
21:23 22:2
28:15 29:3
45:22 46:21
51:10 52:20
53:17 55:16
58:14 62:19
64:6 67:25
68:13,23 71:22
72:2 77:16
78:11 79:18
81:13,18,21,25
82:20,23 83:23
84:7,11 85:3
87:7 89:18,19
92:17 95:16
102:4 104:21

107:15 108:14
108:16,16
109:12 115:16
116:4 118:5
124:20 131:12
135:15 136:7
137:6 139:3
140:8 144:16
145:3,18 146:8
146:19,21 148:3
153:17 154:11
154:16 157:23
158:4,16 161:12
**company's**
13:17 33:25
110:13
**compare** 115:3
**compared** 16:1
**compelled** 50:6
**compete** 16:15
**competing**
26:13,25
**competition**
3:12 4:14 39:13
100:24
**competitive**
26:18 101:8
102:13
**competitor**
102:4
**competitors**
24:6 26:10
101:10 114:22
114:23 122:1

**[competitors - congresswoman]**    Page 189

129:1

**compilation**
41:9

**compiling** 23:6

**complain** 41:20

**completed**
36:17

**completely**
13:20 44:2
103:8

**complex** 40:8
58:15 170:17

**complexity**
55:17

**compliance**
128:21

**complicated**
169:3

**comply** 8:16,18
28:25 102:25
128:13,15
136:20

**compounded**
10:18

**comprehensive**
75:2 87:12

**comprehensiv...**
89:4

**compressed**
100:22

**compromise**
4:10

**computers** 87:2

**con** 151:8

**concentrating**
17:23

**conceptually**
157:17

**concern** 33:22
65:14 85:5
99:18 147:21
148:2 150:10
172:19

**concerned** 46:2
49:21 55:8 64:2
101:5 140:11
166:22

**concerning** 85:6
86:3,13

**concerns** 3:8
12:9 16:16 46:8
69:12 85:8
91:18 102:23
106:18 112:11
112:12 151:9,21
152:23 168:25
172:6

**conclude** 18:19
124:4

**concluded**
175:8

**concludes** 175:4

**conclusion**
131:7

**conclusions**
35:16

**conditions**
86:17,18

**condone** 109:13

**conduct** 15:18
15:21 101:6
102:10,13 107:2
109:20 110:3
111:6

**conducted**
10:22

**conferences**
158:21

**confidence**
110:11

**confident** 53:23
146:13

**confidentiality**
142:3,22

**configure** 65:21
69:21

**configured** 65:7

**configuring**
64:18

**confirmation**
39:15

**confirmed**
113:22

**confusion**
111:20

**congress** 7:22
15:14 31:8
39:10 48:2
56:11,12 71:12
75:17 84:17

102:11 143:6

**congressional**
50:14 51:15,18
70:8 79:17
112:8 123:19
169:6

**congressman**
28:20 31:12,19
34:8,25 36:10
39:25 44:21
46:7 53:22 55:1
57:10 60:11
64:1 65:23
67:12 68:19
69:17 70:24
74:23 77:11
85:14 91:13
97:20 101:15
104:19 106:17
107:10,25
108:19 109:10
110:5 112:15
113:24 117:10
118:12 122:11
122:17 123:6,10
123:16 129:2
145:20 146:18
148:6 157:11
160:4 161:11
166:8 167:8
170:9

**congresswoman**
38:20 47:13,21
49:10 50:1

**[congresswoman - continue]**  Page 190

141:25

**conjunction**
3:22

**connected** 11:12
92:5

**connecting**
89:19

**connectivity**
91:14 115:9

**cons** 92:15

**consecutive**
16:1

**consensus** 15:7

**consent** 7:16
28:10 52:2 56:2
83:11,17 105:11
105:17 108:22
108:24 113:3,7
135:16 136:12
138:8 164:11,16

**consents** 62:3
172:21

**conservatism**
155:20

**conservative**
13:22 14:4,9,10
17:20,21 32:24
33:4 42:8 43:12
44:18,18 45:21
46:1 47:7 53:13
61:24,25 109:24
111:2,3 112:1
116:8,16 118:9
119:19 120:7

122:20 162:23

**conservatives**
13:21 33:4
156:23 159:10

**consider** 16:8
47:16,20 124:9
155:12

**considered** 57:4
83:21 118:10
134:20

**considering**
70:21

**considers** 3:24

**consistent**
113:13

**consisting** 132:7

**conspiracy**
13:25 17:23
130:17,24 131:2
131:10 133:23
143:21

**constant** 119:9
171:3

**constantly**
57:10 71:5
114:5,9 115:18
131:15 146:4
148:23 153:16

**constituents**
112:10,12

**constitutes** 8:12

**constitution**
121:3 122:7
155:21

**constraints**
124:21,22,25

**constructive**
16:10

**constructively**
102:15

**consult** 85:25
86:22 104:7

**consulted**
172:25

**consulting**
142:11

**consumer** 5:25
7:4 8:24 10:4
24:7 70:9 71:22
71:23 106:16
132:13 150:12
150:19 151:15
153:9,12 164:5
164:19,21 166:7
167:2,3,7
168:19,25,25
169:2,18 171:11
171:24 172:1,7

**consumer's** 70:6

**consumers** 8:9
11:19 24:3 70:7
70:22 72:12
75:7 76:1
100:16 101:4
113:3 121:17,23
134:20,24 135:5
137:18 150:11
152:20 164:3

170:5

**consuming**
130:14

**contacts** 164:5

**contained** 12:21

**containing** 30:4

**content** 7:25 8:2
8:7,12 9:2 13:18
15:21 16:18
26:5 31:22,25
32:6,8,9,13 33:6
33:6 48:5 51:6
58:22 59:22
60:9 62:11 76:5
79:16,18,20,24
90:3 93:22
101:10 112:2
115:3,4 116:25
117:3,5,7,17
118:19,20,22
119:7,14,24,24
119:25 121:11
132:21 147:15
148:5 172:12,15
172:21,23

**contents** 95:10

**context** 14:3
41:22 141:6
174:1

**continue** 20:12
21:22,24 73:5
99:21 127:15
132:1 149:15

**[continued - credible]**                                    Page 191

**continued**
  113:22
**continuing**
  144:17
**contract**  142:16
**contracted**
  167:19
**contracting**
  166:4
**contractors**
  141:24
**contracts**
  140:22
**contrast**  38:3
**contravenes**
  103:10
**contribute**
  144:18
**contributes**
  133:2
**contributions**
  21:2
**control**  4:3,17
  17:10,11 21:13
  23:12 72:16
  84:24 97:12,13
  100:15,24 135:3
**controlled**  10:8
  60:6
**controls**  55:19
  98:5,6,7 170:16
**convene**  3:2
**conversation**
  107:24

**conversations**
  84:20 95:2,6
  96:15 107:22
  165:7
**conviction**
  159:8
**convince**  116:19
**cook**  79:11
**cookie**  164:6
  168:16
**cookies**  168:18
**cooperate**  36:8
  127:10
**cooperatively**
  6:16
**copies**  40:23
**coppa**  96:4
**copy**  75:11
  132:7
**copyright**  119:6
  119:9
**core**  21:25 50:3
  85:12,17 157:12
  157:13
**corporate**  49:15
  65:10 66:14
  121:12 169:8,12
  169:17
**corporation**
  71:21 121:6
  154:12,14,15
**corporation's**
  120:21

**correct**  23:22
  40:11 43:13
  58:5 121:7,14
  122:10 130:9
  150:21 158:12
  167:20 171:14
  171:14,17
  173:13
**correctly**  159:16
**costing**  92:22
**council**  155:1
**counsel**  5:18,18
  5:19 6:1,3
  176:10
**count**  88:18
**counter**  15:11
  34:20 61:2
**counterfeit**  49:8
**countless**  70:18
**countries**  60:5
  86:14 87:3,6,6
  105:9 126:11
**country**  3:5
  20:13,18 22:6
  46:22 54:9 70:4
  75:13 85:19
  86:16 126:6
  144:17 148:16
  149:10,13,13
**county**  38:2
  41:22,25 146:15
  159:14
**couple**  16:4 89:4
  90:1 114:3

  159:1 163:24
  172:10
**course**  7:15 9:14
  103:3 159:11
  160:16
**courtesy**  162:17
  162:17
**courts**  142:25
**covered**  96:8
**crackdown**
  147:24
**crafted**  113:11
**crawled**  40:22
  40:22
**create**  13:7 26:1
  54:8 125:13
  148:9 150:9
  154:20
**created**  46:23
  154:7
**creates**  11:19
**creating**  94:9
  118:8 155:13
**creation**  125:11
  125:13
**creativity**
  125:16
**creator**  32:13
**creators**  26:5
  50:19 51:6 90:1
  90:12 117:17
  172:21
**credible**  13:24

**creep** 3:15
**crimes** 15:25
  131:4
**crisis** 49:11
  111:17,23 153:4
**criteria** 119:20
  135:10
**critical** 113:6
  141:13
**criticism** 33:3
**criticizing** 29:2
**crowd** 54:21
**crowded** 124:24
**cspan** 1:13
**cultural** 69:9
**culturally** 39:16
**culture** 33:25
**curating** 33:2
**current** 30:20
  75:20 103:13,23
  104:3
**currently** 50:23
  60:8,9 86:5,20
  103:16,25 104:6
  104:15 124:1,2
  151:2
**curtail** 87:5
**curtain** 41:8
**customer** 12:3
  92:16 135:8
  172:18
**cut** 44:6,8,10
  97:8

**cuts** 44:6,8
**cycle** 100:17
**cycles** 114:8

**d**

**d.c.** 130:18
**daily** 61:20
**dais** 52:12
**danger** 133:11
**dangerous** 9:25
**dangers** 169:14
**danielle** 5:14,15
  5:20 6:13,22
**dara** 79:19
**darkness** 155:24
**darrell** 52:10,22
  53:4 54:2 55:4
  55:23 56:7,18
**dashboard**
  55:10 56:2
**dashboards**
  55:19
**data** 1:12 2:7
  7:20 9:8 11:1,2
  12:1 16:20,20
  16:23 17:3,7,9
  17:11 25:2 28:9
  28:16,18,24
  29:3,11 35:15
  39:11 48:24
  55:7,12,19 56:8
  70:7,7,16,20
  71:20,20,22,25
  72:1,3,6,7,8,9

72:12,12,18,22
74:16 75:3
80:18,23,23,24
81:4,7,8,22,23
82:1,3,5 83:9
85:9 92:4,17,18
93:16 95:12,22
96:3,7,17,20,21
96:24,25 97:24
98:14,14,22,25
99:1,5,7,10,11
99:16 100:3
106:3 112:23
113:2 127:18,20
128:7,11 135:9
135:24 137:12
137:18 138:4,6
138:13,16,21
150:13,15,20,20
164:2 166:23
167:22,25 168:1
168:22 169:24
170:7,11 173:4
173:9
**dated** 52:1
  176:16
**david** 100:11
  101:20 102:6,17
  103:22 104:2,9
  104:16 105:2
  106:8 141:3
**day** 5:14 7:7,12
  7:13 10:18 12:5
  12:12,12 21:8

23:8 27:20
41:14 49:13
57:16 63:2
67:10 68:8 73:2
88:14,15 97:10
140:10 156:15
176:16
**days** 24:20
  116:18 147:23
  175:5
**deal** 39:9 49:7
  60:25 93:24
  99:22 123:7
  131:13,15
**dealing** 94:7
**deals** 3:18
**dealt** 100:1
**death** 131:4
**debated** 86:18
**debates** 66:24
**decade** 5:16,22
**decades** 7:21
  12:20
**december** 1:14
  52:1
**decency** 7:22
  25:5
**decentralized**
  101:1
**decide** 24:24,25
  78:5 86:12
  137:10 167:6
**decided** 27:22

**[decides - determine]**

**decides** 26:21
**decision** 85:23
  101:24 102:21
  146:17
**decisions** 8:6,11
  8:13 9:3 13:8
  150:2
**declaration**
  48:9,13
**declare** 2:4
**dedicated** 20:8
  54:9 88:25
**deduct** 61:3
**deducting** 23:16
**deep** 44:13
  140:15
**deeply** 38:21
  71:21 101:5
  140:11
**default** 11:22
  73:18
**defend** 22:7
**defending**
  119:13
**defense** 22:5
**defenses** 15:12
**define** 32:5 76:8
  76:18 77:7 83:2
  118:15 144:4
**defined** 76:23
  76:25 117:14
  144:5
**defining** 77:4
  84:25

**definitely** 49:3
  56:16 58:2
  61:10 96:16
  101:23 132:1
  142:7,9 143:10
  143:11,13 146:5
  146:21 174:24
**definition** 47:15
  77:7 78:3
**definitions**
  76:24 77:3
**degree** 36:2,8
  87:3
**delete** 138:17,20
**deleted** 138:17
  138:24 139:1
**deliberately**
  14:8
**delisting** 101:10
**delusions** 14:23
**delve** 13:19
**demand** 26:20
  26:22 27:7
  106:3
**demands** 4:15
  105:22
**demeans** 156:21
**demings** 149:19
  149:20 150:23
  151:5,12,25
  152:8,16 153:7
  153:11,22
**democracy** 15:6
  31:13 33:21

48:7 49:23
  113:17,22
**democrat** 35:22
  41:21 73:13
  130:22
**democratic** 5:16
  10:1 12:10
  15:15 33:9
  49:20 53:11
  58:23 59:22
  60:4 130:20
**demographic**
  10:9,14 68:1
  97:15
**demographics**
  50:22
**demonstrate**
  46:12
**department**
  111:18
**depend** 20:23
  94:22 174:1
**depending**
  26:18,19 77:3
  85:2 94:17
  138:19 153:3
**depends** 4:24
  23:14,18 29:6
  92:9 172:13
**deploy** 103:9
**depression** 4:3
**deprioritizing**
  101:10

**depth** 71:17
**deputy** 5:19
**describe** 131:1
**described** 45:19
  116:24 147:16
  160:2
**desert** 131:7
**deserve** 4:12
  8:19 32:23
**design** 103:9
  148:3
**designed** 100:14
  102:11 110:16
  110:17,21
  137:12,18,20
  148:11
**desire** 34:4
  111:2
**desk** 6:19
**despite** 12:16
  15:6 154:5
**detailed** 7:18
  23:5 24:8
**detailing** 22:23
**details** 74:5
**detains** 4:4
**detect** 20:1 88:8
  88:20,22
**detection**
  151:10
**deteriorated**
  102:19 103:6
**determine** 15:14
  23:1 36:8 158:1

**[determines - dispute]**

**determines** 27:6
**deutch** 79:8
  80:3,6,21 82:4
  82:21 83:24
  91:1,2,16,20
  92:3,11,25
**deutch's** 98:2
**deutsch** 79:7
**develop** 50:10
  102:9
**developer**
  173:17 174:3,7
**developers**
  16:24 17:6
  28:11
**developing** 3:20
  3:21 17:14
  90:11
**development**
  21:16 39:3
  110:9 115:14
**device** 11:7 40:1
  40:6 57:25
  80:14 94:15
  173:15
**devices** 11:13
  170:18,19
**devoted** 17:19
**diagnostic**
  173:25
**dialogue** 25:20
**diego** 20:20
**difference** 19:8
  27:4,7,10,12

36:2 135:8
**differences**
  117:9
**different** 14:19
  27:1,15 43:6
  57:2,3 63:7
  65:19 75:24
  77:3 78:1 98:4
  135:21 143:18
  161:12
**differentiate**
  71:24 72:6,8
**differentiation**
  72:11
**differently**
  97:23,24 98:1
**differs** 174:14
**difficult** 57:25
  132:15
**difficulties**
  174:13
**digital** 4:18
  20:19 90:6
  105:19
**dignity** 4:22
**dinner** 13:9
**dire** 33:21
**direct** 21:2
  119:8
**directing** 12:4
**direction** 75:17
  161:1
**directions** 81:6

**directly** 62:23
**directors** 121:13
**dis** 75:18
**disagree** 37:19
  93:11,12 101:16
  120:23 124:16
  160:3
**disagrees**
  114:12
**disclose** 16:25
  17:9 28:11,16
  29:3 114:5
**disclosed** 70:15
**discourages**
  140:18
**discourse** 15:3
  45:24 108:16
  111:24
**discovered**
  11:13 16:22
  17:2
**discredited**
  130:17
**discretion** 8:5
**discriminate**
  9:17 14:11
  100:15 101:3
**discriminating**
  14:8
**discrimination**
  101:12 141:9
**discriminatory**
  101:6,21 102:9
  102:13

**discuss** 60:1
  147:18
**discussed** 8:15
  94:2 97:4 116:7
  119:13 124:2
  132:3 145:11
**discussing**
  93:13 111:10
**discussion** 80:7
  109:5,21,24
  111:11,20
  125:10
**discussions**
  48:19 98:2
  103:23 104:1,3
  111:5 116:24
  118:3
**disease** 20:1
**dishonest** 156:6
**disinformation**
  15:8
**dislikes** 59:24
  88:14,19
**disliking** 60:23
**dismissed**
  140:25
**disparate** 152:5
**disparately**
  151:23
**disparity** 27:1
**dispense** 13:20
**disprove** 35:25
**dispute** 43:3,10

**disseminate**
16:9 75:23
**disseminated**
76:2
**dissemination**
75:18 149:25
**distinct** 19:6
115:1
**distinguish**
135:22
**distinguished**
5:11 18:4,25
**distract** 14:23
**distribute** 126:5
**distributed** 70:4
104:14
**distributing**
50:23
**distribution**
60:8
**district** 50:18
51:18 112:9
169:6
**districts** 54:9
**distrust** 3:3
**disturbed** 17:13
**dive** 112:10
**diverse** 10:9
22:3 31:20
35:19 50:13
51:1,6 90:17
**diversity** 50:16
50:21,24,24
51:3 146:17

**divided** 160:24
**division** 48:7
**doctor** 115:11
**doctors** 20:1
**doctrine** 14:17
14:21
**document**
108:25
**documents**
95:11 136:3,3
**dog** 122:7,8
**doing** 6:23 9:24
9:25 11:8 14:22
15:1 16:20
25:20 28:22
31:17,17 34:18
35:8 40:13
43:17 45:14
49:17,24 50:25
51:9,16 60:9
77:4 78:12
84:23 86:21
88:22 89:14
102:5 114:9
125:8 127:9,16
127:17 132:1
134:9 144:11
146:5 147:5,5
151:11 152:15
153:5,18,20
158:2 160:13
169:4,18 170:1
170:4,13 171:4
172:3,5

**dollars** 29:22
**dominance**
11:18 100:18
**dominant** 13:14
16:12 81:19
100:23
**dominating**
81:13
**donald** 6:20
32:25 40:17
41:22 133:5,8
**doors** 59:10,10
160:13
**dormant** 10:23
**dothan** 169:7
**double** 10:7
**doubleclick**
164:5 168:16,21
169:22
**doubt** 14:1,22
**doug** 93:5 94:11
94:15,19,24
95:1,5,10,14,18
95:23 96:8,19
97:2,12,21
98:12 99:14
**downloaded**
98:16
**downs** 30:1
119:12
**downtown** 38:5
**dr** 33:16 34:25
**dragonfly** 49:22
104:10

**dramatically**
30:18
**drank** 130:24
132:5
**draws** 25:16
**dream** 12:17
**dreamed** 13:21
**drive** 118:20
**drives** 19:24
115:14 160:6
**drop** 25:20
49:13
**drug** 49:5,16
**dubbed** 130:25
**dublin** 114:16
**due** 85:7 128:15
**duty** 104:22
116:13 121:14
**dynamics** 98:13

e

**earlier** 21:18
67:18 87:20
97:22 99:8,23
100:21 103:21
104:25 113:24
136:23 143:20
**earliest** 137:2
**early** 147:23
**earn** 34:17
122:4
**easier** 40:13
57:20 124:18
154:20 170:15

