# EXHIBIT G

| | |
|---|---|
| **From:** | owner-waagoogleteam@lists.susmangodfrey.com on behalf of "Santacana, Eduardo E." |
| **To:** | Alex Frawley; FIREBASE-WFGE |
| **Cc:** | WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM |
| **Subject:** | RE: Rodriguez v. Google |
| **Date:** | Tuesday, August 16, 2022 7:35:56 PM |

EXTERNAL Email

Alex,

1. Why is 2016 relevant, given the launch timeframe of GA for Firebase?
2. These are USA-only figures.
3. App Promo is this type of ad campaign, which is the only type of ad campaign we've identified that could have, even theoretically, leveraged app interaction data sent to Google via apps that use GA for Firebase.

Regarding RFPs 257 and 260: We will produce the sub-categories that roll up into the revenue and expense categories and dollar amounts. I believe that will address your question. I do not know what you mean by "documents sufficient to explain the year-over-year variation in Booked Revenue, TAC, and Net Revenue." Can you clarify what you are looking for?

Thanks,
Eduardo


**Eduardo E. Santacana**
**Willkie Farr & Gallagher LLP**
One Front Street | San Francisco, CA 94111
Direct: +1 415 858 7421 | Fax: +1 415 858 7599
esantacana@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

---

**From:** Alex Frawley <AFrawley@susmangodfrey.com>
**Sent:** Thursday, August 11, 2022 6:01 AM
**To:** FIREBASE-WFGE <FIREBASE-WFGE@willkie.com>; Santacana, Eduardo E. <ESantacana@willkie.com>
**Cc:** WAAGOOGLETEAM@LISTS.SUSMANGODFREY.COM
**Subject:** Rodriguez v. Google

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

I write concerning Prod 35, produced on August 9. We have a few questions about the production:

1. Why is 2016 missing?
2. Are these figures global figures or USA-only figures?
3. What is "app promo"? How does it relate to AdMob and GA for Firebase?

In addition, we ask that Google produce the following, which are responsive to at least RFPs 257 and

260:

1. Please produce the accounting details sufficient to identify and quantify, by year, all components of revenue (source and amount) that roll up into the revenue categories and dollar amounts labeled "Booked Revenue" and "Net Revenue," as well any method by which these revenue categories (or their components) are allocated to "App Promo" operations.

2. Please produce the accounting details sufficient to identify and quantify, by year, all expense line items and amounts that roll up into the expense categories and dollar amounts labeled "TAC," "Machine/Network," "CAC," "Other COS," "EngPM," "GBO," " Marketing," "G&A," and "Technical Infrastructure" as well any method by which these expenses (or their components) are allocated to "App Promo" operations.

3. Please produce documents sufficient to explain the year-over-year variation in Booked Revenue, TAC, and Net Revenue.


**Alexander P. Frawley | Susman Godfrey LLP**
1301 Avenue of the Americas, 32nd Floor | New York, NY 10019
212.729.2044 (office) | 917.599.6613 (cell)
afrawley@susmangodfrey.com | www.susmangodfrey.com

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the WAAGOOGLETEAM list, click here