# EXHIBIT N PREVIOUSLY FILED UNDER SEAL