# EXHIBIT O



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Research location

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00020694



UDC team looking into the lab and experiencing the one-way mirror

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00020695



GOOG-RDGZ-00020696



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00020700



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00020701



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00020702



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-RDGZ-00020704



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Try and add severity =

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

