# EXHIBIT P

## REDACTED
## FILED UNDER SEAL



GOOG-RDGZ-00018350



| Id | Date | Text |
|---|---|---|
| 1 | 05/17/2018 18:55:53 | +adebooij@google.com |
|  |  | - What was the context of this summary / report? Presentation at trust next program review?<br>- Do we want to create a new one for Pinecone 7 and beyond? How often should we be<br>summarizing Pinecone studies and results? (is this similar to Durable Insights?)<br>_Assigned to Arne de Booij_ |

CONFIDENTIAL



GOOG-RDGZ-00018352



CONFIDENTIAL

GOOG-RDGZ-00018353



CONFIDENTIAL

GOOG-RDGZ-00018354



GOOG-RDGZ-00018355



## Participants

50 people participated in our Pinecone research during H1 of FY17. We had 31 males and 28 females.

Knowledge of online privacy & security was average or above.

Most were somewhat to extremely favorable towards Google. Some were somewhat unfavorable.

Knowledge of technology was average or above.

Google

GOOG-RDGZ-00018356



CONFIDENTIAL

GOOG-RDGZ-00018357



CONFIDENTIAL



GOOG-RDGZ-00018359



CONFIDENTIAL

GOOG-RDGZ-00018360



GOOG-RDGZ-00018361



| Id | Date | Text |
|---|---|---|
| 1 | 09/04/2017 15:14:42 | +iasch@google.com I've presented a few of these main insights at PR last week (go/pinecone-pr). I am still finishing up the details. When would you have time to finish up the My Google and Dashout slides? |

CONFIDENTIAL

## Expectations play a huge role in consent

During BUC, UDC, Slashout and Encore! research, we found that it is often hard or impossible for people to formulate (accurate) expectations about how their experience will be impacted by their consent - both for the value they might get & the risk they are taking with providing us with their data.

When expectations are unclear, people will pick the least risky option - which is often the one where they don't consent to us using their data and miss out on value.

Google



## What if...

...we gave people a trial period, let them try out how they like their new settings and tell them we will get back to them in a week or two so they can evaluate their experience, form expectations and offer them a choice to reconsider.

UPN ideas align with this. Also, UDC.next is considering ways to make it easier to understand the impact of turning on a setting.

GOOG-RDGZ-00018363



| Id | Date | Text |
|----|------|------|
| 1 | 09/20/2017 06:45:12 | The headline on the left doesn't fully reflect your takeaway. Isn't it more accurate to say something like "Uncertainty leads to risk aversion"? |
| 2 | 09/20/2017 06:45:12 | Yes and no. |
| | | What I want to convey is that being able to form accurate expectations is a large factor in whether a user will consent or not. the insight below shows what happens when a user can't form that expectation which leads to risk aversion. On the other hand, when they can form accurate expectations, they'll be more comfortable accepting. |
| 2 | 09/20/2017 06:46:14 | Can you edit down the text on the left so both the left and right sides can be the same font size (12). |
| 3 | 09/20/2017 06:46:14 | or I change the font size on the right :) |

GOOG-RDGZ-00018364

## Transparency can be good, as long as you provide controls

During UDC, UPN (as well as during PPRI), we confronted people with the details of the data Google collects about them. Even though it wasn't their own data, this was scary for some - but we found that people appreciated that we are not hiding things from them.

Providing ways to control this data & its collection will put people at ease and allow people, that really want to, to take control.

Google



## What if...

...we made an effort to provide more opportunities to combine transparency with control.

PPR and UPN align with this as well as the ideas that we have explored for UDC where we show UDC controls together with My Activity.

Search is also considering a transparency + control feature.

GOOG-RDGZ-00018365



| Id | Date | Text |
|---|---|---|
| 3 | 09/20/2017 06:51:26 | Based on your description on the right in the first paragraph it sounds like people liked the transparency even before they saw controls. Is that true? What if it was their own data--do you think that would have made a difference? |
| 4 | 09/20/2017 06:51:26 | yes, I would say that was true, Google coming clean about what data we have stored about them. Being honest.

With a lot of participants, you could see that they understood that this wasn't their data but as they were using Google as well, it did give them the knowledge that this also means that Google is collecting this data about them as well. |

CONFIDENTIAL



During My Google*, BUC we saw that even when controls are linked with personal data, the options for controls can easily be overlooked. (WIP mocks)

GOOG-RDGZ-00018367

## People don't read consent, especially when we interrupt their main goal

During UDC, BUC and Esourel (as well as during the Narnia 2.0 research), we found that most people don't read consent text if we show the consent as part of their journey towards achieving their main goal (e.g. read email, use phone).

They just accept, missing the option to perceive control and, if desired, take action.

