# EXHIBIT Q

## REDACTED

# FILED UNDER SEAL

CONFIDENTIAL

  

WIP

# N3 UXR Strategy

Overview and approach

May 5, 2020

go/n3-uxr-strategy

go/n3-uxr-strategy-doc





GOOG-RDGZ-00090067

CONFIDENTIAL

Slide 1

1          ██████████@google.com
           Arne de Booij, 9/9/2020

GOOG-RDGZ-00090068

CONFIDENTIAL

## Narnia 3 - Mission



The <u>mission</u> of the <u>Narnia 3 program</u> is to create a unified, cross-product, **consent framework** that focuses on three key elements:

1. **People**: intuitive to our users
2. **Regulation**: compatible with the principles of GDPR (and other expected legislation)
3. **Business**: and enables Google to build innovative, AI-first products

google_logo

GOOG-RDGZ-00090069

CONFIDENTIAL

# Why is 'intuitive' consent important?



## NO SURPRISES

If users' **expectations** about what data will be collected and how it be used by Google match the **reality** of what Google actually does, users will not be (negatively) underlined when they encounter outcomes of data usage (e.g. ad personalization)



## INCREASED TRUST

We know trust is hard to build and easily lost. Expectations are a key aspect of trust - if we behave (reality) as users expect - trust will be build. If we are perceived to behave different from what users expect, trust can be lost.



## GOOD FOR BUSINESS

If users trust Google with their data, they are more inclined to opt-in to requests for data collection and usage. This ultimately leads to a more positive business result.

google_logo

Confidential and Proprietary    9

GOOG-RDGZ-00090070

CONFIDENTIAL

GOOG-RDGZ-00090071

# Narnia 3 - Product strategy



We need two tracks because a sustainable, long-term solution will take significant time to develop:

- Some current data practices and settings were not designed for the level of prominent explanation / consent regulators expect
- Current settings are complex, inconsistent across properties, interdependent, and in some cases overlapping

### Track 1

Demonstrate progress to regulators by updating consent experience for existing settings - both Auth and UnAuth

### Track 2

Develop sustainable, long-term equal value exchange solution (likely on a per-product basis)

Aka N3 Northstar

google_logo

Confidential and Proprietary    4

CONFIDENTIAL

## Narnia 3 - Key product decisions



As part of this, the team is looking towards making several <u>key product decisions</u>*

1.  **When?** Where and when do we ask for consent? During account creation? Later during account usage? Both? During first-use?
2.  **How?** What framing makes the most sense to users? What design pattern maximizes both engagement and comprehension?
3.  **X-Google?** Do we ask X-Google or ask for each product separately?
4.  **Ads only?** Do we ask for Ads Only or Ads + Product at same time?

* Applies to both Auth and UnAuth (also in <u>product options framework</u>)

GOOG-RDGZ-0090072

CONFIDENTIAL

# Background

Historically we have presented x-product personalization in account creation using an opt-out model. For compliance purposes, this will switch to an explicit, affirmative choice model.

This deck documents discussions and experiments driven by the cross-functional ads & pdpo team.



**p13n opt-in**



google_logo

Confidential and Proprietary

GOOG-RDGZ-00090073

CONFIDENTIAL

## Narnia 3 - Key teams



As N3 is a X-Google program, there are multiple product & non-product teams involved. Each has several key stakeholders

Here are a few of the key teams we as UXR have to partner with:



7.    ...

google_logo

GOOG-RDGZ-00090074



CONFIDENTIAL

## N3 UXR strategy - Summary



GOOG-RDGZ-00090075

CONFIDENTIAL

GOOG-RDGZ-00090076



# Product design life-cycle

CONFIDENTIAL

GOOG-RDGZ-00090077

# UXR in the product design lifecycle

| BUILD THE RIGHT THINGS | | BUILD THINGS RIGHT | |
| Strategic | | Tactical | |
| **DISCOVER** | **DEFINE** | **DEVELOP** | **DELIVER** |
| Help the team **understand**, rather than simply assume, what the **problem** is, who the **target audience** is, what they **need** as well as help uncover **opportunities**. | Insight gathered from the discovery phase help to **define** and **prioritize** the **challenge** and the area to **focus** on in a different, more specific, way | Research informs **definition** of a wide range of **potential solutions** to the clearly defined problem, seeking **inspiration** from elsewhere and co-designing with a range of different people | Research help make **critical** and **detailed product decisions** before launch, understand current use and provide suggestions for future iterations |

CONFIDENTIAL

## N3 Research channels (simplified)



GOOG-RDGZ-00090078

CONFIDENTIAL

# N3 Research areas

## ENGAGEMENT

Focuses on understanding **how** people behave when they engage with a e.g. consent pattern.

