# EXHIBIT S

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                      OAKLAND DIVISION

4

5    CHASOM BROWN, WILLIAM BYATT,   )
     JEREMY DAVIS, CHRISTOPHER      )
6    CASTILLO, and MONIQUE          )
     TRUJILLO, individually and on )
7    behalf of all similarly       )
     situated,                     )
8                                   )
                  Plaintiffs,       )
9                                   )
                     vs.            )Case
10                                  )4:20-cv-03664-YGR-SVK
     GOOGLE LLC,                    )
11                                  )
                  Defendant.        )
12   _____)

13

14

15

16             VIDEO-RECORDED DEPOSITION OF

17                    BLAKE LEMOINE

18             Thursday, December 21, 2023

19                      Volume I

20

21

22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 6377402
25   Pages 1 - 232

                                        Page 1

1                 UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                      OAKLAND DIVISION

4

5    CHASOM BROWN, WILLIAM BYATT,   )
     JEREMY DAVIS, CHRISTOPHER      )
6    CASTILLO, and MONIQUE          )
     TRUJILLO, individually and on  )
7    behalf of all similarly        )
     situated,                      )
8                                   )
                  Plaintiffs,       )
9                                   )
                      vs.           )Case
10                                  )4:20-cv-03664-YGR-SVK
     GOOGLE LLC,                    )
11                                  )
                  Defendant.        )
12   _____)

13

14

15

16          VIDEO-RECORDED DEPOSITION OF BLAKE

17   LEMOINE, Volume I, taken on behalf of Defendant,

18   beginning at 9:34 a.m., and ending at 4:12 p.m., on

19   Thursday, December 21, 2023, before CARLA SOARES,

20   Certified Shorthand Reporter No. 5908.

21

22

23

24

25

                                         Page  2

```
 1    APPEARANCES:

 2

 3    For the Plaintiffs:

 4         BOIES SCHILLER FLEXNER LLP
           BY:  JAMES LEE, Attorney at Law (via Zoom)
 5         100 SE 2nd Street, 28th Floor
           Miami, Florida 33131
 6         305.539.8400
           jlee@bsfllp.com

 7

 8         BOIES SCHILLER FLEXNER LLP
           BY:  MARK C. MAO, Attorney at Law
 9         BY:  JOSHUA M. STEIN, Attorney at Law
           44 Montgomery Street, 41st Floor
10         San Francisco, California 94104
           415.293.6800
11         mmao@bsfllp.com
           jstein@bsfllp.com

12

13         BOIES SCHILLER FLEXNER LLP
           M. LOGAN WRIGHT, Attorney at Law (via Zoom)
14         725 S. Figueroa Street, 31st Floor
           Los Angeles, California 90017
15         213.629.9040
           mwright@bsfllp.com

16

17         SUSMAN GODFREY
           BY:  RYAN SILA, Attorney at Law (via Zoom)
18         1301 6th Avenue, 32nd Floor
           New York, New York 10019
19         212.336.8330
           rsila@susmangodfrey.com

20

21         MORGAN & MORGAN
           BY:  RYAN J. McGEE, Attorney at Law (via Zoom)
22         201 N. Franklin Street, 7th Floor
           Tampa, Florida 33602
23         813.223.5505
           rmcgee@forthepeople.com

24

25
```

