# EXHIBIT T

**Pages 1 - 72**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg

```
ANIBAL RODRIGUEZ, et al.,      )
                               )
          Plaintiffs,          )
                               )
  VS.                          )   NO. 3:20-cv-04688 RS
                               )
GOOGLE, LLC,                   )
                               )
          Defendant.           )
_____)
```

San Francisco, California
Thursday, July 25, 2024


**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
　　　　　　　BOIES, SCHILLER & FLEXNER, LLP
　　　　　　　333 Main Sreet
　　　　　　　Armonk, NY 10504
　　**BY: DAVID BOIES**
　　　　**ALEX BOIES**
　　　　**ATTORNEYS AT LAW**

　　　　　　　BOIES, SCHILLER, FLEXNER, LLP
　　　　　　　44 Montgomery Street, 41st Floor
　　　　　　　San Francisco, CA 94104
　　**BY: BEKO OSIRIS REBLITZ-RICHARDSON**
　　　　**MARK C. MAO**
　　　　**ATTORNEYS AT LAW**

(Appearances continued on next page)

REPORTED BY: Rhonda L. Aquilina, RMR, CRR, CRC
　　　　　　　CSR No. 9956, Official United States Reporter

**APPEARANCES cont'd.**

For Plaintiffs:

        BOIES, SCHILLER, FLEXNER
        100 SE 2nd Street, Ste. 2800
        Miami, FL 33131
**BY: JAMES W. LEE**
**ATTORNEY AT LAW**

        BOIES, SCHILLER, FLEXNER, LLP
        2029 Century Park East, Ste. 1520
        Los Angeles, CA 90067
**BY: M. LOGAN WRIGHT**
**ATTORNEY AT LAW**

        SUSMAN, GODFREY, LLP
        One Manhatan West
        395 9th Avenue, Ste. 50th Floor
        New York, NY 10001
**BY: ALEXANDER PATRICK FRAWLEY**
**RYAN SILA**
**ATTORNEYS AT LAW**

        MORGAN AND MORGAN, P.A.
        201 N. Franklin Street, 7th Floor
        Tampa, FL 33602
**BY: JOHN A. YANCHUNIS**
**RYAN MCGEE**
**ATTORNEYS AT LAW**

For Defendant:

        WILLKIE, FARR & GALLAGHER, LLP
        333 Bush Street
        San Francisco, CA 94104
**BY: EDUARDO E. SANTACANA**
**BENEDICT Y. HUR**
**ARGEMIRA FLOREZ**
**SIMONA A. AGNOLUCCI**
**ATTORNEYS AT LAW**

1     logs associated with the transmission of
2     app-interaction/measurement data to Google via Google
3     Analytics for Firebase when a user has turned WAA off."
4     So we're talking about when they've turned WAA off.  It
5  then says:
6          "Google states, however, that it is not practical or
7     relevant to account for every single potential data source
8     (including logs) that may contain such data because there
9     are various downstream users of the pseudonymous data."
10     Okay.  Various downstream uses, so many that they can't
11  even count them.  They can't even tell us in an interrogatory.
12     The Hochman report, our expert report, at paragraph 273 is
13  the one I've got here, where it says:
14          "Google's collection of WAA/sWAA-off data also
15     enables Google to serve targeted advertisements."
16     We took a deposition of a former Google software engineer,
17  Blake Lemoine, and he testified about how they used WAA-off
18  data for their AI.
19     The Hochman report, paragraphs 102 and 305, also have
20  additional detail.
21     But interrogatory number 15, if I can go to my chart 28,
22  we said interrogatory 15:
23          "Please describe how Google currently uses and
24     previously during the class period has used WAA-off data."
25     So -- and you'll see the response is here, and they say at