COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL EXHIBITS B, C, H, I, J, P, Q, & R TO THE OMNIBUS DECLARATION OF EDUARDO SANTACANA**<br><br>Judge:         Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Action Filed: July 14, 2020<br>Trial Date:    August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION TO
SEAL EXHIBITS TO THE OMNIBUS
SANTACANA DECL.; 3:20-CV-04688-RS

# [PROPOSED] ORDER

Before the Court is Google LLC's Statement in Support of Motion to Seal Portions of the Omnibus Declaration of Eduardo E. Santacana in support of Google's Motions in Limine Nos. 1-12 ("MILs") and documents filed in connection with that motion.

| Exhibit | Bates No./Pages with Designations | Description |
|---|---|---|
| Exhibit B | GOOG-RDGZ-00014927, GOOG-RDGZ-00014928 | Employee PII |
| Exhibit C | GOOG-RDGZ-00014578, GOOG-RDGZ-00014579 | Employee PII |
| Exhibit H | Entire document | Internal metrics |
| Exhibit I | Entire document | Internal metrics; financial data |
| Exhibit J | GOOG-RDGZ-00150939, GOOG-RDGZ-00150940, GOOG-RDGZ-00150941 | Employee PII |
| Exhibit P | GOOG-RDGZ-00018356, GOOG-RDGZ-00018358, GOOG-RDGZ-00018360, GOOG-RDGZ-00018371, GOOG-RDGZ-00018387, GOOG-RDGZ-00018389, GOOG-RDGZ-00018391, GOOG-RDGZ-00018397, GOOG-RDGZ-00018400, GOOG-RDGZ-00018401, | Competitively sensitive internal data; Employee PII |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING MOTION TO
SEAL EXHIBITS TO THE OMNIBUS
SANTACANA DECL.; 3:20-CV-04688-RS

| | | | |
|---|---|---|---|
| | | GOOG-RDGZ-00018402, | |
| | | GOOG-RDGZ-00018403, | |
| | | GOOG-RDGZ-00018404, | |
| | | GOOG-RDGZ-00018405, | |
| | | GOOG-RDGZ-00018406, | |
| | | GOOG-RDGZ-00018407, | |
| | | GOOG-RDGZ-00018408 | |
| | Exhibit Q | GOOG-RDGZ-00090067, | Competitively sensitive internal data; |
| | | GOOG-RDGZ-00090068, | Employee PII |
| | | GOOG-RDGZ-00090074, | |
| | | GOOG-RDGZ-00090075, | |
| | | GOOG-RDGZ-00090078, | |
| | | GOOG-RDGZ-00090080, | |
| | | GOOG-RDGZ-00090081, | |
| | | GOOG-RDGZ-00090082, | |
| | | GOOG-RDGZ-00090083, | |
| | | GOOG-RDGZ-00090084, | |
| | | GOOG-RDGZ-00090086, | |
| | | GOOG-RDGZ-00090087, | |
| | | GOOG-RDGZ-00090090, | |
| | | GOOG-RDGZ-00090092, | |
| | | GOOG-RDGZ-00090095, | |
| | | GOOG-RDGZ-00090096, | |
| | | GOOG-RDGZ-00090097, | |
| | | GOOG-RDGZ-00090098, | |
| | | GOOG-RDGZ-00090099, | |
| | | GOOG-RDGZ-00090100, | |

| | | |
|---|---|---|
| | GOOG-RDGZ-00090101,<br>GOOG-RDGZ-00090102 | |
| Exhibit R | Pg. 100 | Internal project name Ec*** |

Having considered Google's Statement in Support of Motion to Seal Portions of Motions in Limine and the Declaration of Eduardo E. Santacana, it is hereby ORDERED that the motion is GRANTED and that compelling reasons justify the sealing of the following documents:

1. Highlighted portions of Exhibits B, C, J, P, Q, and R to the Omnibus Declaration of Eduardo E. Santacana ("Omnibus Santacana Declaration").
2. The entirety of Exhibits H and I to the Omnibus Santacana Declaration.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Richard Seeborg
United States District Judge