# EXHIBIT A

## Plaintiffs' Draft Exhibit List

| Prefix | Ex. No. | Begin Bates | Description | Sponsoring Witness(es)[1] |
|--------|---------|-------------|-------------|---------------------------|
| PX | 1 | GOOG-RDGZ-00130381 | Email from D. Sharma to C. Ruemmler on December 18, 2019 Re: Change WAA Master PRD go/change-waa-master-prd | Ruemmler, Schneier |
| PX | 2 | GOOG-RDGZ-00151992 | Presentation titled Retention Control Comprehension, dated April 27, 2020 | Monsees, Schneier, Miraglia |
| PX | 3 | GOOG-RDGZ-00024709 | Email from C. Ruemmler to D. Monsees, L. Liu, and N. Linkow on July 25, 2019 Re: Wording changes for WAA bit | Hochman, Monsees, Ruemmler, Schneier |
| PX | 4 | GOOG-RDGZ-00149701 | Email from J. Mueller to J. McPhie, C. Fair, et al. on June 10, 2016 Re: Effect of flipping SWAA | Hochman, Miraglia, Schneier |

---

[1] Plaintiffs have endeavored in good faith to identify in this column the witnesses with whom Plaintiffs expect they may use the exhibit. However, Plaintiffs reserve the right to use exhibits with any other witness or indeed with no witness at all. It is Plaintiffs' position that an admissible exhibit may be put in front of any witness or admitted into the record, and that Plaintiffs are not required to call a Google witness that is on (or a custodian of) the document to testify for the exhibit to be admitted into evidence and/or presented at trial. Again, while we have identified some Google witnesses on this list, it is Plaintiffs' position that we do not have to pre-identify exhibits or the witnesses we intend to put them in front of if they are used in cross-examination, with an adverse witness called on direct, and/or with a witness called for impeachment or in rebuttal. Plaintiffs have included on the witness list a Google Document Custodian. Plaintiffs also reserve the right to ask a Google Document Custodian about any document produced by Google with an assigned bates number.

| PX | 5 | GOOG-RDGZ-00044356 | Email from H. Wong to C. Collada, C. Jordan, et al. on August 27, 2020 Re: Ondevice history cleanup | Kearns, Monsees, Schneier |
|----|---|---|---|---|
| PX | 6 | GOOG-RDGZ-00188868 | Document titled Privacy Native Conversations, October 19, 2020 | Heft-Luthy, Monsees, Schneier |
| PX | 7 | GOOG-RDGZ-00130322 | Email from D. Sharma to C. Ruemmler on August 20, 2019 Re: Change WAA-off Lo... + | Ruemmler, Schneier |
| PX | 8 | GOOG-RDGZ-00130745 | Email from S. Shih to G. Shih, N. Shi, et al. on August 7, 2020 Re: Questions to decouple SAA and A4W launches from Reminders Dahser launch | Ruemmler, Schneier |
| PX | 9 | GOOG-RDGZ-00043294.R | Document titled N3 Research request - Express Echidna, dated June 8, 2020 | Monsees, Schneier |
| PX | 10 | GOOG-RDGZ-00039086 | Email from E. Beres to J.K. Kearns, F. Worsley, et al. on November 13, 2018 Re: WAA check for user models | Kearns, Monsees, Schneier |
| PX | 11 | GOOG-RDGZ-00033245 | Email  from D. Stone to S. Ganem on September 18, 2020 Re: Firebase IID to A... -  Hi Steve, These... | Hochman, Schneier |
| PX | 12 | GOOG-RDGZ-00089546 | Email from X. Ruemmler to D. Monsees on July 8, 2020 Re: Core Services Web...these are my... | Hochman, Monsees, Ruemmler, Schneier |

| PX | 13 | GOOG-RDGZ-00044478.R | Email from D. Monsees to S. Deguglielmo, D. Gatwood, C. Collada, et al. on September 8, 2020  Re: Disable Device History For Signed In WAA Off Users | Monsees, Hochman, Kearns, Schneier |
|----|----|----------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------|
| PX | 14 | GOOG-RDGZ-00020692 | Presentation titled Pinecone Study 3 - UDC, dated April 25, 2017 | Hochman, Monsees, Schneier |
| PX | 15 | GOOG-RDGZ-00021160 | Presentation titled Data Retention Usability Study Findings, dated March 13, 2019 | Hochman, Monsees, Schneier |
| PX | 16 | GOOG-RDGZ-00087964 | Email from B. Chen to D. Monsees on April 3, 2019 Re: WAA Retention \| Word design doc - UXW | Monsees, Schneier |
| PX | 17 | GOOG-RDGZ-00129441 | Presentation titled Google Account Privacy Narrative, dated February 2021 | Heft-Luthy, Schneier |
| PX | 18 | GOOG-RDGZ-00203679 | Document titled PrivacyNative \| scratch pad, dated August 20, 2020 | Heft-Luthy, Hochman, Schneier |
| PX | 19 | GOOG-RDGZ-00090236 | Presentation titled Retention Cards Launch in Personalized Privacy Checkup, dated October 28, 2020 | Hochman, Monsees, Schneier |
| PX | 20 | GOOG-RDGZ-00144760 | Presentation titled UDC Research, dated December 7, 2017 | Hochman, Monsees, Schneier |
| PX | 21 | GOOG-RDGZ-00046896 | Presentation titled Web and App Activity, dated January 27, 2021 | Monsees, Schneier |
| PX | 22 | GOOG-RDGZ-00026517 | Presentation titled N3 UXW - 2021 Overview and Approach, dated November 12, 2020 | Monsees, Schneier |

| PX | 23 | GOOG-RDGZ-00068127 | Presentation titled Data Retention Usability Study Findings, dated March 13, 2019 | Monsees, Schneier, |
|----|----|----|----|----|
| PX | 24 | GOOG-RDGZ-00118124 | Document titled Personalization Data Sources Policy, dated July 10, 2020 | Hochman, Monsees, Schneier |
| PX | 25 | GOOG-RDGZ-00129096 | Email from A. de Booij to J. McPhie on October 22, 2020 Re: Program Review: Privacy Surfaces | Heft-Luthy, Hochman, Schneier |
| PX | 26 | GOOG-RDGZ-00016378 | January 22, 2019 Version of the webpage "Google Privacy Policy" | Schneier, Ruemmler, Monsees, Plaintiffs |
| PX | 27 | GOOG-RDGZ-00000231 | May 7, 2019 Version of Google webpage "See & control your Web & App Activity" | Schneier, Ruemmler, Monsees, Plaintiffs |
| PX | 28 | | Excerpts of Google CEO Sundar Pichai's testimony before House Judiciary Committee, dated December 12, 2018 | Schneier, Hochman, Heft-Luthy, Monsees, Pichai, |
| PX | 29 | GOOG-RDGZ-00018689 | Document titled Pincone 15 - Hamburg Debrief Notes, dated September 14, 2018 | Monsees, Heft-Luthy, Schneier |
| PX | 30 | GOOG-RDGZ-00145451 | Document titled Maps/local personal features, privacy settings, messaging, and logging, dated February 2015 | Monsees, Schneier |

| PX | 31 | GOOG-RDGZ-00150939 | Email from G. Hogben to D. Kleidmermacher, S. Adhya, et al. on November 29, 2018 Re: incognito | Schneier |
|----|----|----|----|----|
| PX | 32 | GOOG-RDGZ-00025811 | Document titled Internal Document titled "H3 mini-briefs - Dyna/Trust - Drafts, dated March 17, 2020 | Monsees, Schneier |
| PX | 33 | GOOG-RDGZ-00151565 | Email from C. Ruemmler to E. Miraglia, D. Monsees and M. Grabovac on July 18, 2020 Re: My Activity Support/Viability | Ruemmler, Monsees, Schneier |
| PX | 34 | GOOG-RDGZ-00171164 | Email from T. Lueth to R. Behl on February 8, 2019 Re: [For XFN review] … | Schneier, Monsees |
| PX | 35 | GOOG-RDGZ-00203674 | Document titled Outline for Sarah's Feb 13, 2020 Privacy UX Kickoff Talk, dated February 8, 2020 | Schneier, |
| PX | 36 | GOOG-RDGZ-00015394 | September 18, 2017 Spreadsheet titled Pines | Monsees, Schneier |
| PX | 37 | GOOG-RDGZ-00018270 | Document from Monsees' files, dated March 14, 2018 | Monsees, Schneier |
| PX | 38 | GOOG-RDGZ-00129042 | Chat Transcript between K. Allebu, A. de Booij, R. Brauer and J. Woll on October 8, 2020 Re: AAAAM3Erg4s-6O-0O-GR1xc | Schneier |
| PX | 39 | GOOG-RDGZ-00203545 | Email from E. Bellamy to A. de Booij on August 13, 2020 Re: PrivacyNative Perspective (go/privacynative-persepctive) | Hochman, Heft-Luthy, Schneier |

