# EXHIBIT B

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0001 | GOOG_PLTF_RODR_0000059 | GOOG_PLTF_RODR_0000059 | See & control your Web & App Activity | Record |
| G0002 | GOOG_PLTF_RODR_0000788 | GOGG_PLTF_RODR_0000789 | 2021-12-15 Email from The Google Team to Susan Harvey re Susan, review your Google Account settings | Susan Harvey |
| G0003 | GOOG_PLTF_RODR_0001388 | GOOG_PLTF_RODR_0001390 | 2020-07-20 Email from Google Alerts to Susan Harvey re: Google Alert - Google | Susan Harvey |
| G0004 | GOOG_PLTF_RODR_0002068 | GOOG_PLTF_RODR_0002070 | 2019-07-14 from Google Alerts to re Google Alert - Google | Susan Harvey |
| G0005 | GOOG_PLTF_RODR_0002091 | GOOG_PLTF_RODR_0002094 | 2018-05-12 Email from Google to re: Improvements to our Privacy Policy and Privacy Controls | Susan Harvey |
| G0006 | GOOG_PLTF_RODR_0002275 | GOOG_PLTF_RODR_0002276 | 2021-12-16 Email from The Google Team to re Susan, review your Google Account settings | Susan Harvey |
| G0007 | GOOG_PLTF_RODR_0004455 | GOOG_PLTF_RODR_0004456 | 2018-04-05 Email from Google Download Your Data to Susan Harvey re: Your Google data archive is ready | Susan Harvey |
| G0008 | GOOG_PLTF_RODR_0006389 | GOOG_PLTF_RODR_0006396 | 2020-07-21 Email from Scott Hardy to Susan Harvey re: HOT! New Settlements! | Susan Harvey |
| G0009 | GOOG_PLTF_RODR_0006716 | GOOG_PLTF_RODR_0006719 | 2022-03-29 Email from Top Class Actions to Susan Harvey re See if You Qualify for These Settlements Before They're Gone | Susan Harvey |
| G0010 | GOOG_PLTF_RODR_0011716 | GOOG_PLTF_RODR_0011808 | 2021-11-15 Correspondence to Bruce Schneier from Susman Godfrey - Consulting Expert Retainer Agreement | Bruce Schneier |
| G0011 | GOOG_PLTF_RODR_0011718 | GOOG_PLTF_RODR_0011723 | Letter of Engagement Between Ankura Consulting Group LLC and Susman Godfrey LLP | Michael Lasinski |
| G0012 | GOOG_PLTF_RODR_0011730 | GOOG_PLTF_RODR_0011773 | Lasinski Invoices through August 2022 | Michael Lasinski |
| G0013 | GOOG_PLTF_RODR_0011885 | GOOG_PLTF_RODR_0011889 | 2023-01-27 Email to Bruce Schneier from Alex Frawley re Rodriguez | Bruce Schneier |
| G0014 | GOOG_PLTF_RODR_001872 | GOOG_PLTF_RODR_001884 | Michael Lasinski CV | Michael Lasinski |
| G0015 | GOOG-RDGZ-00000400 | GOOG-RDGZ-00000416 | Google Privacy Policy 2015-08-19 | David Monsees |
| G0016 | GOOG-RDGZ-00000417 | GOOG-RDGZ-00000433 | Google Privacy Policy 2016-03-25 | David Monsees |
| G0017 | GOOG-RDGZ-00000434 | GOOG-RDGZ-00000450 | Google Privacy Policy 2016-06-28 | David Monsees |
| G0018 | GOOG-RDGZ-00000451 | GOOG-RDGZ-00000467 | Google Privacy Policy 2016-08-21 | David Monsees |
| G0019 | GOOG-RDGZ-00000468 | GOOG-RDGZ-00000484 | Google Privacy Policy 2017-03-01 | David Monsees |
| G0020 | GOOG-RDGZ-00000485 | GOOG-RDGZ-00000501 | Google Privacy Policy 2017-04-17 | David Monsees |
| G0021 | GOOG-RDGZ-00000502 | GOOG-RDGZ-00000518 | Google Privacy Policy 2017-10-02 | David Monsees |
| G0022 | GOOG-RDGZ-00000519 | GOOG-RDGZ-00000528 | Google Privacy Policy 2017-12-18 | David Monsees |
| G0023 | GOOG-RDGZ-00000529 | GOOG-RDGZ-00000556 | Google Privacy Policy 2018-05-25 | David Monsees |
| G0024 | GOOG-RDGZ-00000557 | GOOG-RDGZ-00000584 | Google Privacy Policy 2019-01-22 | David Monsees |
| G0025 | GOOG-RDGZ-00000585 | GOOG-RDGZ-00000612 | Google Privacy Policy 2019-10-15 | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0026 | GOOG-RDGZ-00000613 | GOOG-RDGZ-00000641 | Google Privacy Policy 2019-12-19 | David Monsees |
| G0027 | GOOG-RDGZ-00000642 | GOOG-RDGZ-00000671 | Google Privacy Policy 2020-03-31 | David Monsees |
| G0028 | GOOG-RDGZ-00000672 | GOOG-RDGZ-00000702 | Google Privacy Policy 2020-07-01 | David Monsees |
| G0029 | GOOG-RDGZ-00000900 | GOOG-RDGZ-00000901 | Google Analytics for Firebase Use Policy 2019-12-20 | Steve Ganem |
| G0030 | GOOG-RDGZ-00000902 | GOOG-RDGZ-00000904 | Google Analytics for Firebase Terms of Service 2017-05-17 | Steve Ganem |
| G0031 | GOOG-RDGZ-00000905 | GOOG-RDGZ-00000907 | Google Analytics for Firebase Terms of Service 2016-05-18 | Steve Ganem |
| G0032 | GOOG-RDGZ-00000908 | GOOG-RDGZ-00000909 | Google Analytics for Firebase Use Policy 2017-05-17 | Steve Ganem |
| G0033 | GOOG-RDGZ-00000910 | GOOG-RDGZ-00000913 | Google Analytics for Firebase Terms of Service 2019-04-17 | Steve Ganem |
| G0034 | GOOG-RDGZ-00000914 | GOOG-RDGZ-00000915 | Archive: Firebase Analytics Use Policy 2016-05-18 | Steve Ganem |
| G0035 | GOOG-RDGZ-00000916 | GOOG-RDGZ-00000918 | Google Analytics for Firebase Terms of Service 2018-10-01 | Steve Ganem |
| G0036 | GOOG-RDGZ-00000923 | GOOG-RDGZ-00000928 | Google Terms of Service 2014-04-14 | David Monsees |
| G0037 | GOOG-RDGZ-00000929 | GOOG-RDGZ-00000934 | Google Terms of Service 2017-10-25 | David Monsees |
| G0038 | GOOG-RDGZ-00000935 | GOOG-RDGZ-00000951 | Google Terms of Service 2020-03-31 | David Monsees |
| G0039 | GOOG-RDGZ-00013554 | GOOG-RDGZ-00013554 | Plaintiffs' BSI and WAA/SWAA settings | David Monsees |
| G0040 | GOOG-RDGZ-00013597 | GOOG-RDGZ-00013597 | Google Account.SubscriberInfo.ExportSummary | David Monsees |
| G0041 | GOOG-RDGZ-00013598 | GOOG-RDGZ-00013598 | MyActivity.MyActivity.ExportSummary | David Monsees |
| G0042 | GOOG-RDGZ-00013632 | GOOG-RDGZ-00013632 | MyActivity.MyActivity.ExportSummary | David Monsees |
| G0043 | GOOG-RDGZ-00013633 | GOOG-RDGZ-00013632 | MyActivity.MyActivity.ExportSummary | David Monsees |
| G0044 | GOOG-RDGZ-00014026 | GOOG-RDGZ-00014047 | Responses to May 25, 2016 questions relating to new signed-in ads settings | Google Inc, 15 May 2016 | David Monsees |
| G0045 | GOOG-RDGZ-00020551 | GOOG-RDGZ-00020553 | MDI user data and consents 2018-03-28 | Steve Ganem |
| G0046 | GOOG-RDGZ-00020554 | GOOG-RDGZ-00020555 | Google Privacy & Terms - Technologies - How Google uses information from sites or apps that use our services | David Monsees |
