# EXHIBIT C

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>mmao@bsfllp.com<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br><br>**SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>bcarmody@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>jyanchunis@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **COOLEY LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>bhur@cooley.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>sagnolucci@cooley.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>esantacana@cooley.com<br>ARGEMIRA FLOREZ (SBN: 331153)<br>aflorez@cooley.com<br>HARRIS MATEEN (SBN 335593)<br>hmateen@cooley.com<br>3 Embarcadero Center, 20th Floor San Francisco, California 94111-4004<br>Telephone: (415) 693-2000<br><br>*Counsel for Defendant Google LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>    v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 3:20-cv-04688-RS<br><br>**JOINT WITNESS LIST**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to the Court's January 9, 2025 Order (Dkt. 446), the Court's November 30, 2023 Standing Order Re: Guidelines for Final Pretrial Conference in Civil Jury Cases, and in advance of the Pretrial Conference set for July 23, 2025, Plaintiffs and Defendant Google LLC jointly submit this witness list identifying (1) all fact witnesses likely to be called at trial other than solely for impeachment or rebuttal and (2) all expert witnesses. These lists are not a commitment that the either of the parties will in fact call any particular witness at trial but rather reflect a good-faith effort by the parties to identify witnesses they presently anticipate they will (or in some limited cases may) call to testify at trial in this matter, as well as the manner in which the witnesses will appear (*i.e.*, live or by deposition).

I. **PLAINTIFFS' WITNESS LIST**

Plaintiffs' list of fact witnesses includes current and former Google employees based on the assumption that the parties will be able to reach an agreement regarding the admission of documents produced by Google. Plaintiffs reserve the right to add additional current and former Google employees to this list, including if the parties are unable to reach such an agreement.

| Plaintiffs' Fact Witnesses | | |
|---|---|---|
| **Witness Name** | **Substance of Testimony** | **Format** |
| Cataldo, Sal | As one of the appointed class representatives, Mr. Cataldo will testify about his experience with the relevant Google controls and Google data collection during the relevant class period. | Live / Will Call |
| Harvey, Susan Lynn | As one of the appointed class representatives, Ms. Harvey will testify about her experience with the relevant Google controls and Google data collection during the relevant class period. | Live / Will Call |
| Rodriguez, Anibal | As one of the appointed class representatives, Mr. Rodriguez will testify about his experience with the relevant Google controls and Google data collection during the relevant class period. | Live / Will Call |
| Santiago, Julian | As one of the appointed class representatives, Mr. Santiago will testify about his experience with the relevant Google controls and Google data collection during the relevant class period. | Live / Will Call |
| Heft-Luthy, Sam | Mr. Heft-Luthy is a former Google employee based in the Bay Area who was deposed in this case. Plaintiffs intend to call Mr. Heft-Luthy both to present documents and certain admissions regarding Google's conduct during the class period. | Live / Will Call |
| Kearns, Jason Craig | Mr. Kearns is a current Google employee based in London who was deposed in this case. Plaintiffs may call Mr. Kearns (either by deposition or live) both to present documents and certain admissions regarding Google's conduct during the class period. | Live or by Depo / May Call |

| | | | |
|---|---|---|---|
| Lemoine, Blake | Mr. Lemoine is a former Google employee who resides outside the Bay Area who was deposed in the *Brown*[1] matter, and whose deposition testimony in that *Brown* action has been referenced and relied upon in this action, including summary judgment without objection from Google. Plaintiffs may present portions of Mr. Lemoine's deposition testimony at trial, including with respect to his admissions regarding Google's collection and use of data when (s)WAA is turned off. | Depo / May Call |
| Monsees, David | Mr. Monsees is a current Google employee based in the Bay Area who was deposed in this case. Plaintiffs intend to call Mr. Monsees both to present documents and certain admissions regarding Google's conduct during the class period. | Live / Will Call |
| Miraglia, Eric | Mr. Miraglia is a former Google employee based in Colorado who was deposed in this case. Plaintiffs may call Mr. Miraglia (by deposition) both to present documents and certain admissions regarding Google's conduct during the class period. | Depo / May Call |
| Pichai, Sundar | Mr. Sundar is the current CEO of Google who testified before Congress about Google's practices related to user privacy and was involved with the conduct and decisions challenged with this class action lawsuit. If allowed by the Court, Plaintiffs would call Mr. Pichai for the purpose of presenting documents and certain admissions regarding Google's conduct during the class period. | Reserve right to call |
| Ruemmler, Christopher | Mr. Ruemmler is a current Google employee based in the Bay Area who was deposed in this case. Plaintiffs intend to call Mr. Ruemmler both to present documents and certain admissions regarding Google's conduct during the class period. | Live / Will Call |
| Google document custodians | If necessary and subject to negotiation with Google, Plaintiffs may call a Google document custodian for purposes of presenting and admitting certain documents produced by Google. | Live / May Call |

---

[1] *Brown v. Google LLC*, Case No.: 4:20-cv-3664-YGR (N.D. Cal.).

