| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' OMNIBUS MOTIONS *IN LIMINE***<br><br>The Honorable Richard Seeborg |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Omnibus Motions *in Limine* (Dkt. 518). For the reasons that follow, the Court GRANTS Plaintiffs' motions *in limine*.

**Plaintiffs' Motion *in Limine* No. 1**. Having considered the parties' papers in support of and in opposition to Plaintiffs' motion *in limine* number one, arguments of counsel, and all other matters properly considered by this Court, the Court GRANTS Plaintiffs' first motion *in limine*. IT IS HEREBY ORDERED that evidence or argument concerning Plaintiffs' counsel's compensation, including the manner or amount of such compensation or that any such compensation may come from a percentage of the recovery in this case, is excluded from the jury in the above-captioned matter.

**Plaintiffs' Motion *in Limine* No. 2**. Having considered the parties' papers in support of and in opposition to Plaintiffs' motion *in limine* number two, arguments of counsel, and all other matters properly considered by this Court, the Court GRANTS Plaintiffs' second motion *in limine*. IT IS HEREBY ORDERED that argument that this matter is lawyer driven is excluded from the jury in the above-captioned matter.

**Plaintiffs' Motion *in Limine* No. 3**. Having considered the parties' papers in support of and in opposition to Plaintiffs' motion *in limine* number three, arguments of counsel, and all other matters properly considered by this Court, the Court GRANTS Plaintiffs' third motion *in limine*. IT IS HEREBY ORDERED that argument concerning the size, profitability, or type of work done by counsel is excluded from the jury in the above-captioned matter.

**Plaintiffs' Motion *in Limine* No. 4**. Having considered the parties' papers in support of and in opposition to Plaintiffs' motion *in limine* number four, arguments of counsel, and all other matters properly considered by this Court, the Court GRANTS Plaintiffs' fourth motion *in limine*. IT IS HEREBY ORDERED that evidence and argument concerning former plaintiffs who voluntarily dismissed their claims before trial—including Google's proposed exhibits G114–16, G118–19, G123–25, G127–28, G132–35, G137, G153–54—are excluded from the jury in the above-captioned matter.

1 **Plaintiffs' Motion *in Limine* No. 5**. Having considered the parties' papers in support of and in opposition to Plaintiffs' motion *in limine* number five, arguments of counsel, and all other matters properly considered by this Court, the Court GRANTS Plaintiffs' fifth motion *in limine*. IT IS HEREBY ORDERED that evidence or argument concerning the procedural history of this case—including the complaint, rulings on motions to dismiss, and any allegations made before trial—is excluded from the jury in the above-captioned matter.

**Plaintiffs' Motion *in Limine* No. 6**. Having considered the parties' papers in support of and in opposition to Plaintiffs' motion *in limine* number six, arguments of counsel, and all other matters properly considered by this Court, the Court GRANTS Plaintiffs' sixth motion *in limine*. IT IS HEREBY ORDERED that argument concerning the purpose of or legislative intent behind California's Comprehensive Computer Data Access and Fraud Act ("CDAFA")—including arguments that CDAFA is an "anti-hacking" statute—is excluded from the jury in the above-captioned matter.

**Plaintiffs' Motion *in Limine* No. 7**. Having considered the parties' papers in support of and in opposition to Plaintiffs' motion *in limine* number seven, arguments of counsel, and all other matters properly considered by this Court, the Court GRANTS Plaintiffs' seventh motion *in limine*. IT IS HEREBY ORDERED that evidence that app developers consented to sharing data with Google and argument that app developers' agreements with Google can establish consent or permission for purposes of Plaintiffs' claims are excluded from the jury in the above-captioned matter.

**Plaintiffs' Motion *in Limine* No. 8**. Having considered the parties' papers in support of and in opposition to Plaintiffs' motion *in limine* number eight, arguments of counsel, and all other matters properly considered by this Court, the Court GRANTS Plaintiffs' eighth motion *in limine*. IT IS HEREBY ORDERED that evidence that Plaintiffs continued using Google services (and apps that use Google services) after filing this lawsuit, and argument that such continued use is relevant to any of Plaintiffs' claims or Google's defenses, are excluded from the jury in the above-captioned matter.

**IT IS SO ORDERED.**

DATED: _____   _____
Honorable Richard Seeborg
Chief United States District Judge