UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.
individually and on behalf of all others
similarly situated,

Plaintiff,

v.

GOOGLE LLC, et al.,

Defendant.

Case No. 3:20-CV-04688-RS

**MOTION TO SUBSTITUTE
LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) GOOGLE LLC, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Cooley LLP - Benedict Y. Hur, Simona Agnolucci, Eduardo E. Santacana, Argemira Florez, Harris Mateen, Isabella McKinley Corbo

Name(s) of counsel withdrawing from representation and firm name:
The counsel listed above are no longer associated with Willkie Farr & Gallagher LLP.

Date: June 24, 2025

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: June 25, 2025

RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE