| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>mmao@bsfllp.com<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br><br>**SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>bcarmody@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>jyanchunis@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **COOLEY LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>bhur@cooley.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>sagnolucci@cooley.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>esantacana@cooley.com<br>ARGEMIRA FLOREZ (SBN: 331153)<br>aflorez@cooley.com<br>HARRIS MATEEN (SBN 335593)<br>hmateen@cooley.com<br>3 Embarcadero Center, 20th Floor San Francisco, California 94111-4004<br>Telephone: (415) 693-2000<br><br>*Counsel for Defendant Google LLC* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-04688-RS<br><br>**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME TO OPPOSE THE MOTIONS *IN LIMINE***<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs")
2  and Defendant Google LLC ("Google"), collectively the "Parties," submit this joint stipulation.
3  WHEREAS, on June 23, 2025, the Court continued the Parties' Final Pretrial Conference
4  for one week to July 30, 2025 at 9:30 AM;
5  WHEREAS, under the existing schedule, the Parties filed their motions in limine on June
6  24, 2025 and must file any brief opposing the motions *in limine* on or before July 3, 2025;
7  WHEREAS, Google filed twelve motions in *limine*;
8  WHEREAS, Plaintiffs now seek a one-week extension for the Parties to file responses in
9  opposition to the motions *in limine* from July 3, 2025 to July 10, 2025;
10  WHEREAS, Google does not oppose Plaintiffs' request;
11  WHEREAS, the existing schedule does not allow for reply briefs, and there will be no reply
12  briefs to either Party's motions in *limine;*
13  WHEREAS, the Parties are also actively meeting and conferring to hopefully resolve some
14  of the motions and reduce some burden on the Court;
15  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
16  parties, to request the Court for a one-week extension to respond to the extensive briefing on the
17  motions *in limine* by July 10, 2025.
18  A Proposed Order is Submitted concurrently herewith.
19  IT IS SO STIPULATED.

20  Dated: June 27, 2025                                  Dated: June 27, 2025
21  **BOIES SCHILLER FLEXNER LLP**                        **COOLEY LLP**
22  By:   */s/ Mark C. Mao*                               By:   */s/ Eduardo E. Santacana*
23  David Boies (admitted *pro hac vice*)                 BENEDICT Y. HUR (SBN: 224018)
    333 Main Street                                       bhur@cooley.com
24  Armonk, NY 10504                                      SIMONA AGNOLUCCI (SBN: 246943)
    Tel.: (914) 749-8200                                  sagnolucci@cooley.com
25  dboies@bsfllp.com                                     EDUARDO E. SANTACANA (SBN: 281668)
                                                          esantacana@cooley.com
26  Mark C. Mao, CA Bar No. 236165                        ARGEMIRA FLOREZ (SBN: 331153)
    Beko Reblitz-Richardson, CA Bar No. 238027            aflorez@cooley.com
27  44 Montgomery St., 41st Floor                         HARRIS MATEEN (SBN 335593)
28

1  San Francisco, CA 94104
   Tel.: (415) 293-6800
2  mmao@bsfllp.com
   brichardson@bsfllp.com
3
   James Lee (admitted *pro hac vice*)
4  Rossana Baeza (admitted *pro hac vice*)
   100 SE 2nd St., 28th Floor
5  Miami, FL 33131
   Tel.: (305) 539-8400
6  jlee@bsfllp.com
   rbaeza@bsfllp.com
7
   Alison L. Anderson, CA Bar No. 275334
8  M. Logan Wright, CA Bar No. 349004
   2029 Century Park East, Suite 1520
9  Los Angeles, CA 90067
   Tel.: (213) 995-5720
10 alanderson@bsfllp.com
   mwright@bsfllp.com
11
   **SUSMAN GODFREY L.L.P.**
12 Bill Carmody (admitted *pro hac vice*)
   Shawn J. Rabin (admitted *pro hac vice*)
13 Steven M. Shepard (admitted *pro hac vice*)
   Alexander P. Frawley (admitted *pro hac vice*)
14 Ryan Sila (admitted pro hac vice)
   One Manhattan West, 50th Floor
15 New York, NY 10001
   Tel.: (212) 336-8330
16 bcarmody@susmangodfrey.com
   srabin@susmangodfrey.com
17 sshepard@susmangodfrey.com
   afrawley@susmangodfrey.com
18 rsila@susmangodfrey.com

19 Amanda K. Bonn, CA Bar No. 270891
   1900 Avenue of the Stars, Suite 1400
20 Los Angeles, CA 90067
   Tel.: (310) 789-3100
21 abonn@susmangodfrey.com

22 **MORGAN & MORGAN**
   John A. Yanchunis (admitted *pro hac vice*)
23 Ryan J. McGee (admitted *pro hac vice*)
   Michael F. Ram, CA Bar No. 104805
24 201 N. Franklin Street, 7th Floor
   Tampa, FL 33602
25 Tel.: (813) 223-5505
   jyanchunis@forthepeople.com
26 rmcgee@forthepeople.com
   mram@forthepeople.com
27
   *Counsel for Plaintiffs*
28

hmateen@cooley.com
3 Embarcadero Center, 20th Floor San
Francisco, California 94111-4004
Telephone: (415) 693-2000

*Counsel for Defendant Google LLC*

**ATTESTATION**

I, Mark Mao, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  June 27, 2025                               By:  */s/ Mark C. Mao*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-04688-RS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING TO EXTEND TIME TO RESPOND TO MOTIONS *IN LIMINE*** <br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to the stipulation of the Parties, the Court hereby **ORDERS** that the Parties' responses in opposition to the motions *in limine* are now due by July 10, 2025.

**IT IS SO ORDERED.**

Dated: _____

                                                  **The Honorable Richard Seeborg**
                                                  Chief Judge of the U.S. District Court for the Northern District of California