**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 3:20-cv-04688-RS<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING TO EXTEND TIME TO RESPOND TO MOTIONS *IN LIMINE*<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to the stipulation of the Parties, the Court hereby **ORDERS** that the Parties' responses in opposition to the motions *in limine* are now due by July 10, 2025.

**IT IS SO ORDERED.**

Dated: June 27, 2025

_____
The Honorable Richard Seeborg
Chief Judge of the U.S. District Court for the
Northern District of California