| | |
|---|---|
| 1 | COOLEY LLP |
| | BENEDICT Y. HUR (224018) |
| 2 | (bhur@cooley.com) |
| | SIMONA AGNOLUCCI (246943) |
| 3 | (sagnolucci@cooley.com) |
| | EDUARDO E. SANTACANA (281668) |
| 4 | (esantacana@cooley.com) |
| | ARGEMIRA FLÓREZ (331153) |
| 5 | (aflorez@cooley.com) |
| | HARRIS MATEEN (335593) |
| 6 | (hmateen@cooley.com) |
| | ISABELLA MCKINLEY CORBO (346226) |
| 7 | (icorbo@cooley.com) |
| | 3 Embarcadero Center, 20th Floor |
| 8 | San Francisco, California 94111-4004 |
| | Telephone: +1 415 693 2000 |
| 9 | Facsimile: +1 415 693 2222 |
| 10 | Attorneys for Defendant |
| | Google LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated, | Case No. 3:20-CV-04688-RS |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | Date: July 30, 2025 |
| GOOGLE LLC, | Time: 09:30 A.M. |
| | Courtroom: 3, 17th Floor, SF |
| Defendant. | Judge: Hon. Richard Seeborg |
| | Date Action Filed: July 14, 2025 |
| | Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN. MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE
SEALED; 3:20-CV-04688-RS

Pursuant to Civil Local Rule 79-5, Google LLC ("Google") respectfully asks the Court to consider whether Plaintiffs' material should be sealed. The material, noted in the below chart, is included within Google's Opposition to Plaintiffs' Omnibus Motions in Limine.

| Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
| --- | --- | --- |
| Google's Opposition to Plaintiffs' Omnibus Motions in Limine<br><br>Portions | Plaintiffs | Refers to material designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Excerpts of Deposition Transcript of Julian Santiago<br><br>Entirety<br><br>Attached as Exhibit B to the Santacana Declaration in Support of Google's Opposition to Plaintiffs' Omnibus Motions in Limine | Plaintiffs | Designated "Confidential" by Plaintiffs pursuant to the Protective Order |
| Excerpts of Deposition Transcript of Anibal Rodriguez<br><br>Entirety<br><br>Attached as Exhibit D to the Santacana Declaration in Support of Google's Opposition to Plaintiffs' Omnibus Motions in Limine | Plaintiffs | Designated "Confidential" by Plaintiffs pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs, as the Designating Party, bear the responsibility to establish that their designated material is sealable.

| | |
|---|---|
| Dated: July 10, 2025 | COOLEY LLP |
| | By: */s/ Eduardo E. Santacana*<br>Benedict Y. Hur<br>Simona Agnolucci<br>Eduardo Santacana<br>Argemira Flórez<br>Harris Mateen<br>Isabella McKinley Corbo<br><br>*Attorneys for Defendant*<br>*Google LLC* |