COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' OMNIBUS MOTIONS IN LIMINE**<br><br>Date:          July 30, 2025<br>Time:          09:30 A.M.<br>Courtroom:   3, 17th Floor, SF<br>Judge:         Hon. Richard Seeborg<br><br>Date Action Filed:   July 14, 2025<br>Trial Date:             August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF EDUARDO E. SANTACANA ISO
GOOGLE LLC'S OPPOSITION TO PLAINTIFFS'
OMNIBUS MILS; 3:20-CV-04688-RS

I, Eduardo E. Santacana, declare that:

1. I am a licensed attorney in California and a partner at Cooley LLP, located at 3 Embarcadero Center, San Francisco, California 94111. I am counsel of record for Defendant Google LLC ("Google") in this action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Opposition to Plaintiffs' Omnibus Motions in Limine (ECF No. 518).

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition of Sal Cataldo taken on February 17, 2022.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition of Julian Santiago taken on March 7, 2022.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition of Susan Harvey taken on October 27, 2022.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts of the deposition of Anibal Rodriguez taken on October 16, 2022.

7. Attached hereto as Exhibit E is a true and correct copy of Anibal Rodriguez's Response to Google's Interrogatory No. 6 dated July 13, 2022.

8. On June 24, 2025, Plaintiffs' counsel sent Google's counsel a draft of the Pretrial Statement announcing Plaintiff Sal Cataldo's intention to voluntarily dismiss his claims.

9. On July 7, July 8, and July 9, 2025, Google sent emails to Plaintiffs' counsel to request assurances that Mr. Sal Cataldo would be available to attend trial. A true and correct copy of that email correspondence is attached hereto as Exhibit F. In Google's email on July 9, Google's counsel included a subpoena for Mr. Cataldo requesting his attendance at trial. Plaintiffs' counsel did not respond to these emails.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

DECL. OF EDUARDO E. SANTACANA ISO
GOOGLE LLC'S OPPOSITION TO PLAINTIFFS'
OMNIBUS MILS; 3:20-CV-04688-RS

1  Dated: July 10, 2025

COOLEY LLP

By: /s/ *Eduardo E. Santacana*
Eduardo Santacana

Attorney for Defendant
Google LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

DECL. OF EDUARDO E. SANTACANA ISO
GOOGLE LLC'S OPPOSITION TO PLAINTIFFS'
OMNIBUS MILS; 3:20-CV-04688-RS