# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4    ANIBAL RODRIGUEZ, JULIEANNA
 5    MUNIZ, ELIZA CAMBA, SAL CATALDO,
 6    EMIR GOENAGA, JULIAN SANTIAGO,
 7    HAROLD NYANJOM, KELLIE NYANJOM,
 8    AND SUSAN LYNN HARVEY,
 9    INDIVIDUALLY AND ON BEHALF OF ALL
10    OTHERS SIMILARLY SITUATED,
11           PLAINTIFFS,
12       vs.                                NO. 3:20-CV-04688
13    GOOGLE LLC,
14           DEFENDANT.
15    _____/
16
17         VIDEOTAPED DEPOSITION OF SUSAN HARVEY
18            *VIA REMOTE COUNSEL VIDEOCONFERENCE*
19                THURSDAY, OCTOBER 27, 2022
20                        VOLUME I
21
22    STENOGRAPHICALLY REPORTED BY:
23    MEGAN F. ALVAREZ, RPR, CSR No. 12470
24    JOB NO. 5516967
25    PAGES 1 - 262
```

Page 1

```
 1                                                              09:06:03
 2                      SUSAN HARVEY,                           09:06:03
 3        called as a witness by the Defendant, having          09:06:03
 4        been first duly sworn, was examined and               09:06:03
 5        testified as follows:                                 09:06:23
 6                         --oOo--                              09:06:23
 7                       EXAMINATION                            09:06:24
 8   BY MR. MATEEN:                                             09:06:24
 9        Q.   Good morning, Ms. Harvey.  My name is            09:06:25
10   Harris Mateen.  I'm here representing Google in this       09:06:27
11   matter.  I'll be taking your deposition today.             09:06:30
12             Have you been deposed before?                    09:06:35
13        A.   No.                                              09:06:36
14        Q.   No.                                              09:06:37
15             So, in that case, I'd like to go over some       09:06:38
16   ground rules so we're on the same page.                    09:06:40
17             Does that sound fair?                            09:06:42
18        A.   Yes.                                             09:06:43
19        Q.   So I will be asking the questions.  My           09:06:43
20   questions and your answers will be taken down by the       09:06:50
21   court reporter, and the videographer will record the       09:06:55
22   proceedings.                                               09:06:58
23             You understand that you need to speak up         09:06:58
24   so the reporter can hear your answers, correct?            09:06:59
25        A.   Yes.                                             09:07:01
```

Page 13

| | | |
|---|---|---|
| 1 | THE WITNESS:  Okay. | 09:23:04 |
| 2 | MR. LEE:  All right.  We're all set. | 09:23:06 |
| 3 | Sorry about that. | 09:23:07 |
| 4 | MR. MATEEN:  All right.  No worries. | 09:23:09 |
| 5 | BY MR. MATEEN: | 09:23:18 |
| 6 | Q.   Ms. Harvey, do you recognize this | 09:23:18 |
| 7 | document? | 09:23:21 |
| 8 | A.   Let me see.  Actually, no, I don't.  The | 09:23:23 |
| 9 | attorneys never gave it to me. | 09:23:26 |
| 10 | Q.   So, Ms. Harvey, this is the first amended | 09:23:31 |
| 11 | complaint in your lawsuit filed against Google on | 09:23:36 |
| 12 | September 30, 2015. | 09:23:40 |
| 13 | A.   Uh-huh. | 09:23:43 |
| 14 | Q.   You haven't seen this document before? | 09:23:44 |
| 15 | A.   No.  They -- they did a lot of things, and | 09:23:45 |
| 16 | they didn't give me the document until after the | 09:23:47 |
| 17 | fact. | 09:23:49 |
| 18 | Q.   So you did not authorize this complaint | 09:23:58 |
| 19 | against Google before it was filed? | 09:24:01 |
| 20 | A.   No.  I -- I told them I wanted something | 09:24:03 |
| 21 | done, but I just went to them.  They -- they told me | 09:24:05 |
| 22 | who they were filing against. | 09:24:08 |
| 23 | Q.   So can you tell me broadly when you first | 09:24:15 |
| 24 | went to the attorneys in this lawsuit? | 09:24:21 |
| 25 | MR. LEE:  And -- | 09:24:26 |

Page 27

