# EXHIBIT F

# Hu, Chelsea

| | |
|---|---|
| **From:** | Flórez, Argemira |
| **Sent:** | Wednesday, July 9, 2025 7:27 PM |
| **To:** | Alison L. Anderson; Samantha Parrish; Ryan McGee; Rodriguez - Internal BSF/MM/SG (waagoogleteam@simplelists.susmangodfrey.com) |
| **Cc:** | Hur, Ben; Agnolucci, Simona A; Santacana, Eduardo E; Toker, Naiara; Corbo, Isabella McKinley; Mateen, Harris; Hu, Chelsea |
| **Subject:** | RE: Re: Rodriguez - Cataldo |
| **Attachments:** | 2025-07-09 Google Trial Subpoena to Sal Cataldo.pdf |

Counsel,

Please find attached a trial subpoena for Sal Cataldo. Please respond to confirm that you have received this email and to let us know whether:

1. You will accept a trial subpoena on his behalf?
2. Mr. Cataldo will be available to attend trial?
3. You plan to remove Mr. Cataldo from your witness list?

Thank you very much,

## Argemira Flórez
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2719 office
+1 415 693 2222 fax
aflorez@cooley.com

Pronouns: she, her, hers
www.cooley.com
Cooley is committed to racial and social justice

---

**From:** Flórez, Argemira
**Sent:** Tuesday, July 8, 2025 5:08 PM
**To:** Alison L. Anderson <alanderson@bsfllp.com>; Samantha Parrish <sparrish@bsfllp.com>; Ryan McGee <rmcgee@forthepeople.com>; Rodriguez - Internal BSF/MM/SG (waagoogleteam@simplelists.susmangodfrey.com) <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** Hur, Ben <bhur@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Santacana, Eduardo E <esantacana@cooley.com>; Toker, Naiara <ntoker@cooley.com>; Corbo, Isabella McKinley <icorbo@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Hu, Chelsea <chu@cooley.com>
**Subject:** RE: Re: Rodriguez - Cataldo

Counsel – following up on this.

Thank you,

## Argemira Flórez
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2719 office
+1 415 693 2222 fax

1

aflorez@cooley.com

Pronouns: she, her, hers
www.cooley.com
Cooley is committed to racial and social justice

---

**From:** Flórez, Argemira
**Sent:** Monday, July 7, 2025 10:14 PM
**To:** Alison L. Anderson <alanderson@bsfllp.com>; Samantha Parrish <sparrish@bsfllp.com>; Ryan McGee <rmcgee@forthepeople.com>; Rodriguez - Internal BSF/MM/SG (waagoogleteam@simplelists.susmangodfrey.com) <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** Hur, Ben <bhur@cooley.com>; Agnolucci, Simona A <sagnolucci@cooley.com>; Santacana, Eduardo E <esantacana@cooley.com>; Toker, Naiara <ntoker@cooley.com>; Corbo, Isabella McKinley <icorbo@cooley.com>; Mateen, Harris <hmateen@cooley.com>; Hu, Chelsea <chu@cooley.com>
**Subject:** Re: Rodriguez - Cataldo

Counsel – a few questions pertaining to Mr. Cataldo.

1. Will Mr. Cataldo be available to attend trial?
2. Will you accept a trial subpoena on his behalf?
3. Do you plan to remove Mr. Cataldo from your witness list?

Thank you,

# Argemira Flórez
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2719 office
+1 415 693 2222 fax
aflorez@cooley.com

Pronouns: she, her, hers
www.cooley.com
Cooley is committed to racial and social justice