1    COOLEY LLP
     BENEDICT Y. HUR (224018)
2    (bhur@cooley.com)
     SIMONA AGNOLUCCI (246943)
3    (sagnolucci@cooley.com)
     EDUARDO E. SANTACANA (281668)
4    (esantacana@cooley.com)
     ARGEMIRA FLÓREZ (331153)
5    (aflorez@cooley.com)
     HARRIS MATEEN (335593)
6    (hmateen@cooley.com)
     ISABELLA MCKINLEY CORBO (346226)
7    (icorbo@cooley.com)
     3 Embarcadero Center, 20th Floor
8    San Francisco, California  94111-4004
     Telephone:    +1 415 693 2000
9    Facsimile:    +1 415 693 2222

10   Attorneys for Defendant
     Google LLC

11

12                        UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15   ANIBAL RODRIGUEZ, et al. individually and       Case No. 3:20-CV-04688-RS
     on behalf of all others similarly situated,
16                                                    [PROPOSED] ORDER REGARDING
                     Plaintiff,                       PLAINTIFFS' MOTIONS IN LIMINE
17
            v.                                        Date:         July 30, 2025
18                                                    Time:         09:30 A.M.
     GOOGLE LLC,                                      Courtroom:    3, 17th Floor, SF
19                                                    Judge:        Hon. Richard Seeborg
                     Defendant.
20                                                    Date Action Filed:   July 14, 2025
                                                      Trial Date:          August 18, 2025
21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Omnibus Motions in Limine ("Motion" or "MIL") Numbers 1 through 8 (ECF No. 518).

Having considered Plaintiffs' Motions, Google LLC's ("Google") Opposition to Plaintiffs' Motions, the Declaration of Eduardo E. Santacana in Support of Google's Opposition to Plaintiffs' Motions filed concurrently therewith, and the exhibits attached thereto, along with other materials in the record, argument of counsel, and such other matters as the Court may consider, the Court GRANTS in part and DENIES in part Plaintiffs' Motions.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' MIL No. 1 is GRANTED, given that Google does not oppose Plaintiffs' Motion;

2. Plaintiffs' MIL No. 2 is DENIED;

3. Plaintiffs' MIL No. 3 is DENIED;

4. Plaintiffs' MIL No. 4 is DENIED;

5. Plaintiffs' MIL No. 5 is DENIED;

6. Plaintiffs' MIL No. 6 is DENIED;

7. Plaintiffs' MIL No. 7 is DENIED; and

8. Plaintiffs' MIL No. 8 is DENIED.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Richard Seeborg
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER REGARDING
PLAINTIFFS' MOTIONS IN LIMINE
3:20-CV-04688-RS