**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040
alanderson@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel.: (415) 358-6913
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No.: 3:20-cv-4688-RS<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Richard Seeborg<br>Date: July 30, 2025<br>Time: 9:30 a.m. |

1  Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully ask the Court to consider whether
2  Google LLC's material should be sealed. The material is included within Plaintiffs' Oppositions to
3  Google's Motions *in Limine*.

| Document or Portion of Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be filed under seal | Basis for Sealing |
|---|---|---|---|
| Plaintiffs' Opposition to Google's Motion *in Limine* No. 4 | Google | Portions highlighted in yellow | Refers to Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Plaintiffs' Opposition to Google's Motion *in Limine* No. 5 | Google | Portions highlighted in yellow | Refers to Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 3 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 5 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 6 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 7 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 8 to Omnibus Declaration of Mark C. | Google | Entirety | Material Designated "Confidential" or "Highly |

| | | | |
|---|---|---|---|
| Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | | | Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 9 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 10 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 11 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 12 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 13 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 14 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 15 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

| | | | |
|---|---|---|---|
| Exhibit 16 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 17 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 18 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 19 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 20 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 21 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Exhibit 22 to Omnibus Declaration of Mark C. Mao in Support of Plaintiffs' Oppositions to Google's Motions *in Limine* Nos. 1–12 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

| | |
|---|---|
| 1  Dated: July 10, 2025 | Respectfully submitted, |
| 2 | |
| 3 | By: */s/ Mark Mao* |
|   | Mark C. Mao (CA Bar No. 236165) |
| 4 | mmao@bsfllp.com |
|   | Beko Reblitz-Richardson (CA Bar No. 238027) |
| 5 | brichardson@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 6 | 44 Montgomery Street, 41st Floor |
|   | San Francisco, CA 94104 |
| 7 | Telephone: (415) 293-6800 |
|   | Facsimile (415) 293-6899 |
| 8 | |
| 9 | David Boies (*pro hac vice*) |
|   | dboies@bsfllp.com |
| 10 | BOIES SCHILLER FLEXNER LLP |
|   | 333 Main Street |
| 11 | Armonk, NY 10504 |
|   | Telephone: (914) 749-8200 |
| 12 | Facsimile: (914) 749-8300 |
| 13 | |
| 14 | James Lee (*pro hac vice*) |
|   | jlee@bsfllp.com |
| 15 | Rossana Baeza (*pro hac vice*) |
|   | rbaeza@bsfllp.com |
| 16 | BOIES SCHILLER FLEXNER LLP |
|   | 100 SE 2nd Street, Suite 2800 |
| 17 | Miami, FL 33131 |
|   | Telephone: (305) 539-8400 |
| 18 | Facsimile: (305) 539-1307 |
| 19 | |
| 20 | Alison L. Anderson (CA Bar No. 275334) |
|   | alanderson@bsfllp.com |
| 21 | M. Logan Wright (CA Bar No. 349004) |
|   | mwright@bsfllp.com |
| 22 | BOIES SCHILLER FLEXNER LLP |
|   | 725 S. Figueroa St., 31st Floor |
| 23 | Los Angeles, CA 90017 |
|   | Telephone: (213) 629-9040 |
| 24 | Facsimile: (213) 629-9022 |
| 25 | |
| 26 | Bill Carmody (*pro hac vice*) |
|   | bcarmody@susmangodfrey.com |
| 27 | Shawn J. Rabin (*pro hac vice*) |
|   | srabin@susmangodfrey.com |
| 28 | Steven Shepard (*pro hac vice*) |

4

sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs*

5