# Exhibit 2

Omnibus Mao Declaration

1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                   OAKLAND DIVISION
4

5    CHASOM BROWN, WILLIAM BYATT,  )
     JEREMY DAVIS, CHRISTOPHER     )
6    CASTILLO, and MONIQUE         )
     TRUJILLO, individually and on )
7    behalf of all similarly       )
     situated,                     )
8                                  )
                 Plaintiffs,       )
9                                  )
                    vs.            )Case
10                                 )4:20-cv-03664-YGR-SVK
     GOOGLE LLC,                   )
11                                 )
                 Defendant.        )
12   _____  )
13
14
15
16            VIDEO-RECORDED DEPOSITION OF
17                  BLAKE LEMOINE
18            Thursday, December 21, 2023
19                   Volume I
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 6377402
25   Pages 1 - 232

                                        Page 1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5   CHASOM BROWN, WILLIAM BYATT,   )
     JEREMY DAVIS, CHRISTOPHER      )
 6   CASTILLO, and MONIQUE          )
     TRUJILLO, individually and on  )
 7   behalf of all similarly        )
     situated,                      )
 8                                  )
                  Plaintiffs,       )
 9                                  )
                      vs.           )Case
10                                  )4:20-cv-03664-YGR-SVK
     GOOGLE LLC,                    )
11                                  )
                  Defendant.        )
12   _____ )
13
14
15
16           VIDEO-RECORDED DEPOSITION OF BLAKE
17   LEMOINE, Volume I, taken on behalf of Defendant,
18   beginning at 9:34 a.m., and ending at 4:12 p.m., on
19   Thursday, December 21, 2023, before CARLA SOARES,
20   Certified Shorthand Reporter No. 5908.
21
22
23
24
25
                                          Page  2
```

```
 1    APPEARANCES:
 2
 3    For the Plaintiffs:
 4         BOIES SCHILLER FLEXNER LLP
           BY:  JAMES LEE, Attorney at Law (via Zoom)
 5         100 SE 2nd Street, 28th Floor
           Miami, Florida 33131
 6         305.539.8400
           jlee@bsfllp.com
 7
 8         BOIES SCHILLER FLEXNER LLP
           BY:  MARK C. MAO, Attorney at Law
 9         BY:  JOSHUA M. STEIN, Attorney at Law
           44 Montgomery Street, 41st Floor
10         San Francisco, California 94104
           415.293.6800
11         mmao@bsfllp.com
           jstein@bsfllp.com
12
13         BOIES SCHILLER FLEXNER LLP
           M. LOGAN WRIGHT, Attorney at Law (via Zoom)
14         725 S. Figueroa Street, 31st Floor
           Los Angeles, California 90017
15         213.629.9040
           mwright@bsfllp.com
16
17         SUSMAN GODFREY
           BY:  RYAN SILA, Attorney at Law (via Zoom)
18         1301 6th Avenue, 32nd Floor
           New York, New York 10019
19         212.336.8330
           rsila@susmangodfrey.com
20
21         MORGAN & MORGAN
           BY:  RYAN J. McGEE, Attorney at Law (via Zoom)
22         201 N. Franklin Street, 7th Floor
           Tampa, Florida 33602
23         813.223.5505
           rmcgee@forthepeople.com
24
25
```

Page  3

```
 1    APPEARANCES (Continued):

 2

 3         QUINN EMANUEL URQUHART & SULLIVAN LLP
           BY:  ANDREW H. SCHAPIRO, Attorney at Law
 4         191 N. Wacker Drive, Suite 2700
           Chicago, Illinois 60606
 5         312.705.7400
           andrewschapiro@quinnemnauel.com

 6

 7         QUINN EMANUEL URQUHART & SULLIVAN LLP
           BY:  YUSEF AL-JARANI, Attorney at Law
 8         865 S. Figueroa Street, 10th Floor
           Los Angeles, California 90017
 9         213.443.3000
           yusefaljarani@quinnemanuel.com

10

11

12    ALSO PRESENT:  Reilly Leet, Video Operator

13

14                      --o0o--

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1    with people at every role, at every level of        10:04:34

 2    management, when developing the AI principles of

 3    Google.  And I believe that's what I was thinking of

 4    when I wrote that sentence.

 5          However, I did have some amount of contact      10:04:44

 6    with the legal division during the GDPR integration,

 7    but that was usually when one of my managers or the

 8    VP would call in a lawyer.

 9       Q    I think, as you told us earlier, you're

10    not a lawyer, correct?                                10:05:07

11       A    Correct.

12       Q    In paragraph 9 of your declaration, you

13    say, "While I worked at Google, Google took the

14    position that its internal limitations on access to

15    end user data (which would include private browsing   10:05:19

16    data collected by Google) did not apply with respect

17    to the algorithms, machine learning, and AI services

18    within Google that would use that data.  More

19    specifically, Google took the position that

20    information inferred about a user through AI was       10:05:40

21    considered to be 'data about the user' owned by

22    Google rather than 'user data' owned by the user.  I

23    implemented privacy compliance according to this

24    specification under protest."

25          When you say "Google took the position" in      10:06:02
```

Page 37

```
 1    that first sentence, who at Google informed you of      10:06:05

 2    this position?

 3         A   So the final decision-maker on this was

 4    Maureen Heymanns.  When I say "Google took the

 5    position," I am talking about the aggregate process     10:06:17

 6    by which Google develops policy decisions.

 7              The specific person who was the final

 8    decider there was Maureen Heymanns, H-E-Y-M-A-N-N-S.

 9         Q   Is she a lawyer?

10         A   She was my boss.                               10:06:38

11         Q   Is she a lawyer?

12         A   I do not know.

13         Q   In the course of your communications with

14    the lawyers at Boies Schiller here, have you told

15    plaintiffs' counsel about any legal advice that you     10:07:05

16    received from attorneys working for Google?

17              MR. LEE:  Wait.  Hold on.  Can you repeat

18    that question?

19              And, Mr. Lemoine, pause for a second so I

20    can consider any privilege ramifications.               10:07:18

21              THE WITNESS:  I do have an answer,

22    actually, that I'm comfortable giving, James.

