# Exhibit 3

# Omnibus Mao Declaration

# FILED UNDER SEAL