# Exhibit 5

# Omnibus Mao Declaration

# FILED UNDER SEAL