# Exhibit 6

# Omnibus Mao Declaration

# FILED UNDER SEAL