# Exhibit 7

# Omnibus Mao Declaration

# FILED UNDER SEAL