# Exhibit 8

# Omnibus Mao Declaration

# FILED UNDER SEAL