# Exhibit 9

# Omnibus Mao Declaration

# FILED UNDER SEAL