# Exhibit 10

# Omnibus Mao Declaration

# FILED UNDER SEAL