# Exhibit 11

# Omnibus Mao Declaration

# FILED UNDER SEAL