# Exhibit 12

# Omnibus Mao Declaration

# FILED UNDER SEAL