# Exhibit 13

# Omnibus Mao Declaration

# FILED UNDER SEAL