# Exhibit 14

# Omnibus Mao Declaration

# FILED UNDER SEAL