# Exhibit 15

# Omnibus Mao Declaration

# FILED UNDER SEAL