# Exhibit 16

Omnibus Mao Declaration

# FILED UNDER SEAL