# Exhibit 17

# Omnibus Mao Declaration

# FILED UNDER SEAL