# Exhibit 18

# Omnibus Mao Declaration

# FILED UNDER SEAL