# Exhibit 19

# Omnibus Mao Declaration

# FILED UNDER SEAL