# Exhibit 20

# Omnibus Mao Declaration

# FILED UNDER SEAL