# Exhibit 21

# Omnibus Mao Declaration

# FILED UNDER SEAL