# Exhibit 22

# Omnibus Mao Declaration

# FILED UNDER SEAL