# Exhibit 25

Omnibus Mao Declaration

Message
***

| | |
|---|---|
| **From:** | chrome-security@google.com [chrome-security@google.com] |
| on behalf of | Wieland Holfelder [holfelder@google.com] |
| **Sent:** | 12/12/2014 9:45:16 PM |
| **To:** | Chris Palmer [palmer@google.com] |
| **CC:** | Lucas Garron [lgarron@google.com]; chrome-security [chrome-security@google.com]; Chrome Privacy [chrome-privacy@google.com]; Mike West [mkwst@google.com]; Betsy Masiello [betsym@google.com] |
| **Subject:** | Re: Incognito. :( |

+betsym since I flagged that to her when Eric was using this same line in a speech in Berlin in October.

On Dec 12, 2014 10:40 PM, "Chris Palmer" <palmer@google.com> wrote:
  Looks like perhaps so, yeah. He spoke at the thing:

  http://www.cato.org/events/2014-cato-institute-surveillance-conference

  On Fri, Dec 12, 2014 at 12:39 PM, Lucas Garron <lgarron@google.com> wrote:
  > For those who are just joining you, this is separate from the September
  > incident, right? As in, Eric stated the same thing today, too?
  >
  > On Fri Dec 12 2014 at 11:22:28 AM Chris Palmer <palmer@google.com> wrote:
  >>
  >> Yeah, Parisa pinged PR and Eric himself about this when Eric first
  >> made the incorrect statement. AFAIK it was never corrected publicly.
  >>
  >> It's long past time to re-brand Incognito.
  >>
  >> That Google is doubling down on the concept and on the name is amazing
  >> to me. This pain is just a taste of what is to come.
  >>
  >> It looks bad in the press, but that's minor relative to the the real
  >> concern: security and privacy confusion is bad for users, bad for
  >> human rights, bad for democracy.
  >>
  >> On Fri, Dec 12, 2014 at 11:14 AM, Mike West <mkwst@google.com> wrote:
  >> > In the context of
  >> > http://www.cato.org/events/2014-cato-institute-surveillance-conference,
  >> > Chris Soghoian noted "Nice of Eric Schmidt to give the Chrome team a
  >> > shout
  >> > out, but outrageous to recommend incognito mode as way to defend against
  >> > gov
  >> > spying." - https://twitter.com/csoghoian/status/543477922607407104
  >> >
  >> > I feel like we've had this conversation before. Any chance Cato is going
  >> > to
  >> > make a transcript available?
  >> >
  >> > --
  >> > Mike West <mkwst@google.com>, @mikewest
  >> >
  >> > Google Germany GmbH, Dienerstrasse 12, 80331 München, Germany,

                    GOOG-CABR-05905167

>> > Registergericht und -nummer: Hamburg, HRB 86891, Sitz der Gesellschaft:
>> > Hamburg, Geschäftsführer: Graham Law, Christine Elizabeth Flores
>> > (Sorry; I'm legally required to add this exciting detail to emails.
>> > Bleh.)

CONFIDENTIAL

GOOG-CABR-05905168