# Exhibit 25
# Omnibus Mao Declaration

Message

| | |
|---|---|
| From: | Chris Palmer [palmer@google.com] |
| Sent: | 2/11/2015 6:52:47 PM |
| To: | Adrienne Porter Felt [felt@google.com] |
| CC: | Parisa Tabriz [parisa@google.com] |
| Subject: | Re: Incognito-fest 2015 |

On Wed, Feb 11, 2015 at 4:41 AM, Adrienne Porter Felt <felt@google.com> wrote:

> Second question. Is Incognito something our team wants to take on? (Palmer,
> in Q2 or Q3?) It would take attention and focus away from HTTPS but OTOH it
> is also something I know we all care about. Or should we focus on trying to
> poke the privacy team into action?

1. Sure, I can give a brief briefing. What is the best format?
Document, slides, in-person chat, a CL that has +0 lines and -15000?
:)

2a. I'm not sure we should take it on. It's radioactive: In its
current form, it is effectively a lie; in its fixed form (rebranded,
clarified) it will be a huge negative press cycle like Master Password
was (most people drunkenly screeching; Kevin Poulsen being the lone
sane voice); in its genericized form (Incognito deleted but at the
same time we make chrome://settings easier to use and understand,
including a [x] Make This Profile Temporary checkbox) people will
think we killed it unceremoniously and then it will be 100%
screeching.

2b. If we don't take it on, it will fester and perhaps metastasize,
and we will feel like we were derelict in our duty.

2c. Does Privacy team realize they have dropped the ball? I.e. if we
try to take it on, will they push back thinking it's still theirs? Or,
can we get them on board with our plan and then get them to act on it,
solving (2a)?

CONFIDENTIAL                                                                                            GOOG-BRWN-00806426

PRODBEG: GOOG-BRWN-00806426
PRODBEGATT:
PRODEND: GOOG-BRWN-00806426
PRODENDATT:
PRODVOL: PROD055
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: Chris Palmer
TO: adrienne porter felt <felt@google.com>
FROM: chris palmer <palmer@google.com>
CC: parisa tabriz <parisa@google.com>
BCC:
CONFIDENTIALITY: Confidential
CROSS_ALLCUSTODIANS:
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES:
CROSS_CC:
CROSS_CONFIDENTIALITY:
CROSS_CUSTODIAN:
CROSS_DATECREATED:
CROSS_DATEMOD:
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS:
CROSS_ENDATTACH:
CROSS_ENDBATES:
CROSS_FILEEXTENSION:
CROSS_FILENAME:
CROSS_FROM:
CROSS_MD5 HASH:
CROSS_MESSAGE ID:
CROSS_OWNER:
CROSS_PRODVAL:
CROSS_REDACTED:
CROSS_SUBJECT:
CROSS_TITLE:
CROSS_TO:
CUSTODIAN/SOURCE: Chris Palmer
DATECREATED:
DATELASTMOD: 02/11/2015
DATERCVD:
DATESENT: 02/11/2015
DeDupedCustodians:
DOCEXT:
FILENAME:
ILS_ProdDate: 11/30/2021
CROSS_ILS_ProdDate:
MD5 HASH: 4154D0D02186C7594FE519EB9D3BE26B
MessageID:
NATIVEFILE:
Owner: palmer
PAGES:
REDACTED: N
SUBJECT: Re: Incognito-fest 2015