# Exhibit 28

Omnibus Mao Declaration

# The Incognito Problem

Chris Palmer (palmer@)

CONFIDENTIAL

GOOG-BRWN-00140297

Key Fact:
Incognito
Confuses People

CONFIDENTIAL GOOG-BRWN-00140298

# "Incognito" Confuses People

We know from intuition, anecdotes, and now empirically (Yuxi Wu, et al.; see also Habib, et al.) that the "incognito"/Spy Guy branding, and the complex disclosures (like all complex disclosures), confuse people as to what exact guarantees it offers and does not offer.

Ironically, across all browsers, Chrome's disclosures were the least confusing by a modest amount. But it's still bad.

| Id | Date | Text |
|---|---|---|
| 1 | 07/22/2018 07:53:36 | It'd be good to try to replicate or further validate the study, but I'd be surprised if we got a significantly different result. |

**Table 5: Scenarios where participants held misconceptions, shown with the correct answers and percentage of participants who gave incorrect answers. For comparative scenarios, (in)equality symbols denote the correct answer, and we give the sum of all participants answering otherwise.**

| Scenario | Answer Std. | Answer Priv. | % Incorrect Std. | % Incorrect Priv. |
|---|---|---|---|---|
| *Overestimating private mode's privacy protections* | | | | |
| Search queries associated (logged in) | Yes | Yes | 1.5 | 56.3 |
| Bookmarks saved across sessions | Yes | Yes | 25.4 | 46.5 |
| Geolocation can be estimated | Yes | Yes | 5.2 | 40.2 |
| Employer can track browsing | Yes | Yes | 1.1 | 37.0 |
| Better protected from viruses/malware | Std. = Priv. | | 27.1 | |
| IP address can be collected | Yes | Yes | 0.7 | 25.2 |
| Government can track browsing | Yes | Yes | 4.1 | 22.6 |
| ISP can track browsing | Yes | Yes | 3.0 | 22.0 |
| *Underestimating private mode's privacy protections* | | | | |
| Downloaded file in browser's list | Yes | No* | 1.3 | 51.7 |
| Proportion of targeted ads | Std. > Priv. | | 30.9 | |
| Search queries associated (not logged in) | Yes | No | 20.2 | 30.0 |

*Except in Brave's private mode, which does retain download history

**Table 6: Distinguishing scenarios where private mode's impact depends on the browser or context.**

| Scenario | % Yes Std. | % Yes Priv. |
|---|---|---|
| Items in shopping cart saved across sessions | 97.8 | 78.8 |
| Browser extensions active across sessions | 98.3 | 69.1 |
| Forensic expert can reconstruct browsing history | 98.7 | 52.8 |
| Site-specific preferences (e.g., for pop-ups) saved | 98.3 | 31.3 |

**Table 7: Distribution of responses for comparative scenarios where the impact depends on the browser or context.**

| Scenario | % Responses Std. > Priv. | Std. = Priv. | Std. < Priv. |
|---|---|---|---|
| Amount of ads | 32.2 | 64.9 | 2.9 |
| Page loading speed | 24.8 | 53.6 | 21.6 |

($\chi^2(12) = 38.1$, $p = .001$). In the control condition, 32.4% of participants mistakenly believed downloaded files would still be listed in the browser. A higher proportion of participants in Brave (62.2%,

# This Is Bad

**We are over-promising and under-delivering.**

This is bad for people and reflects badly on our product when/if people do come to understand.

# Key Question: What Do People Use Incognito For?

CONFIDENTIAL GOOG-BRWN-00140303

# Why Do People Use Private Modes?

From Wu, et al.:

1. Hide browsing history, especially visits to adult websites;
2. prevent targeted ads and search suggestions;
3. achieve “safer” browsing;
4. Prevent browsers from saving login-related information;
5. avoid cookies;
6. accommodate intentional or unintentional use by others.

Case 4:20-cv-03664-YGR Document 928-3 Filed 07/10/23 Page 10 of 36

| Id | Date | Text |
|---|---|---|
| 1 | 07/23/2018 13:28:04 | what's the motivation here? how does this differ from 2? |
| 2 | 07/23/2018 13:28:04 | This is a list of reasons that people reported to the researchers for why they use private browsing modes. Part of the point of the research is that people don't fully understand the mechanisms. |

# Incognito Is Overloaded

Those 6 reasons are related but different. Perhaps we really need multiple modes (we've already got Guest mode)?

Or more and easier affordances for privacy and control in Settings/elsewhere?

