# Exhibit 32

# Omnibus Mao Declaration

Message
---

| | |
|---|---|
| **From**: | Chris Palmer [palmer@google.com] |
| **Sent**: | 5/19/2016 7:06:28 AM |
| **To**: | NO_TO_PROPERTY_FOUND |
| **CC**: | Adrienne Porter Felt [felt@google.com]; Alex Ainslie [ainslie@google.com]; Parisa Tabriz [parisa@google.com]; Mark Larson [mal@google.com] |
| **Subject**: | Re: [enamelites] Google "Incognito" Precision |

[Just us, +Parisa,mal]

This is going to exacerbate the confusion, which is already bad, and it's going to result in some very surprised and angry people when the next thing that gets called Incognito has some 3rd different meaning. And people are going to do increased risk-taking under a false sense of security (already a problem with Chrome Incognito, Telegram, and Tor).

Furthermore, the world of people who use our products is not bi-modal; it's not "non-technical people who are satisfied by any definition of 'security' and who are happy with our paternalism" and "technical people who know that our marketing is bogus but for some reason trust our software anyway". There are many different kinds of people who use our software, and I'd posit that there is a large group of people who are semi-technical, read tech blogs and stuff, and know something about E2E and yet who still might be confused about what our confusingly-named products do and don't guarantee.

I mean, Edward Snowden has 2 million followers on Twitter, and talks about E2E encryption all the time, and here we are with a Spy Guy icon on a product that does not provide E2E but which had the same name as a product that does. What are people supposed to think?

I've been saying for years that this is or could be a problem, and here we are, telling ourselves that it's OK that people are likely to get confused about our security and privacy guarantees.

I really think it's past time for Chrome to re-brand Incognito as something more honest and understandable. I've suggested Temporary Mode before; I'd be happy with almost anything besides Incognito at this point.

This isn't just marketing, it isn't just a word, this isn't OK. This is a problem of professional ethics and basic honesty, and if we want to call ourselves security engineers and privacy engineers, we need to fix it.

I'm sorry I backed down those years ago. I shouldn't have.

We need to raise this to Darin and Rahul, and to try to get Sundar to reconsider. I'm extremely disappointed in the privacy team.

On May 18, 2016 8:49 PM, "Sabine Borsay" <sabineb@google.com> wrote:
 + privacy folks fyi

> On 18 May 2016 at 19:51, Ben Wells <benwells@google.com> wrote:
>   I'm worried if Allo ever becomes a web app the terminology could get pretty confusing.....

> On Thu, May 19, 2016 at 11:24 AM ★ Varun Khaneja <vakh@google.com> wrote:

>> On Wed, May 18, 2016 at 5:59 PM, Sabine Borsay <sabineb@google.com> wrote:
>>   The reasoning is basically to elevate the Incognito brand to a more Google-wide brand that offers privacy features within a given product, following the product's specific circumstances and limitations

>> I think that's a good idea, and I think that calling it Incognito was actually a good thing because:

>> 1. Most users (including some Googlers!) don't understand the promise of Incognito anyway.

CONFIDENTIAL
GOOG-CABR-04971904

2. But they expect it to be more secure than the normal mode.

3. And most users (even more than those in #1) don't really understand what end-to-end encryption means.

4. So "Incognito" communicates "more secure" to them, which is what the goal was here.

5. For the technical folks, the keynote clearly detailed what the Incognito mode in Allo does so they know it is not the same as the Incognito mode in Chrome.

I would have been worried if the Incognito mode in Allo provided less "security" than it does in Chrome because it would have diluted the promise of Incognito but that's not the case.

--

Varun Khaneja | Making Internet Safer | vakh@google.com | +1-657-333-5742

--



sabineb@google.com

--

You received this message because you are subscribed to the Google Groups "Enamel (core members)" group.
To unsubscribe from this group and stop receiving emails from it, send an email to enamelites+unsubscribe@google.com.
To post to this group, send email to enamelites@google.com.

CONFIDENTIAL

GOOG-CABR-04971905