BOIES SCHILLER FLEXNER LLP
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
mmao@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
bcarmody@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

COOLEY LLP
BENEDICT Y. HUR (SBN: 224018)
bhur@cooley.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@cooley.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@cooley.com
ARGEMIRA FLOREZ (SBN: 331153)
aflorez@cooley.com
HARRIS MATEEN (SBN 335593)
hmateen@cooley.com
ISABELLA MCKINLEY CORBO (SBN 346226)
icorbo@cooley.com
3 Embarcadero Ctr., 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>        v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-04688-RS<br><br>**NOTICE OF FILING JOINT TRIAL EXHIBIT LIST**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1    Pursuant to the Court's Order, Plaintiffs and Defendant Google LLC submit the Parties'
2    Joint Trial Exhibit List attached hereto as Exhibit A.  The Parties are concurrently lodging electronic
3    and physical copies of the exhibits with the Court.

4
5
6
7

8  Dated:   July 11, 2025                              Dated:   July 11, 2025

9  **BOIES SCHILLER FLEXNER LLP**                      **COOLEY LLP**

10 By:   /s/ Mark C. Mao                               By:   /s/ Benedict Y. Hur

11 David Boies (admitted pro hac vice)                 BENEDICT Y. HUR (SBN:  224018)
   333 Main Street                                     bhur@cooley.com
12 Armonk, NY 10504                                    SIMONA AGNOLUCCI (SBN:  246943)
   Tel.: (914) 749-8200                                sagnolucci@cooley.com
13 dboies@bsfllp.com                                   EDUARDO E. SANTACANA (SBN:  281668)
                                                       esantacana@cooley.com
14 Mark C. Mao, CA Bar No. 236165                      ARGEMIRA FLOREZ (SBN: 331153)
15 Beko Reblitz-Richardson, CA Bar No. 238027          aflorez@cooley.com
                                                       HARRIS MATEEN (SBN 335593)
16 44 Montgomery St., 41st Floor                       hmateen@cooley.com
   San Francisco, CA 94104                             ISABELLA MCKINLEY CORBO (SBN 346226)
17 Tel.: (415) 293-6800                                icorbo@cooley.com
   mmao@bsfllp.com                                     3 Embarcadero Ctr., 20th Floor
18 brichardson@bsfllp.com                              San Francisco, CA 94111
                                                       Telephone: (415) 693-2000
19 James Lee (admitted pro hac vice)
20 Rossana Baeza (admitted pro hac vice)
   100 SE 2nd St., 28th Floor
21 Miami, FL 33131                                     *Counsel for Defendant Google LLC*
   Tel.: (305) 539-8400
22 jlee@bsfllp.com
   rbaeza@bsfllp.com
23
   Alison L. Anderson, CA Bar No. 275334
24 Samantha Parrish, CA Bar No. 318681
   M. Logan Wright, CA Bar No. 349004
25 2029 Century Park East, Suite 1520
26 Los Angeles, CA 90067
   Tel.: (213) 995-5720
27 alanderson@bsfllp.com
   sparrish@bsfllp.com
28 mwright@bsfllp.com

-1-                                    CASE NO. 3:20-cv-04688-RS
NOTICE OF FILING JOINT TRIAL EXHIBIT LIST

1  **SUSMAN GODFREY L.L.P.**
   Bill Carmody (admitted pro hac vice)
2  Shawn J. Rabin (admitted pro hac vice)
   Steven M. Shepard (admitted pro hac vice)
3  Alexander P. Frawley (admitted pro hac vice)
4  Ryan Sila (admitted pro hac vice)
5  One Manhattan West, 50th Floor
   New York, NY 10001
6  Tel.: (212) 336-8330
7  bcarmody@susmangodfrey.com
   srabin@susmangodfrey.com
8  sshepard@susmangodfrey.com
   afrawley@susmangodfrey.com
9  rsila@susmangodfrey.com

10 Amanda K. Bonn, CA Bar No. 270891
   1900 Avenue of the Stars, Suite 1400
11 Los Angeles, CA 90067
   Tel.: (310) 789-3100
12 abonn@susmangodfrey.com

13 **MORGAN & MORGAN**
   John A. Yanchunis (admitted pro hac vice)
14 Ryan J. McGee (admitted pro hac vice)
15 Michael F. Ram, CA Bar No. 104805
   201 N. Franklin Street, 7th Floor
16 Tampa, FL 33602
   Tel.: (813) 223-5505
17 jyanchunis@forthepeople.com
   rmcgee@forthepeople.com
18 mram@forthepeople.com

19

20 *Counsel for Plaintiffs; additional counsel listed in signature blocks below*

21

22

23

24

25

26

27

28

## ATTESTATION

I, Mark Mao, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: July 11, 2025                                    By: /s/ Mark C. Mao