# Exhibit 3

## Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
LORI ARAKAKI  (SBN:  315119)
  larakaki@willkie.com
One Front Street, 34th Floor
San Francisco, CA  94111
Telephone:   (415) 858-7400
Facsimile:    (415) 858-7599

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ANIBAL RODRIGUEZ AND JULIE ANNA MUNIZ, individually and on behalf of all other similarly situated,<br><br>                              Plaintiff,<br><br>   vs.<br><br>GOOGLE LLC, *et al.*,<br><br>                           Defendant. | Case No.  3:20-CV-04688<br><br>**DEFENDANT GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, SET ONE**<br><br>Judge:       Hon. Richard Seeborg<br>Courtroom:  3, 17th Floor<br>Action Filed:  July 14, 2020 |

PROPOUNDING PARTY:   PLAINTIFFS ANIBAL RODRIGUEZ AND JULIEANNA MUNIZ

RESPONDING PARTY:   DEFENDANT GOOGLE LLC

SET NO.:   ONE

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Google's customers are likewise never given access to data that could be used to de-anonymize users.

Plaintiffs' First Amended Complaint cites and quotes public documentation about GA for Firebase to demonstrate the types of user app interaction data, or "event data" that Plaintiffs allege Google is improperly collecting. In order for the data collection described in each of those pieces of documentation to occur, an app developer must enable GA for Firebase. If app developers don't enable GA for Firebase, the data that would otherwise be sent to Google servers by GA for Firebase isn't sent to Google servers. Google doesn't implement in Firebase SDK any "shadow" copy of GA for Firebase that operates regardless of whether a developer has enabled GA for Firebase, nor does Google has any "secret scripts" that ignore the consent settings of users in order to connect event data to specific users' profiles. GA for Firebase will not store event data connected to a specific user's profile unless the app has permitted it and a user has opted into certain features, namely: the supplemental checkbox under the WAA control (sWAA), which can only be turned on if WAA is also turned on; Google Ads Personalization (GAP); and the supplemental checkbox under the GAP control (NAC).  Finally, based on a reasonable investigation, Google has been unable to identify any impact an app's decision to use or not use a Google product or service other than Firebase SDK would have on the functioning of GA for Firebase as described below.

With regard to the other products and features that are part of Firebase SDK that may collect overlapping pieces of data, such as device model, app updates, and other types of data, such functionality is publicly documented including on Google's public help center pages at GOOG-RDGZ-00013288 - GOOG-RDGZ-00013449, which can also be viewed at firebase.google.com and support.google.com.

**INTERROGATORY NO. 2:**

Please identify every app that includes or has included Google's Firebase SDK since the start of the Class Period, including for each app the time period during which that app used Google's Firebase SDK and Google therefore would have received data even when users had Web

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  & App Activity turned off (or previously paused).

2  <u>RESPONSE TO INTERROGATORY NO. 2:</u>

3      Google objects to Interrogatory No. 2 as vague and ambiguous as to the undefined term

4  "Web & App Activity." For purposes of this response, Google construes Web & App Activity to

5  mean the account-level setting called Web & App Activity.  Google further objects to this

6  Interrogatory as vague and ambiguous with respect to the phrases "Google therefore would have

7  received the data" and "Firebase SDK."  Google further objects that the definition of "Class

8  Period" is vague and ambiguous, as the Interrogatories define the term to mean "the class period

9  in this case, as defined in the operative complaint," when the "operative complaint" has changed

10  between when the Interrogatories were served and when these responses were provided, and the

11  definition of "Class Period" differs between the original and amended complaints. Google further

12  objects that the term "Class Period" is vague and ambiguous because it fails to provide a concrete

13  range of time.  Google further objects to this Interrogatory to the extent that it seeks information

14  protected by the attorney-client privilege and/or the attorney work product doctrine.  Google

15  further objects to this Interrogatory because it is unduly burdensome, overbroad, and

16  disproportionate to the needs of the Action, as it seeks a list of every app that includes or has

17  included "Google Firebase SDK" since the start of the "Class Period," which may have little to no

18  bearing on Plaintiffs' claims. Google objects that this request is incomprehensible and unduly

