# Exhibit 5
# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, JULIEANNA
 5   MUNIZ, ELIZA CAMBA, SAL CATALDO,
 6   EMIR GOENAGA, JULIAN SANTIAGO,
 7   HAROLD NYANJOM, KELLIE NYANJOM,
 8   AND SUSAN LYNN HARVEY,
 9   INDIVIDUALLY AND ON BEHALF OF ALL
10   OTHERS SIMILARLY SITUATED,
11            PLAINTIFFS,
12       vs.                                  NO. 3:20-CV-04688
13   GOOGLE LLC,
14            DEFENDANT.
     _____/
15
16      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
17
18          VIDEOTAPED DEPOSITION OF ERIC MIRAGLIA
19            *VIA REMOTE COUNSEL VIDEOCONFERENCE*
20                TUESDAY, OCTOBER 25, 2022
21                         VOLUME I
22
23   STENOGRAPHICALLY REPORTED BY:
24   MEGAN F. ALVAREZ, RPR, CSR No. 12470
25   JOB NO. 5545552; PAGES 1 - 243
```

Page 1

```
 1    don't have any specific recollections that I could       03:37:25
 2    share.                                                    03:37:28
 3    BY MR. FRAWLEY:                                           03:37:28
 4        Q.   And same question but for WAA and sWAA.          03:37:30
 5        A.   Again, very difficult to be specific over        03:37:56
 6    almost a decade of writing and talking about this         03:37:59
 7    stuff.  But -- but I'm positive that we've had            03:38:03
 8    conversations about Web & App Activity over those         03:38:08
 9    years and ways we could make it better, make it more      03:38:16
10    accessible to users.                                      03:38:20
11        Q.   But you don't recall the -- you don't            03:38:25
12    recall any specific Google employees, sitting here        03:38:28
13    today, who raised concerns?                               03:38:31
14        A.   I don't.                                         03:38:33
15        Q.   More generally, do you recall having             03:38:39
16    conversations with Google employees where they            03:38:41
17    expressed concerns about WAA and/or sWAA?                 03:38:43
18             MR. HUR:  Objection.  Asked and answered.        03:38:49
19    Vague.                                                    03:38:51
20             THE WITNESS:  I think I -- I think I had         03:39:03
21    mentioned earlier that over almost a decade working       03:39:05
22    on these kinds of products, I'm -- I'm not just           03:39:08
23    confident, I'm sure that I've had conversations with      03:39:12
24    colleagues about how to make these experiences            03:39:16
25    better for users.                                         03:39:20
```

Page 200

| | | |
|---|---|---|
| 1 | None of those -- none of those exchanges | 03:39:21 |
| 2 | stand out for me in a way that I can recall them | 03:39:24 |
| 3 | sitting here today. | 03:39:27 |
| 4 | BY MR. FRAWLEY: | 03:39:28 |
| 5 | Q. Do you think any of those conversations | 03:39:29 |
| 6 | involved a colleague expressing concerns about WAA | 03:39:31 |
| 7 | or sWAA? | 03:39:35 |
| 8 | MR. HUR: Objection. Vague. | 03:39:44 |
| 9 | THE WITNESS: I'm not sure how to add to | 03:39:57 |
| 10 | what I've said before. I... | 03:39:58 |
| 11 | BY MR. FRAWLEY: | 03:40:00 |
| 12 | Q. Can you turn to the very bottom of this | 03:40:04 |
| 13 | document? It's the very -- it's the last two | 03:40:06 |
| 14 | sentences of Mr. Ruemmler's e-mail. | 03:40:14 |
