# Exhibit 6

# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

Message

| | |
|---|---|
| From: | Chris Ruemmler |
| Sent: | 7/18/2020 1:27:19 AM |
| To: | Eric Miraglia           ; David Monsees |
| CC: | Maya Grabovac |
| Subject: | My Activity Support/Viability |

Eric and David,

I've uncovered several problems with My Activity over the last few weeks and wonder what its actual purpose is within Google. I understand this is where search history for google.com is stored and it allows users to view and delete that history. 'That is great. Anything else beyond search data, is quite frankly confusing. For instance, I found that very detailed Google Pay data is being included in My Activity which was quite shocking to me. I would expect that data to stay in Google Pay and not have a copy in My Activity. I also found false "Ads" activity that was not only incorrect but not useful even if it had been correct. It was showing that I "viewed an Ad in Gmail" which was not the case and I had no way to know what Ad it thought I viewed because literally, "you viewed an Ad in Gmail" was the only information in the entry. I also turned off WAA and still received both of the above entries in My Activity. Based on the external documentation, it sounds like turning off WAA should result in an empty My Activity, but that is not the case. I'm OK with that, but it should be very clear that WAA is not associated with everything in My Activity and I don't believe that is the case today.

I was also recently approached by PDPO asking about Gmail data in My Activity. Today, the only Gmail data (from Gmail proper, not the Ads team) is Gmail search history. It is not clear that Gmail search history actually needs to be in My Activity if Gmail were to properly support expunging that history.

So, what is the plan going forward for My Activity? If it is truly some global Google activity source, then there appears to be conflicts here with the current way it is designed. Is it required for teams to integrate and if so, what are the requirements? For instance, if it is simply "My Search Activity", then why aren't ALL Google searches across ALL products stored there?

I totally agree that this is necessary for Search (and My Activity product is located in the Search PA), but outside of Search, I'm not seeing the value and it appears to be more of a Privacy problem than a Privacy benefit given the way it requires copies of content to be stored. The whole WAA story is also quite confusing. I thought this would be resolved with Narnia 3, but that work looks to be deprecated. So, what also is happening here with consent across Google.

Thanks,

Chris

CONFIDENTIAL
GOOG-RDGZ-00151565