# Exhibit 7
# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, JULIEANNA            )
     MUNIZ, ELIZA CAMBAY, SAL               ) Case No.:
 5   CATALDO, EMIR GOENAGA, JULIAN          ) 3:20-cv-04688
     SANTIAGO, HAROLD NYANJOM, KELLIE       )
 6   NYANJOM, and SUSAN LYNN HARVEY,        )
     individually and on behalf of all      )
 7   others similarly situated,             )
                                            )
 8              Plaintiffs,                 )
         vs.                                )
 9                                          )
     GOOGLE LLC,                            )
10                                          )
                Defendant.                  )
11   ---------------------------------------)
12
13
14      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15              REMOTE PROCEEDINGS OF THE
16           VIDEOTAPED DEPOSITION OF GREG FAIR
17               MONDAY, OCTOBER 3, 2022
18
19
20
21
22
23   REPORTED BY NANCY J. MARTIN
24   CSR. NO. 9504, RMR, RPR
25   PAGES 1-256
```

Page 1

1          So it's very contextual to how we can best
2   display in the context of search in this case.
3       Q.  And were you -- under your -- excuse me.
4   With any use -- excuse me.
5          With any user research -- or user experience
6   research teams, were you conducting any surveys that
7   related to this discussion reflected here in
8   Exhibit 87?
9       A.  I'm quite certain we did.  This is one of the
10  products that our teams launched, and we would have,
11  just because it's the right thing to do and also
12  because it helps us build a better product, would have
13  had research associated with any of these product
14  launches.
15      Q.  Would any of that research have had any
16  project names or code names or anything that would
17  help better identify it?  So, for example, if Sam
18  Heft-Luthy came to you and said, "Hey, I'm looking at
19  this," and he said, "Oh, there might be some helpful
20  information in this other study we did," or "this
21  other review that we did, you might look here," how
22  would you help direct another Googler to that body of
23  research?
24      A.  There are a number of different bodies of
25  research that this particular conversation might be

1   referencing.  I can go back to where we started our
2   conversation today, around the data controls and the
3   Narnia project, because that's the project that
4   instantiated these settings as a collection of
5   settings to be presented together rather than purely
6   in the products.  So that's a body of work that's
7   pretty significant.
8           In addition, the project that was being led
9   here, and it's, I believe, referenced a few times,
10  it's called -- its reference is PA, privacy advisor,
11  and that was the shorthand for the idea that you would
12  have this kind of privacy-focused module in product to
13  help a user in context and understand the privacy
14  settings that are specifically related to their
15  product experience.
16      Q.  Okay.  So I guess were there any project
17  names or code names that you can recall for studies of
18  user expectations with WAA?
19      A.  I don't remember a project name that was
20  specific to studies of user expectations to WAA.
21      Q.  Do you remember any project names or code
22  names that would have studied any kind of expectations
23  with WAA?
24      A.  Sure.  You know, broadly in the privacy
25  space, we launched a pretty wide-reaching privacy

1   research set of studies that are focused on privacy
2   and end users that we refer to as Pinecone and that
3   was focused on research probably.  And that's the --
4   my primary engagement in user research because it sat,
5   you know, closer to my purview rather than being run
6   by another team.
7        Q.  Okay.  And then who is Vlad Adzic, Adzic?
8        A.  Vlad was a senior engineer on the search team
9   that ran Footprints.  Senior engineer was not his
10  official title, but he's one of the more senior
11  engineers on the team.
12       Q.  And did you have any conversations with
13  Mr. Adzic about user perceptions of WAA?
14       A.  Everybody who worked on it, especially on the
15  Footprints team, we would have walked through all
16  those pieces.  As a matter of fact, Vlad likely showed
17  up at some of our research studies as well.  We try to
18  invite folks from across the company that are working
19  on relative products where we could to spread the
20  information as widely as we can to help encourage a
21  sense of user empathy.
22       Q.  And do you recall the substance of any
23  conversations that you would have had with Mr. Adzic
24  about user perceptions of WAA?
25       A.  Not the specifics.  Vlad was a fun guy to

Page 163

1	talk to because he was smart and argumentative.  So he
2	liked to take positions to walk through an argument to
3	understand stuff.  So we would have talked about
4	anything that came up.
5	        Q.  And so if you wanted to study a user
6	expectation or what a user thinks about WAA, were
7	there any data points that you might start with or
8	that you did start with during your time at Google?
9	        A.  It was a while ago.  Vlad relied on my
10	research teams to figure out some best approaches.  I
11	also had my own personal experience, and I would, you
12	know, encourage and cajole, like faster, I want it
13	now.  I want faster.  So -- to make sure we were doing
14	as much as we could because I cared, but I didn't have
15	any specific agenda or methods.
