# Exhibit 8

# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4    ANIBAL RODRIGUEZ, JULIEANNA            )
      MUNIZ, ELIZA CAMBAY, SAL               ) Case No.:
 5    CATALDO, EMIR GOENAGA, JULIAN          ) 3:20-cv-04688
      SANTIAGO, HAROLD NYANJOM, KELLIE       )
 6    NYANJOM, and SUSAN LYNN HARVEY,        )
      individually and on behalf of all      )
 7    others similarly situated,             )
                                             )
 8                 Plaintiffs,               )
          vs.                                )
 9                                           )
      GOOGLE LLC,                            )
10                                           )
                   Defendant.                )
11    -------------------------------------)
12
13
14     ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15
16              REMOTE PROCEEDINGS OF THE
17       VIDEOTAPED DEPOSITION OF SAM HEFT-LUTHY
18             WEDNESDAY, FEBRUARY 8, 2023
19
20
21
22
23    REPORTED BY NANCY J. MARTIN
24    CSR. NO. 9504, RMR, RPR
25    PAGES 1-143
```

Page 1

1   Q.  Okay.  Do you know if you've ever watched
2   testimony given by any other person named Sundar?
3   A.  I don't recall.
4   Q.  Okay.  Do you remember whether any other
5   person named Sundar that you're aware of gave
6   testimony whether you watched it or not?
7       MR. SANTACANA:  Vague.
8       THE WITNESS:  I don't recall.
9   BY MR. SILA:
10  Q.  Safe to say you're probably referring to
11  Mr. Pichai's testimony in December of 2018 here;
12  right?
13      MR. SANTACANA:  Asked and answered.
14      THE WITNESS:  I don't know what this is in
15  reference to necessarily.
16  BY MR. SILA:
17  Q.  Okay.  Do you see that you sent a link
18  c-span.org/video and there's some numbers.  It says,
19  "google-ceo-sundar-pichai-testifies-data-privacy-bias-
20  concerns."  Do you see that?
21  A.  I do.
22  Q.  Does that refresh your recollection about
23  what you're talking about in this chat transcript?
24  A.  No.
25  Q.  It could be anybody (inaudible).

Page 98

```
 1                  (The Reporter requested clarification.)
 2      BY MR. SILA:
 3          Q.   You could be referring to anybody's testimony
 4      at all here.  Is that your testimony here today under
 5      oath?
 6          A.   My testimony is that I don't recall to the
 7      level of specificity that I would be willing to
 8      testify under oath that that was Sundar Pichai's
 9      testimony.
10          Q.   Okay.  So you write down -- about halfway
11      through you say, "asked a question about android data
12      right at the top and Sundar's answer was not great."
13               Do you see that?
14          A.   I do see that.
15          Q.   Do you remember the answer that Sundar gave?
16          A.   No.
17          Q.   Do you remember why it was not great?
18          A.   No.
19          Q.   Okay.  Now, Miguel Guevara, a couple lines
20      up, he says, "Watching now."
21               And then he says, "perception is reality +
22      1000."  Do you have any idea what that means?
23               MR. SANTACANA:  Calls for speculation.
24               THE WITNESS:  I don't.
25      BY MR. SILA:
```

1    Q.  Okay.  And then he responds and says,
2    "Pinecone FTW!"  "FTW" is for the win; right?
3           MR. SANTACANA:  Calls for speculation.
4           THE WITNESS:  I don't know with specificity
5    what FTW does or doesn't refer to.
6    BY MR. SILA:
7    Q.  Do you know what Pinecone refers to?
8           MR. SANTACANA:  Calls for speculation.
9           THE WITNESS:  In parlance within the PDPO
10   team, Pinecone would often be used to refer to a user
11   research program, a series of user research efforts.
12   BY MR. SILA:
13   Q.  Okay.  Are those user research efforts --
14   scratch that.  Okay.
15          Is the phrase "perception is reality"
16   associated with those user research efforts in any
17   way?
18          MR. SANTACANA:  Calls for speculation.
19   Vague.
20          THE WITNESS:  I don't recall.
21          MR. SILA:  Okay.  I'm going to introduce an
22   exhibit that's been previously marked as Plaintiffs'
23   Exhibit 339.
24          (Previously marked Exhibit 339 was made
25          available to the witness.)

Page 100