# Exhibit 10

Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

| | |
|---|---|
| **PRODBEG** | GOOG-RDGZ-00020692 |
| **PRODEND** | GOOG-RDGZ-00020709 |
| **CUSTODIAN/SOURCE** | Dave Monsees |
| **FILENAME** | Trust.Next Pinecone 3   UDC Results  1sg8l MHTbfvSvLix_34VBGnb1Z6fyCAmMtPLPlbR9vU.pptx |
| **DATECREATED** | 04/27/2017 |
| **DATELASTMOD** | 04/27/2017 |
| **DOCTITLE** | Trust.Next Pinecone 3   UDC Results |
| **CONFIDENTIALITY** | HIGHLY CONFIDENTIAL   ATTORNEYS' EYES ONLY |
| **PRODVOL** | PROD008 |
| **REDACTED** | N |
| **REDACTION TYPE** | |
| **MD5 HASH** | A65B0D73AF4277BC717B55BB53AD72A8 |
| **ILS_ProdVol** | PROD008 |
| **ILS_ProdDate** | 04/12/2021 |
| **ILS_DocDate** | 04/27/2017 |
| **ALLCUSTODIANS** | Dave Monsees |
| **OWNER** | ▮▮▮▮▮▮▮▮ |