# Exhibit 11

# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, et al.,
 5           Plaintiffs,
 6   v.                            Case No.
 7   GOOGLE LLC,                   20-cv-04688-RS
 8           Defendant.
 9
            ***********************************
10      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
        ZOOM VIDEOTAPED DEPOSITION OF DAVID MONSEES
11             Thursday, September 15, 2022
                     9:00 a.m. PST
12          ***********************************
13
14
15   TAKEN BY:
16      MARK MAO, ESQ.
        ATTORNEY FOR PLAINTIFF
17
18   REPORTED BY:
19      BELLE VIVIENNE, RPR, CRR, NJ-CRR,
        WA/CO/NM-CCR
20      NATIONALLY CERTIFIED REALTIME
        COURT REPORTER
21      VERITEXT LEGAL SOLUTIONS
        JOB NO. 5431690
22      866.299.5127
23
24
25
                                              Page 1
```



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1  [REDACTED]
2  [REDACTED]
3  [REDACTED]
4  [REDACTED]
5  [REDACTED]
6  [REDACTED]
7  [REDACTED]
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]



Page 161



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 162