# Exhibit 12

# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

| | |
|---|---|
| **PRODBEG** | GOOG-RDGZ-00018350 |
| **PRODEND** | GOOG-RDGZ-00018408 |
| **CUSTODIAN/SOURCE** | Dave Monsees |
| **FILENAME** | Pines_17cXK9SNUETd3Ca0j71PCCgts1gBRVV2oxknOEtPmxvs.pptx |
| **DATECREATED** | 07/10/2017 |
| **DATELASTMOD** | 06/07/2018 |
| **DOCTITLE** | Pines |
| **CONFIDENTIALITY** | CONFIDENTIAL |
| **PRODVOL** | PROD006 |
| **REDACTED** | N |
| **REDACTION TYPE** | |
| **MD5 HASH** | CCF0C0B7849AE98C0A5A85EEB576C727 |
| **ILS_ProdVol** | PROD006 |
| **ILS_ProdDate** | 04/03/2021 |
| **ILS_DocDate** | 06/07/2018 |
| **ALLCUSTODIANS** | Dave Monsees |
| **OWNER** | ███████████ |