# Exhibit 13

# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

| | |
|---|---|
| **PRODBEG** | GOOG-RDGZ-00090067 |
| **PRODEND** | GOOG-RDGZ-00090104 |
| **CUSTODIAN/SOURCE** | Arne de Booij;Dave Monsees |
| **FILENAME** | N3 UXR Strategy (go n3 uxr strategy d 1LuEqA7hlwVxhwOEiKupmvKmXD9Xn37uB nhimHPSI_8.pptx;N3 UXR Strategy (go-n3-uxr-strategy-deck) 1LuEqA7hlwVxhwOEiKupmvKmXD9Xn37uB nhimHPSI 8.pptx |
| **DATECREATED** | 03/23/2020 |
| **DATELASTMOD** | 09/09/2020 |
| **DOCTITLE** | N3 UXR Strategy (go/n3-uxr-strategy-deck) |
| **CONFIDENTIALITY** | CONFIDENTIAL |
| **PRODVOL** | PROD031 |
| **REDACTED** | N |
| **REDACTION TYPE** | |
| **MD5 HASH** | 7A625D7917E9FEF38C81B9A0E5C79B0B |
| **ILS ProdVol** | PROD030 |
| **ILS ProdDate** | 04/27/2022 |
| **ILS DocDate** | 03/23/2020 |
| **ALLCUSTODIANS** | Arne de Booij;Dave Monsees |
| **OWNER** | ███████████ |