# Exhibit 14

# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

| | |
|---|---|
| **PRODBEG** | GOOG-RDGZ-00043294.R |
| **PRODEND** | GOOG-RDGZ-00043302.R |
| **CUSTODIAN/SOURCE** | Dave Monsees |
| **FILENAME** | N3 UxR   Express Echidna (156555406)  1VouCwlX3kUPbE16GPS5WQ8z 4xVeTGDCR5T7WJIqxk0.docx |
| **DATECREATED** | 05/14/2020 |
| **DATELASTMOD** | 06/15/2020 |
| **DOCTITLE** | N3 UxR   Express ▇▇▇ (156555406) |
| **CONFIDENTIALITY** | CONFIDENTIAL |
| **PRODVOL** | PROD017 |
| **REDACTED** | N |
| **REDACTION TYPE** | |
| **MD5 HASH** | 59E4BD315CB43D1154524586D2A9625F |
| **ILS_ProdVol** | PROD017 |
| **ILS_ProdDate** | 10/12/2021 |
| **ILS_DocDate** | 05/14/2020 |
| **ALLCUSTODIANS** | Dave Monsees |
| **OWNER** | ▇▇▇▇▇▇▇▇▇▇ |