# Exhibit 15

Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00068554



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00068555



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00068556



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00068557



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00068577



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00068586