# Exhibit 16
# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

## Background, purpose and disclaimer

### Background

This deck aims to summarize our knowledge about a person's consent experience on Google. Insights are primarily based on consent research that we've been conducting since 2016, both in qualitative settings e.g. Pinecone lab and in-home research as well as in scaled qualitative research (e.g. ▮▮▮▮) and what we've learned from metrics and live experiments. In addition, we've referenced related internal and external research where appropropriate.

### Purpose 1: Reference

In many ways, what you will find here are not unique insights. Many things you will have heard in previous presentations, read in research reports or personally observed during user research. Our aim is to provide one reference location for PDPO Consent research that can be used by anyone that needs it. Some call it a 'what we know' deck or 'duh' deck :-)

### Purpose 2: Inform future consent strategy

As mentioned, many insights here are not new but when combined we feel it provides a great basis to help define Google's future consent strategy. Both the combined insights as well as our recommendations should serve this purpose.

In addition, we believe that consent by itself is not the right strategy so you should see these recommendations as part of a bigger product strategy being created within the PDPO as well in several other places in Google.

### Disclaimer

This deck is still a **work in progress and is not yet complete** - detailed insights might be missing or incomplete, recommendations not fully formed etc. Feel free to add comments and questions which we can use to improve and enrich the content.

Also, this deck has NOT BEEN REVIEWED NOR APPROVED BY PRIVACY LEGAL so not sharing broadly.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       GOOG-RDGZ-00209974



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-RDGZ-00209976

## Executive summary - Things we'll cover today

1. **Trust** is the willingness to take a **risk** based on expectation of **benefit** and is built **over time**

2. Google's few **consent** moments alone, very early in the relationship, are **not enough to help users form accurate expectations** about risks involved and benefits gained when engaging in a data-sharing relationship with Google.

3. This can lead to **unpleasant surprises** when users engage with Google products; this **harms trust** and further feeds a negative feedback loop and **impairs our trust building efforts**

4. To support **rebuilding trust** in Google, we should engage in a **ongoing in-context transparency & control conversation** that allows people to form and retain and up-to-date and accurate expectations about risks involved and benefits gained and **build trust over time**.

google_logo    Privileged and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00209977

# Content

0. Executive summary
1. What has our research taught us about consent?
2. Why does Google's consent strategy hinder building trust?
3. But what about transparency and control?
4. So how do we proceed?

google_logo                                          Privileged and Confidential



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00209979



Over the last 4 years, we've done a lot of research in the consent space to inform several of Google's key consent efforts and this accumulation of knowledge continues to inform future thinking
Pinecone - qual
▮▮▮▮▮ - quant/qual combo
Live experiments (focused on engagement - consent rates)



The resulting insights have informed strategy for Narnia 2, GDPR readiness as well as Narnia 3 and continue to inform future efforts (N3 ▮▮▮▮▮

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                              GOOG-RDGZ-00209981



This means that the consent experience itself doesn't hinder trust but causes issues while using Google products

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY					GOOG-RDGZ-00209982



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY