# Exhibit 17
# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

Message
___

**From:** Arne de Booij [█████@google.com]
**Sent:** 4/21/2020 7:14:44 AM
**To:** Robert Brauer [█████oogle.com]
**CC:** Suneeti Vakharia [█████@google.com]
**Subject:** Re: n3 thought: Virtual Immersion for Rahul?

what is the proposal exactly? ███████ or ███████ deck?


On Mon, Apr 20, 2020 at 7:23 PM Robert Brauer █████@google.com> wrote:
I reach out to his admin then? I attended some of the virtual immersions for Reza a few months back and those were also just small circle presentation + q&a. The later part makes all the difference.

On Fri, 17 Apr 2020 at 10:21, Suneeti Vakharia █████@google.com> wrote:
I think it might be good to anchor him in what we've seen, whether a deck or highlight reel (such a good idea but a huge time lift). Extra costs/interviews in this budget constrained time isn't realistic.

One thought is we use the same approach as Arne took at the N3 Flamingo breakout to recap learnings (maybe more deeply) and use the N3 narrative deck with ███████ to try to highlight key elements of how users might reach different touchpoints / entry points or proposals (eg. Account set up, seeing their Settings, understanding existence of Privacy Checkup, being surprised by understanding what GAP / WAA / YTH toggles do in my account, reactions to paid accounts, reactions to/use of incognito or cookie deletion to protect privacy etc. There are so many compelling insights from ███████ and ███████ - and even EU labs. I wish that PAR immersion had happened bc it is such a compelling experience. I wonder if even walking through ███████ with some additional insights would be a good primer/crash course.


On Fri, Apr 17, 2020, 12:02 AM Arne de Booij █████@google.com> wrote:
I like the idea but not sure how to execute it.

Some thoughts

- **Slides:** we have the insights from ███████ and ███████ (actually, loblolly takes some of the findings from sylvestre as well) that we could present. not really an immersion though
- **Videos:** we have a lot of videos from ███████ and ███████ and we could sit him in front of that for a few hours but don't think that will be useful. We could try and cut a highlight reel which would be interesting but that will take a lot of time to create
- **Photos:** we have a lot of photos and could create a photo story from the interviews as well as the context. again, would take extra work and we have a little of that in the decks
- **New interviews:** we could try and setup new in-home interviews, have them recorded and we then watch the videos and analyze them. This would take time, money and we probably don't want to send people/moderators into someone's house so will have to be remote or self-reported like through dScout.

What do you think? anything you had in mind?

thanks
Arne

CONFIDENTIAL                                                                                                                    GOOG-RDGZ-00128311

On Thu, Apr 16, 2020 at 6:59 PM Robert Brauer <██████@google.com> wrote:
> Arne, relate to chats we had:
>
> Should we ponder some virtual pinecone immersion for Rahul since the trip got canceled?
> He's poking around N3. Very good questions. A lot of user focus and I feel like we could give him some tools to ask even better questions.
>
> I feel like a lot of the material exists. We can make it small circle to have a good discussion and allow for questions.
>
> Wanted to ask you first before I ask his admin.
>
> Let me know.

--
----
Arne de Booij - UX Researcher - PDPO



--
----
Arne de Booij - UX Researcher - PDPO