# Exhibit 18
# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

# Retention Controls Comprehension

go/default-retention-findings2

April 27, 2020
UXR: nzokaei (POC)
UXD: dgearity
UXW: jwoll
PM: davidmonsees, catwu

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-RDGZ-00151992

## Default Retention in Settings UI

In past research we have seen that showing retention controls on the Activity Controls page makes user more aware of this function and gives them more sense of control over their data. (Retention in Setting UI Research)

In this study we want to get an understanding of users' mental model of the control hierarchy and see if users have correct understanding of the relationship between the different controls on the page (collection on/off, DR on/off).



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          GOOG-RDGZ-00151993



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-RDGZ-00151994



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00151995



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00151997

# Methods

For more detail, see study plan, moderator guide, and raw videos

## Participants

9 Participants (5 female, 4 male)

30 minute interviews

See here for participant demographics

## Procedure

1. Background questions
2. Reaction to Activity Controls page
3. Expectation of WAA Off
4. Retention Flow walkthrough
5. WAA off and No Data Scenario

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              GOOG-RDGZ-00151998



# Findings Summary

## Overall Reaction to Activity Controls:
1. At first glance participants easily noticed the main functionalities available on the Activity Controls page
2. What type of data Web and App activity includes was a big question for many participants
3. Participants desired an easy way to access their activity controls and were not sure how they could do that today.

## Controls Comprehension:
1. **WAA Toggle Off:**
   a. All participants expected turning WAA toggle off to stop saving their activity
   b. Half of the participants expected Auto-delete and Manage activity to no longer be available when toggle is off
2. **WAA Off + AD:**
   a. Overall some participants had difficulty understanding the relationship between WAA Off and the auto-delete function
3. **Auto-delete flow:**
   a. Participants found the auto-delete flow to be clear and straightforward over all
   b. Some questions regarding choices offered and what data was being auto-deleted did come up
4. **WAA Off + No Activity:**
   a. Participant found Auto-delete enabled when they had no activity to be confusing and unintuitive
   b. All participants preferred the auto-delete disabled design because it clearly communicated that they no longer had activity

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 GOOG-RDGZ-00152000



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              GOOG-RDGZ-00152010



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00152011