# Exhibit 19
# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                              GOOG-RDGZ-00184430



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00184431



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00184433



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-RDGZ-00184434