# Exhibit 20
# Omnibus Mao Declaration

# MATERIALS SOUGHT TO BE FILED UNDER SEAL

Case 3:20-cv-04688-RS   Document 562-33   Filed 07/17/25   Page 1 of 15

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4    ANIBAL RODRIGUEZ, JULIEANNA          )
      MUNIZ, ELIZA CAMBAY, SAL             ) Case No.:
 5    CATALDO, EMIR GOENAGA, JULIAN        ) 3:20-cv-04688
      SANTIAGO, HAROLD NYANJOM, KELLIE     )
 6    NYANJOM, and SUSAN LYNN HARVEY,      )
      individually and on behalf of all    )
 7    others similarly situated,           )
                                           )
 8              Plaintiffs,                )
          vs.                              )
 9                                         )
      GOOGLE LLC,                          )
10                                         )
                Defendant.                 )
11    -------------------------------------)
12
13
14      ***HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY***
15
16              REMOTE PROCEEDINGS OF THE
17        VIDEOTAPED DEPOSITION OF SAM HEFT-LUTHY
18              WEDNESDAY, FEBRUARY 8, 2023
19
20
21
22
23    REPORTED BY NANCY J. MARTIN
24    CSR. NO. 9504, RMR, RPR
25    PAGES 1-143
```

Page 1

1       Let's go off the record.
2               THE VIDEOGRAPHER:  Going off the record.  The
3       time is 12:55 p.m.
4               (A recess was taken from 12:55 p.m.
5               to 1:12 p.m.)
6               THE VIDEOGRAPHER:  We're back on the record.
7       The time is 1:12 p.m.
8       BY MR. SILA:
9           Q.  Okay.  Mr. Heft-Luthy, do you remember
10      whether Sundar Pichai testified before Congress in
11      December 2018?
12          A.  Remember what about it?
13          Q.  Remember the event, that it happened.
14          A.  I do remember that it happened.
15          Q.  Okay.  Did you watch Mr. Pichai's testimony?
16          A.  I don't recall.
17              MR. SILA:  Okay.  I've introduced a document
18      that's been marked as Plaintiffs' Exhibit 350.
19              (Deposition Exhibit 350 was marked for
20              identification.)
21              MR. SILA:  And for the record, this is
22      GOOG-RDGZ-00087672.
23              Let me know when you have it.
24              (Pause.)
25              THE WITNESS:  I have it.

Page 96

```
 1    BY MR. SILA:
 2        Q.  All right.  This is a transcript of a chat
 3    between you and a bunch of folks, including Greg Fair,
 4    Miguel Guevara, and David Monsees, and a few others on
 5    December 11, 2018; correct?
 6        A.  This is in the format of an E-mail with the
 7    subject "PDPO PM."
 8        Q.  Okay.  Are all of the people in the "to" line
 9    here, are all of those product managers in the PDPO as
10    of the date of this E-mail?
11            MR. SANTACANA:  Calls for speculation.
12            THE WITNESS:  I don't recall with specificity
13    whether everybody had that role.
14            MR. SILA:  Okay.  And I just want to note for
15    the videographer, I think, that Mr. Heft-Luthy is not
16    pinned right now.
17        Q.  Okay.  So you start -- you say, "anybody
18    watching the Sundar testimony?"  Do you see that?
19        A.  I do see that.
20        Q.  Sorry.  I realized that when I was
21    referencing Mr. Pichai before, I was referring to
22    Sundar Pichai.  Is that who you're referencing here?
23        A.  I can't say with specificity.
24        Q.  Do you know any other Sundars?
25        A.  Not to my recollection.
```

1      Q.   Okay.  Do you know if you've ever watched
2   testimony given by any other person named Sundar?
3      A.   I don't recall.
4      Q.   Okay.  Do you remember whether any other
5   person named Sundar that you're aware of gave
6   testimony whether you watched it or not?
7           MR. SANTACANA:  Vague.
8           THE WITNESS:  I don't recall.
9   BY MR. SILA:
10     Q.   Safe to say you're probably referring to
11  Mr. Pichai's testimony in December of 2018 here;
12  right?
13          MR. SANTACANA:  Asked and answered.
14          THE WITNESS:  I don't know what this is in
15  reference to necessarily.
16  BY MR. SILA:
17     Q.   Okay.  Do you see that you sent a link
18  c-span.org/video and there's some numbers.  It says,
19  "google-ceo-sundar-pichai-testifies-data-privacy-bias-
20  concerns."  Do you see that?
21     A.   I do.
22     Q.   Does that refresh your recollection about
23  what you're talking about in this chat transcript?
24     A.   No.
25     Q.   It could be anybody (inaudible).

