COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Date:        July 30, 2025<br>Time:       09:30 A.M.<br>Courtroom: 3, 17th Floor, SF<br>Judge:      Hon. Richard Seeborg<br><br>Date Action Filed:  July 14, 2025<br>Trial Date:            August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING GOOGLE LLC'S STATEMENT ISO PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:20-CV-04688-RS

**[PROPOSED] ORDER**

Before the Court is Google LLC's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed and documents filed in connection with that motion.

| Exhibit | Bates No./Pages with Designations | Description |
|---|---|---|
| Opposition to Googles Motion in Limine No. 4 | Pages: 4, 7, and. 8 | Internal codenames Lo***, Tr***, Syl***, internal statistics |
| Opposition to Googles Motion in Limine No. 5 | Pages: 3, 4, and 5 | Internal codename Pr***Na*** |
| Exhibit 6 | GOOG-RDGZ-0015165 | Employee email addresses; nonpublic technical information |
| Exhibit 9 | Page 112 | Internal codename Lo*** |
| Exhibit 10 | Page 1 | Employee email address |
| Exhibit 11 | Entirety | Non-public technical information |
| Exhibit 12 | Page 1 | Employee email address |
| Exhibit 13 | Page 1 | Employee email address |
| Exhibit 14 | Page 1 | Employee email address; Internal codename Ech*** |
| Exhibit 15 (GOOG-RDGZ-00068554) | Entirety | Competitively sensitive research data, internal metrics |
| Exhibit 16 | GOOG-RDGZ-00209974<br>GOOG-RDGZ-00209975<br>GOOG-RDGZ-00209976<br>GOOG-RDGZ-00209980<br>GOOG-RDGZ-00209981<br>GOOG-RDGZ-00210031 | Employee email addresses, competitively sensitive research data, internal metrics |
| Exhibit 17 | GOOG-RDGZ-00128311<br>GOOG-RDGZ-00128312 | Internal codename Sy***, Lo***; Employee email addresses |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING GOOGLE LLC'S STATEMENT ISO PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:20-CV-04688-RS

| Exhibit 19 | Entirety | Internal strategy |
|---|---|---|
| Exhibit 20 | Pages 121:9, 121:12, 121:18, 122:5 | Internal codename Pr***Na*** |

Having considered Google LLC's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed it is hereby ORDERED that the motion is GRANTED and that compelling reasons justify the sealing of the following documents:

1. Highlighted portions of Plaintiffs' Oppositions to Google's Motion in Limine No. 4 and No. 5, Exhibits 6, 9, 10, 12-14, 16, 17, and 20 to the Declaration of Eduardo E. Santacana in Support of Google LLC's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed

2. The Entirety of Exhibits 11, 15, and 19 to the Declaration of Eduardo E. Santacana in Support of Google LLC's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed

**IT IS SO ORDERED.**

DATED: _____

                                        Honorable Richard Seeborg
                                        United States District Judge

321914526 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[PROPOSED] ORDER GRANTING GOOGLE LLC'S STATEMENT ISO PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:20-CV-04688-RS