| | |
|---|---|
| **COOLEY LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>bhur@cooley.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>sagnolucci@cooley.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>esantacana@cooley.com<br>ARGEMIRA FLÓREZ (SBN: 331153)<br>aflorez@cooley.com<br>HARRIS MATEEN (SBN 335593)<br>hmateen@cooley.com<br>ISABELLA MCKINLEY CORBO (SBN 346226)<br>icorbo@cooley.com<br>3 Embarcadero Ctr., 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br><br>*Counsel for Defendant Google LLC* | **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao (SBN: 236165)<br>mmao@bsfllp.com<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293-6800<br>mmao@bsfllp.com<br><br>**SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>bcarmody@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br>bcarmody@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>jyanchunis@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:20-cv-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND VOIR DIRE DEADLINE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1 | Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs")
2 | and Defendant Google LLC ("Google"), collectively the "Parties," submit this joint stipulation.
3 | WHEREAS, the Guidelines for Final Pretrial Conference in Civil Jury Cases Before Chief
4 | Judge Seeborg ("Guidelines") state that "[u]nless otherwise ordered, at least five (5) days prior to the
5 | pretrial conference, the parties shall file and serve … Jury Voir Dire Questions" (*see* Guidelines No.
6 | D(4)(a)(1);
7 | WHEREAS, on October 25, 2024, the Court set the Pretrial Conference in this case for July
8 | 23, 2025 at 10:00 A.M. (Dkt. 438);
9 | WHEREAS, on June 23, 2025, the Court continued the Pretrial Conference to July 30, 2025
10 | at 9:30 A.M. and stated that "[t]he deadline for the submission of pretrial filings remains unchanged"
11 | (Dkt. 516);
12 | WHEREAS, as per the July 23, 2025 date for the Pretrial Conference and as per the Guidelines,
13 | Jury Voir Dire questions would be due to file and serve five (5) days prior by July 18, 2025;
14 | WHEREAS, the parties have met and conferred, and at Google's request agree to file and
15 | serve Jury Voir Dire questions on July 25, 2025, five (5) days prior to the scheduled Pretrial
16 | Conference on July 30, 2025;
17 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
18 | parties and subject to the Court's approval, that the deadline to file and serve Jury Voir Dire questions
19 | is July 25, 2025, five (5) days prior to the scheduled Pretrial Conference on July 30, 2025.
20 | A Proposed Order is Submitted concurrently herewith.

1  
Case No. 3:20-cv-04688-RS  
**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND VOIR DIRE DEADLINE**

IT IS SO STIPULATED.

Dated: July18, 2025

**COOLEY LLP**

By:   /s/ Eduardo E. Santacana
BENEDICT Y. HUR (SBN: 224018)
bhur@cooley.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@cooley.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@cooley.com
ARGEMIRA FLÓREZ (SBN: 331153)
aflorez@cooley.com
HARRIS MATEEN (SBN 335593)
hmateen@cooley.com
ISABELLA MCKINLEY CORBO (SBN 346226)
icorbo@cooley.com
3 Embarcadero Ctr., 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Counsel for Defendant Google LLC*

Dated: July18, 2025

**BOIES SCHILLER FLEXNER LLP**

By:   /s/ Alison L. Anderson
David Boies (*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (SBN: 236165)
Beko Reblitz-Richardson (SBN: 238027)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (*admitted pro hac vice*)
Rossana Baeza (*admitted pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Telephone: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson (SBN: 275334)
M. Logan Wright (SBN: 349004)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (*admitted pro hac vice*)
Shawn J. Rabin (*admitted pro hac vice*)
Steven M. Shepard (*admitted pro hac vice*)
Alexander P. Frawley (*admitted pro hac vice*)
Ryan Sila (*admitted pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001

2          Case No. 3:20-cv-04688-RS
**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND VOIR DIRE DEADLINE**

Telephone: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn (SBN: 270891)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
Ryan J. McGee (*admitted pro hac vice*)
Michael F. Ram (SBN: 104805)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**

Pursuant to stipulation of the Parties, the Court hereby ORDERS that the deadline to file and serve Jury Voir Dire questions is July 25, 2025.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Richard Seeborg

# ATTESTATION

I, Eduardo E. Santacana, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 18, 2025            By: */s/ Eduardo E. Santacana*
                                         EDUARDO E. SANTACANA