| | |
|---|---|
| **COOLEY LLP** <br> BENEDICT Y. HUR (SBN: 224018) <br> bhur@cooley.com <br> SIMONA AGNOLUCCI (SBN: 246943) <br> sagnolucci@cooley.com <br> EDUARDO E. SANTACANA (SBN: 281668) <br> esantacana@cooley.com <br> ARGEMIRA FLÓREZ (SBN: 331153) <br> aflorez@cooley.com <br> HARRIS MATEEN (SBN 335593) <br> hmateen@cooley.com <br> ISABELLA MCKINLEY CORBO (SBN 346226) <br> icorbo@cooley.com <br> 3 Embarcadero Ctr., 20th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 693-2000 <br><br> *Counsel for Defendant Google LLC* | **BOIES SCHILLER FLEXNER LLP** <br> David Boies (admitted *pro hac vice*) <br> 333 Main Street <br> Armonk, NY 10504 <br> Telephone: (914) 749-8200 <br> dboies@bsfllp.com <br><br> Mark C. Mao (SBN: 236165) <br> mmao@bsfllp.com <br> 44 Montgomery St., 41st Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 293-6800 <br> mmao@bsfllp.com <br><br> **SUSMAN GODFREY L.L.P.** <br> Bill Carmody (admitted *pro hac vice*) <br> bcarmody@susmangodfrey.com <br> One Manhattan West, 50th Floor <br> New York, NY 10001 <br> Telephone: (212) 336-8330 <br> bcarmody@susmangodfrey.com <br><br> **MORGAN & MORGAN** <br> John A. Yanchunis (admitted *pro hac vice*) <br> jyanchunis@forthepeople.com <br> 201 N. Franklin Street, 7th Floor <br> Tampa, FL 33602 <br> Telephone: (813) 223-5505 <br><br> *Counsel for Plaintiffs; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated, <br><br>           Plaintiffs, <br><br>    v. <br><br> GOOGLE LLC, <br><br>           Defendant. | Case No. 3:20-cv-04688-RS <br><br> ~~JOINT STIPULATION AND [PROPOSED]~~ ORDER TO EXTEND VOIR DIRE DEADLINE <br><br> Judge: Hon. Richard Seeborg <br> Courtroom: 3, 17th Floor |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**

Pursuant to stipulation of the Parties, the Court hereby ORDERS that the deadline to file and serve Jury Voir Dire questions is July 25, 2025.

**IT IS SO ORDERED.**

Dated: July 22, 2025

_____
Honorable Richard Seeborg