COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S MOTION TO QUASH SUBPOENA OF KENT WALKER**<br><br>*[Filed concurrently with the Notice and Motion and [Proposed] Order]*<br><br>Time:            9:30 a.m.<br>Pretrial Conf:   July 30, 2025<br>Dept:            3, 17th Floor<br>Judge:           Hon. Richard Seeborg<br><br>Action Filed:    July 14, 2020<br>Trial Date:      August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SANTACANA DECLARATION ISO
GOOGLE LLC'S MOTION TO QUASH
3:20-CV-04688-RS

I, EDUARDO E. SANTACANA, declare that:

1. I am an attorney licensed to practice law in the State of California and am a partner with the firm of Cooley LLP, located at 3 Embarcadero Center, 20th Floor, San Francisco, California 94111, counsel for Defendant Google LLC ("Google") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Motion to Quash the Subpoena Issued to Kent Walker filed herewith.

3. Plaintiffs did not disclose Mr. Walker on their witness list exchanged on June 6, 2025.

4. Attached hereto as **Exhibit A** is the subpoena Plaintiffs issued to Kent Walker on July 8, 2025.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on July 22, 2025 at San Francisco, California.

                                             */s/ Eduardo E. Santacana*
                                             Eduardo E. Santacana

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SANTACANA DECLARATION ISO
GOOGLE LLC'S MOTION TO QUASH
3:20-CV-04688-RS