# EXHIBIT A

| | |
|---|---|
| **From:** | Alison L. Anderson <alanderson@bsfllp.com> |
| **Sent:** | Tuesday, July 22, 2025 8:39 PM |
| **To:** | Toker, Naiara; WAA Google Team |
| **Cc:** | z/Firebase-Cooley |
| **Subject:** | RE: Motion to Shorten Time for Hearing on Google's Motion to Quash |

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.

Naiara,

Given the late hour (especially on the east coast), I'm not going to be able to say we consent or come up with any agreed upon hearing dates tonight.

Can you please indicate that you reached out to Plaintiffs this evening and our position is:

"Plaintiffs will review Google's Motion to Quash once it is filed and will then determine Plaintiffs' position on both Google's Motion to Quash and Google's Motion to Shorten Time at that time."

Thanks,
Alison

**From:** Toker, Naiara <ntoker@cooley.com>
**Sent:** Tuesday, July 22, 2025 7:56 PM
**To:** Alison L. Anderson <alanderson@bsfllp.com>; WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Subject:** RE: Motion to Shorten Time for Hearing on Google's Motion to Quash

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

We are willing to consider dates that work for your team if you'd like us to suggest a date. The only remaining dates after your opposition and before trial are August 7 and 14, and we would also include a request for any other date at the Court's convenience.

The motion to quash is based on the apex doctrine.

**Naiara Toker**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2428 office

1

+1 415 693 2222 fax
Ntoker@cooley.com
Pronouns: she, her, hers

www.cooley.com

Cooley is committed to racial and social justice

---

**From:** Alison L. Anderson <alanderson@bsfllp.com>
**Sent:** Tuesday, July 22, 2025 7:49 PM
**To:** Toker, Naiara <ntoker@cooley.com>; WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Subject:** Re: Motion to Shorten Time for Hearing on Google's Motion to Quash

So it doesn't appear that you suggest any dates or deadlines?

Also, what are the grounds for the Motion to Quash? Are they different then your MIL?

---

**From:** Toker, Naiara <ntoker@cooley.com>
**Sent:** Tuesday, July 22, 2025 7:44:56 PM
**To:** Alison L. Anderson <alanderson@bsfllp.com>; WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Subject:** RE: Motion to Shorten Time for Hearing on Google's Motion to Quash


**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Hi Alison, the draft motion to shorten time is attached. Thank you.

**Naiara Toker**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2428 office
+1 415 693 2222 fax
Ntoker@cooley.com
Pronouns: she, her, hers

www.cooley.com

Cooley is committed to racial and social justice

---

**From:** Alison L. Anderson <alanderson@bsfllp.com>
**Sent:** Tuesday, July 22, 2025 7:33 PM
**To:** Toker, Naiara <ntoker@cooley.com>; WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Subject:** Re: Motion to Shorten Time for Hearing on Google's Motion to Quash

Can you please attach the draft so that we can know what you are proposing to the Court for the shortened timeframe?

**From:** Toker, Naiara <ntoker@cooley.com>
**Sent:** Tuesday, July 22, 2025 7:04:22 PM
**To:** WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Subject:** Motion to Shorten Time for Hearing on Google's Motion to Quash

Counsel,

We will be filing a motion to quash the subpoena issued to Kent Walker today. Because the 35 day notice period required under the Local Rules takes us to the second week of trial, we will also be concurrently filing a motion to shorten time for the Court to hear the motion before the trial commences. We will also waive filing a reply brief to accommodate the expedited hearing. Please let us know as soon as possible whether we have your consent, or if you will oppose the motion to shorten time.

Thanks,
Naiara

### Naiara Toker
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2428 office
+1 415 693 2222 fax
Ntoker@cooley.com
Pronouns: she, her, hers

www.cooley.com

Cooley is committed to racial and social justice

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]