COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT GOOGLE LLC'S MOTION TO SHORTEN TIME TO QUASH SUBPOENA**<br><br>Time:           9:30 a.m.<br>Pretrial Conf: July 30, 2025<br>Dept:           3, 17th Fl.<br>Judge:         Hon. Richard Seeborg<br><br>Action Filed: July 14, 2020<br>Trial:            August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE GOOGLE LLC'S
MOTION TO SHORTEN TIME
3:20-CV-04688-RS

Before the Court is Google LLC's ("Google") Motion to Shorten Time for the Court to hear Google's Motion to Quash the Subpoena Issued to Kent Walker and documents filed in connection with that motion.

Having considered the Notice of Motion and Motion to Shorten Time, the incorporated Memorandum of Points and Authorities, and the Declaration of Naiara Toker filed concurrently therewith, along with other materials in the record, argument of counsel, and such other matters as the Court may consider, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

The hearing on Google's Motion to Quash the Subpoena Issued to Kent Walker will take place on August 7, 2025 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                             HON. RICHARD SEEBORG
                                             United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER RE GOOGLE LLC'S
MOTION TO SHORTEN TIME
3:20-CV-04688-RS