**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 629-9040
alanderson@bsfllp.com
mwright@bsfllp.com

*Counsel for Plaintiffs; additional counsel
listed in signature blocks below*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice)*
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-cv-04688-RS<br><br>**PLAINTIFFS' PROPOSED *VOIR DIRE* QUESTIONS**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Trial Date: August 18, 2025 |

Pursuant to Honorable Richard Seeborg's Guidelines for Final Pretrial Conference in Civil Jury Cases, Plaintiffs respectfully submit the following Proposed Oral *Voir Dire* Questions.

Plaintiffs understand that the Case Management Order allows for brief follow-up questioning by counsel following the Court's jury questionnaire and oral *voir dire*. Plaintiffs submit limited follow-up questions in advance because most of Plaintiffs' *voir dire* will be individual follow-up questions that will be informed by answers provided by prospective jurors on their jury questionnaires or orally in court.

Dated: July 25, 2025                          Respectfully submitted,

By: */s/ Mark C. Mao*

Mark C. Mao, CA Bar No. 236165
mmao@bsfllp.com
Beko Reblitz-Richardson, CA Bar No. 238027
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile (415) 293-6899

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520

Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Bill Carmody (admitted *pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (admitted *pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (admitted *pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (admitted *pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Amanda K. Bonn, CA Bar No. 270891
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

John A. Yanchunis (admitted *pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (admitted *pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs*

## PROPOSED ORAL *VOIR DIRE* QUESTIONS

1.  To the extent the Court does not include any of Plaintiffs' proposed jury questions in the jury questionnaire, Plaintiffs would ask to include those questions during *voir dire*.

2.  Does anyone have a strong preference for using Google products? (If yes, please explain.)

3.  Do any of you have any experience working in digital advertising? (If yes, please explain.)