**COOLEY LLP**
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**GOOGLE LLC'S PROPOSED JURY VOIR DIRE QUESTIONS**<br><br>Courtroom:   3, 17th Fl.<br>Judge:          Hon. Richard Seeborg<br><br>Action Filed:  July 14, 2020<br>Trial:              August 18, 2025 |

On June 20, 2025, the Parties submitted their Joint Proposed Jury Questionnaire Questions. Dkt. 515. Assuming that the Court enters the Parties' proposed jury questionnaire as submitted, Google reserves the right to ask follow-up questions based on prospective jurors' answers to the questionnaire during attorney voir dire. For that reason, those questions are not reproduced below.

### A. Google's Proposed Jury Voir Dire Questions

1. Have you ever deliberately avoided using a company's product or service because of its reputation for handling personal data and privacy?
    a. If so, which company? What influenced your decision?
2. Do you or anyone close to you have a strong opinion, either positive or negative, about large technology companies?
    a. If so, what is that opinion and why?
3. Do any of you have strong views about the terms of service agreements around data privacy that app users are typically required to read and agree to before downloading and using mobile apps?
4. Have you or anyone close to you been involved in a dispute about data privacy or protection?
5. Do you have a Gmail account? Do you use any Google products or services, such as Google Maps, Google Photos, or Google Docs?
    a. If so, which products/services do you use?
    b. What has been your general experience with these products/services – positive, negative, or neutral?

Dated: July 25, 2025

Respectfully submitted,

COOLEY LLP

By: */s/ Benedict Y. Hur*
Benedict Y. Hur
Simona Agnolucci
Eduardo E. Santacana
Argemira Flórez
Thilini Chandrasekera
Harris Mateen
Naiara Toker
Isabella McKinley Corbo
Chelsea Hu

*Attorneys for Defendant Google LLC*