COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF FILING SUPPLEMENTAL EXHIBIT TO MOTION IN LIMINE NO. 1** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE LLC'S NOTICE OF FILING
SUPPLEMENTAL EXHIBIT TO MIL NO. 1
3:20-CV-04688-RS

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-3, and in anticipation of the
3  pre-trial conference scheduled for July 30, 2025, Defendant Google LLC submits the attached
4  Supplemental Exhibit 1 to its Motion in Limine No. 1 (ECF 519). *See* Decl. of Eduardo E.
5  Santacana, ¶ 4. This exhibit contains the specific portions of Blake Lemoine's deposition in
6  Brown v. Google LLC which Plaintiffs designated for use at trial after both parties submitted
7  their briefing on this issue. *Id.* ¶¶ 2-3. The testimony Plaintiffs seek to designate is highlighted
8  within the exhibit. Google submits this supplemental filing to ensure the Court has an accurate
9  record of the precise deposition testimony Plaintiffs seek to introduce at trial.

10

11  Dated: July 29, 2025                    Respectfully submitted,

12                                          COOLEY LLP

13

14                                          By: */s/ Eduardo E. Santacana*
                                                Eduardo E. Santacana
15                                              Benedict Y. Hur
                                                Simona Agnolucci
16                                              Argemira Flórez
                                                Naiara Toker
17                                              Harris Mateen
                                                Thilini Chandrasekera
18                                              Isabella McKinley Corbo
                                                Chelsea Hu
19
                                            *Attorneys for Defendant*
20                                          *Google LLC*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

GOOGLE LLC'S NOTICE OF FILING
SUPPLEMENTAL EXHIBIT TO MIL NO. 1
3:20-CV-04688-RS