COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT GOOGLE LLC'S NOTICE OF FILING SUPPLEMENTAL EXHIBIT TO MOTION IN LIMINE NO. 1** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF E. SANTACANA ISO
GOOGLE LLC'S NOTICE OF FILING
SUPPLEMENTAL EXHIBIT TO MIL NO. 1
3:20-CV-04688-RS

I, EDUARDO E. SANTACANA, DECLARE AS FOLLOWS:

1. I am a partner at Cooley LLP, counsel for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Defendant Google LLC's Notice of Filing Supplemental Exhibit to Google's Motion in Limine No. 1.

2. On June 24, 2025, Google filed its Motion in Limine No. 1 (ECF 519). That motion seeks to exclude Plaintiffs from introducing testimony or references related to Blake Lemoine, a former Google employee whose deposition Plaintiffs took in an unrelated matter, *Brown v. Google LLC*. Google filed the complete transcript of that deposition along with its motion (ECF 531-19). Plaintiffs filed their Opposition to Google's Motion in Limine No. 1 on July 10, 2025 (ECF 550).

3. On July 24, 2025, Plaintiffs served Google with their proposed deposition designations from the Lemoine transcript in *Brown v. Google.*

4. Attached hereto as Supplemental Exhibit to Google's Motion in Limine No. 1 are excerpts from the Lemoine deposition. Plaintiffs proposed designations are highlighted within these excerpts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on July 29, 2025

*/s/ Eduardo E. Santacana*
Eduardo E. Santacana

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF E. SANTACANA ISO
GOOGLE LLC'S NOTICE OF FILING
SUPPLEMENTAL EXHIBIT TO MIL NO. 1
3:20-CV-04688-RS