# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 07/2024)

Please use one form per court reporter. Please read instructions on next page.
CJA Counsel should NOT use this form.
CJA Counsel should request transcripts by submitting a AUTH24 in eVoucher.

**COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Suenmy Martinez | 2a. CONTACT PHONE NUMBER: (415) 693-2342 |
| 3. CONTACT EMAIL ADDRESS: smartinez@cooley.com | |
| 1b. ATTORNEY NAME (if different): Benedict Y. Hur | 2b. ATTORNEY PHONE NUMBER: (415) 693-2533 |
| 3. ATTORNEY EMAIL ADDRESS: bhur@cooley.com | |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111

5. CASE NAME: Rodriguez et al. v. Google LLC

6. CASE NUMBER: 3:20-cv-4688

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) CJA: Do not use this form; use Form AUTH24 in eVoucher.
☐ NON-APPEAL    ☑ CIVIL

### 9. TRANSCRIPT(S) REQUESTED

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | RS | Trial | Entire Trial | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ● |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Benedict Y. Hur

12. DATE: 07/30/2025