UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL MINUTES**

| **Date:** 7/30/2025 | **Time:** 3 H 7 M | **Judge:** RICHARD SEEBORG |
|---|---|---|
| **Case No.:** 20-cv-04688-RS | **Case Name:** Rodriguez v. Google LLC | |

**Attorney for Plaintiff:** David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack

**Attorney for Defendant:** Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio

**Deputy Clerk:** Karen Hom         **Court Reporter:** April Brott

**PROCEEDINGS**

Final Pretrial Conference – Held

1. Plaintiffs' Omnibus Motions in Limine [dkt 518]
2. Motion in Limine No. 1 [dkt 519]
3. Motion in Limine No. 2 [dkt 520]
4. Motion in Limine No. 3 [dkt 521]
5. Motion in Limine No. 4 [dkt 522]
6. Motion in Limine No.5 [dkt 523]
7. Motion in Limine No. 6 [dkt 524]
8. Motion in Limine No. 7 [dkt 525]
9. Motion in Limine No. 8 [dkt 526]
10. Motion in Limine No. 9 [dkt 527]
11. Motion in Limine No. 10 [dkt 528]
12. Motion in Limine No. 11 [dkt 529]
13. Motion in Limine No. 12 [dkt 530]
14. Motion to Bifurcate Trial Re Punitive Damages [dkt 533]

Jury selection is set for 8/18/2025 at 9:00 AM.
Pre-excusal conference set for **8/15/2025 at 9:30 AM** by Zoom. Court will ask the jury office to do a prescreening for a 3-week trial and excuse jurors with hardship.
The jury pool will be increased to 70.
Counsel will receive the random list of jurors to be seated.
Parties shall file a joint agreed upon neutral one paragraph statement about the case to read to the jury venire.
Fourteen (14) jurors will be seated for voir dire.
Court will share a printed list of potential witnesses to the jury venire to see if jurors know any of the witnesses. Counsel should finalize a complete list of witnesses.
Court will introduce lead trial counsel for each side. Lead trial counsel for each side will introduce their team.

Court will pass out a printed calendar with the trial schedule to the jury venire.
Court will question the jury venire, and counsel will have 15-20 minutes, per side, to ask questions.
A sidebar will be held for cause challenges. Any excused juror(s) for cause will be replaced, and counsel can do follow up questions only as to the replaced juror(s).
Each side will have 3 peremptory challenges.
Each side will have a total of 20 trial hours. The law clerk will keep track of time.
A total of 8 jurors will be selected.
Counsel shall prepare witness binders with exhibits to be used with that witness.
Trial hours are 8:30 AM to 1:30 PM with two (2) 15-minute breaks. There will be no lunch.
Counsel shall arrive by 8:00 AM to address any issues without the jury.
Jury will be released each day promptly at 1:30 PM.
Counsel shall prepare a **searchable** index of joint admitted exhibits to aid the jurors during deliberations.
Court will hold a jury instruction/verdict form conference as plaintiffs gets closer to closing.
Oral arguments heard as to the motions in limine and motion to bifurcate.
Witnesses are excluded.
If the meet and confer process fails any motions re: supplemental expert reports need to be filed by 8/5/2025.
Court will issue a written order which will also address the motion to quash.

**Order to be prepared by:**
( )    Plaintiff              ( )    Defendant              (X)    Court