**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO QUASH SUBPOENA TO KENT WALKER**<br><br>Judge: Hon. Mag. Alex G. Tse<br>Date: July 30, 2025<br>Time: 9:30 a.m.<br>Location: A – 15th Floor |

Plaintiffs respectfully submit this short opposition to Google's motion to quash the trial subpoena served for Kent Walker. Plaintiffs seek to ensure Mr. Walker's availability only as a possible impeachment or rebuttal witness. Whether Mr. Walker is called at all will depend on what Google says and offers into evidence at trial. Plaintiffs' subpoena was served to ensure that if calling Mr. Walker as a witness is appropriate, he will be available. For the Court's consideration when ruling on Google's motion to quash, Plaintiffs offer three points:

**First**, because Plaintiffs would only call Mr. Walker as a witness for impeachment or rebuttal purposes, whether Plaintiffs seek to call Mr. Walker is entirely contingent upon the testimony of Google's witnesses. The Court therefore may wish to defer any ruling on this issue. *See*, *e.g.*, *United States v. Dorsey*, 2015 WL 4232517, at *13 (C.D. Cal. July 6, 2015) ("Because the government disclaims any intention of introducing this evidence in its case-in-chief and its arguments for admissibility are necessarily contingent on whether and how Dorsey testifies, the Court defers ruling on the admissibility of this evidence for impeachment until trial."); *In re Tableware Antitrust Litig.*, 2007 WL 781960, at *2 (N.D. Cal. Mar. 13, 2007) (deferring decision whether to allow defendants to use class representatives' relationships with class counsel, previous litigation, and fee agreements as impeachment evidence until it arose in trial); *Ponds v. Force Corp.*, 2017 WL 3866142, at *2 (E.D. La. Jan. 10, 2017) ("The Court cannot presently weigh the probative value of the … impeachment evidence. Further, the Court is in no position prior to trial to state what [defendant's] witnesses will or will not testify to on the witness stand. For those reasons, the best course of action is to defer a ruling … until trial.").

**Second**, Mr. Walker's position as a Google attorney does not establish a basis to quash the subpoena. *See, e.g.*, *Waymo LLC v. Uber Techs., Inc.*, 2017 WL 11917916, at *1 (N.D. Cal. Sept. 28, 2017) (permitting deposition of Uber's Chief Legal Officer despite finding she was an apex deponent because she had first-hand knowledge of facts relevant to the case); *Moriarty v. Am. Gen. Life Ins. Co.*, 2018 WL 11453817, at *6 (S.D. Cal. Dec. 31, 2018) (allowing deposition of company's assistant general counsel because even if he was an apex witness, he "possesse[d] 'unique first-hand, non-repetitive knowledge' of the critical facts at issue in this case"). Here,

1  Plaintiffs' examination of Mr. Walker would only cover nonprivileged topics about which Mr.
2  Walker has firsthand knowledge. That includes (i) the "Walker Memo" signed by Mr. Walker,
3  and about which Mr. Walker testified publicly in a case before Judge Donato, which instructed
4  Google employees about how to protect communications on "hot topics" from production in
5  litigation, and (ii) specific documents that Google produced in this case that include Mr. Walker,
6  including one email featured in demonstratives disclosed *by Google*.

7   **Third**, the apex doctrine does not warrant quashing this subpoena. *See In re Apple
8  iPhone Antitrust Litig.*, 2021 WL 485709, at *4 (N.D. Cal. Jan. 26, 2021) ("When a lawsuit
9  concerns important aspects of a company's business model that are plainly the result of high-
10 level executive decisions, we should expect that high-level executives will be deposed, and their
11 testimony will be relevant and proportional, and the depositions will not be abusive or
12 harassing."). Mr. Walker is responsible for the Walker Memo, and he should have firsthand
13 knowledge with respect to both his prior testimony before Judge Donato and documents produced
14 in this case where he was identified. Those should be fair game for impeachment or rebuttal
15 testimony.

16   Plaintiffs respectfully request that the Court either deny the motion or defer any ruling
17 on Google's motion to quash.

18

19 Dated: August 1, 2025                         By */s/ Mark C. Mao*
                                                Mark C. Mao (CA Bar No. 236165)
20                                              mmao@bsfllp.com
                                                Beko Reblitz-Richardson (CA Bar No. 238027)
21                                              brichardson@bsfllp.com
                                                BOIES SCHILLER FLEXNER LLP
22                                              44 Montgomery Street, 41st Floor
                                                San Francisco, CA 94104
23                                              Telephone: (415) 293 6858
                                                Facsimile (415) 999 9695
24

25                                              David Boies (*pro hac vice*)
                                                dboies@bsfllp.com
26                                              BOIES SCHILLER FLEXNER LLP
                                                333 Main Street
27                                              Armonk, NY 10504

28
                                    2
            Plaintiffs' Opposition to Google's Motion to Quash Subpoena to Kent Walker
                                       3:20-cv-04688-RS

Telephone: (914) 749-8200

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison Anderson (CA Bar No. 275334)
aanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5720
Facsimile: (213) 629-9022

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Bill Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
Ryan Sila (*pro hac vice*)
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913

*Attorneys for Plaintiffs*