**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Samantha Parris, CA Bar No. 318681
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

*Counsel for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-04688-RS<br><br><br>**PLAINTIFFS' NOTICE OF FILING REGARDING GOOGLE ADVERTISING REVENUES**<br><br><br>Judge: Hon. Richard Seeborg<br>Trial Date: August 18, 2025<br>Courtroom: 3, 17th Floor |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's request, Plaintiffs respectfully submit the below list of exhibits Plaintiffs intend to offer that show Google's advertising-related revenues during the class period (July 2016 through September 2024):

- PX0418 (also Google's exhibit G0590), which includes Google App Promo Revenue from 2019 to 2021.

- PX0419 (also Google's exhibit G0588), which includes Google App Promo Revenue from 2017 to 2020.

- PX0420 (also Google's exhibit G0591), which includes Google App Promo Revenue from 2021.

- PX0421 (also Google's exhibit G0610), which includes Google App Promo Revenue from 2022 to 2023.

- PX0422, which includes Google App Promo Revenue from 2023 to 2024.

- PX0423 and PX0425 (also Google's exhibit G0597), which include Google AdMob Revenue from 2018 to 2020.

- PX0424 and PX0426 (also Google's exhibit G0596), which include Google AdMob Revenue from 2021.

- PX0427 and PX0428 (also Google's exhibit G0609), which include Google AdMob Revenue from 2022 to 2023.

- PX 429 is Alphabet Inc.'s ("Alphabet") 2024 10-K, which includes Google advertising revenues on page 64.

While Plaintiffs currently only intend to offer one Alphabet 10-K as an exhibit, Plaintiffs' damages expert Mr. Lasinski cited Alphabet's 2016 through 2024 10-K statements in his report as materials considered, which include the relevant information used to calculate Google's U.S. advertising revenue during the class period and provide the foundation for his demonstrative slides comparing the unjust enrichment calculation to those Google U.S. advertising revenues during the class period. For the 2024 10-K, Plaintiffs of course will work with Google to appropriately redact portions of the SEC filing or present an agreed upon extract.

For the Court's consideration, below are three replacement demonstratives for the examination of Mr. Lasinski, each of which compare unjust enrichment to Google's U.S. advertising revenues during the class period.  Plaintiffs replaced the prior slides comparing unjust enrichment to Alphabet's revenues with these slides.  Plaintiffs also changed the format of the third slide to a bar chart.

Original Slide 7



Replacement Slide 7





**PLAINTIFFS' NOTICE OF FILING RE GOOGLE ADVERTISING REVENUES**

Original Slide 64

## Google's Business

  

**Alphabet Revenue**

**Unjust Enrichment**

*DRAFT*

[Schedules SS1.1, SS9.1] 64

Replacement Slide 64

## Google's Business

  

**Google's Advertising Revenue**

**Unjust Enrichment**

*DRAFT*

[Schedules SS1.1, SS9.1] 64

**PLAINTIFFS' NOTICE OF FILING RE GOOGLE ADVERTISING REVENUES**

Original Slide 65



Replacement Slide 65



**PLAINTIFFS' NOTICE OF FILING RE GOOGLE ADVERTISING REVENUES**

Dated: August 1, 2025

Respectfully Submitted,

By: *Mark C. Mao*
**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Samantha Parrish, CA Bar No. 318681
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891

CASE NO. 3:20-cv-04688-RS
**PLAINTIFFS' NOTICE OF FILING RE GOOGLE ADVERTISING REVENUES**

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

*Counsel for Plaintiffs*

**PLAINTIFFS' NOTICE OF FILING RE GOOGLE ADVERTISING REVENUES**