| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>vs.<br><br>GOOGLE LLC,<br>  Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**NOTICE RE: GOOGLE'S MIL NO. 8 (MEET AND CONFER COMMUNICATIONS)**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Trial Date: August 18, 2025 |

1    Plaintiffs respectfully submit this update regarding the parties' efforts to resolve Google's
2    motion *in limine* number 8, regarding certain meet-and-confer communications. Dkts. 526, 543.
3    As Google's counsel stated during the July 30, 2025 pretrial conference, the parties have been
4    discussing stipulations that may moot Google's motion.

5    The parties have continued to make progress on their negotiations since the pretrial
6    conference, and Plaintiffs respectfully propose that the Court defer any ruling on that specific
7    motion *in limine* while the parties continue to negotiate. Plaintiffs anticipate that any negotiations
8    should conclude by the end of this week, and that the parties will be able to provide an update to
9    the Court by the end of this week regarding whether this dispute has been resolved and, if not,
10   what portions of the dispute remain.

11   Plaintiffs have proposed factual stipulations to Google that would moot this motion,
12   establishing the facts Plaintiffs would otherwise seek to prove using counsel's written
13   representations on Google's behalf. Given Google's statements during the pretrial conference and
14   since, Plaintiffs are optimistic that the parties can reach an agreement to resolve this motion.

15   As examples of the progress made since the pretrial conference, Google has represented
16   that:

17   1. David Monsees (a Google witness Plaintiffs will call in their case-in-chief) will not dispute that, at all relevant times, Google decided how "Activity controls" were described in the Privacy section of the Android Settings menu (PX-82);

2. Mr. Monsees will not dispute that, at all relevant times, the text accompanying "Activity controls" in the Android Settings menu has been: "Choose the activities and info you allow Google to save," provided that he is permitted both to testify that this item links to the full Activity Controls page and to read the full text of the Activity Controls page;

3. Google will stipulate that PX-403 includes true and accurate calculations of the number of active Google accounts excluding Dashers, Googlers, supervised accounts, and deleted accounts as reflected in an internal Google database on November 3, 2022; and

4. Google will stipulate that PX-404 contains true and accurate calculations of the number of active Google accounts excluding Googlers and deleted accounts but including Dashers and supervised accounts as reflected in an internal Google database on October 1, 2024.

27   The parties are continuing to discuss the scope of the above stipulations and proposed
28   stipulations concerning other facts evidenced by counsel's written representations on Google's

1

behalf. In light of the ongoing negotiations, Plaintiffs respectfully ask the Court to defer its ruling on this motion, and Plaintiffs will provide another update to the Court this Friday, August 8, 2025.

Dated: August 5, 2025                                     Respectfully submitted,

By: /s/  Mark Mao

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (admitted *pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson, CA Bar No. 275334
alanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (813) 482-4814

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)

2

```
 1    srabin@susmangodfrey.com
      Steven Shepard (pro hac vice)
 2    sshepard@susmangodfrey.com
      Alexander P. Frawley
 3    afrawley@susmangodfrey.com
      Ryan Sila
 4    rsila@susmangodfrey.com
      SUSMAN GODFREY L.L.P.
 5    One Manhattan West, 50th Floor
      New York, NY 10001
 6    Telephone: (212) 336-8330
 7
      Amanda Bonn (CA Bar No. 270891)
 8    abonn@susmangodfrey.com
      SUSMAN GODFREY L.L.P.
 9    1900 Avenue of the Stars, Suite 1400
      Los Angeles, CA 90067
10    Telephone: (310) 789-3100
11
      John A. Yanchunis (pro hac vice)
12    jyanchunis@forthepeople.com
      Ryan J. McGee (pro hac vice)
13    rmcgee@forthepeople.com
      Michael F. Ram (CA Bar No. 238027)
14    mram@forthepeople.com
      MORGAN & MORGAN, P.A.
15    201 N Franklin Street, 7th Floor
      Tampa, FL 33602
16    Telephone: (813) 223-5505
      Facsimile: (813) 222-4736
17
18    Attorneys for Plaintiffs
19
20
21
22
23
24
25
26
27
28
```