COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF ARGEMIRA FLÓREZ IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFF SAL CATALDO'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF FLÓREZ ISO GOOGLE'S OPP. TO
PLF. SAL CATALDO'S MOTION FOR
VOLUNTARY DISMISSAL - 3:20-CV-04688-RS

I, Argemira Flórez, declare as follows:

1. I am a licensed attorney in California and an associate at Cooley LLP, located at 3 Embarcadero Center, San Francisco, California 94111. I am counsel of record for Defendant Google LLC ("Google") in this action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Google's Opposition to Plaintiff Sal Cataldo's Motion for Voluntary Dismissal Without Prejudice (ECF No. 576).

3. On June 24, 2025, Plaintiffs' counsel sent Google's counsel a draft of the Pretrial Statement announcing Plaintiff Sal Cataldo's intention to voluntarily dismiss his claims. Google agreed to meet and confer on the issue.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Fransico, California on August 8, 2025.

　　　　　　　　　　　　　　　　　　　　/s/ *Argemira Flórez*
　　　　　　　　　　　　　　　　　　　　Argemira Flórez

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECL. OF FLÓREZ ISO GOOGLE'S OPP. TO
PLF. SAL CATALDO'S MOTION FOR
VOLUNTARY DISMISSAL - 3:20-CV-04688-RS