COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF SAL CATALDO'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DENYING SAL CATALDO'S
MOTION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE - 3:20-CV-04688-RS

Before the Court is Google's Opposition to Plaintiff Sal Cataldo's Motion for Voluntary Dismissal Without Prejudice and the Declaration of Argemira Flórez filed therewith.

Having considered Google's Opposition to Plaintiff Sal Cataldo's Motion for Voluntary Dismissal Without Prejudice, the Declaration of Argemira Flórez filed concurrently therewith, along with other materials in the record, argument of counsel, and such other matters as the Court may consider, the Court GRANTS the Opposition.

Accordingly, IT IS HEREBY ORDERED THAT:

Plaintiff Sal Cataldo's Motion for Voluntary Dismissal Without Prejudice (ECF No. 576) be DENIED.

**IT IS SO ORDERED.**

Dated: _____

HON. RICHARD SEEBORG
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER DENYING SAL CATALDO'S
MOTION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE - 3:20-CV-04688-RS