COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S MOTION IN LIMINE RE PLAINITFFS' IMPROPER DEMONSTRATIVES AND ARGUMENT ON ACTUAL DAMAGES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF E. SANTACANA ISO
GOOGLE'S MIL RE ACTUAL DAMAGES
3:20-CV-04688-RS

I, Eduardo E. Santacana, declare as follows:

1. I am a partner at Cooley LLP, counsel for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Defendant Google LLC's Motion *in Limine* Regarding Plaintiffs' Improper Demonstratives and Argument on Actual Damages.

2. I took the deposition of Plaintiffs' damages expert, Michael Lasinski, on June 29, 2023. At the deposition, I asked Mr. Lasinski whether it would have been more appropriate to multiply his actual damages calculation by a number of months, given the monthly payment structure of the Ipsos Screenwise Panel on which Mr. Lasinski based his actual damages model. Mr. Lasinski testified that his model of multiplying the number of class member devices by a single $3 payment was more appropriate. In addition, Mr. Lasinski testified that he was not aware of a potential for class members' actual damages to be "a lot higher" than he had calculated based on his damages model. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from Mr. Lasinski's deposition transcript reflecting the exchanges described above.

3. On July 24, 2025, the parties exchange draft demonstratives. Plaintiffs included draft demonstratives for their damages expert, Michael Lasinski, which were watermarked as drafts. On August 1, 2025, Plaintiffs provided a copy of these demonstratives without the watermark. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the non-watermarked version of the demonstratives provided by Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on August 8, 2025

*/s/ Eduardo E. Santacana*
Eduardo E. Santacana

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF E. SANTACANA ISO
GOOGLE'S MIL RE ACTUAL DAMAGES
3:20-CV-04688-RS