# EXHIBIT B



# Summary of Opinions

| | | |
|---|---|---|
| **Google's Profits from the Conduct at Issue** | | **Compensatory Damages Based on Google's Nonpayment for Data** |
| At least **$900 million** | **Class 1** (Android Class) | At least **$266 million** |
| At least **$550 million** | **Class 2** (Non-Android Class) | **$256 million** |

**A single month of data collection per device.**

[Schedules SS1.2 and SS10.1] 4

## Summary of Opinions – Dollars Per Class Member

|  | Compensatory Damages* | Unjust Enrichment ||
|---|---|---|---|
|  |  | Tracking Conversions | Tracking Conversions & Serving Ads |
| Award | $523,581,463 | $1,498,314,592 | $1,725,576,650 |
| Class Members | 97,992,376 | 97,992,376 | 97,992,376 |
| **Dollars per Class Member** | **$5.34** | **$15.29** | **$17.61** |

\* These are conservative estimates, assuming a single month's payment during the 98-month class period

[Schedules SS1.2 and SS10.1]   9

# Summary of Opinions

**Google's Profits from the Conduct at Issue**

At least
$900 million

At least
$550 million

**Class 1** (Android Class)

**Class 2** (Non-Android Class)

**Compensatory Damages Based on Google's Nonpayment for Data**

At least
$266 million

$256 million

A single month of data collection per device.

[Schedules SS1.2 and SS10.1] 45

# Class Member Compensatory Damages – One Month

**Conservative baseline calculation of compensatory damages, assuming that for each device, Google collected data during just 1 month out of 98 months in the class period**

|  | Class 1 | Class 2 |
|---|---:|---:|
| Selected Payment per Class Member Device per Month | $3.00 | $3.00 |
| Class Member Devices | 88,926,574 | 85,600,580 |
| Months | 1 | 1 |
| Compensatory Damages | $266,779,722 | $256,801,740 |

[Schedule SS10.1]   56

# Conservative Estimate of Compensatory Damages

# DAMAGES

For each class, enter the total amount of damages that Google is liable for.

**Class 1 (Android):** $ $266,779,722

**Class 2 (Non-Android):** $ $256,801,740

**For 1 Month Of Data Collection**

[Schedule SS10.1]   63