COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION IN LIMINE RE PLAINTIFFS' IMPROPER DEMONSTRATIVES AND ARGUMENT ON ACTUAL DAMAGES**<br><br>Dept:     3, 17th Fl.<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING GOOGLE
LLC'S MIL RE ACTUAL DAMAGES
3:20-CV-04688-RS

Before the Court is Google LLC's ("Google") Motion *in Limine* Re Plaintiffs' Improper Demonstratives and Argument on Actual Damages (the "Motion"). Having considered Motion, the Declaration of Eduardo E. Santacana filed concurrently therewith, and the exhibits attached thereto, along with other materials in the record, argument of counsel, and such other matters as the Court may consider, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

Google's Motion *in Limine* Re Plaintiffs' Improper Demonstratives and Argument on Actual Damages is GRANTED. Plaintiffs are precluded from inviting the jury to employ a damages model that multiplies the number of class member devices by both a $3 payment and then some number of months.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. RICHARD SEEBORG
                                        United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING GOOGLE
LLC'S MIL RE ACTUAL DAMAGES
3:20-CV-04688-RS