| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted pro hac vice) | Bill Carmody (admitted pro hac vice) |
| 333 Main Street | Shawn J. Rabin (admitted pro hac vice) |
| Armonk, NY 10504 | Steven M. Shepard (admitted pro hac vice) |
| Tel.: (914) 749-8200 | Alexander Frawley (admitted pro hac vice) |
| dboies@bsfllp.com | Ryan Sila (admitted pro hac vice) |
| | One Manhattan West, 50th Floor |
| Mark C. Mao, CA Bar No. 236165 | New York, NY 10001 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Tel.: (212) 336-8330 |
| 44 Montgomery St., 41st Floor | bcarmody@susmangodfrey.com |
| San Francisco, CA 94104 | srabin@susmangodfrey.com |
| Tel.: (415) 293-6800 | sshepard@susmangodfrey.com |
| mmao@bsfllp.com | afrawley@susmangodfrey.com |
| brichardson@bsfllp.com | rsila@susmangodfrey.com |
| | |
| James Lee (admitted pro hac vice) | Amanda K. Bonn, CA Bar No. 270891 |
| Rossana Baeza (admitted pro hac vice) | 1900 Avenue of the Stars, Suite 1400 |
| 100 SE 2nd St., 28th Floor | Los Angeles, CA 90067 |
| Miami, FL 33131 | Tel.: (310) 789-3100 |
| Tel.: (305) 539-8400 | abonn@susmangodfrey.com |
| jlee@bsfllp.com | |
| rbaeza@bsfllp.com | **MORGAN & MORGAN** |
| | John A. Yanchunis (admitted pro hac vice) |
| Alison L. Anderson, CA Bar No. 275334 | Ryan J. McGee (admitted pro hac vice) |
| M. Logan Wright, CA Bar No. 349004 | Michael F. Ram, CA Bar No. 104805 |
| 2029 Century Park East, Suite 1520 | 201 N. Franklin Street, 7th Floor |
| Los Angeles, CA 90067 | Tampa, FL 33602 |
| Tel.: (213) 995-5720 | Tel.: (813) 223-5505 |
| alanderson@bsfllp.com | jyanchunis@forthepeople.com |
| mwright@bsfllp.com | rmcgee@forthepeople.com |
| | mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**REPLY IN SUPPORT OF PLAINTIFF SAL CATALDO'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date:<br>Time: |

---

REPLY ISO PLAINTIFF CATALDO'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:20-CV-04688-RS

Plaintiffs respectfully submit for the Court's consideration this short reply in support of Plaintiff Sal Cataldo's motion for dismissal. Google's opposition only reinforces that his motion for voluntary dismissal should be granted.

***First***, with only one exception, every case Google cites is a case in which the court *granted* the motion for dismissal. The only case cited by Google in which the court denied voluntary dismissal is distinguishable, involving only a single plaintiff. *Covington v. Syngenta Corp.*, 225 F. Supp. 3d 384, 387 (D.S.C. 2016). The cases cited by Google otherwise confirm that courts deny such motions only in the rarest circumstances. Such circumstances do not exist in this case.

***Second***, Google's suggestion that there is not "a single case where an appointed class representative was permitted to voluntarily dismiss his or her complaint and withdraw as a class representative after class certification had been granted and the case was on the eve of trial" (Opp. at 1) is incorrect. *See Ormond v. Anthem., Inc.*, 2012 WL 1596321, at *2 (S.D. Ind. May 4, 2012) (allowing dismissal of a class representative, after certification and according to PACER docket just 25 days before the scheduled final pretrial conference); *Cobell v. Norton*, 213 F.R.D. 43, 46 (D.D.C. 2003) (in 2003 allowing dismissal of one of five appointed class representatives where class certification order issued in 1997). "[N]o plaintiff should be forced to remain a plaintiff involuntarily unless a compelling reason exists." *Ormond*, 2012 WL 1596321 at *2; *see also Doe v. Arizona Hosp. & Healthcare Ass'n*, 2009 WL 1423378, at *13 (D. Ariz. Mar. 19, 2009) ("Allowing Jane Doe to withdraw as class representative is the appropriate and just approach if [she] does not wish to represent the class" – noting that there were three other class representatives remaining) (internal quotation marks and citations omitted).

***Third***, Google's suggestion that Mr. Cataldo must provide an "explanation" for his requested dismissal (Opp. at 1) is also incorrect. Courts have rejected the argument made by Google, that a request for dismissal somehow demonstrates that the testimony "would benefit Google's defense." Opp. at 1; *see, e.g.*, *Anderson v. Merit Energy Co.*, 2008 WL 4059947, at *2 (D. Colo. Aug. 29, 2008) (rejecting argument that plaintiffs needed to provide "plausible explanation" and allowing dismissal of two appointed class representatives, leaving nine others).

