| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>Samantha Parris, CA Bar No. 318681<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>sparrish@bsfllp.com<br>mwright@bsfllp.com<br><br>*Counsel for Plaintiffs* | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander P. Frawley (admitted *pro hac vice*)<br>Ryan Sila (admitted *pro hac vice*)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-04688-RS<br><br>**PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE MOTION FOR ENTRY OF TRIAL EQUIPMENT INTO COURTROOM 3, 17TH FLOOR**<br><br>Judge: Hon. Richard Seeborg<br>Trial Date: August 18, 2025<br>Courtroom: 3, 17th Floor |

Plaintiffs respectfully request permission, pursuant to Northern District of California General Order No. 58, among others, to gain entry to the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, including through building security to Courtroom 3 with equipment and oversized materials that their counsel plans to use during the jury trial commencing on August 18, 2025, and continuing each day of trial through verdict.

The above-mentioned equipment includes the following:

- Printer for the Conference Room
- Cables, peripherals, and power cords for the foregoing equipment
- Boxes of trial materials (exhibits, sealed deposition transcripts, unsealed deposition transcripts, binders, printer paper, and general office supplies)
- Equipment dolly to be kept in the Conference Room
- Laptops
- Computer monitor to be used in the Conference Room
- Tablet computers (e.g., iPads)
- Wireless data cards
- Tech support equipment (cords, cables, connectors, adapters, switches, remotes)
- External hard drives
- Portable monitor for use by the Paralegal in the Courtroom pending space
- Small Tech Table for use by the Paralegal in the Courtroom pending space
- Easel with accompanying notepad
- Oversized and physical demonstratives
- Water for the Courtroom. Snacks and lunch in the Conference Room
- Standing podium/table

//

//

//

| | | |
|---|---|---|
| 1 | Dated: August 11, 2025 | Respectfully Submitted, |
| 2 | | By: /s/ Mark C. Mao |
| 3 | | **BOIES SCHILLER FLEXNER LLP** |
| | | David Boies (admitted *pro hac vice*) |
| 4 | | 333 Main Street |
| | | Armonk, NY 10504 |
| 5 | | Tel.: (914) 749-8200 |
| | | dboies@bsfllp.com |
| 6 | | |
| 7 | | Mark C. Mao, CA Bar No. 236165 |
| | | Beko Reblitz-Richardson, CA Bar No. 238027 |
| 8 | | 44 Montgomery St., 41st Floor |
| | | San Francisco, CA 94104 |
| 9 | | Tel.: (415) 293-6800 |
| | | mmao@bsfllp.com |
| 10 | | brichardson@bsfllp.com |
| 11 | | James Lee (admitted *pro hac vice*) |
| | | 100 SE 2nd St., 28th Floor |
| 12 | | Miami, FL 33131 |
| | | Tel.: (305) 539-8400 |
| 13 | | jlee@bsfllp.com |
| 14 | | Alison L. Anderson, CA Bar No. 275334 |
| | | Samantha Parrish, CA Bar No. 318681 |
| 15 | | M. Logan Wright, CA Bar No. 349004 |
| | | 2029 Century Park East, Suite 1520 |
| 16 | | Los Angeles, CA 90067 |
| 17 | | Tel.: (213) 995-5720 |
| | | alanderson@bsfllp.com |
| 18 | | sparrish@bsfllp.com |
| | | mwright@bsfllp.com |
| 19 | | |
| 20 | | **SUSMAN GODFREY L.L.P.** |
| | | Bill Carmody (admitted *pro hac vice*) |
| 21 | | Shawn J. Rabin (admitted *pro hac vice*) |
| | | Steven M. Shepard (admitted *pro hac vice*) |
| 22 | | Alexander P. Frawley (admitted *pro hac vice*) |
| | | Ryan Sila (admitted *pro hac vice*) |
| 23 | | One Manhattan West, 50th Floor |
| 24 | | New York, NY 10001 |
| | | Tel.: (212) 336-8330 |
| 25 | | bcarmody@susmangodfrey.com |
| | | srabin@susmangodfrey.com |
| 26 | | sshepard@susmangodfrey.com |
| | | afrawley@susmangodfrey.com |
| 27 | | rsila@susmangodfrey.com |
| 28 | | Amanda K. Bonn, CA Bar No. 270891 |

1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

*Counsel for Plaintiffs*