**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Samantha Parris, CA Bar No. 318681
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

*Counsel for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-04688-RS<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE MOTION FOR ENTRY OF TRIAL EQUIPMENT INTO COURTROOM 3, 17TH FLOOR<br><br>Judge: Hon. Richard Seeborg<br>Trial Date: August 18, 2025<br>Courtroom: 3, 17th Floor |

CASE NO. 3:20-cv-04688-RS

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE MOTION
FOR ENTRY OF TRIAL EQUIPMENT INTO COURTROOM 3, 17TH FLOOR

Having considered Plaintiffs' request to gain entry to the Federal Courthouse in San Francisco, California, located at 450 Golden Gate Avenue, including through building security to Courtroom 3 with equipment and oversized materials that their counsel plans to use during the jury trial commencing on August 18, 2025, and continuing each day of trial through verdict, the Court finds good cause to grant Plaintiffs' request to bring the items listed herein into the Courthouse:

- Printer for the Conference Room
- Cables, peripherals, and power cords for the foregoing equipment
- Boxes of trial materials (exhibits, sealed deposition transcripts, unsealed deposition transcripts, binders, printer paper, and general office supplies)
- Equipment dolly to be kept in the Conference Room
- Laptops
- Computer monitor to be used in the Conference Room
- Tablet computers (e.g., iPads)
- Wireless data cards
- Tech support equipment (cords, cables, connectors, adapters, switches, remotes)
- External hard drives
- Portable monitor for use by the Paralegal in the Courtroom pending space
- Small Tech Table for use by the Paralegal in the Courtroom pending space
- Easel with accompanying notepad
- Oversized and physical demonstratives
- Water for the Courtroom. Snacks and lunch in the Conference Room
- Standing podium/table

**IT IS SO ORDERED.**

Dated: August 11, 2025

_____
Honorable Richard Seeborg