COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**GOOGLE LLC'S REQUEST AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM**<br><br>Trial Date: August 18, 2025<br>Time:         8:30 a.m.<br>Dept:         3, 17th Fl.<br>Judge:       Hon. Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REQUEST AND [PROPOSED] ORDER
REGARDING COURTROOM EQUIPMENT
3:20-CV-04688-RS

Defendant Google LLC ("Google") hereby respectfully requests permission for their attorneys, paralegals, assistants, and consultants to bring the equipment listed below into Courtroom 3 and/or Google's reserved Attorney Lounge on Floor 17 on Thursday, August 14, 2025 at 11:00 a.m., and use the equipment for the duration of the trial beginning on Monday, August 18, 2025.

1. Two (2) tech tables
2. Four (4) folding chairs
3. One (1) printer/scanner
4. Two (2) computer monitors, including mouses and keyboards
5. Laptop computers
6. Cabling and power strips
7. Portable hard drives
8. Bankers' boxes (Trial-related documents and binders)
9. Keurig (Coffee maker)

Google further respectfully requests use of the basement for loading and unloading the above-noted items.

Dated: August 11, 2025

Respectfully submitted,

COOLEY LLP

By: /s/ *Eduardo E. Santacana*
Michael A. Attanasio
Benedict Y. Hur
Simona Agnolucci
Eduardo E. Santacana
Argemira Flórez
Harris Mateen
Isabella McKinley Corbo
Naiara Toker
Thilini Chandrasekera
Chelsea Hu

*Attorneys for Defendant Google LLC*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

REQUEST AND [PROPOSED] ORDER
REGARDING COURTROOM EQUIPMENT
3:20-CV-04688-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM**<br><br>Trial Date: August 18, 2025<br>Time:   8:30 a.m.<br>Dept:   3, 17th Fl.<br>Judge:  Hon. Richard Seeborg |

Having considered Google's Request Permitting Use of Equipment in the Courtroom, the Court hereby GRANTS Google's Request and will permit use of the following:

1. Two (2) tech tables
2. Four (4) folding chairs
3. One (1) printer/scanner
4. Two (2) computer monitors, including mouses and keyboards
5. Laptop computers
6. Cabling and power strips
7. Portable hard drives
8. Bankers' boxes (Trial-related documents and binders)
9. Keurig (Coffee maker)

The Court will further permit Google's use of the basement for loading and unloading.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

322460471

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

REQUEST AND [PROPOSED] ORDER
REGARDING COURTROOM EQUIPMENT
3:20-CV-04688-RS