UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>[~~Proposed~~] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM<br><br>Trial Date: August 18, 2025<br>Time:         8:30 a.m.<br>Dept:         3, 17th Fl.<br>Judge:       Hon. Richard Seeborg |

Having considered Google's Request Permitting Use of Equipment in the Courtroom, the Court hereby GRANTS Google's Request and will permit use of the following:

1. Two (2) tech tables
2. Four (4) folding chairs
3. One (1) printer/scanner
4. Two (2) computer monitors, including mouses and keyboards
5. Laptop computers
6. Cabling and power strips
7. Portable hard drives
8. Bankers' boxes (Trial-related documents and binders)
9. Keurig (Coffee maker)

~~The Court will further permit Google's use of the basement for loading and unloading~~.

**IT IS SO ORDERED.**

Dated: August 12, 2025

_____
HON. RICHARD SEEBORG
United States District Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Richard Seeborg

322460471

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

REQUEST AND [PROPOSED] ORDER
REGARDING COURTROOM EQUIPMENT
3:20-CV-04688-RS