**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**COOLEY LLP**
BENEDICT Y. HUR (SBN: 224018)
bhur@cooley.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@cooley.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@cooley.com
ARGEMIRA FLOREZ (SBN: 331153)
aflorez@cooley.com
HARRIS MATEEN (SBN 335593)
hmateen@cooley.com
ISABELLA MCKINLEY CORBO (SBN 346226)
icorbo@cooley.com
3 Embarcadero Ctr., 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No. 3:20-cv-04688-RS<br><br>**JOINT WITNESS LIST AND NEUTRAL STATEMENT FOR THE JURY VENIRE**<br><br>Judge: Hon. Richard Seeborg<br>Trial Date: August 19, 2025<br>Courtroom: 3, 17th Floor |

Pursuant to the Court's instructions at the final pretrial conference and the Clerk's request, the Parties submit their joint list of witnesses and an agreed upon neutral statement of the case to be used for the jury venire.

**I.     Joint Witness List**

| Witness Names |
|---|
| Black, John |
| Cataldo, Sal |
| Ganem, Steve |
| Ghose, Anindya |
| Harvey, Susan Lynn |
| Heft-Luthy, Sam |
| Hochman, Jonathan |
| Hoffman, Donna |
| Kearns, Jason Craig |
| Keegan, Mark |
| Knittel, Christopher |
| Langner, Belinda |
| Lasinski, Michael |
| Miraglia, Eric |
| Monsees, David |
| Pichai, Sundar[1] |

---

[1] **Plaintiffs' position**: In accordance with the Court's ruling, Plaintiffs do not intend to call Mr. Pichai as a witness. However, Plaintiffs do intend on submitting Congressional testimony from Mr. Pichai at trial, therefore, Plaintiffs respectfully request the Court include Mr. Pichai's name on this list for the purposes of the jury venire.

**Google's position**: This Court ruled that Plaintiffs cannot call Mr. Pichai as a witness in this case. He therefore does not belong on the Parties' witness list. It would be prejudicial to suggest to the jury venire that Mr. Pichai belongs among the parties' witnesses, particularly given the purpose of

| |
|---|
| Rodriguez, Anibal |
| Ruemmler, Christopher |
| Santiago, Julian |
| Schneier, Bruce |

## II.　Neutral Statement

This is a class action, in which three people called Plaintiffs are asserting claims against Google on behalf of groups of other people, which are called "classes." Plaintiffs claim that Google violated the law by collecting, saving, and/or using information about their activities on mobile apps without their permission. These claims concern Google's conduct between July 1, 2016 and September 23, 2024.

Plaintiffs assert three claims against Google. First, Plaintiffs claim that Google's conduct violated the California Comprehensive Computer Data Access and Fraud Act, which is abbreviated "CDAFA." Second, Plaintiffs claim that Google is liable for invasion of privacy. And third, Plaintiffs claim that Google is liable for intrusion upon seclusion.

Google denies Plaintiffs' claims and also asserts certain affirmative defenses that, if you find to be applicable, would make Google not liable in whole or in part. These affirmative defenses include Google's assertions that Plaintiffs consented to Google's conduct at issue, and that some portion of each of Plaintiffs' three claims are barred by the applicable statutes of limitations.

---

the list, which is to elicit personal connections potential jurors may have to the testifying witnesses. Presumably, any such connection will be revealed regardless.

Dated: August 12, 2025

**BOIES SCHILLER FLEXNER LLP**

By:     /s/ Mark C. Mao

David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Samantha Parrish, CA Bar No. 318681
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**

Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com

Dated: August 12, 2025

**COOLEY LLP**

By:     /s/ Benedict Y. Hur

BENEDICT Y. HUR (SBN: 224018)
bhur@cooley.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@cooley.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@cooley.com
ARGEMIRA FLOREZ (SBN: 331153)
aflorez@cooley.com
HARRIS MATEEN (SBN 335593)
hmateen@cooley.com
ISABELLA MCKINLEY CORBO (SBN 346226)
icorbo@cooley.com
3 Embarcadero Ctr., 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Counsel for Defendant Google LLC*

-4-     CASE NO. 3:20-cv-04688-RS
**JOINT WITNESS LIST AND NEUTRAL STATEMENT FOR THE JURY VENIRE**

1  sshepard@susmangodfrey.com
   afrawley@susmangodfrey.com
2  rsila@susmangodfrey.com

3  Amanda K. Bonn, CA Bar No. 270891
   1900 Avenue of the Stars, Suite 1400
4  Los Angeles, CA 90067
   Tel.: (310) 789-3100
5  abonn@susmangodfrey.com

6  **MORGAN & MORGAN**
7  John A. Yanchunis (admitted *pro hac vice*)
   Ryan J. McGee (admitted *pro hac vice*)
8  Michael F. Ram, CA Bar No. 104805
   201 N. Franklin Street, 7th Floor
9  Tampa, FL 33602
   Tel.: (813) 223-5505
10 jyanchunis@forthepeople.com
   rmcgee@forthepeople.com
11 mram@forthepeople.com

12 *Counsel for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Mark Mao, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  August 12, 2025                              By:  /s/ Mark C. Mao