BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
**COOLEY LLP**
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF HARRIS MATEEN IN SUPPORT OF GOOGLE LLC'S MOTION IN LIMINE NO. 14 TO EXCLUDE UNTIMELY AND IRRELEVANT TESTIMONY REGARDING RECENT DATA BREACHES**<br><br>Dept:  3, 17th Fl.<br>Judge:  Hon. Richard Seeborg<br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

I, Harris Mateen hereby declare as follows:

1. I am an associate with the law firm Cooley LLP and am counsel for Defendant Google LLC in the above captioned action. I am licensed to practice law in the state of California and am admitted to practice before this Court. I have personal knowledge of the matters stated here, and if called as a witness, I could and would testify to them. I submit this declaration in support of Defendant Google LLC's Motion in Limine No. 14 to exclude untimely and irrelevant testimony about recent data breaches, filed concurrently.

2. On August 8, 2025, Plaintiffs' counsel emailed Google's counsel stating that "Professors Schneier and Hochman intend to testify at trial about recent data breaches Google has experienced[,]" and provided a hyperlink to an August 8, 2025 Forbes.com article titled *Google Data Breach — August 8 Email Warnings Now Confirmed*.

3. A true and correct copy of the email from Plaintiffs counsel is attached hereto as **Exhibit A.**

4. A true and correct copy of the hyperlinked Forbes.com article, downloaded on August 10, 2025, is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2025, at San Francisco, California.

                                                     */s/ Harris Mateen*
                                                     Harris Mateen

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF H. MATEEN IN SUPPORT OF
GOOGLE LLC'S MOTION IN LIMINE NO. 14
3:20-CV-04688-RS