# EXHIBIT A

 Outlook

## Disclosure

**From** M. Logan Wright <MWright@BSFLLP.com>
**Date** Fri 8/8/2025 12:11 PM
**To** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Cc** WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>

> **CAUTION: This Message Is From an External Sender**
> This message came from outside your organization.

Counsel:

We write to inform you that Professors Schneier and Hochman intend to testify at trial about recent data breaches Google has experienced, including the breach mentioned in this article published recently.

**Logan Wright**
Associate

## BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 813 482 4814
mwright@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]