BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
**COOLEY LLP**
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION IN LIMINE NO. 14 TO EXCLUDE UNTIMELY AND IRRELEVANT TESTIMONY REGARDING RECENT DATA BREACHES**<br><br>Court:    Courtroom 3, 17th Floor, SF<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2025<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER GRANTING DEF. MIL NO. 14 TO EXCLUDE EVIDENCE AND ARGUMENTS RELATING TO SENSITIVE APPS AND DATA**
3:20-CV-04688-RS

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's ("Google") Motion in Limine No. 14 to exclude untimely and irrelevant testimony regarding recent data breaches.

Having considered the Motion in Limine, the Declaration of Harris Mateen in Support of Google LLC's Motion in Limine No. 14 filed concurrently therewith, and the exhibits attached thereto, along with other materials in the record, argument of counsel, and such other matters as the Court may consider, the Court GRANTS Google's Motion.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Honorable Richard Seeborg
United States District Judge

Cooley LLP
Attorneys at Law
San Francisco

2

[Proposed] Order Granting Google's
MIL No. 14 to Exclude Untimely and
Irrelevant Testimony Regarding
Recent Data Breaches
3:20-CV-04688-RS