**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
mmao@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
bcarmody@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**COOLEY LLP**
BENEDICT Y. HUR (SBN: 224018)
bhur@cooley.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@cooley.com
EDUARDO E. SANTACANA (SBN: 281668)
esantacana@cooley.com
ARGEMIRA FLOREZ (SBN: 331153)
aflorez@cooley.com
HARRIS MATEEN (SBN 335593)
hmateen@cooley.com
3 Embarcadero Center, 20th Floor San Francisco, California 94111-4004
Telephone: (415) 693-2000

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-cv-04688-RS<br><br>**JOINT AMENDED EXHIBIT LIST**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1  Pursuant to the Court's Order, Plaintiffs and Defendant Google LLC submit the Parties'
2  Joint Amended Trial Exhibit List attached hereto as Exhibit A.

3

4

5  Dated: August 13, 2025                         Dated: August 13, 2025

6  **BOIES SCHILLER FLEXNER LLP**                 **COOLEY LLP**

7  By:   /s/ Mark C. Mao                          By:   /s/ Benedict Y. Hur

8  David Boies (admitted *pro hac vice*)          BENEDICT Y. HUR (SBN: 224018)
   333 Main Street                                bhur@cooley.com
9  Armonk, NY 10504                               SIMONA AGNOLUCCI (SBN: 246943)
   Tel.: (914) 749-8200                           sagnolucci@cooley.com
10 dboies@bsfllp.com                              EDUARDO E. SANTACANA (SBN: 281668)
                                                  esantacana@cooley.com
11 Mark C. Mao, CA Bar No. 236165                 ARGEMIRA FLOREZ (SBN: 331153)
12 Beko Reblitz-Richardson, CA Bar No. 238027     aflorez@cooley.com
   44 Montgomery St., 41st Floor                  HARRIS MATEEN (SBN 335593)
13 San Francisco, CA 94104                        hmateen@cooley.com
   Tel.: (415) 293-6800                           3 Embarcadero Center, 20th Floor San
14 mmao@bsfllp.com                                Francisco, California 94111-4004
   brichardson@bsfllp.com                         Telephone: (415) 693-2000
15
   James Lee (admitted *pro hac vice*)            *Counsel for Defendant Google LLC*
16 Rossana Baeza (admitted *pro hac vice*)
   100 SE 2nd St., 28th Floor
17 Miami, FL 33131
   Tel.: (305) 539-8400
18 jlee@bsfllp.com
   rbaeza@bsfllp.com
19
20 Alison L. Anderson, CA Bar No. 275334
   Samantha Parrish, CA Bar No. 318681
21 M. Logan Wright, CA Bar No. 349004
   2029 Century Park East, Suite 1520
22 Los Angeles, CA 90067
   Tel.: (213) 995-5720
23 alanderson@bsfllp.com
   mwright@bsfllp.com
24

25 **SUSMAN GODFREY L.L.P.**
   Bill Carmody (admitted *pro hac vice*)
26 Shawn J. Rabin (admitted *pro hac vice*)
27 Steven M. Shepard (admitted *pro hac vice*)
   Alexander P. Frawley (admitted *pro hac vice*)
28 Ryan Sila (admitted pro hac vice)

-1-                                  CASE NO. 3:20-cv-04688-RS
                                     **JOINT AMENDED EXHIBIT LIST**

| | |
|---|---|
| 1 | One Manhattan West, 50th Floor |
| 2 | New York, NY 10001<br>Tel.: (212) 336-8330 |
| 3 | bcarmody@susmangodfrey.com |
| | srabin@susmangodfrey.com |
| 4 | sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com |
| 5 | rsila@susmangodfrey.com |
| 6 | Amanda K. Bonn, CA Bar No. 270891 |
| 7 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 8 | Tel.: (310) 789-3100<br>abonn@susmangodfrey.com |
| 9 | **MORGAN & MORGAN** |
| 10 | John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*) |
| 11 | Michael F. Ram, CA Bar No. 104805 |
| 12 | 201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 |
| 13 | Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com |
| 14 | rmcgee@forthepeople.com<br>mram@forthepeople.com |
| 15 | |
| 16 | *Counsel for Plaintiffs* |

-2-  CASE NO. 3:20-cv-04688-RS
**JOINT AMENDED EXHIBIT LIST**

**ATTESTATION**

I, Mark Mao, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 13, 2025                                      By: /s/ Mark Mao

-3-                                CASE NO. 3:20-cv-04688-RS
**JOINT AMENDED EXHIBIT LIST**