# Mao Declaration Exhibit A

```
                                                    PAGES 1 - 126

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

     Before The Honorable Richard Seeborg, Judge

     ANIBAL RODRIGUEZ, et al.,         )
                                       )
               Plaintiffs,             )
                                       )
     vs.                               ) No. 3:20-cv-04688-RS
                                       )
     GOOGLE LLC, et al.,               )
                                       )
               Defendants.             )
     _____ )


                              San Francisco, California

                              Wednesday, July 30, 2025
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiffs:
        Boies Schiller and Flexner
        333 Main Street
        Armonk, NY 10504
  BY:  **DAVID BOIES, ATTORNEY AT LAW**
        **ALEXANDER BOIES, ATTORNEY AT LAW**

        Boies Schiller Flexner LLP
        44 Montgomery Street, 41st Floor
        San Francisco, CA 94104
  BY:  **MARK C. MAO, ATTORNEY AT LAW**
        **BEKO RICHARDSON, ATTORNEY AT LAW**

        Boies Schiller Flexner LLP
        2029 Century Park East, Suite 1520
        Los Angeles, CA 90067
  BY:  **ALISON L. ANDERSON, ATTORNEY AT LAW**

(Appearances continued on the following page)

**REPORTED BY:  April Wood Brott, CSR No. 13782, Official United States Reporter**

**APPEARANCES (continued):**

For Plaintiffs:
        Boies Schiller Flexner
        100 SE 2nd Street, Suite 2800
        Miami, FL 33131
**BY:**  **JAMES W. LEE, ATTORNEY AT LAW**

        Boies Schiller Flexner LLP
        2029 Century Park East, Suite 1520
        Los Angeles, CA 90067
**BY:**  **ALISON L. ANDERSON, ATTORNEY AT LAW**
     **SAMANTHA D. PARRISH, ATTORNEY AT LAW**

For Defendants:
        Cooley LLP
        3 Embarcadero Center, 20th Floor
        San Francisco, CA 94111
**BY:**  **BENJAMIN Y. HUR, ATTORNEY AT LAW**
     **EDUARDO E. SANTACANA, ATTORNEY AT LAW**
     **SIMONA A. AGNOLUCCI, ATTORNEY AT LAW**
     **ARGEMIRA FLOREZ, ATTORNEY AT LAW**
     **HARRIS MATEEN, ATTORNEY AT LAW**
     **ISABELLA M. CORBO, ATTORNEY AT LAW**
     **NAIARA TOKER, ATTORNEY AT LAW**

        Cooley LLP
        10265 Science Center Drive
        San Diego, CA 92121
**BY:**  **MICHAEL ATTANASIO, ATTORNEY AT LAW**

1    of silly doing that" --

2         **THE COURT:**  That's the first one.  You're reading my
3    mind.

4         **MR. SANTACANA:**  But --

5         **THE COURT:**  That's true, and the other reason -- you
6    know, the thing that I think -- the reason I ruled in your
7    favor on that is that I think if, you know, a witness, an
8    expert who will be designated as an expert has all the, you
9    know, stature of that on the stand is a very different
10   proposition than a lawyer, and, you know, not only is there the
11   you look bad concept, but I suspect you will get up and argue
12   and say, you know, they're just making -- they're asking you to
13   give them the moon and the stars, and it's offensive and
14   whatever else you want to say.

15        I'm just -- I'm sort of loathe to constrain the lawyer
16   argument.  I agree with you that -- and I think it's different
17   -- a lawyer can't make up facts and can't mislead the jury on
18   the laws and that kind of thing, but that's not what's going on
19   here.

20        What's going on here is a lawyer saying your experts say,
21   you know, calculate out to 500 million, and he told you how he
22   did it.  We think you should take that, and you should, you
23   know, award much more.

24        It's not new facts.  It's just an argument.  But I hear
25   you, and I haven't decided the question.  I'll think about it.

1               **MR. HUR:**  Thank you, Your Honor.
2          It sounds like there is a dispute about something that our
3     expert said in that report.  I think, Your Honor, we should
4     meet and confer.  We have some concerns about what their expert
5     said.  So I think we should meet and confer, and if we need a
6     motion, we can agree --
7               **THE COURT:**  Okay.  If you are going to file -- if the
8     meet and confer fails to resolve these questions, I want you to
9     file any motions that are going to pertain to supplementing the
10    expert reports on either side promptly.  So I would want -- if
11    you're going to -- if this isn't going to resolve in some other
12    way, then I want the motion by early next week because time is
13    fleeting, and I want to get as much done as we can get done in
14    advance.
15         So plan to file it, say, by Tuesday of next week if you're
16    going to have, you know, a dispute with respect to either
17    side's supplemental expert documents.  And the only other, as
18    I'm trying to think back on what we talked about today is going
19    to be -- what was the other motion that I'm anticipating?
20              **MR. HUR:**  We were going to file a motion in limine --
21              **THE COURT:**  Well, one is to -- with respect to Mr. --
22    whatever his name is, your representative.
23              **MR. BOIES:**  Cataldo.
24              **MR. HUR:**  Cataldo.
25              **THE COURT:**  Yeah.  So that's going to be a motion.

```
 1       And then supplemental expert.  Anything else that I'm --
 2              MR. HUR:  I thought there was one motion.
 3              MR. SANTACANA:  And a motion in limine, Your Honor,
 4       that you invited earlier today.
 5              THE COURT:  And remind me what it's about.
 6              MR. SANTACANA:  I need to remind myself.
 7          Your Honor, this is about multiplying the damages by 98
 8       months.
 9              THE COURT:  Oh, yes.  Okay.  I'm going to get a motion
10       on that, that's right.
11              MR. SANTACANA:  Yes.
12              THE COURT:  And then as I said -- I said this, but
13       I'll repeat it.  There is a subpoena.  This goes to number 6,
14       and I will deal with the motion to quash and the motion in
15       limine together, and you'll get an order on that issue.  Okay.
16          And as Karen reminds me, I think everybody agrees with
17       this, witnesses are excluded until -- yeah, that's way we
18       operate.  Okay?
19          So I will be giving you written orders on the motions in
20       limine, and I will then rule on these additional items that you
21       submit, but otherwise, I think we're just ready to go, I think.
22          Any settlement discussions going on?  I just want to know.
23       I don't want to know anything about them.  I just want to know
24       if they're going on.
25              MR. BOIES:  We have had them, Your Honor, and I think
```

1                    **CERTIFICATE OF REPORTER**

2        I certify that the foregoing is a correct transcript from

3    the record of proceedings in the above-entitled matter.

4

5    DATE:  Saturday, August 2, 2025

6

7                    _____

8                       April Wood Brott, CSR No. 13782

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25