| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP** | **SUSMAN GODFREY L.L.P.** |
| David Boies (admitted *pro hac vice*) | Bill Carmody (admitted *pro hac vice*) |
| 333 Main Street | Shawn J. Rabin (admitted *pro hac vice*) |
| Armonk, NY 10504 | Steven M. Shepard (admitted *pro hac vice*) |
| Tel.: (914) 749-8200 | Alexander Frawley (admitted *pro hac vice*) |
| dboies@bsfllp.com | Ryan Sila (admitted *pro hac vice*) |
| | One Manhattan West, 50th Floor |
| Mark C. Mao, CA Bar No. 236165 | New York, NY 10001 |
| Beko Reblitz-Richardson, CA Bar No. 238027 | Tel.: (212) 336-8330 |
| 44 Montgomery St., 41st Floor | bcarmody@susmangodfrey.com |
| San Francisco, CA 94104 | srabin@susmangodfrey.com |
| Tel.: (415) 293-6800 | sshepard@susmangodfrey.com |
| mmao@bsfllp.com | afrawley@susmangodfrey.com |
| brichardson@bsfllp.com | rsila@susmangodfrey.com |
| | |
| James Lee (admitted *pro hac vice*) | Amanda K. Bonn, CA Bar No. 270891 |
| 100 SE 2nd St., 28th Floor | 1900 Avenue of the Stars, Suite 1400 |
| Miami, FL 33131 | Los Angeles, CA 90067 |
| Tel.: (305) 539-8400 | Tel.: (310) 789-3100 |
| jlee@bsfllp.com | abonn@susmangodfrey.com |
| | |
| Alison L. Anderson, CA Bar No. 275334 | **MORGAN & MORGAN** |
| Samantha Parrish, CA Bar No. 31868 | John A. Yanchunis (admitted *pro hac vice*) |
| M. Logan Wright, CA Bar No. 349004 | Ryan J. McGee (admitted *pro hac vice*) |
| 725 S. Figueroa St., 31st Floor | Michael F. Ram, CA Bar No. 104805 |
| Los Angeles, CA 90017 | 201 N. Franklin Street, 7th Floor |
| Tel.: (213) 995-5720 | Tampa, FL 33602 |
| alanderson@bsfllp.com | Tel.: (813) 223-5505 |
| sparrish@bsfllp.com | jyanchunis@forthepeople.com |
| mwright@bsfllp.com | rmcgee@forthepeople.com |
| | mram@forthepeople.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Magistrate Judge Alex G. Tse<br>Courtroom A – 15th Floor<br>Trial Date: August 18, 2025 |

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs respectfully seek to seal Exhibit B to Plaintiffs' Opposition to Google's fourteenth motion *in limine* (the "Opposition"), which contains material designated by Google as "Confidential – Attorneys' Eyes Only." *See* Wright Decl. ¶ 2. This motion to seal pertains to the following information in Exhibit B to Plaintiffs' Opposition:

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be Filed Under Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Exhibit B to Plaintiffs' Opposition | Google | Entirety | Refers to material designed "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Pursuant to Civil Local Rule 79-5(f), Google, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: August 14, 2025                    Respectfully submitted,


By: */s/ Mark C. Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (admitted *pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James Lee (admitted *pro hac vice*)
jlee@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER                    CASE NO. 3:20-CV-04688-RS
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

|   |   |
|---|---|
| 1 | Telephone: (305) 539-8400 |
|   | Facsimile: (305) 539-1307 |
| 2 |   |
|   | Alison L. Anderson (CA Bar No. 275334) |
| 3 | alanderson@bsfllp.com |
| 4 | Samantha Parrish (CA Bar No. 31868) |
|   | sparrish@bsfllp.com |
| 5 | M. Logan Wright (CA Bar No. 349004) |
|   | mwright@bsfllp.com |
| 6 | BOIES SCHILLER FLEXNER LLP |
| 7 | 725 S. Figueroa St., 31st Floor |
|   | Los Angeles, CA 90017 |
| 8 | Telephone: (813) 482-4814 |
| 9 | Bill Carmody (*pro hac vice*) |
|   | bcarmody@susmangodfrey.com |
| 10 | Shawn J. Rabin (*pro hac vice*) |
|   | srabin@susmangodfrey.com |
| 11 | Steven Shepard (*pro hac vice*) |
| 12 | sshepard@susmangodfrey.com |
|   | Alexander P. Frawley |
| 13 | afrawley@susmangodfrey.com |
|   | Ryan Sila |
| 14 | rsila@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 15 | One Manhattan West, 50th Floor |
| 16 | New York, NY 10001 |
|   | Telephone: (212) 336-8330 |
| 17 |   |
|   | Amanda Bonn (CA Bar No. 270891) |
| 18 | abonn@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 19 | 1900 Avenue of the Stars, Suite 1400 |
| 20 | Los Angeles, CA 90067 |
|   | Telephone: (310) 789-3100 |
| 21 |   |
|   | John A. Yanchunis (*pro hac vice*) |
| 22 | jyanchunis@forthepeople.com |
|   | Ryan J. McGee (*pro hac vice*) |
| 23 | rmcgee@forthepeople.com |
| 24 | Michael F. Ram (CA Bar No. 238027) |
|   | mram@forthepeople.com |
| 25 | MORGAN & MORGAN, P.A. |
|   | 201 N Franklin Street, 7th Floor |
| 26 | Tampa, FL 33602 |
|   | Telephone: (813) 223-5505 |
| 27 | Facsimile: (813) 222-4736 |
| 28 |   |
|   | *Attorneys for Plaintiffs* |

2