# Mao Declaration Exhibit B

# Filed Under Seal