| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>725 S. Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 629-9040<br>alanderson@bsfllp.com<br><br>*Attorneys for Plaintiffs* | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>Shawn J. Rabin (admitted *pro hac vice*)<br>Steven M. Shepard (admitted *pro hac vice*)<br>Alexander Frawley (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>Ryan J. McGee (admitted *pro hac vice*)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>Michael F. Ram, CA Bar No. 104805<br>711 Van Ness Ave, Suite 500<br>San Francisco, CA 94102<br>Tel.: (415) 358-6913<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.: 3:20-cv-4688-RS<br><br>**PLAINTIFFS' DEPOSITION AND DISCOVERY DESIGNATIONS AND GOOGLE'S OBJECTIONS AND COUNTER-DESIGNATIONS**<br><br>Judge: Hon. Richard Seeborg<br>Trial Date: July 30, 2025<br>Time: 9:00 a.m. |

Pursuant to the Court's Case Management Scheduling Order entered on January 9, 2025 (Doc. 446) Plaintiffs submit the following deposition and discovery designations, as well as Google's objections and counter-designations thereto.

Attached as Exhibit A is a list of page and line references identifying the deposition designations.

Attached as Exhibit B are excerpts from the deposition of Eric Miraglia referenced in Exhibit A.

Attached as Exhibit C are excerpts from the December 11, 2018 sworn congressional testimony of Sundar Pichai referenced in Exhibit A.

Attached as Exhibit D is a list of page and line references identifying the discovery designations.

Attached as Exhibit E are excerpts from Google's responses to Plaintiffs' interrogatories and requests for admission referenced in Exhibit D.

Dated: August 14, 2025                    Respectfully submitted,

                                          By: */s/ Mark Mao*
                                          Mark C. Mao (CA Bar No. 236165)
                                          mmao@bsfllp.com
                                          Beko Reblitz-Richardson (CA Bar No. 238027)
                                          brichardson@bsfllp.com
                                          BOIES SCHILLER FLEXNER LLP
                                          44 Montgomery Street, 41st Floor
                                          San Francisco, CA 94104
                                          Telephone: (415) 293-6800
                                          Facsimile (415) 293-6899

                                          David Boies (*pro hac vice*)
                                          dboies@bsfllp.com
                                          BOIES SCHILLER FLEXNER LLP
                                          333 Main Street
                                          Armonk, NY 10504
                                          Telephone: (914) 749-8200
                                          Facsimile: (914) 749-8300

                                          James Lee (*pro hac vice*)
                                          jlee@bsfllp.com

1

Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
M. Logan Wright (CA Bar No. 349004)
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Bill Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Amanda Bonn (CA Bar No. 270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602

PLAINTIFFS' DEPOSITION AND DISCOVERY DESIGNATIONS AND              CASE NO. 3:20-CV-4688-RS
GOOGLE'S OBJECTIONS AND COUNTER-DESIGNATIONS

Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram (CA Bar No. 238027)
mram@forthepeople.com
MORGAN & MORGAN, P.A.
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*Attorneys for Plaintiffs*

3

PLAINTIFFS' DEPOSITION AND DISCOVERY DESIGNATIONS AND   CASE NO. 3:20-CV-4688-RS
GOOGLE'S OBJECTIONS AND COUNTER-DESIGNATIONS