Exhibit A

| Transcript | Date | PgFrom | LnFrom | PgTo | LnTo | Google's Objection(s) | Google's Counter(s) | Plaintiffs' Objection(s) to Counter(s) |
|---|---|---|---|---|---|---|---|---|
| Eric Miraglia | 10/25/2022 | 19 | 12 | 19 | 14 | | | |
| | | 19 | 18 | 20 | 2 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 21 | 2 | 21 | 7 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 22 | 19 | 22 | 24 | FRE 106 (Incomplete) | 23:7-22 | 401, 403, 106 |
| | | 23 | 5 | 23 | 6 | FRE 106 (Incomplete) | 23:7-22 | 401, 403, 106 |
| | | 24 | 19 | 24 | 23 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 31 | 11 | 31 | 13 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.); FRE 106 (Incomplete) | | |
| | | 54 | 6 | 54 | 7 | | | |
| | | 54 | 12 | 54 | 13 | | | |
| | | 54 | 15 | 54 | 16 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 403 (Confusion, Waste of Time, etc.) | | |
| | | 54 | 18 | 54 | 20 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 403 (Confusion, Waste of Time, etc.) | | |
| | | 55 | 2 | 55 | 4 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 55 | 10 | 55 | 18 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.); FRE 106 (Incomplete) | 55:19-20, 55:22-56:9, 56:11-21 | 401; 403, 106 |
| | | 57 | 20 | 57 | 21 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 57 | 23 | 58 | 1 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.); FR 106 (Incomplete) | 59:19-60:16 | 401; 403, 106 |
| | | 76 | 18 | 76 | 20 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 79 | 4 | 79 | 16 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Eric Miraglia | 10/25/2022 | 80 | 9 | 80 | 10 | FRE 802 (Hearsay); FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance) | | |
| | | 80 | 12 | 80 | 14 | FRE 802 (Hearsay); FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance) | | |
| | | 80 | 16 | 80 | 17 | FRE 802 (Hearsay); FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance) | | |
| | | 80 | 20 | 80 | 22 | FRE 802 (Hearsay); FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance) | | |
| | | 96 | 21 | 96 | 25 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance); FRE 403 (Misleading, Undue Prejudice, Confusion, Waste of Time, Needlessly Cumulative, Vague, etc.) | 95:14-16, 95:18-22, 97:8-9, 97:11-17 | 401; 403 (improper 106 designation) |
| | | 97 | 4 | 97 | 6 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance); FRE 403 (Undue Prejudice, Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 101 | 15 | 101 | 15 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 101 | 23 | 101 | 25 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 102 | 8 | 102 | 17 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 102 | 20 | 102 | 22 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 103 | 16 | 103 | 19 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 104 | 4 | 104 | 6 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance); FRE 403 (Undue Prejudice, Confusion, Waste of Time, Needlessly Cumulative, etc.); FRE 106 (Incomplete) | 104:3 | 401; 403 (improper 106 designation) |

