Exhibit C

Page 1

1
2
3
4
5
6
7
8
9              Re: Rodriguez, Et Al Versus Google, LLC.
10
11        Transcript of the Video Recorded Proceedings of
12          "Google CEO Testifies on Data Collection."
13                          CSPAN
14                    December 11, 2018
15
16             Transcribed by Melissa Iadimarco
17
18
19
20
21
22
23
24
25

Page 18

1      better.

2              I yield back the balance of my time.

3              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you,

4      Mr. Nadler, we welcome our distinguished witness, and if you

5      would please rise, I'll begin by swearing you in.

6              Please raise your right hand.

7              Do you swear that the testimony that you are about

8      to give shall be the truth, the whole truth, and nothing but

9      the truth, so help you God?

10             MR. SUNDAR PICHAI:  I do.

11             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.

12     Let the record show that the witness answered in the

13     affirmative.  Our only witness today is Mr. Sundar Pichai.

14     Mr. Pichai is the chief executive officer of Google.  Your

15     written statement will be entered into the record in its

16     entirety, and we ask that you summarize your testimony in

17     five minutes.  To help you stay within that time, there's a

18     timing light on your table.  When the light switches from

19     green to yellow, you have one minute to conclude your

20     testimony.  When the light turns red, it signals your five

21     minutes have expired.

22             Mr. Pichai, you are very welcome, and you may

23     begin.

24             MR. SUNDAR PICHAI:  Chairman Goodlatte, Ranking

25     Member Nadler, distinguished members of the committee, thank

1    you for the opportunity to be here today.  I joined Google

2    15 years ago, and I've been privileged to serve as CEO for

3    the past three years, but my love for information and

4    technology began long before that.

5         It's been 25 years since I made the U.S. my home.

6    Growing up in India, I have distinct memories of when my

7    family got its first phone and its first television.  Each

8    new technology made a profound difference in our lives.

9    Getting the phone meant I could call ahead to the hospital

10   to check that the blood results were in instead of taking a

11   two hour trip there.  And the television, well, it only had

12   one channel, but I couldn't have been more thrilled by its

13   arrival.

14        Those experiences made me a technology optimist,

15   and I remain one today, not only because I believe in

16   technology, but because I believe in people and their

17   ability to use technology to improve their lives.  I'm

18   incredibly proud of what Google does to empower people

19   around the world, especially here in the U.S.  I'd like to

20   take a moment to share a bit of background on that.

21        20 years ago, two students, one from Michigan and

22   one from Maryland, came together at Stanford with a big

23   idea.  To provide users with access to the world's

24   information.  That mission still drives everything we do,

25   whether that's saving you a few minutes on your morning

Page 20

1      commute or helping doctors detect disease and save lives.

2          Today, Google is more than a search engine.  We are

3      a global company that's committed to building products for

4      everyone.  That means working with many industries, from

5      education and healthcare to manufacturing and entertainment.

6      Even as we expand into new markets, we never forget our

7      American roots.

8          It's no coincidence that a company dedicated to

9      free flow of information was founded right here in the U.S.

10     As an American company, we cherish the values and freedoms

11     that have allowed us to grow and serve so many users.  And

12     I'm proud to say, we do and we will continue to work with

13     the government to keep our country safe and secure.

14         Over the years, our footprint has expanded far

15     beyond California to states such as Texas, Virginia,

16     Oklahoma, and Alabama.  Today in the U.S., we're growing

17     faster outside of The Bay Area than within it.  I've had the

18     great opportunity to travel across the country and see all

19     the places that are -- that are powering our digital

20     economy.  From Clarksville to Pittsburgh to San Diego, where

21     we recently launched a partnership with the USO, to help

22     veterans and military families.

23         Along the way, I've met many people who depend on

24     Google to learn new skills, find jobs or new businesses.

25     Over the past year, we have supported more than 1.5 million

Page 21

1    American businesses.  And over the past three years, we've

2    made direct contributions of $150 billion to the U.S.

