COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**GOOGLE'S DISCOVERY DESIGNATIONS**<br><br>Dept:     3, 17th Fl.<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Interrogatories (ROG) | 2021-03-17 Anibal Rodriguez Responses to Google LLC ROG-1, No. 1 | B, V, MIS, MIL, R, 403 |
| Interrogatories (ROG) | 2021-03-17 Anibal Rodriguez Responses to Google LLC ROG-1, No. 2 | B, V, MIS, MIL, R, 403 |
| Interrogatories (ROG) | 2021-03-17 Anibal Rodriguez Responses to Google LLC ROG-1, No. 3 | B, V, 403 |
| Interrogatories (ROG) | 2021-03-17 Julian Santiago Responses to Google LLC ROG-1, No. 1 | B, V, MIS, MIL, R, 403 |
| Interrogatories (ROG) | 2021-03-17 Julian Santiago Responses to Google LLC ROG-1, No. 2 | B, V, MIS, MIL, R, 403 |
| Interrogatories (ROG) | 2021-03-17 Julian Santiago Responses to Google LLC ROG-1, No. 3 | B, V, 403 |
| Interrogatories (ROG) | 2021-03-17 Sal Cataldo Responses to Google LLC ROG-1, No. 1 | B, V, MIS, MIL, R, 403. Plaintiffs also objected to Google's designation of Cataldo's responses on the ground that he will not be a class representative at trial. |
| Interrogatories (ROG) | 2021-03-17 Sal Cataldo Responses to Google LLC ROG-1, No. 2 | B, V, MIS, MIL, R, 403. Plaintiffs also objected to Google's designation of Cataldo's responses on the ground that he will not be a class representative at trial. |
| Interrogatories (ROG) | 2021-03-17 Sal Cataldo Responses to Google LLC ROG-1, No. 3 | B, V, 403. Plaintiffs also objected to Google's designation of Cataldo's responses on the ground that he will not be a class representative at trial. |
| Interrogatories (ROG) | 2021-03-17 Susan Harvey Responses to Google LLC ROG-1, No. 1 | B, V, MIS, MIL, R, 403 |
| Interrogatories (ROG) | 2021-03-17 Susan Harvey Responses to Google LLC ROG-1, No. 2 | B, V, MIS, MIL, R, 403 |
| Interrogatories (ROG) | 2021-03-17 Susan Harvey Responses to Google LLC ROG-1, No. 3 | B, V, 403 |
| Interrogatories (ROG) | 2021-10-08 Anibal Rodriguez Responses to Google LLC ROG-2, No. 4 | B, S, V, P, 403, MIL |
| Interrogatories (ROG) | 2021-10-08 Anibal Rodriguez Responses to Google LLC ROG-2, No. 5 | B, S, V, P, 403, MIL |
| Interrogatories (ROG) | 2021-10-08 Juliian Santiago Responses to Google LLC ROG-2, No. 4 | B, S, V, P, 403, MIL |
| Interrogatories (ROG) | 2021-10-08 Juliian Santiago Responses to Google LLC ROG-2, No. 5 | B, S, V, P, 403, MIL |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Interrogatories (ROG) | 2021-10-08 Sal Cataldo Responses to Google LLC ROG-2, No. 4 | B, S, V, P, 403, MIL. Plaintiffs also objected to Google's designation of Cataldo's responses on the ground that he will not be a class representative at trial. |
| Interrogatories (ROG) | 2021-10-08 Sal Cataldo Responses to Google LLC ROG-2, No. 5 | B, S, V, P, 403, MIL. Plaintiffs also objected to Google's designation of Cataldo's responses on the ground that he will not be a class representative at trial. |
| Interrogatories (ROG) | 2021-10-08 Susan Harvey Responses to Google LLC ROG-2, No. 4 | B, S, V, P, 403, MIL |
| Interrogatories (ROG) | 2021-10-08 Susan Harvey Responses to Google LLC ROG-2, No. 5 | B, S, V, P, 403, MIL |
| Interrogatories (ROG) | 2022-07-13 Anibal Rodriguez Responses to Google LLC ROG-3, No. 6 | P, 403 |
| Interrogatories (ROG) | 2022-07-13 Julian Santiago Responses to Google LLC ROG-3, No. 6 | P, 403, IOR |
| Interrogatories (ROG) | 2022-07-13 Julian Santiago Responses to Google LLC ROG-3, No. 7 | P, 403, IOR |
| Interrogatories (ROG) | 2022-07-13 Sal Cataldo Responses to Google LLC ROG-3, No. 6 | P, 403. Plaintiffs also objected to Google's designation of Cataldo's responses on the ground that he will not be a class representative at trial. |
| Interrogatories (ROG) | 2022-07-13 Sal Cataldo Responses to Google LLC ROG-3, No. 7 | P, 403. Plaintiffs also objected to Google's designation of Cataldo's responses on the ground that he will not be a class representative at trial. |
| Interrogatories (ROG) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC ROG-3, No. 6 | P, 403 |
| Interrogatories (ROG) | 2022-08-17 Anibal Rodriguez Responses to Google LLC ROG-4, No. 7 | B, S, CO, 403 |
| Interrogatories (ROG) | 2022-08-17 Anibal Rodriguez Responses to Google LLC ROG-4, No. 8 | B, S, CO, 403 |
| Interrogatories (ROG) | 2022-08-17 Julian Santiago Responses to Google LLC ROG-4, No. 8 | B, S, CO, 403 |
| Interrogatories (ROG) | 2022-08-17 Julian Santiago Responses to Google LLC ROG-4, No. 9 | B, S, CO, 403 |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Interrogatories (ROG) | 2022-08-17 Sal Cataldo Responses to Google LLC ROG-4, No. 8 | B, S, CO, 403. Plaintiffs also objected to Google's designation of Cataldo's responses on the ground that he will not be a class representative at trial. |
| Interrogatories (ROG) | 2022-08-17 Sal Cataldo Responses to Google LLC ROG-4, No. 9 | B, S, CO, 403. Plaintiffs also objected to Google's designation of Cataldo's responses on the ground that he will not be a class representative at trial. |
| Interrogatories (ROG) | 2022-08-17 Susan Lynn Harvey Responses to Google LLC ROG-4, No. 7 | B, S, CO, 403 |
| Interrogatories (ROG) | 2022-08-17 Susan Lynn Harvey Responses to Google LLC ROG-4, No. 8 | B, S, CO, 403 |
| Interrogatories (ROG) | 2022-10-31 Julian Santiago AMENDED Responses to Google LLC ROG-3, No. 6 | P, 403 |
