| | |
|---|---|
| **COOLEY LLP**<br>BENEDICT Y. HUR (SBN: 224018)<br>bhur@cooley.com<br>SIMONA AGNOLUCCI (SBN: 246943)<br>sagnolucci@cooley.com<br>EDUARDO E. SANTACANA (SBN: 281668)<br>esantacana@cooley.com<br>ARGEMIRA FLÓREZ (SBN: 331153)<br>aflórez@cooley.com<br>HARRIS MATEEN (SBN 335593)<br>hmateen@cooley.com<br>ISABELLA MCKINLEY CORBO (SBN 346226)<br>icorbo@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>*Attorneys for Defendant*<br>*GOOGLE LLC* | **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6858<br>Fax: (415) 999-9695<br><br>**SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (admitted *pro hac vice*)<br>srabin@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (admitted *pro hac vice*)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, *al.* individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>               Defendant. | Case No. 3:20-CV-04688 RS<br><br>**TRIAL PROCESS STIPULATIONS**<br><br>Pretrial Conf.: July 23, 2025<br>Time:         10:00am PT<br>Ctrm:         3 - 17th Floor<br>Judge:       Hon. Richard Seeborg<br><br>Action filed:  July 14, 2020<br>Trial Date:   August 18, 2025 |

Plaintiffs Anibal Rodriguez, Julian Santiago, and Susan Lynn Harvey ("Plaintiffs") and Defendant Google LLC ("Defendant") hereby stipulate that:

1. All bates-stamped documents produced by the Parties and listed on the joint exhibit list shall be deemed to be true and correct copies of documents maintained in the producing party's files as of the date that party collected the document(s) under Federal Rule of Evidence 901, unless an opposing party raises a good faith objection to authenticity as to any document or based on evidence adduced at trial. All other objections to trial exhibits are preserved.

2. Except for expert witnesses, Named Plaintiffs, and a designated representative for Google (currently anticipated by Google to be Steve Ganem), witnesses will be excluded from the courtroom during trial until they are excused.

3. A neutral introduction may be made before the testimony of each witness who testifies by deposition designation that identifies the witness's name, title, and current employment status.

4. For deposition designations, the Party calling the witness by deposition shall, no later than 5:00 p.m. PT three calendar days before the witness is to be called at trial, serve a chart of the deposition testimony it expects to play and the exhibits it expects to introduce with the designations, with a listing of all previously served objections and counter-designations. The Parties may use copies of certified deposition transcripts rather than the originals. The Parties will meet and confer promptly to narrow their disputes and identify any remaining objections to be presented to the Court in a joint report to be filed by 8:00 p.m. PT two calendar days before the testimony is expected to be played at trial, which includes a copy of the entire deposition testimony of the witness at issue, clearly highlighting the designations, counter-designations, exhibits and any remaining objections, as well as a brief indication of the basis for the objection and the offering Party's response to it.

5. Each Party must identify any witnesses they intend to call (live or by deposition) in the good-faith anticipated order in which they will be presented, no later than 5:00 p.m. PT three calendar days before the day on which the witnesses will testify.

6. Each Party must identify any exhibits or demonstratives they anticipate in good faith they will use or offer into evidence during their examination of a witness they control or employ(ed) by 5:00 p.m. three calendar days before they anticipate that witness will be called (live or by deposition), except that Google may have until 8:00 a.m. the day after Plaintiffs disclose they intend to call a Google witness adversely. The Parties shall promptly confer regarding any unresolved objections to such exhibits and/or previously-disclosed demonstratives to narrow their disputes and identify any remaining objections to be presented to the Court in a joint report to be filed by 8:00 p.m. one calendar day before the calling party plans to call that witness.

7. For clarity, the disclosure obligation in paragraph 6 above shall not apply to exhibits and demonstratives intended to be used (1) with witnesses called adversely (e.g., a current or former Google employee being called by Plaintiffs during their case-in-chief), (2) on cross-examination of a witness the party does not control, (3) solely for impeachment,

or (4) re-direct of a witness the party controls and calls during their case so long as the re-direct is limited to the scope of cross-examination. In addition, when Plaintiffs call Google witnesses adversely in Plaintiffs' case, Google will disclose the materials required by Paragraph 6 above for their initial direct examination, but will not be obligated to do so for their re-direct, if any, so long as Google's re-direct is limited to the scope of Plaintiffs' re-cross, if any.

IT IS SO STIPULATED.

Dated: August 15, 2025

Respectfully submitted,

COOLEY LLP

By:   /s/ Eduardo Santacana
      Benedict Y. Hur
      Simona Agnolucci
      Eduardo E. Santacana
      Argemira Flórez

| | |
|---|---|
| | Harris Mateen |
| | Isabella Mckinley Corbo |
| | *Attorneys for Defendant* |
| | *GOOGLE LLC* |
| Dated: August 15, 2025 | BOIES SCHILLER FLEXNER LLP |
| | By:  */s/ Mark C. Mao* |
| | Mark C. Mao |
| | Beko Reblitz-Richardson |
| | *Attorneys for Plaintiffs* |

**FILER'S ATTESTATION**

I, Mark C. Mao, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 15, 2025                    By: /s/ Mark C. Mao