# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| **Date:** 8/15/2025 | **Time:** 1 H | **Judge:** RICHARD SEEBORG |
|---|---|---|
| **Case No.:** 20-cv-04688-RS | **Case Name:** Rodriguez v. Google LLC | |

**Attorney for Plaintiff:** David Boies, John Yanchunis, Alison Anderson,
**Attorney for Defendant:** Ben Hur, Simona Agnolucci, Eduardo Santacana, Mike Attanasio, Thilini Chandrasekera

**Deputy Clerk:** Karen Hom           **Court Reporter:** Ana Dub

## PROCEEDINGS

Final Pretrial Conference re: Juror questionnaires/Excusals: – Held

The following jurors were excused: 57, 29, 118, 76, 72, 35, 88, 42, 26, 117, 64,69, 54, 71, 52, 57, 58, 14, 48, 110, 108, 24, 4, 65, 5, 90, 128, 49, 53, 74

Counsel will receive the random list of jurors that will exclude the excused jurors.

On the day of jury selection, court will call the case before the jury venire is brought to the courtroom to discuss any housekeeping issues. The jury venire will be brought to the courtroom, and the clerk will take attendance and then seat the first 14 jurors in the jury box.
After the 14 jurors have been seated the Court will address the jury venire and questioning will begin. Counsel will have 15-20 minutes, per side, to ask questions.

Any excused juror(s) for cause will be replaced, and counsel can do follow up questions only as to the replaced juror(s).

Each side will have a total of 20 trial hours that includes opening and closing statements.