# EXHIBIT A

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No.: 3:20-cv-04688-RS

**DECLARATION OF SUSAN HARVEY**

Judge: Hon. Richard Seeborg
Date:
Time:
Location:

1    I, Susan Harvey, declare as follows.

2    1.    My name is Susan Harvey.  I am over eighteen years of age and am competent to

3    testify to and have personal knowledge of the facts set forth herein.

4    2.    I am a plaintiff in this lawsuit against Google, LLC ("Google") and was appointed

5    a class representative.  Dkt. 352.

6    3.    I was deposed in this lawsuit on October 27, 2022.

7    4.    During that deposition, because my anxiety levels were raised, I had to take

8    frequent breaks to reduce my anxiety and continue with the deposition.

9    5.    My anxiety levels remained high after my deposition.  Six days after my

10    deposition, I suffered a stroke.  This first stroke caused temporary paralysis to the left half of my

11    body, and I was rushed to the hospital via ambulance.

12    6.    While I was still in the hospital, two days after the first stroke, I suffered a second

13    stroke.  This second stroke again caused temporary paralysis to the left half of my body.

14    7.    I was told by my doctor that the stress of the deposition contributed to these

15    strokes.

16    8.    Around Christmas of 2022 (two months after my deposition) I suffered a third

17    stroke.  This third stroke caused temporary paralysis to my entire body.

18    9.    Since my first (and subsequent) strokes, I have been treated to reduce the

19    likelihood of further strokes and restore my health.  I see my doctors on approximately a monthly

20    basis, and they continue to monitor and treat those medical conditions with multiple medications.

21    10.    My doctors have not cleared me to testify at trial due to my medical conditions

22    and have told me to avoid stress whenever possible.

23    11.    Based upon my medical history, conditions and how I currently feel, I do not

24    believe I can safely testify in this case.

25    12.    Google sent a process server to my personal residence at approximately 9:00 P.M.

26    and served me with a trial subpoena commanding me to return to San Francisco on August 19,

27    2025 for trial.  This experience caused me additional anxiety and distress.

28

1
DECLARATION OF SUSAN HARVEY
3:20-cv-04688-RS

13.     The process server did not simply provide me with the trial subpoena.  Instead, the process server engaged in conversation with me, including telling me that Google would give me $300 to come to Court and testify for them.  The process server also told me that Google would help me set up remote video capabilities so that I could testify remotely (and keep the $300).  I told the process server I could not testify for health reasons and refused the $300 check. The process server left my residence but left the check under my doormat.

14.     Throughout this whole interaction I was very anxious and stressed out.  After the process server left, I immediately called my lawyers.  I reiterated that I cannot testify in this case because of my health conditions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 17th day of August, 2025, at Chowchilla, California.

*Susan Lynn Harvey*