1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (CA Bar No. 236165)
Beko Reblitz-Richardson (CA Bar No. 238027)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson (CA Bar No. 275334)
Samantha Parrish (CA Bar No. 318681)
M. Logan Wright (CA Bar No. 349004)
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.: 3:20-cv-04688-RS

**DECLARATION OF ALEXANDER FRAWLEY ISO PLAINTIFFS' MOTION *IN LIMINE* 9**

The Honorable Richard Seeborg
Courtroom 3 – 17th Floor
Date: August 17, 2025

1

**DECLARATION OF ALEXANDER FRAWLEY**

2      I, Alexander Frawley, declare as follows:

3      1.      I am an associate with the law firm of Susman Godfrey L.L.P, counsel for Plaintiffs

4  in this matter.  I am an attorney at law duly licensed to practice before all courts of the State of

5  New York, and admitted *pro hac vice* in this case. (Dkt No. 81).

6      2.      I submit this Declaration in Support of Plaintiffs' Motion *In Limine* Number 9 to

7  Exclude Any Reference to the Untimely Disclosed "Privacy and Terms" Document.

8      3.      Attached hereto as **Exhibit 1** are true and accurate excerpts from the proposed

9  David Monsees "demonstrative," which Google sent to Plaintiffs on August 17, 2025.

10      4.      Attached hereto as **Exhibit 2** is a true and accurate copy of Google's proposed trial

11  exhibit G0921. The document was lodged in the Federal Court of Australia on November 26, 2020.

12  According to the metadata of the document, the author is Corrs Chambers Westgarth, which is a

13  law firm based in Sydney Australia. *See* https://www.corrs.com.au/

14      5.      Attached hereto as **Exhibit 3** are true and accurate excerpts from the proposed

15  opening statement slides which Google disclosed to Plaintiffs on August 17, 2025.

16      6.      Attached hereto as **Exhibit 4** is a true and accurate copy of Plaintiffs' Third Set of

17  Interrogatories to Google LLC, served on March 17, 2021.

18      7.      Attached hereto as **Exhibit 5** is a true and accurate copy of Google's Second

19  Supplemental Responses and Objections to Plaintiffs' Third Set of Interrogatories, served on April

20  28, 2023.

21      I declare under penalty of perjury under the laws of the United States of America that the

22  foregoing is true and correct. Executed this 17th day of August, at San Francisco, California.

23

24                                    */s/ Alexander Frawley*

25

26

27

28

1