# Exhibit #1



## Data we process when you use Google

- When you set up a Google Account, we store information you give us like your name, email address, and telephone number.
- When you use Google services to do things like write a message in Gmail or comment on a YouTube video, we store the information you create.
- When you search for a restaurant on Google Maps or watch a video on YouTube, for example, we process information about that activity – including information like the video you watched, device IDs, IP addresses, cookie data, and location.
- We also process the kinds of information described above when you use apps or sites that use Google services like ads, Analytics, and the YouTube video player.

## You're in control

Depending on your account settings, some of this data may be associated with your Google Account. Google treats this data as personal information.

Web & App Activity is turned on when you create your account, but you can change this and other settings by selecting "More options" below. You can always change your settings later by visiting account.google.com.