# Exhibit #2



UNITED STATES DISTRICT COURT
N.D. CAL.
CASE #: 3:20-CV-04688-RS

**G0921**

# NOTICE OF FILING

This document was lodged electronically in the FEDERAL COURT OF AUSTRALIA (FCA) on 26/11/2020 11:34:13 AM AEDT and has been accepted for filing under the Court's Rules. Details of filing follow and important additional information about these are set out below.

## Details of Filing

| | |
|---|---|
| Document Lodged: | Statement of Agreed Facts |
| File Number: | NSD1760/2019 |
| File Title: | AUSTRALIAN COMPETITION AND CONSUMER COMMISSION v GOOGLE LLC & ANOR |
| Registry: | NEW SOUTH WALES REGISTRY - FEDERAL COURT OF AUSTRALIA |



Dated: 26/11/2020 11:34:18 AM AEDT

Registrar

## Important Information

As required by the Court's Rules, this Notice has been inserted as the first page of the document which has been accepted for electronic filing. It is now taken to be part of that document for the purposes of the proceeding in the Court and contains important information for all parties to that proceeding. It must be included in the document served on each of those parties.

The date and time of lodgment also shown above are the date and time that the document was received by the Court. Under the Court's Rules the date of filing of the document is the day it was lodged (if that is a business day for the Registry which accepts it and the document was received by 4.30 pm local time at that Registry) or otherwise the next working day for that Registry.

**1**

GOOG-RDGZ-00154768

**Federal Court of Australia Proceeding NSD 1760 of 2019**
**Australian Competition and Consumer Commission v Google LLC & Anor**

## Annexure to Statement of Agreed Facts – Amended Screenshot Bundle

### Index

| Section | | Page |
|---|---|---|
| **Set up** | | |
| A | Set up – 1 January 2017 to 29 April 2018 | 2 |
| | A.13 Privacy and Terms | 15 |
| | A.20 Device location settings (Android 7) | 25 |
| | A.21 Device location settings (Android 8) | 29 |
| B | Set up – 30 April 2018 to 29 October 2019 | 41 |
| | B.15 Privacy and Terms | 56 |
| | B.16 Web & App Activity setting | 59 |
| | B.16 Location History setting | 61 |
| | B.23 Device location settings | 70 |
| **Settings** | | |
| C | Settings – 1 January 2017 to October 2018 | 84 |
| | C.7 Device location settings | 94 |
| | C.19 Google Account | 106 |
| | C.22 Web & App Activity | 110 |
| | C.25 Location History | 113 |
| | C.34 My Activity | 122 |
| | C.39 Timeline | 127 |
| D | Settings – October 2018 to 29 October 2019 | 137 |
| | D.4 Device location settings | 142 |
| | D.14 Google Account | 153 |
| | D.16 Web & App Activity | 161 |
| | D.19 Location History | 166 |
| | D.22 My Activity | 171 |
| | D.24 Timeline | 175 |
| **Annexures** | | |
| E | Privacy Policy and Terms of Service | |
| | E.1 Privacy Policy | 183 |
| | E.3 Terms of Service | 219 |
| F | Help Articles | 224 |

GOOG-RDGZ-00154769

Index

## A.    Set up – 1 January 2017 to 29 April 2018

A.1



When a user turned on a device for the first time, they would see this screen, on which they could change their language and vision settings.

When a user tapped 'Let's go', they would access screens asking them to connect to a mobile network by inserting a SIM card (shown on page 3) and/or connect to a Wi-Fi network (shown on page 4).

Once a user had connected to a mobile or Wi-Fi network, a user would see the screen on page 5.

**3**

GOOG-RDGZ-00154770

**A. Set up – 1 January 2017 to 29 April 2018**    Index

A.2



When a user tapped 'Let's go' on the initial screen on page 2, they saw this screen.

Once a user inserted a SIM card, or tapped 'Skip', they accessed the screen shown on page 4.

GOOG-RDGZ-00154771

**A. Set up – 1 January 2017 to 29 April 2018**                                                Index

A.3



When a user reached this screen, they were prompted to connect to a Wi-Fi network.

Once a user connected to a Wi-Fi network, or tapped 'Skip', they accessed the screen shown on page 5.

**5**

**A. Set up – 1 January 2017 to 29 April 2018** Index

A.4



After the screens shown on pages 3 and 4, a user would see the screen shown on this page.

Once a user had connected the device to a mobile or Wi-Fi network, the device would check for any Android software updates available online.

Once this process was finished, a user would see the screen shown on page 6.

**A. Set up – 1 January 2017 to 29 April 2018**                                   <u>Index</u>

A.5



After the device checked for any Android software updates available online, a user would be given the option to copy their apps & data from an existing device or a cloud storage location, or to skip this step by tapping 'Set up as new'.

If a user tapped 'Set up as new', they would access the screen shown on page 7.

**A. Set up – 1 January 2017 to 29 April 2018**          Index

A.6



Once this process finished, a user would see the screen shown on page 8.

GOOG-RDGZ-00154775

**A. Set up – 1 January 2017 to 29 April 2018**                                    <u>Index</u>

A.7



At this point in the setup process, a user would be prompted to:
- sign in to an existing Google Account;
- create a new Google Account; or
- skip this step.

If a user tapped 'Learn more', they would see a pop up message with the following text:
*Your device works better with a Google Account:*
- *Download apps, music, games and other content from Google Play*
- *Back up your apps to Google, and sync Google services like Calendar and Contacts with your device*

If an Account Holder opted to sign in to an existing Google Account, they would enter the email address or phone number associated with their Google Account, tap 'Next', and would see the screen shown on page <u>18</u>.

If a user opted to create a new Google Account, they would tap 'Create account', and would see the options shown on page <u>9</u>.

If a user opted to skip this step and set up their device without signing in to a Google Account, they would tap 'Skip'. If a user tapped 'Skip', they would see a pop up message with the following text:
**Skip account setup?**
*Without a Google Account, you won't be able to:*
- *Download apps, music, games and other content from Google Play*
- *Back up your apps to Google, and sync Google services like Calendar and Contacts with your device*

The pop up message contained two options: '*Go back*', and '*Skip*'. If a user tapped '*Go back*' in the pop up message, the pop up message closed, and they returned to the screen on this page.

If a user tapped 'Skip', they would proceed to the screen shown on page <u>20</u>.

GOOG-RDGZ-00154776

**A. Set up – 1 January 2017 to 29 April 2018**                    Index

A.8



After tapping 'Create account', a user would see the two options shown on this screen.

If a user tapped 'For myself', they would access the screen shown on page 10.

If a user tapped 'For my child', they would be prompted to set up a Google Account that could be supervised and restricted by a parent.

GOOG-RDGZ-00154777

**A. Set up – 1 January 2017 to 29 April 2018**                    Index

A.9



If a user chose to create an account for themselves (on page 9), they would be prompted to enter their name, and on the following screen (on page 11), their date of birth and gender.

When a user had entered their name, they could tap 'Next' and access the screen shown on page 11.

GOOG-RDGZ-00154778

**A. Set up – 1 January 2017 to 29 April 2018**                                   Index

A.10



Once a user had entered a date of birth and gender, they could tap 'Next' and access the screen shown on page 12.

**12**

GOOG-RDGZ-00154779

**A. Set up – 1 January 2017 to 29 April 2018**                Index

A.11



After entering their name, date of birth and gender, a user would be prompted to create a Gmail address. Alternatively, a user could tap 'Use phone number' at the bottom of the screen.

Once a user had created a Gmail address, they could tap 'Next' and would be prompted to create a password for their Google Account.

After a user had created a password, they would access the screen shown on page 13.

GOOG-RDGZ-00154780

**A. Set up – 1 January 2017 to 29 April 2018**

Index

A.12    (i)



After a user had entered their basic details and created a password, they were given an option to add their phone number to their Google Account.

(This screen is continued on the next page. A user would access the next page by scrolling down.)

GOOG-RDGZ-00154781

**A. Set up – 1 January 2017 to 29 April 2018**                                    <u>Index</u>

A.12    (ii)



If a user tapped 'Yes, I'm in', they would access a screen that prompted them to add their phone number to their Google Account. After adding their mobile number to their Google Account, the user would then access the screen shown on page 15.

If a user tapped 'Skip', they proceeded directly to the screen shown on page 15.

GOOG-RDGZ-00154782

**A. Set up – 1 January 2017 to 29 April 2018** Index

A.13     (i)



> **Google**
>
> **Privacy and Terms**
>
> By choosing "I agree" below you agree to Google's Terms of Service.
>
> In addition, when you create an account, we process your information as described in our Privacy Policy, including these key points:
>
> **Data we process when you use Google**
> - When you set up a Google Account, we store information you give us like your name, email address and telephone number.
> - When you use Google services to do things like write a message in Gmail or comment on a YouTube video, we store the information you create.
> - When you search for a restaurant on Google Maps or watch a video on YouTube, for example, we process information about that activity – including information like the video you watched, device IDs, IP addresses, cookie data, and location.
> - We also process the kinds of information described above when you use apps or sites that use Google services like ads, Analytics, and the YouTube video player.

Before a user finished setting up their new Google Account, they would be asked to agree to the Terms of Service and the Privacy Policy, as shown on this page and page 16. A user would need to scroll down to the end of the screen on page 16 in order to accept or reject the terms.

If a user tapped 'Terms of service', they would see a pop up window setting out the Terms of Service. The Terms of Service from this period begin at page 219.

If a user tapped 'Privacy Policy', they would see a pop up window setting out the Privacy Policy. The versions of the Privacy Policy in place during this period begin at page 183.

(This screen is a recreation of the screen that was shown to users during this period. It is continued on the next page. A user would access the next page by scrolling down.)

GOOG-RDGZ-00154783

**A. Set up – 1 January 2017 to 29 April 2018**                                   <u>Index</u>

A.13    (ii)

Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information. You can control how we collect and use this data at My Account (myaccount.google.com).

**Why we process it**
We process this data for the purposes described in our policy, including to:

- Help our services deliver more useful, customized content such as more relevant search results;
- Improve the quality of our services and develop new ones;
- Deliver ads based on your interests, including things like searches you've done or videos you've watched on YouTube;
- Improve security by protecting against fraud and abuse; and
- Conduct analytics and measurement to understand how our services are used.

**Combining data**
We also combine data among our services and across your devices for these purposes. For example, we show you ads based on information from your use of Search and Gmail, and we use data from trillions of search queries to build spell-correction models that we use across all of our services.

Don't create the account                    

◁

If a user tapped 'our policy', they would access the Privacy Policy (which begins at page 183).

If a user tapped 'Don't create the account', they could proceed to set up their device without signing in to a Google Account.

If a user tapped 'I agree', they would access the screen shown on page 17.

(This screen is a recreation of the screen that was shown to users during this period.)

page 16

**17**

**A. Set up – 1 January 2017 to 29 April 2018**

A.14



If a user tapped 'Next', they would access the screen shown on page 20.

GOOG-RDGZ-00154785

**A. Set up – 1 January 2017 to 29 April 2018**                                        Index

A.15



If a user entered an email address or phone number associated with an existing Google Account and tapped 'Next' on the screen shown on page 8, they were shown this screen.

If a user entered the password for their existing Google Account and tapped 'Next' on this screen, they accessed the screen shown on page 19.

GOOG-RDGZ-00154786

**A. Set up – 1 January 2017 to 29 April 2018**                                          Index

A.16



After an Account Holder entered the password for an existing Google Account on the screen shown on page 18, they saw the screen on this page.

If an Account Holder tapped 'Terms of Service', they would see a pop up window setting out the Terms of Service. The Terms of Service from this period begin at page 219.

If an Account Holder tapped 'Privacy Policy', they would see a pop up window setting out the Privacy Policy. The versions of the Privacy Policy in place during this period begin at page 183.

When a user tapped 'I agree', they accessed the screen shown on page 20.

page 19

GOOG-RDGZ-00154787

**A. Set up – 1 January 2017 to 29 April 2018**                                    <u>Index</u>

A.17



After a user had signed in to their Google Account, created a new Google Account, or skipped those options, they could set up their device so that it could be unlocked with their fingerprint.

If a user tapped 'Next', they would be prompted to take steps to register a fingerprint that could be used to unlock their device, before accessing the screen on page 21.

If a user tapped 'Skip', they proceeded directly to the screen on page 21.

page 20

**21**

GOOG-RDGZ-00154788

**A. Set up – 1 January 2017 to 29 April 2018**                                        Index

A.18



When a user reached this screen, they could enter a PIN to secure their device, or skip this step.

Once a user completed this step, they could access the screen on page 22.

GOOG-RDGZ-00154789

**A. Set up – 1 January 2017 to 29 April 2018**                                    <u>Index</u>

A.19      (i)



(This screen is continued on the next page. A user would access the next page by scrolling down, or tapping 'More'.)

When a user reached this screen, they could review and change settings relating to some Google services. A user could change the toggle switch next to each setting to change the setting to either 'on' or 'off'. If a toggle was switched 'on', it would appear blue, as shown on this page. If a toggle was switched to 'off', it would appear grey.

The screens on this page and the following pages up to page <u>28</u> show these screens on a device operating Android 8 software during this period. A user could see a short summary of the setting, and tap an arrow next to the name of the setting to see a longer description.

The screens on pages <u>29</u> to <u>33</u> show the equivalent screens on a device operating Android 7 software during this period, which used a different layout. A user could see a short summary of the setting, and by tapping on the name/summary of the setting, see a longer description in a pop up message.

If a user tapped 'Privacy Policy', they would see a pop up window setting out the Privacy Policy. The versions of the Privacy Policy in place during this period begin at page <u>183</u>.

If a user tapped 'More', they would be shown the next part of the screen.

When a user reached the end of this screen (on page <u>24</u>), this button changed to read 'Agree'.

GOOG-RDGZ-00154790

**A. Set up – 1 January 2017 to 29 April 2018**                                                    <u>Index</u>

A.19      (ii)



If a user tapped 'Helps apps find location', they saw some additional information about the setting, as shown on page <u>25</u>.

If a user tapped 'Improve location accuracy', they saw some additional information about the setting, as shown on page <u>26</u>.

If a user tapped 'More', they would be shown the next part of the screen.

When a user reached the end of this screen (on page <u>24</u>), this button changed to read 'Agree'.

(This screen is continued on the next page. A user would access the next page by scrolling down, or tapping 'More'.)

GOOG-RDGZ-00154791

**A. Set up – 1 January 2017 to 29 April 2018**                                         <u>Index</u>

A.19    (iii)



If a user tapped 'Send system data', they saw some additional information about the setting, as shown on pages <u>26</u> and <u>27</u>.

When a user first accessed this screen, the button at the bottom of the screen read 'More' (as on pages <u>22</u> and <u>23</u>).

When a user had scrolled through the entire screen, this button changed to 'Agree'.

If a user tapped 'Agree', they would access the screen shown on page <u>34</u>.

**A. Set up – 1 January 2017 to 29 April 2018**                                    <u>Index</u>

A.20        (i)



As explained on page <u>22</u>, when a user reached this stage of the setup process, they could tap on an arrow next to the name of each setting to see a longer description.

The screens shown on this page and the following pages up to and including page <u>28</u> show the information a user could see if they tapped the arrow next to each named Google service.

When a user first accessed this screen, the button at the bottom of the screen read 'More' (as on pages <u>22</u> and <u>23</u>).

When a user had scrolled through the entire screen, this button changed to 'Agree'.

If a user tapped 'Agree', they would access the screen shown on page <u>34</u>.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154793

**A. Set up – 1 January 2017 to 29 April 2018**                                    Index

A.20      (ii)



This screen shows the expanded text that appeared if a user tapped the dropdown arrow next to 'Improve location accuracy'.

When a user first accessed this screen, the button at the bottom of the screen read 'More' (as on pages 22 and 23).

When a user had scrolled through the entire screen, this button changed to 'Agree'.

If a user tapped 'Agree', they would access the screen shown on page 34.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

## 27

GOOG-RDGZ-00154794

**A. Set up – 1 January 2017 to 29 April 2018**                                        Index

A.20     (iii)



This screen shows the expanded text that appeared if a user tapped the dropdown arrow next to 'Send system data'.

When a user first accessed this screen, the button at the bottom of the screen read 'More' (as on pages 22 and 23).

When a user had scrolled through the entire screen, this button changed to 'Agree'.

If a user tapped 'Agree', they would access the screen shown on page 34.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154795

**A. Set up – 1 January 2017 to 29 April 2018**          <u>Index</u>

A.20     (iv)



When a user first accessed this screen, the button at the bottom of the screen read 'More' (as on pages 22 and 23).

When a user had scrolled through the entire screen, this button changed to 'Agree'.

If a user tapped 'Agree', they would access the screen shown on page 34.

**A. Set up – 1 January 2017 to 29 April 2018**                              Index

A.21    (i)



As explained on page <u>22</u>, when a user reached this screen, they could review and change settings relating to Google services. A user could change the toggle switch next to each setting, shown here turned 'on' (in blue) to 'off' (causing them to turn grey).

The screens on this page and the following pages up to and including page <u>33</u> show screens on a device operating Android 7 software during this period. A user could see a short summary of the setting, and by tapping on the name/summary of the setting, see a longer description in a pop up message.

The screens that appeared on pages <u>22</u> to <u>28</u> show these screens on a device operating Android 8 software during this period, which used a different layout. A user could see a short summary of the setting, and tap an arrow next to the name of the setting to see a longer description.

If a user tapped the section starting 'Use Google's location service to help apps', they saw a pop up message, as shown on the screen on page <u>31</u>.

If a user tapped on the section starting 'Improve location accuracy', they saw a pop up message as shown on the screen on page <u>32</u>.

(This screen is continued on the next page. A user would access the next page by scrolling down.)

GOOG-RDGZ-00154797

**A. Set up – 1 January 2017 to 29 April 2018**                                    <u>Index</u>

A.21    (ii)



If a user tapped on the section beginning 'Help improve your Android experience', they saw a pop up message as shown on the screen on page 33.

If a user tapped 'Next', they would access the screen shown on page 34.

**A. Set up – 1 January 2017 to 29 April 2018**                    Index

A.22



If a user tapped the section starting 'Use Google's location service to help apps determine your location', shown on the screen on page 29, they saw the pop up message shown on this page.

When a user tapped 'Close', they would return to the screen shown on page 29.

GOOG-RDGZ-00154799

**A. Set up – 1 January 2017 to 29 April 2018**                                        Index

A.23



If a user tapped the section starting 'Improve location history', shown on the screens on pages 29 and 30, they saw the pop up message shown on this page.

When a user tapped 'Close', they would return to the screen shown on page 29.

GOOG-RDGZ-00154800

**A. Set up – 1 January 2017 to 29 April 2018**  Index

A.24



If a user tapped on the section beginning 'Help improve your Android experience', shown on the screen on page 30, they saw the pop up message shown on this screen.

When a user tapped 'Close', they would return to the screen shown on page 29.

**34**

GOOG-RDGZ-00154801

**A. Set up – 1 January 2017 to 29 April 2018**                    Index

A.25



When a user reached this screen, they could set up the Google Assistant tool.

If a user tapped 'No thanks', they would access the screen shown on page 40.

If a user tapped 'Get started', they would access the screen shown on page 35.

GOOG-RDGZ-00154802

**A. Set up – 1 January 2017 to 29 April 2018**                    Index

A.26        (i)



If a user chose to set up the Google Assistant tool, they would see this screen, with a summary of settings that needed to be turned on to use the Google Assistant. A user could tap an arrow next to the name of the setting to see a longer description.

If a user tapped the arrow next to 'Web & App Activity', they saw additional information about the setting, as shown on page 36.

If a user tapped the arrow next to 'Location History', they saw additional information about the setting, as shown on page 37.

If a user tapped 'More', they were prompted to scroll down the screen. When a user reached the end of the list of settings, the user was shown the screen on page 38.

page 35

GOOG-RDGZ-00154803

**A. Set up – 1 January 2017 to 29 April 2018**                                    <u>Index</u>

A.26        (ii)



(This screen is a recreation of the screen that was shown to users during this period)

As explained on page <u>35,</u> if a user chose to set up the Google Assistant tool, they could tap on an arrow next to the name of each setting to see a longer description.

A user could access this screen if they tapped the arrow next to 'Web & App Activity' on page <u>35.</u>

If a user tapped 'More', they were prompted to scroll down the screen. When a user reached the end of the list of settings, the user was shown the screen on page <u>38.</u>

**A. Set up – 1 January 2017 to 29 April 2018**                                          <u>Index</u>

A.26      (iii)



As explained on page <u>35</u>, if a user chose to setup the Google Assistant tool, they could tap on an arrow next to the name of each setting to see a longer description.

A user could access this screen if they tapped the arrow next to 'Location History' on page <u>35</u>.

If a user tapped 'More', they were prompted to scroll down the screen. When a user reached the end of the list of settings, the user was shown the screen on page <u>38</u>.

(This screen is a recreation of the screen that was shown to users during this period)

**38**

GOOG-RDGZ-00154805

**A. Set up – 1 January 2017 to 29 April 2018**                    <u>Index</u>

A.26        (iv)



If a user tapped 'More' on the screens shown on pages <u>35</u> to <u>37</u>, they were prompted to scroll down the screen and would be shown this screen when they reached the end of the list of settings.

If a user tapped 'Yes I'm in', each of the settings listed on this screen would be enabled and the user would access the screen on page <u>39</u>.

If a user tapped 'No thanks', the listed settings would not be changed, and the user would access the screen on page <u>40</u>.

(This screen is a recreation of the screen that was shown to users during this period)

GOOG-RDGZ-00154806

**A. Set up – 1 January 2017 to 29 April 2018**                                    Index

A.27



If a user tapped 'Yes I'm in' on the screen on page 38, they would access this screen.

If a user tapped 'Done', they completed their set up of the Google Assistant tool, and accessed the screen on page 40.

GOOG-RDGZ-00154807

**A. Set up – 1 January 2017 to 29 April 2018**    Index

A.28



After confirming their settings for Google services, a user would be shown this screen.

If a user tapped 'No, thanks', the set up process was complete, and a user would access the home screen of their device.

GOOG-RDGZ-00154808

Index

## B.     Set up – 30 April 2018 to 29 October 2019

B.1



When a user turned on a device for the first time, they would see this screen, on which they could change their language and vision settings.

When a user tapped 'Start', they would access screens asking them to connect to a mobile network by inserting a SIM card (shown on page 42) and/or connect to a Wi-Fi network (shown on page 43).

Once a user had connected to a mobile or Wi-Fi network, a user would see the screen on page 44.

GOOG-RDGZ-00154809

**B. Set up – 30 April 2018 to 29 October 2019**                                    <u>Index</u>

B.2



When a user tapped 'Start' on the initial screen on page <u>41</u>, they saw this screen.

Once a user inserted a SIM card, or tapped 'Skip', they accessed the screen shown on page <u>43</u>.

**43**

GOOG-RDGZ-00154810

**B. Set up – 30 April 2018 to 29 October 2019**                                      <u>Index</u>

B.3



When a user reached this screen, they were prompted to connect to a Wi-Fi network.

Once a user connected to a Wi-Fi network, or tapped 'Skip', they accessed the screen shown on page <u>44</u>.

GOOG-RDGZ-00154811

**B. Set up – 30 April 2018 to 29 October 2019**    Index

B.4



Once a user had connected the device to a mobile or Wi-Fi network, the device would check for any Android software updates available online.

Once this process was finished, a user would see the screen shown on page 45.

GOOG-RDGZ-00154812

**B. Set up – 30 April 2018 to 29 October 2019**          Index

B.5



After the device checked for any Android software updates available online, a user would be given the option to copy their apps & data from an existing device or the cloud by tapping 'Next', or to skip this step by tapping 'Don't copy'.

If a user tapped 'Don't copy', they would access the screen shown on page 46.

A user who tapped 'Next' would also access the screen shown on page 46, after copying their apps and data.

GOOG-RDGZ-00154813

**B. Set up – 30 April 2018 to 29 October 2019**     Index

B.6



Once this process finished, a user would see the screen shown on page 47.

GOOG-RDGZ-00154814

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.7



At this point, a user would be prompted to:

- sign in to an existing Google Account;
- create a new Google Account; or
- skip this step.

If a user tapped 'Learn more', they would see a pop up message, shown on page <u>48</u>.

If an Account Holder opted to sign in to an existing Google Account, they would enter the email address or phone number associated with their Google Account, tap 'Next', and would be prompted to enter their password. Once they had signed in to their Google Account, an Account Holder would proceed to the screen shown on page <u>66</u>.

If a user opted to create a new Google Account, they would tap 'Create account', and would see the options shown on page <u>49</u>.

If a user opted to skip this step and set up their device without signing in to a Google Account, they would tap 'Skip', and would see the screen shown on page <u>50</u>.

GOOG-RDGZ-00154815

## B. Set up – 30 April 2018 to 29 October 2019

Index

B.8



Your device works better with a Google Account:

Download apps, music, games, and other content from Google Play

Back up your apps to Google, and sync Google services like Calendar and Contacts with your device

Close

If a user tapped 'Learn more' on the screen shown on page 47, they would see this pop up message.

If a user tapped 'Close', they returned to the screen shown on page 47.

GOOG-RDGZ-00154816

**B. Set up – 30 April 2018 to 29 October 2019**          <u>Index</u>

B.9



After tapping 'Create account', a user would see the two options shown on this screen.

If a user tapped 'For myself', they would access the screen shown on page 51.

If a user tapped 'For my child', they would be prompted to set up a Google Account that could be supervised and restricted by a parent.

GOOG-RDGZ-00154817

**B. Set up – 30 April 2018 to 29 October 2019**          Index

B.10



If a user tapped 'Go back', they returned to the screen shown on page 47.

If a user tapped 'Skip', they proceeded to the screen shown on page 67.

GOOG-RDGZ-00154818

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.11



If a user chose to create a Google Account for themselves (on page 49), they would be prompted to enter their name, and on the following screen (on page 52), their date of birth and gender.

When a user had entered their name, they could tap 'Next' and access the screen shown on page 52.

GOOG-RDGZ-00154819

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.12



When a user had entered a date of birth and gender, they could tap 'Next' and access the screen shown on page 53.

**53**

GOOG-RDGZ-00154820

**B. Set up – 30 April 2018 to 29 October 2019**  Index

B.13



When a user had entered a sufficiently secure password, they could tap 'Next' and access the screen shown on page 54.

GOOG-RDGZ-00154821

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.14     (i)



Once a user had entered their basic details and created a password, they had the option to add their phone number to their Google Account.

(This screen is continued on the next page. A user would access the next page by scrolling down.)

**55**

GOOG-RDGZ-00154822

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.14     (ii)

> Receive video calls & messages
>
> G  Make Google services, including ads, more relevant to you
>
> **How it works**
>
> Google will occasionally verify your number by exchanging your device info with your operator or via SMS (charges may apply)
>
> Any number verified on this device will be added to your Google Account
>
> **You're in control**
>
> This won't make your number public
>
> You can always change your number, control how it's used or remove it in your Google account (account.google.com/phone)
>
> More options
>
> Skip                    Yes, I'm in
>
> ‹

If a user tapped 'Yes, I'm in', they would access a screen that prompted them to add their phone number to their Google Account. Once a user had added their phone number to their Google Account, the user would then access the screen shown on page 56.

If a user tapped 'Skip', they proceeded directly to the screen shown on page 56.

GOOG-RDGZ-00154823

**B. Set up – 30 April 2018 to 29 October 2019**                              <u>Index</u>

B.15     (i)



# Google

# Privacy and Terms

To create a Google Account, you'll need to agree to the Terms of Service below.
In addition, when you create an account, we process your information as described in our Privacy Policy, including these key points:

**Data that we process when you use Google**

- When you set up a Google account, we store information you give us like your name, email address and telephone number.
- When you use Google services to do things such as write a message in Gmail or comment on a YouTube video, we store the information that you create.
- When you search for a restaurant on Google Maps or watch a video on YouTube, for example, we process information about that activity – including information such as the video that you watched, device IDs, IP addresses, cookie data and location.
- We also process the kind of information described above when you use apps or sites that use Google services such as ads, Analytics and the YouTube video player.

**Why we process it**
We process this data for the purposes described in our policy, including to:

- Help our services deliver more useful, customised



(This screen is continued on the next page. A user would access the next page by scrolling down.)

Before a user finished setting up a new Google Account, they would be asked to agree to the Terms of Service and provided with a link to the Privacy Policy, as shown on this page and the following pages up to page <u>58</u>. A user would need to scroll down to the end of the screen on page <u>58</u> in order to accept or reject the terms.

If a user tapped 'Terms of Service', they would see a pop up window setting out the Terms of Service. The Terms of Service from this period begin at page <u>219</u>.

If a user tapped 'Privacy Policy' or 'our policy', they would see a pop up window setting out the Privacy Policy. The versions of the Privacy Policy in place during this period begin at page <u>183</u>.

The text on this page under the Privacy and Terms main heading changed over time.

