# Exhibit #3

# Creating a Google Account

**Privacy and Terms**



Google

Privacy and Terms

To create a Google Account, you'll need to agree to the Terms of Service below.
In addition, when you create an account, we process your information as described in our Privacy Policy, including these key points:

Data that we process when you use Google

- When you set up a Google account, we store information you give us like your name, email address and telephone number.
- When you use Google services to do things such as write a message in Gmail or comment on a YouTube video, we store the information that you create.
- When you search for a restaurant on Google Maps or watch a video on YouTube, for example, we process information about that activity – including information such as the video that you watched, device IDs, IP addresses, cookie data and location.
- We also process the kind of information described above when you use apps or sites that use Google services such as ads, Analytics and the YouTube video player.

Why we process it

We process this data for the purposes described in

Google Account

Privacy and Terms

To create a Google Account, you'll need to agree to the Terms of Service below.
In addition, when you create an account, we process your information as described in our Privacy Policy, including these key points:

# Users Decide What Activity is Saved in Google Account

**Privacy and Terms**

apps that partner with Google;
- Improve security by protecting against fraud and abuse; and
- Conduct analytics and measurement to understand how our services are used. We also have partners that measure how our services are used. Learn more about these specific advertising and measurement partners.

**Combining data**
We also combine this data among our services and across your devices for these purposes. For example, depending on your account settings, we show you ads based on information about your interests, which we can derive from your use of Search and YouTube; and we use data from trillions of search queries to build spell-correction models that we use across all of our services.

**You're in control**
Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information. You can control how we collect and use this data now by clicking 'More Options' below. You can always adjust your controls later or withdraw your consent for the future by visiting My Account (myaccount.google.com).



Google Account

**You're in control**

Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information. You can control how we collect and use this data now by clicking 'More Options' below. You can always adjust your controls later or withdraw your consent for the future by visiting My Account (myaccount.google.com).