# Exhibit #5

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN: 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN: 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN: 281668)
  esantacana@willkie.com
ARGEMIRA FLÓREZ  (SBN: 331153 )
  aflorez@willkie.com
HARRIS MATEEN (SBN: 335593)
  hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599


Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ANIBAL RODRIGUEZ AND JULIE ANNA MUNIZ, individually and on behalf of all other similarly situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, *et al*.,<br><br>                              Defendant. | Case No.  3:20-CV-04688<br><br>**DEFENDANT GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, SET THREE**<br><br>Judge:          Hon. Richard Seeborg<br>Courtroom:   3, 17th Floor<br>Action Filed:   July 14, 2020 |

PROPOUNDING PARTY:    PLAINTIFFS ANIBAL RODRIGUEZ AND JULIEANNA MUNIZ

RESPONDING PARTY:    DEFENDANT GOOGLE LLC

SET NO.:    THREE (SECOND SUPPLEMENTAL RESPONSES)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure ("Federal Rules"), Defendant Google LLC hereby submits its supplemental objections and responses to Plaintiffs' Third Set of Interrogatories.

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

1.    Each of Google's responses is subject to, and incorporates, the following general objections. Google specifically incorporates each of these general objections into its responses to each of Plaintiffs' Interrogatories, whether or not each such general objection is expressly referred to in Google's responses to a specific Interrogatory.

2.    Google objects to the instructions, definitions, and Interrogatories to the extent that they are broader than, or attempt to impose conditions, obligations, or duties beyond those required by the Federal Rules and/or the Local Rules. Google's responses will be provided in accordance with the Federal Rules and the Local Rules.

3.    Google objects to any Interrogatory to the extent that it is overbroad, unduly burdensome, compound, and/or oppressive, or purports to impose upon Google any duty or obligation that is inconsistent with or in excess of those obligations that are imposed by the Federal Rules, the Local Rules, or any other applicable rule or Court order. In particular, Google objects to any Interrogatory to the extent that it calls for information not relevant to the claims or defenses of the parties, or not proportional to the needs of this case.

4.    Google objects to each Interrogatory to the extent it is vague, ambiguous, overly broad, or unduly burdensome as to time frame.

5.    Google objects to each Interrogatory to the extent that it purports to attribute any special or unusual meaning to any term or phrase.

6.    Google objects to each Interrogatories to the extent they seek confidential, proprietary, or trade secret information of third parties.

7.      Google's objections and responses to these Interrogatories are not intended to waive or prejudice any objections Google may assert now or in the future, including, without limitation, objections as to the relevance of the subject matter of any Interrogatory, or as to the admissibility of any information or category of information at trial or in any other proceedings. Google expressly reserves any and all rights and privileges under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules, and any other applicable laws or rules, and the failure to assert such rights and privileges or the inadvertent disclosure by Google of information protected by such rights and privileges shall not constitute a waiver thereof, either with respect to these responses or with respect to any future discovery responses or objections.

8.      Google has responded to the Interrogatories as it interprets and understands them. If Plaintiffs subsequently assert an interpretation of any Interrogatory that differs from Google's understanding of that Interrogatory, Google reserves the right to supplement its objections and/or responses. Google objects to each and every one of the purported Instructions as unduly burdensome and inconsistent with the Federal Rules and Local Rules.

9.      Discovery in this matter is ongoing. Accordingly, Google reserves the right to change, amend, or supplement any or all of the matters contained in these responses as Google's investigation continues, additional facts are ascertained, analyses are made, research is completed, and additional documents are subsequently discovered, collected, and/or reviewed.

## OBJECTIONS TO DEFINITIONS

10.     Google objects to the definition of the terms "GOOGLE," "YOU,"  and "YOUR" as incomprehensible.  Google construes GOOGLE, YOU, and YOUR to mean Google LLC.

11.     Google objects to the definition of "Web & App Activity" as vague and ambiguous. Google construes "Web & App Activity" to mean the account-level setting called Web & App Activity.

12.     Google objects to the definition of "Google App Developer Disclosure" as vague and ambiguous, compound, and unduly burdensome.

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

13.     Google objects to the definition of "App-Interaction Data" as vague, ambiguous, overbroad, unduly burdensome, and partially irrelevant. Google construes "App-Interaction Data" to mean the types of data sent to Google via Google Analytics for Firebase as alleged in the First Amended Complaint. Google excludes from this definition, among other things, diagnostic-type data sent to Google for the purpose of diagnosing hardware or software issues, none of which is implicated by Plaintiffs' allegations.

14.     Google objects to the definition of "Class Period" as vague, ambiguous, and overbroad. Plaintiffs' definition of the class period in this case is circular and legally impermissible.

15.     Google objects to the definition of "Device Settings" as vague, ambiguous, and overbroad.

16.     Google objects to the definition of "App" as confusing. Plaintiffs' interrogatories refer to Apps as though they have agency, when they should refer to the app developers who program those apps. Google will try to make its answers clear as to whether it refers to an app developer or to software designed by the app developer.

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 6:

Please IDENTIFY one copy of each version of each and every PUBLIC DISCLOSURE in which an APP that uses FIREBASE SDK informs USERS that APP-INTERACTION DATA will be collected (by the APP or by GOOGLE) notwithstanding the USERS' DEVICE SETTINGS. If a PUBLIC DISCLOSURE existed in different versions, IDENTIFY each version separately. For each PUBLIC DISCLOSURE YOU IDENTIFY, state the following information:

(1) the date range during which the PUBLIC DISCLOSURE was shown to USERS;

(2) a brief description of the way in which the PUBLIC DISCLOSURE was displayed to USERS, sufficient to indicate the specific manner in which the PUBLIC DISCLOSURE was displayed;

(3) the specific portion(s) of the PUBLIC DISCLOSURE YOU contend is responsive to this Interrogatory.

For the purpose of this Interrogatory, the term "IDENTIFY" shall mean to state the beginning BATES number of the document.

**RESPONSE TO INTERROGATORY NO. 6:**

Google objects to this interrogatory as vague and ambiguous as to several undefined terms susceptible to multiple meanings.

Google objects to the definition of "App-Interaction Data" as vague, ambiguous, overbroad, unduly burdensome, and partially irrelevant. Google construes "App-Interaction Data" to mean the types of data sent to Google via Google Analytics for Firebase as alleged in the First Amended Complaint. Google excludes from this definition, among other things, diagnostic-type data sent to Google for the purpose of diagnosing hardware or software issues, none of which is implicated by Plaintiffs' allegations.

Google objects to the definition of "Google App Developer Disclosure" as vague and ambiguous, compound, and unduly burdensome.

Google objects to the definition of "Device Settings" as vague, ambiguous, and overbroad. Google objects to the definition of "App" as confusing. Plaintiffs' interrogatories refer to Apps as though they have agency, when they should refer to the app developers who program those apps. Google will try to make its answers clear as to whether it refers to an app developer or to software designed by the app developer.

For purposes of this response, Google's response is limited to Google Analytics for Firebase ("GA for Firebase"), the accused technology in this case as implicated by Plaintiffs' allegations. To the extent Plaintiffs' allegations extend beyond GA for Firebase, Google is unable to respond as it is unclear to Google what other technologies, products, services, or scripts are implicated by Plaintiffs' allegations.

Google objects to this interrogatory as unduly burdensome and disproportional to the needs of the case because it calls for disclosures unrelated to Plaintiff's claims and the breadth of disclosures called for by this interrogatory could number in the thousands or more. Moreover, this is information Plaintiffs can just as easily obtain themselves, as these disclosures are public, and

1  Plaintiffs allege that they installed apps on their own phones.

2      Google objects to this interrogatory as compound.

3      Google objects to this interrogatory as premature. Google's investigation is ongoing, this

4  case is not yet at issue, and Plaintiffs have identified select apps that they used, not all apps that have

5  ever used GA for Firebase.

6      Google objects to the portion of this interrogatory that states "notwithstanding the Users'

7  Device Settings," which Google construes to mean notwithstanding a user's decision to turn off the

8  Web & App Activity (WAA) control. Google has not represented that turning off the WAA control

9  would disable the sending of anonymized data about that user's app interactions via GA for Firebase

10 to Google, for which Google and app developers each obtain consent.

11     Google further objects to this Interrogatory to the extent that it seeks information protected

12 by the attorney-client privilege and/or the attorney work product doctrine.

13     Google further objects to this Interrogatory as unduly burdensome, overbroad, and

14 disproportionate to the needs of this action.

15     Subject to and without waiving the foregoing objections, Google responds as follows:

16     Identifying every disclosure made by app developers over time of their use of GA for

17 Firebase would entail a massive and unnecessary investigation and production of documents.

18 Plaintiffs are just as capable of conducting that investigation, as the disclosures are, by definition,

19 public and made to users.  As Google explains in its motion to dismiss and the declaration of Jayvan

20 Mitchell, Google requires app developers to obtain consent from their users for the use of GA for

21 Firebase. The **GA for Firebase Terms of Service** so require, as listed below:

22

| Date Effective | Beg Bates |
| --- | --- |
| 5/18/2016 | GOOG-RDGZ-00000905 |
| 5/17/2017 | GOOG-RDGZ-00000902 |
| 10/1/2018 | GOOG-RDGZ-00000916 |
| 4/19/2019 | GOOG-RDGZ-00000910 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

Google's **GA for Firebase Use Policy** likewise requires app developers to disclose the use of GA for Firebase to users:

| Date Effective | Beg Bates |
|---|---|
| 5/18/2016 | GOOG-RDGZ-00000914 |
| 5/17/2017 | GOOG-RDGZ-00000908 |
| 12/20/2019 | GOOG-RDGZ-00000900 |

Google's GA for Firebase Terms of Service and GA for Firebase Use Policy also refer to Google's Privacy Policy, which explains to app developers the disclosures Google makes to its users as well. Google's **Privacy Policy** disclosures are listed below:

| Date Effective | Beg Bates |
|---|---|
| 3/31/2014 | GOOG-RDGZ-00000302 |
| 12/19/2014 | GOOG-RDGZ-00000317 |
| 2/25/2015 | GOOG-RDGZ-00000333 |
| 5/1/2015 | GOOG-RDGZ-00000350 |
| 6/5/2015 | GOOG-RDGZ-00000366 |
| 6/30/2015 | GOOG-RDGZ-00000383 |
| 8/19/2015 | GOOG-RDGZ-00000400 |
| 3/25/2016 | GOOG-RDGZ-00000417 |
| 6/28/2016 | GOOG-RDGZ-00000434 |
| 8/29/2016 | GOOG-RDGZ-00000451 |
| 3/1/2017 | GOOG-RDGZ-00000468 |
| 4/17/2017 | GOOG-RDGZ-00000485 |
| 10/2/2017 | GOOG-RDGZ-00000502 |
| 12/18/2017 | GOOG-RDGZ-00000519 |
| 5/25/2018 | GOOG-RDGZ-00000529 |
| 1/22/2019 | GOOG-RDGZ-00000557 |
| 10/15/2019 | GOOG-RDGZ-00000585 |
| 12/19/2019 | GOOG-RDGZ-00000613 |
| 3/31/2020 | GOOG-RDGZ-00000642 |
| 7/1/2020 | GOOG-RDGZ-00000672 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| 8/28/2020 | GOOG-RDGZ-00000703 |
| 9/30/2020 | GOOG-RDGZ-00000735 |

Google's motion to dismiss also includes various examples of the disclosures made by app developers to users of GA for Firebase, as shown in the exhibits to the declaration of Jayvan Mitchell, ECF No. 64.

