**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (CA Bar No. 236165)
Beko Reblitz-Richardson (CA Bar No. 238027)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson (CA Bar No. 275334)
Samantha Parrish (CA Bar No. 318681)
M. Logan Wright (CA Bar No. 349004)
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 629-9040
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

*Attorneys for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Michael F. Ram, CA Bar No. 104805
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel: (415) 358-6913
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NUMBER 9 TO EXCLUDE ANY REFERENCE TO THE UNTIMELY DISCLOSED "PRIVACY AND TERMS" DOCUMENT**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor<br>Date: August 18, 2025 |

**[PROPOSED] ORDER**

Google has disclosed opening demonstratives that display and quote from a "Privacy and Terms" document. Google included the same document in a "demonstrative" video it seeks to play during its examination of the first scheduled witness, David Monsees. Plaintiffs move under Rule 37(c) to preclude Google from relying on this document at trial. The motion is granted.

More than four years ago, Plaintiffs served an interrogatory asking to Google to identify all public disclosures to users concerning Google's collection and use of the at-issue app activity data. Google responded to this interrogatory—three different times—yet never identified this "Privacy & Terms" document. Nor did Google produce a standalone copy of the document.

Rule 37(c)(1) is an "automatic sanction" that "prohibits the use of improperly disclosed evidence." *Merchant v. Corizon Health, Inc.*, 993 F.3d 733, 740 (9th Cir. 2021). Having failed to disclose the Privacy and Terms document, Google cannot rely on it at trial unless Google can prove substantial justification or harmlessness. *Yeti by Molly Deckers Corp.*, 259 F.3d 1101, 1107 (9th Cir. 2001).

Google can prove neither. Google has no excuse for omitting this document from its interrogatory responses and for failing to produce a standalone copy, particularly since this document is apparently so critical to Google's defense that it plans to feature it within its opening statement. And the prejudice to Plaintiffs from Google disclosing for the first time on the eve of a trial a never-before-identified document would be extremely great.

Google is forbidden from showing the document to the jury (whether during opening statements, the "demonstrative" video during Mr. Monsees' examination, or in any other way). Google is also forbidden from eliciting any testimony about the document's contents.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Richard Seeborg
Chief Judge of the United State District Court for the
Northern District of California