COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF THILINI CHANDRASEKERA IN SUPPORT OF GOOGLE LLC'S OBJECTIONS TO PLAINTIFFS' OPENING DEMONSTRATIVES REGARDING DAMAGES; GOOGLE'S RELATED MOTION IN LIMINE NO. 15 TO EXCLUDE EVIDENCE OF UNTIMELY ALTERNATIVE UNJUST ENRICHMENT CALCULATIONS**<br><br>Dept:     3, 17th Fl.<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF CHANDRASEKERA ISO GOOGLE'S
OBJS TO PLFS' OPENING DEMONSTRATIVES;
RELATED MIL NO. 15
3:20-CV-04688-RS

I, Thilini Chandrasekera, hereby declare as follows:

1. I am an associate with the law firm Cooley LLP and am counsel for Defendant Google LLC in the above captioned action. I am duly licensed to practice law in the state of California and am admitted to practice before this Court. The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters. I submit this declaration in support of Google's Objections to Plaintiffs' Opening Demonstratives Regarding Damages; Related Motion *in Limine* No. 15 to Exclude Evidence of Untimely Alternative Unjust Enrichment Calculations, filed concurrently herewith.

2. On April 25, 2025, Mr. Lasinski served a second supplemental expert report omitting his new model for actual damages. Attached hereto as **Exhibit A** is a true and correct of the report and excerpts of the accompanying supplemental schedules attached to the report.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the pretrial conference held in this action on July 30, 2025.

4. Between August 1, 2025, and August 16, 2025, the parties engaged in extensive and detailed back-and-forth over Mr. Lasinski's new opinion in his second supplemental report and Plaintiffs' argument that Dr. Knittel had disclosed impermissible opinions in a supplemental report, too. As of August 4, 2025, the parties had each agreed to the same three compromise points, including that "Lasinski will not testify that damages/unjust enrichment should be the figures identified in SS1.1-II." These negotiations ultimately fell apart, and Plaintiffs now refuse to withdraw Mr. Lasinski's newly disclosed footnote damages calculation. Attached hereto as **Exhibit C** is a true and correct copy of the parties' meet and confer communications.

5. On August 17, 2025, the parties exchanged demonstratives for their opening presentations. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of Plaintiffs' demonstratives.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

1

DECL. OF CHANDRASEKERA ISO GOOGLE'S
OBJS TO PLFS' OPENING DEMONSTRATIVES;
RELATED MIL NO. 15
3:20-CV-04688-RS

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Executed on August 17, 2025 at San Francisco, California.

3                      */s/ Thilini Chandrasekera*
4                      Thilini Chandrasekera

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF CHANDRASEKERA ISO GOOGLE'S
OBJS TO PLFS' OPENING DEMONSTRATIVES;
RELATED MIL NO. 15
3:20-CV-04688-RS