# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:20-cv-04688-RS

---

ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, AND SUSAN LYNN HARVEY,
INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,

*Plaintiffs,*

v.

GOOGLE LLC,

*Defendant.*

---

SECOND SUPPLEMENTAL EXPERT REPORT OF MICHAEL J. LASINSKI

April 25, 2025

CONFIDENTIAL – ATTORNEYS' EYES ONLY

TABLE OF CONTENTS

1. Executive Summary ................................................................................................................ 1

2. Unjust Enrichment ................................................................................................................. 2

3. Actual Damages ..................................................................................................................... 4

4. Observations Pertaining to Nominal Damages ...................................................................... 5

5. Apportioning Monetary Relief to the Classes and Class Members ........................................ 6

6. Signature ................................................................................................................................ 6

CONFIDENTIAL – ATTORNEYS' EYES ONLY

## 1. EXECUTIVE SUMMARY

1.    I provided an expert report in this matter dated February 20, 2023 ("Initial Report"), deposition testimony on June 29, 2023, and a supplemental expert report on January 3, 2025 ("First Supplemental Report"). In my Initial Report, I calculated class-wide unjust enrichment and actual damages for the two classes alleged in the Fourth Amended Complaint for the period July 1, 2016 through December 31, 2022.[1] In my First Supplemental Report, I updated my calculations to extend through September 23, 2024 and account for information that had been made available subsequent to the filing of my Initial Report. In this report (my "Second Supplemental Report"), I further update my calculations of class-wide unjust enrichment and actual damages to reflect additional information made available by Google to Class Counsel subsequent to January 3, 2025 and rulings of the Court. As in my First Supplemental Report, the calculations in this report cover the period July 1, 2016 through September 23, 2024. This Second Supplemental Report is intended to replace my First Supplemental Report.

2.    In January and April 2024, after the filing of my Initial Report and deposition, the Court issued its class certification and clarification orders (certifying the "Classes," together the "Class"). In addition, the parties agreed, and the Court later ruled, that the class period in this matter began on July 1, 2016 and continued through the first day of the class notice period, which was September 23, 2024 (the "Class Period").[2]

3.    In August 2024, Google produced certain additional Class Member information, including spreadsheets and information related to class notice.[3] On October 3, 2024, the parties jointly filed a case management statement that discussed certain disputes, including a request for additional Class Member data.[4] In January and February 2025, subsequent to the filing of my First Supplemental Report, Google produced additional information relevant to my calculation of damages through the end of the Class Period. On April 18, 2025, Plaintiffs and Google entered a Joint Stipulation regarding Google's supplemental financial productions.[5]

4.    I prepared this Second Supplemental Report to provide updated damages calculations that are consistent with the Court's class certification and clarification rulings, cover the full Class Period, and account for information first made available by Google to Class Counsel subsequent to January 3, 2025. All of the calculations detailed below and in the attached schedules are based on the same methodologies detailed in my Initial Report.

5.    My Initial Report includes my background, and my updated curriculum vitae is attached as Appendix SSA. As before, Ankura is being compensated for my work in this matter at a rate of $795 per hour. Ankura is also being compensated for the work of Ankura consultants assisting me

---

[1]   I incorporate by reference the information and opinions that I detailed in my Initial Report and further addressed in my June 29, 2023 deposition. All of my calculations in this Second Supplemental Report are consistent with the methodologies detailed in my Initial Report.

[2]   Dkt. 352 (defining classes as "continuing through the present"); Dkt. 370 (moving to define the Class Period as the period from July 1, 2016 to the day the notice program begins); Dkt. 384 (granting motion to clarify class definition); Dkt. 405 (granting Plaintiffs' motion); Dkts. 412, 413 (stipulation and order that "the Notice Period will commence" by September 23, 2024).

[3]   An updated list of documents that I have relied upon in this matter is attached as Appendix SSB.

[4]   Joint Case Management Statement, October 3, 2024.

[5]   Joint Stipulation on Google's Supplemental Financial Productions, April 18, 2025.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

in this matter at hourly rates of less than $795. No part of my compensation, or that of Ankura, depends on the outcome of this litigation.

## 2.  UNJUST ENRICHMENT

6.  This unjust enrichment update is straightforward and based on the same methodology detailed in my Initial Report. Based on the Court's class certification and clarification rulings and the additional information produced by Google since August 2024, and using the same methodology detailed in my Initial Report, I updated my original unjust enrichment calculations to account for the additional time between December 31, 2022, the end of the damages period calculated in my Initial Report, and September 23, 2024, the end of the Class Period. I also updated my original unjust enrichment calculations to incorporate information that was unavailable at the time of my Initial Report.[6] As a result, my calculations now reflect certain actual data that were either projected at the time of my Initial Report or revised by Google in the period thereafter.

7.  My updated calculations of Google's unjust enrichment for all Class Members over the full Class Period (July 1, 2016 through September 23, 2024) are detailed in the attached schedules and summarized in the figure below.[7]

---

[6]  This recently produced information includes, for example, AdMob revenue data for years 2022, 2023, and partial-year 2024 (GOOG-RDGZ-02111197), App Promo revenue data for years 2022, 2023, and partial-year 2024 (GOOG-RDGZ-02111189, GOOG-RDGZ-02111196), additional information regarding the share of U.S. Google accounts that ever turned sWAA off during the periods July 28, 2020 through July 5, 2024 (GOOG-RDGZ-02111187) and July 6, 2024 through September 23, 2024 (GOOG-RDGZ-02111195), and Google's revised representations of the monthly number of total "active" and "sWAA-enabled" accounts, including "Dashers" and "supervised accounts" (*i.e.*, "unicorns"), for the period May 2020 through July 2024 (GOOG-RDGZ-02111191) and August 2024 through September 2024 (GOOG-RDGZ-02111194). Where it remains necessary, and as detailed in the attached schedules, I have projected certain traffic acquisition costs and corresponding net revenues through September 23, 2024.

[7]  In addition to the Unjust Enrichment calculations summarized in Figure 1, and as noted in Section 9 of my Initial Report, I prepared a series of calculations to apportion Unjust Enrichment damages by operating system (Android, Non-Android, Both), time period (July 1, 2016 – September 23, 2024, July 14, 2017 – September 23, 2024, and July 14, 2018 – September 23, 2024), account type (All Account Types and All Account Types Excluding Dashers and Unicorns), and combinations thereof. See Schedules SS1.2 and SS1.2B. I apportioned unjust enrichment damages by operating system using market share information from the Keegan Survey, adjusted to reflect signed-in rates on different operating systems. See Schedules 12.6 and 1.5. I apportioned unjust enrichment damages by time period by performing prorations of 2017 and 2018, thereby allowing a calculation of total damages from one of three starting points (July 1, 2016, July 14, 2017, and July 14, 2018). See Schedules SS1.3 and SS1.4. I apportioned unjust enrichment damages by account type by first estimating the Dasher and Unicorn Share of Total Google Accounts as determined through my examination of data for the overlapping months presented in GOOG-RDGZ-00204475 and GOOG-RDGZ-02111191 (*i.e.*, May 2020 through October 2022). I then applied this share to my calculations of total unjust enrichment. See Schedules SS13.3 and SS1.2.

