# EXHIBIT B

                                                      PAGES 1 - 126

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

ANIBAL RODRIGUEZ, et al.,            )
                                     )
              Plaintiffs,            )
                                     )
vs.                                  ) No. 3:20-cv-04688-RS
                                     )
GOOGLE LLC, et al.,                  )
                                     )
              Defendants.            )
_____)


                                San Francisco, California

                                Wednesday, July 30, 2025

                         **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiffs:
                    Boies Schiller and Flexner
                    333 Main Street
                    Armonk, NY 10504
              **BY: DAVID BOIES, ATTORNEY AT LAW**
                  **ALEXANDER BOIES, ATTORNEY AT LAW**

                    Boies Schiller Flexner LLP
                    44 Montgomery Street, 41st Floor
                    San Francisco, CA 94104
              **BY: MARK C. MAO, ATTORNEY AT LAW**
                  **BEKO RICHARDSON, ATTORNEY AT LAW**

                    Boies Schiller Flexner LLP
                    2029 Century Park East, Suite 1520
                    Los Angeles, CA 90067
              **BY: ALISON L. ANDERSON, ATTORNEY AT LAW**

(Appearances continued on the following page)

**REPORTED BY: April Wood Brott, CSR No. 13782, Official United States Reporter**

**APPEARANCES (continued):**

For Plaintiffs:
        Boies Schiller Flexner
        100 SE 2nd Street, Suite 2800
        Miami, FL 33131
**BY:**   **JAMES W. LEE, ATTORNEY AT LAW**

        Boies Schiller Flexner LLP
        2029 Century Park East, Suite 1520
        Los Angeles, CA 90067
**BY:**   **ALISON L. ANDERSON, ATTORNEY AT LAW**
        **SAMANTHA D. PARRISH, ATTORNEY AT LAW**

For Defendants:
        Cooley LLP
        3 Embarcadero Center, 20th Floor
        San Francisco, CA 94111
**BY:**   **BENJAMIN Y. HUR, ATTORNEY AT LAW**
        **EDUARDO E. SANTACANA, ATTORNEY AT LAW**
        **SIMONA A. AGNOLUCCI, ATTORNEY AT LAW**
        **ARGEMIRA FLOREZ, ATTORNEY AT LAW**
        **HARRIS MATEEN, ATTORNEY AT LAW**
        **ISABELLA M. CORBO, ATTORNEY AT LAW**
        **NAIARA TOKER, ATTORNEY AT LAW**

        Cooley LLP
        10265 Science Center Drive
        San Diego, CA 92121
**BY:**   **MICHAEL ATTANASIO, ATTORNEY AT LAW**

```
 1    Wednesday - July 30, 2025                              9:40 A.M.
 2                         P R O C E E D I N G S
 3                              ---o0o---
 4         THE CLERK:  All rise.  The United States District
 5    Court for the Northern District of California is now in
 6    session.  The Honorable Richard Seeborg is presiding.
 7         You may be seated.  We are calling Case Number 20-CV-4688,
 8    Rodriguez, et al., versus Google.  Appearances please, starting
 9    with the plaintiff and then the defendant, if you want to come
10    up to the podium, please.
11         MR. BOIES:  Good morning, Your Honor.  David Boies of
12    Boies Schiller & Flexner on behalf of the plaintiff class.
13    With me today are my colleagues, Alison Anderson, Alex Boies,
14    Mark Mao, James Lee, Beko Richardson, and Samantha Parrish.
15         THE COURT:  Good morning.
16         MR. BOIES:  Good morning.
17         MR. HUR:  Good morning, Your Honor.  Ben Hur from
18    Cooley for Google.  I'm here with my colleagues, Mike
19    Attanasio, Simona Agnolucci, Eduardo Santacana, Argemira
20    Florez, Harris Mateen, Naiara Toker, and Isabella Corbo.
21         THE COURT:  Good morning.  So we have a lot to cover
22    today.  I always like pretrial conferences.  It's kind of a --
23    you feel like you get a lot done.  You actually do the nuts and
24    bolts of it all.
25         What I'm going to do, just to give you a roadmap of what
```

```
 1    barrel ahead.
 2              MR. BOIES:  Yeah.  I think --
 3              THE COURT:  Okay.
 4              MR. BOIES:  I think so, Your Honor.  Could I raise one
 5    other issue?
 6              THE COURT:  Sure.
 7              MR. BOIES:  And this is to get the Court's guidance.
 8    Last month, they served a 40-page supplemental expert
 9    report after obviously the Daubert motions had been ruled on.
10    Now, in what we got from them, the additional points that were
11    made in this expert report are not in their demonstrative
12    exhibits.  So we're not sure how much of this is going to come
13    in to the trial or not.
14              THE COURT:  Which expert are we talking about?
15              MR. BOIES:  What?
16              THE COURT:  Which expert are we talking about?
17              MR. BOIES:  This was Knittel.
18              THE COURT:  Okay.
19              MR. BOIES:  Knittel.  And the -- we obviously object
20    to their supplementing their expert report at this stage, and I
21    guess the issue is should we bring a formal motion for the
22    Court to decide?  Is that something that the Court wants to
23    discuss now?
24              THE COURT:  Well, Mr. Hur, what are you going to -- go
25    ahead.
```

