# EXHIBIT C

# WHAT GOOGLE SHOULD HAVE PAID PER MONTH

| VALUE OF DATA PER MONTH | | NUMBER OF DEVICES | | TOTAL |
|---|---|---|---|---|
| **$3** | × | **174.52** MILLION | = | **$523.56** MILLION |

# COMPENSATORY DAMAGES BASED ON ONLY 1 MONTH OF SWAA-OFF PER DEVICE

Case 3:21-cv-00408-DB Document 1828 Filed 03/17/23 Page 3 of 7



# COMPENSATORY DAMAGES BASED ON 56 MONTHS OF SWAA-OFF PER DEVICE

Case 3:21-cv-06841-PJH   Document 335   Filed 03/17/25   Page 4 of 7



| Value of Data Per Month | Number of Devices | Months | Compensatory Damages | Class Members | Per Person | Per Device |
|---|---|---|---|---|---|---|
| $3 | 174.52 Million | 1 | $523.56 Million | 97,992,376 | **$5.34** | **$3.00** |

| Value of Data Per Month | Number of Devices | Months | Compensatory Damages | Class Members | Per Person | Per Device |
|---|---|---|---|---|---|---|
| $3 | 174.52 Million | 8 | $4.19 Billion | 97,992,376 | **$42.74** | **$24.00** |

| Value of Data Per Month | Number of Devices | Months | Compensatory Damages | Class Members | Per Person | Per Device |
|---|---|---|---|---|---|---|
| $3 | 174.52 Million | 56 | $29.32 Billion | 97,992,376 | **$299.21** | **$168.00** |

# COMPENSATORY DAMAGES BASED ON 8 MONTHS OF SWAA-OFF PER DEVICE



# HOW MUCH GOOGLE MADE

| Google U.S. Revenues During Class Period From Just 3 Products (App Promo, AdMob, Ad Manager) |
| :---: |
| **$51.12 Billion** |

| Google's Profits From sWAA-Off Data From Class Members |
| :---: |
| **More Than $2.28 Billion** |