COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:	(415) 693-2000
Facsimile:	(415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER SUSTAINING GOOGLE'S OBJECTIONS TO PLAINTIFFS' OPENING DEMONSTRATIVES REGARDING DAMAGES; GRANTING GOOGLE MOTION IN LIMINE NO. 15 TO EXCLUDE EVIDENCE OF UNTIMELY ALTERNATIVE UNJUST ENRICHMENT CALCULATIONS**<br><br>Dept:	3, 17th Fl.<br>Judge:	Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING GOOGLE'S
MIL RE UNJUST ENRICHMENT
3:20-CV-04688-RS

Before the Court is Google LLC's ("Google") Objections to Plaintiffs' Opening Demonstratives Regarding Damages and Google's Related Motion *in Limine* No. 15 to Exclude Evidence of Untimely Alternative Unjust Enrichment Calculations (the "Objections" and the "Motion"). Having considered the Objections and Motion, the Declaration of Thilini Chandrasekera filed concurrently therewith, and the exhibits attached thereto, along with other materials in the record, argument of counsel, and such other matters as the Court may consider, the Court SUSTAINS the Objections and GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiffs may not urge the jury to use a new per-month damages model;

2. Google's Motion *in Limine* No. 15 to Exclude Evidence of Untimely Alternative Unjust Enrichment Calculations is GRANTED. Plaintiffs are precluded from introducing evidence of the unjust enrichment figures from Mr. Lasinski's "alternative calculations" in his second supplemental report; and

3. Plaintiffs may not present demonstratives or argument regarding the above damages issues.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            HON. RICHARD SEEBORG
                                            United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[[PROPOSED] ORDER GRANTING GOOGLE'S
MIL RE UNJUST ENRICHMENT
3:20-CV-04688-RS