UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 20-cv-04688-RS

Case Name:  Anibal Rodriguez, et al. v. Google LLC

Date: August 18, 2025                                          Time:  4 H 15 M

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom                                        **Court Reporter:**  Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio.

Trial Began:  8/18/2025                                        Further Trial:

## PROCEEDINGS

Jury Selection – Held.

## SUMMARY

Court heard oral argument on the following:

Plaintiffs' motion *in limine* No. 9 [dkt 612] was **DENIED.**

Objections to Plaintiffs' opening argument demonstratives were **OVERRULED**.

Defendant's motion *in limine* No. 15 [dkt 613] is under consideration, and Plaintiffs must file responsive briefing by **5pm PT on August 19, 2025.**

Plaintiffs' motion to quash [dkt 611] is also under consideration, during which time the subpoena's compliance date is continued; Defendant must file responsive briefing by **5pm PT on August 19, 2025.**

8 jurors have been selected and sworn.

***SEE ATTACHED TRIAL LOG***