UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn | Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 8/18/2025 | Ana Dub | Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:38 AM | | | Court in session. Parties are present. Jury not present. Oral argument heard re: Motion to Quash Subpoena to Susan Harvey – under consideration and responsive briefing is due by 5 PM on 8/19/2025. | |
| | | | | | Oral arguments heard regarding Objections to Plaintiffs' opening argument demonstratives were overruled. Defendant's Motion in Limine No. 15, dkt 613, is under consideration, and plaintiffs must file responsive briefing by 5 PM on 8/19/2025. Plaintiffs' Motion in Limine No. 9, dkt 612 is Denied. | |
| | | 9:04 AM | | | Court recessed | |
| | | 9:06 AM | | | Court and counsel are present. Prospective jurors are present. Clerk takes attendance and seats the first fourteen (14) jurors. | |
| | | 9:22 AM | | | Court reconvened. Prospective jurors are sworn. Court addressed the prospective jurors. Voir dire began. | |
| | | 10:50 AM | | | Court recessed for short break. Jurors are excused for morning break and asked to return at 11:10 AM | |
| | | | | | Outside the presence of the jury court heard cause challenges/hardships. | |
| | | 11:10 AM | | | Court reconvened. The following jurors were excused: 1, 4, 7, 8 and 12. New jurors 16, 17, 18, 19, 20 are seated, and voir dire begins as to the newly seated jurors. | |
| | | 11:40 AM | | | Court excused juror 18. Juror 19 is seated and voir dired. Juror 6 is excused and juror 20 is seated and voir dired. | |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 18, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:22 PM | | | Court reconvened. Clerk announced the 8 selected jurors who are 5, 10,15, 16, 17,20, 21, 23. Court asked the selected jurors if they could serve. | |
| | | | | | Jurors 5 and 10 stated they could not serve and are excused. Jurors 24, 25, 26, 27 are seated and are voir dired by the court. | |
| | | | | | Jurors 26, 27 are excused. Jurors 28, 29, 31, 32 are seated and voir dired by the court. Jurors 28, 29 and 32 are excused. | |
| | | | | | The 8 selected jurors are: 15, 16, 17, 20, 21, 23,25, 31. | |
| | | 1:05 PM | | | Clerk administered the selected juror oath. Clerk takes jurors to jury room for orientation. Jurors are told that on Tuesday, 8/19/2025 they will be given preliminary instructions and opening statements. | |
| | | 1:14 PM | | | Court recessed for the day. | |

2