UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 20-cv-04688-RS

Case Name:  Anibal Rodriguez, et al. v. Google LLC

Date: August 19, 2025                                   Time:  3 H 52 M

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom                                 **Court Reporter:**  Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio.

Trial Began:  8/18/2025                                 Further Trial:  8/20/2025

**PROCEEDINGS**

Jury Trial – Held.

**SUMMARY**

Court heard oral argument on the Joint Report re: Evidentiary Disputes.

Opening statements.

**Witnesses:** David Monsees

**Admitted Exhibits:**  PX62, PX84, PX403, PX404, PX405, PX184, PX186, PX3, PX113, PX2, PX9

***SEE ATTACHED TRIAL LOG***