UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 8/19/2025 | Ana Dub | Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:14 AM | | | Court in session. Parties are present. Jury not present. Oral arguments heard on the Joint Report re: Evidentiary Disputes, dkt 617. | |
| | | 8:31 AM | | | Court recessed. | |
| | | 9:20 AM | | | Court reconvened. Parties are present. Jury present. Jurors advised to try and arrive at each trial day before 8:30 AM so court can start on time. Court gives preliminary instructions. | |
| | | 9:39 AM | | | Plaintiffs' Opening Statement by David Boies | |
| | | 10:26 AM | | | Court recessed for short ten-minute break and will resume at 10:40. Jurors reminded of the admonition | |
| | | 10:42 AM | | | Court reconvened. Parties are present. Jurors are present. Defendant's Opening Statement by Ben Hur. | |
| | | 11:24 AM | | | Court recessed for short ten-minute break and will resume at 11:40. Jurors reminded of admonition. | |
| | | 11:43 AM | | | Court reconvened. Parties are present. Jurors are present. | |
| | | | | | Plaintiffs' witness David Monsees. Direct exam by William Carmody. | |
| PX62 | | 11:47 AM | X | X | PX 62 | |
| PX84 | | 11:56 AM | X | X | PX 84 | |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 19, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PX403, PX404. PX405 | | 12:02 PM | X | X | PX403, PX404, PX405 | |
| PX184 | | 12:07 PM | X | X | PX184 | |
| PX186 | | 12:09 PM | X | X | PX186 | |
| | | 12:21 PM | | | Videoclip of Mr. Picahi's testimony before Congress | |
| PX3 | | 12:28 PM | X | X | PX3 | |
| PX113 | | 12:32 PM | X | X | PX113 | |
| PX2 | | 1:10 PM | X | X | PX2 | |
| PX9 | | 1:20 PM | X | X | PX9 | |
| | | 1:28 PM | | | Jurors released for the day and reminded of the admonishment. Jurors to return on 8/20/2025 by 8:15 AM. | |
| | | 1:29 PM | | | Court recessed for the day. Remaining Time: Plaintiffs: 17:29:18. Defendant: 19:18:21<br>Mr. Monsees is excused for the day and shall return on Tuesday, 8/20/2025 for continued testimony. | |
| | | 1:35 PM | | | Clerk reconciled admitted exhibits with the parties. Parties and court agree on the admitted exhibits. | |

2