**COOLEY LLP**
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:	(415) 693-2000
Facsimile:	(415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**GOOGLE'S RULE 6(B) MOTION FOR LEAVE TO LATE FILE OPPOSITION TO PLAINTIFFS' MOTION TO QUASH (ECF 611)**<br><br>Date:	August 20, 2025<br>Time:	8:00 a.m.<br>Dept:	3, 17th Fl.<br>Judge:	Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S MOTION FOR LEAVE TO
LATE FILE MTQ OPP.
3:20-CV-04688-RS

Pursuant to Federal Rule of Civil Procedure 6(b), Google LLC respectfully asks the Court for leave to file its opposition to Plaintiffs' Motion to Quash (ECF No. 611) late. The Court set the filing deadline for 5:00 p.m. today, August 19, 2025. Google has good cause for its request: Plaintiffs produced court-ordered documents essential to the opposition just 90 minutes before the deadline.

Google's counsel was prepared to timely file the opposition brief, declarations, and exhibits early this afternoon. However, Plaintiffs did not produce Susan Harvey's court-ordered medical records until 3:27 pm today. Receiving these new documents so close to the deadline forced Google's counsel to substantially revise the entire filing. Counsel immediately began reviewing the records and rewriting the brief and declarations to address the new information. Despite working as quickly as possible, Google could not complete this work before the 5:00 p.m. deadline.

The Court may extend a deadline after it has expired for good cause and excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). Good cause exists here. The delay is short and will have no impact on the case schedule. The reason for the delay was Plaintiffs' last-minute production of documents, an event outside Google's control. Granting this motion allows the Court to consider a complete record that includes the very documents it ordered Plaintiffs to produce.

Google apologizes for any inconvenience to the Court. We respectfully ask the Court to grant this motion and accept our Opposition to Plaintiffs' Motion to Quash as timely filed.

                                                */s/ Simona Agnolucci*
                                                SIMONA AGNOLUCCI

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

GOOGLE'S MOTION FOR LEAVE TO
LATE FILE MTQ OPP.
3:20-CV-04688-RS