# EXHIBIT A

## TO SIMONA AGNOLUCCI DECLARATION

## FILED UNDER SEAL