| | |
|---|---|
| 1 | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529) |
| 2 | (mattanasio@cooley.com)<br>BENEDICT Y. HUR (224018) |
| 3 | (bhur@cooley.com)<br>SIMONA AGNOLUCCI (246943) |
| 4 | (sagnolucci@cooley.com)<br>EDUARDO E. SANTACANA (281668) |
| 5 | (esantacana@cooley.com)<br>ARGEMIRA FLÓREZ (331153) |
| 6 | (aflorez@cooley.com)<br>NAIARA TOKER (346145) |
| 7 | (ntoker@cooley.com)<br>HARRIS MATEEN (335593) |
| 8 | (hmateen@cooley.com)<br>THILINI CHANDRASEKERA (333672) |
| 9 | (tchandrasekera@cooley.com)<br>ISABELLA MCKINLEY CORBO (346226) |
| 10 | (icorbo@cooley.com)<br>CHELSEA HU (357212) |
| 11 | (chu@cooley.com)<br>3 Embarcadero Center, 20th Floor |
| 12 | San Francisco, CA  94111-4004<br>Telephone:     (415) 693-2000 |
| 13 | Facsimile:     (415) 693-2222 |
| 14 | Attorneys for Defendant<br>GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO MOTION TO QUASH SUBPOENA TO SUSAN HARVEY**<br><br>Dept:      3, 17th Fl.<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

**FILED UNDER SEAL**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF SANTACANA ISO GOOGLE'S OPP.
TO MTN. TO QUASH SUBP. TO HARVEY
3:20-CV-04688-RS