# EXHIBIT A
## TO HARRIS MATEEN DECLARATION

## FILED UNDER SEAL