# EXHIBIT E

## TO HARRIS MATEEN DECLARATION

## FILED UNDER SEAL