1 | COOLEY LLP
MICHAEL A. ATTANASIO (151529)
2 | (mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
3 | (bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
4 | (sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
5 | (esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
6 | (aflorez@cooley.com)
NAIARA TOKER (346145)
7 | (ntoker@cooley.com)
HARRIS MATEEN (335593)
8 | (hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
9 | (tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
10 | (icorbo@cooley.com)
CHELSEA HU (357212)
11 | (chu@cooley.com)
3 Embarcadero Center, 20th Floor
12 | San Francisco, CA 94111-4004
Telephone: (415) 693-2000
13 | Facsimile: (415) 693-2222

14 | Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated, | Case No. 3:20-CV-04688-RS |
| Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO QUASH SUBPOENA TO SUSAN HARVEY** |
| v. | Dept: 3, 17th Fl. |
| GOOGLE LLC, | Judge: Hon. Richard Seeborg |
| Defendant. | Date Action Filed: July 14, 2020 Trial Date: August 18, 2025 |

1    Having considered Plaintiffs' Motion to Quash the trial subpoena served on Plaintiff and

2 Class Representative Susan Lynn Harvey, Defendant Google LLC's Opposition thereto, and the

3 arguments presented to the Court, the Court hereby finds as follows:

4    1. Plaintiffs have not met their burden to show that Ms. Harvey is medically unavailable to

5        testify under Federal Rule of Civil Procedure 32(a)(4)(C) or that the subpoena subjects her

6        to an undue burden under Rule 45(d)(3). The evidence provided is insufficient to excuse a

7        named Plaintiff and Class Representative from testifying at trial.

8    2. Defendant Google LLC would be significantly prejudiced if it were unable to conduct a live

9        cross-examination of Ms. Harvey. Her testimony is critical for the jury to assess her

10        credibility regarding her claims of harm. A videotaped deposition is not an adequate

11        substitute under these circumstances.

12    Accordingly, IT IS HEREBY ORDERED that:

13    Plaintiffs' Motion to Quash the subpoena is **DENIED**. Plaintiff Susan Lynn Harvey shall

14 comply with the trial subpoena and appear to provide testimony in this matter.

15

16 **IT IS SO ORDERED.**

17

18 Dated: _____

19                                     _____
                                       HON. RICHARD SEEBORG
20                                     United States District Judge

323418650 v1

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
San Francisco

1

[Proposed] Order Denying Plfs' Mtn.
to Quash Subpoena to Harvey
3:20-CV-04688-RS