COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Dept:      3, 17th Fl.<br>Judge:     Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

GOOGLE'S ADMIN MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED
3:20-CV-04688-RS

Pursuant to Civil Local Rules 7-11 and 79-5, Google LLC requests to file its Opposition to Plaintiffs' Motion to Quash the Subpoena of Susan Harvey under seal.  Although Plaintiffs have not designated most of this material as confidential, the filings contain detailed discussions of Ms. Harvey's medical conditions. Google therefore files the entire Opposition package under seal out of an abundance of caution..

| Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be Filed Under Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Google's Opposition to Plaintiffs' Motion to Quash Subpoena to Susan Harvey | Plaintiffs | Entirety | References Plaintiffs' sensitive personal information |
| Exhibits A-E to Mateen Declaration | Plaintiffs | Entirety | References Plaintiffs' sensitive personal information |
| Exhibit A to Agnolucci Declaration | Plaintiffs | Entirety | References Plaintiffs' sensitive personal information |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

GOOGLE'S ADMIN MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED
3:20-CV-04688-RS

1    Dated: August 19, 2025                              Respectfully submitted,

2                                                        COOLEY LLP

3

4                                              By: /s/ Simona Agnolucci
                                                   Michael A. Attanasio
5                                                  Benedict Y. Hur
                                                   Simona Agnolucci
6                                                  Eduardo E. Santacana
                                                   Argemira Flórez
7                                                  Harris Mateen
                                                   Isabella McKinley Corbo
8                                                  Naiara Toker
                                                   Thilini Chandrasekera
9                                                  Chelsea Hu

10                                                 *Attorneys for Defendant*
                                                   *Google LLC*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GOOGLE'S ADMIN MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED
3:20-CV-04688-RS**