```
COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO QUASH SUBPOENA TO SARAH HARVEY**<br><br>Dept:     3, 17th Fl.<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DENYING PLFS' MTN. TO
QUASH SUBPOENA TO SARAH HARVEY
3:20-CV-04688-RS

Having considered Plaintiffs' Motion to Quash the trial subpoena served on Plaintiff and Class Representative Susan Lynn Harvey, Defendant Google LLC's Opposition thereto, and the arguments presented to the Court, the Court hereby finds as follows:

1. Plaintiffs have not met their burden to show that Ms. Harvey is medically unavailable to testify under Federal Rule of Civil Procedure 32(a)(4)(C) or that the subpoena subjects her to an undue burden under Rule 45(d)(3). The evidence provided is insufficient to excuse a named Plaintiff and Class Representative from testifying at trial.

2. Defendant Google LLC would be significantly prejudiced if it were unable to conduct a live cross-examination of Ms. Harvey. Her testimony is critical for the jury to assess her credibility regarding her claims of harm. A videotaped deposition is not an adequate substitute under these circumstances.

Accordingly, IT IS HEREBY ORDERED that:

Plaintiffs' Motion to Quash the subpoena is **DENIED**. Plaintiff Susan Lynn Harvey shall comply with the trial subpoena and appear to provide testimony in this matter.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          HON. RICHARD SEEBORG
                                          United States District Judge

323418650 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER DENYING PLFS' MTN. TO
QUASH SUBPOENA TO SARAH HARVEY
3:20-CV-04688-RS