UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.,

    Plaintiffs,

    v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-04688-RS

**ORDER ON DEPOSITION DESIGNATION OBJECTIONS**

Plaintiffs have designated various portions of Eric Miraglia's deposition transcript to be played at trial. Defendant objects to several of these designations and proposes counter-designations. After reviewing the materials and the parties' description of the disputes, *see* Dkt. No. 617-1, and in light of the arguments heard earlier today, the following deposition designations (as well as any related proposed counter-designations) are excluded. Any other at-issue designations related to PX-004 or PX-031 may be played for the jury, as may Defendant's responsive counter-designations. The court expects that the designations and related counter-designations will play continuously in the order in which they appear in the transcript.

Excluded Deposition Designations:

- 117:8 – 117:25
- 118:24 - 119:1
- 119:3 - 119:3
- 119:5 – 119:10
- 120:13 – 120:24

1    **IT IS SO ORDERED**.

3    Dated: August 20, 2025

_____
RICHARD SEEBORG
Chief United States District Judge