COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF NAIARA TOKER IN SUPPORT OF GOOGLE LLC'S MOTION IN LIMINE NO. 17 TO EXCLUDE REFERENCE TO INJUNCTIVE RELIEF**<br><br>Dept:    3, 17th Fl.<br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF N. TOKER ISO GOOGLE'S
MIL NO. 17 RE INJUNCTIVE RELIEF
3:20-CV-04688-RS

I, Naiara Toker, hereby declare as follows:

1. I am an associate with the law firm Cooley LLP and am counsel for Defendant Google LLC in the above captioned action. I am duly licensed to practice law in the state of California and am admitted to practice before this Court. The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters. I submit this declaration in support of Google's Motion *in Limine* No. 17 to Exclude Reference to Injunctive Relief, filed concurrently herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Pretrial Conference Transcript, Dated July 30, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Anibal Rodriguez, dated October 16, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Plaintiff Julian Santiago, dated March 7, 2022.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Susan Harvey, dated October 27, 2022.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the realtime rough transcript of trial proceedings in the above-referenced proceeding, dated August 20, 2025.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on August 20, 2025, at San Francisco, California.

*/s/ Naiara Toker*
Naiara Toker

Cooley LLP
Attorneys at Law
San Francisco

1

Declaration of N. Toker ISO Google's
MIL No. 17 Re Injunctive Relief
3:20-CV-04688-RS