# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO
 4   _____
                                        )
 5   ANIBAL RODRIGUEZ, et al.,          )
     individually and on behalf of      )
 6   all others similarly situated,     )
                                        )
 7                      Plaintiffs,     )
                                        ) Case No.:
 8   vs.                                ) 3:20-CV-04688
                                        )
 9   GOOGLE LLC, et al.,                )
                                        )
10                      Defendant.      )
     _____)
11
12
13                 ** CONFIDENTIAL **
14
15              Videotaped Deposition of
16                 ANIBAL RODRIGUEZ
17              (Conducted Remotely)
18            Sunday, October 16, 2022
19                 12:03 p.m. EDT
20
21
22
23
24   Job No.:  5516994
25   Reported by:  BRENDA MATZOV, CSR NO. 9243
```

Page 1

CONFIDENTIAL

```
 1              MR. LEE:  So no --                          14:00:00

 2     BY MS. ARAKAKI:                                       14:00:00

 3         Q.   -- Mr. Rodriguez --                          14:00:00

 4              MR. LEE:  -- representation from you?         14:00:00

 5     No representation from you; is that right?            14:00:01

 6              MS. ARAKAKI:  This is my deposition.          14:00:04

 7     I'm asking the questions here.                        14:00:04

 8     BY MS. ARAKAKI:                                       14:00:09

 9         Q.   Mr. Rodriguez, when you made the             14:00:09

10     decision last year to purchase an Android            14:00:11

11     phone, did you consider the allegations you           14:00:13

12     made in this case the year before?                    14:00:16

13         A.   Yes.                                          14:00:18

14         Q.   Did you consider it in the purchase          14:00:18

15     decision you made?                                    14:00:24

16         A.   Yes.                                          14:00:27

17         Q.   How did it factor into your purchase         14:00:29

18     decision?                                             14:00:31

19         A.   Well, what -- what -- why -- you know,       14:00:33

20     why I bought the -- the -- the device?  Is that       14:00:37

21     what you said?                                        14:00:39

22         Q.   How did the fact that you had -- no.         14:00:45

23     I'll rephrase.                                        14:00:46

24              How did the fact that you had made           14:00:47

25     allegations in July 2020 that Google -- to            14:00:50
```

Page 82

| 1 | use your words -- was engaging in disturbing | 14:00:52 |
| 2 | conduct by collecting data while WAA is off | 14:00:56 |
| 3 | factor into your decision to purchase another | 14:00:56 |
| 4 | phone that used the Android software system? | 14:01:00 |
| 5 | A.   Because, you know, being limited to | 14:01:05 |
| 6 | what I have as far as options.  Again, I'm not | 14:01:06 |
| 7 | a rich person.  I don't -- I don't have money | 14:01:09 |
| 8 | to buy certain phones.  My provider had a great | 14:01:11 |
| 9 | deal and I had to do that.  Sometimes I -- you | 14:01:16 |
| 10 | know, you have to go that route.  I mean, that's | 14:01:19 |
| 11 | basically what it comes down to.  I mean, that's -- | 14:01:23 |
| 12 | that's why I chose to do that. | 14:01:25 |
| 13 | But, again, WAA's off, it should not | 14:01:29 |
| 14 | be collecting data, you know.  It -- it's plain | 14:01:33 |
| 15 | and simple. | 14:01:37 |
| 16 | And, again, we're -- we're -- we're | 14:01:42 |
| 17 | in this here.  And as -- as far as what we're | 14:01:43 |
| 18 | investigating, I didn't want to change any of | 14:01:51 |
| 19 | my -- my -- my activities or -- or what I'm doing | 14:01:53 |
| 20 | if before -- if -- if we're in this investigation, | 14:01:59 |
| 21 | I needed to keep what I had. | 14:02:01 |
| 22 | So my phone still had same apps, still | 14:02:04 |
| 23 | have WAA off, and my -- my behaviors are still | 14:02:08 |
| 24 | the same.  In order for this to continue, I want | 14:02:11 |
| 25 | to make sure that you know that I still have | 14:02:15 |

Page 83

| | | |
|---|---|---|
| 1 | the same behaviors. | 14:02:17 |
| 2 | Q.   Why did you think it was important | 14:02:21 |
| 3 | that you have the same behaviors during your | 14:02:24 |
| 4 | investigation? | 14:02:26 |
| 5 | A.   Because we're -- we're in this | 14:02:27 |
| 6 | investigation.  And if -- if everything is -- | 14:02:28 |
| 7 | you know, if -- if you are indeed taking | 14:02:30 |
| 8 | information from me without my permission, | 14:02:34 |
| 9 | we need to know.  So my phone is still there, | 14:02:36 |
| 10 | the same way it was before -- before the | 14:02:40 |
| 11 | allegation and while we're in this deposition. | 14:02:42 |
| 12 | So why I have the same phone is so | 14:02:45 |
| 13 | that way we can figure out what's going on. | 14:02:49 |
| 14 | And, obviously, at the end of the day, we'll | 14:02:52 |
| 15 | figure out what -- what's really happening. | 14:02:54 |
| 16 | Q.   How will you do that? | 14:02:57 |
| 17 | A.   Well, you're -- we're -- we're doing | 14:03:00 |
| 18 | an investigation.  We're in this lawsuit here. | 14:03:01 |
| 19 | And I have lawyers and other professionals that | 14:03:04 |
| 20 | are looking into that. | 14:03:08 |
| 21 | Q.   Besides what your lawyers are doing, | 14:03:13 |
| 22 | do you have any knowledge about what is being | 14:03:14 |
| 23 | done to investigate your allegations? | 14:03:17 |
| 24 | MR. LEE:  I think she's asking about | 14:03:21 |
| 25 | things beyond discussions you've had with counsel. | 14:03:23 |

Page 84

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | If you can answer that, go ahead.  But don't | 14:03:25 |
| 2 | reveal any discussions.  You can -- you can -- | 14:03:28 |
| 3 | you can state that you had discussions with | 14:03:29 |
| 4 | counsel.  But I don't want you to get into | 14:03:34 |
| 5 | any of the contents.  Okay? | 14:03:37 |
| 6 | THE WITNESS:  Right. | 14:03:39 |
| 7 | So can you repeat the question again? | 14:03:39 |
| 8 | BY MS. ARAKAKI: | 14:03:41 |
| 9 | Q.  So you said several times that the | 14:03:41 |
| 10 | reason you couldn't change from an Android | 14:03:43 |
| 11 | phone is because you were in the middle of | 14:03:46 |
| 12 | an investigation in this case. | 14:03:48 |
| 13 | What are you doing to investigate | 14:03:50 |
| 14 | your allegations besides what you've discussed | 14:03:52 |
| 15 | with counsel or have learned from counsel? | 14:03:55 |
| 16 | A.  What have I done? | 14:04:00 |
| 17 | Well, again, this -- there are other -- | 14:04:01 |
| 18 | there are other people involved.  For instance, | 14:04:05 |
| 19 | professionals that are digging into this | 14:04:08 |
| 20 | information.  As far as the details, I'm not | 14:04:10 |
| 21 | a tech guy, so I wouldn't know.  But I'm trusting | 14:04:12 |
| 22 | that the people on my team are going to get to | 14:04:16 |
| 23 | the bottom of it. | 14:04:20 |
| 24 | Q.  Besides your attorneys, who are you | 14:04:20 |
| 25 | referring to when you say professionals and | 14:04:22 |

Page 85

CONFIDENTIAL

