# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ANIBAL RODRIGUEZ, JULIEANNA
 5   MUNIZ, ELIZA CAMBA, SAL CATALDO,
 6   EMIR GOENAGA, JULIAN SANTIAGO,
 7   HAROLD NYANJOM, KELLIE NYANJOM,
 8   AND SUSAN LYNN HARVEY,
 9   INDIVIDUALLY AND ON BEHALF OF ALL
10   OTHERS SIMILARLY SITUATED,
11          PLAINTIFFS,
12      vs.                            NO. 3:20-CV-04688
13   GOOGLE LLC,
14          DEFENDANT.
15   _____/
16
17         VIDEOTAPED DEPOSITION OF SUSAN HARVEY
18           *VIA REMOTE COUNSEL VIDEOCONFERENCE*
19               THURSDAY, OCTOBER 27, 2022
20                      VOLUME I
21
22   STENOGRAPHICALLY REPORTED BY:
23   MEGAN F. ALVAREZ, RPR, CSR No. 12470
24   JOB NO. 5516967
25   PAGES 1 - 262
```

Page 1

| | | |
|---|---|---|
| 1 | no, I haven't.  It just makes it worse. | 05:15:53 |
| 2 | BY MR. MATEEN: | 05:16:06 |
| 3 |     Q.   Ms. Harvey, are you claiming a medical | 05:16:55 |
| 4 | injury in this lawsuit? | 05:16:57 |
| 5 |     A.   No.  I -- I stated that was from before. | 05:16:58 |
| 6 | But this made it -- this has added on to it because | 05:17:01 |
| 7 | I didn't realize I'd been lied to the whole time. | 05:17:05 |
| 8 |     Q.   Since finding out about the actions | 05:17:44 |
| 9 | alleged in this lawsuit, have you changed any of | 05:17:47 |
| 10 | your actions? | 05:17:50 |
| 11 |     MR. LEE:  Vague. | 05:17:55 |
| 12 |     THE WITNESS:  Which actions would that be? | 05:17:57 |
| 13 | I don't understand. | 05:17:59 |
| 14 | BY MR. MATEEN: | 05:18:02 |
| 15 |     Q.   I can reask it. | 05:18:02 |
| 16 |     After you found out about the actions that | 05:18:16 |
| 17 | you allege in this lawsuit, did you delete any apps? | 05:18:18 |
| 18 |     A.   I'm sure there's been apps that have went | 05:18:23 |
| 19 | off my phone because I switched phones.  But I -- I | 05:18:26 |
| 20 | don't know.  Maybe if I didn't use something | 05:18:29 |
| 21 | anymore, I would take it off.  But I -- I was sort | 05:18:31 |
| 22 | of curious what -- what was going to be find out. | 05:18:38 |
| 23 | That's why I seeked attorneys. | 05:18:41 |
| 24 |     Q.   Did you investigate which apps use | 05:18:49 |
| 25 | Google Analytics for Firebase? | 05:18:52 |

Page 244

| | | |
|---|---|---|
| 1 | A. That's not for me to do. | 05:18:54 |
| 2 | Q. Who's that for? | 05:19:02 |
| 3 | A. That's for the attorneys and experts, not | 05:19:03 |
| 4 | me. | 05:19:05 |
| 5 | I don't know what Google's practice is.  I | 05:19:11 |
| 6 | don't know who they talk to.  I don't know which | 05:19:12 |
| 7 | ones they use.  Why should I know that information? | 05:19:13 |
| 8 | I'm not trying to get their information.  My | 05:19:15 |
| 9 | information is one that was given out. | 05:19:17 |
| 10 | Q. Sitting here today, do you know if any app | 05:19:23 |
| 11 | you've ever used uses Google Analytics for Firebase? | 05:19:27 |
| 12 | A. I'm sure quite a bit of them do. | 05:19:32 |
| 13 | Q. If you knew which apps use | 05:19:34 |
| 14 | Google Analytics for Firebase, would you delete | 05:19:36 |
| 15 | them? | 05:19:39 |
| 16 | A. Why don't we cut this short?  Why doesn't | 05:19:39 |
| 17 | Google just fix the button?  Then I wouldn't have to | 05:19:42 |
| 18 | delete those apps because I enjoy playing them. | 05:19:44 |
| 19 | Then there wouldn't be a problem, right?  Because | 05:19:48 |
| 20 | they said they wouldn't do it in the first place, so | 05:19:50 |
| 21 | there shouldn't be a problem here. | 05:19:53 |
| 22 | Q. If, as you say Google, does not fix the | 05:19:54 |
| 23 | button, would you delete those apps? | 05:19:57 |
| 24 | A. I can't see a world that would happen in. | 05:19:58 |
