# EXHIBIT E

**ROUGH DRAFT - UNCERTIFIED COPY - ATTORNEYS' USE ONLY**

---

Please be aware when using, saving onto a hard computer disk, or receiving a Livenote/Bridge/Realtime ASCII that:

1. Because of the nature of stenographic outlines, differences WILL exist between the Livenote/Bridge/Realtime ASCII copy and the certified transcript prepared by the reporter. Those differences will include the following, among others:

    a. Words may change;
    b. Page and line numbers may change;
    c. Punctuation may change; and/or
    d. Quotes may change.

2. The Livenote/Bridge/Realtime ASCII draft is an uncertified, rough-draft copy of the proceedings.

3. A Livenote/Bridge/Realtime ASCII or saving Livenote/Bridge/Realtime onto a computer hard drive will only be provided when a certified copy is purchased and that there will be a charge for the Livenote/Bridge/Realtime in addition to the charge for the certified copy.

---

**DISCLAIMER**

THIS REALTIME ROUGH DRAFT TRANSCRIPT IS BEING PROVIDED TO COUNSEL PURSUANT TO CODE OF CIVIL PROCEDURE, SECTION 2025(R)(2), WHICH PROVIDES AS FOLLOWS:

"WHEN PREPARED AS A ROUGH DRAFT TRANSCRIPT, THE TRANSCRIPT OF THE PROCEEDING MAY NOT BE CERTIFIED AND MAY NOT BE USED, CITED, OR TRANSCRIBED AS THE CERTIFIED TRANSCRIPT OF THE PROCEEDINGS. THE ROUGH DRAFT TRANSCRIPT MAY NOT BE CITED OR USED IN ANY WAY OR AT ANY TIME TO REBUT OR CONTRADICT THE CERTIFIED

1  **Q.**  Why not?

2  **A.**  Well, a few reasons.  Firstly, Google should have to
3  change.  Google should make a privacy button that actually
4  works and honor its promises to its users.

5      And, secondly, as a class representative, it is my
6  responsibility to this class to maintain my same behaviors so
7  that our experts can do their work, and they've done a
8  phenomenal job at that, to be able to confirm what Google was,
9  indeed, collecting; and, finally, for legal reasons, to get
10 Google to change its practices.

11 **Q.**  Did knowing that Google collected and saved your app
12 activity after the lawsuit, did it change how you used certain
13 apps?

14 **A.**  I would say so, yeah.

15 **Q.**  Tell me more about that.

16 **A.**  Well, I was certainly more cautious with certain apps and
17 probably veered away from some altogether, maybe some of the
18 social media apps.  So it definitely affected the number of
19 apps that I was using.

20 **Q.**  Do you have an understanding, Mr. Santiago, one way or
21 another, that Google compromises the bandwidth or data on your
22 phone, as well as the battery life on the device, by taking
23 this sWAA data even when you have WAA off?

24 **A.**  Yes, I'd imagine so.

25          **MR. ATTANASIO:**  Objection.  Foundation.

**REALTIME UNCERTIFIED ROUGH DRAFT - NOT TO BE QUOTED FROM**