COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT GOOGLE LLC'S MOTION IN LIMINE NO. 17 TO EXCLUDE REFERENCE TO INJUNCTIVE RELIEF**<br><br>Dept:     3, 17th Fl.<br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

1   Before the Court is Google LLC's ("Google") Motion *in Limine* Re Plaintiffs' Reference to
2   Injunctive Relief (the "Motion"). Having considered the Motion, the Declaration of Naiara Toker
3   filed concurrently therewith, the exhibits attached thereto, and such other matters as the Court may
4   consider, the Court GRANTS the Motion.

5   Accordingly, IT IS HEREBY ORDERED THAT:

6   Google's Motion *in Limine* Re Plaintiffs' Reference to Injunctive Relief is GRANTED. The
7   Plaintiffs are precluded from testifying, or referencing in argument, that Plaintiffs continued using
8   at-issue applications for the purpose of preserving Article III standing to obtain injunctive relief.

10  **IT IS SO ORDERED.**

12  Dated: _____          _____
13                                             HON. RICHARD SEEBORG
                                               United States District Judge