**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**COOLEY LLP**
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant
GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT REPORT RE EVIDENTIARY DISPUTES FOR AUGUST 21, 2025**<br><br>Judge:   Hon. Richard Seeborg<br>Trial Date: August 18, 2025<br>Dept:   3, 17th Floor |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 20, 2025
3:20-CV-04688-RS

**Witness: Jonathan Hochman**

| Demonstratives | Google's Objection |
|---|---|
| Slides 20, 28, 29, 51 | Misleading the Jury – FRE 403; Lacks Reliable Foundation, Unreliable Methodology - FRE 702/703. |
| **Plaintiffs' Position** | **Google's Position** |
| Plaintiffs removed the phrase "despite concerns raised by Google employees" from all relevant slides, so that issue is moot. Plaintiffs do not plan to offer any improper opinions or evidence regarding consumer expectations or Google's intent. These demonstratives properly reflect a baseline for Dr. Hochman's testimony regarding how the Google technology at issue was supposed to function and whether the Google technology actually functioned in this way. PX-2 and PX-3 have already been admitted into evidence and the testimony by Mr. Pichai was already played for the jury. | Slides 20, 28, 29, and 51 improperly opine on consumer expectations and Google's intent, despite Dr. Hochman's technical expertise. These opinions are outside the scope of Dr. Hochman's expertise, are not disclosed in his expert report, and constitute opinions on ultimate questions of law in this action. In fact, Dr. Hochman disclaimed having such opinions at deposition. *See* Motion in Limine No. 16, Dkt. No. 628. |

| Miraglia Transcript | Google's Objection |
|---|---|
| **Plaintiffs' Position** | **Google's Position** |
| Plaintiffs intend to question Dr. Hochman solely about testimony by Mr. Miraglia that the Court has already allowed and that Dr. Hochman cited in his report as part of the materials he considered in forming his opinions. While Dr. Hochman's testimony precedes Mr. Miraglia's deposition being played, this evidence is admissible to that connection. *See* FRE 104. | Plaintiffs have disclosed Eric Miraglia's transcript as an Exhibit that Mr. Hochman will rely on. A deposition transcript is not an exhibit and cannot constitute evidence. Fed. R. Evid. 1002 (requiring the original recording to prove the contents of same). Additionally, it will likely confuse the jury to question Dr. Hochman on video testimony that the jury has not yet heard. Lastly, because Plaintiffs are still in the process of finalizing their designations for Mr. Miraglia, Google cannot confirm that Dr. Hochman will be questioned about admissible testimony. |

Dated: August 20, 2025

**BOIES SCHILLER FLEXNER LLP**

By:   */s/ Mark C. Mao*

David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Dated: August 20, 2025

**COOLEY LLP**

By:   */s/ Benedict Y. Hur*

BENEDICT Y. HUR (SBN: 224018)
bhur@cooley.com
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@cooley.com
EDUARDO E. SANTACANA (SBN: 281668)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 21, 2025
3:20-CV-04688-RS

| | |
|---|---|
| Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com | esantacana@cooley.com<br>ARGEMIRA FLOREZ (SBN: 331153)<br>aflorez@cooley.com<br>HARRIS MATEEN (SBN 335593)<br>hmateen@cooley.com<br>ISABELLA MCKINLEY CORBO (SBN 346226)<br>icorbo@cooley.com<br>3 Embarcadero Ctr., 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br><br>*Counsel for Defendant Google LLC* |

James Lee (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Samantha Parrish, CA Bar No. 318681
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 21, 2025
3:20-CV-04688-RS

1  201 N. Franklin Street, 7th Floor
2  Tampa, FL 33602
   Tel.: (813) 223-5505
3  jyanchunis@forthepeople.com
   rmcgee@forthepeople.com
4  mram@forthepeople.com

5  *Counsel for Plaintiffs*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 21, 2025
3:20-CV-04688-RS

**ATTESTATION**

I, Mark C. Mao, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 20, 2025                              By: */s/ Mark C. Mao*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 21, 2025
3:20-CV-04688-RS