UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 20-cv-04688-RS

Case Name:  Anibal Rodriguez, et al. v. Google LLC

Date: August 20, 2025                                    Time:  4 H 37 M

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom                                  **Court Reporter:**  Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio**,** Thilini Chandrasekera.

Trial Began:  8/18/2025                                  Further Trial:  8/21/2025

**PROCEEDINGS**

Jury Trial – Held.

**SUMMARY**

Court discussed the Motion to Quash Subpoena to Susan Harvey. Oral argument heard re: deposition designations as to Mr. Miraglia, Australian filings and MIL#15. Court will want defendants to file a response b to MIL 15 by the end of business today.

Continued direct exam of David Monsees. Cross-exam of David Monsees. Mr. Monsees is excused. Direct exam of Julian Santiago.  Julian Santiago is excused.

**Witnesses:** David Monsees, Julian Santiago

**Admitted Exhibits:**  PX45, G607, G569, G587, G574 as modified, G578, G941.R2, G578, G581, G576, PX123, PX67, PX116.

***SEE ATTACHED TRIAL LOG***