# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio, Thilini Chandrasekera |
| TRIAL DATE: 8/20/2025 | REPORTER(S): Ana Dub | CLERK: Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:07 AM | | | Court in session. Parties are present.  Jury not present.<br>Court discussed the Motion to Quash Subpoena to Susan Harvey. Court finds that the note from the doctor is not sufficient. There will be no more comments regarding the medical problems as to Ms. Harvey.<br>Oral argument heard re: deposition designations as to Mr. Miraglia. Parties shall identify the documents at issue for the court to review.<br>Discussion held re: Australian filings.<br>Discussion held re: MIL #15. | |
| | | 8: 24 AM | | | Court recessed. | |
| | | 8:35 AM | | | Court reconvened. Parties are present.  Jury not present. Court will require Defendants to file a responsive brief to MIL #15 by end of business today. | |
| | | 8:37 AM | | | Jury present. Continued direct exam of David Monsees by William Carmody. | |
| PX45 | | | X | X | PX45 | |
| | | 8:43 AM | | | Cross-exam by Eduardo Santacana | |
| | G607 | 10:01 AM | X | X | G607 | |
| | G569 | 10:07 AM | X | X | G569 | |
| | G587 | 10:12 AM | X | X | G587 | |
| | | 10:15 AM | | | Court recessed for morning break. Jurors are reminded of the admonishment and released to the jury room. Court will reconvene at 10:30 AM. | |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 20, 2025
Courtroom Deputy: Karen Hom    Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|-----|
|  |  | 10:33 AM |  |  | Court reconvened. Parties present. Jury present. Continued cross-exam. |  |
|  | G574 | 10:37 AM | X |  | G574 |  |
|  |  | 10:43 AM |  |  | Sidebar discussion re: exhibit G574. |  |
|  |  | 10:51 AM |  | X | G574 as modified per sidebar discussion. |  |
|  | G941.R2 | 10:55 AM | X | X | G941.R2 |  |
|  | G578 | 10:59 AM | X | X | G578 |  |
|  | G581 | 11:01 AM | X | X | G581 |  |
|  | G576 |  | X | X | G576 |  |
|  | G937 | 11:02 AM | X |  | G937. Mr. Carmody objects. Objection sustained. |  |
| PX123 |  | 11:17 AM | X | X | PX123 |  |
|  |  | 11:22 AM |  |  | Re-direct by Mr. Carmody. |  |
|  |  | 11:23 AM |  |  | Mr. Monsees is excused. |  |
|  |  | 11:25 AM |  |  | Witness Julian Santiago. Witness is sworn. Direct exam by James Lee. |  |
| PX67 |  | 11:34 AM | X | X | PX67 |  |
| PX116 |  | 11:41 AM | X | X | PX116 |  |
|  |  | 11:54 AM |  |  | Cross-exam by Mike Attanasio. |  |
|  |  | 11:58 AM |  |  | Court recessed for break. Jurors reminded of admonishment and released to jury room.  Court will resume at 12:15 |  |
|  |  | 12:20 PM |  |  | Court reconvened. Parties present. Jury present. Continued cross-exam by Mike Attanasio. |  |
|  |  | 1:18 PM |  |  | Re-direct exam by James Lee. |  |
|  |  | 1:35 PM |  |  | Julian Santiago is excused.  Jurors are reminded of the admonition and released for the day. Jurors to return on 8/21/2025 by 8:30 AM. |  |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 20, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
| | | | | | Jury not present.  Mr. Hur inquired about sidebar time. Sidebar time is not counted against the clock. | |
| | | | | | Housekeeping issue re: PX45 re: transcript video testimony of Mr. Pichai. Court asked counsel to review the transcript and matter will be discussed on Thursday, 8/21/2025. | |
| | | | | | Court recessed for the day.  Time remaining: Plaintiff: 16:41:18. Defendant: 16:09:32. | |
| | | | | | Clerk reviewed admitted exhibits with the parties and are in agreement. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |