UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 20-cv-04688-RS

**Case Name**: Anibal Rodriguez, et al. v. Google LLC

**Date: August 21, 2025**                                    **Time:  4 H 48 M**

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom                                       **Court Reporter:**  Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez, Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio, Thilini Chandrasekera

Trial Began:  8/18/2025                                      Further Trial:  8/25/2025

**PROCEEDINGS**

Jury Trial – Held.

**SUMMARY**

Direct exam, cross-exam and re-direct exam of Jonathan Hochman. Mr. Hochman is excused.
Direct exam of Anibel Pete Rodriguez.

**Witnesses:** Jonathan Hochman, Anibel Pete Rodriguez

**Admitted Exhibits:**  PX120-A, PX72, PX442, PX489, PX491, PX492, PX493, PX104

***SEE ATTACHED TRIAL LOG***