UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Richard Seeborg | PLAINTIFF ATTORNEY: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | DEFENSE ATTORNEY: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
|---|---|---|
| **TRIAL DATE:** 8/21/2025 | **REPORTER(S):** Ana Dub | **CLERK:** Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:11 AM | | | Court in session. Parties are present. Jury not present. Discussion held re: Exh 45 the video testimony of Mr. Pichai. Exh. 45 is withdrawn. Discussion held re: standing as to the class representative. Discussion held as to the clarification of the Marsiglia deposition designations. Document 4 will be excluded. MIL15 to be discussed later. | |
| | | 8:25 AM | | | Court recessed. | |
| | | 8:32 AM | | | Court reconvened. Discussion held regarding data admission. | |
| | | 8:34 AM | | | Jury present. Witness Jonathan Hochman. Witness is sworn. Direct exam by Mark Mao. | |
| PX120A | | 8:49 AM | X | X | PX120-A | |
| | | 9:11 AM | | | Mr. Mao identified the data admission exhibit numbers 442, 452, 453, 455,456,459,460,461,462,463,464,483,489,485,486,491. Mr. Santacana does not object to PX453, though not admitted, to be displayed to the jury. | |
| PX72 | | 9:33 AM | X | X | PX72 | |
| | | 10:00 AM | | | Court takes morning break. Jurors reminded of admonishment and retired to jury room. Court will resume at 10:15 AM. | |
| | | | | | Jury not present. Discussion is held regarding data admission exhibits. Court will reserve ruling on admission/non-admission. Counsel should meet and confer on the data admission. | |
| | | 10:02 AM | | | Court recessed. | |

1

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 21, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 10:25 AM |  |  | Court reconvened. Parties present. Jury not present. Discussion held re: data admission. Mr. Mao will offer PX442 and as to PX453 the parties will meet and confer to strip down the volume. |  |
| PX442 |  | 10:29 AM | X | X | Jury present. Mr. Mao moved to admit PX442. Resume direct exam by Mark Mao. |  |
| PX489 |  | 10:35 AM | X | X | PX489 |  |
| PX491 |  |  | X | X | PX491 |  |
| PX492 |  | 10:38 AM | X | X | PX492 |  |
| PX493 |  | 10:39 AM | X | X | PX493 |  |
|  |  | 10:43 AM |  |  | Cross-exam by Eduardo Santacana. |  |
|  |  | 12:06 PM |  |  | Court recessed for break. Jurors reminded of admonition and retired to jury room. Court will reconvene at 12:25 PM. |  |
|  |  | 12:28 PM |  |  | Court reconvened. Parties present. |  |
|  |  | 12:29 PM |  |  | Jury present. Resume cross-exam. |  |
|  |  | 12:51 PM |  |  | Re-direct by Mark Mao. |  |
|  |  | 1:04 PM |  |  | Jonathan Hochman is excused. |  |
|  |  | 1:05 PM |  |  | Witness Anibel Pete Rodriguez. Witness is sworn. Direct exam by James Lee. |  |
| PX104 |  | 1:21 PM | X | X | PX104 |  |
|  |  | 1:30 PM |  |  | Jurors are dismissed for the day and admonished. Jurors are reminded that there is no trial on Friday, 8/22/25 and to return on Monday, 8/25/25 by 8:30 AM. |  |
|  |  | 1:31 PM |  |  | Jury not present. Time Remaining: Plaintiff: 14:30:40. Defendant: 14:26:02. Oral arguments heard regarding MIL 15. Court will give oral ruling. |  |
|  |  | 1:53 PM |  |  | Court recessed. |  |
|  |  |  |  |  | Clerk reviewed admitted exhibits with the parties. Court and parties agree. |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |