COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly sitated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT GOOGLE LLC'S MOTION IN LIMINE NO. 18 TO EXCLUDE PLAINTIFFS' EXHIBIT 6**<br><br>Dept:    3, 17th Fl.<br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

Before the Court is Google LLC's ("Google") Motion *in Limine* to exclude Plaintiffs' Exhibit 6 (the "Motion"). Having considered the Motion, the Declaration of Eduardo E. Santacana filed concurrently therewith, the exhibit attached thereto, and such other matters as the Court may consider, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

Google's Motion *in Limine* to Exclude Plaintiffs' Exhibit 6 (PX 6) is GRANTED. Plaintiffs are precluded from introducing PX 6, and this exhibit will not be admitted into evidence.

**IT IS SO ORDERED.**

Dated: _____      _____
HON. RICHARD SEEBORG
United States District Judge