# EXHIBIT A

**Hu, Chelsea**

| | |
|---|---|
| **From:** | Alison L. Anderson <alanderson@bsfllp.com> |
| **Sent:** | Friday, August 22, 2025 9:07 PM |
| **To:** | Santacana, Eduardo E |
| **Cc:** | Corbo, Isabella McKinley; Samantha Parrish; z/Firebase-Cooley; Google Team WAA |
| **Subject:** | RE: Process Stip disclosure for Monday Aug. 25 |

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.

Eduardo,

Thank you for the call and email. As discussed, we are unlikely to call Bruce Schneier and Chris Ruemmler. While many things can happen in trial and we reserve our rights to make changes, that is our current good faith plan.

Best,
Alison

**From:** Santacana, Eduardo E <esantacana@cooley.com>
**Sent:** Friday, August 22, 2025 7:48 PM
**To:** Alison L. Anderson <alanderson@bsfllp.com>
**Cc:** Corbo, Isabella McKinley <icorbo@cooley.com>; Samantha Parrish <Sparrish@bsfllp.com>; z/Firebase-Cooley <zFirebase-Cooley@cooley.com>; Google Team WAA <waagoogleteam@simplelists.susmangodfrey.com>
**Subject:** Re: Process Stip disclosure for Monday Aug. 25

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Alison,

Thanks for the call about Sam Heft-Luthy. We have talked to him and have explained the situation. We expect he will be available to testify at the end of the court day on Monday, and I will confirm that with you in writing as soon as I can.

This is also to confirm that Plaintiffs will rest after Heft-Luthy, and that Plaintiffs have no more witnesses to disclose. Please confirm my understanding.

Provided that is confirmed, we will prepare to start our case on Tuesday. We both agreed there is no chance Google starts its case on Monday, but in any case, we will make our first witness disclosure tomorrow.

Thanks,
Eduardo

Eduardo E. Santacana

1

Partner

Cooley LLP

3 Embarcadero Center, 20th Floor

San Francisco, CA 94111-4004

+1 415 693 2531 office

+1 415 693 2222 fax

+1 612 270 3369 mobile

esantacana@cooley.com

Pronouns: he/him

---

**From:** Santacana, Eduardo E <esantacana@cooley.com>
**Sent:** Friday, August 22, 2025 6:07 PM
**To:** Alison L. Anderson <alanderson@bsfllp.com>
**Cc:** Corbo, Isabella McKinley <icorbo@cooley.com>; Samantha Parrish <Sparrish@bsfllp.com>; z/Firebase-Cooley <zFirebase-Cooley@cooley.com>; Google Team WAA <waagoogleteam@simplelists.susmangodfrey.com>
**Subject:** Re: Process Stip disclosure for Monday Aug. 25

Alison,

Are you calling any witnesses beyond the disclosed witnesses thus far? The note about resting on Tuesday suggests you are not.

Thanks,
Eduardo

> On Aug 22, 2025, at 6:01 PM, Alison L. Anderson <alanderson@bsfllp.com> wrote:
>
> Isabella,
>
> Yes, this is our current good-faith witness order.
>
> We have had to disclose witnesses early throughout this trial to ensure we meet disclosure deadlines that are THREE days in advance. Simultaneously, we have informed your team repeatedly on our best and honest guesses as to our witness order. This has been especially true for Mr. Heft-Luthy for the exact reasons you raise below. We have confirmed each time your team has asked (some times multiple times from different team members) that we did not think he would be called the next day so that Mr. Heft-Luthy would not need to needlessly travel.

That said, the schedule for Monday depends significantly on how long your team crosses and we have no control over that. It is our view, (and this is the FIRST time we are saying this) that there is a chance we get to Mr. Heft-Luthy on Monday. While the chance may be minimal, we cannot be caught in a situation with no witness available to call.

Please feel free to call me if you have any questions, my cell is (213) 264 – 4577.

Alison

---

**From:** Corbo, Isabella McKinley <icorbo@cooley.com>
**Sent:** Friday, August 22, 2025 5:36 PM
**To:** Samantha Parrish <Sparrish@bsfllp.com>; z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Cc:** WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Subject:** RE: Process Stip disclosure for Monday Aug. 25

Sam,

Does the below reflect the actual order in which you intend to call witnesses? If so, do you realistically expect to reach Mr. Heft-Luthy on Monday? Based on the current pace, it seems highly unlikely that his testimony will be reached that day.

