# EXHIBIT B

**Hu, Chelsea**

| | |
|---|---|
| **From:** | Flórez, Argemira |
| **Sent:** | Saturday, August 23, 2025 5:08 PM |
| **To:** | Samantha Parrish |
| **Cc:** | WAA Google Team; z/Firebase-Cooley |
| **Subject:** | Re: Process Stip. disclosure for Tuesday, August 26th |

Counsel,

Pursuant to the Parties' process stipulation, Google makes the following disclosures of the witnesses, exhibits, demonstratives, and deposition testimony Google anticipates in good faith it will use or offer at trial on **Tuesday, August 26th.**

| Disclosure for Tuesday, August 26 | |
|---|---|
| **Witness** | **Exhibits/Demonstratives** |
| Steve Ganem | 1. G0933<br>2. G0890<br>3. G0940<br>4. G0699<br>5. G0696<br>6. G0626<br>7. G0695<br>8. G0929<br>9. G0926<br>10. G0587<br>11. G0589<br>12. G0567<br>13. G0560<br>14. G0620<br>15. G0603<br>16. G0718<br>17. G0623<br>18. G0773<br>19. G0896<br>20. G0677<br>21. G0720<br>22. G0676<br>23. G0688<br>24. G0922<br>25. G0678<br>26. G0928<br>27. G0738<br>28. G0925<br>29. G0735<br>30. G0736<br>31. Demonstratives to be sent under separate cover |
| Belinda Langner | 1. G0588<br>2. G0591 |

|  |  |
|---|---|
|  | 3. G0590<br>4. G0597<br>5. G0596<br>6. G0598<br>7. G0693<br>8. G0712<br>9. G0904<br>10. G0908 |

**Argemira Flórez**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2719 office
+1 415 693 2222 fax
aflorez@cooley.com

Pronouns: she, her, hers
www.cooley.com
Cooley is committed to racial and social justice