# EXHIBIT E

**Hu, Chelsea**

| | |
|---|---|
| **From:** | Santacana, Eduardo E |
| **Sent:** | Sunday, August 24, 2025 9:19 PM |
| **To:** | z/Firebase-Cooley |
| **Subject:** | Fwd: Google's Process Stip disclosure for Wednesday, August 27 |

Begin forwarded message:

> **From:** "Alison L. Anderson" <alanderson@bsfllp.com>
> **Date:** August 24, 2025 at 9:18:06 PM PDT
> **To:** "Santacana, Eduardo E" <esantacana@cooley.com>
> **Subject: Re: Google's Process Stip disclosure for Wednesday, August 27**

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.

that was a mistake re heft luthy. He needs to be there.

**From:** Santacana, Eduardo E <esantacana@cooley.com>
**Sent:** Sunday, August 24, 2025 8:59:44 PM
**To:** Alison L. Anderson <alanderson@bsfllp.com>
**Subject:** RE: Google's Process Stip disclosure for Wednesday, August 27

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Alison,

Please let me know when you are ready to chat about Ruemmler.

I am confirming based on the below that Sam Heft-Luthy will not be in court tomorrow and is released from testifying in this trial.

Thanks,
Eduardo

Eduardo E. Santacana

1

Partner
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2531 office
+1 415 693 2222 fax
+1 612 270 3369 mobile
esantacana@cooley.com
Pronouns: he/him

**From:** Alison L. Anderson <alanderson@bsfllp.com>
**Sent:** Sunday, August 24, 2025 6:13 PM
**To:** Chandrasekera, Thilini <tchandrasekera@cooley.com>; Samantha Parrish <Sparrish@bsfllp.com>; WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Subject:** RE: Google's Process Stip disclosure for Wednesday, August 27

Counsel,

We are updating our current good faith witness order and notice of additional witness to:
- Rodriguez
- Lasinski
- Keegan
- Kearns/Miraglia
- Ruemmler

Thank you,
Alison

**From:** Chandrasekera, Thilini <tchandrasekera@cooley.com>
**Sent:** Sunday, August 24, 2025 6:08 PM
**To:** Samantha Parrish <Sparrish@bsfllp.com>; WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Subject:** RE: Google's Process Stip disclosure for Wednesday, August 27

Thanks, Sam. Yes, confirmed.

Thilini Chandrasekera
Cooley LLP
San Francisco
+1 415 693 2125 office
+1 415 328 6471 mobile

**From:** Samantha Parrish <Sparrish@bsfllp.com>
**Sent:** Sunday, August 24, 2025 5:08 PM
**To:** Chandrasekera, Thilini <tchandrasekera@cooley.com>; WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Subject:** RE: Google's Process Stip disclosure for Wednesday, August 27

Thank you, Thilini. It appears Langner was designated for Tuesday and Wednesday. Can you confirm that you intend to call your witnesses in this order:

- Ganem

- Langner
- Ghose
- Hoffman

**Sam Parrish**
Associate

# BOIES SCHILLER FLEXNER LLP

2029 Century Park East
Suite 1520
Los Angeles, CA 90067
(mobile): (626) 230-7661
(office): (213) 995-5715
sparrish@bsfllp.com
www.bsfllp.com

**From:** Chandrasekera, Thilini <tchandrasekera@cooley.com>
**Sent:** Sunday, August 24, 2025 5:01 PM
**To:** WAA Google Team <waagoogleteam@simplelists.susmangodfrey.com>
**Cc:** z/Firebase-Cooley <zFirebase-Cooley@cooley.com>
**Subject:** Google's Process Stip disclosure for Wednesday, August 27

Counsel,

Pursuant to the Parties' process stipulation, Google makes the following disclosures of the witnesses, exhibits, demonstratives, and deposition testimony Google anticipates in good faith it will use or offer at trial on **Wednesday, August 27th**. Documents are available here: https://liquidfiles.cooley.com/link/jip0qp88JbgfSdHkR61ZPy.

| Disclosure for Wednesday, August 27 | |
|---|---|
| **Witness** | **Exhibits/Demonstratives** |
| Anindya Ghose | 1. PX 403<br>2. Demonstratives – available at link |
| Belinda Langner | Previously disclosed |
| Donna Hoffman | 1. PX0002<br>2. PX0006 (subject to objection)<br>3. PX0062<br>4. PX0067<br>5. PX0072<br>6. PX0104<br>7. PX0084<br>8. PX0120A<br>9. PX0113<br>10. PX0116<br>11. G0574 (Revised & attached – in link)<br>12. G0607<br>13. G0931<br><br>Demonstratives (all in link)<br>1. Mobile Account Creation Video<br>2. Excerpts of above Mobile Account Creation Video |

|  | 3. Hoffman PPT Deck (from previously exchanged deck on July 29, 2025), Slides 1-7, 9-27 |
|---|---|

## Thilini Chandrasekera
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
+1 415 693 2125 office
+1 415 328 6471 mobile
tchandrasekera@cooley.com
Pronunciation: **Thih**-lih-nee **Chun**-druh-**say**-kuh-**ruh**
Pronouns: she/her

www.cooley.com

Cooley is committed to social justice.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]