COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly saturated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO HOLD PLAINTIFFS TO THEIR DISCLOSURES AND REST THEIR CASE WITHOUT CALLING MR. RUEMMLER**<br><br>Dept:     3, 17th Fl.<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

1  Before the Court is Google LLC's ("Google") Motion to Hold Plaintiffs to Their Disclosure and Rest Their Case Without Calling Mr. Christopher Ruemmler (the "Motion"). Having considered the Motion, the Declarations of Eduardo Santacana, Simona Agnolucci, and Argemira Flórez filed concurrently therewith, the exhibit attached thereto, and such other matters as the Court may consider, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

Google's Motion is GRANTED. Plaintiffs are required to honor their stipulated witness and exhibit disclosures from Friday, August 22 at 5:03 P.M., which was timely sent, and precluded from calling Christopher Ruemmler as a witness.

**IT IS SO ORDERED.**

Dated: _____        _____
                               HON. RICHARD SEEBORG
                               United States District Judge