| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>Alexander Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' MOTION IN LIMINE NO. 10 TO PRECLUDE GOOGLE FROM CALLING REBUTTAL EXPERT DONNA L. HOFFMAN**<br><br>Judge: Hon. Richard Seeborg<br>Date:<br>Time:<br>Location: |

In an effort to move things along, Plaintiffs have informed Google that neither Professor Schneier nor Mr. Keegan will testify in Plaintiffs' case in chief.  Google has said it will call Professor Hoffman in its case in chief.  Professor Hoffman is one of Google's expert witnesses who was solely retained to rebut Professor Schneier's expert testimony, and like all of Google's retained experts did not file a timely initial report nor offer any affirmative opinions in this case.

Google engaged Professor Hoffman solely as a rebuttal expert, "to respond to portions of the report of Plaintiffs' expert Bruce Schneier as they relate to Google's disclosures, practices, and user interface (UI) design . . . ." ECF 340-17 at 5, ¶ 16.

"Federal Rule of Civil Procedure 26(a) allows rebuttal expert testimony that is 'intended solely to contradict or rebut evidence on the same subject matter identified' by a party's initial expert witness." *Cook v. Cnty. of Los Angeles*, 2022 WL 1470574, at *3 (C.D. Cal. Mar. 21, 2022) (quoting Fed. R. Civ. P. 26(a)(2)(D)(ii)).

It is well-settled that a party is "limited to using its rebuttal experts for just that—rebuttal—and may not call upon them to testify in its case-in-chief." *Palm Capital, LLC v. Travelers Prop. Cas. Co. of Am.*, 2017 WL 5665010, at *2 (C.D. Cal. Apr. 3, 2017); *Panchenko v. Comenity Cap. Bank*, 2025 WL 2372597, at *3 (N.D. Cal. Aug. 13, 2025) (same).

District courts have repeatedly held that a party's rebuttal experts are foreclosed from testifying at trial if the opposing party decides not to present testimony from the corresponding expert during the opposing party's case in chief.  *See, e.g.*, *Ellis v. Corizon, Inc.*, 2018 WL 6268199, at *5 (D. Idaho Nov. 30, 2018); *see also Alsadi v. Intel Corp.*, 2019 WL 4849482, at *12 (D. Ariz. Sept. 30, 2019) (collecting cases); *Sharma v. City of Vancouver*, 2008 WL 11343467, at *2 (W.D. Wash. June 17, 2008); *Int'l Bus. Machs. Corp. v. Fasco Indus., Inc.*, 1995 WL 115421, at *3 (N.D. Cal. Mar. 15, 1995) ("a party can control the scope of the testimony of its adversary's rebuttal experts by limiting its own experts' testimony").

As Professor Schneier will not testify at trial, neither may Professor Hoffman testify at trial, and Google should be precluded from calling her as a witness in its case in chief.

| | | |
|---|---|---|
| 1 | Dated: August 25, 2025 | By */s/ Mark C. Mao* |
| 2 | | Mark C. Mao (CA Bar No. 236165) |
| | | mmao@bsfllp.com |
| 3 | | |
| | | Beko Reblitz-Richardson (CA Bar No. 238027) |
| 4 | | brichardson@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 5 | | 44 Montgomery Street, 41st Floor |
| | | San Francisco, CA 94104 |
| 6 | | Telephone: (415) 293 6858 |
| | | Facsimile (415) 999 9695 |
| 7 | | |
| 8 | | David Boies (*pro hac vice*) |
| | | dboies@bsfllp.com |
| | | Alexander Boies (*pro hac vice*) |
| 9 | | aboies@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 10 | | 333 Main Street |
| | | Armonk, NY 10504 |
| 11 | | Telephone: (914) 749-8200 |
| 12 | | |
| | | James W. Lee (*pro hac vice*) |
| 13 | | jlee@bsfllp.com |
| | | Rossana Baeza (*pro hac vice*) |
| 14 | | rbaeza@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 15 | | 100 SE 2nd Street, Suite 2800 |
| | | Miami, FL 33130 |
| 16 | | Telephone: (305) 539-8400 |
| | | Facsimile: (305) 539-1304 |
| 17 | | |
| | | Alison Anderson (CA Bar No. 275334) |
| 18 | | aanderson@bsfllp.com |
| | | M. Logan Wright, CA Bar No. 349004 |
| 19 | | mwright@bsfllp.com |
| | | BOIES SCHILLER FLEXNER LLP |
| 20 | | 2029 Century Park East, Suite 1520 |
| | | Los Angeles, CA 90067 |
| 21 | | Telephone: (213) 995-5720 |
| | | Facsimile: (213) 629-9022 |
| 22 | | |
| 23 | | Amanda Bonn (CA Bar No. 270891) |
| | | abonn@susmangodfrey.com |
| 24 | | SUSMAN GODFREY L.L.P. |
| | | 1900 Avenue of the Stars, Suite 1400 |
| 25 | | Los Angeles, CA 90067 |
| | | Telephone: (310) 789-3100 |
| 26 | | |
| | | Bill Christopher Carmody (*pro hac vice*) |
| 27 | | bcarmody@susmangodfrey.com |
| 28 | | |

2
Plaintiffs' MIL 10 re Donna L. Hoffman
3:20-cv-04688-RS

1  Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
2  Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
3  Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
4  Ryan Sila (*pro hac vice*)
rsila@susmangodfrey.com
5  SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
6  New York, NY 10001
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913

*Attorneys for Plaintiffs*