COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF CHELSEA HU IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 10 TO PRECLUDE GOOGLE FROM CALLING REBUTTAL EXPERT DONNA L. HOFFMAN**<br><br>Dept:    3, 17th Fl.<br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF C. HU ISO GOOGLE'S OPP. TO
PLS.' MIL NO. 10
3:20-CV-04688-RS

I, Chelsea Hu, hereby declare as follows:

1. I am an associate with the law firm Cooley LLP and am counsel for Defendant Google LLC in the above captioned action. I am duly licensed to practice law in the state of California and am admitted to practice before this Court. The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion *in Limine* No. 10 filed concurrently herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the final transcripts available through August 24, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the rough trial transcript from August 25, 2025.

4. At 4:17 PM on Monday, August 25, Plaintiffs' counsel emailed counsel for Google to inform them that they are "unlikely to call Bruce Schneier" despite both sides' awareness that Google would start putting on witnesses on Tuesday.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on August 26, 2025 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Chelsea Hu
　　　　　　　　　　　　　　　　　　　　　　Chelsea Hu

322080475

Cooley LLP
Attorneys at Law
San Francisco

1

Decl. of C. Hu ISO Google's Opp. to
Pls.' MIL No. 10
3:20-CV-04688-RS