UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 20-cv-04688-RS

Case Name:  Anibal Rodriguez, et al. v. Google LLC

Date: August 25, 2025    Time:  4 H 30 M

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom    **Court Reporter:** Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez, Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio, Thilini Chandrasekera

Trial Began:  8/18/2025    Further Trial:  8/26/2025

**PROCEEDINGS**

Jury Trial (day 5) – Held.

**SUMMARY**

MIL No. 18 – Overruled. Plaintiffs' Exh 4 can be admitted.
Court ordered that Mr. Ruemmler return to San Francisco so that he can testify.

**Witnesses:**  Anibel Pete Rodriguez, Michael Lasinksi.

**Admitted Exhibits:**  PX477 (page 1 only),

***SEE ATTACHED TRIAL LOG***