**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Richard Seeborg | | David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
| TRIAL DATE: 8/25/2025 | | REPORTER(S): Ana Dub | CLERK: Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:06 AM | | | Court in session. Parties are present. Jury not present. Housekeeping issues: MIL No. 18 (dkt 634). Plaintiffs' Exh #6 – objection is overruled, and the exhibit can be admitted. Oral argument heard re: Mr. Lasinski's demonstratives, slide #4 – overruled. Slides 20 and 24, 21, 5. Motion For Disclosure (dkt 637). Witness Heft - Luthy will testify on Tuesday. Parties are reminded of the 24-hour disclosure rule. | |
| | | 8:26 AM | | | Court recessed. | |
| | | 8:35 AM | | | Court reconvened. Jury present. Continued direct exam of Anibel Rodriguez by James Lee. | |
| | | 8:50 AM | | | Cross-exam by Simona Agnolucci. | |
| | | 9:40 AM | | | Re-direct by James Lee. | |
| | | 9:52 AM | | | Mr. Rodriguez is excused. | |
| | | 9:53 AM | | | Witness Michael J. Lasinksi. Witness is sworn. Direct exam by Amanda Bonn | |
| | | 10:15 AM | | | Cour recessed for morning break. Jurors are reminded of the admonishment and retire to jury room. Court will resume at 10:30. Jury not present. Court is missing Plaintiffs' exhibits 138, 140 and 142. | |
| | | 10:33 AM | | | Court reconvened. Jury present. Continued direct exam by Amanda Bonn. | |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 25, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PX477 | | 11:00 AM | X | X | PX477, page 1 only. | |
| | | 11:52 AM | | | Court recessed for second break. Jurors reminded of admonishment and retired to the jury room. Court will resume at 12:15 pm. | |
| | | 12:15 PM | | | Court reconvened. Parties present. Jury present. Cross-exam by Ben Hur. | |
| | G588 | 12:48 PM | X | | G588. Not admissible but can be shown to the jury. | |
| | | 1:17 PM | | | Re-direct exam by Amanda Bonn. | |
| | | 1:28 PM | | | Re-cross exam by Ben Hur. | |
| | | 1:30 PM | | | Jurors are dismissed for the day and admonished. Jurors are reminded to return on Tuesday, 8/26/25 by 8:30 AM. | |
| | | 1:31 PM | | | Jury not present.<br>Time Remaining: Plaintiff: 12:15:40. Defendant: 12:34:14.<br>Discussion held re: Ruemmler witness.<br>Court reminds the parties of the 24-hour rule. Court ordered that Mr. Ruemmler return to San Francisco to testify.<br>Discussion held re: jury instructions and verdict form. Parties can file any updated jury instructions and jury verdict form by Wednesday.<br>Discussion held regarding exhibit nos. 442, 452, 453, 454 that were used with Dr. Hochman. Mr. Mao stated that Exh. 453 has been reduced and Exh. 452 has been removed. Mr. Santacana needs time to review the exhibits. | |
| | | 1:46 PM | | | Court recessed. | |
| | | | | | Clerk reviewed admitted exhibit with the parties. Court and parties agree. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |