UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 20-cv-04688-RS

**Case Name**: Anibal Rodriguez, et al. v. Google LLC

**Date:** August 26, 2025    **Time:** 4 H 38 M

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom    **Court Reporter:** Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez, Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio, Thilini Chandrasekera

Trial Began: 8/18/2025    Further Trial: 8/27/2025

**PROCEEDINGS**

Jury Trial (day 6) – Held.

**SUMMARY**

Plaintiffs' Motion in Limine 10 to preclude Hoffman – Denied.
Exh. 453 that was used with Jonathan Hochman, page 1 of the exhibit is excluded. Exh. 454 will not be admitted.
Plaintiffs' rests.
Parties should meet and confer and prepare a list of demonstratives that were marked for identification purposes.

**Witnesses:** Sam Heft-Luthy, Jason Craig Kearns (video deposition), Eric Miraglia (video deposition), Steve Ganem

**Admitted Exhibits:** PX6, PX18, PX40, PX212, PX42, PX213, PX217, PX10, G933 (only pages 32-42), G929, G926, PX163, G561

***SEE ATTACHED TRIAL LOG***