UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
| **TRIAL DATE: 8/26/2025** | **REPORTER(S):** Ana Dub | **CLERK:** Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:11 AM | | | Court in session. Parties are present. Discussion held regarding Hochman's testimony. Court ruled that his testimony shall be limited. Kearns video deposition. Page 87 and counter-designations can be played. PX10 can be admitted. PX 5 and 13 cannot be admitted. Oral arguments heard regarding exhibits to be used with witness Ganem. Parties have reached an agreement as to witness Ruemmler. Plaintiffs' plan to rest today subject to calling Mr. Ruemmler to testify on Thursday. Plaintiffs' MIL10 to preclude Hoffman, dkt 638, denied. | |
| | | 8:26 AM | | | Court recessed. | |
| | | 8:36 AM | | | Court reconvened. Parties present. Jury present | |
| | | 8:38 AM | | | Witness Sam Heft-Luthy. Witness is sworn. Direct exam by David Boies. | |
| PX6 | | 8:40 AM | X | X | PX6 | |
| PX18 | | 8:47 AM | X | X | PX18 | |
| PX40 | | 8:53 AM | X | X | PX40 | |
| PX212 | | 8:59 AM | X | X | PX212 | |
| PX42 | | 9:12 AM | X | X | PX42 | |
| PX213 | | 9:15AM | X | X | PX213 | |
| PX217 | | 9:23 AM | X | X | PX217 | |
| | | 9:27 AM | | | Cross-exam by Mike Attanasio | |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 26, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:56 AM | | | Re-direct exam by David Boies. | |
| | | 10:05 AM | | | Witness Sam Heft-Luthy is excused. Court takes morning break. Jurors are reminded of the admonishment and retired to the jury room. Court will reconvene at 10:20 AM. Court recessed. | |
| | | 10:22 AM | | | Court reconvened. Parties present. Jury not present. Discussion is held regarding data used with Mr. Hochman's testimony re: Exh 453. Mr. Santacana objects to page 1 of the exhibit. Page 1 is excluded. Defendant will supplement Exh. 453. Exh. 454 will not be admitted. Discussion held re PX28 -Pichai's testimony before Congress. Parties to meet and confer. Discussion held re: PX82. | |
| | | 10:46 AM | | | Jury present. | |
| | | 10:48 AM | | | Video deposition of Jason Craig Kearns. | |
| PX10 | | | X | X | PX10 | |
| | | 10:58 AM | | | Video deposition of Eric Miraglia. | |
| PX345 | | | X | X | PX345 | |
| | | 11:05 AM | | | Plaintiffs rest, subject to reopening for testimony of Mr. Ruemmler. | |
| | | 11:08 AM | | | Defendant's witness Steve Ganem. Witness is sworn. Direct exam by Eduardo Santacana. | |
| | G933 | 11:38 AM | X | X | G933 only pages 32-42. | |
| | | 11: 42 AM | | | Sidebar | |
| | | 11:48 AM. | | | Sidebar concluded. Continued direct exam. | |
| | G896 | 11:50 AM | X | | G896 | |
| | G888 | 11:54 AM | X | | G888 for demonstrative purposes. | |
| | G890 | Noon | X | | G890 | |
| | | 12:18 PM | | | Court recessed for second break. Jurors reminded of admonishment and retired to jury room. Court to reconvene at 12:38 PM. | |
| | | 12:38 PM | | | Court reconvened. Parties present. Jury present. Continued direct exam. | |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 26, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | G929 | 12:40 PM | X | X | G929 | |
| | G926 | 12:42 PM | X | X | G926 | |
| | | 12:54 PM | | | Cross-exam by David Boies | |
| PX163 | | 1:03 PM | X | X | PX163 | |
| G561 | | 1:12 PM | X | X | G561 | |
| | | 1:30 PM | | | Jurors are dismissed for the day and admonished. Jurors are reminded to return on Wednesday, 8/27/25 by 8:30 AM. | |
| | | 1:31 PM | | | Jury not present. Time Remaining: Plaintiff: 10:24:28 Defendant: 10:45:53. There will be no splitting of time for the video depositions. Parties should meet and confer and prepare a list of demonstratives that were marked for identification purposes that can then be filed on ECF. Mr. Boies did not move to admit PX31 during the video depo of Marsiglia. Parties will review the transcript. | |
| | | 1:36 PM | | | Court recessed. | |
| | | | | | Clerk reviewed admitted exhibits with the parties. Court and parties agree. | |