**COOLEY LLP**
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:      (415) 693-2000
Facsimile:       (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com

Attorneys for Plaintiffs; additional counsel listed in signature blocks below

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT REPORT RE EVIDENTIARY DISPUTES FOR AUGUST 27, 2025**<br><br>Dept:  3, 17th Fl.<br>Judge:  Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

**Witness: Belinda Langner**

| Exhibits | Plaintiffs' Objections |
|---|---|
| 1. PX0419 | 1. PK, F, H, (financial stip) |
| 2. PX0421 | 2. PK, F, H, (financial stip) |
| 3. G0590 | 3. PK, F, H, (financial stip) |
| 4. G0591 | 4. PK, F, H, (financial stip) |
| 5. G0596 | 5. PK, F, H |
| 6. G0597 | 6. PK, F, H |
| 7. G0598 | 7. PK, F, H |
| 8. G0693 | 8. PK, F, H, Not Disclosed in Discovery |
| **Google's Position** | **Plaintiffs' Position** |
| Ms. Langner has the necessary knowledge to lay a foundation for these documents reflecting App Promo financial information based on her role as Google's Director of Product Management responsible for App Campaigns for App Campaigns. Google will elicit testimony from her that lays the foundation for these documents. If Plaintiffs feel that the foundation laid for any of these documents is insufficient at the time Google moves to admit them into evidence, Plaintiffs will be able to object at the appropriate time.<br><br>Ms. Langner can additionally testify to her knowledge of these documents being business records that are created in the regular course of business, so that they fall into an exception to the rule against hearsay. | There is no basis for Google to seek admission of these financial documents through Ms. Langner, who already admitted during her deposition that she did not prepare these documents and did not know the specifics of their preparation. For example, asked about PX-419 and G591, Ms. Langner testified that some "finance analysts" pulled these and that she just assumed they came from "correct sources." Langner Depo. Tr. 228:23-229:11. With G590, Ms. Langer said the "finance team pulled these numbers" and she had only seen them "in preparation for her deposition." *Id.* 229:21-230:21. As to G596 and G597, she again just "assum[ed] that one of our Google finance … analysts" pulled them. *Id.* 234:18-235:2. The only reason she was even questioned about these documents was because Google designated her as a 30(b)(6) witness. Her limited testimony about these documents was "based on [her] conversations with the finance team" and she was unable to offer more testimony "without consulting with them." *Id.* at 270:15-16, 271:11-3. Rule 30(b)(6) does not permit designees to "offer testimony at trial that consists of hearsay not falling within one of the authorized exceptions." *Tijerina v. Alaska Airlines, Inc.*, 2024 WL 270090, at *2 (S.D. Cal. Jan. 24, 2024) (quotation omitted). Rule 30(b)(6) also "does not eliminate Rule 602's personal knowledge requirement for trial witnesses." *Id.* at *3 (quotation omitted). Also, G0693 was only produced in June 2025, two months before trial and well after the close of discovery. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 27, 2025
3:20-CV-04688-RS

