**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 20-cv-04688-RS

Case Name:  Anibal Rodriguez, et al. v. Google LLC

**Date: August 27, 2025**                              **Time:  4 H 34 M**

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom                              **Court Reporter:**  Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez, Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio, Thilini Chandrasekera

Trial Began:  8/18/2025                              Further Trial:  8/28/2025

**PROCEEDINGS**

Jury Trial (day 7) – Held.

**SUMMARY**

Court expects to have draft jury instructions and draft jury verdict form on Thursday. A jury instruction conference will be held on Friday, 8/29 at 2:30 or 3:00 PM.

**Witnesses:**  Steve Ganem, Belinda Langner, Donna Hoffman

**Admitted Exhibits:**  PX31, PX232, PX11, G693, PX419, G591

***SEE ATTACHED TRIAL LOG***