3:37 PM
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | PLAINTIFF ATTORNEY: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | DEFENSE ATTORNEY: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
|---|---|---|
| **TRIAL DATE: 8/27/2025** | **REPORTER(S):** Ana Dub | **CLERK:** Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:22 AM | | | Court in session. Parties are present. Jury not present. Court will have a draft verdict form and jury instructions on Thursday. A jury instruction conference will be held on Friday, 8/29 at 2:30 or 3:00 PM. As to dkt 646 Evidentiary Disputes for Trial date 8/27/25. Parties have reached an agreement as to Susan Harvey deposition. As to documents to be used with Belinda Langner, court will determine foundation during testimony. | |
| PX31 | | 8:26 AM | X | X | Housekeeping issues. Parties agree that Exh. PX31 can be admitted. Parties stipulate that Exh. G574, previously admitted, can be substituted due to two missing pages. Court grants the substitution. | |
| | | | | | Defendant will file any updated jury instructions today. Defendant plans to make a Rule 50 motion after Mr. Ruemmler's testimony. | |
| | | 8:31 AM | | | Jury present. Cross-exam of Steve Ganem by David Boies. | |
| PX232 | | 8:34 AM | X | X | PX232 | |
| PX11 | | 8:39 AM | X | X | PX11 | |
| | | 8:50 AM | | | Re-direct exam by Eduardo Santacana. | |
| | | 9:32 AM | | | Sidebar | |
| | | 9:33 AM | | | Sidebar concluded. Continued re-direct exam. | |
| | | 9:35 AM | | | Re-cross-exam by David Boies. | |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 27, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:38 AM | | | Re-re-direct exam by Eduardo Santacana | |
| | | 9:3 AM | | | Witness Steve Ganem excused. | |
| | | | | | Defendant's witness Belinda Langner. Witness is sworn. Direct exam by Ben Hur. | |
| | G0100 | 9:50 AM | X | | G0100 Demonstrative. | |
| | | 9:53 AM | X | | Plaintiffs' Demonstrative #5 | |
| | G0101 | 9:56 AM | X | | G0101 Demonstrative Conversion Measurement. | |
| | G693 | 10:13 AM | X | X | G693 | |
| | | 10:15 AM | | | Court recessed for first break. Jurors reminded of admonishment and retired to jury room. Court will resume at 10:30 AM | |
| | | 10:35 AM | | | Court reconvened. Parties present. Jury not present. Discussion held re: witness Hoffman who is immuno-compromised. Discussion held re: admitted Exh. G693. | |
| | | 10: 43 AM | | | Jury present. Resume direct exam. | |
| | | 10:44 AM | X | | Interrogatory 17. | |
| PX419 | | 10:50 AM | X | X | PX419. Mr. Bois voir dired Ms. Langner. Objection is overruled. | |
| | G591 | 10:59 AM | X | X | G591 | |
| | | 11:02 AM | X | | Demonstrative slide 15 used with Mr. Lasinski. | |
| | | 11:08 AM | | | Cross-exam by David Boies. | |
| PX232 | | | X | | PX232 | |
| PX432 | | 11:34 AM | X | | PX432 – objection. Sustained. | |
| | | 11:38 AM | | | Sidebar. | |
| | | 11:40 AM | | | Sidebar concluded. Resume cross-exam. | |
| | G590 | 11:41 AM | X | X | G590 | |
| | | 11:51 AM | | | Witness Belinda Langner excused. | |
| | | | | | Witness Donna Hoffman. Witness sworn. Direct exam by Simona Agnolucci. | |
| | G102 | 11:55 AM | X | | G102 Demonstrative of Donna Hoffman | |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 27, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:02 PM | | | Court recessed for second break. Jurors are reminded of the admonition and retired to jury room. Court will resume at 12:17 PM. | |
| | | | | | Jury not present. Parties are reminded that the testimony of Ms. Hoffman is confined to the MIL ruling. Court recessed. | |
| | | 12:21 PM | | | Court reconvened. Parties present. Jury not present. Housekeeping issue regarding schedule for the remainder of the day. | |
| | | 12:23 PM | | | Jury present. Resume direct exam by Simona Agnolucci. | |
| PX84 | | | X | | PX84 (demonstrative) | |
| | G574 | 12:43 PM | X | | G574. | |
| | G607 | 12:49 PM | X | | G607 | |
| PX62 | | 1:00 PM | X | | PX62 | |
| PX123 | | 1:05 PM | X | | PX123 | |
| | | 1:07 PM | | | Cross-exam by Amanda Bonn. | |
| | G607 | | X | | G607 | |
| | | 1:30 PM | | | Re-direct exam by Simona Agnolucci. | |
| | | 1:32 PM | | | Witness Donna Hoffman excused. | |
| | | 1:32 PM | | | Jurors are dismissed for the day and admonished. Jurors are reminded to return on Thursday, 8/28/25 by 8:30 AM | |
| | | | | | Jury not present. Time Remaining: Plaintiff: 9:01:22 Defendant: 8:13:41 | |
| | | | | | Court recessed. Clerk reviewed admitted exhibits with the parties. Court and parties agree | |
| | | | | | | |

3