UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 20-cv-04688-RS

Case Name:  Anibal Rodriguez, et al. v. Google LLC

Date: August 28, 2025                              Time:  4 H 25 M

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom                            **Court Reporter:**  Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez, Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio, Thilini Chandrasekera

Trial Began:  8/18/2025                            Further Trial:  8/29/2025

**PROCEEDINGS**

Jury Trial (day 8) – Held.

**SUMMARY**

Plaintiffs reopen their case.
PX388 Eric Miraglia video deposition, PX389 JK Kearns video deposition, PX390 Pichai House Testimony Clip-Monsees are marked for identification purposes **only**.

**Witnesses:**  Christopher Ruemmler, Christopher Knittel

**Admitted Exhibits:**  PX118, PX3A with color coding,

***SEE ATTACHED TRIAL LOG***