UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
| **TRIAL DATE: 8/28/2025** | **REPORTER(S):** Ana Dub | **CLERK:** Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 8:08 AM |  |  | Court in session. Parties are present. Jury not present. Court will get the proposed jury instructions to the parties by today. Discussion held regarding the rebuttal witnesses Hochman and Lasinski by David Boies and Eduardo Santacana. Discussion held regarding privacy policies by Bill Carmody and Simona Agnolucci. |  |
| PX388, PX389 PX390 |  |  | X X X |  | Samantha Parrish moved to have PX388 Eric Miraglia video deposition, PX389 JK Kearns video deposition, PX390 Pichai House Testimony Clip-Monsees are marked for identification purposes **only**. Granted. |  |
|  |  | 8:22 AM |  |  | Court recessed. |  |
|  |  | 8:37 AM |  |  | Court reconvened. Parties present. |  |
|  |  | 8:38 AM |  |  | Jury present. Court explains to the jury that Plaintiffs reopen their case due to scheduling issues with Mr. Ruemmler. |  |
|  |  |  |  |  | Plaintiffs' Christopher Ruemmler. Witness is sworn. Direct exam by Bill Carmody. |  |
| PX3 |  | 8:45 AM | X |  | PX3 |  |
| PX118 |  | 8:47 AM | X | X | PX118 |  |
| PX3A |  | 8:49 AM | X | X | PX3A with color coding. |  |
| PX113 |  | 9:05 AM | X |  | PX113 |  |

1

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 28, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:15 AM | | | Court recessed for morning break. Jurors reminded of admonishment and retired to jury room. Court will reconvene at 10:30 AM | |
| | | 10:35 AM | | | Court reconvened. Parties present. Jury present. Continued direct exam. | |
| | | 10:40 AM | | | Cross-exam by Simona Agnolucci. | |
| | | 10:52 AM | | | Re-direct exam by Bill Carmody. | |
| | | 10:57 AM | | | Sidebar. | |
| | | 10:59 AM | | | Sidebar concluded. Plaintiffs rest. Defendant resumes their case in chief. | |
| | | 11:00 AM | | | Defendant's witness Christopher Knittel. Witness is sworn. Direct exam by Ben Hur. | |
| | G104 | | X | | G104 Knittel Demonstrative. | |
| | | 12:07 PM | | | Court recessed for afternoon break. Jurors reminded of the admonishment and retired to the jury room. Court will resume in 15-minutes. | |
| | | 12:31 PM | | | Court reconvened. Parties present. Jury present. Continued direct exam. | |
| | | 12:41 PM | | | Cross-exam by Amanda Bonn. | |
| | | 1:31 PM | | | Jurors are dismissed for the day and admonished. Jurors are reminded to return on Friday, 8/29/25 by 8:30 AM. | |
| | | | | | Jury not present. Discussion held regarding Friday's trial schedule. Parties will file a brief re: rebuttal expert witnesses. Court will advise the jury on Friday that they should plan to be here all day on Tuesday 9/2. Time Remaining: Plaintiff: 6:31:21 Defendant: 6:47:21 | |
| | | 1:37 PM | | | Court recessed. | |
| | | | | | Clerk reviewed admitted exhibits with the parties. Court and parties agree. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

2