**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
Alexander Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Samantha Parris, CA Bar No. 318681
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

*Counsel for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-04688-RS<br><br>**PLAINTIFFS' NOTICE SEEKING ADMISSION OF PX-4 IN THEIR REBUTTAL CASE**<br><br>Judge: Hon. Richard Seeborg<br>Trial Date: August 18, 2025<br>Courtroom: 3, 17th Floor |

**PLAINTIFFS' NOTICE SEEKING ADMISSION OF PX-4 IN THEIR REBUTTAL CASE**

Google spent much of its defense case asserting that it intended to make its disclosures clear, and that there was no intent by Google to mislead users. *See, e.g.*, Trial Tr. 374:14-375:14 (Monsees); Trial Tr. 416:9-12 (Monsees); Trial Tr. 429:2-6 (Monsees); Trial Tr. 1155:14-17 (Ganem); Trial Tr. 1183:5-12 (Ganem); Trial Tr. 1375:2-1376:1 (Hoffman); Trial Tr. 1376:9-1377:13 (Hoffman); Trial Tr. 1381:10-24 (Hoffman); Trial Tr. 1385:22-1386:8 (Hoffman); Trial Tr. 1387:1-11 (Hoffman). In doing so, Google made PX-4 admissible evidence on rebuttal. As explained below, the "David" referred to in PX-4 is David Monsees. PX-4 should be admitted as relevant party admissions that are both admissible and highly relevant rebuttal evidence.

PX-4 is a 2016 Google email exchange stating that Google has been "*intentionally vague*" with its English language sWAA disclosures to users. The subject line for PX-4 is "Effect of flipping sWAA." PX-4 includes a portion labeled "David's comments" that first describes how "some of the *data for a user* was collected within their Google Account and some of it was collected *outside of their Google Account*" and then states: "*In English*, we're *intentionally vague* because the technical details are complex and it could sound alarming to users …." (In addition to this comment from "David", the email concludes with a statement by Jens Mueller: "The English text is vague enough to not make this distinction clear.") Mr. Miraglia, who received a copy of PX-4, testified about it in his deposition.

As Google admitted in its summary judgement reply brief, the "David" in this document was Mr. Monsees. *See* Dkt. 406 at 11 (discussing this document and stating "*Dave Monsees'* response was that WAA is described at a *level of technical vagueness so that it is accurate to users*"). Mr. Monsees agreed "the buck stops with" him with respect to how the WAA and sWAA controls are described to users. Trial Tr. 366:10-17. PX-4 on its face identifies Mr. Mueller as a Google Software Engineer. Mr. Miraglia also testified that Mr. Mueller was an engineer working on the "Consent Bump' project, which dealt with sWAA disclosures. Miraglia Tr. at 102:8-10. As such, Mr. Monsees and Mr. Mueller were both Google employees discussing Google's English language disclosure to users, regarding sWAA-off data, and how those disclosures were

1  "intentionally vague" and "vague enough" to not make clear to users that Google would save data
2  *outside* their so-called Google Accounts.
3      While the Court originally ruled that PX-4 would not be admitted with the deposition clips
4  for Mr. Miraglia, that email exchange is now highly relevant as rebuttal evidence.
5      Because it contains admissions, PX-4 need not be admitted through a witness.  However, if
6  the Court prefers that it be admitted through a witness, Plaintiffs can do so through minimal
7  additional Eric Miraglia deposition designations, who received PX-4 and whose deposition
8  testimony covered PX-4.  The parties have already prepared designations and counter-designations
9  about Mr. Miraglia's testimony on PX-4.  There is no need to call Mr. Monsees back to testify
10 again.  Google's representation in its prior filing is sufficient to establish this statement embedded
11 in PX-4 as a party admission.

Dated: August 28, 2025            Respectfully Submitted,

By: */s/ Mark C. Mao*
**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Samantha Parrish, CA Bar No. 318681
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520

Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

*Counsel for Plaintiffs*