COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF SIMONA A. AGNOLUCCI IN SUPPORT OF GOOGLE LLC'S MOTION *IN LIMINE* NO. 19 TO PRECLUDE USE OF IRRELEVANT AND PREJUDICIAL EVIDENCE IN CLOSING ARGUMENTS**<br><br>Dept:      3, 17th Fl.<br>Judge:     Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF S. AGNOLUCCI ISO
GOOGLE'S MIL NO. 19
3:20-CV-04688-RS

I, Simona A. Agnolucci, hereby declare as follows:

1.      I am a partner with the law firm Cooley LLP and am counsel for Defendant Google LLC in the above captioned action.  I am duly licensed to practice law in the state of California and am admitted to practice before this Court.  The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters. I submit this declaration in support of Google LLC's Motion in Limine No. 19 to Preclude Use of Irrelevant and Prejudicial Evidence in Closing Arguments, filed concurrently herewith.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Aug. 20, 2025 Trial Tr. (Vol. 3), page 546.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Aug. 21, 2025 Trial Tr. (Vol. 4), pages 711-720; 749.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Aug. 26, 2025 Trial Tr. (Vol. 6), page 1145.

5.      Attached hereto as **Exhibit D** is a true and correct copy of Aug. 27, 2025 Trial Tr. (Vol. 7), pages 1241-1244.

6.      Attached hereto as **Exhibit E** is a true and correct copy of Aug. 29, 2025 Trial Tr. (Vol. 9), pages 1725-1726; 1755-1761.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on September 1, 2025 at San Francisco, California.


                                        _/s/ Simona A. Agnolucci_
                                        Simona A. Agnolucci

Cooley LLP
Attorneys at Law
San Francisco

1

Declaration of S. Agnolucci ISO
Google's MIL No. 19
3:20-CV-04688-RS