# EXHIBIT A

1  browsing history?  Yes or no.
2  **A.**  No.
3  **Q.**  Those apps don't give Google access to your text messages,
4  do they?
5  **A.**  No, but there's other information.
6  **Q.**  We're not here in this case about a data leak or a data
7  breach; correct?  You understand this case has nothing to do
8  with that; yes?
9  **A.**  Google's had data leaks.
10 **Q.**  But that's not what this case is about?
11 **A.**  Correct.
12 **Q.**  Mr. Santiago, that's all I have.  Thank you.
13 **A.**  Thank you.
14         **THE COURT:**  Mr. Lee.
15         **MR. LEE:**  Yes, Your Honor.
16                    **REDIRECT EXAMINATION**
17 **BY MR. LEE:**
18 **Q.**  How you doing, Mr. Santiago?  Are you holding up?
19 **A.**  Well, I'm not used to being in a place like this, and it's
20 quite nerve-racking.
21 **Q.**  Well, I can tell you, you hurt my feelings, because you
22 said that I misrepresented something that Mr. Hur said in
23 opening.
24 **A.**  So sorry.
25 **Q.**  Let's just clear that up.  Okay?