# EXHIBIT C

1  **A.**  I heard about it for the first time yesterday.
2  **Q.**  Not a big competitor?
3  **A.**  Not as far as I know.
4  **Q.**  What -- when you're competing with Facebook and Adobe and
5  AppsFlyer to try and make sure that people use your product,
6  what are the differentiators that you emphasize with them?
7  **A.**  Well, one is that we believe that Google as a -- Google is
8  trusted as a brand that has -- offers security.  There's not
9  data breaches associated with Google.  We are known to be very
10 technically strong and trustworthy.  Businesses already trust
11 Google often with their email accounts and cloud.  So trust is
12 a big factor.
13      Another one is, by being part of this Firebase platform,
14 they know that it can help them build better apps.
15      And then last, I would say, is data privacy first.
16 Google Analytics offers a host of data privacy features for our
17 customers to implement their privacy policies.
18 **Q.**  Do apps just choose among all of these competitors and
19 install one analytics SDK?
20 **A.**  No, not typically.  What we've seen, and we've run
21 research on this recently to confirm it, is that on average,
22 customers use at least four analytics solutions simultaneously.
23 **Q.**  The average app uses, sorry, at least four analytics SDKs?
24 **A.**  Yes.
25 **Q.**  Why would an app like Reddit use four analytics SDKs?