COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT GOOGLE LLC'S MOTION *IN LIMINE* NO. 19 TO PRECLUDE USE OF IRRELEVANT AND PREJUDICIAL EVIDENCE IN CLOSING ARGUMENTS**<br><br>Dept:     3, 17th Fl.<br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

**[Proposed] Order Granting Google's MIL No. 19**

Before the Court is Google LLC's ("Google") Motion in Limine to Preclude Use of Irrelevant and Prejudicial Evidence in Closing Arguments. Having considered the Motion, the Declaration of Simona A. Agnolucci filed concurrently therewith, and such other matters as the Court may consider, the Court GRANTS the Motion.

Accordingly, IT IS HEREBY ORDRED THAT:

Google's Motion in Limine to Preclude Use of Irrelevant and Prejudicial Evidence in Closing Arguments is GRANTED. Plaintiffs shall not present evidence or argument to the jury regarding the risks of (1) data breaches; (2) government subpoenas and surveillance, including of abortion-related data (or similar concerns); and (3) artificial intelligence in closing argument.

**IT IS SO ORDERED.**

Dated: _____          _____
                                   HON. RICHARD SEEBORG
                                   United States District Judge