G0607



# Historical WAA/sWAA Descriptions

## WAA Activity Controls Description

### 10/01/2018 - Present

Saves your activity on Google sites and apps, including associated info like location, to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services.
Learn more

### 05/04/2018 - 10/01/2018

Saves your activity on Google sites and apps to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services.

### 07/16/2015 - 05/04/2018

Save your search activity on apps and in browsers to make searches faster and get customized experiences in Search, Maps, Now, and other Google products.

### 05/26/2015 - 07/16/2015

Make searches faster and get customized experiences in Search, Maps, Now, and other Google products.

## sWAA Activity Controls Description

### 05/04/2018 - Present

Include Chrome history and activity from sites, apps, and devices that use Google services

### 07/16/2015 - 05/04/2018

Includes Chrome history and content you browse on the web and in apps

CONFIDENTIAL                                                                                    GOOG-RDGZ-00208190

05/26/2015 - 07/16/2015

Includes Chrome history and content you browse in apps

## WAA Activity Controls Consent Text

## No Retention: 05/04/2018 - Present

Web & App Activity saves the things you do on Google sites, apps, and services, including your searches, interactions with Google partners, and associated information, like location and language.

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like faster searches, better recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. You can see your data, delete it and change your settings at{sp}  <a href="https://accounts.google.com">accounts.google.com</a>.

## No Retention: 06/02/2016 - 05/04/2018

Google can help you find things you've seen before on the web and in apps by including your Chrome history and activity from sites and apps in your private Web & App Activity.

This setting stores:
- Your Chrome history (if Chrome Sync is turned on)
- Your activity from sites and apps that use Google services.

## No Retention: 05/26/2015 - 06/02/2016

Google can help you find things you've seen before on the web and in apps by including information from your Chrome and other app history in your private Web & App Activity.

This optional setting stores:
- Your Chrome history (if you have Chrome Sync enabled)
- Apps you use. This might include activity or data that your apps share with Google.

**2**

CONFIDENTIAL
GOOG-RDGZ-00208191

## Three Month Retention: 05/28/2020 - Present

Web & App Activity saves the things you do on Google sites, apps, and services, including your searches, interactions with Google partners, and associated information, like location and language.

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like faster searches, better recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. Data older than 3 months will be automatically deleted. You can delete your data manually, change your auto-delete option, stop saving data, and more at {$googleAccountLink}.

## Eighteen Month Retention: 05/28/2020 - Present

Web & App Activity saves the things you do on Google sites, apps, and services, including your searches, interactions with Google partners, and associated information, like location and language.

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like faster searches, better recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. Data older than 18 months will be automatically deleted. You can delete your data manually, change your auto-delete option, stop saving data, and more at {$googleAccountLink}.

CONFIDENTIAL                                                                                                    GOOG-RDGZ-00208192

# sWAA Activity Controls Consent Text

## No Retention: 05/04/2019 - Present

Additional Web & App Activity saves your activity from sites, apps, and devices that use Google services, including:
- activity from sites and apps that partner with Google to show ads
- Chrome history (if Chrome Sync is turned on)
- app activity, including data that apps share with Google
- Android usage & diagnostics, like battery level, how often you use your device and apps, and system errors

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like helpful app and content recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. You can see your data, delete it and change your settings at{sp}  <a href="https://accounts.google.com">accounts.google.com</a>.

## No Retention: 05/26/2015 - 05/04/2018

Your private Web & App Activity can speed up your searches and help products like Search and Google Now provide customized information like travel and commute updates.

Web & App Activity stores your searches and other things you do on Search, Maps and other Google services, including your location and other associated data.

## 3 Month Retention: 05/28/2020 - Present

Additional Web & App Activity saves your activity from sites, apps, and devices that use Google services, including:
- activity from sites and apps that partner with Google to show ads
- Chrome history (if Chrome Sync is turned on)
- app activity, including data that apps share with Google
- Android usage & diagnostics, like battery level, how often you use your device and apps, and system errors

If you use your device without an internet connection, your data may be saved in your account once you return online.

CONFIDENTIAL
GOOG-RDGZ-00208193

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like helpful app and content recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. Data older than 3 months will be automatically deleted. You can delete your data manually, change your auto-delete option, stop saving data, and more at {$googleAccountLink}.


## 18 Month Retention: 05/28/2020 - Present

Additional Web & App Activity saves your activity from sites, apps, and devices that use Google services, including:
- activity from sites and apps that partner with Google to show ads
- Chrome history (if Chrome Sync is turned on)
- app activity, including data that apps share with Google
- Android usage & diagnostics, like battery level, how often you use your device and apps, and system errors

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like helpful app and content recommendations, and useful ads, both on and off Google.

This data helps Google give you more personalized experiences across Google services, like faster searches, better recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. Data older than 18 months will be automatically deleted. You can delete your data manually, change your auto-delete option, stop saving data, and more at {$googleAccountLink}.

5

CONFIDENTIAL   GOOG-RDGZ-00208194

## WAA Activity Controls Revocation Text

### 10/17/2019 - Present

Pausing Web & App Activity may limit or disable more personalized experiences across Google services. For example, you may stop seeing more relevant search results or recommendations about places you care about.

This setting will be paused on all sites, apps, and devices signed in to this account.

Even when this setting is paused, Google may temporarily use information from recent searches in order to improve the quality of the active search session.

Pausing this setting doesn't delete any of your past data. You can see or delete your data and more at {links.myActivity(override: $myActivityLink)}.

Visit {links.googleAccount(override: $googleAccountLink)} to change this and your other Google Account settings and learn about the data Google continues to collect and why at {links.policies(override: $policiesLink)}.

### 05/04/2018 - 10/17/2019

Pausing Web & App Activity may limit or disable more personalized experiences across Google services. For example, your child may stop seeing more relevant search results or recommendations about places they care about.

### 05/26/2015 - 05/04/2018

Many of our products, like Google Now and Google+, use your Web & App Activity to improve their suggestions and updates. Pausing this setting will limit their ability to offer you this kind of personalized content.

## sWAA Activity Controls Revocation Text

### 06/07/2019 - Present

Pausing additional Web & App Activity may limit or disable more personalized experiences across Google services. For example, you may stop seeing helpful recommendations based on the apps and sites you use.

This setting will be paused on all sites, apps, and devices signed in to this account.

CONFIDENTIAL
GOOG-RDGZ-00208195

If Chrome Sync is turned on, your Chrome history will still be saved in your Google Account with your bookmarks, passwords, and other settings data. Learn more at {links.chromeSync(override: $chromeSyncLink)}.

If your Android usage & diagnostics setting is turned on, your device may still share information with Google, like battery level, how often you use your device and apps, and system errors. View Google settings on your Android device to change this setting.

If you use a shared device or sign in with more than one account, your activity might be saved in another account on the device.

Pausing this setting doesn't delete any of your past data. You can see or delete your data and more at {links.myActivity(override: $myActivityLink)}.

Visit {links.googleAccount(override: $googleAccountLink)} to change this and your other Google Account settings and learn about the data Google continues to collect and why at {links.policies(override: $policiesLink)}.

## 05/04/2018 - 06/07/2019

Pausing additional Web & App Activity may limit or disable more personalized experiences across Google services. For example, you may stop seeing helpful recommendations based on the apps and sites you use.

## 05/26/2015 - 05/04/2018

Pausing this setting may result in fewer content suggestions in products like Google Now or Google+, and some autocomplete suggestions in Search will not appear.

7