| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL A. ATTANASIO (151529) |
| 2 | (mattanasio@cooley.com) |
| | BENEDICT Y. HUR (224018) |
| 3 | (bhur@cooley.com) |
| | SIMONA AGNOLUCCI (246943) |
| 4 | (sagnolucci@cooley.com) |
| | EDUARDO E. SANTACANA (281668) |
| 5 | (esantacana@cooley.com) |
| | JONATHAN PATCHEN (237346) |
| 6 | (jpatchen@cooley.com) |
| | ARGEMIRA FLOREZ (331153) |
| 7 | (aflorez@cooley.com) |
| | NAIARA TOKER (346145) |
| 8 | (ntoker@cooley.com) |
| | HARRIS MATEEN (335593) |
| 9 | (hmateen@cooley.com) |
| | THILINI CHANDRASEKERA (333672) |
| 10 | (tchandrasekera@cooley.com) |
| | ISABELLA MCKINLEY CORBO (346226) |
| 11 | (icorbo@cooley.com) |
| | CHELSEA HU (357212) |
| 12 | (chu@cooley.com) |
| | MICHAEL MORIZONO (359395) |
| 13 | (mmorizono@cooley.com) |
| | 3 Embarcadero Center, 20th Floor |
| 14 | San Francisco, CA  94111-4004 |
| | Telephone:   (415) 693-2000 |
| 15 | Facsimile:    (415) 693-2222 |
| 16 | Attorneys for Defendant |
| | GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated, | Case No. 3:20-CV-04688-RS |
| Plaintiffs, | **DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF GOOGLE LLC'S MOTION TO DECERTIFY THE CLASS** |
| v. | Dept:     3, 17th Fl. |
| GOOGLE LLC, | Judge:    Hon. Richard Seeborg |
| Defendant. | Date Action Filed: July 14, 2020 |
| | Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF PATCHEN ISO GOOGLE
LLC'S MOTION TO DECERTIFY THE CLASS
3:20-CV-04688-RS

I, Jonathan Patchen, hereby declare as follows:

1. I am a partner with the law firm Cooley LLP and am counsel for Defendant Google LLC in the above captioned action. I am duly licensed to practice law in the state of California and am admitted to practice before this Court. The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters. I submit this declaration in support of Google's Motion to Decertify the Class, filed concurrently herewith.

2. Attached hereto is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 19, 2025.

3. Attached hereto is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 20, 2025

4. Attached hereto is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 21, 2025.

5. Attached hereto is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 25, 2025.

6. Attached hereto is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 26, 2025.

7. Attached hereto is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 27, 2025.

8. Attached hereto is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 28, 2025.

9. Attached hereto is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 29, 2025.

10. Attached hereto is a true and correct copy of exhibit PX-062, admitted into evidence during the trial of the above captioned action.

11. Attached hereto is a true and correct copy of exhibit PX-084, admitted into evidence during the trial of the above captioned action.

12. Attached hereto is a true and correct copy of exhibit PX-113, admitted into evidence during the trial of the above captioned action.

13. Attached hereto is a true and correct copy of exhibit PX-116, admitted into evidence during the trial of the above captioned action.

14. Attached hereto is a true and correct copy of exhibit G0607, admitted into evidence during the trial of the above captioned action.

15. Attached hereto is a true and correct copy of the demonstrative slides displayed by Plaintiffs during the trial of the above captioned case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on September 1, 2025 at San Francisco, California.

*/s/ Jonathan Patchen*
Jonathan Patchen