# TRIAL TRANSCRIPT
# AUGUST 19, 2025

Volume 2

Pages 175 - 340

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

ANIBAL RODRIGUEZ, et al.,          )
individually and on behalf of      )
all others similarly situated,     )
                                   )
          Plaintiffs,              )
                                   )
  VS.                              )    NO. 3:20-CV-04688 RS
                                   )
GOOGLE LLC,                        )
                                   )
          Defendant.               )
_____    )

                        San Francisco, California
                        Tuesday, August 19, 2025

          __TRANSCRIPT OF JURY TRIAL PROCEEDINGS__

__APPEARANCES__:

For Plaintiffs:
                    BOIES SCHILLER FLEXNER LLP
                    333 Main Street
                    Armonk, New York 10504
              BY:   **DAVID BOIES, ATTORNEY AT LAW**

                    BOIES SCHILLER FLEXNER LLP
                    2029 Century Park East, Suite 1520n
                    Los Angeles, California 90067
              BY:   **ALISON L. ANDERSON, ATTORNEY AT LAW**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

1   evidence it's much higher, but it was at least $3 a month.  And

2   the number of devices were 174 million.  And so just $3 per

3   month for one month times the number of devices is

4   $523 million.

5        And one of the things that you're going to see is that the

6   amount of money is so large here because the conduct went on so

7   long and because there were so many people affected by it.  You

8   have 174 million devices.  You have essentially 98 million

9   users.  There are more devices than users because some users

10  have more than one device.

11       Now, if there was only -- if people who turned off sWAA

12  only had it off for one month, that would mean the compensatory

13  damages are $523 million.  I don't think even Google is going

14  to say that they believe that people who turned it off only

15  left it off for one month.

16       One of the most important things that you're going to have

17  to decide is how many months, how many average months did

18  people leave the sWAA off, and there's going to be different

19  testimony about that.  I'm going to ask every one of their

20  witnesses how long -- because Google obviously has this

21  information better than anybody else, I'm going to ask each one

22  of their witnesses:  How long, on average, did people keep sWAA

23  off?

24       But before we get to that, you will hear some evidence

25  that the average number of months was 56.  98 months in the

1  whole class period.  Obviously, not everybody kept sWAA off the

2  entire period.  There will be a -- there'll be testimony that

3  they kept it off an average of 56 months, which would result in

4  $29 billion, $29 billion of damages.

5      Now, that's a huge number, and one of the things that I

6  asked during jury selection was whether, if the evidence

7  established that the damages were many billions of dollars,

8  would you be prepared to award that, and you all said you

9  would.  And the reason that this is so large is because there's

10 so many people involved and there's so much time that went on.

11      For example, if you take the $29 billion number, that's

12 only a little bit less than $300 per person over the entire

13 eight-year period.  It's only a little -- it's about $168 per

14 device over the entire period.  This is -- this is a function

15 of how long the period is and how many people are involved.

16      This seems like a large number.  It's not so large in

17 connection with what Google's advertising revenue was just from

18 three products that you're going to see in a moment.  But it is

19 a large number.  I'm cognizant of that.  And I'm cognizant that

20 this is a number that, it's beyond my comprehension.  I don't

21 know whether it's beyond yours or not, but it's going to be

22 hard to get your head around that.  And that's one of the

23 reasons I asked during jury selection whether you were prepared

24 to do that if the evidence showed it.  And I think the evidence

25 will show it, and it will show it because of the number of