PX-084

   

# Activity controls

The data saved in your account helps give you more personalized experiences across all Google services. Choose which settings will save data in your Google Account.

 **Safer with Google**
You control what data gets saved to your account. Learn more



## Web & App Activity

Saves your activity on Google sites and apps, including associated info like location, to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services. Learn more

 Off                                        Turn on

### See and delete activity

      

### Subsettings

☐ Include Chrome history and activity from sites, apps, and devices that use Google services

☐ Include voice and audio activity. Learn more

### Auto-delete (Off)

 Choose an auto-delete option


Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-084**

 Account   



## Location History

Saves where you go with your devices, even when you aren't using a specific Google service, to give you personalized maps, recommendations based on places you've visited, and more.
Learn more

⊖ Off                                                                    Turn on

### Auto-delete (Not applicable)

You have no activity to delete. Turn on Location History to choose an auto-delete option                                                                    ›

**Manage history**                                                        ⧉



## YouTube History

Saves the YouTube videos you watch and the things you search for on YouTube to give you better recommendations, remember where you left off, and more. Learn more

⊖ Off                                                                    Turn on

PX-084.0002 of 0003



☐ Include your searches on YouTube

**Auto-delete (Off)**

Choose an auto-delete option       ›

**Manage history** ↗



### Ad personalization

You can make ads more useful to you

✓ Ad personalization is on

**Go to Ad Settings**    ›



You can find more privacy and security settings in your Google Account

**Go to your Google Account**