# DEMONSTRATIVE SLIDES DISPLAYED BY PLAINTIFFS DURING THE TRIAL

# Anibal Rodriguez: Third-Party Apps With Google SDK

- Acorns
- Alarm Clock for Me
- Alibaba
- AliExpress
- Amazon Prime Video
- American Airlines
- Applebee's
- Avast Antivirus
- Best Buy
- Call of Duty
- Canva
- Chili's
- ClassDojo
- Craigslist
- Current
- Dairy Queen
- Domino's
- DoorDash
- Dosh
- Dropbox
- eBay
- Facebook
- Fair
- Fulldive VR
- GIPHY
- Glassdoor
- GoMLS Miami
- GoodRx
- GrubHub
- Indeed Job Search
- Instacart
- Instagram
- Jimmy John's
- LinkedIn
- Little Caesars
- Lyft
- McDonald's
- Udemy
- USPS Mobile
- Walmart
- WhatsApp
- Wish
- WordPress
- Xfinity Mobile
- Xfinity My Account
- Yelp
- Zelle
- Zillow
- ZipRecruiter
- Zoho Mail
- Microsoft Authenticator
- MX Player
- myCigna
- Netflix
- Nextdoor
- Noom
- OfferUp
- Outlook
- ParkMobile
- PayPal
- Pollo Tropical
- Postmates
- Publix
- RaceTrac
- RAR
- Realtor.com
- Repost (for Instagram)
- Robinhood
- Samsung Member
- Samsung Print Service Plugin
- Sezzle
- Shazam
- Skillshare
- Slack
- Sleep Cycle
- Slingshot Stunt Driver
- Sonos S1
- SoundCloud
- Stack Colors
- Stash
- Steam
- Sweatcoin
- Target
- Tiles Hop
- Turbo
- Uber
- Uber Eats

1

# Anibal Rodriguez: Third-Party Apps With Google SDK

Alibaba, craigslist, ZipRecruiter, Robinhood, ebay, NETFLIX, SoundCloud, Instagram, facebook, DoorDash, prime video, McDonald's, Call of Duty, Zoho, Mail, Uber, RaceTrac, Skillshare, Dropbox, SONOS, Zelle, WhatsApp, lyft, slack

**SOURCE:** Anibal Rodriguez's Response to Interrogatory No. 7; App'x 1 to Google's Fourth Set of Interrogatories to Plaintiff Rodriguez.

2

# Julian Santiago: Third-Party Apps With Google SDK

- Acorns
- AllTrails
- Calm
- Cash App
- Discord
- Duo
- Duolingo
- E*Trade
- eBay
- ESPN Fantasy
- Facebook
- Fundrise
- Gametime
- Glassdoor

- Groupon
- MapMyRide
- Marcus
- Nextdoor
- NFL
- NPR One
- Oak
- OpenTable
- PayByPhone
- PayPal
- Pinterest
- Pomodoro
- Publix
- Robinhood

- SeatGeek
- Shazam
- SoundCloud
- Spotify
- StubHub
- Target
- The Economist
- The Weather Channel
- Ticketmaster
- Twitter
- Venmo
- Vivino
- Zillow
- ZipRecruiter

3

# Julian Santiago: Third-Party Apps With Google SDK



SOURCE: Julian Santiago's Response to Interrogatory No. 8; App'x 1 to Google's Fourth Set of Interrogatories to Plaintiff Santiago.

4