# EXHIBIT A

<u>App Developers Instruction</u>

You have heard and will hear evidence related to Google's terms of service and other interactions with App Developers. Such evidence is not relevant to whether Plaintiffs consented to Google's collection of sWAA-off data. The consent question in this case revolves around the relationship between Google and the Plaintiffs, not between the Apps and the Plaintiffs nor between Google and the Apps.

The question is whether Google's disclosures to Plaintiffs were unclear such that it was objectively reasonable for Plaintiffs to expect that turning WAA or sWAA off would stop Google from collecting data from their use of third-party apps. That, of course, is for you (the jury) to decide.

Evidence regarding App Developers is only relevant to whether or not Google acted in a highly offensive manner, which is also for you (the jury) to decide.