UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 20-cv-04688-RS

Case Name:  Anibal Rodriguez, et al. v. Google LLC

**Date: August 29, 2025**                                              **Time:  5 H 16 M**

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom                                          **Court Reporter:**  Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez, Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio, Thilini Chandrasekera

Trial Began:  8/18/2025                                          Further Trial:  9/2/2025

**PROCEEDINGS**

Jury Trial (day 9) – Held.
Jury Instruction Conference - Held

**SUMMARY**

Plaintiffs' rebuttal witnesses Hochman and Lasinski are precluded.
Defendant rests.

**Witnesses:**  Christopher Knittel, John Black, video deposition of Eric Miraglia.

**Admitted Exhibits:**  PX421, PX453, PX453A, PX4

***SEE ATTACHED TRIAL LOG***