UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Richard Seeborg | PLAINTIFF ATTORNEY: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | DEFENSE ATTORNEY: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
|---|---|---|
| **TRIAL DATE: 8/29/2025** | **REPORTER(S):** Ana Dub | **CLERK:** Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:21 AM | | | Court in session. Parties are present. Jury not present. Parties confirmed receipt of the draft jury instructions and proposed jury verdict. Discussion held regarding basis of expert rebuttal witnesses Hochman and Lasinski. Court precludes them. | |
| | | 8:23 AM | | | Discussion held re: dkt 656 as to PX4. Court will allow in plaintiffs' rebuttal case to admit PX4 through the Miraglia deposition with counter-designations. | |
| | | 8:37 AM | | | Discussion held regarding marking PX414 of video impeachment of Hoffman for identification purposes. | |
| PX453 | | 8:40 AM | | | Discussion held re: PX453 the data excerpts. Parties have reached an agreement, and Eduardo Santacana will move in this exhibit through witness Black. Court recessed. | |
| | | 8:46 AM | | | Court reconvened. Parties present. Jury present. Continued cross-exam of Christopher Knittel by Amanda Bonn. | |
| | | 8:51 AM | | | Court allowed ROG 17 to be displayed to the jury. | |
| PX405 | | 9:06 AM | X | | PX405 | |
| | | 9:10 AM | X | | Knittle slide 4. | |
| | | 9:14 AM | X | | Knittle Demonstrative 12 | |
| | | 9:17 AM | X | | Lasinski Demonstrative 15. | |

1

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: August 29, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PX419 | | 9:20 AM | X | | PX419 | |
| G590 | | 9:21 AM | X | | G590 | |
| | | 9:23 AM | X | | Lasinski Slide 9. | |
| PX421 | | 9:27 AM | X | X | PX421 | |
| | | 9:45 AM | | | Re-direct exam by Ben Hur. | |
| | | 9:51 AM | X | | Lasinski Slide 15. | |
| | | 9:58 AM | | | Christopher Knittel is excused. Court recessed for morning break. Jurors reminded of admonishment and retired to jury room. Court will reconvene n 15-minutes. | |
| | | 10:16 AM | | | Court reconvened. Parties present. Jury present. | |
| | | | | | Defendant's witness John Black. Witness sworn. Direct exam by Eduardo Santacana. | |
| PX442 | | 10:49 AM | X | | PX442 | |
| PX453 | | 10:55 AM | X | X | PX453 | |
| PX453A | | 10:58 AM | X | X | PX453A demonstrative. | |
| | | 11:26 AM | | | Cross-exam by David Boies | |
| | | 11:28 AM | X | | Demonstrative 1 | |
| | | 12:03 PM | | | Jurors are released for afternoon break and reminded of admonishment. Jurors retired to jury room.<br>Jury not present. Discussion held asking John Black about Google product Gemini AI. Court recessed for break. | |
| | | 12:22 PM | | | Court reconvened. Parties present. Jury not present. Further discussion held re: Gemini AI. David Boies will drop the issue. | |
| | | 12:24 PM | | | Jury present. Continued cross-exam by David Boies. | |
| PX442 | | | X | | PX442 | |
| | | 12:54 PM | | | Re-direct exam by Eduardo Santacana. | |
| | | 12:57 PM | | | Witness John Black is excused. | |

2

Case No: 20-cv-04688-RS  
Case Name: Rodriguez v. Google LLC  
Date: August 29, 2025  
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Google rests. |  |
|  |  |  |  |  | Plaintiffs' rebuttal. Video deposition with counter-designations of Eric Miraglia. |  |
| PX4 |  | 8/29/2025 | X | X | PX4 |  |
|  |  | 1:04 PM |  |  | Video of Eric Miraglia concluded. |  |
|  |  |  |  |  | Parties will meet and confer to discuss privacy policies. Jurors are advised that on 9/2/2025 they will hear closing arguments and jury instructions. Jurors are advised that their new schedule on 9/2 will be 8:30 AM to 4:00 PM. Jurors will be provided lunch on 9/2/25. |  |
|  |  | 1:06 PM |  |  | Jurors are released for the day and reminded of admonishment. Jurors shall return on 9/2/2025 by 8:30 AM. Jury not present. Court will resume at 2:15 PM for a jury instruction conference. |  |
|  |  | 1:07 PM |  |  | Clerk reviewed admitted exhibits with the parties. Court and parties agree. Court will reconvene at 2:15 PM for a jury instruction conference. Court recessed. |  |
|  |  | 2:27 PM |  |  | Court reconvened. Parties present. Jury not present. Jury instruction conference held. Oral arguments heard. Final instructions will be sent to the parties on Monday 9/1. Any party can file an objection. Discussion held as to how to proceed for punitive damages. Parties will meet and confer on this issue. |  |
|  |  | 3:33 PM |  |  | Time Remaining: Plaintiff: 4:21:37. Defendant: 5:24:44 |  |
|  |  | 3:34 PM |  |  | Court recessed. |  |