**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**JURY TRIAL CIVIL MINUTE ORDER**

Case No. 20-cv-04688-RS

Case Name: Anibal Rodriguez, et al. v. Google LLC

Date: September 2, 2025                                Time: 4 H 21 M

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom                                **Court Reporter:** Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez, Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio, Thilini Chandrasekera

Trial Began: 8/18/2025                                Further Trial: 9/3/2025

**PROCEEDINGS**

Jury Trial (day 10) – Held.
Google's MIL No. 19 [dkt 657] is Granted in part, denied in part.
Objections to Final Jury Instructions [dkt 658] are Overruled.
Court makes no ruling on the Motions for Judgment as a Matter of Law [dkts 660 & 661] and Motion to Decertify Class [dkt 662].

**SUMMARY**

Closing arguments heard.
Jury instructions read.
Jurors retired to jury room to begin deliberations.
Juror Notes 1 and 2 received and will be filed.
Jurors will return on Wednesday 9/3/2025 by 8:30 AM for continued deliberations.

**Admitted Exhibits:** G934, PX91, PX93, PX94, PX99, PX101, PX104 (prev. admitted), PX105, PX106, PX107, PX108, PX111, PX112, PX113 (prev. admitted), PX114, PX115, G1003, PX117, PX906, G930, G982, G986, PX123 (prev. admitted), G947, G952, G956, G959, G963, G967, G933 in its entirety, PX82

***SEE ATTACHED TRIAL LOG***