UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
| **TRIAL DATE:** 9/2/2025 | **REPORTER(S):** Ana Dub | **CLERK:** Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:09 AM | | | Court in session. Parties are present. Housekeeping issues: Court will not hear any more arguments on the jury instructions. Court makes no ruling on the JMOL, dkt 661 and Motion to Decertify Class, dkt 662.<br>Objections to the final jury instructions, dkt 658, are overruled.<br>MIL#19, dkt 657, is granted in part, denied in part. There will be no mention of Google Gemini.<br>. | |
| PX91, PX93, PX94, PX99, PX101, PX104 (prev. admitted), PX105, PX106, PX107, PX108, PX111, PX112, PX113 (prev. admitted), PX114, PX115, , | G1003 G930, G982, G986, G947, G952, G956, G959, G963, G967, G933 G934 | | X | X | Parties have agreed on the privacy policy documents and read a stipulation into the record. The following exhibits are admitted: G934, PX91, PX93, PX94, PX99, PX101, PX104 (prev. admitted), PX105, PX106, PX107, PX108, PX111, PX112, PX113 (prev. admitted), PX114, PX115, G1003, PX117, PX906, G930, G982, G986, PX123 (prev. admitted), G947, G952, G956, G959, G963, G967, G933 in its entirety. | |

1

| | | | | | |
|---|---|---|---|---|---|
| PX117, PX906, PX123 (prev. admitted) | | | | | |
| PX181 | | | X | | PX181 Miraglia Rebuttal Clip played on 8/29/2025. |
| | | 8:19 AM | | | Mr. Boies stated that he will make no reference to Ganem's testimony regarding subpoenas. |
| | | 8:19 AM | | | Court recessed. |
| | | 8:39 AM | | | Court reconvened. Parties present. Jury present. Court reads jury instructions. |
| | | 9:05 AM | | | Closing argument by David Boies. |
| | | 10:21 AM | | | Jurors released for morning break and reminded of admonishment and retired to jury room. Brief discussion held re: change to verdict form. Court recessed. |
| | | 10:39 AM | | | Court reconvened. Parties present. Court will make the suggested change to the verdict form. |
| | | 10:40 AM | | | Jury present. Continued closing argument by David Boies. |
| | | 10:53 AM | | | Court recessed for short 5-minute break. Jurors retired to jury room. |
| | | 11:02 AM | | | Court reconvened. Parties present. Jury present. Closing argument by Ben Hur. |
| | | 12:19 PM | | | Court takes short 15-minute recess. Jurors reminded of the admonition and retired to jury room. Court will reconvene at 12:30 |
| PX82 | | 12:34 PM | X | X | Court reconvened. Parties present. Housekeeping issue: Plaintiff moved to admit PX82 |
| | | 12:35 PM | | | Jury present. Rebuttal closing by David Boies. |
| | | 1:07 PM | | | Rebuttal closing concluded. |
| | | | | | Court read the remaining jury instructions. Court advised the jurors to send out a note with the name of the foreperson and schedule. Jurors are encouraged to stay up until 4 PM. Jurors retired to jury room to begin deliberations. |
| | | 1:15 PM | | | Jury not present. Court advised counsel that they can be no more than 10 minutes away. |

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC
Date: September 2, 2025
Courtroom Deputy: Karen Hom   Court Reporter: Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:17 PM | | | Court recessed. | |
| | | 1:30 PM | | | Jury note #1. Jurors will deliberate until 4 PM today. | |
| | | 4:00 PM | | | Jury note #2. Jurors are done for the day and will return on Wednesday 9/3 by 8:30 AM for continued deliberations. | |

3