UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anibal Rodriguez, et al., | Case No. 20-cv-04688-RS |
| Plaintiff, | |
| v. | |
| Google LLC, | |
| Defendant. | |

I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

Dated:

_____       _____
Attorney for Plaintiff                           Attorney for Defendant