## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## JURY TRIAL CIVIL MINUTE ORDER

**Case No.** 20-cv-04688-RS

**Case Name**: Anibal Rodriguez, et al. v. Google LLC

**Date:** September 3, 2025    **Time:** 20 M

**The Honorable Richard Seeborg**

**Clerk**: Karen L. Hom    **Court Reporter:** Ana Dub

**COUNSEL FOR PLTF**: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack.

**COUNSEL FOR DEFT**: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez, Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio, Thilini Chandrasekera.

Trial Began: 8/18/2025    Further Trial:

## PROCEEDINGS

Jury Trial (day 11) – Held.

## SUMMARY

Continued jury deliberations.
Juror Notes #3, 4 and 5 received.
Court answered notes 4 and 5.
Juror Note #6 received. Jury has reached a verdict.
Verdict for Plaintiffs'.
Jury is polled and verdict is unanimous.
Jurors are thanked for their service and excused from jury duty.

***SEE ATTACHED TRIAL LOG***