UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04688-RS
Case Name: Rodriguez v. Google LLC

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Richard Seeborg | PLAINTIFF ATTORNEY: David Boies, John Yanchunis, Ryan McGee, Ryan Sila, Alex Boies, Mark Mao, James Lee, Beko Richardson, Alison Anderson, Samantha Parrish, Logan Wright, Chris Pollack, Victoria Scordata, Bill Carmody, Amanda Bonn, Logan Wright | DEFENSE ATTORNEY: Ben Hur, Simona Agnolucci, Eduardo Santacana, Argemira Florez Naiara Toker, Harris Mateen, Isabella Corbo, Mike Attanasio. |
|---|---|---|
| **TRIAL DATE:** 9/3/2025 | **REPORTER(S):** Ana Dub | **CLERK:** Karen Hom |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 AM | | | All jurors are present and continue deliberating. Juror Note #3 received. | |
| | | 9:25 AM | | | Juror Note #4 received. | |
| | | 9:30 AM | | | Juror Note #5 received. | |
| | | 9:43 AM | | | Court in session. Parties present. Court and parties address notes 4 and 5. | |
| | | | | | Judge responded with answer to the jury notes. | |
| | | 9:49 AM | | | Court recessed. | |
| | | 2:45 PM | | | Juror Note #6 received. Jury has reached a verdict. | |
| | | 3:00 PM | | | Court convened. Parties present. Jury not present. | |
| | | 3:01 PM | | | Jury present. Court reviews the verdict form and sends the jury back to the jury room to answer questions 3, 5, 6. Jurors retired to jury room. | |
| | | 3:06 PM | | | Court recessed. | |
| | | 3:09 PM | | | Court reconvened. Parties present. Court advised counsel that upon review of the verdict a mistake was made, and the original verdict will stand. Jury present. | |
| | | | | | Verdict read. Verdict for Plaintiffs. | |
| | | 3:13 PM | | | Jury is polled. Verdict is unanimous. | |
| | | 3:15 PM | | | Jurors are thanked for their service and excused from jury duty. | |
| | | 3:17 PM | | | Court recessed. | |
| | | | | | | |

1