UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chief United States District Judge Richard Seeborg

Case No. 20-cv-04688-RS

Case Name: Rodriguez, et al., v. Google LLC,

**PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.**

NOTE FROM THE JURY

Note No.: 1
Date: 9/2/25
Time: 1:30 pm

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

The jury has selected as foreperson Michael Bowman.
The jury's schedule for this week will be:
Tue 8:30-4, Wed 8:30-4, Thu 8:30-1:30, Fri 8:30-1:30

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chief United States District Judge Richard Seeborg            Case No. 20-cv-04688-RS

Case Name: Rodriguez, et al., v. Google LLC,

**PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.**

NOTE FROM THE JURY

Note No. 2
Date 9/2/25
Time 4:00 pm

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

We are ending our deliberation for today

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chief United States District Judge Richard Seeborg         Case No. <u>20-cv-04688-RS</u>

Case Name: Rodriguez, et al., v. Google LLC,

**<u>PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT</u>.**

<u>NOTE FROM THE JURY</u>

Note No. <u>3</u>
Date <u>9/3/25</u>
Time <u>8:30 am</u>

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Can each juror have a printed copy of the Jury Verdict Form for individual review? Suggestion: these copies could be marked as "duplicate" for identification.

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chief United States District Judge Richard Seeborg            Case No. 20-cv-04688-RS

Case Name: Rodriguez, et al., v. Google LLC,

**PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.**

NOTE FROM THE JURY

Note No. 4
Date 9/3/25
Time 9:25 am

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

The jury would like to see the court's definition of "affirmative defense of consent".

Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JUDGE RICHARD SEEBORG

Case No. **20-cv-04688 RS**
Name: Rodriguez et al. v. Google

## NOTE TO THE JURY

RESPONSE TO

Note No. **4**

Date **September 5, 2025**

Time **9:50**

Please Refer to Instruction No. 21

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chief United States District Judge Richard Seeborg         Case No. 20-cv-04688-RS

Case Name: Rodriguez, et al., v. Google LLC,

**PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.**

NOTE FROM THE JURY

Note No. ___5___
Date ___9/3/25___
Time ___9:30 am___

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

For Jury Instruction No. 14, item 4, the jury would like some clarification as to the definition of "damage or loss". Can this be provided?

No further instruction is available

_____
Foreperson of the Jury

Refer to Instruction 23, 24, 25

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JUDGE RICHARD SEEBORG

Case No. **20-cv-04688 RS**
Name: Rodriguez et al. v. Google

## NOTE TO THE JURY

RESPONSE TO

Note No. _5_

Date _September 3, 2025_

Time _9:50_

No further instruction is available on that definition.

_____
RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chief United States District Judge Richard Seeborg                    Case No. 20-cv-04688-RS

Case Name: Rodriguez, et al., v. Google LLC,

**PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.**

NOTE FROM THE JURY

Note No. 6
Date 9/3/25
Time 2:45 pm

1. The Jury has reached a unanimous verdict [X]

or

2. The Jury has the following question:

_____

_____

_____

_____

Foreperson of the Jury