Pages 1 - 11

                        UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

ANIBAL RODRIGUEZ, et al.,      )
individually and on behalf of  )
all others similarly situated, )
                               )
            Plaintiffs,         )
                               )
  VS.                          )   NO. 3:20-CV-04688 RS
                               )
GOOGLE LLC,                    )
                               )
            Defendant.          )
_____)

                            San Francisco, California

                            **MASTER INDEX**

**APPEARANCES**:

For Plaintiffs:
                    BOIES SCHILLER FLEXNER LLP
                    333 Main Street
                    Armonk, New York 10504
               BY:  **DAVID BOIES, ATTORNEY AT LAW**
                    **ALEXANDER BOIES, ATTORNEY AT LAW**
                    **M. LOGAN WRIGHT, ATTORNEY AT LAW**

                    BOIES SCHILLER FLEXNER LLP
                    2029 Century Park East, Suite 1520n
                    Los Angeles, California 90067
               BY:  **ALISON L. ANDERSON, ATTORNEY AT LAW**
                    **SAMANTHA D. PARRISH, ATTORNEY AT LAW**

                    BOIES SCHILLER FLEXNER LLP
                    100 Southeast Second Street, Suite 2800
                    Miami, Florida 33131
               BY:  **JAMES W. LEE, ATTORNEY AT LAW**

REPORTED BY: Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
             CSR No. 7445, Official United States Reporter

```
1    APPEARANCES:   (CONTINUED)

2    For Plaintiffs:
                          BOIES SCHILLER FLEXNER LLP
3                         44 Montgomery Street, 41st Floor
                          San Francisco, California 94104
4                    BY:  MARK C. MAO, ATTORNEY AT LAW

5                         SUSMAN GODFREY LLP
                          One Manhattan West, 50th Floor
6                         New York, New York 10001
                     BY:  WILLIAM C. CARMODY, ATTORNEY AT LAW
7                         RYAN SILA, ATTORNEY AT LAW

8                         SUSMAN GODFREY LLP
                          1900 Avenue of the Stars, Suite 1400
9                         Los Angeles, California 90067
                     BY:  AMANDA BONN, ATTORNEY AT LAW
10
                          MORGAN & MORGAN COMPLEX LITIGATION GROUP
11                        201 North Franklin Street, Seventh Floor
                          Tampa, Florida 33602
12                   BY:  RYAN McGEE, ATTORNEY AT LAW

13   For Defendant:
                          COOLEY LLP
14                        Three Embarcadero Center, 20th Floor
                          San Francisco, California 94111-4004
15                   BY:  BENEDICT Y. HUR, ATTORNEY AT LAW
                          EDUARDO E. SANTACANA, ATTORNEY AT LAW
16                        SIMONA A. AGNOLUCCI, ATTORNEY AT LAW
                          ISABELLA M.M. CORBO, ATTORNEY AT LAW
17                        MICHAEL B. MORIZONO, ATTORNEY AT LAW
                          ARGEMIRA FLOREZ, ATTORNEY AT LAW
18                        THILINI CHANDRASEKERA, ATTORNEY AT LAW
                          CHELSEA HU, ATTORNEY AT LAW
19
                          COOLEY LLP
20                        4401 Eastgate Mall
                          San Diego, California 92121
21                   BY:  MICHAEL A. ATTANASIO, ATTORNEY AT LAW

22
     Also Present:        Steve Ganem, Google
23                        Anibal "Pete" Rodriguez
                          Julian Santiago
24

25
```

1      **M A S T E R   I N D E X**

2

3     Monday, August 18, 2025 - Volume 1

4     Tuesday, August 19, 2025 - Volume 2

5     Wednesday, August 20, 2025 - Volume 3

6     Thursday, August 22, 2025 - Volume 4

7     Monday, August 25, 2025 - Volume 5

8     Tuesday, August 26, 2025 - Volume 6

9     Wednesday, August 27, 2025 - Volume 7

10    Thursday, August 28, 2025 - Volume 8

11    Friday, August 29, 2025 - Volume 9

12    Tuesday, September 2, 2025 - Volume 10

13    Wednesday, September 3, 2025 - Volume 11

14
                                                    **PAGE**  **VOL.**
15
      Jury Voir Dire                                   27    1
16    Preliminary Jury Instructions                    195    2
      Opening Statement by Mr. David Boies             206    2
17    Opening Statement by Mr. Hur                     232    2
      Plaintiffs Rest                                 1124    6
18    Plaintiffs Rest After Reopening                 1525    8
      Defense Rests                                   1780    9
19    Plaintiffs Rest Rebuttal                        1781    9
      Charging Conference                             1784    9
20    Jury Instructions                               1843   10
      Closing Argument by Mr. David Boies             1858   10
21    Closing Argument by Mr. Hur                     1913   10
      Rebuttal Argument by Mr. David Boies            1960   10
22    Final Jury Instructions                         1976   10
      Jury Question                                   1986   11
23    Verdict                                         1992   11

