| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Candace Allen | **2a. CONTACT PHONE NUMBER** (415) 534-1911 | **3. CONTACT EMAIL ADDRESS** candacea@potterhandy.com |
| **1b. ATTORNEY NAME (if different)** Claire Cylkowski | **2b. ATTORNEY PHONE NUMBER** (909) 967-8219 | **3. ATTORNEY EMAIL ADDRESS** clairec@potterhandy.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)** Potter Handy LLP 100 Pine St., Ste. 1250 San Francisco CA 94111 | **5. CASE NAME** Rodriguez et al v. Google LLC et al. | **6. CASE NUMBER** 3:20-cv-04688-R |
| **7. COURT REPORTER NAME** ( FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR Ana Dub | **8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS) | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY (Next day) | DAILY | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/18/25 | RS | TRIAL | FULL | ● | ○ | ○ | ● | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| 8/19/25 | RS | TRIAL | FULL | ● | ○ | ○ | ● | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| 8/20/25 | RS | TRIAL | FULL | ● | ○ | ○ | ● | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| 8/21/25 | RS | TRIAL | FULL | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** Candace Allen

**12. DATE** 8/22/2025

Clear Form     Save as new PDF