| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Candace Allen | 2a. CONTACT PHONE NUMBER<br>(415) 534-1911 | 3. CONTACT EMAIL ADDRESS<br>candacea@potterhandy.com |
| 1b. ATTORNEY NAME (if different)<br>Claire Cylkowski | 2b. ATTORNEY PHONE NUMBER<br>(909) 967-8219 | 3. ATTORNEY EMAIL ADDRESS<br>clairec@potterhandy.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Potter Handy LLP<br>100 Pine St., Ste. 1250<br>San Francisco CA 94111 | 5. CASE NAME<br>Rodriguez et al v. Google LLC et al. | 6. CASE NUMBER<br>3:20-cv-04688-R |
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Ana Dub | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/25/25 | RS | TRIAL | FULL | ● | ○ | ○ | ● | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| 8/26/25 | RS | TRIAL | FULL | ● | ○ | ○ | ● | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| 8/27/25 | RS | TRIAL | FULL | ● | ○ | ○ | ● | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| 8/28/25 | RS | TRIAL | FULL | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE   Candace Allen

12. DATE   8/29/2025

Clear Form      Save as new PDF