| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6858<br>Fax: (415) 999-9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* | **COOLEY LLP**<br>BENEDICT Y. HUR (224018)<br> bhur@cooley.com<br>SIMONA AGNOLUCCI (246943)<br> sagnolucci@cooley.com<br>EDUARDO E. SANTACANA (281668)<br> esantacana@cooley.com<br>JONATHAN PATCHEN (237346)<br> jpatchen@cooley.com<br>ARGEMIRA FLOREZ (331153)<br> aflorez@cooley.com<br>NAIARA TOKER (346145)<br> ntoker@cooley.com<br>HARRIS MATEEN (335593)<br> hmateen@cooley.com<br>THILINI CHANDRASEKERA (333672)<br> tchandrasekera@cooley.com<br>ISABELLA MCKINELY CORBO (346226)<br> icorbo@cooley.com<br>CHELSEA HU (357212)<br> chu@cooley.com<br>MICHAEL B. MORIZONO (359395)<br> mmorizono@cooley.com<br><br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-40004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant<br>GOOGLE LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION RE: BRIEFING ON MOTION TO DECERTIFY (DKT. 662) AND MOTIONS FOR JUDGMENT AS MATTER OF LAW (DKT. 660, 661)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into this joint stipulation.

WHEREAS, on September 2, 2025, Google filed a motion to decertify the existing classes in this matter (Dkt. 662);

WHEREAS, under Local Civil Rule 7-3, the default deadlines to file opposition and reply briefs are September 16, 2025, and September 23, 2025, respectively;

WHEREAS, in light of the recently concluded trial, the Parties agree that a modest extension of both deadlines is warranted;

WHEREAS, the Parties agreed that Plaintiffs will file their opposition to Google's motion to decertify no later than September 30, 2025, and Google will file its reply no later than October 14, 2025;

WHEREAS, the Parties each filed a motion for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure (Dkts. 660, 661); and

WHEREAS, the Parties agree that further briefing on the Rule 50(a) motions is unnecessary as the court submitted the action to the jury and the jury returned a verdict, though the Parties may renew their motions for judgment as a matter of law under Rule 50(b);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

(1) Plaintiffs' opposition to Google's motion to decertify is due September 30, 2025;

(2) Google's reply in further support of its motion to decertify is due October 14, 2025; and

(3) The Parties will not submit further briefing on their Rule 50(a) motions for judgment as a matter of law, but may renew their motions for judgment as a matter of law under Rule 50(b).

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: September 12, 2025         By:  /s/ Mark C. Mao
                                           Mark C. Mao

                                  *Attorneys for Plaintiffs*


DATED: September 12, 2025         COOLEY LLP

                                  By:  /s/ Jonathan Patchen
                                           Jonathan Patchen

                                  *Attorneys for Google*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: September 12, 2025                BOIES SCHILLER FLEXNER LLP


*/s/ Mark C. Mao*
Mark C. Mao