**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6858
Fax: (415) 999-9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**COOLEY LLP**
BENEDICT Y. HUR (224018)
 bhur@cooley.com
SIMONA AGNOLUCCI (246943)
 sagnolucci@cooley.com
EDUARDO E. SANTACANA (281668)
 esantacana@cooley.com
JONATHAN PATCHEN (237346)
 jpatchen@cooley.com
ARGEMIRA FLOREZ (331153)
 aflorez@cooley.com
NAIARA TOKER (346145)
 ntoker@cooley.com
HARRIS MATEEN (335593)
 hmateen@cooley.com
THILINI CHANDRASEKERA (333672)
 tchandrasekera@cooley.com
ISABELLA MCKINELY CORBO (346226)
 icorbo@cooley.com
CHELSEA HU (357212)
 chu@cooley.com
MICHAEL B. MORIZONO (359395)
 mmorizono@cooley.com

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-40004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION TO DECERTIFY (DKT. 662) AND MOTIONS FOR JUDGMENT AS A MATTER OF LAW (DKT. 660, 661)**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

[PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTIONS TO DECERTIFY AND FOR JMOL
No. 3:20-CV-04688-RS

Pursuant to stipulation of the Parties, the Court hereby orders that the Parties' Rule 50(a) motions for judgment as a matter of law (Dkts. 660, 661) are deemed deferred subject to renewal pursuant to Rule 50(b). The Court further orders that Plaintiffs' opposition to Google's motion to decertify the classes (Dkt. 662) shall be filed no later than September 30, 2025, and Google's reply shall be filed no later than October 14, 2025.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                Honorable Richard Seeborg