COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL B. MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**NOTICE OF WITHDRAWAL OF GOOGLE LLC'S MOTION TO DECERTIFY THE CLASS**<br><br>Dept:    3, 17th Fl.<br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF GOOGLE
LLC'S MOTION TO DECERTIFY THE CLASS
3:20-CV-04688-RS

**PLEASE TAKE NOTICE**, that pursuant to Civil Local Rule 7-7(e), Defendant Google LLC ("Google") hereby withdraws its Motion to Decertify the Class (Dkt. 662, the "Motion").

On September 2, 2025, Google timely filed the Motion. Google now withdraws the Motion without prejudice, with the intention to renew it within the time allowed by Federal Rule of Civil Procedure 23(c).

Dated: September 15, 2025                    Respectfully submitted,

                                             COOLEY LLP


                                             By: */s/ Jonathan Patchen*
                                                 Michael A. Attanasio
                                                 Benedict Y. Hur
                                                 Simona Agnolucci
                                                 Eduardo E. Santacana
                                                 Jonathan Patchen
                                                 Argemira Flórez
                                                 Naiara Toker
                                                 Harris Mateen
                                                 Thilini Chandrasekera
                                                 Isabella McKinley Corbo
                                                 Chelsea Hu
                                                 Michael B. Morizono

                                             *Attorneys for Defendant*
                                             *Google LLC*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF WITHDRAWAL OF GOOGLE
LLC'S MOTION TO DECERTIFY THE CLASS
3:20-CV-04688-RS