**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6858
Fax: (415) 999-9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

*Attorneys for Plaintiffs*

**COOLEY LLP**
BENEDICT Y. HUR (224018)
  bhur@cooley.com
SIMONA AGNOLUCCI (246943)
  sagnolucci@cooley.com
EDUARDO E. SANTACANA (281668)
  esantacana@cooley.com
JONATHAN PATCHEN (237346)
  jpatchen@cooley.com
ARGEMIRA FLOREZ (331153)
  aflorez@cooley.com
NAIARA TOKER (346145)
  ntoker@cooley.com
HARRIS MATEEN (335593)
  hmateen@cooley.com
THILINI CHANDRASEKERA (333672)
  tchandrasekera@cooley.com
ISABELLA MCKINELY CORBO (346226)
  icorbo@cooley.com
CHELSEA HU (357212)
  chu@cooley.com
MICHAEL B. MORIZONO (359395)
  mmorizono@cooley.com

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-40004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION RE: POST-TRIAL BRIEFING SCHEDULE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs")

2    and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into

3    this joint stipulation.

4    WHEREAS, on September 22, 2025, the Court convened a case management conference to

5    discuss the remaining briefing and motion practice,

6    WHEREAS, during the September 22, 2025 case management conference, the Court

7    directed the Parties to meet and confer regarding a schedule to file the remaining briefs and motions,

8    WHEREAS, it is Google's understanding that pursuant to Federal Rule of Civil Procedure

9    23(c)(1)(C), the motion for decertification must be decided before final judgment is entered,

10    WHEREAS, the Parties have reached agreement on a schedule for post-trial briefing and

11    motion practice, and

12    WHEREAS, the Parties propose to the Court that Plaintiffs' motion on disgorgement and

13    injunctive relief either be filed in two separate briefs or one 40-page brief, depending on the Court's

14    preference,

15    WHEREAS, by agreeing to the below deadlines, the Parties reserve all rights to oppose any

16    relief sought and do not agree that either party is entitled to any relief.

17    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

18    Parties:

19    (1) No later than October 22, 2025, Plaintiffs shall file either two opening briefs or a single

20        40-page opening brief on disgorgement and injunctive relief, and Google shall file its

21        opening brief on class decertification;

22    (2) No later than November 19, 2025, Google shall file either two opposition briefs or a single

23        40-page opposition brief on disgorgement and injunctive relief, and Plaintiffs shall file

24        their opposition brief on class decertification;

25    (3) No later than December 4, 2025, Plaintiffs shall file either two reply briefs or a single 25-

26        page reply brief on disgorgement and injunctive relief, and Google shall fill its reply brief

27        on class decertification;

28

(4) No later than 14 days after entry of judgment, the Parties shall file any motions for fees, costs, and service awards;

(5) Opposition briefs and objections to the motion for fees, costs, and service awards shall be due no later than 35 days after the motions are due;

(6) Reply briefs in further support of the motion for fees, costs, and service awards shall be due no later than 14 days after the oppositions are due;

(7) No later than 28 days after entry of judgment, the Parties shall file any motion for a new trial, for judgment as a matter of law, or to amend the Court's findings of fact or conclusions of law on equitable remedies;

(8) Opposition briefs to post-judgment motions shall be due no later than 28 days after the motions are due; and

(9) Reply briefs in further support of post-judgment motions shall be due no later than 14 days after the oppositions are due.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

DATED: October 2, 2025              By:  */s/ Mark Mao*
                                         Mark C. Mao

                                    *Attorneys for Plaintiffs*


DATED: October 2, 2025              COOLEY LLP

                                    By:  */s/ Jonathan Patchen*
                                         Jonathan Patchen

                                    *Attorneys for Google*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this

filing is submitted, concur in the filing's content and have authorized this filing.

DATED: October 2, 2025                    BOIES SCHILLER FLEXNER LLP


                                          */s/ Mark Mao*
                                          Mark C. Mao