| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6858<br>Fax: (415) 999-9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* | **COOLEY LLP**<br>BENEDICT Y. HUR (224018)<br> bhur@cooley.com<br>SIMONA AGNOLUCCI (246943)<br> sagnolucci@cooley.com<br>EDUARDO E. SANTACANA (281668)<br> esantacana@cooley.com<br>JONATHAN PATCHEN (237346)<br> jpatchen@cooley.com<br>ARGEMIRA FLOREZ (331153)<br> aflorez@cooley.com<br>NAIARA TOKER (346145)<br> ntoker@cooley.com<br>HARRIS MATEEN (335593)<br> hmateen@cooley.com<br>THILINI CHANDRASEKERA (333672)<br> tchandrasekera@cooley.com<br>ISABELLA MCKINELY CORBO (346226)<br> icorbo@cooley.com<br>CHELSEA HU (357212)<br> chu@cooley.com<br>MICHAEL B. MORIZONO (359395)<br> mmorizono@cooley.com<br><br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-40004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant<br>GOOGLE LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>   vs.<br><br>GOOGLE LLC,<br><br>             Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[~~PROPOSED~~] ORDER RE: POST-TRIAL BRIEFING SCHEDULE**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

Pursuant to stipulation of the Parties, the Court hereby orders the following schedule for post-trial briefing:

|  | Opening | Opposition | Reply |
|---|---|---|---|
| Disgorgement and Injunctive Relief | October 22, 2025 | November 19, 2025 | December 4, 2025 |
| Class Decertification | October 22, 2025 | November 19, 2025 | December 4, 2025 |
| Motions for Fees, Costs, & Service Awards | 14 days after judgment | 35 days after motion | 14 days after opposition |
| Post-Judgment Motions (Rules 50(b), 52(b), 59) | 28 days after judgment | 28 days after motions | 14 days after opposition |

With respect to the briefing on disgorgement and injunctive relief, Plaintiffs shall file [~~two 25-page opening briefs on each of the equitable issues~~] / [one 40-page opening brief discussing both of the equitable issues]. Defendant Google shall file [~~two 25-page opposition briefs~~] / [one 40-page opposition brief] in response. Plaintiffs shall then file [~~two 15-page reply briefs~~] / [one 25-page reply brief].

**IT IS SO ORDERED.**

Dated: 10/2/2025

_____
Honorable Richard Seeborg