| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted *pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br><br>**SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted *pro hac vice*)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted *pro hac vice*)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br><br>Attorneys for Plaintiffs; additional counsel listed in signature blocks below | **COOLEY LLP**<br>MICHAEL A. ATTANASIO (151529)<br>(mattanasio@cooley.com)<br>BENEDICT Y. HUR (224018)<br>(bhur@cooley.com)<br>SIMONA AGNOLUCCI (246943)<br>(sagnolucci@cooley.com)<br>EDUARDO E. SANTACANA (281668)<br>(esantacana@cooley.com)<br>JONATHAN PATCHEN (237346)<br>(jpatchen@cooley.com)<br>ARGEMIRA FLOREZ (331153)<br>(aflorez@cooley.com)<br>NAIARA TOKER (346145)<br>(ntoker@cooley.com)<br>HARRIS MATEEN (335593)<br>(hmateen@cooley.com)<br>THILINI CHANDRASEKERA (333672)<br>(tchandrasekera@cooley.com)<br>ISABELLA MCKINLEY CORBO (346226)<br>(icorbo@cooley.com)<br>CHELSEA HU (357212)<br>(chu@cooley.com)<br>MICHAEL B. MORIZONO (359395)<br>(mmorizono@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111-4004<br>Telephone:    (415) 693-2000<br>Facsimile:     (415) 693-2222<br><br>Attorneys for Defendant<br>GOOGLE LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT CERTIFICATION OF COUNSEL REGARDING TRIAL EXHIBITS**<br><br>Judge:   Hon. Richard Seeborg<br>Dept:    3, 17th Floor |

1   Pursuant to Local Rule 5-1(g)(1)(A), Plaintiffs and Defendant Google LLC hereby certify
2   that the exhibits submitted herewith are true and correct copies of the trial exhibits submitted to the
3   trier of facts in this matter.
4   The exhibits submission includes the following:
5   - Set 1 (Pgs. 1 – 281) (Ex. PX-002 – PX-084)
6   - Set 2 (Pgs. 282 – 498) (Ex. PX-091 – PX-186)
7   - Set 3 (Pgs. 499 – 827) (Ex. PX-212 – G0933)
8   - Set 4 (Pgs. 828 – 1708) (Ex. G0934)
9   - Set 5 (Pgs. 1709 – 1738) (Ex. G0941.R2 – G1003)

Dated: October 6, 2025

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Mark C. Mao*
David Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
Rossana Baeza (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Samantha Parrish, CA Bar No. 318681
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520

Dated: October 6, 2025

**COOLEY LLP**

By: */s/ Eduardo E. Santacana*
Michael A. Attanasio
Benedict Y. Hur
Simona Agnolucci
Eduardo E. Santacana
Jonathan Patchen
Argemira Flórez
Harris Mateen
Isabella McKinley Corbo
Naiara Toker
Thilini Chandrasekera
Chelsea Hu
Michael B. Morizono

*Attorneys for Defendant
Google LLC*

1  Los Angeles, CA 90067
2  Tel.: (213) 995-5720
   alanderson@bsfllp.com
3  sparrish@bsfllp.com
   mwright@bsfllp.com
4
5  **SUSMAN GODFREY L.L.P.**
   Bill Carmody (admitted *pro hac vice*)
6  Shawn J. Rabin (admitted *pro hac vice*)
   Steven M. Shepard (admitted *pro hac vice*)
7  Alexander P. Frawley (admitted *pro hac vice*)
   Ryan Sila (admitted *pro hac vice*)
8  One Manhattan West, 50th Floor
   New York, NY 10001
9  Tel.: (212) 336-8330
10 bcarmody@susmangodfrey.com
   srabin@susmangodfrey.com
11 sshepard@susmangodfrey.com
   afrawley@susmangodfrey.com
12 rsila@susmangodfrey.com
13 Amanda K. Bonn, CA Bar No. 270891
14 1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
15 Tel.: (310) 789-3100
   abonn@susmangodfrey.com
16
17 **MORGAN & MORGAN**
   John A. Yanchunis (admitted *pro hac vice*)
18 Ryan J. McGee (admitted *pro hac vice*)
   Michael F. Ram, CA Bar No. 104805
19 201 N. Franklin Street, 7th Floor
   Tampa, FL 33602
20 Tel.: (813) 223-5505
21 jyanchunis@forthepeople.com
   rmcgee@forthepeople.com
22 mram@forthepeople.com
23 *Counsel for Plaintiffs*
24
25
26
27
28

CASE NO. 3:20-cv-04688-RS
JOINT CERTIFICATION RE TRIAL EXHIBITS

## ATTESTATION

I, Mark C. Mao, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 6, 2025                    By:  */s/ Mark C. Mao*
                                                Mark C. Mao