**[easily - enduring]**

| | | | |
|---|---|---|---|
| **easily** 166:22 | 63:4,8 65:25 | 145:11,15,18 | **employees** 9:24 |
| **easy** 55:20 57:8 | 68:1 72:25 | 152:24 161:5 | 14:3 21:3 22:4 |
| 167:10 | 86:20 87:12,25 | **elections** 8:15 | 38:13,19 45:13 |
| **echo** 130:16 | 103:20 104:5,6 | 30:20,25 31:10 | 50:22,23 62:25 |
| 149:7 | 104:10,14 | 31:13 45:25 | 66:18 67:13 |
| **economic** 48:24 | 131:15 137:2,7 | 54:16 65:25 | 83:10 84:10 |
| **economist** 36:12 | 148:7 171:3 | 66:6 69:25 | 103:6,16 106:22 |
| **economy** 3:5 | **efforts** 48:5 49:7 | 113:23 | 106:23 107:16 |
| 20:20 21:3 | 50:20 64:8 | **electoral** 152:20 | 108:14 109:6,11 |
| 48:21,23 | 69:25 70:3,25 | **elevating** 17:22 | 109:19,19,21 |
| **ecosystem** | 71:3 104:12,14 | **eliana** 62:20 | 110:2,7,12 |
| 114:19 | 105:24 114:6 | **elicits** 25:12 | 111:25 138:6 |
| **ed** 61:7 | 153:4 | **eligible** 29:17 | 142:6,9,17 |
| **editing** 125:11 | **eight** 62:10 | **eliminate** 87:5 | 143:10 146:17 |
| **editorializing** | 95:25 | **eliminating** | 146:25 |
| 118:18 | **either** 28:22 | 140:24,25 | **employers** |
| **editors** 156:14 | 52:17 73:17 | **email** 7:1,4 | 140:12 141:18 |
| **educate** 84:14 | 77:14 88:19 | 28:18 63:2,10 | 141:24 |
| 121:2 169:18 | 89:11 92:5 | 63:14,18 66:3 | **empower** 19:18 |
| 170:2,5 172:7 | 100:4 138:8 | 67:11 68:8 69:8 | **enacted** 143:8 |
| **educating** 172:3 | 156:6 160:16 | 69:15 70:18 | **encourage** |
| **education** 20:5 | 161:1 165:10 | 83:3 137:11 | 71:11 73:2 |
| **educational** | 176:11 | 170:10 | 140:9 149:15 |
| 135:24 | **elaborate** | **emails** 48:12,15 | 156:22 |
| **effect** 45:23 | 157:14 | 69:17 95:10 | **encouraging** |
| 152:5 | **elect** 33:20 | **embarked** 139:3 | 47:17 65:11,11 |
| **effective** 26:14 | **election** 13:10 | **emboldening** | **encryption** |
| 126:10 | 15:4,9 29:25 | 106:2 | 39:14 |
| **effectively** 66:11 | 30:8,19 33:19 | **embrace** 156:23 | **encyclopedias** |
| 128:25 | 41:23 63:2,11 | **emerged** 103:4 | 12:22 |
| **effects** 93:17 | 64:15 65:12 | **employ** 115:6 | **ended** 141:5 |
| **efficient** 42:5 | 67:1,10 68:8 | **employee** 37:8 | **endorse** 143:5 |
| **effort** 31:6 | 114:8 122:23 | 37:15,15 62:24 | **enduring** |
| 33:23 38:3,22 | 126:18 140:10 | 107:21 108:25 | 149:22 |

**[enforce - evidenced]**

enforce 117:20
enforcement
  31:5 33:7 49:14
  87:11 88:10
  100:4 102:7
  120:1 128:14,15
  128:20 136:19
  144:9 152:17,19
  152:25 153:2,6
enforcers
  114:24
enforces 15:16
engage 48:12,19
  51:8 55:2 66:23
  79:11 85:25
  102:14 105:1
  108:15 109:20
  143:5 146:9
  151:19,24 152:6
  153:3
engaged 10:20
  15:8 51:14
  110:2
engagement
  25:13,14,21
engaging 48:4
  104:20 109:21
  162:25
engine 2:19 3:20
  7:1 11:21 17:14
  17:15 20:2 42:3
  57:1 102:25
  105:15 116:14
  121:18 130:8,12

148:4,11
engineer 16:5
  41:20
engineers 41:25
  145:10,14 149:2
  157:22
engines 50:15
  53:9
enjoyment
  154:6
enormous 21:12
ensure 12:14
  16:14 21:20,22
  21:24 51:6
  62:19 90:11
  102:11 116:14
  117:7 146:16
ensuring 5:24
enter 86:2
  108:24
entered 18:15
enterprise 145:4
entertainment
  20:5 50:19
  154:6
entire 2:20 6:21
  70:4 171:16
entirely 17:20
  32:22
entirety 18:16
entitled 27:16
entity 8:18 36:4
  156:19

entrant 102:1
entrepreneurs...
  3:12
environment
  102:19 103:6,7
epic.org 52:1
epstein 10:3
  33:16
epstein's 35:1
equilibrium
  27:7
eradicate 87:25
eric 112:7,25
  113:16 114:11
  115:20
erroneously
  117:18
escalated 28:24
escort 59:12
especially 19:19
  32:25 99:24,25
essential 5:20
  21:11
essentially 27:6
  31:5 160:5
establish 38:5
established
  95:21
establishes
  157:8
estimated 81:12
estimates 149:1
et 1:9 111:16
  138:8 170:20

ethic 147:17
ethnic 15:20
ethnicity 150:25
europe 74:21
  113:1 174:13,14
european 74:16
  74:20 75:6
  101:7,24
europeans
  75:15
evaluate 35:6,7
  36:18,23 41:3,5
  126:3 132:17
evaluating
  131:22
evaluation
  107:14
evened 53:19
event 111:20
events 4:12
  53:14 54:4
  111:15,16
  133:22 176:12
everybody
  151:13
evidence 13:24
  14:4 17:5 28:6
  29:11,21 53:18
  54:1,18 64:24
  65:5,24 67:8
  68:19 85:19
  129:3
evidenced 141:2

**[evil - expression]** Page 198

evil 127:3
147:18
evolution
170:13
evolve 153:17
170:3
evolving 114:5
153:16
exact 7:8 22:24
132:7 171:13
exactly 61:20
100:6 167:4
169:25
exaggeration
2:22
examine 14:25
15:16 16:14
31:9 158:19
examined
158:16 159:21
examining 2:7
159:21
example 9:8
14:25 26:12
32:4 40:9 42:21
44:5 58:9 76:6
76:24 82:14
88:13,14 92:8
96:13 98:5,8
99:3 105:21
111:16 114:13
119:1 126:3,16
126:23 127:25
131:9,18 135:16

135:23 136:16
137:10 139:7,21
139:25 143:25
152:2,23 153:5
154:4,21 155:19
155:25 156:8
168:14 169:11
170:10,12,17
171:8 172:14
173:15
examples 16:7
34:2,21 45:20
excessively 7:24
25:9
exchange
160:15
excited 38:9
144:16
excluded 101:25
exclusive
141:17
excuse 71:19
112:18 155:14
executive 18:14
33:24
executives 8:14
67:11
exert 100:15
exists 52:18
108:5
expand 14:21
20:6 87:24
90:12 127:10

expanded 20:14
expanding
141:21
expect 23:17
83:7 99:6
159:22 160:1
expectations
98:8 99:7
153:16 170:17
170:21
expected 32:22
expense 16:18
expensive 53:13
experience
43:16 72:13
99:12 101:17
106:16 110:4
113:9
experienced
140:14
experiences
19:14
experiments
10:8
expert 122:12
expertise 5:23
expired 18:21
37:12 42:9
68:15,25 84:3
100:7 106:6
124:12 129:21
134:1 139:18
144:21 149:18

expires 72:20
explain 37:1
44:17 46:10,15
81:17 98:24
explaining
162:22
explains 130:8
explanation
163:4
explicit 83:17
167:21
exploit 130:7
exploited 30:7
explore 86:19
104:23
explored 127:14
148:14,16
exploring
148:23
exposed 16:23
17:3 28:9 70:16
exposures 17:9
28:16 29:4
express 137:4
139:12 158:4
expressed 69:12
109:13 135:16
147:1 152:24
160:25
expression 3:17
22:7 60:12
103:15 109:12
117:12,20 133:2

**[expressly - filtering]** Page 199

**expressly**
  106:21 137:17
**extends** 141:17
**extension** 2:20
**extensive** 49:6
  174:17
**extensively**
  50:15
**extent** 7:20 16:8
  30:6 32:11
  50:10 85:22
  92:20 104:8
  106:18,25
  128:16 151:21
**external** 41:4
  43:6
**externally** 36:21
  51:13 110:18
  126:3
**extraordinary**
  154:7
**extreme** 76:9,11
  76:16 131:10
**extremism**
  31:18 76:7
**extremist** 130:7

**f**

**fabric** 58:11
**face** 42:7 88:5
**facebook** 81:13
  124:9
**facebook's**
  113:18

**faced** 33:3 87:7
**facilitating** 49:7
**facility** 38:5
**facing** 156:16
**fact** 4:6 7:7
  10:18 14:5 15:6
  17:6 24:19
  26:12 33:11
  35:12 38:6
  41:13 48:1
  53:18 54:17,18
  54:25 55:12
  73:2 98:21
  123:9 141:2
  155:14 163:4
  167:9 169:20
**factor** 125:22
**factors** 150:25
  151:3
**facts** 32:23
**fail** 90:2
**fair** 7:17 10:1
  14:18 16:15
  54:24 63:24
  64:5,21 97:18
  127:3
**fairly** 121:1
**fairness** 14:17
  14:20
**faith** 25:7
  110:20,25 148:2
**fake** 69:15
  89:11,12

**false** 15:2 44:2
  143:21
**falsely** 155:11
**falsified** 49:8
**falun** 147:25
**familiar** 62:23
  74:15,18 75:4,8
  97:16
**families** 20:22
**family** 19:7
  154:5 155:1,6
**fangs** 132:5
**fantastic** 154:8
**fantasy** 13:21
**far** 12:6 14:23
  17:5 20:14 60:3
  61:13 65:12
  114:7
**farms** 87:22
**fashion** 6:18
**faster** 20:17
  146:24
**fathom** 12:20
  62:9
**favor** 9:20 43:11
  145:12
**favoring** 101:9
**favorites** 133:8
**favors** 9:15
**fbi** 15:25
**featured** 11:10
**features** 12:8
  63:13,15,22
  64:18,19 65:7

  65:16,21 69:21
  69:24,24 165:5
**february** 176:16
**federal** 14:15
  21:17 54:10
  85:1,4 102:8
  128:12 134:18
**feedback** 57:13
  91:25 92:24
  115:8 117:17
  126:2 129:4
  142:8 152:4,8
  160:6 171:6
**feel** 59:13 85:21
  121:2,3 144:3
**feet** 22:24
**felt** 35:24
**fi** 91:11 92:6
  94:19
**fictitious** 17:20
**fiddle** 75:15
**fiduciary**
  121:14
**field** 13:14
  16:12 140:20
**fierce** 116:8
**fiercely** 22:6
**figure** 122:6
**figures** 130:13
**figuring** 41:8
**filter** 9:1 118:3
  118:5
**filtering** 2:8
  8:12 39:15

**[filthy - found]**                                        Page 200

**filthy**  25:9
**finally**  16:19
  92:11 165:4
  174:10
**financial**  28:17
  29:4
**find**  9:18 20:24
  28:23 31:24
  32:1,5 35:17,23
  41:3 42:5 44:12
  53:8 54:13,22
  55:25 57:7,20
  60:1 65:4 66:7
  67:19 71:4,4
  76:10,17 115:11
  151:10 171:13
**findings**  35:3
  89:23 91:19,21
  101:7 114:3
**fine**  65:13
**finish**  91:3
  161:3,20
**fire**  124:24
**firing**  130:18
**firms**  13:14
  102:12
**first**  2:10,16
  3:11 8:9,19
  13:20 19:7,7
  23:21 28:7 29:8
  29:10 33:12
  34:1 43:16
  45:16 51:11
  56:24 58:20

61:19 101:11
102:21 110:5,17
110:23 119:22
120:20,25 121:5
121:9 122:12,18
122:19 123:17
124:19,21,25
133:17,18
146:23
**fitness**  23:15
**five**  10:7 18:17
  18:20 22:20
  28:4 32:18
  37:24 39:17
  42:12 47:2 52:9
  56:22 62:15
  69:5 73:9 79:7
  87:17 93:3
  100:10 152:18
  154:1 163:16
  168:11 175:5
**fix**  71:4
**flag**  32:8 117:4
  119:24
**flagged**  118:23
  119:25 120:5
**flagger**  116:25
  119:15 120:3
  147:4 154:21
  155:12,16
**flaggers**  119:21
  119:23 120:9
**flagging**  119:15

**flooding**  88:1
**floor**  23:1
**florida**  63:16
  79:7 106:13
  149:19 163:15
**flow**  20:9 57:15
  99:17 157:6
**focus**  14:24
  17:24 25:24
  69:25 81:2
**focused**  15:5
  25:23 158:6
**focuses**  50:24
**folks**  75:16
  93:13 172:3
**follow**  28:24
  29:7 32:13 35:2
  37:1 46:14,17
  52:11 55:3
  56:15,25 60:16
  61:4,11 67:13
  67:16 68:18
  83:18 87:19
  91:6 105:23
  108:21 121:12
  125:25 129:17
  129:18 138:23
  143:12 151:24
  152:14 161:21
  171:18,21
  172:10 174:17
**following**  25:18
  56:16 83:11
  131:21 140:1

**foment**  16:9
  89:8
**football**  59:14
**footprint**  20:14
**force**  140:24
**forced**  140:12
  140:22,25 141:6
  141:22 142:20
  143:2,8
**forcing**  140:13
**foregoing**
  140:22 176:5
**foreign**  3:18
  4:21 15:1,13,15
  31:1,11 48:6
  125:19
**forget**  20:6
**form**  33:9
**former**  22:4
**forms**  139:16
**formula**  160:2
**forum**  160:14
**forums**  109:12
**forward**  5:4
  12:15,25 22:18
  42:6 46:14 48:1
  51:20 140:18
  142:10 143:6
  144:13 172:7
**found**  17:5 28:6
  28:8,14,21
  29:15,21 30:13
  30:16,20 33:10
  34:11 35:24

**[found - gentle]**                                                    Page 201

44:4 54:19 60:4
64:24 65:24
67:8 68:19
114:4
**foundational**
31:13
**founded** 20:9
**founder** 156:1
**four** 61:19
62:10 63:2
122:18 152:18
**fourth** 17:19
44:3 120:17
122:24
**fox** 14:9 122:24
133:14,15
**frame** 29:19
111:10
**framework**
21:18 37:17
103:13 112:23
113:4,6 135:1
**francisco** 112:9
**frankly** 53:9
54:8 105:4
163:25
**fraud** 153:2
**fraudulent** 76:7
136:17
**frazzledrip**
129:25 130:25
131:2,3
**free** 3:12,17
4:11,24,24 5:1,1

12:10 14:5 20:9
49:16 78:11
101:2 116:10,10
120:18,21 121:4
130:6 135:9,23
138:11,14 145:4
**freedom** 4:17
5:24 22:7 49:23
60:12 76:15
103:15 109:12
117:12,20 133:2
141:9
**freedom's**
119:14
**freedoms** 20:10
22:10 155:21
**frequently**
24:16
**freshness** 40:25
**friend** 84:25
154:9
**friends** 73:14
**front** 79:22
112:19 167:3
**frustrating**
57:22
**frustration**
44:22
**fulfill** 164:13
**fulfilling** 4:18
**full** 30:6 31:14
164:12
**fully** 50:9 56:15
85:24 123:6

**fundamental**
4:15 141:8
**fundamentally**
100:18
**further** 10:17
15:14 30:25
100:1 140:16
142:7 176:10
**future** 31:10
32:9 86:12
145:13

**g**

**g** 135:17,18,23
135:25 136:2
**gaetz** 106:13,14
106:20,24 107:4
107:15,19,23
108:1,6,11,23
109:4,17 110:10
110:24 111:8,22
**gain** 55:13
**gaining** 85:9
**game** 6:3 59:14
122:21,23,25
161:5,5,10
**gap** 3:3
**gaps** 15:12
**garage** 12:18
**garbage** 156:15
**gate** 130:17
133:23
**gatekeeper**
100:15

**gatekeepers**
101:2
**gathered** 12:11
23:22
**gathers** 174:5
**gdpr** 113:2,9
**gender** 141:10
**general** 6:1 42:1
60:16 74:16
85:16 88:7
89:17 92:9
98:12 110:15
113:1 135:1,15
164:9 174:2,8
**generally** 39:16
74:12 96:10
98:25 122:12,19
122:20
**generate** 14:6
121:20 123:2
**generated** 13:11
173:6
**generates**
121:17
**generating**
41:10
**generation** 3:22
55:9
**generations**
147:22
**genned** 89:13
**genocide** 143:25
**gentle** 52:14

**[gentlelady - going]**                                           Page 202

**gentlelady**
134:14 140:4
149:19 153:25
159:16 162:17
**gentlelady's**
139:18 144:21
**gentleman**  6:8
6:12 13:2 28:3
32:18 37:12
42:12 47:1 52:8
53:7 56:21,21
58:25 62:15
68:15 69:5 73:9
78:17,25 79:2,6
84:3,4 93:3
100:9,9 106:12
112:5 115:23
120:15 124:13
129:16,21
144:22 154:1
157:3 163:15
168:10
**gentleman's**
106:6 120:14
124:12 129:16
129:21 134:1
144:21 149:18
161:17
**gentlemen**
52:12 59:12,16
112:4 115:24
163:12
**gentlewoman**
37:23 47:2 52:8

87:16 162:5,14
162:14 163:9
168:10
**geographically**
126:5
**geographies**
27:21
**geolocation**
72:6 134:19
**geolocational**
71:25
**georgia**  47:1
69:5 93:3
134:14 136:23
**getting**  6:18
8:20 19:9 44:1
46:15 50:5
64:16,16 78:21
81:6 108:15
110:13 121:24
121:25 124:7
**giant**  12:4
**gift**  150:5
**gigabyte**  98:18
**girard**  169:7
**girl**  130:24
169:10
**give**  15:13 18:8
23:11 24:22,23
35:3 42:21 44:5
54:3 55:19
72:12 75:7,11
83:22 91:25
95:3 96:23 98:5

98:6,10 99:10
99:12 104:23
128:19 139:8,23
165:15 166:10
166:24 167:22
172:20 174:20
**given**  8:8,14
11:20 13:13,15
41:2 45:2 81:19
90:9 110:19
112:16 173:25
**gives**  154:13
**giving**  53:5
57:12 85:20
143:9 158:7
165:19,21 166:3
167:3 168:5,6
**glad**  96:19
123:5 149:9,10
**global**  20:3 30:1
54:16 113:13
**globally**  113:14
146:7,25 147:14
**globe**  147:22
**gmail**  71:1,10
71:13 95:13
99:4 127:21
135:9,11,12,13
135:14,15 136:3
137:10,12
167:24
**go**  2:25 23:11
27:21 28:7 29:9
36:1 39:11

44:13 46:5
51:19 55:9,25
57:4,21 67:24
69:3 73:2,3,13
83:8,13 92:21
94:1 99:14
117:13 132:13
136:22 137:11
138:6,16 158:1
163:19 167:11
170:12 171:13
**goal**  77:1 91:23
99:2 117:25
119:4 137:4
139:13
**goals**  25:24
66:21 69:24
113:2
**gobs**  38:7
**god**  18:9 155:4
**goes**  105:3
125:15 131:1
145:6 155:7
**gohmert**  154:1
154:2 160:22
**going**  5:18
12:15 34:3,6,20
38:8 39:8,14
41:9 45:10,20
47:5 49:21
54:23 60:23
62:12 63:9
72:24 73:4 78:5
85:5 87:23

93:15 99:14
100:2,6,6
120:25 122:15
123:2,13,15,15
123:16 136:21
137:25 142:20
159:3 160:9
161:2,7 165:20
168:13 170:8
**gong**   147:25
**good**   2:2 11:10
25:7 39:1 44:12
47:3 53:4 62:22
65:10 66:14,14
80:10,16 92:24
111:9 112:24
135:4 150:18
153:4 154:20
155:19,25
169:11 170:9
172:3
**goodlatte**   2:13
2:13 18:24
**google**   1:9,12
2:7,18,25 3:11
3:16,19 4:2,9,25
6:25 7:5,13,21
8:9,11,13,14,17
8:25 9:2,7,8,14
9:19,24 10:18
10:20,25 11:10
11:21,21,24,25
11:25 12:3,7,17
12:23 13:14,22

14:3,8,25 15:11
15:16 16:8,12
16:17,19,21,23
17:2,5,13 18:14
19:1,18 20:2,24
22:12,16,23
23:5,23,25 24:8
25:8,13,15,16
25:18 26:13
28:6,7,8,11
29:21,23 30:6
30:12 31:9,17
32:21 33:1,3,20
38:1,4,11 40:16
40:21 41:14
42:4,18 44:23
44:24 46:20
47:7 48:12,23
49:13,19 50:15
51:19 56:9 57:5
57:6 58:7 60:1,9
60:12 62:1,24
63:25 64:6,7,25
65:20 66:17,21
69:21 70:12,15
70:17 71:20,24
72:17,21 73:14
73:15,19,20,23
74:8,15 76:3,14
77:9,13,20,24
78:4,12 79:23
80:13 81:6,15
82:7 85:7 86:3
87:5,23 89:14

89:20 90:10
91:8 93:19 94:7
95:2,7,9,11 96:3
96:14 98:17,20
100:13 101:8,12
102:10,21,24
104:9,18 105:3
105:14,25
107:16 108:25
109:1,5 112:10
113:20 114:7,14
114:21,24 115:3
116:19,24 117:2
117:7 118:9
119:20 120:22
121:6,11,11,17
122:16 123:1,14
123:20 124:9
125:2 127:20
128:23 129:8
130:9 135:8,10
135:12 136:22
136:24 137:15
137:15,25 138:1
139:22 141:5,13
141:17 145:4,10
145:14,22
146:11,13,16
147:16,19 148:3
149:24 150:5,8
150:11,24,24
153:8 154:7,12
156:4,5,7,24
158:16 163:6