Google



## What if...

...we were smarter about prompting people for consent. Capture them in moments where we know they're not focused on another task.

I fully realize that people might never make a choice if we don't grab them during an existing journey but maybe we can be smart about how we escalate our consents from non-invasive to blocking.

GOOG-RDGZ-00018368



| Id | Date | Text |
|---|---|---|
| 4 | 09/20/2017 04:55:43 | Have you read the Schaub paper on privacy notice recs? Some good ideas. Also talk to Patrick Gage for other suggestions https://www.usenix.org/system/files/conference/soups2015/soups15-paper-schaub.pdf |

CONFIDENTIAL



If we provide tools purely for the sake of transparency we should let users know to not create wrong expectations.
We incorporated educational content in our products, in a fun, entertaining way. Compared to other products Dashout is about exploration and learning, and not strictly task-driven. So why not use this opportunity to explain how we use all this data for great personalization?

GOOG-RDGZ-00018370



| Id | Date | Text |
|---|---|---|
| 1 | 09/18/2017 14:30:43 | ▮▮▮▮@google.com added this, but feel free to edit. also done with the rest of my slides. |
| 6 | 09/18/2017 14:30:43 | I made some edits and tied in an insight from UPN and BUC. It does deviate a bit from your original angle but I hope it still applies. |
|  |  | What what-if might have to updated too but the core message of how we use this data for personalization (which is value to some) still stands |
| 5 | 09/20/2017 06:58:55 | If people are task/utility-driven, it feels a little counter-intuitive incorporate fun/entertainment. Or perhaps I'm misreading your suggestion? Also, as you know, explaining how we use the data for personalization is easier said than done for many products (e.g., it's easier for Assistant, harder for Search). It would be useful if you could include links to products/suggested UIs that are doing a good job showing the value of data collection, e.g., Google Maps Timeline |
| 5 | 09/20/2017 06:58:55 | ▮▮▮@google.com |

CONFIDENTIAL

GOOG-RDGZ-00018371



During My Google*, BUC we saw that even when controls are linked with personal data, the options for controls can easily be overlooked. (WIP mocks)

CONFIDENTIAL



CONFIDENTIAL



GOOG-RDGZ-00018374

# Broad Use Consent

**Comprehension of what will happen with your phone number impacts choice**

When people don't have a clear enough expectation of what Google will do with their phone number, this uncertainty influences the choice they will make and, if possible, they will choose the option with the least amount of risk.

More details

**Leading the consent with the most controversial message ensures people don't miss it**

For people that take at least some time to read the consent, we learned that by leading the consent with the potentially most controversial message ensures that people don't miss it. Especially with consents that cover more than one use, people often assume the first message covers the entire consent

More details

**Consent needs to bring clear value to the user, otherwise only risk will guide decision**

The main value of Broad-use consent was security, reachability and a more personalized experience with tailored ads.

Besides security, people that read the consent didn't clearly understand and/or see any clear value which resulted in many of these users not consenting to Broad-use Consent.

More details

Google

2017 True Item    Proprietary + Confidential

CONFIDENTIAL

GOOG-RDGZ-00018375



## User Data Controls

Measure comprehension of UDC setting in the Consent flow, findability of UDC setting in My Account and usability of changing UDC setting on the Activity Controls page.

### Main research questions

1. Do users comprehend what will happen if they turn on the Web & App activity setting (in the context of an app)?
2. Does adding My Activity in UDC setting help comprehension?
3. Can users find WAA in the updated My Account design?
4. Can users find where to turn off WAA?

All issues are logged in Buganizer

Team  iiranimi@, robertbrauer@, osoriosantos@, doomgan@, adebool@
Google

2017 Truschen        Privacy + Confidential        27

GOOG-RDGZ-00018376

## User Data Controls

**Combining User Data Controls with the My Activity it controls helps comprehension**

We iterated on the design of combining UDC with My Activity on the Activity Controls page in and our final design, combining transparency and control in one view, helped people understand the effect of changing an UDC setting.

This doesn't mean everybody understands 100% but it increased comprehension.

More details

Google

**It is next to impossible for people to understand what they're consenting to, even if they read all text**

When people get presented with a UDC dialog in a Consent flow, most don't read it and thus won't know what they're consenting to or what the value is to them. The people who do read it can't explain clearly what the impact of their choice is on their experience on Google.

We put a lot of effort into the text but it is still too complicated for people because it is.

2017 More details · Confidential

**People expected to be able to choose during consent for UDC in an app context**

When an app, like AGSA, asked for multiple UDC consents at the same time, some people expected choice - to be able to consent to some of the activity controls and not others.