Some of the research questions we aim to answer for this area are:

- What choices do they make?
- How long do they need to complete a page or flow?
- Do they look for more information?

## SENTIMENT

Focuses on understanding how the product experience influences a person's sentiment

Some of the research questions we aim to answer for this area are:

- How do people feel about Google? Do they feel in control? Do they trust Google?
- What effect does the product experience e.g. consent have on people's feelings towards Google?

## 1 COMPREHENSION

focuses on understanding if people comprehend the product experience they're presented with and the effect of the actions they take

Some of the research questions we aim to answer for this area are:

- Do people understand the choice they're being asked to make?
- What are their expectations about the effect of their choice?

## USABILITY

Focuses on understanding if people can interact efficiently and effectively with the product experience e.g. consent.

Some of the research questions we aim to answer for this area are:

- Can people discover the entry-point for e.g. a consent?
- Can people easily complete a flow?
- Do they perceive the experience to be easy to use?

## MOTIVATION

Focuses on understanding **WHY** people behave, believe or feel a certain way. This applies to all 4 main research areas

google_logo

Confidential and Proprietary

GOOG-RDGZ-00090079

CONFIDENTIAL

## Slide 12

2       ███████@google.com wondering if your idea about simplicity and brevity partly falls into comprehension - can people easily understand what is written - in usability - can people complete a task in a reasonable amount of time and do they perceive it to be easy

not sure how to weigh each of these parts though
Arne de Booij, 4/3/2020

1       +1 on comprehension. It would be my  understanding as well that brevity in writing (or simplicity) is one of the instruments we apply to improve comprehension. There are tons of other instruments.
Robert Brauer, 4/3/2020

GOOG-RDGZ-00090080

CONFIDENTIAL



GOOG-RDGZ-00090081

CONFIDENTIAL

## Auth - primary workstreams



GOOG-RDGZ-00090082

CONFIDENTIAL

GOOG-RDGZ-00090083

## UnAuth - primary workstreams

| Workstream | April - May | June | July | Q3-Q4 |
|---|---|---|---|---|

CONFIDENTIAL

GOOG-RDGZ-00090084

# X-N3 - primary workstreams



| Workstream | April - May | June | July | Q3-Q4 |
|---|---|---|---|---|

CONFIDENTIAL

# Staffing & UXR partnerships

## PDPO UXR

- Arne de Booij – N3 UXR strat, Auth, UnAuth
- Steve Hamilton – N3 Comprehension
- Diogo Marques – N3 Auth optimizations
- Manya Sleeper – N3 UnAuth (until eo Q3)
- ~~Hanna Schneider (TVC – until June 10)~~

## Ads UXR

Deep collaborating on Treader, Pinecone, consent prioritization

- Ben Zhang – Quant UXR
- Sonam Samat – Qual UXR

## UXR partnerships

Communication & collaboration where needed

- YouTube
  - Josh Lewandowski – UXR manager
- Search
  - David Akers
  - Brenda Chen
  - Paree Zoralia
  - Joe Paxton
- Footprints
  - Nava Zokaei

Confidential and Proprietary

GOOG-RDGZ-00090085

CONFIDENTIAL

## Stats - Aug 19

**Pinecone research for N3**

**Treader research for N3**



GOOG-RDGZ-00090086

CONFIDENTIAL

GOOG-RDGZ-00090087

# N3 reports

**Pinecone research for N3**



Confidential and Proprietary

CONFIDENTIAL

GOOG-RDGZ-00090088

## In progress

—

## Processes



CONFIDENTIAL



GOOG-RDGZ-00090089

CONFIDENTIAL

# N3 UXR Roadmap

- Work is tracked and estimated centrally through Buganizer (pulled into sheet)
- Single source of truth provides visibility to partners, reduce overhead
- Also used for estimation and prioritization discussions



google_logo

GOOG-RDGZ-00090090

CONFIDENTIAL

# Prioritization

## Responsible

- N3 UXR lead: adebooij@
- N3 PM lead: suneeti@

## Accountable

- N3 PM manager: gregfair@

## Consulted

- PM owner(s) for request
- UXR & UX contact for requesting team
- PDPO lead: miraglia@ (for prioritization between different areas)

## Involved

- N3 product stakeholders
- PDPO UX stakeholders

## Prioritization factors

To determine priority, we will evaluate a request by two main factors

1. **Business impact (Small / Medium / Large)**
   - Is the research request directly related to a high pri OKR for the requesting team?
   - Is there a key regulatory decision that needs to be made?
2. **User Impact (Small / Medium / Large)**
   - Is there a set of clear action items based on the findings from the user research?
   - What is the expected size of the impact?
   - Does the team have time to react to the outcome before launch?
   - Where in the product cycle is the research going to impact?
   - Is the outcome impacting strategic decisions or tactical decisions?