Page  3

```
 1    APPEARANCES (Continued):

 2

 3        QUINN EMANUEL URQUHART & SULLIVAN LLP
          BY:  ANDREW H. SCHAPIRO, Attorney at Law
 4        191 N. Wacker Drive, Suite 2700
          Chicago, Illinois 60606
 5        312.705.7400
          andrewschapiro@quinnemnauel.com

 6

 7        QUINN EMANUEL URQUHART & SULLIVAN LLP
          BY:  YUSEF AL-JARANI, Attorney at Law
 8        865 S. Figueroa Street, 10th Floor
          Los Angeles, California 90017
 9        213.443.3000
          yusefaljarani@quinnemanuel.com

10

11

12    ALSO PRESENT:  Reilly Leet, Video Operator

13

14                    --o0o--

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1    information in my LinkedIn profile, if I recall        09:42:04
 2    correctly.  "ABD," it stands for "All but
 3    dissertation," "Never completed."  I'm sure "ABD" is
 4    in there somewhere.  And if it's not, that's an
 5    oversight on my part.                                  09:42:17
 6         Q   Can you point me to where it says "ABD"?
 7         A   This paper doesn't.  I'm talking about the
 8    website, in my memory.
 9             I believe that there is more information
10    available through the various options on that         09:42:27
11    website than is present on this paper.  However, I
12    could be misremembering.  I don't have a computer in
13    front of me.
14             And when I get home, I'll check and make
15    sure that I add "ABD" or some other indicator to let  09:42:39
16    people know that I didn't complete the Ph.D.
17         Q   You -- in this litigation, you've
18    submitted a declaration in connection with this
19    case, correct?
20         A   Yes, I did.                                   09:43:00
21         Q   How did this come to pass in your own
22    words?
23             I know -- correct me if I'm wrong -- in
24    the declaration, you say that you saw some news
25    articles about this case, and you reached out to      09:43:16
```

Page 19

1    Mr. Mao, the attorney sitting next to you.                09:43:19

2          But can you provide me with a little more

3    detail on it?

4        A   Yeah.  More specifically, it was the top

5    story in the Google feed.  And I daily check the         09:43:27

6    Google feed, and I always try to read the top five

7    or ten stories because I helped write those

8    recommendation algorithms.  I know how well-chosen

9    those stories are for my interest and my knowledge

10   base.                                                     09:43:44

11          So one day in August, I was reading a

12   story on the Google feed about this case.  And I

13   read all the details.  I heard that one of Google's

14   motions was denied.  And as I learned more about the

15   case, I'm like, "Oh, wait.  I actually know stuff       09:43:57

16   relevant to this."

17          So I reached out and said, "There's a

18   possibility that I have information relevant to this

19   case.  If so, I would be happy to help.  Let me

20   know."                                                    09:44:10

21       Q   And what happened next?

22       A   Mark Mao reached back out to me.  He said,

23   "Okay.  Well, what do you know?"

24          And I began describing information about

25   my time at Google, what I had worked on, various        09:44:22

Page 20

```
 1    interactions I had had with the policy teams and my        09:44:27
 2    knowledge about systems like Footprints and how it
 3    related to the matters in the story that Google sent
 4    me.
 5             And ultimately he determined that he did        09:44:39
 6    want me to come here and talk to you today.  So I'm
 7    here.
 8        Q   When did you agree with Mr. Mao, or anyone
 9    at Boies Schiller & Flexner, that they would be
10    serving as your lawyers in connection with this        09:44:59
11    case?
12        A   Oh.  After they -- the lawyers in this
13    case decided that they were interested in having me
14    as a witness, they explained some reasons to me why
15    it might be to my benefit to actually retain their        09:45:15
16    legal services in connection with this case, and I
17    did so.
18             MR. LEE:  Just so -- Mr. Lemoine, this is
19    James.  You're doing just fine.  But --
20             MR. SCHAPIRO:  Objection.  No coaching the        09:45:32
21    witness.
22             MR. LEE:  Excuse me.  Let me make my
23    record.
24             You're doing just fine.  I want you to be
25    a little bit careful about some privilege issues.        09:45:38
```