| PX | 40 | GOOG-RDGZ-00203639 | Google Docs Notification to S. Heft-Luthy on October 12, 2020 Re: [Confidential] PrivacyNative Perspective (go/privacynativ... | Heft-Luthy, Schneier |
|---|---|---|---|---|
| PX | 41 | GOOG-RDGZ-00130416 | Document titled Cloud Trust Weekly Snippets, dated February 22, 2019 | Ruemmler, Schneier |
| PX | 42 | GOOG-RDGZ-00173562 | Email from S. Heft-Luthy to PrivacySurfaces-Team and J. McPhie on October 14, 2020 Re: Fwd: Program Review: Privacy Surfaces | Heft-Luthy; Schneier |
| PX | 43 | INTENTIONALLY LEFT BLANK | | |
| PX | 44 | INTENTIONALLY LEFT BLANK | | |
| PX | 45 | INTENTIONALLY LEFT BLANK | | |
| PX | 46 | INTENTIONALLY LEFT BLANK | | |
| PX | 47 | INTENTIONALLY LEFT BLANK | | |
| PX | 48 | INTENTIONALLY LEFT BLANK | | |
| PX | 49 | INTENTIONALLY LEFT BLANK | | |
| PX | 50 | INTENTIONALLY LEFT BLANK | | |
| PX | 51 | GOOG-RDGZ-00000923 | Google's Terms of Service, modified April 14, 2014 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |

| PX | 52 | GOOG-RDGZ-00000929 | Google's Terms of Service, modified October 25, 2017 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
|----|----|----|----|----|
| PX | 53 | GOOG-RDGZ-00000935 | Google's Terms of Service, modified March 31, 2020 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 54 | GOOG-RDGZ-00188592 | Google's Terms of Service, modified January 5, 2022 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 55 | | Google's Terms of Service, modified May 22, 2024 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 56 | | Google's Privacy Policy from June 28, 2016 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 57 | | Google's Privacy Policy from August 29, 2016 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |

| PX | 58 | | Google's Privacy Policy from March 1, 2017 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
|----|----|--|---|---|
| PX | 59 | | Google's Privacy Policy from April 17, 2017 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 60 | | Google's Privacy Policy from October 2, 2017 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 61 | | Google's Privacy Policy from December 18, 2017 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 62 | | Google's Privacy Policy from May 25, 2018 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |

| PX | 63 | | Google's Privacy Policy from January 22, 2019 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
|----|----|--|----------------------------------------------|---------------------------------------------------|
| PX | 64 | | Google's Privacy Policy from October 15, 2019 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 65 | | Google's Privacy Policy from December 19, 2019 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 66 | | Google's Privacy Policy from March 31, 2020 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 67 | | Google's Privacy Policy from July 1, 2020 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |

| PX | 68 | | Google's Privacy Policy from August 28, 2020 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
|----|----|----|----|----|
| PX | 69 | | Google's Privacy Policy from September 30, 2020 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 70 | | Google's Privacy Policy from February 4, 2021 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 71 | | Google's Privacy Policy from July 1, 2021 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 72 | | Google's Privacy Policy from February 10, 2022 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |

| PX | 73 | | Google's Privacy Policy from October 4, 2022 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
|---|---|---|---|---|
| PX | 74 | | Google's Privacy Policy from December 15, 2022 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 75 | | Google's Privacy Policy from July 1, 2023 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |

| PX | 76 | | Google's Privacy Policy from October 4, 2023 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
|----|----|----|----|----|
| PX | 77 | | Google's Privacy Policy from November 15, 2023 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 78 | | Google's Privacy Policy from January 15, 2024 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 79 | | Google's Privacy Policy from February 8, 2024 | Monsees, Schneier, Plaintiffs, Heft-Luthy, Hochman |
| PX | 80 | | Google's Privacy Policy from March 4, 2024 | Monsees, Schneier, Plaintiffs, Ganem, Hoffman, Hochman |
| PX | 81 | | Google's Privacy Policy from March 28, 2024 | Monsees, Schneier, Plaintiffs, Ganem, |

| | | | | Hoffman, Hochman |
|---|---|---|---|---|
| PX | 82 | | Screenshot of Android Privacy Menu (Screen 1) | Monsees, Schneier, Plaintiffs, Ganem, Hoffman, Hochman |
| PX | 83 | | Nov. 7, 2022 Email from L. Arakaki to R. Sila re: Google's Supp'l Interrogtory Response Set 3 | Monsees, Schneier, Plaintiffs, Ganem, Hoffman, Hochman |
| PX | 84 | | Google Activity Controls Page, from September 6, 2022 | Monsees, Schneier, Plaintiffs, Ganem, Hoffman, Hochman |
| PX | 85 | INTENTIONALLY LEFT BLANK | | |
| PX | 86 | INTENTIONALLY LEFT BLANK | | |
| PX | 87 | GOOG-RDGZ-00208190 | Document titled Historical WAA/sWAA Descriptions, dated December 5, 2022 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |

| PX | 88 | | Google's "Find & Control your Web & App Activity" page (WAA Help page) | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
|----|----|----|----|----|
| PX | 89 | GOOG-RDGZ-00000122 | Document titled (s)WAA Disclosure, dated June 28, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 90 | GOOG-RDGZ-00000266 | Document titled (s)WAA Disclosure, dated June 28, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 91 | GOOG-RDGZ-00000162 | Document titled (s)WAA Disclosure, dated June 28, 2016 | Monsees, Schneier, Plaintiffs, , Ruemmler, Hochman |
| PX | 92 | GOOG-RDGZ-00000171 | Dcument titled (s)WAA Disclosure, dated June 28, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 93 | GOOG-RDGZ-00000299 | Document titled (s)WAA Disclosure, dated July 15, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |

| PX | 94 | GOOG-RDGZ-00000232 | Document titled (s)WAA Disclosure, dated July 18, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
|----|----|----|----|----|
| PX | 95 | GOOG-RDGZ-00000268 | Document titled (s)WAA Disclosure, dated July 18, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 96 | GOOG-RDGZ-00000173 | Document titled (s)WAA Disclosure, dated July 18, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 97 | GOOG-RDGZ-00000153 | Document titled (s)WAA Disclosure, dated July 18, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 98 | GOOG-RDGZ-00000290 | Document titled (s)WAA Disclosure, dated July 18, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 99 | GOOG-RDGZ-00000186 | Document titled (s)WAA Disclosure, dated September 21, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |

| PX | 100 | GOOG-RDGZ-00000198 | Document titled (s)WAA Disclosure, dated September 21, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
|----|-----|--------------------|-------------------------------------------------------------|---------------------------------------------------|
| PX | 101 | GOOG-RDGZ-00000228 | Document titled (s)WAA Disclosure, dated September 28, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 102 | GOOG-RDGZ-00000295 | Document titled (s)WAA Disclosure, dated September 28, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 103 | GOOG-RDGZ-00000240 | Document titled (s)WAA Disclosure, dated October 27, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 104 | GOOG-RDGZ-00000097 | Document titled (s)WAA Disclosure, dated October 27, 2016 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 105 | GOOG-RDGZ-00000292 | Document titled (s)WAA Disclosure, dated February 13, 2017 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |

| PX | 106 | GOOG-RDGZ-00000098 | Document titled (s)WAA Disclosure, dated November 15, 2017 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
|---|---|---|---|---|
| PX | 107 | GOOG-RDGZ-00000133 | Document titled (s)WAA Disclosure, dated December 12, 2017 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 108 | GOOG-RDGZ-00000206 | Document titled (s)WAA Disclosure, dated January 9, 2018 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 109 | GOOG-RDGZ-00000297 | Document titled (s)WAA Disclosure, dated January 9, 2018 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 110 | GOOG-RDGZ-00000182 | Document titled (s)WAA Disclosure, dated January 9, 2018 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 111 | GOOG-RDGZ-00000294 | Document titled (s)WAA Disclosure, dated August 3, 2018 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |

| PX | 112 | GOOG-RDGZ-00000167 | Document titled (s)WAA Disclosure, dated March 27, 2019 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
|---|---|---|---|---|
| PX | 113 | GOOG-RDGZ-00000231 | Document titled (s)WAA Disclosure, dated May 7, 2019 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 114 | GOOG-RDGZ-00000120 | Document titled (s)WAA Disclosure, dated October 1, 2019 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 115 | GOOG-RDGZ-00000225 | Document titled (s)WAA Disclosure, dated August 5, 2020 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 116 | | Copy of WAA Help Page, dated June 16, 2020, via Wayback Machine | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 117 | | Ruemmler Dep. Ex. 5: Copy of WAA Help Page from Ruemmler's Deposition | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 118 | INTENTIONALLY LEFT BLANK | | |

| PX | 119 | INTENTIONALLY LEFT BLANK | | |
|---|---|---|---|---|
| PX | 120 | | Enlarged Version of the "Activity Controls" and "What's saved as Web & App Activity" screen | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 121 | | "About Google" webpage, publically available, last visited July 20, 2023 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 122 | | Google Safety Center webpage titled Privacy tools that put you in control, from September 1, 2024 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 123 | GOOG-RDGZ-00020554 | Google webpage titled How Google Uses Information From Sites or Apps That Use Our Services, dated April 20, 2018 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 124 | GOOG-RDGZ-00020556 | Google webpage titled How Google Uses Information From Sites or Apps That Use Our Services, dated May 11, 2018 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 125 | GOOG-RDGZ-00020558 | Google webpage titled How Google Uses Information From Sites or Apps That Use Our Services, dated April 24, 2020 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |

| PX | 126 | GOOG-RDGZ-00020560 | Google webpage titled How Google Uses Information From Sites or Apps That Use Our Services, dated April 24, 2020 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
|----|-----|--------------------|------------------------------------------------------------------------------------------------------------------|--------------------------------------------------|
| PX | 127 | GOOG-RDGZ-00020562 | Google webpage titled How Google Uses Information From Sites or Apps That Use Our Services, dated May 26, 2020 | Monsees, Schneier, Plaintiffs, Ruemmler, Hochman |
| PX | 128 | INTENTIONALLY LEFT BLANK | | |
| PX | 129 | INTENTIONALLY LEFT BLANK | | |
| PX | 130 | INTENTIONALLY LEFT BLANK | | |
| PX | 131 | | Google Article titled Keeping your personal information private and safe - and putting you in control, dated June 1, 2015 | Schneier, Plaintiffs |
| PX | 132 | | Sundar Pichai NYT Op-Ed: "Privacy Should Not Be a Luxury Good" | Schneier, Plaintiffs, Pichai |
| PX | 133 | | Google Blog, titled "Keeping your information private", dated June 24, 2020 https://blog.google/technology/safety-security/keeping-private-information-private/ | Plaintiffs, Pichai |

| PX | 134 | | Document titled Written Testimony of Sundar Pichai, CEO of Alphabet Inc. before House Committee on the Judiciary, Subcommittee on Antitrust, Commercial, and Administrative Law, Hearing on "Online Platforms and Market Power, Part 6: Examining the Dominance of Amazon, Apple, Facebook, and Google, dated July 29, 2020 | Schneier, Plaintiffs, Pichai |
|----|-----|----------------------------|---|---|
| PX | 135 | INTENTIONALLY LEFT BLANK | | |
| PX | 136 | INTENTIONALLY LEFT BLANK | | |
| PX | 137 | INTENTIONALLY LEFT BLANK | | |
| PX | 138 | INTENTIONALLY LEFT BLANK | | |
| PX | 139 | INTENTIONALLY LEFT BLANK | | |
| PX | 140 | INTENTIONALLY LEFT BLANK | | |
| PX | 141 | INTENTIONALLY LEFT BLANK | | |
| PX | 142 | INTENTIONALLY LEFT BLANK | | |
| PX | 143 | INTENTIONALLY LEFT BLANK | | |
| PX | 144 | INTENTIONALLY LEFT BLANK | | |
| PX | 145 | INTENTIONALLY LEFT BLANK | | |

| PX | 146 | INTENTIONALLY LEFT BLANK | | |
|----|-----|--------------------------|---|---|
| PX | 147 | INTENTIONALLY LEFT BLANK | | |
| PX | 148 | INTENTIONALLY LEFT BLANK | | |
| PX | 149 | INTENTIONALLY LEFT BLANK | | |
| PX | 150 | INTENTIONALLY LEFT BLANK | | |
| PX | 151 | INTENTIONALLY LEFT BLANK | | |
| PX | 152 | GOOG-RDGZ-00085183 | Document Re: Velocity Meeting - G2.0 User Controls V2 notes, dated March 24, 2014 | Monsees, Pichai, Schneier |
| PX | 153 | GOOG-RDGZ-00035752 | Document Re: "go/udc-snippets", dated September 10, 2014 | Monsees, Pichai, Schneier |
| PX | 154 | GOOG-RDGZ-00164255 | Email from L. You to T. Roessler, J. Woloz and K. Enright on October 12, 2014 Re: UDC 10/10 meeting | Monsees, Pichai, Schneier |
| PX | 155 | GOOG-RDGZ-00014184 | Email from D. Monsees to B. Horling on March 16, 2015 Re: draft yet | Monsees, Pichai, Schneier |

| PX | 156 | GOOG-RDGZ-00056947 | Presentation titled "Firebase aka Google Mobile Platform (GMP), dated October 9, 2015" | Ganem, Hochman, Schneier |
| --- | --- | --- | --- | --- |
| PX | 157 | GOOG-RDGZ-00149617 | G. Fair 2016 Perf | Miraglia, Schneier |
| PX | 158 | INTENTIONALLY LEFT BLANK | | |
| PX | 159 | GOOG-RDGZ-00136298 | Presentation titled Google Analytics Cross-Device Review, dated October 2016 | Hochman |
| PX | 160 | GOOG-RDGZ-00195309 | Presentation titled "App Summit for Monetization" | Langner, Hochman |
| PX | 161 | GOOG-RDGZ-00156520 | Email from G. Fair to M. Gilbert, D. Price, et al. on October 26, 2016 Re: Has Now stopped displaying useful cards? | Monsees, Schneier |
| PX | 162 | GOOG-RDGZ-00061295 | Email from G. Fair to D. Corrigan on December 21, 2016 Re: Web & App Activity | Monsees, Schneier |
| PX | 163 | GOOG-RDGZ-00058424 | Presentation titled Firebase + Firebase Analytics ACM, dated December 16, 2016 | Schneier |
| PX | 164 | GOOG-RDGZ-00020680 | Email from G. Fair to D. Monsees, D. Corrigan, et al. on January 27, 2017 Re: OPA OOBE for only device level settings - Invitation to edit | Monsees, Hochman |

| PX | 165 | GOOG-RDGZ-00092072 | Presentation titled Firebase Growth Presentation, dated February 2017 | Hochman |
|---|---|---|---|---|
| PX | 166 | GOOG-RDGZ-00145258 | Email from E. Miraglia to G. Unger on March 2, 2017 re Question on current state on lockbox opt-in | Monsees, Miraglia, Hochman, Schneier |
| PX | 167 | GOOG-RDGZ-00192217 | Presentation titled "Universal App Campaign Best Practices" | Langner, Hochman |
| PX | 168 | GOOG-RDGZ-00061316 | Email from D. Monsees to S. Ellner, L. Alon, et al. on April 5, 2017 Re: Where is swaa stored? | Monsees, Schneier |
| PX | 169 | GOOG-RDGZ-00015211 | Email from X. Zhang to E. Wald on June 9, 2017 Re: Chrome Sync data | Monsees, Schneier |
| PX | 170 | GOOG-RDGZ-00018195 | Privacy Pattern: So You're Keeping Data with Transparency and Control | Monsees, Schneier |

| PX | 171 | GOOG-RDGZ-00187017 | Document titled Google Analytics for Firebase, dated May 9, 2017 | Hochman, Monsees |
|----|-----|--------------------|-------------------------------------------------------------------|-------------------|
| PX | 172 | GOOG-RDGZ-00057867 | Presentation titled Google Analytics for Firebase, dated May 22, 2017 | Hochman, Schneier, Monsees |
| PX | 173 | INTENTIONALLY LEFT BLANK | | |
| PX | 174 | GOOG-RDGZ-00028309 | Presentation titled Measurement For Growth Partner Summit 2017, dated August 30, 2017 | Hochman, Monsees, Schneier |
| PX | 175 | GOOG-RDGZ-00020110 | Presentation titled Privacy, Footprints and GeoGA | Hochman |
| PX | 176 | INTENTIONALLY LEFT BLANK | | |
| PX | 177 | GOOG-RDGZ-00018219 | Document titled UDC - My Google, dated January 2, 2018 | Monsees, Schneier |
| PX | 178 | GOOG-RDGZ-00037749 | Email from M. Tintor to B. Horling on April 3, 2018 Re: Dark patterns in Assistant | Monsees, Schneier |
| PX | 179 | GOOG-RDGZ-00018254 | Email from B. Lim to Tintor on April 3, 2018 re Dark patterns in Assistant | Monsees, Schneier |
| PX | 180 | GOOG-RDGZ-00076564 | Firebase New Hire Overview (2018) | Monsees, Schneier |

| PX | 181 | INTENTIONALLY LEFT BLANK | | |
|----|-----|--------------------------|---|---|
| PX | 182 | GOOG-RDGZ-00076980 | Internal Document, titled "[Scotchmallow] Firebase packet, dated May 8, 2018" | Schneier, Hochman, Monsees |
| PX | 183 | GOOG-RDGZ-00037892.R | Email from C. Ruemmler to E. Wald on May 23, 2018 re "Chrome History Data" | Ruemmler, Monsees, Schneier |
| PX | 184 | GOOG-RDGZ-00018595 | Presentation titled Trust & Privacy @ S-20, dated June 8, 2018 | Monsees, Schneier |
| PX | 185 | GOOG-RDGZ-00030007.R | Document titled Collection Support for Device ID Remarketing, dated June 6, 2018 | Hochman, Schneier |
| PX | 186 | GOOG-RDGZ-00018350 | Presentation titled Pines, dated September, 2017 | Monsees, Schneier |
| PX | 187 | GOOG-RDGZ-00145258 | Email from E. Miraglia to M. Segeritz on June 8, 2018 re sWAA significantly lower than other preset-opt-in UDC settings? | Miraglia, Monsees, Hochman, Schneier |
| PX | 188 | GOOG-RDGZ-00018409 | Search & Trust (S-20) | Monsees, Schneier |
| PX | 189 | GOOG-RDGZ-00076933 | Email from J. Shiver-Blake to F. Ma on June 18, 2018 Re: AdMob+ SDK Work Priority | Hochman, Schneier, Monsees |
| PX | 190 | GOOG-RDGZ-00164171 | Email from K. Enright to J. Menzel on June 29, 2018 Re: Privacy and Tracking | Hochman, Schneier, Monsees |