| G0047 | GOOG-RDGZ-00020556 | GOOG-RDGZ-00020557 | Google Privacy & Terms - Technologies - How Google uses information from sites or apps that use our services | David Monsees |
| G0048 | GOOG-RDGZ-00020562 | GOOG-RDGZ-00020563 | Google Privacy & Terms - Technologies - How Google uses information from sites or apps that use our services | Record |
| G0049 | GOOG-RDGZ-00046271 | GOOG-RDGZ-00046286 | Summary - Obfuscating Gaia ID in WAA-off logs | Steve Ganem |
| G0050 | GOOG-RDGZ-00052784 | GOOG-RDGZ-00052813 | Slide Deck: App Measurement Overview for Kishore GPL/PM - 2019-10 | Steve Ganem, Belinda Langner |
| G0051 | GOOG-RDGZ-00056108 | GOOG-RDGZ-00056129 | Slide Deck: A Brief History of App Measurement presentation - 2019-09-20 | Belinda Langner |
| G0052 | GOOG-RDGZ-00061172 | GOOG-RDGZ-00061180 | Analytics/IID - Storage Design - 2020-10-20 | Steve Ganem |
| G0053 | GOOG-RDGZ-00067721 | GOOG-RDGZ-00067726 | PRD: Ad Manager + Google Analytics App Integration v2 2020-07-13 | Steve Ganem, Belinda Langner |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0054 | GOOG-RDGZ-00118124 | GOOG-RDGZ-00118129 | Personalization Data Sources Policy | David Monsees |
| G0055 | GOOG-RDGZ-00124313 | GOOG-RDGZ-00124313 | Export | David Monsees |
| G0056 | GOOG-RDGZ-00130745 | GOOG-RDGZ-00130750 | 2020-08-07 Email from Shen En Shih to Grace Shih re: Questions to decouple SAA and A4W launches from Reminders Dasher launch | Christopher Ruemmler, Bruce Schneier |
| G0057 | GOOG-RDGZ-00142709 | GOOG-RDGZ-00142717 | Conversion Modeling: Principles Across Google - 2021-03-12 | Belinda Langner |
| G0058 | GOOG-RDGZ-00149771 | GOOG-RDGZ-00149775 | Slide Deck - Consent Flow | David Monsees |
| G0059 | GOOG-RDGZ-00154815 | GOOG-RDGZ-00154834 | ACCC v. Google - Google Account Setup Flow & Historical WAA Disclosures (2017-2019) (Excerpt) | David Monsees |
| G0060 | GOOG-RDGZ-00182650 | GOOG-RDGZ-00182650 | Screenwise Meter Help - Access Your Screenwise Meter Account | David Monsees |
| G0061 | GOOG-RDGZ-00182651 | GOOG-RDGZ-00182651 | Google Panel Terms & Conditions March 2018 | David Monsees |
| G0062 | GOOG-RDGZ-00182654 | GOOG-RDGZ-00182658 | Google Panel Privacy Policy February 2020 - Screenwise Meter Help | David Monsees |
| G0063 | GOOG-RDGZ-00182659 | GOOG-RDGZ-00182662 | Google Panel Privacy Policy October 2017 - Screenwise Meter Help 2017-10-10 | David Monsees |
| G0064 | GOOG-RDGZ-00182663 | GOOG-RDGZ-00182665 | Review or delete Household & My Panel Activity - Screenwise Meter Help | David Monsees |
| G0065 | GOOG-RDGZ-00182666 | GOOG-RDGZ-00182668 | Google Panel Terms & Conditions June 2021 - Screenwise Meter Help 2021-06-01 | David Monsees |
| G0066 | GOOG-RDGZ-00182673 | GOOG-RDGZ-00182677 | Google Panel Privacy Policy [June 2021] - Screenwise Meter Help 2021-06-01 | David Monsees |
| G0067 | GOOG-RDGZ-00182678 | GOOG-RDGZ-00182680 | Google Panel Terms & Conditions October 2017 - Screenwise Meter Help 2017-10-10 | David Monsees |
| G0068 | GOOG-RDGZ-00182681 | GOOG-RDGZ-00182683 | Google Panel Terms & Conditions March 2020 - Screenwise Meter Help 2020-03-20 | David Monsees |
| G0069 | GOOG-RDGZ-00182684 | GOOG-RDGZ-00182688 | Google Panel Privacy Policy December 2019 - Screenwise Meter Help 2019-12-19 | David Monsees |
| G0070 | GOOG-RDGZ-00182692 | GOOG-RDGZ-00182693 | Google Panel Terms & Conditions - Ipsos Screenwise Panel 2021-06-01 | David Monsees |
| G0071 | GOOG-RDGZ-00182696 | GOOG-RDGZ-00182697 | Ipsos Screenwise Panel Privacy Policy - 2021-06-25 | David Monsees |
| G0072 | GOOG-RDGZ-00184211 | GOOG-RDGZ-00184213 | User Data Access Policy 2019-06-24 | David Monsees |
| G0073 | GOOG-RDGZ-00184247 | GOOG-RDGZ-00184247 | App Promo Revenue 2017-2021 | Belinda Langner |
| G0074 | GOOG-RDGZ-00184459 | GOOG-RDGZ-00184472 | Slide Deck: Privacy Review - PWG-analytics - Apps Consent Support API | Steve Ganem |
| G0075 | GOOG-RDGZ-00185743 | GOOG-RDGZ-00185743 | App Promo Revenue spreadsheet 2019-2021 | Belinda Langner |
| G0076 | GOOG-RDGZ-00185744 | GOOG-RDGZ-00185744 | App Promo Revenue 2021 (Spreadsheet) | Belinda Langner |
| G0077 | GOOG-RDGZ-00185868 | GOOG-RDGZ-00185871 | Personal Logs Policies - 2022-07-06 | Steve Ganem |
| G0078 | GOOG-RDGZ-00186830 | GOOG-RDGZ-00186839 | 2019-10-21 Email from Benjamin Poiesz to Privacy & Data Protection Office - Steering Committee re PDPO Program Update - "The Making of a Privacy Moment" | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0079 | GOOG-RDGZ-00187010 | GOOG-RDGZ-00187010 | Number of U.S. Google Accounts for GAP Settings, WAA Settings, and SWAA Settings (Spreadsheet) 2016-07-27 - 2020-07-27 | David Monsees |
| G0080 | GOOG-RDGZ-00187578 | GOOG-RDGZ-00187622 | Screenwise Panel Recruitment Survey | David Monsees |
| G0081 | GOOG-RDGZ-00187665 | GOOG-RDGZ-00187665 | AdMob Revenue 2021 (Spreadsheet) | Michael Lasinski |
| G0082 | GOOG-RDGZ-00187666 | GOOG-RDGZ-00187666 | AdMob Revenue 2018-2020 | Michael Lasinski |
| G0083 | GOOG-RDGZ-00188303 | GOOG-RDGZ-00188355 | Slide Deck: iOS14 IDFA Consent Training | Belinda Langner |
| G0084 | GOOG-RDGZ-00188469 | GOOG-RDGZ-00188491 | Ads Impact and Response from "ChromeGuard" and "SameSite & Secure" Launches - 2019-05-07 | Steve Ganem, Belinda Langner |
| G0085 | GOOG-RDGZ-00188602 | GOOG-RDGZ-00188615 | Google Privacy Policy 2022-02-10 | David Monsees |
| G0086 | GOOG-RDGZ-00188616 | GOOG-RDGZ-00188631 | Google Privacy Policy 2021-02-04 | David Monsees |
| G0087 | GOOG-RDGZ-00188632 | GOOG-RDGZ-00188647 | Google Privacy Policy 2021-07-01 | David Monsees |
| G0088 | GOOG-RDGZ-00188768 | GOOG-RDGZ-00188768 | GAP Impact - Summary, ACM Request, etc. Spreadsheet | David Monsees |
| G0089 | GOOG-RDGZ-00189024 | GOOG-RDGZ-00189026 | Privacy Policies - Digital Fingerprinting and Immutable Identifiers Policy - 2022-05-31 | Steve Ganem |