| Plaintiffs' Expert Witnesses | | |
|---|---|---|
| **Witness Name** | **Substance of Testimony** | **Format** |
| Hochman, Jonathan | Jonathan Hochman is a lecturer at Yale, a co-founder of Alchemist Associates, a co-founder of UNS, and founder of Hochman Consultants. He also worked as a teaching fellow at Yale. Mr. Hochman will testify about the matters detailed in his expert reports and discussed during his deposition, including the technical processes by which Google during the class period collected, saved, and used app activity information while class members had (s)WAA turned off. | Live / Will Call |
| Keegan, Mark | Mark Keegan is a survey expert who has personally conducted over 1,000 consumer surveys reaching more than 250,000 consumers. Mr. Keegan will testify about the matters detailed in his expert reports and discussed during his deposition, including the survey he conducted for this case. | Live / Will Call |
| Lasinski, Michael | Michael Lasinski is a Certified Public Accountant with many years of experience evaluating the financial aspects of intellectual property for government entities, corporations, and law firms. Mr. Lasinski will testify about the matters detailed in his expert reports and discussed during his deposition, including his models and monetary relief inputs and quantifications. | Live / Will Call |
| Schneier, Bruce | Professor Bruce Schneier, a lecturer and fellow at the Harvard Kennedy School, is a security technologist who researches, writes, and speaks about computer security and Internet security, as well as the economic, psychological, and sociological aspects of security and privacy. Professor Schneier studies user behavior and human factors related to security and privacy, and his 2014 book Data and Goliath explores people's relationship with privacy and their behaviors regarding privacy. Professor Schneier will testify about the matters detailed in his expert reports and discussed during his deposition, including in terms of provide context for the existence of reasonable expectations of privacy in connection with app activity information and why Google's collection, storage, and use of that information is highly offensive. | Live / Will Call |

## II. GOOGLE'S WITNESS LIST

| Google's Fact Witnesses | |
|---|---|
| **Witness Name** | **Statement of the Substance of Testimony** |
| Steve Ganem | Mr. Ganem will offer testimony about the functionality of Google Analytics for Firebase; the collection and use of data by Google Analytics for Firebase; the benefits Google Analytics for Firebase provides to the users of apps; the integration of Google Analytics with Firebase and the Terms of Service and Use Policy relating to Google Analytics for Firebase throughout the Class Period. |
| David Monsees | Mr. Monsees will offer testimony about the collection and use of data by Web & App Activity ("WAA"); Google's disclosures to users relating to WAA, including in the Google Account Setup flow; and Google's Privacy Policies throughout the Class Period, including as they relate to WAA. |
| Belinda Langner | Ms. Langner will offer testimony about Google's use of app-activity data collected through Google Analytics for Firebase for purposes of targeting advertisements and deriving revenue through advertising. |
| Christopher Ruemmler | Mr. Ruemmler will offer testimony about the context of the concerns he expressed about the WAA setting. |
| **Google's Expert Witnesses** | |
| John Black | Dr. Black will offer testimony consistent with his rebuttal opinions on Google's technology and its collection, use, and storage of sWAA-off data consistent with his opinions in his May 31, 2023 report. |
| Donna Hoffman | Dr. Hoffman will offer testimony consistent with her rebuttal opinions on online consumer behavior in technology environments, including the consumer response to user interface design, and the concept of "Dark Patterns" as outlined in her May 31, 2023 and March 24, 2025 expert reports served in this matter. |
| Anindya Ghose | Dr. Ghose will offer testimony consistent with his opinions on Mr. Lasinski's analysis of "actual damages" in this litigation, as outlined in his May 31, 2023 expert report. |
| Christopher Knittel | Dr. Knittel will offer testimony consistent with his rebuttal opinions on Mr. Lasinski's methodologies for calculating class-wide damages, including disgorgement of profit and "actual" damages, as outlined in his May 31, 2023 expert report. |

## SIGNATURE BLOCKS

| | |
|---|---|
| Dated: June 24, 2025 | Dated: June 24, 2025 |
| **BOIES SCHILLER FLEXNER LLP** | **COOLEY LLP** |
| By: */s/ Mark C. Mao* | By: */s/ Benedict Y. Hur* |
| David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com | BENEDICT Y. HUR (SBN: 224018)<br>bhur@cooley.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>sagnolucci@cooley.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>esantacana@cooley.com |
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com | ARGEMIRA FLOREZ (SBN: 331153)<br>aflorez@cooley.com<br>HARRIS MATEEN (SBN 335593)<br>hmateen@cooley.com<br>3 Embarcadero Center, 20th Floor San Francisco, California 94111-4004<br>Telephone: (415) 693-2000 |
| James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com | *Counsel for Defendant Google LLC* |
| Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | |
| **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley (admitted *pro hac vice*)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com | |

| | |
|---|---|
| 1 | sshepard@susmangodfrey.com |
| | afrawley@susmangodfrey.com |
| 2 | rsila@susmangodfrey.com |
| 3 | Amanda K. Bonn, CA Bar No. 270891 |
| | 1900 Avenue of the Stars, Suite 1400 |
| 4 | Los Angeles, CA 90067 |
| | Tel.: (310) 789-3100 |
| 5 | abonn@susmangodfrey.com |
| 6 | **MORGAN & MORGAN** |
| 7 | John A. Yanchunis (admitted *pro hac vice*) |
| | Ryan J. McGee (admitted *pro hac vice*) |
| 8 | Michael F. Ram, CA Bar No. 104805 |
| | 201 N. Franklin Street, 7th Floor |
| 9 | Tampa, FL 33602 |
| | Tel.: (813) 223-5505 |
| 10 | jyanchunis@forthepeople.com |
| 11 | rmcgee@forthepeople.com |
| | mram@forthepeople.com |
| 12 | |
| 13 | *Counsel for Plaintiffs* |

## ATTESTATION

I, Mark Mao, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: June 24, 2025                                By:  /s/ Mark Mao