```
 1        A.   I turned it off years ago.  Yes.                11:04:42

 2        Q.   And what did Google do with that                11:04:48

 3   information?                                              11:04:50

 4        A.   They used it for their own benefit.             11:04:51

 5        Q.   How did they use it for their own benefit?      11:04:54

 6        A.   I can't speculate what was it actually          11:04:57

 7   used for.  That's not for me to decide.                   11:04:59

 8        Q.   How do you know it was used at all?             11:05:19

 9        A.   After speaking with my attorney.                11:05:21

10             MR. LEE:  Okay.  So that's good.  You can       11:05:23

11   say that, but I don't want you to get into the            11:05:25

12   substance of any discussions you've had with your         11:05:27

13   attorney.                                                 11:05:28

14             THE WITNESS:  Yeah, after speaking with my      11:05:30

15   attorney.                                                 11:05:31

16   BY MR. MATEEN:                                            11:05:33

17        Q.   Outside of any discussion you've had with       11:05:43

18   your attorneys, do you have any reason to believe         11:05:44

19   that Google has used your information collected when      11:05:46

20   the Web & App Activity toggle was off?                    11:05:52

21        A.   I think that would be a question for            11:05:55

22   Google, wouldn't it?                                      11:05:57

23             MR. MATEEN:  I just want to be clear.  Are      11:06:26

24   you not going to permit her to testify as to the          11:06:28

25   basis of her knowledge of what Google did in this         11:06:31
```

Page 84

| | | |
|---|---|---|
| 1 | Q.  Ms. Harvey, I'm -- I'm just trying to | 11:52:56 |
| 2 | figure out -- | 11:52:57 |
| 3 | MR. LEE:  Let him ask his next question. | 11:53:08 |
| 4 | THE WITNESS:  Okay. | 11:53:11 |
| 5 | BY MR. MATEEN: | 11:53:12 |
| 6 | Q.  Do you recall if you have had any contacts | 11:53:35 |
| 7 | with attorneys other than your attorneys in this | 11:53:41 |
| 8 | lawsuit and in your 2015 lawsuit against Google? | 11:53:46 |
| 9 | MR. LEE:  Objection to form.  Asked and | 11:53:51 |
| 10 | answered several times. | 11:53:52 |
| 11 | BY MR. MATEEN: | 11:53:54 |
| 12 | Q.  You can answer. | 11:53:55 |
| 13 | A.  I -- I don't quite understand.  This is | 11:53:56 |
| 14 | the only time I contacted Boies Schiller.  I saw an | 11:53:59 |
| 15 | article that said that they had a case.  I looked up | 11:54:04 |
| 16 | their name, and I called them. | 11:54:07 |
| 17 | I never knew the button didn't work up | 11:54:14 |
| 18 | until we started having discussion. | 11:54:18 |
| 19 | Q.  Ms. Harvey, thank you.  I'm not asking | 11:54:25 |
| 20 | about your contacts with Boies Schiller.  I'm asking | 11:54:26 |
| 21 | if you've had contacts with any attorneys in | 11:54:28 |
| 22 | reference to any company other than this case here. | 11:54:31 |
| 23 | MR. LEE:  Mr. Mateen, I think the | 11:54:46 |
| 24 | confusion is we spent two hours talking about a | 11:54:47 |
| 25 | prior lawsuit.  I assume you're excluding that. | 11:54:50 |

Page 104

```
 1                     CERTIFICATE OF REPORTER
 2              I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby
 4    certify:
 5              That the foregoing proceedings were taken
 6    before me at the time and place herein set forth;
 7    that any witnesses in the foregoing proceedings,
 8    prior to testifying, were administered an oath; that
 9    a verbatim record of the proceedings was made by me
10    using machine shorthand, which was thereafter
11    transcribed under my direction; and that the
12    foregoing is an accurate transcription thereof.
13              Further, that if the foregoing pertains to
14    the original transcript of a deposition in a federal
15    case, before completion of the proceedings, review
16    of the transcript [X] was [ ] was not requested.
17              I further certify that I am neither
18    financially interested in the action, nor a relative
19    or employee of any attorney of any party to this
20    action.
21              IN WITNESS WHEREOF, I have this date
22    subscribed my name.
23    DATED: November 11, 2022
24                                    _____
                                      MEGAN F. ALVAREZ
25                                    CSR No. 12470, RPR
```

Page 259