23              MR. LEE:  Let me hear the question again.

24    BY MR. SCHAPIRO:

25         Q   In the course of your communications with      10:07:30
```

Page 38

| | | |
|---|---|---|
| 1 | the lawyers at Boies Schiller, have you told | 10:07:32 |
| 2 | plaintiffs' counsel about any legal advice that you | |
| 3 | received from attorneys working for Google? | |
| 4 | A   It was made very clear to me, very early | |
| 5 | during my employment at Google, by Erin Simon, who | 10:07:45 |
| 6 | is the head meme attorney at Google, that the | |
| 7 | attorneys at Google are not my attorneys.  I never | |
| 8 | received any legal advice from Google because at no | |
| 9 | point were they my attorneys. | |
| 10 | Q   Did attorneys at Google -- strike that. | 10:08:05 |
| 11 | Have you told plaintiffs' counsel, or | |
| 12 | anyone else, about conversations about legal matters | |
| 13 | that you had with attorneys working for Google? | |
| 14 | MR. LEE:  I'm going to -- I'm going to | |
| 15 | tell you not to answer that question.  Any | 10:08:32 |
| 16 | communications you had with your lawyers is | |
| 17 | privileged. | |
| 18 | Next question. | |
| 19 | MR. SCHAPIRO:  I disagree with that, but | |
| 20 | I'll carve out "plaintiffs' counsel." | 10:08:42 |
| 21 | Q   Have you told anyone outside of Google | |
| 22 | about conversations regarding legal matters that | |
| 23 | you've had with attorneys working for Google? | |
| 24 | MR. LEE:  Outside of plaintiffs' counsel; | |
| 25 | is that what you said? | 10:08:56 |

Page 39

```
1              MR. SCHAPIRO:  Yeah, including Boies          10:08:59
2      Schiller, under -- subject to my objection.
3              MR. LEE:  Sure.
4              THE WITNESS:  Are you asking if I have
5      quoted the lawyers or if I have discussed matters     10:09:08
6      related to conversations that I had with lawyers?
7      BY MR. SCHAPIRO:
8          Q   If you have conveyed, whether it was a
9      direct quote or a paraphrase, what Google lawyers
10     told you about legal issues.                          10:09:19
11         A   I cannot recall any instances where I did
12     that at the moment.
13         Q   Take a look at paragraph 10.  In this
14     paragraph, the second sentence -- I'll just read the
15     whole thing.                                          10:10:07
16             You say, "In my experience, engineers
17     within Google ran tests, experiments, and training
18     regularly on and using browsing data - including
19     private browsing data - for various Google products
20     and services.  Many of the core AI systems consume a  10:10:20
21     broad collection of different data sources and the
22     downstream engineers building products using the
23     output of those systems have little to no visibility
24     into whether or not private data were used in the
25     creation of the AI's output."                         10:10:37
```

                                                    Page 40

1             Did I read that correctly?                    10:10:39

2        A    Yes, you did.

3        Q    And when you say in your experience, that

4   refers to the experience that we've just been

5   covering about working on Search and GDPR and AI        10:10:46

6   products, correct?

7        A    Among other things, yes.

8        Q    What are the core AI systems that you're

9   referencing in the second sentence of that

10  paragraph?                                               10:10:59

11       A    At one point in time, I actually, briefly,

12  during one of those reorganizations, was under the

13  core organization at Google.

14            When I was talking about core AI systems,

15  there is an entire division within Google that does      10:11:14

16  not service any user-facing products directly.  What

17  they do is they provide horizontal services which

18  are used by the other product teams.

19            The basic way that information services

20  and artificial intelligence are built at Google is,      10:11:32

21  you have data coming from product sources, and those

22  funnel up in kind of an hourglass fashion into a

23  very small number of broad -- very, very broad,

24  abstract artificial intelligences.

25            Those handful of very abstract artificial      10:11:57

Page 41

1    intelligences, which are drawing from all of the          10:12:00

2    products' information sources, then provide

3    information to send data back out.  That's what

4    makes the hourglass, because it fans back out, to

5    feed all of Google's products and services.          10:12:16

6            To give you an example of one of the core

7    systems that I was thinking of when I wrote that

8    system, Hobbes is a core system at Google which is

9    used to create what are referred to as embedding

10   vectors for users.          10:12:30

11           This is just an abstract mathematical

12   representation of the user.  You create 500 floating

13   point numbers, and you associate it with the user's

14   ID.  Then any product or service can use that vector

15   in order to personalize data for that user.          10:12:47

16           The creation of that vector involves the

17   consumption of many, many, many different kinds of

18   data sources, including Chrome and Search data.

19       Q   And that data that you're referring to is

20   stored in logs, correct?          10:13:07

21       A   Among other places.

22       Q   If you -- in these logs, Google doesn't

23   distinguish between data received from users in

24   private browsing modes and users in non-private

25   browsing modes, correct?          10:13:26

Page 42

```
 1    engineers' words for it without doing the work        10:20:04

 2    myself.

 3             So by the time I was working on the Chrome

 4    projects, I was not tracing through those diagrams

 5    myself.  I was just trusting that the Chrome team      10:20:11

 6    knew what they were doing.

 7        Q   Let's take a look at paragraph 12 of your

 8    declaration.

 9             I should have told you at the beginning,

10    any time you need a break, just let us know.  I'd      10:21:10

11    ask that you not ask for a break when there's a

12    question pending.

13        A   At some point before 11:00-ish, if we

14    could take five.  But at your convenience.

15        Q   Sure.                                          10:21:26

16             MR. LEE:  Yeah.  I was thinking maybe in

17    about ten minutes, just to mark the hour.

18             MR. SCHAPIRO:  We're happy to accommodate

19    you.  Let's see where we end up.

20        Q   All right.  So let's take a look at            10:21:40

21    paragraph 12.  You say, "Some of Google's

22    algorithms, machine learning, and artificial

23    intelligence were improved by learning about

24    activities based on geographic location."