# Key Fact: There's A Privacy Feature Race

CONFIDENTIAL GOOG-BRWN-00140307



Brave Introduces Beta of Private Tabs with Tor for Enhanced Privacy while Browsing
by Brave | Jun 28, 2018 | Announcements, Features, Privacy
This is a Private Tab
10:15 AM

CONFIDENTIAL GOOG-BRWN-00140308

tom's HARDWARE PRODUCT REVIEWS BUYING GUIDES HOW TO DEALS NE

## A Firefox Competitive Advantage

The Tor Project developers said that Project Fusion has the accord of Mozilla's CEO and CTO, which probably means it has a high chance of coming to fruition. However, many issues have to be considered first, such as developing private telemetry, fixing the problem with fingerprinting resistance breaking websites, and so on.

Additionally, Mozilla wants to first standardize the Tor client specification, write conformance tests for it, and open the documentation. All of that means that more people could look at how Tor is implemented in Firefox and see if there are any issues with that implementation.

The main reason why Mozilla would even want to integrate Tor into Firefox is because it could provide its users real private browsing, something that most competitors will not be able to offer. Mozilla has taken an increasingly strong pro-privacy stance in the past few years, and Project Fusion could further boost its pro-privacy image.

It could also put Firefox in a much more direct contrast with Chrome, a browser developed by Google, which is heavily invested in user tracking in order to serve more targeted ads.

## ITP, ITP2, ITP3

Safari and Mozilla are moving in this area, and we'll need to have some kind of response as well.



CONFIDENTIAL

GOOG-BRWN-00140311

Case 4:20-cv-03664-YGR Document 557-28 Filed [illegible] Page 17 of 36

| Id | Date | Text |
|---|---|---|
| 1 | 07/21/2018 14:10:10 | Tor is also a cesspool of illegal and distasteful content. |

CONFIDENTIAL GOOG-BRWN-00140312



CONFIDENTIAL GOOG-BRWN-00140313

# Options

CONFIDENTIAL GOOG-BRWN-00140314



CONFIDENTIAL

GOOG-BRWN-00140315



CONFIDENTIAL GOOG-BRWN-00140316

| Id | Date | Text |
| --- | --- | --- |
| 1 | 07/23/2018 14:04:19 | Another option is something akin to BUMP to prevent fingerprinting. |
| 1 | 07/23/2018 14:05:29 | Google could provide a SOCKS proxy for HTTPS connections. This would be much faster routing through Tor and in pratice provide just as much security (if you trust Google). |
| 2 | 07/23/2018 14:05:29 | If we're going to put the entry and exit TOR nodes on Google properties, we might as well just do SOCKS instead anyway. |



CONFIDENTIAL GOOG-BRWN-00140318



CONFIDENTIAL

GOOG-BRWN-00140319

ars TECHNICA
BIZ & IT TECH SCIENCE POLICY CARS GAMING & CULTURE FOR
PRIVACY, SORT OF —
Facebook offers hidden service to Tor users
Users can now anonymize themselves before handing over all their information
ROBERT LEMOS - 10/31/2014, 6:50 PM
36
Hidden services running on the Tor network got major support on Friday when Facebook began offering Tor users a way to connect to its services and not run afoul of the social network's algorithms for detecting fraudulent usage of accounts.
On Friday, the company added a hidden service address with a .onion top-level domain, facebookcorewwwi.onion [updated to fix address], which allows Tor users to protect their data and identity all the way to Facebook's datacenters. Hidden services accessed through the Tor network allow both the Web user and website to remain anonymous.
"Facebook's onion address provides a way to access Facebook through Tor without losing the cryptographic protections provided by the Tor cloud," Alec Muffett, a software engineer with Facebook's security infrastructure group, said in a blog post. "It provides end-to-end communication, from your browser directly into a Facebook datacenter."

MOBILE

# Facebook's latest privacy debacle points to larger problem: Trust

The social network is in hot water over a VPN security app it owns called Onavo reportedly spying on users. But Facebook's issues are deeper than that.