19  burdensome to the extent it seeks information from the time periods during which an

20  undifferentiated set of users had WAA turned off and were using an app that utilized Firebase

21  SDK.

22  <u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:</u>

23      Subject to and without waiving the foregoing, Google responds as follows:  Google has

24  conducted a reasonably diligent search to determine which Android apps of the ones identified in

25  Plaintiffs' First Amended Complaint (FAC ¶¶ 207, 209, 211, 213, 215, 217, 219, 221, 223) have

26  had Google Analytics for Firebase enabled.  There are several complications to keep in mind with

27  such data.  First, app developers may give their users granular control over whether Google

28

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Analytics for Firebase is enabled on that app, and that could be turned on and off at any given moment by a user.  Second, an app developer may show as having Google Analytics for Firebase turned on, but not actually using it to transmit any data.  Third, even if an app developer has used Google Analytics for Firebase in the past, that does not mean that it is currently using it.  Finally, Google's investigation is current as of this week.

Subject to the foregoing caveats, Google has been able to determine that the following Android apps have had Google Analytics for Firebase enabled:

- ABC
- Accuweather
- Acorns
- Acrobat Reader
- Alarm Clock for Me
- Alibaba
- Ali Express
- All Trails
- Amazon Prime Video
- American Airlines
- Angie's List
- Apple Music
- Applebee's
- Aqua Mail
- Atmosphere
- Audio Recorder
- Auntie Anne's
- Avast Cleanup
- Avast Antivirus – Scan & RemoveVirus

- B. Good
- Baseball Superstars 2020
- Baskin Robbins
- BBC America
- Best Buy
- Better Help
- Bible
- Bixby Vision
- BluHop
- Bodies by Rachel
- Booking.com
- Bruster's
- California Lottery
- Call of Duty
- Calm
- Candy Crush
- Candy Crush Saga
- Canva
- Cardiogram
- CBS

9

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| 1 | • CBS Sports | • eBay |
| 2 | • Chewy | • Ecobee |
| 3 | • Chick-fil-A | • Einstein Bros Bagels |
| 4 | • Chili's | • EMAY Portable ECG Monitor |
| 5 | • ClassDojo | • Emergency Alerts |
| 6 | • Clawee | • Epocrates |
| 7 | • Cleaner | • ESPN |
| 8 | • Coffee Bean | • ESPN Fantasy |
| 9 | • Cooking Fever | • Etsy |
| 10 | • Coursera | • Evite |
| 11 | • Craigslist | • Facebook |
| 12 | • Cricket Partner Tab | • Facebook Lite |
| 13 | • Current | • Facebook Messenger |
| 14 | • Dad Jokes | • Fair |
| 15 | • Daily Mail Online | • Faire |
| 16 | • Dairy Queen | • FastSave |
| 17 | • Dillon's | • File Viewer for Android |
| 18 | • Discord | • Firehouse Subs |
| 19 | • Dogo | • Fly Delta |
| 20 | • Dollar General | • Frontpoint |
| 21 | • Domino's | • FuboTV |
| 22 | • DoorDash | • Fulldive VR |
| 23 | • Dosh | • Fundrise |
| 24 | • Dropbox | • Gallery |
| 25 | • Duo | • Game Launcher |
| 26 | • Duolingo | • Gametime |
| 27 | • E*Trade | • Gangstar 4 |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- GIPHY
- Glassdoor
- Gold Fish
- GoMLS miami
- Good on You
- GoodRx
- GoodRx Pro
- Goodtime
- Google
- GoToWebinar
- Groupon
- Grubhub
- HBOMax
- Headspace
- Home Depot
- Hulu
- Identity Force
- IHG
- Imprivata ID
- Indeed Job Search
- Instacart
- Instagram
- Instagram Repost
- Jackpot Party
- Jaybird
- Jetpack
- Jimmy John's

- Key Ring
- Kinecta FCU
- Lasting
- Later
- LinkedIn
- Little Caesars
- Lyft
- Macy's
- MapMyRide
- Marcus
- McDonald's
- Messenger
- Microsoft Authenticator
- Military Star Mobile
- MixerBox
- MX Player
- myCigna
- myCricket
- MyFitnessPal
- MySchoolBucks
- Nest
- Netflix
- News Break
- Nextdoor
- NFL
- Ninja's Creed
- Ninja's Creed

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Nintendo Switch Parental Controls
- NMB
- Noom
- NPR One
- NPR News
- OfferUp
- OpenTable
- Outlook
- ParkMobile
- PayByPhone
- PayPal
- PDK Touch
- Peet's
- PetDesk
- PicCollage
- Pinterest
- Pizza Hut
- Pocket
- Pocket Casts
- Pokerrr2
- Pollo Tropical
- Pomodoro
- Postmates
- Premier League
- Publix
- Publix Instacart
- Puppr

- RaceTrac
- RAR
- Realtor.com
- Redbox
- Reddit
- Relay for Reddit
- Revolve
- Ring
- Robinhood
- Roblox
- Rover
- Samsung Internet
- Samsung Member
- Samsung Notes
- Samsung Print Service Plugin
- Scam Shield
- Scanner App: PDF Document Scan
- Scrabble
- SeatGeek
- Sezzle
- SharkTracker – OCEARCH
- Shazam
- Shutterfly Share Site
- Skillshare
- Slack
- Sleep Cycle

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

- Sleep Sounds
- The New York Times

2

- Slingshot Stunt Driver
- The Athletic

3

- SmartNews
- The Grand Mafia

4

- SmartWorld
- The RealReal

5

- Smule
- TheSCOOP

6

- Solitaire
- TheScore

7

- Sonos S1
- The Weather Channel

8

- SOPlayer
- Think Dirty

9

- SoundCloud
- Ticketmaster

10

- Spotify
- TikTok

11

- Square Pic
- Tiles Hop

12

- Sricam
- Tiny Scanner

13

- Stack Colors
- T-Mobile

14

- Starbucks
- T-Mobile Tuesdays

15

- Stash
- Travelzoo

16

- Steam
- Trip.com

17

- Strava
- Trivago

18

- StubHub
- Truebill

19

- SunPass
- Tuner-Pitched

20

- Surfline
- Turbo

21

- Sweatcoin
- Twitter

22

- Talon
- Uber

23

- Target
- Uber Eats

24

- Target
- Udemy

25

- Tender Greens
- UpToDate

26

- Tesla
- USAA

27

- The Economist
- USPS Mobile

28

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14

- Venmo
- Viber
- Vivino
- Walgreens
- WalletHub
- Walmart
- Wattpad
- Waze
- WhatsApp
- WHOOP
- WikiEM
- Wish
- WordPress
- Wordscapes

- Xfinity
- Xfinity Mobile
- Xfinity My Account
- Yahoo Mail
- Yelp
- Yoga Down Dog
- Your Phone Companion
- Zappos
- Zelle
- Zillow
- ZipRecruiter
- Zoho Mail
- Zoom

15    Subject to the foregoing caveats, Google has been able to determine that the following

16 Android apps have not had Google Analytics for Firebase enabled:

17
18
19
20
21
22
23
24
25
26
27

- A to Z ECG Interpretation
- Amazon Music
- Amazon Shopping
- Among Us
- App Installer
- Apple TV
- Atmosphere Binaural Therapy
- Audible
- Barcode Scanner
- Bleacher Report
- Boxer

- Burger King
- Cash App
- Chill
- Chrome
- Clinicals
- Clock
- Digital Wellbeing
- Disney Plus
- Docs
- Drive
- DroidCam

28

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No.  3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | | |
|---|---|---|
| 1 | • Ecosia | • Preview |
| 2 | • EECU | • ProtonMail |
| 3 | • ES File Explorer | • QR Reader |
| 4 | • Essential Oils & More | • QuickMemo+ |
| 5 | • Fire TV | • Retro Bowl |
| 6 | • Galaxy Themes | • Samsung Gallery |
| 7 | • Hangouts | • Samsung Pay |
| 8 | • Harrison's Manual | • Samsung voice input |
| 9 | • Ibotta | • Screen Filter |
| 10 | • IMDB | • ShareWaste |
| 11 | • Instant Save | • Shopify |
| 12 | • Kindle | • Shopify POS |
| 13 | • Lawnchair | • Signal |
| 14 | • Layout | • SIM Toolkit |
| 15 | • Letgo | • Sketch Photo |
| 16 | • Menchie's | • Smart Switch |
| 17 | • Messenger Kids | • Smokeball |
| 18 | • Microsoft Word | • Snapchat |
| 19 | • Mobile Service | • Snellen Chart |
| 20 | • myAT&T | • Sprouts |
| 21 | • NCCN Guidelines | • Square Point of Sale |
| 22 | • Nike Run Club | • Stickman Parkour Platform |
| 23 | • Oak | • Textra |
| 24 | • Pandora | • Time Zone Updater |
| 25 | • PetPage | • Verizon Voicemail |
| 26 | • Pi Music Player | • VeSyncFit |
| 27 | • Ping | • Voice Recorder |
| 28 | | |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Whole Foods
- Wikipedia
- Yahoo Fantasy
- Zen Planner

Google's investigation is ongoing.  Google can investigate iOS apps as well if Plaintiffs can identify which of the apps identified in the First Amended Complaint were used by Plaintiffs on iOS devices.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiving the foregoing, Google responds as follows:  Google has conducted a reasonably diligent search to determine which iOS apps of the ones identified in Plaintiffs' First Amended Complaint (FAC ¶¶ 207, 215, 217) have had Google Analytics for Firebase enabled.  As with Google's investigation into the Android apps, there are several complications to keep in mind with such data.  First, app developers may give their users granular control over whether Google Analytics for Firebase is enabled on that app, and that could be turned on and off at any given moment by a user.  Second, an app developer may show as having Google Analytics for Firebase turned on, but not actually be using it to transmit any data.  Third, even if an app developer has used Google Analytics for Firebase in the past, that does not mean that it is currently using it.  Finally, Google's investigation is current as of May 23, 2021.

Subject to the foregoing caveats, Google has been able to determine that the following iOS apps have had Google Analytics for Firebase enabled:

- Acorns
- Alarm Clock for Me
- Alibaba
- AliExpress
- AllTrails
- Angie's List
- Applebee's
- Auntie Anne's
- Avast Cleanup
- B. Good
- BaseballSuperstars2020
- BBC America
- BestBuy
- Bible
- Bodies by Rachel
- Booking.com
- Burger King
- California Lottery

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| 1 | • Call of Duty |
| 2 | • Calm |
| 3 | • Canva |
| 4 | • Cardiogram |
| 5 | • Cash App |
| 6 | • CBS Sports |
| 7 | • Chewy |
| 8 | • Chili's |
| 9 | • Chill |
| 10 | • Chrome |
| 11 | • ClassDojo |
| 12 | • Clawee |
| 13 | • Coffee Bean |
| 14 | • Cooking Fever |
| 15 | • Coursera |
| 16 | • Dad Jokes |
| 17 | • Daily Mail Online |
| 18 | • Dairy Queen |
| 19 | • Dillon's |
| 20 | • Discord |
| 21 | • Dogo |
| 22 | • Dollar General |
| 23 | • Domino's |
| 24 | • DoorDash |
| 25 | • Dosh |
| 26 | • Dropbox |
| 27 | • Duo |
| 28 | |

- Duolingo
- E*Trade
- eBay
- Ecobee
- Einstein Bros Bagels
- EMAY Portable ECG Monitor
- Emergency Alerts
- Epocrates
- ESPN Fantasy
- Evite
- Facebook
- Facebook Messenger
- Fair
- Faire
- Firehouse Subs
- Frontpoint
- FuboTV
- Fulldive VR
- Fundrise
- Gametime
- Gangstar 4
- GIPHY
- Glassdoor
- GoldFish
- GoMLSmiami
- Good On You

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| • GoodRx Pro | • Military Star Mobile |
| • Google | • MixerBox |
| • GoToWebinar | • MX Player |
| • Groupon | • My Verizon |
| • Grubhub | • myCigna |
| • Harrison's Manual | • myCricket |
| • Headspace | • MyFitnessPal |
| • Home Depot | • MySchoolBucks |
| • IdentityForce | • Nest |
| • Indeed Job Search | • News Break |
| • Instacart | • Nextdoor |
| • Instagram | • NFL |
| • Jackpot Party | • Ninja's Creed |
| • Jaybird | • Nintendo Switch Parental Controls |
| • Jetpack | |
| • JimmyJohn's | • NMB |
| • Key Ring | • Noom |
| • Kinecta FCU | • NPR News |
| • Lasting | • NPR One |
| • Later | • Oak |
| • Letgo | • OCEARCH – Shark Tracker |
| • Little Caesars | • OfferUp |
| • Map My Ride | • OpenTable |
| • Marcus | • ParkMobile |
| • McDonald's | • PayByPhone |
| • Menchie's | • PayPal |
| • Messenger | • pdk touch |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

- Peet's
- PetDesk
- PicCollage
- Ping
- Pinterest
- Pizza Hut
- Pocket
- Pocket Casts
- Pokerrr2
- Pomodoro
- Postmates
- Premier League
- Publix
- Puppr
- QR Reader
- RaceTrac
- Realtor.com
- Redbox
- Reddit
- Repost for Instagram
- Revolve
- Robinhood
- Rover
- Scam Shield
- Scanner App: PDF Document Scan
- Scrabble

- SeatGeek
- Sezzle
- Shazam
- Shutterfly Share Sites
- Skillshare
- Slack
- Sleep Cycle
- Slingshot Stunt Driver
- Smart World
- SmartNews
- Smule
- Solitaire
- Sonos S1
- SoundCloud
- Spotify
- Stack Colors
- Stash
- Strava
- StubHub
- SunPass
- Surfline
- Sweatcoin
- Target
- Tender Greens
- The Athletic
- The Economist
- The Grand Mafia

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

- The New York Times
- The RealReal
- The Weather Channel
- theScore
- Think Dirty
- Ticketmaster
- TikTok
- Tiles Hop
- TinyScanner
- T-Mobile
- T-Mobile Tuesdays
- Travelzoo
- Trip.com
- Trivago
- Truebill
- Tuner-Pitched
- Turbo
- Twitter
- UberEats
- Udemy
- UpToDate

- USAA
- USPS Mobile
- Venmo
- Viber
- Vivino
- Walgreens
- WalletHub
- Walmart
- Wattpad
- Waze
- WHOOP
- WikiEM
- Wish
- Wordscapes
- Xfinity
- Xfinity Mobile
- Yoga Down Dog
- Zappos
- Zelle
- Zillow
- ZipRecruiter

Subject to the foregoing caveats, Google has been able to determine that the following iOS apps have not had Google Analytics for Firebase enabled:

- ABC
- Accuweather
- Acrobat Reader
- Amazon Music

- Amazon Prime Video
- Amazon Shopping
- American Airlines
- Among Us

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | | |
|---|---|---|
| 1 | • Apple Music | • Fastsave |
| 2 | • Apple Podcasts | • Fire TV |
| 3 | • Apple TV | • Fitness |
| 4 | • Atmosphere | • Fly Delta |
| 5 | • Atmosphere Binaural Therapy | • GoodRx |
| 6 | • Audible | • Goodtime |
| 7 | • Audio Recorder | • Hangouts |
| 8 | • Baskin-Robbins | • HBO Max |
| 9 | • BetterHelp | • Hulu |
| 10 | • Bleacher Report | • Ibotta |
| 11 | • BluHop | • IHG |
| 12 | • Boxer | • IMDB |
| 13 | • Bruster's | • Imprivata ID |
| 14 | • Candy Crush | • Instant Save |
| 15 | • Candy Crush Saga | • Kindle |
| 16 | • CBS | • Layout |
| 17 | • Chick-fil-A | • LinkedIn |
| 18 | • Craigslist | • Lyft |
| 19 | • Disney+ | • Macy's |
| 20 | • Docs | • Messenger Kids |
| 21 | • Drive | • Microsoft Authenticator |
| 22 | • DroidCam | • Microsoft Word |
| 23 | • Ecosia | • Mobile Service |
| 24 | • EECU | • myAT&T |
| 25 | • ES File Explorer | • NCCN Guidelines |
| 26 | • ESPN | • Netflix |
| 27 | • Etsy | • Nike Run Club |
| 28 | | |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No. 3:20-CV-04688

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

- Outlook
- Pandora
- PetPage
- Pollo Tropical
- Preview
- ProtonMail
- Quick Memo+
- RAR
- Retro Bowl
- Ring
- Roblox
- ShareWaste
- Shopify
- Shopify POS
- Signal
- Sleep Sounds
- SmartSwitch
- Smokeball
- Snapchat
- SoPlayer
- Sprouts
- Square Point of Sale
- Sricam

- Starbucks
- Steam
- Stickman Parkour Platform
- Stocks
- Stream
- Tesla
- Uber
- USPSTF
- VeSyncFit
- Voice Recorder
- WebView
- WhatsApp
- Whole Foods
- Wikipedia
- WordPress
- Xfinity My Account
- Yahoo Fantasy
- Yahoo Mail
- Yelp
- Zen Planner
- Zoho Mail
- Zoom

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES, SET ONE
Case No.  3:20-CV-04688

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

that the search results returned to the user will show nearby restaurant options.  When Web & App Activity is turned off, Google stops storing subsequent Web & App Activity in the user's Google account.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:

Subject to and without waiving the foregoing, Google responds further as follows:

The Web & App Activity control (WAA) in a user's Google account has been available since before Google Analytics for Firebase launched.  WAA has never controlled whether Google Analytics for Firebase collects and sends user activity data from third party apps to Google servers.  At no point has Google represented that WAA would control whether Google Analytics for Firebase collects user activity data, and at no point has WAA saved the data from Google Analytics for Firebase to a user's Google account.  Because WAA has never controlled Google Analytics for Firebase, WAA and its particular development and change history is not relevant.

Dated:  June 8, 2021

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Benedict Y. Hur*

Benedict Y. Hur

*Attorneys for Defendant Google LLC*

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is Willkie Farr & Gallagher LLP, One Front Street, San Francisco, CA 94111.

On June 8, 2021, I served the following document(s) on the individuals identified below:

- **DEFENDANT GOOGLE LLC'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORIES, SET ONE**

☑  by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error.


Mark C. Mao                                          *Attorneys for Plaintiffs*
Beko Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
E-mail:  mmao@bsfllp.com
E-mail:  brichardson@bsfllp.com

James Lee
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, FL  33131
Telephone:  (305) 539-8400
E-mail:  jlee@bsfllp.com

Jesse Panuccio
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC  20005
Telephone:  (202) 237-2727
E-mail:  jpanuccio@bsfllp.com

William Christopher Carmody                          *Attorneys for Plaintiffs*
Shawn J. Rabin
Steven M. Shepard
Amy Gregory
Alex Frawley
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor

PROOF OF SERVICE RE: GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFFS' INTERROGATORIES, SET ONE
Case No.  3:20-CV-04688

New York, NY  10019
Telephone:  (212) 336-8330
E-mail:  bcarmody@susmangodfrey.com
E-mail:  srabin@susmangodfrey.com
E-mail:  sshepard@susmangodfrey.com
E-mail:  agregory@susmangodfrey.com
E-mail:  afrawley@susmangodfrey.com

Amanda Bonn
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
E-mail:  abonn@SusmanGodfrey.com

Steve Seigel
SUSMAN GODFREY L.L.P.
1201 3rd Avenue
Seattle, WA  98101
Telephone:  (206) 516-3880
E-mail:  sseigel@susmangodfrey.com

John A. Yanchunis
Ryan J. McGee
Jean Martin
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  (813) 223-5505
E-mail:  jyanchunis@forthepeople.com
E-mail:  rmcgee@forthepeople.com
E-mail:  jeanmartin@forthepeople.com

Executed on June 8, 2021 at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

_/s/ Celeste Peifer_
Celeste Peifer

PROOF OF SERVICE RE: GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, SET ONE
Case No.  3:20-CV-04688