| 15 | A. Yes. | 03:40:16 |
| 16 | Q. Do you see where he wrote: "The whole WAA | 03:40:17 |
| 17 | story is also quite confusing. I thought this would | 03:40:20 |
| 18 | be resolved with Narnia 3, but that work looks to be | 03:40:24 |
| 19 | deprecated. So, what also is happening here with | 03:40:29 |
| 20 | consent across Google?" | 03:40:34 |
| 21 | Do you see that? | 03:40:37 |
| 22 | A. I do. | 03:40:38 |
| 23 | Q. Do you agree with Mr. Ruemmler that Narnia | 03:40:38 |
| 24 | 3 was supposed to make WAA less confusing? | 03:40:40 |
| 25 | MR. HUR: Objection. Foundation. | 03:40:45 |

Page 201

| | | |
|---|---|---|
| 1 | THE WITNESS:  Narnia 3 refers to a | 03:41:01 |
| 2 | continuation of programs we've been running to | 03:41:04 |
| 3 | improve our privacy-related products and improving | 03:41:06 |
| 4 | Web & App Activity.  And all of the activity | 03:41:12 |
| 5 | controls would have been a piece of that effort for | 03:41:15 |
| 6 | sure. | 03:41:18 |
| 7 | So I would -- I would put it in that | 03:41:18 |
| 8 | language, not in Chris's language. | 03:41:23 |
| 9 | BY MR. FRAWLEY: | 03:41:24 |
| 10 | Q.   All right.  I'm going to introduce another | 03:41:28 |
| 11 | exhibit. | 03:41:30 |
| 12 | (Whereupon Exhibit 121 was marked for | 01:06:31 |
| 13 | identification.) | 01:06:31 |
| 14 | BY MR. FRAWLEY: | 03:41:31 |
| 15 | Q.   All right.  I've introduced Plaintiffs' | 03:41:45 |
| 16 | Exhibit 121.  Take a moment to familiarize yourself | 03:41:48 |
| 17 | with it. | 03:41:52 |
| 18 | (Witness reviewing document.) | 03:41:53 |
| 19 | THE WITNESS:  Okay. | 03:41:53 |
| 20 | BY MR. FRAWLEY: | 03:41:53 |
| 21 | Q.   Do you recognize this document? | 03:41:53 |
| 22 | A.   Not specifically, but I recognize the | 03:43:58 |
| 23 | genre. | 03:44:00 |
| 24 | Q.   And what do you mean by "the genre"? | 03:44:02 |
| 25 | A.   We care really deeply about how users -- | 03:44:12 |

| | | |
|---|---|---|
| 1 | the quality of the experience users have when they | 03:44:17 |
| 2 | see these consent screens, and we acknowledge that | 03:44:22 |
| 3 | not all of those are going to be in English.  The | 03:44:27 |
| 4 | majority them will not.  Translation is one of many | 03:44:29 |
| 5 | challenges that we face, and this is a -- a working | 03:44:34 |
| 6 | document that is of the type that we helped use to | 03:44:37 |
| 7 | assess whether we had done a good job of translating | 03:44:43 |
| 8 | the consent flow. | 03:44:49 |
| 9 |     Q.   Now, do you speak, read, or write Russian? | 03:44:52 |
| 10 |     A.   I do not. | 03:44:55 |
| 11 |     Q.   Do you speak, read, or write any other | 03:45:00 |
| 12 | languages aside from English? | 03:45:02 |
| 13 |     A.   Not well enough to conduct this exercise | 03:45:11 |
| 14 | myself, no. | 03:45:14 |
| 15 |     Q.   So you're never responsible for doing the | 03:45:14 |
| 16 | actual translation; is that fair? | 03:45:17 |
| 17 |     A.   That's fair. | 03:45:19 |
| 18 |     Q.   But is it part of your job, or was it part | 03:45:23 |
| 19 | of your job, to review the documents like this one? | 03:45:25 |
| 20 |         MR. HUR:  Objection.  Vague. | 03:45:36 |
| 21 |         THE WITNESS:  In my role, it would be more | 03:45:42 |
| 22 | typical for me to see the rollup of this exercise | 03:45:45 |
| 23 | performed across the entire language side or some | 03:45:51 |
| 24 | subset of languages. | 03:45:56 |
| 25 | /// | |