16	           That was -- you know, I got to say, "I want
17	to understand this," and our research teams would say,
18	"Okay.  Here's some ways we can do that," and they
19	would run the studies and they would figure out the
20	time frames and the context in which we could study
21	it.
22	        Q.  If you were interested in user expectations
23	and studying them with regard to WAA, would there be a
24	split of users who enabled and disabled WAA?
25	        A.  I think there are any number of different

Page 164

1    really long word, to shorten it you just put the
2    number of letters that you're omitting in the middle.
3    So like I think internationalization was IATN,
4    something to that effect.
5            So P13N would have been just short for
6    personalization so you didn't have to type out a big
7    word like personalization, and there's a lot of
8    examples of that just in tech E-mail and shorthand
9    speak.
10       Q.   That's interesting.  Again, my mom is a
11   retired stenographer.  So I'm sure --
12       A.   She's a pro.  If we could adapt those, we'd
13   probably be a lot more efficient.
14           (Deposition Exhibit 89 was marked for
15           identification.)
16           MR. McGEE:  I've marked what's been marked as
17   Exhibit 89.  That's Bates labeled GOOG-RDGZ-00127984.
18   And for this document, I'm really focusing on Page 3,
19   and it's an E-mail from Googler on December 6, 2019 at
20   2:19 a.m.
21           And there's a portion here where he states,
22   "We have seen that very little users understand the
23   exact impact of opting into 'ads p13n,'" which I
24   think, based on your testimony, would mean ads
25   personalization.

```
 1              And really what I would like to ask is
 2     whether you've had discussions with Arne de Booij
 3     about these studies and what the results of those
 4     studies were.
 5         A.  I'm sorry.  At the beginning of this, did you
 6     say this was a Google user?
 7         Q.  No, a Googler.
 8         A.  Excuse me.  Okay.  So there was a Googler
 9     that you were talking about, and it was Arne de
10     Booij's E-mail of -- this is a long one, of Friday,
11     December 6, 2019 at 2:19 a.m.?
12         Q.  Correct.
13         A.  Okay.  And your question was regarding do I
14     know who he is?
15         Q.  Well, I guess first question is do you know
16     who -- I think you do based on the way you pronounced
17     his name.
18         A.  Uh-huh.  Yes.
19         Q.  In the second sentence of his E-mail, "In
20     general, we have seen that very little users
21     understand the exact impact of opting into 'Ads'"
22     personalization "- where these ads will be
23     'personalized' (on Google, off Google, facebook!), how
24     it affects data collection (does not, does, 1P, 3P)
25     and how it affects the amount of ads (more, less, the
```

Page 175

1  same)."

2  And really what I'm getting at here is were

3  you part of these studies that this individual is

4  referencing?  Did you ever see them or did you have

5  any involvement?

6  A.  So Arne de Booij was one of my research

7  leads, and for the bulk of the time throughout the

8  existence of the program the lead researcher for

9  Pinecone.  So this is privacy-focused research, much

10 of it related directly to my work, and it was a way of

11 getting user insights as well as evangelizing some of

12 the user stories around privacy to the rest of the

13 companies who would often bring folks in from other

14 teams that didn't work solely on privacy.

15 So much of Arne's research I was involved in

16 or directly participated in or sponsored or someone on

17 my team would have sponsored and worked on.

18 Q.  Okay.  And with regards to the ads

19 personalization and the numerous criteria that Arne de

20 Booij lists here, were those reflected in Pinecone

21 studies or were they in different studies that may

22 have gone by a different name?

23 A.  In general, I would say that Arne's studies

24 were mostly in the Pinecone umbrella, but, you know,

25 we might partner with other teams.  It could be ads

Page 176

1    team, with a search team, with a maps team on specific
2    studies that we'd like them to run because it's more
3    appropriate for them to run, or maybe they have
4    resources with the expertise.
5        Q.   So the Pinecone studies were under your
6    team's purview; correct?
7        A.   They were in the privacy and data protection
8    office group, yeah.  The user research didn't report
9    in to project management.  So it was technically
10   separate, and we were all part of the same overall
11   group, yes.
12       Q.   Do you know what the equivalent name of
13   Pinecone would be for the studies performed by search?
14       A.   I don't know of any or if they would have
15   any.
16       Q.   So if search did a user expectation or a user
17   evaluation survey, you don't know whether that would
18   have a name like Pinecone or what that name is?
19       A.   I would be surprised if they did because,
20   remember, we were a very -- we're a vertical focused
21   group.  Like our research would typically focus on a
22   specific area, and we'd create a brand around it to
23   kind of bring in a bunch of folks from everywhere,
24   conducting research.  It's just research that they do.
25       Q.   Okay.  Do you recall -- or as you sit here,

Page 177