```
 1              (The Reporter requested clarification.)
 2      BY MR. SILA:
 3          Q.  You could be referring to anybody's testimony
 4      at all here.  Is that your testimony here today under
 5      oath?
 6          A.  My testimony is that I don't recall to the
 7      level of specificity that I would be willing to
 8      testify under oath that that was Sundar Pichai's
 9      testimony.
10          Q.  Okay.  So you write down -- about halfway
11      through you say, "asked a question about android data
12      right at the top and Sundar's answer was not great."
13              Do you see that?
14          A.  I do see that.
15          Q.  Do you remember the answer that Sundar gave?
16          A.  No.
17          Q.  Do you remember why it was not great?
18          A.  No.
19          Q.  Okay.  Now, Miguel Guevara, a couple lines
20      up, he says, "Watching now."
21              And then he says, "perception is reality +
22      1000."  Do you have any idea what that means?
23              MR. SANTACANA:  Calls for speculation.
24              THE WITNESS:  I don't.
25      BY MR. SILA:
```

Veritext Legal Solutions
866 299-5127

```
 1         Q.  Okay.  And then he responds and says,
 2    "Pinecone FTW!"  "FTW" is for the win; right?
 3              MR. SANTACANA:  Calls for speculation.
 4              THE WITNESS:  I don't know with specificity
 5    what FTW does or doesn't refer to.
 6    BY MR. SILA:
 7         Q.  Do you know what Pinecone refers to?
 8              MR. SANTACANA:  Calls for speculation.
 9              THE WITNESS:  In parlance within the PDPO
10    team, Pinecone would often be used to refer to a user
11    research program, a series of user research efforts.
12    BY MR. SILA:
13         Q.  Okay.  Are those user research efforts --
14    scratch that.  Okay.
15              Is the phrase "perception is reality"
16    associated with those user research efforts in any
17    way?
18              MR. SANTACANA:  Calls for speculation.
19    Vague.
20              THE WITNESS:  I don't recall.
21              MR. SILA:  Okay.  I'm going to introduce an
22    exhibit that's been previously marked as Plaintiffs'
23    Exhibit 339.
24              (Previously marked Exhibit 339 was made
25              available to the witness.)
```

Page 100

1          MR. SILA:  Let me know when you have it.
2          (Pause.)
3          THE WITNESS:  I have it here.
4     BY MR. SILA:
5          Q.  Now, this is a clip of Mr. Pichai's testimony
6     on the date of that chat, which is December 11, 2018,
7     just a couple minutes long.  Could you please watch
8     it, and I'll have just a quick question about -- maybe
9     a couple quick questions about it as it relates to the
10    chat that we were just looking at.
11         THE WITNESS:  So this should be -- I should
12    just hit "Play" on the PowerPoint and watch the clip?
13         MR. SILA:  Yeah.  I think that will work.
14         (The witness reviewed the footage.)
15         MR. SILA:  Let me know when you've finished.
16         (Pause.)
17         THE WITNESS:  Okay.  Complete.
18         MR. SILA:  Okay.
19         (The Reporter requested clarification.)
20         (A discussion was held.)
21         MR. SANTACANA:  Okay.  Thanks.
22         Just a question, Ryan, are you going to put a
23    transcript of this into the record somehow, or what's
24    your plan here?
25         MR. SILA:  We can follow up about that.  I

1    think that's what we'd like to do, but I can talk to
2    you about that, Eduardo.
3            MR. SANTACANA:  Okay.
4    BY MR. SILA:
5        Q.  Okay.  Is this the testimony that you thought
6    was not great?
7        A.  I don't recall.
8        Q.  Okay.  Sitting here today and watching the
9    testimony, did you think Mr. Pichai's answers were not
10   great?
11           MR. SANTACANA:  Vague.
12           THE WITNESS:  I think the criteria that I
13   would be evaluating them before might be very
14   different than now.  I think caring about whether it's
15   great or not great maybe is a little different here.
16   So I'm happy to answer any questions about my
17   recollection of it.
18   BY MR. SILA:
19       Q.  Okay.  Mr. Pichai referenced that Google
20   shows all the information it has back to the user.
21           Is that true?
22           MR. SANTACANA:  Calls for speculation.
23           THE WITNESS:  I wouldn't be able to answer
24   whether that's true or not.
25   BY MR. SILA:

Page 102

1    Q.  Are you aware of any information that Google
2    has and collects from users that does not show back to
3    them?
4        MR. SANTACANA:  Calls for speculation.
5    Vague.
6        THE WITNESS:  I don't know.
7    BY MR. SILA:
8    Q.  Okay.  Do you know whether Google provides
9    users with a toggle that they can use to stop Google
10   from collecting all data from their activity on
11   third-party apps?
12       MR. SANTACANA:  Vague.  Calls for
13   speculation.
14       THE WITNESS:  I don't know.
15   BY MR. SILA:
16   Q.  Okay.  So the Web & App Activity control
17   doesn't do that?
18       MR. SANTACANA:  Misstates prior testimony.
19   Vague.  Calls for speculation.
20       THE WITNESS:  I'm not positive what the
21   current functions of the My Activity or Web & App
22   Activity are at this point in time.
23   BY MR. SILA:
24   Q.  As of the date of the testimony, when you
25   worked at Google, the Web & App Activity control does

Page 103

```
 1    not provide users a way to stop Google from collecting
 2    all data from their activity on third-party apps, does
 3    it?
 4            MR. SANTACANA:  Misstates prior testimony.
 5    Vague.  Calls for speculation.
 6            THE WITNESS:  I don't recall.
 7    BY MR. SILA:
 8        Q.  Okay.  Do you think Mr. Pichai accurately
 9    explained the settings that Google offers users to the
10    Congress people in this clip?
11            MR. SANTACANA:  Calls for speculation.
12            THE WITNESS:  Did you say, "accurately"?
13    BY MR. SILA:
14        Q.  Yes.
15        A.  I wouldn't be able to speculate on the
16    accuracy or inaccuracy of his statements.
17        Q.  Did you notice any inaccuracy in his
18    statements?
19        A.  In watching it now?
20        Q.  Yes.
21        A.  I can't speak to any specific items that I
22    recall being inaccurate nor can I speak to their act
23    of accuracy.
24        Q.  Okay.  We can put this one away.
25            When you worked at Google, did you ever learn
```

Page 104

```
 1    about misuse of any data that Google saved?
 2              MR. SANTACANA:  Vague.
 3              THE WITNESS:  When you say, "misuse," what do
 4    you refer to?
 5    BY MR. SILA:
 6        Q.  Contrary to Google's policy or the law.
 7        A.  I can't recall.
 8        Q.  When you worked in the PDPO, did you
 9    understand that Google saving of data inherently
10    created risks that the data would be misused?
11              MR. SANTACANA:  Vague.
12              THE WITNESS:  When you say, "saving of" the
13    "data," what data are you referring to?
14    BY MR. SILA:
15        Q.  Sorry.  I misspoke.
16            When you worked in the PDPO, did you
17    understand that when Google saved data, there was a
18    risk that that data would end up being misused?
19    Sorry.  I mean data in the general, nonspecific sense.
20              MR. SANTACANA:  Vague.
21              THE WITNESS:  When working in privacy, you're
22    often evaluating things as very concrete risk models.
23    So to talk about the risk of data in general would be
24    less how we would think of it.  So I'm not sure if
25    that's a framework I would use to answer the question
```

Page 105

1    Google?

2            MR. SANTACANA:  Vague.

3            THE WITNESS:  The term "trust score" can

4    refer to various, different formulations of various,

5    different questions about various, different privacy

6    concerns.  So it's hard for me to evaluate whether

7    that is or isn't a surprise.

8    BY MR. SILA:

9        Q.  Okay.  Do you have any reason to doubt the

10   accuracy of these figures?

11           MR. SANTACANA:  Lacks foundation.

12           THE WITNESS:  I neither have reason to doubt

13   their accuracy nor to advocate for it.  I'm not

14   familiar with these figures.

15   BY MR. SILA:

16       Q.  The user trust studies that you referenced

17   remembering -- do you remember the formulations of

18   those questions relating to user trust in those

19   studies?

20       A.  No.

21           MR. SILA:  Okay.  We can put this one away.

22           And I've introduced a document that I've

23   marked as Plaintiffs' Exhibit 354, which is Bates

24   numbered GOOG-RDGZ-00188868.

25           (Deposition Exhibit 354 was marked for

Page 120

```
 1              identification.)
 2          MR. SILA:  Let me know when you have it.
 3          THE WITNESS:  I have it.
 4   BY MR. SILA:
 5       Q.  All right.  Do you recognize this document?
 6       A.  Yes.
 7       Q.  What is it?
 8       A.  This document depicts notes from
 9   ███████████████████████████████████████████████
10   stakeholders across Google.
11       Q.  And what was the purpose of those
12   ███████████████████████████████████████████████
13   stakeholders across Google?
14       A.  Those conversations were meant to gather
15   information about Google's privacy, the space that
16   Google operates in with respect to privacy, and inform
17   the next steps of the program.
18       ██  ████  ████████████████████████
19   manager, were you involved in those conversations?
20       A.  I don't recall with specificity which
21   specific conversations I was or wasn't involved in,
22   but several of these conversations, I do remember
23   being part of the conversation.
24       Q.  Okay.  Do you remember who took these notes
25   about the conversations?
```

Page 121

```
 1        A.   I don't.
 2        Q.   Do you remember if these notes were taken
 3   during the interview or conversation?
 4        A.   I don't.
 5        Q.   Did the ████████ team rely on these
 6   notes?
 7        A.   Define "rely."
 8        Q.   Yeah.  So used these notes for some later
 9   purpose.  So look back at these notes and consider
10   what's in them when performing some other activity.
11        A.   To my recollection, these notes were used to
12   inform future activity.
13        Q.   Okay.  Do you have any specific future
14   activities in mind?
15        A.   There was the preparation of, for example, a
16   document summarizing Google's privacy landscape for
17   which I recall us referencing these notes as part of
18   that process.
19        Q.   Okay.  In your recollection, were these notes
20   generally accurate?
21             MR. SANTACANA:  Calls for speculation.
22   Vague.
23             THE WITNESS:  I don't recall the process by
24   which they were taken or confirmed.
25   BY MR. SILA:
```

Page 122