1

PLAINTIFF SAL CATALDO'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:20-CV-04688-RS

***Fourth***, Google's opposition establishes no legal prejudice. As explained in *In re Vitamins Antitrust Litigation*, 198 F.R.D. 296, 304-05 (D.D.C. 2000), cited by Google, no legal prejudice exists where "most of this work would still have been necessary since some plaintiffs, i.e. the class representatives, are still pursuing this litigation." *See also In re Diisocyanates Antitrust Litig.*, 2023 WL 8771482, at *2 (W.D. Pa. June 9, 2023) (no prejudice where other plaintiffs remained). There are three other class representatives ready, willing, and able to testify at trial. There is no need for Mr. Cataldo to also appear at trial, or for Google to play any of his deposition testimony.

***Fifth***, Google's argument that granting the motion would somehow prejudice "Google's right that all non-opt out class members will be bound by the trial verdict" (Opp. at 4-5) is also meritless. Claims arising out of a "certified class" or "class proposed to be certified for purposes of settlement ... may be settled, voluntarily dismissed, or compromised only with the court's approval." Fed. R. Civ. P. 23(e). Notice to the class is not required when "the rights of the nonparty class members could not possibly be prejudiced by a dismissal." *Id.*[1] On this basis, courts have even permitted modifications to settlement agreements without re-noticing the class so long as the modifications do not materially alter the settlement agreement or affect the class members' rights. *E.g.*, *Rikos v. Procter & Gamble Co.*, 2022 WL 715972, at *1 (S.D. Ohio Mar. 10, 2022).

***Sixth***, Google's request to have dismissal "conditioned" on Google's ability to play deposition testimony by Mr. Cataldo (Opp. at 1) should also be rejected. Where courts have conditioned dismissal, that has been conditioned on completing discovery. Here, there is no further discovery to complete. There is no reason to deny Motion *in Limine* 4 as some kind of "trade off" for granting the instant motion. To the extent it may be appropriate to further consider Motion *in Limine* 4, the Court should defer a ruling on the relevance and probative value of evidence of Mr. Cataldo's voluntary dismissal of his claims until trial.

---

[1] *Art Shy v. Navistar Int'l Corp.*, 2021 WL 1399277, at *3 (S.D. Ohio Apr. 14, 2021) ("Where no legal right would be hindered ... Rule 23(e)'s procedural protections do not apply for the simple reason that there is no risk that an absent class member will be legally harmed"); *In re Enron Corp. Sec., Derivative & "ERISA" Litig.*, 2007 WL 209923, at *3 (S.D. Tex. Jan. 24, 2007) (notice not required for voluntary dismissal under Rule 23(e) where the dismissal is without prejudice and "there is no resolution of any of the claims on the merits that would bind the class members"); 4 A. Conte & H. Newberg, Newberg on Class Actions, § 11:72 at 265 ("If neither loss of benefit to the class nor evidence of collusive agreement is present, notice is unnecessary.").

| | | |
|---|---|---|
| 1 | Dated: August 11, 2025 | Respectfully submitted, |
| 2 | | By: /s/ Mark C. Mao |
| 3 | | Mark C. Mao (CA Bar No. 236165) |
| 4 | | mmao@bsfllp.com |
| | | Beko Reblitz-Richardson (CA Bar No. 238027) |
| 5 | | brichardson@bsfllp.com |
| 6 | | BOIES SCHILLER FLEXNER LLP |
| | | 44 Montgomery Street, 41st Floor |
| 7 | | San Francisco, CA 94104 |
| | | Telephone: (415) 293 6858 |
| 8 | | Facsimile (415) 999 9695 |
| 9 | | David Boies (admitted *pro hac vice*) |
| | | dboies@bsfllp.com |
| 10 | | BOIES SCHILLER FLEXNER LLP |
| 11 | | 333 Main Street |
| | | Armonk, NY 10504 |
| 12 | | Telephone: (914) 749-8200 |
| 13 | | James Lee (admitted *pro hac vice*) |
| | | jlee@bsfllp.com |
| 14 | | Rossana Baeza (admitted *pro hac vice*) |
| 15 | | rbaeza@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 16 | | 100 SE 2nd Street, Suite 2800 |
| | | Miami, FL 33131 |
| 17 | | Telephone: (305) 539-8400 |
| 18 | | Facsimile: (305) 539-1307 |
| 19 | | Alison L. Anderson, CA Bar No. 275334 |
| | | alanderson@bsfllp.com |
| 20 | | M. Logan Wright, CA Bar No. 349004 |
| | | mwright@bsfllp.com |
| 21 | | BOIES SCHILLER FLEXNER LLP |
| 22 | | 2029 Century Park East, Suite 1520 |
| | | Los Angeles, CA 90067 |
| 23 | | Telephone: (813) 482-4814 |
| 24 | | Bill Carmody (*pro hac vice*) |
| | | bcarmody@susmangodfrey.com |
| 25 | | Shawn J. Rabin (*pro hac vice*) |
| | | srabin@susmangodfrey.com |
| 26 | | Steven Shepard (*pro hac vice*) |
| 27 | | sshepard@susmangodfrey.com |
| | | Alexander P. Frawley |
| 28 | | afrawley@susmangodfrey.com |
| | | Ryan Sila |

3

PLAINTIFF SAL CATALDO'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:20-CV-04688-RS

rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

*Attorneys for Plaintiffs*