| Name | Date | Start Page | Start Line | End Page | End Line | Objections | Counter-Designations | Objections to Counter |
|---|---|---|---|---|---|---|---|---|
| Eric Miraglia | 10/25/2022 | 104 | 9 | 104 | 15 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance); FRE 403 (Undue Prejudice, Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 105 | 12 | 105 | 25 | FRE 802 (Hearsay); FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 106 (Incomplete) | 104:16-105:11, 106:3-7 | 401; 403 (improper 106 designation) |
| | | 106 | 8 | 106 | 8 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge) | | |
| | | 117 | 8 | 117 | 25 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Prejudice, Confusion, Waste of Time, etc.); FRE 106 (Incomplete) | 117:7, 118:1-7, 118:9-10 | 401; 403 (improper 106 designation) |
| | | 118 | 24 | 119 | 1 | FRE 802 (Hearsay); FRE 602 (Foundation/personal knowledge); FRE 403 (Prejudice, Confusion, Waste of Time, etc.); FRE 106 (Incomplete) | 118:1-3 | 401; 403 (improper 106 designation) |
| | | 119 | 3 | 119 | 3 | FRE 802 (Hearsay); FRE 602 (Foundation/personal knowledge); FRE 403 (Prejudice, Confusion, Waste of Time, etc.); FRE 106 (Incomplete) | 118:1-3 | 401; 403 (improper 106 designation) |
| | | 119 | 5 | 119 | 10 | FRE 802 (Hearsay); FRE 602 (Foundation/personal knowledge); FRE 403 (Prejudice, Confusion, Waste of Time, etc.); FRE 106 (Incomplete) | 118:1-3; 119:18-22; 119:24-120:16; 120:18-24 | 401; 403 (improper 106 designation) |
| | | 120 | 13 | 120 | 16 | FRE 802 (Hearsay); FRE 602 (Foundation/personal knowledge); FRE 403 (Prejudice, Confusion, Waste of Time, etc.); FRE 106 (Incomplete) | 118:1-3; 119:18-22; 119:24-120:12 | 401; 403 (improper 106 designation) |
| | | 120 | 18 | 120 | 24 | FRE 802 (Hearsay); FRE 602 (Foundation/personal knowledge); FRE 403 (Prejudice, Confusion, Waste of Time, etc.); FRE 106 (Incomplete) | 118:1-3; 119:18-22; 119:24-120:12 | 401; 403 (improper 106 designation) |
| | | 125 | 13 | 125 | 15 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, Needlessly Cumulative, etc.) | | |
| | | 125 | 25 | 127 | 1 | FRE 802 (Hearsay); FRE 602 (Speculation, Lack of Foundation/Personal Knowledge) | | |
| | | 128 | 21 | 128 | 24 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance); FRE 403 (Prejudice, Confusion, Waste of Time, Vague, etc.) | | |

| Name | Date | Start Page | Start Line | End Page | End Line | Objections | Counter-Designations | Objections to Counter-Designations |
|---|---|---|---|---|---|---|---|---|
| Eric Miraglia | 10/25/2022 | 129 | 2 | 129 | 3 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 401/402 (Relevance); FRE 403 (Prejudice, Confusion, Waste of Time, etc.); FRE 106 (Incomplete) | 129:5-6, 129:8-13, 129:15-16, 129:19-22 | 401; 403 (improper 106 designation) |
| | | 134 | 25 | 135 | 3 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge) | | |
| | | 135 | 6 | 135 | 8 | FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 106 (Incomplete) | 134:18, 134:21-23 | 401; 403 (improper 106 designation) |
| | | 195 | 23 | 196 | 4 | | | |
| | | 196 | 9 | 196 | 13 | | | |
| | | 196 | 16 | 196 | 17 | | | |
| | | 196 | 20 | 196 | 25 | | | |
| Sundar Pichai | 12/11/2018 | 2 | 2 | 2 | 8 | | | |
| | | 5 | 6 | 5 | 8 | | | |
| | | 18 | 3 | 18 | 10 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, etc.) | | |
| | | 23 | 20 | 25 | 2 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, etc.); FRE 106 (Incomplete) | 18:24-22:18; 22:22-23:19; 98:24-99:13 | 401; 403 (improper 106 designation) |
| | | 48 | 8 | 48 | 19 | | | |
| | | 80 | 6 | 80 | 20 | | | |
| | | 81 | 7 | 82 | 3 | | | |
| | | 96 | 19 | 97 | 1 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, etc.); FRE 106 (Incomplete) | 18:24-22:18; 94:7-95:13; 96:12-18; 98:24-99:13 | 401; 403 (improper 106 designation) |
| | | 128 | 10 | 128 | 21 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, unfair prejudice etc.) | 18:24-22:18 | 401; 403 (improper 106 designation) |
| | | 134 | 16 | 135 | 5 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, unfari prejudice etc.); Precluded by Court Order (ECF 587, p. 12, 14) | 18:24-22:18 | 401; 403 (improper 106 designation) |
| | | 149 | 17 | 150 | 22 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, unfair prejudice etc.) | 18:24-22:18; 98:24-99:13 | 401; 403 (improper 106 designation) |
| | | 153 | 7 | 153 | 21 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, etc.) | 18:24-22:18; 98:24-99:13 | 401; 403 (improper 106 designation) |
| | | 167 | 1 | 168 | 2 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, etc.) | 18:24-22:18; 98:24-99:13 | 401; 403 (improper 106 designation) |
| | | 173 | 1 | 174 | 8 | FRE 401/402 (Relevance); FRE 403 (Confusion, Waste of Time, unfair prejudice etc.) | 18:24-22:18 | 401; 403 (improper 106 designation) |