3    economy, added more than 24,000 employees and paid over $43

4    billion to our U.S. partners across search, YouTube and

5    Android.  These investments strengthen our communities and

6    support thousands of American jobs.  They also allow us to

7    provide great services to our users to help them through the

8    day.  It's an honor to play this role in people's lives, and

9    it's one we know comes with great responsibility.

10           Protecting the privacy and security of our users

11   has long been an essential part of our mission.  We've

12   invested an enormous amount of work over the years to bring

13   choice, transparency and control to our users.  These values

14   are built into every product we make.  We recognize the

15   important role of governments, including this committee, in

16   setting rules for the development and use of technology.

17           To that end, we support federal privacy legislation

18   and proposed the legislative framework for privacy earlier

19   this year.  Users look -- look to us to provide accurate,

20   trusted information, and we work hard to ensure the

21   integrity of our products.  We have put a number of checks

22   and balances in place to ensure they continue to live up to

23   our standards.  I lead this company without political bias

24   and work to ensure that our products continue to operate

25   that way.  To do otherwise would be against our core

Page 22

1    principles and our business interests.

2          We are a company that provides platforms for

3    diverse perspectives and opinions, and there is no shortage

4    of them amongst our employees.  Some Googlers are former

5    servicemen and women who have risked much in defense of

6    their country.  Some are civil libertarians who fiercely

7    defend freedom of expression.  Some are parents who worry

8    about the role technology plays in our households.  Some,

9    like me, are immigrants who are profoundly grateful to the

10   freedoms and opportunities it offers.  And some of us are

11   many of these things.

12         Let me close by saying that leading Google has been

13   the greatest professional honor of my life.  It's a

14   challenging moment for our industry, but I'm privileged to

15   be here.  I greatly appreciate you letting me share the

16   story of Google and our work to build products worthy of the

17   trust users placing is.  Thank you for the opportunity, and

18   I look forward to answering your questions.

19         CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.

20   We'll now proceed under the five minute rule with questions,

21   and I'll begin by recognizing myself.

22         Mr. Pichai, is it true that the Android operating

23   system sends Google information every few minutes detailing

24   the exact location of a smartphone within a few feet, the

25   speed of movement of the phone, the altitude of the phone

Page 23

1        sufficient to determine what floor of a building the phone

2        is on, the temperature surrounding the phone and other

3        readings and if so, with Americans carrying their phones

4        with them virtually at all times, doesn't the collection of

5        this volume of detailed information really mean that Google

6        is compiling information about virtually every movement an

7        individual with a smartphone is making every hour of every

8        day?

9                MR. SUNDAR PICHAI:  Mr. Chairman, thank you for the

10       question.  Today, for any service we provide our users, we

11       go to great lengths to protect their privacy and we give

12       them transparency, choice, and control.  Android is a

13       powerful platform and -- and provides smartphone for over 2

14       billion people.  And as part of that, it depends on the

15       applications users choose to use.  If you're using a fitness

16       application, which is deducting the number of steps you

17       walk, you expect it to send that information, but it's a

18       choice users make.  We make it clear and -- and it depends

19       on the use cases.

20               CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  So the --

21       the answer to my question, my first question, is yes; is

22       that correct?  That the information that I cited is gathered

23       by Google?

24               MR. SUNDAR PICHAI:  It -- if -- if the -- for

25       Google services, you have a choice of what information is

Page 24

1    collected, and we make it transparent -- transparent.

2        CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I

3    understand there are -- there are uses that consumers make

4    use of.  I use it to keep track of the number of steps I

5    walk.  I understand that service that one of your

6    competitors provides.  So I -- I understand that purpose.

7    But do you think the average consumer understands that

8    Google will collect this volume of detailed information,

9    when they click through the terms of service agreements in

10   order to use the Android operating system?

11       MR. SUNDAR PICHAI:  It's really important for us

12   that, you know, that average users are able to understand

13   it.  This is why we do something called privacy check-up.

14       CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Do you

15   think average users read the terms of service and the

16   updates that are very frequently sent to us?

17       MR. SUNDAR PICHAI:  Beyond the terms of service, we

18   actually offer, we remind users, to do a privacy check-up,

19   and we make it very obvious, every month.  In -- in fact, in

20   the last 28 days, 160 million users went to -- went to their

21   My Account settings where they can clearly see what

22   information we have.  We actually give, you know, show it

23   back to them, and we give clear toggles, by category, where

24   they can decide whether that information is collected,

25   stored.  Or more importantly, if they decide to stop using

Page 25

1    it, we work hard to make it possible for users to take the

2    data with them, if they choose to use another service.

3            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Let me

4    switch to the issue of Section 230 of the Communications

5    Decency Act.  You heard me say in my opening statement that

6    this provides broad liability protections for you and other

7    technology companies for good faith restrictions, that when

8    Google thinks something is obscene, lewd, lascivious,

9    filthy, excessively violent, harassing or otherwise

10   objectionable.

11           On the other hand, objectionable material, by

12   whatever standard applied, likely elicits the most

13   engagement from users on your site.  And for Google,

14   increased engagement potentially means increased revenue.

15   However, it is important for Google to make very clear where

16   it draws the line, and I don't believe Google has done its

17   best to make that clear.

18           So what I would ask is the following:  Would Google

19   or YouTube be willing to make changes in support of a

20   healthier civic dialogue, if doing so meant a drop in user

21   engagement metrics?

22           MR. SUNDAR PICHAI:  Absolutely, Mr. Chairman.  We

23   have a long track record of, we've always focused on long

24   term goals towards user satisfaction.  We focus on their

25   knowledge, happiness, success and -- and that's what we work

Page 94

1           But I want to go through several questions because
2      it's been discussed a lot about what you collect and what
3      you don't collect.  So the next few questions will be yes/no
4      questions.  They're not -- I'm not trying to trick you here.
5      It's simply what do you collect and how do you collect it?
6      Okay?
7           In dealing with Google, do you or do you not
8      collect identifiers like name, age, and address; yes or no?
9           MR. SUNDAR PICHAI:  If you're creating an account,
10     yes.  And using an account, yes.
11          REPRESENTATIVE DOUG COLLINS:  Yes.  Specific search
12     histories when person types something into a search bar?
13          MR. SUNDAR PICHAI:  If you have a search history
14     turned on, yes.
15          REPRESENTATIVE DOUG COLLINS:  Device identifiers
16     like IP address or IMEI?
17          MR. SUNDAR PICHAI:  Depending on the situation, we
18     could be collecting it, yes.
19          REPRESENTATIVE DOUG COLLINS:  GPS signals, Wi-Fi
20     signals, Bluetooth beacons?
21          MR. SUNDAR PICHAI:  You know, it would -- it would
22     depend on the specifics.  So, but there may be situations,
23     yes.
24          REPRESENTATIVE DOUG COLLINS:  GPS, yes?
25          MR. SUNDAR PICHAI:  Yes, if you have a --

Page 95

 1          REPRESENTATIVE DOUG COLLINS:  Voice and

 2     conversations when using Google Voice products?

 3          MR. SUNDAR PICHAI:  We give an option to turn on or

 4     off.

 5          REPRESENTATIVE DOUG COLLINS:  But if -- but if --

 6     if a person didn't know it, voice and conversations when

 7     using Google Voice products?  Yes?

 8          MR. SUNDAR PICHAI:  We only record when they

 9     initiated with okay, Google and then say the terms after.

10          REPRESENTATIVE DOUG COLLINS:  Contents of emails

11     and Google documents.

12          MR. SUNDAR PICHAI:  We store the data, but we don't

13     read or look at your Gmail.

14          REPRESENTATIVE DOUG COLLINS:  But you have access

15     to them?

16          MR. SUNDAR PICHAI:  As -- as a company, we have

17     access to them, yes.

18          REPRESENTATIVE DOUG COLLINS:  So you could?  Not

19     saying you don't or don't.  I'm not asking do you or don't

20     you.  I'm saying you could, though, there is a possibility?

21          MR. SUNDAR PICHAI:  We have clear, established

22     policies on how we would do that data.

23          REPRESENTATIVE DOUG COLLINS:  And your privacy

24     policies, speaking of that, has changed 28 times, including

25     eight times since January 2016.  So I think the policies

1     are, you know, and this is why I'm asking these questions.

2              Is there any type of or -- any type or origin of

3     data which Google would refuse to collect, that is not

4     already prohibited by laws, like COPPA or HIPAA?

5              MR. SUNDAR PICHAI:  There are many categories of

6     information today, you know, were particular about anything

7     to do with health data --

8              REPRESENTATIVE DOUG COLLINS:  Those are covered

9     under those.  Anything that you would not collect, outside

10    of the two that I named, which are generally accepted as

11    things you cannot collect?

12             MR. SUNDAR PICHAI:  There are -- there are many

13    things which we -- we don't collect.  For example, we don't

14    collect -- you could have a product like Google home.  We

15    won't collect conversations unless you specifically ask us

16    to.  So, you ask a question.  And so we definitely are very

17    careful and minimize the data we need to provide the service

18    back to our users.

19             REPRESENTATIVE DOUG COLLINS:  I'm glad you

20    mentioned data minimization.  We'll get to that in just a

21    second.  How long do you keep the data that you have

22    captured?

23             MR. SUNDAR PICHAI:  Today, we give you the choice

24    of whether you want to store the data or not.  But if you

25    store the data, from the time you turn it on, we store it

1       for you?

2               REPRESENTATIVE DOUG COLLINS:  Okay.  Well, let --

3       let me ask a question then.  For all this has been the

4       discussed, age identifiers, search histories, all these

5       things.  And for the -- how many would you say, let me just

6       say, you -- you've interested -- made a interesting

7       question.  How many people actually understand that they can

8       actually cut this off?

9               MR. SUNDAR PICHAI:  You know, we remind the --

10      remind people and every day 20 million people come and make

11      changes in these settings.  We see robust activity.

12              REPRESENTATIVE DOUG COLLINS:  But when you control

13      95 percent of searches, you control this in a very large

14      way.  I would say the vast majority, not the most

15      sophisticated, not the ones in a certain age demographic,

16      are not as familiar with this as, say, some who work in the

17      industry or at least around the industry.  Would that not be

18      a fair statement?

19              MR. SUNDAR PICHAI:  If you could repeat that,

20      congressman.  Sorry, I'm --

21              REPRESENTATIVE DOUG COLLINS:  I'll get back to it.

22      Earlier it was said that identifiers such as age, name and

23      address are treated differently.  If that is true, how are

24      you treating them differently and is the same data

25      collection process still done?  How is it treated

1    differently, than maybe some of these others that we have

2    spoke of that came, I think, from Mr. Deutch's discussions;

3    such as locators and things like that.

4            MR. SUNDAR PICHAI:  We -- we offer different

5    controls for that.  So, for example, for location, we give

6    specific controls for your voice -- voice activity.  We give

7    specific controls.  We're trying to meet user's

8    expectations.  And so, for example, some people may want

9    their search history to be available, but they don't want

10   YouTube history to be recorded.  So, we give those choices

11   to our users.

12           REPRESENTATIVE DOUG COLLINS:  One of the general

13   dynamics of most in this tech industry and those who collect

14   data is data minimization.  You brought it up just a few

15   minutes ago.  The issue that I have and it was in March of

16   this year, a security researcher actually downloaded his

17   quote, "Google Takeout."  This is probably there.  It was

18   5.5 Gigabyte.  This is not a -- just a few names and

19   addresses and where you went.  The -- why, number one, does

20   Google need all this information?  We can answer that in the

21   fact that 85 -- 86 percent of your revenue comes from

22   advertising.  So we know you manipulate the data in some

23   ways.

24           However, can you explain what you do to minimize

25   this data, which is generally an accepted standard practice

Page 99

1      among those who collect data.

2              MR. SUNDAR PICHAI:  You know, our goal is, you

3      know, but we are providing, for example, if we are providing

4      you a service like Gmail, which we have done for 15 years,

5      that data, we need to store it for our users.  So they

6      expect us to.  So we are trying hard to match user's

7      expectations.  We don't need, you know, our data for

8      advertising.  As I said earlier, most of it comes from just

9      the keywords you type.  And so, you know, we need minimal

10     data to do advertising.  We give you options to turn ad

11     personalization off.  We store most of the data we do today,

12     to help give users the experience they want.  And that's

13     what we're trying to do.

14             REPRESENTATIVE DOUG COLLINS:  I'm going to go back

15     to where I started, perception is reality.  The amount of

16     data being collected here, the how it is being used, how you

17     monetize the one ad, basically the flow of -- of information

18     that you have and the monetization of that, is a concern.  I

19     think the perception of how it is used and from what side of

20     the aisle, is something that this committee, I think, will

21     take up and continue to process.

22             But I think when most people deal with this, what I

23     said earlier, I'm not sure that in the broad scope of

24     things, simply clicking, yes, especially in a society today,

25     in which some of these things and especially that was talked

Page 128

1    with partners around the world and -- and there are OEM

2    manufacturers around the word, including in China.

3                REPRESENTATIVE ANDY BIGGS:  So -- so you

4    manufacturers, but beyond manufacturers, any -- any other

5    platform use?

6                MR. SUNDAR PICHAI:  We don't have any special

7    agreements on user data today with --

8                REPRESENTATIVE ANDY BIGGS:  Chinese government?

9                MR. SUNDAR PICHAI:  That's right.

10                REPRESENTATIVE ANDY BIGGS:  Okay.  Do you share the

11    data that you collect on civilians with The United States

12    Federal Government?

13                MR. SUNDAR PICHAI:  We comply with valid law

14    enforcement request -- requests and, you know, and we -- we

15    have a due process.  We comply with valid law enforcement --

16                REPRESENTATIVE ANDY BIGGS:  What's the extent of

17    that?

18                MR. SUNDAR PICHAI:  You know, we publish a

19    transparency report, in which we give insights into the law

20    enforcement request we've gotten and are, you know, and --

21    and our compliance there.

22                REPRESENTATIVE ANDY BIGGS:  The last question I

23    have and real quickly.  In May 2016, Google banned all ads

24    by payday lenders, even though it invested in LendUp, which

25    is effectively a payday lender, and it -- it banned ads

Page 134

1    gentleman's time has expired, but you can answer the

2    question.

3         MR. SUNDAR PICHAI:  Thank you.  We have very clear

4    policies against hate speech, things which could incite harm

5    or hatred or violence.  And, you know, that's an area where

6    we are clearly taking a lot of action.  But I -- I want to

7    acknowledge there's more work, more work to be done.  And,

8    you know, with our growth comes more responsibility, and we

9    are committed to doing better, as we invest more in this

10   area.

11        REPRESENTATIVE JAMIE RASKIN:  Thank you, Mr.

12   Chairman.

13        CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.

14   The Chair now recognizes the gentlelady from Georgia, Ms.

15   Handel.

16        REPRESENTATIVE KAREN HANDEL:  Thank you, Mr.

17   Chairman.  Thank you, very much for being here, Mr. Pichai.

18   For years, the Federal Trade Commission on a bipartisan

19   basis has affirmed that precise geolocation information is

20   considered highly, highly sensitive and that consumers must

21   opt in to that.  Do you agree with that?

22        MR. SUNDAR PICHAI:  Yes, I agree with that.

23        REPRESENTATIVE KAREN HANDEL:  Do you think there's

24   other information, privacy information of consumers, that

25   should also be required to have opt in versus opt out.

Page 135

 1          MR. SUNDAR PICHAI:  In general, I think a framework

 2     for privacy in which users have a sense of transparency,

 3     control and choice, and have a clear understanding of the

 4     tradeoffs they need to make, I think is very good for

 5     consumers and we would support that.

 6          REPRESENTATIVE KAREN HANDEL:  Okay.  And speaking

 7     of privacy and transparency, I'm trying to understand the

 8     difference between a paying customer for the Google Suites

 9     versus the free Gmail.  So when it comes to data collection,

10     are the criteria and the rules the same if you're on Google

11     Suites versus Gmail?

12          MR. SUNDAR PICHAI:  Gmail -- Google Suite is a -- a

13     broader suite of products than Gmail alone.  You know, we

14     have very specific policy -- policies around Gmail.  In

15     general, we don't as a company, we don't read your Gmail,

16     unless we have expressed consent from you, for example, to

17     investigate security or abuse related to an account.  On G

18     Suite.  We provide G Suite across many instances.  We have

19     clear policies against that, too.  We don't use it --

20          REPRESENTATIVE KAREN HANDEL:  All right.  But what

21     I'm asking is are the policies different?

22          MR. SUNDAR PICHAI:  We don't distinguish between.

23     So, for example, today we provide G Suite for free to many

24     educational institutions.  We don't use the data for -- from

25     within G Suite for advertising.

Page 150

1    American people.  You have the ability to mold and shape how

2    we think, the decisions we make, what we buy.  But let me

3    just remind you and others, that America, with all of its

4    greatness, has enough problems and we have to make sure that

5    the gift of Google is used.  The service that you provide is

6    a responsible one.  In your own statement you said, that the

7    American people have the ability to use technology to

8    improve their lives.  So that tells me Google helps to solve

9    problems, not create problems.

10           My concern specifically centers around the

11   protection of the consumers, because Google certainly would

12   not be anything without the consumer.  So the protection of

13   the data, their information, the -- the level of service

14   that you provide.  And I know we've talked a lot today about

15   data collection and how it's used, and if the settings are

16   in place, then it's not collected.

17           So let me just understand, really starting with the

18   chairman's questions, which I thought was a -- a good

19   opening for us.  If a consumer tells you not to collect

20   their data, then you do not collect the data; is that

21   correct?

22           MR. SUNDAR PICHAI:  That's -- that's right.

23           REPRESENTATIVE VAL DEMINGS:  Okay.  And how does

24   Google or does Google allow advertisers to target ads based

25   on sensitive factors, like race, ethnicity, religious,

Page 153

1    safety is an area where we actively collaborate with law

2    enforcement agency.  So fraud, malware and, you know,

3    depending on the area, we engage and we support them through

4    efforts they are trying to do.  The opioid crisis is a good

5    example of an area where we are doing a lot of work with law

6    enforcement.

7         REPRESENTATIVE VAL DEMINGS:  What do you think is

8    the main area where Google could improve to better help the

9    consumer?

10        MR. SUNDAR PICHAI:  I always --

11        REPRESENTATIVE VAL DEMINGS:  To better protect the

12   consumer.

13        MR. SUNDAR PICHAI:  I always think, you know,

14   privacy is an area where we think is sacrosanct and we've

15   done a lot for users over the years, but it's an area where

16   expectations are constantly evolving, and we are, as a

17   company, needing to evolve and adapt to it.  And so, it's an

18   area we're committed to doing better.  But it's an area I

19   want to acknowledge that there's more to do, and that it's

20   never done, and -- and something we are committed to doing

21   better.

22        REPRESENTATIVE VAL DEMINGS:  Again, thank you.

23   And, Mr. Chairman, I yield back.

24        CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  The

25   gentlelady yields back.  The Chair now recognizes the

1    would ask if -- if -- because I'm running out of time.  But

2    instead of -- instead of me as a consumer or anyone as a

3    consumer, giving you the privacy right up front, why don't

4    you -- why don't you be more honest with me, tell me exactly

5    what information has been collected, what information you

6    want to share and then allow me to decide how much of that

7    information I would like to share as a consumer?

8            MR. SUNDAR PICHAI:  Congressman, I agree with that

9    sentiment.  And, in fact, what we precisely do is actually,

10    we are very transparent and like, we make it very easy.  You

11    go to your account settings.  We clearly tell the categories

12    and you can click and see the information we have.  You can

13    turn it on or off, but we want to do better.  And, you

14    know --

15            REPRESENTATIVE JOHN RUTHERFORD:  Yeah, but there

16    are areas where information is being collected, even if I

17    have -- I have the particular sites turned off.  There's

18    still information being collected through some of these

19    other passive systems that you've -- that you've contracted

20    with, correct?

21            MR. SUNDAR PICHAI:  We -- we are pretty explicit

22    about data, which we collect and we give protections for you

23    to turn them on or off.  And even when you use a product

24    like Chrome or Gmail, you know, we -- we are -- or Google

25    Home, we're very clear about the data we collect and we

1    reflect it back to the user, of the data we have on them.

2    And -- and we try to be transparent.

3                REPRESENTATIVE JOHN RUTHERFORD:  I -- I can just

4    say and my times out, but I -- I would tell you this.  I

5    would much rather be giving permission after I know what

6    information I'm -- I'm giving up.  So thank you very much

7    again, and I appreciate your time.  I yield back, Mr.

8    Chairman.

9                CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Chair

10   thanks the gentleman, recognizes the gentlewoman from

11   Alabama, Ms. Roby, for five minutes.

12               REPRESENTATIVE MARTHA ROBY:  Thank you, Mr.

13   Chairman.  Thank you.  I'm just going to build upon what my

14   colleague was just talking about and use a specific example.

15               In June of 2016, Google changed its privacy policy

16   to allow for combining the DoubleClick Cookie information

17   with quote "personal identifiable information."  Before this

18   change, the cookies that tracked people across the web, we

19   were not melded with other consumer information Google got

20   from searches or Android phone use.  And it's my

21   understanding that when Google purchased DoubleClick,

22   representations were made that Google would keep the data

23   separate.

24               The point here is, you've heard from many people

25   concerns today about the consumer and what the consumer

1            CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I have a

2    question about preloaded apps.  Do you have agreements with

3    the companies that -- I mean, Amazon might have an app that

4    they put on your platform.  Do you have a data sharing

5    agreement with them?  Do they get the information and you

6    get the information that's generated by their app, as well?

7    How does that work?

8            MR. SUNDAR PICHAI:  We don't have any special

9    agreements with respect to user data, as part of preloading

10   any application.

11           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  So if

12   another -- somebody puts an app on your platform, they do it

13   with your permission; is that correct?

14           MR. SUNDAR PICHAI:  Not necessarily, you know.  So,

15   for example, our -- a device manufacturer can preload

16   applications on -- on Android and, you know, it's up to them

17   and the app developer to do so.

18           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  All right.

19   Do -- if they operate on your operating system, do you get

20   the information, as well as, the app owner?

21           MR. SUNDAR PICHAI:  Of -- of information about

22   what's happening within that application.

23           CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Right.

24           MR. SUNDAR PICHAI:  Unless there -- there may be

25   specific cases where the user is given as diagnostic

1    information.  So the answer would depend on the context, but

2    in general, no.  I mean, the relationship is between the

3    user and the app developer.

4              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  So if you

5    get an app that gathers information on a specific thing,

6    that's not also coming to Google, as well as, to the -- the

7    developer of the app?

8              MR. SUNDAR PICHAI:  In a general sense, no.

9              CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  All right.

10   And then finally, and this you can -- you can write to us a

11   written answer, because it's a very lengthy answer, I

12   believe.  But I'm interested in knowing -- I know you've had

13   a lot of difficulties in Europe of late.  And I'm interested

14   in knowing how your policy in Europe differs from your

15   policy in The United States.

16             MR. SUNDAR PICHAI:  I'm happy to have it -- I think

17   it's a pretty extensive topic.  I'm happy to have follow up

18   on that -- that area back to -- back to your office.

19             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Okay.

20   Yes, we would appreciate that.  We'll give you some written

21   questions, that other members have provided.  We'll have

22   some more of our own, and we would ask that you respond to

23   those promptly.

24             MR. SUNDAR PICHAI:  We definitely will.

25             CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you.