| Interrogatories (ROG) | 2022-10-31 Julian Santiago AMENDED Responses to Google LLC ROG-3, No. 7 | P, 403 |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 1 | None |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 2 | None |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 3 | R, 403, MIL |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 4 | R, 403, MIL |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 5 | R, 403, MIL |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 6 | None |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 7 | 403, D |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 8 | None |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 9 | D, 403 |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 10 | None |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 11 | None |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 12 | None |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 13 | None |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 14 | R, 403, V, MIL |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 15 | R, 403, V, MIL, D |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 16 | R, 403, V, MIL, D |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 17 | R, 403, V, MIL, D |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 18 | R, 403, MIL, CO |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 19 | R, 403, MIL, D, CO |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 20 | R, 403, MIL, D, CO |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 21 | R, 403, MIL, D, CO |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 22 | R, 403 |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 23 | R, 403 |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 24 | MIS, 403 |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 25 | MIS, D, 403 |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 26 | R, 403, MIL, V |
| Request for Admissions (RFA) | 2021-06-11 Anibal Rodriguez Responses to Google LLC RFA-1, No. 27 | V, R, 403, MIL |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 1 | None |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 2 | 403, D |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 3 | None |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 4 | D, 403 |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 5 | None |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 6 | None |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 7 | None |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 8 | 403 |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 9 | R, 403, V, MIL |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 10 | R, 403, V, MIL, D |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 11 | R, 403, V, MIL, D |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 12 | R, 403, V, MIL, D |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 13 | R, 403, MIL, CO |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 14 | R, 403, MIL, D, CO |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 15 | R, 403, MIL, D, CO |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 16 | R, 403, MIL, D, CO |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 17 | R, 403 |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 18 | R, 403 |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 19 | MIS, 403 |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 20 | MIS, D, 403 |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 21 | R, 403, MIL, V |
| Request for Admissions (RFA) | 2021-06-11 Julian Santiago Responses to Google LLC RFA-1, No. 22 | V, R, 403, MIL |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, Nos. 1-22 | Plaintiffs object to all of Mr. Cataldo's designations on the ground that he will not be a class represenative at trial. In addition, Plaintiffs raise the below objections |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 1 | Plaintiffs object on the ground that Cataldo will not be a class represenative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 2 | 403, D |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 3 | Plaintiffs object on the ground that Cataldo will not be a class represenative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 4 | D, 403 |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 5 | Plaintiffs object on the ground that Cataldo will not be a class represenative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 6 | Plaintiffs object on the ground that Cataldo will not be a class represenative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 7 | Plaintiffs object on the ground that Cataldo will not be a class represenative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 8 | Plaintiffs object on the ground that Cataldo will not be a class represenative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 9 | R, 403, V, MIL. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 10 | R, 403, V, MIL, D. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 11 | R, 403, V, MIL, D. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 12 | R, 403, V, MIL, D. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 13 | R, 403, MIL, CO. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 14 | R, 403, MIL, D, CO. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 15 | R, 403, MIL, D, CO. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 16 | R, 403, MIL, D, CO. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 17 | R, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 18 | R, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 19 | MIS, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 20 | MIS, D, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 21 | R, 403, MIL, V. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Sal Cataldo Responses to Google LLC RFA-1, No. 22 | V, R, 403, MIL. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 1 | None |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 2 | 403, D |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 3 | None |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 4 | D, 403 |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 5 | None |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 6 | None |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 7 | None |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 8 | None |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 9 | R, 403, V, MIL |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 10 | R, 403, V, MIL, D |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 11 | R, 403, V, MIL, D |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 12 | R, 403, V, MIL, D |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 13 | R, 403, MIL, CO |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 14 | R, 403, MIL, D, CO |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 15 | R, 403, MIL, D, CO |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 16 | R, 403, MIL, D, CO |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 17 | R, 403 |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 18 | R, 403 |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 19 | MIS, 403 |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 20 | MIS, D, 403 |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 21 | R, 403, MIL, V |
| Request for Admissions (RFA) | 2021-06-11 Susan Lynn Harvey Responses to Google LLC RFA-1, No. 22 | V, R, 403, MIL |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 28 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 29 | R, 403, D |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 30 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 31 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 32 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 33 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 34 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 35 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 36 | None |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 37 | D, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 38 | V, D, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 39 | V, D, 403 |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 40 | R, 403, V |
| Request for Admissions (RFA) | 2022-07-13 Anibal Rodriguez Responses to Google RFA-2, No. 41 | R, 403, V |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 23 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 24 | R, 403, D |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 25 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 26 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 27 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 28 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 29 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 30 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 31 | None |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 32 | D, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 33 | V, D, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 34 | V, D, 403 |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 35 | R, 403, V |
| Request for Admissions (RFA) | 2022-07-13 Julian Santiago Responses to Google LLC RFA-2, No. 36 | R, 403, V |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, Nos. 23-36 | Plaintiffs object to all of Mr. Cataldo's designations on the ground that he will not be a class represenative at trial. In addition, Plaintiffs raise the below objections |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 23 | R, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 24 | R, 403, D. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 25 | R, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 26 | R, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 27 | R, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 28 | R, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 29 | R, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 30 | R, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 31 | Plaintiffs object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 32 | D, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 33 | V, D, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 34 | V, D, 403. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 35 | R, 403, V. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Sal Cataldo Responses to Google LLC RFA-2, No. 36 | R, 403, V. Plaintiffs also object on the ground that Cataldo will not be a class representative at trial. |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 23 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 24 | R, 403, D |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 25 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 26 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 27 | R, 403 |

| Discovery Type | Defendant's Affirmative Designations | Plaintiffs' Objections |
|---|---|---|
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 28 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 29 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 30 | R, 403 |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 31 | None |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 32 | D, 403 |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 33 | V, D, 403 |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 34 | V, D, 403 |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 35 | R, 403, V |
| Request for Admissions (RFA) | 2022-07-13 Susan Lynn Harvey Responses to Google LLC RFA-2, No. 36 | R, 403, V |

| Code | Code Objection |
|------|----------------|
| 403 | Pursuant to Fed. R. Evid. 403, the danger of unfair |
| B | The discovery request is overly broad and/or unduly |
| CO | The discovery request and response are compound |
| D | The discovery request is duplicative of other discovery |
| I | Pursuant to Fed. R. Evid. 106, the designation is incomplete, |
| IOR | The designation is to an earlier version of a response that |
| MIL | For the reasons set forth in Google's motions in limine, the |
| MIS | The discovery request mischaracterizes the evidence |
| NPE | The designation consists of a negative contention, and thus |
| O | The discovery request calls for an expert opinion, rendering |
| P | The discovery request seeks information protected from |
| R | Pursuant to Fed. R. Evid. 402, the subject matter of the |
| S | The discovery request calls for speculation |
| V | The discovery request is vague and/or ambiguous |