Between **20 June 2018 and 2 July 2018**, some users were shown text that read: *By continuing, you agree to Google's Terms of Service.*

Between **30 April 2018 and 23 October 2018**, some users were shown text that read: *By choosing "I agree" below you agree to Google's Terms of Service.*

Between **16 July 2018** and **29 October 2019**, some users were shown the text as it appears on this page.

Between **8 March 2019 and 29 October 2019**, additional text appeared after the line *To create a Google Account, you'll need to agree to the Terms of Service below.* That additional text read: *You are also agreeing to the Google Play Terms of Service to enable discovery and management of apps.*

page 56

**57**

GOOG-RDGZ-00154824

**B. Set up – 30 April 2018 to 29 October 2019**                                    Index

B.15    (ii)

We process this data for the purposes described in our policy, including to:

- Help our services deliver more useful, customised content such as more relevant search results;
- Improve the quality of our services and develop new ones;
- Deliver personalised ads, depending on your account settings, both on Google services and on sites and apps that partner with Google;
- Improve security by protecting against fraud and abuse; and
- Conduct analytics and measurement to understand how our services are used. We also have partners that measure how our services are used. Learn more about these specific advertising and measurement partners.

**Combining data**
We also combine this data among our services and across your devices for these purposes. For example, depending on your account settings, we show you ads based on information about your interests, which we can derive from your use of Search and YouTube; and we use data from trillions of search queries to build spell-correction models that we use across all of our services.

**You're in control**
Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information. You can control how we collect and use this data now by clicking 'More Options' below. You can always adjust your controls later or withdraw your consent for the future by visiting My Account (myaccount.google.com).

‹

If a user tapped 'our policy', they would see a pop up window setting out the Privacy Policy. The versions of the Privacy Policy in place during this period begin at page 183.

(This screen is continued on the next page. A user would access the next page by scrolling down.)

GOOG-RDGZ-00154825

**B. Set up – 30 April 2018 to 29 October 2019**          <u>Index</u>

B.15    (iii)

apps that partner with Google;
- Improve security by protecting against fraud and abuse; and
- Conduct analytics and measurement to understand how our services are used. We also have partners that measure how our services are used. Learn more about these specific advertising and measurement partners.

**Combining data**
We also combine this data among our services and across your devices for these purposes. For example, depending on your account settings, we show you ads based on information about your interests, which we can derive from your use of Search and YouTube; and we use data from trillions of search queries to build spell-correction models that we use across all of our services.

**You're in control**
Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information. You can control how we collect and use this data now by clicking 'More Options' below. You can always adjust your controls later or withdraw your consent for the future by visiting My Account (myaccount.google.com).

MORE OPTIONS    ⌄

Don't create the account          I agree

‹

If a user tapped 'More options', they were shown additional information, as set out on the screens at pages <u>59</u> to <u>62</u>.

If a user tapped 'Don't create the account', they would proceed to set up their device without signing in to a Google Account and be taken to page <u>67</u>.

If a user tapped 'I agree', they would access the screen shown on page <u>65</u>.

GOOG-RDGZ-00154826

**B. Set up – 30 April 2018 to 29 October 2019**                                          <u>Index</u>

B.16    (i)



| | |
|---|---|
| | MORE OPTIONS ∧ |
| | Customise your Google experience by confirming your personalisation settings and the data stored with your account. |
| | You can always learn more about these options, adjust them, and review your activity in your Google Account (account.google.com). |

**Web & App Activity**

Saves your searches, Chrome browsing history, and activity from sites and apps that use Google services to give you better search results, suggestions, and personalization across Google services

◉    Save my Web & App Activity to my Google Account

○    Don't save my Web & App Activity to my Google Account

Learn more

(This screen is a recreation of the screen that was shown to users during this period. It is continued on the next page. A user could access the next page by scrolling down.)

If a user tapped 'More options' on the screen beginning on page <u>56</u>, they were shown the additional information set out on the screens on this page and the following pages up to page <u>62</u>.

The reference to "*in your Google Account (account.google.com)*" text on this page under 'More Options' changed slightly over time, appearing variously as:
- *at My Account (myaccount.google.com);*
- *in your Google Account (myaccount.google.com); and*
- *in your Google Account (account.google.com)*

The text on this page under 'Web & App Activity' changed over time.

Between **30 April 2018** and **19 December 2018**, some users were shown the text as it appears on this page.

Between **23 October 2018** and **29 October 2019**, some users were shown text that read: *Saves your activity on Google, including searches and associated info like location, and activity from sites, apps, and devices that use Google services, like Chrome history, to give you better search results, suggestions, and personalization across Google services.*

Between **28 May 2019** and **29 October 2019**, some users were shown text that read: *Saves your activity on Google sites and apps, including searches and associated info like location. Also saves activity from sites, apps, and devices that use Google services, including Chrome history. This helps Google provide better search results, suggestions, and personalization across Google services.*

If a user tapped 'Learn more' under the 'Web & App Activity' heading, they would have seen a pop up message as shown on the screen on page <u>63</u>.

GOOG-RDGZ-00154827

**B. Set up – 30 April 2018 to 29 October 2019**          <u>Index</u>

B.16     (ii)

**Ads Personalization**

Google can show you ads based on your activity on Google services (such as Search or YouTube), and on websites and apps that partner with Google.

◉ Show me personalized ads

○ Show me ads that aren't personalized

Learn more

**YouTube Search History**

Saves what you search for on YouTube to make your future searches faster and to give you better recommendations in YouTube and other Google services.

◉ Save my YouTube Search History in my Google Account

○ Don't save my YouTube Search History in my Google Account

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154828

**B. Set up – 30 April 2018 to 29 October 2019**                                              Index

B.16    (iii)

**YouTube Watch History**

Saves what you watch on YouTube to give you better recommendations in YouTube and other Google services.

⊙    Save my YouTube Watch History in my Google Account

○    Don't save my YouTube Watch History in my Google Account

**Location History**

Saves a private map of where you go with your signed-in devices (even when you're not actively using a Google product) to give you better searches, commute routes, and more.

⊙    Save my Location History in my Google Account

○    Don't save my Location History in my Google Account

Learn more

If a user tapped 'Learn more' under the 'Location History' heading, they would have seen a pop up message as shown on the screen on page 64.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154829

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.16    (iv)

○  Save my Location History in my Google
   Account

◉  Don't save my Location History in my
   Google Account

Learn more

🎤  **Voice & Audio Activity**

Saves a recording of your voice and audio input
to help Google recognise your voice, and
improve speech recognition.

○  Save my Voice & audio activity in my
   Google Account

◉  Don't save my Voice & audio activity in
   my Google Account

Learn more

☐  Send me occasional reminders about these
   settings

These settings apply wherever you are signed in to your
new Google Account.

Don't create the account                    I agree

<

If a user tapped the box, agreeing to be sent occasional reminders about these settings, an email in the form shown on page 83 would be sent to the email address associated with their Google Account 183 days (approximately six months) after their Google Account was created, unless in that time, the user had reviewed their Google Account settings.

If a user tapped 'Don't create the account', they would proceed to set up their device without signing in to a Google Account and be taken to the screen shown on page 67.

If a user tapped 'I agree', their Google Account would be created, and they would access the screen shown on page 65.

page 62

**63**

GOOG-RDGZ-00154830

**B. Set up – 30 April 2018 to 29 October 2019**     Index

B.17



If a user tapped 'Learn more' under the 'Web & App Activity' subheading on the screen shown on page 59, this pop up message would be displayed.

The text in the pop up message changed over time.

Between **16 May 2018** and **29 November 2018**, some users were shown text that read:
**Web & App Activity**
*Web & App Activity saves the things you do on Google sites, apps, and services, including your searches, interactions with Google partners, and associated information, like location and language.*
*Additionally, this setting saves your data from sites, apps, and devices that use Google services, including Android and Chrome history (if Chrome Sync is turned on).*

Between **23 October 2018** and **29 October 2019**, some users were shown the text as it appears on this page.

A user would then tap 'Got it' to close the pop up message and return to the screen on page 59.

GOOG-RDGZ-00154831

**B. Set up – 30 April 2018 to 29 October 2019**          Index

B.18



If a user tapped 'Learn more' under the 'Location History' subheading on the screen shown on page 61, this pop up message would be displayed.

The first paragraph of the text in this pop up message changed over time, as outlined in the paragraphs below, but the second paragraph did not (and hence appeared as it does in the screenshot in all the iterations referred to below).

Between **2 May 2018** and **29 November 2018**, some users were shown text that read: *Location History helps you get useful information, such as commute predictions, improved search results, and more useful ads on and off Google. It does this by creating a private map of where you go with your signed-in devices.*

Between **22 August 2018 and 25 June 2019**, the text read: *Location History helps you get useful information, such as commute predictions and improved search results. It does this by creating a private map of where you go with your signed-in devices.*

Between **24 October 2018** and **6 August 2019**, some users were shown the text as it appears on this page.

A user would then tap 'Got it' to close the pop up message and return to the screen shown on page 61.

GOOG-RDGZ-00154832

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.19



If a user tapped 'I agree' on the screen shown on page 62, their Google Account would be created.

When a user tapped 'Next', they accessed the screen shown on page 67.

GOOG-RDGZ-00154833

**B. Set up – 30 April 2018 to 29 October 2019**                              <u>Index</u>

B.20



If a user signed in to an existing Google Account on the screen shown on page <u>47</u>, they would access this screen.

If a user tapped 'Google Terms of Service', they would see a pop up window setting out the Terms of Service. The Terms of Service from this period begin at page <u>219</u>.

If a user tapped 'Privacy Policy', they would see a pop up window setting out the Privacy Policy. The versions of the Privacy Policy in place during this period begin at page <u>183</u>.

When a user tapped 'I agree', they accessed the screen shown on page <u>67</u>.

**67**

GOOG-RDGZ-00154834

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.21



After a user had signed in to their Google Account, created a new Google Account, or skipped those options, they could set up their device so that it could be unlocked with their fingerprint.

If a user tapped 'Next', they would be prompted to take steps to register a fingerprint that could be used to unlock their device, before accessing the screen on page 68.

If a user tapped 'Skip', they proceeded directly to the screen shown on page 68.

page 67

**68**

GOOG-RDGZ-00154835

**B. Set up – 30 April 2018 to 29 October 2019**                         Index

B.22



When a user reached this screen, they could enter a PIN to secure their device, or skip this step.

Once a user completed this step, they could access the screen on page 69.

**69**

GOOG-RDGZ-00154836

**B. Set up – 30 April 2018 to 29 October 2019**                          <u>Index</u>

B.23     (i)



The screens shown on this page and the following pages up to page <u>71</u> allowed users to change some settings for Google Services. A user could change the toggle switch next to each setting to change the setting to either 'on' or 'off'.  If a toggle was switched 'on', it would appear blue, as shown on this page.  If a toggle was switched to 'off', it would appear grey.

The screens shown to a user if they tapped the arrows adjacent to each setting are shown on pages <u>72</u> to <u>76</u>.

If a user tapped 'Privacy Policy', they saw a pop up window containing the Privacy Policy (which is set out beginning at page <u>183</u>).

If a user tapped 'More', the screen scrolled down to show the screen that appears on page <u>70</u>.

Once a user had scrolled to the end of the screen, the 'More' button would change to read 'Accept', as shown on page <u>71</u>.

(This screen is continued on the next page. A user would access the next page by scrolling down.)

**70**

GOOG-RDGZ-00154837

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.23 (ii)



If a user tapped 'Use location', they saw some additional information about the setting, as shown on page 73.

If a user tapped 'Allow scanning', they saw some additional information about the setting, as shown on page 74.

The text on this page changed over time.

Between **30 April 2018** and **17 July 2018**, the section titled 'Use location' was titled '*Help apps find location*', and contained the following text: *Use Google's location service to help apps determine your location. Anonymous location data will be sent to Google when your device is on.*

Between **18 July 2018** and **29 October 2019**, some users saw the title '*Help apps find location*', and the following text: *Use Google's location service to help apps determine your location. Google may collect location data periodically and use this data in an anonymous way to improve location accuracy and location-based services.*

Between **6 August 2018** and **29 October 2019**, some users saw the text as it appears on the screen on this page.

Between **30 April 2018** and **29 October 2019**, some users saw the title '*Improve location accuracy*', and the following text: *Allow apps and services to scan for Wi-Fi and Bluetooth, even when these settings are off.*

Between **6 August 2018** and **29 October 2019**, some users saw the text as it appears on the screen on this page.

If a user tapped 'More', the screen scrolled down to show the screen that appears on page 71. Once a user had scrolled to the end of the screen, the 'More' button would change to read 'Accept', as shown on page 71.

(This screen is continued on the next page. A user would access the next page by scrolling down.)

GOOG-RDGZ-00154838

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.23    (iii)

for Wi-Fi networks and nearby
devices at any time, even when
Wi-Fi or Bluetooth is off.

Device maintenance

Send usage and diagnostic data ⌄
Help improve your Android experience by automatically sending diagnostic, device and app usage data to Google. This will help battery life, system and app stability and other improvements. Some aggregate data will also help Google apps and partners, such as Android developers. If your additional Web & App Activity setting is turned on, this data may be saved to your Google Account.

Install updates & apps ⌄
By continuing, you agree that this device may also automatically download and install updates and apps from Google, your operator and your device's manufacturer, possibly using mobile data. Some of these apps may offer in-app purchases.

Tap 'Accept' to confirm your selection of these Google services settings.

**Accept**

‹

If a user tapped 'Send usage and diagnostic data', they saw some additional information about the setting, as shown on pages <u>74</u> and <u>75</u>.

The text on this page changed over time.
Between **May 2018** and **29 October 2019**, some users saw the title, '*Send system data*', and the following text:
*Help improve your Android experience by automatically sending diagnostic and device and app usage data to Google. This will help improve battery life, app stability, network connectivity, and more. If you turned on additional Web & App Activity, this information will be stored with your account so you can manage it in My Activity.*

Between **30 April 2018** and **29 October 2019**, some users saw the text as it appears on the screen on this page.

If a user tapped 'Accept', they accessed the screen shown on page <u>77</u>.

**72**

GOOG-RDGZ-00154839

**B. Set up – 30 April 2018 to 29 October 2019**    <u>Index</u>

B.24    (i)



As described on page <u>69</u>, the screens on this page and the following pages up to page <u>76</u> show the information displayed if users tapped the arrow next to each setting.

When a user first accessed this screen, the blue button that appears on the screen read 'More'. When a user had scrolled to the end of the screen, the button changed to read 'Accept'. If a user tapped 'Accept', they would access the screen shown on page <u>77</u>.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

page 72

**73**

GOOG-RDGZ-00154840

**B. Set up – 30 April 2018 to 29 October 2019**                                    <u>Index</u>

B.24    (ii)



(This screen is continued on the next page. A user could access the next page by scrolling down.)

This screen shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to 'Use location' and 'Allow scanning'.

The text on this page changed over time.

Between **30 April 2018** and **17 July 2018**, the section titled 'Use location' was titled '*Help apps find location*', and contained the following text:
*Use Google's location service to help apps determine your location. Anonymous location data will be sent to Google when your device is on.*

*Google's location service uses sources like Wi-Fi and cellular networks to help estimate your device's location faster and more accurately. This service is active when your device's Location setting is on and in a mode that uses Wi-Fi or mobile networks to estimate location, such as either the High accuracy or Battery saving (Power saving) mode.*

*You can turn off this service by either:*
*- Turning off the main Location setting on your device.*
*- Leaving the main Location setting on and selecting a mode that uses GPS only, sometimes called Device only.*

Between **18 July 2018** and **29 October 2019**, some users saw the title '*Help apps find location*', and the following text:
*Use Google's location service to help apps determine your location. Google may collect location data periodically and use this data in an anonymous way to improve location accuracy and location-based services.*
*Google's location service uses sources like Wi-Fi, mobile networks, and sensors to help estimate your device's location. This service is active when your device's Location setting is on and in a mode that uses Wi-Fi or mobile networks to estimate location, such as either the High accuracy or Battery saving mode.*
*You can turn off this service by either:*
*- Turning off the main Location setting on your device.*
*- Leaving the main Location setting on and selecting a mode that uses GPS only, sometimes called Device only.*

Between **6 August 2018** and **29 October 2019**, some users saw the text as it appears on the screen on this page.

If a user tapped 'Accept', they would access the screen shown on page <u>77</u>.

GOOG-RDGZ-00154841

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.24      (iii)



(This screen is continued on the next page. A user could access the next page by scrolling down.)

This screen shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to 'Send usage and diagnostic data'.

The text on this page changed over time.

Between **30 April 2018** and **29 October 2019**, some users saw the title '*Improve location accuracy*', and the following text:
*Allow apps and services to scan for Wi-Fi and Bluetooth, even when these settings are off.*
*You can turn this off in location settings.*

Between **6 August 2018** and **29 October 2019**, some users saw the text as it appears on the screen on this page.

Between **May 2018** and **29 October 2019**, some users saw the title '*Send system data*', and the following text (continued on page <u>75</u>):
*Help improve your Android experience by automatically sending diagnostic and device and app usage data to Google. This will help improve battery life, app stability, network connectivity, and more. If you turned on additional Web & App Activity, this information will be stored with your account so you can manage it in My Activity.*

*This is general information about your device and how you use it (such as battery level, app usage, and network connectivity). The data will be used to improve Google's products and services for everyone. Some aggregated information will help partners, such as Android developers, make their apps and products better, too.*

Between **30 April 2018** and **29 October 2019**, some users saw the text as it appears on the screen on this page.

If a user tapped 'Accept', they accessed the screen shown at page <u>77</u>.

**B. Set up – 30 April 2018 to 29 October 2019**                      Index

B.24      (iv)

This screen shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to 'Install updates & apps'.

Between **May 2018** and **29 October 2019**, some users this part of this screen contained the following text:

*Turning off this feature doesn't affect your devices ability to send the information needed for essential services such as system updates and security.*

*You can control this feature from Settings > Google. Select Usage & diagnostics from the menu.*

*If your additional Web & App Activity setting is turned on, this data may be saved to your Google Account. You can see your data, delete it and change your account settings at account.google.com.*

Between **30 April 2018** and **29 October 2019**, some users saw the text as it appears on the screen on this page.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

If a user tapped 'Accept', they would access the screen shown on page 77.

GOOG-RDGZ-00154843

**B. Set up – 30 April 2018 to 29 October 2019**     Index

B.24     (v)



Turning off this feature doesn't affect your device's ability to send the information needed for essential services such as system updates and security.

You can control this feature from Settings > Google. Select Usage & diagnostics from the menu.

If your additional Web & App Activity setting is turned on, this data may be saved to your Google Account. You can see your data, delete it and change your account settings at account.google.co

**Install updates & apps** ⌄

By continuing, you agree that this device may also automatically download and install updates and apps from Google, your operator and your device's manufacturer, possibly using mobile data. Some of these apps may offer in-app purchases.

To remove apps, go to Settings > Apps or Application manager. Then tap the app that you want to uninstall (you may need to swipe right or left to find the app). Then tap Uninstall or Disable.

Tap 'Accept' to confirm your selection of these Google services settings.

Accept

If a user tapped 'Accept', they would access the screen shown on page 77.

page 76

**77**

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.25



If a user tapped 'Continue', the next screen they accessed would depend on the settings they had enabled/disabled. If they had disabled settings for Web & App Activity, Device Information and/or Voice & Audio Activity, they would access the screen shown on page 78.

If a user had enabled those settings, they would access the screen shown on page 80.

If a user tapped 'Leave & get reminder', they accessed the screen shown on page 80, and would later receive a notification asking if they would like to set up other features of their device.

GOOG-RDGZ-00154845

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.26



(This screen is a recreation of the screen that was shown to users during this period).

If a user chose to set up the Google Assistant tool, they would see this screen, with a summary of settings that needed to be turned on to use the Google Assistant. A user could tap an arrow next to the name of the setting to see a longer description.

The text on this page changed over time.

Between **30 April 2018** and **September 2018** the text read as it appears on this page.

Between **September 2018** and **29 October 2019**, the text under 'Web & App Activity" read: *Saves your activity on Google sites and apps, including searches and associated info such as location*

If a user tapped the arrow next to 'Web & App Activity', they saw additional information about the setting, as shown on page <u>79</u>.

If a user tapped 'Turn on', each of the settings listed on this screen would be enabled and the user would have proceeded to set up their Google Assistant, before accessing the screen shown on page <u>80</u>.

If a user tapped 'No thanks', the listed settings would not be changed and the user would not have set up their Google Assistant, but would nonetheless access the screen shown on page <u>80</u>.

GOOG-RDGZ-00154846

## B. Set up – 30 April 2018 to 29 October 2019

<u>Index</u>

B.27



(This screen is a recreation of the screen that was shown to users during this period).

As explained on page <u>78</u>, if a user chose to setup the Google Assistant tool, they could tap on an arrow next to the name of each setting to see a longer description.

A user could access this screen if they tapped the arrow next to 'Web & App Activity' on page <u>78</u>.

The text on this page changed over time.

Between **30 April 2018** and **September 2018** the text read as it appears on the screen on this page.

Between **September 2018** and **29 October 2019**, the following text was deleted from the screen on this page:

*This setting also saves your activity from sites, apps, and devices that use Google services, including:*

- *activity from sites and apps that partner with Google to show ads*
- *Chrome history (if Chrome Sync is turned on)*
- *app activity, including data that apps share with Google*
- *Android usage & diagnostics, like battery level, how often you use your device and apps, and system errors*

If a user tapped 'More', they were prompted to scroll down the screen. When a user reached the end of the list of settings, the user was shown the screen on page <u>78</u>.

GOOG-RDGZ-00154847

**B. Set up – 30 April 2018 to 29 October 2019**    <u>Index</u>

B.28



If a user tapped 'No thanks', they would access the screen shown on page 81.

GOOG-RDGZ-00154848

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.29



If a user tapped 'All set', they would access the screen shown on page 82.

GOOG-RDGZ-00154849

**B. Set up – 30 April 2018 to 29 October 2019**     <u>Index</u>

B.30



This screen was the final screen of the setup process. After a few minutes, the setup process was completed, and a user would see the home screen of their device.

GOOG-RDGZ-00154850

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.31



If a user checked the box on page <u>62</u>, agreeing to be sent occasional reminders about their privacy settings, they would receive an email as shown on this page. This email would be sent to the email address associated with their Google Account 183 days (approximately six months) after their Google Account was created, unless in that time, the user had reviewed their Google Account settings.

During the time that a user had a Google Account, this email would be sent to the email address associated with their Google Account 1-2 days after each 183 day period in which they did not review their Google Account settings.

If a user tapped 'Check your Privacy Settings', they accessed the Privacy Checkup (shown on page <u>128</u> and page <u>179</u>).

**84**

GOOG-RDGZ-00154851

Index

## C.    Settings – 1 January 2017 to October 2018

C.1    (i)



A user could access this screen by opening the Settings app on their device.

On non-Pixel devices, the Settings menu may have appeared different to the screens shown on this page and the following page.

The screens on this page and the following page show a Settings menu as it appeared on a Pixel device operating Android 8 software, available from August 2017.

The screen on page 86 shows a Settings menu as it appeared on a Pixel device operating Android 7 software, available from 2016.

If a user tapped 'Security & Location', they accessed the screen on page 92.

If a user tapped 'Users & accounts', they accessed the screen on page 87.

If a user tapped 'Google', they accessed the screen on page 88.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154852

**C**. **Settings – 1 January 2017 to October 2018**                                   <u>Index</u>

C.1      (ii)



If a user tapped 'Security & Location', they accessed the screen on page <u>92</u>.

If a user tapped 'Users & accounts', they accessed the screen on page <u>87</u>.

If a user tapped 'Google', they accessed the screen on page <u>88</u>.

## C. Settings – 1 January 2017 to October 2018

Index

C.2



This screen shows a Settings menu as it appeared on a Pixel device operating Android 7 software, available from 2016.

The screens on pages 84 and 85 show a Settings menu as it appeared on a Pixel device operating Android 8 software, available from August 2017.

If a user tapped 'Location', they accessed the screen on page 94.

If a user tapped 'Accounts', they accessed the screen on page 87.

If a user tapped 'Google', they accessed the screen on page 90.

page 86

GOOG-RDGZ-00154854

**C. Settings – 1 January 2017 to October 2018**                     <u>Index</u>

C.3



A user could access this screen by tapping 'Users & accounts' in the Settings menu on a Pixel device operating Android 8 software (on pages <u>84</u> and <u>85</u>) or by tapping 'Accounts' in the Settings menu on a Pixel device running Android 7 software (on page <u>86</u>).

If a user tapped the name of their Google Account, they accessed the screen on page <u>106</u>.

page 87

**88**

GOOG-RDGZ-00154855

**C**. **Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.4    (i)



(This screen is continued on the next page. A user could access the next page by scrolling down.)

A user could access this screen by tapping 'Google' in the Settings menu on a Pixel device operating Android 8 software (shown on pages <u>84</u> and <u>85</u>), available from August 2017.

The screens on pages <u>90</u> and <u>91</u> could be accessed by tapping 'Google' in the Settings menu on a Pixel device operating Android 7 software, available from 2016.

If a user tapped 'Google Account', they accessed the screen on page <u>106</u>.

GOOG-RDGZ-00154856

**C**. **Settings – 1 January 2017 to October 2018**                    Index

C.4      (ii)



If a user tapped 'Location', they accessed the screen on page 94.

GOOG-RDGZ-00154857

**C. Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.5    (i)



A user could access the screens on this page and the following page by tapping 'Google' in the Settings menu on a Pixel device operating Android 7 software, available from 2016.

The screens on pages <u>88</u> and <u>89</u> could be accessed by tapping 'Google' in the Settings menu on a Pixel device operating Android 8 software, available from August 2017.

If a user tapped 'Sign-in & security', 'Personal info & privacy', or 'Account preferences', they accessed their Google Account as shown on page <u>106</u>.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154858

**C. Settings – 1 January 2017 to October 2018**                                     <u>Index</u>

C.5    (ii)



If a user tapped 'Location', they accessed the screen on page <u>94</u>.

GOOG-RDGZ-00154859

**C**. **Settings – 1 January 2017 to October 2018**                    Index

C.6      (i)



A user could access this screen by tapping 'Security & location' in the Settings menu on a Pixel device operating Android 8 software (shown on pages 84 and 85), available from August 2017.

On non-Pixel devices, this setting may have appeared different to the screens shown on this page and the following page.

If a user tapped 'Location', they accessed the screen on page 94.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154860

**C. Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.6     (ii)



If a user tapped 'Location', they accessed the screen on page <u>94</u>.

GOOG-RDGZ-00154861

**C. Settings – 1 January 2017 to October 2018**    <u>Index</u>

C.7



A user could access this screen in several ways, including:
- on a Pixel device operating Android 7 software (available from 2016), by tapping 'Location' from the Settings menu on page <u>86</u>, or by tapping 'Google' from the Settings menu and then tapping 'Location' on page <u>91</u>;
- on a Pixel device operating Android 8 software (available from August 2017), by tapping 'Google' in the Settings menu and then tapping 'Location' on page <u>89</u>, or by tapping 'Security & location' in the Settings menu and then tapping 'Location' on pages <u>92</u> or <u>93</u>.

This page features a toggle switch. On this page, the Location setting is 'on' (in blue, with switch pulled to the right). A user could 'turn off' the Location setting by switching the toggle. When the Location setting was 'off', it appeared grey, with the switch pulled to the left.

If a user tapped the question mark icon (if available – it did not appear on some non-Pixel devices) they accessed the screen on page <u>95</u>.

If a user tapped 'Mode', they accessed the screen on page <u>97</u>.

If a user tapped 'Scanning', they accessed the screen on page <u>99</u>.

If a user tapped 'Google Location History, they accessed the screen on page <u>113</u>.

If a user tapped 'Google Location Sharing', they accessed the screen on page <u>101</u>.

**95**

GOOG-RDGZ-00154862

**C**. Settings – 1 January 2017 to October 2018    Index

C.8



A user could access this screen by tapping the question mark icon in the top right corner of the screen on page 94.

If a user tapped 'Location', they accessed the pop up message on page 96.

If a user tapped 'Manage your Pixel phone's location settings', they accessed a help article titled 'Turn location on or off for your device', shown at page 257.

If a user tapped 'Manage your Location History', they accessed a help article titled 'Manage or delete your Location History', shown at page 232.

page 95

**96**

GOOG-RDGZ-00154863

**C. Settings – 1 January 2017 to October 2018**          Index

C.9



A user could access the pop up message shown on this screen by tapping 'Location' on the screen shown on page 95.

This pop up message features a toggle switch, showing the current status of the Location setting on a user's device. On this page, the Location setting is 'on' (in blue, with switch pulled to the right). A user could 'turn off' their Location setting by switching the toggle. When the Location setting was 'off', it appeared grey, with the switch pulled to the left.

If a user tapped 'More options', they accessed the screen on page 94.

If a user tapped 'Done', they returned to the screen on page 95.

GOOG-RDGZ-00154864

**C. Settings – 1 January 2017 to October 2018**                          <u>Index</u>

C.10



A user could access this screen by tapping 'Mode' on the screen on page <u>94</u>.

If the Location mode setting on a user's device was set to 'Device only', and a user tapped either 'Battery saving' or 'High accuracy', they accessed the pop up message shown on page <u>98</u>.

**C. Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.11



A user accessed this pop up message if the Location mode setting on their device was set to 'Device only', and they tapped either 'Battery saving' or 'High accuracy', shown on page <u>97</u>.

If a user tapped 'Disagree', they returned to the screen on page <u>97</u>, and the Location mode setting on their device would remain as 'Device only'.

If a user tapped 'Agree', they returned to the screen on page <u>97</u>, and the Location mode setting would have changed.

GOOG-RDGZ-00154866

**C. Settings – 1 January 2017 to October 2018**          <u>Index</u>

C.12



A user could access this screen by tapping 'Scanning' on the screen on page <u>94</u>.

This screen features toggle switches, showing the current status of the settings. On this page, both switches are 'off' (in grey, with switch pulled to the left).

A user could turn on these settings by switching the toggle. When the toggles were switched on, they appeared blue, with the switch pulled to the right.

If a user switched the 'Wi-Fi scanning' toggle, they accessed the pop up message on page <u>100</u>.

**100**

GOOG-RDGZ-00154867

**C. Settings – 1 January 2017 to October 2018**                    Index

C.13



A user could access this screen by switching the 'Wi-Fi scanning' toggle on page 99 from 'off' to 'on'.

If a user tapped 'Cancel', they returned to the screen on page 99, and the setting would remain off.

If a user tapped 'OK', they returned to the screen on page 99, and the setting would be enabled.

**101**

GOOG-RDGZ-00154868

**C. Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.14



A user could access this screen by tapping 'Google Location Sharing' on page <u>94</u>.

If a user tapped the overflow menu in the top right corner of this screen, they accessed the screen on page <u>102</u>.

GOOG-RDGZ-00154869

**C. Settings – 1 January 2017 to October 2018**     <u>Index</u>

C.15



A user could access this screen by tapping the overflow menu in the top right corner of the screen on page <u>101</u>.

If a user tapped 'About', they accessed the pop up message on page <u>103</u>.

GOOG-RDGZ-00154870

**C. Settings – 1 January 2017 to October 2018**    Index

C.16



A user could access this pop up message by tapping 'About' in the overflow menu on page 102.

If a user tapped 'Find out more', they accessed a help article titled 'Share your real-time location with others'.

If a user tapped 'Got it', they accessed the screen on page 101.

GOOG-RDGZ-00154871

**C. Settings – 1 January 2017 to October 2018**    Index

C.17



A user could access this screen by tapping the overflow menu in the top right corner of the screen on page 88 or 90.

If a user tapped 'Usage & diagnostics', they accessed the screen on page 105.

**105**

GOOG-RDGZ-00154872

**C. Settings – 1 January 2017 to October 2018**    Index

C.18



A user could access this screen by tapping 'Usage & diagnostics' in the overflow menu on page 104.

GOOG-RDGZ-00154873

**C. Settings – 1 January 2017 to October 2018**    Index

C.19



A user could access their Google Account in several ways, including by selecting their Google Account from their device's settings menu on page 84.

The text on this screen changed over time. The descriptions below 'Sign-in & security', 'Personal info & privacy', and 'Account preferences' were introduced in May 2017.

If a user tapped 'Personal info & privacy, they could access the screen on page 107.

GOOG-RDGZ-00154874

**C. Settings – 1 January 2017 to October 2018**          <u>Index</u>

C.20   (i)



A user could access this screen by tapping 'Personal info & privacy' on the screen on page <u>106</u>.

If a user tapped 'Get Started', they were prompted to review their privacy settings. A screen from 'Privacy Checkup' is shown on page <u>128</u>.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154875

**C**. Settings – 1 January 2017 to October 2018                    <u>Index</u>

C.20    (ii)



(This screen is a recreation of the screen that was shown to users during this period.)

If a user tapped 'Activity controls', they would access the screen on page <u>109</u>.

If a user tapped 'My Activity', they accessed the website myactivity.google.com, which showed their Web & App Activity, shown on page <u>122</u>.

GOOG-RDGZ-00154876

**C. Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.21



If a user tapped 'Web & App Activity', they would access the screen on page <u>110</u>.

If a user tapped 'Google Location History', they would access the screen on page <u>113</u>.

GOOG-RDGZ-00154877

**C. Settings – 1 January 2017 to October 2018**                     Index

C.22



(This screen is a recreation of the screen that was shown to users during this period)

A user could access this screen by tapping 'Web & App Activity' on the screen on page 109.

This page features a toggle switch. On this screen, the Web & App Activity setting is 'on' (in blue, with switch pulled to the right). This screen features a check box, allowing users to include additional activity in their Web & App Activity.

If a user switched the Web & App Activity toggle from 'paused' to 'on', they accessed the pop up message on page 111.

If a user switched the Web & App Activity toggle from 'on' to 'paused', they accessed the pop up message on page 112.

If a user tapped 'Learn more', they accessed a help article titled 'See and control your search activity', on page 224.

If a user tapped 'Manage Activity', they accessed the website myactivity.google.com, which showed their Web & App Activity, shown on page 122.

The text on this page changed over time.

From **1 January 2017 to 11 June 2018**, some users saw the text *Save your search activity on apps and in browsers to make searches faster and get customized experiences in Search, Maps, Now, and other Google products.*

From **9 May 2018 to 29 November 2018**, some users saw the text as it appears on the screen on this page.

From **1 January 2017 to 13 June 2018**, some users saw the text next to the check box as *Include Chrome browsing history and activity from websites and apps that use Google services.*

From **9 May 2018**, some users saw the text next to the check box as it appears on this screen.

**111**

GOOG-RDGZ-00154878

**C. Settings – 1 January 2017 to October 2018**    Index

C.23



(This screen is a recreation of the screen that was shown to users during this period).

A user could access this pop up message by switching the toggle from 'paused' to 'on' on the screen on page 110.

If a user tapped 'Learn more', they accessed a help article titled 'See and control your search activity', on page 224.

If a user tapped 'My Account', they accessed the screen on page 106.

If a user tapped 'Cancel', they returned to the screen on page 110, and the setting would remain paused.

If a user tapped 'OK', they returned to the screen on page 110, and the setting would be enabled.

The text of this pop up message changed over time.

From **1 January 2017 to 13 June 2018**, some users saw the text as it appears on this screen.

From **9 March 2017 to 6 April 2017**, the last paragraph of this pop up message read:
*When Web & App Activity is on, this data may be saved from any of your signed-in devices. You can always control and review your activity at myaccount.google.com.*

From **9 May 2018 to 29 October 2019**, some users saw the following text:
*Web & App Activity saves the things you do on Google sites, apps, and services, including your searches, interactions with Google partners, and associated information, like location and language.*

*If you use your device without an internet connection, your data may be saved to your account when you return online. Not all Google services save this data to your account.*

*This data helps Google give you more personalized experiences across Google services, like faster searches, better recommendations, and useful ads, both on and off Google.*

*This data may be saved and used in any Google service where you are signed in to give you more personalised experiences. You can see your data, delete it and change your settings at* **account.google.com**.

GOOG-RDGZ-00154879

**C. Settings – 1 January 2017 to October 2018**          <u>Index</u>

C.24



(This screen is a recreation of the screen that was shown to users during this period).

A user could access this pop up message by switching the toggle from 'on' to 'paused' on the screen on page 110.

If a user tapped 'Cancel', they returned to the screen on page 110, and the setting would remain enabled.

If a user tapped 'OK', they returned to the screen on page 110, and the setting would be paused.

The text of this pop up message changed over time.

From **1 January 2017 to 13 June 2018**, some users saw the text as it appears on this screen.

From **9 March 2017 to 7 April 2017**, some users saw the last paragraph of this pop up message as:
*Pausing your Web & App Activity doesn't delete any of your previous activity, but you can view, edit and delete your Web & App Activity at **myaccount.google.com**.*

From **9 May 2018 to 3 January 2019**, some users saw the following text:
*Pausing Web & App Activity may limit or disable more personalised experiences across Google services. For example, you may stop seeing more relevant search results or recommendations about places you care about.*

*Even when this setting is paused, Google may temporarily use information from recent searches in order to improve the quality of the active search session.*

*Pausing this setting doesn't delete any of your past data. You can see or delete your data and more at **my activity.google.com**.*

*Learn about the data Google continues to collect and why at policies.google.com.*

GOOG-RDGZ-00154880

## C. Settings – 1 January 2017 to October 2018

Index

C.25



A user could access this screen in several ways, including from:
- 'Google Location History' in the Activity Controls section of their Google Account on page 109;
- 'Google Location History' in their device's settings app on page 94.

This page features a toggle switch. On this screen, the Location History setting is 'on' (in blue, with switch pulled to the right). If a user had signed in to their Google Account on other devices, those devices would be listed.

If a user switched the Location History toggle from 'paused' to 'on', they accessed the pop up message shown on page 117. When the Location History setting was 'on', some users saw the Location History landing page as it appears on this page or on pages 114, 115 or 116 or similar.

If a user switched the Location History toggle from 'on' to 'paused', they accessed the pop up message shown on page 118. When the Location History setting was 'paused', some users saw the Location History landing page as it appeared in the screens shown on pages 119, 120, or 121 or similar.

The text on this screen changed over time. From **1 January 2017** to **May 2018**, some users saw the text as it appears on page 114.

From **9 March 2017 to 11 June 2018**, some users saw the following text:
*Creates a private map of where you go with your signed-in devices in order to provide improved map searches, commute routes, and more.*

From **May 2018** to **October 2018**, some users saw the text as shown on this page.

From **9 May 2018 to 9 November 2018**, some users saw the following text:
*Saves where you go with your devices to give you personalised maps, recommendations based on places you've visited, and more.* **Learn more***.*

If a user tapped 'MANAGE TIMELINE', they accessed a screen in the Google Maps app which showed their Location History, shown on page 127.

If a user tapped the overflow menu in the top right corner, they could tap 'Learn more' and access a help article titled 'Manage or delete your Location History', shown at page 232.

GOOG-RDGZ-00154881

**C. Settings – 1 January 2017 to October 2018**                    Index

C.26



From **1 January 2017** to **May 2018**, some users saw the text as shown on this page.

If a user tapped 'Learn more', they accessed a help article titled 'Manage your Location History', shown at page 232.

If a user tapped 'Manage Activities', they accessed a screen in the Google Maps app which showed their Location History, shown on page 127.

GOOG-RDGZ-00154882

**C. Settings – 1 January 2017 to October 2018**    Index

C.27



The screen on this page shows the Location History setting as it appeared on a Sony device operating Android 6 software, when the setting was turned on.

The screen viewed on a Sony device operating Android 6 software when the Location History setting was 'paused' (or 'off') was as shown on page 119.

From **1 January 2017** to **22 October 2018**, some users saw the text as shown on this screen.

If a user switched the Location History toggle from 'on' to 'paused', they accessed the pop up message shown on page 118.

If a user tapped 'Learn more', they accessed a help article titled 'Manage your Location History', shown at page 232.

If a user tapped 'Delete Location History', they accessed a screen in the Google Maps app on which they could delete their Location History, shown on page 127.

GOOG-RDGZ-00154883

**C. Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.28



The screen on this page shows the Location History setting as it appeared on a Samsung device operating Android 7 software when the setting was turned on.

The screen viewed on a Samsung device operating Android 7 software when the Location History setting was 'paused' (or 'off') was as shown on page <u>121</u>.

From **1 January 2017** to **22 October 2018**, some users saw the text as shown on this page.

If a user switched the Location History toggle from 'on' to 'paused', they accessed the pop up message shown on page <u>118</u>.

If a user tapped 'Find out more', they accessed a help article titled 'Manage your Location History', shown at page <u>232</u>.

If a user tapped 'Manage Timeline', they accessed a screen in the Google Maps app which showed their Location History, shown on page <u>127</u>.

GOOG-RDGZ-00154884

**C. Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.29



(This screen is a recreation of the screen that was shown to users during this period).

From **1 January 2017 to 13 June 2018**, some users of Pixel and some non-Pixel devices could access this pop up message by switching the 'Use Location History' toggle from 'paused' to 'on' on the screen on page <u>119</u>, <u>120</u> or <u>121</u>.

From **9 May 2018 to 29 October 2019**, for some users of Pixel and some non-Pixel devices, this pop up message included the following additional text:

*This data may be saved and used in any Google service where you are signed in to give you more personalised experiences. You can see your data, delete it and change your settings at account.google.com.*

If a user tapped 'Learn more', they accessed a help article titled 'Manage or delete your Location History', shown at page <u>232</u>.

If a user tapped 'Cancel', they returned to the previous screen (page <u>119</u>, <u>120</u> or <u>121</u> or similar), and the setting would remain paused.

If a user tapped 'OK', they accessed one of the screens on page <u>113</u>, <u>114</u>, <u>115</u> or <u>116</u> or a similar screen, and the setting would be enabled.

GOOG-RDGZ-00154885

**C. Settings – 1 January 2017 to October 2018**          <u>Index</u>

C.30



A user could access this pop up message by switching the 'Use Location History' toggle from 'on' to 'paused' on the screens on page <u>113</u>, <u>114</u>, <u>115</u> or <u>116</u>.

This text changed over time. From **1 January 2017 to 22 October 2018**, some users saw the text as it appears on this screen.

From **9 May 2018 to 1 December 2018**, some users saw the text:
*Pausing Location History may limit or disable personalised experiences across Google services. For example, you may not see recommendations based on places you've visited or helpful tips about your commute.*
*This setting does not affect other location services on your device, like Google Location Services and Find my Device.*
*Some location data may be saved as part of your activity on other Google services, like Search and Maps.*
*Pausing this setting doesn't delete any of your past data. You can see or delete your data and more at* **maps.google.com.timeline**.
*Learn about the data Google continues to collect and why at policies.google.com.*

If a user tapped 'OK', they accessed one of the screens on pages <u>119</u>, <u>120</u> or <u>121</u> or a similar screen, and the setting would be paused.

If a user tapped 'Cancel', they returned to the previous screen (page <u>113</u>, <u>114</u>, <u>115</u> or <u>116</u> or similar), and the setting would remain enabled.

If a user accessed the Location History setting through the Activity Controls function in their Google Accounts through a web browser on their device, they saw the following additional text as part of the pop up message, from **1 January 2017 to 13 June 2018**:
*Some things to keep in mind:*
*- When you use products like Search and Maps, some location data associated with your activity may be saved as part of your private Web & App Activity*
*- Pausing Location History does not turn off Location Reporting or location services for your device.* **Learn more**
*Remember, pausing this setting doesn't delete any previous activity, but you can view, edit and delete your private Location History data at any time. Remember, location data may be saved from any signed-in devices for which you've turned on Location History. You can always control and review your activity at My Account.*

GOOG-RDGZ-00154886

**C. Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.31



The screen on this page shows the Location History setting as it appeared on a Sony device operating Android 6 software, when the setting was 'paused' (or 'off'').

The screen viewed on a Sony device operating Android 6 software when the Location History setting was 'on' was as shown on page <u>115</u>.

From **1 January 2017** to **22 October 2018**, some users saw the text as shown on this screen.

If a user switched the Location History toggle from 'paused' to 'on', they accessed the pop up message shown on page <u>117</u>.

If a user tapped 'Learn more', they accessed a help article titled 'Manage your Location History', shown at page <u>232</u>.

If a user tapped 'Delete Location History', they accessed a screen in the Google Maps app which showed their Location History, shown on page <u>127</u>.

GOOG-RDGZ-00154887

**C. Settings – 1 January 2017 to October 2018**                    <u>Index</u>

C.32



**Location History**

**Use Location History**

Location History helps you get useful information such as automatic commute predictions, improved search results and more useful ads on and off Google. It does this by creating a private map of where you go with your signed-in devices.

To create this map, Google regularly obtains location data from devices for which you've turned on Location History. This data is collected even when you aren't using a specific Google product.

Remember, location data may be saved from any signed-in devices for which you've turned on Location History. You can always control and review your activity at myaccount.google.com.

**MANAGE TIMELINE**

The screen on this page shows the Location History setting as it appeared on an Oppo device operating Android 7 software, when the setting was 'paused' (or 'off').

From **1 January 2017** to **22 October 2018**, some users saw the text as shown on this page.

If a user switched the Location History toggle from 'paused' to 'on', they accessed the pop up message shown on page 117.

If a user tapped 'myaccount.google.com', they accessed their Google Account as shown on page 106.

If a user tapped 'Manage Timeline', they accessed a screen in the Google Maps app which showed their Location History, shown on page 127.

**121**

GOOG-RDGZ-00154888

**C. Settings – 1 January 2017 to October 2018**   <u>Index</u>

C.33



The screen on this page shows the Location History setting as it appeared on a Samsung device operating Android 7 software, when the setting was 'paused' (or 'off').

The screen viewed on a Samsung device operating Android 7 software when the Location History setting was 'on' was as shown on page <u>116</u>.

From **1 January 2017** to **22 October 2018**, some users saw the text as shown on this page.

If a user switched the Location History toggle from 'paused' to 'on', they accessed the pop up message shown on page <u>117</u>.

If a user tapped 'Find out more', they accessed a help article titled 'Manage your Location History', shown at page <u>232</u>.

If a user tapped 'Manage Timeline', they accessed a screen in the Google Maps app which showed their Location History, shown on page <u>127</u>.

GOOG-RDGZ-00154889

**C. Settings – 1 January 2017 to October 2018**          <u>Index</u>

C.34



A user could access this screen in several ways, including by:
- tapping 'My Activity' in the Activity Controls section of their Google Account, on page <u>108</u>;
- tapping 'Manage Activity' from the Web & App Activity setting in their Activity Controls on page <u>110</u>.

If a user tapped the overflow menu on the right side of the blue bar at the top of the screen, they saw a list of options including 'Delete activity by', 'Other Google Activity', and 'Help'.

If a user tapped 'Delete activity by', they accessed the screen on page <u>124</u>.

If a user tapped 'Other Google Activity', they accessed the screen on page <u>126</u>.

If a user tapped 'Help', they accessed a help article titled 'View & control activity on your account', shown on page <u>227</u>.

If a user tapped 'Details' for an item in their activity, they accessed a screen like the screen on page <u>123</u>.

**123**

GOOG-RDGZ-00154890

**C. Settings – 1 January 2017 to October 2018**          Index

C.35



A user could access this screen by tapping 'Details' on an activity item on the screen on page 122.

If a user tapped 'Activity controls', they accessed the screen on page 109.

**124**

GOOG-RDGZ-00154891

**C**. Settings – 1 January 2017 to October 2018                                                        <u>Index</u>

C.36



A user could access this screen by tapping the overflow menu in the top right corner of the screen on page 122 and tapping 'Delete activity by'.

If a user tapped 'Delete', they accessed the pop up message on page 125.

GOOG-RDGZ-00154892

**C. Settings – 1 January 2017 to October 2018**                              <u>Index</u>

C.37



A user could access this screen by tapping 'Delete' on the screen on page <u>124</u>.

If a user tapped 'Cancel', they returned to the screen on page <u>124</u>, and the activity would not be deleted.

If a user tapped 'Delete', they returned to the screen on page <u>124</u>, and the activity would be deleted.

**126**

GOOG-RDGZ-00154893

**C. Settings – 1 January 2017 to October 2018**    Index

C.38



A user could access this screen by tapping the overflow menu in the top right corner of the screen on page 122 and tapping 'Other Google Activity'.

If a user tapped 'Visit Timeline', they accessed a screen in the Google Maps app which showed their Location History, shown on page 127.

**127**

GOOG-RDGZ-00154894

**C. Settings – 1 January 2017 to October 2018**    Index

C.39



A user could access this screen by tapping 'Manage Timeline' within Activity Controls on page 113, 'Visit Timeline' within My Activity on page 126 or 'Your timeline' in the Google Maps app on page 129.

If a user tapped the overflow menu in the top right corner, they could tap 'Help' and access a help article titled 'View or edit your timeline' (later 'Google Maps Timeline') set out at page 241.

GOOG-RDGZ-00154895

**C. Settings – 1 January 2017 to October 2018**                    Index

C.40



A user saw this screen during the Privacy Checkup, which could be accessed from page 107.

When the Privacy Checkup was complete, a user could return to page 107.

GOOG-RDGZ-00154896

**C**. Settings – 1 January 2017 to October 2018                    <u>Index</u>

C.41



A user could access their Google Account on page <u>106</u>, through a Google app such as Google Maps shown on this screen.  If a user tapped the menu icon in the top left corner of the app, they accessed the app's menu, as shown on this screen.

If a user tapped the arrow next to their Google Account name, they could tap 'Manage your Google Account' and accessed their Google Account, as shown on page <u>106</u>.

If a user tapped Your timeline, they accessed the screen on page <u>127</u>.

**130**

GOOG-RDGZ-00154897

**C**. **Settings – 1 January 2017 to October 2018**          <u>Index</u>

C.42



A user could access their Google Account on page <u>106</u>, through a Google app such as Gmail, as shown on this screen.

If a user tapped the menu icon in the top left corner of this screen, they accessed the Gmail menu, as shown on page <u>131</u>.

GOOG-RDGZ-00154898

**C. Settings – 1 January 2017 to October 2018**                                    <u>Index</u>

C.43



A user could access this screen by tapping the menu icon in the top left corner of the screen on page <u>130</u>.

If a user tapped 'Settings', they accessed the screen on page <u>132</u>.

GOOG-RDGZ-00154899

**C.** **Settings – 1 January 2017 to October 2018**    <u>Index</u>

C.44



A user could access this screen by tapping 'Settings' within the menu in the Gmail app, as shown on page 131.

If a user tapped on the email address associated with their Google Account, they would access the screen on page 133.

GOOG-RDGZ-00154900

**C. Settings – 1 January 2017 to October 2018**   <u>Index</u>

C.45



A user could access this screen by tapping the email address associated with their Google Account in Settings in the Gmail app, as shown on page <u>132</u>.

If a user tapped on 'My Account', they accessed the screen shown on page <u>106</u>.

**C. Settings – 1 January 2017 to October 2018**                <u>Index</u>

C.46



A user could also access their Google Account (shown on page <u>106</u>) by opening the internet browser on their device and going to myaccount.google.com.

If a user scrolled down on this screen, they would see two other items below 'Sign-in & security': 'Personal info & privacy', and 'Account preferences'.

GOOG-RDGZ-00154902

**C. Settings – 1 January 2017 to October 2018**          <u>Index</u>

C.47



If a user had set up the Google Assistant tool on their device, they could also access their Google Account (shown on page <u>106</u>) by asking their Google Assistant to show their Google Account.

If a user asked their Google Assistant to show their Google Account, they saw a screen like page <u>136</u>.

GOOG-RDGZ-00154903

**C. Settings – 1 January 2017 to October 2018**    Index

C.48



A user who had set up the Google Assistant tool on their device could access this screen by asking their Google Assistant to show them their Google Account, as described on page 135.

A user would then be taken to their Google Account (shown on page 106).

GOOG-RDGZ-00154904

Index

## D.    Settings – October 2018 to 29 October 2019

D.1    (i)



A user could access this screen through the Settings app on their Pixel device.

On non-Pixel devices, the Settings menu may have appeared different to the screens shown on this page and the following page.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154905

**D. Settings – October 2018 to 29 October 2019**

Index

D.1    (ii)



If a user tapped 'Security & location', they accessed the screen shown on page 141.

If a user tapped 'Accounts', they accessed a screen from which they could tap 'Google Account', and access the screen on page 153.

If a user tapped 'Google', they accessed the screen shown on page 139.

GOOG-RDGZ-00154906

**D. Settings – October 2018 to 29 October 2019**                    Index

D.2    (i)



A user could access this screen by tapping 'Google' from the Settings menu on page 138.

If a user tapped the overflow menu (that is, the three dots in the top right corner of the screen), they could cause an overflow menu to appear as shown on page 151.

If a user tapped 'Google Account', they could access the screen on page 153.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154907

**D. Settings – October 2018 to 29 October 2019**                Index

D.2    (ii)



If a user tapped 'Location', they accessed the screen on page 142.

**141**

GOOG-RDGZ-00154908

**D. Settings – October 2018 to 29 October 2019**                                    <u>Index</u>

D.3



A user could access this screen by tapping on 'Security & location' in the settings menu on page <u>137</u>.

On non-Pixel devices, this setting may have appeared different to the screens shown on this page.

If a user tapped 'Location', they accessed the screen on page <u>142</u>.

GOOG-RDGZ-00154909

**D. Settings – October 2018 to 29 October 2019**     Index

D.4



A user could access this screen from 'Google' on the Settings menu (on page 138), 'Location' on the Settings menu (on page 140); or 'Security & location' on the Settings menu, then 'Location' (on page 141).

This screen features a toggle switch, shown here 'on' (blue, and switched to the right). If the toggle switch was 'off' it appears grey, and switched to the left.

If a user tapped the question mark icon (if available – it did not appear on some non-Pixel devices) at the top right of the screen, they accessed the screen on page 145.

If a user tapped the arrow next to 'Advanced', they caused additional information to appear, as shown on page 143.

page 142

**143**

**D. Settings – October 2018 to 29 October 2019**                    <u>Index</u>

D.5    (i)



(This screen is continued on the next page. A user could access the next page by scrolling down.)

If a user tapped 'Scanning', they accessed the screen on page 150.

If a user tapped 'Google Location Accuracy', they accessed the screen on page 147.

If a user tapped 'Google Location History', they accessed the screen on page 166.

If a user tapped 'Google Location Sharing', they accessed the screen on page 148.

**144**

GOOG-RDGZ-00154911

**D. Settings – October 2018 to 29 October 2019**    Index

D.5    (ii)



If a user tapped 'Scanning', they accessed the screen on page 150.

If a user tapped 'Google Location Accuracy', they accessed the screen on page 147.

If a user tapped 'Google Location History', they accessed the screen on page 166.

If a user tapped 'Google Location Sharing', they accessed the screen on page 148.

On non-Pixel devices, the information icon and associated text may have appeared different to the screen shown on this page, or may not have appeared at all.

GOOG-RDGZ-00154912

**D. Settings – October 2018 to 29 October 2019**

Index

D.6



A user could access this screen on Pixel devices by tapping the question mark button in the top right corner of the screen on page 142.

If a user tapped 'Location', they saw a pop up message, as shown on the screen on page 146.

If a user tapped 'Manage your Pixel phone's location settings', they accessed the help article titled 'Manage your Android device's location settings' shown on page 263.

If a user tapped 'Manage your Location History', they accessed the help article titled 'Manage your Location History' shown on page 236.

**146**

GOOG-RDGZ-00154913

**D. Settings – October 2018 to 29 October 2019**     Index

D.7



A user could access the pop up message on this screen by tapping 'Location' on page 145.

This pop up message features a toggle switch, shown here as 'off'. A user could turn the setting 'on' by using the toggle switch, which would then change from grey to blue.

On non-Pixel devices, this pop up message may have appeared different to the screen shown on this page.

If a user tapped 'Done', the pop up message closed, and they returned to the screen shown on page 145.

If a user tapped 'More Options', they accessed the screen shown on page 142.

page 146

**147**

**D. Settings – October 2018 to 29 October 2019**                                    <u>Index</u>

D.8



A user could access this screen by tapping 'Google Location Accuracy' on page <u>143</u>.

GOOG-RDGZ-00154915

**D. Settings – October 2018 to 29 October 2019**          Index

D.9



A user could access this screen by tapping 'Google Location Accuracy' on page 143.

If a user tapped the overflow menu in the top right corner, they saw a menu with three options: Location Settings, About, and Help.

By tapping 'Location Settings', a user accessed the screen shown on page 142.

Tapping 'About' caused the pop up message shown on page 149 to appear.

Tapping 'Help' takes a user to an article shown in a web browser titled 'Share your real-time location with others'.

GOOG-RDGZ-00154916

**D. Settings – October 2018 to 29 October 2019**          <u>Index</u>

D.10



If a user accessed the 'Location Sharing' screen (on page <u>148</u>), tapped the overflow menu on the top right of the screen, and tapped 'About', they saw the pop up message on this page.

If a user tapped 'Location History', they accessed the screen on page <u>166</u>.

**150**

GOOG-RDGZ-00154917

**D. Settings – October 2018 to 29 October 2019**                    <u>Index</u>

D.11



A user could access this screen by tapping 'Scanning on page 144.

**151**

GOOG-RDGZ-00154918

**D. Settings – October 2018 to 29 October 2019**  Index

D.12



If a user tapped the overflow menu button on the screen on page 139, a user could tap 'Usage & diagnostics' from the overflow menu (shown on this page), and would be taken to the screen shown on page 152.

GOOG-RDGZ-00154919

**D. Settings – October 2018 to 29 October 2019**                    <u>Index</u>

D.13



A user could access this screen by tapping 'Usage & diagnostics' from the overflow menu on page 151.

GOOG-RDGZ-00154920

**D. Settings – October 2018 to 29 October 2019**                    Index

D.14    (i)



A user could access the screen shown on this page in several ways, including by selecting 'Google Account' after having selected 'Accounts' or 'Google' in the device's settings menu, shown on page 138 and page 139.

If a user tapped the tab labelled 'Data & personalisation', they accessed the screen on page 156.

If a user tapped 'Get started' in the section titled 'Review your privacy settings', they accessed the screen on page 179.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

**154**

GOOG-RDGZ-00154921

**D. Settings – October 2018 to 29 October 2019**    Index

D.14    (ii)



If a user tapped the tab labelled 'Data & personalisation', they accessed the screen on page 156.

If a user tapped 'Manage your data & personalisation' in the section titled 'Make Google yours', they accessed the screen on page 156.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

page 154

**155**

**D. Settings – October 2018 to 29 October 2019**                    <u>Index</u>

D.14    (iii)



If a user tapped the tab labelled 'Data & personalisation', they accessed the screen on page 156.

If a user tapped 'Manage your data & personalisation' in the section titled 'Make Google yours', they accessed the screen on page 156.

If a user tapped 'Find out more', they accessed the website privacy.google.com, from which users could access the Privacy Policy and further information about their privacy settings, as well as their Google Account and the Privacy Checkup tool.

**156**

GOOG-RDGZ-00154923

**D. Settings – October 2018 to 29 October 2019**                    Index

D.15    (i)



A user could access this screen from:
- the 'Data & personalisation' tab on page 153; or
- the 'Manage your data & personalisation' section on pages 154 and 155.

If a user tapped 'Get started' in the section titled 'Review your privacy settings', they accessed the screen on page 179.

In 'Activity controls', a user could see a list of settings and the current status of that setting. Here, Web & App Activity and Location History are shown to be 'on', indicated by the tick symbol and the word 'On', both in blue. If these settings were 'paused', a user would see a pause symbol and the word 'Paused', both in grey.

If a user tapped the arrow next to 'Web & App Activity', they accessed a screen containing only the Web & App Activity section of the screen on page 161.

If a user tapped 'Location History', they accessed the screen shown on page 166 (containing only the Location History section of the screen on page 162).

(This screen is continued on the next page. A user could access the next page by scrolling down.)

**157**

GOOG-RDGZ-00154924

**D. Settings – October 2018 to 29 October 2019**                    <u>Index</u>

D.15    (ii)



If a user tapped 'Manage your activity controls', they accessed the screen on page <u>161</u>.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154925

**D. Settings – October 2018 to 29 October 2019**

Index

D.15    (iii)



If a user tapped 'My Activity', they accessed the website myactivity.google.com, which showed data collected while their Web & App Activity setting was enabled, shown on page 171.

If a user tapped 'Timeline', they accessed a screen within the Google Maps app, which showed data collected while their Location History setting was enabled, shown on page 175.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

**159**

GOOG-RDGZ-00154926

**D. Settings – October 2018 to 29 October 2019**    Index

D.15    (iv)



(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154927

**D. Settings – October 2018 to 29 October 2019**    Index

D.15    (v)



**161**

GOOG-RDGZ-00154928

**D. Settings – October 2018 to 29 October 2019**                    <u>Index</u>

D.16    (i)



(This screen is a recreation of the screen that was shown to users during this period. It is continued on the next page. A user could access the next page by scrolling down.)

A user could access this screen from 'Manage your activity controls' on page <u>157</u>, or 'Show all activity controls' on page <u>166</u>.

Each setting in Activity Controls features a toggle switch. Here, the Web & App Activity setting is 'on' (in blue, with switch pulled to the right).

If a user switched the Web & App Activity toggle from 'paused' to 'on', they accessed the pop up message shown on page <u>164</u>.

If a user switched the Web & App Activity toggle from 'on' to 'paused', they accessed the pop up message shown on page <u>165</u>.

The text under 'Web & App Activity' changed over time.

Between **9 May 2018 and 29 November 2018**, some users were shown the text as it appears on this page.

From **8 October 2018 to 29 October 2019**, some users were shown the following text: *Saves your activity on Google sites and apps, including associated info like location, to give you faster searches, better recommendations and more personalised experiences in Maps, Search, and other Google services.* **Learn more**

Between **12 November 2018** and **3 December 2018**, some users were shown the following text: *Saves your activity on Google sites and apps, including searches and associated info like location.*

If a user tapped 'Learn more', they accessed a help article titled 'See and control your search activity' (later 'See and control your Web & App Activity), shown on page <u>224</u>.

If a user tapped 'MANAGE ACTIVITY', they accessed the website myactivity.google.com, which showed data collected while their Web & App Activity setting was enabled, shown on page <u>171</u>.

**162**

GOOG-RDGZ-00154929

**D. Settings – October 2018 to 29 October 2019**                Index

D.16    (ii)


If a user switched the Location History toggle from 'paused' to 'on', they accessed the pop up message shown on pages 167 to 168.

If a user switched the Location History toggle from 'on' to 'paused', they accessed the pop up message shown on pages 169 to 170.

If a user tapped 'Learn more', they accessed a help article titled 'Manage your Location History', set out on page 236.

If a user tapped 'MANAGE ACTIVITY', they accessed a screen within the Google Maps app, which showed data collected while their Location History setting was enabled, shown on page 175.

From **9 May 2018 to 29 November 2018**, the text below the Location History toggle read: *Saves where you go with your devices to give you personalised maps, recommendations based on places you've visited, and more.* **Learn more***.*

(This screen is continued on the next page. A user could access the next page by scrolling down.)

GOOG-RDGZ-00154930

**D. Settings – October 2018 to 29 October 2019**                                    <u>Index</u>

D.16      (iii)



GOOG-RDGZ-00154931

**D. Settings – October 2018 to 29 October 2019**    <u>Index</u>

D.17



If a user switched the Web & App Activity toggle (on page <u>156</u> or page <u>161</u>) from 'paused' to 'on', they saw the pop up message shown on this page.

From **9 May 2018 to 29 October 2019**, users saw the text as it appears on this screen.

If a user tapped 'account.google.com', they accessed the screen on page <u>153</u>.

If a user tapped 'Cancel', they returned to the previous screen (on page <u>156</u> or page <u>161</u>), and the Web & App Activity setting would not be enabled.

If a user tapped 'Turn on', they returned to the previous screen (on page <u>156</u> or page <u>161</u>), and the Web & App Activity setting would be enabled.

**165**

GOOG-RDGZ-00154932

**D. Settings – October 2018 to 29 October 2019**                      Index

D.18



If a user switched the Web & App Activity toggle (on page 156 or page 161) from 'on' to 'paused', they saw the pop up message on this page.

From **16 October 2018 to 29 October 2019**, users saw the text as it appears on this screen.

If a user tapped 'myactivity.google.com', they accessed a website which showed data collected while their Web & App Activity setting was enabled, shown on page 171.

If a user tapped 'account.google.com', they accessed the screen on page 153.

If a user tapped 'policies.google.com', they accessed a website titled 'Google's Privacy & Terms', containing Google's Privacy Policy and Terms of Service. The version of the Privacy Policy in place during this period begins at page 197.

If a user tapped 'Cancel', they returned to the previous screen (shown on page 156 or page 161), and the Web & App Activity setting would remain on.

If a user tapped 'Turn on', they returned to the previous screen (shown on page 156 or page 161), and the Web & App Activity setting would be paused.

GOOG-RDGZ-00154933

**D. Settings – October 2018 to 29 October 2019**                    Index

D.19



A user could access this screen from 'Location History' in the Activity Controls section on page 156.

If a user switched the Location History toggle from 'paused' to 'on', they accessed the pop up message on page 167.

If a user switched the Location History toggle from 'on' to 'paused', they access the pop up message on page 169.

The text below the Location History toggle changed over time.

Between **9 May 2018 and 29 November 2018**, some users saw the text as shown on this page.

From **8 October 2018 to 29 October 2019**, some users saw the following text: *Saves where you go with your devices, even when you aren't using a specific Google service, to give you personalised maps, recommendations based on places that you've visited, and more.* **Learn more**

If a user tapped 'Learn more', they accessed a help article titled 'Manage your Location History', set out on page 236.

If a user tapped 'Manage activity', they accessed a screen within the Google Maps app, which showed data collected while their Location History setting was enabled, shown on page 175.

If a user tapped 'Show all Activity Controls', they accessed the screen shown on page 161.

(This screen is a recreation of the screen that was shown to users during this period)

**167**

GOOG-RDGZ-00154934

**D. Settings – October 2018 to 29 October 2019**    Index

D.20    (i)



If a user switched the 'Location History' toggle from 'paused' to 'on' on page 162 or page 166, they would access the pop up message on this page and the following page.

From **16 October 2018** to **29 October 2019**, users saw the text shown in the screen on this page and the following page.

The 'Cancel' and 'Turn on' options appeared at the bottom of the screen as the user scrolled down the page.

If a user tapped 'Cancel', they returned to the previous screen (shown on page 162 or page 166), and the Location History setting would not be enabled.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

If a user tapped 'Turn on', they returned to the previous screen (shown on page 162 or page 166), and the Location History setting would be enabled.

GOOG-RDGZ-00154935

**D. Settings – October 2018 to 29 October 2019**    Index

D.20    (ii)



If a user tapped 'account.google.com', they accessed the screen on page 153.

The 'Cancel' and 'Turn on' options appeared at the bottom of the screen as the user scrolled down the page.

If a user tapped 'Cancel', they returned to the previous screen (shown on page 162 or page 166), and the Location History setting would not be enabled.

If a user tapped 'Turn on', they returned to the previous screen (shown on page 162 or page 166), and the Location History setting would be enabled.

**169**

GOOG-RDGZ-00154936

**D. Settings – October 2018 to 29 October 2019**    Index

D.21    (i)



(This screen is continued on the next page. A user could access the next page by scrolling down.)

If a user switched the 'Location History' toggle from 'on' to 'paused' on page 162 or page 166, they would access the pop up message on this page and the following page.

The text on this pop up message changed over time.

From **8 May 2018 to 29 October 2019**, the first paragraph of the text was as it appears on this page.

The remainder of the text, from **8 May 2018 to 1 December 2018,** for some users, read:
*This setting does not affect other location services on your device, like Google Location Services and Find My Device.*
*Some location data may be saved as part of your activity on other Google services, like Search and Maps.*
*Pausing this setting doesn't delete any of your past data. You can see or delete your data and more at* **maps.google.com/timeline** *Learn more about the data Google continues to collect and why at* **policies.google.com***.*

From **16 October 2018 to 29 October 2019**, the remainder of the text was as it appears on the screens on this page and the next page.

The 'Cancel' and 'Pause' options appeared at the bottom of the screen as the user scrolled down the page.

If a user tapped 'Cancel', they returned to the previous screen (on page 162 or page 166), and the Location History setting would remain on.

If a user tapped 'Pause, they returned to the previous screen (on page 162 or page 166), and the Location History setting would be paused.

GOOG-RDGZ-00154937

**D. Settings – October 2018 to 29 October 2019**    <u>Index</u>

D.21    (ii)



If a user tapped 'maps.google.com/timeline', they accessed a screen within the Google Maps app which showed data collected while their Location History setting was enabled, shown on page <u>175</u>.

If a user tapped 'account.google.com', they accessed the screen on page <u>153</u>.

If a user tapped 'policies.google.com', they accessed a website titled 'Google's Privacy & Terms', containing Google's Privacy Policy and Terms of Service.  The version of the Privacy Policy in place during this period begins at page <u>197</u>.

The 'Cancel' and 'Pause' options appeared at the bottom of the screen as the user scrolled down the page.

If a user tapped 'Cancel', they returned to the previous screen (on page <u>162</u> or page <u>166</u>), and the Location History setting would remain on.

If a user tapped 'Pause', they returned to the previous screen (on page <u>162</u> or page <u>166</u>), and the Location History setting would be paused.

**171**

GOOG-RDGZ-00154938

**D. Settings – October 2018 to 29 October 2019**                    Index

D.22   (i)



A user could access this screen by tapping 'My Activity' on page 158, tapping 'Manage Activity' on page 161, or tapping 'myactivity.google.com' on page 165.

If a user tapped 'Learn more', they accessed a help article titled 'View & control activity on your account', shown on page 227.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

**172**

GOOG-RDGZ-00154939

**D. Settings – October 2018 to 29 October 2019**    <u>Index</u>

D.22    (ii)



If a user tapped 'Choose to delete automatically', they accessed the screen shown on page <u>174</u>. This feature was available to users from as early as 1 May 2019.

If a user tapped the bin icon next to 'Today', they could delete Web & App Activity recorded for the date.

(This screen is continued on the next page. A user could access the next page by scrolling down.)

**173**

GOOG-RDGZ-00154940

**D. Settings – October 2018 to 29 October 2019**    <u>Index</u>

D.22    (iii)



**174**

GOOG-RDGZ-00154941

**D. Settings – October 2018 to 29 October 2019**    <u>Index</u>

D.23



A user could access this screen by tapping 'Choose to delete automatically' on page <u>172</u> from as early as 1 May 2019.

From 1 May 2019, a user could choose for how long to keep their Web & App Activity before it would be automatically deleted. When reviewing this setting, a user could access a preview of the activity that would be deleted.

If a user tapped 'Next', they accessed the screen shown on page <u>171</u>.

GOOG-RDGZ-00154942

**D. Settings – October 2018 to 29 October 2019**                    <u>Index</u>

D.24



A user could access this screen by tapping 'Timeline' on page <u>157</u>, tapping 'Manage Activity' on pages <u>163</u> or <u>166</u>, or tapping 'maps.google.com/timeline' on page <u>170</u>.

This 'Timeline' shows a user had visited the place they had registered as 'Home'.

A version of 'Timeline' for a user who had recorded no activity is on page <u>178</u>.

If a user tapped the overflow menu at the top right of the screen, they saw the screen shown on page <u>176</u>.

**D. Settings – October 2018 to 29 October 2019**          <u>Index</u>

D.25



If a user tapped 'Settings', they saw the screen shown on page <u>177</u>.

If a user tapped 'Help', they accessed a help article titled 'Google Maps Timeline', set out on page <u>250</u>.

GOOG-RDGZ-00154944

**D. Settings – October 2018 to 29 October 2019**                    <u>Index</u>

D.26



A user could access this screen by tapping 'Settings' on page 176.

If a user tapped 'Web & App Activity is on' (or, if the setting was paused, '*Web & App Activity is off*'), they accessed the page within Activity Controls for Web & App Activity, as shown on page 161.

If a user tapped 'Location is off' (or, if the device's location setting was on, '*Location is on*'), they accessed the screen shown on page 142.

If a user tapped 'Location History is on' (or, if the setting was paused, '*Location History is off*'), they accessed the page within Activity Controls for Location History, as shown on page 166.

**178**

GOOG-RDGZ-00154945

**D. Settings – October 2018 to 29 October 2019**    <u>Index</u>

D.27



As described on page <u>175</u>, this is a 'Timeline' for a user who had recorded no activity for the day.

GOOG-RDGZ-00154946

**D. Settings – October 2018 to 29 October 2019**     <u>Index</u>

D.28



A user could access this screen from:
- 'Get started' on the 'Home tab of a user's Google Account on page <u>153</u>;
- 'Get started' on the 'Data & personalisation' tab of a user's Google Account on page <u>156</u>; or
- asking Google Assistant to "adjust my Google privacy settings".

If a user tapped 'Start now', they accessed a screen on which they could review and change settings relating to privacy and data (including the Web & App Activity and Location History settings). Part of this process is shown on page <u>180</u>.

GOOG-RDGZ-00154947

**D. Settings – October 2018 to 29 October 2019**

Index

D.29



If a user started a Privacy Checkup, as described on page 179, they would see this screen.

GOOG-RDGZ-00154948

**D. Settings – October 2018 to 29 October 2019**  Index

D.30



If a user had set up the Google Assistant tool, they could access the screen on page 153 by asking Google Assistant to show their Google Account activity or to open their Google Account.

If a user asked their Google Assistant to show their Google Account activity or to open their Google Account, they could access the screen shown on page 153.

GOOG-RDGZ-00154949

**D. Settings – October 2018 to 29 October 2019**    Index

D.31



A user could also access the screen shown on page 153 through a Google first party app, such as Google Maps. If a user tapped the menu icon in the top left corner of the app, they accessed the app's menu, as shown on this page.

If a user tapped the arrow next to their Google Account name, they could tap 'Manage your Google Account' and accessed their Google Account, as shown on page 153.

If a user tapped 'Your timeline', they accessed the screen on page 175.

GOOG-RDGZ-00154950

## E.    Privacy Policy and Terms of Service

E.1    (i)    PRIVACY POLICY

There are many different ways you can use our services – to search for and share information, to communicate with other people or to create new content. When you share information with us, for example by creating a Google Account, we can make those services even better – to show you more relevant search results and ads, to help you connect with people or to make sharing with others quicker and easier. As you use our services, we want you to be clear how we're using information and the ways in which you can protect your privacy.

Our Privacy Policy explains:

- What information we collect and why we collect it.
- How we use that information.
- The choices we offer, including how to access and update information.

We've tried to keep it as simple as possible, but if you're not familiar with terms like cookies, IP addresses, pixel tags and browsers, then read about these key terms first. Your privacy matters to Google so whether you are new to Google or a long-time user, please do take the time to get to know our practices – and if you have any questions contact us.

## Information we collect

We collect information to provide better services to all of our users – from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like.

We collect information in the following ways:

- Information you give us. For example, many of our services require you to sign up for a Google Account. When you do, we'll ask for personal information, like your name, email address, telephone number or credit card to store with your account. If you want to take full advantage of the sharing features we offer, we might also ask you to create a publicly visible Google Profile, which may include your name and photo.

- Information we get from your use of our services. We collect information about the services that you use and how you use them, like when you watch a video on YouTube, visit a website that uses our advertising services, or view and interact with our ads and content. This information includes:

---

A user could access the Privacy Policy in several ways, including during the set up process (at pages 15, 19, 22, 56, 66 or 69), through settings (at pages 165 or 170), or through help articles (at pages 234 or 239).

The Privacy Policy changed over time.

This page and the following pages up to page 196 show the version of the Privacy Policy that was in place as at 1 January 2017. It is annotated with amendments made in later versions of the Privacy Policy introduced on 1 March 2017, 17 April 2017, 2 October 2017 and 18 December 2017.

Pages 197 to 218 show the version of the Privacy Policy introduced on 25 May 2018. It is annotated with amendments made in later versions of the Privacy Policy introduced on 22 January 2019 and 15 October 2019.

If a user tapped 'more relevant search results' in the first paragraph, they accessed the definition of this term within the Privacy Policy, shown on page 196.

---

GOOG-RDGZ-00154951

**E. Privacy Policy and Terms of Service**                                    Index

E.1     (ii)                              • Device information

We collect device-specific information (such as
your hardware model, operating system
version, unique device identifiers, and mobile
network information including phone number).
Google may associate your device
identifiers or phone number with your Google
Account.

• Log information

When you use our services or view content
provided by Google, we automatically collect
and store certain information in server logs. This
includes:

▪ details of how you used our service,
such as your search queries.

▪ telephony log information like your
phone number, calling-party number,
forwarding numbers, time and date of
calls, duration of calls, SMS routing
information and types of calls.

▪ Internet protocol address.

▪ device event information such as
crashes, system activity, hardware
settings, browser type, browser
language, the date and time of your
request and referral URL.

▪ cookies that may uniquely identify your
browser or your Google Account.

• Location information

When you use Google services, we may collect
and process information about your actual
location. We use various technologies to
determine location, including IP address,
GPS, and other sensors that may, for example,
provide Google with information on nearby
devices, Wi-Fi access points and cell towers.

**185**

GOOG-RDGZ-00154952

**E. Privacy Policy and Terms of Service**                                            <u>Index</u>

E.1        (iii)                                    • Unique application numbers

Certain services include a unique application
number. This number and information about
your installation (for example, the operating
system type and application version number)
may be sent to Google when you install or
uninstall that service or when that service
periodically contacts our servers, such as for
automatic updates.

• Local storage

We may collect and store information (including
personal information) locally on your device
using mechanisms such as browser web
storage (including HTML 5) and application data
caches.

• Cookies and similar technologies

We and our partners use various technologies to
collect and store information when you visit a
Google service, and this may include
using cookies or similar technologies to identify
your browser or device. We also use these
technologies to collect and store information
when you interact with services we offer to our
partners, such as advertising services or Google
features that may appear on other sites. Our
Google Analytics product helps businesses and
site owners analyze the traffic to their websites
and apps. When used in conjunction with our
advertising services, such as those using the
DoubleClick cookie, Google Analytics
information is linked, by the Google Analytics
customer or by Google, using Google
technology, with information about visits to
multiple sites.

Information we collect when you are signed in to Google, in
addition to information we obtain about you from partners, may be
associated with your Google Account. When information is
associated with your Google Account, we treat it as personal
information. For more information about how you can access,
manage or delete information that is associated with your Google
Account, visit the Transparency and choice section of this policy.

## How we use information we collect

We use the information we collect from all of our services
to provide, maintain, protect and improve them, to develop new
ones, and to protect Google and our users. We also use this
information to offer you tailored content – like giving you more
relevant search results and ads.

GOOG-RDGZ-00154953

## E. Privacy Policy and Terms of Service

Index

E.1    (iv)    We may use the name you provide for your Google Profile across all of the services we offer that require a Google Account. In addition, we may replace past names associated with your Google Account so that you are represented consistently across all our services. If other users already have your email, or other information that identifies you, we may show them your publicly visible Google Profile information, such as your name and photo.

If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account.

When you contact Google, we keep a record of your communication to help solve any issues you might be facing. We may use your email address to inform you about our services, such as letting you know about upcoming changes or improvements.

We use information collected from cookies and other technologies, like pixel tags, to improve your user experience and the overall quality of our services. One of the products we use to do this on our own services is Google Analytics. For example, by saving your language preferences, we'll be able to have our services appear in the language you prefer. When showing you tailored ads, we will not associate an identifier from cookies or similar technologies with sensitive categories, such as those based on race, religion, sexual orientation or health.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection.

We may combine personal information from one service with information, including personal information, from other Google services – for example to make it easier to share things with people you know. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

We will ask for your consent before using information for a purpose other than those that are set out in this Privacy Policy.

Google processes personal information on our servers in many countries around the world. We may process your personal information on a server located outside the country where you live.

GOOG-RDGZ-00154954

**E. Privacy Policy and Terms of Service**                                      Index

E.1      (v)      Transparency and choice

People have different privacy concerns. Our goal is to be clear about what information we collect, so that you can make meaningful choices about how it is used. For example, you can:

- Review and update your Google activity controls to decide what types of data, such as videos you've watched on YouTube or past searches, you would like saved with your account when you use Google services. You can also visit these controls to manage whether certain activity is stored in a cookie or similar technology on your device when you use our services while signed-out of your account.

- Review and control certain types of information tied to your Google Account by using Google Dashboard.

- View and edit your preferences about the Google ads shown to you on Google and across the web, such as which categories might interest you, using Ads Settings. You can also visit that page to opt out of certain Google advertising services.

- Adjust how the Profile associated with your Google Account appears to others.

- Control who you share information with through your Google Account.

- Take information associated with your Google Account out of many of our services.

- Choose whether your Profile name and Profile photo appear in shared endorsements that appear in ads.

> If a user tapped 'Review and update your Google Activity controls' or 'controls', they accessed the website myaccount.google.com, shown on page 106 and page 153.

You may also set your browser to block all cookies, including cookies associated with our services, or to indicate when a cookie is being set by us. However, it's important to remember that many of our services may not function properly if your cookies are disabled. For example, we may not remember your language preferences.

## Information you share

Many of our services let you share information with others. Remember that when you share information publicly, it may be indexable by search engines, including Google. Our services provide you with different options on sharing and removing your content.

GOOG-RDGZ-00154955

## E. Privacy Policy and Terms of Service

Index

### E.1    (vi)    Accessing and updating your personal information

Whenever you use our services, we aim to provide you with access to your personal information. If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes. When updating your personal information, we may ask you to verify your identity before we can act on your request.

We may reject requests that are unreasonably repetitive, require disproportionate technical effort (for example, developing a new system or fundamentally changing an existing practice), risk the privacy of others, or would be extremely impractical (for instance, requests concerning information residing on backup systems).

Where we can provide information access and correction, we will do so for free, except where it would require a disproportionate effort. We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services, we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.

### Information we share

We do not share personal information with companies, organizations and individuals outside of Google unless one of the following circumstances applies:

- With your consent

  We will share personal information with companies, organizations or individuals outside of Google when we have your consent to do so. We require opt-in consent for the sharing of any sensitive personal information.

- With domain administrators

  If your Google Account is managed for you by a domain administrator (for example, for Google Apps users) then your domain administrator and resellers who provide user support to your organization will have access to your Google Account information (including your email and other data). Your domain administrator may be able to:

    - view statistics regarding your account, like statistics regarding applications you install.

    - change your account password.

---

This section of the Privacy Policy changed over time.

On **18 December 2017**, this section was updated to remove wording, as follows: *Whenever you use our services, we aim to provide you with access to your personal information. If that information is wrong, we strive to give you ways to update it quickly or to delete it – unless we have to keep that information for legitimate business or legal purposes. When updating your personal information, we may ask you to verify your identity before we can act on your request. We may reject requests that are unreasonably repetitive, require disproportionate technical effort (for example, developing a new system or fundamentally changing an existing practice), risk the privacy of others, or would be extremely impractical (for instance, requests concerning information residing on backup systems). Where we can provide information access and correction, we will do so for free, except where it would require a disproportionate effort. We aim to maintain our services in a manner that protects information from accidental or malicious destruction. Because of this, after you delete information from our services, we may not immediately delete residual copies from our active servers and may not remove information from our backup systems.*

On **1 March 2017**, the bullet point beginning "With domain administrators" in the section titled "Information we share" was updated to refer to "*G Suite users*" instead of "*Google Apps users*".

---

GOOG-RDGZ-00154956

## E. Privacy Policy and Terms of Service                                    Index

E.1    (vii)

- suspend or terminate your account access.

- access or retain information stored as part of your account.

- receive your account information in order to satisfy applicable law, regulation, legal process or enforceable governmental request.

- restrict your ability to delete or edit information or privacy settings.

Please refer to your domain administrator's privacy policy for more information.

- For external processing

We provide personal information to our affiliates or other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

- For legal reasons

We will share personal information with companies, organizations or individuals outside of Google if we have a good-faith belief that access, use, preservation or disclosure of the information is reasonably necessary to:

- meet any applicable law, regulation, legal process or enforceable governmental request.

- enforce applicable Terms of Service, including investigation of potential violations.

- detect, prevent, or otherwise address fraud, security or technical issues.

- protect against harm to the rights, property or safety of Google, our users or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners – like publishers, advertisers or connected sites. For example, we may share information publicly to show trends about the general use of our services.

If Google is involved in a merger, acquisition or asset sale, we will continue to ensure the confidentiality of any personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

GOOG-RDGZ-00154957

## E. Privacy Policy and Terms of Service

Index

E.1    (viii)    ## Information security

We work hard to protect Google and our users from unauthorized access to or unauthorized alteration, disclosure or destruction of information we hold. In particular:

- We encrypt many of our services using SSL.

- We offer you two step verification when you access your Google Account, and a Safe Browsing feature in Google Chrome.

- We review our information collection, storage and processing practices, including physical security measures, to guard against unauthorized access to systems.

- We restrict access to personal information to Google employees, contractors and agents who need to know that information in order to process it for us, and who are subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

## When this Privacy Policy applies

Our Privacy Policy applies to all of the services offered by Google Inc. and its affiliates, including YouTube, services Google provides on Android devices, and services offered on other sites (such as our advertising services), but excludes services that have separate privacy policies that do not incorporate this Privacy Policy.

Our Privacy Policy does not apply to services offered by other companies or individuals, including products or sites that may be displayed to you in search results, sites that may include Google services, or other sites linked from our services. Our Privacy Policy does not cover the information practices of other companies and organizations who advertise our services, and who may use cookies, pixel tags and other technologies to serve and offer relevant ads.

## Compliance and cooperation with regulatory authorities

We regularly review our compliance with our Privacy Policy. We also adhere to several self regulatory frameworks, including the EU-US Privacy Shield Framework. When we receive formal written complaints, we will contact the person who made the complaint to follow up. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of personal data that we cannot resolve with our users directly.

On **2 October 2017**, this section was updated to refer to "*Google LLC*" instead of "*Google Inc*".

On **17 April 2017**, this section was updated as follows:

*...We also adhere to several self regulatory frameworks, including the EU-US and Swiss-US Privacy Shield Frameworks.*

GOOG-RDGZ-00154958

**E. Privacy Policy and Terms of Service**                                                                 Index

E.1     (ix)     ## Changes

Our Privacy Policy may change from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice (including, for certain services, email notification of privacy policy changes). We will also keep prior versions of this Privacy Policy in an archive for your review.

## Specific product practices

The following notices explain specific privacy practices with respect to certain Google products and services that you may use:

- Chrome and Chrome OS
- Play Books
- Payments
- Fiber
- Project Fi
- Google Apps for Education

For more information about some of our most popular services, you can visit the Google Product Privacy Guide.

On **1 March 2017**, this section was updated to refer to "*G Suite for Education*" instead of "*Google Apps for Education*".

On **2 October 2017**, this section was updated to include the additional bullet points:
- YouTube Kids
- Google Accounts Managed with Family Link

## Other useful privacy and security related materials

Further useful privacy and security related materials can be found through Google's policies and principles pages, including:

- Information about our technologies and principles, which includes, among other things, more information on
    - how Google uses cookies.
    - technologies we use for advertising.
    - how we recognize patterns like faces.
- A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.
- The Privacy Checkup tool, which makes it easy to review your key privacy settings.
- Google's safety center, which provides information on how to stay safe and secure online.

If a user tapped 'Privacy Checkup', they accessed the screen shown at page 128 and page 179.

GOOG-RDGZ-00154959

**E. Privacy Policy and Terms of Service**                                    <u>Index</u>

E.1    (x)    **"access to your personal information"**

For example, with Google Dashboard you can quickly and easily see some of the data associated with your Google Account. Learn more.

### "ads you'll find most useful"

For example, if you frequently visit websites and blogs about gardening, you may see ads related to gardening as you browse the web. Learn more.

### "advertising services"

For example, if you frequently visit websites and blogs about gardening that show our ads, you may start to see ads related to this interest as you browse the web. Learn more.

### "and other sensors"

Your device may have sensors that provide information to assist in a better understanding of your location. For example, an accelerometer can be used to determine things like speed, or a gyroscope to figure out direction of travel. Learn more.

### "collect information"

This includes information like your usage data and preferences, Gmail messages, G+ profile, photos, videos, browsing history, map searches, docs, or other Google-hosted content. Learn more.

### "combine personal information from one service with information, including personal information, from other Google services"

For example, when you're signed in to your Google Account and search on Google, you can see search results from the public web, along with pages, photos, and Google+ posts from your friends and people who know you or follow you on Google+ may see your posts and profile in their results. Learn more.

### "connect with people"

For example, you could get suggestions of people you might know or want to connect with on Google+, based on the connections you have with people on other Google products, like Gmail and people who have a connection with you may see your profile as a suggestion. Learn more.

GOOG-RDGZ-00154960

**E. Privacy Policy and Terms of Service**  Index

E.1    (xi)    **"credit card"**

Whilst we currently don't ask for a credit card during sign up, verifying your age through a small credit card transaction is one way to confirm that you meet our age requirements in case your account was disabled after you have entered a birthday indicating you are not old enough to have a Google Account. Learn more.

### "develop new ones"

For example, Google's spell checking software was developed by analyzing previous searches where users had corrected their own spelling. Learn more.

### "device identifiers"

Device identifiers let Google know which unique device you are using to access our services, which can be used to customise our service to your device or analyse any device issues related to our services. Learn more.

### "device-specific information"

For example, when you visit Google Play from your desktop, Google can use this information to help you decide on which devices you'd like your purchases to be available for use. Learn more.

### "improve your user experience"

For example, cookies allow us to analyse how users interact with our services. Learn more.

### "legal process or enforceable governmental request"

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to hand over user data. Our legal team reviews each and every request, regardless of type, and we frequently push back when the requests appear to be overly broad or don't follow the correct process. Learn more.

### "limit sharing or visibility settings"

For example, you can choose your settings so your name and photo do not appear in an ad. Learn more.

GOOG-RDGZ-00154961

**E. Privacy Policy and Terms of Service**                                   <u>Index</u>

E.1     (xii)     **"linked with information about visits to multiple sites"**

Google Analytics is based on first-party cookies. Data generated through Google Analytics can be linked, by the Google Analytics customer or by Google, using Google technology, to third-party cookies, related to visits to other websites, for instance when an advertiser wants to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more.

**"maintain"**

For example, we continuously monitor our systems to check that they are working as intended and in order to detect and fix errors. Learn more.

**"may collect and process information about your actual location"**

For example, Google Maps can center the maps view on your current location. Learn more.

**"may not function properly"**

For example, we use a cookie called 'lbcs' which makes it possible for you to open many Google Docs in one browser. Learn more.

**"and our partners"**

We allow trusted businesses to use cookies or similar technologies for advertising and research purposes on our services. Learn more.

**"phone number"**

For example, if you add a phone number as a recovery option, if you forget your password Google can send you a text message with a code to enable you to reset it. Learn more.

**"protect Google and our users"**

For example, if you're concerned about unauthorized access to your email, "Last account activity" in Gmail shows you information about recent activity in your email, such as the IP addresses that accessed your mail, the associated location, as well as the time and date. Learn more.

**"protect"**

For example, one reason we collect and analyze IP addresses and cookies is to protect our services against automated abuse. Learn more.

If a user tapped 'Learn more', they accessed the following additional text:
*"may collect and process information about your actual location"*
*Examples*

- *For example, Google Maps can center the maps view on your current location. Learn more. If you use Google Maps for Mobile, we use GPS, WiFi and cell tower signals to determine your location. Learn more.*
- *When you're near a bus stop or a train station, Google Now can tell you what buses or trains will arrive next.*
- *Location History allows Google to store a history of your Location data from all devices where you are logged into your Google Account and have enabled Location Reporting. Location History and Location Reporting data may be used by any Google app or service. For example, Google Maps may use it to improve your search results based on the places that you've been. Learn more.*

If a user tapped 'Learn more' within the third bullet point, they accessed a help article titled 'Manage or delete your Location History', shown at page 232.

**195**

GOOG-RDGZ-00154962

**E. Privacy Policy and Terms of Service**                    Index

E.1    (xiii)    **"provide"**

For example, the IP address assigned to your device is used to send the data you requested back to your device. Learn more.

**"sharing"**

For example, with Google+, you have many different sharing options. Learn more.

**"sharing with others quicker and easier"**

For example, if someone is already a contact, Google will autocomplete their name if you want to add them to a message in Gmail. Learn more.

**"the people who matter most to you online"**

For example, when you type an address in the To, Cc, or Bcc field of a message you're composing, Gmail will suggest addresses from your Contacts list. Learn more.

**"to make it easier to share things with people you know"**

For example, if you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. Learn more.

**"view and interact with our ads"**

For example, we regularly report to advertisers on whether we served their ad to a page and whether that ad was likely to be seen by users (as opposed to, for example, being on part of the page to which users did not scroll). Learn more.

**"We may share aggregated, non-personally identifiable information publicly"**

When lots of people start searching for something, it can provide very useful information about particular trends at that time. Learn more.

**"Wi-Fi access points and cell towers"**

For example, Google can approximate your device's location based on the known location of nearby cell towers. Learn more.

GOOG-RDGZ-00154963

**E. Privacy Policy and Terms of Service**                                      Index

E.1      (xiv)      **"more relevant search results"**

For example, we can make search more relevant and interesting for you by including photos, posts, and more from you and your friends. Learn more.

### "removing your content"

For example, you can delete your Web & App Activity, your blog, a Google Site you own, your YouTube Channel, your Google+ profile or your entire Google account. Learn more.

### "to show trends"

You can see some of these at Google Trends and YouTube Trending Videos. Learn more.

### "your activity on other sites and apps"

This activity might come from your use of Google products like Chrome Sync or from your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics). These products share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information. Learn more.

If a user tapped 'Learn more', they accessed the following additional text:

**"more relevant search results"**
*Examples*
- *For example, we can make search more relevant and interesting for you by including photos, posts, and more from you and your friends. When signed in with Google+, you'll find tailored results and profiles of people you know or follow and people who know or follow you may see your posts and profile in their results. You can change your profile settings at any time if you don't want Google and other search engines to index your profile. Learn more.*
- *When you're signed into your Google Account and have Web History enabled, you can get more relevant search results based on your Web History. Web History includes your searches and other web activity. Your search results may also be customized using search activity from your computer even when you're signed out. Learn more.*

If a user tapped 'Learn more' in the second bullet point, they accessed a help article titled 'See and control your search activity' (later 'See and control your Web & App Activity'), shown on page 224.

If a user tapped 'your account settings' under the definition of "your activity on other sites and apps", they accessed the website myaccount.google.com, shown on page 106 and page 153.

GOOG-RDGZ-00154964

## E. Privacy Policy and Terms of Service

Index

E.2    (i)    GOOGLE PRIVACY POLICY

When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

INFORMATION GOOGLE COLLECTS

We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

As described on page 183, this page and the following pages up to page 218 show the version of the Privacy Policy introduced on 25 May 2018. It is annotated with amendments made in later versions of the Privacy Policy introduced on 22 January 2019 and 15 October 2019.

Pages 183 to 196 show the version of the Privacy Policy that was in place as at 1 January 2017. It is annotated with amendments made in later versions of the Privacy Policy introduced on 1 March 2017, 17 April 2017, 2 October 2017 and 18 December 2017.

GOOG-RDGZ-00154965

**E. Privacy Policy and Terms of Service** Index

E.2    (ii)    ## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

### Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

**199**

GOOG-RDGZ-00154966

## E. Privacy Policy and Terms of Service                  Index

E.2    (iii)

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

### Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to save and manage your location information in your account.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

> If a user tapped 'Go to Google Account', they accessed the website myaccount.google.com, shown at page 106 and page 153.

> On **22 January 2019**, this section of the Privacy Policy was updated as follows:
>
> *You can also turn on Location History if you want to save and manage your location information in your account create a private map of where you go with your signed-in devices.*

> If a user tapped 'turn your Android device's location on or off', they accessed a help article titled 'Turn location on or off for your device' shown at page 259.

> If a user tapped 'Location History', they accessed a help article titled 'Manage your Location History', shown at page 236.

GOOG-RDGZ-00154967

**E. Privacy Policy and Terms of Service**                                    Index

E.2    (iv)    We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

We use data to build better services

We use the information we collect from all our services for the following purposes:

Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

GOOG-RDGZ-00154968

**E. Privacy Policy and Terms of Service**     Index

E.2     (v)
- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

**Measure performance**

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

**Communicate with you**

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

**Protect Google, our users, and the public**

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

GOOG-RDGZ-00154969

**E. Privacy Policy and Terms of Service**                              Index

E.2     (vi)     We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

> If a user tapped 'Privacy Checkup' or 'Go to Privacy Checkup', they accessed the screen on page 128 and page 179.

Go to Privacy Checkup

## Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

> If a user tapped 'Google Account', they accessed the screen on page 106 or page 153.

**Privacy controls**

**Activity Controls**

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

> If a user tapped 'Go to Activity controls', they accessed the screen on page 109 or page 161.

Go to Activity Controls

GOOG-RDGZ-00154970

**E. Privacy Policy and Terms of Service**                                     Index

E.2     (vii)     **Ad settings**

Manage your preferences about the ads shown to you on Google
and on sites and apps that partner with Google to show ads. You
can modify your interests, choose whether your personal
information is used to make ads more relevant to you, and turn on
or off certain advertising services.

Go to Ad Settings

**About you**

Control what others see about you across Google services.

Go to About You

**Shared endorsements**

Choose whether your name and photo appear next to your
activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

**Information you share**

Control whom you share information with through your account on
Google+.

Go to Information You Share

> On **15 October 2019**, this
> section was updated as follows:
>
> *If you're a G Suite user, control
> whom you share information
> with through your account on
> Google+.*

**Ways to review & update your information**

**My Activity**

My Activity allows you to review and control data that's created
when you use Google services, like searches you've done or your
visits to Google Play. You can browse by date and by topic, and
delete part or all of your activity.

Go to My Activity

> If a user tapped 'Go to My
> Activity', they accessed the
> screen shown on page 122 or
> page 171.

**Google Dashboard**

Google Dashboard allows you to manage information associated
with specific products.

Go to Dashboard

**Your personal information**

Manage your contact information, such as your name, email, and
phone number.

Go to Personal Info

When you're signed out, you can manage information associated
with your browser or device, including:

- Signed-out search personalization: Choose whether your
  search activity is used to offer you more relevant results
  and recommendations.

GOOG-RDGZ-00154971

**E. Privacy Policy and Terms of Service**  Index

E.2    (viii)

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

## Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

> If a user tapped 'My Activity', they accessed the screen shown on page 122 or page 171.

> If a user tapped 'modify location settings', they accessed a help article titled 'Turn location on or off for your device', shown on page 259.

GOOG-RDGZ-00154972

**E. Privacy Policy and Terms of Service**                                                       Index

E.2    (ix)    SHARING YOUR INFORMATION

## When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing a song in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

> On **15 October 2019**, this section was updated as follows:
>
> ...or reviewing ~~a song~~ an app in Play, your name and photo appear next to your activity.

## When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

**With your consent**

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to request a ride from a ride-sharing service, we'll get your permission before sharing your address with that service. We'll ask for your explicit consent to share any sensitive personal information.

**With domain administrators**

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

> On **22 January 2019**, this section of the Privacy Policy was updated as follows:
>
> We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to ~~request a ride~~ make a reservation ~~from a ride-sharing service~~ through a booking service, we'll get your permission before sharing your ~~address with that service~~ name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

GOOG-RDGZ-00154973

## E. Privacy Policy and Terms of Service

Index

E.2    (x)    **For external processing**

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

**For legal reasons**

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

GOOG-RDGZ-00154974

## E. Privacy Policy and Terms of Service

Index

E.2     (xi)     KEEPING YOUR INFORMATION SECURE

We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

EXPORTING & DELETING YOUR INFORMATION

You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

If a user tapped 'My Activity', they accessed the screen shown on page 122 or page 171.

page 207

**208**

GOOG-RDGZ-00154975

**E. Privacy Policy and Terms of Service**                                      <u>Index</u>

E.2    (xii)    Delete your information

In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's data retention periods, including how long it takes us to delete your information.

We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

## COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

## Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

## ABOUT THIS POLICY

## When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

---

On **15 October 2019**, this section of the Privacy Policy was amended, as follows:

**<u>Retaining your information</u>**
~~In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's data retention periods, including how long it takes us to delete your information.~~
<u>We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:</u>

- <u>Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.</u>
- <u>Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.</u>
- <u>We keep some data until you delete your Google Account, such as information about how often you use our services.</u>
- <u>And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.</u>

<u>When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.</u>
<u>You can read more about Google's data retention periods, including how long it takes us to delete your information.</u>

---

GOOG-RDGZ-00154976

**E. Privacy Policy and Terms of Service**                                        Index

E.2    (xiii)    ## Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

### Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System
- Play Books
- Payments
- Fiber
- Project Fi
- G Suite for Education
- YouTube Kids
- Google Accounts Managed with Family Link

### Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account
- Privacy Checkup guides you through key privacy settings for your Google Account
- Google's safety center offers advice for staying safe & secure
- Google's privacy site provides more information about how we keep your information private and safe
- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service
- Technologies and Principles includes more information about:
  - How Google uses cookies
  - Technologies used for Advertising
  - How Google uses pattern recognition to recognize things like faces in photos
  - A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.
  - How Google uses data when you use our partners' sites or apps

---

*Side annotations:*

If a user tapped 'Your Google Account', they accessed the screen shown on page 106 or page 153.

If a user tapped 'Privacy Checkup', they accessed the screen shown on page 128 and page 179.

On **22 January 2019**, this section was updated as follows:

- Google's safety center ~~offers advice for staying safe & secure~~ helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online
- ~~Google's privacy site provides more information about how we keep your information private and safe~~
- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service
- Technologies ~~and Principles~~ includes more information about:
  - How Google uses cookies
  - Technologies used for Advertising
  - How Google uses pattern recognition to recognize things like faces in photos
  - ~~A page that explains what data is shared with Google when you visit websites that use our advertising analytics and social products~~
  - How Google uses ~~data when you use our partners'~~ information from sites or apps that use our services

---

GOOG-RDGZ-00154977

## E. Privacy Policy and Terms of Service

Index

E.2　　(xiv)

### ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

### the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

### phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

### payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

### devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

### Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

GOOG-RDGZ-00154978

**E. Privacy Policy and Terms of Service**                                   Index

E.2     (xv)     **Views and interactions with content and ads**

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

**synced with your Google Account**

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

- **services to make and receive calls or send and receive messages**

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Project Fi, for a phone plan

- **Sensor data from your device**

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

**Information about things near your device**

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

> If a user tapped 'Learn more', they accessed a help article titled 'Turn location on or off for your device' shown on page 259.

**publicly accessible sources**

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

**protect against abuse**

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

GOOG-RDGZ-00154979

## E. Privacy Policy and Terms of Service

E.2    (xvi)    **advertising and research services on their behalf**

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

### deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

> On **22 January 2019**, the definition of 'deliver our services' was updated to include the following bullet point:
>
> • *When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.*

### ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

### make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

### customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

> If a user tapped 'learn more here', they accessed a help article titled 'See and control your Web & App Activity', shown at page 224.

### personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

GOOG-RDGZ-00154980

**E. Privacy Policy and Terms of Service**                                   Index

E.2      (xvii)      **sensitive categories**

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

**may link information**

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

**safety and reliability**

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

**detect abuse**

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

GOOG-RDGZ-00154981

## E. Privacy Policy and Terms of Service

Index

E.2     (xviii)     **combine the information we collect**

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

**your activity on other sites and apps**

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

If a user tapped 'account settings', they accessed myaccount.google.com. shown on page 106 and page 153.

**215**

GOOG-RDGZ-00154982

## E. Privacy Policy and Terms of Service

Index

E.2    (xix)    **partner with Google**

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

**specific Google services**

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

**rely on cookies to function properly**

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

**legal process, or enforceable governmental request**

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

**show trends**

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

**specific partners**

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

**servers around the world**

For example, we operate data centers located around the world to help keep our products continuously available for users.

**third parties**

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

GOOG-RDGZ-00154983

## E. Privacy Policy and Terms of Service

Index

E.2    (xx)    **appropriate safeguards**

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. Learn more

**ensure and improve**

For example, we analyze how people interact with advertising to improve the performance of our ads.

**Customizing our services**

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.

**Affiliates**

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

**Algorithm**

A process or set of rules followed by a computer in performing problem-solving operations.

**Application data cache**

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

**Browser web storage**

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

**Cookies and similar technologies**

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

**217**

GOOG-RDGZ-00154984

**E. Privacy Policy and Terms of Service**                                    <u>Index</u>

E.2      (xxi)      **Device**

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

**Non-personally identifiable information**

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

**IP address**

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

**Pixel tag**

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

**Personal information**

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

**Sensitive personal information**

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

**Server logs**

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

GOOG-RDGZ-00154985

## E. Privacy Policy and Terms of Service Index

E.2    (xxii)
- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

### Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

GOOG-RDGZ-00154986

**E. Privacy Policy and Terms of Service**                                    Index

E.3     (i)     **Welcome to Google!**

Thanks for using our products and services ("Services"). The Services are provided by Google LLC ("Google"), located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States.

By using our Services, you are agreeing to these terms. Please read them carefully.

Our Services are very diverse, so sometimes additional terms or product requirements (including age requirements) may apply. Additional terms will be available with the relevant Services, and those additional terms become part of your agreement with us if you use those Services.

### Using our Services

You must follow any policies made available to you within the Services.

Don't misuse our Services. For example, don't interfere with our Services or try to access them using a method other than the interface and the instructions that we provide. You may use our Services only as permitted by law, including applicable export and re-export control laws and regulations. We may suspend or stop providing our Services to you if you do not comply with our terms or policies or if we are investigating suspected misconduct.

Using our Services does not give you ownership of any intellectual property rights in our Services or the content you access. You may not use content from our Services unless you obtain permission from its owner or are otherwise permitted by law. These terms do not grant you the right to use any branding or logos used in our Services. Don't remove, obscure, or alter any legal notices displayed in or along with our Services.

Our Services display some content that is not Google's. This content is the sole responsibility of the entity that makes it available. We may review content to determine whether it is illegal or violates our policies, and we may remove or refuse to display content that we reasonably believe violates our policies or the law. But that does not necessarily mean that we review content, so please don't assume that we do.

In connection with your use of the Services, we may send you service announcements, administrative messages, and other information. You may opt out of some of those communications.

Some of our Services are available on mobile devices. Do not use such Services in a way that distracts you and prevents you from obeying traffic or safety laws.

### Your Google Account

You may need a Google Account in order to use some of our Services. You may create your own Google Account, or your Google Account may be assigned to you by an administrator, such as your employer or educational institution. If you are using a Google Account assigned to you by an administrator, different or additional terms may apply and your administrator may be able to access or disable your account.

A user could access the Terms of Service in several ways, including during the set up process (at pages 15, 19, 56, or 66).

Save for one minor amendment set out below, Google's Terms of Service were not amended between 1 January 2017 and 29 October 2019, and were as set out on this page up to and including page 223.

From at least **1 January 2017 to 25 October 2017**, this part of the Terms of Service referred to "*Google Inc*". On **25 October 2017**, the Terms of Service were updated to refer to "*Google LLC*", as shown on this page.

GOOG-RDGZ-00154987

**E. Privacy Policy and Terms of Service**                                    <u>Index</u>

E.3      (ii)      To protect your Google Account, keep your password
                   confidential. You are responsible for the activity that happens on
                   or through your Google Account. Try not to reuse your Google
                   Account password on third-party applications. If you learn of any
                   unauthorized use of your password or Google Account, follow
                   these instructions.

### Privacy and Copyright Protection

Google's privacy policies explain how we treat your personal data
and protect your privacy when you use our Services. By using our
Services, you agree that Google can use such data in
accordance with our privacy policies.

We respond to notices of alleged copyright infringement and
terminate accounts of repeat infringers according to the process
set out in the U.S. Digital Millennium Copyright Act.

We provide information to help copyright holders manage their
intellectual property online. If you think somebody is violating
your copyrights and want to notify us, you can find information
about submitting notices and Google's policy about responding to
notices in our Help Center.

### Your Content in our Services

Some of our Services allow you to upload, submit, store, send or
receive content. You retain ownership of any intellectual property
rights that you hold in that content. In short, what belongs to you
stays yours.

When you upload, submit, store, send or receive content to or
through our Services, you give Google (and those we work with)
a worldwide license to use, host, store, reproduce, modify, create
derivative works (such as those resulting from translations,
adaptations or other changes we make so that your content
works better with our Services), communicate, publish, publicly
perform, publicly display and distribute such content. The rights
you grant in this license are for the limited purpose of operating,
promoting, and improving our Services, and to develop new ones.
This license continues even if you stop using our Services (for
example, for a business listing you have added to Google Maps).
Some Services may offer you ways to access and remove
content that has been provided to that Service. Also, in some of
our Services, there are terms or settings that narrow the scope of
our use of the content submitted in those Services. Make sure
you have the necessary rights to grant us this license for any
content that you submit to our Services.

Our automated systems analyze your content (including emails)
to provide you personally relevant product features, such as
customized search results, tailored advertising, and spam and
malware detection. This analysis occurs as the content is sent,
received, and when it is stored.

GOOG-RDGZ-00154988

**E. Privacy Policy and Terms of Service**    _Index_

E.3    (iii)    If you have a Google Account, we may display your Profile name, Profile photo, and actions you take on Google or on third-party applications connected to your Google Account (such as +1's, reviews you write and comments you post) in our Services, including displaying in ads and other commercial contexts. We will respect the choices you make to limit sharing or visibility settings in your Google Account. For example, you can choose your settings so your name and photo do not appear in an ad.

You can find more information about how Google uses and stores content in the privacy policy or additional terms for particular Services. If you submit feedback or suggestions about our Services, we may use your feedback or suggestions without obligation to you.

## About Software in our Services

When a Service requires or includes downloadable software, this software may update automatically on your device once a new version or feature is available. Some Services may let you adjust your automatic update settings.

Google gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by Google as part of the Services. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Google, in the manner permitted by these terms. You may not copy, modify, distribute, sell, or lease any part of our Services or included software, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit those restrictions or you have our written permission.

Open source software is important to us. Some software used in our Services may be offered under an open source license that we will make available to you. There may be provisions in the open source license that expressly override some of these terms.

## Modifying and Terminating our Services

We are constantly changing and improving our Services. We may add or remove functionalities or features, and we may suspend or stop a Service altogether.

You can stop using our Services at any time, although we'll be sorry to see you go. Google may also stop providing Services to you, or add or create new limits to our Services at any time.

We believe that you own your data and preserving your access to such data is important. If we discontinue a Service, where reasonably possible, we will give you reasonable advance notice and a chance to get information out of that Service.

## Our Warranties and Disclaimers

We provide our Services using a commercially reasonable level of skill and care and we hope that you will enjoy using them. But there are certain things that we don't promise about our Services.

GOOG-RDGZ-00154989

## E. Privacy Policy and Terms of Service                                    Index

E.3     (iv)    Other than as expressly set out in these terms or additional terms, neither Google nor its suppliers or distributors make any specific promises about the Services. For example, we don't make any commitments about the content within the Services, the specific functions of the Services, or their reliability, availability, or ability to meet your needs. We provide the Services "as is".

Some jurisdictions provide for certain warranties, like the implied warranty of merchantability, fitness for a particular purpose and non-infringement. To the extent permitted by law, we exclude all warranties.

### Liability for our Services

When permitted by law, Google, and Google's suppliers and distributors, will not be responsible for lost profits, revenues, or data, financial losses or indirect, special, consequential, exemplary, or punitive damages.

To the extent permitted by law, the total liability of Google, and its suppliers and distributors, for any claims under these terms, including for any implied warranties, is limited to the amount you paid us to use the Services (or, if we choose, to supplying you the Services again).

In all cases, Google, and its suppliers and distributors, will not be liable for any loss or damage that is not reasonably foreseeable.

We recognize that in some countries, you might have legal rights as a consumer. If you are using the Services for a personal purpose, then nothing in these terms or any additional terms limits any consumer legal rights which may not be waived by contract.

### Business uses of our Services

If you are using our Services on behalf of a business, that business accepts these terms. It will hold harmless and indemnify Google and its affiliates, officers, agents, and employees from any claim, suit or action arising from or related to the use of the Services or violation of these terms, including any liability or expense arising from claims, losses, damages, suits, judgments, litigation costs and attorneys' fees.

### About these Terms

We may modify these terms or any additional terms that apply to a Service to, for example, reflect changes to the law or changes to our Services. You should look at the terms regularly. We'll post notice of modifications to these terms on this page. We'll post notice of modified additional terms in the applicable Service. Changes will not apply retroactively and will become effective no sooner than fourteen days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If you do not agree to the modified terms for a Service, you should discontinue your use of that Service.

GOOG-RDGZ-00154990

## E. Privacy Policy and Terms of Service Index

E.3    (v)    If there is a conflict between these terms and the additional terms, the additional terms will control for that conflict.

These terms control the relationship between Google and you. They do not create any third party beneficiary rights.

If you do not comply with these terms, and we don't take action right away, this doesn't mean that we are giving up any rights that we may have (such as taking action in the future).

If it turns out that a particular term is not enforceable, this will not affect any other terms.

The courts in some countries will not apply California law to some types of disputes. If you reside in one of those countries, then where California law is excluded from applying, your country's laws will apply to such disputes related to these terms. Otherwise, you agree that the laws of California, U.S.A., excluding California's choice of law rules, will apply to any disputes arising out of or relating to these terms or the Services. Similarly, if the courts in your country will not permit you to consent to the jurisdiction and venue of the courts in Santa Clara County, California, U.S.A., then your local jurisdiction and venue will apply to such disputes related to these terms. Otherwise, all claims arising out of or relating to these terms or the services will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

For information about how to contact Google, please visit our contact page.

GOOG-RDGZ-00154991

Index

## F.  Help Articles

F.1  (i)  # See and control your search activity

If Web & App Activity is turned on, your searches and activity from other Google services are saved to your Google Account, so you may get better search results and suggestions.

You control what's saved, and you can delete your past searches and activity or turn off Web & App Activity at any time.

**Android**    Computer    iPhone & iPad

### Turn Web & App Activity on or off

1. Depending on your device, open Google settings in one of these places:

   o  Settings app > **Google**

   o  Google Settings

   o  On some Android devices, open your Settings app> tap **General.**

2. Tap **Personal info & privacy** > **Activity controls** > **Web & App Activity.**

3. Turn the switch on or off.

4. If you turn the switch on, you can check the box next to "Include Chrome browsing history and activity from websites and apps that use Google services." When this box is checked, you can control whether app activity from your device is saved.

5. Optional: To choose whether app activity from your device is saved, tap **Data from this device,** then tap the switch or checkbox.

**Note:** Some browsers and devices may have more settings that affect how this activity is saved.

The text shown here was available as at 1 January 2017.  The text of this article changed over time.

On **8 May 2019**, the title of this article was changed to 'See and control your Web & App Activity'.

On **16 November 2017**, the following text was added to the introductory section:
*Note: If you got your Google Account through work or school, you make need to contact your administrator to turn on the Web & App Activity.*

On **10 January 2018**, this note was updated to refer to "*the Web & App Activity service for your organization.*"

On **8 May 2019**, this note was updated to refer to "*the Web & App Activity additional service for your organization.*"

The text under the subheading 'Turn Web & App Activity on or off' changed over time.

From **30 August 2017 to 23 May 2019**, the third item was changed from '*Turn the switch on or off*' to '*Turn Web & App Activity on or off*'.

From **24 May 2019 to 2 October 2019**, the steps in this section were replaced with the following text:
*1. On your Android phone or tablet, open your device's Settings app > **Google** > **Manage your Google Account.***
*2. Tap Data & personalization.*
*3. Under "Activity controls", tap **Web & App Activity.***
*4. Turn **Web & App Activity** on or off.*
*5. If you turn the switch on, you can check the box next to "Include Chrome browsing history and activity from sites, apps, and devices that use Google services." When this box is checked, you can control whether app activity from your device is saved.*
*6. Optional: To choose whether app activity from your device is saved, turn **Saves your activity from apps on this device** on or off.*

From **2 October 2019 to 29 October 2019**, the fifth item was changed to:
*5. When Web & App Activity is on:*
o  *You can check the box next to "Include Chrome History and activity from websites and apps that use Google services." When this box is checked, you can control whether app activity from your device is saved. To choose whether app activity from your device is saved, turn **Saves your activity from apps on this device** on or off.*
o  *You can check the box next to "Include voice and audio recordings"*

GOOG-RDGZ-00154992

**F. Help Articles**                                                                  Index

F.1    (ii)    **See or delete your search activity**

You can find and delete your searches and browsing activity by visiting My Activity. Learn more about how to view and control activity or how to delete activity.

**What's saved as Web & App Activity**

Info about your searches and more    ∨

When Web & App Activity is on, Google saves information like:

- Searches and other things you do on Google products and services, like Maps

- Your location, language, IP address, and whether you use a browser or an app

- Ads you click, or things you buy on an advertiser's site

- Information on your device like recent apps or contact names you searched for

Note: Activity may be saved even when you're offline.

Info about your browsing and more    ∨

Google can save information like:

- Websites and apps you use

- Your activity on websites and in apps that use Google services

- Your Chrome browsing history

To let Google save this information, Web & App Activity must be on, and the box next "Include Chrome browsing history and activity from websites and apps that use Google services" must be checked.

Note: Your Chrome history is only saved if you're signed in to your Google Account and have Chrome Sync turned on.

**How your saved activity is used**

Learn more about how Google uses your saved activity and helps keep it private.

For more information about how Google treats search queries generally, see the Privacy Policy FAQ.

From **8 May 2019 to 29 October 2019**, the subheading *'See or delete your search activity'* was changed to *'See or delete your activity'*, and the text in this section read: *You can see and delete your Web & App Activity by visiting My Activity. Learn more about how to delete activity manually or set up automatic deletion.*

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "Info about your searches and more" and "Info about your browsing and more'".

If a user tapped 'how to delete activity', they accessed a help article titled *'Delete your activity'*.

From **2 October 2019 to 29 October 2019**, the section titled *'Info about your searches & more'* was titled *'Info about your searches and other activity on Google sites, apps and services'*.

From **2 October 2019 to 29 October 2019**, the section titled *'Info about your browsing & more'* was titled *'Info about your browsing and other activity on sites, apps and devices that use Google services'*. The text of this section was changed to read:
*When Web & App Activity is on, you can include additional activity like:*
● *Sites and apps that partner with Google to show ads*
● *Sites and apps that use Google services, including data that apps share with Google*
● *Your Chrome browsing history*
● *Android usage & diagnostics, like battery level and system errors"*
*Voice and audio recordings*
*When Web & App Activity is on, you can include voice and audio recordings as part of your activity. Learn about voice and audio recordings.*

*To let Google save this information:*
● *Web & App Activity must be on.*
● *The box next to "Include voice and audio recordings" must be checked*

From **5 August 2018 to 29 October 2019**, the final paragraph in the section titled *'Info about your browsing and more'* was replaced with the following text:

*Your Chrome History is only saved if you're signed in to your Google Account and have Chrome Sync turned on.*
<u>*Learn about Chrome Sync*</u>

*Note: If you use a shared device or sign in with more than one account, activity might be saved to the default account on the browser or device you use.*

If a user tapped 'how Google uses your saved activity':
- between 1 January 2017 and 20 September 2018, they accessed the website at 'privacy.google.com'; and
- between 21 September 2018 and 29 October 2019, they accessed 'privacy.google.com', which redirected to the website 'safety.google'.

GOOG-RDGZ-00154993

**F. Help Articles**                                                                          Index

F.1     (iii)     **How Web & App Activity works when you're signed out**

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately.

**Browser history**

In the Activity controls page, you can also check the box to "Include Chrome browsing history and activity from websites and apps that use Google services." When this box is checked, you can control whether activity from your device is saved.

If a user tapped 'Activity controls', they accessed the screen on page 109 or page 161.

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on Chrome, Toolbar, Safari, Internet Explorer, or Firefox.

GOOG-RDGZ-00154994

**F. Help Articles**                                                        <u>Index</u>

F.2     (i)     # View & control activity on your account

You can find and see your searches, browsing history, and other activity that's saved to your Google Account in My Activity. You're in control of what's saved there, and you can delete past activity from your account.

## What My Activity is

My Activity is a central place to view and manage activity like searches you've done, websites you've visited, and videos you've watched.

How activity works    ∨

When you use certain Google services, like Search, YouTube, or Chrome, your activity can be saved as data to your account. This activity helps make your experience on Google faster and more useful.

The kinds of activity that show up in My Activity depend on which Google products you use and which Activity controls are turned on.

When activity gets saved to your account    ∨

Activity is saved when you're signed in to your Google Account.

Your Activity controls, like Web & App Activity and YouTube watch history, control most of the activity that's saved to your account.

The text shown here was available as at 1 January 2017. The text of this article changed over time.

From **8 May 2019 to 29 October 2019**, the title changed to '*View and control activity in your account*', and the introduction was replaced with the following text:
*When you use Google sites, apps, and services, some of your activity is saved in your Google Account. You can see and delete this activity in My Activity, and you can stop saving most activity at any time.*

If a user tapped 'My Activity', they accessed the screen shown on page <u>122</u> or page <u>171</u>.

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "How activity works" and "When activity gets saved to your account'".

If a user tapped 'Activity controls', they accessed the screen on page <u>109</u> or page <u>161</u>.

Between **30 May 2018 and 8 May 2019**, the text in the last paragraph under the subheading 'When activity gets saved to your account' read:
*Your Activity controls, like Web & App Activity and YouTube watch history, control most of the activity that's saved to your account. Learn more about the information we collect and why. To view and control other account information, open your Google Account.*

From **2 October 2019 to 29 October 2019**, the last paragraph read:
*Your Activity controls control most of the activity that's saved to your account. Learn more about the information we collect and why. To view and control other account information, open your Google Account.*

From **30 May 2018**, below the section titled 'What My Activity is', a user could choose one of three tabs depending on their device: 'Computer', 'Android', or 'iPhone & iPad'.

GOOG-RDGZ-00154995

**F. Help Articles**                                                                          Index

F.2    (ii)    **Find & view activity**

Your activity is listed as individual items, starting with the most recent. These items might be part of bundles, which group similar activity together. (**Note:** Bundles might not capture all similar activity.)

**Find activity**

1. Go to My Activity. You might need to sign in to your Google Account.

2. Choose how you want to find and view new activity.

   Browse activity

   - Scroll down to see your activity organised by day and time.

   - To see individual items instead of bundles: On the "My Activity" banner, choose More > **Item view**.

   - To see bundles instead of individual items: On the "My Activity" banner, choose More > **Bundle view**.

   Search & filter activity

   1. Near the top of the page, select the search bar or **Filter by date & product.**

   2. From here you can:

      ○ Enter a search term.

      ○ Add a date range.

      ○ Choose which Google products to include. (**Note:** Some Google products don't save activity in My Activity).

   3. At the top of the page, select Search.

   **See details about activity**

   - To see all items in a bundle: On the bundle, select More > **Details**.

   - To see details about an item: On the item, select More > **Details**. You'll see the date and time of the activity and why it was saved. You might also see location, device, and app information.

**Delete activity**

Learn how to delete past searches, browsing history, and other activity in My Activity.

From **30 May 2018 to 29 October 2019**, the text under 'Find activity' in the 'Android' tab read:
*1. On your Android phone or tablet, open your device's Settings app > **Google** > **Manage your Google Account**.*
*2. At the top, tap Data & personalization*
*3. Under "Activity and timeline," tap My Activity.*
*4. View your activity:*
   - *Browse through your activity, organized by day and time.*
   - *At the top, use the search bar and filters to find specific activity.*
*You can view your activity as bundles or individual items. To change your view, at the top right, tap More **Item view** or **Bundle view**.*

If a user tapped 'My Activity', they accessed the screen shown on page 122 or page 171.

From **8 May 2019 to 29 October 2019**, the section titled 'Delete activity' was updated to include: *You can also set up automatic deletion for older activity.*

**229**

GOOG-RDGZ-00154996

**F. Help Articles**                                                                                    <u>Index</u>

F.2     (iii)     **Change what activity gets saved**

You can control most of the information that's saved in My Activity. To change these settings:

1. Go to Activity controls. You might need to sign in to your Google Account.

2. From here you can:

   o **Save activity:** Next to the activity you want to save, turn on the switch. Select **Turn on**.

   o **Stop saving activity:** Next to the activity you don't want to save, turn off the switch. Select **Pause**.

**Note:** Some activity isn't included in My Activity.

### Fix problems

Your activity doesn't show up   ˅

If your searches, websites you've visited, or other activity don't appear in My Activity, make sure that:

- **You're signed in.** Activity is saved only when you're signed in to your Google Account.

- **Your device is online.** Any offline activity won't show up in My Activity until your device connects to the Internet.

- **The right settings are turned on.** Visit Activity controls to confirm you're saving the kinds of activity you want to.

- **You're signed in to only one account.** If multiple accounts are signed in to the same browser or device at the same time, your activity might be saved to the default account.

**Note:** Some Google services don't support saving activity to your account.

From **30 May 2018 to 7 May 2019**, the section titled 'Change what activity gets saved' in the 'Android' tab read:
*You can control most of the information that's saved in My Activity.*
*1. On your Android phone or tablet, open your device's Settings app > **Google** > **Manage your Google Account**.*
*2. At the top, tap **Data & personalization**.*
*3. Under "Activity controls", tap **Manage your activity controls**.*
*4. Turn specific types of activity on or off.*
***Note:** Some activity isn't included in My Activity.*

From **8 May 2019 to 29 October 2019**, the section was renamed 'Stop saving activity', and was updated to read:
*You can control most of the information that's displayed in My Activity.*
*1. On your Android phone or tablet, open your device's Settings app > **Google** > **Manage your Google Account**.*
*2. At the top, tap **Data & personalization**.*
*3. Under "Activity controls", tap **Manage your activity controls**.*
*4. Turn off the activity you don't want to save.*
***Note:** Some activity isn't included in My Activity.*

***Stop saving activity temporarily***
*You can search and browse the web privately.*

***Note:** if you sign in to your Google Account in a private browsing window your search activity may be stored in that account.*

If a user tapped 'Activity controls', they accessed the screen on page <u>109</u> or page <u>161</u>.

This page shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to "Your activity doesn't show up".

**F. Help Articles**                                                          Index

F.2      (iv)      You see activity you don't recognize    ∨

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "You see activity you don't recognize" and "You're in Lite mode".

You might see these types of unfamiliar activity in My Activity.

**Activity from websites & apps that use Google services**

Some websites and apps use Google services, like Search, Maps, or Ads. If you visit these websites and apps while signed in to your Google Account, your activity might show up in My Activity.

Some websites and apps might share certain activity with Google.

Learn more about Web & App Activity.

**Predicted activity**

Sometimes Google predicts what you'd like to see next and serves this content to you. Here's an example.

If a user tapped 'Web & App Activity', they accessed a help article titled 'See and control your search activity' (later 'See and control your Web & App Activity') shown at page 224.

From **7 November 2017 to 29 October 2019**, the text under 'Predicted activity' in the 'Android' tab was updated to remove the first bullet point.

- If Google instant results are turned on, My Activity might show predicted searches. This activity is saved when you type a search and pause or click elsewhere on the page.

- If YouTube autoplay is turned on, My Activity might show videos that were played automatically based on what you've watched.

**Other unusual activity**

You might see unfamiliar activity if:

- You signed in to multiple accounts on the same browser or device at the same time. Activity from another signed-in account might be saved here.

- You didn't sign out from a shared device, like a public computer.

- Your device is set to a different date and time. Activity from this device might appear with a future date.

- Someone else accessed your account without your permission.

If you think activity on your account was done by someone else, take steps to help keep your account secure.

You're in Lite mode    ∨

If you see a notice that says "You're in Lite mode", your browser doesn't work with all features on My Activity. Learn how to upgrade your browser.

GOOG-RDGZ-00154998

**F. Help Articles**                                    Index

F.2    (v)    **See other activity**

Not all of the activity that's saved to your account shows up in My Activity. For example, if you've turned on Location History, that activity is saved to your Maps Timeline instead.

To see other kinds of activity that are saved to your account:

1.  Go to My Activity. You might need to sign in to your Google Account.

2.  On the "My Activity" banner, choose More > **Other Google Activity**.

3.  Below the activity you want to see, select the appropriate option.

Learn more about the information we collect and why.

To view and control other account information, visit My Account.

> If a user tapped 'Location History', they accessed a help article titled 'Manage or delete your Location History' (later 'Manage your Location History') shown at page 232.

> If a user tapped 'Maps Timeline', they accessed the screen shown on page 127 or page 175.

> If a user tapped 'My Activity', they accessed the screen shown on page 122 or page 171.

> From **30 May 2018 to 29 October 2019**, the text in the second paragraph in the section titled 'See other activity' in the 'Android' tab read:
> *To see other kinds of activity that are saved to your account:*
> *1. On your Android phone or tablet, open your device's Settings app > **Google** > **Manage your Google Account**.*
> *2. At the top, tap **Data & personalization**.*
> *3. Under "Activity and timeline", tap **My Activity**.*
> *4. At the top right, tap More **Other Google activity**.*
> *5. Find the activity you want to see.*

> If a user tapped 'information we collect and why', they accessed privacy.google.com.

> If a user tapped 'My Account', they accessed page 106 or page 153.

GOOG-RDGZ-00154999

**F. Help Articles**                                                    Index

F.3    (i)    # Manage or delete your Location History

Your Location History helps you get better results and recommendations across Google products. For example, you can see local recommendations based on places you've visited with signed-in devices, or see traffic predictions for your daily commute.

You're in control what's saved in your Location History, and you can delete your history at any time.

### Turn Location History on or off

You can turn off Location History at any point. With Location History off, the places you go are no longer stored. When you turn it off for your Google Account, it's turned off for all devices associated with that Google Account.

If you want to completely turn off GPS or Wi-Fi location services, you can turn off your device's main location feature.

Access to Location History in Google Settings is available on devices running Android 2.3 and up.

**Turn Location History on or off with Google Settings**

1. Find Google settings in one of these places (depending on your device):

   o  In your Settings app , scroll down and tap Google.

   o  Open a separate app called Google Settings.

2. Tap Location > Google Location History for the account you want to change.

3. Turn Location History on or off for your account or devices:

   o  To turn location history on or off for your entire account and all devices associated with that account, tap the switch in the upper right.

   o  To turn location history on or off for just a specific device, tap the switch next to that device name on or off.

This page to page 235 show the article available from 1 January 2017, annotated with changes made between 1 January 2017 and 4 October 2018.

Pages 236 to 240 show the version of this article introduced on 5 October 2018, annotated with changes made between 5 October 2018 and 29 October 2019.

If a user tapped 'turn off your device's main location feature', they accessed a help article titled 'Turn location on or off for your device' shown on page 257.

The 'Turn Location History on or off' section changed over time.
On **24 February 2017**, it was updated to read:
*You can turn off Location History at any time. With Location History off, the places you go are no longer stored. When you turn off Location History for your Google Account, it's off for all devices associated with that Google Account.  You can also turn off Location services for a device. Learn how.*
*Turn Location History on/off using device settings (Android 2.3 and up)*  ∨
*1. Find Google Settings in one of these places (depending on your device):*
   o  *In your Settings app, scroll down and tap Google.*
   o  *Open a separate app called Google Settings.*
*2. Tap Location Google Location History for the account you want to change.*
*3. Turn Location History on or off for your account or devices:*
   o  *For your whole account and all devices associated with it, tap the top On/Off switch.*
   o  *For a specific device only, tap the switch next to that device's name.*

From **30 May 2018 to 4 October 2018**, the steps under '*Turn Location History on/off using device settings (Android 2.3 and up)*', read:
*1. On your Android phone or tablet, open your device's Settings app > **Google** > **Manage your Google Account**.*
*2. At the top, take Data & personalization.*
*3. Under "Activity controls", tap **Location History**.*
*4. Turn **Location History** on or off for your account or devices:*
   o  *For your whole account and all devices associated with it, turn **Use Location History** on or off.*
   o  *For a certain device only, turn that device's history on or off.*

From **17 August 2018 to 4 October 2018**, the first part read:
*You can turn off Location History at the account level at any time. This setting does not affect other location services on your device, like Google Location Services and Find My Device. Some location data may be saved as part of your activity on other services, like Search and Maps. When you turn off Location History for your Google Account, it's off for all devices associated with that Google Account.  You can also turn off Location services for a device. Learn how.*

GOOG-RDGZ-00155000

**F. Help Articles**                                                                    Index

F.3    (ii)    **Turn Location History on or off with Activity controls**

    1.  Go to the Activity controls section of My Account. If prompted, sign in to the Google Account you want associated with your location.

    2.  To enable or disable location history for your entire Google Account and all devices associated with that account, click Location History on or off.

If you use a work or school account, you may need to get access to these settings from your administrator.

**Delete your Location History**

You can delete your entire Location History or only certain parts of it. If you delete your entire history, some apps may not work correctly.

**Delete your entire Location History using Google Settings**

    1.  Find Google settings in one of these places (depending on your device):

       ○  In your Settings app , scroll down and tap Google.

       ○  Open a separate app called Google Settings.

    2.  Tap Location > Google location History.

    3.  At the bottom of the screen, tap Manage Activities. Your device will open Google Maps.

    4.  In the top right, tap More > Settings > Delete all Location History.

**IMPORTANT:** If you delete Location History using the Google Settings app, all of your history will be deleted. This can't be reversed. It may cause some apps to have problems.

---

The section titled 'Turn Location History on or off with Activity controls' changed over time.

On **24 February 2017**, it was updated to read:
*Turn Location History on/off using a website*
*1. Go to the Activity controls section of My Account.*
*2. If asked, sign in to the Google Account you want.*
*3. To turn Location History on or off for your whole Google Account and all devices associated with it, click **Location History**.*

*If you use a work or school account, you may need to get access from your administrator.*

From **30 May 2018 to 4 October 2018**, it read:
*Turn Location History on/off using a website*
*1. Go to the Activity controls section of your Google Account. You might need to sign in.*
*2. Turn **Location History** on or off.*
*3. Confirm the change. This setting will change for your Google Account and all devices associated with it.*
*If you use a work or school account, your administrator might turn this setting on or off for you.*

If a user tapped 'Activity controls', they accessed the screen on page 109 or page 161.

The section titled 'Delete your Location History' changed over time.

From **24 February 2017 to 29 May 2018**, this section was updated to read:
*Delete Location History*
*You can delete your entire Location History or only parts of it. If you delete your whole history, some apps may not work correctly.*
*Delete Location History using device settings (Android 2.3 and up)*
*IMPORTANT: Deleting your Location History in the Settings app is permanent. You can't reverse or undo it. Deleting your Location History may cause problems in some apps.*
*1. Find Google Settings in one of these places (depending on your device):*
*   ○ In your Settings app , scroll down and tap Google.*
*   ○ Open a separate app called Google Settings.*
*2. Tap Location > Google Location History.*
*3. At the bottom, tap Manage Activities. Your device will open Google Maps.*
*4. Tap More > Settings.*
*5. Pick how much Location History to permanently delete.*
*   ○ Delete all Location History: This option permanently deletes all your history.*
*   ○ Delete Location History Range: This option permanently deletes part of your history. You'll pick the start and end dates.*

From **30 May 2018 to 4 October 2018**, this section was updated to read:
*1. On your Android phone or tablet, open your device's Settings app > Google > **Manage your Google Account**.*
*2. At the top, tap **Data & personalization**.*
*3. Under "Activity controls", tap **Location History**.*
*4. At the bottom, tap **Manage Timeline**. Your device will open Google Maps.*
*5. Tap More > Settings.*
*6. At the bottom, choose **Delete all Location History** or **Delete Location History range**.*

---

GOOG-RDGZ-00155001

## F. Help Articles

Index

F.3    (iii)    **Delete parts of your Location History on the Location History website**

You can delete individual locations, locations by date, or your entire location history on the Location History website.

1. Go to maps.google.com/locationhistory and sign in to your Google Account.

2. You can choose to delete your location history:

    o    **By date:** To delete history for the date you selected, to the right of the date, select Delete.

    o    **By individual location:** Select an individual location from the list or map. Select More > Remove stop from day > Remove.

    o    **Entire history:** To delete all stored history, select Settings > Delete all Location history.

**Note:** The Location History website isn't available in Korea.

### Usage and diagnostics for Location History

When you turn on Location History, you also let your device send diagnostics information to Google about what's working and what's not working in relation to Location History.

All usage and diagnostics information is used in accordance with Google's privacy policy.

---

From **24 February 2017 to 4 October 2018**, this section was updated to read:
*Delete Location History using a website*
*You can delete individual locations, locations by date, or your whole location history on the Location History website.*
*1. Go to maps.google.com/locationhistory and sign in to your Google Account.*
*2. You can choose to delete your Location History:*
    o    *By date: To the right of the date you want, click Delete.*
    o    *By individual location: Pick a location from the list or map. Click More > Remove stop from day > Remove.*
    o    *Entire History: Click Settings > Delete all Location History.*
*Note: The Location History website isn't available in Korea.*

If a user tapped maps.google.com/locationhistory, they accessed the screen on page 127 or page 175.

If a user tapped 'Google's privacy policy', they accessed the Privacy Policy, beginning at page 183.

---

GOOG-RDGZ-00155002

**F. Help Articles**                                            <u>Index</u>

F.3    (iv)    What information your device may share    ∨

Your device may send information to Google to improve Location History when, for example, location services aren't working the way they should.

Sent information could include:

- Quality and length of your connections to cell networks, GPS, Wi-Fi networks, or Bluetooth
- State of your location settings
- Reboot occurrences and crash reports
- Apps used for turning Location History on or off
- Battery levels

How shared information helps Google improve    ∨

Usage and diagnostics information can help improve Google apps, products, and Android devices. For example, Google can use information to improve:

- **Battery life:** Google can use information about what's using the most battery on your device to help reduce battery consumption for commonly used features.
- **Location accuracy:** Google can use information from location sensors and settings to help improve the overall quality of location, which is used by apps and services.

**Related links**

- Turn location on or off for your device
- View or delete your Google Maps history
- Find & improve your location's accuracy in Google Maps

From **24 February 2017 to 4 October 2018**, this section was updated to read:
*What information your device may share    ∨*
*Your device may send information to Google for improving Location History. For example, your device may send information when Location services aren't working properly.*
*Sent information could include:*
- *Quality and length of your connections to mobile networks, GPS, Wi-Fi networks, or Bluetooth*
- *State of your location settings*
- *Restarts and crash reports*
- *Apps used for turning Location History on or off*
- *Battery levels*

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "What information your device may share" and "How shared information helps Google improve".

From **24 February 2017 to 4 October 2018**, this section was updated to read:
*Location accuracy: Google can use information from location sensors and settings to help location estimates for apps and services.*

If a user tapped 'Turn location on or off for your device', they accessed the help article titled 'Turn location on or off for your device' at page <u>257</u>.

GOOG-RDGZ-00155003

**F. Help Articles**                                                                    <u>Index</u>

F.4     (i)     # Manage your Location History

Location History is a Google Account-level setting that saves where you go with every mobile device where:

- You're signed in to your Google Account,
- You have turned on Location History, and
- The device has Location Reporting turned on.

This page and the following pages up to page <u>240</u> show the version of this article introduced on 5 October 2018, annotated with changes made between 5 October 2018 and 29 October 2019.

Pages <u>232</u> to <u>235</u> show the version of this article that was available from 1 January 2017, annotated with changes made between 1 January 2017 and 4 October 2018.

When you turn on Location History, you may see a number of benefits across Google products and services, including personalized maps, recommendations based on places you've visited, help finding your phone, real-time traffic updates about your commute, and more useful ads.

- Location History is turned off by default for your Google Account and can only be turned on if you opt in.
- You can pause Location History at any time in your Google Account's Activity controls.

If a user tapped 'Activity controls', they accessed the screen on page <u>109</u> or page <u>161</u>.

- You control what's saved in your Location History. You can view the places where you've been in Google Maps Timeline, and you can edit or delete information through Timeline as well.

If a user tapped 'Google Maps Timeline', they accessed the screen on page <u>127</u> or page <u>175</u>.

**Note:** Some of these steps work only on Android 8.0 and up. Learn how to check your Android version.

## Turn Location History on or off

You can turn off Location History for your account at any time. If you use a work or school account, your administrator needs to make this setting available for you. If they do so, they will be able to use Location History as any other user.

1. On your Android phone or tablet, open your device's Settings app > **Google** > **Manage your Google Account**.
2. At the top, tap **Data & personalization**.
3. Under "Activity controls," tap **Location History** > **Manage Setting**.
4. Change whether your account or your devices can report Location History to Google:
   - **Your account & all your devices:** At the top, turn **Use Location History** on or off.
   - **Only a certain device:** Under "This device" or "Other devices on this account," turn the device on or off.

From **27 June 2019**, items 1 to 4 in this section were replaced with the following text:
*1. Go to the "Location History" section of your Google Account.*
*2. Choose whether your account or your devices can report Location History to Google/*
   - ○ ***Your account and all devices:*** *At the top, turn* ***Location History*** *on or off.*
   - ○ ***Only a certain device:*** *Under "This device" or "Devices on this account", turn the device on or off.*

page 236

**237**

GOOG-RDGZ-00155004

**F. Help Articles**                                                      Index

F.4    (ii)    If you're on a browser, go to the Activity controls section of your Google Account. You might need to sign in. At the top, turn Location History on or off.

When Location History is on    ∨

- Google only receives Location History for each device where you are signed in and you have Location Reporting turned on.

- You can change the Location Reporting setting for each device where you're signed in, and limit which devices provide location data to be included in Location History. If you want to change your Location History settings, you can choose to:

    - Report your location from only some of your devices, but not others.

    - Report your location from all your devices.

    - Turn off Location History for your Google Account. Your location won't be reported from any of your devices and you will not have new Location History recorded to your account.

- Your settings for other location services on your device, like Google Location Services and Find My Device, are not changed.

When Location History is off    ∨

- New location information is no longer saved to your Location History.

- Previous activity is not deleted from your Location History. You can manually delete your Location History.

- Your settings for other location services on your device, like Google Location Services and Find My Device, are not changed.

- Some location data may continue to be saved in other settings, like Web & App Activity, as part of your use of other services, like Search and Maps, even after you turn off Location History.

If a user tapped 'Activity controls', they accessed the screen on page 109 or page 161.

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "When Location History is on" and "When Location History is off".

page 237

**238**

GOOG-RDGZ-00155005

**F. Help Articles**                                                    Index

F.4    (iii)    **Delete Location History**

Google Maps Timeline provides you with an interface to manage and delete your Location History information. You can choose to delete all your history, or only parts of it. When you delete Location History information from Timeline, you won't be able to see it again.

1. On your Android phone or tablet, open your device's Settings app > **Google** > **Google Account**.

2. At the top, tap Data & personalization.

3. Under "Activity controls," tap Location History.

4. At the bottom, tap Manage Timeline. Your device will open Google Maps.

5. Tap More > Settings.

6. At the bottom, choose Delete all Location History or Delete Location History range.

If you're on a browser, go to maps.google.com/timeline. You might need to sign in. You can delete individual locations, locations by date, or your whole location history in Timeline.

**Note:** Timeline is not currently available in South Korea. You can turn on or pause Location History from within your Activity Controls and can delete your Location History data.

From **27 June 2019**, the section titled 'Delete Location History' was updated to read:
*You can manage and delete your Location History information with Google Maps Timeline. You can choose to delete all of your history, or only parts of it.*
***Important:*** *When you delete Location History information from Timeline, you won't be able to see it again*
*Use the Google Maps app* ⌄
***Delete all Location History***
*1. On your Android device, open the Google Maps app.*
*2. In the top left, tap Menu > Your timeline.*
*3. In the top right, tap More > **Settings and privacy**.*
*4. Under "Location settings", tap **Delete all Location History**.*
*5. Follow the on-screen instructions.*
***Delete a range of Location History***
*1. On your Android device, open the Google Maps app.*
*2. In the top left, tap Menu > Your timeline.*
*3. Tap More > **Settings and privacy**.*
*4. Under "Location settings, tap **Delete Location History range**.*
*5. Follow the on-screen instructions.*
***Delete a day from Location History***
*1. On your Android device, open the Google Maps app.*
*2. In the top left, tap Menu > Your timeline.*
*3. Tap Show calendar.*
*4. Select which day you want to delete.*
*5. Tap More > **Delete day**.*
*6. Follow the on-screen instructions.*
***Delete a stop from Location History***
*1. On your*
*Use a web browser* ⌄
***Delete all Location History***
*1. In your web browser, open your Google Maps Timeline.*
*2. Tap Delete.*
*3. Follow the on-screen instructions.*
***Delete a day from Location History***
*1. In your web browser, open your Google Maps Timeline.*
*2. Choose a year, month, and day you want to delete.*
*3. Tap Delete.*
*4. Follow the on-screen instructions.*
***Delete a stop from Location History***
*1. In your web browser, open your Google Maps Timeline.*
*2. Choose a year, month, and day you want to delete.*
*3. Next to the stop you want to delete, tap More > Remove stop from day.*
*4. Follow the on-screen instructions.*

If a user tapped 'Google Maps Timeline' or 'maps.google.com/timeline', they accessed the screen on page 127 or page 175.

If a user tapped 'Activity controls', they accessed the screen on page 109 or page 161.

GOOG-RDGZ-00155006

**F. Help Articles**                                                    <u>Index</u>

F.4    (iv)    What happens after deleting Location History

- If you delete your entire Location History, some Google apps may not work the same as they did before.

- Even after you delete your Location History information, some location data may continue to be saved in other settings, like Web & App Activity, as part of your use of other services, like Search and Maps.

### Usage & diagnostics for Location History

When you turn on Location History, your device may send diagnostic information to Google about what's working and not working for Location History. If you turn Location History off, you can decide whether to share usage and diagnostics information.

All usage and diagnostics information is used in accordance with Google's privacy policy.

What information your device could share    ∨

Your device may send information to Google to help improve Location History. For example, sent information could include:

- Quality and length of your connections to mobile networks, GPS, Wi-Fi networks, or Bluetooth

- State of your location settings

- Restarts and crash reports

- Apps used for turning Location History on or off

- Battery levels

From **27 June 2019**, a new section was added before the section titled 'What happens after deleting Location History':
***Automatically delete your Location History***
*You can choose to automatically delete Location History that's older than 3 months or 18 months.*
*1. On your Android device, open the Google Maps app.*
*2. In the top left, tap Menu > Your timeline.*
*3. In the top right, tap More Settings and privacy.*
*4. Scroll to "Location settings."*
*5. Tap Automatically delete Location History.*
*6. Follow the on-screen instructions.*

This new section was updated on **23 July 2019** to include the following text:
*Use a web browser ∨*
*1. In your web browser, open your Google Maps Timeline.*
*2. At the bottom right, click Settings > **Auto-delete Location History**.*
*3. Follow the on-screen instructions.*

From **27 June 2019**, the section titled 'What happens after deleting Location History' was amended to read:
***What happens after you delete some or all Location History***
*If you delete some or all of your Location History, some personalized experiences across Google may be degraded or lost. For example:*
- *Albums in Google Photos automatically created from places you've visited*
- *Real-time information about the best time to leave for home or work in order to beat the traffic*

***Important:*** *If you have other settings like Web & App Activity turned on and you pause Location History or delete location data from Location History, you may still have location data saved in your Google Account as part of your use of other Google sites, apps, and services. For example, location data may be saved as part of activity on Search and Maps when your Web & App Activity setting is on, and included in your photos depending on your camera app settings.*

If a user tapped 'Google's privacy policy', they accessed the Privacy Policy, which begins at page 183.

This page shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to "What information your device could share".

GOOG-RDGZ-00155007

**F. Help Articles**                                                        Index

F.4    (v)    How shared information helps Google
              improve    ᵛ

This page shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to "How shared information helps Google improve".

Usage and diagnostics information can help improve Google apps, products, and Android devices. For example, Google can use information to improve:

- Battery life: Google can use information about what's using the most battery on your device to help reduce battery consumption for commonly used features.

- Location accuracy: Google can use information from location sensors and settings to help improve location estimates for apps and services.

**Learn more about other location settings**

- Choose which apps can use your location: Learn how to manage app location settings.

- Learn how to turn your device's location on or off.

  If a user tapped 'turn your device's location on or off', they accessed the help article titled 'Manage your Android device's location settings' shown at page 263.

- Find your location on a map: Learn how to find & improve your location's accuracy in Google Maps.

- Manage your history of the places you've been and the routes you've traveled: Learn how to edit your timeline on Google Maps.

  If a user tapped 'edit your timeline', they accessed the help article titled 'Google Maps Timeline' shown at page 250.

**241**

GOOG-RDGZ-00155008

**F. Help Articles**                                                        <u>Index</u>

F.5    (i)    ## View or edit your timeline

Your timeline in Google Maps helps you find the places you've been and the routes you've traveled. Your timeline is private, so only you can see it.

<u>Android</u>        Computer        iPhone & iPad

### See where you've been

1.    Open the Google Maps app.

2.    Tap Menu > Your Timeline.

**Tip:** To see places that you've visited recently, tap Menu > **Your places** > **Visited**.

Jump to another day    ∨

1.    At the top, tap Show calendar.

2.    A calendar will appear. Swipe left or right to move to another month, then tap a day.

**Note:** At the top, you'll see how far you travelled and the way you travelled from place to place, like walking, biking, driving, or public transportation.

Change the timeline distance units    ∨

To pick the distance units your timeline uses, such as miles or kilometres, tap Menu > **Settings** > **Distance units**.

### Edit your timeline

If a place is wrong on your timeline, you can edit the location and when you were there.

1.    Open the Google Maps app.

2.    Tap Menu > Your timeline.

3.    Find the wrong place on your timeline and tap it.

4.    Tap Edit.

5.    From the bottom, tap the correct place. Or scroll to the bottom and tap **Search for a place**.

6.    To edit when you were there, tap the time.

This page to page <u>244</u> show the article available from 1 January 2017, annotated with changes made between 1 January 2017 and 18 April 2017.

Pages <u>245</u> to <u>249</u> show the version of this article introduced on 19 April 2017, annotated with changes made between 19 April 2017 and 4 October 2018.

Pages <u>250</u> to <u>256</u> show the version introduced on 5 October 2018, annotated with changes made between 5 October 2018 and 29 October 2019.

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "Jump to another day" and "Change the timeline distance units".

**242**

GOOG-RDGZ-00155009

**F. Help Articles**                                                          <u>Index</u>

F.5    (ii)    **Delete a day**

You can delete location data for a certain day. Deleting location data takes it away permanently and neither you nor Google will be able to see it again.

1. Open the Google Maps app.

2. Tap Menu > Your timeline.

3. Go to the day you want to delete. At the top, tap the month, then the day.

4. Tap More > **Delete day**.

**Delete all or more part of your Location History**

You can delete all or part of your location data. Deleting location data takes it away permanently and neither you nor Google will be able to see it again.

1. Open the Google Maps app.

2. Tap Menu > Your timeline.

3. Tape More > **Timeline settings**.

4. Under "Location settings," choose **Delete Location History range** or **Delete all Location History**.

**Make your timeline**

Google uses your location, search, and browsing info to make your timeline. To make your timeline, you'll need to turn on your Location and Location History on your phone or tablet.

Your Location History lets Google show you useful information based on where you've been with the devices that you're signed in to with your Google Account.

To make your timeline, follow the steps below.

1. Open the Google Maps app.

2. Tap Menu > Your timeline.

3. Tap More > Timeline settings.

4. Under "Location settings," make sure your location and Location History are on. This lets you turn on your Location History so that you can track the routes that you've traveled in your Google Account.

GOOG-RDGZ-00155010

**F. Help Articles**                                                    <u>Index</u>

F.5      (iii)      **Improve your timeline**

You can improve your timeline by turning on Web & App Activity and adding photos.

Share your search and browsing activity with Google      ∨

Google saves searches and browsing activity in your Web & App Activity when it's turned on and you're signed in to your Google Account. This information makes your timeline more accurate.

If Web & App Activity is turned on, you can edit

**Turn on Web & App Activity**

To turn on Web & App Activity, follow the steps below.

1.  Open the Google Maps app.

2.  Tap the Menu > Your timeline.

3.  Tap More > **Timeline settings**.

4.  Under "Improve timeline," choose **Web & App Activity is off**.

See Google Photos on your Timeline      ∨

You can choose whether to show photos on your timeline. Photos show up on your timeline when they're uploaded to Google Photos.

1.  Open the Google Maps app.

2.  Tap the Menu > Your timeline.

3.  Tap More > Timeline settings.

4.  Under "Improve timeline," find "Google Photos."

    ○  To show photos on your timeline, make sure the switch is on.

    ○  To stop photos from showing up on your timeline, make sure the switch is off.

**Note:** You can remove photos from your timeline, but they won't be deleted from Google Photos.

> Between **5 March 2017 and 19 April 2017**, the first part of the section titled 'Improve your timeline' read: *You can improve your timeline by turning on Web & App Activity, adding photos and confirming your location.*

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "Share your search and browsing activity with Google" and "See Google Photos on your Timeline".

GOOG-RDGZ-00155011

**F. Help Articles**                                                     <u>Index</u>

F.5    (iv)    **Tips and tricks**

See the last time you visited a place    ˅

You can see the last time you visited a place from its info card. Here's how:

1.    Open the Google Maps app.

2.    Tap the Menu > Your timeline.

3.    Select a place from your timeline.

4.    Tap **Details**.

5.    At the bottom, tap the place's name or address.

6.    Scroll down until you see "Last visited X ago."

**Note:** You'll only see this info if the place is already in your timeline.

See your home and work on your timeline    ˅

If you've saved your home and work addresses, they'll show up on your timeline.  Learn how to set your home and work addresses.

Fine-tune your location settings    ˅

You can improve the quality of your timeline by making sure your location settings are optimized.

1.    Open the Google Maps app.

2.    Tap the Menu > Your timeline.

3.    Tap More > **Timeline settings**.

4.    Under "Location settings," choose **Improve location accuracy**.

5.    Tap **Yes**.

**Note:** You'll only see the option to improve your location accuracy if you have "Battery saving" or "Device only" mode. To check your location mode, open the Settings app on your phone or tablet, then tap Location.

On **5 March 2017**, a new section was added before 'Tips and tricks', titled 'Confirm your location and see places near you. It read:
*Note: This feature is only available for Local Guides Level 2-5. Learn how to become a Local Guide.*
*Tell Google Maps where you are so you can quickly find local businesses and places of interest. You'll also see places near you, how many times you've been to the area, and how you got there.*
*1. Open the Google Maps app.*
*2. Tap on the blue dot >* ***See places near you.***
*3. Scroll through the list of places and choose your current location.*
*4. On the next screen, under "Are you here now", tap* ***Yes***.
*5. Tap* ***See last visit in your timeline*** *to look at all the places you've been and the times you were there.*

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "See the last time you visited a place", "See your home and work on your timeline" and "Fine-tune your location settings".

GOOG-RDGZ-00155012

**F. Help Articles**

Index

F.6    (i)    # View or edit your timeline

Your timeline in Google Maps helps you find the places you've been and the routes you've traveled. Your timeline is private, so only you can see it.

Android    Computer    iPhone & iPad

## Make your timeline

To make your timeline, you'll need to turn on your Location and Location History. Google uses your location, search, and browsing info to make your timeline.

**Note:** When you turn on Location History, Google remembers your location on all devices where you're signed in. When you turn on location services, your phone or tablet shares its location with the apps you use.

1. Open the Google Maps app.

2. Tap Menu > Your timeline.

3. Tap More > **Settings**.

4. Make sure you see "Location is on." If you don't, tap **Location Services is not set to always** > **Location** > **Always**.

5. Make sure you see "Location History is on." If you don't, tap **Location History is off** > turn on **Location History**.

## See where you've been

You can see how far you travelled and the way you travelled from place to place, like walking, biking, driving, or public transportation.

1. On your Android phone or tablet, open the Google Maps app.

2. Tap Menu > Your timeline.

3. To see another day or month, tap Show calendar swipe left or right and tap a day.

**Tip:** To see places that you've visited recently, tap Menu > **Your places** > **Visited**.

This page to page 249 show the version of this article introduced on 19 April 2017, annotated with changes made between 19 April 2017 and 4 October 2018.

Pages 241 to 244 show the article available from 1 January 2017, annotated with changes made between 1 January 2017 and 18 April 2017.

Pages 250 to 256 show the version introduced on 5 October 2018, annotated with changes made between 5 October 2018 and 29 October 2019.

The text in the section titled 'Make your timeline' changed over time.

Between **7 March 2018 and 4 October 2018**, the 'Note' read:
*Note: When you turn on Location History, Google remembers your location on all devices where you're signed in, even when you're not using the app. When you turn on location services, your phone or tablet shares its location with the apps you use.*

The text at item 4 in the list changed over time.

On **28 April 2017**, it was amended to read:
*4. Make sure you see "Location is on." If you don't, tap Location is off > Location > Always.*

On **4 May 2017**, it was amended to read:
*4. Make sure you see "Location is on." If you don't, tap Location is off > OK.*

On **14 March 2018**, it was amended to read:
*4. Make sure you see "Location is on." If you don't, tap Location is off > turn on Location.*

GOOG-RDGZ-00155013

**F. Help Articles**                                                    Index

F.6    (ii)    **Edit your timeline**

Change the places you visited    ⌄

If a place is wrong on your timeline, you can edit the location and when you were there.

1.  Open the Google Maps app.

2.  Tap Menu > Your timeline.

3.  Find the wrong place on your timeline and tap it.

4.  Tap Edit.

5.  From the bottom, tap the correct place. Or scroll to the bottom and tap **Search for a place**.

6.  To edit when you were there, tap the time.

Switch between miles and kilometers    ⌄

To change how your timeline measures distance, tap Menu > **Settings** > **Distance units**.

Delete a day    ⌄

**Important:** When you delete location info, it's permanent. You won't be able to see it again.

1.  Open the Google Maps app.

2.  Tap Menu > Your timeline.

3.  At the top right, tap Show calendar > pick the day you want to delete.

4.  Tap More > **Delete day**.

Delete location history    ⌄

**Important:** When you delete location info, it's permanent. You won't be able to see it again.

1.  Open the Google Maps app.

2.  Tap Menu > Your timeline.

3.  Tap More > **Settings**.

4.  Scroll to "Location settings."

    1.  Delete some of your history: Tap **Delete Location History range**

    2.  Delete everything: Tap **Delete all Location History**

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "Change the places you've visited", "Switch between miles and kilometers", "Delete a day" and "Delete location history".

The section titled 'Delete location history' changed over time. Between **7 March 2018 and 4 October 2018**, the text under item 4 in the list read:
*4. Scroll to "Location settings."*
    ○ *Delete some of your history: Tap **Delete Location History range***
    ○ *Delete everything: Tap **Delete all Location History***.
*Learn more about how to manage or delete your Location History.*

GOOG-RDGZ-00155014

**F. Help Articles**                                                      Index

F.6    (iii)    **Improve your timeline**

You can improve your timeline by turning on Web & App Activity, adding photos and confirming your location.

Share your search and browsing activity with Google    ∨

Google saves searches and browsing activity in your Web & App Activity when it's turned on and you're signed in to your Google Account. This information makes your timeline more accurate.

If Web & App Activity is turned on, you can edit places from your timeline, search for places you've named, and see when you last visited a place.

**Turn on Web & App Activity**

To turn on Web & App Activity, follow the steps below.

1.  Open the Google Maps app.

2.  Tap the Menu > Your timeline.

3.  Tap More > Settings.

4.  Under "App history," choose Web & App Activity is off.

See Google Photos on your timeline    ∨

You can choose whether to show photos on your timeline. Photos show up on your timeline when they're uploaded to Google Photos.

1.  Open the Google Maps app.

2.  Tap the Menu > Your timeline.

3.  Tap More > Settings.

4.  Under "Your timeline" find "Google Photos."

    o   To show photos on your timeline, make sure the switch is on.

    o   To stop photos from showing up on your timeline, make sure the switch is off.

**Note:** You can remove photos from your timeline, but they won't be deleted from Google Photos.

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "Share your search and browsing activity with Google" and "See Google Photos on your timeline".

GOOG-RDGZ-00155015

**F. Help Articles**                                                    Index

F.6    (iv)    **Confirm your location and see places near you**

**Note:** This feature is only available for Local Guides Level 2-5. Learn how to become a Local Guide.

Tell Google Maps where you are so you can quickly find local businesses and places of interest. You'll also see places near you, how many times you've been to the area, and how you got there.

1. Open the Google Maps app.

2. Tap on the blue dot > See places near you.

3. Scroll through the list of places and choose your current location.

4. On the next screen, under "Are you here now," tap Yes.

5. Tap **See last visit in your timeline** to look at all the places you've been and the times you were there.

Between **8 June 2018 and 4 October 2018**, numbered items 2 and 5 read as follows:
*2. Tap on the blue dot > **See nearby places**.*
and
*5. Tap **View in timeline** to look at all the places you've been and the times you were there.*

GOOG-RDGZ-00155016

**F. Help Articles**                                                      <u>Index</u>

F.6    (v)    **Tips and tricks**

See the last time you visited a place      ⌄

You can see the last time you visited a place from
its info card. Here's how:

1.  Open the Google Maps app.

2.  Tap the Menu > Your timeline.

3.  Select a place from your timeline.

4.  Tap Details.

5.  At the bottom, tap the place's name or
    address.

6.  Scroll down until you see "You visited X
    ago."

**Note:** You'll only see this info if the place is
already in your timeline.

See your home and work on your timeline
⌄

If you've saved your home and work addresses,
they'll show up on your timeline. Learn how to set
your home and work addresses.

Fine-tune your location settings      ⌄

You can improve the quality of your timeline by
making sure your location settings are optimized.

1.  Open the Google Maps app.

2.  Tap the Menu > Your timeline.

3.  Tap More > Settings.

4.  Under "Location settings," choose Improve
    location accuracy.

5.  Tap Yes.

**Note:** You'll only see the option to improve your
location accuracy if you have "Battery saving" or
"Device only" mode. To check your location mode,
open the Settings app on your phone or tablet,
then tap Location.

The text under "Tips and tricks" changed overtime.
Between **9 June 2018** and **4 October 2018**, it read:

***See the last time you visited a place***
*You can see the last time you visited a place from its
info card. Here's how:*
*1.  Open the Google Maps app.*
*2.  Tap the Menu > Your timeline.*
*3.  Select a place from your timeline.*
*4.  Tap **Details**.*
*5.  Scroll down until you see "Last visited X ago."*

***Note***: *You'll only see this info if the place is already in
your timeline.*

This page shows the expanded text that appeared if a
user tapped on the dropdown arrows adjacent to "See
the last time you visited a place" and "Fine-tune your
location settings".

GOOG-RDGZ-00155017

**F. Help Articles**                                                      Index

F.7    (i)    ## Google Maps Timeline

You can view and manage your Location History
information through Google Maps Timeline, which
is available to both mobile and desktop users.  In
Timeline, you can edit specific entries from your
Location History, delete information from ranges in
time or delete all of your Location History data.
Your Timeline is private, so only you can see it.

If you have other settings like Web & App Activity
turned on and you pause Location History or
delete location data from Location History, you
may still have location data saved in your Google
Account as part of your use of other Google sites,
apps, and services. For example, location data
may be saved as part of activity in Search and
Google Maps when your Web & App Activity
setting is on, and included in your photos,
depending on your camera app settings.

**Note:** Timeline is not currently available in South
Korea. You can turn on or pause Location History
from within your Activity Controls and can delete
your Location History data here.

This page to page 256 show the version introduced on
5 October 2018, annotated with changes made
between 5 October 2018 and 29 October 2019.

Pages 241 to 244 show the article available from 1
January 2017, annotated with changes made between
1 January 2017 and 18 April 2017.

Pages 245 to 249 show the version of this article
introduced on 19 April 2017, annotated with changes
made between 19 April 2017 and 4 October 2018.

If a user tapped 'Google Maps Timeline', they
accessed the screen on page 127 or page 175.

If a user tapped 'Web & App Activity', they accessed
the help article titled 'See and control your search
activity' at page 224.

If a user tapped 'Activity controls', they accessed the
screen on page 109 or page 161.

Android      Computer      iPhone & iPad

### Create Timeline

When you turn on Location History, your Timeline
will reflect the places you have gone with the
devices in which your account is logged-in and
which are reporting location. Learn more about
Location History.

Open Timeline:

1. On your Android phone or tablet, open
the Google Maps app.

2. Tap Menu > Timeline.

3. Tap More > **Settings**.

4. Make sure you see "Location is on." If
you don't, tap **Location is off** > turn on
**Location**.

5. Make sure you see "Location History is
on." If you don't, tap **Location History is
off** > turn on **Location History**.

**251**

**F. Help Articles**                                                      <u>Index</u>

F.7     (ii)     **See your travels**

Timeline will include where you travelled and the
way you travelled from place to place, like walking,
biking, driving, or public transportation, during the
times when you have Location History turned on.

1.  On your Android phone or tablet, open
    the Google Maps app.

2.  Tap Menu > Timeline.

3.  To see another day or month, tap Show
    calendar > swipe left or right and tap a
    day.

**Tip:** To see places that you've visited recently, tap
Menu > **Your Places** > **Visited**.

**Turn on or pause Location History**

When you turn on Location History, Google
records your location data and places in your
Google Account, even when you're not using
Google Maps. To turn on or pause your Location
History, follow the steps below:

1.  On your Android phone or tablet, go to        If a user tapped 'Timeline', they accessed the screen
    Timeline.                                      on page 127 or page 175.

2.  Click **Settings** > **Location History** >
    Choose **Enable Location History** or
    **Pause Location History**.

Learn more about how to manage or delete your
Location History.

GOOG-RDGZ-00155019

**F. Help Articles**                                                  Index

F.7    (iii)    **Edit Timeline**

Change the places you visited and activities
you have done    ⌄

If a place is wrong on Timeline, you can edit the
location and when you were there. To do this, turn
on Web & App Activity.

If a user tapped 'Web & App Activity', they accessed
the help article titled 'See and control your search
activity' at page 224.

**Note:** If Web & App Activity is turned off, you
won't be able to edit locations or activities on
Timeline, but you can delete a day or your location
history.

This page shows the expanded text that appeared if a
user tapped on the dropdown arrows adjacent to
"Change the places you've visited and activities you
have done" and "Switch between miles and
kilometres".

1. On your Android phone or tablet, open
   the Google Maps app.

2. Find Menu > Timeline.

3. Find the wrong place on your timeline
   and tap it.

4. Tap **Edit**.

5. From the bottom, tap the correct place or
   activity in the suggestions. You can also
   search for the place. Scroll to the bottom
   and tap **Search**.

6. To edit when you were there, tap the
   time.

**Note:** If Web & App Activity is turned off, you
won't be able to edit locations or activities on
Timeline, but you can delete a day or your location
history.

Switch between miles and kilometers    ⌄

To change how Timeline measures distance, tap
Account Circle > **Settings** > **Distance units**. Then
choose **Automatic**, **Kilometers**, or **Miles**.

**253**

GOOG-RDGZ-00155020

**F. Help Articles**                                                    <u>Index</u>

F.7    (iv)    Delete a day    ∨

**Important:** When you delete Location History information from Timeline, you won't be able to see it again. If you have other settings like Web & App Activity turned on and you delete Location History, you may still have location data saved in your Google Account as part of your use of other Google sites, apps, and services. For example, location data may be saved as part of activity on Google Search and Google Maps when your Web & App Activity setting is on, and included in your photos depending on your camera app settings.

> If a user tapped 'Web & App Activity', they accessed the help article titled 'See and control your search activity' at page <u>224</u>.

> This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "Delete a day" and "Delete location history".

1. On your Android phone or tablet, open the Google Maps app.

2. Tap Menu > Timeline.

3. At the top right, tap Show calendar > pick the day you want to delete.

4. Tap More > **Delete day**.

Delete location history    ∨

**Important:** When you delete Location History information from Timeline, you won't be able to see it again. If you have other settings like Web & App Activity turned on and you delete Location History, you may still have location data saved in your Google Account as part of your use of other Google sites, apps, and services. For example, location data may be saved as part of activity on Google Search and Google Maps when your Web & App Activity setting is on, and included in your photos depending on your camera app settings.

1. On your Android phone or tablet, open the Google Maps app.

2. Tap Menu > Timeline.

3. Tap More > **Settings**.

4. Scroll to "Location settings."

   o   Delete some of your history: Tap Delete Location History range.

   o   Delete everything: Tap Delete all Location History.

Learn more about how to manage or delete your Location History.

> On **27 June 2019**, the 'Delete location history' section was amended to include the following text:
> ***Automatically delete your Location History***
> *You can choose to automatically delete Location History that's older than 3 months and 18 months.*
> *1. On your Android device, open the Google Maps app.*
> *2. Tap Account Circle > Your Timeline.*
> *3. At the top right, tap More > **Settings and Privacy**.*
> *4. Scroll to "Location settings".*
> *5. Tap **Automatically delete Location History**.*
> *6. Follow the on-screen instructions.*

GOOG-RDGZ-00155021

**F. Help Articles**                                                                 <u>Index</u>

F.7      (v)      **Improve the accuracy of Timeline**

Occasionally, you may find mistakes on Timeline.
For example, when you are in dense urban areas,
Timeline may show that you visited one restaurant
when in fact you dined at another nearby. You can
help us improve the accuracy of Timeline to limit
the likelihood that this will happen by doing the
following:

1. **Turn on Web & App Activity:** If you
   have previously turned on Web & App
   Activity, Timeline will use information
   from your use of other Google products
   (like Google Search) during the time it
   was on. For example, if you searched for
   a local restaurant Timeline will consider
   that information when determining
   whether you visited that restaurant or the
   one next door.

2. **Confirm where you've been:** You can
   manually confirm the places that you
   have been by recording them directly on
   Timeline.

Save your search and browsing activity with
Google     ⌄

Google saves searches and browsing activity in
your Web & App Activity, including associated
information like location, when you have turned on
that setting and you're signed in to your Google
account. This information improves Google's
understanding of where you may have traveled,
which makes Timeline more accurate.

**Note:** If Web & App Activity is turned off, you
won't be able to edit locations or activities on
Timeline, but you can delete a day or your
Location History.

**Turn on Web & App Activity**

1. On your Android phone or tablet, open
   the Google Maps app.

2. Tap the Menu > Timeline.

3. Tap More > Settings.

4. Under "App history," choose Web & App
   Activity is off.

If a user tapped 'Web & App Activity', they accessed
the help article titled 'See and control your search
activity' at page <u>224</u>.

This page shows the expanded text that appeared if a
user tapped on the dropdown arrow adjacent to "Save
your search and browsing activity with Google".

**255**

GOOG-RDGZ-00155022

**F. Help Articles** Index

F.7  (vi)    Fine-tune your location settings   ∨

You can improve the quality of Timeline when you are in "Battery saving" or "Device only" mode.

1. On your Android phone or tablet, open the Google Maps app.

2. Tap the Menu > Timeline.

3. Tap More > Settings.

4. Tap "Location Mode". Then, choose Battery saving or Device only mode.

   **Note:** Choosing this option will update your device's location settings, as well as your settings for Timeline.

5. Tap Yes.

### Confirm current locations in Timeline and see places near you

You can confirm your location in Google Maps in real time, even if you don't have Location History turned on. Confirming places you go can help you remember how many times you've been to the area, and how you got there.

Locations you confirm are visible in Timeline, and you can delete them individually, or by deleting your Location History. Learn more about how to manage your Location History.

1. On your Android phone or tablet, open the Google Maps app.

2. Tap on the blue dot > **See nearby places**.

3. Scroll through the list of places and choose your current location.

4. On the next screen, under "Are you here now?" tap **Yes**.

5. Tap **View in Timeline** to look at all the places you've been and the times you were there.

You can also confirm your location in real time from Google Chrome or the Google app:

1. Open Google Maps in Chrome or the Google app.

2. Search for your current location.

3. Tap "More about [this place]."

4. Tap "Yes" when you see "Are you here now?"

This page shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to "Fine-tune your location settings".

GOOG-RDGZ-00155023

**F. Help Articles**                                                    Index

F.7    (vii)    **Tips and tricks**

See the last time you visited a place    ∨

If a visit to a place is in Timeline, you can see the last time you visited from the place's info card in Google Maps. Here's how:

1. On your Android phone or tablet, open the Google Maps app.

2. Tap the Menu > Timeline.

3. Select a place from Timeline.

4. Tap Details.

5. Scroll down until you see "You visited [x] ago."

**Note:** You'll only see this info if the place is already in your timeline.

See your home and work on Timeline    ∨

If you've saved your home and work addresses to Google, they'll show up on Timeline. In addition to Timeline, this information may also be used in other Google products and services. Learn how to set your home and work addresses.

See Google Photos in Timeline    ∨

You can choose to link your Google Photos account with Timeline. When this setting is enabled, photos will show up in Timeline when they're uploaded to Google Photos. To control whether your Google Photos appear in Timeline or not, follow these steps:

1. On your Android phone or tablet, open the Google Maps app.

2. Tap the Menu > Timeline.

3. Tap More > **Settings**.

4. Under "Timeline" find "Google Photos."

   o To show photos on Timeline, make sure the switch is on.

   o To stop photos from showing up on Timeline, make sure the switch is off.

**Note:** You can remove photos from Timeline, but this will not result in them or their metadata being deleted from Google Photos.

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "See the last time you visited a place", "See your home and work on Timeline" and "See Google Photos in Timeline".

GOOG-RDGZ-00155024

**F. Help Articles**                                                    <u>Index</u>

F.8     (i)     # Turn location on or off for your device

You can turn location mode on or off completely for your device. You can also change only your device's location accuracy mode. Each mode uses different sources to estimate your device's location.

When location is turned on for your device, Google can use your Location History to get useful information – like automatic commute predictions or better search results – based on the places that you've been with your Android device.

This article changed over time. This page to page 258 show the version of this article that was available from 1 January 2017.  It is annotated with amendments made between 1 January 2017 and 15 March 2018.

If a user tapped 'Location History', they accessed the help article titled 'Manage or delete your Location History' at page 232.

From **24 February 2017 to 15 March 2018**, the introductory section read:
*You can turn location mode on or off for your Android device. You can also change only your device's location accuracy mode. The accuracy modes use different sources to estimate your device's location.*

*When location is on for your device, you can get information based on where your Android device has been. For example, you can get automatic commute predictions or better search results. Learn how to manage your Location History.*

## Change your location mode

Choose your location mode based on:

- How accurate you want the location estimate to be
- How long it takes to determine your location
- How much battery power location services uses

If you turn off location completely for your device, then no apps (neither Google nor non-Google apps) can use your device location. Many useful features will be turned off.

From **24 February 2017 to 15 March 2018**, this section was updated to read:
*If you turn location mode on or off for your device, then no apps can use your device location. (This includes both Google and non-Google apps.) Many useful features will be turned off.*

***Tip:*** *Location mode is a Quick Setting.*

## Turn location on or off for your device

1. Open your phone's Settings app.
2. Under "Personal", tap **Location**.
3. At the top, tap the **On/Off** switch.
   - **Off**

     Your device location isn't shared with any apps.
   - **On**

     Choose your mode:
     - **High accuracy**

       High accuracy mode uses GPS, Wi-Fi, cellular networks, and other sensors to get the highest-accuracy location for your device. It uses Google's location service to help estimate your location faster and more accurately.

From **24 February 2017 to 15 March 2018**, this section was updated to read:
*Turn location on or off for your device    ∨*
*1. Open your device's Settings app.*
*2. Under "Personal", tap **Location**.*
*3. At the top, tap the **On/Off** switch.*
*Pick your device's location accuracy mode    ∨*
*You can choose your location mode based on accuracy, speed, and battery use.*
*1. Open your device's Settings app.*
*2. Under "Personal", tap **Location**.*
*3. Tap **Mode**. Then tap the mode you want:*
- ***High accuracy***
*High accuracy mode uses GPS, Wi-Fi, mobile networks, and other sensors to get the highest-accuracy location. This mode uses Google's Location service to help estimate your device's location*

GOOG-RDGZ-00155025

## F. Help Articles

Index

F.8    (ii)

o **Battery saving**

Battery saving mode estimates your location using low battery-intensive location sources, like Wi-Fi and cellular networks. It uses Google's location service to help estimate your location faster and more accurately.

o **Device only**

Device only mode estimates your location using GPS only. It doesn't use Google's location service to provide location information. This mode may use more battery power and take longer to determine your location.

When an app is using your device's precise location, the top of your screen shows Location. This icon doesn't necessarily mean that there's GPS activity. Rather, it means that a mode using more power to determine your location is turned on.

**Tip:** Location is a Quick Setting.

### Related links

- Manage location settings for apps
- Manage & delete your Location History
- Find & improve your location's accuracy in Google Maps

From **24 February 2017 to 15 March 2018**, this section was updated to read:
- *Battery saving*
*Battery saving mode uses sources that use less battery, like Wi-Fi and mobile networks. This mode uses Google's Location service to help estimate your device's location faster and more accurately.*
- *Device only*
*Device only mode uses only GPS. It doesn't use Google's Location service to provide location information. This mode may estimate your device's location slower and use more battery.*

On **24 February 2017**, a new section was added below the section titled 'Change your location mode':
*Recognize your location status*
*When an app is using your device's precise location, your status bar shows Location. This icon means that a location accuracy mode using more battery is turned on. It doesn't necessarily mean GPS activity.*

This section was removed on **9 August 2018** and reinstated on **30 August 2018**.

GOOG-RDGZ-00155026

**F. Help Articles**                                                                     <u>Index</u>

F.9    (i)    # Turn location on or off for your device

You can turn location mode on or off for your Android device. You can also change only your device's location accuracy mode. The accuracy modes use different sources to estimate your device's location.

When location is on for your device, you can get information based on where your device has been. For example, you can get automatic commute predictions or better search results. Learn how to manage your Location History.

### Change your location mode

If you turn off Location for your device, then no apps can use your device location. (This includes both apps made by Google and other apps.) Many useful features will be turned off.

If you call an emergency number, Android Emergency Location Services can turn on Location in "High accuracy" mode. After the call, your settings go back to how you had them.

**Tip:** You can add Location to your settings bar. <u>Learn about Quick Settings</u>.

Turn your device's location on or off  ∨

1. Open your device's Settings app.
2. Tap **Security & Location** > **Location**. (If you don't see "Security & Location," tap **Location**.)
3. Turn **Location** on or off.

Pick your device's location accuracy mode ∨

You can choose your location mode based on accuracy, speed, and battery use.

1. Open your device's Settings app.
2. Tap **Security & Location** > **Location**. (If you don't see "Security & Location," tap **Location**.)
3. Tap **Mode**. Then pick:
   - ○ **High accuracy**
     This mode uses GPS, Wi-Fi, mobile networks, and sensors to get the highest-accuracy location. It uses Google's Location service to help estimate your device's location faster and more accurately.

---

This article changed over time. This page to page <u>260</u> show the version of this article that was available from 16 March 2018.  It is annotated with amendments made between 16 March 2018 and 30 August 2018.

If a user tapped 'Learn how to manage your Location History', they accessed the help article titled 'Manage or delete your Location History' at page <u>232</u>.

Between **9 and 30 August 2018**, this article was renamed '*Turn location on or off for your Android device*.'  On **30 August 2018**, its previous name was restored.

From **16 March 2018 and 8 August 2018**, the second paragraph of the introductory section read as it appears on this page.

From **9 August 2018 to 30 August 2018**, the first paragraph of the introductory section shown on this page was deleted, and the second paragraph read: *When location is on, you can get information based on where your device has been. For example, you can get automatic commute predictions or better search results.  When an app is using your device's precise location, the top of your screen will show Location.*

From **9 to 29 August 2018**, this section was replaced with two sections: a new section titled 'Turn location on or off' (below), and a section titled 'If you're using Android 8.1 & below', containing the text previously under 'Pick your device's location accuracy mode'.
*Turn location on or off*
*When you have location turned on, your device uses GPS, Wi-Fi, mobile networks, and sensors to get the most accurate location.*
*If you turn off location, it will also be turned off for all apps. Many features also won't work.*
*1. Open your device's Settings app.*
*2. Tap Security & Location. (If you don't see 'Security & Location', tap Location.)*
*3. If you see "Mode", go to the steps for Android 8.1 and below.*
*4. Turn Use location on or off.*
*Tip: If you change your location settings often, learn how to quickly change settings.*

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "Turn your device's location on or off" and "Pick your device's location accuracy mode".

---

GOOG-RDGZ-00155027

**F. Help Articles**                                                                Index

F.9      (ii)

○ **Battery saving**

This mode uses sources that use less battery, like Wi-Fi and mobile networks. It uses Google's Location service to help estimate your device's location faster and more accurately.

○ **Device only**

This mode uses only GPS. It doesn't use Google's Location service to provide location information. It can estimate your device's location slower and use more battery.

### Share your location for help in an emergency

To help first responders find you quickly, your phone can send its location when you call an emergency number. Sharing your location this way uses Android Emergency Location Services (ELS).

To send your location with ELS, dial an emergency number. (For example: 911 in the U.S., 112 in Europe, 999 in some other places.) **Important**: ELS turns on **only** when you call an emergency number.

You can send your location with ELS if:
- ELS works on your mobile network.
- Your phone is running Android 2.3 and up with Google Play services.

ELS uses GPS, Wi-Fi, mobile networks, and sensors to find your phone's location. ELS turns on Location in "High accuracy" mode. If needed, it can turn on mobile data. When your emergency call finishes, your settings go back to how you had them.

### Recognize your location status

When an app is using your device's precise location, your status bar shows Location. This icon means that a location accuracy mode using more battery is turned on. It doesn't necessarily mean GPS activity.

### Related articles

- Manage location settings for apps
- Manage or delete your Location History
- Find & improve your location's accuracy in Google Maps

This page shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to "Pick your device's location accuracy mode" on page 259.

page 260

**261**

GOOG-RDGZ-00155028

**F. Help Articles**                                                Index

F.10    (i)    ## Turn location on or off for your device

You can turn location mode on or off for your Android device. You can also change only your device's location accuracy mode. The accuracy modes use different sources to estimate your device's location.

When location is on for your device, you can get information based on where your Android device has been. For example, you can get automatic commute predictions or better search results. Learn how to manage your Location History.

### Change your location mode

If you turn off Location for your device, then no apps can use your device location. (This includes both apps made by Google and other apps.) Many useful features will be turned off.

**Tip:** You can add Location to your settings bar. Learn about Quick Settings.

Turn your device's location on or off
1.  Open your device's Settings app.

2.  Tap **Security & Location** > **Location**. (If you don't see "Security & Location," tap **Location**.)

3.  Turn **Location** on or off.

### Pick your device's location accuracy mode

You can choose your location mode based on accuracy, speed, and battery use.
1.  Open your device's Settings app.

2.  Tap **Security & Location** > **Location**. (If you don't see "Security & Location," tap **Location**.)

3.  Tap **Mode**. Then pick:

    o   **High accuracy**

        This mode uses GPS, Wi-Fi, mobile networks, and other sensors to get the highest-accuracy location. It uses Google's Location service to help estimate your device's location faster and more accurately.

This article changed over time. This page to page 262 show the version of this article that was available from 30 August 2018.  It is annotated with amendments made between 30 August 2018 and 5 October 2018.

If a user tapped 'Learn how to manage your Location History', they accessed the help article titled 'Manage or delete your Location History' at page 232.

From **30 August 2018 to 4 October 2018**, this section was restored to the one section available from 16 March to 8 August 2018, with a new introduction section that read as appeared on this screen above 'Turn your device's location on or off'.

GOOG-RDGZ-00155029

**F. Help Articles**                                          <u>Index</u>

0        (ii)            ○   **Battery saving**

This mode uses sources that use less battery, like Wi-Fi and mobile networks. It uses Google's Location service to help estimate your device's location faster and more accurately.

○   **Device only**

This mode uses only GPS. It doesn't use Google's Location service to provide location information. It can estimate your device's location slower and use more battery.

### Recognize your location status

When an app is using your device's precise location, your status bar shows Location. This icon means that a location accuracy mode using more battery is turned on. It doesn't necessarily mean GPS activity.

### Related articles

- <u>Manage location settings for apps</u>
- <u>Manage or delete your Location History</u>
- <u>Find & improve your location's accuracy in Google Maps</u>

GOOG-RDGZ-00155030

**F. Help Articles**                                                  <u>Index</u>

F.11    (i)    ## Manage your Android device's location settings

This article changed over time. This page to page <u>267</u> show the version of this article that was available from 5 October 2018.  It is annotated with amendments made between 5 October 2018 and 1 August 2019.

When you have location turned on for your Android device, you can get info based on its location, like commute predictions, nearby restaurants, and local search results.

When an app is using your device's location via GPS, the top of your screen shows Location.

**Tip:** When you turn off location for your device, apps and services will not be able to get your device's location, but you could still get local results and ads based on your IP address.

### Understand the location settings available on your device

Google has a number of location-based services, including:

- Location Accuracy for your Android device (a.k.a. Google Location Services)

  To get a more accurate location for your device, <u>learn how to turn on Location Accuracy</u>.

  - Location History for your Google Account

    To see and manage the places your device has been, <u>learn how to turn on Location History</u>.

    If a user tapped 'Learn how to turn on Location History', they accessed the help article titled 'Manage your Location History' at page <u>232</u>.

  - Location Sharing for Google Maps

    To let others see where your device is, <u>learn how to share your real-time location via Google Maps</u>.

**Note:** Apps have their own settings..

### Turn location on or off for your device

1. Open your device's Settings app.
2. Tap **Security & location**.
   - If you don't see "Security & location," <u>follow the steps for older Android versions</u>.
   - If you have a work profile, tap **Advanced**.
3. Tap **Location**.
4. Turn **Use location** on or off.

GOOG-RDGZ-00155031

**F. Help Articles**                                                                      <u>Index</u>

F.11   (ii)      **Tip:** You can also turn your device's location on or off with Quick Settings. <u>Learn how</u>.

| | |
|---|---|
| **When Location is on**   v | This page shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to "When Location is on". |

- Apps can get your device's location to give you location-based info or services. <u>Learn how to change app location settings</u>.

- Google Location Services can collect data to improve location-based services.

- You can get search results and ads based on your device's location.

- You can see where your device is if you lose it. <u>Learn about Find My Device</u>.

- You can share your device's location with others. Learn about <u>Location Sharing with Google Maps</u> and <u>sending location in emergencies</u>.

- If you have Location History turned on, the places your device goes will be saved. You can see and manage them later. <u>Learn about Location History</u>.

If a user tapped 'Learn how to turn on Location History', they accessed the help article titled 'Manage or delete your Location History' at page 232.

**When Location is off**   v

This page shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to "When Location is off".

- Your device's location isn't shared with any apps. Features that use location may not work properly.

- Google Location Services won't collect data to improve location-based services.

- You can get search results and ads based on your IP address.

- You can't see where your device is if you lose it. <u>Learn about Find My Device</u>.

- You can't share your device's location with anyone via Google Maps. You can still send it to first responders in an emergency. Learn about <u>Location Sharing with Google Maps</u> and <u>sending location in emergencies</u>.

- Even if you have Location History turned on, the places your device goes won't be saved. <u>Learn about Location History</u>.

GOOG-RDGZ-00155032

**F. Help Articles**                                                    <u>Index</u>

F.11   (iii)   **Help your device get a more accurate location (Google Location Services a.k.a. Google Location Accuracy)**

**Turn your device's location accuracy on or off**

1. Open your device's Settings app.

2. Tap **Security & location** > **Location**.

3. Tap **Advanced** > **Google Location Accuracy**.

4. Turn **Improve Location Accuracy** on or off.

When Google Location Accuracy is on    ⌄

When you have Google Location Accuracy turned on, your device uses these sources to get the most accurate location:

- GPS
- Wi-Fi
- Mobile networks
- Sensors

When Google Location Accuracy is off    ⌄

When you turn off Google Location Accuracy, your device uses only GPS to find location. GPS can be slower and less accurate than other sources.

On **9 October 2018**, this section was updated to read:
1. Open your device's Settings.
2. Tap **Security & location** > **Location**.
   - If you don't see "Security & location, follow the steps for older Android versions.
   - If you have a work profile, tap **Advanced**.
3. Tap **Advanced Scanning**.
**Note:** If you don't see "Advanced", tap **Scanning**.
4. Turn Wi-Fi scanning or Bluetooth scanning on or off.

This page shows the expanded text that appeared if a user tapped on the dropdown arrows adjacent to "When Google Location Accuracy is on" and "When Google Location Accuracy is off".

GOOG-RDGZ-00155033

**F. Help Articles**                                                    <u>Index</u>

F.11   (iv)   **Let your device scan for nearby networks or devices**

To help apps get better location info, you can let your device scan for nearby Wi-Fi access points or Bluetooth devices.

1. Open your device's Settings app.

2. Tap **Security & location** > **Location**.

3. Tap **Advanced Scanning**.

   **Note:** If you don't see "Advanced," tap Scanning.

4. Turn Wi-Fi scanning or Bluetooth scanning on or off.

## Send your location in an emergency

To help first responders find you quickly, dial an emergency number. For example, dial:

- 911 in the U.S.
- 112 in Europe
- 999 in some other places

If Android Emergency Location Service (ELS) works in your country and on your mobile network, your device automatically sends its location using ELS.

### How emergency location service works

ELS turns on only when you call or text an emergency number.

During your emergency call, ELS turns on your device's location and uses Google Location Services. If needed, ELS can turn on mobile data.

When you finish the call or text, your settings go back to how you had them.

Note: Sending your location with ELS is different from sharing it via Google Maps. Learn about Location Sharing with Google Maps.

On **31 March 2019**, this section was updated:
*To help first responders find you quickly, dial an emergency number. For example, dial:*
- *911 in the U.S.*
- *112 in Europe*
- *999 in some other places*

*If Android Emergency Location Service (ELS) works in your country and on your mobile network, and you haven't turned off ELS, your phone will automatically send its location using ELS.*
***Turn emergency location service on or off***
*ELS is turned on by default. You can turn it off or back on any time.*
*1. Open your phone's Settings app.*
*2. Tap **Security & location**.*
- *If you don't see "Security & location, follow the steps for older Android versions.*
- *If you have a work profile, tap **Advanced**.*
*3. Tap **Location** > **Advanced** > **Google Emergency Location Service**.*
*4. Turn **Emergency Location Service** on or off.*
***How emergency location service works***
*Your phone uses ELS only when you call or text an emergency number.*
*During your emergency call, ELS may turn on your device's location and use Google Location Services and other settings to obtain the most accurate location possible. When you finish the call or text, your settings will go back to how you had them.*
*Your device sends the location to authorized emergency partners for the purpose of helping emergency services locate you. Your location is sent directly from your device to emergency partners, not through Google.*
*After a completed emergency call or text during which ELS was active, your device sends usage and analytics data to Google for the purpose of analysing how well ELS is working. This information does not identify you and Google does not use it to identify you.*
*Note: Sending your location with ELS is different from sharing it via Google Maps. Learn about Location Sharing with Google Maps.*

GOOG-RDGZ-00155034

**F. Help Articles**                                                     <u>Index</u>

F.11    (v)    **If you're using an older Android version**

Choose location mode (Android 4.4-8.1)    ∨

You can choose your location mode based on
accuracy, speed, and battery use.

1.  Open your device's Settings app.

2.  Tap Security & Location > Location.

    **Note:** If you don't see "Security & Location," tap
    Location.

3.  Tap Mode. Then pick:
    o   High accuracy: Use GPS, Wi-Fi, mobile
        networks, and sensors to get the most
        accurate location. Use Google Location
        Services to help estimate your device's
        location faster and more accurately.

    o   Battery saving: Use sources that use less
        battery, like Wi-Fi and mobile networks.
        Use Google Location Services to help
        estimate your device's location faster and
        more accurately.

    o   Device only: Use only GPS. Don't use
        Google Location Services to provide
        location information. This can estimate
        your device's location more slowly and use
        more battery.

Choose location access (Android 4.1-4.3)    ∨

You can control what location information your device
can use.

1.  Open your device's Settings app.

2.  Under "Personal," tap Location access.

3.  At the top of the screen, turn Access to my
    location on or off.
    o   When location access is on, pick either or
        both of:

        GPS satellites: Lets your device
        estimate its location from satellite
        signals, like a GPS device in a car.

        Wi-Fi & mobile network location: Lets
        your device use Google Location
        Services to help estimate its location
        faster, with or without GPS.

    o   When location access is off:

        Your device can't find its precise location
        or share it with any apps.

**Note:** If you have a tablet that more than one person
uses, each person can have different location access
settings.

This page shows the expanded text that appeared
if a user tapped on the dropdown arrows adjacent
to "Choose Location mode (Android 4.4-8.1)" and
"Choose location access (Android 4.1-4.3)."

GOOG-RDGZ-00155035

**F. Help Articles**                                              <u>Index</u>

F.12   (i)    # Manage your Android device's location settings

When you have location turned on for your phone, you can get info based on its location, like commute predictions, nearby restaurants, and local search results.

When an app is using your phone's location via GPS, the top of your screen shows Location. When an app is using your phone's location via GPS, the top of your screen shows Location.

### Understand the location settings available on your phone

Google has a number of location-based services, including:

- Location Accuracy for your Android device (a.k.a. Google Location Services)

  To get a more accurate location for your phone, <u>learn how to turn on Location Accuracy</u>.

- Location History for your Google Account

  To see and manage the places your phone has been, <u>learn how to turn on Location History</u>.

- Location Sharing for Google Maps

  To let others see where your phone is, <u>learn how to share your real-time location via Google Maps</u>.

**Tip:** Apps have their own settings.

### Turn location on or off for your phone

1. Open your phone's Settings app.
2. Tap **Location**. If you don't see it, <u>get help from your phone manufacturer</u>.
3. At the top, turn **Use location** on or off.

**Tip:** You can also turn your phone's location on or off with Quick Settings. <u>Learn about Quick Settings</u>.

> This article changed over time. This page to page <u>272</u> show the version of this article that was available from 1 August 2019.  It is annotated with amendments made between 1 August 2019 and 29 October 2019.
>
> Between **1 August 2019 and 29 October 2019**, the article was amended to refer to "*your phone*", rather than "*device*" or "*Android device.*"

> If a user tapped 'learn how to turn on Location History', they accessed the help article titled 'Manage or delete your Location History' at page <u>232</u>.

GOOG-RDGZ-00155036

**F. Help Articles**                                                                Index

F.12    (ii)    When Location is on ⌄

- Apps can get your phone's location to give you location-based info or services.

- Google Location Services can collect data to improve location-based services.

- You can get search results and ads based on your phone's location.

- You can see where your phone is if you lose it.

- You can share your phone's location with others. Learn about Location Sharing with Google Maps; and

- If you have Location History turned on, the places your phone goes will be saved. You can see and manage them later. Learn about Location History.

When Location is off ⌄

- Your phone's location isn't shared with any apps. Features that use location may not work properly.

- Google Location Services won't collect data to improve location-based services.

- You can get search results and ads based on your IP address.

- You can't see where your phone is if you lose it.

- You can't share your phone's location with anyone via Google Maps. Your device can still send it to first responders in an emergency. Learn about Location Sharing with Google Maps.

- Even if you have Location History turned on, the places your phone goes won't be saved. Learn about Location History.

**Help your phone get a more accurate location (Google Location Services a.k.a. Google Location Accuracy)**

**Turn your phone's location accuracy on or off**

1. Open your device's Settings app.
2. Tap **Location**. If you don't see it, get help from your phone manufacturer.
3. Tap **Advanced** > **Google Location Accuracy**.
4. Turn I**mprove Location Accuracy** on or off.

This page shows the expanded text that appears if a user has tapped on the dropdown arrows adjacent to "When Location is on" and "When Location is off".

If a user tapped 'Learn how to turn on Location History', they accessed the help article titled 'Manage or delete your Location History' at page 232.

page 269

**270**

**F. Help Articles**                                          <u>Index</u>

F.12  (iii)    <u>When Google Location Accuracy is on</u> ˅     This page shows the expanded text that
                                                                appeared if a user tapped on the dropdown
When you have Google Location Accuracy turned on, your          arrow adjacent to "When Google Location
phone uses these sources to get the most accurate              Accuracy is on".
location:

- GPS

- Wi-Fi

- Mobile networks

- Sensors

<u>When Google Location Accuracy is off</u> ˅                 This page shows the expanded text that
                                                                appeared if a user tapped on the dropdown
When you turn off Google Location Accuracy, your phone         arrow adjacent to "When Google Location
uses only GPS to find location. GPS can be slower and         Accuracy is off".
less accurate than other sources.

### Let your phone scan for nearby networks or devices

To help apps get better location info, you can let your
phone scan for nearby Wi-Fi access points or Bluetooth
devices.

To help apps get better location info, you can let your
phone scan for nearby Wi-Fi access points or Bluetooth
devices.

1. Open your device's Settings app.

2. Tap **Location**. If you don't see it, <u>get help from
   your phone manufacturer</u>.

3. Tap **Wi-Fi and Bluetooth scanning**.

4. Turn **Wi-Fi scanning** or **Bluetooth scanning** on
   or off.

### Send your location in an emergency

To help first responders find you quickly, dial an emergency
number. For example, dial:

- 911 in the US

- 112 in Europe

If Android Emergency Location Service (ELS) works in your
country and on your mobile network, and you haven't
turned off ELS, your phone will automatically send its
location using ELS. If ELS is off, your mobile carrier may
still send device location during an emergency call or text.

### Turn emergency location service on or off

You can turn emergency location services on or off at any
time.

1. Open your phone's Settings app.

2. Tap **Location**. If you don't see it, <u>get help from
   your phone manufacturer</u>.

3. Tap **Advanced** > **Emergency Location Service**.

4. Turn **Emergency Location Service** on or off.

GOOG-RDGZ-00155038

**F. Help Articles**                                                              <u>Index</u>

F.12    (iv)    **How Emergency Location Service works**

Your phone uses ELS only when you call or text an emergency number.

During your emergency call, ELS may use Google Location Services and other information to obtain the most accurate location possible for the device.

Your phone sends the location to authorized emergency partners for the purpose of helping emergency services locate you. Your location is sent directly from your phone to emergency partners, not through Google.

After a completed emergency call or text during which ELS was active, your phone sends usage and analytics data to Google for the purpose of analyzing how well ELS is working. This information doesn't identify you and Google doesn't use it to identify you.

### If you're using an older Android version

Choose location mode (Android 4.4—8.1) ∨

You can choose your location mode based on accuracy, speed, and battery use.

1. Open your phone's Settings app.
2. Tap **Security & Location > Location**. If you don't see "Security & Location," tap **Location**.
3. Tap **Mode**. Then pick:
   - **High accuracy:** Use GPS, Wi-Fi, mobile networks, and sensors to get the most accurate location. Use Google Location Services to help estimate your phone's location faster and more accurately.
   - **Battery saving:** Use sources that use less battery, like Wi-Fi and mobile networks. Use Google Location Services to help estimate your phone's location faster and more accurately.
   - **Device only:** Use only GPS. Don't use Google Location Services to provide location information. This can estimate your phone's location more slowly and use more battery.

This page shows the expanded text that appeared if a user tapped on the dropdown arrow adjacent to "Choose Location mode (Android 4.4-8.1)".

From **4 September 2019 to 29 October 2019**, the following text was added to the section titled 'If you're using an older Android version':
*Choose location settings (Android 9.0)    ∨*
*To change location settings:*
*1. Open your device's Settings app.*
*2. Tap* ***Security & Location*** *>* ***Location***.
   - *If you have a work profile, tap* ***Advanced***.
*3. Then, choose an option:*
   - ***Turn Location on or off:*** *Tap* ***Location***.
   - ***Scan for nearby networks:*** *Tap* ***Advanced Scanning***. *Turn* ***Wi-Fi scanning*** *or* ***Bluetooth scanning*** *on or off.*
   - ***Turn emergency location service on or off:*** *Tap* ***Advanced*** *>* ***Google Emergency Location Service***. *Turn* ***emergency Location Service*** *on or off.*

page 271

**272**

GOOG-RDGZ-00155039

**F. Help Articles**                                                           Index

F.12   (v)   Choose location access (Android 4.1—4.3) ˅

You can control what location information your
phone can use.

1.  Open your phone's Settings app.

2.  Under "Personal," tap **Location access**.

3.  At the top of the screen, turn **Access to
    my location** on or off.

    o   When location access is on, pick either
        or both of:

        o   **GPS satellites:** Lets your phone
            estimate its location from satellite
            signals, like a GPS device in a car.

        o   **Wi-Fi & mobile network location:**
            Lets your phone use Google
            Location Services to help estimate
            its location faster, with or without
            GPS.

        o   **When location access is off:**

            Your phone can't find its precise
            location or share it with any apps.

**Tip:** If you have a tablet that more than one
person uses, each person can have different
location access settings.

This page shows the expanded text that appeared if a
user tapped on the dropdown arrow adjacent to
"Choose Location access (Android 4.1-4.3)".

GOOG-RDGZ-00155040