Google objects to the portion of this interrogatory that states "notwithstanding the Users' Device Settings," which Google construes to mean notwithstanding a user's decision to turn off the Web & App Activity (WAA) control. Google has not represented that turning off the WAA control would disable the sending of anonymized data about that user's app interactions via GA for Firebase to Google, for which Google and app developers each obtain consent:

| Date Effective | Bates Number |
| --- | --- |
| Live page pulled 12/20/2020 | GOOG-RDGZ-00000921 |
| 6/15/2016 | GOOG-RDGZ-00000038 |
| 11/15/2017 | GOOG-RDGZ-00000054 |
| 11/5/2015 | GOOG-RDGZ-00000200 |
| 11/5/2015 | GOOG-RDGZ-00000057 |
| 12/15/2015 | GOOG-RDGZ-00000144 |
| 12/15/2015 | GOOG-RDGZ-00000059 |
| 4/28/2017 | GOOG-RDGZ-00000283 |
| 4/28/2017 | GOOG-RDGZ-00000061 |
| 10/31/2013 | GOOG-RDGZ-00000090 |
| 10/31/2013 | GOOG-RDGZ-00000063 |
| 12/2/2014 | GOOG-RDGZ-00000084 |
| 12/2/2014 | GOOG-RDGZ-00000065 |
| 3/19/2015 | GOOG-RDGZ-00000229 |
| 3/19/2015 | GOOG-RDGZ-00000067 |
| 4/8/2015 | GOOG-RDGZ-00000172 |
| 4/8/2015 | GOOG-RDGZ-00000069 |

| Date Effective | Bates Number |
|---|---|
| 5/29/2014 | GOOG-RDGZ-00000260 |
| 5/29/2014 | GOOG-RDGZ-00000071 |
| 12/2/2014 | GOOG-RDGZ-00000107 |
| 12/2/2014 | GOOG-RDGZ-00000073 |
| 9/1/2015 | GOOG-RDGZ-00000190 |
| 9/1/2015 | GOOG-RDGZ-00000074 |
| 3/18/2016 | GOOG-RDGZ-00000234 |
| 3/18/2016 | GOOG-RDGZ-00000013 |
| 5/13/2016 | GOOG-RDGZ-00000119 |
| 5/13/2016 | GOOG-RDGZ-00000076 |
| 5/13/2016 | GOOG-RDGZ-00000094 |
| 5/13/2016 | GOOG-RDGZ-00000001 |
| 5/13/2016 | GOOG-RDGZ-00000238 |
| 5/13/2016 | GOOG-RDGZ-00000003 |
| 8/30/2016 | GOOG-RDGZ-00000078 |
| 8/30/2016 | GOOG-RDGZ-00000005 |
| 5/13/2019 | GOOG-RDGZ-00000279 |
| 5/13/2019 | GOOG-RDGZ-00000007 |
| 5/15/2019 | GOOG-RDGZ-00000213 |
| 5/15/2019 | GOOG-RDGZ-00000009 |
| 11/12/2019 | GOOG-RDGZ-00000272 |
| 11/12/2019 | GOOG-RDGZ-00000011 |
| 4/19/2016 | GOOG-RDGZ-00000201 |
| 4/19/2016 | GOOG-RDGZ-00000024 |
| 11/20/2019 | GOOG-RDGZ-00000205 |
| 11/20/2019 | GOOG-RDGZ-00000015 |
| 11/27/2019 | GOOG-RDGZ-00000170 |
| 11/27/2019 | GOOG-RDGZ-00000017 |
| 12/4/2019 | GOOG-RDGZ-00000217 |
| 12/4/2019 | GOOG-RDGZ-00000019 |
| 1/8/2020 | GOOG-RDGZ-00000181 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 1/8/2020 | GOOG-RDGZ-00000022 |
| 4/19/2016 | GOOG-RDGZ-00000163 |
| 4/19/2016 | GOOG-RDGZ-00000029 |
| 1/8/2020 | GOOG-RDGZ-00000223 |
| 1/8/2020 | GOOG-RDGZ-00000026 |
| 1/8/2020 | GOOG-RDGZ-00000208 |
| 1/8/2020 | GOOG-RDGZ-00000027 |
| 1/8/2020 | GOOG-RDGZ-00000209 |
| 1/8/2020 | GOOG-RDGZ-00000028 |
| 2/6/2020 | GOOG-RDGZ-00000141 |
| 2/6/2020 | GOOG-RDGZ-00000031 |
| 4/20/2016 | GOOG-RDGZ-00000100 |
| 4/20/2016 | GOOG-RDGZ-00000032 |
| 4/20/2016 | GOOG-RDGZ-00000148 |
| 4/20/2016 | GOOG-RDGZ-00000033 |
| 4/20/2016 | GOOG-RDGZ-00000256 |
| 4/20/2016 | GOOG-RDGZ-00000035 |
| 4/20/2016 | GOOG-RDGZ-00000124 |
| 4/20/2016 | GOOG-RDGZ-00000036 |
| 5/6/2016 | GOOG-RDGZ-00000220 |
| 5/6/2016 | GOOG-RDGZ-00000037 |
| 6/16/2016 | GOOG-RDGZ-00000154 |
| 6/16/2016 | GOOG-RDGZ-00000039 |
| 10/25/2016 | GOOG-RDGZ-00000079 |
| 10/25/2016 | GOOG-RDGZ-00000040 |
| 8/12/2016 | GOOG-RDGZ-00000093 |
| 8/12/2016 | GOOG-RDGZ-00000041 |
| 9/14/2016 | GOOG-RDGZ-00000151 |
| 9/14/2016 | GOOG-RDGZ-00000042 |
| 9/15/2016 | GOOG-RDGZ-00000233 |
| 9/15/2016 | GOOG-RDGZ-00000043 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No. 3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 8/29/2017 | GOOG-RDGZ-00000115 |
| 8/29/2017 | GOOG-RDGZ-00000044 |
| 6/22/2018 | GOOG-RDGZ-00000085 |
| 6/22/2018 | GOOG-RDGZ-00000045 |
| 2/6/2020 | GOOG-RDGZ-00000117 |
| 2/6/2020 | GOOG-RDGZ-00000047 |
| 6/22/2018 | GOOG-RDGZ-00000099 |
| 6/22/2018 | GOOG-RDGZ-00000048 |
| 6/20/2018 | GOOG-RDGZ-00000089 |
| 6/20/2018 | GOOG-RDGZ-00000049 |
| 8/30/2019 | GOOG-RDGZ-00000087 |
| 8/30/2019 | GOOG-RDGZ-00000050 |
| 2/13/2020 | GOOG-RDGZ-00000255 |
| 2/13/2020 | GOOG-RDGZ-00000051 |
| 6/22/2018 | GOOG-RDGZ-00000137 |
| 6/22/2018 | GOOG-RDGZ-00000053 |
| 7/30/2018 | GOOG-RDGZ-00000258 |
| 7/30/2018 | GOOG-RDGZ-00000034 |
| 8/24/2018 | GOOG-RDGZ-00000164 |
| 8/24/2018 | GOOG-RDGZ-00000052 |
| 12/9/2019 | GOOG-RDGZ-00000196 |
| 12/9/2019 | GOOG-RDGZ-00000056 |
| 9/28/2020 | GOOG-RDGZ-00000271 |
| 9/28/2020 | GOOG-RDGZ-00000058 |
| 11/13/2019 | GOOG-RDGZ-00000161 |
| 11/13/2019 | GOOG-RDGZ-00000060 |
| 11/25/2019 | GOOG-RDGZ-00000123 |
| 11/25/2019 | GOOG-RDGZ-00000062 |
| 1/2/2020 | GOOG-RDGZ-00000165 |
| 1/2/2020 | GOOG-RDGZ-00000064 |
| 1/10/2020 | GOOG-RDGZ-00000195 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 1/10/2020 | GOOG-RDGZ-00000066 |
| 1/13/2020 | GOOG-RDGZ-00000088 |
| 1/13/2020 | GOOG-RDGZ-00000068 |
| 1/27/2020 | GOOG-RDGZ-00000221 |
| 1/27/2020 | GOOG-RDGZ-00000070 |
| 1/27/2020 | GOOG-RDGZ-00000103 |
| 1/27/2020 | GOOG-RDGZ-00000072 |
| 1/27/2020 | GOOG-RDGZ-00000176 |
| 1/27/2020 | GOOG-RDGZ-00000075 |
| 1/31/2020 | GOOG-RDGZ-00000204 |
| 1/31/2020 | GOOG-RDGZ-00000077 |
| 2/4/2020 | GOOG-RDGZ-00000187 |
| 2/4/2020 | GOOG-RDGZ-00000002 |
| 2/4/2020 | GOOG-RDGZ-00000274 |
| 2/4/2020 | GOOG-RDGZ-00000004 |
| 2/4/2020 | GOOG-RDGZ-00000184 |
| 2/4/2020 | GOOG-RDGZ-00000006 |
| 2/4/2020 | GOOG-RDGZ-00000291 |
| 2/4/2020 | GOOG-RDGZ-00000008 |
| 2/6/2020 | GOOG-RDGZ-00000149 |
| 2/6/2020 | GOOG-RDGZ-00000010 |
| 2/20/2020 | GOOG-RDGZ-00000300 |
| 2/20/2020 | GOOG-RDGZ-00000012 |
| 2/21/2020 | GOOG-RDGZ-00000265 |
| 2/21/2020 | GOOG-RDGZ-00000014 |
| 4/10/2020 | GOOG-RDGZ-00000298 |
| 4/10/2020 | GOOG-RDGZ-00000016 |
| 1/23/2019 | GOOG-RDGZ-00000236 |
| 1/23/2019 | GOOG-RDGZ-00000018 |
| 8/8/2019 | GOOG-RDGZ-00000080 |
| 8/8/2019 | GOOG-RDGZ-00000020 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 9/10/2019 | GOOG-RDGZ-00000177 |
| 9/10/2019 | GOOG-RDGZ-00000023 |
| 11/11/2019 | GOOG-RDGZ-00000286 |
| 11/11/2019 | GOOG-RDGZ-00000025 |
| 5/27/2015 | GOOG-RDGZ-00000193 |
| 5/27/2015 | GOOG-RDGZ-00000281 |
| 8/4/2015 | GOOG-RDGZ-00000175 |
| 8/4/2015 | GOOG-RDGZ-00000230 |
| 8/4/2015 | GOOG-RDGZ-00000108 |
| 8/4/2015 | GOOG-RDGZ-00000280 |
| 8/4/2015 | GOOG-RDGZ-00000142 |
| 8/5/2015 | GOOG-RDGZ-00000296 |
| 10/12/2017 | GOOG-RDGZ-00000114 |
| 7/31/2015 | GOOG-RDGZ-00000254 |
| 7/31/2015 | GOOG-RDGZ-00000136 |
| 7/31/2015 | GOOG-RDGZ-00000214 |
| 7/31/2015 | GOOG-RDGZ-00000178 |
| 8/4/2015 | GOOG-RDGZ-00000199 |
| 5/27/2015 | GOOG-RDGZ-00000143 |
| 5/27/2015 | GOOG-RDGZ-00000155 |
| 6/15/2016 | GOOG-RDGZ-00000235 |
| 6/15/2016 | GOOG-RDGZ-00000237 |
| 6/16/2016 | GOOG-RDGZ-00000189 |
| 6/16/2016 | GOOG-RDGZ-00000125 |
| 6/16/2016 | GOOG-RDGZ-00000112 |
| 6/15/2016 | GOOG-RDGZ-00000239 |
| 6/16/2016 | GOOG-RDGZ-00000101 |
| 6/16/2016 | GOOG-RDGZ-00000276 |
| 6/28/2016 | GOOG-RDGZ-00000227 |
| 6/28/2016 | GOOG-RDGZ-00000138 |
| 6/28/2016 | GOOG-RDGZ-00000263 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 7/18/2016 | GOOG-RDGZ-00000252 |
| 7/19/2016 | GOOG-RDGZ-00000116 |
| 10/27/2016 | GOOG-RDGZ-00000113 |
| 6/15/2016 | GOOG-RDGZ-00000277 |
| 8/29/2017 | GOOG-RDGZ-00000110 |
| 12/21/2017 | GOOG-RDGZ-00000183 |
| 3/27/2019 | GOOG-RDGZ-00000086 |
| 4/4/2019 | GOOG-RDGZ-00000158 |
| 4/4/2019 | GOOG-RDGZ-00000156 |
| 5/7/2019 | GOOG-RDGZ-00000301 |
| 5/22/2019 | GOOG-RDGZ-00000185 |
| 10/1/2019 | GOOG-RDGZ-00000118 |
| 10/1/2019 | GOOG-RDGZ-00000202 |
| 8/5/2020 | GOOG-RDGZ-00000282 |
| 6/15/2016 | GOOG-RDGZ-00000244 |
| 6/15/2016 | GOOG-RDGZ-00000159 |
| 6/28/2016 | GOOG-RDGZ-00000210 |
| 6/28/2016 | GOOG-RDGZ-00000150 |
| 6/28/2016 | GOOG-RDGZ-00000211 |
| 6/29/2016 | GOOG-RDGZ-00000081 |
| 7/18/2016 | GOOG-RDGZ-00000102 |
| 7/19/2016 | GOOG-RDGZ-00000264 |
| 10/27/2016 | GOOG-RDGZ-00000212 |
| 12/21/2017 | GOOG-RDGZ-00000275 |
| 3/27/2019 | GOOG-RDGZ-00000135 |
| 6/15/2016 | GOOG-RDGZ-00000160 |
| 5/7/2019 | GOOG-RDGZ-00000246 |
| 5/27/2019 | GOOG-RDGZ-00000104 |
| 10/1/2019 | GOOG-RDGZ-00000248 |
| 4/6/2020 | GOOG-RDGZ-00000247 |
| 8/5/2020 | GOOG-RDGZ-00000130 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 6/15/2016 | GOOG-RDGZ-00000109 |
| 6/15/2016 | GOOG-RDGZ-00000152 |
| 6/16/2016 | GOOG-RDGZ-00000289 |
| 6/16/2016 | GOOG-RDGZ-00000259 |
| 6/28/2016 | GOOG-RDGZ-00000134 |
| 6/28/2016 | GOOG-RDGZ-00000241 |
| 6/28/2016 | GOOG-RDGZ-00000129 |
| 6/29/2016 | GOOG-RDGZ-00000168 |
| 6/15/2016 | GOOG-RDGZ-00000249 |
| 7/18/2016 | GOOG-RDGZ-00000207 |
| 7/19/2016 | GOOG-RDGZ-00000091 |
| 12/21/2017 | GOOG-RDGZ-00000273 |
| 3/27/2019 | GOOG-RDGZ-00000245 |
| 5/7/2019 | GOOG-RDGZ-00000083 |
| 10/1/2019 | GOOG-RDGZ-00000253 |
| 10/1/2019 | GOOG-RDGZ-00000082 |
| 8/5/2020 | GOOG-RDGZ-00000128 |
| 6/15/2016 | GOOG-RDGZ-00000111 |
| 6/15/2016 | GOOG-RDGZ-00000157 |
| 6/16/2016 | GOOG-RDGZ-00000197 |
| 6/16/2016 | GOOG-RDGZ-00000169 |
| 8/24/2018 | GOOG-RDGZ-00000139 |
| 8/31/2018 | GOOG-RDGZ-00000188 |
| 10/4/2018 | GOOG-RDGZ-00000203 |
| 1/9/2019 | GOOG-RDGZ-00000267 |
| 2/6/2019 | GOOG-RDGZ-00000194 |
| 5/24/2019 | GOOG-RDGZ-00000257 |
| 9/5/2019 | GOOG-RDGZ-00000174 |
| 9/5/2019 | GOOG-RDGZ-00000092 |
| 10/24/2019 | GOOG-RDGZ-00000224 |
| 5/29/2018 | GOOG-RDGZ-00000145 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 4/6/2020 | GOOG-RDGZ-00000222 |
| 4/15/2020 | GOOG-RDGZ-00000140 |
| 8/16/2018 | GOOG-RDGZ-00000278 |
| 8/17/2018 | GOOG-RDGZ-00000166 |
| 1/7/2015 | GOOG-RDGZ-00000126 |
| 2/10/2015 | GOOG-RDGZ-00000250 |
| 3/5/2015 | GOOG-RDGZ-00000218 |
| 3/5/2015 | GOOG-RDGZ-00000215 |
| 3/5/2015 | GOOG-RDGZ-00000191 |
| 4/3/2015 | GOOG-RDGZ-00000146 |
| 5/14/2015 | GOOG-RDGZ-00000179 |
| 5/14/2015 | GOOG-RDGZ-00000284 |
| 7/4/2015 | GOOG-RDGZ-00000242 |
| 7/28/2015 | GOOG-RDGZ-00000269 |
| 8/5/2015 | GOOG-RDGZ-00000261 |
| 9/10/2015 | GOOG-RDGZ-00000131 |
| 9/16/2015 | GOOG-RDGZ-00000287 |
| 1/27/2016 | GOOG-RDGZ-00000105 |
| 2/2/2016 | GOOG-RDGZ-00000095 |
| 6/28/2016 | GOOG-RDGZ-00000122 |
| 6/28/2016 | GOOG-RDGZ-00000266 |
| 6/28/2016 | GOOG-RDGZ-00000162 |
| 6/28/2016 | GOOG-RDGZ-00000171 |
| 7/15/2016 | GOOG-RDGZ-00000299 |
| 7/18/2016 | GOOG-RDGZ-00000232 |
| 7/18/2016 | GOOG-RDGZ-00000268 |
| 7/18/2016 | GOOG-RDGZ-00000173 |
| 7/18/2016 | GOOG-RDGZ-00000153 |
| 7/18/2016 | GOOG-RDGZ-00000290 |
| 9/21/2016 | GOOG-RDGZ-00000186 |
| 9/21/2016 | GOOG-RDGZ-00000198 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 9/28/2016 | GOOG-RDGZ-00000228 |
| 9/28/2016 | GOOG-RDGZ-00000295 |
| 10/27/2016 | GOOG-RDGZ-00000240 |
| 10/27/2016 | GOOG-RDGZ-00000097 |
| 2/13/2017 | GOOG-RDGZ-00000292 |
| 11/15/2017 | GOOG-RDGZ-00000098 |
| 12/21/2017 | GOOG-RDGZ-00000133 |
| 1/9/2018 | GOOG-RDGZ-00000206 |
| 1/9/2018 | GOOG-RDGZ-00000297 |
| 1/9/2018 | GOOG-RDGZ-00000182 |
| 8/3/2018 | GOOG-RDGZ-00000294 |
| 3/27/2019 | GOOG-RDGZ-00000167 |
| 5/7/2019 | GOOG-RDGZ-00000231 |
| 10/1/2019 | GOOG-RDGZ-00000120 |
| 8/5/2020 | GOOG-RDGZ-00000225 |

Google specifically discloses that GA for Firebase will function as intended regardless of a user's decision to turn off WAA, as evidenced by hundreds of documents produced by Google, including Google's "How Google Uses Information from Sites or Apps that Use Our Services" webpage, which informs users that if they wish GA for Firebase to be disabled for them, they must interact with the specific app developers who use it:

| Date Effective | Beg Bates |
|---|---|
| 4/20/2018 | GOOG-RDGZ-00020554 |
| 5/11/2018 | GOOG-RDGZ-00020556 |
| 4/24/2020 | GOOG-RDGZ-00020558 |
| 4/24/2020 | GOOG-RDGZ-00020560 |
| 5/26/2020 | GOOG-RDGZ-00020562 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

Google reserves the right to supplement its response to this interrogatory as discovery proceeds.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

Subject to and without waiving the foregoing objections, Google responds further as follows: Google's **Privacy Policy** has been updated since Google first responded to Interrogatory No. 6 as follows:

| Date Effective | Beg Bates |
|---|---|
| 2/4/2021 | GOOG-RDGZ-00188616 |
| 7/1/2021 | GOOG-RDGZ-00188632 |
| 2/10/2022 | GOOG-RDGZ-00188602 |

**INTERROGATORY NO. 7:**

Please IDENTIFY one copy of each version of each and every GOOGLE APP DEVELOPER DISCLOSURE that informs APP DEVELOPERS that FIREBASE SDK transmits APP-INTERACTION DATA to GOOGLE notwithstanding USERS' DEVICE SETTINGS. If a GOOGLE APP DEVELOPER DISCLOSURE existed in different versions, IDENTIFY each version separately. For each GOOGLE APP DEVELOPER DISCLOSURE YOU IDENTIFY, state the following information:

(1) the date range during which the GOOGLE APP DEVELOPER DISCLOSURE was shown by YOU to APP DEVELOPERS;

(2) a brief description of the way in which the GOOGLE APP DEVELOPER DISCLOSURE was displayed to APP DEVELOPERS, sufficient to indicate the specific manner in which the GOOGLE APP DEVELOPER DISCLOSURE was displayed;

(3) the specific portion(s) of the GOOGLE APP DEVELOPER DISCLOSURE YOU contend is responsive to this Interrogatory.

For the purpose of this Interrogatory, the term "IDENTIFY" shall mean to state the beginning BATES number of the document. It is not necessary to identify separately every signed copy of a form contract; rather, please IDENTIFY one unsigned copy of the form contract.

**RESPONSE TO INTERROGATORY NO. 7:**

Google objects to this interrogatory as vague and ambiguous as to several undefined terms susceptible to multiple meanings.

Google objects to the definition of "App-Interaction Data" as vague, ambiguous, overbroad, unduly burdensome, and partially irrelevant. Google construes "App-Interaction Data" to mean the types of data sent to Google via Google Analytics for Firebase as alleged in the First Amended Complaint. Google excludes from this definition, among other things, diagnostic-type data sent to Google for the purpose of diagnosing hardware or software issues, none of which is implicated by Plaintiffs' allegations.

Google objects to the definition of "Google App Developer Disclosure" as vague and ambiguous, compound, and unduly burdensome.

Google objects to the definition of "Device Settings" as vague, ambiguous, and overbroad. Google objects to the definition of "App" as confusing. Plaintiffs' interrogatories refer to Apps as though they have agency, when they should refer to the app developers who program those apps. Google will try to make its answers clear as to whether it refers to an app developer or to software designed by the app developer.

For purposes of this response, Google's response is limited to Google Analytics for Firebase ("GA for Firebase"), the accused technology in this case as implicated by Plaintiffs' allegations. To the extent Plaintiffs' allegations extend beyond GA for Firebase, Google is unable to respond as it is unclear to Google what other technologies, products, services, or scripts are implicated by Plaintiffs' allegations.

Google objects to this interrogatory as unduly burdensome and disproportional to the needs of the case. The breadth of disclosures called for by this interrogatory could number in the hundreds of thousands, or more. Moreover, this is information Plaintiffs can just as easily obtain themselves, as these disclosures are public, and Plaintiffs allege that they installed apps on their own phones.

Google objects to this interrogatory as compound.

Google objects to this interrogatory as premature. Google's investigation is ongoing, this

19

case is not yet at issue, and Plaintiffs have identified select apps that they used, not all apps that have ever used GA for Firebase.

Google objects to the portion of this interrogatory that states "notwithstanding the Users' Device Settings," which Google construes to mean notwithstanding a user's decision to turn off the Web & App Activity (WAA) control. Google has not represented that turning off the WAA control would disable the sending of anonymized data about that user's app interactions via GA for Firebase to Google, for which Google and app developers each obtain consent.

Google further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or the attorney work product doctrine.

Google further objects to this Interrogatory as unduly burdensome, overbroad, and disproportionate to the needs of this action.

Subject to and without waiving the foregoing objections, Google responds as follows:

Identifying every disclosure made to app developers over time of their use of GA for Firebase is overbroad and unduly burdensome. Plaintiffs are just as capable of conducting that investigation, as the disclosures are, by definition, public and made to app developers. GA for Firebase is an optional feature that app developers incorporate voluntarily into their apps in order to learn about how their apps are performing. The functioning of GA for Firebase is made clear to app developers through Google's help pages concerning the Firebase SDK:

| Beg Bates |
|-----------|
| GOOG-RDGZ-00013450 |
| GOOG-RDGZ-00013455 |
| GOOG-RDGZ-00013459 |
| GOOG-RDGZ-00013461 |
| GOOG-RDGZ-00013466 |
| GOOG-RDGZ-00013468 |
| GOOG-RDGZ-00013471 |
| GOOG-RDGZ-00013474;GOOG-RDGZ-00017376 |

| Beg Bates |
|---|
| GOOG-RDGZ-00013476 |
| GOOG-RDGZ-00013484 |
| GOOG-RDGZ-00013486;GOOG-RDGZ-00017378 |
| GOOG-RDGZ-00013488 |
| GOOG-RDGZ-00013490 |
| GOOG-RDGZ-00013493 |
| GOOG-RDGZ-00013496 |
| GOOG-RDGZ-00013498;GOOG-RDGZ-00017382 |
| GOOG-RDGZ-00013500 |
| GOOG-RDGZ-00013505 |
| GOOG-RDGZ-00013510 |
| GOOG-RDGZ-00013515 |
| GOOG-RDGZ-00013517 |
| GOOG-RDGZ-00013521 |
| GOOG-RDGZ-00013523 |
| GOOG-RDGZ-00013526;GOOG-RDGZ-00017384 |
| GOOG-RDGZ-00013528 |
| GOOG-RDGZ-00013533;GOOG-RDGZ-00017386 |
| GOOG-RDGZ-00013536;GOOG-RDGZ-00017389 |
| GOOG-RDGZ-00013538 |
| GOOG-RDGZ-00013540 |
| GOOG-RDGZ-00013542 |
| GOOG-RDGZ-00013544;GOOG-RDGZ-00017396 |
| GOOG-RDGZ-00013546 |
| GOOG-RDGZ-00013548 |
| GOOG-RDGZ-00013551 |

Further, as Google explains in it motion to dismiss and the declaration of Jayvan Mitchell, Google requires app developers to obtain consent from their users for the use of GA for Firebase. The **GA for Firebase Terms of Service** so require, as listed below:

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Beg Bates |
|---|---|
| 5/18/2016 | GOOG-RDGZ-00000905 |
| 5/17/2017 | GOOG-RDGZ-00000902 |
| 10/1/2018 | GOOG-RDGZ-00000916 |
| 4/19/2019 | GOOG-RDGZ-00000910 |

Google's **GA for Firebase Use Policy** likewise requires app developers to disclose the use of GA for Firebase to users:

| Date Effective | Beg Bates |
|---|---|
| 5/18/2016 | GOOG-RDGZ-00000914 |
| 5/17/2017 | GOOG-RDGZ-00000908 |
| 12/20/2019 | GOOG-RDGZ-00000900 |

Google's GA for Firebase Terms of Service and GA for Firebase Use Policy also refer to Google's Privacy Policy, which explains to app developers the disclosures Google makes to its users as well. Google's **Privacy Policy** disclosures are listed below:

| Date Effective | Beg Bates |
|---|---|
| 3/31/2014 | GOOG-RDGZ-00000302 |
| 12/19/2014 | GOOG-RDGZ-00000317 |
| 2/25/2015 | GOOG-RDGZ-00000333 |
| 5/1/2015 | GOOG-RDGZ-00000350 |
| 6/5/2015 | GOOG-RDGZ-00000366 |
| 6/30/2015 | GOOG-RDGZ-00000383 |
| 8/19/2015 | GOOG-RDGZ-00000400 |
| 3/25/2016 | GOOG-RDGZ-00000417 |
| 6/28/2016 | GOOG-RDGZ-00000434 |
| 8/29/2016 | GOOG-RDGZ-00000451 |
| 3/1/2017 | GOOG-RDGZ-00000468 |
| 4/17/2017 | GOOG-RDGZ-00000485 |
| 10/2/2017 | GOOG-RDGZ-00000502 |
| 12/18/2017 | GOOG-RDGZ-00000519 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| 5/25/2018 | GOOG-RDGZ-00000529 |
| 1/22/2019 | GOOG-RDGZ-00000557 |
| 10/15/2019 | GOOG-RDGZ-00000585 |
| 12/19/2019 | GOOG-RDGZ-00000613 |
| 3/31/2020 | GOOG-RDGZ-00000642 |
| 7/1/2020 | GOOG-RDGZ-00000672 |
| 8/28/2020 | GOOG-RDGZ-00000703 |
| 9/30/2020 | GOOG-RDGZ-00000735 |

Google's motion to dismiss also includes various examples of the disclosures made by app developers to users of GA for Firebase, as shown in the exhibits to the declaration of Jayvan Mitchell, ECF No. 64.

Google objects to the portion of this interrogatory that states "notwithstanding the Users' Device Settings," which Google construes to mean notwithstanding a user's decision to turn off the Web & App Activity (WAA) control. Google has not represented that turning off the WAA control would disable the sending of anonymized data about that user's app interactions via GA for Firebase to Google, for which Google and app developers each obtain consent:

| Date Effective | Bates Number |
|---|---|
| Live page pulled 12/20/2020 | GOOG-RDGZ-00000921 |
| 6/15/2016 | GOOG-RDGZ-00000038 |
| 11/15/2017 | GOOG-RDGZ-00000054 |
| 11/5/2015 | GOOG-RDGZ-00000200 |
| 11/5/2015 | GOOG-RDGZ-00000057 |
| 12/15/2015 | GOOG-RDGZ-00000144 |
| 12/15/2015 | GOOG-RDGZ-00000059 |
| 4/28/2017 | GOOG-RDGZ-00000283 |
| 4/28/2017 | GOOG-RDGZ-00000061 |
| 10/31/2013 | GOOG-RDGZ-00000090 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No. 3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 10/31/2013 | GOOG-RDGZ-00000063 |
| 12/2/2014 | GOOG-RDGZ-00000084 |
| 12/2/2014 | GOOG-RDGZ-00000065 |
| 3/19/2015 | GOOG-RDGZ-00000229 |
| 3/19/2015 | GOOG-RDGZ-00000067 |
| 4/8/2015 | GOOG-RDGZ-00000172 |
| 4/8/2015 | GOOG-RDGZ-00000069 |
| 5/29/2014 | GOOG-RDGZ-00000260 |
| 5/29/2014 | GOOG-RDGZ-00000071 |
| 12/2/2014 | GOOG-RDGZ-00000107 |
| 12/2/2014 | GOOG-RDGZ-00000073 |
| 9/1/2015 | GOOG-RDGZ-00000190 |
| 9/1/2015 | GOOG-RDGZ-00000074 |
| 3/18/2016 | GOOG-RDGZ-00000234 |
| 3/18/2016 | GOOG-RDGZ-00000013 |
| 5/13/2016 | GOOG-RDGZ-00000119 |
| 5/13/2016 | GOOG-RDGZ-00000076 |
| 5/13/2016 | GOOG-RDGZ-00000094 |
| 5/13/2016 | GOOG-RDGZ-00000001 |
| 5/13/2016 | GOOG-RDGZ-00000238 |
| 5/13/2016 | GOOG-RDGZ-00000003 |
| 8/30/2016 | GOOG-RDGZ-00000078 |
| 8/30/2016 | GOOG-RDGZ-00000005 |
| 5/13/2019 | GOOG-RDGZ-00000279 |
| 5/13/2019 | GOOG-RDGZ-00000007 |
| 5/15/2019 | GOOG-RDGZ-00000213 |
| 5/15/2019 | GOOG-RDGZ-00000009 |
| 11/12/2019 | GOOG-RDGZ-00000272 |
| 11/12/2019 | GOOG-RDGZ-00000011 |
| 4/19/2016 | GOOG-RDGZ-00000201 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 4/19/2016 | GOOG-RDGZ-00000024 |
| 11/20/2019 | GOOG-RDGZ-00000205 |
| 11/20/2019 | GOOG-RDGZ-00000015 |
| 11/27/2019 | GOOG-RDGZ-00000170 |
| 11/27/2019 | GOOG-RDGZ-00000017 |
| 12/4/2019 | GOOG-RDGZ-00000217 |
| 12/4/2019 | GOOG-RDGZ-00000019 |
| 1/8/2020 | GOOG-RDGZ-00000181 |
| 1/8/2020 | GOOG-RDGZ-00000022 |
| 4/19/2016 | GOOG-RDGZ-00000163 |
| 4/19/2016 | GOOG-RDGZ-00000029 |
| 1/8/2020 | GOOG-RDGZ-00000223 |
| 1/8/2020 | GOOG-RDGZ-00000026 |
| 1/8/2020 | GOOG-RDGZ-00000208 |
| 1/8/2020 | GOOG-RDGZ-00000027 |
| 1/8/2020 | GOOG-RDGZ-00000209 |
| 1/8/2020 | GOOG-RDGZ-00000028 |
| 2/6/2020 | GOOG-RDGZ-00000141 |
| 2/6/2020 | GOOG-RDGZ-00000031 |
| 4/20/2016 | GOOG-RDGZ-00000100 |
| 4/20/2016 | GOOG-RDGZ-00000032 |
| 4/20/2016 | GOOG-RDGZ-00000148 |
| 4/20/2016 | GOOG-RDGZ-00000033 |
| 4/20/2016 | GOOG-RDGZ-00000256 |
| 4/20/2016 | GOOG-RDGZ-00000035 |
| 4/20/2016 | GOOG-RDGZ-00000124 |
| 4/20/2016 | GOOG-RDGZ-00000036 |
| 5/6/2016 | GOOG-RDGZ-00000220 |
| 5/6/2016 | GOOG-RDGZ-00000037 |
| 6/16/2016 | GOOG-RDGZ-00000154 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 6/16/2016 | GOOG-RDGZ-00000039 |
| 10/25/2016 | GOOG-RDGZ-00000079 |
| 10/25/2016 | GOOG-RDGZ-00000040 |
| 8/12/2016 | GOOG-RDGZ-00000093 |
| 8/12/2016 | GOOG-RDGZ-00000041 |
| 9/14/2016 | GOOG-RDGZ-00000151 |
| 9/14/2016 | GOOG-RDGZ-00000042 |
| 9/15/2016 | GOOG-RDGZ-00000233 |
| 9/15/2016 | GOOG-RDGZ-00000043 |
| 8/29/2017 | GOOG-RDGZ-00000115 |
| 8/29/2017 | GOOG-RDGZ-00000044 |
| 6/22/2018 | GOOG-RDGZ-00000085 |
| 6/22/2018 | GOOG-RDGZ-00000045 |
| 2/6/2020 | GOOG-RDGZ-00000117 |
| 2/6/2020 | GOOG-RDGZ-00000047 |
| 6/22/2018 | GOOG-RDGZ-00000099 |
| 6/22/2018 | GOOG-RDGZ-00000048 |
| 6/20/2018 | GOOG-RDGZ-00000089 |
| 6/20/2018 | GOOG-RDGZ-00000049 |
| 8/30/2019 | GOOG-RDGZ-00000087 |
| 8/30/2019 | GOOG-RDGZ-00000050 |
| 2/13/2020 | GOOG-RDGZ-00000255 |
| 2/13/2020 | GOOG-RDGZ-00000051 |
| 6/22/2018 | GOOG-RDGZ-00000137 |
| 6/22/2018 | GOOG-RDGZ-00000053 |
| 7/30/2018 | GOOG-RDGZ-00000258 |
| 7/30/2018 | GOOG-RDGZ-00000034 |
| 8/24/2018 | GOOG-RDGZ-00000164 |
| 8/24/2018 | GOOG-RDGZ-00000052 |
| 12/9/2019 | GOOG-RDGZ-00000196 |

26

| Date Effective | Bates Number |
|---|---|
| 12/9/2019 | GOOG-RDGZ-00000056 |
| 9/28/2020 | GOOG-RDGZ-00000271 |
| 9/28/2020 | GOOG-RDGZ-00000058 |
| 11/13/2019 | GOOG-RDGZ-00000161 |
| 11/13/2019 | GOOG-RDGZ-00000060 |
| 11/25/2019 | GOOG-RDGZ-00000123 |
| 11/25/2019 | GOOG-RDGZ-00000062 |
| 1/2/2020 | GOOG-RDGZ-00000165 |
| 1/2/2020 | GOOG-RDGZ-00000064 |
| 1/10/2020 | GOOG-RDGZ-00000195 |
| 1/10/2020 | GOOG-RDGZ-00000066 |
| 1/13/2020 | GOOG-RDGZ-00000088 |
| 1/13/2020 | GOOG-RDGZ-00000068 |
| 1/27/2020 | GOOG-RDGZ-00000221 |
| 1/27/2020 | GOOG-RDGZ-00000070 |
| 1/27/2020 | GOOG-RDGZ-00000103 |
| 1/27/2020 | GOOG-RDGZ-00000072 |
| 1/27/2020 | GOOG-RDGZ-00000176 |
| 1/27/2020 | GOOG-RDGZ-00000075 |
| 1/31/2020 | GOOG-RDGZ-00000204 |
| 1/31/2020 | GOOG-RDGZ-00000077 |
| 2/4/2020 | GOOG-RDGZ-00000187 |
| 2/4/2020 | GOOG-RDGZ-00000002 |
| 2/4/2020 | GOOG-RDGZ-00000274 |
| 2/4/2020 | GOOG-RDGZ-00000004 |
| 2/4/2020 | GOOG-RDGZ-00000184 |
| 2/4/2020 | GOOG-RDGZ-00000006 |
| 2/4/2020 | GOOG-RDGZ-00000291 |
| 2/4/2020 | GOOG-RDGZ-00000008 |
| 2/6/2020 | GOOG-RDGZ-00000149 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 2/6/2020 | GOOG-RDGZ-00000010 |
| 2/20/2020 | GOOG-RDGZ-00000300 |
| 2/20/2020 | GOOG-RDGZ-00000012 |
| 2/21/2020 | GOOG-RDGZ-00000265 |
| 2/21/2020 | GOOG-RDGZ-00000014 |
| 4/10/2020 | GOOG-RDGZ-00000298 |
| 4/10/2020 | GOOG-RDGZ-00000016 |
| 1/23/2019 | GOOG-RDGZ-00000236 |
| 1/23/2019 | GOOG-RDGZ-00000018 |
| 8/8/2019 | GOOG-RDGZ-00000080 |
| 8/8/2019 | GOOG-RDGZ-00000020 |
| 9/10/2019 | GOOG-RDGZ-00000177 |
| 9/10/2019 | GOOG-RDGZ-00000023 |
| 11/11/2019 | GOOG-RDGZ-00000286 |
| 11/11/2019 | GOOG-RDGZ-00000025 |
| 5/27/2015 | GOOG-RDGZ-00000193 |
| 5/27/2015 | GOOG-RDGZ-00000281 |
| 8/4/2015 | GOOG-RDGZ-00000175 |
| 8/4/2015 | GOOG-RDGZ-00000230 |
| 8/4/2015 | GOOG-RDGZ-00000108 |
| 8/4/2015 | GOOG-RDGZ-00000280 |
| 8/4/2015 | GOOG-RDGZ-00000142 |
| 8/5/2015 | GOOG-RDGZ-00000296 |
| 10/12/2017 | GOOG-RDGZ-00000114 |
| 7/31/2015 | GOOG-RDGZ-00000254 |
| 7/31/2015 | GOOG-RDGZ-00000136 |
| 7/31/2015 | GOOG-RDGZ-00000214 |
| 7/31/2015 | GOOG-RDGZ-00000178 |
| 8/4/2015 | GOOG-RDGZ-00000199 |
| 5/27/2015 | GOOG-RDGZ-00000143 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 5/27/2015 | GOOG-RDGZ-00000155 |
| 6/15/2016 | GOOG-RDGZ-00000235 |
| 6/15/2016 | GOOG-RDGZ-00000237 |
| 6/16/2016 | GOOG-RDGZ-00000189 |
| 6/16/2016 | GOOG-RDGZ-00000125 |
| 6/16/2016 | GOOG-RDGZ-00000112 |
| 6/15/2016 | GOOG-RDGZ-00000239 |
| 6/16/2016 | GOOG-RDGZ-00000101 |
| 6/16/2016 | GOOG-RDGZ-00000276 |
| 6/28/2016 | GOOG-RDGZ-00000227 |
| 6/28/2016 | GOOG-RDGZ-00000138 |
| 6/28/2016 | GOOG-RDGZ-00000263 |
| 7/18/2016 | GOOG-RDGZ-00000252 |
| 7/19/2016 | GOOG-RDGZ-00000116 |
| 10/27/2016 | GOOG-RDGZ-00000113 |
| 6/15/2016 | GOOG-RDGZ-00000277 |
| 8/29/2017 | GOOG-RDGZ-00000110 |
| 12/21/2017 | GOOG-RDGZ-00000183 |
| 3/27/2019 | GOOG-RDGZ-00000086 |
| 4/4/2019 | GOOG-RDGZ-00000158 |
| 4/4/2019 | GOOG-RDGZ-00000156 |
| 5/7/2019 | GOOG-RDGZ-00000301 |
| 5/22/2019 | GOOG-RDGZ-00000185 |
| 10/1/2019 | GOOG-RDGZ-00000118 |
| 10/1/2019 | GOOG-RDGZ-00000202 |
| 8/5/2020 | GOOG-RDGZ-00000282 |
| 6/15/2016 | GOOG-RDGZ-00000244 |
| 6/15/2016 | GOOG-RDGZ-00000159 |
| 6/28/2016 | GOOG-RDGZ-00000210 |
| 6/28/2016 | GOOG-RDGZ-00000150 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 6/28/2016 | GOOG-RDGZ-00000211 |
| 6/29/2016 | GOOG-RDGZ-00000081 |
| 7/18/2016 | GOOG-RDGZ-00000102 |
| 7/19/2016 | GOOG-RDGZ-00000264 |
| 10/27/2016 | GOOG-RDGZ-00000212 |
| 12/21/2017 | GOOG-RDGZ-00000275 |
| 3/27/2019 | GOOG-RDGZ-00000135 |
| 6/15/2016 | GOOG-RDGZ-00000160 |
| 5/7/2019 | GOOG-RDGZ-00000246 |
| 5/27/2019 | GOOG-RDGZ-00000104 |
| 10/1/2019 | GOOG-RDGZ-00000248 |
| 4/6/2020 | GOOG-RDGZ-00000247 |
| 8/5/2020 | GOOG-RDGZ-00000130 |
| 6/15/2016 | GOOG-RDGZ-00000109 |
| 6/15/2016 | GOOG-RDGZ-00000152 |
| 6/16/2016 | GOOG-RDGZ-00000289 |
| 6/16/2016 | GOOG-RDGZ-00000259 |
| 6/28/2016 | GOOG-RDGZ-00000134 |
| 6/28/2016 | GOOG-RDGZ-00000241 |
| 6/28/2016 | GOOG-RDGZ-00000129 |
| 6/29/2016 | GOOG-RDGZ-00000168 |
| 6/15/2016 | GOOG-RDGZ-00000249 |
| 7/18/2016 | GOOG-RDGZ-00000207 |
| 7/19/2016 | GOOG-RDGZ-00000091 |
| 12/21/2017 | GOOG-RDGZ-00000273 |
| 3/27/2019 | GOOG-RDGZ-00000245 |
| 5/7/2019 | GOOG-RDGZ-00000083 |
| 10/1/2019 | GOOG-RDGZ-00000253 |
| 10/1/2019 | GOOG-RDGZ-00000082 |
| 8/5/2020 | GOOG-RDGZ-00000128 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
| --- | --- |
| 6/15/2016 | GOOG-RDGZ-00000111 |
| 6/15/2016 | GOOG-RDGZ-00000157 |
| 6/16/2016 | GOOG-RDGZ-00000197 |
| 6/16/2016 | GOOG-RDGZ-00000169 |
| 8/24/2018 | GOOG-RDGZ-00000139 |
| 8/31/2018 | GOOG-RDGZ-00000188 |
| 10/4/2018 | GOOG-RDGZ-00000203 |
| 1/9/2019 | GOOG-RDGZ-00000267 |
| 2/6/2019 | GOOG-RDGZ-00000194 |
| 5/24/2019 | GOOG-RDGZ-00000257 |
| 9/5/2019 | GOOG-RDGZ-00000174 |
| 9/5/2019 | GOOG-RDGZ-00000092 |
| 10/24/2019 | GOOG-RDGZ-00000224 |
| 5/29/2018 | GOOG-RDGZ-00000145 |
| 4/6/2020 | GOOG-RDGZ-00000222 |
| 4/15/2020 | GOOG-RDGZ-00000140 |
| 8/16/2018 | GOOG-RDGZ-00000278 |
| 8/17/2018 | GOOG-RDGZ-00000166 |
| 1/7/2015 | GOOG-RDGZ-00000126 |
| 2/10/2015 | GOOG-RDGZ-00000250 |
| 3/5/2015 | GOOG-RDGZ-00000218 |
| 3/5/2015 | GOOG-RDGZ-00000215 |
| 3/5/2015 | GOOG-RDGZ-00000191 |
| 4/3/2015 | GOOG-RDGZ-00000146 |
| 5/14/2015 | GOOG-RDGZ-00000179 |
| 5/14/2015 | GOOG-RDGZ-00000284 |
| 7/4/2015 | GOOG-RDGZ-00000242 |
| 7/28/2015 | GOOG-RDGZ-00000269 |
| 8/5/2015 | GOOG-RDGZ-00000261 |
| 9/10/2015 | GOOG-RDGZ-00000131 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

1

| Date Effective | Bates Number |
|---|---|
| 9/16/2015 | GOOG-RDGZ-00000287 |
| 1/27/2016 | GOOG-RDGZ-00000105 |
| 2/2/2016 | GOOG-RDGZ-00000095 |
| 6/28/2016 | GOOG-RDGZ-00000122 |
| 6/28/2016 | GOOG-RDGZ-00000266 |
| 6/28/2016 | GOOG-RDGZ-00000162 |
| 6/28/2016 | GOOG-RDGZ-00000171 |
| 7/15/2016 | GOOG-RDGZ-00000299 |
| 7/18/2016 | GOOG-RDGZ-00000232 |
| 7/18/2016 | GOOG-RDGZ-00000268 |
| 7/18/2016 | GOOG-RDGZ-00000173 |
| 7/18/2016 | GOOG-RDGZ-00000153 |
| 7/18/2016 | GOOG-RDGZ-00000290 |
| 9/21/2016 | GOOG-RDGZ-00000186 |
| 9/21/2016 | GOOG-RDGZ-00000198 |
| 9/28/2016 | GOOG-RDGZ-00000228 |
| 9/28/2016 | GOOG-RDGZ-00000295 |
| 10/27/2016 | GOOG-RDGZ-00000240 |
| 10/27/2016 | GOOG-RDGZ-00000097 |
| 2/13/2017 | GOOG-RDGZ-00000292 |
| 11/15/2017 | GOOG-RDGZ-00000098 |
| 12/21/2017 | GOOG-RDGZ-00000133 |
| 1/9/2018 | GOOG-RDGZ-00000206 |
| 1/9/2018 | GOOG-RDGZ-00000297 |
| 1/9/2018 | GOOG-RDGZ-00000182 |
| 8/3/2018 | GOOG-RDGZ-00000294 |
| 3/27/2019 | GOOG-RDGZ-00000167 |
| 5/7/2019 | GOOG-RDGZ-00000231 |
| 10/1/2019 | GOOG-RDGZ-00000120 |
| 8/5/2020 | GOOG-RDGZ-00000225 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

Google specifically discloses that GA for Firebase will function as intended regardless of a user's decision to turn off WAA, as evidenced by hundreds of documents produced by Google, including Google's "How Google Uses Information from Sites or Apps that Use Our Services" webpage, which informs users that if they wish GA for Firebase to be disabled for them, they must interact with the specific app developers who use it:

| Date Effective | Beg Bates |
| --- | --- |
| 4/20/2018 | GOOG-RDGZ-00020554 |
| 5/11/2018 | GOOG-RDGZ-00020556 |
| 4/24/2020 | GOOG-RDGZ-00020558 |
| 4/24/2020 | GOOG-RDGZ-00020560 |
| 5/26/2020 | GOOG-RDGZ-00020562 |

Google reserves the right to supplement its response to this interrogatory as discovery proceeds.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

Subject to and without waiving the foregoing objections, Google responds further as follows:

Google's **Privacy Policy** has been updated since Google first responded to Interrogatory No. 7 as follows:

| Date Effective | Beg Bates |
| --- | --- |
| 2/4/2021 | GOOG-RDGZ-00188616 |
| 7/1/2021 | GOOG-RDGZ-00188632 |
| 2/10/2022 | GOOG-RDGZ-00188602 |

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

Subject to and without waiving the foregoing objections, Google responds further as follows: Google's additional disclosures are listed below:

| Date Effective | Beg Bates |
|---|---|
| 4/16/2015 | GOOG-RDGZ-000211107 |
| Prior to 4/16/2015 | GOOG-RDGZ-00211108 |

**INTERROGATORY NO. 8:**

Please IDENTIFY one copy of each version of each and every PUBLIC DISCLOSURE that YOU made to USERS. If a PUBLIC DISCLOSURE existed in different versions, IDENTIFY each version separately. For each PUBLIC DISCLOSURE YOU IDENTIFY, state the following information:

(1) the date range during which the PUBLIC DISCLOSURE was shown by YOU to USERS;

(2) a brief description of the way in which the PUBLIC DISCLOSURE was displayed to USERS, sufficient to indicate the specific manner in which the PUBLIC DISCLOSURE was displayed.

For the purpose of this Interrogatory, the term "IDENTIFY" shall mean to state the beginning BATES number of the document.

**RESPONSE TO INTERROGATORY NO. 8:**

Google objects to this interrogatory as vague and ambiguous as to several undefined terms susceptible to multiple meanings.

Google objects to the definition of "App-Interaction Data" as vague, ambiguous, overbroad, unduly burdensome, and partially irrelevant. Google construes "App-Interaction Data" to mean the types of data sent to Google via Google Analytics for Firebase as alleged in the First Amended Complaint. Google excludes from this definition, among other things, diagnostic-type data sent to Google for the purpose of diagnosing hardware or software issues, none of which is implicated by Plaintiffs' allegations.

Google objects to the definition of "Google App Developer Disclosure" as vague and ambiguous, compound, and unduly burdensome.

Google objects to the definition of "Device Settings" as vague, ambiguous, and overbroad. Google objects to the definition of "App" as confusing. Plaintiffs' interrogatories refer to Apps as

34

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No. 3:20-CV-04688

though they have agency, when they should refer to the app developers who program those apps. Google will try to make its answers clear as to whether it refers to an app developer or to software designed by the app developer.

For purposes of this response, Google's response is limited to Google Analytics for Firebase ("GA for Firebase"), the accused technology in this case as implicated by Plaintiffs' allegations. To the extent Plaintiffs' allegations extend beyond GA for Firebase, Google is unable to respond as it is unclear to Google what other technologies, products, services, or scripts are implicated by Plaintiffs' allegations.

Google objects to this interrogatory as unduly burdensome and disproportional to the needs of the case. The breadth of disclosures called for by this interrogatory could number in the hundreds of thousands, or more. Moreover, this is information Plaintiffs can just as easily obtain themselves, as these disclosures are public, and Plaintiffs allege that they installed apps on their own phones.

Google objects to this interrogatory as compound.

Google objects to this interrogatory as premature. Google's investigation is ongoing, this case is not yet at issue, and Plaintiffs have identified select apps that they used, not all apps that have ever used GA for Firebase.

Google further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege and/or the attorney work product doctrine.

Google further objects to this Interrogatory as unduly burdensome, overbroad, and disproportionate to the needs of this action.

Subject to and without waiving the foregoing objections, Google responds as follows:

Identifying every disclosure made to users over time of their use of GA for Firebase would entail a massive and unnecessary investigation and production of documents. Plaintiffs are just as capable of conducting that investigation, as the disclosures are, by definition, public and made to users.

Google's Privacy Policy explains to users that app developers can use GA for Firebase to collect anonymized data concerning user interactions with apps. Google's **Privacy Policy**

disclosures are listed below:

| Date Effective | Beg Bates |
|---|---|
| 3/31/2014 | GOOG-RDGZ-00000302 |
| 12/19/2014 | GOOG-RDGZ-00000317 |
| 2/25/2015 | GOOG-RDGZ-00000333 |
| 5/1/2015 | GOOG-RDGZ-00000350 |
| 6/5/2015 | GOOG-RDGZ-00000366 |
| 6/30/2015 | GOOG-RDGZ-00000383 |
| 8/19/2015 | GOOG-RDGZ-00000400 |
| 3/25/2016 | GOOG-RDGZ-00000417 |
| 6/28/2016 | GOOG-RDGZ-00000434 |
| 8/29/2016 | GOOG-RDGZ-00000451 |
| 3/1/2017 | GOOG-RDGZ-00000468 |
| 4/17/2017 | GOOG-RDGZ-00000485 |
| 10/2/2017 | GOOG-RDGZ-00000502 |
| 12/18/2017 | GOOG-RDGZ-00000519 |
| 5/25/2018 | GOOG-RDGZ-00000529 |
| 1/22/2019 | GOOG-RDGZ-00000557 |
| 10/15/2019 | GOOG-RDGZ-00000585 |
| 12/19/2019 | GOOG-RDGZ-00000613 |
| 3/31/2020 | GOOG-RDGZ-00000642 |
| 7/1/2020 | GOOG-RDGZ-00000672 |
| 8/28/2020 | GOOG-RDGZ-00000703 |
| 9/30/2020 | GOOG-RDGZ-00000735 |

To the contrary, Google specifically discloses that GA for Firebase will function as intended regardless of a user's decision to turn off WAA, as evidenced by hundreds of documents produced by Google, including Google's "How Google Uses Information from Sites or Apps that Use Our Services" webpage, which informs users that if they wish GA for Firebase to be disabled for them, they must interact with the specific app developers who use it:

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Beg Bates |
|---|---|
| 4/20/2018 | GOOG-RDGZ-00020554 |
| 5/11/2018 | GOOG-RDGZ-00020556 |
| 4/24/2020 | GOOG-RDGZ-00020558 |
| 4/24/2020 | GOOG-RDGZ-00020560 |
| 5/26/2020 | GOOG-RDGZ-00020562 |

Google's public disclosures concerning WAA have not suggested that turning off WAA would disable the anonymized sending of data by GA for Firebase to Google:

| Date Effective | Bates Number |
|---|---|
| Live page pulled 12/20/2020 | GOOG-RDGZ-00000921 |
| 6/15/2016 | GOOG-RDGZ-00000038 |
| 11/15/2017 | GOOG-RDGZ-00000054 |
| 11/5/2015 | GOOG-RDGZ-00000200 |
| 11/5/2015 | GOOG-RDGZ-00000057 |
| 12/15/2015 | GOOG-RDGZ-00000144 |
| 12/15/2015 | GOOG-RDGZ-00000059 |
| 4/28/2017 | GOOG-RDGZ-00000283 |
| 4/28/2017 | GOOG-RDGZ-00000061 |
| 10/31/2013 | GOOG-RDGZ-00000090 |
| 10/31/2013 | GOOG-RDGZ-00000063 |
| 12/2/2014 | GOOG-RDGZ-00000084 |
| 12/2/2014 | GOOG-RDGZ-00000065 |
| 3/19/2015 | GOOG-RDGZ-00000229 |
| 3/19/2015 | GOOG-RDGZ-00000067 |
| 4/8/2015 | GOOG-RDGZ-00000172 |
| 4/8/2015 | GOOG-RDGZ-00000069 |
| 5/29/2014 | GOOG-RDGZ-00000260 |
| 5/29/2014 | GOOG-RDGZ-00000071 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 12/2/2014 | GOOG-RDGZ-00000107 |
| 12/2/2014 | GOOG-RDGZ-00000073 |
| 9/1/2015 | GOOG-RDGZ-00000190 |
| 9/1/2015 | GOOG-RDGZ-00000074 |
| 3/18/2016 | GOOG-RDGZ-00000234 |
| 3/18/2016 | GOOG-RDGZ-00000013 |
| 5/13/2016 | GOOG-RDGZ-00000119 |
| 5/13/2016 | GOOG-RDGZ-00000076 |
| 5/13/2016 | GOOG-RDGZ-00000094 |
| 5/13/2016 | GOOG-RDGZ-00000001 |
| 5/13/2016 | GOOG-RDGZ-00000238 |
| 5/13/2016 | GOOG-RDGZ-00000003 |
| 8/30/2016 | GOOG-RDGZ-00000078 |
| 8/30/2016 | GOOG-RDGZ-00000005 |
| 5/13/2019 | GOOG-RDGZ-00000279 |
| 5/13/2019 | GOOG-RDGZ-00000007 |
| 5/15/2019 | GOOG-RDGZ-00000213 |
| 5/15/2019 | GOOG-RDGZ-00000009 |
| 11/12/2019 | GOOG-RDGZ-00000272 |
| 11/12/2019 | GOOG-RDGZ-00000011 |
| 4/19/2016 | GOOG-RDGZ-00000201 |
| 4/19/2016 | GOOG-RDGZ-00000024 |
| 11/20/2019 | GOOG-RDGZ-00000205 |
| 11/20/2019 | GOOG-RDGZ-00000015 |
| 11/27/2019 | GOOG-RDGZ-00000170 |
| 11/27/2019 | GOOG-RDGZ-00000017 |
| 12/4/2019 | GOOG-RDGZ-00000217 |
| 12/4/2019 | GOOG-RDGZ-00000019 |
| 1/8/2020 | GOOG-RDGZ-00000181 |
| 1/8/2020 | GOOG-RDGZ-00000022 |
| 4/19/2016 | GOOG-RDGZ-00000163 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 4/19/2016 | GOOG-RDGZ-00000029 |
| 1/8/2020 | GOOG-RDGZ-00000223 |
| 1/8/2020 | GOOG-RDGZ-00000026 |
| 1/8/2020 | GOOG-RDGZ-00000208 |
| 1/8/2020 | GOOG-RDGZ-00000027 |
| 1/8/2020 | GOOG-RDGZ-00000209 |
| 1/8/2020 | GOOG-RDGZ-00000028 |
| 2/6/2020 | GOOG-RDGZ-00000141 |
| 2/6/2020 | GOOG-RDGZ-00000031 |
| 4/20/2016 | GOOG-RDGZ-00000100 |
| 4/20/2016 | GOOG-RDGZ-00000032 |
| 4/20/2016 | GOOG-RDGZ-00000148 |
| 4/20/2016 | GOOG-RDGZ-00000033 |
| 4/20/2016 | GOOG-RDGZ-00000256 |
| 4/20/2016 | GOOG-RDGZ-00000035 |
| 4/20/2016 | GOOG-RDGZ-00000124 |
| 4/20/2016 | GOOG-RDGZ-00000036 |
| 5/6/2016 | GOOG-RDGZ-00000220 |
| 5/6/2016 | GOOG-RDGZ-00000037 |
| 6/16/2016 | GOOG-RDGZ-00000154 |
| 6/16/2016 | GOOG-RDGZ-00000039 |
| 10/25/2016 | GOOG-RDGZ-00000079 |
| 10/25/2016 | GOOG-RDGZ-00000040 |
| 8/12/2016 | GOOG-RDGZ-00000093 |
| 8/12/2016 | GOOG-RDGZ-00000041 |
| 9/14/2016 | GOOG-RDGZ-00000151 |
| 9/14/2016 | GOOG-RDGZ-00000042 |
| 9/15/2016 | GOOG-RDGZ-00000233 |
| 9/15/2016 | GOOG-RDGZ-00000043 |
| 8/29/2017 | GOOG-RDGZ-00000115 |
| 8/29/2017 | GOOG-RDGZ-00000044 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 6/22/2018 | GOOG-RDGZ-00000085 |
| 6/22/2018 | GOOG-RDGZ-00000045 |
| 2/6/2020 | GOOG-RDGZ-00000117 |
| 2/6/2020 | GOOG-RDGZ-00000047 |
| 6/22/2018 | GOOG-RDGZ-00000099 |
| 6/22/2018 | GOOG-RDGZ-00000048 |
| 6/20/2018 | GOOG-RDGZ-00000089 |
| 6/20/2018 | GOOG-RDGZ-00000049 |
| 8/30/2019 | GOOG-RDGZ-00000087 |
| 8/30/2019 | GOOG-RDGZ-00000050 |
| 2/13/2020 | GOOG-RDGZ-00000255 |
| 2/13/2020 | GOOG-RDGZ-00000051 |
| 6/22/2018 | GOOG-RDGZ-00000137 |
| 6/22/2018 | GOOG-RDGZ-00000053 |
| 7/30/2018 | GOOG-RDGZ-00000258 |
| 7/30/2018 | GOOG-RDGZ-00000034 |
| 8/24/2018 | GOOG-RDGZ-00000164 |
| 8/24/2018 | GOOG-RDGZ-00000052 |
| 12/9/2019 | GOOG-RDGZ-00000196 |
| 12/9/2019 | GOOG-RDGZ-00000056 |
| 9/28/2020 | GOOG-RDGZ-00000271 |
| 9/28/2020 | GOOG-RDGZ-00000058 |
| 11/13/2019 | GOOG-RDGZ-00000161 |
| 11/13/2019 | GOOG-RDGZ-00000060 |
| 11/25/2019 | GOOG-RDGZ-00000123 |
| 11/25/2019 | GOOG-RDGZ-00000062 |
| 1/2/2020 | GOOG-RDGZ-00000165 |
| 1/2/2020 | GOOG-RDGZ-00000064 |
| 1/10/2020 | GOOG-RDGZ-00000195 |
| 1/10/2020 | GOOG-RDGZ-00000066 |
| 1/13/2020 | GOOG-RDGZ-00000088 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 1/13/2020 | GOOG-RDGZ-00000068 |
| 1/27/2020 | GOOG-RDGZ-00000221 |
| 1/27/2020 | GOOG-RDGZ-00000070 |
| 1/27/2020 | GOOG-RDGZ-00000103 |
| 1/27/2020 | GOOG-RDGZ-00000072 |
| 1/27/2020 | GOOG-RDGZ-00000176 |
| 1/27/2020 | GOOG-RDGZ-00000075 |
| 1/31/2020 | GOOG-RDGZ-00000204 |
| 1/31/2020 | GOOG-RDGZ-00000077 |
| 2/4/2020 | GOOG-RDGZ-00000187 |
| 2/4/2020 | GOOG-RDGZ-00000002 |
| 2/4/2020 | GOOG-RDGZ-00000274 |
| 2/4/2020 | GOOG-RDGZ-00000004 |
| 2/4/2020 | GOOG-RDGZ-00000184 |
| 2/4/2020 | GOOG-RDGZ-00000006 |
| 2/4/2020 | GOOG-RDGZ-00000291 |
| 2/4/2020 | GOOG-RDGZ-00000008 |
| 2/6/2020 | GOOG-RDGZ-00000149 |
| 2/6/2020 | GOOG-RDGZ-00000010 |
| 2/20/2020 | GOOG-RDGZ-00000300 |
| 2/20/2020 | GOOG-RDGZ-00000012 |
| 2/21/2020 | GOOG-RDGZ-00000265 |
| 2/21/2020 | GOOG-RDGZ-00000014 |
| 4/10/2020 | GOOG-RDGZ-00000298 |
| 4/10/2020 | GOOG-RDGZ-00000016 |
| 1/23/2019 | GOOG-RDGZ-00000236 |
| 1/23/2019 | GOOG-RDGZ-00000018 |
| 8/8/2019 | GOOG-RDGZ-00000080 |
| 8/8/2019 | GOOG-RDGZ-00000020 |
| 9/10/2019 | GOOG-RDGZ-00000177 |
| 9/10/2019 | GOOG-RDGZ-00000023 |

41

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 11/11/2019 | GOOG-RDGZ-00000286 |
| 11/11/2019 | GOOG-RDGZ-00000025 |
| 5/27/2015 | GOOG-RDGZ-00000193 |
| 5/27/2015 | GOOG-RDGZ-00000281 |
| 8/4/2015 | GOOG-RDGZ-00000175 |
| 8/4/2015 | GOOG-RDGZ-00000230 |
| 8/4/2015 | GOOG-RDGZ-00000108 |
| 8/4/2015 | GOOG-RDGZ-00000280 |
| 8/4/2015 | GOOG-RDGZ-00000142 |
| 8/5/2015 | GOOG-RDGZ-00000296 |
| 10/12/2017 | GOOG-RDGZ-00000114 |
| 7/31/2015 | GOOG-RDGZ-00000254 |
| 7/31/2015 | GOOG-RDGZ-00000136 |
| 7/31/2015 | GOOG-RDGZ-00000214 |
| 7/31/2015 | GOOG-RDGZ-00000178 |
| 8/4/2015 | GOOG-RDGZ-00000199 |
| 5/27/2015 | GOOG-RDGZ-00000143 |
| 5/27/2015 | GOOG-RDGZ-00000155 |
| 6/15/2016 | GOOG-RDGZ-00000235 |
| 6/15/2016 | GOOG-RDGZ-00000237 |
| 6/16/2016 | GOOG-RDGZ-00000189 |
| 6/16/2016 | GOOG-RDGZ-00000125 |
| 6/16/2016 | GOOG-RDGZ-00000112 |
| 6/15/2016 | GOOG-RDGZ-00000239 |
| 6/16/2016 | GOOG-RDGZ-00000101 |
| 6/16/2016 | GOOG-RDGZ-00000276 |
| 6/28/2016 | GOOG-RDGZ-00000227 |
| 6/28/2016 | GOOG-RDGZ-00000138 |
| 6/28/2016 | GOOG-RDGZ-00000263 |
| 7/18/2016 | GOOG-RDGZ-00000252 |
| 7/19/2016 | GOOG-RDGZ-00000116 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 10/27/2016 | GOOG-RDGZ-00000113 |
| 6/15/2016 | GOOG-RDGZ-00000277 |
| 8/29/2017 | GOOG-RDGZ-00000110 |
| 12/21/2017 | GOOG-RDGZ-00000183 |
| 3/27/2019 | GOOG-RDGZ-00000086 |
| 4/4/2019 | GOOG-RDGZ-00000158 |
| 4/4/2019 | GOOG-RDGZ-00000156 |
| 5/7/2019 | GOOG-RDGZ-00000301 |
| 5/22/2019 | GOOG-RDGZ-00000185 |
| 10/1/2019 | GOOG-RDGZ-00000118 |
| 10/1/2019 | GOOG-RDGZ-00000202 |
| 8/5/2020 | GOOG-RDGZ-00000282 |
| 6/15/2016 | GOOG-RDGZ-00000244 |
| 6/15/2016 | GOOG-RDGZ-00000159 |
| 6/28/2016 | GOOG-RDGZ-00000210 |
| 6/28/2016 | GOOG-RDGZ-00000150 |
| 6/28/2016 | GOOG-RDGZ-00000211 |
| 6/29/2016 | GOOG-RDGZ-00000081 |
| 7/18/2016 | GOOG-RDGZ-00000102 |
| 7/19/2016 | GOOG-RDGZ-00000264 |
| 10/27/2016 | GOOG-RDGZ-00000212 |
| 12/21/2017 | GOOG-RDGZ-00000275 |
| 3/27/2019 | GOOG-RDGZ-00000135 |
| 6/15/2016 | GOOG-RDGZ-00000160 |
| 5/7/2019 | GOOG-RDGZ-00000246 |
| 5/27/2019 | GOOG-RDGZ-00000104 |
| 10/1/2019 | GOOG-RDGZ-00000248 |
| 4/6/2020 | GOOG-RDGZ-00000247 |
| 8/5/2020 | GOOG-RDGZ-00000130 |
| 6/15/2016 | GOOG-RDGZ-00000109 |
| 6/15/2016 | GOOG-RDGZ-00000152 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 6/16/2016 | GOOG-RDGZ-00000289 |
| 6/16/2016 | GOOG-RDGZ-00000259 |
| 6/28/2016 | GOOG-RDGZ-00000134 |
| 6/28/2016 | GOOG-RDGZ-00000241 |
| 6/28/2016 | GOOG-RDGZ-00000129 |
| 6/29/2016 | GOOG-RDGZ-00000168 |
| 6/15/2016 | GOOG-RDGZ-00000249 |
| 7/18/2016 | GOOG-RDGZ-00000207 |
| 7/19/2016 | GOOG-RDGZ-00000091 |
| 12/21/2017 | GOOG-RDGZ-00000273 |
| 3/27/2019 | GOOG-RDGZ-00000245 |
| 5/7/2019 | GOOG-RDGZ-00000083 |
| 10/1/2019 | GOOG-RDGZ-00000253 |
| 10/1/2019 | GOOG-RDGZ-00000082 |
| 8/5/2020 | GOOG-RDGZ-00000128 |
| 6/15/2016 | GOOG-RDGZ-00000111 |
| 6/15/2016 | GOOG-RDGZ-00000157 |
| 6/16/2016 | GOOG-RDGZ-00000197 |
| 6/16/2016 | GOOG-RDGZ-00000169 |
| 8/24/2018 | GOOG-RDGZ-00000139 |
| 8/31/2018 | GOOG-RDGZ-00000188 |
| 10/4/2018 | GOOG-RDGZ-00000203 |
| 1/9/2019 | GOOG-RDGZ-00000267 |
| 2/6/2019 | GOOG-RDGZ-00000194 |
| 5/24/2019 | GOOG-RDGZ-00000257 |
| 9/5/2019 | GOOG-RDGZ-00000174 |
| 9/5/2019 | GOOG-RDGZ-00000092 |
| 10/24/2019 | GOOG-RDGZ-00000224 |
| 5/29/2018 | GOOG-RDGZ-00000145 |
| 4/6/2020 | GOOG-RDGZ-00000222 |
| 4/15/2020 | GOOG-RDGZ-00000140 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 8/16/2018 | GOOG-RDGZ-00000278 |
| 8/17/2018 | GOOG-RDGZ-00000166 |
| 1/7/2015 | GOOG-RDGZ-00000126 |
| 2/10/2015 | GOOG-RDGZ-00000250 |
| 3/5/2015 | GOOG-RDGZ-00000218 |
| 3/5/2015 | GOOG-RDGZ-00000215 |
| 3/5/2015 | GOOG-RDGZ-00000191 |
| 4/3/2015 | GOOG-RDGZ-00000146 |
| 5/14/2015 | GOOG-RDGZ-00000179 |
| 5/14/2015 | GOOG-RDGZ-00000284 |
| 7/4/2015 | GOOG-RDGZ-00000242 |
| 7/28/2015 | GOOG-RDGZ-00000269 |
| 8/5/2015 | GOOG-RDGZ-00000261 |
| 9/10/2015 | GOOG-RDGZ-00000131 |
| 9/16/2015 | GOOG-RDGZ-00000287 |
| 1/27/2016 | GOOG-RDGZ-00000105 |
| 2/2/2016 | GOOG-RDGZ-00000095 |
| 6/28/2016 | GOOG-RDGZ-00000122 |
| 6/28/2016 | GOOG-RDGZ-00000266 |
| 6/28/2016 | GOOG-RDGZ-00000162 |
| 6/28/2016 | GOOG-RDGZ-00000171 |
| 7/15/2016 | GOOG-RDGZ-00000299 |
| 7/18/2016 | GOOG-RDGZ-00000232 |
| 7/18/2016 | GOOG-RDGZ-00000268 |
| 7/18/2016 | GOOG-RDGZ-00000173 |
| 7/18/2016 | GOOG-RDGZ-00000153 |
| 7/18/2016 | GOOG-RDGZ-00000290 |
| 9/21/2016 | GOOG-RDGZ-00000186 |
| 9/21/2016 | GOOG-RDGZ-00000198 |
| 9/28/2016 | GOOG-RDGZ-00000228 |
| 9/28/2016 | GOOG-RDGZ-00000295 |

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No. 3:20-CV-04688

| Date Effective | Bates Number |
|---|---|
| 10/27/2016 | GOOG-RDGZ-00000240 |
| 10/27/2016 | GOOG-RDGZ-00000097 |
| 2/13/2017 | GOOG-RDGZ-00000292 |
| 11/15/2017 | GOOG-RDGZ-00000098 |
| 12/21/2017 | GOOG-RDGZ-00000133 |
| 1/9/2018 | GOOG-RDGZ-00000206 |
| 1/9/2018 | GOOG-RDGZ-00000297 |
| 1/9/2018 | GOOG-RDGZ-00000182 |
| 8/3/2018 | GOOG-RDGZ-00000294 |
| 3/27/2019 | GOOG-RDGZ-00000167 |
| 5/7/2019 | GOOG-RDGZ-00000231 |
| 10/1/2019 | GOOG-RDGZ-00000120 |
| 8/5/2020 | GOOG-RDGZ-00000225 |

Indeed, GA for Firebase is an optional feature that app developers incorporate voluntarily into their apps in order to learn about how their apps are performing. The functioning of GA for Firebase is made clear to app developers through Google's help pages concerning the Firebase SDK, and users are able to view those pages if they are curious about GA for Firebase:

| Beg Bates |
|---|
| GOOG-RDGZ-00013450 |
| GOOG-RDGZ-00013455 |
| GOOG-RDGZ-00013459 |
| GOOG-RDGZ-00013461 |
| GOOG-RDGZ-00013466 |
| GOOG-RDGZ-00013468 |
| GOOG-RDGZ-00013471 |
| GOOG-RDGZ-00013474;GOOG-RDGZ-00017376 |
| GOOG-RDGZ-00013476 |
| GOOG-RDGZ-00013484 |
| GOOG-RDGZ-00013486;GOOG-RDGZ-00017378 |

| Beg Bates |
|---|
| GOOG-RDGZ-00013488 |
| GOOG-RDGZ-00013490 |
| GOOG-RDGZ-00013493 |
| GOOG-RDGZ-00013496 |
| GOOG-RDGZ-00013498;GOOG-RDGZ-00017382 |
| GOOG-RDGZ-00013500 |
| GOOG-RDGZ-00013505 |
| GOOG-RDGZ-00013510 |
| GOOG-RDGZ-00013515 |
| GOOG-RDGZ-00013517 |
| GOOG-RDGZ-00013521 |
| GOOG-RDGZ-00013523 |
| GOOG-RDGZ-00013526;GOOG-RDGZ-00017384 |
| GOOG-RDGZ-00013528 |
| GOOG-RDGZ-00013533;GOOG-RDGZ-00017386 |
| GOOG-RDGZ-00013536;GOOG-RDGZ-00017389 |
| GOOG-RDGZ-00013538 |
| GOOG-RDGZ-00013540 |
| GOOG-RDGZ-00013542 |
| GOOG-RDGZ-00013544;GOOG-RDGZ-00017396 |
| GOOG-RDGZ-00013546 |
| GOOG-RDGZ-00013548 |
| GOOG-RDGZ-00013551 |

Further, as Google explains in it motion to dismiss and the declaration of Jayvan Mitchell, Google requires app developers to obtain consent from their users for the use of GA for Firebase. The **GA for Firebase Terms of Service** so require, as listed below:

47

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

| Date Effective | Beg Bates |
|---|---|
| 5/18/2016 | GOOG-RDGZ-00000905 |
| 5/17/2017 | GOOG-RDGZ-00000902 |
| 10/1/2018 | GOOG-RDGZ-00000916 |
| 4/19/2019 | GOOG-RDGZ-00000910 |

Google's **GA for Firebase Use Policy** likewise requires app developers to disclose the use of GA for Firebase to users:

| Date Effective | Beg Bates |
|---|---|
| 5/18/2016 | GOOG-RDGZ-00000914 |
| 5/17/2017 | GOOG-RDGZ-00000908 |
| 12/20/2019 | GOOG-RDGZ-00000900 |

Google's motion to dismiss also includes various examples of the disclosures made by app developers to users of GA for Firebase, as shown in the exhibits to the declaration of Jayvan Mitchell, ECF No. 64.

Google reserves the right to supplement its response to this interrogatory as discovery proceeds.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:

Subject to and without waiving the foregoing objections, Google responds further as follows:

Google's **Terms of Service** are listed below:

| Date Effective | Beg Bates |
|---|---|
| 4/4/2014 | GOOG-RDGZ-00000923 |
| 10/25/2017 | GOOG-RDGZ-00000929 |
| 3/31/2020 | GOOG-RDGZ-00000935 |

Google's **Privacy Policy** has been updated since Google first responded to Interrogatory No. 8 as follows:

| Date Effective | Beg Bates |
|---|---|
| 2/4/2021 | GOOG-RDGZ-00188616 |
| 7/1/2021 | GOOG-RDGZ-00188632 |
| 2/10/2022 | GOOG-RDGZ-00188602 |

## SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:

Subject to and without waiving the foregoing objections, Google responds further as follows:

Google's additional disclosures are listed below:

| Date Effective | Beg Bates |
|---|---|
| 4/16/2015 | GOOG-RDGZ-00211107 |
| Prior to 4/16/2015 | GOOG-RDGZ-00211108 |

Dated:  April 28, 2023

**WILLKIE FARR & GALLAGHER LLP**

By: _____

Eduardo E. Santacana

*Attorneys for Defendant Google LLC*

GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS
TO PLAINTIFFS' INTERROGATORIES, SET THREE
Case No.  3:20-CV-04688

1

## <u>VERIFICATION</u>

2

I, David Monsees, declare:

3

I am a Product Manager at Google LLC, a Delaware limited liability company organized

4

and existing under the laws of Delaware, which is a Defendant in the above-entitled action, and I

5

have been authorized to make this verification on its behalf.

6

I have read the foregoing DEFENDANT GOOGLE LLC'S SECOND SUPPLEMENTAL

7

RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, SET THREE,

8

and I have knowledge of the information within Google's Second Supplemental Responses to

9

Interrogatory Nos. 7–8.  I am informed and believe that the facts relating to those topics are true

10

and correct.

11

I declare under penalty of perjury under the laws of the United States that the foregoing is

12

true and correct.

13

Executed at  San Francisco , California on this 28th day of April, 2023.

14

15

_____

16

David Monsees

17

18

19

20

21

22

23

24

**<u>PROOF OF SERVICE</u>**

I am employed in the City and County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is Willkie Farr & Gallagher LLP, One Front Street, San Francisco, CA 94111.

On April 28, 2023, I served the following document(s)

**DEFENDANT GOOGLE LLC'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, SET THREE**

on the individuals identified in the service list attached below

☑    by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on April 28, 2023 at San Francisco, California.

<u>    /s/  Terri Nocco    </u>
Terri Nocco

# SERVICE LIST

Mark C. Mao
Beko Osiris Ra Reblitz-Richardson
Alexander Justin Konik
Erika Britt Nyborg-Burch
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile: (415) 999 9695
E-mail:  mmao@bsfllp.com
E-mail:  brichardson@bsfllp.com
E-mail:  akonik@bsfllp.com
E-mail:  enyborg-burch@bsfllp.com

Jesse Michael Panuccio
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, NW
Washington, DC  20005
Telephone:  (202) 237-2727
E-mail:  jpanuccio@bsfllp.com

William Christopher Carmody
Shawn J. Rabin
Steven M. Shepard
Alexander Patrick Frawley
Ryan Sila
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone:  (212) 336-8330
E-mail:  bcarmody@susmangodfrey.com
E-mail:  srabin@susmangodfrey.com
E-mail:  sshepard@susmangodfrey.com
E-mail:  afrawley@susmangodfrey.com
E-mail:  rsila@susmangodfrey.com

Ian B. Crosby
Jenna Golda Farleigh
**SUSMAN GODFREY LLP**
401 Union Street
Ste. 3000
Seattle, WA 98101-3000
Telephone:  206-516-3880
E-mail:  icrosby@susmangodfrey.com
E-mail:  jfarleigh@susmangodfrey.com

James Lee
Rossana Baeza
**BOIES SCHILLER FLEXNER LLP**
100 SE Second Street, Suite 2800
Miami, FL  33131
Telephone:  (305) 539-8400
E-mail:  jlee@bsfllp.com
E-mail:  rbaeza@bsfllp.com

Amanda Bonn
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
E-mail:  abonn@SusmanGodfrey.com

John A. Yanchunis
Ryan J. McGee
Jean Sutton Martin
Ra Olusegun Amen
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  (813) 223-5505
E-mail:  jyanchunis@forthepeople.com
E-mail:  rmcgee@forthepeople.com
E-mail:  jeanmartin@forthepeople.com
E-mail:  ramen@forthepeople.com

Michael Francis Ram
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone:  (415) 358-6913
E-mail:  MRam@forthepeople.com

*Attorneys for Plaintiffs*