**Figure 1**
**Unjust Enrichment: July 1, 2016 to September 23, 2024[8, 9]**

|  | Scenario One | Scenario Two |
|---|---|---|
| App Promo | $1,010,039,734 | $1,010,039,734 |
| AdMob | $364,384,223 | $533,982,773 |
| Ad Manager | $123,890,636 | $181,554,143 |
| Total | $1,498,314,592 | $1,725,576,650 |

8.   Based on the additional information provided by Google since my Initial Report, I was also able to update the total number of Class Members for the full Class Period.  As detailed in Schedule SS10.1 and based on the additional information from Google, I determined that there are approximately 98 million Class Members for the full Class Period.[10]  The calculations above therefore equate to unjust enrichment per Class Member of approximately $15.29 (Scenario One) to approximately $17.61 (Scenario Two).[11]

9.   As was the case with the calculations in my Initial Report, the above unjust enrichment calculations are conservative and underinclusive.  For example, they include only three categories of Google revenues (*i.e.*, App Promo, AdMob, and Ad Manager), and they do not include or quantify other revenues and benefits that Google obtained through its use of the at-issue data such as revenues and benefits tied to Google's use of the data in connection with its development of machine learning algorithms and artificial intelligence products.[12]  For reference, my unjust

---

8    Schedule SS1.1.  As detailed in my Initial Report, my unjust enrichment analyses quantify the portion of Google's U.S. App Promo, AdMob, and Ad Manager app ads revenues and attendant profits attributable to the alleged wrongful conduct under two liability scenarios identified by Counsel.  This segmentation is intended to assist the trier of fact in determining Google's unjust enrichment under the assumption that the alleged wrongful conduct caused Google to be unjustly enriched by an amount equal to either (1) The portion of Google's U.S. App Promo, AdMob, and Ad Manager app ads revenues and attendant profits attributable to Google's collection, saving, and/or use of WAA/sWAA-Off Data for purposes of tracking advertising conversions ("Scenario One") or (2) The portion of Google's U.S. App Promo, AdMob, and Ad Manager app ads revenues and attendant profits attributable to Google's collection, saving, and/or use of WAA/sWAA-Off Data for purposes of serving and monetizing advertisements ("Scenario Two").

9    While Google represents that traffic acquisition costs ("TACs") as a percentage of Google's corresponding App Promo revenues did not materially change between 2021 and September 23, 2024 (Joint Stipulation on Google's Supplemental Financial Productions, April 18, 2025), Google's App Promo revenue data for 2022 and 2023 (GOOG-RDGZ-02111189) indicates that global TACs as a percentage of corresponding App Promo revenues were materially lower than the TAC percentages used throughout my unjust enrichment calculations.  See Schedule SS2.4 – II.  I present alternative calculations of Google's unjust enrichment assuming these lower TAC percentages for years 2022 through partial-year 2024 at Schedule SS1.1 - II.

10   Schedule SS10.1.

11   Calculated as $1,498,314,592 / 97,992,376 and $1,725,576,650 / 97,992,376, respectively.

12   See, for example, Hochman Report § VII.F.3 (explaining that, while Google has not identified all products and services improved by WAA/sWAA Off Data, it appears that this data improves at least Google's spam detection services, user experiments, benchmarking, diagnostics, technical support, and other services).

CONFIDENTIAL – ATTORNEYS' EYES ONLY

enrichment calculations equate to less than approximately 0.1% of Google's total revenues during the same time period.[13]

### 3.  ACTUAL DAMAGES

Conservative Baseline for Actual Damages

10.    My update of actual damages is also straightforward and based on the methodology detailed in my Initial Report.  Based on the Court's class certification rulings and additional information produced by Google between August 2024 and February 2025, and using the same methodology detailed in my Initial Report, I updated my actual damages calculations to cover all Class Members for the full Class Period using the same inputs from the Screenwise Panel payments.

11.    As detailed in my Initial Report, it is my opinion that the most probative indicator of the harm to WAA/sWAA-Off users (including all Class Members) from Google's collection, saving, and/or use of WAA/sWAA-Off Data (during the full Class Period), and the value of that WAA/sWAA-Off Data (collected by Google from Class Members during the Class Period), is derived from the $3 monthly compensation to Screenwise Panel participants for using a Screenwise meter app on a single mobile device.[14]

12.    As stated in my Initial Report, it is my opinion that the baseline payment to Screenwise Panel participants of $3 per month for using a Screenwise meter app on a single mobile device represents a conservative indicator of the monthly payment necessary for an individual to knowingly surrender the choice to keep their app activity private and allow Google to track all app activity data, regardless of that individual's WAA or sWAA settings.[15]

13.    My Initial Report included a conservative actual damages calculation based on a single payment of $3 per Class Member device.  As detailed therein, and based on data available at that time, I determined that the total number of Class Member devices through December 2022 was 162,015,424, yielding total actual damages of $486,046,273 through December 2022.[16]  Given the increased number of Class Members for the full Class Period, the following figure represents an updated actual damages calculation based on the same single $3 payment per device for all Class Members.

---

[13]  Calculated as $1,725,576,650 / $1,738,610,000,000.  See Schedule SS9.1.
[14]  Initial Report, ¶ 131.
[15]  Initial Report, ¶ 131.
[16]  Initial Report, Schedule 10.1.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 2**
**Actual Damages Based on Single $3 Payment per Device: July 1, 2016 to September 23, 2024**[17]

| | Gmail Google Accounts | Non-Gmail Google Accounts | Total |
|---|---|---|---|
| Class Member Devices | 163,310,777 | 11,216,377 | 174,527,154 |
| Selected Payment per Class Member Device | $3.00 | $3.00 | $3.00 |
| Actual Damages | $489,932,332 | $33,649,131 | $523,581,463 |

14.    The figure above includes my calculation of Class Members with non-Gmail Google Accounts based on information Google only provided after my Initial Report. Consistent with the methodology detailed in my Initial Report, I first apportion my calculation of U.S. Smartphone Users into two groups: those with and those without Gmail Accounts. Whereas the actual damages calculations detailed in my Initial Report were conservatively based only on apportionments of the former (*i.e.*, U.S. Smartphone Users with Gmail Accounts), Google's recent disclosures regarding Google Accounts associated with non-Gmail email addresses allow for further analysis and apportionment of the latter (*i.e.*, U.S. Smartphone Users without Gmail Accounts). More specifically, these disclosures provide a reasonable basis to estimate the subset of U.S. Smartphone Users with Google Accounts associated only with non-Gmail email addresses. Consistent with the methodology detailed in my Initial Report, U.S. Smartphone Users With and Without Gmail Accounts are then further apportioned to reflect the share of U.S. Google Accounts where sWAA was turned off at any time. The subset based on U.S. Smartphone Users Without Gmail Accounts is then further apportioned by the Share of sWAA-Off Google Accounts Associated with Non-Gmail Email Addresses. The resulting Class Members with Gmail Accounts and Class Members with Non-Gmail Google Accounts are then multiplied by the average number of mobile devices per person, resulting in the total number of Class Member Devices.

## 4.  OBSERVATIONS PERTAINING TO NOMINAL DAMAGES

15.    In its certification order, the Court included a reference to nominal damages.[18] I do not offer any opinion on the amount of nominal damages appropriate in this matter, but I note the following observations that I understand could be considered in calculating nominal damages:

- Number of Class Members: Approximately 98 million (97,992,376);[19]

- Number of Class Member Devices: Approximately 175 million (174,527,154);[20]

- Number of Class Member Accounts: Approximately 439 million (438,699,649).[21]

---

[17]  Schedule SS10.1.
[18]  Dkt. 352, p. 14.
[19]  Schedule SS10.1.
[20]  Schedule SS10.1.
[21]  Google's Responses to Questions from the Class Notice Administrator (June 7, 2024), pp. 1-2.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**5. APPORTIONING MONETARY RELIEF TO THE CLASSES AND CLASS MEMBERS**

16.     As discussed in Section 9 of my Initial Report, my calculations of monetary relief can be readily apportioned across the two Classes and among Class Members, and I detailed therein various apportionment methods.  The apportionment methods detailed in my Initial Report are equally applicable to the updated calculations discussed above.

**6. SIGNATURE**

Respectfully,

_____     April 25, 2025
                                   _____

Michael J. Lasinski                Date

CONFIDENTIAL – ATTORNEYS' EYES ONLY

*Rodriguez et al v. Google LLC et al.*
**SUMMARY - UNJUST ENRICHMENT BY PRODUCT - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**
Schedule SS1.1 - II
**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Including Dasher and Unicorn Accounts | | | | | |
|---|---|---|---|---|---|---|
| | July 1, 2016 - September 23, 2024 | | July 14, 2017 - September 23, 2024 | | July 14, 2018 - September 23, 2024 | |
| | Scenario One | Scenario Two | Scenario One | Scenario Two | Scenario One | Scenario Two |
| App Promo | $1,984,564,400 | $1,984,564,400 | $1,975,651,235 | $1,975,651,235 | $1,967,923,141 | $1,967,923,141 |
| AdMob | $284,736,158 | $417,263,410 | $258,561,731 | $378,906,389 | $235,867,384 | $345,649,213 |
| Ad Manager | $96,810,294 | $141,869,559 | $87,910,988 | $128,828,172 | $80,194,911 | $117,520,732 |
| Total | $2,366,110,852 | $2,543,697,370 | $2,322,123,954 | $2,483,385,796 | $2,283,985,436 | $2,431,093,086 |

| | Excluding Dasher and Unicorn Accounts | | | | | |
|---|---|---|---|---|---|---|
| | July 1, 2016 - September 23, 2024 | | July 14, 2017 - September 23, 2024 | | July 14, 2018 - September 23, 2024 | |
| | Scenario One | Scenario Two | Scenario One | Scenario Two | Scenario One | Scenario Two |
| App Promo | $1,784,293,592 | $1,784,293,592 | $1,776,279,893 | $1,776,279,893 | $1,769,331,673 | $1,769,331,673 |
| AdMob | $256,002,225 | $375,155,590 | $232,469,170 | $340,669,338 | $212,065,006 | $310,768,286 |
| Ad Manager | $87,040,757 | $127,552,901 | $79,039,518 | $115,827,575 | $72,102,102 | $105,661,217 |
| Total | $2,127,336,574 | $2,287,002,083 | $2,087,788,580 | $2,232,776,806 | $2,053,498,781 | $2,185,761,176 |

**Note:**
Schedule SS1.2 - II.

*Rodriguez et al v. Google LLC et al.*

**SUMMARY – UNJUST ENRICHMENT SCENARIOS ONE AND TWO BY PRODUCT AND CLASS, INCLUDING AND EXCLUDING DASHER AND UNICORN ACCOUNTS – ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

Schedule SS1.2 - II

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | Including Dasher and Unicorn Accounts | | | | | | Dasher and Unicorn Account Share [3] | Excluding Dasher and Unicorn Accounts | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | July 1, 2016 - September 23, 2024 | | July 14, 2017 - September 23, 2024 | | July 14, 2018 - September 23, 2024 | | | July 1, 2016 - September 23, 2024 | | July 14, 2017 - September 23, 2024 | | July 14, 2018 - September 23, 2024 | |
| | Scenario One [1] | Scenario Two [2] | Scenario One [1] | Scenario Two [2] | Scenario One [1] | Scenario Two [2] | | Scenario One | Scenario Two | Scenario One | Scenario Two | Scenario One | Scenario Two |
| *App Promo* | | | | | | | | | | | | | |
| Class 1 | $1,230,521,324 | $1,230,521,324 | $1,224,994,752 | $1,224,994,752 | $1,220,202,977 | $1,220,202,977 | 10.09% | $1,106,344,200 | $1,106,344,200 | $1,101,375,338 | $1,101,375,338 | $1,097,067,121 | $1,097,067,121 |
| Class 2 | $754,043,076 | $754,043,076 | $750,656,483 | $750,656,483 | $747,720,163 | $747,720,163 | 10.09% | $677,949,392 | $677,949,392 | $674,904,555 | $674,904,555 | $672,264,552 | $672,264,552 |
| Total | $1,984,564,400 | $1,984,564,400 | $1,975,651,235 | $1,975,651,235 | $1,967,923,141 | $1,967,923,141 | N/A | $1,784,293,592 | $1,784,293,592 | $1,776,279,893 | $1,776,279,893 | $1,769,331,673 | $1,769,331,673 |
| *AdMob* | | | | | | | | | | | | | |
| Class 1 | $176,549,531 | $258,722,531 | $160,320,181 | $234,939,411 | $146,248,641 | $214,318,431 | 10.09% | $158,733,170 | $232,613,743 | $144,141,591 | $211,230,679 | $131,490,070 | $192,690,649 |
| Class 2 | $108,186,627 | $158,540,879 | $98,241,550 | $143,966,978 | $89,618,743 | $131,330,783 | 10.09% | $97,269,056 | $142,541,847 | $88,327,579 | $129,438,660 | $80,574,936 | $118,077,637 |
| Total | $284,736,158 | $417,263,410 | $258,561,731 | $378,906,389 | $235,867,384 | $345,649,213 | N/A | $256,002,225 | $375,155,590 | $232,469,170 | $340,669,338 | $212,065,006 | $310,768,286 |
| *Ad Manager* | | | | | | | | | | | | | |
| Class 1 | $60,026,841 | $87,965,660 | $54,508,861 | $79,879,400 | $49,724,538 | $72,868,266 | 10.09% | $53,969,278 | $79,088,673 | $49,008,141 | $71,818,431 | $44,706,624 | $65,514,821 |
| Class 2 | $36,783,453 | $53,903,899 | $33,402,127 | $48,948,772 | $30,470,373 | $44,652,466 | 10.09% | $33,071,479 | $48,464,228 | $30,031,377 | $44,009,144 | $27,395,478 | $40,146,396 |
| Total | $96,810,294 | $141,869,559 | $87,910,988 | $128,828,172 | $80,194,911 | $117,520,732 | N/A | $87,040,757 | $127,552,901 | $79,039,518 | $115,827,575 | $72,102,102 | $105,661,217 |
| Total | $2,366,110,852 | $2,543,697,370 | $2,322,123,954 | $2,483,385,796 | $2,283,985,436 | $2,431,093,086 | N/A | $2,127,336,574 | $2,287,002,083 | $2,087,788,580 | $2,232,776,806 | $2,053,498,781 | $2,185,761,176 |
| Total Class 1 | $1,467,097,696 | $1,577,209,516 | $1,439,823,794 | $1,539,813,563 | $1,416,176,156 | $1,507,389,674 | N/A | $1,319,046,648 | $1,418,046,616 | $1,294,525,070 | $1,384,424,447 | $1,273,263,816 | $1,355,272,591 |
| Total Class 2 | $899,013,156 | $966,487,854 | $882,300,160 | $943,572,233 | $867,809,280 | $923,703,412 | N/A | $808,289,927 | $868,955,467 | $793,263,510 | $848,352,359 | $780,234,966 | $830,488,584 |

**Notes:**
(1) Schedule SS1.3 - II.
(2) Schedule SS1.4 - II.
(3) Schedule SS13.3.

*Rodriguez et al v. Google LLC et al.*

**SUMMARY - UNJUST ENRICHMENT SCENARIOS ONE AND TWO BY CLASS, TIME PERIOD, AND ACCOUNT TYPE - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

Schedule SS1.2B - II

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | | | Unjust Enrichment | |
| --- | --- | --- | --- | --- |
| **Class** | **Time Period** | **Account Type** | **Scenario One** | **Scenario Two** |
| Class 1 | July 1, 2016 - September 23, 2024 | All Account Types (Including Dasher and Unicorn Accounts) | $1,467,097,696 | $1,577,209,516 |
| Class 1 | July 1, 2016 - September 23, 2024 | Excluding Dasher and Unicorn Accounts | $1,319,046,648 | $1,418,046,616 |
| Class 1 | July 14, 2017 - September 23, 2024 | All Account Types (Including Dasher and Unicorn Accounts) | $1,439,823,794 | $1,539,813,563 |
| Class 1 | July 14, 2017 - September 23, 2024 | Excluding Dasher and Unicorn Accounts | $1,294,525,070 | $1,384,424,447 |
| Class 1 | July 14, 2018 - September 23, 2024 | All Account Types (Including Dasher and Unicorn Accounts) | $1,416,176,156 | $1,507,389,674 |
| Class 1 | July 14, 2018 - September 23, 2024 | Excluding Dasher and Unicorn Accounts | $1,273,263,816 | $1,355,272,591 |
| Class 2 | July 1, 2016 - September 23, 2024 | All Account Types (Including Dasher and Unicorn Accounts) | $899,013,156 | $966,487,854 |
| Class 2 | July 1, 2016 - September 23, 2024 | Excluding Dasher and Unicorn Accounts | $808,289,927 | $868,955,467 |
| Class 2 | July 14, 2017 - September 23, 2024 | All Account Types (Including Dasher and Unicorn Accounts) | $882,300,160 | $943,572,233 |
| Class 2 | July 14, 2017 - September 23, 2024 | Excluding Dasher and Unicorn Accounts | $793,263,510 | $848,352,359 |
| Class 2 | July 14, 2018 - September 23, 2024 | All Account Types (Including Dasher and Unicorn Accounts) | $867,809,280 | $923,703,412 |
| Class 2 | July 14, 2018 - September 23, 2024 | Excluding Dasher and Unicorn Accounts | $780,234,966 | $830,488,584 |
| Total | July 1, 2016 - September 23, 2024 | All Account Types (Including Dasher and Unicorn Accounts) | $2,366,110,852 | $2,543,697,370 |
| Total | July 1, 2016 - September 23, 2024 | Excluding Dasher and Unicorn Accounts | $2,127,336,574 | $2,287,002,083 |
| Total | July 14, 2017 - September 23, 2024 | All Account Types (Including Dasher and Unicorn Accounts) | $2,322,123,954 | $2,483,385,796 |
| Total | July 14, 2017 - September 23, 2024 | Excluding Dasher and Unicorn Accounts | $2,087,788,580 | $2,232,776,806 |
| Total | July 14, 2018 - September 23, 2024 | All Account Types (Including Dasher and Unicorn Accounts) | $2,283,985,436 | $2,431,093,086 |
| Total | July 14, 2018 - September 23, 2024 | Excluding Dasher and Unicorn Accounts | $2,053,498,781 | $2,185,761,176 |

**Source:**

Schedule SS1.2 - II.

*Rodriguez et al v. Google LLC et al.*
**EXAMPLE APPORTIONMENT OF UNJUST ENRICHMENT TO CLASSES - SCENARIO ONE - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**
Schedule SS1.3 - II.
**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. – Dec. 2016 | Jan. 1, 2017 – Jul. 13, 2017 | Jul. 14, 2017 – Dec. 31, 2017 | Jan. 1, 2018 – Jul. 13, 2018 | Jul. 14, 2018 – Dec. 31, 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. – Sep. 23, 2024 | Total | Total Jul. 14, 2017 – Sep. 23, 2024 | Total Jul. 14, 2018 – Sep. 23, 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Scenario One Total - Both Classes** | | | | | | | | | | | | | | |
| App Promo (1) | $4,639,297 | $4,273,867 | $3,767,172 | $3,960,923 | $3,491,329 | $13,491,271 | $62,315,818 | $200,708,830 | $481,484,104 | $645,796,881 | $560,634,908 | $1,984,564,400 | $1,975,651,235 | $1,967,923,141 |
| AdMob (2) | $13,623,775 | $12,550,653 | $11,062,689 | $11,631,658 | $10,252,647 | $22,695,692 | $32,852,792 | $61,796,373 | $22,363,057 | $50,525,354 | $35,381,470 | $284,736,158 | $258,561,731 | $235,867,384 |
| Ad Manager (3) | $4,632,084 | $4,267,222 | $3,761,314 | $3,954,764 | $3,485,900 | $7,716,535 | $11,169,949 | $21,010,767 | $7,603,439 | $17,178,620 | $12,029,700 | $96,810,294 | $87,910,988 | $80,194,911 |
| Total Scenario One - Both Classes | $22,895,156 | $21,091,742 | $18,591,175 | $19,547,344 | $17,229,875 | $43,903,497 | $106,338,559 | $283,515,969 | $511,450,601 | $713,500,855 | $608,046,078 | $2,366,110,852 | $2,322,123,954 | $2,283,985,436 |
| | | | | | | | | | | | | | | |
| Class 1 Apportionment Factor (4) | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% |
| Class 2 Apportionment Factor (4) | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% |
| | | | | | | | | | | | | | | |
| **Scenario One - Class 1** | | | | | | | | | | | | | | |
| App Promo | $2,876,578 | $2,649,995 | $2,335,820 | $2,455,954 | $2,164,785 | $8,365,209 | $38,638,677 | $124,448,718 | $298,542,319 | $400,423,807 | $347,619,462 | $1,230,521,324 | $1,224,994,752 | $1,220,202,977 |
| AdMob | $8,447,368 | $7,781,983 | $6,859,376 | $7,212,163 | $6,357,113 | $14,072,374 | $20,370,244 | $38,316,597 | $13,866,125 | $31,328,046 | $21,938,141 | $176,549,531 | $160,320,181 | $146,248,641 |
| Ad Manager | $2,872,105 | $2,645,874 | $2,332,188 | $2,452,136 | $2,161,418 | $4,784,607 | $6,925,883 | $13,027,643 | $4,714,483 | $10,651,536 | $7,458,968 | $60,026,841 | $54,508,861 | $49,724,538 |
| Total Scenario One - Class 1 | $14,196,051 | $13,077,851 | $11,527,384 | $12,120,254 | $10,683,316 | $27,222,190 | $65,934,804 | $175,792,958 | $317,122,927 | $442,403,389 | $377,016,571 | $1,467,097,696 | $1,439,823,794 | $1,416,176,156 |
| | | | | | | | | | | | | | | |
| **Scenario One - Class 2** | | | | | | | | | | | | | | |
| App Promo | $1,762,719 | $1,623,873 | $1,431,352 | $1,504,968 | $1,326,544 | $5,126,062 | $23,677,141 | $76,260,112 | $182,941,785 | $245,373,073 | $213,015,446 | $754,043,076 | $750,656,483 | $747,720,163 |
| AdMob | $5,176,407 | $4,768,670 | $4,203,312 | $4,419,494 | $3,895,534 | $8,623,318 | $12,482,548 | $23,479,776 | $8,496,932 | $19,197,308 | $13,443,329 | $108,186,627 | $98,241,550 | $89,618,743 |
| Ad Manager | $1,759,978 | $1,621,348 | $1,429,126 | $1,502,628 | $1,324,481 | $2,931,928 | $4,244,066 | $7,983,124 | $2,888,957 | $6,527,085 | $4,570,732 | $36,783,453 | $33,402,127 | $30,470,373 |
| Total Scenario One - Class 2 | $8,699,105 | $8,013,891 | $7,063,790 | $7,427,091 | $6,546,559 | $16,681,307 | $40,403,755 | $107,723,011 | $194,327,674 | $271,097,466 | $231,029,507 | $899,013,156 | $882,300,160 | $867,809,280 |

**Notes:**
(1) Schedule SS2.1 - II.
(2) Schedule SS3.3 - II.
(3) Schedule SS4.3 - II.
(4) Initial Report, Schedule 1.5.

*Rodriguez et al v. Google LLC et al.*
**EXAMPLE APPORTIONMENT OF UNJUST ENRICHMENT TO CLASSES - SCENARIO TWO - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**
Schedule SS1.4 - II.
**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | Jan. 1, 2017 - Jul. 13, 2017 | Jul. 14, 2017 - Dec. 31, 2017 | Jan. 1, 2018 - Jul. 13, 2018 | Jul. 14, 2018 - Dec. 31, 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23, 2024 | Total | Total Jul. 14, 2017 - Sep. 23, 2024 | Total Jul. 14, 2018 - Sep. 23, 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Scenario Two Total - Both Classes** | | | | | | | | | | | | | | |
| App Promo (1) | $4,639,297 | $4,273,867 | $3,767,172 | $3,960,923 | $3,491,329 | $13,491,271 | $62,315,818 | $200,708,830 | $481,484,104 | $645,796,881 | $560,634,908 | $1,984,564,400 | $1,975,651,235 | $1,967,923,141 |
| AdMob (2) | $19,964,809 | $18,392,213 | $16,211,693 | $17,045,482 | $15,024,626 | $33,259,147 | $48,143,755 | $90,558,801 | $32,771,691 | $74,041,813 | $51,849,379 | $417,263,410 | $378,906,389 | $345,649,213 |
| Ad Manager (3) | $6,788,035 | $6,253,352 | $5,511,976 | $5,795,464 | $5,108,373 | $11,308,110 | $16,368,877 | $30,789,992 | $11,142,375 | $25,174,216 | $17,628,789 | $141,869,559 | $128,828,172 | $117,520,732 |
| Total Scenario Two - Both Classes | $31,392,141 | $28,919,433 | $25,490,840 | $26,801,869 | $23,624,328 | $58,058,527 | $126,828,450 | $322,057,624 | $525,398,171 | $745,012,911 | $630,113,076 | $2,543,697,370 | $2,483,385,796 | $2,431,093,086 |
| | | | | | | | | | | | | | | |
| Class 1 Apportionment Factor (4) | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% | 62.00% |
| Class 2 Apportionment Factor (4) | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% | 38.00% |
| | | | | | | | | | | | | | | |
| **Scenario Two - Class 1** | | | | | | | | | | | | | | |
| App Promo | $2,876,578 | $2,649,995 | $2,335,820 | $2,455,954 | $2,164,785 | $8,365,209 | $38,638,677 | $124,448,718 | $298,542,319 | $400,423,867 | $347,619,462 | $1,230,521,324 | $1,224,994,752 | $1,220,202,977 |
| AdMob | $12,379,101 | $11,404,019 | $10,051,996 | $10,568,984 | $9,315,960 | $20,622,203 | $29,851,345 | $56,150,627 | $20,319,958 | $45,909,334 | $32,149,003 | $258,722,531 | $234,939,411 | $214,318,431 |
| Ad Manager | $4,208,804 | $3,877,367 | $3,417,679 | $3,593,455 | $3,167,426 | $7,011,549 | $10,149,457 | $19,091,213 | $6,908,786 | $15,609,174 | $10,930,661 | $87,965,660 | $79,879,400 | $72,868,266 |
| Total Scenario Two - Class 1 | $19,464,573 | $17,931,380 | $15,805,495 | $16,618,393 | $14,648,171 | $35,998,961 | $78,639,480 | $199,690,559 | $325,771,062 | $461,942,315 | $390,699,126 | $1,577,209,516 | $1,539,813,563 | $1,507,389,674 |
| | | | | | | | | | | | | | | |
| **Scenario Two - Class 2** | | | | | | | | | | | | | | |
| App Promo | $1,762,719 | $1,623,873 | $1,431,352 | $1,504,968 | $1,326,544 | $5,126,062 | $23,677,141 | $76,260,112 | $182,941,785 | $245,373,073 | $213,015,446 | $754,043,076 | $750,656,483 | $747,720,163 |
| AdMob | $7,585,708 | $6,988,194 | $6,159,697 | $6,476,498 | $5,708,666 | $12,636,944 | $18,292,410 | $34,408,174 | $12,451,733 | $28,132,479 | $19,700,376 | $158,540,879 | $143,966,978 | $131,330,783 |
| Ad Manager | $2,579,141 | $2,375,986 | $2,094,297 | $2,202,009 | $1,940,946 | $4,296,561 | $6,219,419 | $11,698,779 | $4,233,589 | $9,565,043 | $6,698,128 | $53,903,899 | $48,948,772 | $44,652,466 |
| Total Scenario Two - Class 2 | $11,927,568 | $10,988,053 | $9,685,345 | $10,183,476 | $8,976,157 | $22,059,567 | $48,188,970 | $122,367,065 | $199,627,108 | $283,070,595 | $239,413,950 | $966,487,854 | $943,572,233 | $923,703,412 |

**Notes:**
(1) Schedule SS2.1 - II.
(2) Schedule SS3.1 - II.
(3) Schedule SS4.1 - II.
(4) Initial Report, Schedule 1.5.

*Rodriguez et al v. Google LLC et al.*
**APP PROMO TOTAL UNJUST ENRICHMENT - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**
Schedule SS2.1 - II
**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| App Promo Signed-In sWAA Off U.S. Revenue Net of Traffic Acquisition Costs (1) | $77,321,623 | $134,017,322 | $124,204,189 | $127,276,139 | $211,958,565 | $406,293,178 | $877,020,226 | $978,480,123 | $795,226,820 | $3,731,798,185 |
| Share of Revenue Attributable to Conversion Types Bid Against GA4F (2) | 6.0% | 6.0% | 6.0% | 10.6% | 29.4% | 49.4% | 54.9% | 66.0% | 70.5% | N/A |
| App Promo Total Unjust Enrichment | $4,639,297 | $8,041,039 | $7,452,251 | $13,491,271 | $62,315,818 | $200,708,830 | $481,484,104 | $645,796,881 | $560,634,908 | $1,984,564,400 |

**Notes:**
(1) Schedule SS2.2 - II.
(2) Partial-year 2016 through 2022 per Defendant Google LLC's Supplemental Objections and Responses to Plaintiffs' Interrogatories, Set Six (Nos. 12, 16, & 17), Supplemental Response to ROG 17, pp. 15-16.
    2023 and partial-year 2024 per Joint Stipulation on Google's Supplemental Financial Productions, April 18, 2025, Stipulation Nos. 16-17.
    Sources represent that these revenue shares correspond to specific dates, as compared to annual averages.

*Rodriguez et al v. Google LLC et al.*
**APP PROMO SIGNED-IN SWAA OFF U.S. REVENUE NET OF TRAFFIC ACQUISITION COSTS - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**
Schedule SS2.2 - II
**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 (1) | 2018 (1) | 2019 (1) | 2020 (2) | 2021 (2) | 2022 (3) | 2023 (4) | Jan. - Sep. 23 2024 (4) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| App Promo U.S. Booked Revenue | N/A | $1,395,000,000 | $2,396,000,000 | $2,781,000,000 | $3,765,177,240 | $5,760,192,037 | $5,473,898,218 | $5,735,390,234 | $4,661,560,588 | $31,968,218,317 (10) |
| App Promo U.S. Traffic Acquisition Costs (5) | N/A | $905,000,000 | $1,683,000,000 | $1,921,000,000 | $2,604,914,466 | $3,911,868,710 | $1,398,380,426 | $1,346,474,186 | $1,094,375,577 | $14,865,013,366 (10) |
| *TAC Share of Booked Revenue (6)* | *N/A* | *64.87%* | *70.24%* | *69.08%* | *69.18%* | *67.91%* | *25.55%* | *23.48%* | *23.48%* | *N/A* |
| App Promo U.S. Revenue Net of Traffic Acquisition Costs (7) | $136,111,111 | $490,000,000 | $713,000,000 | $860,000,000 | $1,160,262,774 | $1,848,323,327 | $4,075,517,791 | $4,388,916,048 | $3,567,185,011 | $17,239,316,062 |
| *YoY Growth Rate* | *N/A* | *N/A* | *45.51%* | *20.62%* | *34.91%* | *59.30%* | *120.50%* | *7.69%* | *N/A* | *N/A* |
| Share of Revenue from Signed-In Users (8) | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | N/A |
| App Promo Signed-In U.S. Revenue Net of Traffic Acquisition Costs | $111,850,566 | $402,662,037 | $585,914,352 | $706,712,963 | $953,456,677 | $1,518,876,808 | $3,349,094,481 | $3,606,632,401 | $2,931,367,312 | $14,166,567,597 |
| Share of Monthly Accounts with sWAA Off (9) | 69.13% | 33.28% | 21.20% | 18.01% | 22.23% | 26.75% | 26.19% | 27.13% | 27.13% | N/A |
| App Promo Signed-In sWAA Off U.S. Revenue Net of Traffic Acquisition Costs | $77,321,623 | $134,017,322 | $124,204,189 | $127,276,139 | $211,958,565 | $406,293,178 | $877,020,226 | $978,480,123 | $795,226,820 | $3,731,798,185 |

**Notes:**
(1) 2017-2019 App Promo U.S. Booked Revenue per GOOG-RDGZ-00184247.
(2) 2020-2021 App Promo U.S. Booked Revenue per GOOG-RDGZ-00185743, tab "Data." See also Joint Stipulation on Google's Supplemental Financial Productions, April 18, 2025, Stipulation No. 2.
(3) 2022 App Promo U.S. Booked Revenue per Schedule SS8.4. See also Joint Stipulation on Google's Supplemental Financial Productions, April 18, 2025, Stipulation Nos. 8-10.  I understand from Stipulation No. 10 that
     "For the period after Google updated its P&L reporting structure, Google's 'billed' revenue from App Promo ads is the best available proxy, or substitute, for Google's 'booked' revenue from App Promo ads."
(4) 2023 and 2024 App Promo U.S. Booked Revenue per GOOG-RDGZ-02111196. 2024 revenue prorated to reflect only January - September 23. See Joint Stipulation on Google's Supplemental Financial Productions,
     April 18, 2025, Stipulation Nos. 8-11.  I understand from Stipulation No. 10 that "For the period after Google updated its P&L reporting structure, Google's 'billed' revenue from App Promo ads is the best available proxy, or substitute, for Google's 'booked' revenue from App Promo ads."
(5) 2017-2019 per GOOG-RDGZ-00184247. 2020 - Sep. 23, 2024 calculated based on TAC Share of Booked Revenue.  See Joint Stipulation on Google's Supplemental Financial Productions, April 18, 2025, Stipulation No. 14.
(6) 2020 calculated as ($2,604.1 / $3,764) based on 2020 booked revenue and TAC per GOOG-RDGZ-00184247.  2021 calculated as ($4,235 / $6,236) based on 2021 booked revenue and TAC per GOOG-RDGZ-00185744.
     2022-2023 per Schedule SS2.2 - II.  Jan. - Sep. 23, 2024 held constant from 2023.
(7) Partial-year 2016 per Initial Report, Schedule 7.2.
(8) Initial Report, Schedule 15.1.
(9) Schedule SS13.1.
(10) Total calculated for the period from 2017 through September 23, 2024.

*Rodriguez et al v. Google LLC et al.*

**APP PROMO TAC AS PERCENT OF BILLED REVENUE - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

Schedule SS2.4 - II

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

|  | 2022 | 2023 |
|---|---|---|
| App Promo Global Served Revenue (1) | $18,641,931,346 | $18,252,187,220 |
| App Promo Billed Revenue as Percent of Served Revenue (2) | 97% | 97% |
| App Promo Global Billed Revenue | $18,106,832,275 | $17,728,275,387 |
| App Promo Global TAC (1) | $4,625,632,197 | $4,161,994,947 |
| App Promo TAC as Percent of Billed Revenue | 25.55% | 23.48% |

**Notes:**
(1) GOOG-RDGZ-02111189 at tab "Follow Up Output."  See also Joint Stipulation on Google's Supplemental Financial Productions, April 18, 2025, Stipulation Nos. 5-6.
(2) Schedule SS2.3.

*Rodriguez et al v. Google LLC et al.*
**ADMOB TOTAL UNJUST ENRICHMENT - SCENARIO TWO - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**
Schedule SS3.1 - II.
**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| AdMob Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) Attributable to Conversion Tracking (1) | $13,623,775 | $23,613,341 | $21,884,305 | $22,695,692 | $32,852,792 | $61,796,373 | $22,363,057 | $50,525,354 | $35,381,470 | $284,736,158 |
| AdMob Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) Not Attributable to Conversion Tracking and Adjusted for Diminished Ad Relevance with sWAA Off (2) | $6,341,033 | $10,990,565 | $10,185,804 | $10,563,455 | $15,290,964 | $28,762,429 | $10,408,634 | $23,516,459 | $16,467,909 | $132,527,252 |
| AdMob Total Unjust Enrichment - Scenario Two | $19,964,809 | $34,603,906 | $32,070,109 | $33,259,147 | $48,143,755 | $90,558,801 | $32,771,691 | $74,041,813 | $51,849,379 | $417,263,410 |

**Notes:**
(1) Schedule SS3.3 - II.
(2) Schedule SS3.2 - II.

*Rodriguez et al v. Google LLC et al.*

**ADMOB SIGNED-IN SWAA OFF U.S. REVENUE NET OF TRAFFIC ACQUISITION COSTS (EXCLUDING APP PROMO-ADMOB OVERLAP) NOT ATTRIBUTABLE TO CONVERSION TRACKING AND ADJUSTED FOR DIMINISHED AD RELEVANCE WITH SWAA OFF – ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

Schedule SS3.2 • II

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | Jul. – Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. – Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| AdMob Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) (1) | $26,199,568 | $45,410,272 | $42,085,201 | $43,645,561 | $63,176,446 | $118,839,178 | $43,005,879 | $97,164,142 | $68,041,289 | $547,569,535 |
| AdMob Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) Attributable to Conversion Tracking (2) | $13,623,775 | $23,613,341 | $21,884,305 | $22,695,692 | $32,852,792 | $61,796,373 | $22,363,057 | $50,525,354 | $35,381,470 | $284,736,158 |
| AdMob Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) Not Attributable to Conversion Tracking | $12,575,792 | $21,796,930 | $20,200,897 | $20,949,869 | $30,325,654 | $57,042,806 | $20,642,822 | $46,638,788 | $32,659,819 | $262,833,377 |
| Apportionment for Diminished Ad Relevance with sWAA Off (3) | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | N/A |
| AdMob Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) Not Attributable to Conversion Tracking and Adjusted for Diminished Ad Relevance with sWAA Off | $6,341,033 | $10,990,565 | $10,185,804 | $10,563,455 | $15,290,964 | $28,762,429 | $10,408,634 | $23,516,459 | $16,467,909 | $132,527,252 |

**Notes:**
(1) Schedule SS3.4 • II.
(2) Schedule SS3.5 • II.
(3) Initial Report, Schedule 14.1. See also, Initial Report Section 7.2.2.

*Rodriguez et al v. Google LLC et al.*

**ADMOB SIGNED-IN SWAA OFF U.S. REVENUE NET OF TRAFFIC ACQUISITION COSTS (EXCLUDING APP PROMO-ADMOB OVERAP) ATTRIBUTABLE TO CONVERSION TRACKING - SCENARIO ONE - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

Schedule SS3.3 - II

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| AdMob Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) (1) | $26,199,568 | $45,410,272 | $42,085,201 | $43,645,561 | $63,178,446 | $118,839,178 | $43,005,879 | $97,164,142 | $68,041,289 | $547,569,535 |
| Share of Revenues Attributable to Conversion Tracking (2) | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | N/A |
| AdMob Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) Attributable to Conversion Tracking | $13,623,775 | $23,613,341 | $21,884,305 | $22,695,692 | $32,852,792 | $61,796,373 | $22,363,057 | $50,525,354 | $35,381,470 | $284,736,158 |

**Notes:**

(1) Schedule SS3.4 - II.

(2) GOOG-RDGZ-00188469-491 at 475.  Represented on source document as "Conversion Based Autobidding Proportion."

*Rodriguez et al v. Google LLC et al.*
**ADMOB SIGNED-IN SWAA OFF U.S. REVENUE NET OF TRAFFIC ACQUISITION COSTS (EXCLUDING APP PROMO-ADMOB OVERLAP) - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**
Schedule SS3.4 - II
**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| AdMob U.S. Revenue Net of Traffic Acquisition Costs (1) | $63,281,310 | $227,812,718 | $331,490,750 | $403,344,560 | $505,681,188 | $819,838,800 | $824,540,773 | $787,096,213 | $546,244,432 | $4,509,330,744 |
| App Promo-AdMob Overlap - U.S. Revenue Net of TAC (2) | $17,161,582 | $61,781,695 | $89,898,670 | $108,433,178 | $159,841,903 | $279,211,399 | $624,692,217 | $351,272,069 | $241,028,535 | $1,933,321,246 |
| AdMob U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) | $46,119,729 | $166,031,023 | $241,592,080 | $294,911,382 | $345,839,286 | $540,627,401 | $199,848,556 | $435,824,144 | $305,215,897 | $2,576,009,498 |
| Share of Revenue from Signed-In Users (3) | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | N/A |
| AdMob Signed-In U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) | $37,899,314 | $136,437,531 | $198,530,529 | $242,346,158 | $284,196,635 | $444,265,573 | $164,227,401 | $358,142,526 | $250,813,990 | $2,116,859,657 |
| Share of Monthly Accounts with sWAA Off (4) | 69.13% | 33.28% | 21.20% | 18.01% | 22.23% | 26.75% | 26.19% | 27.13% | 27.13% | N/A |
| AdMob Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-AdMob Overlap) | $26,199,568 | $45,410,272 | $42,085,201 | $43,645,561 | $63,178,446 | $118,839,178 | $43,005,879 | $97,164,142 | $68,041,289 | $547,569,535 |

**Notes:**
(1) Schedule SS6.1.
(2) Schedule SS5.1 - II.
(3) Initial Report, Schedule 15.1.
(4) Schedule SS13.1.

*Rodriguez et al v. Google LLC et al.*
**AD MANAGER TOTAL UNJUST ENRICHMENT - SCENARIO TWO - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**
Schedule SS4.1 - II
**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Ad Manager Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) Attributable to Conversion Tracking (1) | $4,632,084 | $8,028,536 | $7,440,664 | $7,716,535 | $11,169,949 | $21,010,767 | $7,603,439 | $17,178,620 | $12,029,700 | $96,810,294 |
| Ad Manager Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) Not Attributable to Conversion Tracking and Adjusted for Diminished Ad Relevance with sWAA Off (2) | $2,155,951 | $3,736,792 | $3,463,173 | $3,591,575 | $5,198,928 | $9,779,226 | $3,538,936 | $7,995,596 | $5,599,089 | $45,059,266 |
| Ad Manager Total Unjust Enrichment - Scenario Two | $6,788,035 | $11,765,328 | $10,903,837 | $11,308,110 | $16,368,877 | $30,789,992 | $11,142,375 | $25,174,216 | $17,628,789 | $141,869,559 |

**Notes:**
(1) Schedule SS4.3 - II.
(2) Schedule SS4.2 - II.

*Rodriguez et al v. Google LLC et al.*

**AD MANAGER SIGNED-IN SWAA OFF U.S. REVENUE NET OF TRAFFIC ACQUISITION COSTS (EXCLUDING APP PROMO-AD MANAGER OVERLAP) NOT ATTRIBUTABLE TO CONVERSION TRACKING AND ADJUSTED FOR DIMINISHED AD RELEVANCE WITH SWAA OFF – ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

**Schedule SS4.2 – II**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

| | Jul. – Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. – Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Ad Manager Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) (1) | $8,907,853 | $15,439,492 | $14,308,968 | $14,839,491 | $21,480,672 | $40,405,321 | $14,621,999 | $33,035,808 | $23,134,038 | $186,173,642 |
| Ad Manager Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) Attributable to Conversion Tracking (2) | $4,632,084 | $8,028,536 | $7,440,664 | $7,716,535 | $11,169,949 | $21,010,767 | $7,603,439 | $17,178,620 | $12,029,700 | $96,810,294 |
| Ad Manager Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) Not Attributable to Conversion Tracking | $4,275,769 | $7,410,956 | $6,868,305 | $7,122,955 | $10,310,722 | $19,394,554 | $7,018,559 | $15,857,188 | $11,104,338 | $89,363,348 |
| Apportionment for Diminished Ad Relevance with sWAA Off (3) | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | 50.42% | N/A |
| Ad Manager Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) Not Attributable to Conversion Tracking and Adjusted for Diminished Ad Relevance with sWAA Off | $2,155,951 | $3,736,792 | $3,463,173 | $3,591,575 | $5,198,928 | $9,779,226 | $3,538,936 | $7,995,596 | $5,599,089 | $45,059,266 |

**Notes:**
(1) Schedule SS4.4 – II.
(2) Schedule SS4.3 – II.
(3) Initial Report, Schedule 14.1. See also, Initial Report Section 7.2.3.

*Rodriguez et al v. Google LLC et al.*

**AD MANAGER SIGNED-IN SWAA OFF U.S. REVENUE NET OF TRAFFIC ACQUISITION COSTS (EXCLUDING APP PROMO-AD MANAGER OVERLAP) ATTRIBUTABLE TO CONVERSION TRACKING - SCENARIO ONE - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

Schedule SS4.3 - II

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Ad Manager Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) (1) | $8,907,853 | $15,439,492 | $14,308,968 | $14,839,491 | $21,480,672 | $40,405,321 | $14,621,999 | $33,035,808 | $23,134,038 | $186,173,642 |
| Share of Revenues Attributable to Conversion Tracking (2) | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | 52.00% | N/A |
| Ad Manager Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) Attributable to Conversion Tracking | $4,632,084 | $8,028,536 | $7,440,664 | $7,716,535 | $11,169,949 | $21,010,767 | $7,603,439 | $17,178,620 | $12,029,700 | $96,810,294 |

**Notes:**

(1) Schedule SS4.4 - II.

(2) GOOG-RDGZ-00188469-491 at 475.  Represented on source document as "Conversion Based Autobidding Proportion."

*Rodriguez et al v. Google LLC et al.*

**AD MANAGER SIGNED-IN SWAA OFF U.S. REVENUE NET OF TRAFFIC ACQUISITION COSTS (EXCLUDING APP PROMO-AD MANAGER OVERLAP) - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

Schedule SS4.4 - II

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Ad Manager U.S. Revenue Net of Traffic Acquisition Costs (1) | $21,515,646 | $77,456,324 | $112,706,855 | $137,137,150 | $171,931,604 | $278,745,192 | $280,343,863 | $267,612,712 | $185,723,107 | $1,533,172,453 |
| App Promo-Ad Manager Overlap - U.S. Revenue Net of TAC (2) | $5,834,938 | $21,005,776 | $30,565,548 | $36,867,281 | $54,346,247 | $94,931,876 | $212,395,354 | $119,432,503 | $81,949,702 | $657,329,224 |
| Ad Manager U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) | $15,680,708 | $56,450,548 | $82,141,307 | $100,269,870 | $117,585,357 | $183,813,316 | $67,948,509 | $148,180,209 | $103,773,405 | $875,843,229 |
| Share of Revenue Net of TAC from Signed-In Users (3) | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | 82.18% | N/A |
| Ad Manager Signed-In U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) | $12,885,767 | $46,388,760 | $67,500,380 | $82,397,694 | $96,626,856 | $151,050,295 | $55,837,316 | $121,768,459 | $85,276,756 | $719,732,283 |
| Share of Monthly Accounts with sWAA Off (4) | 69.13% | 33.28% | 21.20% | 18.01% | 22.23% | 26.75% | 26.19% | 27.13% | 27.13% | N/A |
| Ad Manager Signed-In sWAA Off U.S. Revenue Net of TAC (Excluding App Promo-Ad Manager Overlap) | $8,907,853 | $15,439,492 | $14,308,968 | $14,839,491 | $21,480,672 | $40,405,321 | $14,621,999 | $33,035,808 | $23,134,038 | $186,173,642 |

**Notes:**
(1) Schedule SS5.2.
(2) Schedule SS5.1 - II.
(3) Initial Report, Schedule 15.1.
(4) Schedule SS13.1.

*Rodriguez et al v. Google LLC et al.*

**APP PROMO-ADMOB OVERLAP & APP PROMO-AD MANAGER OVERLAP - U.S. REVENUE NET OF TRAFFIC ACQUISITION COSTS - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

Schedule SS5.1 - II

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| App Promo U.S. Display App Revenue Net of TAC (App Promo=Display App Overlap) (1) | $22,996,520 | $82,787,471 | $120,464,218 | $145,300,459 | $214,188,149 | $374,143,274 | $837,087,570 | $470,704,572 | $322,978,237 | $2,590,650,470 |
| AdMob App Share of Total Sellside App Revenue (2) | 74.63% | 74.63% | 74.63% | 74.63% | 74.63% | 74.63% | 74.63% | 74.63% | 74.63% | N/A |
| App Promo-AdMob Overlap - U.S. Revenue Net of TAC | $17,161,582 | $61,781,695 | $89,898,670 | $108,433,178 | $159,841,903 | $279,211,399 | $624,692,217 | $351,272,069 | $241,028,535 | $1,933,321,246 |
| | | | | | | | | | | |
| App Promo U.S. Display App Revenue Net of TAC (App Promo=Display App Overlap) (1) | $22,996,520 | $82,787,471 | $120,464,218 | $145,300,459 | $214,188,149 | $374,143,274 | $837,087,570 | $470,704,572 | $322,978,237 | $2,590,650,470 |
| Ad Manager App Share of Total Sellside App Revenue (2) | 25.37% | 25.37% | 25.37% | 25.37% | 25.37% | 25.37% | 25.37% | 25.37% | 25.37% | N/A |
| App Promo-Ad Manager Overlap - U.S. Revenue Net of TAC | $5,834,938 | $21,005,776 | $30,565,548 | $36,867,281 | $54,346,247 | $94,931,876 | $212,395,354 | $119,432,503 | $81,949,702 | $657,329,224 |

**Notes:**
(1) Schedule SS7.1 - II.
(2) Initial Report, Schedule 5.3.

*Rodriguez et al v. Google LLC et al.*

**APP PROMO APP DISPLAY U.S. REVENUE NET OF TRAFFIC ACQUISITION COSTS (APP PROMO-APP DISPLAY OVERLAP) - ALTERNATIVE USING APP PROMO TAC LEVELS PER GOOG-RDGZ-02111189**

Schedule SS7.1 - II

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | Jul. - Dec. 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Jan. - Sep. 23 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| App Promo U.S. Revenue Net of TAC (1) | $136,111,111 | $490,000,000 | $713,000,000 | $860,000,000 | $1,160,262,774 | $1,848,323,327 | $4,075,517,791 | $4,388,916,048 | $3,567,185,011 | $17,239,316,062 |
| *YoY Growth Rate* | *N/A* | *N/A* | *45.5%* | *20.6%* | *34.9%* | *59.3%* | *120.5%* | *7.7%* | *N/A* | *N/A* |
| App Display % of Total App Promo U.S. Booked Revenue (2) | 16.90% | 16.90% | 16.90% | 16.90% | 18.46% | 20.24% | 20.54% | 10.72% | 9.05% | N/A |
| App Promo App Display U.S. Revenue Net of TAC (App Promo-App Display Overlap) | $22,996,520 | $82,787,471 | $120,464,218 | $145,300,459 | $214,188,149 | $374,143,274 | $837,087,570 | $470,704,572 | $322,978,237 | $2,590,650,470 |

**Notes:**
(1) Schedule SS2.2 - II.
(2) Schedule SS8.1.  2019 share held constant for years 2016-2018.