1          **MR. HUR:**  Thank you, Your Honor.
2          It sounds like there is a dispute about something that our
3    expert said in that report.  I think, Your Honor, we should
4    meet and confer.  We have some concerns about what their expert
5    said.  So I think we should meet and confer, and if we need a
6    motion, we can agree --
7          **THE COURT:**  Okay.  If you are going to file -- if the
8    meet and confer fails to resolve these questions, I want you to
9    file any motions that are going to pertain to supplementing the
10   expert reports on either side promptly.  So I would want -- if
11   you're going to -- if this isn't going to resolve in some other
12   way, then I want the motion by early next week because time is
13   fleeting, and I want to get as much done as we can get done in
14   advance.
15         So plan to file it, say, by Tuesday of next week if you're
16   going to have, you know, a dispute with respect to either
17   side's supplemental expert documents.  And the only other, as
18   I'm trying to think back on what we talked about today is going
19   to be -- what was the other motion that I'm anticipating?
20         **MR. HUR:**  We were going to file a motion in limine --
21         **THE COURT:**  Well, one is to -- with respect to Mr. --
22   whatever his name is, your representative.
23         **MR. BOIES:**  Cataldo.
24         **MR. HUR:**  Cataldo.
25         **THE COURT:**  Yeah.  So that's going to be a motion.

1       And then supplemental expert.  Anything else that I'm --

2               **MR. HUR:**   I thought there was one motion.

3               **MR. SANTACANA:**   And a motion in limine, Your Honor,

4       that you invited earlier today.

5               **THE COURT:**   And remind me what it's about.

6               **MR. SANTACANA:**   I need to remind myself.

7       Your Honor, this is about multiplying the damages by 98

8       months.

9               **THE COURT:**   Oh, yes.  Okay.  I'm going to get a motion

10      on that, that's right.

11              **MR. SANTACANA:**   Yes.

12              **THE COURT:**   And then as I said -- I said this, but

13      I'll repeat it.  There is a subpoena.  This goes to number 6,

14      and I will deal with the motion to quash and the motion in

15      limine together, and you'll get an order on that issue.  Okay.

16              And as Karen reminds me, I think everybody agrees with

17      this, witnesses are excluded until -- yeah, that's way we

18      operate.  Okay?

19              So I will be giving you written orders on the motions in

20      limine, and I will then rule on these additional items that you

21      submit, but otherwise, I think we're just ready to go, I think.

22              Any settlement discussions going on?  I just want to know.

23      I don't want to know anything about them.  I just want to know

24      if they're going on.

25              **MR. BOIES:**   We have had them, Your Honor, and I think

```
 1                    CERTIFICATE OF REPORTER
 2        I certify that the foregoing is a correct transcript from
 3   the record of proceedings in the above-entitled matter.
 4
 5   DATE:  Saturday, August 2, 2025
 6
 7                   _____
 8                      April Wood Brott, CSR No. 13782
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 8/2/2025 at 5:48 PM and filed on 8/2/2025

| | |
|---|---|
| **Case Name:** | Rodriguez et al v. Google LLC et al |
| **Case Number:** | 3:20-cv-04688-RS |
| **Filer:** | |
| **Document Number:** | 584 |

**Docket Text:**
**Transcript of Proceedings held on July 30, 2025, before Judge Richard Seeborg. Court Reporter/Transcriber April Wood Brott, telephone number 510-225-8350 april_brott@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re [579] Transcript Order ) Release of Transcript Restriction set for 10/31/2025. (Related documents(s) [579]) (Brott, April) (Filed on 8/2/2025)**

**3:20-cv-04688-RS Notice has been electronically mailed to:**

Alexander Boies    aboies@bsfllp.com

Alexander Patrick Frawley    afrawley@susmangodfrey.com, apena@susmangodfrey.com

Alison Lynn Anderson    alanderson@bsfllp.com

Amanda K. Bonn    abonn@susmangodfrey.com, ecf-562585d2697e@ecf.pacerpro.com, kerene-palmer-9134@ecf.pacerpro.com, kpalmer@susmangodfrey.com

Argemira Florez    aflorez@cooley.com, cwindsor@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Beko Osiris Ra Reblitz-Richardson    brichardson@bsfllp.com, asaenz@bsfllp.com, beko-richardson-1540@ecf.pacerpro.com, sphan@bsfllp.com

Benedict Y. Hur    bhur@cooley.com, cwindsor@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Chelsea Hu    chu@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Christopher Jeffrey Pollack    christopher.pollack@forthepeople.com, jcabezas@forthepeople.com

Christopher William Johnstone    chris.johnstone@wilmerhale.com, kathleen.gregory@wilmerhale.com, WHDocketing@wilmerhale.com

Colin Losey    colin.losey@forthepeople.com

David Boies    dboies@bsfllp.com, david-boies-4521@ecf.pacerpro.com

David H. Kramer    dkramer@wsgr.com, dgrubbs@wsgr.com

Eduardo E. Santacana    esantacana@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Harris Mateen    hmateen@cooley.com, aramish@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Ian B. Crosby    icrosby@susmangodfrey.com, ecf-32ccd090cb59@ecf.pacerpro.com, ncullen@susmangodfrey.com

Isabella McKinley Corbo    icorbo@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

James W Lee    jlee@bsfllp.com, james-lee3284@ecf.pacerpro.com, tlopez@bsfllp.com

Jean Sutton Martin    jeanmartin@forthepeople.com, jcabezas@forthepeople.com, mrodriguezguerra@forthepeople.com

Jenna Golda Farleigh    jfarleigh@susmangodfrey.com, ecf-f5f06ad12d2b@ecf.pacerpro.com, michelle-wimmer-0217@ecf.pacerpro.com, mwimmer@susmangodfrey.com

Jesse Michael Panuccio    jpanuccio@bsfllp.com, ajensen@bsfllp.com

John A. Yanchunis    jyanchunis@forthepeople.com, jcabezas@forthepeople.com

Lingel Hart Winters    sawmill2@aol.com

M. Logan Wright    mwright@bsfllp.com

Mark C. Mao    mmao@bsfllp.com, lfrance-gorn@bsfllp.com, lsalazar@bsfllp.com, mark-mao-9407@ecf.pacerpro.com

Michael Attanasio    mattanasio@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, john-brocales-7263@ecf.pacerpro.com, smiyajima@cooley.com

Michael Francis Ram    MRam@forthepeople.com, bdo@forthepeople.com, jbmiller@forthepeople.com

Naiara Toker    ntoker@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, smartinez@cooley.com

Rossana Baeza    rbaeza@bsfllp.com

Ryan McGee    rmcgee@forthepeople.com, jcabezas@forthepeople.com, vwagner@forthepeople.com

Ryan Sila    rsila@susmangodfrey.com, jchavez@susmangodfrey.com

Samantha Diane Parrish    sparrish@bsfllp.com, samantha-parrish-7931@ecf.pacerpro.com

Sean Phillips Rodriguez    srodriguez@bsfllp.com, jchavez@bsfllp.com, sean-rodriguez-4625@ecf.pacerpro.com, sphan@bsfllp.com

Shawn Jonathan Rabin    srabin@susmangodfrey.com, lparrella@susmangodfrey.com

Simona Alessandra Agnolucci    sagnolucci@cooley.com, cwindsor@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com

Sonal N. Mehta    sonal.mehta@wilmerhale.com, whdocketing@wilmerhale.com

Steven M. Shepard    sshepard@susmangodfrey.com, bnatal@susmangodfrey.com

Thilini Chandrasekera    tchandrasekera@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, smartinez@cooley.com

William Christopher Carmody    bcarmody@susmangodfrey.com

**3:20-cv-04688-RS Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Rodriguez v. Google July 30.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/2/2025] [FileNumber=22652746-0]
[6e402f019ccd555d39c79b77207e7283a37f9bbe63eeb7ddd6165542c5dfe533f54ea
098d3a716004ee7a52d4fb05b538898deb1da13134c5d6b92e91c1aa0e7]]