```
 1    people on your team?                        14:04:24

 2         A.   Well, we have several different   14:04:25

 3    people on the team that are looking into this.  14:04:28

 4    My lawyers and I discussed it.  And they advise  14:04:30

 5    me of what information that we're --         14:04:37

 6              MR. LEE:  All right.  All right.   14:04:38

 7    That's enough.  That's enough.              14:04:38

 8    BY MS. ARAKAKI:                             14:04:41

 9         Q.   Without discussing what your lawyers  14:04:42

10    told you, you said there were several people  14:04:43

11    on your team.                               14:04:45

12              Who are those people?  Or do you  14:04:46

13    know if there's anyone besides your lawyers?  14:04:48

14         A.   From discussing, my lawyers advise  14:04:52

15    that there are some professionals that are --  14:04:52

16    are looking into what's being -- what information  14:04:54

17    is being taken and -- and look into -- basically,  14:04:58

18    delving a little bit deeper on the situation.  14:05:02

19         Q.   Have you talked to anybody besides  14:05:08

20    your lawyers that are --                    14:05:11

21         A.   No.                              14:05:13

22         Q.   -- supposedly on your team?       14:05:13

23         A.   No.                              14:05:15

24         Q.   Once the case is over, if you lose  14:05:17

25    this case, will you stop using Android smartphones?  14:05:19
```

Page 86

```
 1        A.   If I lose?                              14:05:27

 2             I -- I -- well, I don't think we're     14:05:27

 3   going to lose.  But if -- if you guys are stealing  14:05:29

 4   information without the permission of -- of your   14:05:34

 5   users, which is what's going on, and it's being    14:05:38

 6   allowed, I have to figure out something.  I don't  14:05:44

 7   know what I would do.                              14:05:45

 8        Q.   You said the reason that you couldn't    14:05:49

 9   stop or choose to use a different phone besides    14:05:51

10   an Android phone is because you're investigating.  14:05:53

11             If the case is over and you lose,        14:05:55

12   would you choose a different phone or not?         14:05:57

13             MR. LEE:  Asked and answered.            14:06:02

14             THE WITNESS:  I don't -- I don't --      14:06:02

15   again, I don't know.  I would figure out           14:06:02

16   something.                                         14:06:05

17   BY MS. ARAKAKI:                                    14:06:05

18        Q.   When you say "figure out something,"     14:06:05

19   what do you mean?                                  14:06:07

20        A.   I have to figure out what I would        14:06:08

21   need to do, how -- what -- what -- what options    14:06:11

22   I would have.  I don't know what options I have    14:06:12

23   right now because we haven't gotten to that        14:06:13

24   point.                                             14:06:16

25        Q.   Did you look into your options that      14:06:16
```

Page 87

```
 1    you might have for other phones before purchasing        14:06:18

 2    your current phone?                                      14:06:23

 3        A.   Before purchasing my current phone?             14:06:27

 4             When I was shopping, yeah.  But, again,         14:06:30

 5    there's certain -- when I -- when -- when -- when         14:06:32

 6    I chose to have my phone, if I -- if I do -- if          14:06:37

 7    I go to a different -- a -- you know, let's say          14:06:43

 8    to a flip phone, how -- how -- how are we going          14:06:45

 9    to go ahead and continue this investigation when         14:06:49

10    I don't even have the phone anymore.                     14:06:51

11             Then you'll be asking me the question,          14:06:53

12    you know, you don't even have the -- the phone           14:06:54

13    anymore.  So, you know, why are we investigating         14:06:56

14    this?  And, you know, I don't know if you would          14:06:58

15    ask that.  But I'm just assuming.                        14:07:00

16             But in order for this to continue and           14:07:02

17    to make sure that what you are doing is -- is            14:07:07

18    exactly what you're doing, I need to make sure           14:07:16

19    that I have the same exact settings and the same         14:07:18

20    apps on my phone to make sure and to just continue       14:07:23

21    on.                                                      14:07:26

22             And yes, you know, it's a little creepy         14:07:26

23    that you guys are still doing it.  But, you know,        14:07:29

24    that's why we're doing this, so hopefully you            14:07:31

25    stop it and then -- and hopefully you can fix            14:07:31
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that button. | 14:07:35 |
| 2 | Q.   Apart from what your lawyers have | 14:07:36 |
| 3 | told you, why do you think it's important | 14:07:39 |
| 4 | that you continue doing the same thing for | 14:07:41 |
| 5 | your investigation?  What do you think you're | 14:07:43 |
| 6 | going to learn? | 14:07:46 |
| 7 | Can you spell it out? | 14:07:47 |
| 8 | MR. LEE:  Asked and answered. | 14:07:50 |
| 9 | THE WITNESS:  Again, it's -- it's -- | 14:07:51 |
| 10 | it's the same thing.  We're -- we're -- we're | 14:07:51 |
| 11 | here to figure out what the situation is.  It's | 14:07:56 |
| 12 | not just me.  Obviously it's a class.  And it's | 14:07:58 |
| 13 | very important for me to continue on and -- and | 14:08:00 |
| 14 | to kind of give that -- give my behaviors, make | 14:08:03 |
| 15 | sure it's the same.  Because there's -- obviously | 14:08:06 |
| 16 | there will be a different situation if I didn't | 14:08:08 |
| 17 | have the same phone.  It would be a flip phone. | 14:08:11 |
| 18 | We would be talking about something -- something | 14:08:13 |
| 19 | different. | 14:08:14 |
| 20 | I want to make sure that, when we're | 14:08:14 |
| 21 | investigating this, that the answers are going | 14:08:17 |
| 22 | to be there, because I have the same information | 14:08:20 |
| 23 | on my phone and because I have the same apps, | 14:08:22 |
| 24 | because I have an Android phone, and to continue | 14:08:24 |
| 25 | on. | 14:08:27 |

Page 89

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Because if you are doing it, if you | 14:08:27 |
| 2 | are stealing information, it will be in that | 14:08:29 |
| 3 | device and we can continue on.  And if so, then -- | 14:08:33 |
| 4 | and if we win, which I think we're going to win, | 14:08:36 |
| 5 | then you would need to fix that.  You would need | 14:08:40 |
| 6 | to fix the -- the -- the -- the button and -- | 14:08:43 |
| 7 | and -- and end this when it comes down to it. | 14:08:45 |
| 8 | BY MS. ARAKAKI: | 14:08:51 |
| 9 | Q.  So I'll try -- so I'll try that again | 14:08:51 |
| 10 | in a different way. | 14:08:52 |
| 11 | Can you tell me one fact you think you | 14:08:52 |
| 12 | will learn from this investigation by continuing | 14:08:55 |
| 13 | to use an Android? | 14:08:58 |
| 14 | MR. LEE:  Asked and answered.  He's | 14:09:03 |
| 15 | given you multiple facts. | 14:09:04 |
| 16 | THE WITNESS:  So you're -- ask -- ask | 14:09:09 |
| 17 | that question again. | 14:09:12 |
| 18 | BY MS. ARAKAKI: | 14:09:13 |
| 19 | Q.  Can you tell me one fact you think you | 14:09:13 |
| 20 | will learn from this investigation by continuing | 14:09:16 |
| 21 | to use your Android phone? | 14:09:19 |
| 22 | MR. LEE:  Same objection. | 14:09:21 |
| 23 | THE WITNESS:  Yeah.  So, you know, | 14:09:23 |
| 24 | again, it's -- as far as one fact, there isn't | 14:09:25 |
| 25 | one fact.  There's many different factors here. | 14:09:29 |

Page 90

CONFIDENTIAL

```
 1    BY MS. ARAKAKI:                              14:10:36

 2        Q.   What --                            14:10:36

 3             MR. LEE:  -- harassing the witness, 14:10:36

 4    please?  Like, why don't you cool down your  14:10:37

 5    tone and --                                  14:10:40

 6             THE WITNESS:  Because I'm --         14:10:41

 7             MR. LEE:  -- ask --                  14:10:41

 8             THE WITNESS:  -- I'm just moving --  14:10:41

 9             MR. LEE:  Hold on.                   14:10:41

10             THE WITNESS:  -- papers around --    14:10:42

11             MR. LEE:  Hold on.  Hold on.         14:10:42

12             -- and -- and ask normal questions.  14:10:43

13    Okay?  He already told you he's not reading  14:10:44

14    anything.  I'm sitting across from him.  He's 14:10:47

15    not reading anything.                        14:10:49

16             So you're -- you're asking him what  14:10:50

17    a fact is.  I think he did his best to answer 14:10:52

18    that ridiculous question.  Move on and ask    14:10:55

19    another question.                            14:10:58

20    BY MS. ARAKAKI:                              14:10:58

21        Q.   So let me try that again.           14:10:59

22             What is one fact do you think you'll 14:11:02

23    learn from this investigation based on continuing 14:11:04

24    to use an Android phone?                     14:11:07

25             MR. LEE:  Asked and answered.        14:11:11
```

Page 92

CONFIDENTIAL

```
 1    BY MS. ARAKAKI:                                   14:11:11

 2         Q.   That you couldn't -- that you couldn't  14:11:11

 3    learn if you changed phones?                      14:11:12

 4         A.   Well, you -- we wouldn't be able to     14:11:19

 5    understand how you're gathering information       14:11:21

 6    with my -- like, with -- with information that    14:11:25

 7    I have on my phone, like the apps that I have.    14:11:26

 8    With a flip phone, you don't have apps.  So       14:11:28

 9    there's no way for my -- my team to gather        14:11:31

10    information on a flip phone that I have.          14:11:36

11         If I keep the same phone, we continue        14:11:38

12    on with this search of the truth, then we can     14:11:42

13    figure out what's going on.  You know, it --      14:11:48

14    I mean, we're -- we're just getting to the --     14:11:50

15    the -- the nitty-gritty here.                     14:11:53

16         Why would I change phones and just           14:11:56

17    kind of, like, let it be and just pause --        14:11:57

18    pause it?  Or I get the flip phone?               14:11:58

19         Whereas, we can't continue on to --          14:12:01

20    to -- to continue with my phone that I have       14:12:03

21    now and make sure that, if there is anything      14:12:09

22    funky going on, we can probably catch it and      14:12:14

23    continue on.  So I'm -- that's exactly what       14:12:15

24    I'm doing.  I'm just going to keep the same       14:12:17

25    information that I have on my phone, same apps,   14:12:20
```

Page 93

| | | |
|---|---|---|
| 1 | Android phone, and see what happens from there. | 14:12:21 |
| 2 | Q.   Let's turn to the WAA disclosure you | 14:12:29 |
| 3 | have in front of you. | 14:12:31 |
| 4 | Do you still have that there? | 14:12:33 |
| 5 | A.   Yes. | 14:12:34 |
| 6 | Q.   What date is the WAA disclosure dated? | 14:12:39 |
| 7 | Was it pulled from the website? | 14:12:42 |
| 8 | A.   Yes.  I'm not -- I'm not sure when | 14:12:49 |
| 9 | it was pulled or what date and time. | 14:12:51 |
| 10 | Q.   Is there any date on the page? | 14:12:53 |
| 11 | A.   No.  I don't have a date on the page. | 14:12:57 |
| 12 | Q.   Does it have any numbers on it at the | 14:13:00 |
| 13 | bottom, like a Bates number? | 14:13:03 |
| 14 | A.   It does not. | 14:13:04 |
| 15 | Q.   Did you print that out or was that | 14:13:06 |
| 16 | given to you? | 14:13:08 |
| 17 | A.   It was given to me. | 14:13:11 |
| 18 | Q.   Where in that disclosure do you think | 14:13:16 |
| 19 | Google said it would not collect any of your | 14:13:23 |
| 20 | information if WAA's off? | 14:13:26 |
| 21 | A.   Well, it's not just here.  We have | 14:13:29 |
| 22 | to go back to the Google privacy policy to get | 14:13:30 |
| 23 | to that.  When you're in the Google privacy | 14:13:34 |
| 24 | policy, again, it says: | 14:13:39 |
| 25 | "When you use our services, you're | 14:13:40 |

Page 94

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | And, you know, as -- as far as apps -- | 19:50:43 |
| 2 | going back to your question with apps, what apps | 19:50:46 |
| 3 | are associated, I don't know offhand what they | 19:50:49 |
| 4 | are. | 19:50:53 |
| 5 | Q.   So earlier you testified that you have | 19:50:55 |
| 6 | a hard time sleeping knowing what Google might | 19:50:58 |
| 7 | be doing with data when WAA is off. | 19:51:01 |
| 8 | Why didn't you create a Yahoo account | 19:51:05 |
| 9 | for your two sons instead of a Gmail account? | 19:51:09 |
| 10 | A.   Well -- well, if -- my son -- well, | 19:51:15 |
| 11 | first of all, my son, he -- he -- I didn't | 19:51:16 |
| 12 | create that.  That's why you don't see it -- | 19:51:18 |
| 13 | like, my information on there.  Because, in | 19:51:21 |
| 14 | fact, it -- that e-mail was not created on | 19:51:24 |
| 15 | 12/31/11.  So I don't know what -- how -- how | 19:51:26 |
| 16 | you got that information.  It's weird.  My -- | 19:51:30 |
| 17 | my son was one year's old.  And he's the one | 19:51:33 |
| 18 | that created that. | 19:51:36 |
| 19 | Did I know he did it offhand?  I -- | 19:51:37 |
| 20 | I -- you know, I -- I -- that's -- I -- I talked | 19:51:44 |
| 21 | to him about that.  We went over the rules.  Those | 19:51:44 |
| 22 | are -- you know, we came up with rules.  But as | 19:51:47 |
| 23 | far as why didn't I get -- do a -- a Yahoo account, | 19:51:52 |
| 24 | it's because I can put my -- if -- if he has -- | 19:51:55 |
| 25 | if he created it, I'm just going to say:  Okay, | 19:51:58 |

Veritext Legal Solutions
866 299-5127

```
1    you created that.  Now, you know what?  Give me        19:52:01

2    the e-mail so I can put it on my phone so I can        19:52:02

3    see your e-mail.                                       19:52:05

4         With my other -- with the other e-mails,          19:52:06

5    again, I want -- I wanted it to link to my -- my       19:52:07

6    account.  When I say "linked," I mean a way for        19:52:12

7    me to toggle through the different e-mails and         19:52:16

8    also get notifications that, if an e-mail comes        19:52:20

9    up with any of my kids' school or any purchases,       19:52:23

10   they pop up.  And that's why I use Gmail.              19:52:28

11        Again, if -- if -- us -- when my                  19:52:33

12   regular account was switched off, adding another       19:52:37

13   e-mail, it -- it -- there's this thing where it        19:52:42

14   automatically goes into WAA on.  And I wish that --    19:52:46

15   that didn't happen, where I had to go back and         19:52:49

16   double-check and make sure and make -- you know,       19:52:52

17   turn it off.  That's the case.                         19:52:55

18        There's -- you know, why I didn't do              19:53:00

19   a Yahoo account?  I figure that it's easier to         19:53:02

20   do a Gmail.  And I'm the one that's actually           19:53:07

21   looking at any information that's being sent           19:53:11

22   to that e-mail, with -- with the exception to          19:53:16

23   the "awesomenb."  [sic]                                19:53:18

24        Q.   Is there a reason you didn't want to         19:53:22

25   take the harder route of creating a Yahoo account      19:53:24
```

Page 312

```
 1    while you investigated your claims against Google?        19:53:25

 2        A.   Because I already have my account already        19:53:30

 3    here.  I already have my account on Google, my --         19:53:34

 4    my -- my -- my Google account on my device.  And,         19:53:39

 5    again, it's easier to just go to Google and press         19:53:43

 6    "Add an account," create the e-mail really quick,         19:53:47

 7    get your password and such, and then have it in           19:53:51

 8    my dashboard to pick.  But they don't have access         19:53:55

 9    to those e-mails that I created on my phone.              19:54:01

10            MR. LEE:  Hey, guys.                               19:54:05

11            MS. ARAKAKI:  I --                                 19:54:05

12            MR. LEE:  We're going to need to take              19:54:05

13    a break because our -- our food's here and we             19:54:07

14    gotta go downstairs to get it.  So I can't leave          19:54:11

15    the guy waiting.  Can we take a -- a ten-minute           19:54:11

16    short break while we can do that?  And we'll              19:54:14

17    come back up.  I think we can just -- we just             19:54:17

18    got munchables.  So we're not going to take any           19:54:20

19    time for dinner.  But I do need to grab the food          19:54:23

20    before the guy -- delivery guy leaves.                    19:54:25

21            MS. ARAKAKI:  Okay.  I'm not going to              19:54:28

22    agree to go off the record just yet.  But I am            19:54:29

23    almost done.  And then we can go off the record.          19:54:30

24            MR. LEE:  Actually --                              19:54:34

25            MS. ARAKAKI:  I'm going to ask my next --          19:54:34
```

Page 313

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MS. ARAKAKI: | 20:08:30 |
| 2 | Q.   Apart from making sure WAA is off, | 20:08:31 |
| 3 | did you change your behavior in the way you | 20:08:33 |
| 4 | interacted with any of the apps after and as | 20:08:36 |
| 5 | a result of the allegations in your July 2020 | 20:08:39 |
| 6 | Complaint? | 20:08:42 |
| 7 | MR. LEE:  Asked and answered. | 20:08:44 |
| 8 | THE WITNESS:  No.  The -- it -- it's -- | 20:08:44 |
| 9 | I continue on with the WAA off and same behaviors. | 20:08:46 |
| 10 | I mean, it's -- what I changed was the -- the -- | 20:08:52 |
| 11 | the WAA, making sure it's off, making sure all | 20:08:55 |
| 12 | my e-mails -- because I didn't know that they | 20:08:58 |
| 13 | were on and then make sure they're off.  But | 20:09:00 |
| 14 | once I could -- once I did that, I continued | 20:09:03 |
| 15 | on. | 20:09:06 |
| 16 | BY MS. ARAKAKI: | 20:09:10 |
| 17 | Q.   Based on and as a result of the | 20:09:10 |
| 18 | allegations you believe to be true in your | 20:09:12 |
| 19 | initial Complaint that was filed on July | 20:09:15 |
| 20 | 2020, did you direct Nathan to change any | 20:09:17 |
| 21 | of his behavior with respect to the apps | 20:09:21 |
| 22 | on his Samsung phone? | 20:09:23 |
| 23 | A.   Did I direct him to do -- to -- | 20:09:27 |
| 24 | to change any -- anything on his phone?  I | 20:09:29 |
| 25 | believe so.  That was definitely something | 20:09:36 |

Page 327

CONFIDENTIAL

```
 1        Q.   -- as a result --                        20:10:50

 2        A.   We're -- we're talking about apps        20:10:52

 3   here and all my behaviors regarding those apps     20:10:55

 4   and my son's behaviors regarding those apps.       20:11:02

 5            Specific ones, I -- I -- I don't --       20:11:06

 6   I -- I don't know what -- how am I going to        20:11:08

 7   know which specific ones to look out for?          20:11:11

 8        Q.   So I'm not asking about any specific     20:11:18

 9   app or any specific thing you should look out      20:11:20

10   for.                                               20:11:24

11            I'm asking:  At any point after July      20:11:24

12   2020, as a result of the allegations in your       20:11:27

13   initial Complaint that you told me you believe     20:11:31

14   to be true, did you ask Nathan to change his       20:11:34

15   behavior with respect to his apps, whether         20:11:39

16   that would be to delete or otherwise use apps      20:11:41

17   differently?                                       20:11:45

18        A.   As far as apps goes, I didn't tell       20:11:50

19   him to -- to change his behaviors on how to        20:11:52

20   use the apps that he normally uses.                20:11:54

21        Q.   Have you allowed Nathan to install       20:12:04

22   new apps since July 2020?                          20:12:08

23        A.   Maybe.  Yes.  I mean, I don't know       20:12:11

24   which ones.                                        20:12:15

25        Q.   Have you installed new apps since        20:12:21
```

Page 329

CONFIDENTIAL

```
 1    July 2020?                                    20:12:21

 2        A.   Yes.                                 20:12:22

 3        Q.   Before installing new apps after     20:12:23

 4    July 2020, did you investigate whether those  20:12:26

 5    apps use Google Analytics for Firebase?       20:12:29

 6        A.   No.                                  20:12:35

 7             MS. ARAKAKI:  Mr. Lee, did you want   20:12:50

 8    to go off the record to eat the dinner that   20:12:51

 9    you all had picked up?                        20:12:54

10             MR. LEE:  Well, I'm not eating at     20:13:00

11    this point.  So --                            20:13:01

12             THE WITNESS:  I'm good.               20:13:03

13             MR. LEE:  What's the time on the      20:13:04

14    record?  Are you done?  Lori, are you done?   20:13:05

15             MS. ARAKAKI:  No.  I have -- no.  I   20:13:12

16    have a little more.  But it was a good breaking 20:13:12

17    point.  So --                                 20:13:16

18             MR. LEE:  A good breaking point for   20:13:17

19    you now?                                      20:13:20

20             MS. ARAKAKI:  -- I wanted to ask.     20:13:20

21             Yes.  It was a good breaking point.   20:13:21

22    So I wanted --                                20:13:23

23             MR. LEE:  For who?                    20:13:23

24             MS. ARAKAKI:  -- to ask if you wanted 20:13:23

25    a break.                                      20:13:23
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | when WAA is off, that that information will not | 20:40:03 |
| 2 | be gathered by the app. | 20:40:12 |
| 3 | Q.  Are you able to answer this following | 20:40:25 |
| 4 | question with a "yes" or "no"? | 20:40:27 |
| 5 | Have you ever withdrawn your consent | 20:40:29 |
| 6 | with any third-party app to collect your data | 20:40:32 |
| 7 | and send it to Google? | 20:40:35 |
| 8 | A.  It -- it -- I -- I don't think -- I | 20:40:39 |
| 9 | mean, that's -- I have not, because it's not -- | 20:40:41 |
| 10 | it doesn't matter.  It -- it's -- it -- my deal | 20:40:45 |
| 11 | is not with -- my deal is with them when I -- | 20:40:49 |
| 12 | when I -- if I decide to do that. | 20:40:52 |
| 13 | If I decide to tell them, hey, look, | 20:40:54 |
| 14 | don't send information to Google or it's okay | 20:40:58 |
| 15 | for me -- for you to send to Google.  At the | 20:41:02 |
| 16 | end of the day, whether or not I -- I -- I | 20:41:06 |
| 17 | consent or do not consent or contact them to | 20:41:08 |
| 18 | tell them that I do not consent and want to -- | 20:41:13 |
| 19 | want to use their app, that's up to me to do | 20:41:16 |
| 20 | with them specifically. | 20:41:19 |
| 21 | You're just recommending that I do | 20:41:19 |
| 22 | that on this here, so that way it's easier for | 20:41:21 |
| 23 | you guys not to receive it.  But if -- like I | 20:41:25 |
| 24 | said, if we're -- if you say that you're not | 20:41:31 |
| 25 | going to take that information when Google -- | 20:41:34 |

Page 349

CONFIDENTIAL

```
 1              Will you delete any apps that disclose          20:43:25

 2     to you that they are sending your data to Google?        20:43:28

 3         A.   Is WAA on or off?                               20:43:35

 4         Q.   You allege that -- I'll repeat the              20:43:39

 5     question.                                                20:43:41

 6              Mr. Rodriguez, you allege that, even            20:43:42

 7     with WAA off, third-party apps will use Firebase         20:43:44

 8     to send Google data about you.                           20:43:48

 9              Will you delete any apps that disclose          20:43:51

10     to you that they are sending your data to Google?        20:43:54

11              MR. LEE:  Objection.  Vague.                    20:44:05

12              THE WITNESS:  Well, I won't change              20:44:06

13     anything right now since we're still in this             20:44:08

14     lawsuit.  And what I'm hoping for is, if it              20:44:12

15     turns out that Google is doing exactly what              20:44:19

16     we think they're doing, which is taking our              20:44:23

17     data and using it without our consent, what              20:44:29

18     I'm hoping for is that Google will fix the               20:44:32

19     issue, make the button work and -- where I               20:44:37

20     don't have to -- I shouldn't have to delete              20:44:44

21     apps that use Firebase because Google has it             20:44:52

22     in there and it shares information with Google.          20:44:56

23              I shouldn't have to feel that way.              20:44:59

24     I shouldn't have to delete it because, you know          20:45:02

25     what, Google is stealing my -- I'm not doing it          20:45:04
```

Page 351

| | | |
|---|---|---|
| 1 | now because we're in -- doing this investigation. | 20:45:07 |
| 2 | But if it turns out that you are, I | 20:45:10 |
| 3 | expect all that to change.  And that way I don't | 20:45:13 |
| 4 | have to delete it.  If you're -- if -- if Google | 20:45:17 |
| 5 | is found on be doing it -- or not doing it, then | 20:45:22 |
| 6 | if that's proved, that Google's not doing it, | 20:45:28 |
| 7 | then it wouldn't be an issue either. | 20:45:32 |
| 8 | I shouldn't have to delete my apps | 20:45:33 |
| 9 | either way, whether it's Google is taking my | 20:45:36 |
| 10 | information without my consent or Google wasn't | 20:45:40 |
| 11 | doing it and I was crazy or something like that. | 20:45:42 |
| 12 | Then either way, I shouldn't have to delete my -- | 20:45:45 |
| 13 | my apps.  I won't be doing it now because I want | 20:45:48 |
| 14 | to make sure that everything's the same on my | 20:45:52 |
| 15 | phone. | 20:45:55 |
| 16 | BY MS. ARAKAKI: | 20:45:55 |
| 17 | Q.   Are you testifying that you're willing | 20:45:55 |
| 18 | submitting to privacy violations while this | 20:46:00 |
| 19 | case is pending? | 20:46:03 |
| 20 | A.   I don't -- I don't understand what | 20:46:05 |
| 21 | you mean. | 20:46:07 |
| 22 | MR. LEE:  Asked and answered. | 20:46:08 |
| 23 | BY MS. ARAKAKI: | 20:46:09 |
| 24 | Q.   You're saying that you won't change | 20:46:09 |
| 25 | your behavior -- correct? -- with respect to | 20:46:11 |

Page 352

CONFIDENTIAL

```
 1    the way you use apps?                          20:46:13

 2         A.   I won't change it right now because   20:46:15

 3    we're in -- under an investigation and I'm not 20:46:18

 4    going to change my behaviors on my phone due   20:46:20

 5    to that.                                        20:46:21

 6         Q.   Why do you believe you can't change   20:46:23

 7    your behavior?                                  20:46:27

 8              MR. LEE:  Asked and answered, I think, 20:46:29

 9    ten times.                                      20:46:29

10              THE WITNESS:  I -- I -- because I'm    20:46:30

11    not -- why would I do that if -- if we're doing 20:46:30

12    an investigation right now?                     20:46:34

13              I mean, if -- if you're doing something 20:46:36

14    and you're telling me, well, you know, don't do 20:46:38

15    it anymore and I can't -- we can't catch you doing 20:46:41

16    it, if you want me to stop doing that because it's 20:46:45

17    going to limit what information is given to catch 20:46:48

18    somebody doing it, that's the wrong thing.  I'm  20:46:54

19    not going to do that.                           20:46:56

20              If you're doing something wrong, I want 20:46:56

21    to make sure that everything is exactly as they -- 20:46:58

22    as it was when it was happening to make sure that 20:47:00

23    if -- the -- if -- if we're investigating, that  20:47:04

24    everything is still the same.  It -- it's -- I    20:47:07

25    can't change anything.  I need to make sure that 20:47:09
```

Page 353

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | my attorneys, the professionals that are working | 20:47:12 |
| 2 | on this case as well have all the same information | 20:47:17 |
| 3 | they had previously to make sure that things are | 20:47:21 |
| 4 | not looking funky. | 20:47:24 |
| 5 | BY MS. ARAKAKI: | 20:47:26 |
| 6 |     Q.  Mr. Rodriguez, if this case concludes | 20:47:26 |
| 7 | and Google changes nothing about the way the | 20:47:26 |
| 8 | Web & App Activity toggle functions and you | 20:47:30 |
| 9 | are told by third-party apps that they will | 20:47:33 |
| 10 | use GA for Firebase to send Google data about | 20:47:36 |
| 11 | you, will you delete any of those third-party | 20:47:39 |
| 12 | apps that disclose they're using Firebase to | 20:47:44 |
| 13 | send your data to Google? | 20:47:49 |
| 14 |     A.  Well, you're -- if you're saying that, | 20:47:51 |
| 15 | if you fix the button and you say that we fixed | 20:47:52 |
| 16 | the button, it's going to do exactly what we say | 20:47:57 |
| 17 | it's going to do, and you're not going to collect | 20:48:01 |
| 18 | that data from those same apps and everything is | 20:48:06 |
| 19 | working, it's -- let's say -- let's say you are -- | 20:48:08 |
| 20 | let's say, in this -- in this fake world, that | 20:48:12 |
| 21 | Google -- throughout this whole process, Google | 20:48:20 |
| 22 | was not doing that, not at all.  Or if you're | 20:48:23 |
| 23 | caught doing it, that you did do it and you | 20:48:28 |
| 24 | don't fix it, I'm not -- I'm -- I -- I -- if -- | 20:48:33 |
| 25 | if -- this has to be fixed. | 20:48:36 |

Page 354

CONFIDENTIAL

```
 1              CERTIFICATE OF REPORTER

 2

 3              I, BRENDA MATZOV, CSR NO. 9243, do hereby

 4     certify:

 5              That, prior to being examined, the witness

 6     named in the foregoing deposition was remotely duly

 7     sworn by me to testify the truth, the whole truth,

 8     and nothing but the truth;

 9              That the foregoing deposition was taken

10     remotely before me, at which time the aforesaid

11     proceedings were stenographically recorded by me

12     and thereafter transcribed by me;

13              That the foregoing transcript, as typed,

14     is a true record of the said proceedings;

15              And I further certify that I am not

16     interested in the action.

17

18              Dated this 28th day of October, 2022.

19

20

21

22

23              BRENDA MATZOV, CSR NO. 9243

24

25
```

Page 371