| 25 | Q. You can't see a world where what would | 05:20:02 |

Page 245

| | | |
|---|---|---|
| 1 | happen in? | 05:20:05 |
| 2 | A.   Google would keep taking the information | 05:20:06 |
| 3 | and not fix it.  That's illegal.  You can't take | 05:20:08 |
| 4 | information and tell somebody that you're not going | 05:20:12 |
| 5 | to. | 05:20:14 |
| 6 | I don't want anybody knowing what I do on | 05:20:21 |
| 7 | my phone. | 05:20:23 |
| 8 | Q.   Imagine that the court in this case rules | 05:20:33 |
| 9 | that Google doesn't have to change its behavior, it | 05:20:35 |
| 10 | can keep doing what it's doing. | 05:20:41 |
| 11 | Would you then delete those apps? | 05:20:44 |
| 12 | A.   I can't see the court ruling that.  I | 05:20:47 |
| 13 | don't see that happening.  Because they made a | 05:20:49 |
| 14 | statement that they weren't going to do it and I | 05:20:54 |
| 15 | would be in control, and it's a lie. | 05:20:56 |
| 16 | Q.   Would you ever delete those apps? | 05:21:06 |
| 17 | MR. LEE:  Objection.  Vague. | 05:21:09 |
| 18 | THE WITNESS:  If I didn't want to use | 05:21:11 |
| 19 | them. | 05:21:13 |
| 20 | BY MR. MATEEN: | 05:21:16 |
| 21 | Q.   You wouldn't want to use them? | 05:21:17 |
| 22 | A.   If I did not want to use them, I might | 05:21:19 |
| 23 | delete them. | 05:21:21 |
| 24 | But the real thing that needs to be fixed | 05:21:22 |
| 25 | is Google's promises.  Don't make a promise if you | 05:21:24 |

Page 246

| | | |
|---|---|---|
| 1 | can't keep that promise. You can't figure out how | 05:21:27 |
| 2 | to do it, that's not my fault. They shouldn't have | 05:21:30 |
| 3 | made a promise in the first place. | 05:21:34 |
| 4 |     Q. So I understand that you believe that a | 05:21:35 |
| 5 | court would not do this. But just imagine for the | 05:21:39 |
| 6 | possibility that you were wrong about what is and | 05:21:44 |
| 7 | isn't illegal and the court rules that from Google | 05:21:47 |
| 8 | doesn't have to change it's behavior. | 05:21:52 |
| 9 |     Would you then delete those apps? | 05:21:54 |
| 10 |     A. I can't believe that would ever happen. | 05:21:57 |
| 11 |     Q. Ms. Harvey, I understand that you cannot | 05:22:00 |
| 12 | believe that it will happen, but imagine that it | 05:22:01 |
| 13 | does. | 05:22:05 |
| 14 |     A. I -- I can't imagine that. Why -- why | 05:22:06 |
| 15 | would that happen? You can't make a promise, break | 05:22:09 |
| 16 | that promise, make money off people's data when they | 05:22:12 |
| 17 | said that they weren't going to do that, and -- and | 05:22:17 |
| 18 | it be okay. It's not okay. | 05:22:19 |
| 19 |     Q. Ms. Harvey, for example, your last case | 05:22:23 |
| 20 | was dismissed on statute of limitations grounds. | 05:22:25 |
| 21 | Let's say that this case gets dismissed on statute | 05:22:28 |
| 22 | of limitations grounds. | 05:22:32 |
| 23 |     In that case, would you delete these apps | 05:22:34 |
| 24 | off your phone? | 05:22:38 |
| 25 |     A. It's not going to get dismissed for | 05:22:40 |

Page 247

| | | |
|---|---|---|
| 1 | statute of limitations.  So I don't even have to | 05:22:42 |
| 2 | consider that, correct? | 05:22:45 |
| 3 |     Q.   Would you ever delete your Google account? | 05:22:48 |
| 4 |         MR. LEE:  Objection.  Vague. | 05:22:52 |
| 5 |         THE WITNESS:  What other option do I have | 05:22:55 |
| 6 | on an Android device so I can use the Play Store? | 05:22:57 |
| 7 |         MR. LEE:  Can I get a time check? | 05:23:11 |
| 8 |         THE VIDEO OPERATOR:  6:23. | 05:23:19 |
| 9 |         MR. LEE:  I'm sorry? | 05:23:20 |
| 10 |         THE WITNESS:  Six hours, 23 minutes. | 05:23:22 |
| 11 |         MR. LEE:  Thank you. | 05:23:29 |
| 12 | BY MR. MATEEN: | 05:23:29 |
| 13 |     Q.   Ms. Harvey, since filing this case, have | 05:23:30 |
| 14 | you used any apps differently than you did before? | 05:23:33 |
| 15 |     A.   No.  I'm trying to find out what's going | 05:23:38 |
| 16 | on.  It's being investigated right now.  They're | 05:23:40 |
| 17 | checking everything out.  So if I stopped using | 05:23:46 |
| 18 | those things, then nothing would be found out, would | 05:23:49 |
| 19 | it? | 05:23:52 |
| 20 |     Q.   Have you interacted with anyone in your | 05:23:53 |
| 21 | life any differently than before you filed your | 05:23:55 |
| 22 | lawsuit? | 05:23:57 |
| 23 |         MR. LEE:  Objection.  Vague. | 05:23:58 |
| 24 |         THE WITNESS:  With who?  I don't | 05:24:02 |
| 25 | understand. | 05:24:04 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | BY MR. MATEEN: | 05:24:05 |
| 2 | Q.   Have you communicated with anybody you | 05:24:11 |
| 3 | know differently? | 05:24:15 |
| 4 | MR. LEE:  Objection.  Vague. | 05:24:17 |
| 5 | BY MR. MATEEN: | 05:24:18 |
| 6 | Q.   Have you communicated with anybody you | 05:24:23 |
| 7 | know differently since filing your lawsuit? | 05:24:24 |
| 8 | MR. LEE:  Objection.  Vague. | 05:24:27 |
| 9 | BY MR. MATEEN: | 05:24:27 |
| 10 | Q.   Ms. Harvey, you can answer to the extent | 05:24:36 |
| 11 | that you are able to. | 05:24:37 |
| 12 | A.   Who? | 05:24:39 |
| 13 | Q.   Any person. | 05:24:41 |
| 14 | A.   People that I know? | 05:24:42 |
| 15 | Q.   Yes. | 05:24:43 |
| 16 | A.   Why would I do that?  They didn't do it. | 05:24:44 |
| 17 | They didn't make me a promise and break it. | 05:24:48 |
| 18 | Q.   Have you taken any steps to protect | 05:24:55 |
| 19 | yourself from the alleged misconduct from Google? | 05:24:57 |
| 20 | A.   I seeked a lawyer's advice.  My | 05:25:01 |
| 21 | Web & App Activity is off.  I was thinking the | 05:25:06 |
| 22 | information wasn't being collected and it was. | 05:25:07 |
| 23 | So, yes, I seeked a lawyer's advice. | 05:25:10 |
| 24 | Q.   Since -- | 05:25:13 |
| 25 | THE VIDEO OPERATOR:  Excuse me.  This is | 05:25:16 |

Page 249

| | | |
|---|---|---|
| 1 | the videographer.  I made a mistake.  It's 6:13. | 05:25:16 |
| 2 | Sorry. | 05:25:18 |
| 3 |        MR. MATEEN:  Thank you. | 05:25:21 |
| 4 |        MR. LEE:  We're going backwards in time? | 05:25:22 |
| 5 | Jesus. | 05:25:24 |
| 6 | BY MR. MATEEN: | 05:25:26 |
| 7 |    Q.   Since filing this suit, other than talking | 05:25:29 |
| 8 | to your lawyer, have you taken any steps to protect | 05:25:32 |
| 9 | your privacy against Google's alleged misconduct? | 05:25:35 |
| 10 |    A.   Well, they weren't supposed to be doing it | 05:25:39 |
| 11 | in the first place, so what could I take?  What | 05:25:40 |
| 12 | steps could I take? | 05:25:43 |
| 13 |    Q.   Have you tried to take any steps? | 05:25:46 |
| 14 |    A.   What steps would those be?  I still have | 05:25:47 |
| 15 | my Samsung phone.  It's still Android.  Google's | 05:25:50 |
| 16 | still doing it.  And they said they wouldn't but | 05:25:55 |
| 17 | they are. | 05:25:57 |
| 18 |        Web & App Activity has two options:  On or | 05:25:58 |
| 19 | off.  Mine was off, period.  I did not turn that on. | 05:26:02 |
| 20 | So I'm a little bit confused by that. | 05:26:05 |
| 21 |        But I seeked an attorney's advice and | 05:26:08 |
| 22 | we're here now.  So I think I have taken steps.  I | 05:26:12 |
| 23 | want it to stop.  I want the button fixed.  And I | 05:26:16 |
| 24 | don't want them to have my information. | 05:26:20 |
| 25 |    Q.   Have you made the -- have you made any | 05:26:24 |

Page 250

```
 1   attempts to learn a different operating system?           05:26:25
 2        A.   I've explained that extensively why I have      05:26:30
 3   to use Android with my father having dementia.            05:26:33
 4        Q.   Have you made any attempts to sign out of       05:26:42
 5   any of your Google accounts on your Android device?       05:26:44
 6        A.   Now, why would I do that?  Google's not         05:26:49
 7   taking information, right?  So why would I have to        05:26:51
 8   sign out?                                                 05:26:53
 9        Q.   You've alleged misconduct on the part of        05:27:01
10   Google and specifically that Google is taking             05:27:04
11   information.                                              05:27:07
12             And so I'm asking:  After you filed your        05:27:08
13   complaint, have you taken any efforts to log out of       05:27:12
14   your Google accounts on your Android device?              05:27:18
15        A.   Why would I log out?  Is that so there's        05:27:21
16   no records of anything?  It's already been done.          05:27:25
17        Q.   Do you use your Samsung phone more or less      05:27:37
18   than when you filed this case?                            05:27:42
19             MR. LEE:  Mr. Mateen, she's -- she's            05:27:44
20   answered this question like six or seven times now.       05:27:44
21             MR. MATEEN:  Not this specific one.             05:27:47
22   BY MR. MATEEN:                                            05:27:49
23        Q.   Ms. Harvey, you can answer.                     05:27:49
24        A.   So that you understand, I love my phone.        05:27:50
25   I don't love Google's business practices and their        05:27:52
```

Page 251

```
 1   promises that they don't stand by.                          05:27:56

 2           Why wouldn't I use my phone that I                  05:28:02

 3   absolutely love?  Why doesn't Google just stop doing        05:28:04

 4   what they say they're not going to do?                      05:28:08

 5   BY MR. MATEEN:                                              05:28:11

 6       Q.   Have you tried to tell your dad to use his         05:28:12

 7   phone differently or --                                     05:28:17

 8       A.   I've turned my dad's information off.              05:28:20

 9   It's set the exact same way.                                05:28:22

10           And to tell you the truth, do you know              05:28:25

11   what dementia is?                                           05:28:28

12           My dad's used that Samsung Galaxy 9.                05:28:34

13   That's why we got the same phone, so he wouldn't            05:28:38

14   have to relearn everything.  It's impossible.               05:28:42

15       Q.   Did you log your dad out of a Google               05:28:48

16   account on his Android phone?                               05:28:51

17       A.   No.  I turned Web & App Activity off.              05:28:53

18       Q.   Have you warned anyone in your life of             05:29:00

19   Google's privacy violations after filing this suit?         05:29:06

20       A.   Not necessarily like you're stating.  But          05:29:11

21   if somebody I know has Web & App Activity off, I let        05:29:14

22   them know, "Hey, I don't think that button works."          05:29:19

23       Q.   Are you testifying that the harm you               05:29:27

24   allege is ongoing?                                          05:29:29

25       A.   My information's still being taken.  It's          05:29:31
```

Page 252

| | | |
|---|---|---|
| 1 | still being saved.  It's still being pulled | 05:29:35 |
| 2 | together.  And there's still advertisements coming | 05:29:38 |
| 3 | out there.  And it's still being gotten rid of, so | 05:29:42 |
| 4 | I'm thinking it's still being done. | 05:29:46 |
| 5 | Q.   Are you currently suffering a privacy | 05:29:49 |
| 6 | violation? | 05:29:52 |
| 7 | MR. LEE:  Objection to the form to the | 05:29:53 |
| 8 | extent it calls for a legal conclusion. | 05:29:55 |
| 9 | Answer if you can understand his question. | 05:29:56 |
| 10 | THE WITNESS:  Does the button work or | 05:30:00 |
| 11 | doesn't it?  If it doesn't work, that's a privacy | 05:30:01 |
| 12 | violation. | 05:30:04 |
| 13 | Why can't Google just say what they -- do | 05:30:12 |
| 14 | what they say they're going to do? | 05:30:14 |
| 15 | MR. MATEEN:  Ms. Harvey, thank you for | 05:30:23 |
| 16 | your time.  That's all we have for you today. | 05:30:24 |
| 17 | THE WITNESS:  Okay. | 05:30:27 |
| 18 | MR. MATEEN:  I know it's about been a long | 05:30:28 |
| 19 | day, so I appreciate you bearing with us all. | 05:30:29 |
| 20 | MR. LEE:  Let me get five minutes just to | 05:30:33 |
| 21 | consult with my team.  I may not have any questions, | 05:30:35 |
| 22 | but I just want to check.  Okay? | 05:30:39 |
| 23 | MR. MATEEN:  No problem. | 05:30:41 |
| 24 | THE VIDEO OPERATOR:  Going off the record. | 05:30:42 |
| 25 | The time is 5:30 p.m. | 05:30:42 |

Page 253

```
 1                CERTIFICATE OF REPORTER
 2           I, the undersigned, a Certified Shorthand
 3   Reporter of the State of California, do hereby
 4   certify:
 5           That the foregoing proceedings were taken
 6   before me at the time and place herein set forth;
 7   that any witnesses in the foregoing proceedings,
 8   prior to testifying, were administered an oath; that
 9   a verbatim record of the proceedings was made by me
10   using machine shorthand, which was thereafter
11   transcribed under my direction; and that the
12   foregoing is an accurate transcription thereof.
13           Further, that if the foregoing pertains to
14   the original transcript of a deposition in a federal
15   case, before completion of the proceedings, review
16   of the transcript [X] was [ ] was not requested.
17           I further certify that I am neither
18   financially interested in the action, nor a relative
19   or employee of any attorney of any party to this
20   action.
21           IN WITNESS WHEREOF, I have this date
22   subscribed my name.
23   DATED: November 11, 2022
24                                _____
                                  MEGAN F. ALVAREZ
25                                CSR No. 12470, RPR
```

Page 259