The scheduling of Mr. Heft-Luthy's testimony has become a moving target. This is now the third consecutive day he has been listed on your disclosure. As you know, Mr. Heft-Luthy no longer works for Google. The repeated changes to his expected testimony date are causing significant disruption and placing an undue burden on Mr. Heft-Luthy's schedule. This is particularly problematic given that he is a non-party witness with full-time responsibilities at a different company.

If you do not, in fact, expect to call Mr. Heft-Luthy until Tuesday, please advise us now so that we can avoid further unnecessary disruption to his schedule beyond what has already occurred.

Best,
Isabella


**Isabella McKinley Corbo**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2429 office | +1 415 693 2222 fax
icorbo@cooley.com
Pronouns: she, her, hers

---

**From:** Samantha Parrish <Sparrish@bsfllp.com>
**Sent:** Friday, August 22, 2025 5:13 PM
**To:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Cc:** WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Subject:** RE: Process Stip disclosure for Monday Aug. 25

3

Correction: Please use this link to access the Lasinski demonstrative:
https://www.dropbox.com/scl/fi/w1mxuyoupb9r9g1mfdl0h/Lasinsk-Direct-8-22.pdf?rlkey=a7o6qfjzqquou4neubmuhnfrr&st=oa1pmmsu&dl=0

**Sam Parrish**
Associate

# BOIES SCHILLER FLEXNER LLP
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
(mobile): (626) 230-7661
(office): (213) 995-5715
sparrish@bsfllp.com
www.bsfllp.com

**From:** Samantha Parrish <Sparrish@bsfllp.com>
**Sent:** Friday, August 22, 2025 5:03 PM
**To:** z/Firebase-Cooley <zfirebase-cooley@cooley.com>
**Cc:** WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Subject:** Process Stip disclosure for Monday Aug. 25

Counsel,

Pursuant to the Parties' process stipulation, Plaintiffs make the following disclosures of the witnesses, exhibits, demonstratives, and deposition testimony Plaintiffs anticipate in good faith they will use or offer at trial on **Monday, August 25th.**
Please note, at this point Plaintiffs will likely pass the case to Google on Tuesday.

| Disclosure for Monday, August 25 | | | |
|---|---|---|---|
| **Witness** | **Exhibits/Demonstratives** | | |
| Rodriguez | Previously disclosed | | |
| Lasinski | PX-138<br>PX-139<br>PX-140<br>PX-141<br>PX-142<br>PX-322<br>PX-391<br>PX-393<br>PX-395<br>PX-403<br>PX-404<br>PX-405<br>PX-406<br>PX-407<br>PX-417<br>PX-418<br>PX-419<br>PX-421 | SS1.1<br>SS1.1-II<br>SS1.2<br>SS1.5<br>SS2.1<br>SS2.2<br>SS2.2-II<br>SS3.3<br>SS3.4<br>SS4.3<br>SS4.4<br>SS10.1<br>SS10.2<br>SS10.3<br>SS13.1<br>SS13.2<br>X15.1 | • Other Lasinski schedules as may be appropriate<br>• Keegan schedules as may be appropriate<br>• Alphabet Form 10-K from fiscal year ended Dec. 31, 2022<br>• Keegan Survey Results Q8<br>• Demonstratives, available here: https://www.dropbox.com/scl/fi/sirq707xkfzc1wsn8ajsf/Lasinsk-Directi.pdf?rlkey=4iquja2xhdou372m2w1tgae2n&st=dcp2r0c7&dl=0 |

|  |  |  |
|---|---|---|
|  | PX-422<br>PX-477<br>PX-487<br>PX-479 |  |
| Keegan | Previously disclosed |  |
| Miraglia | Previously disclosed |  |
| Kearns | PX-5<br>PX-10<br>PX-13<br>Deposition transcript (designated below) |  |
| Heft-Lufty | - |  |

| Transcript | Date | PgFrom | LnFrom | PgTo |
|---|---|---|---|---|
| JK. Kearns | 2023-02-17 | 75 | 13 | 78 |
|  |  | 79 | 1 | 79 |
|  |  | 80 | 5 | 82 |
|  |  | 82 | 23 | 83 |
|  |  | 84 | 10 | 84 |
|  |  | 84 | 21 | 85 |
|  |  | 85 | 17 | 87 |
|  |  | 87 | 17 | 87 |
|  |  | 87 | 25 | 89 |
|  |  | 96 | 23 | 96 |
|  |  | 104 | 12 | 104 |
|  |  | 104 | 17 | 105 |

**Sam Parrish**
Associate

## BOIES SCHILLER FLEXNER LLP

2029 Century Park East
Suite 1520
Los Angeles, CA 90067
(mobile): (626) 230-7661
(office): (213) 995-5715
sparrish@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable

law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]