**Susan Harvey**

| Pg:Line-Pg:Line | Plaintiffs' Objections(s) | Plaintiffs' Counter(s) | Google's Objection(s) to Counter(s) |
|---|---|---|---|
| 13:02-13:05 | FRE 106 (Incomplete); FRE 403 | 81:18–82:23, 83:1–3, 83:6–84:3; 88:20–89:13, 90:9–91:3; 101:25–102:5, 102:10–14, 103:4–5, 103:10–13, 103:17–18; 117:18–22, 188:2–24; 113:22–114:21; 156:20–157:4, 157:13–21; 237:21–23, 238:4–22, 239:20–240:10, 244:2–7 | 81:18–82:23, 83:1–3, 83:6–84:3; 113:22–114:21; 117:18–22; 156:20–157:4, 157:13–21 |
| **Google's Position** | | **Plaintiffs' Position** | |
| Plaintiffs may only counter-designate portions of Ms. Harvey's testimony that in fairness must be considered as a completing statement under FRE 106. *See* Aug. 20, 2025 Trial Tr. 344:8-23. Yet Plaintiffs have counter-designated "blanket" designations not tied to any of Google's specific designations. The over-reaching of Plaintiffs' counter-designations is exemplified by the fact that Google's designations total 5 minutes 32 seconds, and Plaintiffs' counter-designations are more than double that, totaling 11 minutes 56 seconds.<br><br>Google only objects to those purported counter-designations that are untethered to any portions Google has chosen to affirmatively designate. Google has chosen to designate Ms. Harvey's name, her testimony relating to an email she received from topclassactions.com, her testimony relating to whether she turned WAA off on July 29, 2020, the same day she met with her attorneys, and the harm Ms. Harvey claims to have suffered. Google does not object to including the counter-designations relating to these topics. However, Plaintiffs have also counter-designated Ms. Harvey's monologues about her allegations in this case, including her recitation of Google's Privacy Policy, all other Gmail accounts Ms. Harvey created and her reason for creating one of those Gmail accounts. | | Google seeks to play snippets of Plaintiff Susan Harvey's deposition testimony without providing appropriate context for the jury. Plaintiffs should be permitted under FRE 106 and 403 to include these narrow and focused counter-designations. Plaintiffs' proposed counter-designations will prevent unfair prejudice and confusion by providing sufficient context for Ms. Harvey's testimony. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 27, 2025
3:20-CV-04688-RS

| | |
|---|---|
| Plaintiffs also counter-designate the introduction of a deposition exhibit that Google did not designate any testimony for, and for which they do not counter-designate any testimony from Ms. Harvey. Instead, Plaintiffs counter-designate additional portions 30 pages later, leaving the false impression that Ms. Harvey's testimony at page 188 of the transcript relates to this exhibit. | |

| Pg:Line-Pg:Line | Plaintiffs' Objections(s) | Plaintiffs' Counter(s) | Google's Objection(s) to Counter(s) |
|---|---|---|---|
| 21:11-13 | FRE 106 (Incomplete); FRE 403 | 81:18–82:23, 83:1–3, 83:6–84:3; 88:20–89:13, 90:9–91:3; 101:25–102:5, 102:10–14, 103:4–5, 103:10–13, 103:17–18; 117:18–22, 188:2–24; 113:22–114:21; 156:20–157:4, 157:13–21; 237:21–23, 238:4–22, 239:20–240:10, 244:2–7 | |
| **Google's Position** | | **Plaintiffs' Position** | |
| Same as above. | | Google seeks to play snippets of Plaintiff Susan Harvey's deposition testimony without providing appropriate context for the jury. Plaintiffs should be permitted under FRE 106 and 403 to include these narrow and focused counter-designations. Plaintiffs' proposed counter-designations will prevent unfair prejudice and confusion by providing sufficient context for Ms. Harvey's testimony. | |
| 99:20 - 100:16; 100:19 - 101:01; 101:04 - 101:05; 101:11 - 101:14 | FRE 106 (Incomplete); FRE 403 | 81:18–82:23, 83:1–3, 83:6–84:3; 88:20–89:13, 90:9–91:3; 101:25–102:5, 102:10–14, 103:4–5, 103:10–13, 103:17–18; 117:18–22, 188:2–24; 113:22–114:21; 156:20–157:4, 157:13–21; 237:21–23, 238:4–22, 239:20–240:10, 244:2–7 | |
| **Google's Position** | | **Plaintiffs' Position** | |
| Same as above. | | Google seeks to play snippets of Plaintiff Susan Harvey's deposition testimony without providing appropriate context for the jury. Plaintiffs should be permitted under FRE 106 and 403 to include these narrow and focused counter-designations. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 27, 2025
3:20-CV-04688-RS

| | | Plaintiffs' proposed counter-designations will prevent unfair prejudice and confusion by providing sufficient context for Ms. Harvey's testimony. | |
|---|---|---|---|
| **Pg:Line-Pg:Line** | **Plaintiffs' Objections(s)** | **Plaintiffs' Counter(s)** | **Google's Objection(s) to Counter(s)** |
| 114:22 - 114:25 | FRE 106 (Incomplete); FRE 403 | 81:18–82:23, 83:1–3, 83:6–84:3; 88:20–89:13, 90:9–91:3; 101:25–102:5, 102:10–14, 103:4–5, 103:10–13, 103:17–18; 117:18–22, 188:2–24; 113:22–114:21; 156:20–157:4, 157:13–21; 237:21–23, 238:4–22, 239:20–240:10, 244:2–7 | |
| **Google's Position** | | **Plaintiffs' Position** | |
| Same as above. | | Google seeks to play snippets of Plaintiff Susan Harvey's deposition testimony without providing appropriate context for the jury. Plaintiffs should be permitted under FRE 106 and 403 to include these narrow and focused counter-designations. Plaintiffs' proposed counter-designations will prevent unfair prejudice and confusion by providing sufficient context for Ms. Harvey's testimony. | |
| **Pg:Line-Pg:Line** | **Plaintiffs' Objections(s)** | **Plaintiffs' Counter(s)** | **Google's Objection(s) to Counter(s)** |
| 188:25 - 189:22 | FRE 106 (Incomplete); FRE 403 | 81:18–82:23, 83:1–3, 83:6–84:3; 88:20–89:13, 90:9–91:3; 101:25–102:5, 102:10–14, 103:4–5, 103:10–13, 103:17–18; 117:18–22, 188:2–24; 113:22–114:21; 156:20–157:4, 157:13–21; 237:21–23, 238:4–22, 239:20–240:10, 244:2–7 | |
| **Google's Position** | | **Plaintiffs' Position** | |
| Same as above. | | Google seeks to play snippets of Plaintiff Susan Harvey's deposition testimony without providing appropriate context for the jury. Plaintiffs should be permitted under FRE 106 and 403 to include these narrow and focused counter-designations. Plaintiffs' proposed counter-designations will prevent unfair prejudice and confusion by providing sufficient context for Ms. Harvey's testimony. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 27, 2025
3:20-CV-04688-RS

| Pg:Line-Pg:Line | Plaintiffs' Objections(s) | Plaintiffs' Counter(s) | Google's Objection(s) to Counter(s) |
|---|---|---|---|
| 191:16 - 192:03 | FRE 106 (Incomplete); FRE 403 | 81:18–82:23, 83:1–3, 83:6–84:3; 88:20–89:13, 90:9–91:3; 101:25–102:5, 102:10–14, 103:4–5, 103:10–13, 103:17–18; 117:18–22, 188:2–24; 113:22–114:21; 156:20–157:4, 157:13–21; 237:21–23, 238:4–22, 239:20–240:10, 244:2–7 | FRE 611 (Beyond Scope of Affirmative Designation); FRE 106 (Does not support counter-designation)<br><br>n/a **(FOR 191:24 - 192:03)** |
| **Google's Position** | | **Plaintiffs' Position** | |
| Same as above. | | Google seeks to play snippets of Plaintiff Susan Harvey's deposition testimony without providing appropriate context for the jury. Plaintiffs should be permitted under FRE 106 and 403 to include these narrow and focused counter-designations. Plaintiffs' proposed counter-designations will prevent unfair prejudice and confusion by providing sufficient context for Ms. Harvey's testimony. | |
| **Pg:Line-Pg:Line** | **Plaintiffs' Objections(s)** | **Plaintiffs' Counter(s)** | **Google's Objection(s) to Counter(s)** |
| 240:11 - 240:20 | FRE 106 (Incomplete); FRE 403 | 81:18–82:23, 83:1–3, 83:6–84:3; 88:20–89:13, 90:9–91:3; 101:25–102:5, 102:10–14, 103:4–5, 103:10–13, 103:17–18; 117:18–22, 188:2–24; 113:22–114:21; 156:20–157:4, 157:13–21; 237:21–23, 238:4–22, 239:20–240:10, 244:2–7 | FRE 403 (Vague, Confusion, Waste of Time, Cumulative); FRE 602 (Speculation, Lack of Foundation/Personal Knowledge); FRE 611 (Beyond Scope of Affirmative Designation); FRE 701 (Improper Legal Opinion/Conclusion); FRE 106 (Does not support counter-designation)<br><br>FRE 403 (Vague, Confusion, Waste of Time, Cumulative); FRE 611 (Beyond Scope of Affirmative Designation); FRE 701 (Improper Legal Opinion/Conclusion); FRE 106 (Does not support counter-designation) |
| **Google's Position** | | **Plaintiffs' Position** | |
| Same as above. | | Google seeks to play snippets of Plaintiff Susan Harvey's deposition testimony without providing appropriate context for the jury. Plaintiffs should be permitted under FRE 106 and 403 to include these narrow and focused counter-designations. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 27, 2025
3:20-CV-04688-RS

Case 3:20-cv-04688-RS   Document 646   Filed 08/26/25   Page 7 of 9

| | | Plaintiffs' proposed counter-designations will prevent unfair prejudice and confusion by providing sufficient context for Ms. Harvey's testimony. | |
|---|---|---|---|
| **Pg:Line-Pg:Line** | **Plaintiffs' Objections(s)** | **Plaintiffs' Counter(s)** | **Google's Objection(s) to Counter(s)** |
| 242:10 - 243:07 | FRE 106 (Incomplete); FRE 403 | 81:18–82:23, 83:1–3, 83:6–84:3; 88:20–89:13, 90:9–91:3; 101:25–102:5, 102:10–14, 103:4–5, 103:10–13, 103:17–18; 117:18–22, 188:2–24; 113:22–114:21; 156:20–157:4, 157:13–21; 237:21–23, 238:4–22, 239:20–240:10, 244:2–7 | |
| **Google's Position** | | **Plaintiffs' Position** | |
| Same as above. | | Google seeks to play snippets of Plaintiff Susan Harvey's deposition testimony without providing appropriate context for the jury. Plaintiffs should be permitted under FRE 106 and 403 to include these narrow and focused counter-designations. Plaintiffs' proposed counter-designations will prevent unfair prejudice and confusion by providing sufficient context for Ms. Harvey's testimony. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 27, 2025
3:20-CV-04688-RS

Dated: August 26, 2025

| | |
|---|---|
| **COOLEY LLP** | **BOIES SCHILLER FLEXNER LLP** |
| By: */s/ Eduardo E. Santacana* <br>     Eduardo E. Santacana | By: */s/ Mark C. Mao* <br>     Mark C. Mao |

MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
bhur@cooley.com
SIMONA AGNOLUCCI (246943)
sagnolucci@cooley.com
EDUARDO E. SANTACANA (281668)
esantacana@cooley.com
ARGEMIRA FLÓREZ (331153)
aflorez@cooley.com
NAIARA TOKER (346145)
ntoker@cooley.com
HARRIS MATEEN (335593)
hmateen@cooley.com
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

*Counsel for Defendant Google LLC*

David Boies (*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (SBN: 236165)
Beko Reblitz-Richardson (SBN: 238027)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (*admitted pro hac vice*)
Rossana Baeza (*admitted pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Telephone: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson (SBN: 275334)
M. Logan Wright (SBN: 349004)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (*admitted pro hac vice*)
Shawn J. Rabin (*admitted pro hac vice*)
Steven M. Shepard (*admitted pro hac vice*)
Alexander P. Frawley (*admitted pro hac vice*)
Ryan Sila (*admitted pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 27, 2025
3:20-CV-04688-RS

srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn (SBN: 270891)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
Ryan J. McGee (*admitted pro hac vice*)
Michael F. Ram (SBN: 104805)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

*Counsel for Plaintiffs*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 26, 2025

By: */s/ Eduardo E. Santacana*
    Eduardo E. Santacana

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

JOINT REPORT RE EVIDENTIARY DISPUTES
FOR AUGUST 27, 2025
3:20-CV-04688-RS