24

25

1                        **M A S T E R   I N D E X**

2    **PLAINTIFFS' WITNESSES**                              **PAGE   VOL.**

3    **MONSEES, DAVID MICHAEL**
       (SWORN)                                              256     2
4    Direct Examination by Mr. Carmody                      257     2

5


6    **MONSEES, DAVID MICHAEL (RECALLED)**
       (PREVIOUSLY SWORN)                                   359     3
7    Direct Examination resumed by Mr. Carmody              360     3
     Cross-Examination by Mr. Santacana                     364     3
8    Redirect Examination by Mr. Carmody                    474     3

9


10   **SANTIAGO, JULIAN**
       (SWORN)                                              475     3
11   Direct Examination by Mr. Lee                          476     3
     Cross-Examination by Mr. Attanasio                     500     3
12   Redirect Examination by Mr. Lee                        546     3

13


14   **HOCHMAN, PH.D., JONATHAN**
       (SWORN)                                              579     4
15   Direct Examination by Mr. Mao                          579     4
     Cross-Examination by Mr. Santacana                     659     4
16   Redirect Examination by Mr. Mao                        739     4

17


18   **RODRIGUEZ, ANIBAL PETE**
       (SWORN)                                              750     4
19   Direct Examination by Mr. Lee                          750     4

20

     **RODRIGUEZ, ANIBAL PETE (RESUMED)**
21     (PREVIOUSLY SWORN)                                   808     5
     Direct Examination resumed by Mr. Lee                  808     5
22   Cross-Examination by Ms. Agnolucci                     820     5
     Redirect Examination by Mr. Lee                        858     5

23


24


25

```
 1                    M A S T E R   I N D E X

 2   PLAINTIFFS' WITNESSES                          PAGE   VOL.

 3   LASINSKI, MICHAEL JAY
        (SWORN)                                      869    5
 4   Direct Examination by Ms. Bonn                  869    5
     Cross-Examination by Mr. Hur                    945    5
 5   Redirect Examination by Ms. Bonn                996    5
     Recross-Examination by Mr. Hur                 1004    5
 6

 7   HEFT-LUTHY, SAM
        (SWORN)                                     1036    6
 8   Direct Examination by Mr. David Boies          1037    6
     Cross-Examination by Mr. Attanasio             1072    6
 9   Redirect Examination by Mr. David Boies        1095    6

10

11   KEARNS, J.K.
     By Video Deposition                            1123    6

12

13   MIRAGLIA, ERIC
     By Video Deposition                            1124    6

14

15   RUEMMLER, CHRISTOPHER PHILIP
        (SWORN)                                     1431    8
16   Direct Examination by Mr. Carmody              1432    8
     Cross-Examination by Ms. Agness                1511    8
17   Redirect Examination by Mr. Carmody            1519    8

18

19   MIRAGLIA, ERIC
     By Video Deposition                            1781    9

20

21   GANEM, STEVE
        (SWORN)                                     1125    6
22   Direct Examination by Mr. Santacana            1126    6
     Cross-Examination by Mr. David Boies           1190    6

23

24

25
```

```
 1                    M A S T E R   I N D E X

 2   DEFENDANT'S WITNESSES                          PAGE   VOL.

 3   GANEM, STEVE (RESUMED)
     (PREVIOUSLY SWORN)                             1230    7
 4   Cross-Examination resumed by Mr. David Boies   1230    7
     Redirect Examination by Mr. Santacana          1244    7
 5   Recross-Examination by Mr. David Boies         1276    7
     Further Redirect Examination by Mr. Santacana  1279    7
 6

 7   LANGNER, BELINDA
     (SWORN)                                        1280    7
 8   Direct Examination by Mr. Hur                  1281    7
     Voir Dire Examination by Mr. David Boies       1316    7
 9   Direct Examination resumed by Mr. Hur          1318    7
     Cross-Examination by Mr. David Boies           1327    7
10

11   HOFFMAN, DONNA
     (SWORN)                                        1355    7
12   Direct Examination by Ms. Agnolucci            1355    7
     Cross-Examination by Ms. Bonn                  1396    7
13   Redirect Examination by Ms. Agnolucci          1412    7

14

15   KNITTEL, CHRISTOPHER ROLAND
     (SWORN)                                        1525    8
16   Direct Examination by Mr. Hur                  1525    8
     Cross-Examination by Ms. Bonn                  1573    8
17

18   KNITTEL, CHRISTOPHER ROLAND (RECALLED)
     (PREVIOUSLY SWORN)                             1632    9
19   Cross-Examination resumed by Ms. Bonn          1632    9
     Redirect Examination by Mr. Hur                1676    9
20

21   BLACK, JOHN
     (SWORN)                                        1685    9
22   Direct Examination by Mr. Santacana           1686    9
     Cross-Examination by Mr. David Boies           1732    9
23   Redirect Examination by Mr. Santacana          1778    9

24

25
```

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | WITHDRAWN | IDEN | EVID | VOL. |
|---|---|---|---|---|
| PX2 | | | 325 | 2 |
| PX3 | | | 289 | 2 |
| PX3A | | 1447 | 1448 | 8 |
| PX4 | | 1781 | 1781 | 9 |
| PX6 | | | 1039 | 6 |
| PX9 | | | 333 | 2 |
| PX11 | | | 1236 | 7 |
| PX18 | | | 1044 | 6 |
| PX31 | | | 1227 | 7 |
| PX40 | | | 1050 | 6 |
| PX42 | | | 1062 | 6 |
| PX45 | | | 360 | 3 |
| PX45 | 567 | | | 4 |
| PX62 | | | 259 | 2 |
| PX67 | | | 484 | 3 |
| PX72 | | | 622 | 4 |
| PX82 | | | 1960 | 10 |
| PX84 | | | 267 | 2 |
| PX91 | | | 1841 | 10 |
| PX93 | | | 1841 | 10 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| PX94 | | 1841 | 10 |
| PX99 | | 1841 | 10 |
| G0100 | 1286 | | 7 |
| G0101 | 1291 | | 7 |
| PX101 | | 1841 | 10 |
| G102 | 1357 | | 7 |
| PX104 | | 765 | 4 |
| GO104 | 1526 | | 8 |
| PX105 | | 1841 | 10 |
| PX106 | | 1841 | 10 |
| PX107 | | 1841 | 10 |
| PX108 | | 1841 | 10 |
| PX111 | | 1841 | 10 |
| PX112 | | 1841 | 10 |
| PX113 | | 292 | 2 |
| PX114 | | 1841 | 10 |
| PX115 | | 1841 | 10 |
| PX116 | | 490 | 3 |
| PX117 | | 1841 | 10 |
| PX118 | | 1438 | 8 |
| PX120A | | 588 | 4 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 123 | | 470 | 3 |
| PX163 | | 1197 | 6 |
| PX181 | 1842 | | 10 |
| PX184 | | 276 | 2 |
| PX186 | | 279 | 2 |
| PX212 | | 1053 | 6 |
| PX213 | | 1065 | 6 |
| PX217 | | 1070 | 6 |
| PX232 | | 1233 | 7 |
| PX388 | 1430 | | 8 |
| PX389 | 1430 | | 8 |
| PX390 | 1430 | | 8 |
| PX403 | | 273 | 2 |
| PX404 | | 273 | 2 |
| PX405 | | 273 | 2 |
| PX419 | | 1319 | 7 |
| PX421 | | 1664 | 9 |
| PX442 | | 648 | 4 |
| PX453 | | 1712 | 9 |
| PX453.A | | 1719 | 9 |
| PX477 | | 906 | 5 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| PX489 | | 651 | 4 |
| PX491 | | 653 | 4 |
| PX492 | | 654 | 4 |
| PX493 | | 656 | 4 |
| G561 | | 1203 | 6 |
| 569 | | 432 | 3 |
| 574 | | 450 | 3 |
| 574 | | 1228 | 7 |
| 576 | | 458 | 3 |
| 578 | | 457 | 3 |
| 581 | | 457 | 3 |
| 587 | | 435 | 3 |
| G590 | | 1353 | 7 |
| G591 | | 1322 | 7 |
| 607 | | 427 | 3 |
| G693 | | 1303 | 7 |
| G903 | | 1841 | 10 |
| G906 | | 1841 | 10 |
| G926 | | 1181 | 6 |
| G929 | | 1179 | 6 |
| G933, pages 32 to 42 | | 1148 | 6 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| G933 | | 1841 | 10 |
| G0934 | | 1841 | 10 |
| 941.R2 | | 453 | 3 |
| G947 | | 1841 | 10 |
| G952 | | 1841 | 10 |
| G956 | | 1841 | 10 |
| G959 | | 1841 | 10 |
| G963 | | 1841 | 10 |
| G967 | | 1841 | 10 |
| G982 | | 1841 | 10 |
| G986 | | 1841 | 10 |
| G1003 | | 1841 | 10 |