164:3,4,4,9,19
164:20,21 165:6
165:8,9,11
166:15 167:24
168:15,19,21,22
169:4 172:12
174:6
**google's**   2:19
3:15 8:8,16 9:3
9:11 11:17,20
33:17 44:15,17
50:20 62:21
70:6 85:12
101:6,13 103:5
103:8 114:18,19
118:4 119:12
144:1 145:16
164:2
**googled**   43:22
**googlers**   22:4
**gospel**   84:21
**gotten**   128:20
129:4 142:8
144:9
**government**
4:19 8:18 14:13
17:16,17 20:13
33:9 77:19,20
77:23 78:3,4,9
84:24 85:1,4,9
85:11 87:1
103:2,13,24
104:3 105:18
116:9,11,21

121:6,10 127:11
127:18 128:8,12
147:21 154:10
154:13
**governments**
3:18 4:21 21:15
60:6 105:21,25
**gps** 92:8 94:19
94:24
**grainy** 131:3
**granddaughter**
161:4
**grandfather**
161:7,9
**granted** 12:23
**granting** 119:20
**grapple** 4:23
132:14
**grateful** 22:9
**grave** 33:9
**great** 3:6 6:16
20:18 21:7,9
23:11 43:25
50:25 117:13
144:18 145:2,6
145:6 147:17
154:4 158:6
**greater** 106:3
110:3
**greatest** 22:13
**greatly** 22:15
**greatness** 150:4
**green** 18:19

**grew** 12:19
146:23
**grocery** 16:5
**group** 61:21
103:5 107:20,24
108:3,5,7,14,15
108:20 109:1,19
122:25 123:20
130:15 154:24
155:11
**groups** 10:15
37:15 48:24
77:1 89:20
107:16,17,19,22
108:14 109:20
109:22 125:25
131:10 144:6
166:3
**grow** 3:5 20:11
**growing** 19:6
20:16 51:1
**grown** 55:16
**growth** 134:8
**guardians** 116:9
**guess** 61:21
126:9 127:2
133:23
**guidance** 15:13
152:25
**guideline**
107:14
**guidelines** 36:21
41:5

**guy** 133:22
154:25 155:7
**guys** 124:19
127:2

## h

**hack** 85:8 87:2
**hacked** 71:8
**hacking** 85:8
87:6
**half** 28:10 175:1
**hall** 122:19
**hand** 18:6 25:11
43:16 45:16
133:10 140:25
161:14
**handel** 134:15
134:16,23 135:6
135:20 136:1,6
136:9,14,21
137:8,14,19,24
138:1,10,13,15
138:24 139:2,14
139:20 140:1
**handle** 31:25
117:13
**hands** 48:4
169:13
**hank** 69:7,14,20
70:5 71:16 72:5
72:20 73:6
78:16 141:3
**happen** 33:13
40:18 46:20

53:12 91:14
113:21 160:19
**happening**
44:19 45:5,21
46:4,4 89:7
92:13,15,21
123:4,23 173:22
**happens** 91:12
163:5
**happiness** 25:25
**happy** 35:2 37:1
46:11,14 48:18
55:2 56:14
57:13 60:16
67:12 68:18
79:4 83:18
86:22 89:22
90:24 102:14
104:6 108:21
120:8 129:18
142:11 143:11
152:14 157:14
161:21,23
171:18,21
174:16,17
**harassing** 25:9
**harassment**
141:7,23 142:5
142:17 143:2,10
**hard** 21:20 25:1
26:1 35:10
36:24 50:6
60:14,16 61:1
62:9 71:9 80:4

**[hard - hope]**

85:17 99:6
103:12 122:4
125:6 126:25
144:8
**harder** 71:14
**harm** 15:2
100:24 101:4
102:13 134:4
143:22
**harmed** 101:8
**harmful** 8:5,7
**harmless** 9:16
**harvard** 33:16
**hate** 15:23,25
32:4 33:6,8
47:14,20 76:24
77:2 109:8
134:4 143:17
144:2,4,5
154:24 155:6,11
155:18
**hated** 77:1
**hateful** 15:21
**haters** 155:13
**hates** 155:20,20
**hatred** 134:5
144:6
**hatreds** 15:21
16:9
**hazards** 129:16
**head** 30:1 62:21
64:17 66:1 67:2
68:7,12 69:9
154:15

**headline** 130:6
**headquarters**
38:4
**health** 96:7
**healthcare** 20:5
43:21,22
**healthier** 25:20
**hear** 2:23 34:3
41:20 45:20
111:9 112:11,12
112:19 144:19
152:18
**heard** 25:5
42:16 43:9,10
43:12 45:18
50:14 61:5 69:8
93:13 125:10
130:2 136:24
149:22 168:24
169:19
**hearing** 2:6,14
3:2 12:17 14:25
15:4 17:19 91:7
116:5 119:12
120:17,19
142:15 172:6
175:4,7
**hearings** 17:25
48:3 116:24
120:18 122:16
**heartened** 141:5
**heckle** 133:7
**heighten** 48:6

**heisman** 58:20
**held** 15:4
130:19 145:3
**helm** 84:8
**help** 14:6 15:13
18:9,17 20:21
21:7 49:22
57:23 80:12,25
80:25 85:3 87:5
87:12 91:23
99:12 153:8
170:5
**helpful** 88:11
90:22 92:23
**helping** 20:1
38:18 70:1
**helps** 13:8 150:8
**herculean** 33:23
**hey** 123:1
172:19
**hidden** 138:18
138:25
**high** 34:13 80:2
83:19 139:11
143:23 158:25
**higher** 10:5,14
114:23 119:3
**highlight** 139:8
**highlighted**
51:5 146:14
**highly** 134:20
134:20
**hill** 2:15

**hillary** 33:18
35:23 68:10
130:23 132:4
133:6,16 159:15
**hipaa** 96:4
**hire** 157:17
**hired** 157:18
**histories** 94:12
97:4
**history** 12:2
54:10 58:4
80:14,16,17
94:13 98:9,10
155:4
**hit** 122:17
123:16
**hold** 57:7 84:20
84:23 109:7,9
156:25
**holiday** 140:10
**home** 19:5 38:2
83:12 96:14
139:22 167:25
**homeland**
111:18
**hominem** 118:6
**honest** 156:12
167:4
**honor** 21:8
22:13
**hope** 3:8 6:5
7:20 8:25 12:13
15:10 78:8
141:7 156:22

**[hopefully - important]**                                          Page 206

**hopefully**
  156:10
**hoping**  39:9
  112:10 115:1
**horrible**  16:2
**hospital**  19:9
**host**  14:10
**hostile**  15:1 31:1
  48:6
**hot**  81:10
**hour**  10:25 11:1
  19:11 23:7
**hours**  29:18
  66:8 119:6
  130:3 132:24
  159:2 175:1
**house**  2:2 5:6
  6:7,11 18:3,11
  22:19 23:20
  24:2,14 25:3
  26:8,23 27:9,14
  28:2 32:17
  37:11,22 42:11
  43:19 46:20,25
  52:3,7 56:5,20
  58:24 59:2,6,11
  59:15 62:14
  68:14,24 69:4
  73:8 75:5 78:20
  78:24 79:5 84:2
  93:2 100:8
  106:5,10 109:2
  112:4 115:22
  120:13 124:11

129:15,20
133:25 134:13
139:17 140:3
144:20 149:17
153:24 157:2
161:16,19 162:4
162:8,13 163:8
163:14 168:9
172:9,17 173:1
173:11,18,23
174:4,9,19,25
**households**  22:8
**housing**  38:10
  38:12,19,24
**howdy**  56:23
**huge**  50:18
**huh**  158:13
**huma**  130:23
**human**  3:17
  12:1 37:20
  39:12 48:9,13
  48:17 50:5
  58:23 59:22,25
  60:5,19 79:13
  103:5,11 105:13
  125:10,12
  143:24 148:1
**humans**  37:19
  88:22 125:13,16
**hundreds**  86:25
**hurricanes**
  111:16
**hypothetical**
  145:13

**i**

**iadimarco**  1:16
  176:4,20
**idea**  7:18 19:23
**ideals**  3:12
  147:19
**ideas**  9:21
  100:24 116:10
**identifiable**
  70:22 168:17
**identified**  30:2
  71:19,20 172:18
**identifiers**  94:8
  94:15 97:4,22
**identify**  83:10
  83:14 87:25
**identifying**
  11:14
**ideological**
  146:16
**ideology**  45:7
**idiot**  40:16
**illegal**  8:1,2,4
  49:5,9 79:11
**illegitimate**
  13:20
**images**  40:17
  131:3 132:3
**imagine**  81:20
  103:12 170:24
**imei**  94:16
**immediately**
  59:7

**immigrants**
  5:24 22:9
  144:17
**immigration**
  33:7 123:18
**immune**  156:24
**immunity**
  154:14
**impact**  10:4
  12:10 38:10
  39:15 48:25
  85:21
**impacting**
  106:16
**implement**
  116:20 125:4
**implemented**
  113:1 119:6
  152:5
**implementing**
  170:13
**implications**
  9:25 33:21
  106:4
**importance**
  13:8
**important**  5:22
  6:22 8:17 16:19
  21:15 24:11
  25:15 26:1 28:1
  31:20 36:25
  38:21 40:15
  44:25 46:7,12
  48:17,17,22

**[important - information]** Page 207

50:5,13 51:19
52:16 53:25
58:13 68:4,18
70:24 71:1
72:10 76:14
77:12 83:20,22
90:15 104:20
105:8 111:15,15
112:16 113:14
116:4 117:10,19
120:2 142:1,21
142:22 146:9
160:4 163:21
**importantly**
24:25 70:14
**impose** 116:11
**imposed** 103:1
**impossible**
11:23
**impression**
162:23
**improper** 30:17
89:16 109:20
110:2 114:1
126:19
**improve** 19:17
34:6 55:10
79:12 150:8
153:8
**inappropriate**
15:18
**incarcerations**
148:1

**incentive** 26:3
**incentives** 34:16
**incidents** 15:25
17:7
**incite** 134:4
**inciting** 47:20
77:1 144:5
**include** 40:9
54:20 101:21
**included** 57:24
132:3
**including** 7:22
8:1 11:4 13:17
21:15 30:24
35:18 37:17
43:7 44:10 50:9
51:1 53:8 54:8
56:11 60:19
79:2 83:10
85:24 95:24
103:4 107:13
120:7 126:1
128:2 140:21
148:3 172:23
**inclusion** 50:21
**inconsistent**
54:14 103:8
**increased** 16:2
25:14,14 30:18
**increasing**
13:11
**increasingly**
13:5 100:17

**incredibly**
19:18
**incubator** 118:1
**independent**
36:4,7,11,15
37:3,6 46:11
78:11
**index** 40:23
114:25 115:1
**india** 10:11 19:6
144:16 149:11
**indian** 16:5
**indicate** 49:25
111:2
**indicated**
154:21 162:9
**indications**
139:10
**individual** 23:7
37:15 41:20
48:14,17 59:3
123:7
**individually**
116:3
**individuals**
12:18 17:17
33:5 36:5 50:16
57:20 75:14
120:20 163:1
**industries** 20:4
**industry** 22:14
81:3 97:17,17
98:13 105:21
116:12,20

**inevitably** 71:2
**infamous**
119:17
**influence** 15:9
60:22 111:14
145:15 149:25
**information**
2:21 7:5,8,14,19
8:10,20,22 9:8
10:19,24 11:9
12:11,21 13:7,8
15:2 19:3,24
20:9 21:20
22:23 23:5,6,17
23:22,25 24:8
24:22,24 28:17
29:4,5 34:5,14
39:21,23 40:6
40:10 41:11
42:5,21,25 50:4
50:5,7 58:5,8,10
62:7 66:25
70:19,22 72:15
75:19,23 76:1
80:2,2,14 81:15
82:7,9,10,14,19
83:1,2,3,6,7
85:18,20 86:13
90:21 91:7,9,24
92:12,15,17,20
92:23 96:6
98:20 99:17
100:3 101:18
102:3 104:22,24

**[information - investigate]**

111:19 114:17
115:11,13,15,17
115:18 116:6
125:15 126:10
134:19,24,24
137:16 139:8
145:21,23
149:25 150:13
151:14 152:10
156:13 158:7
160:15 165:5,19
165:20,23 166:2
166:5,16,19,19
167:5,5,7,12,16
167:18 168:6,16
168:17,19
170:25 171:25
173:5,6,20,21
174:1,5
**informing** 70:3
**infrastructure**
    108:16 110:13
**initially** 47:6
**initiate** 152:9
**initiated** 95:9
**initiative** 139:4
**injustice** 140:15
**innovation**
    48:21 100:18
    101:3 140:24
    146:6
**innovative**
    12:23

**inputs** 9:10
**inquiries** 12:14
**inquiry** 9:14
**insights** 128:19
**instances** 92:8
    135:18
**instantaneous**
    12:20
**institutions**
    135:24
**instruments**
    4:17,17,20
**insufficient**
    52:24
**insulate** 15:14
**integrity** 21:21
**intellectual** 8:3
**intelligence** 15:7
    87:11 106:2
    125:14
**intend** 34:24
**intended** 117:17
**intends** 38:11
**intensified**
    32:24
**intent** 110:17
    111:6
**interact** 164:10
**interacting**
    164:15,24
**interaction**
    125:12
**intercept** 148:10

**interest** 14:22
    27:5 45:4
    133:20
**interested** 8:11
    50:20 57:24
    85:10 97:6
    102:2,5 115:7
    174:12,13
    176:12
**interesting** 68:6
    68:7 97:6
**interests** 4:20
    5:23 22:1 34:15
    125:20
**interfere** 29:25
    154:10
**interference**
    15:15 30:25
    31:11 48:11
    152:24
**internal** 43:4
    56:13 103:19
    104:6 110:1
    138:5 148:7
**internally** 53:3
    86:20 104:14
    110:19 127:6
    157:19
**international**
    103:11 114:24
**internet** 2:20,25
    4:11,25 7:1,4
    8:10,21 10:3
    11:12,20 12:4

15:18 16:17
17:21 30:21
32:24 33:1
42:18 58:7,12
100:13,14,22
101:2,7,11
116:15 120:18
159:4 169:9
**interpret** 53:2
**interpretation**
    77:6
**interrogator**
    124:17
**interrupting**
    45:11
**intersection**
    125:11
**intervene** 41:16
    116:22
**interview** 79:19
**intimidating**
    124:24
**introduced** 75:6
    118:2 141:4
**inventor** 100:20
**invest** 73:5
    87:10 113:25
    134:9
**invested** 21:12
    71:10 72:25
    128:24
**investigate**
    108:18 135:17
    136:17

**[investigated - judiciary]**                                          Page 209

**investigated**
  34:10 35:1
**investigation**
  29:16 30:10
  71:18 106:15,21
  109:18 110:1
  111:1,7,12,24
**investigations**
  107:6
**investing**  31:6
  126:12
**investment**
  129:10
**investments**
  21:5
**invitations**  49:1
**invite**  5:7 51:17
**invoke**  165:9
**invoking**  131:4
**involve**  28:16,17
  29:4,5 127:20
  138:8
**involved**  5:21
  71:21 129:9
**involves**  136:3
**involving**  48:23
**ip**  40:9 58:4,8
  94:16
**iphone**  73:12
  161:10,11
**iran**  30:22
**iranians**  126:13
**ironic**  75:12

**irrefutable**
  34:22 35:24
**island**  100:10
**isle**  93:14
**isolated**  16:6
**issa**  52:9,10,22
  53:4 54:2 55:4
  55:23 56:7,18
  56:25
**issue**  13:20
  16:25 25:4
  31:10 39:13
  61:9 93:17,20
  93:22,22 98:15
  107:2 110:7,8
  141:20 142:23
  143:1,16 165:11
**issues**  6:16
  14:24 17:24
  34:11 39:11
  51:19,20 90:4
  93:19,24 118:4
  132:15 163:20
**iterative**  160:6

**j**

**jackson**  47:2,3
  47:11,14,22,25
  48:20 49:4,18
  50:11 51:17,24
  52:5,16 54:4
  162:3,6,11,16
  163:11

**jamie**  129:23
  130:4,11 131:23
  132:2,19,23
  133:4 134:11
**january**  95:25
**jayapal**  140:5,6
  142:13 143:15
  144:12 149:8
**jerrold**  5:12 6:9
  13:4 28:5 29:1
  29:12,20 30:14
  30:23 31:7,15
  32:1,7,15
**jerry**  141:2
**jigsaw**  118:1,13
**jim**  62:17 63:1,9
  64:4,10,12 65:2
  65:6 66:1,9,12
  66:19 67:2,9,15
  67:20 68:5,22
**job**  79:10,21
**jobs**  20:24 21:6
  44:7 46:23
  84:11,12
**john**  163:17
  164:17 165:3,16
  166:11,13,25
  167:15 168:3
**johnson**  69:5,7
  69:14,20 70:5
  71:16 72:5,20
  73:6,25 74:8
  78:16 115:24,25
  117:24 118:21

  119:11 120:10
  141:3 147:3
**join**  6:5,12
  78:17 79:23
**joined**  19:1
**jones**  143:19
**jordan**  62:15,17
  63:1,9 64:4,10
  64:12 65:2,6
  66:1,9,12,19
  67:2,9,15,20
  68:5,22
**jose**  38:5,9,12
  38:14
**journal**  2:24
  16:21 28:13
  56:3 61:22
  111:9
**judge**  74:10
  84:25
**judgment**  9:1
  172:11
**judiciary**  2:2,3
  5:6,15 6:7,11
  18:3,11 22:19
  23:20 24:2,14
  25:3 26:8,23
  27:9,14 28:2
  32:17 37:11,22
  42:11 46:25
  52:3,7 56:5,20
  58:24 59:2,6,11
  59:15 62:14
  68:14,24 69:4

73:8 78:20,24
79:5 84:2 93:2
100:8 106:5,10
109:2 112:4
115:22 120:13
121:5 124:11
129:15,20
133:25 134:13
139:17 140:3
144:20 149:17
153:24 157:2
161:16,19 162:4
162:8,13 163:8
163:14 168:9
172:9,17 173:1
173:11,18,23
174:4,9,19,25
**july**   30:2
**june**   147:23
155:8 168:15
**juniper**   30:1
119:12
**jurisdiction**
141:20
**justice**   140:13
142:20,25
**justifies**   8:12

**k**

**kansas**   16:6
**karen**   87:18
88:12,24 89:6
89:25 90:20,25
134:16,23 135:6

135:20 136:1,6
136:9,14,21
137:8,14,19,24
137:25 138:10
138:13,15,24
139:2,14,20
140:1
**keep**   20:13 24:4
96:21 155:13
168:22
**keeps**   87:9
**keith**   144:24
145:25 146:10
147:2,9,16
148:8,13,18,24
149:4,7
**kentucky**   16:4
**kevin**   2:10,12
**key**   63:15,20,22
63:24 64:14
65:16,18,22
66:4,15,17 67:5
67:21 68:11,12
69:22
**keyword**   40:21
40:24 62:6
**keywords**   26:19
27:5,20 72:14
99:9
**khosrowshahi**
79:19
**kid**   115:12
161:6

**kids**   161:10
**killing**   16:5
**kind**   9:16 10:17
45:22 57:5,5
63:21 89:21
119:17 126:24
161:5,8,14
170:13
**kinds**   46:2 61:1
**king**   123:16
157:3,4,16,24
158:8,13,23
160:8 161:13,18
161:25
**king's**   123:18
**kings**   123:21
**knew**   83:11
**knock**   156:14
**knocked**   158:24
**know**   3:11,16
4:12,25 8:19
16:19 21:9
24:12,22 26:9
26:21 27:4,19
27:21 28:22,24
29:14,15 30:6,9
30:10,12,16,16
30:18 31:3,24
32:10 35:15
36:5,24 37:16
38:3 39:8 41:2
41:16,16 42:4
43:4,9 44:15,16
44:22 46:15,19

47:17 48:16,21
48:22 51:14
52:13 53:2
55:15,16,17,18
56:12,14 58:9
58:11 60:15,24
60:25 62:2,3,4
62:24 64:25
68:6 69:12 70:1
71:2,6,7,8,14,15
72:2,17,23
73:15,22,23
74:8,12,15
75:22 78:12
82:1,12 83:18
83:21 84:20
85:23 86:6,16
86:21 87:8,22
88:21,22 89:9
89:10,17,22
90:10,15 91:15
91:23,23 92:9
94:21 95:6 96:1
96:6 97:9 98:22
99:2,3,7,9
101:16,23
102:14 104:5,6
104:7,11,12,24
104:25 106:19
106:25 107:1
108:9,12,21,22
109:13,15
110:12,18 111:5
111:14 112:17

112:23 113:1,3
113:6,6,8,10,11
114:1,4,6,9,14
114:15 115:6
117:12,15 118:1
118:16 119:5,22
120:8 123:5,7,8
124:1 125:21,23
125:24 126:14
126:17,19,20,24
126:24 127:5,24
128:14,18,20
129:9,24 131:14
131:16,17,20,25
132:14,22 133:1
133:7,12 134:5
134:8 135:13
136:2,18 137:1
137:2,10,22
139:6,7,12
142:10,18 143:7
143:19,20 144:4
145:9 146:4,10
146:18,19,22
147:11 149:1,8
149:24 150:14
151:7,8,20,22
151:23 152:2,4
152:7,12,15
153:2,13 154:9
154:25 155:1
157:13,14,25
158:3,17,18,19
159:12,13,14,17

159:18,23 160:7
160:10,17
161:12,15
163:23,23
164:10,15,24
165:17,18,22,25
166:2,9,14,17
166:22,23
167:14,24 168:5
169:24 171:19
172:14,21,24
173:14,16
174:12
**knowing** 74:5
74:13 155:23
174:12,14
**knowledge**
12:13 25:25
37:5,7 156:9
**known** 61:21
113:2 158:21
**knows** 73:20
165:24 169:1

**l**

**labeling** 155:11
**lady** 52:14
144:21
**lamar** 32:20
34:19 35:4,11
35:21 36:13,19
36:22 37:4,18
**lamenting**
145:10

**land** 38:7
164:20
**language** 58:9
118:7 161:8
**large** 53:16
97:13 146:8
**larger** 90:7
100:2
**largest** 12:1
**lascivious** 7:24
25:8
**late** 78:21,23
174:13
**latino** 63:3,12
63:13,15,19,22
63:23 64:13,15
65:8,16,18,22
66:4,20 67:4,5
67:23 68:9,11
68:12 69:22
**latinos** 67:22
**launch** 50:2,8
85:15,22 86:10
103:20 105:14
107:13 109:25
127:13
**launched** 3:13
20:21 103:8
106:15,21 107:6
109:18 111:1
148:15,22
**launching** 103:7
103:24 104:1,8
104:17

**laundry** 14:2
**law** 7:25 26:10
31:4 49:14
74:22,25 75:20
87:11 88:10
100:4 103:11
112:14 113:5
119:17 120:1,3
128:13,15,19
136:19 152:17
152:19,25 153:1
153:5 154:22,23
155:9 164:11
**lawmakers**
103:4
**laws** 8:3 33:7
54:4,5,6 96:4
121:12,12,13
**lawsuits** 141:16
154:14
**layer** 71:13
**lead** 21:23 27:7
62:19 81:14
83:23 105:23
130:13
**leader** 2:10 14:6
**leaders** 39:6
105:5,22 130:20
**leadership**
105:8 141:14
**leading** 7:1
22:12 30:19
103:4 104:10
114:3 144:16

**[leads - location]**                                                    Page 212

**leads** 133:21
**leaning** 33:12
  146:23
**learn** 20:24
  88:10 92:13,14
**learned** 30:17
  84:16 114:2
  130:4
**learning** 118:3,5
**leave** 75:12
  102:21
**leaving** 5:25
**led** 90:7 130:17
**lee** 47:2,3,11,14
  47:22,25 48:20
  49:4,18 50:11
  51:17,24 52:5
  52:16 54:5
  100:20 162:3,6
  162:11,16
  163:11
**left** 35:18 51:13
  52:16 73:16
  85:7 119:18
**legal** 28:15 29:2
  29:8,13 100:5
  138:8
**legislation**
  21:17 43:19
  58:13 75:9
  83:21 102:9,15
  113:12 141:4
  143:6

**legislative** 5:18
  21:18 102:11
  171:8 175:5
**legitimate** 13:16
  16:18 17:8
**lender** 128:25
**lenders** 128:24
**lendup** 128:24
  129:7,11
**lengths** 23:11
  117:13
**lengthy** 174:11
**lesser** 87:3
**letter** 49:4 52:1
  100:21 102:22
  105:11,13,17
**letting** 22:15
**level** 83:19
  145:13 150:13
**levels** 38:25
**levin** 156:16
**lewd** 7:24 25:8
**liability** 25:6
**liable** 124:23
  156:20,20,20,21
**liables** 156:18
**liberal** 14:11
  33:11 35:13
  43:11 47:8
  54:21 61:21
  62:1 156:14
  162:23
**liberality**
  155:20

**liberals** 156:23
**libertarians**
  22:6
**lieu** 120:15,16
  121:9,16,23
  122:5,14 123:9
  123:13 124:3
  154:8
**life** 16:3 22:13
  54:3 85:2 93:9
  154:20 155:5
  158:25
**lifeline** 49:23
**light** 4:11 11:18
  18:18,18,20
  155:24
**likely** 25:12
  33:18 102:25
  105:22
**likes** 9:21,21,22
  88:19
**limbaugh** 14:11
**limit** 121:11
**limitations**
  137:23 141:14
**limited** 30:13,17
  30:21 89:16
  92:18 104:14
  114:1 115:9
  116:9 126:19
**limits** 92:22
  121:10
**line** 25:16 144:7
  160:20,21

**lines** 63:13 85:3
**lingering** 90:4
**linked** 30:11,22
**linking** 17:17
**links** 139:15
**list** 14:2
**listed** 53:7
**listen** 159:15
**listening** 5:4
  142:15 176:7
**little** 11:19
  13:25 41:8
  78:21 120:11
  145:8 156:25
  157:13 161:5
**live** 21:22 26:18
  41:25
**lived** 93:9
**livelihoods** 26:5
**lives** 12:12 19:8
  19:17 20:1 21:8
  79:12 150:8
  158:14
**living** 3:16
**llc** 1:9
**loaded** 160:24
**lobbyists** 61:6
**local** 114:20,24
  115:3
**localization**
  39:12
**located** 38:2
**location** 7:9
  10:24 11:1,2

22:24 39:20
40:1,6,10 55:7
58:4,10,11
71:18 80:14
81:3,11,14,15
82:7,16,24
83:20,22 92:1
98:5 139:24
170:23
**locations** 49:14
57:3 71:23
82:10 83:13
139:24 170:19
**locators** 98:3
**lofgren** 37:23,25
38:17 39:1,4,7
40:3,7,11,14
41:7,18 146:14
**login** 57:5
**long** 19:4 21:11
25:23,23 26:2
33:3 34:16
63:10 96:21
130:23 157:23
163:23
**look** 5:4 12:25
21:19,19 22:18
29:8 31:3 32:11
35:6 42:6 46:11
46:14 48:1
53:15,17,25
54:23 57:22
61:7,25 63:10
64:24 65:8,9

66:6 86:15,16
89:23 90:16,16
92:19,19 93:7
95:13 105:9,21
106:18 107:2
108:8 109:7
132:15 144:13
148:15 152:25
155:25 156:22
158:14 160:11
160:17 171:4
172:6
**looked** 27:13
34:11 35:16
57:12 64:3
67:18 101:25
107:23 111:13
**looking** 31:7
36:12 42:24
45:15 57:11
74:3 85:16
88:25 91:20
101:17 102:3
111:19 115:12
115:18 124:22
127:10 131:19
131:20 138:6
142:7,10 143:3
143:14 146:5
147:15 152:11
158:7 170:14
**looks** 61:23
127:2 155:24
159:13 161:1

**loop** 160:7
**losers** 45:24
**losing** 43:25
**loss** 6:2
**lot** 2:23 30:17
31:6 46:3,18,18
46:22,23 49:11
51:11,13 55:16
57:20 71:3,10
72:25 77:25
82:25 83:4,7
84:18 87:10
90:13 92:18
94:2 113:25
117:24 122:3
129:4 134:6
144:10 146:6
150:14 153:5,15
154:6 155:18
156:3 174:13
**lots** 124:21
131:17
**louie** 154:2
**louisiana**
115:24
**love** 19:3 92:14
140:10 142:13
155:3,21
**loved** 155:4,5
**lower** 10:5 43:7
**lowest** 26:11
27:16
**lying** 66:3

**m**

**maajid** 155:10
155:17
**machine** 118:2
118:5
**made** 4:7 6:16
14:3 15:22 19:5
19:8,14 21:2
44:15 49:7 67:9
69:13 93:18
97:6 100:21
102:21 106:9
124:16 131:17
159:4 160:10
161:11 162:19
168:22 169:22
171:17
**magnify** 79:13
**main** 30:11 60:4
153:8
**mainland** 17:14
**mainstream**
60:6 90:2
**maintain**
103:14
**major** 105:21
148:2
**majority** 2:10
6:15 14:6 97:14
**make** 7:14 8:6
9:2 13:8,9 14:5
21:14 23:18,18
24:1,3,19 25:1

**[make - means]** Page 214

25:15,17,19
26:5,6 27:24
29:9 36:10
38:12 40:13
41:4,6 45:4 48:8
51:8 54:1 55:20
61:2 66:6 71:5
72:14 73:1,14
73:22,25 75:25
81:7 82:13
83:18 84:13,14
88:21 97:10
105:1 107:11
113:20 115:16
117:16 125:23
133:1 135:4
143:5 144:9
150:2,4 151:14
151:17 152:7
158:5 159:3
166:6,21 167:10
171:5,20
**makers** 146:17
**makes** 8:11,13
9:1 56:9 65:19
71:14 154:20
172:11
**making** 23:7
35:8,19 38:24
52:21 131:21
143:14
**malware** 153:2
**man** 41:8
130:18 155:23

**management**
33:15,24 122:3
**manager** 164:9
**mandating**
140:12
**manipulate** 15:5
37:16,19 58:21
59:21 98:22
126:14
**manipulates**
9:20 12:7
**manipulating**
33:3 37:9 111:6
145:12
**manipulation**
4:20 10:16
40:14 88:19,19
125:11 126:9,12
**manner** 45:5
**manual** 89:2,3
147:8,12
**manually** 41:16
**manufacturer**
173:15
**manufacturers**
128:2,4,4
**manufacturing**
20:5
**map** 114:19
**maps** 49:13 81:6
164:4
**march** 16:22
98:15 169:5

**marino** 84:4,5
86:1,7,11,24
87:14
**mark** 79:17
156:15
**market** 3:12 4:8
8:8,22 16:13
17:15 27:6
81:10,13 101:6
102:12,24
103:13 105:15
**marketing**
62:21 64:18
66:2 67:3 68:8
69:10
**marketplace**
16:16 85:7
116:10
**markets** 20:6
27:15
**marking** 16:1
**martha** 168:12
171:7,23
**maryland** 19:22
129:21
**masked** 10:15
**mass** 147:25
**massacre** 16:3
**massive** 12:5
15:8
**match** 40:24
99:6 170:16,21
**matched** 114:17

**material** 16:17
25:11 114:4
118:22 132:11
133:11
**materials** 8:1,5
175:6
**matt** 106:14,20
106:24 107:4,15
107:19,23 108:1
108:6,11,23
109:4,17 110:10
110:24 111:8,22
**matter** 26:11
102:2 119:5
133:19
**mattis** 113:21
**mccarthy** 2:10
2:12
**meal** 131:8
**mean** 23:5
34:22 36:17
43:5 54:15
61:13 66:17
80:18,22 86:16
88:13 113:25
118:17 132:9,15
133:13 159:24
161:12 165:6
172:1 173:3
174:2
**meaningful** 48:4
**means** 6:2 9:7
20:4 25:14
164:4 169:11

**[meant - mobile]**

**meant** 8:4 19:9
25:20 58:6
**measure** 53:6
53:17 54:13
**measured** 54:24
**measurement**
54:10
**measurements**
54:7
**measures** 52:23
61:2
**media** 13:6
14:21 16:22
26:10 28:6,8
29:21 33:10,11
35:13 60:6
78:13 90:2
143:24 145:10
158:1,2,15,24
159:1,13,21
160:11,17
**medicines** 49:8
**mediums** 90:6
**meet** 46:9 98:7
116:2 171:1
**meetings** 103:17
122:3 158:21
**melded** 168:19
**melissa** 1:16
176:4,20
**member** 2:9 5:9
5:10,11 13:1
18:25 84:17
103:23 141:2

**members** 6:14
14:20 18:25
56:10 71:12
104:3 116:19
174:21 175:5
**memorandum**
56:9,10,12
**memories** 19:6
**memory** 55:24
**memphis** 61:22
**mention** 42:17
48:9
**mentioned**
28:13,21 34:3,4
34:9 45:17
96:20 118:21
142:4 151:3
162:20 163:22
**mere** 12:7
**merely** 117:8
**message** 50:25
**messages** 60:13
60:19
**met** 20:23 59:25
**meter** 11:5
**methodology**
34:12 35:2,8,11
37:2 45:1
**metric** 141:11
**metrics** 9:2
25:21
**michigan** 19:21
**microphone**
11:7 112:19

165:10
**middle** 44:11
84:15 169:7,7
**midterm** 113:23
**mike** 115:25
117:24 118:21
119:11 120:10
**miles** 108:25
**military** 20:22
**million** 20:25
24:20 28:10
33:18 57:15
70:16 73:3,4,22
97:10 117:3
155:15
**millions** 17:4
43:25,25 44:10
44:11
**mind** 5:5 101:5
112:18
**minimal** 99:9
**minimization**
96:20 98:14
**minimize** 49:24
96:17 98:24
170:15
**minimizing**
70:12
**minorities** 4:5
54:9
**minority** 51:7
52:19 54:5
152:6

**minute** 7:7
11:16 18:19
22:20 132:25
143:16
**minutes** 18:17
18:21 19:25
22:23 28:4
32:19 37:24
39:17 42:13
47:2 52:9 56:22
57:7 62:10,16
69:6 73:10 79:7
87:17 93:4
98:15 100:10
154:1 163:16
168:11
**misappropriated**
71:15
**misinformation**
30:5 131:15
**misrepresenta...**
90:5
**missed** 38:15
**mission** 19:24
21:11 50:4
85:17 104:21
**mistrust** 14:6
**misuse** 129:4
**misused** 17:7
29:11
**mitigate** 88:9
126:25
**mobile** 11:7
17:18 81:3,13

100:1 115:9
**mode** 11:14
**model** 101:22
105:19
**models** 121:22
**moderate** 144:1
144:4
**moderating**
143:17
**moderation**
13:18 172:12,24
**modify** 87:24
123:21
**mold** 150:1
**mom** 114:19
169:10
**moment** 5:13
19:20 22:14
83:8 105:4,7
110:19
**moments** 14:7
**monday** 122:2
**monetization**
99:18
**monetize** 99:17
**monetizing**
100:3
**money** 17:22
38:7 113:19
**moniker** 155:15
**month** 24:19
73:3 166:17
**monthly** 92:22

**months** 28:12
58:18 59:19
74:19 113:10
148:18
**moral** 105:8
141:14
**morning** 2:3
11:11 19:25
42:16 43:9,13
47:3,5 61:6
79:22 130:5
**morning's** 2:6
**motivated** 15:23
**mountains**
10:19
**mouth** 112:19
132:5
**move** 4:8 73:12
75:17 103:4
143:6
**moved** 73:16,16
74:9
**movement** 7:10
11:13 22:25
23:6 73:15
108:12,12
109:23
**movements**
111:3
**moving** 73:21
73:24 112:18
122:1 172:7
**msnbc** 61:6,13
61:14,15,19

62:9,11
**multi** 69:9
**multicultural**
62:21 64:17
66:2 67:3 68:7
**multiple** 9:17
29:23 30:3,3
56:10 163:24
169:21
**murder** 16:4
**murillo** 62:20
62:21 64:17
68:22
**musicians** 50:18
**muslim** 155:11
**muslims** 147:25
**muting** 32:23

**n**

**nadler** 5:9,12
6:9 13:2,4 18:4
18:25 28:3,5
29:1,12,20
30:14,23 31:7
31:15 32:1,7,15
141:3
**name** 28:18
61:18 83:1,3
94:8 97:22
**named** 96:10
**names** 98:18
**narrow** 138:7
**nation** 4:24

**nation's** 4:15
**national** 3:23,24
49:11,13 54:16
112:13 113:5
125:20
**natural** 26:2
34:16
**nature** 12:16
**navigate** 55:21
113:14
**nawaz** 155:10
155:17
**near** 63:18
82:16 170:23
**nearest** 66:7
**nearly** 5:21
**necessarily**
65:23 173:14
**necessary** 3:2
38:13
**necessity** 8:6
**need** 3:10,11,14
3:16 4:23,25
34:17 35:9 58:9
58:16 96:17
98:20 99:5,7,9
107:11 109:9
110:22 112:13
120:11 132:17
135:4 144:7
146:20 160:17
164:10,11 171:2
**needing** 153:17

**needs** 75:17
**negative** 44:22
  44:24 70:13
  123:19,22 124:6
  124:6 133:5,16
**neglected** 70:9
**neither** 160:23
**nervous** 73:14
  73:25
**networking**
  89:17 145:24
**networks** 90:8
**neutral** 46:14
  47:10 62:5
  79:15 125:7
  159:23,25
**nevada** 63:17
**never** 20:6 37:8
  41:14 72:11
  78:23 114:8
  116:15 120:4
  136:24 148:22
  149:12 153:20
**new** 13:2 15:20
  19:8 20:6,24,24
  28:3 70:21
  71:17 81:2,9,17
  82:6,9
**news** 4:1 9:23
  14:9 35:16
  42:25 44:22,24
  61:13,14,15,18
  61:22,23,24,24
  61:25 62:1,11

  69:15 70:13
  111:15 122:18
  123:16,17
  133:14,15
**newsworthy**
  124:1
**ngo** 105:17
**night** 87:9
  156:12
**nine** 43:18
**non** 11:21
  146:12
**nonpar** 146:12
**nonpartisan**
  27:25 68:3
  146:12
**nonprofit** 120:1
**nontraditional**
  48:24
**normal** 129:1
**normally** 71:6
  82:15 158:3
**north** 101:18
**northern**
  146:22
**northwest**
  130:18
**nose** 109:7,9
**note** 2:15 32:8
  41:19 48:1
  105:16
**noted** 48:11
**notice** 156:23

**noticed** 122:15
**notification**
  29:17 161:23
**notify** 29:18
  32:13
**notion** 45:8
**nsa** 7:14
**number** 6:18
  17:18 21:21
  23:16 24:4
  28:19 37:7,7
  43:3 50:18 83:2
  98:19 112:9
  122:6 143:17
  149:2 157:6
  159:4 163:1
  170:16
**numbers** 43:5,6
  43:7 51:12
  52:17
**numerous** 9:23

**o**

**obama** 6:20
  133:6,15
**obamacare**
  43:20 44:1
**object** 160:3
**objection** 2:4
  5:8 52:4 56:6
  59:18 106:6,11
  109:3 162:14
  175:4

**objectionable**
  7:25 8:7,12 9:2
  25:10,11 76:3
  76:10,17,19,21
**objective** 41:5
  45:5 159:22
**objectively**
  32:23 45:3
**objectivity**
  117:25 120:11
  157:1
**obligated** 17:9
**obligation** 14:17
  29:2
**obligations**
  28:15 29:13
  164:13
**obscene** 8:4
  25:8
**obtain** 13:7
**obvious** 11:2
  24:19 42:8
  45:17 124:4
**obviously** 74:15
  88:16 92:18
  114:1 133:6
  162:19
**occasions** 27:11
**occur** 40:19
**occurred** 109:5
**occurs** 34:22
**october** 56:3
**oem** 128:1

**[offenses - originated]**

**offenses** 32:12
**offensive** 118:7
**offer** 24:18
 26:11 47:6 98:4
 164:12
**offerings** 30:19
**offers** 22:10
 27:17
**office** 27:18
 28:25 35:2
 56:15,17 61:11
 84:7 116:7
 137:4 143:12
 174:18
**officer** 18:14
**official** 127:4
**offload** 55:12
**oh** 69:19 137:24
**ohio** 42:12 53:7
 62:15
**okay** 29:20
 30:16 31:15
 37:4 40:7 43:8,8
 43:15 63:9
 64:10 65:9
 86:11 92:25
 94:6 95:9 97:2
 121:16,23
 123:13 127:1
 128:10 129:19
 135:6 136:14
 139:2 150:23
 151:5 161:25
 164:18 165:3,10

**170:18 174:19**
**oklahoma** 20:16
**old** 161:4
 169:10
**old's** 161:10
**once** 29:15
 44:11
**ones** 45:17 79:2
 97:15 151:3
**ongoing** 72:25
 148:19
**online** 13:6,22
 15:5 16:8 30:7
 49:9 57:4,12,17
 57:18 58:22
 59:22 88:1 90:1
 90:12 100:25
 102:10,12 118:3
 131:6 132:7,8
 169:5 172:4
**open** 4:11 5:5
 16:15 48:23
 66:8 77:6 100:2
 100:14,21,22
 101:1 160:14,15
**opening** 2:9
 6:24 13:3 25:5
 34:4 55:5 62:18
 139:25 145:1
 150:19
**openness**
 101:12
**operate** 21:24
 60:8,17 62:20

71:1 86:15,17
 86:18 103:12
 123:24 127:19
 173:19
**operated** 85:19
**operates** 6:25
**operating** 6:17
 7:2,8,10 22:22
 24:10 102:19
 127:25 173:19
**operations** 5:20
**opinion** 36:2
 76:2 112:21
 145:17
**opinions** 22:3
 31:21 90:18
 100:25 147:1
**opioid** 153:4
**opponent** 53:11
**opportunities**
 22:10
**opportunity**
 19:1 20:18
 22:17
**opposes** 119:18
**opposing**
 105:14
**opposition**
 103:3
**opt** 75:18,19
 76:1 134:21,25
 134:25
**opted** 16:25
 73:19

**optimist** 19:14
**option** 57:13
 72:19 82:17
 95:3 143:9
 165:15
**options** 99:10
**order** 2:3 15:2
 24:10 55:13
 106:1
**ordered** 106:11
 109:3
**orders** 54:10
**ordinarily**
 54:14
**organic** 115:1
**organization**
 36:7 65:1
 119:16,18
 155:10
**organizations**
 33:5 61:24 62:1
 90:14 105:14
 118:13 120:7,7
 120:9 151:20
**organize** 2:14
**organizes** 2:20
**orientation**
 141:10
**origin** 31:4 96:2
**originally**
 125:15
**originated**
 42:24

**ought** 73:22
156:19,20,21
**outbursts** 16:6
**outcome** 42:1
52:17,23,24
53:6,9,14,17,17
53:20 54:11,13
54:16,17,23,24
**outcomes** 53:25
93:17
**outlet** 78:13
**outlets** 33:11
90:2 112:2
**outreach** 38:23
46:10 90:14,21
90:22 151:20
**outset** 50:1
**outside** 20:17
36:7 96:9
146:24 157:18
158:16,21,22
**overall** 80:22
**overarching**
112:17,22
**overly** 61:24
**overregulated**
154:17
**oversight** 31:6
48:4 70:8,10,11
**overzealous**
54:20
**own** 17:11
67:14 101:9
103:5 105:7

110:13 114:22
116:20 129:7
150:6 174:22
**owned** 130:9
**owner** 119:9
173:20

---

**p**

**page** 9:15 33:12
44:3,24,24 63:2
114:13,22 115:5
139:22 164:20
169:20
**pages** 9:13,14
40:23,24 163:23
**paid** 21:3 65:6
**pain** 55:25
**pair** 17:22
**panel** 156:9
**parameters**
157:8 158:10
**paranoid**
131:10
**parent** 115:10
118:4
**parents** 22:7
**parliamentarian**
5:18 6:1
**parochial** 38:8
**part** 6:23 21:11
23:14 29:24
38:15,22 39:2,2
43:18 44:17
60:17 66:18

71:3 78:12
85:12,17 91:25
91:25 101:22
106:9 113:16
145:2 147:8
163:7 164:14
169:2 173:9
**participate** 64:8
65:12 66:23
68:2 107:22
158:20
**participated**
49:12
**participation**
65:11 139:11
175:3
**particular** 27:5
41:17 45:2
60:15 66:22
68:1 96:6 129:3
167:17
**particularly**
47:17 84:8
141:13 143:19
172:4
**parties** 36:14,17
37:3,5 54:15
78:18 119:21
176:11,13
**partisan** 33:22
64:8 66:23
69:23
**partly** 90:18

**partner** 38:11
38:18 90:14
**partners** 21:4
63:19,23 64:13
65:17 128:1
**partnership**
20:21 49:16
**party** 3:21 9:20
16:24 28:10
36:6,12 115:4
130:20
**passed** 7:22
43:19 44:6
**passive** 165:21
166:5 167:19
**past** 19:3 20:25
21:1 86:18 89:4
114:3 130:3
131:18 159:6
**patently** 143:21
**patents** 88:9
**path** 157:19
**pause** 80:20
**paused** 80:14,15
80:15,16,17
**pay** 53:10 63:19
63:23 64:13
65:18,21 67:23
155:14
**payday** 128:24
128:25
**payers** 44:10,11
**paying** 38:7
64:19 67:4

**[paying - phonetic]**                                          Page 220

68:10 135:8
155:16
**pays** 53:11
**pediatrician**
114:16
**peer** 107:7
**peers** 79:14,23
116:20
**penalty** 131:5
**pennsylvania**
84:4 144:22
**people** 3:4,6
4:12,21 8:19
10:15 19:16,18
20:23 23:14
38:9 39:22 41:1
43:25 45:17
46:3,9,18 55:11
57:4,14,15,24
58:12 60:13,18
64:19 65:11
67:24 70:1,3
74:21 75:24
77:1 79:10
83:13 84:13,18
87:1 88:6 89:20
92:18,21 93:9
97:7,10,10 98:8
99:22 105:7
110:25 116:5
120:4 123:1,20
125:25 127:7
136:8 139:4,8
139:16 140:9,13

140:13,16,18
141:15 142:15
144:6 145:23
147:8,10,13,14
147:21 148:1,25
149:6 150:1,7
155:1,13,17,21
155:22 156:2,4
156:24 157:14
157:15,18 158:4
158:9,17,20,24
159:10,12,14,18
160:25 165:19
168:18,24 169:9
169:12 170:2
172:22
**people's** 21:8
62:1 141:8
154:11
**perceived** 163:5
**percent** 2:24
10:13 15:25
33:1,10 35:12
41:14,23 42:17
42:23 43:3 44:9
68:9 97:13
98:21 100:25
116:15 117:5
133:15 159:15
**perception**
93:10,11 99:15
99:19
**perceptions**
93:14

**perform** 8:20
111:11
**performed** 10:2
**performing**
10:7
**performs** 7:4
**peril** 48:7
**period** 10:25
118:24
**permission**
136:18 165:21
168:5 173:13
**perpetuate**
143:25
**perpetuating**
143:25
**person** 7:6
42:17 83:2,10
83:14 94:12
95:6 125:25
136:24 138:1,3
138:15 157:20
**person's** 83:12
141:22
**personal** 5:9
28:17 29:5
70:19 72:18
82:3 83:2,5
103:15 144:15
158:19 168:17
169:1 171:24
172:1
**personalization**
99:11

**personally**
70:22 71:19
125:3 142:8
**persons** 49:23
51:1
**perspective**
118:2,8,12
**perspectives**
22:3 31:21
35:20 51:7
90:17 126:6
**pervasive**
105:19
**pharmacies**
49:9
**phasing** 70:17
**philosophical**
117:8
**philosophy** 78:6
**phone** 7:10
10:23 11:11,13
11:23 17:18
19:7,9 22:25,25
23:1,2 28:18
39:22,23 73:15
73:24 74:8
75:22 83:1,12
92:5 115:9
161:4 168:20
**phones** 7:3
11:10 23:3
91:10,10
**phonetic** 59:14

**photo**   11:5
**photometer**
   11:5
**phrase**   124:2
**pichai**   2:14 3:1
   4:6 5:7 8:25
   15:10 18:10,13
   18:14,22,24
   22:22 23:9,24
   24:11,17 25:22
   26:16 27:3,11
   27:19 28:6,20
   29:6,14 30:9,15
   31:2,12,19 32:3
   32:10 34:1,8,25
   35:5,14 36:10
   36:16,20,23
   37:12,14 38:1
   38:15,20 39:2,5
   39:25 40:5,8,12
   40:20 41:12
   42:15,20 43:4
   43:14 44:21
   46:7 47:4,9,13
   47:19,24 48:16
   49:3,10 50:1
   51:3,22 52:11
   52:20 53:2,22
   55:1,14 56:14
   57:10,18 58:2,6
   60:11,24 61:10
   61:15 62:3,18
   62:23 63:6,25
   64:1,7,11,23

65:4,23 66:5,11
66:13,16,21
67:7,12,18,25
68:17 69:1,8,11
69:16,23 70:24
72:2,10,23
73:18 74:2,5,12
74:18,23 75:2
75:10 76:4,13
76:18,22 77:5
77:11,15,18,21
77:25 78:7 79:2
79:4,9,22,25
80:4,8,19 81:25
82:12 83:4,16
83:24 85:14
86:5,9,15 87:7
88:4,18 89:1,15
90:13,24 91:3
91:13,17,22
92:3,7,24 93:6
94:9,13,17,21
94:25 95:3,8,12
95:16,21 96:5
96:12,23 97:9
97:19 98:4 99:2
100:12 101:11
101:15,23
102:14,19
103:19,25 104:5
104:11,17,19
105:12 106:4,17
106:23,25
107:10,18,21,25

108:4,9,19
109:10 110:5,15
111:4,13 112:8
112:15,21 113:8
113:16,24
114:11 115:6
116:1 117:10
118:12,25
119:22 121:8,15
121:21 122:2,11
123:5,12,24
124:15 125:6,17
125:21 126:15
126:23 127:4,12
127:19,24 128:6
128:9,13,18
129:2,8,12,17
130:1,10 131:14
131:24 132:14
132:20,24 134:3
134:17,22 135:1
135:12,22 136:2
136:8,11,16
137:1,9,17,22
138:3,12,14,19
139:1,6,21
140:7 141:25
143:7 144:3,19
144:25 145:20
146:2,18 147:6
147:11 148:6,12
148:14,20 149:1
149:5,21 150:22
151:2,7,19

152:2,12,22
153:10,13 154:2
157:11,21 158:3
158:12,18 160:4
161:11,15,21
163:10,18 164:8
164:23 165:9
166:8,12,21
167:8,21 170:9
171:18 172:10
172:13,20 173:8
173:14,21,24
174:8,16,24
**pick**   52:15
**picked**   37:5
   161:4
**picking**   45:23
   165:23
**picture**   11:8
   40:17 161:6,8
**piece**   5:22
   113:11
**piling**   59:23
**pinpointing**
   83:11
**pioneer**   100:13
**pirated**   16:17
**pithy**   147:17
**pittsburgh**   16:3
   20:20 145:1
**pizza**   130:17
   133:22
**pizzeria**   130:19

[pj - political]                                                    Page 222

**pj** 33:10
**place** 21:22 26:4
  33:1 55:25
  58:20 61:3 66:8
  81:19 87:3 88:2
  89:7 90:11
  110:22 131:11
  137:15 150:16
  162:6
**placed** 14:17
  56:4
**places** 20:19
  139:23
**placing** 22:17
**plan** 44:8,13
  86:7,23 92:18
  102:8 137:7
**planning** 102:24
**plans** 50:2,8,10
  85:15,22 86:2,9
  92:18 103:20
  127:13
**platform** 11:4
  15:1 16:23
  23:13 26:6 28:8
  31:20 48:5
  50:21 51:5,9
  60:4,13,18
  70:17,18 79:18
  79:21 90:9,17
  90:18 109:21,22
  109:23 113:18
  113:18,19 117:1
  117:4,12,20

118:14 120:5
125:19 127:11
128:5 130:6
133:1 151:10,22
173:4,12
**platforms** 7:25
  13:6,11,22 15:5
  15:18,22 16:8
  16:10,18 22:2
  26:1 29:23 30:7
  32:24 76:14,23
  79:9,12,15,20
  79:24 89:16,22
  100:23 118:20
  126:20 144:2
  165:2 172:23
**play** 16:10 21:8
  81:19 161:6
  162:22 163:7
**played** 6:22
  143:24
**player** 16:12
  145:22
**playing** 75:15
  133:8 161:5,10
**plays** 22:8
**please** 18:5,6
  59:5 152:1
**pleasure** 13:1
  47:4 51:22
**plus** 16:23 17:3
  28:8 70:17
**po** 73:9

**poe** 73:11,20
  74:4,7,11,14,20
  74:25 75:4,11
  76:9,16,20 77:2
  77:8,13,16,19
  77:23 78:2,8,22
**point** 4:14 5:9
  9:17 43:12 53:5
  53:5,20 54:3
  55:2 78:9 93:12
  100:21 118:17
  124:16 133:19
  141:12 142:22
  144:14 149:5
  154:25 159:3
  160:10 168:24
  169:4,19
**pointed** 39:21
  171:10,11,19
**pointing** 154:9
**points** 14:11,19
  36:11 43:11
  44:18 83:9
  162:19 165:22
**polarized**
  160:24
**pole** 67:4
**poles** 63:20,24
  64:20 65:7,18
  65:21 67:4
  68:11
**police** 59:12
**policies** 13:17
  16:14 31:22,22

31:24,25 32:4
39:13,20 44:18
54:19 72:22
76:5 90:10
95:22,24,25
108:10 109:14
117:14,23 125:4
129:3 131:16,22
132:16,20 134:4
135:14,19,21
136:11 138:5
144:8 147:15
151:8 152:7
172:16
**policy** 30:1 32:3
  39:14 127:2,5
  131:12 135:14
  141:21 151:6
  163:20,22,23,25
  164:1,5,6,12,16
  164:18,22,25
  165:4 166:1,9
  168:15 169:19
  169:20 170:4,6
  171:9,12,16,16
  174:14,15
**policymakers**
  50:9 85:25
**political** 3:14
  5:2 9:20 12:8
  15:2 21:23 26:9
  26:12,14,25
  27:4,18 33:25
  34:2,5,21 36:3,5

**[political - prevalence]**                    Page 223

36:9 42:1 45:7,8
45:24 47:10
53:15,16,24
62:19 65:17
76:9,12,17,18
76:20,21 106:16
106:21 107:5
110:14 111:2
116:17 117:8
133:18 145:12
146:14 154:16
156:5,22
**politically** 33:22
39:16 156:7
**politicians**
130:13
**politics** 133:13
154:5 159:18
**polling** 66:8
139:22,24
**polls** 64:14
67:24
**poor** 151:13,17
**pops** 123:17
161:6
**popularity** 41:1
**population** 51:1
87:4
**populations**
10:10
**populous** 67:22
**pornography**
8:2 76:7

**portion** 120:19
**pose** 33:8
**position** 118:18
132:9
**positions** 158:25
**positive** 13:12
44:4 85:21
122:19,24 123:2
124:5,5 169:4
169:14
**positively** 133:3
**possesses** 16:13
**possibilities**
86:19 104:23
**possibility** 4:1
95:20
**possible** 25:1
37:15 45:6
92:13 107:8
115:2,13 119:5
126:10 166:15
172:18
**possibly** 85:9
**post** 79:19 109:1
130:5 171:20
**posted** 109:7
**poster** 59:7
**potential** 10:16
12:6 53:16
102:1 133:7
**potentially**
25:14 28:9
145:11

**poverty** 119:16
120:3 154:22,23
155:9
**power** 2:25 4:21
16:13 70:11
102:12 145:6,14
**powered** 114:19
**powerful** 4:20
23:13 49:19
100:19 101:2
145:5,17,19
146:1
**powering** 20:19
**powers** 15:1,13
31:1
**practically**
137:20
**practice** 11:17
98:25 129:1
141:4
**practices** 2:8
12:10 13:17
16:14 48:1
49:25 75:7
101:21 114:5
151:10
**praised** 66:2
**pramila** 140:6
142:13 143:15
144:12
**precise** 81:15
82:7 134:19
**precisely** 12:3
167:9

**predatory** 151:6
151:10
**predictable**
54:15
**predicted** 175:2
**preeminent**
6:25
**preferences**
10:12 72:12
**preload** 173:15
**preloaded** 173:2
**preloading**
173:9
**presence** 12:25
15:21
**presented** 9:9
**presenting** 14:2
**preserving** 5:24
**presidency**
32:25 111:25
**president** 6:20
33:20 108:13
155:25
**president's** 6:19
**presidential**
13:10
**press** 124:8
**pressure** 7:9
**pretty** 42:8
114:6 122:19
156:2,2 158:25
167:21 174:17
**prevalence**
16:16

**[prevent - profile]**

**prevent** 60:2
125:4
**preventing**
79:10
**previous** 116:23
**prices** 26:20
**primary** 9:7
47:19 76:25
**principal** 49:19
**principles** 22:1
34:15 68:2 72:3
85:17 103:9,11
110:17,23
123:25
**printout** 166:15
**prioritization**
120:24
**prioritize** 119:1
**prioritized**
119:2 160:9
**priority** 3:25
141:1 163:3
**privacy** 13:19
16:20 21:10,17
21:18 23:11
24:13,18 28:20
28:24 39:11
48:11,14,16
55:12,13 57:14
57:23 74:21
75:3,8,14,16
80:7,9 83:21
93:16 95:23
103:15 106:1

112:13,13,16
113:5 134:24
135:2,7 138:17
153:14 163:20
164:11,16,21,25
165:4 166:1,8
166:10 167:3
168:15 169:18
169:20 170:6
171:9,16
**private** 2:17
14:12 16:23
17:3 28:9,17
70:15,20 77:16
120:20 124:20
154:14 158:14
170:18
**privilege** 5:10
144:15
**privileged** 19:2
22:14
**pro** 33:5
**proactive**
152:10,13
**probably** 80:16
93:21 98:17
136:24 149:12
**problem** 60:1
60:10 116:21
143:22 154:13
154:17 155:15
155:17 160:18
**problematic**
10:17

**problems** 150:4
150:9,9 155:13
**procedures**
49:22
**proceed** 22:20
**proceeding**
176:5
**proceedings**
1:11 2:1 100:5
175:8 176:11
**process** 9:18
10:1 12:11
26:18 27:23,24
37:17,20,20
41:6 42:3 64:9
65:12 68:3 71:3
97:25 99:21
101:8 102:13
107:13 110:9
117:8 118:22,23
128:15 142:25
143:3 152:21
**processes** 15:15
107:11 116:14
126:1
**proclaimed**
35:22
**produced** 15:19
**product** 10:20
12:2 21:14
42:23 50:3
85:15 86:6,8,10
96:14 103:17
104:1,8 110:8

115:14 151:4,22
152:3,5 159:24
164:8 165:2
167:23
**production**
28:25 112:23
**productions**
164:12
**productive** 6:17
**productively**
6:15
**products** 3:13
3:15 8:23 9:21
11:20,22 12:8
13:16 20:3
21:21,24 22:16
26:16 29:24
46:12,13 62:20
70:19 71:1 88:5
88:6 89:18 95:2
95:7 101:9,14
101:19 108:10
109:15 111:6,14
125:7,24 126:16
126:17 135:13
137:3 145:5,16
145:18 146:1,3
152:7 158:6
159:23 163:2,6
163:6
**professional**
22:13
**profile** 16:23
17:3,7 70:15

**profit** 121:17,20
**profits** 49:20
**profound** 19:8
**profoundly** 22:9
**program** 71:11
  116:25 118:11
  147:4
**programmed**
  33:25
**programming**
  123:10
**programs** 90:14
**progress** 105:1
  119:10 131:17
**progresses**
  118:11
**progressive**
  43:11
**prohibit** 15:17
**prohibited** 96:4
**project** 103:17
  148:19,20 149:2
**projects** 148:21
**prominently**
  58:19 59:20
**promise** 4:7,18
  79:12 149:14
**promised** 4:9
**promote** 50:21
  122:8 131:11
  133:21
**promoting**
  105:19 143:20

**prompt** 166:10
**promptly** 79:3
  174:23
**prompts** 123:18
**propaganda**
  14:5 131:11
  133:21
**propagate**
  138:22
**proper** 156:12
  156:13
**property** 8:3
**proponent**
  101:11
**proponents**
  130:25
**proposal** 38:10
**proposals**
  102:11
**proposed** 21:18
  38:14
**proposing** 38:4
  38:4
**proprietary**
  163:3
**prosecutor**
  84:17
**prospective**
  26:15
**protect** 16:20
  23:11 30:25
  54:5,6 55:11
  75:15 106:1
  110:8 118:9

152:20,20
  153:11
**protecting** 5:23
  21:10 31:12
  48:14 70:7
  74:21 87:8
  110:11
**protection**
  13:18 70:9
  71:11,13 74:16
  83:22 113:2
  150:11,12
**protections** 5:25
  25:6 30:19
  110:21 167:22
**protects** 75:14
  120:20,25
  151:15
**protest** 89:11,12
**prototype** 148:4
  148:9,10
**proud** 6:21,22
  19:18 20:12
  62:25
**provide** 5:1
  19:23 21:7,19
  23:10 34:4
  38:18 39:21
  40:20 50:4,7
  56:12 66:25
  80:1,25 81:1
  85:18 96:17
  101:16 115:17
  117:20 126:17

127:24 135:18
  135:23 150:5,14
  170:3 176:7
**provided** 15:19
  59:7 113:19
  118:13 154:5
  166:20 174:21
**provider** 7:1
  61:15 118:22
  137:11
**providers** 7:23
  8:1,6
**provides** 12:23
  22:2 23:13 24:6
  25:6 90:19
  118:16
**providing** 9:12
  34:13 82:14,18
  84:11,12 99:3,3
  102:2 104:21
  115:7 118:19
  137:5
**provisions**
  142:3
**provokes** 47:15
**provoking**
  105:23
**psychologist**
  10:2 33:17
**public** 2:17
  14:18 116:5
  117:6 133:11,20
  145:17 158:15
  160:13 163:21

**public's** 13:10
  13:15
**publication**
  122:20
**publicly** 16:25
  17:10 79:14
**publish** 36:20
  51:11,12 76:5
  77:7 110:1
  128:18 160:19
**published** 36:21
  71:17
**publisher**
  118:19 164:25
**publishers**
  109:16 118:14
  118:14,20
**pulled** 4:7
**punch** 61:18
**purchase** 29:22
**purchased**
  168:21
**purchasing** 38:7
**purport** 131:3
**purportedly**
  71:19 109:7
**purports** 108:25
**purpose** 24:6
  47:19 103:10
**purposely** 88:17
**purposes** 12:9
  162:5
**pursue** 50:11
  140:13 141:15

142:19
**push** 66:19
  67:20,23 68:1
**pushed** 63:12,14
  63:21 64:13,14
  65:15
**pushing** 66:22
  67:3
**put** 21:21 32:8
  41:21 51:25
  57:7 61:18 62:1
  84:18 90:11
  111:19 114:21
  155:15 156:12
  156:15 160:7
  173:4
**putin's** 58:19
  59:20
**puts** 173:12
**putting** 45:22
  60:8

**q**

**qualified** 63:14
**quality** 34:13
  80:2 115:5
**queries** 114:13
  123:7
**query** 41:3
  123:24 165:11
**question** 4:15
  14:19 23:10,21
  23:21 29:13
  31:16 34:1,9

36:1 37:13 38:8
38:16,21 48:8
49:6 53:10
58:17 61:16
64:5 65:20
68:16 70:25
73:21,23 74:1
77:10 81:1,23
82:8 83:4,17,19
83:25 85:13
91:7 92:12
96:16 97:3,7
101:11 102:18
116:23 117:6,11
121:5 126:8
127:12 128:22
133:23 134:2
139:3,19 142:1
147:3 160:5
164:4 170:10
173:2
**questioned**
  14:13
**questioner**
  124:17,17
**questions** 2:16
  4:23 5:4 8:16
  9:5 13:16,19
  17:8,10,24
  22:18,20 39:8
  39:19 42:7 46:3
  46:18 47:6 55:6
  57:6 78:15 79:1
  87:20 90:1

93:21 94:1,3,4
96:1 116:3
121:1 150:18
157:6 162:7,9
162:21 163:25
166:1 174:21
175:6
**queue** 119:3
**quick** 55:5
  118:23 172:10
**quickly** 37:14
  42:16 115:13
  128:23
**quilliam** 155:10
**quite** 49:6 53:9
  54:8 80:10
  113:8 137:6
  152:16 163:25
**quote** 98:17
  103:10 105:18
  118:3 156:1
  164:2 168:17
**quoting** 109:6

**r**

**race** 105:23
  141:10 150:25
**racial** 15:20
  89:8
**racist** 15:17
  123:18
**radar** 149:13
**radical** 119:18

**[radio - recognizes]**

**radio**  14:10 26:13 27:16,17

**raise**  17:8 18:6 143:16 172:21

**raised**  51:20 119:13

**raises**  4:1 12:9 17:10 118:4

**raising**  102:23

**ramping**  119:4

**randomized** 10:8

**range**  5:23 86:19

**ranging**  13:8

**rank**  40:24 41:2 114:22 115:5 160:5

**ranked**  10:5,6 114:23

**ranking**  2:9 5:9 9:13,14 10:15 13:1 18:24 141:2

**rankings**  10:3 10:12

**raskin**  129:22 129:23 130:4,11 131:23 132:2,19 132:23 133:4 134:11

**rate**  26:11,11 27:17

**rater**  36:20 107:14

**raters**  36:23 41:4 126:2,4

**rates**  26:14,17 27:1,7,10,12

**rather**  75:19 140:12 168:5

**raw**  83:9

**reach**  26:15 46:9 51:5,7 70:2 90:19

**reached**  120:6 155:9

**reaches**  9:11

**reaching**  12:6 81:11 85:20

**reacted**  129:5

**read**  24:15 84:20 95:13 135:15 147:24 159:7

**readily**  8:23

**reading**  64:20 109:4

**readings**  11:16 23:3

**reagan**  14:14,16

**real**  14:24 33:21 42:16 65:14 67:16 73:14,25 123:14 128:23 143:22

**reality**  56:1 93:10,12 99:15

**realize**  58:16 145:7 146:7 154:15 165:17 166:8

**really**  23:5 24:11 27:25 42:3 60:12 65:19 68:4 75:23 77:11 87:9 117:19 126:6,8 132:12 138:17 141:11 141:23 142:14 144:12 145:3 150:17 154:23 155:3,21 158:14 166:2

**reason**  54:2 60:17 71:1 171:12

**reasons**  27:4 58:8 110:18 136:15

**reassert**  105:7

**recall**  147:22

**recapping**  63:11

**receive**  82:8,9

**received**  49:4,15 117:6 151:15

**receives**  81:15 82:7

**recent**  4:11 15:23 16:4 17:13 30:24 38:3 58:18 59:19 113:23 130:21 131:20 147:24

**recently**  5:19 11:10 15:24 16:21 20:21 33:17 49:12 79:11 103:8 117:2 130:12 136:25

**recesses**  2:5

**reckoning**  79:14

**recognition** 162:5

**recognize**  2:8,9 5:10,14 6:24 13:1 21:14 50:16 141:16 155:22

**recognized** 59:16 129:22 162:15

**recognizes**  5:8 28:3 32:18 37:23 42:12 47:1 52:8 56:21 62:15 69:5 73:9 79:6 84:3 87:16 93:3 100:9 106:12 112:5

**[recognizes - removals]** Page 228

115:23 120:14
124:12 134:14
140:4 144:22
149:18 153:25
157:3 163:15
168:10
**recognizing**
22:21 90:8
169:13
**recommendati...**
130:8,11
**recommending**
116:25
**record**  18:12,15
25:23 51:25
56:4 70:7 78:15
95:8 105:11
106:9 108:24
116:6 161:7
162:7 165:12
175:7
**recorded**  1:11
98:10 165:8
176:5
**recording**  165:6
176:8
**recovered**  123:6
**red**  18:20
**redlined**  171:9
**reduced**  33:6
**redundancies**
107:7
**reeducation**  4:5

**reenter**  102:24
**refer**  81:3
**reference**  145:1
**references**
35:12 130:2
133:5,15
**referred**  14:6
35:22 69:18
91:8
**referring**  63:4,6
76:5
**refers**  63:25
64:6
**reflect**  4:6 41:25
44:25 45:1,4
123:25 168:1
**refreshing**
55:24
**refuse**  96:3
**regard**  88:11
**regarding**  8:25
13:17 49:5 89:8
151:6 172:12
**regards**  45:7
**regime**  58:19
59:20
**regimes**  39:14
58:18 59:19
60:3 87:21
105:23
**register**  66:7
70:1 120:4
139:4,9

**registration**
139:7,16
**regretted**  35:23
**regularly**  83:12
**regulate**  77:24
78:10 85:4
160:23
**regulated**  17:12
154:18
**regulating**
121:10
**regulation**
74:16 78:1
113:2
**regulations**
113:13 116:11
**regulators**
29:19
**reinforcing**
11:17
**relatable**  90:3
**related**  56:13
63:7 126:20
135:17 136:17
176:13
**relates**  48:14
107:5
**relation**  147:19
**relationship**
39:12 105:9
174:2
**relative**  52:25
**relatively**  54:15

**release**  127:11
**released**  15:24
117:2
**relevance**  40:25
**relevant**  9:13,17
10:7 14:19 62:7
72:14 82:16
101:18 114:17
170:25
**reliance**  13:15
**reliant**  13:6
**religion**  141:10
155:4
**religious**  4:5
150:25
**rely**  87:11
125:24
**remain**  15:12
19:15
**remainders**
170:10
**remained**  132:7
**remains**  130:14
131:6 132:8
**remember**
45:18 87:15
**remind**  24:18
57:14 97:9,10
150:3
**remotely**  44:4
44:12
**removal**  117:3
**removals**  117:4

**[remove - representative]**

| | | | |
|---|---|---|---|
| **remove** 7:24 8:1 | **representation** | 69:7,14,20 70:5 | 118:21 119:11 |
| 31:25 47:24 | 51:12 53:3 90:4 | 71:16 72:5,20 | 120:10,16 121:9 |
| 59:7 119:24 | **representations** | 73:6,11,20 74:4 | 121:16,23 122:5 |
| **removed** 117:1 | 168:22 169:22 | 74:7,11,14,20 | 122:14 123:9,13 |
| 117:5,7,18 | **representative** | 74:25 75:4,11 | 124:3,14 125:9 |
| 119:14 132:6 | 2:12 5:12 6:9 | 76:9,16,20 77:2 | 125:18 126:7,21 |
| 138:22 | 13:4 28:5 29:1 | 77:8,13,16,19 | 127:1,7,17,22 |
| **rep** 57:5 61:18 | 29:12,20 30:14 | 77:23 78:2,8,16 | 128:3,8,10,16 |
| **repeal** 43:19 | 30:23 31:7,15 | 78:22 79:8 80:3 | 128:22 129:6,11 |
| **repeat** 32:12 | 32:1,7,15,20 | 80:6,21 82:4,21 | 129:14,19,23 |
| 97:19 | 34:19 35:4,11 | 83:24 84:5 86:1 | 130:4,11 131:23 |
| **repeatedly** | 35:21 36:13,19 | 86:7,11,24 | 132:2,19,23 |
| 13:24 | 36:22 37:4,18 | 87:14,18 88:12 | 133:4 134:11,16 |
| **repeating** 2:23 | 37:25 38:17 | 88:24 89:6,25 | 134:23 135:6,20 |
| 157:7 | 39:1,4,7 40:3,7 | 90:20,25 91:1,2 | 136:1,6,9,14,21 |
| **replace** 43:20 | 40:11,14 41:7 | 91:16,20 92:3 | 137:8,14,19,24 |
| **report** 28:12 | 41:18 42:14 | 92:11,25 93:5 | 138:10,13,15,24 |
| 51:12 91:8 | 43:2,8,15 45:9 | 94:11,15,19,24 | 139:2,14,20 |
| 117:2 128:19 | 46:16 47:3,11 | 95:1,5,10,14,18 | 140:1,6 142:13 |
| 140:18 148:9 | 47:14,22,25 | 95:23 96:8,19 | 143:15 144:12 |
| **reported** 15:25 | 48:20 49:4,18 | 97:2,12,21 | 144:24 145:25 |
| 16:21 32:23 | 50:11 51:17,24 | 98:12 99:14 | 146:10 147:2,9 |
| 111:9 119:14 | 52:5,10,22 53:4 | 100:11 101:20 | 147:16 148:8,13 |
| **reportedly** 3:20 | 54:2 55:4,23 | 102:6,17 103:22 | 148:18,24 149:4 |
| **reporter** 11:11 | 56:7,18,24 | 104:2,9,16 | 149:7,20 150:23 |
| **reports** 16:2 | 57:17,19 58:3 | 105:2 106:8,14 | 151:5,12,25 |
| 17:13,15 28:6 | 58:17 59:1,4,9 | 106:20,24 107:4 | 152:8,16 153:7 |
| 29:21 88:20 | 59:13,17 60:21 | 107:15,19,23 | 153:11,22 154:2 |
| 101:5 102:23 | 61:4,12,17 62:8 | 108:1,6,11,23 | 157:4,16,24 |
| 105:18 110:1 | 62:17 63:1,9 | 109:4,17 110:10 | 158:8,13,23 |
| 145:10 147:19 | 64:4,10,12 65:2 | 110:24 111:8,22 | 160:8 161:13,18 |
| 147:24,24 | 65:6 66:1,9,12 | 112:7,25 113:16 | 161:25 162:3,6 |
| **represent** 112:8 | 66:19 67:2,9,15 | 114:11 115:20 | 162:11,16 |
| 151:13 163:4 | 67:20 68:5,22 | 115:25 117:24 | 163:11,17 |

164:17 165:3,16
166:11,13,25
167:15 168:3,12
171:7,23
**representatively**
139:9
**representatives**
60:1
**representing**
10:9
**repression**
105:6
**reproductive**
5:24
**republican** 14:1
14:20 44:5,8
53:14 122:17
**republicans**
43:19 54:22
70:13 133:9
**reputation**
119:17
**request** 128:14
128:20
**requested** 56:10
**requests** 39:13
106:1 128:14
**require** 33:23
47:6 142:2
**required** 26:10
134:25
**requirement**
136:19

**requirements**
29:7,8 103:1
**research** 30:21
85:11 140:17
155:1,6
**researcher**
98:16
**reservations**
13:9
**resist** 105:25
107:24 108:2,6
108:11,12,13,13
109:1,22,23
**resisting** 111:25
111:25
**resolution** 75:5
75:5
**resolve** 90:3
**resource** 107:21
**resources** 50:24
119:4
**respect** 9:6
13:18 34:25
48:19 89:15
101:15 102:20
173:9
**respects** 125:10
**respond** 61:3
78:25 87:23
88:15 89:14
115:8 117:17
119:8 151:8
174:22

**responding**
89:10
**response** 80:3
105:12 111:17
111:23 114:21
**responsibility**
3:1 21:9 34:23
70:11 84:9,9,10
84:13,22 87:15
132:25 134:8
144:1,4 145:7
169:1 172:2
**responsible**
79:18 133:2
150:6 172:15,23
**restaurant**
82:15
**restaurants**
170:22,23
**restore** 3:9
**restrained**
132:4
**restricting**
58:22 59:21
**restrictions** 25:7
**result** 27:15
41:17 43:25
143:21 159:22
160:2
**resulted** 6:18
**results** 4:10
8:15 9:6 10:5,6
19:10 33:4,7,10
33:13,15 35:7,9

35:16 36:4,8,12
37:7,9,16 40:15
41:3 44:3,14
45:15 58:10
60:7 85:12
114:12,22,25
121:24 122:24
123:3,21 124:5
124:6,8 145:11
145:12 160:12
**return** 80:7
**revealed** 10:3
10:11 28:12
117:3
**revelation** 8:14
**revenue** 25:14
98:21
**review** 31:3
107:7 118:24
119:24,25 147:4
147:5,6 170:12
**reviewers** 89:2
89:3 118:10
120:11 147:8,12
**reviewing** 48:12
142:9 143:10
**reviews** 114:20
**revisit** 39:18
**revolutionary**
3:13
**revolutionized**
32:21
**rhetoric** 144:18

**rhode**  100:10
**rich**  44:9
**rides**  63:20,24
  64:19 65:7,18
  65:21 67:4
  68:11
**ridiculous**
  120:17 133:10
**right**  3:19 4:3
  12:2,3,3 13:25
  14:12,23 17:23
  18:6 20:9 29:9
  29:14 30:15
  31:18 33:12
  34:19 35:4,18
  36:22 37:1
  40:16 47:4
  48:17,18 50:2,5
  50:7 59:18,18
  60:23 61:4 65:9
  67:7,16 70:5
  71:16 74:21
  75:8 78:22
  80:10 82:9
  84:25 85:14,21
  86:9,25 103:20
  107:16,20 119:8
  121:9 122:1,8,9
  122:13 123:4,11
  123:12,23
  124:19 125:9,16
  125:17 127:3,13
  128:9 129:11
  131:10 133:12

133:16,17
135:20 136:21
138:10 141:8
142:24 146:21
147:18 150:22
156:9,10 162:13
166:11,20 167:3
173:18,23 174:9
**rights**  3:17
  39:12 48:9,14
  58:23 59:23,25
  60:5,19 64:14
  103:5,11 105:13
  107:20 120:21
  140:15 141:23
  143:24 148:1
  154:11
**rise**  13:13 15:23
  18:5
**rising**  105:4
**risk**  71:6 151:15
**risked**  22:5
**rituals**  130:15
**rivals**  100:16
  101:3,9,13
**road**  31:21
  84:15 117:21
  169:5
**roadshow**  172:4
**rob**  4:21
**robert**  10:2
  33:16
**robust**  35:7
  37:16 45:1

97:11 126:1
**roby**  168:11,12
  171:7,23
**rodriguez**  1:9
**rohingya**  144:1
**role**  16:10 21:8
  21:15 22:8
  143:24
**roles**  5:17
**roll**  61:21
**rolled**  49:12
**ronald**  14:16
**room**  59:8
  143:20
**roosevelt**
  160:22
**root**  71:4
**roots**  20:7
**rose**  15:25
**rothfus**  144:23
  144:24 145:25
  146:10 147:2,9
  147:16 148:8,13
  148:18,24 149:4
  149:7
**roughly**  157:20
  158:9,12
**routinely**  130:7
**rubles**  113:19
**rubrics**  45:3
**rule**  22:20
  104:17
**rules**  21:16
  31:21 75:25

117:21 135:10
147:21
**run**  26:2 45:10
  122:2 154:16
  157:1 161:17
**running**  31:16
  167:1
**runoff**  156:23
**runs**  7:2,10
**rush**  14:11
**russia**  15:8
  30:11,22 31:1
  58:18,19 59:20
  87:4,22 89:8,16
  113:19,22
  126:20
**russia's**  15:5
  113:17
**russian**  29:22
  29:24 30:4,7
**russians**  126:13
**rutherford**
  163:16,17
  164:17 165:3,16
  166:11,13,25
  167:15 168:3

|  **s**  |

**sacrosanct**
  34:14 153:14
**sad**  156:2
**sadly**  16:6 70:9
**safe**  20:13 70:22
  169:9

safeguards
116:20
safety 76:7
120:2 131:19
141:8 153:1
169:5 172:4
sale 49:7
sales 49:6 81:11
salesforce
140:21
salient 16:7
sample 34:12
san 20:20 38:5,9
38:12,14 112:9
sanction 110:1
sanctioned 37:8
sanctity 110:8
110:11
santa 38:2 41:22
41:25 146:15
satanic 130:15
satisfaction
25:24
save 20:1
saving 19:25
saw 88:14 89:15
126:18 129:3
142:17 156:3
saying 22:12
45:12 46:4 67:5
76:10,11 78:4
81:18 84:7 93:8
95:19,20 122:9
138:4 145:5

says 48:10 63:19
68:13 81:14
84:25 123:17
131:6 148:10
165:4
sblc 156:20
scale 41:15
45:23 147:12
scalise 122:17
123:2,6,10
scary 62:12
school 57:4
169:7,7
scope 12:16
14:21 99:23
score 115:5
screen 156:10
screening 9:7
scroll 171:16
scrutiny 146:8
search 2:19 3:15
3:20 4:10 7:1,4
8:8 9:6,8,10,13
9:14,17 10:3,11
10:15 11:21,22
17:14,15,18
20:2 21:4 33:4,7
33:10,13 35:7
36:4,7,12,18
37:9,16 40:15
40:16,18,20
41:17 42:3,18
44:3,14,23 50:3
50:8,15 53:9,12

57:1 58:10
80:17,23 85:15
86:6,8,10 88:6
94:11,12,13
97:4 98:9 101:7
102:25 103:20
104:1,12,13
105:15 111:10
114:16,25
120:23 121:18
121:24 122:16
123:3,14,15
124:5,6,8 126:4
127:13,13,21
130:19 145:12
145:22,22 148:4
148:10,14 156:8
157:12,13,20,22
164:4 165:11
170:22 171:13
searched 122:16
searches 2:25
8:21 12:5 33:1
41:13,14 42:23
93:17 97:13
116:15 168:20
searching 8:9
81:6 154:8
170:25
seat 5:7
second 3:14 4:4
36:17 44:5
71:13 75:15
84:19 96:21

122:22 169:6
secondly 164:19
seconds 46:5
59:18
secretary
113:21
section 7:23
25:4 160:20,21
secure 20:13
31:10
security 16:20
21:10 58:8 71:7
87:9 98:16
106:2,2 110:18
110:22 111:18
126:9 135:17
166:23
see 14:22 20:18
24:21 27:1 33:2
44:22 45:21
46:1 53:17,19
53:20 54:18
71:7 84:22
85:16 88:18
90:16 97:11
113:15 114:1,19
115:12 121:25
122:6 123:5
126:24 140:10
141:5 144:16
145:20 146:6,25
154:17,18,18
155:8,25 157:1
160:12,23

165:16 167:12
171:16
**seeing** 44:22
114:12 126:11
156:3
**seek** 108:24
142:24 162:5
**seeking** 15:20
49:23
**seem** 54:24
103:7 111:1
112:2
**seemed** 125:1
**seems** 58:19
75:19 83:3
**seen** 12:1 41:15
45:16,19 89:21
100:25 140:17
145:9 149:22
**sees** 41:14
**segment** 66:22
**segregation**
54:7
**self** 4:19 11:18
12:8 35:22
**sell** 71:19,20
72:1,3,7,9,11
**senate** 49:5
**senator** 56:11
**send** 23:17
139:15,15
166:15
**sending** 170:10

**sends** 7:4,8
22:23
**senior** 33:24
157:22 158:20
**sense** 83:5
124:18 135:2
144:3 174:8
**sensitive** 28:16
119:1 134:20
137:23 150:25
**sensor** 4:9 11:15
33:4 49:22
116:16
**sensors** 11:3,6
**sent** 24:16 40:6
69:15,17 92:17
92:20 102:22
105:12 155:4
**sentence** 63:14
63:18 65:14
**sentences** 63:10
63:21,25 64:6
64:22 65:13
**sentiment** 45:8
167:9
**separate** 165:13
168:23
**september** 2:17
102:22
**series** 120:17
121:1
**serious** 12:9
42:7 102:23
133:20

**seriously** 28:21
54:12 87:13
107:2 133:24
**serve** 19:2 20:11
34:17 58:9
109:15 127:15
**served** 5:15
41:12
**serves** 42:4
**service** 6:4,6,13
7:1,16,23 8:1,5
23:10 24:5,9,15
24:17 25:2
73:19 82:11
91:11 92:6,16
96:17 99:4
103:21 138:19
150:5,13 164:3
164:21
**servicemen** 22:5
**services** 5:1
7:16 8:23 11:20
12:23 13:16
21:7 23:25
74:13 79:10,16
80:25 81:8,16
81:19 82:8
101:9 113:14
115:4 126:16
127:20 145:5,16
160:5 164:10,15
**serving** 4:16,19
11:18 12:8

**set** 26:18 33:23
35:15 45:3 88:5
90:17 111:17
123:25 126:1
138:7
**setting** 2:17,18
21:16 40:1
82:18 93:24
165:13
**settings** 24:21
55:21 72:16
80:13 97:11
150:15 167:11
170:12,14
**settlement**
155:10
**seven** 161:4,10
**several** 42:16
61:2 93:14 94:1
107:12 162:19
**sex** 130:20
**sexual** 141:6,10
141:23 142:4,17
143:2,10
**sexually** 130:14
130:24
**shape** 3:10
150:1
**share** 13:7
19:20 22:15
31:4 86:13
89:23 92:14
127:18 128:10
162:12 167:6,7

**[shared - soil]**

**shared** 100:25
141:1
**shareholders**
121:14
**sharing** 82:24
173:4
**sheer** 7:18
**sheila** 52:15
**shevarim** 59:14
**shift** 10:12,14
**shocked** 74:14
**shocking** 11:9
**shooting** 155:7
**shop** 42:22
**shopping**
101:25
**shortage** 22:3
**shot** 156:10
**shots** 130:18
**shout** 63:4 66:3
**show** 10:16
11:21 18:12
24:22 35:15
41:9 55:19
62:10 120:25
123:10 131:3
144:17 161:9
169:5 171:9
**showed** 33:17
49:13
**showing** 133:22
171:8
**shown** 43:6

**shows** 48:24
140:17
**shut** 30:3,3
**sick** 115:12
**side** 4:25 41:19
52:12 73:12
78:18 99:19
143:3,25 159:8
159:10
**sides** 6:14 62:4
66:24 93:14
146:20 154:4
**sift** 48:5
**sight** 138:25
**sign** 71:12
142:16
**signals** 18:20
40:25 94:19,20
115:7
**signature**
176:18
**significant** 10:4
16:13 31:2 87:8
102:12 120:19
149:24 151:9
**significantly**
89:3 119:3
**signing** 142:18
142:19
**silenced** 90:9
**silly** 133:9
**sim** 11:12
**similar** 54:17
63:18 123:14

**simple** 55:25
**simplify** 55:20
58:14 171:2
**simply** 54:21
87:4 94:5 99:24
100:3 171:2
**sincerely** 45:11
**sinclair** 14:10
**single** 15:4
33:12 39:23
41:13 112:17
120:5
**sinister** 9:19
**sir** 61:12 62:13
69:2 70:6 74:6
84:7 130:10
**sister** 118:13
129:9
**sit** 73:13,24 74:8
**site** 25:13 33:12
109:23 130:16
**sites** 109:23
145:24 167:17
**sitting** 41:8 74:9
80:9 123:1,20
149:11 159:5
**situation** 29:6
34:7 88:16
94:17 100:2
136:13 159:7
**situations** 94:22
138:8
**size** 34:12 52:25

**skills** 20:24
**slander** 124:23
**slanders** 156:18
**slaves** 130:20
**small** 46:21,22
**smart** 7:3,3
169:9
**smartphone** 7:5
22:24 23:7,13
**smartphones**
7:12
**smith** 32:18,20
34:19 35:4,11
35:21 36:13,19
36:22 37:4,18
**smothering**
112:1
**social** 13:6
14:21 16:22
28:8 48:7,24
89:17 143:24
145:24 158:1,2
158:15,24 159:1
159:13,21
160:11,17
**societal** 15:19
**society** 13:5,12
39:16 84:19
99:24 133:3
160:23
**software** 55:10
71:2
**soil** 3:22

**[sold - stated]**                                                   Page 235

**sold** 48:6 49:8
**solution** 60:3
**solutions** 116:21
**solve** 150:8
  160:18
**somebody** 45:13
  57:8,9,21
  110:20 126:18
  142:24 173:12
**someone's** 83:1
  162:23
**son** 155:5,5
**soon** 119:4
**sophisticated**
  97:15
**sorry** 38:15 47:1
  91:16 97:20
  149:2
**sort** 13:7 41:10
  93:8
**sorts** 9:7
**sought** 90:5
**source** 72:10
  116:25
**sources** 9:18
  32:9 35:17,18
  35:18 43:1
  145:21
**southern** 119:16
  119:16 120:3
  154:22,23 155:9
**space** 102:1
  141:14

**spam** 60:25 88:7
  88:23
**span** 29:23
**speak** 45:23
  116:6 131:4
**speaker** 68:21
  69:3,19 74:10
  78:23 112:18
**speaking** 95:24
  135:6
**speaks** 54:5
**special** 128:6
  173:8
**specialized**
  114:25
**specific** 15:12
  30:24 40:1 62:6
  83:19 87:23
  91:19 92:8
  94:11 98:6,7
  111:5 132:17
  135:14 136:12
  136:13 151:21
  152:3 168:14
  173:25 174:5
**specifically**
  57:12 63:16
  87:20 88:2 89:8
  89:14 90:21
  91:9 96:15
  103:16 150:10
  170:5
**specifics** 27:13
  56:16 60:15

64:23 82:13
92:9 94:22
102:2 129:18
130:1 161:22
171:22
**spectrum** 11:19
**speech** 12:10
  32:4 33:6,8
  47:14,20 76:25
  76:25 77:3
  109:8,24 116:10
  118:5 120:18,21
  120:23 121:11
  124:25 130:6
  134:4 143:17
  144:2,4,5
**speed** 7:9 22:25
**spend** 14:1
**spends** 54:21
**spent** 29:22
  83:12
**spielberg** 154:5
**spikes** 88:20
**spite** 144:18
**spits** 114:14
**splc** 119:21
**spoke** 98:2
**spoken** 117:24
**sponsor** 66:24
**spot** 117:16
  156:17
**spread** 15:2
  16:11 31:17

**spreading**
  130:22
**spring** 130:22
**squander** 70:10
**square** 147:23
**ss** 72:19
**staff** 5:10,11,16
  5:17 6:15 87:24
  88:24 156:11
  157:8,10
**staffing** 89:3
**stage** 143:1
**stand** 49:19
  79:20 109:13
**standard** 25:12
  98:25
**standards** 15:17
  21:23 105:24
**stanford** 19:22
**start** 42:15 48:2
  84:6 121:25
  124:22
**started** 12:18
  91:6 99:15
  137:1,3,4
**starting** 137:6
  150:17
**state** 58:15
  106:2 140:4
  144:15
**stated** 75:21
  104:21 131:16
  132:16 144:8

**[statement - substantive]**                                        Page 236

**statement** 2:11
  6:24 13:3 18:15
  25:5 34:4 50:13
  55:6 62:18
  97:18 127:5
  150:6
**statements** 2:9
  14:3 147:17
**states** 6:25 7:3
  10:11 20:15
  63:16,16,20,22
  63:24 64:14
  65:16,18,22
  66:4,15,17,20
  67:5,22 68:11
  68:12 69:22
  70:2 74:22 75:1
  75:7,13,17,25
  89:9 112:13
  113:5 126:4
  128:11 139:5
  164:2 174:15
**stating** 124:4
**station** 27:17,17
**stationary**
  10:23
**statistic** 2:22
**statistically**
  52:23
**statistics** 15:24
**status** 119:21
**stay** 18:17 84:14
**step** 34:13 85:4
  160:18,20,21,22

**steps** 23:16 24:4
  30:24 37:17
  104:8 107:12
  118:8
**steve** 42:14 43:2
  43:8,15 45:9
  46:16 56:24
  57:17,19 58:3
  58:17 59:1,4,9
  59:13,17 60:21
  61:4,12,17,18
  62:8 122:17
  123:2,6,10,16
  123:17,21 157:4
  157:16,24 158:8
  158:13,23 160:8
  161:13,18,25
**steven** 154:5
**stewards** 82:2
**stirred** 154:23
  154:24,25 155:6
  155:18
**stockholders**
  84:10
**stoke** 15:20
**stolen** 93:22
**stop** 8:9 15:1
  24:25 54:4 59:4
  80:20 137:10
  166:14
**stopped** 80:22
**store** 16:5 58:8
  95:12 96:24,25
  96:25 99:5,11

  136:2,4
**stored** 24:25
  40:22 93:15,16
  165:14
**stories** 90:6
**story** 12:17
  22:16 44:7
  81:10 145:4
  149:10
**straight** 69:19
**strategy** 133:7
**streamline**
  171:24
**street** 2:24
  16:21 28:13
  56:3 111:9
**strength** 90:18
**strengthen** 4:2
  21:5
**strict** 103:1
  137:22 144:7
  147:20 151:7
**strike** 108:2,17
**strive** 132:21
**strong** 159:8
**stronger** 3:5
**strongly** 61:3
  101:1 102:7
  111:23
**structural** 102:7
**students** 19:21
**studies** 34:9,11
  35:6,14 36:12
  36:17 37:2 43:6

  46:11
**study** 10:2,11
  10:22 33:17
  35:1,5,21 36:4,7
  37:6
**studying** 36:5
**stuff** 169:3
**subject** 3:19
  77:25 78:2,6
  164:25
**subjected** 48:10
**subjective** 77:6
  118:10
**subjects** 140:16
**submission**
  105:17
**submit** 78:15
  105:11 163:9,10
  175:5
**submitted** 162:9
**submitting** 79:1
**subpoena**
  133:13
**subsidiary** 33:2
**subsidies** 38:6
**substandard**
  49:8
**substantial** 27:2
  27:10
**substantiate**
  65:24 67:8
  68:20 91:18
**substantive**
  17:24

**[subway - supposedly]**

**subway** 11:15
**success** 25:25
  145:4 149:10
**successful** 12:19
  90:7 114:7
  140:20
**suddenly** 65:17
**sufficient** 23:1
  116:20
**suggest** 111:23
**suggested**
  130:12
**suggestions**
  120:8
**suite** 135:12,13
  135:18,18,23,25
  136:3
**suites** 135:8,11
**summarize**
  18:16
**sundar** 2:14
  18:10,13,24
  23:9,24 24:11
  24:17 25:22
  26:16 27:3,11
  27:19 28:20
  29:6,14 30:9,15
  31:2,12,19 32:3
  32:10 34:8,25
  35:5,14 36:10
  36:16,20,23
  37:14 38:15,20
  39:2,5,25 40:5,8
  40:12,20 41:12

42:20 43:4,14
44:21 46:7 47:9
47:13,19,24
48:16 49:3,10
50:1 51:3,22
52:20 53:2,22
55:1,14 56:14
57:10,18 58:2,6
60:11,24 61:10
61:15 62:3,23
63:4,6 64:1,7,11
64:23 65:4,23
66:5,11,16,21
67:7,12,18,25
68:17 69:1,11
69:16,23 70:24
72:2,10,23
73:18 74:2,5,12
74:18,23 75:2
75:10 76:4,13
76:18,22 77:5
77:11,15,18,21
77:25 78:7 79:4
79:25 80:4,19
81:25 82:12
83:16 85:14
86:5,9,15 87:7
88:4,18 89:1,15
90:13,24 91:13
91:17,22 92:7
92:24 94:9,13
94:17,21,25
95:3,8,12,16,21
96:5,12,23 97:9

97:19 98:4 99:2
101:15,23
102:14 103:19
103:25 104:5,11
104:19 106:17
106:23,25
107:10,18,21,25
108:4,9,19
109:10 110:5,15
111:4,13 112:15
112:21 113:8,24
115:6 117:10
118:12,25
119:22 121:8,15
121:21 122:2,11
123:5,12,24
125:6,17,21
126:15,23 127:4
127:12,19,24
128:6,9,13,18
129:2,8,12,17
130:1,10 131:14
131:24 132:14
132:20,24 134:3
134:22 135:1,12
135:22 136:2,8
136:11,16 137:1
137:9,17,22
138:3,12,14,19
139:1,6,21
141:25 143:7
144:3 145:20
146:2,18 147:6
147:11 148:6,12

148:14,20 149:1
149:5 150:22
151:2,7,19
152:2,12,22
153:10,13
157:11,21 158:3
158:12,18 160:4
161:11,15,21
164:8,23 165:9
166:8,12,21
167:8,21 170:9
171:18 172:13
172:20 173:8,14
173:21,24 174:8
174:16,24
**supply** 26:22
  27:6
**support** 21:6,17
  25:19 66:24
  76:15 101:1
  135:5 153:3
**supported**
  20:25 63:19,23
  64:13 65:17
  74:23
**supporters**
  159:15
**supporting** 65:5
**supports** 11:4
  13:25
**supposed** 14:3
  75:13 154:10
**supposedly** 44:1
  84:21

**[suppress - teams]** Page 238

| | | | |
|---|---|---|---|

**suppress** 111:2
116:16
**suppressing**
109:24
**supremacist**
89:13
**supremacy**
31:18
**sure** 3:14 27:25
29:9 35:9,19
38:12,24 41:4,6
45:4,20 51:8
52:21 54:1 59:1
60:15 61:2 62:8
65:4 82:13
83:18 84:13,14
86:24 99:23
113:20 117:16
125:23 131:21
133:1 143:5
150:4 151:14,17
165:24
**surely** 6:2
**surgery** 123:21
**surprise** 41:24
108:2
**surrounded**
155:20,24
**surrounding**
23:2
**surveillance** 4:3
102:20 103:1
104:17 105:6,20
106:1

**suspend** 58:25
**suspicion** 12:7
**sustainable** 26:7
**swalwell** 112:6
112:7,25 113:16
114:11 115:20
**sway** 145:17
**swear** 18:7
**swearing** 18:5
**switch** 25:4
78:18
**switches** 18:18
**swung** 33:18
**synagogue** 16:3
**system** 4:2,4 7:2
7:8,11 22:23
24:10 26:21
27:22 39:20
110:12 117:16
119:7 126:14
127:25 142:20
145:4 173:19
**systemic** 60:3
**systems** 28:23
60:25 71:5 88:6
88:8,20,23 89:2
110:8,16,21,22
117:15 126:10
138:5,22 147:7
167:19
**systemwide**
141:15

**t**

**tab** 122:18
123:16
**table** 5:8 18:18
132:3 159:5
**tagged** 33:6,8
**take** 5:7,13
12:22 19:20
25:1 28:20 32:6
32:6,7,12 33:1
34:20,23 40:23
47:16,25 49:13
57:13 80:6
87:13 99:21
104:8 107:1,1
109:19 120:8
137:11,18 138:4
138:21 141:13
144:7,14 151:24
162:9 171:5
172:5
**takeaway**
133:10
**takedown** 39:13
**taken** 15:11
30:24 47:18,22
50:20 118:9
176:7
**takeout** 98:17
136:22,24 137:5
137:13,16,25
138:2,12

**takes** 88:1
138:16
**talent** 90:8
**talk** 14:10 40:15
57:8,20 61:5,8
69:8 80:10 81:5
110:14 123:18
145:8 163:20
**talked** 9:24
52:13 55:6 91:9
93:24 99:25
150:14 152:16
175:2
**talking** 36:14
56:25 64:22
122:23 147:20
168:14
**talks** 56:8 68:9
68:10 81:12
82:25
**target** 139:5
150:24
**targeted** 81:11
**targeting** 26:25
**tax** 17:22 38:6
44:6,6,8,8,10,11
**taxes** 44:10
**teach** 55:11
169:8
**team** 64:3 130:3
157:12,20,22
158:9
**teams** 104:13
151:20 157:13

172:15
tech  39:10 98:13
technically
  115:2
technologies
  103:10
technology  3:3
  3:9,22,23 4:16
  19:4,8,14,16,17
  21:16 22:8 25:7
  150:7
ted  73:11,20
  74:4,7,11,14,20
  74:25 75:4,11
  76:9,16,20 77:2
  77:8,13,16,19
  77:23 78:2,8,22
  79:8 80:3,6,21
  82:4,21 83:24
  91:2,16,20 92:3
  92:11,25 120:16
  121:9,16,23
  122:5,14 123:9
  123:13 124:3
teddy  160:21
teenager  149:11
television  19:7
  19:11 26:13
  27:15,17 61:5
tell  15:10 43:16
  55:23 90:6
  157:9 167:4,11
  168:4 170:22

telling  65:3
  127:22
tells  150:8,19
  156:5
temperature  7:9
  23:2
tencent  3:23
tend  157:23
tendencies
  79:13
tennessee  56:22
tens  59:23
tensions  89:9
term  25:24
  34:16 123:14
terminating
  138:20
terms  7:15
  17:18 24:9,15
  24:17 48:2
  87:23 88:1 95:9
  111:10 143:3
  151:16 152:11
  172:3
terrorism  119:2
  120:2 131:19
testified  30:2
  100:13 146:11
testifies  1:12
testify  9:4 140:7
testifying  2:15
testimony  12:25
  18:7,16,20 52:6
  69:21 79:17

107:8 129:24
  145:2 157:5
  162:1 163:19
testing  28:23
  107:13
tests  126:1
texas  20:15
  32:18 47:2
  51:18 52:14
  53:7 67:23,24
  73:9 78:25 79:2
  154:1 162:5
thank  2:12,14
  5:3,12 6:4,11,23
  9:3 12:24 13:4
  18:3,11,25
  22:17,19 23:9
  28:2,5 29:20
  32:15,20 37:20
  37:25 38:1 39:4
  39:7 42:9,14
  46:16,19 50:12
  51:24 52:5,6,10
  55:4 56:18,18
  56:22 61:12
  62:13,17 69:7
  70:5 71:16 73:6
  73:11 79:5,8
  84:5,6,11 87:14
  87:18,19 91:2
  92:25 93:5,6
  100:11,12
  102:17 106:14
  112:7,20,21

115:20,25 116:1
  120:16 122:14
  124:3,14 129:19
  129:23,24 134:3
  134:11,13,16,17
  139:20 140:2,6
  140:7 143:15
  144:19,24,25
  149:14,16,20,21
  153:22 157:4
  161:25 162:16
  162:17 163:11
  163:12,12,12,14
  163:17,18 168:6
  168:12,13 172:7
  172:9 174:25
  175:3
thanking  6:5,13
thanks  34:8
  52:8 56:21 91:2
  100:9 124:15
  141:25 168:10
theater  124:24
then's  61:21
theoretically
  159:20
theories  17:23
  143:21
theory  13:25
  130:21,25
thereto  176:13
thin  67:10
thing  29:9 46:20
  57:22 61:20

**[thing - time]**                                                    Page 240

75:23 80:16
83:15 87:3
108:7,17 119:23
122:6 131:20
142:1 147:18
174:5
**things**   11:25,25
22:11 40:25
46:10 55:5,8,13
57:3 58:14
66:11 75:22
89:5 96:11,13
97:5 98:3 99:24
99:25 104:20
109:14 111:21
117:23 120:22
124:5,6 134:4
139:9 147:6
152:19,21 154:8
169:14 171:5
172:3
**think**   4:12 7:17
24:7,15 37:19
38:9 40:15 46:3
46:4,18 48:16
50:12 52:16
53:5,24 55:1,17
57:23,23 58:13
64:11 65:9,9,12
66:18 67:13
68:4,5,7,17
72:23 74:15
75:16,21 76:4
76:13 78:11

80:19 83:4,19
83:21 84:8,12
87:15 91:8 93:7
93:9 95:25 98:2
99:19,20,22
104:22 105:8
112:24 113:10
113:11,12,13
114:12 116:3
117:18 118:17
118:25 122:12
124:18 126:22
129:8,9,12
132:25 133:9,19
134:23 135:1,4
137:5 140:9,15
140:23 142:11
142:14,21,22
143:20 144:7
145:7,16 146:1
146:2,9 149:11
150:2 152:13
153:7,13,14
154:3 156:6
159:2,19 160:3
162:18,24
163:21 164:3,14
165:17,19
169:11,16
171:19,23 172:2
172:4,11,24
174:16
**thinking**   123:1
123:20 143:12

149:12
**thinks**   25:8
**third**   3:16 16:1
16:24 28:10
36:6,11,14,16
37:3,5 44:3
115:4 119:21
122:23 165:4
**thorough**   30:10
**thought**   9:24
113:11 150:18
158:6
**thoughtful**
105:1
**thoughts**   143:13
**thousand**
157:14,20 158:9
158:17 159:12
160:11
**thousands**   21:6
29:22 30:4
59:23 86:25
87:1 147:14
157:15
**threat**   33:9
125:22 126:24
133:24
**threaten**   101:3
**threatened**
100:18
**threatening**
124:23
**threatens**
140:24

**threats**   15:17
87:12
**three**   19:3 21:1
65:13,15 162:6
162:12,20 163:1
175:1
**thrilled**   19:12
140:8
**thrived**   140:21
**thumb**   45:22
**thune**   56:11
**tiananmen**
147:23
**tidy**   119:7
**tied**   54:15 83:1
**tilt**   145:17
**tim**   79:11
100:20
**time**   2:5 9:12
12:3 14:2 17:1
17:22 18:2,17
27:8,8,20 29:19
31:16 37:11,18
40:21 41:2,19
41:19 42:9,17
45:2,10,16,16
46:19 54:21
55:24 68:6,14
68:24 69:11
72:20 78:14,19
82:25 83:12
84:2 91:1 93:12
96:25 100:7
106:6 108:16

**[time - transparent]**

115:23 116:2
120:14,19
123:14,21
124:12 129:16
129:16,21
130:23 134:1
138:21 139:18
140:11 144:21
149:3,18 156:24
157:23,24
161:17 162:1,18
167:1 168:7
**timeline** 143:4
**times** 10:25
  11:15 23:4 40:9
  42:16 44:23
  61:19 62:10
  71:17 81:2,10
  81:18 82:6,9,25
  83:9 86:17
  95:24,25 111:15
  114:14 115:16
  131:5 139:25
  152:18 157:1
  163:24 168:4
  169:21 171:19
**timing** 18:18
**today** 2:23 3:8
  7:20 8:23 9:4
  12:14,25 18:13
  19:1,15 20:2,16
  23:10 29:14
  35:7 36:11 39:9
  39:17 40:20

42:24,25 45:25
46:3 51:21 53:3
55:18 57:14
58:7,12 66:5
67:13 69:21
77:25 78:7
87:19 88:5
89:21 90:15
91:24 93:14,21
96:6,23 99:11
99:24 107:9
109:10 114:15
115:1 116:2,15
116:18 117:25
119:22 125:1
127:19 128:7
129:24 131:6
133:7 135:23
141:19 142:2
145:20 149:15
149:23 150:14
157:5,11 163:19
164:8 165:9
168:25 172:6
175:3
**today's** 12:16
  14:24 175:4
**together** 4:24
  11:24 19:22
  102:10 107:16
  108:15 110:13
**toggles** 24:23
**told** 114:24
  156:12

**tom** 84:5 86:1,7
  86:11,24 87:14
**tomorrow** 5:15
**tone** 33:23
**tons** 61:8
**took** 49:19 89:7
**tool** 11:22 15:20
  104:17 118:2,8
  118:16,19
**tools** 55:11
  111:17,17,23
  141:16
**top** 8:14 33:23
  35:16 67:11
  156:4
**topic** 45:2
  174:17
**topics** 4:13
**total** 10:8 30:14
**totaled** 126:21
**touch** 39:5
  93:21
**tough** 43:5
**towards** 25:24
  77:1 84:9,10
  104:8 144:6
**town** 122:19
**toxic** 118:10
**toxicity** 118:3
**track** 17:17 24:4
  25:23 58:5
  71:23 72:1,9
  73:15

**tracked** 168:18
**tracking** 71:18
**trade** 102:8
  131:11 134:18
**tradeoffs** 135:4
**traffic** 88:9
**trained** 33:16
**transcribe**
  176:5
**transcribed**
  1:16
**transcriber**
  176:1
**transcript** 1:11
  2:1 176:6
**transcription**
  176:6
**translation** 63:7
**transmit** 82:2
**transparency**
  2:6 3:8 12:15
  21:13 23:12
  51:12 55:10
  117:2 128:19
  130:16 135:2,7
  142:23 163:22
  165:17
**transparent**
  24:1,1 31:23
  36:18 50:9
  72:22 73:1
  85:24 86:22
  104:7 114:2
  117:22 166:6

**[transparent - unbiased]**                                    Page 242

167:10 168:2
**transportation**
11:14
**trashing** 54:21
**travel** 2:16
20:18 82:10
111:11,18
**treat** 83:6,6
88:22 165:11
**treated** 97:23,25
151:16
**treating** 97:24
**tree** 16:3
**tremendous**
84:9 144:3
**trend** 16:7
**trends** 13:13
**trick** 73:21 94:4
**tried** 125:3
**tries** 78:9
**trillion** 41:13
**trip** 19:11
**troll** 87:22
**trolls** 88:1
**troubling** 4:1
13:13 16:7
**true** 8:17 14:5
22:22 26:13
42:19 67:11
69:14 97:23
101:18 125:5
133:11 163:5
176:6

**truly** 36:14 37:6
169:11,11
**trump** 6:20
32:25 33:5,11
35:13 40:17
41:22 70:14
108:13 111:25
112:1 133:5,8
156:1
**trust** 3:6,9 10:5
12:11 22:17
34:17 70:18
122:4 155:17
**trusted** 21:20
34:14 116:24
119:15,20,23
120:3,9 147:3
154:21 155:12
155:16 156:17
156:19
**trustworthy**
80:1
**truth** 18:8,8,9
65:3 84:22
**try** 34:20 41:2
45:2 47:5 50:6
55:24 58:14
62:8 85:17
132:10 133:7
158:1 168:2
169:2
**trying** 36:24
41:10 42:22,22
46:9 53:13 66:4

87:2 88:6 91:23
92:1 94:4 98:7
99:6,13 115:11
123:21,25
131:12 135:7
153:4 169:8
170:21 171:1
**turn** 40:2,3,5
55:12,24 57:2
58:4 82:17
89:11 95:3
96:25 99:10
102:18 167:13
167:23
**turned** 94:14
167:17
**turning** 55:7
83:20
**turns** 9:19 18:20
58:11 92:16
**tutorials** 57:12
**tweaking**
111:10
**twitter** 124:9
**twitter's** 113:18
**two** 12:18,20
15:3 19:11,21
26:24 29:25
30:8,11 36:10
37:7 45:17
54:15 55:5,8
63:10,21 67:21
96:10 126:19
130:17 156:12

**type** 37:8 72:15
72:16 96:2,2
99:9 102:9
108:7,17 114:14
152:11
**types** 8:20 17:8
94:12 170:11
**typical** 157:19
**typically** 29:8
89:19 157:22
**typing** 40:21

**u**

**u.s** 121:3
**u.s.** 19:5,19 20:9
20:16 21:2,4
42:24 48:21
50:22,24 66:5
87:2 122:7
126:4,5 139:10
146:6
**uber** 79:19
**ubiquity** 8:8
**uh** 158:13
**ultimately** 81:23
124:22
**un** 143:23
**unanimous** 52:1
56:2 105:10,17
108:24
**unaware** 11:3
75:24
**unbiased** 45:15
77:12 160:1

**undecided** 10:9 10:12
**under** 8:2 22:20 28:15 29:3 40:16 44:1 54:10 90:4 96:9 100:23 103:13 121:13 122:7 133:17,17 164:6 164:21
**undermine** 15:6 105:24
**understand** 24:3,5,6,12 26:24 29:12 36:24 44:21 46:8 53:22 57:2 57:8 70:17 77:5 80:21 81:4,8 82:3,4,13,22 83:25 85:12 86:1 92:4 97:7 100:6 108:22 113:3,6 135:7 137:19 142:16 150:17 152:6,14 160:8,12 161:22 161:24 164:1 165:20 169:1,2 169:24
**understanding** 29:17 69:1,16 93:7 129:13 135:3 149:6

164:23 168:21 169:17 170:7 171:15
**understands** 24:7
**understated** 10:1
**undertake** 70:25 71:3
**undertaken** 31:2 49:11 103:19 104:13 148:6,22 151:9
**undertaking** 51:10 131:15 171:4
**undertook** 30:9 129:2
**underway** 147:13 148:20
**unfairly** 116:16
**unfortunately** 6:1 17:19
**uniformly** 139:11
**union** 74:17,20
**unique** 137:6
**united** 6:25 7:3 10:10 70:2 74:22 75:1,7,12 75:17,25 89:9 112:13 113:4 128:11 174:15

**universal** 48:9 103:14
**university** 10:23
**unknown** 68:21 69:3,19 74:10 78:23 112:18
**unprecedented** 15:11
**unproductive** 118:6
**unquote** 118:4
**unrelated** 120:22
**updated** 171:12
**updates** 24:16 171:20
**uphold** 80:4
**upholding** 48:18 49:22 141:8
**ups** 172:10
**upset** 133:5 156:2,3
**urge** 4:6
**usc** 59:14
**use** 2:7 7:21 8:6 13:11,15 17:6 19:17 21:16 23:15,19 24:4,4 24:10 25:2 26:5 35:7 44:25 56:25 57:25 58:12 61:25 70:6,11,20

71:22 72:17 73:19 81:9,16 82:8,11 83:13 87:21,21 101:21 111:24 115:14 118:14 119:20 121:17,19,22 125:19 126:2,16 128:5 131:9 135:19,24 150:7 164:3 165:5 167:23 168:14 168:20
**used** 4:2,20 11:22 12:13 14:16,18 16:9 52:17 54:8 58:21 59:20 70:3 72:13 86:3 99:16,19 100:4 100:5 113:17 116:15 119:25 133:21 148:4 150:5,15 161:8 161:23 169:25 170:3,8,19 171:25,25
**useful** 16:13 114:13,15
**user** 9:9,10,13 11:8 13:19 25:20,24 41:9 56:8 72:3,11,13 75:3 83:17,17

106:3 107:13
110:4 115:8,8
127:20 128:7
136:3,4,13
138:6,8 139:11
139:23 160:6
165:13,24,24
168:1 173:9,25
174:3
**user's**  17:18
28:18 98:7 99:6
**users**  7:14,15
10:4,19 11:2
16:20,24 17:4
17:11 19:23
20:11 21:7,10
21:13,19 22:17
23:10,15,18
24:12,15,18,20
25:1,13 26:4
28:10 29:10,17
29:18 34:13,17
36:25 41:10
42:21 50:4
55:20 66:6,25
70:16 71:7
72:19 73:4 80:1
82:2 83:22
85:18,20 86:14
87:9 91:24,25
96:18 98:11
99:5,12 101:17
102:2 104:21,23
106:1 112:23

113:14 115:8
122:3,6 126:2,2
127:15 135:2
137:5,9,13
139:10 145:20
153:15 158:7
164:9 170:15,16
170:21,21
**uses**  7:5 9:2
24:3 70:2 73:2,3
81:18,21 82:23
118:2 156:21
165:15
**using**  10:8 11:11
15:1 23:15
24:25 28:22
41:1 45:3 53:18
61:24 71:12
79:10 94:10
95:2,7 100:3
105:6 115:4
118:5 126:20
131:10 164:21
165:1,8,10
**uso**  20:21

**v**

**val**  149:20
150:23 151:5,12
151:25 152:8,16
153:7,11,22
**valid**  55:2
118:17 128:13
128:15 136:19

**validation**  126:1
**valuable**  2:18
**value**  113:12,15
144:18
**values**  8:16
20:10 21:13
49:20 85:12
103:14
**vanderbilt**
10:22
**variables**  9:10
**variation**
130:21
**variations**  27:20
**varied**  149:2
**varies**  118:25
**variety**  5:17
35:17 115:7
120:6 145:21
147:1 152:23
**various**  39:21
**vary**  27:8
**varying**  38:24
**vast**  97:14
**vehicle**  133:21
154:7
**versa**  54:22
**versus**  1:9 72:8
134:25 135:9,11
151:17
**veterans**  20:22
**viable**  26:2
**vice**  54:22

**victim**  132:6
**victimization**
140:17
**victimized**
140:16
**video**  1:11 2:1
32:11,11 120:5
131:5 132:7,16
132:16,17,18,25
156:3
**videos**  30:4
31:25 59:24
81:7 117:13
120:24 121:18
121:25 122:7,8
130:12 131:11
132:2
**view**  14:11,19
15:7 43:11
44:18 48:3 76:3
82:1 88:18
112:16
**viewed**  118:6
131:5
**viewpoint**  123:8
**viewpoints**  14:9
116:16 118:9
119:19 145:13
146:20
**views**  76:10,12
76:17,19,21,21
116:17 117:6
133:18

| | | | |
|---|---|---|---|
| **vigilant** 89:22 | **volume** 7:18 | 111:9 | **wanted** 14:20 |
| 114:9 | 23:5 24:8 | **want** 2:14 5:3 | 81:1 87:19,22 |
| **vint** 100:13 | 132:21 | 5:13 9:3 12:24 | 89:25 90:10 |
| **violates** 132:20 | **voluntarily** | 26:6 31:20 32:2 | 91:3,5 121:24 |
| **violation** 140:14 | 141:21 | 33:15 34:17 | 121:25 122:10 |
| 141:22 | **vote** 13:10 41:23 | 36:25 46:10 | 141:12 143:16 |
| **violations** 31:24 | 41:24 63:3,12 | 47:25 51:6 | 145:18 |
| 32:2,5 | 63:13,15,22 | 53:23 55:4,13 | **wanting** 89:9 |
| **violence** 15:23 | 64:15 65:8,16 | 55:14,15,20 | **warned** 100:22 |
| 16:6 47:15,18 | 65:22 66:4,7,20 | 57:21 58:14 | **washed** 48:3 |
| 47:20 77:1 | 67:4,5,21,23 | 60:13 63:20 | **washington** |
| 134:5 144:5 | 68:12 69:22 | 67:15,16 77:23 | 79:19 130:5,18 |
| **violent** 7:24 | 70:1,3 139:4 | 78:14 80:7,10 | 140:4 |
| 25:9 76:7 | 140:9 146:14 | 82:12,22 83:18 | **waste** 17:21 |
| 133:22 | **voted** 35:23 | 83:23 91:24 | 120:19 |
| **virginia** 20:15 | 68:9 | 92:1 94:1 96:24 | **watch** 80:16 |
| **virtually** 23:4,6 | **voter** 65:11 | 98:8,9 99:12 | 81:6 121:18 |
| 43:23 | 139:15 | 103:15 108:7,17 | 160:9 |
| **virtuous** 100:17 | **voters** 10:9,13 | 109:7 110:6 | **watchdog** |
| **visit** 39:10 | 26:15 | 116:1,11 118:15 | 130:15 |
| **vital** 5:25 | **votes** 33:18 68:9 | 118:17 119:23 | **watching** 81:7 |
| **vividly** 147:22 | 68:11 | 120:24 122:6 | 158:23 |
| **vladimir** 58:19 | **voting** 10:10,12 | 124:4,6,19 | **waves** 14:18 |
| 59:20 | **voto** 63:19,23 | 127:9 132:10 | **way** 6:19 17:7 |
| **voice** 51:8 80:15 | 64:13 65:18 | 134:6 136:16 | 20:23 21:25 |
| 90:11 95:1,2,6,7 | **vulnerabilities** | 138:16 141:20 | 26:7 27:25 |
| 98:6,6 165:5,8 | 152:11 | 145:8 149:7,14 | 32:22 35:21 |
| 165:10 | **vulnerable** 5:23 | 153:19 154:17 | 42:5 46:14 |
| **voiceover** 131:6 | **w** | 154:18,18 156:6 | 47:10 54:20 |
| **voices** 32:24 | | 160:22,23 | 60:2 61:13 62:5 |
| 42:8 47:8,8 90:9 | **walk** 23:17 24:5 | 163:19 165:14 | 62:20 64:19 |
| 90:19 111:3 | 57:14 74:7 | 166:22 167:6,13 | 65:8 68:3,4 70:4 |
| 165:7 | **wall** 2:24 16:21 | 169:3 170:15,16 | 71:15 81:4 83:6 |
| | 28:13 56:3 | 170:17,23,25 | 83:23 86:12 |

97:14 107:11
109:16 115:10
119:8 121:19
125:7,8,23
146:2,12 152:4
159:24 160:5,9
169:23,24
176:12
**ways** 6:2 42:21
57:2,11 60:22
69:25 79:14
80:24 98:23
121:17 143:18
145:23 154:19
172:6
**we've** 21:1,11
25:23 27:23
30:17,18 31:2
35:8 40:22
41:14 42:16
46:9,10 51:10
51:14 61:1
67:18 85:19
88:8 93:24
100:1 110:17
113:8,9 114:2
120:4 125:1
128:20 140:17
143:7,8,8 144:5
144:8,9 146:18
147:11,19
148:20 149:5
150:14 153:14
159:19 162:9

171:19
**weather** 170:22
**web** 40:23,24
100:20 114:18
115:1 164:20
168:18
**website** 81:5
**websites** 11:21
**week** 49:15
113:21 122:4,15
158:25 159:1
**weekend** 61:19
**weekly** 43:17
**weeks** 49:5
156:12
**weight** 100:23
**welcome** 2:5,11
18:4,22 48:25
49:1 74:10
78:17 112:8
129:24 146:20
**went** 24:20,20
44:9 80:8 98:19
154:25 156:11
**whatsoever**
37:9
**white** 31:17
89:12
**wi** 91:11 92:6
94:19
**wide** 35:17
38:23 86:19
115:7 120:6
145:21 146:25

151:20 152:22
**widely** 70:4
85:25 103:10
105:1 172:25
**widening** 3:2
**widespread**
13:15 103:3
**wife** 114:15,18
**wikipedia** 156:8
156:11,18,21
**wikipedia's**
156:13
**willing** 25:19
**willingness** 2:16
9:4 46:17
**windows** 139:7
**wing** 13:25
17:23 31:18
**winner** 58:20
**winners** 45:24
**wise** 6:3
**wish** 6:3
**witness** 2:10 5:7
12:24 18:4,12
18:13 52:6
68:15 175:6
**women** 22:5
**won** 156:1
**word** 3:19 40:16
123:15 128:2
**words** 65:13,15
84:21 87:24
118:24 170:3

**work** 20:12
21:12,20,24
22:16 25:1,25
26:6 31:9 35:10
38:22 40:18
46:11,12 47:9
49:11,14,17
51:11,13,19
52:6 53:19,24
53:24 54:18,25
60:14,16 62:19
62:22,24 63:2,3
63:11 66:2
68:23 71:9
77:12 80:4,12
81:8 87:10
90:15 97:16
102:8 107:11
109:9 112:10
118:23 122:4
125:6 127:8,25
131:25 134:7,7
137:6 142:14
143:18 146:13
153:5 154:4
160:13 165:2,2
170:1 171:3,5
172:5 173:7
**worked** 6:14,15
46:21 61:1
74:18 93:23
157:25
**workers** 111:10

**workforce** 3:15
**working** 2:13
  5:14 20:4 34:6
  41:6,15 42:6
  45:14 50:15
  55:22 58:16
  85:11 92:8
  102:10 113:9
  117:16 119:9
  126:25 144:8,13
  146:11 147:14
  148:25 149:6
  152:17
**workings** 56:13
**workplace**
  141:9
**works** 8:22
  40:16 68:1
  89:20 121:3
  157:10,12
**world** 2:21 3:10
  4:24 5:1 12:20
  12:22 19:19
  32:22 50:6
  60:17 75:13
  105:5,20 128:1
  146:7 148:3
  155:4,5 156:14
  169:13
**world's** 19:23
**worldwide**
  100:20
**worn** 17:22

**worry** 22:7
  122:3 125:21
  146:4
**worse** 79:13
**worthy** 22:16
**write** 33:14
  158:10,10,11
  172:18 174:10
**writes** 68:8
**writing** 43:21
  79:1 162:10
  163:9
**written** 18:15
  157:9 159:9
  164:17 174:11
  174:20 175:5
**wrong** 85:1
  148:13 155:12
  171:15
**wrote** 63:3
  67:10

**y**

**yeah** 27:3,12,13
  36:19 45:18
  61:11,17 82:21
  89:1 92:7
  108:23 125:6,17
  126:23 131:23
  132:19,23
  137:13 149:9
  158:12 167:15
**year** 16:1,2,5
  20:25 21:19

  41:12 42:6 44:6
  73:22 81:12
  98:16 100:21
  113:1 131:18
  146:23,23 155:9
  161:4,10 163:24
  169:10,21
**years** 6:4,6
  14:14 15:3 19:2
  19:3,5,21 20:14
  21:1,12 27:23
  29:25 30:8 35:8
  43:18 61:1 73:1
  84:16 87:10
  88:8 89:4 99:4
  114:3 127:14
  130:17 134:18
  137:2 153:15
**yelling** 124:24
**yellow** 18:19
**yesterday** 17:1
  28:13 70:15
  71:17 107:5
  116:7 175:2
**yield** 5:5 6:8,9
  18:2 32:16
  37:21 46:5,23
  56:19 73:6
  87:14 90:25
  100:7 112:2
  115:20 120:11
  124:10 140:2
  144:14,19
  153:23 157:1

  162:1 168:7
  172:8
**yielding** 6:12
  163:12
**yields** 112:5
  115:23 153:25
  157:3
**york** 13:2 28:3
  71:17 81:2,10
  81:17 82:6,9
**young** 169:9,12
  170:2
**youtube** 21:4
  25:19 26:2,4
  30:2,2 31:18,19
  33:2 50:21,23
  50:25 51:4 60:4
  60:7,9,11 76:6
  76:14,24 80:15
  80:17 81:7 88:7
  90:13,16 93:20
  98:10 117:4,11
  119:15 130:8,12
  130:22 131:2,10
  132:13 133:1
  143:19 172:14
  172:15
**youtube's** 50:22
  58:21 59:21

**z**

**zoe** 37:25 38:17
  39:1,4,7 40:3,7
  40:11,14 41:7

**[zoe - zuckerberg]**                                        Page 248

41:18 146:14
**zuckerberg**
79:17