More details

GOOG-RDGZ-00018377



CONFIDENTIAL

GOOG-RDGZ-00018378



CONFIDENTIAL

GOOG-RDGZ-00018379



go/pinecone2-results
go/pinecone6-results

CONFIDENTIAL

## Universal Privacy Notices

**UPN is highly appreciated by people**

When people were presented with the reminder about the state of their security and privacy settings, almost all appreciated this. Some were, at first, somewhat negative because it made them realize the amount and depth of data Google collects (transparency) but even for these, the fact that they can control eased their mind. It might not solve all transparency concerns though.

More details

**Context impacts understanding of scope of data collection and use**

When we notified people about the existence of an activity control in the context an app people assumed the control was just for that particular app. They didn't understand that the control applied to all of Google. When we sent a notification to people, most weren't sure why they were getting the notification now. They didn't immediately relate it to an app they just used saving data to their Google account.

More details

**Benefits of sharing data with Google need to be clear**

When we told people about "how their data improves Google services", the message wasn't well understood by half of them. This, in turn, caused these people to not see the benefit to them from Google storing their information.

More details

Google

2017 True/Net          Proprietary + Confidential

10

CONFIDENTIAL

GOOG-RDGZ-00018381



CONFIDENTIAL

GOOG-RDGZ-00018382



## Dashout

**Users love to see insights, instead of just raw data**

While users understand that the Dashboard gives them an overview of their data, some tried to find utility beyond that. Initially they were referring to it as their new homepage giving quick access to Google services, but real value lies in seeing data insights, e.g. showing them how they compare to others or themselves over time.

More details

**3-column design is more appealing and helps to discover functionality**

The initial 1-column design wasn't as compelling and visual for users. While users understood the offered functionality, there was little interaction with it. With the new layout we observed more engagement with the Dashboard which led to discovering functionality through exploration.

More details

**Highlighting top 3 services is appreciated, yet, users wish for control**

Users understand and liked the difference between top 3 services and the full list as it helped to navigate the content more easily and without being overwhelmed. Users wished though to be able to choose the top 3 services which might just reflect the basic need of feeling in control.

More details

Google    2017 Trua Inter    Proprietary + Confidential    31

GOOG-RDGZ-00018383



CONFIDENTIAL

GOOG-RDGZ-00018384



CONFIDENTIAL

GOOG-RDGZ-00018385



GOOG-RDGZ-00018386

**Broad-use consent**

Comprehension of what will happen with your phone number impacts choice

*2 participants from Pinecone1 were excluded because of moderator error
**49 participants - Pinecone 2  didn't rate this
***42 participants - Pinecone 2&3 didn't rate this explicitly

GOOG-RDGZ-00018387



| Id | Date | Text |
|----|------|------|
| 10 | 07/17/2017 14:50:26 | Need data from BUC experiments here. Also add data from Narnia 2.0 here |
| 11 | 07/17/2017 14:50:26 | BUC https://docs.google.com/presentation/d/1ezlNVoXkP1-Y6FXHhSqmAhHBplunItTMl5O1U8K0Hg/edit?hl=en#slide=id.g1e97137fic7_0_0 |
| | | Narnia https://docs.google.com/spreadsheets/d/1nkSNjCABIg-2461DgKrtiGIs1Fmu27KehU7rpZecPFZzM/edit#gid=0 |
| 8 | 07/17/2017 14:56:16 | https://docs.google.com/document/d/1zbcAQ_ziJ5b83F0kb962g2BiqAll6cMZEpsmYtvwGkM/edit |
| | | GB users. 68% would not be willing to share their mobile phone number with a search provider, vs 61% their search history (2012) |
| 7 | 07/17/2017 15:10:52 | Find data on sensitivity of phone numbers |
| 9 | 07/17/2017 15:10:52 | https://www.slideshare.net/BrandLeadershipColum/what-is-the-future-of-data-sharing |
| | | People make distinction between types of data |
| | | 2015 - website history 21%, mobile phone 46% as one of the 3 most sensitive items. |

CONFIDENTIAL

GOOG-RDGZ-00018388



In round 1, 2 partipants were excluded from part of the BUC session data because of moderation errors



| Id | Date | Text |
|---|---|---|
| 12 | 07/17/2017 00:53:18 | Do we have behavior for these people? |
| | | Can we show narma 2.0 data and/or BUC experiment data |

CONFIDENTIAL

GOOG-RDGZ-00018390



In round 1, 2 partipants were excluded from part of the BUC session data because of moderation errors

GOOG-RDGZ-00018391



| Id | Date | Text |
|----|------|------|
| 13 | 07/17/2017 00:53:18 | numbers of value or reachability |
| 14 | 07/17/2017 00:53:18 | value of ads too |

# User Data Controls

## Combining User Data Controls with the My Activity it controls helps comprehension of UDC

### Observation

In earlier research, we found that people don't understand the effect of changing the state of a UDC setting on the Activity Controls page, as well what PAUSED vs ON meant.

To fix this, we combined the UDC setting with My Activity and initially **2/10** understood the connection

In the 2nd iteration, **10/10** understood the connection but not everybody discovered the Activity as it was pretty far down the page.

In the final iteration, **10/10** people both discovered the Activity unprompted and understood the connection between the setting and the data.

Also, it helped understand the state of the button (ON vs OFF), which confused **5/10** in Pinecone 1.

### Analysis

On the Activity Controls page, combining a UDC setting and directly showing what data has been collected because that setting is on shows clear effect of a user's action.

And even though people didn't fully understand the effect of turning on WAA, how it related to sWAA and on their entire Google experience, combining transparency and control in one view at least takes away some of the uncertainty and doesn't hide ways to control (delete) the data.

Google                    2017 Evan Pee      Proprietary + Confidential                    4



| Id | Date | Text |
|----|------|------|
| 15 | 07/17/2017 00:53:19 | data on value of feedback in UI |

CONFIDENTIAL

What the hell is going to be collected, that it is across their Google account and that they can turn it off later?

Pinecone 3
Only 3/10 participants understand that their stored activity will be used to personalize their experience in this app as well as other Google apps and services.
6/10 Participants did not understand "data from multiple devices" correctly. Some thought it was about syncing content or settings across devices.

Pinecone 6
3/10 understood that when WAA is turned on, their activity across Google will be stored.
8/10 didn't understand the sWAA text and the effect this could have in their experience but this most likely caused by a translation issue of 'non-Google' to 'third party'

GOOG-RDGZ-00018395



4/10 expected choice in pinecone1, 8/10 in pinecone 3

GOOG-RDGZ-00018396

**Escurel**

Google providing choice during account creating is very much appreciated by people

Emotional user experience and feeling of control, 2014, Jussi P. P. Jokinen
In UX design, supporting feeling of control should be one of the primary goals, as it is
evident that a positive UX as a response to the interaction is dependent on the
mediating factor of feeling of control.
In other words, feeling of control during a stressful and frustrating interaction should
restrain, that is, moderate, the negative emotional response from obstructive task
events

https://docs.google.com/presentation/d/1QpaNOnNAvMiWEqG1FOqZMlwPBw8Q3Q
_yBJnaEDwhScA/edit#slide=id.g13064756a0_1_880

CONFIDENTIAL

GOOG-RDGZ-00018397



Pinecone 4 - 8/9 participants decided to change the default settings. From those 8 participants that changed the default settings, 6 turned ON settings that were OFF and 3 also turned OFF settings that were ON.

Pinecone 5 - 10/10 participants decided to change the default settings. 3 changed the WAA default setting and turned it OFF,  6 changed the Ads option and turned it OFF, 1 changed the Location option from OFF to ON,  5 changed the Device to ON and 1 turned ON the Voice and Audio.

Pinecone 6 - 9/10 participants decided to change at least one of the default settings.

GOOG-RDGZ-00018398



| Id | Date | Text |
|----|------|------|
| 6 | 09/20/2017 07:14:49 | Were the people who turned "off" things also likely to turn "on" things? Or was there a set of people who turned things off an a set who turned things on? (could be relevant for +mseg@google.com 's privacy sensitive segmentation work) |
| 16 | 09/20/2017 07:14:49 | Of the 6 people that turned OFF both settings that were ON by default, only 1 turned ON a setting (location history) that was OFF by default. The rest kept them all OFF. |
| | | Of the 3 people that only turned OFF WAA, 3 turned ON Device Info, and 1 also turned ON location history. |
| | | Of the 8 people that only turned OFF Ads Personalization, 1 turned ON VAA and 1 turned ON Device info. |
| | | So, people that turn off a setting that is ON by default, are not likely to turn on another setting that is OFF by default. |
| | | You can see all the behaviors in this sheet. |
| | | https://docs.google.com/a/google.com/spreadsheets/d/1fHQPOAgeTfWBfAWAwG0LA_dPF7Q dGM6YoanaZMnG70/edit?usp=sharing |

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

GOOG-RDGZ-00018401



GOOG-RDGZ-00018402



CONFIDENTIAL

GOOG-RDGZ-00018403



CONFIDENTIAL

GOOG-RDGZ-00018404



CONFIDENTIAL



GOOG-RDGZ-00018406



CONFIDENTIAL

GOOG-RDGZ-00018407



CONFIDENTIAL

GOOG-RDGZ-00018408