CONFIDENTIAL

GOOG-RDGZ-00090092

Slide 23

3      **add working group x-pa**
Arne de Booij, 3/26/2020

4      **communicating priorities across**
Arne de Booij, 3/26/2020

1      █████████ @google.com added Eric here. For quant I had to get him involved and will need his input again how to balance resources across workstreams (N3, Staples, ...)
Micha Segeritz, 4/15/2020

CONFIDENTIAL

## Comms

- Website: go/n3-uxr
- Regular newsletter to n3 and n3-uxrs
- Weekly UXR meeting with N3 UXRs from partner teams incl. read-outs
- ...

GOOG-RDGZ-00090093

CONFIDENTIAL

GOOG-RDGZ-00090094

## Research channels

## Details



CONFIDENTIAL

GOOG-RDGZ-00090095

## Treader



google_logo

Confidential and Proprietary    20

CONFIDENTIAL

## Pinecone - Lab

### Goals

- Provide insights to help product teams create and iterate on concepts
- Increase Googler empathy for user sentiments & comprehension towards a concept
- Increase cross-team and cross-PA collaboration

### Approach

More details at go/pinecone-2020

google_logo

Confidential and Proprietary    27

GOOG-RDGZ-00090096

CONFIDENTIAL

GOOG-RDGZ-00090097

## Pinecone - Field

### Goals

- Provide insights to help product teams discover and define product opportunities
- Increase Googler empathy for user sentiments & comprehension around Google and their business model
- Increase cross-team and cross-PA collaboration

### Approach



More details at go/pinecone-2020 go/wollemi

CONFIDENTIAL

# Comprehension research

**Goals**

**Approach**

More details at go/n3comp_prop

GOOG-RDGZ-00090098

CONFIDENTIAL

# N3 Live experiment (auth & unauth)

**Goals**



**Approach**



More details at go/n3:experiments Unauth Experiments Auth Experiments N3 experiments policy doc go/n3-okrs-2020

google_logo                                                                           Confidential and Proprietary    31

GOOG-RDGZ-00090099

CONFIDENTIAL

# N3 Foundational research

### Purpose

- Understand people, their needs, their context
- Uncover opportunities, inform product direction

### Methods



### Projects



google_logo                                                    Confidential and Proprietary   21

GOOG-RDGZ-00090100

CONFIDENTIAL

GOOG-RDGZ-00090101

# N3 Design research

### Purpose

- Explore and iterate on design concepts
- Converge to an ideal solution
- Choose interaction model/navigation, information architecture, Reduce usability issues

### Methods



CONFIDENTIAL

GOOG-RDGZ-00090102

# N3 Evaluative research

### Purpose

- Test how the product performs live, against key metrics
- Help make critical and detailed product decisions before launch, understand current use and provide suggestions for future iterations

### Methods



CONFIDENTIAL

GOOG-RDGZ-00090103



CONFIDENTIAL

## UXR in the product design lifecycle

**BUILD THE RIGHT THINGS**
Inform product vision and strategy



**BUILD THINGS RIGHT**
Inform tactical product decisions

| DISCOVER | DEFINE | DEVELOP | DELIVER |
|---|---|---|---|
| Researchers can provide insights to understand our target users - their needs, desired value, context, behaviors, motivations and characteristics. | Researchers can facilitate exploring and deciding on product strategy and feature options, be the user's voice, provide opportunity areas, define journeys and metrics. | Researchers can evaluate concepts with users, evaluate options through qualitative and quant research, help decide on direction for a concept. | Researchers can help make critical and detailed product decisions before launch, understand current use and provide suggestions for future iterations |
| **Example**: UXR studied mental models around Google Accounts, incognito mode, and unauthenticated data collection | **Example**: Perform use case validation to determine priority for Google Account, define user centered metrics and CUJs | **Example:** Noticing mis-comprehensions of consent-related copy, UXR and UXW worked with translators to iterate copy during the test | **Example**: Qual & Quant UXR help decide implementation of two options evaluated during A/B experiment – providing behavior and 'why'. |

google_logo

Confidential and Proprietary    35

GOOG-RDGZ-00090104