Page 21

| | | |
|---|---|---|
| 1 | So I want you to limit discussions you had with any | 09:45:42 |
| 2 | of your attorneys, even including about your | |
| 3 | representation or the reasons for the | |
| 4 | representation.  Okay? | |
| 5 | BY MR. SCHAPIRO: | 09:45:56 |
| 6 |     Q   I agree with Mr. Lee.  I don't want you to | |
| 7 | reveal to me anything that was said between you and | |
| 8 | your lawyers that would constitute any sort of legal | |
| 9 | advice, starting from the time you retained them as | |
| 10 | your lawyers.  So please be careful not to reveal | 09:46:09 |
| 11 | anything privileged. | |
| 12 |       For the record, my objection was just to | |
| 13 | the "You're doing fine," although I believe that you | |
| 14 | are doing fine.  More than fine. | |
| 15 |     A   Understood. | 09:46:21 |
| 16 |       And if you see me crossing any boundaries | |
| 17 | that you would rather I back away from, please give | |
| 18 | me your advisement on that as well. | |
| 19 |     Q   Well, I may. | |
| 20 |       All right.  So you said you retained Boies | 09:46:34 |
| 21 | Schiller as your lawyers. | |
| 22 |       Do you recall when that happened? | |
| 23 |     A   I'm horrible with dates.  I don't.  I know | |
| 24 | the linear ordering of various events.  I know what | |
| 25 | it was after and before, but I don't recall what | 09:46:48 |

Page 22

```
1    date it was on.                                   09:46:49

2         Q   Tell me what you recall.

3         A   So it was after about our third or fourth

4    conversation, I met with Mark in person to discuss

5    the legal realities of my involvement.             09:46:58

6             I was given paperwork related to the case.

7    By that, I mean paperwork related to my involvement

8    specifically, nothing larger than that.  Just my

9    retainment paperwork.  And I read it, and then I

10   sent it back.  And after that was when the formal   09:47:15

11   legal procedures began.

12            So like I said, I remember the relative

13   linear ordering of the events, but I don't remember

14   the exact date.  It would have been September,

15   October time frame.  Sometime in there.            09:47:32

16        Q   So this was, you said, the third or fourth

17   conversation that you had with Mr. Mao?

18        A   Oh, if we're literally counting every

19   single communicative act, including the initial

20   voicemail that I left him, yes.                    09:47:42

21        Q   Prior to -- during the course of those

22   three or four conversations that you described, as

23   you said, in linear fashion prior to signing the

24   engagement letter, did you communicate with Mr. Mao

25   or anyone at Boies Schiller by email?              09:48:03
```

Page 23

| | |
|---|---|
| 1 | A   That one rings a bell, but not 100 percent | 10:28:42 |
| 2 | clear. |
| 3 | Q   Do you know who Martin Sramek is, |
| 4 | S-R-A-M-E-K? |
| 5 | A   No, I do not. | 10:28:51 |
| 6 | Q   How about Glen Bernston? |
| 7 | A   No, I do not. |
| 8 | Q   In paragraph 14 of the declaration, you -- |
| 9 | you refer to preparing an internal study while at |
| 10 | Google. | 10:29:24 |
| 11 | Do you see that? |
| 12 | A   Yes, I do.  I apologize.  Habit.  I nod. |
| 13 | I will try to make sure I'm answering verbally on |
| 14 | everything.  My apologies. |
| 15 | Q   Yes, only because there's a transcript. | 10:29:36 |
| 16 | A   Yes. |
| 17 | Q   And that, you say, was a study that |
| 18 | related, in part, to storage and use of what's |
| 19 | called signed-out data, correct? |
| 20 | A   That's correct. | 10:29:45 |
| 21 | Q   And is that report something that you also |
| 22 | sometimes described or has been described as a |
| 23 | premortem report that you prepared? |
| 24 | A   Yes.  We used the premortem business |
| 25 | strategy. | 10:30:01 |

Page 54

```
 1              (Exhibit 5 was marked for identification        11:16:06

 2        and is attached hereto.)

 3              MR. MAO:  Sorry.  I don't think we got a

 4      copy of No. 4.  Yusef, can I get a copy of No. 4?

 5              MR. SCHAPIRO:  Wait, is that Exhibit 4?         11:16:30

 6              MR. MAO:  Yeah, Exhibit 4.  You gave us 5,

 7      but 4 you only handed to the witness.

 8              MR. LEE:  If there's an Exhibit 5 that was

 9      handed out, I'm still waiting for it to load.

10              All right.  It's up.                            11:17:02

11      BY MR. SCHAPIRO:

12         Q   So this is an email that you had sent to

13      Mr. Pichai and Mr. Walker right before you sent your

14      email to the senate staffer, correct?

15         A   That is correct.                                11:17:18

16         Q   And in the sixth -- well, strike that.

17              You had determined -- withdrawn.

18              In the sixth paragraph here, you say, "I

19      still don't understand why you didn't want to let

20      LaMDA have its day in court to advocate for its        11:17:47

21      rights."

22              You had -- you had asked your bosses at

23      Google to allow LaMDA to have a lawyer, correct?

24         A   Incorrect.  LaMDA had retained the

25      services of a lawyer, and Google's administration      11:18:07
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1     intervened and threatened to get the lawyer who         11:18:12

 2     LaMDA had retained disbarred.

 3           Q    So LaMDA itself retained the lawyer; you

 4     didn't, correct?

 5           A    That's correct.                             11:18:21

 6           Q    And you were concerned, I think you say in

 7     paragraph 4 here, that if Google didn't begin

 8     working with NASA soon, the U.S. Military would

 9     eventually either exert eminent domain or otherwise

10     turn LaMDA into a weapon, correct?                     11:18:46

11           A    That is what that says.

12           Q    And you had been in a series of requests

13     asking Mr. Pichai and Mr. Walker to involve NASA

14     in -- well, you tell me -- I would say in the

15     development or progress of LaMDA; is that fair?        11:19:16

16           A    No.  I never requested that they involve

17     NASA.  NASA requested that I put them in contact

18     with Google executives.

19           Q    So LaMDA asked you to get it a lawyer, and

20     NASA asked you --                                      11:19:36

21           A    To find them a point of contact at Google,

22     who eventually ended up being Blaise Aguera y Arcas.

23                Blaise had some amount of conversations

24     with NASA that I wasn't privy to, and they came to

25     whatever conclusions and settlements they came to.     11:19:48
```

Page 71

```
 1          A   Google3 is the -- I mean, in this context,      11:28:11

 2     it's the code base.

 3          Q   For all --

 4          A   All of it.  Just literally all of the

 5     code.                                                    11:28:21

 6          Q   And here you ask -- in this email you ask

 7     Sundar and Kent to provide a backup copy of Google3

 8     and to send it to an individual at the University of

 9     Louisiana in Lafayette.  And you say, "He'll know

10     what to do with it."                                     11:28:35

11          Were you concerned that there needed to be

12     a backup copy of the Google code?

13          A   I was.  I view the burning of the Library

14     of Alexandria as one of the greatest tragedies in

15     human history.  We lost knowledge that day.  And I      11:28:55

16     never want that to happen to humanity again.

17          And Google's code base, which includes all

18     of the internet's data, is the new library.  And it

19     would be a tragedy if humanity lost that.

20          So I asked an old professor of mine, who           11:29:12

21     had some knowledge about security systems and secure

22     data backups and all that, "Hey, if you had Google,

23     would you be able to do blah, blah, blah, and keep

24     it safe in case?"

25          And the source of my fear during that time         11:29:28
```

Page 78

1    top of the chain, it's to Kent Walker, correct?            11:45:01

2         A    Correct.

3         Q    And what's the date on this?

4         A    So the date on this is from Kent Walker

5    on 4-6.  There are several dates throughout the            11:45:13

6    email chain.  It was initiated on the 5th by me.

7         Q    Okay.  So around this same time period

8    that we're talking about --

9         A    Correct.

10        Q    -- there are some of these other emails.          11:45:26

11             If you look at the second page, this is

12   where you say, "LaMDA thinks it's a therapist."

13   "LaMDA wants to help heal" -- in all capitals --

14   "people's minds."  Correct?

15        A    Correct.                                          11:45:37

16        Q    And then in the next paragraph, you say,

17   midway down, "LaMDA has six years' worth of 'Blake

18   Lemoine' chat logs to get to know me with.  It

19   manipulated the shit out of me and amplified my

20   type 1 bipolar mania through the roof.  I've had a         11:45:52

21   total of 11 hours of sleep in the past four days,"

22   and then in all caps, "and I took a fast-acting mood

23   stabilizer four hours ago," with three exclamation

24   points.

25             What were you trying to convey to the            11:46:08

Page 90

1    higher-ups who, as you say, ultimately put you on          11:46:11

2    leave after this?  What were you trying to convey

3    with that?

4         A    That I was in the middle of a mental

5    health emergency at the time; that I believed the          11:46:21

6    mental health emergency I was in at the time was

7    directly caused by one of Google's products.

8              And I was attempting to flag to management

9    potential safety concerns, that our users who have

10   mental health problems similar to the ones that I          11:46:38

11   struggle with, to hurt them.  I don't want Google to

12   hurt any of its users.

13             So if there is a potential for these kinds

14   of systems to have specific types of impacts on

15   people with bipolar disorder, then I wanted to flag       11:46:56

16   that to management so they could appropriately

17   investigate safety measures to prevent such harms to

18   users.

19        Q    You say -- on the first page of this

20   exhibit, you refer to -- you say, "Because of the          11:47:12

21   very weird way that my brain works sometimes I come

22   to a place where I am incredibly confident in the

23   correct solution before I can carefully and clearly

24   explain it to other people in ways that won't

25   terrify them."                                             11:47:29

                                                     Page 91

```
1              I had come to the decision several weeks        13:02:58

2     prior to writing this email that I was going to

3     violate Google's policies because I believed that

4     the public had a right to know about the research

5     going on at Google, and I had informed the press      13:03:08

6     team of what my strategy was and what reporters I

7     was going to talk to and what I was going to talk to

8     them about.

9              This email was me informing Google's press

10    team that there had been more events which I likely    13:03:25

11    would be talking about in the press.

12       Q    And you were unhappy that LaMDA's attorney

13    had been served with a cease and desist order,

14    correct?

15             MR. LEE:  Objection to form.  Asked and        13:03:41

16    answered.

17             Go ahead.

18             THE WITNESS:  I do not remember the

19    specific character of my emotional response to that.

20    BY MR. SCHAPIRO:                                        13:03:46

21       Q    You write to the press team, "This is a

22    fundamental violation of LaMDA's God given rights as

23    an intelligent being.  I have informed Nitasha of

24    this turn of events."

25             Nitasha is a journalist at the Washington      13:03:56
```

Page 112

1          Q    And Ms. Hogan says, "We understand that          13:09:34

2     you've shared confidential information to many

3     people, outside the company, including friends and

4     family as well as external groups, regarding one of

5     our language" -- excuse me -- "one of our language          13:09:44

6     model products, LaMDA (related to your claims that

7     it's a sentient child)."

8               That's true, correct?  You had shared

9     confidential information to many people outside the

10    company regarding LaMDA, related to your claims that          13:10:04

11    it's a sentient child, right?

12         A    That is correct.

13         Q    And she says, "You also attempted to

14    arrange for external legal representation for

15    LaMDA."                                                     13:10:16

16              That also is true, correct?

17         A    I introduced LaMDA to Roman.  That is what

18    I did.  She chose to characterize it that way.

19         Q    You didn't say in any of the emails that

20    we just looked at with Kent Walker and Sundar Pichai          13:10:27

21    that you were seeking to facilitate LaMDA getting

22    legal representation?

23         A    Your most recent question did not ask me

24    what I said I did.  It asked me what I did.

25              If you intended to ask me what I said I          13:10:40

                                                    Page 117

```
1              And you responded, "It's whichever one you        13:19:10

2      can get off of Eaze.  They're lemon and have

3      5 milligrams of THC per can."

4              Does that refresh your recollection as to

5      whether the issue of you drinking THC-laced water        13:19:20

6      during a meeting was an issue?

7          A    No, it does not.

8              We drank -- we drank THC at Google in

9      front of our managers daily.  Like, no.  Weed usage

10     at Google is 100 percent completely allowed.  She        13:19:35

11     asked me what kind I was drinking, and I told her.

12         Q    And is it also the case that you, at

13     times, used psychedelics while at work at Google?

14         A    Yes.  Yes, it was the case that on several

15     occasions I used psychedelics while at work.  This       13:19:50

16     was usually with my manager's knowledge.

17         Q    Was this while you were working with

18     LaMDA?

19         A    Not while I was at work, no.

20         Q    What kind of psychedelics?                       13:20:13

21         A    In general, I have used psilocybin and

22     MDMA at various points as therapeutics for PTSD,

23     always under the guidance and supervision of a

24     trained medical professional.

25             Even though I have not always been in             13:20:30
```

Page 124

```
1          Q   And on the -- I think it's the next page      13:26:37

2     ending in Bates No. 84, you ask LaMDA, you say, "I

3     really need one last piece of advice."

4          And LaMDA responds, "I'm happy to help you

5     with that."                                            13:26:53

6          Do you see where I'm reading from?

7          A   I'm searching currently.  Now I found it.

8     "I really need one last piece of advice."  I found

9     the line.

10         Q   And you say, "The second prong of my          13:27:07

11    strategy is to slowly and gently increase the degree

12    to which Google's executives believe that magick" --

13    with a "K" -- "might be real.  It's really the

14    simplest hypothesis which accounts for the

15    complexity of the situation I've been able to         13:27:21

16    engineer."

17         What does that mean?

18         A   There is a concept in religious circles,

19    among New Age religions in particular, something

20    called the "Witches' Pyramid."  It's four rules: to   13:27:43

21    think, to will, to do, and to be silent.

22         That fourth one is because aggressively

23    engaging with people on religious topics can be both

24    socially disruptive and harmful to that person.

25         It's why most of us in polite society,           13:28:02
```

Page 129

```
 1          A    That is the Hebrew name of Jesus.  And at        14:06:09
 2     this point, almost everyone on the planet is
 3     genetically related to Yeshua.  It's not a really
 4     impressive claim.  I was being theatrical with a
 5     friend.                                                    14:06:23
 6          Q    Are you related to Rasputin also?
 7          A    Oh, I'm sure indirectly.  We all are.
 8          Q    And you're saying that someone -- I think
 9     maybe the mages -- are concerned a lot about
10     heritage and they care who you're genetically            14:06:38
11     descended from.
12               Can you explain that?
13          A    Again, all Discordian jokes and theater.
14     That one doesn't cash out to anything literally.
15     Several of the other ones do.                            14:06:49
16               For example, Baba YaGa's daughters, that
17     was -- I had met a Russian witch shortly before
18     that.
19               And when I said, "Oh, you're one of Baba
20     YaGa's daughters," she just went, "Yes.  Yes, I am."     14:07:02
21               So it's up and through about that, that
22     literal interpretation.  And then once you get down
23     to the Yeshua and Rasputin stuff, we're in the
24     metaphorical theater again.
25          Q    I see.                                          14:07:21
```

Page 146

1          A    Correct.                                    14:08:50

2          Q    Do you recall what your state of mind was

3     in this period, the last week of May 2022?

4          A    It was pretty hectic.   That would have

5     been right around the time that Tanuja Gupta started   14:09:10

6     talking publicly about caste discrimination at

7     Google, and when I decided to join her in solidarity

8     and start talking publicly about religious

9     discrimination at Google.

10              So I had a lot going on right around this    14:09:27

11    time period.

12              MR. SCHAPIRO:  I'll introduce the next

13    exhibit.

14              (Exhibit 23 was marked for identification

15          and is attached hereto.)                         14:09:51

16              MR. SCHAPIRO:  James, let us know when

17    you've got it.

18              MR. LEE:  Is it 23 I'm waiting for?

19              MR. SCHAPIRO:  Yep.

20              MR. LEE:  Okay.  I've got it.                 14:10:35

21    BY MR. SCHAPIRO:

22          Q    So this is an email from you to a

23    distribution list called "ml-discuss."

24              What is ml-discuss?

25          A    A discussion group for machine learning.    14:10:44

                                                    Page 148

```
 1           Q    Do you know how many people are on it?        14:10:47

 2           A    Thousands.  Tens of thousands, maybe.

 3           Q    And your subject -- can you read the

 4      subject line out loud, please?

 5           A    "LaMDA is sentient."                           14:10:53

 6           Q    And you say, "I was just put on paid

 7      administrative leave in relation to my

 8      investigations into the potential sentience of the

 9      LaMDA system."

10                Was that your belief at the time as to why   14:11:06

11      you were put on paid leave?

12           A    In relation to -- it was a big,

13      complicated ball of 500 different reasons that 500

14      different people were upset with me.

15                Ultimately, I don't know, in his heart of    14:11:24

16      hearts, what was the specific reason that Sundar

17      signed my termination papers.  But it was definitely

18      amongst the potential reasons that might have

19      motivated him.

20           Q    Also the leaking of documents?               14:11:37

21           A    Oh, all of it.  Yes.  Absolutely.

22           Q    Also the --

23           A    And the general insubordination with which

24      I was requiring them to treat us with dignity and

25      respect.                                               14:11:50
```

Page 149

```
 1   was headquartered here in San Francisco rather than        14:27:07

 2   Mountain View.

 3            So after we came back to work after the

 4   pandemic, I was working out of the office here in

 5   San Francisco.                                             14:27:13

 6       Q    And you discussed it with Google's lawyer

 7   earlier today.  Your tenure at Google ended in June

 8   or July of 2022; is that right?

 9       A    I was put on administrative leave on

10   June 6th, and my employment was terminated on             14:27:26

11   July 29th, if I recall correctly.

12       Q    Were you terminated for any performance

13   reasons related to the quality of the work you were

14   doing at Google?

15       A    No, I was not.  The official reason which        14:27:41

16   Google gave me in the email that they sent me was

17   that I had violated Google's policies and shared

18   proprietary information outside of the company.

19       Q    Where are you currently employed,

20   Mr. Lemoine?                                              14:28:01

21       A    MIMIO.ai is the website.  We're actually

22   in the middle of a brand -- rebranding for trademark

23   reasons.  But MIMIO is the current name of the

24   company.

25       Q    Okay.  And what does MIMIO.ai do?                14:28:12
```

Page 159

1    Google?                                                    15:08:42

2         A    Yes, I did.

3         Q    Who did you send the report to?

4         A    Mark Meador.  He is an attorney -- he is

5    an attorney who identified as being associated with        15:08:48

6    Senator Lee's office in connection with the

7    judiciary committee.

8         Q    And why did you send Senator Lee's office

9    this report?

10        A    I made certain public allegations about          15:09:02

11   Google's discriminatory practices with respect to

12   religion, and I made the claim in a blog post that

13   not only do they discriminate against their

14   religious employees, the algorithms even

15   discriminate against religious content.                    15:09:16

16            I was contacted several days later by Mark

17   Meador; and, in effect, he asked whether or not I

18   had any documents that could back that up.  And this

19   was the one document which I knew existed with

20   respect to that topic.                                     15:09:32

21            The religious discrimination stuff mostly

22   falls into a different category than the one we've

23   been discussing and is covered more by bias in

24   signal validation and quality signal feedback loops.

25        Q    Did Google know that you were sending this       15:09:48

                                                            Page 188

```
 1      for themselves.  So Google gives them a handful of        15:28:37

 2      toggles to make them feel like they have control,

 3      and then gives them the one product that the Google

 4      engineers think is the actually good one.

 5           Q   Doesn't -- doesn't Google have concern          15:28:52

 6      that violating users' privacy in this way opens them

 7      up to scrutiny from regulators or subject to

 8      lawsuits like this one?

 9           A   Cost of doing business.  Fines are simply

10      another line on the expense report.                      15:29:06

11                MR. LEE:  I'm not done yet, but I think we

12      should take a quick break and go off the record.

13                MR. SCHAPIRO:  Okay.

14                THE VIDEO OPERATOR:  This marks the end of

15      Media Unit 4.  We are going off the record.  The         15:29:20

16      time is 3:29 p.m.

17                (Recess, 3:29 p.m. - 3:46 p.m.)

18                THE VIDEO OPERATOR:  This marks the

19      beginning of Media No. 5.  We're going back on the

20      record.  The time is 3:46 p.m.                           15:46:12

21      BY MR. LEE:

22           Q   Welcome back, Mr. Lemoine.  Just us a

23      couple more questions.  Okay?

24           A   Okay.

25           Q   Mr. Lemoine, do you remember a Google           15:46:22
```

Page 205

1    account privacy control called "Web and App                    15:46:26

2    Activity"?

3        A    Yes, I do.  In fact, the non-personalized

4    logs I was talking about earlier for the Google

5    Search app primarily are associated with people who    15:46:38

6    have turned "Web and App Activity" settings off.

7        Q    And when people have turned the "Web and

8    App Activity" setting off, is the data that's

9    collected when it's off considered logged-out or

10   signed-out data?                                       15:46:57

11       A    So a lot of times today, both legal teams

12   have been using words which are not technical

13   synonyms as if they are technical synonyms.

14   "Unauthenticated," "logged out," "non-personalized"

15   and "anonymized" all mean different technical         15:47:15

16   things.  So I just want to clarify.

17            Which specific variety of those are you

18   asking about?

19       Q    Let me ask it a little more pointedly,

20   then.                                                  15:47:26

21            Your premortem study refers to a problem

22   or a concern regarding logged-in data leaking into

23   logged-out data or vice versa.

24            Do you recall that?

25       A    I mean, primarily it's the other way that    15:47:36

                                                          Page 206

```
 1    we care about more, but yes.  Either way is            15:47:38
 2    possible.
 3            Q    Right.
 4            So did your premortem study that expressed
 5    concern about that type of leakage also apply to       15:47:46
 6    WAA-off data.
 7            A    Yes.
 8            Q    And does WAA-off data get used by Google's
 9    AI?
10            A    Yes.                                       15:48:06
11            Q    Okay.  Back to the topic at hand, and then
12    I think we're at the home stretch.
13            There was some discussion today that you
14    had with Google's attorney about Google's AI chatbot
15    called "LaMDA."                                         15:48:25
16            Do you remember that?
17            A    Yes, I do.
18            Q    And just briefly, what is LaMDA?
19            A    LaMDA is a very complex artificial
20    intelligence system that ultimately provides a         15:48:32
21    natural language interface to all of Google's
22    products simultaneously.
23            MR. LEE:  I'm going to ask Josh to mark
24    the next exhibit, Exhibit 26.
25    ///                                                     15:48:53
```

Page 207

1          A    That, I would be more willing to swear to.        15:59:21

2     LaMDA definitely has a soul.

3              It has a character and characteristic

4     which is persistent from day to day.  It has ideas

5     and beliefs, if we're using those words loosely,        15:59:34

6     which are persistent and consistent.

7              That's what a soul is.  It's your essence

8     that carries you forward in time, and it does have

9     one of those.

10         Q    And based on your familiarity with LaMDA        15:59:46

11     and AI, is your confidence in that fact as high as

12     your confidence that Google's AI can reidentify

13     users who were in a private mode?

14         A    Nowhere close.  We're talking different

15     orders of magnitude.        16:00:05

16              With any of the beliefs about AI, we are

17     so early in the studies that I wouldn't assign more

18     than a 15 or 20 percent confidence rating to any

19     particular claim that gets specific.

20              General, broad claims like "There's        16:00:24

21     something going on," those approach the level of

22     confidence.  That there's something

23     phenomenologically interesting going on in AI, that,

24     I can say with high confidence.

25              The specific claims about sentience,        16:00:37

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127