| PX | 191 | GOOG-RDGZ-00018455 | Presentation titled Privacy Principles, dated July 2018 | Monsees, Hochman |
|---|---|---|---|---|
| PX | 192 | GOOG-RDGZ-00117318 | July 11, 2018 Spreadsheet Titled MG UXR Findings | Heft-Luthy, Monsees, Schneier |
| PX | 193 | GOOG-RDGZ-00015004 | Email from D. Monsees to J. Woll on July 19, 2018 Re: Replacing 'Activity' with 'History' | Monsees, Schneier |
| PX | 194 | GOOG-RDGZ-00145330 | Internal Document, titled "UDC Leads sync meeting notes", dated August 2018 | Monsees, Schneier |
| PX | 195 | GOOG-RDGZ-00020740 | Email from F. Sekles to D. Monsees on August 14, 2018 re  Location History AP story | Monsees, Schneier |
| PX | 196 | GOOG-RDGZ-00018557 | Note to Execs About AP Story | Monsees, Schneier |
| PX | 197 | GOOG-RDGZ-00157386 | Email from B. Horling to V. Goel on August 14, 2018 re "Unauth PA" | Heft-Luthy, Monsees, Schneier |
| PX | 198 | GOOG-RDGZ-00152785 | Document titled Privileged and Confidential Location History \| PR Post Mortem, dated August 15, 2018 | Monsees, Pichai, Schneier |
| PX | 199 | GOOG-RDGZ-00131086 | Email from C. Hea Cho to A. Stein on August 16, 2018 re TGIF dory question on Location History | Pichai, Schneier |
| PX | 200 | GOOG-RDGZ-00160904 | Email from H. Ahuja to K. Kanakamedala on August 18, 2018 re Update on Location review with Sundar on Monday | Pichai, Schneier |

| PX | 201 | GOOG-RDGZ-00145362 | Email from D. Monsees to V. Adzic, dated Augsut 20, 2018 re background location and waa | Monsees, Schneier |
|----|-----|--------------------|-----------------------------------------------------------------------------------------|-------------------|
| PX | 202 | GOOG-RDGZ-00127151 | Email from C. Dubrowa to R. Shiikin on August 21, 2018 re Google Leads notes | Pichai, Schneier |
| PX | 203 | INTENTIONALLY LEFT BLANK | | |
| PX | 204 | GOOG-RDGZ-00116916 | Email from B. Horling to J. Menzel on August 23, 2018 re [Confirmed] - Working Together on Location | Monsees, Schneier |
| PX | 205 | INTENTIONALLY LEFT BLANK | | |
| PX | 206 | GOOG-RDGZ-00018652 | Initial privacy settings in AMS | Monsees, Schneier |
| PX | 207 | GOOG-RDGZ-00014927 | Email from Jen Fitzpatrick Re: Updated Deck for Sundar, dated 9/12/18 | Monsees, Schneier |
| PX | 208 | GOOG-RDGZ-00038594 | Internal Document titled "Update on Location for Google Leads, dated September 10, 2018" | Monsees, Schneier |
| PX | 209 | GOOG-RDGZ-00015165 | SPUR 9/06: Controls for Personalization in Search Email | Monsees, Schneier |
| PX | 210 | GOOG-RDGZ-00171250 | Email from A. Repetto to C. Iannuccilli on September 15, 2018 re "Next steps on Location History" | Pichai, Schneier |
| PX | 211 | GOOG-RDGZ-00068316 | Presentation titled My Google 7 Research Study, dated September, 2018 | Schneier |
| PX | 212 | GOOG-RDGZ-00207101 | Email from R. Posner to S. Luthy on September 25, 2018  re "comments to Privacy Advisor review Sep 13" | Heft-Luthy, Schneier |

| PX | 213 | GOOG-RDGZ-00207105 | Email from D. Warren to H. Luthy on September 26, 2018 re Privacy Advisor review on Sept 13 | Schneier, Heft-Luthy, Monsees |
|----|-----|--------------------|--------------------|--------------------|
| PX | 214 | GOOG-RDGZ-00038846 | Email from K. Dhamdhere to D. Monsees on October 28, 2018 re "Google's Web & App activity gathers information about non-Google apps" | Monsees, Schneier |
| PX | 215 | GOOG-RDGZ-00130078 | Internal Document, titled "Jen / Dane / Geo Leads", dated November 8, 2018 | Pichai, Schneier |
| PX | 216 | GOOG-RDGZ-00028472 | Document titled Day 2: Sellside breakout sessions: AdMOb MCM Intro, dated November 13, 2018 | Hochman, |
| PX | 217 | GOOG-RDGZ-00087672 | Email from S. Heft-Luthy to E. Lo and others on December 11, 2018 re PDPO PMs | Heft-Luthy, Monsees, Schneier |
| PX | 218 | INTENTIONALLY LEFT BLANK | | |
| PX | 219 | GOOG-RDGZ-00210316 | Presentation titled Noether Improving User Privacy for Apps, dated December 13, 2018 | Hochman |
| PX | 220 | INTENTIONALLY LEFT BLANK | | |

| PX | 221 | GOOG-RDGZ-00153597 | Internal Document, titled "ingemar : rothfuss 1:1 Notes", dated December 19, 2018 | Monsees, Pichai, Schneier |
|----|-----|--------------------|-----------------------------------------------------------------------------------|---------------------------|
| PX | 222 | GOOG-RDGZ-00028616 | Email from B. Baker to S. Ganem on January 3, 2019 re: New Google Play enforcements? | Schneier |
| PX | 223 | GOOG-RDGZ-00185669 | Internal Document, titled "Change WAA-off Logging PRD", dated January 16, 2019 | Monsees, Ruemmler, Schneier |
| PX | 224 | GOOG-RDGZ-00177709 | Presentation titled App Ads 10SDK Update (Project Uno), dated January 2019 | Hochman |
| PX | 225 | INTENTIONALLY LEFT BLANK | | |
| PX | 226 | GOOG-RDGZ-00203483 | Email from M. Chow to M. Blackwell on February 7, 2019 re Leads Cockpit Updates are on this week (1/7) | Schneier |
| PX | 227 | GOOG-RDGZ-00181440 | Document titled Firebase Data collection on GAIA ID, dated February 8, 2019 | Hochman |
| PX | 228 | GOOG-RDGZ-00014556 | Change WAA Master PRD | Monsees, Ruemmler, Schneier |
| PX | 229 | GOOG-RDGZ-00024166 | Email from E. Boxhorn to D. Monsees on February 20, 2019 re "Assistant & Private Search control" | Monsees, Ruemmler, Schneier |
| PX | 230 | GOOG-RDGZ-00130237 | Email from Patrick LaMondia titled "Separate setting for personal results on Assistant" | Ruemmler, Schneier |

| PX | 231 | INTENTIONALLY LEFT BLANK | | |
|----|-----|--------------------------|---|---|
| PX | 232 | GOOG-RDGZ-00028906 | Presentation titled Google Analytics for Firebase DSK Deep Dive, dated February, 2019 | Schneier Monsees |
| PX | 233 | GOOG-RDGZ-00039515 | Email from D. Monsees to Y. Kwon on February 28, 2019 re "March Launch for WAA location + Off Means Coarse" | Monsees, Schneier |
| PX | 234 | GOOG-RDGZ-00028992 | Email from S. Ganem to M. Trong-Thi on March 1, 2019 re: Installed packages are being sent to app-measurement[.]com | Schneier |
| PX | 235 | INTENTIONALLY LEFT BLANK | | |
| PX | 236 | GOOG-RDGZ-00017489 | Notes from Chris:Ankit notes, dated March 5, 2019 | Pichai, Schneier |
| PX | 237 | GOOG-RDGZ-00153380 | Presentation titled "Off Means Coarse", dated March 25, 2019 | Hochman, Schneier, Monsees |
| PX | 238 | GOOG-RDGZ-00209109 | Email from C. Wu to C. Machado on April 18, 2019 Re: WAA and sWAA control for gaia-based conversion tracking | Schneier |
| PX | 239 | GOOG-RDGZ-00209035 | April 4, 2019 email from C. Wu to E. Ochotta | Schneier |
| PX | 240 | GOOG-RDGZ-00014314 | Email from David Monsees Re: Monsees Perf 2019, dated 4/5/19 | Monsees, Schneier |
| PX | 241 | INTENTIONALLY LEFT BLANK | | |

| PX | 242 | GOOG-RDGZ-00161364 | Presentation titled GEO Privacy Champion: Key Privacy Concepts, dated April 17, 2019 | Hochman, Schneier |
|----|-----|-----|-----|-----|
| PX | 243 | GOOG-RDGZ-00177701 | Internal document titled "WAA Retention Control - Ads POV", dated April 17, 2019 | Monsees, Schneier |
| PX | 244 | GOOG-RDGZ-00186761 | Presentation, titled "Data Retention Controls (WAA & LH)", dated April 17, 2019 | Monsees, Schneier |
| PX | 245 | GOOG-RDGZ-00042318 | Presentation, titled "Retention Control in My Activity", dated April 17, 2019 | Monsees, Hochman, Schneier |
| PX | 246 | GOOG-RDGZ-00183074 | Ads GAIA Council Meeting Notes | Hochman, Monsees, Schneier |
| PX | 247 | INTENTIONALLY LEFT BLANK | | |
| PX | 248 | GOOG-RDGZ-00019219 | Presentation titled Retention Control in My Activity, dated April 17, 2019 | Monsees, Schneier |
| PX | 249 | GOOG-RDGZ-00014597 | Email from K. Kosinski to C. Caywood on May 8, 2019 re "Google's Sundar Pichai: Privacy Should Not Be a Luxury Good" | Pichai, Schneier |
| PX | 250 | GOOG-RDGZ-00014578 | Email from J. Degrave to C. Gao on May 9, 2019 re Google's Sundar Pichai: Privacy Should Not Be a Luxury Good | Pichai, Schneier |
| PX | 251 | GOOG-RDGZ-00059486 | Email from R. Oak to E. Weng, S. Ganem and K. Gopalratnam on May 10, 2019  Re: Question about AdMob+ and IAPS | Hochman, Schneier |
| PX | 252 | INTENTIONALLY LEFT BLANK | | |

| PX | 253 | GOOG-RDGZ-00202401 | Presentation titled "Web to App Connect internal deck" | Hochman, Schneier |
| PX | 254 | GOOG-RDGZ-00100625 | Email from M. Kuo to firebase-discuss on May 31, 2019 re Firebase Performance and Analytics | Hochman, Schneier |
| PX | 255 | GOOG-RDGZ-00082579 | Email from S. Ganem to M. Lowe on June 6, 2019 Re: qq on web | Schneier |
| PX | 256 | GOOG-RDGZ-00029866 | Email from S. Ganem to D. Stone on June 10, 2019 Re: [Launch 179160] Device ID Remarketing Lists for O&O via In-app Pings | Hochman, Schneier |
| PX | 257 | GOOG-RDGZ-00177433 | Presentation titled "App Ads and Google Analytics", dated June 14, 2019 | Hochman, Schneier |
| PX | 258 | INTENTIONALLY LEFT BLANK | | |
| PX | 259 | GOOG-RDGZ-00040456 | Email from Y. Tong to M. Mosley on July 1, 2019 Re: Does footprint support WAA bit turn off data fetch? | Monsees |
| PX | 260 | INTENTIONALLY LEFT BLANK | | |
| PX | 261 | GOOG-RDGZ-00047495 | Google presentation titled "GAIA Remarketing Data from Apps through Firebase SDK", dated July 23, 2019 | Hochman, Schneier |
| PX | 262 | GOOG-RDGZ-00024695 | Email from V. Adzic to D. Monsees on July 25, 2019 re Wording changes for WAA bit | Monsees, Ruemmler, Schneier |

| PX | 263 | GOOG-RDGZ-00127803 | Email from M. Lynch to Privacy Surfaces Team on August 13, 2019 re this week in Privacy Surfaces - Aug 13 | Pichai, Schneier |
|----|-----|--------------------|----------------------------------------------------------------------------------------------------------|-------------------|
| PX | 264 | GOOG-RDGZ-00146721 | Document titled PWG-Knowledge Office Hours Notes | Monsees, Schneier |
| PX | 265 | GOOG-RDGZ-00163898 | Internal Document, titled "fma@ self eval packet - DRAFT, dated September 3, 2019" | Pichai, Schneier |
| PX | 266 | GOOG-RDGZ-00088573 | Email from S. Amar to A. Degwekar, T. Kotal and Change-Waa-Team on September 13, 2019 Re: Logging gaiauserstate in clearcut logs | Monsees, Schneier |
| PX | 267 | INTENTIONALLY LEFT BLANK | | |
| PX | 268 | GOOG-RDGZ-00052784 | Presentation titled App Measurement Overview for Kishore GPL/PM, dated October 2019 | Monsees, Schneier |
| PX | 269 | GOOG-RDGZ-00127840 | Email from K. Luu to D. Core and others dated October 11, 2019 re the "Simplifications of Privacy Settings" | Monsees, Schneier |
| PX | 270 | INTENTIONALLY LEFT BLANK | | |
| PX | 271 | GOOG-RDGZ-00088856 | Email from S. Marti to M. Mosley on November 20, 2019 Re: GWS putting GAIA IDs in anonymous logs | Monsees, Schneier |
| PX | 272 | GOOG-RDGZ-00041592 | Email from K. Liu to A. Young on November 21, 2019 Re: Review for changing WAA off logging | Monsees, Schneier |
| PX | 273 | GOOG-RDGZ-00046121 | Internal Document, titled "WAA+YT+LH Default Retention Summary", dated December 10, 2019 | Monsees, Schneier |

| PX | 274 | GOOG-RDGZ-00130366 | Email from C. Ruemmler to E. Boxhoorn on December 13, 2019 re "Ramping up Logging Changes and Experiment for WAA-off traffic" | Ruemmler, Monsees, Schneier |
|----|-----|--------------------|----------------------------------------------------------------------------------------------------------------------------|-----------------------------|
| PX | 275 | GOOG-RDGZ-00046271 | Document titled Obfuscating GAIA ID in WAA-off logs, dated December 15, 2019 | Monsees, Hochman, Schneier |
| PX | 276 | GOOG-RDGZ-00209764 | Email from M. Segeritz to D. Monsees on February 3, 2020 Re: Effect of WAA/sWAA/YT History on GAP functionality/value | Monsees, Hochman, Schneier |
| PX | 277 | GOOG-RDGZ-00061531 | Internal Document, titled "Web & App Activity Default Retention FAQs", dated February 19, 2020 | Monsees, Schneier |
| PX | 278 | GOOG-RDGZ-00031436 | Email from S. Ganem to C. Scott on February 27, 2020 re: Firebase analytics related questions | Schneier |
| PX | 279 | INTENTIONALLY LEFT BLANK | | |
| PX | 280 | GOOG-RDGZ-00025584 | Document titled "Draft i/o Privacy Narrative" | Monsees, Schneier |
| PX | 281 | GOOG-RDGZ-00196620 | Presentation titled "Google Ads Attribution Apps Summit" | Hochman, Schneier |
| PX | 282 | GOOG-RDGZ-00106253 | Email from D. Mouret to A. Rahavan on March 12, 2020 Re: [gaquestions] CCPA: Clarification on Sharing with Google products & services & Google signals | Schneier |
| PX | 283 | GOOG-RDGZ-00090067 | Presentation titled N3 UXR Strategy - Overview and approach, dated May 5, 2020 | Schneier, Monsees |

| PX | 284 | GOOG-RDGZ-00181141 | Google document titled "UDS Privacy Policy Overview" | Hochman, Schneier |
|----|-----|--------------------|-----------------------------------------------------|-------------------|
| PX | 285 | GOOG-RDGZ-00181801 | Internal Document, titled "PWG Analytics Playbook", dated April 2020 | Schneier |
| PX | 286 | INTENTIONALLY LEFT BLANK | | |
| PX | 287 | INTENTIONALLY LEFT BLANK | | |
| PX | 288 | GOOG-RDGZ-00208099 | Document titled "Rubidium Interim Ads Privacy Changes PRD" | Hochman, Schneier |
| PX | 289 | GOOG-RDGZ-00060716 | Presentation titled Increase user engagement with Firebase & Google Analytics, dated April 28, 2020 | Hochman, Schneier |
| PX | 290 | GOOG-RDGZ-00060716 | Presentation titled "Increase user engagement with Firebase & Google Analytics" | Hochman, Schneier |
| PX | 291 | GOOG-RDGZ-00151484 | N3 UXR Staffing | Schneier |
| PX | 292 | GOOG-RDGZ-00043018 | My Activity - PDPO Review | Monsees, Schneier |
| PX | 293 | INTENTIONALLY LEFT BLANK | | |
| PX | 294 | INTENTIONALLY LEFT BLANK | | |
| PX | 295 | GOOG-RDGZ-00070506 | Presentation titled Firebase - AdMob, dated June 2020 | Schneier |

| PX | 296 | GOOG-RDGZ-00043133 | Email from T. Roessler to D. Sharma on June 2, 2020 e: sWAA Logging | Monsees, Hochman |
|----|-----|--------------------|--------------------|--------------------|
| PX | 297 | GOOG-RDGZ-00046727 | Document titled "Need to Know - Communicate with Care" | Monsees, Schneier |
| PX | 298 | | Google blog post titled How our display buying platforms share revenue with publishers, dated June 23, 2020 | Schneier |
| PX | 299 | INTENTIONALLY LEFT BLANK | | |
| PX | 300 | GOOG-RDGZ-00032535 | Email from S. Ganem to R. Extra on June 24, 2020 Re: Firebase Next Steps | Schneier |
| PX | 301 | GOOG-RDGZ-00169704 | Email from Othar to R. Ahulrc on June 7, 2020 re Chat Transcript | Schneier |
| PX | 302 | INTENTIONALLY LEFT BLANK | | |
| PX | 303 | GOOG-RDGZ-00167809 | ID-steering Newsletter | Heft-Luthy, Schneier |
| PX | 304 | INTENTIONALLY LEFT BLANK | | |
| PX | 305 | GOOG-RDGZ-00054795 | Email from X. Ye to C. Bindra on August 18, 2020 Re: Target audience without 1:1 mapping | Schneier |
| PX | 306 | GOOG-RDGZ-00066703 | Cohort Report Infrastructure Design | Hochman |
| PX | 307 | GOOG-RDGZ-00033244 | Email from X. Ye to S. Ganem on September 17, 2020 re a comment in the document "Firebase IID to Analytics PWG Analysis" | Hochman, Schneier |

| PX | 308 | GOOG-RDGZ-00044641.R | Email from A. young to C. Gutnajer on September 21, 2020 re "WAA Logging Change" | Monsees, Schneier |
|----|-----|----------------------|--------------------------------------------------------------------------------|-------------------|
| PX | 309 | GOOG-RDGZ-00184430 | Internal Document, titled "Toward a privacy-native Google experience", dated October 1, 2020 | Heft-Luthy, Schneier |
| PX | 310 | GOOG-RDGZ-00061172 | Analytics-IID - Storage Design | Schneier |
| PX | 311 | GOOG-RDGZ-00209974 | Presentation titled "Why our approach to consent negatively impacts trust: Product strategy review", dated October 7, 2020 | Monsees, Heft-Luthy, Schneier |
| PX | 312 | GOOG-RDGZ-00173600 | Document titled "PrivacyNative Perpspective" | Heft-Luthy, Hochman |
| PX | 313 | GOOG-RDGZ-00159764 | Email from S. Luthy to M. Lynch on October 21, 2020 re "Program Review: Privacy Surfaces" | Heft-Luthy, Schneier |
| PX | 314 | GOOG-RDGZ-00129084 | Email from O. Helyse to A. Debooji on October 21, 2020 re Chat | Schneier |
| PX | 315 | GOOG-RDGZ-00203740 | PDPO UXR Mgr Meeting Notes 2020 | Schneier |
| PX | 316 | GOOG-RDGZ-00001010 | Google Webpage titled Analytics Help Page "Realtime", dated January 23, 2021 | Schneier |
| PX | 317 | INTENTIONALLY LEFT BLANK | | |
| PX | 318 | GOOG-RDGZ-00026437 | Presentation titled Project Instep | Monsees, Schneier |

| PX | 319 | INTENTIONALLY LEFT BLANK | | |
|---|---|---|---|---|
| PX | 320 | GOOG-RDGZ-00067393 | Scion - AdMob Integration Principles | Schneier |
| PX | 321 | GOOG-RDGZ-00068676 | Presentation titled Instep UXR Lit Review, dated February, 2021 | Monsees, Schneier |
| PX | 322 | GOOG-RDGZ-00067396 | Google Ads & Analytics: Internal Training for Firebase, dated November 15, 2019 | Lasinski, Hochman |
| PX | 323 | INTENTIONALLY LEFT BLANK | | |
| PX | 324 | GOOG-RDGZ-00067792 | Presentation titled Firebase Operate Roadmap for AdMob, 2020 | Schneier |
| PX | 325 | GOOG-RDGZ-00068107 | Document titled Comm Doc - Google Analytics for Firebase | Schneier |
| PX | 326 | GOOG-RDGZ-00209974 | Consent UX Research Overview | Schneier, |
| PX | 327 | GOOG-RDGZ-00211106 | Spreadsheet titled "Fields in AdMob Logs" | Hochman |
| PX | 328 | INTENTIONALLY LEFT BLANK | | |
| PX | 329 | INTENTIONALLY LEFT BLANK | | |
| PX | 330 | INTENTIONALLY LEFT BLANK | | |

| PX | 331 | INTENTIONALLY LEFT BLANK | | |
|----|-----|--------------------------|---|---|
| PX | 332 | INTENTIONALLY LEFT BLANK | | |
| PX | 333 | INTENTIONALLY LEFT BLANK | | |
| PX | 334 | INTENTIONALLY LEFT BLANK | | |
| PX | 335 | INTENTIONALLY LEFT BLANK | | |
| PX | 336 | INTENTIONALLY LEFT BLANK | | |
| PX | 337 | INTENTIONALLY LEFT BLANK | | |
| PX | 338 | INTENTIONALLY LEFT BLANK | | |
| PX | 339 | INTENTIONALLY LEFT BLANK | | |
| PX | 340 | INTENTIONALLY LEFT BLANK | | |
| PX | 341 | INTENTIONALLY LEFT BLANK | | |
| PX | 342 | INTENTIONALLY LEFT BLANK | | |
| PX | 343 | INTENTIONALLY LEFT BLANK | | |
| PX | 344 | INTENTIONALLY LEFT BLANK | | |
| PX | 345 | INTENTIONALLY LEFT BLANK | | |

| PX | 346 | INTENTIONALLY LEFT BLANK | | |
|---|---|---|---|---|
| PX | 347 | INTENTIONALLY LEFT BLANK | | |
| PX | 348 | INTENTIONALLY LEFT BLANK | | |
| PX | 349 | INTENTIONALLY LEFT BLANK | | |
| PX | 350 | INTENTIONALLY LEFT BLANK | | |
| PX | 351 | | Google and YouTube Will Pay Record $170 Million for Alleged Violations of Children's Privacy Law<br><br>https://www.ftc.gov/news-events/news/press-releases/2019/09/google-youtube-will-pay-record-170-million-alleged-violations-childrens-privacy-law<br><br>[NOTE: URL fixed from last time] | Schneier |
| PX | 352 | | Google Will Pay $22.5 Million to Settle FTC Charges it Misrepresented Privacy Assurances to Users of Apple's Safari Internet Browser<br><br>https://www.ftc.gov/news-events/news/press-releases/2012/08/google-will-pay-225-million-settle-ftc-charges-it-misrepresented-privacy-assurances-users-apples | Schneier |
| PX | 353 | | In re Google Inc. Agreement Containing Consent Order (FTC - Google) | Schneier |

| PX | 354 | | Sept. 23, 2014 Email from C. Palmer to chrome-security re: I promise this is my last rant about Incognito :) (Dkt. 928-34, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |
|----|-----|--|----|----------|
| PX | 355 | | Dec. 12, 2014 email from W. Holfelder to Palmer re: Incognito. :( (Dkt. 928-68, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |
| PX | 356 | | Feb. 11, 2015 email from C. Palmer to A. Porter Felt re: Inncognito-fest 2015 (Dkt. 928-61, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |
| PX | 357 | | Jun. 21, 2016 email from C. Palmer to S. Borsay re: Google "Incognito" Precision (Dkt. 928-51, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |
| PX | 358 | | Jul. 11, 2018 Chat Transcript (Dkt. 928-52, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |
| PX | 359 | | Presentation titled The Incognito Problem (Dkt. 928-83, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |
| PX | 360 | | Sept. 24, 2018 email from C. Palmer to R. Halavati re: The Incognito Problem - Invitation to edit (Dkt. 928-47, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |
| PX | 361 | | Nov. 6, 2018 email from C. Palmer to M. Paddon re: EFF: Google Chrome's Users Take a Back Seat to Its Bottom Line (Dkt. 928-50, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |
| PX | 362 | | Jan. 29, 2021 email from L. Twohill to S. Pichai (Dkt. 928-76, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |

| PX | 363 | | May 19, 2016 email from C. Palmer to A. Porter Felt (Dkt. 928-60, Brown v. Google, 4:20-CV-3664 (N.D. Cal.)) | Schneier |
|----|-----|--|---|---|
| PX | 364 | | Attorney General Mark Brnovich Achieves Historic $85 Million Settlement with Google<br><br>https://www.azag.gov/press-release/attorney-general-mark-brnovich-achieves-historic-85-million-settlement-google | Schneier |
| PX | 365 | | Attorney General Ken Paxton Secures Historic $1.375 Billion Settlement with Google Related to Texans' Data Privacy Rights<br><br>https://www.texasattorneygeneral.gov/news/releases/attorney-general-ken-paxton-secures-historic-1375-billion-settlement-google-related-texans-data | Schneier |
| PX | 366 | | No, hashing still doesn't make your data anonymous<br><br>https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2024/07/no-hashing-still-doesnt-make-your-data-anonymous | Schneier |
| PX | 367 | | Complying with COPPA: Frequently Asked Questions<br><br>https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions | Schneier |
| PX | 368 | INTENTIONALLY LEFT BLANK | | |
| PX | 369 | INTENTIONALLY LEFT BLANK | | |
| PX | 370 | INTENTIONALLY LEFT BLANK | | |

| PX | 371 | INTENTIONALLY LEFT BLANK | | |
|----|-----|--------------------------|--|--|
| PX | 372 | INTENTIONALLY LEFT BLANK | | |
| PX | 373 | INTENTIONALLY LEFT BLANK | | |
| PX | 374 | INTENTIONALLY LEFT BLANK | | |
| PX | 375 | INTENTIONALLY LEFT BLANK | | |
| PX | 376 | INTENTIONALLY LEFT BLANK | | |
| PX | 377 | INTENTIONALLY LEFT BLANK | | |
| PX | 378 | INTENTIONALLY LEFT BLANK | | |
| PX | 379 | INTENTIONALLY LEFT BLANK | | |
| PX | 380 | INTENTIONALLY LEFT BLANK | | |
| PX | 381 | INTENTIONALLY LEFT BLANK | | |
| PX | 382 | INTENTIONALLY LEFT BLANK | | |
| PX | 383 | INTENTIONALLY LEFT BLANK | | |
| PX | 384 | INTENTIONALLY LEFT BLANK | | |
| PX | 385 | INTENTIONALLY LEFT BLANK | | |

| PX | 386 | INTENTIONALLY LEFT BLANK | | |
|---|---|---|---|---|
| PX | 387 | INTENTIONALLY LEFT BLANK | | |
| PX | 388 | INTENTIONALLY LEFT BLANK | | |
| PX | 389 | INTENTIONALLY LEFT BLANK | | |
| PX | 390 | INTENTIONALLY LEFT BLANK | | |
| PX | 391 | GOOG-RDGZ-00187578 | Document titled Screenwise Panel Recruitment Survey, dated March 4, 2022 | Lasinski |
| PX | 392 | GOOG-RDGZ-00187574 | Document titled IPSOS Incentive Structure History, dated March 4, 2022 | Lasinski, Schneier |
| PX | 393 | | Google Screenwise Panel Privacy Policy <br><br> https://screenwisepanel.com/google-panel-privacy-policy | Lasinski |
| PX | 394 | GOOG-RDGZ-00187623 | Google Screenwise Panel Brochure | Lasinski |
| PX | 395 | | "About the Ipsos Screenwise Panel" <br><br> https://screenwisepanel.com/home | Lasinski |
| PX | 396 | | "AT&T charges $29 more for gigabit fiber that doesn't watch your Web browsing," <br><br> https://arstechnica.com/information-technology/2015/02/att-charges-29-more-for-gigabit-fiber-that-doesnt-watch-your-web-browsing | Lasinski |

| PX | 397 | | AT&T Offers Gigabit Internet Discount in Exchange for Your Web History (Ars Technica article)<br><br>https://arstechnica.com/information-technology/2013/12/att-Offers-gigabit-internet-discount-in-exchange-for-your-web-history/ | Lasinski |
|----|-----|---|---|---|
| PX | 398 | | Nielsen Computer & Mobile Panel Frequently Asked Questions<br><br>https://computermobilepanel.nielsen.com/ui/US/en/faqen.html | Lasinski |
| PX | 399 | | "Nielsen Computer & Mobile Panel"<br><br>https://computermobilepanel.nielsen.com/ui/US/en/sdp/landing | Lasinski |
| PX | 400 | | What is SavvyConnect?<br><br>https://surveysavvy.com/savvyconnect/ | Lasinski |
| PX | 401 | | How It Works [SavvyConnect]<br><br>https://surveysavvy.com/how-it-works/ | Lasinski |
| PX | 402 | | SavvyConnect Monthly Participation Requirements<br><br>https://surveysavvy.com/savvyconnect-requirements/ | Lasinski |
| PX | 403 | GOOG-RDGZ-00204475 | Spreadsheet titled "Google Accounts with WAA and/or sWAA on/off on a monthly basis" | Lasinski, Hochman |
| PX | 404 | GOOG-RDGZ-02111191 | Monthly (s)WAA-Off Accounts from May 2020 through July 2024 | Lasinski, Hochman |

| PX | 405 | GOOG-RDGZ-02111194 | Monthly (s)WAA-Off Accounts from August 2024 through September 2024 | Lasinski, Hochman |
|----|-----|-------------------|------------------------------------------------------------------|-------------------|
| PX | 406 | GOOG-RDGZ-02111187 | GAP, WAA, sWAA Statistics | Lasinski |
| PX | 407 | GOOG-RDGZ-00187010 | GAP, WAA, sWAA Statistics | Lasinski |
| PX | 408 | INTENTIONALLY LEFT BLANK | | |
| PX | 409 | INTENTIONALLY LEFT BLANK | | |
| PX | 410 | INTENTIONALLY LEFT BLANK | | |
| PX | 411 | | Exploring the Economics of Personal Data: Survey of Methodologies for Measuring Monetary Value | Lasinski |
| PX | 412 | | Google's June 7, 2024 Responses to Questions from the Class Notice Administrator | Lasinski |
| PX | 413 | INTENTIONALLY LEFT BLANK | | |
| PX | 414 | INTENTIONALLY LEFT BLANK | | |
| PX | 415 | INTENTIONALLY LEFT BLANK | | |
| PX | 416 | | Document titled Use pay for conversions in Display campaigns, dated July 19, 2023 | Lasinski |

| PX | 417 | GOOG-RDGZ-00188469 | Document titled Ads Impact Response from 'ChromeGuard' and 'SameSite & Secure' Launches, dated May 7, 2019 | Lasinski, Hochman |
|----|-----|---------------------|------------------------------------------------------------------------------------------------------------|-------------------|
| PX | 418 | GOOG-RDGZ-00185743 | App Promo Revenue Data | Lasinski |
| PX | 419 | GOOG-RDGZ-00184247 | App Promo Income Statement | Lasinski |
| PX | 420 | GOOG-RDGZ-00185744 | App Promo Income Statement | Lasinski |
| PX | 421 | GOOG-RDGZ-02111189 | App Promo Revenue Data | Lasinski |
| PX | 422 | GOOG-RDGZ-02111196 | App Promo Revenue Data | Lasinski |
| PX | 423 | GOOG-RDGZ-00187666 | App Promo P&L | Lasinski |
| PX | 424 | GOOG-RDGZ-00187665 | App Promo P&L | Lasinski |
| PX | 425 | GOOG-RDGZ-00187666 | AdMob Income Statement | Lasinski |
| PX | 426 | GOOG-RDGZ-00187665 | AdMob Income Statement | Lasinski |
| PX | 427 | GOOG-RDGZ-02111197 | AdMob Revenue Data | Lasinski |
| PX | 428 | GOOG-RDGZ-02111188 | AdMob P&L from 2022, 2023 | Lasinski |

| PX | 429 | | Google Form 10-K for the fiscal year ended December 31, 2024 | Lasinski |
|---|---|---|---|---|
| PX | 430 | | Website titled "Most popular installed ad network software development kits (SDKs) across Android apps worldwide as of January 2025", https://www.statista.com/statistics/1035623/leading-mobile-app-ad-network-sdks-android/ | Hochman |
| PX | 431 | | Publication by App Annie Titled, Spotlight on Consumer App Usage, Part 1, https://www.insidemarketing.it/wp-content/uploads/2017/06/1705_Report_Consumer_App_Usage_EN.pdf | Hochman, Lasinski |
| PX | 432 | | August 16, 2022 email from E. Santacana to A. Frawley RE: Rodriguez v. Google | Lasinski |
| PX | 433 | | November 8, 2024 letter from E. Santacana to M. Mao | Lasinski |
| PX | 434 | | February 25, 2025 letter from E. Santacana to M. Mao | Lasinski |
| PX | 435 | INTENTIONALLY LEFT BLANK | | |
| PX | 436 | INTENTIONALLY LEFT BLANK | | |
| PX | 437 | INTENTIONALLY LEFT BLANK | | |
| PX | 438 | INTENTIONALLY LEFT BLANK | | |

| PX | 439 | INTENTIONALLY LEFT BLANK | | |
|----|-----|--------------------------|---|---|
| PX | 440 | INTENTIONALLY LEFT BLANK | | |
| PX | 441 | GOOG-RDGZ-00071768 | Spreadsheet titled "GWS Log Schema" | Hochman |
| PX | 442 | GOOG-RDGZ-00182721 | Data Production from Google | Hochman, Rodriguez |
| PX | 443 | GOOG-RDGZ-00208333 | Data Production from Google | Hochman |
| PX | 444 | GOOG-RDGZ-00208334 | Data Production from Google | Hochman |
| PX | 445 | GOOG-RDGZ-00210433 | Data Production from Google | Hochman |
| PX | 446 | GOOG-RDGZ-00210431 | Data Production from Google | Hochman |
| PX | 447 | GOOG-RDGZ-00210490; GOOG-RDGZ-00210491 to GOOG-RDGZ-00211103 | Data Production from Google | Hochman |
| PX | 448 | GOOG-RDGZ-00210432 | Data Production from Google | Hochman |
| PX | 449 | | February 23, 2023 Data Productions from Google re: Test Account Subscriber Info and WAA and sWAA Records | Hochman |

| PX | 450 | GOOG-RDGZ-00210491 to GOOG-RDGZ-00211103 | Data Productions from Google: Re UUAD Data | Hochman |
|---|---|---|---|---|
| PX | 451 | GOOG-RDGZ-00210433 | rodriguez_litigation_adevents.csv | Hochman |
| PX | 452 | GOOG-RDGZ-00071766 | Data Production from Google | Hochman, Plaintiffs |
| PX | 453 | GOOG-RDGZ-00071767 | Data Production from Google | Hochman, Plaintiffs |
| PX | 454 | GOOG-RDGZ-00182689 | Data Production from Google | Hochman, Rodriguez |
| PX | 455 | GOOG-RDGZ-00124313-15; GOOG-RDGZ-00013556; GOOG-RDGZ-00013559; GOOG-RDGZ-00013569-70; GOOG-RDGZ-00013578; GOOG-RDGZ-00013583; GOOG-RDGZ-00013597; GOOG-RDGZ-00210399; GOOG-RDGZ-00210402; GOOG-RDGZ-00210402-05; GOOG-RDGZ-00210411, GOOG-RDGZ-00210415 | Data Productions from Google re: Rodriguez Subscriber Information | Hochman, Rodriguez |

| PX | 456 | GOOG-RDGZ-00124316-17; GOOG-RDGZ-00013600; GOOG-RDGZ-00013600.0001; GOOG-RDGZ-00013603; GOOG-RDGZ-00013603.0001; GOOG-RDGZ-00013613-14; GOOG-RDGZ-00013613.0001-14.0001; GOOG-RDGZ-00013622; GOOG-RDGZ-00013622.0001; GOOG-RDGZ-00013627; GOOG-RDGZ-00013627.0001; GOOG-RDGZ-00013641; GOOG-RDGZ-00210430; GOOG-RDGZ-00210438; GOOG-RDGZ-00210442; GOOG-RDGZ-00210443; GOOG-RDGZ-00210445-48; GOOG-RDGZ-00013641.0001;GOOG-RDGZ-00210458-59; GOOG-RDGZ-00210465-66; GOOG-RDGZ-00210488-89 | Data Productions from Google re: Rodriguez WAA and sWAA on/off records | Hochman, Rodriguez |

| PX | 457 | GOOG-RDGZ-00013586-93; GOOG-RDGZ-00210418-25 | Data Productions from Google re: Cataldo Subscriber Information | Hochman, Cataldo |
|----|-----|------|------|------|
| PX | 458 | GOOG-RDGZ-0001630-37; GOOG-RDGZ-0001630.0001-37.0001; GOOG-RDGZ-00013630-37; GOOG-RDGZ-00013630.0001-637.0001; GOOG-RDGZ-00210471-80 | Data Productions from Google re: Cataldo WAA and sWAA on/off records | Hochman, Cataldo |
| PX | 459 | GOOG-RDGZ-00124318-20; GOOG-RDGZ-00013554-55; GOOG-RDGZ-00013557; GOOG-RDGZ-00013574; GOOG-RDGZ-00013596; GOOG-RDGZ-00210397-98; GOOG-RDGZ-00210400; GOOG-RDGZ-00210400; GOOG-RDGZ-00210407; GOOG-RGZ-00210426 | Data Productions from Google re: Harvey Subscriber Information | Hochman, Harvey |

| PX | 460 | GOOG-RDGZ-00124327-28; GOOG-RDGZ-00013598-99; GOOG-RDGZ-00013601; GOOG-RDGZ-00013618; GOOG-RDGZ-00013640; GOOG-RDGZ-00013598.0001-99.0001; GOOG-RDGZ-00013601.0001; GOOG-RDGZ-00013618.0001; GOOG-RDGZ-00013640.0001; GOOG-RGZ-00210434-7; GOOG-RGZ-00210439-40; GOOG-RGZ-00210451; GOOG-RGZ-00210481 | Data Productions from Google re: Harvey WAA and sWAA on/off records | Hochman, Harvey |
| --- | --- | --- | --- | --- |
| PX | 461 | GOOG-RDGZ-00013598 | Data Production from Google | Hochman, Harvey |
| PX | 462 | GOOG-RDGZ-00013598.0001 | Data Production from Google | Hochman, Harvey |
| PX | 463 | GOOG-RDGZ-00210406; GOOG-RDGZ-00013573 | Data Productions from Google re: Santiago Subscriber Information | Hochman, Santiago |
| PX | 464 | GOOG-RDGZ-00210449-50; GOOG-RDGZ-00013617-.0001 | Data Productions from Google re: Santiago WAA and sWAA on/off records | Hochman, Santiago |
| PX | 465 | INTENTIONALLY LEFT BLANK | | |

| PX | 466 | INTENTIONALLY LEFT BLANK | | |
|---|---|---|---|---|
| PX | 467 | INTENTIONALLY LEFT BLANK | | |
| PX | 468 | INTENTIONALLY LEFT BLANK | | |
| PX | 469 | INTENTIONALLY LEFT BLANK | | |
| PX | 470 | INTENTIONALLY LEFT BLANK | | |
| PX | 471 | | Heft-Luthy Dep. Ex. 340 (Resume) | Heft-Luthy |
| PX | 472 | | Monsees LinkedIn Resume | Monsees |
| PX | 473 | | Kearns Dep. Ex. 370 (Resume) | Kearns |
| PX | 474 | | Ganem LinkedIn Resume | Ganem |
| PX | 475 | | Ruemmler Dep. Ex. 1 (Resume) | Ruemmler |
| PX | 476 | | Witness Sundar Pichai Bio, https://www.congress.gov/116/meeting/house/110883/witnesses/HHRG-116-JU05-Bio-PichaiS-20200729.pdf | Pichai, Schneier |
| PX | 477 | INTENTIONALLY LEFT BLANK | | |
| PX | 478 | INTENTIONALLY LEFT BLANK | | |
| PX | 479 | INTENTIONALLY LEFT BLANK | | |
| PX | 480 | INTENTIONALLY LEFT BLANK | | |
| PX | 481 | INTENTIONALLY LEFT BLANK | | |

| PX | 482 | INTENTIONALLY LEFT BLANK | | |
|----|-----|--------------------------|---|---|
| PX | 483 | INTENTIONALLY LEFT BLANK | | |
| PX | 484 | INTENTIONALLY LEFT BLANK | | |
| PX | 485 | INTENTIONALLY LEFT BLANK | | |
| PX | 486 | INTENTIONALLY LEFT BLANK | | |
| PX | 487 | INTENTIONALLY LEFT BLANK | | |
| PX | 488 | INTENTIONALLY LEFT BLANK | | |
| PX | 489 | INTENTIONALLY LEFT BLANK | | |
| PX | 490 | | Dkt. 481 - Joint Stipulation on Google's Supplemental Financial Productions | Lasinski |
| PX | 491 | INTENTIONALLY LEFT BLANK | | |
| PX | 492 | INTENTIONALLY LEFT BLANK | | |
| PX | 493 | INTENTIONALLY LEFT BLANK | | |
| PX | 494 | INTENTIONALLY LEFT BLANK | | |
| PX | 495 | | Summary of (s)WAA-Off Accounts and Months | Lasinski |
| PX | 496 | | Summary of (s)WAA-Off Users and Months | Lasinski |

| | | | | |
|---|---|---|---|---|
| PX | 497 | | Summary of (s)WAA-Off Devices and Months | |
| PX | 498 | | Summary of data Google produced for Plaintiffs, including amount and attributes of data | |
| PX | 499 | INTENTIONALLY LEFT BLANK | | |
| PX | 500 | INTENTIONALLY LEFT BLANK | | |
| PX | 501 | INTENTIONALLY LEFT BLANK | | |
| PX | 502 | INTENTIONALLY LEFT BLANK | | |
| PX | 503 | INTENTIONALLY LEFT BLANK | | |
| PX | 504 | INTENTIONALLY LEFT BLANK | | |
| PX | 505 | INTENTIONALLY LEFT BLANK | | |
| PX | 506 | INTENTIONALLY LEFT BLANK | | |
| PX | 507 | INTENTIONALLY LEFT BLANK | | |
| PX | 508 | INTENTIONALLY LEFT BLANK | | |
| PX | 509 | INTENTIONALLY LEFT BLANK | | |
| PX | 510 | INTENTIONALLY LEFT BLANK | | |
| PX | 511 | INTENTIONALLY LEFT BLANK | | |

| PX | 512 | INTENTIONALLY LEFT BLANK | | |
| PX | 513 | INTENTIONALLY LEFT BLANK | | |
| PX | 514 | INTENTIONALLY LEFT BLANK | | |
| PX | 515 | INTENTIONALLY LEFT BLANK | | |