| G0090 | GOOG-RDGZ-00204474 | GOOG-RDGZ-00204474 | Google Accounts with WAA and/or sWAA on/off on a monthly basis - Spreadsheet 2016-05-01 to 2022-10-01 | Belinda Langner |
| G0091 | GOOG-RDGZ-00204475 | GOOG-RDGZ-00204475 | Google Accounts with WAA and/or sWAA on/off on a monthly basis - Spreadsheet 2016-05-01 - 2022-10-01 | David Monsees |
| G0092 | GOOG-RDGZ-00204476 | GOOG-RDGZ-00204487 | Slide Deck: App Ads - iOS IDFA Consent Model [Ongoing], detailing Google's modeling of Apple's IDFA/ATT changes impact on iOS revenue. | Belinda Langner |
| G0093 | GOOG-RDGZ-00208190 | GOOG-RDGZ-00208196 | Historical WAA/sWAA Descriptions | David Monsees |
| G0094 | GOOG-RDGZ-02111187 | GOOG-RDGZ-02111187 | Number of U.S. Google Accounts for GAP Settings, WAA Settings, and SWAA Settings 2016-07-27 - 2024-07-05 | David Monsees |
| G0095 | GOOG-RDGZ-02111188 | GOOG-RDGZ-02111188 | AdMob Revenue - Spreadsheet 2022-2023 | Belinda Langner, Christopher Knittel |
| G0096 | GOOG-RDGZ-02111189 | GOOG-RDGZ-02111189 | App Promo Revenue - Spreadsheet 2022-2023 | Belinda Langner |
| G0097 | GOOG-RDGZ-02111190 | GOOG-RDGZ-02111190 | WAA and sWAA Opt-out Impressions spreadsheet 2022-07-01 - 2024-07-01 | David Monsees |
| G0098 | GOOG-RDGZ-02111191 | GOOG-RDGZ-02111191 | Google Accounts with WAA and/or sWAA on/off on a monthly basis - Spreadsheet 2016-05-01 - 2024-07-01 | David Monsees |
| G0099 | GOOG-RDGZ-02111193 | GOOG-RDGZ-02111193 | App Promo Revenue 2023-2024 - Spreadsheet | Belinda Langner |
| G0100 | GOOG-RDGZ-02111194 | GOOG-RDGZ-02111194 | Google Accounts with WAA and/or sWAA on/off on a monthly basis, 2016-05-01 - 2024-10-01 - Spreadsheet | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0101 | GOOG-RDGZ-02111195 | GOOG-RDGZ-02111195 | Number of U.S. Google Accounts for GAP Settings, WAA Settings, and SWAA Settings, 2016-07-27 - 2024-09-23 - Spreadsheet | David Monsees |
| G0102 | GOOG-RDGZ-00187623 | GOOG-RDGZ-00187624 | Ipsos Screenwise Panel Document: Answers to questions we hear the most from our panelists | David Monsees |
| G0103 | HF00134 | HF00137 | 2020-07-28 Email from Mark Mao to Sal Caltado re: Google Tracking Lawsuit | Sal Cataldo |
| G0104 | HF00139 | HF00140 | 2020-07-16 Email from Enoch Liang to Ethan Dunn re: Google Tracking Lawsuit | Sal Cataldo |
| G0105 | GOOG-RDGZ-02111220 | GOOG-RDGZ-02111223 | [GA4] Activate Google signals for Google Analytics properties - Help Center | Steve Ganem |
| G0106 | GOOG-RDGZ-02111224 | GOOG-RDGZ-02111231 | [GA4] Automatically collected events - Analytics Help | Steve Ganem |
| G0107 | GOOG-RDGZ-02111232 | GOOG-RDGZ-02111235 | [GA4] Custom events - Google Analytics Help Center | Steve Ganem |
| G0108 | GOOG-RDGZ-02111236 | GOOG-RDGZ-02111240 | [GA4] Data-deletion requests - Google Analytics Help Center | Steve Ganem |
| G0109 | GOOG-RDGZ-02111241 | GOOG-RDGZ-02111244 | [GA4] Dimensions and metrics - Predefined user dimensions - Google Analytics Help | Steve Ganem |
| G0110 | GOOG-RDGZ-02111245 | GOOG-RDGZ-02111247 | [GA4] Measure activity across platforms with User-ID - Analytics Help | Steve Ganem |
| G0111 | GOOG-RDGZ-02111248 | GOOG-RDGZ-02111252 | [GA4] Users properties - Google Analytics Help | Steve Ganem |
| G0112 | GOOG-RDGZ-02111253 | GOOG-RDGZ-02111252 | [UA] Upload data use policy [Legacy] - Google Help Center | Steve Ganem |
| G0113 | n/a | n/a | 2021-03-17 Anibal Rodriguez's Objections and Responses to Google's First Set of Interrogatories (Nos. 1-3) | Anibal Rodriguez |
| G0114 | n/a | n/a | 2021-03-17 Eliza Cambay's Objections and Responses to Google's First set of Interrogatories (Nos. 1-3) | Record |
| G0115 | n/a | n/a | 2021-03-17 Emir Goenaga's Objections and Responses to Google's First Set of Interrogatories (Nos. 1-3) | Record |
| G0116 | n/a | n/a | 2021-03-17 Harold Nyanjom's Objections and Responses to Google's First Set of Interrogatories (Nos. 1-3) | Record |
| G0117 | n/a | n/a | 2021-03-17 Julian Santiago's Objections and Responses to Google's First Set of Interrogatories (Nos. 1-3) | Julian Santiago |
| G0118 | n/a | n/a | 2021-03-17 JulieAnna Muniz's Objections and Responses to Google's First Set of Interrogatories (Nos. 1-3) | Record |
| G0119 | n/a | n/a | 2021-03-17 Kellie Nyanjom's Objections and Responses to Google's First Set of Interrogatories (Nos. 1-3) | Record |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0120 | n/a | n/a | 2021-03-17 Sal Cataldo's Objections and Responses to Google's First Set of Interrogatories (Nos. 1-3) | Sal Cataldo |
| G0121 | n/a | n/a | 2021-03-17 Susan Harvey's Objections and Responses to Google's First Set of Interrogatories (Nos. 1-3) | Susan Harvey |
| G0122 | n/a | n/a | 2021-06-11 Anibal Rodriguez's Objections and Responses to Google's First Requests For Admission (Nos. 1-27) | Anibal Rodriguez |
| G0123 | n/a | n/a | 2021-06-11 Eliza Cambay's Objections and Responses to Google's First Requests For Admission (Nos. 1-22) | Record |
| G0124 | n/a | n/a | 2021-06-11 Emir Goenaga's Objections and Responses to Google's First Requests For Admission (Nos. 1-22) | Record |
| G0125 | n/a | n/a | 2021-06-11 Harold Nyanjom's Objections and Responses to Google's First Requests For Admission (Nos. 1-27) | Record |
| G0126 | n/a | n/a | 2021-06-11 Julian Santiago's Objections and Responses to Google's First Requests For Admission (Nos. 1-22) | Julian Santiago |
| G0127 | n/a | n/a | 2021-06-11 Julieanna Muniz's Objections and Responses to Google's First Requests For Admission (Nos. 1-22) | Record |
| G0128 | n/a | n/a | 2021-06-11 Kellie Nyanjom's Objections and Responses to Google's First Requests For Admission (Nos. 1-27) | Record |
| G0129 | n/a | n/a | 2021-06-11 Sal Cataldo's Objections and Responses to Google's First Requests For Admission (Nos. 1-22) | Sal Cataldo |
| G0130 | n/a | n/a | 2021-06-11 Susan Lynn Harvey's Objections and Responses to Google's First Requests For Admission (Nos. 1-22) | Susan Harvey |
| G0131 | n/a | n/a | 2021-10-08 Anibal Rodriguez's Objections and Responses to Google's Second Set of Interrogatories (Nos. 4-5) | Anibal Rodriguez |
| G0132 | n/a | n/a | 2021-10-08 Eliza Cambay's Objections and Responses to Google's Second Set of Interrogatories (Nos. 4-5) | Record |
| G0133 | n/a | n/a | 2021-10-08 Emir Goenaga's Objections and Responses to Google's Second Set of Interrogatories (Nos. 4-5) | Record |
| G0134 | n/a | n/a | 2021-10-08 Harold Nyanjom's Objections and Responses to Google's Second Set of Interrogatories (Nos. 4-5) | Record |
| G0135 | n/a | n/a | 2021-10-08 Julianna Muniz's Objections and Responses to Google's Second Set of Interrogatories (Nos. 4-5) | Record |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0136 | n/a | n/a | 2021-10-08 Juliian Santiago's Objections and Responses to Google's Second Set of Interrogatories (Nos. 4-5) | Julian Santiago |
| G0137 | n/a | n/a | 2021-10-08 Kellie Nyanjom's Objections and Responses to Google's Second Set of Interrogatories (Nos. 4-5) | Record |
| G0138 | n/a | n/a | 2021-10-08 Sal Cataldo's  Objections and Responses to Google's Second Set of Interrogatories (Nos. 4-5) | Sal Cataldo |
| G0139 | n/a | n/a | 2021-10-08 Susan Harvey's Objections and Responses to Google's Second Set of Interrogatories (Nos. 4-5) | Susan Harvey |
| G0140 | n/a | | 2021-10-29 Rodriguez - Letter re Plaintiffs' ADID | Plaintiffs |
| G0141 | n/a | n/a | 2022-07-13 Anibal Rodriguez's Objections and Responses to Google's First Requests For Admission (Nos. 28-41) | Anibal Rodriguez |
| G0142 | n/a | n/a | 2022-07-13 Anibal Rodriguez's Objections and Responses to Google's Third Set of Interrogatories (No. 6) | Anibal Rodriguez |
| G0143 | n/a | n/a | 2022-07-13 Harold Nyanjom's Objections and Responses to Google's Requests For Admission, Set Two (Nos. 28-4) | Record |
| G0144 | n/a | n/a | 2022-07-13 Harold Nyanjom's Objections and Responses to Google's Third Set of Interrogatories (No. 6) | Record |
| G0145 | n/a | n/a | 2022-07-13 Julian Santiago's Objections and Responses to Google's Requests For Admission, Set Two (Nos. 23-36) | Julian Santiago |
| G0146 | n/a | n/a | 2022-07-13 Sal Cataldo's Objections and Responses to Google's Requests For Admission, Set Two (Nos. 23-36) | Sal Cataldo |
| G0147 | n/a | n/a | 2022-07-13 Sal Cataldo's Objections and Responses to Google's Third Set of Interrogatories (Nos. 6-7) | Sal Cataldo |
| G0148 | n/a | n/a | 2022-07-13 Susan Lynn Harvey's Objections and Responses to Google's Requests For Admission, Set Two (Nos. 23-36) | Susan Harvey |
| G0149 | n/a | n/a | 2022-07-13 Susan Lynn Harvey's Objections and Responses to Google's Third Set of Interrogatories (No. 6) | Susan Harvey |
| G0150 | n/a | n/a | 2022-08-17 Anibal Rodriguez's Objections and Responses to Google's Fourth Set of Interrogatories (Nos. 7-8) | Anibal Rodriguez |
| G0151 | n/a | n/a | Intentionally left blank | Record |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0152 | n/a | n/a | 2022-08-17 Julian Santiago's Objections and Responses to Google's Fourth Set of Interrogatories (Nos. 8-9) | Julian Santiago |
| G0153 | n/a | n/a | 2022-08-17 Sal Cataldo 's Objections and Responses to Google's Fourth Set of Interrogatories (Nos. 8-9) | Sal Cataldo |
| G0154 | n/a | n/a | 2022-08-17 Susan Lynn Harvey's Objections and Responses to Google's Fourth Set of Interrogatories (Nos. 7-8) | Susan Harvey |
| G0155 | n/a | n/a | 2022-07-13 Julian Santiago Responses to Google LLC ROG-3, (Nos. 6-7) | Julian Santiago |
| G0156 | n/a | n/a | 2022-10-31 Julian Santiago's Amended Objections and Responses to Google's Third Set of Interrogatories (Nos. 6-7) | Julian Santiago |
| G0157 | GOOG-RDGZ-02111255 | GOOG-RDGZ-02111260 | About conversion tracking - Google Ads Help | Steve Ganem, Belinda Langner |
| G0158 | GOOG-RDGZ-02111261 | GOOG-RDGZ-02111266 | About conversion tracking - Google Ads Help 2023-07-04 | Steve Ganem, Belinda Langner |
| G0159 | GOOG-RDGZ-02111267 | GOOG-RDGZ-02111269 | About mobile app conversion tracking - Google Ads Help | Steve Ganem, Belinda Langner |
| G0160 | GOOG-RDGZ-02111270 | GOOG-RDGZ-02111272 | About tracking app conversions with an App Attribution Partner - Google Ads Help | Steve Ganem, Belinda Langner |
| G0161 | GOOG-RDGZ-02111273 | GOOG-RDGZ-02111275 | Google - My Activity - Activity Controls | David Monsees |
| G0162 | GOOG-RDGZ-02111276 | GOOG-RDGZ-02111277 | AdMob policies and restrictions - Google AdMob Help Center | Steve Ganem |
| G0163 | GOOG-RDGZ-02111278 | GOOG-RDGZ-02111279 | App Tracking Transparency - Apple Framework | John R. Black |
| G0164 | GOOG-RDGZ-02111280 | GOOG-RDGZ-02111288 | Automated bid strategy: Definition - Google Ads Help Center | Belinda Langner |
| G0165 | GOOG-RDGZ-02111289 | GOOG-RDGZ-02111293 | Configure Analytics data collection and usage - Documentation Analytics | Steve Ganem |
| G0166 | GOOG-RDGZ-02111294 | GOOG-RDGZ-02111302 | Conversion tracking: Definition - Google Ads Help Center | Belinda Langner |
| G0167 | n/a | n/a | Counterpane Systems LLC - Invoices to Susman Godfrey re Google/Brown Litigation [Schneier Depo Exh. 34] | Bruce Schneier |
| G0168 | GOOG-RDGZ-02111303 | GOOG-RDGZ-02111304 | Create a Google Account - Google Account Help | David Monsees |
| G0169 | GOOG-RDGZ-02111305 | GOOG-RDGZ-02111305 | Data: At Your Service - Inrupt Website Sources Screenshot | Bruce Schneier |
| G0170 | n/a | n/a | Examples of WAA-off Data in Google Logs (Hochman Expert Report, Appx. K - 2023-03-22) | Jonathan Hochman |
| G0171 | GOOG-RDGZ-02111306 | GOOG-RDGZ-02111306 | Excellent Vehicle Detailing in Homestead - Eco Clean Auto Detail | Anibal Rodriguez |
| G0172 | GOOG-RDGZ-02111307 | GOOG-RDGZ-02111308 | Find & control your Web & App Activity - Android - Google Account Help | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0173 | GOOG-RDGZ-02111309 | GOOG-RDGZ-02111309 | GAP Status Table: Susan Harvey | David Monsees |
| G0174 | GOOG-RDGZ-02111310 | GOOG-RDGZ-02111310 | Google AdMob - Ad revenue attribution configuration - AppsFlyer Help Center 2024-07-18 | Christopher Knittel |
| G0175 | n/a | n/a | About conversion tracking -Google Ads Help Webpage (support.google.com/google-ads/answer/1722022) | Belinda Langner |
| G0176 | GOOG-RDGZ-02111311 | GOOG-RDGZ-02111312 | About mobile app conversion tracking - Google Ads Help Webpage (support.google.com/google-ads/answer/6100665) | Belinda Langner |
| G0177 | GOOG-RDGZ-02111313 | GOOG-RDGZ-02111316 | About modeled online conversions - Google Ads Help Webpage (support.google.com/google-ads/answer/10081327) | Belinda Langner |
| G0178 | GOOG-RDGZ-02111317 | GOOG-RDGZ-02111319 | About tracking app conversions with an App Attribution Partner -Google Ads Help Webpage (support.google.com/google-ads/answer/12961402) | Belinda Langner |
| G0179 | GOOG-RDGZ-02111320 | GOOG-RDGZ-02111321 | Track app conversions with third-party app analytics -Google Ads Help Webpage (support.google.com/google-ads/answer/7382633) | Belinda Langner |
| G0180 | GOOG-RDGZ-02111322 | GOOG-RDGZ-02111322 | Your guide to conversion modeling: Introduction -Google Ads Help Webpage (support.google.com/google-ads/answer/12445061) | Belinda Langner |
| G0181 | GOOG-RDGZ-02111323 | GOOG-RDGZ-02111326 | Google Analytics and Google Analytics for Firebase on Alphabet Properties Policy 2019-11-25 | Steve Ganem |
| G0182 | GOOG-RDGZ-02111327 | GOOG-RDGZ-02111331 | Google Analytics for Firebase - Documentation - How it Works | Steve Ganem |
| G0183 | GOOG-RDGZ-02111332 | GOOG-RDGZ-02111341 | Google Analytics for Firebase Terms of Service 2019-04-17 | Steve Ganem |
| G0184 | GOOG-RDGZ-02111342 | GOOG-RDGZ-02111350 | Google Analytics for Firebase Terms of Service 2023-04-12 | Steve Ganem |
| G0185 | GOOG-RDGZ-02111351 | GOOG-RDGZ-02111361 | Google Analytics Terms of Service 2023-05-15 | Steve Ganem |
| G0186 | GOOG-RDGZ-02111362 | GOOG-RDGZ-02111392 | Google Privacy Policy 2020-08-28 | David Monsees |
| G0187 | GOOG-RDGZ-02111393 | GOOG-RDGZ-02111423 | Google Privacy Policy 2020-09-30 | David Monsees |
| G0188 | GOOG-RDGZ-02111424 | GOOG-RDGZ-02111457 | Google Privacy Policy 2022-10-04 | David Monsees |
| G0189 | GOOG-RDGZ-02111458 | GOOG-RDGZ-02111490 | Google Privacy Policy 2022-12-15 | David Monsees |
| G0190 | GOOG-RDGZ-02111491 | GOOG-RDGZ-02111523 | Google Privacy Policy 2023-07-01 | David Monsees |
| G0191 | GOOG-RDGZ-02111524 | GOOG-RDGZ-02111560 | Google Privacy Policy 2023-10-04 | David Monsees |
| G0192 | GOOG-RDGZ-02111561 | GOOG-RDGZ-02111597 | Google Privacy Policy 2023-11-15 | David Monsees |
| G0193 | GOOG-RDGZ-02111598 | GOOG-RDGZ-02111628 | Google Privacy Policy 2024-01-15 | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0194 | GOOG-RDGZ-02111629 | GOOG-RDGZ-02111666 | Google Privacy Policy 2024-02-08 | David Monsees |
| G0195 | GOOG-RDGZ-02111667 | GOOG-RDGZ-02111704 | Google Privacy Policy 2024-03-04 | David Monsees |
| G0196 | GOOG-RDGZ-02111705 | GOOG-RDGZ-02111743 | Google Privacy Policy 2024-03-28 | David Monsees |
| G0197 | GOOG-RDGZ-02111744 | GOOG-RDGZ-02111782 | Google Privacy Policy 2024-09-16 | David Monsees |
| G0198 | GOOG-RDGZ-02111783 | GOOG-RDGZ-02111786 | Google AdMob Help Webpage - How AdMob works | Belinda Langner |
| G0199 | GOOG-RDGZ-02111787 | GOOG-RDGZ-02111802 | Google Terms of Service 2022-01-05 | David Monsees |
| G0200 | GOOG-RDGZ-02111803 | GOOG-RDGZ-02111822 | Google Terms of Service 2024-05-22 | David Monsees |
| G0201 | n/a | n/a | Hochman Test App Source Code | Jonathan Hochman |
| G0202 | GOOG-RDGZ-02111823 | GOOG-RDGZ-02111824 | Google Analytics Help - How Google Analytics works | Steve Ganem |
| G0203 | GOOG-RDGZ-02111825 | GOOG-RDGZ-02111825 | Google Privacy & Terms - How Google handles government requests for user information | David Monsees |
| G0204 | GOOG-RDGZ-02111826 | GOOG-RDGZ-02111835 | My Ad Center Help - How personalized ads work | David Monsees |
| G0205 | GOOG-RDGZ-02111836 | GOOG-RDGZ-02111836 | Google Publisher Policies Help - Identifying Users | Steve Ganem |
| G0206 | GOOG-RDGZ-02111837 | GOOG-RDGZ-02111839 | If an app asks to track your activity - Apple Support | John R. Black |
| G0207 | GOOG-RDGZ-02111840 | GOOG-RDGZ-02111847 | Inrupt Privacy Policy - 2020-11-18 | Bruce Schneier |
| G0208 | GOOG-RDGZ-02111848 | GOOG-RDGZ-02111854 | Inrupt Terms of Use - 2020-11-24 | Bruce Schneier |
| G0209 | GOOG-RDGZ-02111855 | GOOG-RDGZ-02111867 | iOS 14 is available today - Apple Newsroom - 2020-09-16 | Christopher Knittel |
| G0210 | n/a | n/a | Jonathan Hochman CV (Hochman Expert Report, Appx. L - 2023-03-22) | Jonathan Hochman |
| G0211 | GOOG-RDGZ-02111868 | GOOG-RDGZ-02111868 | Legal Notice - Eco Clean Auto Detail | Anibal Rodriguez |
| G0212 | GOOG-RDGZ-02111869 | GOOG-RDGZ-02111871 | Measure screenviews - Firebase Documentation Analytics | Steve Ganem |
| G0213 | GOOG-RDGZ-02111872 | GOOG-RDGZ-02111875 | Our Privacy Principles - Google Safety Center 2023-02-22 | David Monsees |
| G0214 | GOOG-RDGZ-02111876 | GOOG-RDGZ-02111879 | Our Privacy Principles - Google Safety Center 2024-09-18 | David Monsees |
| G0215 | GOOG-RDGZ-02111880 | GOOG-RDGZ-02111881 | Personalized and non-personalized ads - Google AdMob Help Center | Steve Ganem |
| G0216 | GOOG-RDGZ-02111882 | GOOG-RDGZ-02111885 | Prepare for the future with Google Analytics 4 - Marketing Platform - 2022-03-16 | Steve Ganem |
| G0217 | GOOG-RDGZ-02111886 | GOOG-RDGZ-02111888 | Privacy and Security - Best practices to avoid sending Personally Identifiable Information (PII) - Google Help Center | Steve Ganem |
| G0218 | GOOG-RDGZ-02111889 | GOOG-RDGZ-02111889 | Privacy Policy - Eco Clean Auto Detail | Anibal Rodriguez |
| G0219 | GOOG-RDGZ-02111890 | GOOG-RDGZ-02111895 | Readability Formulas Have Even More Limitations Than Klare Discusses - Janice Redish, 2000-08 - ACM Journal of Computer Documentation | Bruce Schneier |
| G0220 | GOOG-RDGZ-02111896 | GOOG-RDGZ-02111896 | Requests for User Information FAQs - Transparency Report Help Center  2023-06-27 | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0221 | GOOG-RDGZ-02111897 | GOOG-RDGZ-02111898 | Safeguarding your data - Analytics Help | Steve Ganem |
| G0222 | GOOG-RDGZ-02111899 | GOOG-RDGZ-02111900 | Safeguarding your data - Analytics Help | Steve Ganem |
| G0223 | GOOG-RDGZ-02111901 | GOOG-RDGZ-02111903 | Set up conversions from Firebase or App Attribution Partners for App campaigns for engagement - Google Ads Help Center | Belinda Langner |
| G0224 | GOOG-RDGZ-02111904 | GOOG-RDGZ-02111910 | SKAdNetwork - Apple Developer | Christopher Knittel |
| G0225 | GOOG-RDGZ-02111911 | GOOG-RDGZ-02111925 | Source Code - ODoherty Law | Sal Cataldo |
| G0226 | GOOG-RDGZ-02111926 | GOOG-RDGZ-02111926 | Talks at Google - Video Clip | Bruce Schneier |
| G0227 | GOOG-RDGZ-02111927 | GOOG-RDGZ-02111928 | Tests Document Readability - Readability Calculator (Schneier Deposition Ex. 31) | Bruce Schneier |
| G0228 | GOOG-RDGZ-02111929 | GOOG-RDGZ-02111931 | Tests Document Readability - Readability Calculator (Schneier Deposition Ex. 33) | Bruce Schneier |
| G0229 | GOOG-RDGZ-02111932 | GOOG-RDGZ-02111937 | Use Firebase with Google Ad Mob 2025-05-18 | Steve Ganem |
| G0230 | GOOG-RDGZ-02111938 | GOOG-RDGZ-02111938 | WAA Status Table: Susan Harvey | David Monsees |
| G0231 | GOOG-RDGZ-02111939 | GOOG-RDGZ-02111940 | WAA Statuses Table: Anibal Rodriguez | David Monsees |
| G0232 | GOOG-RDGZ-02111941 | GOOG-RDGZ-02111941 | WAA Statuses Table: Julian Santiago | David Monsees |
| G0233 |  |  | Updated Appendix A to 2021-10-29 Rodriguez - Letter re Plaintiffs ADID | Plaintiffs |
| G0234 | GOOG-RDGZ-00013450 | GOOG-RDGZ-00013455 | Add Firebase to your Android Project | Steve Ganem |
| G0235 | GOOG-RDGZ-00013455 | GOOG-RDGZ-00013454 | Add Firebase to your iOS project | Steve Ganem |
| G0236 | GOOG-RDGZ-00013459 | GOOG-RDGZ-00013460 | Analytics Error Codes | Steve Ganem |
| G0237 | GOOG-RDGZ-00013461 | GOOG-RDGZ-00013465 | Archive: Firebase Analytics Terms of Service | Steve Ganem |
| G0238 | GOOG-RDGZ-00013466 | GOOG-RDGZ-00013467 | Archive: Firebase Analytics Use Policy | Steve Ganem |
| G0239 | GOOG-RDGZ-00013468 | GOOG-RDGZ-00013470 | Configure Analytics Data Collection and Usage | Steve Ganem |
| G0240 | GOOG-RDGZ-00013471 | GOOG-RDGZ-00013473 | Debugging events | Steve Ganem |
| G0241 | GOOG-RDGZ-00013474 | GOOG-RDGZ-00013475 | Enhance Search Performance | Steve Ganem |
| G0242 | GOOG-RDGZ-00013476 | GOOG-RDGZ-00013483 | Export Crashlytics Data to BigQuery | Steve Ganem |
| G0243 | GOOG-RDGZ-00013484 | GOOG-RDGZ-00013485 | Extend Google Analytics with Cloud Functions | Steve Ganem |
| G0244 | GOOG-RDGZ-00013486 | GOOG-RDGZ-00013487 | Firebase App Indexing | Steve Ganem |
| G0245 | GOOG-RDGZ-00013488 | GOOG-RDGZ-00013489 | Firebase Crashlytics | Steve Ganem |
| G0246 | GOOG-RDGZ-00013490 | GOOG-RDGZ-00013492 | Release & Monitor | Steve Ganem |
| G0247 | GOOG-RDGZ-00013493 | GOOG-RDGZ-00013495 | Get started with Firebase Crashlytics | Steve Ganem |
| G0248 | GOOG-RDGZ-00013496 | GOOG-RDGZ-00013497 | Get started with Google Analytics | Steve Ganem |
| G0249 | GOOG-RDGZ-00013498 | GOOG-RDGZ-00013499 | Get started | Steve Ganem |
| G0250 | GOOG-RDGZ-00013515 | GOOG-RDGZ-00013516 | Google Analytics for Firebase Use Policy | Steve Ganem |
| G0251 | GOOG-RDGZ-00013517 | GOOG-RDGZ-00013520 | Free and unlimited app analytics | Steve Ganem |
| G0252 | GOOG-RDGZ-00013521 | GOOG-RDGZ-00013522 | Google Analytics | Steve Ganem |
| G0253 | GOOG-RDGZ-00013523 | GOOG-RDGZ-00013525 | Log events | Steve Ganem |
| G0254 | GOOG-RDGZ-00013526 | GOOG-RDGZ-00013527 | Log User Actions | Steve Ganem |
| G0255 | GOOG-RDGZ-00013528 | GOOG-RDGZ-00013532 | Measure Ecommerce | Steve Ganem |
| G0256 | GOOG-RDGZ-00013533 | GOOG-RDGZ-00013535 | Migrate to the Latest API | Steve Ganem |
| G0257 | GOOG-RDGZ-00013536 | GOOG-RDGZ-00013537 | Refine Public Content Indexing | Steve Ganem |
| G0258 | GOOG-RDGZ-00013538 | GOOG-RDGZ-00013539 | Set a user ID | Steve Ganem |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0259 | GOOG-RDGZ-00013540 | GOOG-RDGZ-00013541 | Set User Properties | Steve Ganem |
| G0260 | GOOG-RDGZ-00013542 | GOOG-RDGZ-00013543 | Terms Service for Firebase Services | Steve Ganem |
| G0261 | GOOG-RDGZ-00013544 | GOOG-RDGZ-00013545 | Test your implementation | Steve Ganem |
| G0262 | GOOG-RDGZ-00013546 | GOOG-RDGZ-00013547 | Track Screenviews | Steve Ganem |
| G0263 | GOOG-RDGZ-00013548 | GOOG-RDGZ-00013550 | Use Analytics in a WebView | Steve Ganem |
| G0264 | GOOG-RDGZ-00013551 | GOOG-RDGZ-00013554 | Use Google Analytics to get metrics for crash reports | David Monsees |
| G0265 | GOOG-RDGZ-02111199 | GOOG-RDGZ-02111200 | Google Account - Activity Controls | David Monsees |
| G0266 | GOOG-RDGZ-02111201 | GOOG-RDGZ-02111203 | Google Account Help - Find and control your web & app activity | David Monsees |
| G0267 | GOOG-RDGZ-02111204 | GOOG-RDGZ-02111204 | Privacy & Terms - How Google uses information from sites or apps that use our services | David Monsees |
| G0268 | GOOG-RDGZ-00000081 | GOOG-RDGZ-00000081 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0269 | GOOG-RDGZ-00000082 | GOOG-RDGZ-00000082 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0270 | GOOG-RDGZ-00000083 | GOOG-RDGZ-00000083 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0271 | GOOG-RDGZ-00000086 | GOOG-RDGZ-00000086 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0272 | GOOG-RDGZ-00000091 | GOOG-RDGZ-00000091 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0273 | GOOG-RDGZ-00000095 | GOOG-RDGZ-00000095 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0274 | GOOG-RDGZ-00000097 | GOOG-RDGZ-00000097 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0275 | GOOG-RDGZ-00000098 | GOOG-RDGZ-00000098 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0276 | GOOG-RDGZ-00000101 | GOOG-RDGZ-00000101 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0277 | GOOG-RDGZ-00000102 | GOOG-RDGZ-00000102 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0278 | GOOG-RDGZ-00000104 | GOOG-RDGZ-00000104 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0279 | GOOG-RDGZ-00000105 | GOOG-RDGZ-00000105 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0280 | GOOG-RDGZ-00000109 | GOOG-RDGZ-00000109 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0281 | GOOG-RDGZ-00000110 | GOOG-RDGZ-00000110 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0282 | GOOG-RDGZ-00000111 | GOOG-RDGZ-00000111 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0283 | GOOG-RDGZ-00000112 | GOOG-RDGZ-00000112 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0284 | GOOG-RDGZ-00000113 | GOOG-RDGZ-00000113 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0285 | GOOG-RDGZ-00000116 | GOOG-RDGZ-00000116 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0286 | GOOG-RDGZ-00000118 | GOOG-RDGZ-00000118 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0287 | GOOG-RDGZ-00000120 | GOOG-RDGZ-00000120 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0288 | GOOG-RDGZ-00000122 | GOOG-RDGZ-00000122 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0289 | GOOG-RDGZ-00000125 | GOOG-RDGZ-00000125 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0290 | GOOG-RDGZ-00000126 | GOOG-RDGZ-00000126 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0291 | GOOG-RDGZ-00000128 | GOOG-RDGZ-00000128 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0292 | GOOG-RDGZ-00000129 | GOOG-RDGZ-00000129 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0293 | GOOG-RDGZ-00000130 | GOOG-RDGZ-00000130 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0294 | GOOG-RDGZ-00000131 | GOOG-RDGZ-00000131 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0295 | GOOG-RDGZ-00000133 | GOOG-RDGZ-00000133 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0296 | GOOG-RDGZ-00000134 | GOOG-RDGZ-00000134 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0297 | GOOG-RDGZ-00000135 | GOOG-RDGZ-00000135 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0298 | GOOG-RDGZ-00000138 | GOOG-RDGZ-00000138 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0299 | GOOG-RDGZ-00000146 | GOOG-RDGZ-00000146 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0300 | GOOG-RDGZ-00000150 | GOOG-RDGZ-00000150 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0301 | GOOG-RDGZ-00000152 | GOOG-RDGZ-00000152 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0302 | GOOG-RDGZ-00000153 | GOOG-RDGZ-00000153 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0303 | GOOG-RDGZ-00000156 | GOOG-RDGZ-00000156 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0304 | GOOG-RDGZ-00000157 | GOOG-RDGZ-00000157 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0305 | GOOG-RDGZ-00000158 | GOOG-RDGZ-00000158 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0306 | GOOG-RDGZ-00000159 | GOOG-RDGZ-00000159 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0307 | GOOG-RDGZ-00000160 | GOOG-RDGZ-00000160 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0308 | GOOG-RDGZ-00000162 | GOOG-RDGZ-00000162 | Historic version of Find & control your Web & App Activity | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0309 | GOOG-RDGZ-00000167 | GOOG-RDGZ-00000167 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0310 | GOOG-RDGZ-00000168 | GOOG-RDGZ-00000168 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0311 | GOOG-RDGZ-00000169 | GOOG-RDGZ-00000169 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0312 | GOOG-RDGZ-00000171 | GOOG-RDGZ-00000171 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0313 | GOOG-RDGZ-00000173 | GOOG-RDGZ-00000173 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0314 | GOOG-RDGZ-00000179 | GOOG-RDGZ-00000179 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0315 | GOOG-RDGZ-00000182 | GOOG-RDGZ-00000182 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0316 | GOOG-RDGZ-00000183 | GOOG-RDGZ-00000183 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0317 | GOOG-RDGZ-00000185 | GOOG-RDGZ-00000185 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0318 | GOOG-RDGZ-00000186 | GOOG-RDGZ-00000186 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0319 | GOOG-RDGZ-00000189 | GOOG-RDGZ-00000189 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0320 | GOOG-RDGZ-00000191 | GOOG-RDGZ-00000191 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0321 | GOOG-RDGZ-00000197 | GOOG-RDGZ-00000197 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0322 | GOOG-RDGZ-00000198 | GOOG-RDGZ-00000198 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0323 | GOOG-RDGZ-00000202 | GOOG-RDGZ-00000202 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0324 | GOOG-RDGZ-00000206 | GOOG-RDGZ-00000206 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0325 | GOOG-RDGZ-00000207 | GOOG-RDGZ-00000207 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0326 | GOOG-RDGZ-00000210 | GOOG-RDGZ-00000210 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0327 | GOOG-RDGZ-00000211 | GOOG-RDGZ-00000211 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0328 | GOOG-RDGZ-00000212 | GOOG-RDGZ-00000212 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0329 | GOOG-RDGZ-00000215 | GOOG-RDGZ-00000215 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0330 | GOOG-RDGZ-00000218 | GOOG-RDGZ-00000218 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0331 | GOOG-RDGZ-00000225 | GOOG-RDGZ-00000225 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0332 | GOOG-RDGZ-00000227 | GOOG-RDGZ-00000227 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0333 | GOOG-RDGZ-00000231 | GOOG-RDGZ-00000231 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0334 | GOOG-RDGZ-00000232 | GOOG-RDGZ-00000232 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0335 | GOOG-RDGZ-00000235 | GOOG-RDGZ-00000235 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0336 | GOOG-RDGZ-00000237 | GOOG-RDGZ-00000237 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0337 | GOOG-RDGZ-00000239 | GOOG-RDGZ-00000239 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0338 | GOOG-RDGZ-00000240 | GOOG-RDGZ-00000240 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0339 | GOOG-RDGZ-00000241 | GOOG-RDGZ-00000241 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0340 | GOOG-RDGZ-00000242 | GOOG-RDGZ-00000242 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0341 | GOOG-RDGZ-00000244 | GOOG-RDGZ-00000244 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0342 | GOOG-RDGZ-00000245 | GOOG-RDGZ-00000245 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0343 | GOOG-RDGZ-00000246 | GOOG-RDGZ-00000246 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0344 | GOOG-RDGZ-00000247 | GOOG-RDGZ-00000247 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0345 | GOOG-RDGZ-00000248 | GOOG-RDGZ-00000248 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0346 | GOOG-RDGZ-00000249 | GOOG-RDGZ-00000249 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0347 | GOOG-RDGZ-00000250 | GOOG-RDGZ-00000250 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0348 | GOOG-RDGZ-00000252 | GOOG-RDGZ-00000252 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0349 | GOOG-RDGZ-00000253 | GOOG-RDGZ-00000253 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0350 | GOOG-RDGZ-00000259 | GOOG-RDGZ-00000259 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0351 | GOOG-RDGZ-00000261 | GOOG-RDGZ-00000261 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0352 | GOOG-RDGZ-00000263 | GOOG-RDGZ-00000263 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0353 | GOOG-RDGZ-00000264 | GOOG-RDGZ-00000264 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0354 | GOOG-RDGZ-00000266 | GOOG-RDGZ-00000266 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0355 | GOOG-RDGZ-00000268 | GOOG-RDGZ-00000268 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0356 | GOOG-RDGZ-00000269 | GOOG-RDGZ-00000269 | Historic version of Find & control your Web & App Activity | David Monsees |

| Exhibit Ref. # | Begin Bates | End Bates | Description | Trial Witness |
|---|---|---|---|---|
| G0357 | GOOG-RDGZ-00000273 | GOOG-RDGZ-00000273 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0358 | GOOG-RDGZ-00000275 | GOOG-RDGZ-00000275 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0359 | GOOG-RDGZ-00000276 | GOOG-RDGZ-00000276 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0360 | GOOG-RDGZ-00000277 | GOOG-RDGZ-00000277 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0361 | GOOG-RDGZ-00000282 | GOOG-RDGZ-00000282 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0362 | GOOG-RDGZ-00000284 | GOOG-RDGZ-00000284 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0363 | GOOG-RDGZ-00000287 | GOOG-RDGZ-00000287 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0364 | GOOG-RDGZ-00000289 | GOOG-RDGZ-00000289 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0365 | GOOG-RDGZ-00000290 | GOOG-RDGZ-00000290 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0366 | GOOG-RDGZ-00000292 | GOOG-RDGZ-00000292 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0367 | GOOG-RDGZ-00000294 | GOOG-RDGZ-00000294 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0368 | GOOG-RDGZ-00000295 | GOOG-RDGZ-00000295 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0369 | GOOG-RDGZ-00000297 | GOOG-RDGZ-00000297 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0370 | GOOG-RDGZ-00000299 | GOOG-RDGZ-00000299 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0371 | GOOG-RDGZ-00000301 | GOOG-RDGZ-00000301 | Historic version of Find & control your Web & App Activity (partial page) | David Monsees |
| G0372 | GOOG-RDGZ-00000921 | GOOG-RDGZ-00000921 | Historic version of Find & control your Web & App Activity | David Monsees |
| G0373 | n/a | n/a | FloodIt Demo (http://flood-it.app/?utm_source=partners&utm_medium=affiliate&utm_campaign=data%20share%20article&utm_content=first%20link_) | Steve Ganem |
| G0374 | n/a | n/a | Demo Account in Google Analytics (https://www.youtube.com/watch?v=h9bqUZP6AB0) | Steve Ganem |
| G0375 | n/a | n/a | Google Analytics FloodIt! Demo, available to jurors via laptop. | Steve Ganem |

| Charts/Summaries/Diagrams: |
|---|
| 2025-06-16 Summary of Plaintiffs WAA and sWAA Statuses |
| 2025-06-16 Diagram of Activity Controls Disclosures |
| 2025-06-16 Diagram of Ads Attribution |
| 2025-06-16 Diagram of Data Flow Process From GA4F to Google |
| 2025-06-16 Google Analytics Terms of Service |
| 2025-06-16 Google Privacy Policies & Key Terms |
| 2025-06-16 Google's Help Center Pages |
| 2025-06-16 How Google uses information from sites or apps that use our services compilation |
| 2025-06-16 Summary of Data Collection Disclosures for Screenwise Panel Program |
| 2025-06-16 Summary of Definitions from Google's Privacy Policies and Key Terms Page |
| 2025-06-16 Summary of Internal Policies on the Use of Fingerprinting |
| 2025-06-16 Summary of Language from Every GA4F ToS re Disclosing Use of GA and Not Sharing PII |