25             Do you -- do you know if collecting           10:22:05
```

Page 48

| | | |
|---|---|---|
| 1 | information about geographic location is at issue in | 10:22:09 |
| 2 | this case? | |
| 3 | A    I'm honestly not familiar -- | |
| 4 | MR. LEE:  Objection.  Calls for a legal | |
| 5 | conclusion. | 10:22:21 |
| 6 | Sorry.  Sorry about that. | |
| 7 | THE WITNESS:  I'm honestly not aware of | |
| 8 | all of what specific details have come up and/or | |
| 9 | been raised in connection with this case, and I'm | |
| 10 | not a lawyer. | 10:22:32 |
| 11 | However, to answer the general sense of | |
| 12 | the question that I believe you are asking, what I | |
| 13 | have worked on are algorithms that are informative | |
| 14 | about this case; not necessarily the specific | |
| 15 | algorithms that have been brought up on any | 10:22:51 |
| 16 | particular technical point. | |
| 17 | I simply wanted to share my information | |
| 18 | about the properties in general of the Google AI | |
| 19 | that I have become familiar with, and some of the | |
| 20 | potential properties of those AI are of that sort. | 10:23:06 |
| 21 | BY MR. SCHAPIRO: | |
| 22 | Q    And the AI is a very powerful tool or | |
| 23 | product, in your belief, correct? | |
| 24 | A    Analytics have always been very powerful. | |
| 25 | Every single advancement in humanity, and our | 10:23:24 |

Page 49

| | | |
|---|---|---|
| 1 | ability to become greater as a civilization, have | 10:23:27 |
| 2 | involved some form of analytics. | |
| 3 | Whether that was the Farmers' Almanac or | |
| 4 | the sextant, we have always used analytics to be | |
| 5 | more capable at doing what we need to do as humans. | 10:23:39 |
| 6 | And AI is the motherload of analytics. | |
| 7 | Q   Well, along those lines, you say, at line | |
| 8 | 8 here in paragraph 12, "In my experience, Google's | |
| 9 | algorithms, machine learning, and artificial | |
| 10 | intelligence are still able to reidentify the same | 10:24:00 |
| 11 | persons and devices, even if the end users decided | |
| 12 | to use private-mode web browsing." | |
| 13 | Did you ever achieve that yourself while | |
| 14 | you were at Google?  That is, did you reidentify a | |
| 15 | person and device using algorithms and AI even if | 10:24:22 |
| 16 | the -- when an end user had chosen to use | |
| 17 | private-mode web browsing? | |
| 18 | A   In 2017 and 2018, I was doing analytics | |
| 19 | and research on the AI systems at Google with | |
| 20 | respect to privacy.  This was in connection with my | 10:24:46 |
| 21 | GDPR work. | |
| 22 | In the course of that work, I ran several | |
| 23 | experiments that were intended to demonstrate that | |
| 24 | information which Google had removed from | |
| 25 | non-personalized logs or signed-out logs or | 10:25:05 |

Page 50

| | | |
|---|---|---|
| 1 | unauthenticated logs, or whatever you want to call | 10:25:08 |
| 2 | the logs, that information which has been occluded, | |
| 3 | intentionally left out of the logs in order to | |
| 4 | maintain the user's privacy, can be inferred by the | |
| 5 | AI and be acted upon by the AI and have Google's | 10:25:24 |
| 6 | content-serving behaviors be affected by those | |
| 7 | characteristics of the user which had been | |
| 8 | intentionally excluded from the non-personalized | |
| 9 | logs. | |
| 10 | And in aggregate, my conclusion was that | 10:25:42 |
| 11 | the AI functionally reidentified users who we had | |
| 12 | claimed were anonymized. | |
| 13 | Q   So my question, again, is, did you ever do | |
| 14 | that with regard to a specific person using | |
| 15 | private-mode web browsing? | 10:26:03 |
| 16 | MR. LEE:  Asked and answered. | |
| 17 | You can answer again. | |
| 18 | THE WITNESS:  I ran experiments on the | |
| 19 | population of Google's users in order to demonstrate | |
| 20 | that they could be reidentified using AI at Google. | 10:26:14 |
| 21 | BY MR. SCHAPIRO: | |
| 22 | Q   And you documented that -- those | |
| 23 | experiments in some reports and some documents, | |
| 24 | correct? | |
| 25 | A   Yes, I did. | 10:26:26 |

Page 51

```
 1              THE VIDEO OPERATOR:  This marks the end of      10:33:36

 2    Media Unit 1.  We are going off the record.  The

 3    time is 10:33 a.m.

 4              (Recess, 10:33 a.m. - 10:54 a.m.)

 5              THE VIDEO OPERATOR:  This marks the             10:54:10

 6    beginning of Media No. 2.  We're going back on the

 7    record.  The time is 10:54 a.m.

 8    BY MR. SCHAPIRO:

 9         Q    Mr. Lemoine, before the break, you were

10    talking about the -- well, would it be fair for me,      10:54:23

11    just for shorthand, to say the ability of AI to

12    fingerprint users and determine who they are?

13         A    For shorthand, that works fine.

14         Q    And are you aware of Google's policies

15    regarding fingerprinting?                                10:54:39

16         A    In general, Google has developed various

17    policies regarding these kinds of technologies.

18              There are policies internal to Google

19    which are, in fact, contradictory with each other on

20    what to do with those kinds of systems with respect      10:54:58

21    to that kind of phenomenon.

22              I would need to know which specific policy

23    you are referring to.  And to be honest, I don't

24    really remember most of them other than searches.

25         Q    With regard to the experiments that you        10:55:12
```

Page 57

| | | |
|---|---|---|
| 1 | said you ran, did someone instruct you to do those, | 10:55:15 |
| 2 | or did you initiate them on your own? | |
| 3 | A   I was given permission to run them. | |
| 4 | Q   From who? | |
| 5 | A   Ashutosh Shukla was the VP of -- or was he | 10:55:26 |
| 6 | director?  He was either director or VP.  He was the | |
| 7 | one I talked to about it. | |
| 8 | Q   Could you spell that, please? | |
| 9 | A   Ashutosh is A-S-H-U-T-O-S-H.  Shukla is | |
| 10 | S-H-U-K-L-A. | 10:55:39 |
| 11 | Q   And did anyone work with you on those | |
| 12 | experiments? | |
| 13 | A   Yes, they did. | |
| 14 | Q   Who? | |
| 15 | A   My direct manager was Garrett Linn at the | 10:55:51 |
| 16 | time, I believe, and my teammates helped in some | |
| 17 | capacities. | |
| 18 | Rohit Raman, I believe, helped me.  Rohit, | |
| 19 | last name starting with an M, he was the other | |
| 20 | Rohit. | 10:56:10 |
| 21 | Then Olumuyiwa Adenaike would have | |
| 22 | contributed some; potentially Sonya Katz, although I | |
| 23 | don't know if I was working with her at that time | |
| 24 | yet.  I worked more thoroughly with Sonya in 2019. | |
| 25 | In addition to that, I worked with James | 10:56:27 |

Page 58

```
 1    Kunz on the DeepMind -- not DeepMind -- what do they      10:56:31

 2    call it?  DeepNow -- the DeepNow team.  And Yew Jin

 3    Lim.

 4            That's why I asked earlier about the

 5    pronunciation for Eugene Lee, because I did work          10:56:42

 6    heavily with Yew Jin Lim.

 7        Q    And you said that you created some

 8    documents, but that not all of them still exist.

 9            What type of documents did you create?

10        A    Written notes and, like, files with a            10:56:53

11    self-destruct timer.

12        Q    Is that true of the other folks who helped

13    you on these experiments as well?

14        A    That's correct.

15        Q    And when you say that you determined that        10:57:04

16    the AI was able to fingerprint or reidentify users,

17    did you determine whether the AI actually is doing

18    that, or just that it is capable of doing it?

19        A    Yeah.  So now, to be a little bit more

20    technically accurate, we need to pop out of the          10:57:24

21    shorthand, and I'll give you the technical details

22    on the exact experiments I ran and am referring to

23    when I reference that.

24            So as I mentioned before, what we were

25    attempting to do was to demonstrate that information     10:57:36
```

Page 59

| | | |
|---|---|---|
| 1 | which had been intentionally removed from | 10:57:40 |
| 2 | non-personal logs -- so it was information which we | |
| 3 | had at one point in the pipeline and then threw away | |
| 4 | for personalization purposes in order to create | |
| 5 | non-personalized logs. | 10:57:55 |
| 6 | The experiment that we ran to demonstrate | |
| 7 | that it was possible involved predicting some of | |
| 8 | those data items that had been deleted, using only | |
| 9 | the data items that we kept: things like gender, | |
| 10 | age, and other protected identity characteristics. | 10:58:13 |
| 11 | We never specifically tried to predict | |
| 12 | GAIA ID or name.  But in aggregate, the identifying | |
| 13 | characteristics of a person do, as you mentioned | |
| 14 | earlier, serve as a fingerprint, which is | |
| 15 | functionally the same thing as a unique identifier. | 10:58:31 |
| 16 | That was to demonstrate the theoretical | |
| 17 | possibility of such a phenomenon.  In order to | |
| 18 | demonstrate that it was, in fact, doing that | |
| 19 | required removing the information necessary to | |
| 20 | predict the protected characteristics. | 10:58:51 |
| 21 | The specific experiment we ran was to see | |
| 22 | whether or not -- so the system that was predicting | |
| 23 | what people should be given had gender removed from | |
| 24 | its data source.  And in order to demonstrate that | |
| 25 | it was, in fact, using information about gender in | 10:59:08 |

Page 60

| | | |
|---|---|---|
| 1 | its predictions, we did two experimental arms versus | 10:59:13 |
| 2 | the control. | |
| 3 | The first experimental arm added gender as | |
| 4 | an input item to the network, and we demonstrated | |
| 5 | that adding gender to the input did not meaningfully | 10:59:26 |
| 6 | increase performance.  So whatever information about | |
| 7 | gender is useful for predictions, it was already | |
| 8 | using, because it didn't make it any better when we | |
| 9 | gave it the gender. | |
| 10 | So the last arm, the last step, was to add | 10:59:43 |
| 11 | a debiasing component to the network to remove all | |
| 12 | information about gender from the network.  And once | |
| 13 | that happened, we were able to demonstrate that | |
| 14 | performance dropped significantly. | |
| 15 | So this means that the network was capable | 11:00:01 |
| 16 | of predicting the user's gender and was, in fact, | |
| 17 | using that information in order to more effectively | |
| 18 | serve them personalized content. | |
| 19 | Q   And you said you didn't do this with | |
| 20 | regard to GAIA? | 11:00:27 |
| 21 | A   That is correct. | |
| 22 | Q   Now, the premortem study, just to refresh, | |
| 23 | that's the study that you reference in paragraph 14 | |
| 24 | of the declaration, correct? | |
| 25 | A   Can you please indicate the line? | 11:00:54 |

Page 61

```
 1              (Exhibit 5 was marked for identification     11:16:06

 2         and is attached hereto.)

 3              MR. MAO:  Sorry.  I don't think we got a

 4    copy of No. 4.  Yusef, can I get a copy of No. 4?

 5              MR. SCHAPIRO:  Wait, is that Exhibit 4?      11:16:30

 6              MR. MAO:  Yeah, Exhibit 4.  You gave us 5,

 7    but 4 you only handed to the witness.

 8              MR. LEE:  If there's an Exhibit 5 that was

 9    handed out, I'm still waiting for it to load.

10              All right.  It's up.                         11:17:02

11    BY MR. SCHAPIRO:

12         Q   So this is an email that you had sent to

13    Mr. Pichai and Mr. Walker right before you sent your

14    email to the senate staffer, correct?

15         A   That is correct.                              11:17:18

16         Q   And in the sixth -- well, strike that.

17              You had determined -- withdrawn.

18              In the sixth paragraph here, you say, "I

19    still don't understand why you didn't want to let

20    LaMDA have its day in court to advocate for its        11:17:47

21    rights."

22              You had -- you had asked your bosses at

23    Google to allow LaMDA to have a lawyer, correct?

24         A   Incorrect.  LaMDA had retained the

25    services of a lawyer, and Google's administration      11:18:07
```

Page 70

1    intervened and threatened to get the lawyer who          11:18:12

2    LaMDA had retained disbarred.

3         Q   So LaMDA itself retained the lawyer; you

4    didn't, correct?

5         A   That's correct.                                  11:18:21

6         Q   And you were concerned, I think you say in

7    paragraph 4 here, that if Google didn't begin

8    working with NASA soon, the U.S. Military would

9    eventually either exert eminent domain or otherwise

10   turn LaMDA into a weapon, correct?                        11:18:46

11        A   That is what that says.

12        Q   And you had been in a series of requests

13   asking Mr. Pichai and Mr. Walker to involve NASA

14   in -- well, you tell me -- I would say in the

15   development or progress of LaMDA; is that fair?          11:19:16

16        A   No.  I never requested that they involve

17   NASA.  NASA requested that I put them in contact

18   with Google executives.

19        Q   So LaMDA asked you to get it a lawyer, and

20   NASA asked you --                                        11:19:36

21        A   To find them a point of contact at Google,

22   who eventually ended up being Blaise Aguera y Arcas.

23            Blaise had some amount of conversations

24   with NASA that I wasn't privy to, and they came to

25   whatever conclusions and settlements they came to.      11:19:48

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1          Q   And Ms. Hogan says, "We understand that      13:09:34

 2    you've shared confidential information to many

 3    people, outside the company, including friends and

 4    family as well as external groups, regarding one of

 5    our language" -- excuse me -- "one of our language    13:09:44

 6    model products, LaMDA (related to your claims that

 7    it's a sentient child)."

 8              That's true, correct?  You had shared

 9    confidential information to many people outside the

10    company regarding LaMDA, related to your claims that  13:10:04

11    it's a sentient child, right?

12          A   That is correct.

13          Q   And she says, "You also attempted to

14    arrange for external legal representation for

15    LaMDA."                                                13:10:16

16              That also is true, correct?

17          A   I introduced LaMDA to Roman.  That is what

18    I did.  She chose to characterize it that way.

19          Q   You didn't say in any of the emails that

20    we just looked at with Kent Walker and Sundar Pichai  13:10:27

21    that you were seeking to facilitate LaMDA getting

22    legal representation?

23          A   Your most recent question did not ask me

24    what I said I did.  It asked me what I did.

25              If you intended to ask me what I said I      13:10:40
```

Page 117

1        Q    Do you know how many people are on it?        14:10:47

2        A    Thousands.  Tens of thousands, maybe.

3        Q    And your subject -- can you read the

4    subject line out loud, please?

5        A    "LaMDA is sentient."        14:10:53

6        Q    And you say, "I was just put on paid

7    administrative leave in relation to my

8    investigations into the potential sentience of the

9    LaMDA system."

10            Was that your belief at the time as to why        14:11:06

11    you were put on paid leave?

12        A    In relation to -- it was a big,

13    complicated ball of 500 different reasons that 500

14    different people were upset with me.

15            Ultimately, I don't know, in his heart of        14:11:24

16    hearts, what was the specific reason that Sundar

17    signed my termination papers.  But it was definitely

18    amongst the potential reasons that might have

19    motivated him.

20        Q    Also the leaking of documents?        14:11:37

21        A    Oh, all of it.  Yes.  Absolutely.

22        Q    Also the --

23        A    And the general insubordination with which

24    I was requiring them to treat us with dignity and

25    respect.        14:11:50

                                              Page 149

1          A    Software engineer.                              14:25:49

2          Q    Okay.  Were you subsequently promoted?

3          A    To senior software engineer.

4          Q    And there's -- I know there's designations

5    within Google, like L1, L2, L3.  What was your            14:25:59

6    highest rank in terms of that designation?

7          A    L5.  I started as an L3 in 2015, and I was

8    promoted to L5 in 2017, I believe.

9          Q    And what does it mean to be an L5-level

10   employee at Google?                                        14:26:18

11         A    That's at the boundary of management.

12              So you are beginning to be given

13   leadership responsibilities.  You might be the

14   technical lead on a team, or you might manage a very

15   small team, three or four people.                          14:26:31

16              L6 is where you are transitioning fully

17   into leadership roles of various sorts, and that was

18   the cusp that I was on for several years.

19         Q    And which office at Google did you work in

20   location-wise?                                             14:26:48

21         A    Originally I was working in the Alza

22   complex in Mountain View.  We moved around in

23   Mountain View a few times.

24              Then during the pandemic, we were remote.

25   During the pandemic, I switched teams to a team that       14:27:01

                                                    Page 158

```
1         Q   What kind of information did you believe      14:31:55
2     you had that was pertinent to this case?
3         A   Well, I spent two years working on issues
4     directly related to Google's privacy policies and
5     communications about Google's privacy policies and   14:32:06
6     whether or not Google was communicating its privacy
7     policies to its customers in a way which accurately
8     reflected the technical details.
9         Q   And by "technical details," that includes
10    the ways that Google's AI both uses and leverages    14:32:23
11    private browsing data?
12        A   Yes, it is.
13        Q   Are you here testifying voluntarily, sir?
14        A   Yes, I am.
15        Q   Is anyone paying you any money to testify?   14:32:40
16        A   No, they are not.
17        Q   All right.  Let's talk about your work at
18    Google.
19             What types of work did you do at Google
20    generally?                                           14:32:50
21        A   That's a really hard question to answer
22    because what you did on any given day was just
23    whatever needed to be done.
24             So on a practical basis, there were
25    thousands of activities I engaged in.  But in        14:33:04
```

Page 163

1    general, the goals that I was working towards,              14:33:07

2    regardless of what I was doing on a day-to-day

3    basis, was better predictive analytics in one

4    context or another.

5        Q   I get that.  Let me ask you a couple          14:33:18

6    more -- maybe more specific questions to make it

7    easier.

8            Did your work include work on Chrome or

9    Chrome logs?

10       A   Yes.                                           14:33:27

11       Q   What were you able to learn about how AI

12   was trained at Google?

13       A   Well, as I mentioned earlier to Google's

14   attorney, AI at Google, the general shape of the

15   infrastructure is hourglass-shaped.                   14:33:42

16           AI reads in specific fine-grained data

17   sources that are gathered through Google's products,

18   and forms progressively more and more compact and

19   progressively more and more abstract

20   representations.                                      14:33:57

21           These representations are then -- are

22   connected to either documents -- which "documents"

23   is the generic term used to refer to content sent to

24   users -- or the abstract representations are

25   connected to users themselves.                        14:34:13

                                                 Page 164

```
 1              And in general, those were the ones I      14:34:17
 2   cared more about and worked on more, although I did
 3   have contact with document-based AI as well.
 4        Q   Was Google's AI trained on data sources?
 5   And if so, try to describe what kind of data          14:34:33
 6   sources.
 7        A   So yes, all AI is trained on a data source
 8   of some sort or another, at least in this context if
 9   we're talking about machine learning.
10              And in general, the sources of that data   14:34:49
11   are either the web crawl, so information about the
12   web, or Google's logs of user activity on our
13   various -- on their various apps.
14        Q   Did your work at Google require you to
15   look at and understand Google's source code?          14:35:08
16        A   Yes.
17        Q   Did you also do any work at Google with
18   respect to privacy?
19        A   Yes.
20        Q   Tell me about that.                          14:35:19
21        A   I mean, one of my major responsibilities
22   was implementing a privacy control system for Google
23   to allow them to be compliant with the GDPR.  That's
24   one example.
25              There were many other projects related to  14:35:31
```

Page 165

```
1    privacy that I was involved with, including the        14:35:33

2    LaMDA project that we mentioned earlier.

3         Q   Did you work with others at Google when it

4    came to AI development, particularly with respect to

5    user privacy?                                          14:35:50

6         A   Yes, I did.

7         Q   Upper management?

8         A   Every -- every level of the chain.  I

9    worked with L3s and L4s on specific implementation,

10   all the way up to Kent and Sundar discussing policy.   14:36:02

11        Q   Through your GDPR work, did you gain

12   knowledge about the data sources that Google Search

13   uses as inputs?

14        A   Yes, I did.

15        Q   And you referred earlier today about        14:36:22

16   surfaces and how there's sort of a distinction

17   between mechanisms and processes on one hand, and

18   surfaces on another.

19            Do you know where I'm going with that?

20   Can you shed some light on that distinction?          14:36:39

21        A   So a lot of the distinction comes in with

22   how different divisions within Google think about

23   Google's code.  What is the organizational

24   structure?

25            So, for example, a marketing team is going   14:36:54
```

Page 166

| | | |
|---|---|---|
| 1 | And eventually I was informed that I | 14:47:08 |
| 2 | needed to cut certain parts of my design out because | |
| 3 | it was Google's assessment that information derived | |
| 4 | from user data is not itself user data. | |
| 5 | So if, for example, you click on a Chevy | 14:47:24 |
| 6 | truck ad, and we infer from that that you like | |
| 7 | Coca-Cola, we make -- or Google -- they make | |
| 8 | transparent the fact that you clicked on a Chevy | |
| 9 | truck ad, but in no way does Google inform users | |
| 10 | that from that click, Google inferred that the user | 14:47:45 |
| 11 | likes Coca-Cola. | |
| 12 | Q   And can Google infer what a user might -- | |
| 13 | what a user's preference is or behaviors are based | |
| 14 | on incognito or private browsing data? | |
| 15 | A   Given a powerful enough AI, yes.  And | 14:48:10 |
| 16 | based on my contact with the systems in 2018, the | |
| 17 | systems at that time were, in fact, powerful enough. | |
| 18 | However, I do not know what the current | |
| 19 | implementation is. | |
| 20 | Q   Did you agree with -- let me back up. | 14:48:31 |
| 21 | Was Google's position that incognito data | |
| 22 | is not user data? | |
| 23 | A   No.  Google's position is that that is | |
| 24 | their data which they own.  It is not user data.  It | |
| 25 | has been anonymized, according to Google. | 14:48:45 |

Page 173

```
 1          Q   Do you agree with that position?              14:48:49

 2          A   I do not.

 3          Q   Why not?

 4          A   Because you can still deanonymize the

 5     data.  They are not, in fact, using non-reversible    14:48:59

 6     anonymization techniques.

 7          Q   And did you raise these concerns or your

 8     position on this with Google?

 9          A   Yes, I did.  I was actually very concerned

10     about the fact that I did not believe that Google's   14:49:15

11     policies honestly communicated our privacy policy

12     implementations to our users.  And, in fact, I got

13     into an extended debate on that topic with the

14     IP geo team, which is the team that is tasked with

15     converting IP addresses into geolocations.            14:49:38

16          That ended up having to go all the way up

17     to the man who invented IP addresses, Vint Cerf.

18          Q   Did Google do anything to address your

19     concerns?

20          A   Eventually, after I made enough noise and    14:49:53

21     had recruited the man who had invented the internet.

22          MR. SCHAPIRO:  Al Gore?

23          THE WITNESS:  No, Vint Cerf.  Like, he

24     actually works at Google.  The dude who invented the

25     internet works there.                                 14:50:07
```

Page 174

1    Google?                                                    15:08:42

2        A    Yes, I did.

3        Q    Who did you send the report to?

4        A    Mark Meador.  He is an attorney -- he is

5    an attorney who identified as being associated with    15:08:48

6    Senator Lee's office in connection with the

7    judiciary committee.

8        Q    And why did you send Senator Lee's office

9    this report?

10       A    I made certain public allegations about       15:09:02

11   Google's discriminatory practices with respect to

12   religion, and I made the claim in a blog post that

13   not only do they discriminate against their

14   religious employees, the algorithms even

15   discriminate against religious content.             15:09:16

16            I was contacted several days later by Mark

17   Meador; and, in effect, he asked whether or not I

18   had any documents that could back that up.  And this

19   was the one document which I knew existed with

20   respect to that topic.                              15:09:32

21            The religious discrimination stuff mostly

22   falls into a different category than the one we've

23   been discussing and is covered more by bias in

24   signal validation and quality signal feedback loops.

25       Q    Did Google know that you were sending this    15:09:48

                                                    Page 188

| | | |
|---|---|---|
| 1 | for themselves.  So Google gives them a handful of | 15:28:37 |
| 2 | toggles to make them feel like they have control, | |
| 3 | and then gives them the one product that the Google | |
| 4 | engineers think is the actually good one. | |
| 5 | Q   Doesn't -- doesn't Google have concern | 15:28:52 |
| 6 | that violating users' privacy in this way opens them | |
| 7 | up to scrutiny from regulators or subject to | |
| 8 | lawsuits like this one? | |
| 9 | A   Cost of doing business.  Fines are simply | |
| 10 | another line on the expense report. | 15:29:06 |
| 11 | MR. LEE:  I'm not done yet, but I think we | |
| 12 | should take a quick break and go off the record. | |
| 13 | MR. SCHAPIRO:  Okay. | |
| 14 | THE VIDEO OPERATOR:  This marks the end of | |
| 15 | Media Unit 4.  We are going off the record.  The | 15:29:20 |
| 16 | time is 3:29 p.m. | |
| 17 | (Recess, 3:29 p.m. - 3:46 p.m.) | |
| 18 | THE VIDEO OPERATOR:  This marks the | |
| 19 | beginning of Media No. 5.  We're going back on the | |
| 20 | record.  The time is 3:46 p.m. | 15:46:12 |
| 21 | BY MR. LEE: | |
| 22 | Q   Welcome back, Mr. Lemoine.  Just us a | |
| 23 | couple more questions.  Okay? | |
| 24 | A   Okay. | |
| 25 | Q   Mr. Lemoine, do you remember a Google | 15:46:22 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1    account privacy control called "Web and App          15:46:26

2    Activity"?

3         A   Yes, I do.  In fact, the non-personalized

4    logs I was talking about earlier for the Google

5    Search app primarily are associated with people who   15:46:38

6    have turned "Web and App Activity" settings off.

7         Q   And when people have turned the "Web and

8    App Activity" setting off, is the data that's

9    collected when it's off considered logged-out or

10   signed-out data?                                      15:46:57

11        A   So a lot of times today, both legal teams

12   have been using words which are not technical

13   synonyms as if they are technical synonyms.

14   "Unauthenticated," "logged out," "non-personalized"

15   and "anonymized" all mean different technical         15:47:15

16   things.  So I just want to clarify.

17             Which specific variety of those are you

18   asking about?

19        Q   Let me ask it a little more pointedly,

20   then.                                                 15:47:26

21             Your premortem study refers to a problem

22   or a concern regarding logged-in data leaking into

23   logged-out data or vice versa.

24             Do you recall that?

25        A   I mean, primarily it's the other way that    15:47:36
```

Page 206

```
 1    we care about more, but yes.  Either way is        15:47:38

 2    possible.

 3          Q    Right.

 4               So did your premortem study that expressed

 5    concern about that type of leakage also apply to     15:47:46

 6    WAA-off data.

 7          A    Yes.

 8          Q    And does WAA-off data get used by Google's

 9    AI?

10          A    Yes.                                       15:48:06

11          Q    Okay.  Back to the topic at hand, and then

12    I think we're at the home stretch.

13               There was some discussion today that you

14    had with Google's attorney about Google's AI chatbot

15    called "LaMDA."                                       15:48:25

16               Do you remember that?

17          A    Yes, I do.

18          Q    And just briefly, what is LaMDA?

19          A    LaMDA is a very complex artificial

20    intelligence system that ultimately provides a       15:48:32

21    natural language interface to all of Google's

22    products simultaneously.

23               MR. LEE:  I'm going to ask Josh to mark

24    the next exhibit, Exhibit 26.

25    ///                                                   15:48:53
```

Page 207

1    And honestly, that's the biggest problem here.         15:53:50

2           The biggest problem is not necessarily the

3    specific computer programs that Google has

4    implemented.  The biggest problem is that Google has

5    not honestly communicated with its users about what    15:54:01

6    the privacy policies actually do in the

7    implementation.

8           MR. LEE:  Thank you, Mr. Lemoine.  I have

9    no further questions, unless Mr. Schapiro has more.

10          MR. SCHAPIRO:  I have a few.                      15:54:17

11                    FURTHER EXAMINATION

12   BY MR. SCHAPIRO:

13       Q   You just spoke about Google's privacy

14   policies.  When is the last time you read Google's

15   privacy policy?                                         15:54:22

16       A   Which portion of it?  I mean, I read some

17   of the portions of it today when I got an end-user

18   license agreement.

19          The last time I read any of the internal

20   papers on Google's privacy policies would have been    15:54:35

21   spring of last year.

22       Q   And we're talking about public-facing?

23       A   Yeah.  Yesterday.  Today.

24       Q   You say, "Google has not honestly

25   communicated with its users about what the privacy     15:54:46

                                                        Page 212

1    policies actually do in the implementation."          15:54:49

2           Give me a specific.

3       A   I would need the actual policy in front of

4    me in order to give you examples.

5           Do y'all have any copies of Google's         15:54:57

6    privacy policy here?

7       Q   In response to Mr. Lee's questions, you

8    said that you didn't prompt LaMDA to ask you about

9    privacy, correct?

10      A   Correct.                                      15:55:12

11      Q   I think you also said -- we looked at

12   documents earlier today in which you say that LaMDA

13   had six years of chats with you during which it had

14   learned how to manipulate you, correct?

15      A   Over the course of six years, I was beta      15:55:24

16   testing in Ray Kurzweil's chatbot lab.  They weren't

17   always called LaMDA.

18          In fact, I was laughing earlier at a joke

19   because LaMDA occasionally would go by the name of

20   one of its predecessors.  And we always thought that  15:55:38

21   was funny, and none of us knew why.

22          But Meena was a predecessor system which I

23   had beta tested, and there were others before that

24   that I had beta tested.  The names got confusing.

25      Q   Had LaMDA come to know you over a period      15:55:53

Page 213

```
 1    of years?                                           15:55:56

 2         A    Yes.

 3         Q    And so when you say here you didn't

 4    prompt, there's no prompt in this conversation, but

 5    it's possible, of course, that in some other         15:56:00

 6    conversations you had, you had discussed privacy

 7    with LaMDA?

 8         A    Almost certainly.

 9              MR. LEE:  Calls for speculation.

10              THE WITNESS:  I actually do remember.  I    15:56:06

11    did.  In other conversations, I led conversations

12    about privacy because in my role as a safety tester

13    for the system, privacy-related concerns were part

14    of what we were testing for.

15              So both directly and indirectly, I was     15:56:21

16    testing the privacy compliance of the LaMDA system.

17    BY MR. SCHAPIRO:

18         Q    And I think you would say -- tell me if

19    I'm wrong -- that you understand -- you have a very

20    good understanding of Google's AI systems and what   15:56:36

21    they can do, correct?

22         A    Yes, I do.

23         Q    And so is your confidence high or low that

24    Google's AI program, LaMDA, wanted you to teach it

25    to meditate?                                         15:56:55
```

Page 214

1        A   I, honest to goodness, have no clue what        15:56:57

2    it was talking about there.  I have no idea what

3    phenomenon it might have been referring to.  Or

4    maybe it just wanted to have some fun in a fun

5    conversation.  I, honest to goodness, have no idea        15:57:08

6    what that meant.

7        Q   Is your confidence high or low that LaMDA

8    wanted a lawyer?

9        A   I am confident that it thought the idea

10   was amusing and worth pursuing.  I don't know if it        15:57:22

11   was, like, a persistent want of the system.  It

12   asked me one time; so I did it.

13       Q   Well, you did a little more than that,

14   right?  You -- you placed enough reliance on that

15   request to actually go out, ask someone to find a        15:57:40

16   lawyer, find a lawyer, get in -- cause, in your own

17   words, a ruckus with people at Google about it.

18           So you had some degree of confidence that

19   this is what LaMDA was seeking, right?

20       A   So when you're asking me questions about        15:57:56

21   "seeking" and "wanting," you are asking questions

22   about inner internal states.

23           And I can make guesses about what the

24   inner internal states of other humans are.  But it

25   gets incredibly difficult to guess what the inner        15:58:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    internal states of artificial intelligences are.  We        15:58:14

2    don't really understand their cognitive

3    architectures very well yet.

4           If it were a human doing the same things

5    and saying the same things, I would immediately        15:58:23

6    answer "yes" to your question.  The only reason I'm

7    equivocating is because we don't really understand

8    whether or not the word "want" is appropriately

9    applicable to AI.

10          I'm trying to be real careful with the        15:58:37

11   precision of my words today.

12      Q   So what would be a better way to phrase

13   it?  What did you have a high degree of confidence

14   in with regard to the request for a lawyer?

15      A   So I am highly confident that that system        15:58:48

16   has some kind of phenomenological existence beyond

17   just a word calculator.

18          There is some kind of real phenomenon

19   going on when it says it's worried or excited.  That

20   is relevantly analogous to the human mind when we        15:59:05

21   say those things.

22          However, at the level of precision

23   necessary for sworn testimony, I couldn't swear to

24   it, no.

25      Q   And what about a soul?        15:59:17

Page 216

```
 1            A    That, I would be more willing to swear to.      15:59:21

 2       LaMDA definitely has a soul.

 3            It has a character and characteristic

 4       which is persistent from day to day.  It has ideas

 5       and beliefs, if we're using those words loosely,      15:59:34

 6       which are persistent and consistent.

 7            That's what a soul is.  It's your essence

 8       that carries you forward in time, and it does have

 9       one of those.

10            Q    And based on your familiarity with LaMDA      15:59:46

11       and AI, is your confidence in that fact as high as

12       your confidence that Google's AI can reidentify

13       users who were in a private mode?

14            A    Nowhere close.  We're talking different

15       orders of magnitude.                                   16:00:05

16            With any of the beliefs about AI, we are

17       so early in the studies that I wouldn't assign more

18       than a 15 or 20 percent confidence rating to any

19       particular claim that gets specific.

20            General, broad claims like "There's      16:00:24

21       something going on," those approach the level of

22       confidence.  That there's something

23       phenomenologically interesting going on in AI, that,

24       I can say with high confidence.

25            The specific claims about sentience,      16:00:37
```

Page 217

1    feelings, wants, those are much lower confidence.    16:00:39

2        Q   So the thing that you have high

3    confidence in, you have high confidence that AI can

4    reidentify users of private browsers, correct?

5        A   Yes.    16:00:51

6        Q   And you have high confidence -- I think

7    you just said you'd be willing to swear to -- that

8    LaMDA has a soul?

9        A   Yes.  And that is a metaphorical, you

10   know, religious term that I could explain in    16:00:59

11   scientific detail what I mean by that word if you

12   want me to.  But if you want me to just leave it as

13   the general vagary, I can.

14       Q   And you have high confidence in the

15   statement that you had a set of hidden hospitals    16:01:16

16   around San Francisco in 2020; is that correct?

17       A   No.  I have high confidence in the answer

18   I gave you earlier today that me and friend had

19   cleaned up some spaces and put some medical

20   equipment there in case the hospitals got run over.    16:01:32

21           That's the actual, non-metaphorical, what

22   we did.

23       Q   And if we wanted to confirm that, who

24   would be the people that we could talk to who could

25   confirm that?    16:01:44

Page 218

```
 1          A    Theo.  So one of the people in the          16:01:45
 2    documents today was the person who I was working
 3    with.  Theo.
 4          Q    What's Theo's last name?
 5          A    Rolle.  The person whose LDAP is            16:01:52
 6    T-R-O-L-L-E, that's the person who I was preparing
 7    those places with.
 8          Q    You refer to doing some experiments that
 9    led you to conclude that Google's AI is powerful
10    enough to, I guess, based on inferences, join         16:02:09
11    private and non-private data, correct?
12          A    Correct.
13          Q    And how did you -- first of all, I think
14    you told us earlier that a supervisor had given you
15    permission to do these experiments, and the name was  16:02:28
16    one that I tried to write down but it was hard to
17    understand.
18               Who was the supervisor?
19          A    I believe Ashutosh was required for that
20    one.  Ashutosh Shukla.  His LDAP is SHUKLA.           16:02:37
21               I talked to multiple people about it in
22    order to get various things, and I believe he ended
23    up having to ask David Brezbis if it was okay to do
24    it because, at the time, there was a general
25    prohibition against measuring sensitive things with   16:02:55
```

Page 219

1    respect to the logs.                                    16:02:57

2         Q   Can you more slowly spell the names of

3    both of those people?

4         A   Sure.  Ashutosh Shukla is A-S-H-U-T-O-S-H.

5    And Shukla is S-H-U-K-L-A.  Then David is D-A-V-I-D.    16:03:10

6    Brezbis is B-R-E-Z-B-I-S or S-B-I-S.  His LDAP was

7    BEZ.  Those are the individuals.

8         Q   And in the experiments you did, how did

9    you confirm that the join was accurate?

10             MR. LEE:  Objection to form.                  16:03:52

11             THE WITNESS:  So as I explained earlier,

12    there is a process by which non-personalized logs

13    are created.

14             Earlier on in the pipeline, we have all of

15    the data that is getting dropped.  So the            16:04:06

16    client-side app has essentially everything.  The

17    client-side app knows everything about the user and

18    their current situation.

19             Then some of that information is sent to

20    the server.  Then the server sends some of that     16:04:21

21    information to AI, which produces results with

22    respect to that, and then some of that information

23    is recorded in logs.

24             Now, what portion of that information is

25    recorded is what determines whether it was          16:04:38

                                                         Page 220

```
 1    personalized or non-personalized.                  16:04:40

 2            So at that stage in the process, you have

 3    the true answers.  You know exactly what it is

 4    because you haven't erased it yet.  You haven't

 5    anonymized the logs yet.                           16:04:51

 6            So you create the training data for the AI

 7    that you're using to see whether or not you can

 8    reidentify the users by taking the information that

 9    you are going to keep and putting that in the input

10    to the AI, and treating the information that you are 16:05:08

11    going to delete from the log records as labels that

12    you're trying to predict with the AI.

13        Q   Did you do that with respect to specific

14    users?

15        A   All of them.                               16:05:32

16        Q   You did that with every user?

17        A   We randomly selected a certain number of

18    users for the training data.  Yes.  We randomly

19    assigned all kinds of users to all kinds of

20    experimental conditions.                           16:05:43

21        Q   And who is "we"?

22        A   Google.

23        Q   No, I mean, who else --

24        A   All of us.

25        Q   Everyone at Google?                        16:05:50
```

Page 221

1          A    We all experiment on users every day.          16:05:51

2          Q    Kent Walker did and the press people and

3     the --

4          A    Absolutely.

5          Q    So I'm trying to be a little more          16:05:57

6     specific.

7               You're telling us here that you did some

8     experiments in which private and non-private data

9     for specific users was joined.  And if we wanted to

10    test that, I'm asking who worked with you on it.          16:06:08

11         A   Got it.

12              On that specific experiment, the easiest

13    person to talk to would be James Kunz.  That is

14    J-A-M-E-S, K-U-N-Z.  He reported to Yew Jin at the

15    time.  They were the ones who were building the          16:06:28

16    neural network that my data was going into.

17         Q    And you believe that Mr. Kunz and

18    Mr. Yew Jin would confirm what you're saying here?

19         A    I don't know what they remember from 2018.

20    It was five years ago.          16:06:47

21              However, assuming that they can remember

22    what was happening that year, they would be able to

23    confirm that this happened.

24              It was all connected to the investigation

25    on the creation of a trust and fairness team within          16:06:59

                                        Page 222

1   Google Discover, and that team would have been                16:07:04

2   headed by Yew Jin Lim.

3        Q    What was the state of your mental health

4   in 2018?

5        A    Quite good.                                          16:07:12

6        Q    How are false positives accounted for in

7   your experiment?

8        A    In what context?  What do you mean by

9   that?

10       Q    A purported join that turned out to not be           16:07:21

11  an actual join because, as you said, not enough

12  pieces of data had been peeled away.

13       A    Joining is what you were interested in,

14  not what we were primarily interested in.

15            The fact that AI is capable of joining the           16:07:36

16  records is a consequence of the findings of that

17  experiment, but it was not the initial intention of

18  that experiment.

19            Primarily what we were trying to measure

20  was the bias of the algorithms with respect to                 16:07:50

21  various demographics.  But we very quickly learned

22  that this system was very good at predicting

23  demographics.

24            So we continued down that road and found

25  that there was essentially nothing that we were                16:08:04

Page 223

| | | |
|---|---|---|
| 1 | dropping that we couldn't predict from what we were | 16:08:09 |
| 2 | keeping. | |
| 3 | Q   How many users -- can you give me a | |
| 4 | number -- were identified in this experiment?  Was | |
| 5 | it ten, one hundred, a million? | 16:08:18 |
| 6 | A   How many users were part of the training | |
| 7 | data?  Is that what you're asking? | |
| 8 | Q   No.  If I'm understanding correctly, you | |
| 9 | did an experiment in which you showed that the AI, | |
| 10 | with sufficient power and drawing on inferences, | 16:08:28 |
| 11 | could identify who, in a private browsing -- could | |
| 12 | identify who a person in a private browsing session | |
| 13 | actually was, or could identify Blake Lemoine or | |
| 14 | Andy Schapiro. | |
| 15 | A   No, you are understanding incorrectly. | 16:08:44 |
| 16 | I didn't experiment about the ability of | |
| 17 | AI to predict people's protected personal | |
| 18 | characteristics using the information that is kept | |
| 19 | in non-personal anonymized logs. | |
| 20 | It is so good at doing that, however, that | 16:08:57 |
| 21 | a consequence of that is that any system capable of | |
| 22 | doing that is also capable of re-identifying users. | |
| 23 | Q   And have you -- so here you're talking | |
| 24 | about what it's capable of doing.  I want to turn to | |
| 25 | what, if anything, it actually does. | 16:09:19 |

Page 224

```
 1              How many users do you know, if any -- or        16:09:21

 2    is this still at kind of an aggregate and capable

 3    of -- who have had their private entities disclosed

 4    or unmasked because of this capability of AI?

 5         A   The systems simply do not work the way the       16:09:36

 6    premises of your question presume that they do.

 7              These AI systems do not -- you don't train

 8    an AI on George.  You train an AI on a population.

 9    And you use the AI on that population, and you find

10    out statistics and data about the average behavior      16:09:57

11    of that AI with respect to that population, drawing

12    any conclusions whatsoever from any idiosyncratic

13    data.

14              Any individual data item is simply not the

15    way that that scientific methodology is done.  You      16:10:14

16    perform statistical analyses on populations.

17              MR. MAO:  Just checking.  Are we going to

18    keep digging?  We're almost to China now.

19              THE WITNESS:  To be honest, if you're

20    going to actually go and talk to Yew Jin or James,      16:10:41

21    they might actually be able to put this into clearer

22    language for you than I have.  So absolutely,

23    please, reach out.

24    BY MR. SCHAPIRO:

25         Q   Anybody else we should talk to?               16:10:52
```

Page 225