BY RICHARD NIEVA / FEBRUARY 14, 2018 1:41 PM PST

Hide Your IP with VPN
Most Trusted VPN Service. Access Any Site Anonymously, World-wide. hotspotshield.com/vpn-offer/

IMPROVE YOUR DOCUMENT INFRASTRUCTURE

Most VPN Services are Terrible
Short version: I strongly do not recommend using any of these providers. You are, of course, free to use whatever you like. My TL;DR advice: Roll your own and use Algo or Streisand. For messaging & voice, use Signal. For increased anonymity, use Tor for desktop (though recognize that doing so may actually put you at greater risk), and Onion Browser for mobile.
This mini-rant came on the heels of an interesting twitter discussion: https://twitter.com/kennwhite/status/591074055018582016
Again I strongly do not recommend using any of these providers.
Provider / known "Secret" Key
Astril / way2stars
EarthVPN / earthvpn
GFwVPN / gfwvpn
GoldenFrog / thisisourkey
IBVPN / ibVPNsharedPSK!
IPVanish / ipvanish
NordVPN / nordvpn
PrivateInternetAccess (PIA) / mysafety
PureVPN / 12345678
SlickVPN / gogoVPN
TorGuard / torguard
TigerVPN / tigerVPN

source: https://gist.github.com/kennwhite/1f3bc4d889b02b35d8aa

CONFIDENTIAL GOOG-BRWN-00140322



There Is Some Opportunity, Though

CONFIDENTIAL GOOG-BRWN-00140323

# Key Question: How Much Breakage Will People Tolerate?

CONFIDENTIAL GOOG-BRWN-00140324



Hypothesis: Not Much

CONFIDENTIAL GOOG-BRWN-00140325

CCaassee 43:220-0-ccvv-0033666848-YYGGRR Document 557-28 / 928-3 (overprinted) Filed 07/10/23 Page 31 of 36

# Conclusion: Options, But No Single Clear Path

CONFIDENTIAL GOOG-BRWN-00140326



My Preferences For Incognito

CONFIDENTIAL GOOG-BRWN-00140327

| Id | Date | Text |
|---|---|---|
| 1 | 07/21/2018 15:50:53 | [redacted] |
| 3 | 07/22/2018 08:00:43 | [redacted]<br><br>[redacted] |
| 2 | 07/23/2018 12:54:42 | [redacted] |
| 3 | 07/23/2018 12:54:42 | [redacted]<br><br>[redacted]<br><br>[redacted] |



Additional Useful Efforts

CONFIDENTIAL GOOG-BRWN-00140329

PRODBEG: GOOG-BRWN-00140297
PRODBEGATT:
PRODEND: GOOG-BRWN-00140329
PRODENDATT:
PRODVOL: PROD023
2nd_CROSS_BEGBATES:
2nd_CROSS_ENDBATES:
AllCustodians: AbdelKarim Mardini;Alexei Svitkine;Helen Harris
TO:
FROM:
CC:
BCC:
CONFIDENTIALITY: Confidential
CROSS_ALLCUSTODIANS: AbdelKarim Mardini;Alexei Svitkine;Helen Harris
CROSS_ATTACHMENTNAME:
CROSS_BEGATTACH:
CROSS_BEGBATES: GOOG-CABR-00094818
CROSS_CC:
CROSS_CONFIDENTIALITY: CONFIDENTIAL
CROSS_CUSTODIAN: Alexei Svitkine
CROSS_DATECREATED: 07/21/2018
CROSS_DATEMOD: 10/09/2019
CROSS_DATERECEIVED:
CROSS_DATESENT:
CROSS_DE-DUPED CUSTODIANS: AbdelKarim Mardini;Alexei Svitkine;Helen Harris
CROSS_ENDATTACH:
CROSS_ENDBATES: GOOG-CABR-00094850
CROSS_FILEEXTENSION: pptx
CROSS_FILENAME: The Incognito Problem_1TNOMivlbk0cAiQqY4twyccyjRYGHydry4vVWjt1h0-t4.pptx
CROSS_FROM:
CROSS_MD5 HASH: D073B8D9E8F4A04FB597F6D6AD115E38
CROSS_MESSAGE ID:
CROSS_OWNER: palmer@google.com
CROSS_PRODVAL: CROSS-PROD002
CROSS_REDACTED: N
CROSS_SUBJECT:
CROSS_TITLE: The Incognito Problem
CROSS_TO:
CUSTODIAN/SOURCE: Alexei Svitkine
DATECREATED: 07/21/2018
DATELASTMOD: 10/09/2019
DATERCVD:
DATESENT:
DeDupedCustodians:
DOCEXT:
FILENAME: The Incognito Problem_1TNOMivlbk0cAiQqY4twyccyjRYGHydry4vVWjt1h0t4.ppt-x
ILS_ProdDate: 06/18/2021
CROSS_ILS_ProdDate: 09/01/2021
MD5 HASH: D073B8D9E8F4A04FB597F6D6AD115E38
MessageID:
NATIVEFILE:
Owner: palmer@google.com
PAGES:

REDACTED: N
SUBJECT: