| Trial Exh. # | Description |
| --- | --- |
| PX-002 | Presentation titled Retention Control Comprehension, dated April 27, 2020 |
| PX-003 | Email from C. Ruemmler to D. Monsees, L. Liu, and N. Linkow on July 25, 2019 Re: Wording changes for WAA bit |
| PX-003A | Email from C. Ruemmler to D. Monsees, L. Liu, and N. Linkow on July 25, 2019 Re: Wording changes for WAA bit (Highlighted) |
| PX-004 | Email from J. Mueller to J. McPhie, G. Fair, et al. on June 10, 2016 Re: Effect of flipping SWAA |
| PX-006 | Document titled PrivacyNative Conversations, October 19, 2020 |
| PX-009 | Document titled N3 Research request - Express Echidna, dated June 8, 2020 |
| PX-010 | Email from E. Beres to J.K. Kearns, F. Worsley, et al. on November 14, 2018 Re: WAA check for user models |
| PX-011 | Email from D. Stone to S. Ganem on September 18, 2020 Re: Firebase IID to A ... |
| PX-018 | Document titled PrivacyNative | scratch pad, dated August 20, 2020 |
| PX-031 | Email from G. Hogben to D. Kleidermacher, S. Adhya, et al.  on November 29, 2018 Re: incognito |
| PX-040 | Google Docs Notification to S. Heft-Luthy on October 12, 2020 Re: [Confidential] PrivacyNative Perspective (go/privacynativ... |
| PX-042 | Email from S. Heft-Luthy to PrivacySurfaces-Team and J. McPhie on October 14, 2020 Re: Fwd: Program Review: Privacy Surfaces |
| PX-062 | Google Privacy Policy from May 25, 2018 |
| PX-067 | Google Privacy Policy from July 1, 2020 |
| PX-072 | Google Privacy Policy from February 10, 2022 |
| PX-082 | Screenshot of Android Privacy Menu (Screen 1) |

| Trial Exh. # | Description |
|---|---|
| PX-084 | Google Activity Controls Page from September 6, 2022 |
| PX-091 | Google's Web & App Activity Help Page, 2016-06-28 |
| PX-093 | Google's Web & App Activity Help Page, 2016-07-15 |
| PX-094 | Google's Web & App Activity Help Page, 2016-07-18 |
| PX-099 | Google's Web & App Activity Help Page, 2016-09-21 |
| PX-101 | Google's Web & App Activity Help Page, 2016-09-28 |
| PX-104 | Google's Web & App Activity Help Page, 2016-10-27 |
| PX-105 | Google's Web & App Activity Help Page, 2017-02-13 |
| PX-106 | Google's Web & App Activity Help Page, 2017-11-15 |
| PX-107 | Google's Web & App Activity Help Page, 2017-12-21 |
| PX-108 | Google's Web & App Activity Help Page, 2018-01-09 |
| PX-111 | Google's Web & App Activity Help Page, 2018-08-03 |
| PX-112 | Google's Web & App Activity Help Page, 2019-03-27 |
| PX-113 | Google's Web & App Activity Help Page, 2019-05-07 |
| PX-114 | Google's Web & App Activity Help Page, 2019-10-01 |
| PX-115 | Google's Web & App Activity Help Page, 2020-08-05 |

| Trial Exh. # | Description |
|---|---|
| PX-116 | Google's Web & App Activity Help Page, 2020-06-16 |
| PX-117 | Google's Web & App Activity Help Page, 2022-08-31 |
| PX-118 | Email from D. Monsees to C. Ruemmler and N. Linkow on July 25, 2019 Re: Wording changes for WAA bit |
| PX-120A | Enlarged Version of the "Activity Controls" and "What's saved as Web & App Activity" screens |
| PX-123 | Google webpage titled How Google Uses Information From Sites or Apps That Use Our Services, dated July 03, 2018, via Wayback Machine |
| PX-163 | Presentation titled Firebase + Firebase Analytics ACM, dated December 16, 2016 |
| PX-184 | Presentation titled Trust & Privacy @ S-20, dated June 8, 2018 |
| PX-186 | Presentation titled Pines, dated September 2017 |
| PX-212 | Email from R. Posner to S. Heft-Luthy on September 25, 2018 Re: Privacy Advisor review Sep 13 |
| PX-213 | Email from D. Warren to S. Heft-Luthy on September 26, 2018 Re: Privacy Advisor review Sep 13 |
| PX-217 | Email from S. Heft-Luthy to S. Adhya, E. Lo, et al on December 11, 2018 Re: PDPO PM |
| PX-232 | Presentation titled Google Analytics For Firebase SDK Deep Dive, dated February 2019 |
| PX-345 | Email dated January 6, 2017 from M. Miller to D. Blackwood and E. Miraglia Re: Issue 27172760: CB2: consider targeting some users with WAA off who never turned it off, with different consent text |
| PX-403 | Spreadsheet titled "Google Accounts with WAA and/or sWAA on/off on a monthly basis, May 1, 2016 to Oct. 1, 2022" |
| PX-404 | Monthly (s)WAA-Off Accounts from May 2020 through July 2024 |
| PX-405 | Monthly (s)WAA-Off Accounts from August 2024 through October 2024 |

| Trial Exh. # | Description |
|---|---|
| PX-419 SLIPSHEET | App Promo Income Statement |
| PX-421 SLIPSHEET | App Promo Revenue Data |
| PX-442 | Data Production from Google (UUAD) |
| PX-453 | Data Production from Google (Analytics Event Log w/ sWAA Off) |
| PX-453.A | Data Production from Google (Excerpt of Analytics Event Log w/ sWAA Off) |
| PX-477 | Summary of (s)WAA-Off Accounts |
| PX-489 | Volume of Records Saved by Google from Plaintiff Harvey's Non-Google App Activity While (s)WAA Was Off Between October 15, 2021 and December 20, 2021 |
| PX-491 | Volume of Records Saved by Google from Plaintiff Harvey's Non-Google App Activity While (s)WAA Was Off Between October 15, 2021 and December 20, 2021 |
| PX-492 | Volume of Records Saved by Google from Plaintiff Rodriguez's Non-Google App Activity While (s)WAA Was Off Between October 15, 2021 and December 20, 2021 |
| PX-493 | Volume of Records Saved by Google from Plaintiff Rodriguez's Non-Google App Activity While (s)WAA Was Off Between October 15, 2021 and December 20, 2021 |
| G0561 | Google Privacy & Terms - Technologies - How Google uses information from sites or apps that use our services |
| G0569 | Personalization Data Sources Policy |
| G0574.R2 | ACCC v. Google - Google Account Setup Flow & Historical WAA Disclosures (2017-2019) (Excerpt) |
| G0576 | Google Panel Terms & Conditions March 2018 |
| G0578 | Google Panel Privacy Policy October 2017 - Screenwise Meter Help 2017-10-10 |
| G0581 | Google Panel Privacy Policy June 2021 - Screenwise Meter Help 2021-06-01 |

| Trial Exh. # | Description |
|---|---|
| G0587 | User Data Access Policy 2019-06-24 |
| G0590 | App Promo Revenue Spreadsheet 2019-2021 |
| G0591 | App Promo Revenue Spreadsheet 2021 |
| G0607 | Historical WAA/sWAA Descriptions |
| G0693 | Track app conversions with third-party app analytics - Google Ads Help Webpage (https://support.google.com/google-ads/answer/7382633?hl=en) |
| G0906 | Google's Web & App Activity Help Page, 2023-07-05 |
| G0926 | Device Fingerprinting Policy (May 12, 2017) |
| G0929 | Scrubbing Policies for Log Data |
| G0930 | Google's Web & App Activity Help Page, 2024-09-16 |
| G0933 | Summary of Google Analytics Terms of Service, 2016-05-18 to 2023-05-15 |
| G0934 | Summary of Google Privacy Policies, 2016-06-27 to 2024-09-16 |
| G0941.R2 | Summary of Plaintiffs' WAA and sWAA Statuses |
| G0947 | Google policy titled How Google Uses Information From Sites or Apps That Use Our Services, 2019-07-01 |
| G0952 | Google policy titled How Google Uses Information From Sites or Apps That Use Our Services, 2020-10-01 |
| G0956 | Google policy titled How Google Uses Information From Sites or Apps That Use Our Services, 2021-10-04 |
| G0959 | Google policy titled How Google Uses Information From Sites or Apps That Use Our Services, 2022-07-01 |

| Trial Exh. # | Description |
|---|---|
| G0963 | Google policy titled How Google Uses Information From Sites or Apps That Use Our Services, 2023-07-06 |
| G0967 | Google policy titled How Google Uses Information From Sites or Apps That Use Our Services, 2024-07-01 |
| G0982 | Google policy titled How Google uses data when you use our partners' sites or apps 2016-07-15 |
| G0986 | Google policy titled How Google uses data when you use our partners' sites or apps, 2017-07-16 |
| G1003 | Google's Web & App Activity Help Page, 2021-05-10 |

# Retention Controls Comprehension

go/default-retention-findings2

April 27, 2020
UXR: nzokaei (POC)
UXD: dgearity
UXW: jwoll
PM: davidmonsees, catwu



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-002**

## Default Retention in Settings UI

In past research we have seen that showing retention controls on the Activity Controls page makes user more aware of this function and gives them more sense of control over their data. (Retention in Setting UI Research)

In this study we want to get an understanding of users' mental model of the control hierarchy and see if users have correct understanding of the relationship between the different controls on the page (collection on/off, DR on/off).











## Research Questions

1. **WAA**: What do users expect turning WAA off to mean
   a. How do they expect that to affect other functionalities?

2. **WAA Off and Retention**: What are users' expectations around retention when turning off WAA?
   a. Do they understand what happens to existing data?

3. **Retention flow**: What are users' pain point when setting/changing retention?
   a. Do they think they have enough information to make a choice.
   b. Do users understand how changing auto-delete will impact their data?

4. **WAA Off and no data**: Does the page clearly communicate to users when they don't have data?
   a. Do users expect Auto-delete and Manage Activity to be disabled or enabled when there's no data?





### Participants

| PID | Gender | Age | Occupation | Device type | Tech knowledge | Does Google store data? |
|---|---|---|---|---|---|---|
| 1 | Male | 51 to 60 | Mental Health Counselor | Android | Very knowledgeable | Yes |
| 2 | Female | 31 to 40 | Teacher | iPhone | Somewhat knowledgeable | Yes |
| 3 | Female | 24 to 30 | Director of Academic Services | iPhone | Very knowledgeable | Yes |
| 4 | Male | 31 to 40 | Musician | iPhone | Somewhat knowledgeable | Yes |
| 5 | Female | 51 to 60 | Volunteer Management | Android | Somewhat knowledgeable | Yes |
| 6 | Male | 31 to 40 | Grad Student -- Chinese Medicine | Android | Somewhat knowledgeable | Yes |
| 7 | Female | 18 to 23 | Customer service | Android | Very knowledgeable | Yes |
| 8 | Male | 51 to 60 | Manager Labor Analytics | iPhone | Somewhat knowledgeable | Yes |
| 9 | Female | 31 to 40 | Registered Nurse | Android | Very knowledgeable | No |



## Findings Summary

**Overall Reaction to Activity Controls:**

1. At first glance participants easily noticed the main functionalities available on the Activity Controls page
2. What type of data Web and App activity includes was a big question for many participants
3. Participants desired an easy way to access their activity controls and were not sure how they could do that today.

**Controls Comprehension:**

1. **WAA Toggle Off:**
   a. All participants expected turning WAA toggle off to stop saving their activity
   b. Half of the participants expected Auto-delete and Manage activity to no longer be available when toggle is off

2. **WAA Off + AD:**
   a. Overall some participants had difficulty understanding the relationship between WAA Off and the auto-delete function

3. **Auto-delete flow:**
   a. Participants found the auto-delete flow to be clear and straightforward over all
   b. Some questions regarding choices offered and what data was being auto-deleted did come up

4. **WAA Off + No Activity:**
   a. Participant found Auto-delete enabled when they had no activity to be confusing and unintuitive
   b. All participants preferred the auto-delete disabled design because it clearly communicated that they no longer had activity

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00152000



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0010 of 0050    GOOG-RDGZ-00152001



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PX-002.0012 of 0050
GOOG-RDGZ-00152003



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.



Users quesiton around WAA came up in different stages. Picking and AD option, not knowing what is deleted, etc.



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

| Id | Date | Text |
|---|---|---|
| 1 | 04/27/2020 22:35:52 | Good feedback, our new string explicitly says "Deleting activity older than 18 months" which hopefully addresses this |

Google  /  Proprietary & Confidential

G



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0018 of 0050        GOOG-RDGZ-00152009



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Turning WAA Off

## 2 participants were doubtful that no activity would be collected at all

*"I don't think it would save it. But **that doesn't mean that it doesn't collect the information** during the time of the use but that as soon as I'm finished or exit it deletes it" - P1*

*"I don't 100% trust that it wouldn't store anything. Not because I'm a distrustful person but **because there are conditions by which I should not be allowed to turn that off.** For example, activity that may be nefarious still has to be superseded because Google still has work hand in hand with government agencies that are providing oversight" - P5*



would expect that. None of this activity would be saved and so it's not a an al a Carte menu, but it's it's all or nothing



would expect that. None of this activity would be saved and so it's not a an al a Carte menu, but it's it's all or nothing







| Id | Date | Text |
|----|------|------|
| 1 | 04/28/2020 16:15:34 | Collapsing the checkboxes when WAA off is an interesting concept. I'm less inclined to hide the "auto-delete" and "manage" links because they provide key awareness for supplemental controls. My assumption would be (and this is based in some research) that knowing you can delete activity will makes users more comfortable with allowing collection to be on. |
| 2 | 04/28/2020 17:01:04 | wonder if we could do a better job communicating that the subsettings are disabled when WAA OFF +dgearity@google.com |
| 3 | 04/28/2020 17:01:04 | +1 to only doing this for checkboxes. i like disabling auto-delete (prioritizing awareness) and having myActivity stay available (since we want to make it useful even in the no data staet) |

Google  /  Proprietary & Confidential

G



*I wouldn't necessarily think that it goes away completely unless there's another option that says delete past activity.*

| Id | Date | Text |
|----|------|------|
| 1 | 04/27/2020 23:10:49 | This is after they have turned off toggle but have not changed AD |
| 4 | 04/28/2020 17:00:23 | is this when looking at the mock, eg when they se Auto-delete ON? |
| 5 | 04/28/2020 17:00:23 | got it - glad their expectations match reality :) |

Google   /   Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0029 of 0050**                    GOOG-RDGZ-00152020





so if you disabled your web activity like today, but you know from yesterday and like earlier you have history recorded that auto-delete is still relevant because if you had set it up to delete your history every week and it would Do that and then after history deleted it's not going to record anything further. So then that you know how to delete function really is a moot point because it's not recording anything but at least it's there but to delete any previous activity. So Perhaps, it would be great out or it can say like you have no like history recorded or something like with that language. So they realize like you don't have any history which actually would be comforting to some people because if they saw that auto DeLeon and they know they're not selecting to have their history recorded then they might think that Google's lying. So maybe it should be grayed out or there should be some note saying like you don't have any history,





**Participants found the choice screen pretty straightforward**

○ Some participants expected to more options including 'Delete all':

*"I thought it would give me more options. There's a big gap between 3 months and 18 months, and manually deleting sounds very tedious. I would want to have an option that lets me delete all of the activity that's left" - P9*

○ But the participant who had only expected On/Off options was happy about the additional time options

*"I didn't expect so many options. I just thought that like the 18 months one would be the singular option." - P5*





| Id | Date | Text |
|----|------|------|
| 6 | 04/28/2020 16:59:52 | +1 +jwoll@google.com +davidmonsees@google.com is this line necessary? what's the scenario we're accounting for? |
| 1 | 04/28/2020 17:59:17 | I agree about the ambiguity of "expire."<br>Thanks Luis for pointing it out.<br>Cat, I think this screen is intended to create extra friction for an irreversible user action with significant consequences. |
| 7 | 04/28/2020 18:34:06 | Sorry, I meant for the line with "may expire sooner" specifically! Could we remove it? |
| 2 | 04/28/2020 20:22:40 | Was this in there for VAA? As in, "...may be deleted earlier, once they are no longer needed ..."<br>I think it was in there for data that is automatically deleted because it's TTL is shorter or because it is no longer needed.<br>+davidmonsees@google.com<br>Could you confirm? |
| 1 | 04/29/2020 20:45:14 | +catwu@google.com For you to think about. We use "expire" here again, and I agree that it's pretty confusing what that actually means |
| 8 | 04/29/2020 20:45:14 | we cleaned up the text to be clearer "may be deleted earlier, if it's no longer needed". thanks for flagging! |

Google   |   Proprietary & Confidential

G

PX-002.0036 of 0050



| Id | Date | Text |
|---|---|---|
| 3 | 06/30/2021 15:32:00 | another takeaway can be that maybe educational onward journeys can be surfaced before an action has been taken (ex. during the retention journey but before they have set retention) |
| 2 | 07/12/2021 20:02:57 | @isabellezhou@google.com Here is a similar insight around user confusion |
| 1 | 07/12/2021 20:02:57 | This is insightful - it also aligns with what was surfaced about user trust/education during the brainstorm session :) |

Google　/　Proprietary & Confidential

G



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   PX-002.0039 of 0050   GOOG-RDGZ-00152030



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PX-002.0040 of 0050    GOOG-RDGZ-00152031





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   PX-002.0042 of 0050                    GOOG-RDGZ-00152033





## The enabled auto-delete made some participants believe they still had activity data

Participants found 'Auto-delete On' when they have no data to be unintuitive:

*"I noticed that auto-delete is blue, which means that I had stuff older than 3 months that I didn't delete."*

*"In this case auto-delete says in 3 months will expire. We are at the point where I should have any data left? I would be confused by the auto delete comment here"*

*" The Auto-delete part would still be contradicting that there is not more data if I was looking at it 6 months later."*





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0046 of 0050    GOOG-RDGZ-00152037



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0047 of 0050    GOOG-RDGZ-00152038



## Recommendations and next steps

- Move forward with the auto-delete disabled design
- Look into better framings of WAA that would allow users to better understand what types of data it includes
- Frame auto-delete in a way that makes it easier for users to comprehend
- Use 'delete' instead of 'expire' for consistency and easier comprehension
- Consider adding dialog when user interacts with toggle that explains its relationship to auto-delete

Google    |    Proprietary & Confidential

G

PRODBEG: GOOG-RDGZ-00151992
PRODEND: GOOG-RDGZ-00152040
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Eric Miraglia;Greg Fair
DOCTYPE:
FILENAME: Retention Controls Comprehension_1LCP-TRkRG7F7NkBfKEFm1PanDNOAP6CPvHYD-
        eJ_NISU.pptx;Retention Controls  Comprehension_1LCP-TRkRG7F7NkBfK-
        EFm1PanDNOAP6CPvHYDeJ_NISU.pptx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: nzokaei@google.com
DATECREATED:
DATELASTMOD:
DOCTITLE: Retention Controls Comprehension
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD034
REDACTED: N
MD5 HASH: 2A6626BA42ED051D6349EAFBE566BF17

PRODBEG: GOOG-RDGZ-00151992
PRODEND: GOOG-RDGZ-00152040
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Eric Miraglia;Greg Fair
ALLCUSTODIANS: Eric Miraglia;Greg Fair
DOCTYPE:
DOC TYPE:
FILENAME: Retention Controls Comprehension_1LCP-TRkRG7F7NkBfKEFm1PanDNOAP6CPvHYD-
         eJ_NISU.pptx;Retention Controls  Comprehension_1LCP-TRkRG7F7NkBfK-
         EFm1PanDNOAP6CPvHYDeJ_NISU.pptx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: nzokaei@google.com
OWNER: nzokaei@google.com
DATECREATED:
CREATEDTIME:
DateTimeCreated: 04/23/2020 11:30:00 PM
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 07/12/2021 8:02:00 PM
DOCTITLE: Retention Controls Comprehension
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD034
FILEPATH:
MD5 HASH: 2A6626BA42ED051D6349EAFBE566BF17

Message

| | |
|---|---|
| **From:** | Chris Ruemmler [ruemmler@google.com] |
| **Sent:** | 7/25/2019 7:16:06 PM |
| **To:** | David Monsees [davidmonsees@google.com] |
| **CC:** | Leslie Liu [laliu@google.com]; Nick Linkow [nicklinkow@google.com] |
| **Subject:** | Re: Wording changes for WAA bit |

Thanks David, I'm well aware of that retention documentation.  I setup a meeting to discuss my concerns.

--Chris

On Thu, Jul 25, 2019 at 12:04 PM David Monsees <davidmonsees@google.com> wrote:
Hi Chris,

You can read more about how deletes are processed, which includes how temp personal logs are process, and other purposes in the retention article I mentioned: policies.google.com/technologies/retention

I would be happy to discuss further, feel free to grab 30 minutes with +Leslie Liu and myself.

Cheers,

Dave

On Thu, Jul 25, 2019 at 9:08 AM Chris Ruemmler <ruemmler@google.com> wrote:
David,

On Thu, Jul 25, 2019 at 8:42 AM David Monsees <davidmonsees@google.com> wrote:
Hi Chris,

Thanks for the thoughts!

+Nick Linkow and I have discussed rewrites of all the UDC help center articles (including WAA/sWAA) to create a more consistent structure to explain the kind of "if it's on" vs. "if it's off" points you bring up. Right now, my focus in on the actual consent language (what you see on myaccount.google.com/activitycontrols when you turn on or pause a setting), but we'll want those changes to flow down into the HC.

The activity controls wording isn't any better.  I see how the wording here is very deceptive.  The problem is it states:

    "The data saved in your account helps give you more personalized experiences across all Google services. Choose which settings will save data in your Google Account."

"your Google Account" means your data, not Google's.  If I choose not to store data in my account, then Google should not have access to the data either as the data should not be in the account.  What you are stating is WAA (or any of the other controls) does not actually control what is stored by Google, but simply what the user has access to.  This is really bad.  If we are storing data that the user does not have access to, we need to be clear about that fact.  In this case, the user has a false sense of security that their data is not being stored at Google, when in fact it is.  Have we performed any studies to see what customers think is happening with their data when they disable these controls?  It would be good to do a study and know if what is written is being properly interpreted by our users.  I have a fear it most likely is not.  I for one didn't realize Google actually stored all of my activity even if those controls were off and I work at Google!  Seems sort of silly to turn them off as I'm not any safer with them off than on.  Google will still give up any information (such as

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-003**

my location) for any legal investigation against me because it has the data available (for up to 60 days). I'm probably better off having WAA on and deleting the data immediately vs having WAA set to off if Google moves to GAIA temp logging.

Google needs to be really clear about what user content we are logging and what we don't store/keep/log. The WAA and other controls imply we don't log the data, but obviously we do. We need to change the description to indicate even with the control off, Google retains this data and uses it for X purposes.

--Chris

Other comments in line...

On Wed, Jul 24, 2019 at 4:25 PM Chris Ruemmler <ruemmler@google.com> wrote:
David,

Bryan Horling said that you are the one responsible for determining how to change the wording at:

https://support.google.com/websearch/answer/54068?co=GENIE.Platform%3DDesktop&hl=en

to properly reflect how Google handles the user's "Web and App Activity" when the WAA bit is disabled and enabled. The above text actually doesn't describe what happens when the bit is disabled. However, given the way on/off works, one has to then assume that disabled (off) would be the exact opposite of what is described for what happens when the WAA bit is on. Today, we don't accurately describe what happens when WAA is off. For instance, we state the following for the "on" state:

When Web & App Activity is on, Google saves information like:

○         Searches and other things you do on Google products and services, like Maps

○         Your location, language, IP address, referrer, and whether you use a browser or an app

○         Ads you click, or things you buy on an advertiser's site

○         Information on your device like recent apps or contact names you searched for

Note: Activity could be saved even when you're offline.

So, when Web & App Activity is OFF, I'd expect the opposite to happen. The opposite of the above is:

When Web & App Activity is off, Google does not save information like:

○

▪

Searches and other things you do on Google products and services, like Maps

○         Your location, language, IP address, referrer, and whether you use a browser or an app

○         Ads you click, or things you buy on an advertiser's site

○         Information on your device like recent apps or contact names you searched for

Note: Activity will not be saved even when you're offline.

Critical to note is that WAA (and other UDC settings) control saving of activity to your Google Account (as they are account settings) for the primary purpose of a more personalized experience across Google services. That scope is defined in the UDC consent flows and at the very top of the help center article, "If Web & App Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences".

Per the privacy policy and retention article, data may be processed for other purposes, like spam, product improvement, etc.

But that is not what is done either today or what is proposed going forward (GAIA temp logs). The line "Ads you click, or things you buy on an advertiser's site" we probably don't want to lose ever as that is how we charge for Ads :). If everyone turned off WAA, then we would not know who clicked on Ads which would bad. So, obviously, the opposite of on is not really the way it should work.

We later state:

# How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how.

Which is a little odd as this seems like more data being collected than with signed-in WAA off (based again on what we have written in the description of WAA on this page).

By some interpretations, that is correct. With the move to temp personal logs, WAA off will retain less data that signed out; however, signed out is and was never associated with an identity, so the risk balance is different.

So, it appears we have a real problem here with accurately describing what happens when WAA is disabled. We should fix the current wording to reflect reality and if we make the change to temp GAIA logging, then we need to be very clear about what data is collected with WAA off.

The temp GAIA logging solution also does not feel good to me as we are giving the user no way exclude logging of their search activity. It seems like the best solution is to de-identify (as we do today), but not keep that data forever (eliminate it at 30 days) when WAA is off (or for signed-out users). We still would need to modify the help article above to indicate that WAA off is identical to being not logged into your account (data logged, but not tied to your account). The temp GAIA logging solution would be wide open for legal search given it is tied to the user's GAIA ID, so that is a bad solution for someone that does not want Google recording their activity.

Today (in Search, Maps, Assistant, etc.) WAA off is logged the same as being signed out. What the WAA off temp personal logs project will do is change that behavior to be aligned with what YouTube, Play, Apps, and many other teams have done for years with gaia temp logs -- instead of creating a pseudonymous archival log, we will create a temporary (30-60 day, Sawmill deletion window) limited purpose log. A lot more detail is in here: go/change-waa-master-prd

 --Chris


--
**Google Inc., product mgmt.**
mail: davidmonsees@google.com
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
call: 443.610.4008


--
**Google Inc., product mgmt.**
mail: davidmonsees@google.com
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
call: 443.610.4008

PRODBEG: GOOG-RDGZ-00024709
PRODEND: GOOG-RDGZ-00024711
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Dave Monsees
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED:
DATELASTMOD: 07/25/2019
DOCTITLE: Re: Wording changes for WAA bit
SUBJECT: Re: Wording changes for WAA bit
FROM: chris ruemmler <ruemmler@google.com>
TO: david monsees <davidmonsees@google.com>
CC: leslie liu <laliu@google.com>;nick linkow <nicklinkow@google.com>
BCC:
DATESENT: 07/25/2019
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD012
REDACTED: N
MD5 HASH: F7F7348827B6FF3B12AB0E237B1D6F5F

PRODBEG: GOOG-RDGZ-00024709
PRODEND: GOOG-RDGZ-00024711
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Dave Monsees
ALLCUSTODIANS: Dave Monsees
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER: ruemmler
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 07/25/2019
LASTMODTIME:
DateTimeMod: 07/25/2019 7:16:00 PM
DOCTITLE: Re: Wording changes for WAA bit
SUBJECT: Re: Wording changes for WAA bit
FROM: chris ruemmler <ruemmler@google.com>
TO: david monsees <davidmonsees@google.com>
CC: leslie liu <laliu@google.com>;nick linkow <nicklinkow@google.com>
BCC:
DATESENT: 07/25/2019
TIMESENT:
DateTimeSent: 07/25/2019 7:16:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD012
FILEPATH:
MD5 HASH: F7F7348827B6FF3B12AB0E237B1D6F5F

Rodriguez v. Google
Plaintiff's Trial Exhibit

**PX-003-A**

Message

| | |
|---|---|
| **From:** | Chris Ruemmler [ruemmler@google.com] |
| **Sent:** | 7/25/2019 7:16:06 PM |
| **To:** | David Monsees [davidmonsees@google.com] |
| **CC:** | Leslie Liu [laliu@google.com]; Nick Linkow [nicklinkow@google.com] |
| **Subject:** | Re: Wording changes for WAA bit |

**CR5**

Thanks David, I'm well aware of that retention documentation. I setup a meeting to discuss my concerns.

--Chris

**DM4**

On Thu, Jul 25, 2019 at 12:04 PM David Monsees <davidmonsees@google.com> wrote:
Hi Chris,

You can read more about how deletes are processed, which includes how temp personal logs are process, and other purposes in the retention article I mentioned: policies.google.com/technologies/retention

I would be happy to discuss further, feel free to grab 30 minutes with +Leslie Liu and myself.

Cheers,

Dave

**CR3**

On Thu, Jul 25, 2019 at 9:08 AM Chris Ruemmler <ruemmler@google.com> wrote:
David,

**DM2**

On Thu, Jul 25, 2019 at 8:42 AM David Monsees <davidmonsees@google.com> wrote:
Hi Chris,

Thanks for the thoughts!

+Nick Linkow and I have discussed rewrites of all the UDC help center articles (including WAA/sWAA) to create a more consistent structure to explain the kind of "if it's on" vs. "if it's off" points you bring up. Right now, my focus in on the actual consent language (what you see on myaccount.google.com/activitycontrols when you turn on or pause a setting), but we'll want those changes to flow down into the HC.

**CR3**

The activity controls wording isn't any better. I see how the wording here is very deceptive. The problem is it states:

"The data saved in your account helps give you more personalized experiences across all Google services. Choose which settings will save data in your Google Account."

"your Google Account" means your data, not Google's. If I choose not to store data in my account, then Google should not have access to the data either as the data should not be in the account. What you are stating is WAA (or any of the other controls) does not actually control what is stored by Google, but simply what the user has access to. This is really bad. If we are storing data that the user does not have access to, we need to be clear about that fact. In this case, the user has a false sense of security that their data is not being stored at Google, when in fact it is. Have we performed any studies to see what customers think is happening with their data when they disable these controls? It would be good to do a study and know if what is written is being properly interpreted by our users. I have a fear it most likely is not. I for one didn't realize Google actually stored all of my activity even if those controls were off and I work at Google! Seems sort of silly to turn them off as I'm not any safer with them off than on. Google will still give up any information (such as

CONFIDENTIAL

GOOG-RDGZ-00024709

CR3

my location) for any legal investigation against me because it has the data available (for up to 60 days). I'm probably better off having WAA on and deleting the data immediately vs having WAA set to off if Google moves to GAIA temp logging.

Google needs to be really clear about what user content we are logging and what we don't store/keep/log. The WAA and other controls imply we don't log the data, but obviously we do. We need to change the description to indicate even with the control off, Google retains this data and uses it for X purposes.

--Chris

DM2

Other comments in line...

On Wed, Jul 24, 2019 at 4:25 PM Chris Ruemmler <ruemmler@google.com> wrote:
David,

CR1

Bryan Horling said that you are the one responsible for determining how to change the wording at:

https://support.google.com/websearch/answer/54068?co=GENIE.Platform%3DDesktop&hl=en

to properly reflect how Google handles the user's "Web and App Activity" when the WAA bit is disabled and enabled. The above text actually doesn't describe what happens when the bit is disabled. However, given the way on/off works, one has to then assume that disabled (off) would be the exact opposite of what is described for what happens when the WAA bit is on. Today, we don't accurately describe what happens when WAA is off. For instance, we state the following for the "on" state:

When Web & App Activity is on, Google saves information like:
- Searches and other things you do on Google products and services, like Maps
- Your location, language, IP address, referrer, and whether you use a browser or an app
- Ads you click, or things you buy on an advertiser's site
- Information on your device like recent apps or contact names you searched for

Note: Activity could be saved even when you're offline.

So, when Web & App Activity is OFF, I'd expect the opposite to happen. The opposite of the above is:

When Web & App Activity is off, Google does not save information like:
- 
- 

Searches and other things you do on Google products and services, like Maps
- Your location, language, IP address, referrer, and whether you use a browser or an app
- Ads you click, or things you buy on an advertiser's site
- Information on your device like recent apps or contact names you searched for

Note: Activity will not be saved even when you're offline.

DM2

Critical to note is that WAA (and other UDC settings) control saving of activity to your Google Account (as they are account settings) for the primary purpose of a more personalized experience across Google services. That scope is defined in the UDC consent flows and at the very top of the help center article, "If Web & App Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences".

Per the privacy policy and retention article, data may be processed for other purposes, like spam, product improvement, etc.

CONFIDENTIAL

**CR1** But that is not what is done either today or what is proposed going forward (GAIA temp logs). The line "Ads you click, or things you buy on an advertiser's site" we probably don't want to lose ever as that is how we charge for Ads :). If everyone turned off WAA, then we would not know who clicked on Ads which would bad. So, obviously, the opposite of on is not really the way it should work.

We later state:

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how.

Which is a little odd as this seems like more data being collected than with signed-in WAA off (based again on what we have written in the description of WAA on this page).

**DM2** By some interpretations, that is correct. With the move to temp personal logs, WAA off will retain less data that signed out; however, signed out is and was never associated with an identity, so the risk balance is different.

**CR1** So, it appears we have a real problem here with accurately describing what happens when WAA is disabled. We should fix the current wording to reflect reality and if we make the change to temp GAIA logging, then we need to be very clear about what data is collected with WAA off.

The temp GAIA logging solution also does not feel good to me as we are giving the user no way exclude logging of their search activity. It seems like the best solution is to de-identify (as we do today), but not keep that data forever (eliminate it at 30 days) when WAA is off (or for signed-out users). We still would need to modify the help article above to indicate that WAA off is identical to being not logged into your account (data logged, but not tied to your account). The temp GAIA logging solution would be wide open for legal search given it is tied to the user's GAIA ID, so that is a bad solution for someone that does not want Google recording their activity.

**DM2** Today (in Search, Maps, Assistant, etc.) WAA off is logged the same as being signed out. What the WAA off temp personal logs project will do is change that behavior to be aligned with what YouTube, Play, Apps, and many other teams have done for years with gaia temp logs -- instead of creating a pseudonymous archival log, we will create a temporary (30-60 day, Sawmill deletion window) limited purpose log. A lot more detail is in here: go/change-waa-master-prd

--Chris

--
**Google Inc., product mgmt.**
mail: davidmonsees@google.com
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
call: 443.610.4008

--
**Google Inc., product mgmt.**
mail: davidmonsees@google.com
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
call: 443.610.4008

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Jens Mueller [muellerj@google.com] |
| **Sent:** | 6/10/2016 8:08:39 AM |
| **To:** | Jonathan McPhie [jmcphie@google.com] |
| **CC:** | Greg Fair [gregfair@google.com]; Adam Woś [adamwos@google.com]; David Warren [dwarren@google.com]; Eric Miraglia [miraglia@google.com]; Felipe Lora [felipel@google.com]; Mahalia Miller [mahalia@google.com]; Sara Walsh [sarawalsh@google.com] |
| **Subject:** | Re: Effect of flipping SWAA |

Thanks for the clarification.

I see that collecting new information is not that clear as I thought. I resolved my comment in the Dutch document.

Regarding things being stored on-device local storage and with an enabled setting now being sent to Google, I would still define this as Google receiving more information than previously...


On Thu, Jun 9, 2016 at 7:06 PM, Jonathan McPhie <jmcphie@google.com> wrote:
+1 to what Greg said.  Our definition of "collect" is more like "stored" and can apply to things like local Chrome history storage or storage of activity against an pseudonymous identifier.  From that perspective, SWAA (and CB2) is more about moving data around and not about "collecting" more data.

On Thu, Jun 9, 2016 at 9:59 AM, Greg Fair <gregfair@google.com> wrote:
I believe the semantic difference here is that there are different definitions of "collect"

Jens, you are saying that "collect" = "Associate directly with your GAIA and durably store in footprints"

The data sources pulled into sWAA, however are all "collected" one way or another already, whether it be via chrome sync or Ads cookies/profiles or on-device local storage.

I can't comment on how the Dutch translation handles this differentiation. I do think we all have a correct understanding of what is happening. It's more a parsing of the message that David and team are trying to convey where we seem to have a couple of different interpretations.


On Thu, Jun 9, 2016 at 9:03 AM Jens Mueller <muellerj@google.com> wrote:
Attorney-Client Privileged & Confidential


Hi,

this is to double check a fundamental misunderstanding either I or others might have about CB2 and SWAA.

When a user accepts CB2, we're enabling SWAA.

Rodriguez v Google
Plaintiff's
Trial Exhibit
PX-004

I claim enabling SWAA means we collect more data - Chrome history data for example - (and that is independent of NAC or any N2 related change which I know has an effect on SWAA I don't refer to here).

Is this correct?

I am confused by David's comment here:
https://docs.google.com/document/d/1kSADPtqVRSrCTn4ELnGAajA-wUwXXs2-A6EyhVulcZ8/edit?disco=AAAAAuKqAg8

He is saying:
*We are not collecting new types of data. We just had that conversation (again) on page 3.*

***And, it's our position in Consent Bump, that we're not collecting new data for any particular user. Before Consent Bump, some of the data for a user was collected within their Google Account and some of it was collected outside of their Google Account.***

*In English, we're intentionally vague because the technical details are complex and it could sound alarming to users (for something that we feel shouldn't sound alarming). So, in English, it used to say simply "More information will be visible in your Google Account..." which stood up to Legal review for a long time. That phrase is vague about where the data that wasn't visible was.*


I disagree especially with the bolded section.
The English text is vague enough to not make this distinction clear. The Dutch translation however is giving a different story.

Thanks,
Jens



--
_____

Jens Mueller |            Software Engineer |        muellerj@google.com

PRODBEG: GOOG-RDGZ-00149701
PRODEND: GOOG-RDGZ-00149702
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Eric Miraglia;Greg Fair
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: muellerj
DATECREATED:
DATELASTMOD:
DOCTITLE: Re: Effect of flipping SWAA
SUBJECT: Re: Effect of flipping SWAA
FROM: jens mueller <muellerj@google.com>
TO: jonathan mcphie <jmcphie@google.com>
CC: felipe lora <felipel@google.com>;david warren <dwarren@google.com>;sara wals-
      h <sarawalsh@google.com>;mahalia miller <mahalia@google.com>;adam-
      woś <adamwos@google.com>;eric miraglia <miraglia@google.com>;gre-
      g fair <gregfair@google.com>
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD034
REDACTED: N
MD5 HASH: E8624262063580A75E1255D05D2264C7

PRODBEG: GOOG-RDGZ-00149701
PRODEND: GOOG-RDGZ-00149702
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Eric Miraglia;Greg Fair
ALLCUSTODIANS: Eric Miraglia;Greg Fair
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: muellerj
OWNER: muellerj
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 06/10/2016 8:08:00 AM
DOCTITLE: Re: Effect of flipping SWAA
SUBJECT: Re: Effect of flipping SWAA
FROM: jens mueller <muellerj@google.com>
TO: jonathan mcphie <jmcphie@google.com>
CC: felipe lora <felipel@google.com>;david warren <dwarren@google.com>;sara wals-
        h <sarawalsh@google.com>;mahalia miller <mahalia@google.com>;adam-
        woś <adamwos@google.com>;eric miraglia <miraglia@google.com>;gre-
        g fair <gregfair@google.com>
BCC:
DATESENT:
TIMESENT:
DateTimeSent: 06/10/2016 8:08:00 AM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD034
FILEPATH:
MD5 HASH: E8624262063580A75E1255D05D2264C7

  Google | Privacy & Data Protection Office

# PrivacyNative Conversations

CONFIDENTIAL, REFLECTS ADVICE OF COUNSEL - NEED-TO-KNOW - DO NOT FORWARD

## About this document

This document is a growing collection of notes from conversations the PrivacyNative team has with stakeholders across Google.

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-006**

## Intro with GrowthKit

Participants: heftlufty, kallebu, nathanel@, robertbrauer@, ohelyse@, jmcphie@
Notetaker: kallebu

Sam gave a short intro to PN.

**Feedback from Nathanel:**

He is dealing with these topics on a daily basis. They are always working with the Privacy Council to make sure they do the right thing. Growthkit's goal is to make sure that the apps don't become spammy.

GrowthKit's vision is oriented more towards marketing, but well inlined with the progressive consent model.

**About GrowthKit**

Has been lower priority for some time and is now coming back.

3 different systems, in-app prompts, email campaigns, and ?

They have been working on GNP, a system to combine in-app prompts, emails and see the impact that they are having.

Capabilities:
- App rating
- Feature discovery
- Cross-app promotions
- Permission prompt (warm up)
- Custom prompt (any image, any text) — maybe most interesting for PDPO

It would be his dream to extend the GrowthKit to the web.

## emilo@ Program Intro 2020-10-19

PN team: heftlufty, kallebu, mimosal
Notetaker: kallebu

What does PN mean to you?
- Please start with blank page.

PX-006.0002 of 0074

**Emil**:Are you aligned with the latest work by Yooki?
**Sam**: Yes

**Sam**
Are we able to apply the same principles to ads as well?

**Emil**
Great and fascinating challenge. Not sure you guys ever looked at UDC 2.0 — a lot of similarities in undoing what Larry did to the company in 2011. Google is like a coffee with cream, ones it is in there you can't distinguish coffee and cream.

The tension from the ads team. There is a bigger picture fundamentally that people are unable or unwilling to grapple with. My personal opinion is that our ads system as design doesn't really give the user choice. We basically say "our systems are paid for by ads". But we do have parts of our business in which we are trying other mechanisms like YT Premium.

There have been different attempts at providing a paid model vs. display ads. But the criteria by which these systems were evaluated were a bit off — too little by Google standards.

Sometimes it is valuable to provide a control, so just people know that it is there, not for people to opt into it. Maybe it is not about having most people sign in to the paid version, it is about giving people the option.

Sam: There seems to be an issue with how the ads team is thinking about ads powering services. What is if our products are still powered by ads, but if ads worked differently.

**Emil**
There are many many layers of the onion. What is the problem?

- There is data flowing around the internet to all of these little companies I don't trust.
- There is all that data that is on Google servers and I don't trust Google.
- There is all that data that is on Google servers and it should be on my phone.
- There is data that is being used to personalize ads at all.

The reason why I jumped to premium is because there are a bunch of challenges there. If we look at the fitbit acquisition, we say we won't use the data, but regulators and users don't believe us.

Gmail is great and it must cost a lot of money, so the only way that Google is doing that is by using my data from Gmail to make money. This story makes sense to the users, any other story doesn't make sense. Even if you tell people that all data is on a device, and get KOFs to talk good about us — that is a very long story.

The pendulum needs to go very strongly into the other direction to change people's mental models. Just moving things on people's devices isn't enough.

Are you trying to solve regulatory problems or the user perception? Regulators are difficult because there are full departments of people whose job it is to prosecute Google. That going away isn't likely.

> **Comment [1]:** @ohelyse@google.com @adebooij@google.com We discussed all of these and other issues in our research and analysis. We should make sure that we can clearly show how our approach and direction helps Google to engage in resolving these — not solving for each of them.

Sam: What do you want to see in UfP?

**Emil**
You have a herculean task at hand. I tried and ended up saying: here are three or four options of how we could move forward. The reason I am not working in ads anymore is of how these options were perceived.

What is the direction we are going concretely?!

**Sam**
The fact that there is one direction, but options to shift direction over time. Even just laying out the option would be valuable.

## brodgz@ Interview 2020-10-08

Satrine - ads as a consumer product, making sure all of them ladder up to one centralized place
Ad settings, ad library, help center
All of that could/should live under a universal nav
Consent model
    Preliminary research to improve the mental model of how ads work, where Google is and where they aren't
    More of a proprietary tool for us to communicate our commitment
    Ad badge, follow, thumbs up
    About this ad surface, what can be here on the ads settings page
    Things like offers the way I would see them in my credit-card
    Stark design
    Ad Choices - some of them would feel comfortable giving us a bit of space beyond the context, by using Google ads they are privacy-safe
    DAA looking at the future of that badge
    Lean on the norms, chetna has worked on developing
    Want a specific north-star to align products
    Hope our consent model is able to lean on those agreed norms
    Is it when you sign-in, when you're starting the app
    More fluidity within the ecosystem
Enhanced experiences - more high-touch ads systems, running rapid experiments, APaS running sprint with teams in Search and Gmail, senior leadership thinks they're all exciting ideas
Build ads as more visible
    What does that do for AR going forward? When technology is more ubiquitous, does ads

## shonad@ Interview 2020-10-07

PN team: robertbrauer, heftlufty, kallebu, mimosal, jwoll
Notetaker: mimosal

Any thoughts on striking the right balance between patterns and primitives, etc?
- Think about how do we instill trust? Giving users information and options about the data that they are sharing but isn't necessary and then offering them options to stop sharing in those places.
- Demonstrating to user that we don't need to collect or ask for all the data is a point to think about

Robert: how do we help users understand that we might know you better than you know yourself, but we also keep that information within specific products. How do we help these teams connect?
- Primitive was the original way to draw common lines through ux and ui. There needs to be something deeper for this one however. Ex. common visual queues across all the apps for what is happening with a users data. (Robert made a deck about that).
- Consistency of message and presentation is the only way we will be able to convince users to trust us. Why should they trust us around something that isn't consistent across our products. Patterns will help them trust.

Johanna: Opening statement was inspiring but also concerning. Where do we draw the line? Won't it creep people out to know how much we are paying attention?   Do you have any scenarios where this kind of approach has worked well?
- I think of it as something like photos where they highlight duplicate photos. It is a poor usage of storage that you are paying for and us helping them be more efficient.  It could be creepy, but there is an option for progressive disclosure that will show good will to the users.
- To be able to show people the connection and data between products, or the data that stays only in one product is a key to helping users understand it and make it feel less creepy.

Sam: across google efforts are hard, what are things to keep in mind as we engage with google as it is today. What are the transformations that need to happen over a 5 year period to make this possible?
- Product to make a big change is you need to catch them at the moment it makes sense for them. You can't impose it across the board for everyone. Example - material gave a 1 year window for adoption.  This meant that they didn't say do it now but instead said, do it with the next iteration of your product.
- 5 year horizon, you can plan for company okrs, and connect at the vp/svp level to get the support. If you tackle the bigger pas then other pas will follow suit. Having strong partnerships at a high level will make it better to work out with the rest of the pas

Shona would love to keep talking and start a convo with a few more people

# jkearns@ Interview 2020-10-07

PN team: robertbrauer, heftlufty, kallebu, mimosal, jwoll
Notetaker: mimosal

Do you know what PN is?
- No
- Sam presents short deck

Are we hitting the right points when it comes to the nature of consent and if so, what would be helpful to you in the next 5 year time horizon that wouldn't be helpful in the next 6 months?
- One thing this preso runs into in terms of how search works,... the key insight is that the algorithms can harness the collective brainpower of our users. And what makes search so good is partially the engineering but more so is all of the users behavior.
- If we change from collecting all of the data and using those signals to a place where we don't collect all the data, then it will run directly into the fundamentals of a product like search. **Can't say how disruptive it would be at a tactical level, but at a high level it seems like this would be a conflict.**
- The logs pipelines today do a serious effort around anoning the data that comes into it. The team can use general themes from this anonymized data.
- Traffic (data) for search is just an aggregate of user data right now - how do we keep providing things like this? Instead of saying only pull out data for specific use cases, because as a company it might not be possible to really operate that way.
- This statement begs for resistance. We have been building for a world where this is needed for the last 22 years.
- [Sam] We need to figure out how to say we are going to collect anonymized data vs we are going to collect and store personalized data.
- There is a lot that happens in the grey areas as well. Sessionization - all data from a cookie or gaia id for a 24 hour period and string it all together (anonymized). Who does it is irrelevant, but the fact that it is tied all together, means as soon as someone does something identifiable, there is suddenly now id'ing info available in that session. This kind of data is really valuable for product improvement.

What can we do for the next 5 years to support the needs?
- The more we can explain the blackbox systems the better position we will be in and also gives us easier things to put into the product so that users understand how we work.
- Next would be allowing the user to change this once we have done it and the user decides they don't want it.
- Signup flows are not a good moment to explain or present these kinds of things to users.
- 5 year time horizon is how we change the feelings of users who feel tracked and trapped.

Ben in research - ethicist - we should talk to him!

## risher@ Interview 2020-09-17

PN team: heftluthy@, kallebu@
Notetaker: kallebu@

What is your role?

- I am supposed to use product levers to drive a dramatic increase in privacy and the perception of privacy at Google. So the actual safety of users
- Building new capabilities for people to understand and adjust how their information is used and accessed broadly

Main challenge for users?

- Lack of control for people reg. Their
- Stuff leaks more easily. It is hard for people to control
- Profiling

Why is it hard to control for people?

- Data is infinitely copyable
- In the physical world things exist only ones in time
- Digital is not as controllable
- It is very difficult, it is a Heisenberg thing. It is difficult to prove where things are and in what state
- I think Google knows way less about people than what people believe Google knows

What is the mental model that replaces what the real system is today?

- The lay mental model is a highly accurate and highly detailed profile/dossier that is shared indefinitely

What should be the future mental model?

- I would like to replace it with something that has some degree of physical control. The metaphor of a safe deposit box is valuable.
- I don't want to say secure enclaves are the end-all

Hanko?

- Hanko is one version of this.
- Zuul is also building on top of this.

How would products change?

- It would be more like the physical reality we are living in.
- I have a driver's licence in my pocket and I can decide who is getting to see it.

- Instead of server farms, products should engage with the user and say "Hi, I have some value here …"

What are the main challenges for Google?

- Big category is our perception issue.
- That is a challenge to the business because people think twice
- We actually can't control ourselves as good as we would like to
- We want flexibility to innovate. And sometimes you can't show that something works until you have tested it
- The structures slow us down too much

What is the perception challenge?
- People have been talked to that Google is doing bad things and that you as a user can't opt-out.
- There is a belief that you are police stripped constantly and you can't even tell that it is happening.

Do you think that perception is correct?

- There is some truth, but the reality is way less severe
- It is kind of the same as the NSA. People think they can do everything even though they can't.
- Targeted ads don't make me uncomfortable.

How do you think about ads?

- I think about ads as an essential way to pay for content as mostly irrelevant as very very unlikely to trigger any sort of direct and even indirect Behavior for me.

How much are ads part of our products? Do we need to think about ads differently than other products?

- The promiscuity of ads makes it different
- I don't think that people know when they are using a product vs. browsing content
- Ads spills over into the other, it is crossing the line between consciously engaging vs. not

So you mean display ads specifically?

- Yes
- Some of that will also bump into things like Android

Why are display ads the way they are?

- Because they are living somewhere else
- People don't realize that they are happening

What do you think a vision in the space of privacy needs to accomplish?

- It needs to be comprehensive, but achievable
  - Ambitious and progress in 12 month
- It needs to confront the secret cow
- Should non-ads ask for permission?
- It needs to have a pragmatic aspect as well
- It needs to deliberately and transparently inflict some pain because we need to cut of our hand as it has done some bad things

What is PDPO missing?

- What I feel is that PDPO is more a source of friction than acceleration. That is the perception.
- PDPO is someone you want to hide things from because if they know they will make things worse.
- PDPO should help to solve challenges

Identity influencing privacy?

- Hanko is still a science project.
  - They have to deliver a huge vision and a short term solution
- Hanko is a component of it but not solve
- Another project is the MEGA thing — needs a refresher
  - There is the central index of everything we know about you (the account) needs to become less of a boogeyman
- To change how we do things that is a very horizontal effort
- We should have some localized.

- There is strong bidirectional dependencies, but it is not recognized
  - Ignore the label MEGA
- Terra Nova are at very strong risk of rewriting what we already have

## yooki@ Privacy Principles session 2020-09-17

PN team: full team
Notetaker:

- Information is not public, is only meant for internal use
- Principles are not approved yet and have only been shared with a few PAs
- All information is need to know

What are the next steps?

- There are plans, but nothing clear because of missing PA alignment/buy-in

Notes will be taken outside this doc.

## jmcphie@ interview 2020-09-17

PN team: heftluthy@,
Notetaker: mimosal@

What is the PDPOs current state? And privacy at google?
- PDPO has a lot of interesting and worthwhile individual efforts
- These efforts have not come together
- There is no coherent strategy
- Maybe because we aren't being sensitive to other PAs needs or to other efforts in pdpo
- This causes many missed understandings
- I can't see the vision across all the efforts that we have today
- We don't have an articulated vision of how everything comes together (based on the description of PrivacyNative)
- As an outsider - knee jerk reaction to the program name  is to assume how we build our privacy tools within 1P products directly without having to have the teams build them themselves.

Jonathan: send what you can and he will read it with no judgements, doesn't matter if it is draft or not

[Kalle] What is not clear right now is how you slot into PN in terms of N3 etc..
- There are more convos that need to happen right now before an answer can be clear
- Part of it depends on what this program turns out to be
- And where do PN thinks we need support
- Consider right now Jonathan as another resource
  - Aka we have more product power available to us right now

[Kalle] The privacy surfaces have been built for the current system. What we think we should do is go to a different system in the future, which means the surfaces will have different reqs. How do we make steps through that evolution. What is the best way to do that transition?

- It is hugely important that we start from agreement and heavy buy in from the core team on the buy in. Then you get the execs to buy in. Then once you have a pitch for the new world, I can be a great resource to reach out to PAs to help map out the work and engagement.
- Maybe start with 1 or 2 PAs as a pilot. And then gather feedback from this group.

[Sam] Shows redux deck
What resonates with you and where do you think the story should go?

- Overlapping efforts really resonates because we have so many things to ask users about. There is a fundamental struggle that comes with the assistant age. We want to be able to do things for you without you ever having to do anything or say anything. We understand you so well we can do something without any input from you. Then when we have to ask you we do a poor job. So then each feature does a poor job of asking for each thing. It becomes a disjointed conversation with no context.
- I disagree that we have to start talking with users. YT wants to do this. But the point is when you start talking to users, how will you do it? How will you have a conversation with them and have the justification for this?

[Kalle] Micah said we will need to learn how to have these conversations well. This could be the PDPOs role. The center of learning of how to do this egagen ment well and provid that then to the PAs

- Honestly, I think that many PAs will take offense to that because they manage the relationship with their users. But honestly, we can all improve. To do this and get the PAs there will be a challenge.

## iwn@ conversation 2020-09-11

PN team: heftluthy@
Note taker: heftluthy@

Had a conversation today with Irene Nyavor from the CEO Tech Office about her history with Ben Smith on an effort for data minimization last year that is pretty similar to ours - so learning from that effort and keeping it in mind as we go forward will be useful.

The idea here was to see what they could do by asking teams to evaluate the feasibility of **only collecting data when there's a direct user benefit**.

*tl;dr: teams thought it made sense but then once they were told they had to stop doing stuff they balked and the thing kinda fell apart.*

At a high level, teams thought it meant sense for us to point in that direction! Collect data to make things better for people. Roger.

PX-006.0011 of 0074

But they hit some walls focusing on thinking about data collection and asking teams "is this possible" - they framed it largely around an all-or-nothing approach, where the alternative is just... not doing the thing.

So that led to a bunch of high-stakes and somewhat defensive conversations about "direct user benefit" because, for example, "stop collecting data for ads measurement" means basically no more ads measurement at all. So the conversation was "Measurement delivers $XX billion in revenue!!!!" And nothing is gonna win against $XXB :)

1. **The general approach and philosophy of "reorient around direct value to users" is right.** Teams liked it and felt it gave them a clear direction. At this point I'm more and more confident that this is the shift we're asking teams to make and what we need to be strategizing to bring about for Google.

2. **Nuance is needed once we actually ask teams to change stuff.** Articulating the difference between "no more measurement data" and "no more user data for measurement" may be the difference between success and failure here, so let's get that communication crissspi

3. **Adopting the user perspective will be useful to get the foot in the door.** "We shouldn't do this" vs. "no user should ever be expected to make an informed choice about this" are two different arguments, and so putting on the user lens can be a helpful tactic

4. **This is a long-term exercise, and we should treat it as such.** If we get caught in the weeds about a specific measurement technology we're losing the plot, and won't win on those grounds. Keep the conversation to the long-term view and how we can all agree we want to shift Google, not where we differ on what is and isn't "useful". Any high-level buy-in today can be a cudgel tomorrow on the details.

## gilesh@ interview 2020-09-10

PN team: heftluthy@,
Note taker:

- High-level comment on the charter
  - Vital to include the overall organizational structure and business model of Google

- o We will not succeed at getting ourselves out of the hole unless we have privacy people in the C-Suite
  - o We've been working with Apple on exposure notifications in the C-Suite. They have privacy people in the room with Tim Cook
  - o Highest level true privacy person is a director

- I am the overall lead of privacy for Android, and mobile in general

  - o Officially I also am the privacy lead for play
  - o I don't have as much day-to-day involvement
  - o More involvement

- What does that involve?

  - o I usually divide into 4 things
    - ■ Overall product privacy reviews, every Android release I'm responsible for that
      - Friction comes from integration of other products on android, boundary between assistant and android
      - OEM partner integrations
    - ■ Working with the product team on privacy features for Android
      - Privacy-specific features like permissions, fixing vulnerabilities
    - ■ Data lifecycle
      - Delphi - accountability project
      - Get an inventory of all the data that's collected off Android and why, and set policy on that
    - ■ Setting policy
      - Mainly on Android, is preloads; device manufacturers preload and build forks of Android. Tighten up the policy there
      - Play policy, which I have more limited involvement

- Would point to my deck go/possibly-wrong

  - o Trying to identify at-risk users and classify the privacy challenges by risk to actual users
  - o One of the most obvious risks to actual users is oppressive governments and surveillance; use of mobile devices to aid in prosecution
  - o I have somebody on my team who is Russian expat and LGBT and she has the most harrowing stories of real users suffering persecution because they're being tracked through their mobile cellular provider
  - o Important to divide between three different possible goals for long-term privacy strategy
    - ■ One is protecting actual users against risk
    - ■ Second is having a better marketing strategy than Apple
    - ■ Third is being loved by regulators

- Why don't we have a clear strategy on those three points

- ○ On the Marketing point of view, what I've observed is that Apple starts their design process from the marketing assertions they make
- ○ We want to be able to say "what happens on your device stays on your device" then they design around that statement
- ○ Whereas we kind of build for usability and delight, then we think about the marketing statements later
- ○ If we're gonna improve in that area, first of all we need to decide the marketing assertions we want to be able to make externally
  - Even when we do know the messages that we want to give we are super risk-averse, so we need, in contrast to apple we need to be 101% certain that what we're saying is true before we turn it into a marketing message
  - What happens on your device stays on your device is basically bullshit
  - They send your backups to their servers on cleartext!
  - We need to decide what those assertions we're going to make. We need to know what level of certainty we guarantee before we go out with those
- ○ Secondly there's a belief that Apple or our competitors have 100% certainty and that they have a much better privacy story in reality. I think we need more research on what's the reality there. Particularly for iOS their devices are so locked down that nobody does research on the reality
  - Research device program, whereas we have an open-source platform, and it's the platform of choice for all academic research
  - There's a kind of disparity because nobody looks at their devices, knowing what level of certainty they have
  - We often try to beat them at their own game and catch up
  - We're constantly just kind of copying their features and playing catch up. That's never going to work
  - We need to figure out some strategies that play to our strengths
  - 3rd party libraries and control over libraries that iOS has a big problem with that they don't talk about

- What are axioms we could build from?

  - ○ On-device learning seems like one we could build to
  - ○ We have on-device ad-targeting project, we can say we don't collect any of your data to target ads
  - ○ Forensics - when you delete a file, it's gone, similar thing on the server side

- Not having to trust Google

  - ○ Your backups are e2e encrypted
  - ○ E2e encrypted messaging

- Reckoning with "for you" vs. "for everybody"

  - ○ GLS - you can't use precise location using GLS unless you contribute to the global model
  - ○ You can get the free lunch, but we don't let you do that

- Another assertion

- ○ We only use the data we collect to deliver you services
- ○ I would like to clearly explain every byte that we collect what the benefit to the user
- ○ Much broader transparency around telemetry
- ○ Usage and diagnostics checkbox - Apple provides the full proto

- Mike Thompson on Giles team has the project to classify by individually required vs collectively required vs legally required

- Executive engagement
  - ○ Really important. We need an SVP who is a privacy person. Not an just a 10% part-time job that they have no experience in at all
  - ○ Making decisions on what to prioritize, marketing, users or regulatory
  - ○ Doing the threat modeling, what we're designing towards
  - ○ Having metrics and data that tells us
  - ○ North star metrics. If our goal is to protect at-risk users. How much are we doing that
  - ○ There are some quantifiable metrics we can track like permission denials, whythisad requests
  - ○ For the transparency piece, we need to get project delphi done

## davidmonsees@ interview 2020-08-31

PN team: heftluthy@, mimosal@
Note taker: mimosal@

What is privacynative?
- It is a plan to make a plan to make plan for a world that will be completely different by the time the plan is ready to be in effect. Remember eprivacy 2.0. 5 yrs seems less real than a resilient privacy strategy.

[David] Question: who is pdpo and how is PDPO a change agent for something as broad as this? Is PDPO going to come out with a google GDPR that Sundar instates? Because PDPO was meant to be a group of highly skilled group of TPMs and PGMs where Keith's team was meant to be a highly focused group. Maybe the plan is to institute a regulation within Google. It is a classic PDPO problem. What does PDPO do?

What does PDPO do?

- Manages complex legal programs
- Like GDPR, CCPA, external things from the outside
- PDPO translate the outside requirements into policies and then supports teams across google to implement these requirements
- PDPO not wrigin policies might be one of the biggest misses of the PDPO
- The things that Sam and David work on is very much on the far edges of what google works on

Is this optimal for getting to products that respect user privacy?

- Yes if regulation exists
- If the point of PrivacyNative is to write GDPR, and then if Sundar and Ruth and the board were to approve it, PDPO would go out and execute on this as though it was written by regulators
- But PDPO couldn't go and enforce the policy, PDPO would have to support and enable PAs to execute on the policy
- If PDPO wouldn't wait until the next regulation, if when regulation comes out that is against our internal regulation, then we would ignore the new regulation and fight it
- If we sat Eric in a room for a few days he could easily right a much nicer and better GDPR
- Remember the tables of GDPR and breakdown of what the requirements would be for the teams
  - Eg integrate with takeout
  - Ignore all the reasoning, PAs focus on what this means for you
- This is how I think about PDPOs job and privacynative
  - This is all program work

What is your role and responsibilities for privacy
- Without a mandate I own transparency control and consent for Google
- I have to build the tools to do that
- I build one sledge hammer tool and then hammer each team with it because I don't have a million engineers that can make custom tools for each team across google
- Sundar proudly likes 2 AC settings, users don't. Everyone at Google wants to build out a 747 of activity controls because we think about things academically not emotionally. We are more ridge and that has helped prevent teams from splitting off if we were more flexible.
- Because everything comes across my desk, there is a small knowledgeable group that can apply consistency
- There are also policies for this, but they are written for Google and other bets, not for individual teams and products, so it is very difficult for them to execute on them
- From a narrative it is hard to prescribe privacy

Why does google collect activity data?
- Per our privacy policy we need to improve and develop our products and understand how they are used
- If it was truly anon could you actually do this? We would argue that prod dev and improvement is essential. By making data identifiable we can improve per user and also then of course ads

How does activity improve products for users?
- It automates personalization. You can do it manually over a long time or you can do it automatically by observing the user of the product

Why Are there controls on activity data?

**Redacted - Privilege**

- History of evolving strategy over time - search history as an example. Kansas was created 15 years ago. It has evolved. Subscription state was implemented for very specific use cases.

What are the main privacy challenges google faces today?
- Brand reputation and business model assumption - summary our business model

What is our business model?

- Sell your data to get things for "free" which people don't like when they get reminded about it
- Once you solve the advertiser problem, the next is unintended access, and then the last piece is how my data used. There is no good way to articulate value, broader use of data. But users don't know what great value they get, specially on a wider us of their data.

**Redacted - Privilege**

- We see this with search, they don't want to build features to showcase how we use implicit and aggregate data to provide better product usage. They only want to build features for explicit data.

Do you think it is possible for users to reckon with and make a choice about data collection for the aggregate?

- No, because we don't frame consent that way
- If you look at vaa v2 it was the only case study. 25% optin rate currently- which is impressive since users don't care about others speech results, but they contribute data to a shared model
- Brass tacks - google products technically must moonshot to a world where they don't rely on user data but still rely on data. Therefore if a user never consented to anything, we could still build the best product. Today that is the exception with additional work for other teams.
- When you do want privacy data -
- PrivacyNative - if you take Ben Smith's old charter and rebrand it you have PrivacyNative
  - You can primary user value, secondary value is possible, but the primary would be to collect data it has to have user benefit

- Aggregate - translate community is a good example. They invest a huge amount of time to improve their energy. The problem here is the logs to improve the quality of the product start as personal, teams have to start pushing up the consent rates.
- Hypothesis - can we survive on 10% personalized data. So then can could we potentially say hey users, we pay you to listen to your data (only you will have listened to it and then transcribe it) and then we give you some sort of credit
- So collect data with no attribution to a user majority and then pay for the rest

What happened with Ben's approach
- Not tenable for the company. Ben is no longer at the company. That is a point to consider. What does this mean in terms of why this approach wasn't possible. What Ben proposed makes a lot of sense, but is radically different for the company.
- Assistant is now proposing a lot of what Ben talked about. Orient controls around the app - history off by default, couples this to personalization, and then allows for history to be turned on, and then build up from there.
- Take the Ben Smith principles and throw them at the assistant and see how that works out

Did Ben's approach not work because we would have to change all of our infra in 2 years isn't feasible? Or that the idea didn't work?
- Google is too big. If we just focused on one smaller area, like assistant, then it is different. You can focus in on the issues like microphone always on. If you look at search there are so many more things to be worried about. Payments, you need to keep data for 10 years. The arc so shifting the vision, which sundar loves, the vision that ben had was much more ambitious. Unless you say that PrivacyNative, is this is what we project for GDPR 2 or what Europe will do in the next few years and we must do these things which is a huge shift for the company to stay a head and keep making money.
- It would be very interesting to pick a pilot to try this
- Talk to Vinay and ask where did the Ben vision hit resistance

In the beginning you said this can't be done - but there is a path forward?
- It can't be done from the way we tried N3 or the way PDPO has existed for the last 1.5 years
- It is Sam and David's project- they are tacked on the side and there isn't much that is enforceable
- To enact change you need a politician to push this
- It would be more tenable to pick a product (like photos) to attempt this. Photos is a product that has really well established it is a safe and trusted product. It has to be meaningful as an example. It has to be messy (like payments)

[Kalle] Isn't gdpr 1.0 enough?
- Most teams at google feel like that is done. The challenge is to position it now when teams feel like they are done with that
- Kids should be our example of strict compliance
- David will share a doc that he, Jess, Charlie, and Leota created to short circuit n3 - start all kids accounts as off by default, overhaul consent models, etc.
- Need to bound the problem - all of ben's stuff makes sense if you think of a single use case to each row. If you try to apply all of it to all things all at once, it won't necessarily make sense.

PX-006.0018 of 0074

- I do not think that countries are the right way to scope this
- The uncertainty of the global application of the account creation flow, but they are doing the same thing for kids, (EU/Brazil/US…) it would be much better to find a different way to scope this rather than via geography.

Last thoughts?

- It would be interesting to approach this entire thing as GDPR 2.0 - game theory exercise, focusing on a model from the user benefit side of the world. Hire Eric as a consultant - let him write.
- It would be very interesting to include bizops and finance early on to understand how that impacts the numbers
- 

## cassidym@ interview 2020-08-26

PN team: heftluthy@, kallebu@
Note taker: kallebu@

Any thoughts on the session today and the program?

- It is great that we are doing this, but there are a lot of similar activities going on
- Two broader comments
  - We know that in user minds privacy and safety are the same thing
  - I struggled a bit with the solution slides, it sounded too much like legal speak vs. how users would talk about it
  - The stuff of things people have to deal with is not the main problem to solve, because even if we do that there are still other challenges
  - The notion of safe and safety is the foundation of the strategy we put into place now
- We already have an ambition that got traction: safe
- The reason why I bring this up is not because safety is the right answer, it is just what is out there right now
- If we are replacing it with something else we need to be conscious of the larger picture
- Digital identity — nobody gives about privacy, it is about someone taking care of me as I go through the internet
- The triangle we have built with control etc. is something that we have been using, Sundar has used it, we need to make sure we acknowledge this — we are happy about these as it is the first time we are agreeing on something and have traction
- What does privacy native vision mean
- What is the problem that we are solving for?
- If someone would ask me where we want to land with PrivacyNative
- Rahul's document about data stewardship is build on the three pillars
- Yooki's principles start to define principles
- It feels like we are only focusing only on one pillar, which is about data collection (vs. also data usage management, and safety)

Are we set up to execute on the three pillars consistently?

- If you have a billion users you will have a billion answers to that
- What drives users crazy is when we do stuff that feels clandestine
- When we do stuff that they don't have the ability to have an exit door
- There's no ramp off the train
- There's nothing you can do
- That's the balance we need to strike, because we don't want to kill innovation
- Lorraine gave example - we ask users to add their home address in Maps
- Great way to think about what TRULY helpful could mean
- We can help you get home faster etc
- We don't do that because there are times when we do stuff without making it clear what the helpfulness is
- We do things where not only are they not clear what the helpfulness is
- "Hey we just added home address!" Full stop.
- No way to say "if you don't want this magic, here's the exit ramp
- Hey Kalle, here are 5 cool experiences for you to unlock
- You've given us all this data
- Here's some additional magical things we can do for you
- I wonder if we get too stuck on trying to solve the negative
- If part of this is pivoting the other way
- If you believe that and we make that helpfulness clear
- We move away from legal permissions to helpful
- One of the things I'm worried about is that we don't remind users of the helpfulness after they've given permission
- We don't do anything to remind you that hey Kalle you've added this home address thing to maps. Because we were able to do things that were helpful
- If you don't agree here is the exit ramp, do as a reminder that if you did something you're excited
- Reassure is the defensive proposition. This is the creepy moment, here's why it's happening
- There's really great stuff happening
- 70% of users think the value exchange on an individual level is a fair one
- ¾ say "I'm good with this"
- But we need to remind them of
- First two slides felt DEFENSIVE
- We are the knight in shining armor
- We should be building for the 70%!
- We will never convince the 30%
- We need to find a way to talk about where we want to go that actually clicks with people

Sam: How do we reckon with the fact that a large amount of data collection is actually not helpful for you?

- I think it is about the aggregate
- I as an individual user should not judge Google on my interactions
- I judge Google on the aggregate
- Even in the moments in which we could demonstrate it, we don't
- If we are going to go and create these moments we still have to make sure that there are easy exit ramps

- If we give people control but they are locked in anyway
- Users understand that there is no free lunch
- I feel passionate about the ads conversation
- We still need to recognize that there are people who love display ads
- If we are looking 5 or 3 years out it has to come with the opportunities and it has to come with the requirements
- But it can't be that we have the perfect answer for every situation

What is the opportunity?

- At the end of the day we know that the more products users use the more positive they think of Google. We should give people more moments of helpful articulation and helpful articulation.
- Depending on the data we need a different interaction model
- Specially like health data etc.
- Users love us, users think that the value exchange is fine
- But we don't give them a thrilling thing every day
- We are on the edge to become a utility

## alv@ interview 2020-08-25

PN team: heftluthy@, mimosal@
Note taker: mimosal@

What is your role and respon in regards to privacy at google
- I run a team of people who deal with what the media writes about privacy and the impact that has on regulation and legislation, litigation
- Team is integrated with legal, gap, eng, product, etc
- Broadly look at the regulator sphere and how we minimize the reputation impact of negative rulings, etc
- Spend a lot of time working with product teams about how teams should respond to media
Deal with … That speaks to the experience of comms, how is the media landscape in terms of privacy?
- Five years ago - dealing with a constant stream of stuff, always being on the back foot
- 2 things that changed that and made us more rigorous. GDPR and RtbF changed that for us and forced us to change how we did our business and how we were seen publicly

PX-006.0021 of 0074

- For the first time in the last few years we can go out and have a confident conversation with someone hostile and have a good conversation
- Two things that are against that - we are getting bigger all the time, and the other is our size and our market power now means the attack vector around privacy has changed. Where we were able to navigate the conversation before with a fluffier topic, that no longer is possible. There is a more fundamental and deeper conversation around our ads

What is the brass tax of online advertising?
- EU user consent policy roll out exposed a lot of stuff. Exposed to consumers things that they had never bothered to investigate before and made people realize just how many companies are tracking them.
- FT query came in about 2 years ago - a report from oxford internet institute. They went to play and downloaded 1 mil apps and analyzed apis and code and figured out where data was and good be sent. A high number that Google had categorized as family safe it was possible for those apps to share exponential amounts of data with huge amounts of people.
- I recently set up a FB. I set it up in the most privacy focused way, and it meant that the product was completely useless. When you have a trade off like that it becomes a very potenti cocktail to tack us with.
- Also went through Guardian's list and stopped counting at 130 companies that I had to untick from.

What are the main privacy challenges that users face?
- Knowing what they should worry about
- Tiktok debate has been a good example
- 9 months ago, data protection officer said I'd rather have my kids' data go to fb than tiktok. Now Trump explicitly is calling out the issues and opportunities for blackmail with tiktok
- My 11 year old daughter just got a phone. There is a lot of complex risks that as a minor on the internet, in apps, you can't really write them down or understand them. It would take all day to write down just 10 items that I don't want my daughter to be doing here.

What are the main challenges google faces in privacy?
- Ads, analytics, where we send your data, how we target you, etc.
- There is an opportunity for google to do a generational leapfrog. Build an online advertising system that is demonstrably trustworthy. Something like a verifiable system that allows you to know if you can trust a company or not
- We have been very slow to engineer around the issues of cookies, and the regulatory train is coming right at us.

How much of this is an ads problem versus something that has to be dealt with for all digital services? (eg aggregate data to make products better vs ads)
- It is all about ads. Facebook example - switch everything off on google and you still will have a workable product. FB is busted if you turn it all off. There are clearly demonstrably usages of data for non ads purposes that people love. Like Photos & Memory. Everyone I know loves that feature. Traffic routing, local weather, all these are brilliant examples. But when I do interviews- everyone always says - fix location, make it more granular. Make it so I can see traffic but I don't have to be bombarded by location based advertising when I am shopping.

Why do you think we have landed on setting as broad as they are?
- Because there is always a commercial upside somewhere. That isn't a bad thing. If i think of things that are really bad like income based targeting. Fight against that and with the fact that it is such an uphill battle to remove it. Everyone else in the industry does it, because sales teams were missing targets, because upsides will help reach the targets, but if you are trying to position yourself as a company that is in a different league than the rest, this is a big problem.
- If we say, well Axiom does it then we should be really deeply thinking about that

What are the strengths google has in the next 5 years?
- We have established a really good direction with Autodelete
- Making that change I expect it has improved user trust more than any other thing we have launched. That engenders trust much more than many other things that we have done.
- Security side of things is also pretty amazing. Finally I just went through and changed all my passwords to strong passwords. But they way we have built that and this technology gives me an incredible sense of security when using the internet today.
- I worry about we still can't come up with a simplified explanation of our location usage
- Programmatic ads business approach - that isn't easy or simple thing to explain or understand.

What are the big opportunities for Google?
- How do you leapfrog yourself into a different dimension of the ads business?
- A senior exec who shall remain nameless, described how they spend their time in relation to revenue and risk. The majority of our rev comes from contextual business. The majority of our problems come from display advertising - and that seems to be such a big problem.
- A serious signal we can send to the market would be to cut off the limb. The struggle there are the impact.
- You could argue that this is a good thing for society, because many of the things that use the services are not positive.
- In many places we are seen as the people that undermine democracy

Articulation & transformation for a future vision - What do you think something like this needs to accomplish to be successful?
- Untested thesis - my sense from working with Sundar on privacy announcements is that he is seriously and genuinely committed to progressing Google in this direction. The struggle is getting the troops to mark in that direction and in step. There are a huge number of conflicts as you filter it down through organization. Income based ads are a good example in eu. It is easy to make an argument for doing it but it isn't inline with the words that came out of the CEOs mouth
- It has to be a hard, enforced set of boundaries (a bit of stick as well as carrot) to reach this

What is the direction in which the stick will poke people?
- We landed on we do not sell your data - I don't know anyone that believes that. We can argue it but we shouldn't have to explain it. People should be able to believe it inherently.
- There is an inherent tension between advertising and privacy

CONFIDENTIAL
GOOG-RDGZ-00188890

- Maybe it needs to be a way to build a privacy protective layer between ads and how they have to make
- You build a safety layer - differential privacy - build it and them let eng see what they can break to prove it works

What might the challenge be to position us better to privacy?
- Any of the regulatory cases in EU right now
- I don't know if google is capable of thinking ahead that way. Maybe people do, but it is a pay grade that I am not at. I see a lot of evidence of us doing what larry and sergey wanted us to do which is pushing the boundaries and then dealing with the consequence. I don't know if you can change the company fundamental because this is the dynamic
- Note- the sridhar interviews around the new search engine
- Google does best when we break problems down into small bits and solve them one step at a time. Just make it easy for people to understand what we mean by location and what we use it for.
- We need to get to a degree of simplicity and honest with the public and our users

What do you want to see, what can PDPO and aligning at Google broadly, do to make your role easier or more interesting?
- It is sad that PDPO is seen as an impediment rather than a warmly embraced partner to Google's ethos. If we don't do this and get it right, then we are we are going to be run over. People are doing short term thinking and not long term fixes.


## guemmy@ interview 2020-08-20

PN team: heftluthy@, mimosal@
Note taker: mimosal@

What is your role & responsibility in regards to privacy at Google?
- There is no privacy without security. My job is to protect the account security of all google accounts. And therefore protect users privacy

Why is there no privacy with security
- There is a lot of data in your account. As soon as there is unauthorized access to that data that is when your privacy goes out the window

What counts as authorized vs unauth
- When you give some permission and access to an account, or there is specified access

What is the google account to you?
- 2 things - it is an identity and it identifies you unique from other users but it also is a container that contains all of the data and content that is related to you and your usage at google

Why is it important for people to have an identifier?

GOOG-RDGZ-00188891

- It is about ownership and organization.  It is like docs you have all this and who can have access. What if wrote 100 docs on a n open platform, how do you find what you wrote, how do you know where it is in the large group of

Right now what are the main privacy challenges that users face?
- Perceived challenge: Companies tracking data and pixels following you around. What does that actually do, do you really care? Is that really a privacy issue?
- Pernant issue: Security angle when your data becomes identifiable and people can use it against you

What are ways data can be used against people?
- I break into your account and then I am like I have some compromising photos of you and then I blackmail you. But then there also is physical harm that can occur. Especially true not just in stalking but also in domestic abuse scenarios.  Also the case where you are being manipulated, like cambridge analytica case.  You become misinformed and manipulated by a company

What are the main privacy challenges google faces today

- Let's get to the root of the concern.  Are people talking about privacy or security? There are a lot of ambiguous concerns and fears. And as a company we haven't figured that out yet.  Driver analysis - figuring out what drives users feelings of this.  We have had research that points us directionally to certain spaces.  Some themes are like we put you in control, but the way we went about it was that what really what users want?
- Location is an example of how complex we have and nobody knows how to control it. And even with the sum of many controls you don't always end up with what you expect. There is device vs browser vs the app, vs the account level controls. Many controls doing many different things across many different surfaces. Does it do what it is supposed to do, do users understand it? If that is the key part of our strategy then I don't think it is working.

Within security - how much do you feel in charge of your own destiny in terms of the google account?

- You never use really in control. Once you put in defense against one threat, the next day you have to come up with a new one. So then you are being reactive to many of the things. So you have to solve the reactive part and then also solve the proactive part as well. So then you don't feel as incontrol.

Looking into the next 5 years, what are the main opportunities for Google in respect to privacy?

- Let's look at the data from the driver analysis.  In general we are so complicated. From a product and messaging perspective, we inundate users with proof points and controls, amny products, and then users are like what does this all mean?  Apple is really good at distilling it down to one message and then they sell that message.  From a product perspective there is no product that is the point. Fundamentally we have to decide what our point is. There are too many competing messages which means that nothing lands and nothing resonates with the users.  This is very hard.

How do we simplify the message?

- Could we take a top down approach for the privacy vision for five years. How do you simplify to get there? Location for example- it is all located in my account, every product connects to my central settings in my account. One switch turns off all types of location because that is how the user thinks about it, and then a nice clean confirmation.

So something you might think would help would be switching our infra to meet the way users think about the experience.

- Yes but also things like how data retention rules have changed - but will people remember that message because we inundated with too many messages. What are we trying to say to people?

What might be an exciting engagement for teams across google?

- Simplification and minimization is a place to start. Get everyone aligned on what the thing to solve is. But then figure out what are the three or so principles that we need to change and what are the top products that need to change. Principles that stand out: it is complicated and we are collecting too much

What does simplification then mean? If Rahul is going out to talk to people what does he need to talk about and ask them to simplify?

- I don't think this is specific.  What is the concept the user understands? When I look at UDC, what is sWAA vs WAA vs YT?  They don't make sense because of the naming and there are hidden functions that people don't know. Like Chrome sync and others that I don't even understand and can't describe.

Improve experiences for you, for everyone, and to make ads work better.  Does that as a model resonate with you? Are these reasons stable?

Why do we collect user data?

- I want to be able to better protect users. The more I can know about them the better I can protect them.

What types of collections are helpful

- You can profile the user of time by their mouse movements. When you see an attacker you often can see that it isn't a real user. But this is something we can't do. But the mouse movement is not directly related to a user's PII.
- We get hijacking info all the time - I got hijacked three months ago, can you investigate. But then the answer is no because the data is gone.
- Also there are issues with dashboarding and backfilling because the data is gone
- It is also about not if you think you have been compromised, but we can protect you from being compromised with more data. One big gap is malware. We can't tackle this the same way because of data privacy law.

Comment [2]: How do we think about the relationship between Android/Chrome OS/Fuchsia and the Google Account? I think this is something we have to pick up in the solution requirements. @ohelyse@google.com

If mouse data was only being used to determine risk - do you think it would be easier to get users onboard with this? If google could guarantee this would some of those concerns be removed?

- Maybe. The issue is whether it is default on or default off. Collection by itself is hard. If you don't get enough opt ins, you can't build a critical defense. A good example is 2SV, there still is only a verrrrry small number of users using 2SV.

Next five years

- We are recognized as a good security provider but users don't feel safe using google. Account security vs data security is the same thing. But as users perceive us they do not see us as top of the industry, even tho we are. It is a main strength for privacy - because security gives a nice halo to privacy.

What are major weaknesses?

- Fragmentation- it shows through everywhere.

Why is it a problem?

- The messaging itself- does anyone ever remember what we said. We said too many different things. Also product - one product does x well the other does y but then it just gets very messy. There is no central way that everyone across products are handling privacy.

What does user experience privacy need to accomplish to be successful?

- It has to resonate with what the user wants
- It has to be super simple and centrally driven
- It has to be explicit

Why does it need to be centrally driven?

- We are such a fragmented company that if we don't centralize we will fail. If it is done by committee, done by whatever the projects tend to fail.

- Narnia 1 & 2 - they were cross company efforts and they were really centrally driven. Coordinating across the company driven by 1 person. Think about N2 it took 10 years to be able to successfully do that right and the difference there was that it was centralized.

You said it needs to resonate, what does it need to do for users

- Driver analysis - what are the things that will actually make a dent to change user perception? Depending on what the drivers are we can take different strats. How much do controls by themselves actually affect the sentiment.

> **Comment [3]:** She still thinks only about UI and messaging, not changes under the hood.

Guemmy - last thoughts:

- The driver sentiment US results will be coming in next week -
- Security is also complicated and over people's heads. How do we combine forces between privacy and security?
- Main ask - users conflate privacy and security. If we really want to come up with a new ambitious privacy vision we need to look at the big picture to make sure we are looking at what we ALL need to do to solve this correctly.

## ppenha@ interview 2020-08-19

PN team: heftluthy@
Note taker: heftluthy@

- Ads is a reminder of privacy concerns, not necc. a privacy problem on its own
- We need to decouple ads and privacy - privacy speaks to the company's values, practices for its products
  - Ads in many ways can be seen as a product
  - Doing that opens up these questions for us
  - Consent is no longer consent if you think of ads as a product
  - Depends on who I talk to
  - This reframes the problem and I think of it differently
  - Started evangelizing the thinking very recently 2-3 weeks
  - Got mostly good reaction
  - Some pockets of OMG
- What are those privacy needs
  - Binary mode, accept it or not, I want to be private or not
  - Not very human, very technical way to think about things
- Apple has drawn a line in the sand that is very easy to understand
  - "We are not sharing your data"
- Other term we need to tease apart
  - Is Data Protection
  - You could be public with your data safe, or is it publicity?
- Love to be in meeting with Sarah see how we are thinking about this

## micklitz@ interview 2020-08-19

PN team: heftluthy@, kallebu@, mimosal@
Note taker: kallebu@, mimosal@

What is your role?

- Officially I am responsible for the engineering operations in the PDPO. Which you could define as engineering that is improving our infrastructure the provide across the company as well as the infrastructure we use within PDPO
- Externally my job is to present this work as part of policy outreaches and GSEC

What is the role of infrastructure to deliver a good privacy experience?

- Most basic, we need to have to have the infrastructure in place to understand how we use user data — which we don't do (completely) today
- This is a hygiene thing we need to fix
- How do we use infrastructure in the future in a way that it is ensuring privacy for the users?
- It shouldn't even matter to the user what we are using because what we are using we do in an anonymized way
- One is the current and one is the future state

Why are we doing something that the company is not setup to do?

- Users and KOFs expect from us today that we have infrastructure that works in the right way
- The way we have setup the system has amounted to a mountain of complexity which makes it hard for us to move quickly
- Because everything is distributed and nobody knows how everything works we need to talk to a lot of people to make changes
- If we had better guardrails in place we could do things simpler
- We are over time bringing our company to a grinding hold with the current strategy

Google's challenges?

- In our current setup it is easy for us to make an honest mistake
- Our current state makes it likely that we make a mistake
- It makes it difficult to fix mistakes and find out why they happened
- How do we help users understand what is actually happening is super hard
- It is hard for many reasons
- We are very reactive at this time
- We should be more proactive

To what end do you see us being proactive?

- One thing is that we are influencing the future of regulations. If we put solutions on the table before regulators regulate a certain thing, we can strongly influence the regulation
- Because we know the user vs. the regulators we could drive solutions
- Being able for the user to understand what is happening is very important to trust us
- Being proactive there to allow people to understand it, vs. them having to ask us would be good

What opportunities?

- Great team with a lot of expertise and history. The best setup in the industry

- We are great at changing our infrastructure over time
- We have a really good engineering team
- We are not flying blind, we have a lot of insights

What is the process we should follow?

- It is not a challenge for privacy only, it is for the company
- We need to unify more aspects of our company
- We have tried to get adoption of infrastructure through creating good products, we can help you make it work for you
- We have the same approach with internal teams as with our actual users — providing the best product

What does the vision need to accomplish to be successful?

- I look at the Google account, and it actually tries to do two things:
    - 1. A place that gives users a central unified experience, integrating all of the data points across Google, and giving them a central place to manage it
    - 2. Building trust through tools that give transparency and control
- The team is heavily understaffed to do two things at the same time, so we are probably doing a bad job on both

What do you think we need as the PDPO to get everyone on the same page?

- From a product perspective there are things that need to be done from a consistency perspective
- We need to have a clear statement where we want to be in three years from now
- This is why we ask you Rick to help us with that
- Today we need to do A because of regulation, we get a lot of pushback because we are not explaining it other than "we have to"

An agent for change at Google is an interesting challenge. What might that challenge look like in the privacy space? What are challenges that we can make to our teams to energize them?

- Interesting is going to be the whole do more with less
- I think what it means is to figure out ways to provide great product experiences and innovate without needing that much data or using anonymized data sets
- So you have a lot of room to innovate because you are not dealing with PII, it is a hard one and interesting one
- Because it seems a lot of work for no gain
- Today we ask them to figure it out and you can do the same as before but without privacy review
- It only becomes interesting when the other path is not available anymore
- This direction will come from privacy council

Success for the project?

PX-006.0030 of 0074

- If we come up with a north star goal how the user facing space should look like, this is how we want the user journeys to be, very cohesive, users understand how data is used and is treated.
- Maybe we don't provide so many options anymore because by default it is already pretty good
- On the road to this north star things will change
- Having that as an agreed upon thing is hard in our company

## bhorling@ interview 2020-08-18

PN team: heftluthy@, kallebu@, mimosal@
Note taker: kallebu@, mimosal@

[Bryan] Is this a plan to make a plan?
- Sam explains

What is your role and respon for privacy in respect to Google
- Runs FP team, the most significant activity dashboard (taking care of data, consent, ux patterns, showing it to users). This bleeds out to other areas. Policy issues, consent, x-product issues.
- Works closely with Cathy to work on Privacy for Search, specifically focused on the Assistant side. This goes beyond activity. What data is being collected, how do we do data minimization, how is the data being used, how are we compliant, what are new features that will inform the user or be new features for the user? Additionally looking at measurement and growth (thoughtfully but diligently help users understand without triggering)
    - Look at the same types of issues on the Search side of the world as well
    - Ex. how do we address having microphones in people's homes that may go off unintentionally. This needs to be considered thoughtfully on the assistant side
- Also work with the PWG team - Knowledge & Assistant.  Now working with Hudson and have set up a pilot on the Assistant time to grow the advocacy program.

What are the main privacy challenge that user face today
- Everyone is concerned about their data being collected. They don't know about it and they don't know how to control it.  Big companies are collecting all these things, I don't know about it, I can't do anything about it. They are either doing it for their own benefit or it is a concern because it could be leaked and I can't control it.  The challenge we face is how do we exist in this world where everyone is concerned and get to the point where we can function well without irreputable harm to our brand and the company.

What do you as the main privacy challenges that Google faces as a company?
- If people don't trust us as a company, they won't use us. Duck Duck Go for example. If people go elsewhere we then will make less money if we want to look at it from the point of dollars. If we look at other aspects, we have made people uneasy which also has resulted in investigations and laws. This requires a lot of internal attention and we lose the ability to spend time focusing on making better products. This takes time and energy which then hurts us over the longer time and less directly.
- I don't want users to have to use our product and be uncomfortable. I want to make a product that works well.

Do you think that not having the issue dollar and cents focused makes it harder to solve?
- Maybe, Search in general don't directly think about things in terms of profit. In general we have the capacity to reason about things that don't directly relate to money. The problem with Privacy is there is no way to quantify or qualify it. We cannot yet take a scientific approach to this. "If you can't measure it you can't improve it" and today we are not good at measuring it. Additionally things regress and we don't always have the ability to control that. For the teams in the weeds they can't always understand why their actions might be on a broader scale more harmful. Unpredictable and episodic - Privacy all things might be fine, but then suddenly a news story pops up and there is no good approach to forecasting this now. Although I think we have gotten a lot better at this now. Example privacy bit, more oversight and review of things. More teams are aware of what is happening

Strengths that google is coming from?

- I am not sure that our strategies are the right ones right now.
- We have some people thinking about it, that is good but not enough.
- Some of our previously well-intentioned directions where products want to get people into a good state doesn't necessarily serve our users well
- A strategy focusing on conservative defaults might be better
- But this is a bitter pill to swallow — products do less by default
- This is not a new idea, we are just still in the process of fighting those (low hanging fruit from GDPR)
- ·

How can we excite the engineering world to work on this?
- I'm not convinced that lack of consistency is the issue
- The products across google are very different and people's concerns are different
- We have to understand what the individual product problems are
- We need to address the individual products and their situation

How to get people to work on this more?

- There are more people who are working on this now than before
- There are a lot more people involved, because it became more important
- Motivating some of the folks is less challenging, but getting people aligned is the bigger challenge

Do you think "transparency and control" is enough of a motivating story?

- I don't like the idea of google having data about users that they can't say no to. Like streeview as an example - it seems fine at first but then becomes problematic
- I like having transparency and control but it isn't the starting place. The starting place should be, is this on or not and if it is on then we provide transparency and control.

Assistant vs Google Account - via email

# keithenright@ interview 2020-08-17

PN team: heftluthy@, kallebu@, mimosal@
Note taker: kallebu@, mimosal@

How would you describe your role reg. Privacy at Google?

- Privacy advocate
- Presents Google towards regulators
- Presents privacy at board of directors
- Sits on privacy council, most Sr. structure reg. Privacy at google
- Builds out a team reg. Risk assessment, and owning the privacy control inventory to monitor, provide oversight and escalation regarding the amount of compliance risk posture
- Serves as the data protection officer in non-EU countries
- Responsible for execution of compliance program

What is the role of legal, privacy legal specifically at Google?

- For the last 10 years privacy legal has been a consistent evolutionary monitor and advisor for privacy compliance and risk across the organization
- His team is what is it, because the legal team is what it is
- They haven't changed a lot in the last 10 years, but they have grown
- Every other organization in Google touching privacy has grown, burned and recreated
- The general legal department is deep in different product areas, but only privacy legal is deep in privacy across all PAs
- They work mainly with the product council to give them advice how to give advice to products
- They are coordinating advice across product councils

- Part of the reason of creating the PDPO — to harmonize the approaches and to make sure that risk is not passed on from one product team to another
  - Let's create a centralized forum that can be used across the organization so we have a more cohesive view of the risks
- His team has been supporting the evolution of the PDPO
- They are an information conduit across many PAs
- They own the regulatory relationships
- They help the regulators to understand their law, and Google to understand how the laws will impact our future
- Ben Smith, Keith, Eric have been together trying to figure the legal aspects out
- All of it is evolving right now
  - We are still figuring out how to best involve GAP, there is a growing mission for GAP to advocate for Google

# Redacted - Privilege

**Redacted - Privilege**

CONFIDENTIAL

GOOG-RDGZ-00188902

**Redacted - Privilege**

CONFIDENTIAL
GOOG-RDGZ-00188903

**Redacted - Privilege**

Redacted - Privilege

## joshst@ interview 2020-08-12

PN team: heftluthy@, kallebu@
Note taker: kallebu@

What is your role and responsibilities with reg. To privacy?

- PM on the ads privacy team
- Focusing on consent we get for using data for ads
- Giving users a choice how their data is used for ads
- What consent do we collect for email usage
- Increasingly it is also about
- Transparency and control that we provide
- Why this ad, what data caused you this ad
- Who is the advertiser behind this ad
- What controls you can use on the ad
- User level transparency controls, disable ads p13n or changing the settings for ads
- Today the experience has been very reaction oriented, but we really want this to be a conversation with the user
- Teasing out where users are more uncomfortable and engaging with them on this

GOOG-RDGZ-00188904

Why is privacy with regards for ads important?

- We strongly believe that ads are beneficial for our users
- Privacy is the foundation on which we can do all of this
- If people don't trust us with the way we do this we couldn't do it

**Comment [5]:** @heftluthy@google.com @kallebu@google.com did he say why he felt they were beneficial by chance?

**Comment [6]:** People discovering things they like or they are looking to buy …

Why is transparency and control useful from a user perspective?

- Google is often held to higher standards because of our size
- Users have a right to know
- It is a good tool for conversation with regulations and advocates
- The reasons we provide are so high level and abstract that they don't make sense to people
- Our data is often quite good, compared to the competition, this is a differentiation for us, we can show our data

Main privacy challenges

- A lot of times that users would acknowledge are conflated with security
- A lot of people are concerned that their account is going to be hacked
- What if that happens to me with Google who has all that data about me
- Data being used by state actors or personal information being exposed to other people
- In general people also wonder why we need that data to target them
- They are things that people don't normally talk about with friends or strangers, so how can a big company like Google know

Main challenge for Google

- Very active topic of debate
- Google needs to differentiate from all the sketchy actors out there
- People don't believe us that we are not selling their data
- How can we force everyone and collaborate with everyone to make the industry more privacy protecting

Why is privacy concern a problem?

- User retention question
- Regulators and others fine Google if users believe they are mistreated

Opportunity to becoming market leader?

- Google as a platform following privacy best practices.
- Collecting the right consent from people
- Collecting only data we need
- Create ways for users to validate the claims that we make
- Takeout and data deletion, how do I know that this is really deleted
- How do I know that your systems don't bias my experience based on the profile you have on me

- Cleaning up the ecosystem

Main threats for Google?

- Because we are a large incumbent we are a big target for new players like DuckDuckGo
- If we really had a data minimization practice we could erode their claims
- People that are constantly pointing to us as the people who are not caring about privacy like Apple and Firefox
- How can we get ahead of them, and anticipate their actions which is not anti competitive
- We could do quite a bit, but we would be accused to use our power
- Double blind could be a thing

> **Comment [7]:** @heftluthy@google.com @kallebu@google.com sorry what is this?Like double blind trial studies?
>
> **Comment [8]:** I think he was referring to his but for all users: go/what-is-double-blind

How do you see standards and the industry to evolve in the next five years?

- General norms and practices across the industry — a common schema that we can provide in every AD to show what data we use and why the ad is shown etc.
- If there is a common way to display this would go a long way
- My data is very distributed across many vendors
- If there was a case to say that I don't want to see any personalization or any specific interest/conflict across all ads would be a great advancement

Main strength of Google?

- Tremendous resources and talent
- We can draw on that in a way that others can't

What do you think are positions that Google could stake out that might follow on with some of those Google first challenges?

- Very hard, because many benefits we have build over time are problematic from a privacy perspective
- All of those things don't lend themselves to limited closed down systems
- On device first is the initial reaction — it is in conflict with many of the innovations we have done in the past
- You are distributing information to peoples devices
- It is more limiting in terms of quality of data we have and can produce
- To allow the user to have a consistent experience across devices
- A triangle cannot also be a circle
- Privacy first is very squishy

Where do you think about privacy reg. Personalization and where do you think about measurement?

- We often think about parallels in the physical world.
- When it comes to measurement, taking things from the physical world into the digital world seems uncomfortable
- We have personalized moments all the time in the real world but they are creeper in the digital world

- Measurement: We would like to show that we influenced the user over time because we can show that someone has seen an ad several times
- We can change the technology we use, but we need a common identifier
- We are trying to preserve some measurement scenarios, but they are not privacy improving
- We are verifying people's age and gender with Facebook data to show that we shown the ads to specific audiences
- We should find ways to do measurement in a way that we don't need consent
- I don't think people will consent to measurement because they feel that they are giving something up without anything in return
- The value they are getting is so intellectually distant that it is really hard for them to understand
- A lot of the value is for the advertiser not for the user

What would it look like to not need consent?

- This is part of the **privacy preserving** Chrome work
- **Newton project**
- **The person's personal data would not be accessible to the advertiser, it would be anonymized so it would comply with GDPR**
- It might not impact user's trust, but will get us out of having to ask for consent
- Measurement needs are essential across all of our media
- Content is very different for every person that makes it very difficult to measure
- If we couldn't measure in a good way, advertisers couldn't know if search or other media would be better
- We can prove that you get better value on your ads spending
- Before internet ads measurement doesn't work on the internet

What do you think the vision needs to accomplish to be successful?

- It needs to have some way for monetization of our services
- It needs to have a way to fund all the things we do at Google
- That is the ground floor
- How do we do that while preserving the interests of our partners in our ecosystem?
  - Advertisers, brands, publishers

Do you have thoughts on ads as an organization what people want to see? What should we keep in mind?

- Privacy is not the priority for most people in ads
- Purely opportunistic refactoring of our services doesn't go anyway
- Traction is most often come from threats and issues, like regulatory
- Or we want to exploit some new opportunity
- Perhaps the initiative can align with something like that
- Otherwise we have to get the leadership to push it through

- Everything that we have build up over time was to fix some problem
- If we can build a better mousetrap everyone will go with that

- Most of the systems we built up in an assumption that people don't want to tell us things
- If people would tell us what they are interested in or what they did we could work with that
- Coming from ads I have a hard time seeing that a pro-active user engagement would have enough significance, unless we are replacing amazon

## yooki@ interview 2020-08-12

PN team: heftluthy@, kallebu@
Note taker: kallebu@

What is your role at Google with respect to privacy?

- Because I am on the biz ops team I have no day job when it comes to privacy, my work is completely project based
- But because I am working with Anni, and have been working with her for my time
- I worked a bit with Vinay and Rachel on privacy policies
- What I am focusing now is some work with Megan on privacy governance
- As well as the privacy principles work Rahul asked us for
- As well as leadership structure
- We are the catalyst to accelerate work that need to happen
- I don't come in with an agenda, I am here to help advance other people's agendas

What is the type of work that biz ops catalyses with respect to privacy?

- In the end what I am trying to be most helpful with is to structure and align on what the underlying priorities are so we can move forward faster
- In the world of privacy things are intermingled and multi facesseted it is particularly important
- PDPO/privacy is a place which is the most collaborative, but also one in which roles are less clearly defined
- The organization is not designed for people to play dictator, which makes it hard to move fast and break things

What are the main privacy challenges for people?

- Privacy is just too hard. There is no way users will truly understand what is happening, but it is vitally important to users.
- So what do you do?

Why is it important to users?

- Privacy is more downside management than upside management
- Privacy is the management layer for a full bucket of risks both in the real world and in the digital world and the lines have blurred enormously.

- There are shadowy mysterious dangerous entities out there. Privacy is the shield against all of those things.

What are the main opportunities for Google?

- The opportunity for us is to figure out how to fix this problem
- Nobody has a clear positive mental model how privacy is supposed to work
- We are as well positioned as any to define this for users
- Mental model of digital privacy for users, not for Google
- Ideally it is not this company is good and this company is bad
- There is too much that bleeds across companies
- No matter if this mental model is based on products or brand, legal regime or regulation
- You can put your faith into an experiential thing
- The downside risk is that we are forever in a necessary evil (ads)
- Users need the heuristics

What is the heuristic now?

- All these companies are collecting my data, they are selling it to others, and because there are bad companies out there who are dangerous to me.

What are the main threats?

- 1. If we land in a world in which heuristics are brand driven. People think that is Apple, but they are not. DuckDuckGo, bing etc.
- 2. Over reliance on regulatory requirements, this will stifle innovation, it will not only hurt the company, but also society. If we can't come up with the right heuristic that is pleasing to users, and gives regulators the option to save their face, we will be bullied into it.

# Redacted - Privilege

Should we think of KOFs as intense users? Do you think it is different to solve for KOFs and users? Different problems?

- The long term outcome that is right for KOFs is the right outcome for users. The KOFs are there for the user, and the user allows them to be because they are. That should be the final situation.
- I like to think that the right (do the right thing) is that the answer that we come up with is the right answer for the user and meets the needs of the KOFs.
- A user centric strategy that has tactical things attached for the KOFs

How much do we actually worry about user sentiment and usage?

- In the short term I don't worry too much
- In the long term user adoption of our products is a bad indicator

- At least for existing products, for new products it is easier to say
- It is not clear that the adoption of in home products was hurt in the short term
- Privacy will be felt as a long term problem not a short term problem
- Which makes it very difficult to invest into privacy – because of ROI

What are our main weaknesses in respect to privacy?

- 1. The complexity problem. It is not that we are simple and the user doesn't get it. We are complex under the hood and on the surface
- Our data infrastructure is not designed for privacy
- There are core stakeholders at the company who think that it is impossible, or too hard to do and therefore not worth it
- Even if we had the ideal mental model, we don't have a path to get there
- We have many teams trying to individually solve for the issue
- 2. We don't understand our users
- Everytime we run these studies we learn that users don't get us and we don't know what to do
- Our level of understanding of the user is knowing what they don't like, but we don't really understand what they want
- 3. We don't know how to measure success for privacy
- As a result we can't make the investment case
- It is really hard because privacy needs massive investment
- It requires to reengineer of complete products for the sake of privacy not anything else
- I would love to find the next
- Related to this is the macro environment we are in
- We don't grow extensively anymore, we are growing incrementally
- We are in a macro environment that is exacerbate the situation
- We will have to ask to solve for privacy probably with less

Why is Google as complex as it is?

- Complexity is a function of our history and our philosophy in the past
- Complexity is written into our vision, organize the world's information
- Strength, we have been better than other companies to think about this problem, but we have done it in our way
- We are very thoughtful about what we get into the bucket and less about what comes out of the bucket
- Mixing everything in the bucket makes things happen
- The number of things we did to get to one google was large
- We were willing to make that investment in the name of innovation
- The main control in the past was what goes into the bucket, not what goes out
- Complexity is our mindset and self-confidence

Main strength Google has with respect to privacy?

- Biggest strength: We have done the right things. We might not have done it in exactly the right way.
- We don't have skeletons in the closet
- We are not clearview AI, we are not even Facebook

- It is not our thinking being fastly wrong, it is a question of priority
- We are not in a terrible place to start with
- We are piloting an oil tanker here, but the problem is not that the cargo is full of toxics
- It sounds like a bad strength to have, but if we would have to fix this, we had a very different situation

What does the vision need to accomplish to be successful?

- To the point earlier reg. Investment case.
- It needs to be compelling not only to our privacy community, but to our tech team
- It needs to be something that makes great strikes for their products
- The fact that it is a privacy strike doesn't really matter
- It needs to get to the top of their priority list, not because they have a privacy problem, but because it is so good
- Or it needs to be very compelling to our leadership
- This isn't a reassure or incognito, this needs to be seriously be exciting for people to get behind

What would make something like that awesome?

- Just riffing: One thing that got a certain class of people excited was the under the hood awesome technology, very sophisticated
- That speaks to a certain group of people in the Google tech community
- The problem is that part of it that makes it exciting is that it is not clear if it is the right direction
- Product teams were excited about the magical pixy dust of AI that I can sprinkle on my product
- Maybe there is something like that for frontend
- Maybe it is similar to our redesign of the front ends that we did
- There are many teams that see it as drudgery
- Competitiveness always motivates people
- How do you out Apple Apple, that could be a good motivator and driver
- It gets back to the mental model
- The challenge like with incognito is that it is just a tool in the existing mental model
- What would be motivating would be if we say this is how we want users to think of us
- This will make us all feel better of working here
- It is not privacy for privacy sake
- Not privacy for regulators
- Not giving another control to users
- It is about changing mental models and how the company works internally and externally

What would be a good heuristic

- I haven't figured it out, one that is compatible with our model
- Brand: Trust us we are a brand that you can trust
- Google as a safe place for you data
- I don't know what that does to our ecosystem and our display ads business

- How do you want to power this system and keep users safe
- Help us to confidently say that we can make money without using people's data
- And KOFs confidently say that they believe us
- For the Google as a fortress model you need to have to have a display ads
- We have to fix the ecosystem and then you can see how you play in it

What is Google's business model?

- We have multiple business models
- Our core BM is search advertising, primarily contextual ads.
- By size contextual search advertising
- The key thing is that contextual search advertising is only enabled by sitting on top of a search offering, and that becomes more valuable in linkage with our other products
- Our consumer business model is and will always remain that we make great products and get people to use them and make money with them appropriately
- Search depends on a healthy web ecosystem, and the way the web is financed is display advertisement
- Leaving the display advertisement in an unhealthy state is not an option
- We wanted to have an open web ecosystem
- We don't have the same leverage on the ecosystem as Apple has to move the ecosystem

## ianalexander@ interview 2020-08-11

PN team: heftluthy@, kallebu@
Note taker: kallebu@

Note: Ian is a PM at YT

What is your role and responsibilities in respect to privacy at Google

- YT privacy lead
- Privacy related products
- Privacy related infrastructure
- Making sure that people's expectations are met when it comes to privacy
- Privacy products is at the forefront, but fits nicely with the infrastructure
- Privacy program is the last line of defence, launch reviews for products that are going out
- The three work together to build the privacy experience across YT

What does a great privacy experience across YT mean?

- Being transparent of how the products work and giving people control over how the products should work
- More and more we need to give people choice
- So we have discussions about giving people tools within the product to make choices how the product works for them

What are user threat models that you consider?

- Evergreen is watch history
- It is a very particular piece of data we have from the user
- How do we make sure that we use watch history in a way that users understand and provides value to them
- How do we make sure that we give people the right choices
- Watch history is crazy critical, and then search history

What is your approach to privacy regarding the different users?

- Viewers and creators
- Today there are two these very distinct personas
- Privacy principles are the same
- For creators there is the additional context of their channel and their content
- We treat that just as importantly as watch history
- General observation is that it is changing who is a watcher and who is a creator. With new short form video products the line between viewers and creators to blur. We will have a lot of people who are creating on a more casual basis
- This is a big departure from where we are today

What are the general privacy issues for people?

- I think for YT specifically there is an enormous challenge to balance the privacy for users on YT and the larger tech landscape and how creators monetize.
- How do we balance the larger privacy landscape with the business model
- People want stronger defaults and control reg. Their ads experience
- Apple's changes will have a lot of impact on the way creators make money
- That balancing will be more and more part of the conversation, and the topic is evolving very quickly. This is not a straightforward balancing act.

What are the main privacy challenges for Google?

- User sentiment of how personal information is used for ads. That is the biggest issue by far.

What do you think our opportunities are to become a market leader with respect to privacy?

- One of the things that will become more important in the next years is policy and regulation.
- I think we have been always catching up, and we have an opportunity to get ahead of it.

- Apple is doing things a year earlier than us even thinking about it.
- We should be leading in the industry, not follow Apple on their moves
- The policy and regulatory side of things has been light in the last years and will heat up in the coming years

What do you think the vision needs to accomplish to be successful? How

- I wish there was a more clear way to show people how these things work and what the impact on people's user experience is.
- When people delete their watch history the number one complaint by far is that we show people the same video again and again.
- This is something that we have struggled with in the past.
- If we can have a somewhat tangible conversation with users when you use those controls that would resolve this issue.

Will we still have bundled YT watch history

- More fine grained controls would work, but we might have a harder time to explain to users why and how they work.

## othar@ interview 2020-08-11

PN team: heftluthy@, kallebu@
Note taker: kallebu@

How would you describe your role and responsibilities with regards to privacy at Google?

- I am running the product team
- The PMs in PDPO
- I am new to this type of role
- I am by definition an engineer

How do you see managing the team in the context of Google.

- There are several things I try to do, help people on my team to succeed
- I have very little attachment to any particular idea
- I think that is why Google moves so slow, is because people are too attached to their ideas.
- Time spend working is in short supply — where I am in my career

- PN is a good use of time, because we should spend time on being more challenging to get people to move forward
- As we are getting more and more levels of hierarchy, it is not that good of an idea to have a different strategy at every level of the organization. We need to align on one and execute on it
- People at Google are passive aggressive to buy into any strategy

What do you see as the role of the PDPO product team with respect to privacy?

- There are a lot of teams in Google who are building products and make decisions on how to deliver privacy
- We own some products and some surfaces
- A lot of the action is in Google's key products, and we need to convince them of the needed change
- In most PAs privacy is not the primary attention, the best job to work on, it is an afterthought, a tax
- So many decision makers at Google are product managers or execs.
- Translating to our peers is super important, getting them to be more zealous

What do you see as the main privacy challenges users face today?

- There is a whole set of them.
- I think we want to think of it as one simple thing. Like peace of mind.
- Maybe it is a good encapsulation of the overall challenge, but peace of mind is a lot of things
  - People not worried about what we do with their data
  - People not worried about what we give to 3rd parties
- In other parts of the world there is literally physical safety and other concerns that I don't have
- I don't think we do a particularly good job at any of them
- We are not explaining it good to people so they don't have to worry
- They e.g. don't understand how we make money and how much money we make from each consumer

Why is it that why not knowing how Google makes money is a privacy concern?

- It is partially because it get conflated into the public debate about Google making too much money
- Being able to understand what is going on is part of peace of mind, because not understanding is basically assuming we are not having your best interest at mind
- When the normal congressman talks about privacy, they actually are talking about power and economical power, not really about privacy.

What do you see as the main privacy challenge that Google is facing today?

- Not in order
- We assume the user would trust us and we would get all the data in the account with one privacy policy.

- It turned out that this doesn't work and with GDPR it is not acceptable even
- At Google we still seem to believe in that fantasy that users agreed to this.
- We are bolting in onto the type of company that we have
- One example are all the controls we have that have horrible names and don't mean anything to anyone, not even within the company
- We are holding on to the past. It is due time that we question this
- We have infrastructure that doesn't do it right
- There is no infrastructure to automate it
- We don't have clear principles, we don't give teams clear advice
- We don't give people a recipe for solving their problem
- There is all this diversity how people design for privacy
- On the UX side we had this issue as well, something like material design is like the cook book with some recipes.
- We have some of this privacy, but it is not nearly evolved enough
- With privacynative we should have a more opinionated stands around how we should go about privacy
- I got zero tracktion on this complain
  - We told every team at Google to try to make money
  - Often the way for these teams to make money is to use data in some dubious way
  - If we would realize as stakeholders that the amount of money we make in products is so little it is not worth the risks
  - Is it really worth the amount of money to make people wonder what we do with their data
  - It is the incentives we have at Google

If Google is building on a foundation that isn't strong, what is the issue?

- We are continuously surprised at Google that the rules of the game are changing around us.
- We didn't spend the last five or seven years changing our approach to unauth. It is pathetic
- We are not realizing that the rules of the game are changing always
- If we are caught flat footed we have an issue
- The way we do engineering at Google is by assuming that we control everything and that nothing will change
- We do zero effort to deal with unpredictability
- Footprints itself is a good example of a system that is easier to change
- We didn't take regulation seriously

Why do you think Google has developed in a fragmented way?

- We want to encourage innovation and give people a lot of freedom
- Maybe we go a bit too far in terms of freedom
- We could easily force alignment
- But we really value autonomy
- There are a few presidents at Google, which is a sign that we want people to be autonomous
- But in privacy it is kind of hard to let people do what they want to do

- The harm is that people think they can do whatever they want, but this doesn't work well for a regulated problem, it works well for product development
- We are pretty grumpy about it and in denial about it (regulation)
- If you want to work in a bank you have to get a license to work in a bank, and if you screw up you lose your license
- But we really resist the idea that anyone can tell us what to do
- The meta requirement for engineers is that things are changing
- Rahul: He is trying to push back against legal to not be too conservative
- I am sure that this is happening across the company — lawyers telling us that something is unwise to do, and then we ask how unwise is it?

What do you think the vision needs to accomplish to be successful?

- It needs to inspire people in the PDPO and across the company
- It has to be through the needle of an interesting challenge we can rise to, something that does something good to the user, something that the user can actually do
- Something real life that they are doing and tangible
- Rather a few key examples in a few key products
- They should be ambitious, it should not be obvious
- To recruit good people into your team you need to have interesting things to offer
- The examples you have need to be ambitious so you get the people who want to work on ambitious projects

Do you have advice or things we need to consider to make sure we are building something that has alignment across the company? Tactical or the things the output needs to have.

- Having allies across the company who care about this issue is important
- You need to bring them along and make them part of the process
- Specially PMs and UX, because those groups are smaller than Eng
- Involve your allies into the process and make them co-authors of the plan
- It has to be a bit controversial, and you need to take the stand on it
- We need to come up with concrete examples of how PrivacyNative will be realized
- We need to give people tangible examples to make them react to it
- There needs to be some change that they need to ponder and resist, otherwise it will not have any impact on their thinking
- Assistant comes to mind which is complicated in many ways, maybe we should take a stance that assistant is not just another product, but a way that people choose to engage with Google. Maybe it is more of a layer vs. a product
- Another controversial thing
  - If it could cut our privacy statements in half, if we get out of some businesses
- Favorite example from PAC
  - Car insurance ads based on location
  - It is not worth the cost the risk from a privacy
- Stop doing a few things

Success for this project

- If you can inspire the PDPO to some vision to work towards
- Use it as a recruiting tool, people want to join PDPO to join PrivacyNative TM
- We should be more like Berni Sanders, less like Joe Biden

## shammond@ first sync 2020-08-06

PN team: heftluthy@, kallebu@
Note taker: kallebu@

Sam: What would you describe your role with respect to privacy at Google?

- I am responsible for the privacy user experience design at Google
- Of course us being a slime mold I am not in control of all of it, but I am ultimately responsible for the quality of the experience
- Conceptually users don't think about our products as silos, but as a holistic experience
- Many users use more than one product
- We need to establish consistency when it comes to the privacy experience because of people using multiple products
- But also from a regulator perspective
- There is a bar from privacy truths that we have to meet e.g. contextualizing privacy depending on the product (functionality)

Sam: Other than regulatory pressure, why does it matter that Google's privacy experience is consistent.

- We know privacy is a core user need
- Privacy is a key driver of user trust
- We need to have more research to understand how it influences retention
- There is a line between privacy and business success
- It is important from an ethical POV to have a good experience from a privacy perspective
- We know that some users have significant security and privacy challenges
- We have to do right by our users when it comes to privacy
- I can't pin it on the morality

Sam: Does it matter that it happens in the same way across produces, or is it OK to happen in different ways?

- Consistency is important, because privacy is extremely hard to understand

GOOG-RDGZ-00188918

- We need to simplify
- We need to simplify it for the industry
- It pissed me off that Apple came out with the nutrients thing and not us
- The banks came up with a privacy survey and that is now a standard in the banking world

Sam: What do you see as the main privacy challenges for users today?

- Privacy is a very complex topic, and user's mental models have not evolved as fast as technology has, there are so many new inputs of data that didn't exist before.
- For everybody it is the explosion of complexity
- We live our lives in more digital ways than ever before

Sam: What is the main privacy challenge that Google is facing today?

- Lack of trust
- Users don't know what is happening under the hood — users can't verify, this makes it a particularly difficult challenge
- This makes user understanding and confidence very difficult
- Also because of our business model which is not clear to the user and they just expect their data to be shared and sold
- We know fear is lack of control and data being shared with 3rd parties

Sam: How would you describe Google business model?

- Interesting. My gut reaction, and when talking to people, they would say that Google is selling ads.
- It is great that we are diversifying
- You could say technology company, it is hard to say, because we are in so many different industries
- I don't have a good answer, I need to think about it

Sam: What do you think are the largest opportunities and threats in the next five years?

- Almost everything will be both an opportunity and a threat.
- I expect people's lives to merge digital and physical more, which can make people's lives more efficient, but also privacy will become more important
- KC has created some concepts for shared devices and how the interaction will look like
- There are a lot of things that could be better, smart shared devices are part of that, but also ambient computing, there is a lot of positive in them but also a lot of areas in which we have to figure out how that works for users
- I worry a lot about bad actors, they become better and better everyday, hackers, government, our own government, the more data streams you have, the more vectors you have for abuse
- Biometric becomes a thing, again tons of positive and opportunities for abuse
- Antitrust is something that will have a big impact for us in the next years

Sam: What does the vision need to accomplish to be successful?

- We need to work from the privacy principles work
- We need to define the experience principles
- Some sort of visualization of what the future will be
- It doesn't need to be pixel perfect, but it needs to help people to envision
- We need an articulation of what should happen over the next five years — a roadmap
- We have to have a confidence that we can do the change
- What is our change narrative?

**Highlights**

- Why it matters centrally
- Not necessarily new information, but maybe new quotes regarding PDPO perspective
- **Business model: Ads vs. personalized ads**
- Sarah thinks that users already understand the systemic value of Google as an ecosystem

## brodgz@ first sync 2020-08-05

PN team: mimosal@, heftluthy@, kallebu@
Note taker: mimosal@

What is your role and responsibilities in respect to Google

- UX lead manager of the ads privacy experience. The vision of that role is to strengthen the vision, find opportunities to desentize when users find moments they didn't like, provide T&C, and make a branded experience

What is an ads privacy and safety product?

- When a user is experiencing an ad online that they don't care for, to ensure we give them tools to share their feelings. Another is to be transparent with our users that our business model is through ads, and that we believe personalization can be helpful and we create consent so that you can more clearly understand opt in and opt out within the google experience.  Also we partner with search so that users have better context in what they are seeing and protect them from bad actors.  Also a big effort to make sure Google is aligned with the rest of the industry around personalization in a world where 3rd party cookies aren't there anymore. It is important to work closely with the rest of the industry.

How do you think about temporal moments in regards to your work? Is it typical in how you have experienced other areas of your work?

- It is specifically what we do. We are working on efforts to work on brand ads trust. Id if users are triggered and angry or just curious. What kind of human would they want someone to walk them through the experience. In a bad ad experience do they want a doctor, a lawyer, a congressperson to walk them through that moment. Creating a way to give users the right information to give users this information. Goal is to prioritize this over the next year.

What would you describe your role in respect to this project?

- I don't know what I can contribute to this yet, because it is still growing. I can champion the moments in context of ads experiences. I also can ask a lot of questions and learn a lot from the teams around these moments because the challenge of privacy is very nuanced everywhere. Finding out from other teams what they found to be beneficial for users at google.

What do you see as the main privacy challenges?

- They (users) don't understand what is going on, and nobody is talking to them about it. They are being talked at. How do you trust someone who talks at you but don't show you what is in their heart? They need to be equal stakeholders. They don't understand what is going on. How do you fight the perception of what advertising is? It changes so drastically across different spaces. It is nebulas. But because everyone is afraid to step forward, what a great opportunity to be the first one for us to step up and forward.

If users were able to have the same level of awareness as a Googler working on this, do you think that they would like it?

- It is funny because they don't understand it but they also don't want to understand it. They want to apply trust because that is an important part of the human experience. They want to be able to ask questions and get answers. Quote: you can't trust someone who doesn't trust you. There is an opportunity to create tools where users are not trusting us. Breonna - will share research on this.

As group that exists to make money, what are the main privacy challenges that google faces today?

- Making a narrative. We are afraid to own a narrative because these are billion dollar decisions. If we decided to make the right decision - we would do it. The challenge is to come out and say that we are going to do that. It is a bravery movement for us. Making the move to commitment to it. Also I don't think anyone else in the landscape will put out their neck that way. Apple did a great job of trying to snatch the privacy narrative up front. But there were reasons behind it that we all saw.

Looking into the next 5 years what are the main opportunities for Google to be a market leader in privacy?

- Narrative would be great. When we own the narrative we are freed up. If we can get on our front foot and own it, we don't have to be reactive. Set the narrative and create the right tools. Nailing our narrative will allow us to get on our front foot. Then we need to immediately start making tools like nobody ever has for our users. THen we have a stronger future. We should be a ride or die for our users.

What do you think in the next five years will be core threats to Google and privacy?

- Everyone has been in responsive mode. It is like putting a child on punishment. If you do this for too long when they get free they will wild out. The tighter the industry is held, the more moves they will make to make sure their business is sustainable. It's bad because community is what will make us all stronger. Google wants to make that community but it will be harder to do the more companies stop working together and work in isolation or reactively to regulatory pressure. And after that users might not trust us with anything.

What are product offerings or statements at company level that would make your role to deliver a better privacy experience?

- Google to highlight what their position is with their narrative. What do we want people to know, what do we want to say? If we can shift our focus and the priority the products that we would make would probably be drastically different. There is a difference between us saying - we do not sell your data vs ew nooo we do notttt do that. I need the permission to say that latter because it becomes personal for the user rather than corporate speak.

Articulation & Transformation - What do you think is needed for this to be successful

PX-006.0055 of 0074

- Being inclusive. It is so nuanced so having different perspectives is important. I do not have an equable view on how our users need privacy. One of the things that I noticed was that in a lot of the Black and Latina publications they don't talk about this. So when you look at this, where will these people be? Brad Parscale - trump's ex campaign manager - he talked about the Tulsa rally and called it a data haul. I then read the privacy policy. You can see where there are some moments of friendly voice, and then parts where he says data can be used any way they see fit. That led to trying to find out how Brad made money off the rallys (per a comment from trump) which led down a deep hole. But there are so many people that aren't aware of this. And now this is just in the US and I don't have a global view on this. We design how eng and legal tells us to, but to get on a front foot, we have the opportunity to shift this and gain more trust with users.

Part of our job is to find a story that makes sense. But of course that has to have affects across the company. How can we develop a vision that can be adopted a level that gives you room to make the decisions you mentioned?>

- Making sure research is equitable as possible. Having a shared perspective across google with a more global perspective across the company is important. TO know how our narrative impacts their narrative. Maybe a much more shared ux pattern for consent moments. And of course Narrative needed

Do you have thoughts on how Ads as an org operate that we might not be aware of as we are doing this work?

- Josh can give a better answer on this. But one of the things that is painful. Perf is such a problem, because people focus on this project or that project, and focus on what is going to get them the better perf because all the "All" energy gets sucked out and it becomes the "me" or "I" energy. The more stakeholders you bring in the hard it becomes to concretely establish a view.

[Kalle] Narrative - If we could tell people what we are doing that would be great (so that they would like it) but on the other side maybe we shouldn't tell them exactly we are doing?

- Right what business tells you everything they are doing. But think about postits - they don't tell me everything but they say I'm in the business of making post its and it is clear. Google has yet to do that. We don't say we are an ads business. We don't have to throw open the kitchen sync and say look at all the things under it, but we can say this is what we do and we make things with that and then own that.

GOOG-RDGZ-00188923

Do you think this is a new narrative? Or do you think it is invoking the old narrative? Sundar talked about it in the hearing (we want to do the best for the user).

- Every brand has to remind people in the language of the culture of the moment. That is how you make yourself available to users and build trust. That is how you create inroads. The idea that we care about the users is such a vanilla statement. It doesn't give an answer to anything they are concerned about. Vs yes we power all our free tools with the money from ads and we want to do that together with you.
- Right now ads are core to what we do, but only right now. And it isn't the intention of our business. We power this mission by ads. It doesn't mean that has to be how we do it in the future. When people are asking if we should or should have this and measure impact to the business - there are other options for how to pivot and move forward. But we are actively looking for other ways of moving forward.
- Do they don't hinder us from telling the right narrative. We just are still new at this and it has to be with and.

## micahlaaker@ Stakeholder interview 2020-08-05

PN team: heftluthy@, kallebu@
Note taker: heftluthy@

- Kalle: What is your role and responsibility wrt privacy at Google

  - My responsibility as a shareholder and employee is making sure that the company I work at acts resp. For the users it serves
  - What's my official role? Legacy vestige on it
  - Over time I don't think I will have a role, right now it's tapping into past knowledge, time to push on pieces I care on or discover
  - Unless someone explicitly invites me to the group!

- Kalle: what could your role in this project, what would you like it to be

  - At best it would be influence - on particular areas
  - My passion for all the stuff we do is moving from philosophy/compliance to things users see and help them understand a system

- o My push will probably be on that and random things that come to mind

- Kalle: What are main challenges for Google?

  - o Users don't know what google is. That's #1 that could take years in solving
  - o If you have an understanding of Google, the biggest threats to privacy are us inflicting our own wounds
  - o Getting the company better connected to user sentiment
  - o We still have so much of our product philosophy around the opportunism and idealism of the valley not connected to user needs
  - o As we keep doing opportunities that don't feel practical to users, it will feel as if there is some secret effort behind the scenes to grab data
  - o If there's no way to scale solutions, s.t. Users see it as a drumbeat in product, you won't cover enough people to make it real. If it doesn't scale it's not going to be real to more than 10-20% of 28DAU

- Kalle: What is holding us back from having central solutions

  - o Company has grown away from being a central, cannot know what it is as a collective organism
  - o It's that fungal forest in Oregon, it's technically one living creature but people don't know that because they only see one tree here and there

- Kalle: What privacy challenges are users facing today?

  - o Technology has outgrown humans' comprehension for being able to understand it
  - o There's no chance we're going to get users to understand how the system is working
  - o Getting people to understand it and be comfortable with it, when they can't understand iframes
  - o Probably your biggest threat as we try to do more and more as the gap increases
  - o Folklore and other models will come into mind as we try to explain what happens
  - o Biggest challenge is that things are happening and they don't know why
  - o I don't see any serious efforts to help bring people along
  - o We haven't done a good job for Googlers
  - o When we were designing the challenge engine for Authentication
  - o We can't map out what the cases are
  - o Well here's the inputs, the system will be able to map out the cases
  - o I can't even get a group of people with CS degrees to be able to explain to each other, I don't know how I can explain to my brother-in-law

- Kalle: Looking at the next five years to come, what are the opportunities for us given these challenges to become a leader wrt privacy

  - o Will have nothing to do with privacy - you have to make products that solve peoples' problems.
  - o People will deal with all sorts of privacy issues - there will be all sorts of privacy/security focused companies

- o But you need to focus on making products that people care about
- o First and foremost will be - does the underlying thing more amazingly solve the problem
- o People are still giving up their info for a 50c coupon!
- o It's something we positively have to do, but it's not going to be The sexy feature
- o I don't think that's the view - it's around HOW these things connect in product solving actual user needs

- Kalle: We are in an industry where privacy is being talked about as a differentiator. That potentially as a threat to Google. Do you see that as a threat and if so, what are the threats you see coming to us in the next years that we need to be prepared for?

  - o I think the fact that we can't explain what we have on you to users is probably our biggest challenge there
  - o I'm not convinced that transparency and control is the key to success
  - o I've seen it used so bluntly and so uninteresting
  - o If I can't show you what I have -
  - o I don't have the faintest idea of what Google has on me
  - o MyActivity is a couple XML logs
  - o If I do Takeout that's a bunch of JSON files
  - o If you're recording Barometric pressure and other data with LH - I can't see it!
  - o If I can't see it I don't know what I should be worried about
  - o It makes Maven and Health work particularly scary
  - o Not being able to have agency over what you do with my data
  - o Reservations and purchases thing is the types of stuff we do wrong
  - o Just set a reminder to do a search in Gmail and delete it!! Doesn't feel like respect, doesn't feel like I actually own my data
  - o JD Power and associates etc help me make an informed decision
  - o If 3 panels of experts say my car is safer than yours I know it will keep me safe
  - o We don't have that online - keep saying "trust us we'll keep you safe!
  - o People don't self-police well

- What are the opportunities for us to actually step up, here

  - o It's more that there are expert audits
  - o I don't think this is THE solution, but for example, if we had things like Reassure in spirit
  - o If you could show when data is being used. If you had a place to find not just in three apps
  - o The story has to hold up in a bar when you're kind of tanked talking about it
  - o If you could see your controls holding up there you could say "oh it's kind of true"
  - o I can't say that about Privacy for any of our apps
  - o I can't say that you can get to the controls that matter for the apps you use
  - o I can't say that between two things like Android and Chrome
  - o The bar thing is about taking someone's ability to talk technically - that's the slurred speech
  - o That's the ridiculous set of low-hanging fruit
  - o It's not done one at a time, it's done holistically
  - o I like the idea of Reassure where if it was nothing but Location Data

- If we could say every time Google uses location data we're gonna tell you, great
- I think location is one of the most terrifying ones for users. Gets to the physical threat more than anything
- Tracking everywhere I go and serving that to agencies
- Health will start getting into that territory as well
- Might beg the question whether that data gets out
- Personal safety, health, bankruptcy
- We're focused more on that attention log - what you're watching in search, what you're watching in YouTube
- The threat of location is more visceral.
- I don't know how I will be hurt but it just is annoying. Find the things that are deeply scary and double down on those

- Kalle: Is that an input or an output issue - us collecting data or what we do with

   - Most of us end up with LH because you wanted a feature that works. I didn't want to type in my address on the Best Buy locator or whatever
   - In the process of Best Buy getting my location, then Google gets my location
   - I'm only thinking of the thing I'm looking at, I'm not thinking of the hydra underneath

- Kalle: What do you think - one of the main deliverables is a vision painted illustrated for how that future user experience looks like. What will be important for that vision to be successful within Google?

   - I think there's probably 2 or 3 different things
   - You have to have an assistant and ambient story that is going to connect to hardware inhome
   - It's not going to look like things that are going to come out of normal PDPO UXers
   - It's voice and shared-screen devices
   - I would add hardware into it - kills me that Apple beat us to the punch for having a light on - Pixel phones and Home Hubs will show you when the video/mic is on
   - It needs to be deep into hardware and those shared devices with other people around
   - Most of the company isn't going to care about that
   - 90% of the company would say "that's magical stuff that happens in another PA anyway
   - That's where I feel the question about what can you do to scale that comes in
   - The other thing that would probably make it feel realer would be if you actually described how product teams will actively be involved in
   - What's the path where those people are in the room with you
   - People are there presenting it with you and THEY see that they are into this
   - When we're representing that teams are excited
   - I really want to hear them speak
   - I can tell you the history from shared operators within User
   - I haven't seen a lot of real collaborative design development
   - I see sprints which are focused on a sprint / feature thing
   - I see very high-minded sharing sessions

- o I don't feel like I've seen collaborative development in the way that you're going to want to lead
- o The thing I would challenge you as someone coming from the outside - the system would charge to to solve this through how Google usually solves this
- o It would be useful to see how we can solve this in a way that gets people to get their hands dirty
- o Last thing to add on - at all points you're going to have to give people the multiple time horizons. They're working on multiple phases
- o When you do that collaborative session on what's that in-product thing in privacy they need to see the six-month view AND the two-year view
- o It's so easy to feel like the only thing that matters is THIS thing, but privacy won't be won with one feature or release
- o No one thing we do will convince consumers "oh, Google gets it." You need to remind people that they are but one piece in this long orchestration
- o Help people see how it connects.

- Micah - one more thing

  - o The other thing for how we operate and how you have success
  - o There's often pressure to solve for user needs
  - o It misses the reality of how things get done and the pressure of some of how these companies operate
  - o There's multiple horizons!
  - o There's also business need pressures and influencer pressures that have to be talked about separately from user needs and talked about like we're all solving that
  - o Just because we are all solving user needs doesn't make some of the external regulation pressures go away
  - o In other words the products to solve for taking the pressure off compliance, we don't solve that by just solving for users
  - o Similarly, one of the things I tried to have happen on MEGA - help them see the business opportunity behind this. That's a very different thing than the "respect the user" thing. It's basically "respect the team"
  - o Team ownership and other things come into play and if you ignore it, that stuff is going to derail
  - o If you don't think through what those business pressures are and what the benefit of the scale thing is
  - o When you saw Sundar list 2019 rollup for MEGA as Scale. A simpler way for the company to deal with the rollout
  - o Everything we do will be wrong and will at least be wrong in two years. Build the business better two years than it is today
  - o That's a very real need, but when you talk to folks who are working on product everyone is so focused on "we did research" - if we're talking about something small but the whole company gets the ability to do something at scale

- Kalle - us sitting in Core by definition we need to be able to enable Google to be more efficient

- - If people don't hear it and see it as a holistic effort, people might go back and say "they're wrong about this one thing" and be able to dismiss it
  - The more of these things that we do that help improve the system s.t. Next PrivacyNative/MEGA has a better chance of succeeding and a better path to solving

- Kalle - are we still aligned on the "why"

  - Is it a moment potentially to question Why we are existing in this world in order to argue for
  - ability to learn, haven't found an ability to let users do that at scale
  - That in my mind is the excitement around all of that
  - When you see the things that otherwise have no access
  - That in my mind is amazing, a pretty clear view in my mind
  - For me, that's the motivation
  - Has it evolved and changed? That seems core to what we do. It would be great if we could get rid of all the murk.
  - It's why we've had success with education
  - There's bits and pieces around it
  - I will deal with the shittiness of the web if it means everyone has access to the web

## rahulrc@ Stakeholder interview 2020-08-05

PN team: mimosal@, heftluthy@, kallebu@
Note taker: kallebu@ (additional and better notes from mimosal)

- Rahul is going to share a PDF from the economist with us

  - Google is hitting middle age, Google has to change

- What is your role in respect to privacy at Google

  - I think I see my role primarily at aligning the company behind a long term plan and strategy for privacy
  - I see that we are very fragmented, everyone is doing their own thing
  - Sundar has tried to align people
  - @Sundar you are randomizing people. Sundar: I know that, but how can I do that?
  - Rahul: This is what I try to do, to align the company.

- Sam: What does alignment mean at Google?

  - Rahul: We need to be very crisp about the problem that we need to solve
  - The problem statement has been defined in very different ways, from existential crises to opt in rates.
  - Don't focus on not screwing up
  - Sundar wants to transform the company and get ahead of things

- o This is a Google speciality: We don't know how to do tradeoffs, we need to be OK with the cost of the solution
- o I was this with data retention, everyone thought the sky would fall down, but nothing happened
- o Magic eye freaked out
- o Lorraine: This was never our data in the first place
- o We have a very strong anchoring biased

- Sam: What is your role in regards to the program?

  - o It is up to you guys to define
  - o I think we are missing a long term strategy
  - o I can help to make this happen

- Sam: What do you see as the main privacy challenges that users have today?

  - o Lack of understanding to what is happening with all the data that is collected about you
  - o Users don't understand how all the data is put together to provide new value
  - o Location history is a good example, what we can do with location data is not obvious when people consent to us using location data
  - o There was a bargain with tech companies, you give us great technology and we will get ads — this was a pre-mobile contract
  - o The contract didn't withstand the time, but we never went back to revisit the contract
  - o People care about a fair deal, economic behavior
  - o People don't act in a complete rational way with data either
  - o People don't feel like they are getting a fair deal for their data
  - o If people were the deciders, they wouldn't take the deal, but they are not the deciders

- Sam: What do you see as the main challenges that Google has?

  - o I come to believe that privacy is an overused term
  - o Mental model: Ultimately our job is to become good steward of user data
  - o What does that mean? To be a good steward of user data?
  - o We don't know what we don't know. How data is used
  - o There are aspects to this that we have to build into our systems to make this real
  - o We have gaps in how our system works and what we promise to people
  - o We are not taking our responsibility as a steward of user data seriously
  - o That is step one, to be good stewards of user data
  - o Once we have that then we can

- Sam: Why is it a problem that we are not good stewards?

  - o If we don't do this how do get people to trust us with their data
  - o If you take a purely business lens on this, what does it actually mean for Google?
  - o The costs are always clear the benefits to the user are always nebulous
  - o We have to go back to our core value

- We have to go back to the basics
- This is what microsoft did according to the economist
- If we don't fix this we will have an issue long term
- People are not convinced of the risk, there is no there there
- CBS tried to exit their tobacco sales business, based on values
  - There was measurable benefits
  - CBS' stock tanked
- We need to really understand the risks and how to measure the benefits
- Facebook and libra is a good example of how trust plays out negatively

- Sam: How would you tell the microsoft story?

  - Chrome hollowed out the microsoft value prop and the core business line
  - They were not a very nimble competitor
  - They recognized that their core strength is to enable business productively
  - They took a user perspective world to help enterprises to run efficiently, regardless of if they use windows or not
  - Find the places where you can add value
  - Google is always looking around and thinks that we have to do everything
  - Shopping is a good case study — what are we doing in shopping?
  - Chrome OS was also one of those
  - We are spreading ourselves very thin
  - What are the things we just have to nail

- Sam: Looking into the next 5 years, what are the opportunities?

  - We ourselves have to internalize that we need to be a good steward of users data
  - Users should never be surprised, there is no fineprint, there is no bad moment later on
  - There will be privacy regulation on a federal level
  - We will be regulated on one or more dimensions
  - The legal team is painting a very dire picture
  - I would like the legal team to help us to change vs. hold us back
  - I expect us to exit our 3rd party ads business, I don't see a path forward there
  - I don't know what will happen with hardware, but there might be something there

- Sam: What are main weaknesses

  - Make the necessary investments to get data governance to a good place
  - Our relationship with other PAs is too tactical, we are tax collectors
  - PDPO needs to step up and become partners for the PAs
  - We are fundamentally constraints with our ads business, and specially our 3rd party ads. Other people have tried, but didn't succeed, I will talk to Sundar about it.
  - Google's business will not be the same in five years.
  - The assistant will be way more prevalent
  - There will be more devices in the home
  - Usage will be different

- These can't be separate discussions, I want these to be one story and how privacy is an enabler for future discussions

- Sam: What is the relationship between the assistant and the Google Account as a construct. Gaia, brand and assistant.

  - First: There is no question that gaia is too rigor to handle the assistant, we have been trying to fix gaia but it serve the assistant well
  - Figuring out the household use case is an unsolved problem
  - When you look at a shared device in the home, how do you interact with it and what is the mode by which a guest can play a song
  - We don't yet have the right constructs in place
  - The reason why I am so interested in the assistant is because it points you to a lot of complex use cases with multi user environments
  - Second: it is very unclear what the assistant is, is it a product or access point to all Google services/Google
  - Depending on the positioning you will approach it very differently and provide very different use cases and capabilities

- Sam: What do you think a vision needs here to be considered successful?

  - There are a lot of inputs into this process, user research input,
  - Pattern: communicate value better
  - Pattern: Security and privacy are tied together
  - Another input is the regulatory landscape more long term
  - I have asked policy and legal to give us that longer term roadmap on these topics
  - User insights + legal and policy outlook + principles how we behave = strategy
  - We need to ground this in user insights and regulatory risks
  - If you explain that story tightly that goes a long way
  - 3rd party display business:
    - Regulations will take care of 3rd party ads business

- Sam: How do you personally define success for this project?

  - A very clearly articulated vision/strategy for privacy that everyone at Google understands. We don't have to execute on everything, but we need everyone at Google to understand how we think about privacy.


## brodgz@ first sync 2020-08-03

PN team: mimosal@, heftluthy@, kallebu@
Note taker: mimosal@
- Breonna: when you say privacy native do you mean a single product that is across all google products?
  - We look at it as an industry leading privacy experience as Google - but it can't just be

PX-006.0065 of 0074

- Breonna: we had approached Savannah school of design - what would you do if you had a chance to redesign an ads - they focused specifically on privacy. Breonna will share with us.
  - Project Ringo - concerns around the word "tracking" - how do we better explain this better and lean into this term.
  - What are the different marketing and PR dots that we can lean into to help better understand and tie in trust into these messages in a better way
  - We want to hear consumers and regulators going to others saying google is doing it right, do it like this. Thinking not just now but also 20 years in the future.
- Sam: when you say Trustworthy advertising: consumers feel this is an oxymoron. When you say trustworthy advertising, what is associated with it, and how does it not feel like an oxymoron?
  - Breonna: In research we find it challenging when users say they don't want ads but they find them helpful. The thing is that we are trying to find what is the right question to ask- what is useful about these ads that you are seeing?
  - There is a spectrum in which you can be trustworth. But it is extracting those points and moments from the user to understand when those moments are and why they are considered trustworthy
- Breonna: some things that are being explored are "not now" button but consumers are still confused about no tracking does not equal no ads.
- Kalle: Can we find some big levers to deliver a privacy native experience across good, which then will have specific flavors of that as it is implemented into each area.
- AI: mimosal - Add Breonna to stakeholder list
- Keep the 45 mins on Wednesday to continue discussion and go through some of the docs Breonna has discussed today

## katecharlet@ first sync 2020-07-20

PN team: mimosal@, heftluthy@, kallebu@
Note taker: mimosal@
- [mimosa] QQ: do you want to set up the meeting with your team or do you want me to find some time?
- Kate: Part of the value that kates team can offer it is to look at the thematic trends that are coming from privacy and regulation that the company should be preparing for
  - Types of areas to think about: children privacy, data portability, data value, data ownership, digital soverntiey, government surveillance, etc.
- 2 things we want to do
  - Shape the view and program
  - Concrete next steps from Policy
- Our goal is to look at the topics and themes and understand how they relate to each other
  - Example children's privacy: most products don't design thinking about children because we design for how an adult would interact with it as the primary user. The thought is how do we make it a secure without considering how we balance that against negative interactions (like child abuse)
- To have a structure for how these implications and aspects affect a product would be ideal.

- Users know what to expect when they start using the products in terms of data stewardship and collection is critical for the company
- We have enough to get our heads around on all of these trends, but
- How do we develop a tool that scales advices across the company based on regulatory advice
- Sam: we want to incorporate a meta analysis as well - privacy as a social problem that google can do something about. Privacy Policy work that can be done in terms of Google at scale being a challenge and issue.
- Kalle: We would like to have your insight to inform the vision as we start crafting it.  You mentioned internal tools - so we want to think about how that would affect the user journey in a positive way. We would love to have a longer conversation about this.
    - We would love to understand from your perspective what the SWOT is for policy
- Kate: We have been talking about this with Annie and Rahul a lot. Right now the team is building a presentation for Rahul. This would be a good starting point later in August for this.
    - Next step: Kate's team to share any work in progress before the end of august if possible, otherwise, share final :)
- Kalle: we are just right now looking for a list of topics, if you also have thoughts on this
- Kate: There was a memo for the PPN group - will share this now
- AI: mimosal - Aug 17th - 1 hour, ali, sarah, and kate
    - Please pick a few and call them out to the team
    - Children's privacy
    - Data sharing (portability, interoperability, forced data sharing)
    - Data value and data ownership
    - Biometrics
    - Data localization
    - Government surveillance
    - Digital sovereignty
    - Sensitive data categories, data classification
    - Surveillance capitalism.
    - Enforcement

troys@ first sync 2020-07-20

# Redacted - Privilege

**Comment [9]:** @heftluthy@google.com @kallebu@google.com lets flag which ones we want to hear more about

**Comment [10]:** I think I would pick:
• Children's privacy
• Data sharing
• Data value and data ownership (we need to have a position on this)
• Digital sovereignty

@ohelyse@google.com What is your perspective, which topics do you think are most interesting to take forward with policy?

**Comment [11]:** I'd be interested in "sensitive data categories, data classification" in service of our general awareness as we're thinking about Google's broad offering and ecosystem (e.g. particular considerations because we don't just own Calendar, but also FitBit) I imagine that would also cover the biometrics topic, and maybe relate to children's privacy? Not sure how much _data ownership_ & _digital sovereignty_ differ, or whether they could be combined...

**Comment [12]:** Thanks

# Redacted - Privilege

## Running/synthesized highlights (please contribute)

This is an ever growing collection of highlights across all conversations we have as part of PrivacyNative. Some of those conversations happened more structured, others happened more ad hoc or via email/chat.

## Privacy Experience vs. Privacy

**kallebu@ from manya@ (email)**
"There's a difference here between foundational research around human nature and privacy ("truths") and foundational research around how this plays out / impacts Google ("symptoms" of these truths -- e.g., Account value). And, separately, there's research around how to generally move the bar on privacy ("levers" --e.g., in behavioral economics) and how to move the bar for Google (Google-specific "levers").

I think there's a lot of value in using Google research to synthesize the "symptoms" and Google-specific levers. But, we have to look beyond Google to effectively understand what's known about the "truths" and general levers. To inform this -- we made some progress on the "truths" (truths deck/tensions), but there's less compiled on foundational levers (outside of the work Jenn is spinning up)."

## Value prop understanding

**kallebu@ from brodgz@ (interview)**
Users don't understand how it works, but also they don't want to know. They want to trust the system because that is fundamental to a human experience.

**kallebu@ from micahlaaker@ (interview)**
User's don't know what Google is. Biggest challenge is that things are happening and they don't know why.

**kallebu@ from rahulrc@ (interview)**
Users don't understand how all the data is put together to provide new value. Location history is a good example, what we can do with location data is not obvious when people consent to us using location data.

**kallebu@ from rahulrc@ (interview)**
There was a bargain with tech companies, you give us great technology and we will get ads — this was a pre-mobile contract. The contract didn't withstand the time, but we never went back to revisit the contract. People don't feel like they are getting a fair deal for their data.

**kallebu@ from shammond@ (interview)**
**Conflict:** conceptually users don't think about our products as silos, but as a holistic experience. Specially all those users who are using multiple products.

## Systemic/industry solution

**kallebu@ from brodgz@ (interview)**

It is important to work with the rest of the (ads) industry. The tighter the industry is held, the more moves they will make to make sure their business is sustainable.

**kallebu@ from micahlaaker@ (interview)**
We don't have that (trusted experts reviewing products and systems) online - keep saying "trust us we'll keep you safe! People don't self-police well.

## User centricity

**kallebu@ from brodgz@ (interview)**
"Users need to be equal stakeholders." "We should be a ride or die for our users. "

**kallebu@ from micahlaaker@ (interview)**
We need to get the company better connected to user sentiment. We still have so much of our product philosophy around the opportunism and idealism of the valley not connected to user needs.

## Owning the Narrative/Positioning

**kallebu@ from brodgz@ (interview)**
Google needs to commit to a narrative, own it and create tools based on it. The way we take position is important. Not just say we don't sell user data, really distancing us from it is important. The narrative should drive the product roadmap.

## Vision success requirements

**kallebu@ from micahlaaker@ (interview)**
If there's no way to scale solutions, s.t. Users see it as a drumbeat in product, you won't cover enough people to make it real. Make the solution scalable, make it work really well for other PAs (drive efficiency and effectiveness).

**kallebu@ from micahlaaker@ (interview)**
You have to have an assistant and ambient story that is going to connect to hardware in home. It's not going to look like things that are going to come out of normal PDPO UXers. It's voice and shared-screen devices. But most of the company isn't going to care about that
90% of the company would say "that's magical stuff that happens in another PA anyway. That's where I feel the question about what can you do to scale that comes in.

**kallebu@ from micahlaaker@ (interview)**
Last thing to add on - at all points you're going to have to give people the multiple time horizons. They're working on multiple phases. When you do that collaborative session on what's that in-product thing in privacy they need to see the six-month view AND the two-year view. It's so easy to feel like the only thing that matters is THIS thing, but privacy won't be won with one feature or release.

**kallebu@ from shammond@ (interview)**
We can't pin this on morality, the goal needs to be to influence trust and retention. We need to meet the line between privacy and business success.

## Privacy is not the focus

**kallebu@ from micahlaaker@ (interview)**
Success will have nothing to do with privacy — you have to make products that solve peoples' problems.

## Internal challenges

**kallebu@ from micahlaaker@ (interview)**
I think the fact that we can't explain what we have on you to users is probably our biggest challenge there.

## Issues with the current approach

**kallebu@ from micahlaaker@ (interview)**
I'm not convinced that transparency and control is the key to success. I've seen it used so bluntly and so uninteresting.

**kallebu@ from micahlaaker@ (interview)**
I am not able to have agency over what you do with my data.

**kallebu@ from micahlaaker@ (interview)**
No coherent and simple access to privacy controls across all apps, in chrome and Android.

## Most important privacy challenges

**kallebu@ from micahlaaker@ (interview)**

Personal safety, health, bankruptcy. We're focused more on that attention log - what you're watching in search, what you're watching in YouTube. The threat of location is more visceral.

**kallebu@ from shammond@ (interview)**
Lack of trust. Fear based on lack of control and data being shared with 3rd parties.

## Input vs. output issue

**kallebu@ from micahlaaker@ (interview)**
I'm only thinking of the thing I'm looking at, I'm not thinking of the hydra underneath

## Google's purpose (Why) / Project Scope

**kallebu@ from micahlaaker@ (interview)**
Our why is clear, to democratize information. Has it evolved and changed? That seems core to what we do. It would be great if we could get rid of all the murk.

**kallebu@ from rahulrc@ (interview)**
Google is hitting middle age, Google has to change.

**kallebu@ from shammond@ (interview)**
(asked about business model) My gut reaction, and when talking to people, they would say that Google is selling ads.

## Simplicity, consistency and scale

**kallebu@ from shammond@ (interview)**
Consistency is important, because privacy is extremely hard to understand. We need to simplify it and we need to simplify it for the industry. We need to define a standard and work on the industry adopting it.

**kallebu@ from micahlaaker@ (interview)**
We cannot only focus on the user needs, we also have to consider how the org works. We need to create solutions which are scalable and that product teams can easily adopt.

## Future challenges/opportunities

**kallebu@ from shammond@ (interview)**

CONFIDENTIAL

GOOG-RDGZ-00188939

Almost everything will be both an opportunity and a threat.

CONFIDENTIAL

GOOG-RDGZ-00188940

PRODBEG: GOOG-RDGZ-00188868
PRODEND: GOOG-RDGZ-00188940
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE:  Arne de Booij; Dave Monsees; Greg Fair; Sam Heft-Luthy; Steph-
      an Micklitz
DOCTYPE:
FILENAME: -Confidential- PrivacyNative Conversa_1CIsd9FbgQLf4J69a6BcIphiEXcwtWSa-
      cF-0XV4pkOlQ.docx;-Confidential- PrivacyNative Conversatio_1CIsd9-
      FbgQLf4J69a6BcIphiEXcwtWSacF-0XV4pkOlQ.docx;-Confidential- Privac-
      yNative Conversation_1CIsd9FbgQLf4J69a6BcIphiEXcwtWSacF-0XV4pkOlQ-
      .docx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: kallebu@google.com
DATECREATED:
DATELASTMOD:
DOCTITLE: [Confidential] PrivacyNative Conversations Notes (go/privacynative-con-
      versations)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD052
REDACTED: Y
MD5 HASH: 25D56741BB3E0B42B2CEA6C42D6EAC05

PRODBEG: GOOG-RDGZ-00188868
PRODEND: GOOG-RDGZ-00188940
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE:  Arne de Booij; Dave Monsees; Greg Fair; Sam Heft-Luthy; Steph-
    an Micklitz
ALLCUSTODIANS:  Arne de Booij; Dave Monsees; Greg Fair; Sam Heft-Luthy; Stephan
    Micklitz
DOCTYPE:
DOC TYPE:
FILENAME: -Confidential- PrivacyNative Conversa_1CIsd9FbgQLf4J69a6BcIphiEXcwtWSa-
    cF-0XV4pkOlQ.docx;-Confidential- PrivacyNative Conversatio_1CIsd9-
    FbgQLf4J69a6BcIphiEXcwtWSacF-0XV4pkOlQ.docx;-Confidential- Privac-
    yNative Conversation_1CIsd9FbgQLf4J69a6BcIphiEXcwtWSacF-0XV4pkOlQ-
    .docx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: kallebu@google.com
OWNER: kallebu@google.com
DATECREATED:
CREATEDTIME:
DateTimeCreated: 07/31/2020 7:19:00 AM
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 01/26/2021 4:05:00 PM
DOCTITLE: [Confidential] PrivacyNative Conversations Notes (go/privacynative-con-
    versations)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: Y
REDACTION TYPE:
PRODVOL: PROD052
FILEPATH:
MD5 HASH: 25D56741BB3E0B42B2CEA6C42D6EAC05

## N3 Research request - Express Echidna

**BugID:** b/156555406
**Author:** adebooij
**Updated:** June 8, 2020

### Background

Describe the background for your research request and the your high level goals with this research e.g. what decisions do you want to inform with the outcome of the research

The design hypothesis is that most users want to set up their accounts quickly and desire an express path for suggested data collection and personalization settings, while those users who prefer more control will select a more manual path to customize their experience.

We will also test text variants to assess the impact of specific UI text elements (CTAs and confirmation page).

- Express Echidna Primary - https://flow.googleplex.com/viewer/706260001/12
- Express Echidna Alt - https://flow.googleplex.com/viewer/692780001/12

**Key decisions**

1. ...
2. ...
3. ...

> **Commented [1]:** +suneeti@google.com
> +rbrt@google.com
> +dwarren@google.com
>
> do you have more details on what decisions you'd want to inform with the treader data?
>
> do you have specific research questions? especially if we'd want to compare two versions

### Hypothesis & Research Questions

Research can target one or more of the various research areas. Please pick the ones you want this research to focus on and fill out the rows for each question.

> **Commented [2]:** @bbzhang@google.com
> @samat@google.com FYI here is the list of research questions for Express Echidna - some of these probably also apply to Chipmunk and Chinchilla

**Engagement**

This research area focuses on understanding how people behave when they engage with a e.g. consent pattern.

Some of the research questions we aim to answer for this area are: What choices do they make? How long do they need to complete a page or flow? Do they skip/skim/read a page? How does the design of a page impact reading behavior?

| Pri # | Research Question | Goal | Hypothesis |
|---|---|---|---|

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-009**

| P0 | E1 | How many people pick express vs manual setup?<br><br>Do people select only one of the options of the page or do they switch their choice?<br><br>Is there a difference between the ALT and PRIMARY version? | Find out if the difference in CTA has any effect on how many people go for Express | Most people will pick express and the CTA has little effect on this |
|----|----|----|----|----|
| P0 | | [express] How many people go back to the express/manual choice page?<br>- And then choose manual<br>- And still pick express<br><br>Is there a difference between the ALT and PRIMARY version? | If many people go back to the choice page, the choice page might not have sufficient information on it<br><br>If many people switch to manual from express, express might not be a flow that provides enough control to users | A very small percentage will go back to the choice page.<br><br>A very small percentage will switch from express to manual<br><br>No difference between the Alt and Primary versions |
| P0 | | How much time do people spend on each of the screens in the express flow<br><br>- Choice page<br>- Confirmation page<br><br>Is there a difference between the ALT and PRIMARY version? | | Alt confirmation page is longer than the Primary confirmation page but both have a lot of text in them so there won't be a time difference between them<br><br>People that choose Express spend less time on the choice page than those that pick Manual |
| P0 | | [manual] What choices do people make in the manual setup flow?<br><br>- WAA<br>- GAP<br>- LH<br>- YTH<br>- Privacy reminder<br><br>Is there a difference between the ALT and PRIMARY version? | | No difference between the Alt and Primary versions<br><br>People that want more control and select the manual flow - this will cause more people to opt-out (>50%) of each the presented settings |
| P1 | | Do people try and look for more information?<br><br>[Express]<br><br>- How many engage with any of the (Learn more links) on the express confirmation page? | For those that want to learn more about a specific setting, we often offer learn more links but we've seen low engagement with these.<br><br>Maybe because nobody wants to learn more or because people don't know what to expect when they | Learn more has received very low engagement in past experiments and Treader. Don't expect more than 1-2% engagement overall.<br><br>There might be more engagement with links that are not called 'learn more' like on the primary confirmation page |

CONFIDENTIAL

GOOG-RDGZ-00043295.R

- Is there a difference between the ALT and PRIMARY version?

click the link (found in qual research).

[Manual]

- How many engage with 'learn more' on each of the pages (WAA, YTH, GAP, LH)?
- How does the engagement compare to those that pick the Express flow?
- Is there a difference between the ALT and PRIMARY version?

P1    How many people try to click 'next' without making a choice? Is there a difference between types of choice?

- Choice page
- Manual
  - YTH
  - LH
  - GAP
  - WAA

P0    How do the above research questions compare to the results of the Live Experiment?

To further investigate how well Treader can function as a compliment to Live Experiments

- Consent rates will be inflated but directional differences will match (e.g. between ALT and primary)
- Time on page(s) will be similar

P0    How do the above results compare to other N3 Auth AC consent patterns?

P2    Does 'tech level' have any effect on the above engagement metrics?

Engagement: motivation

In relation to their behavior, we might want to better understand why people exhibit the observed behaviors

| Pri | # | Research Question | Goal | Hypothesis |
|---|---|---|---|---|
| P1 | E1a | Why do participants make specific consent choices?<br><br>Is there a difference between the people that picked Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version? | (1) gauge their understanding of the consent and if they made their choice for correct reasons,<br>(2) find out which reasons are more important to users | 'Had to make a choice' and get fewer ads are two of the most picked reasons for any choice.<br><br>Those that picked manual more often pick reasons like 'generic ads' and minimize information sharing<br><br>There is no difference between ALT and primary versions |
| P0 | | How do the above results compare to other N3 Auth AC consent patterns? | | |

## Comprehension

This research area focuses on understanding if people comprehend the product experience they're presented with, do they comprehend the effect of the actions they take.

Some of the research questions we aim to answer for this area are: Do people understand the choice they're being asked to make? Do people understand why they have to make a choice? What are their expectations about the effect of their choice?

> **Commented [3]:** @sthamilton@google.com I tried listing all of the comprehension questions for Express Echidna here - please adjust and complete
> _Assigned to Steve Hamilton_

> **Commented [4]:** Done, except for two items at the bottom

| Pri | # | Research Question | Goal | Hypothesis |
|---|---|---|---|---|
| P0 | R1 | **Recollect choice:** Do users remember what choices they made after the flow?<br><br>Is there a difference between those that selected Express vs Manual? | Check if people understand what state they are in after going through the flows. If they did not remember, their expectations for e.g. ad personalization might not match reality which can result in negative surprise.<br><br>Recollection is believed to be intrinsically related to comprehension, and may act as a proxy measure of it (e.g., Long et al., 2009) | Most will remember the choices they made.<br><br>People that picked the manual flow will have higher recollection of their choice than those that picked Express<br><br>[manual] People that opted out will be more likely to remember their choice than those that didn't<br><br>There is no difference between ALT and primary versions (OR) The header + summary format of primary version's confirmation screen will result in stronger memory for confirmed choices, but this effect will |

> **Commented [5]:** @bbzhang@google.com
> Hi Ben, I've added some hypotheses to these research Qs. Some of them will require some additional analyses. LMK what you think and we can prioritize if need be

| | | | | |
|---|---|---|---|---|
| | | | | be restricted to Express respondents |
| | | | | Recollection and comprehension will be significantly correlated with each other |
| PO | R3 | **Declinability:** Do users understand that they only need to agree to the ToS in order to create an account - GAP, WAA, YTH, LH are optional? | Declinability and revocability are part of informed consent (also per GDPR), so user perception of the two concepts is important. | People that went through the Manual flow will have higher comprehension of declinability than those that went through Express because they have seen/interacted with settings that are defaulted to 'off' |
| | | Do people that opt-out have higher comprehension of declinability? | | People that understand that the consents are declinable will opt-out more; declinability comprehension will be negatively correlated with opt-in rates |
| | | Is there a difference between those that selected Express vs Manual? | | Declinability comprehension will be positively correlated with sentiment measures (specifically, "I have control over how my personal data is used by Google") |
| | | Is there a difference between the ALT and PRIMARY version? | | There is no difference between ALT and primary versions |
| | | How does declinability compare to revocability? What is their relationship? | | Declinability comprehension and revocability comprehension are related - more declinability comprehension also means more revocability comprehension |
| PO | R4 | **Revocability:** Do users understand that they can change these settings (GAP, WAA, YTH, LH) later? | Declinability and revocability are part of informed consent (also per GDPR), so user perception of the two concepts is important. | People that went through the manual flow have higher comprehension of revocability than those that went through Express because they will have had the opportunity to read, "You can... withdraw your consent" on 5 screens |
| | | Do people that opt-out have higher comprehension of revocability? | | People that understand that consents are revocable opt-out more because they know that they can opt-in later on. Alternatively, |
| | | Is there a difference between those that selected Express vs Manual? | | There is no difference between ALT and primary versions |
| | | Is there a difference between the ALT and PRIMARY version? | | |

CONFIDENTIAL

GOOG-RDGZ-00043298.R

|  |  | | | |
|---|---|---|---|---|
|  |  | How does declinability compare to revocability? What is their relationship? |  | Declinability comprehension and revocability comprehension are related - more declinability comprehension also means more revocability comprehension |
| P0 | HQ3 | **Ad amount:** Do respondents understand that turning off ad personalisation means that they will still see ads?<br><br>Do they understand that they will see the same number of ads, regardless of the setting they choose?<br><br>Is there a difference in ad-load expectations between those that opted-into GAP vs that opted out?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version? | If they do not understand that ad load will be the same regardless of their GAP choice, then it is possible that their sense of agency and control will be undermined when they visit a Google property that displays (generic) ads | Largest proportion of people believe that opt-out will result in same amount of ads as opting-in to GAP<br><br>People that opt-in believe that they will see fewer ads than those who opt-out. 'Personalised' is interpreted as indicating that a small collection of ads are sampled from a larger pool |

> **Commented [6]:** @adebooij@google.com
> Not sure what the hypothesis would be here - similar to opt-in one?

|  |  | | | |
|---|---|---|---|---|
| P0 |  | **Data collection and usage:** What do most respondents believe the effect of turning off WAA will have on (a) the amount of data collected and (b) the amount of personalisation they will experience?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version? | To gauge users' perceptions of the WAA setting | Most respondents will believe that turning off WAA will result in no data being collected from their activity and no personalisation in Google products and services.<br><br>This will be more pronounced for those who choose the Manual flow when compared to those who choose the Express flow, as the Manual flow forces an interaction with a radio button that emphasises the 'on'/'off' metaphor |
| P0 |  | [manual flow only]<br>**Location history:** Do people understand that | To gauge users' understanding of the fact that the LH setting, as written, applies across devices. | By referencing 'account' (radio button) and 'devices' (text), most respondents will likely understand that |

| | | | |
|---|---|---|---|
| | opting-in means location history is saved from all devices they are signed into? | | the setting applies across devices. This might interact with tech/background knowledge, such that those with more experience with cross-device account settings will be more likely to interpret the setting as applying across devices. |
| P0 | **WAA:** Do people understand that opting-in means activity is saved from all devices they are signed into? | To gauge users' understanding of the fact that the WAA setting applies across devices. | By referencing 'account' (radio button) and 'devices' (text), most respondents will likely understand that the setting applies across devices. This might interact with tech/background knowledge, such that those with more experience with cross-device account settings will be more likely to interpret the setting as applying across devices |
| P0 | **WAA:** Do people understand that opting-in means activity from Search can influence suggestions in Maps? | To gauge users' understanding of the fact that the WAA setting applies across products & services | By referencing 'account' (radio button), 'google sites and apps' (text), and 'Web & App', most respondents will understand that the setting applies across products and services |
| P0 | **WAA:** Do people understand that if they opt-in to WAA, all mentioned items (links, searches, location) are saved? | To gauge users' understanding of the data that is included in WAA | By referencing 'activity' and listing the items in the descriptive text, it is likely that most participants will understand that WAA includes all the items mentioned |
| P0 | How do the above results compare to other N3 Auth AC consent patterns? | | |
| P0 | How does 'time on consent' affect the comprehension scores? | | Higher comprehension correlates positively with more time spent on the consent choices - both for express and manual flow. |
| | How does this compare within the groups that picked 'express' or 'manual'? | | |
| | Is there a difference between the ALT and PRIMARY version? | | |
| P0 | How does 'time on recognition question page' affect the comprehension | | |

|  | | |
|---|---|---|
| | scores? | |
| P2 | Does 'tech level' have any effect effect on the above engagement metrics? | Account settings that span devices and apps will likely be better understood by those with more tech knowledge (see above) |

## Sentiment

This research area focuses on understanding how the product experience influences a person's sentiment as well as what a person's current sentiment is towards e.g. Google to help us understand their behavior.

Some of the research questions we aim to answer for this area are: How do people feel about Google? What effect does the product experience e.g. consent have on people's feelings towards Google? Are they satisfied with the product experience?

| Pri # | Research Question | Goal | Hypothesis |
|---|---|---|---|
| P0 S2 | How do people feel (control, transparency, security, trust) about Google after going through a concept? | The manual flow is primarily for those that want more control so those that pick this flow should result in more control than those that picked express | People that picked manual feel more in control |
| | Are people that picked Manual more positive about the **control** they have? | | There is no difference between the ALT and Primary version |
| | Is there a difference between the ALT and PRIMARY version? | | |
| P0 | How does sentiment affect their choice?<br><br>Do people that trust Google more<br>• pick 'express' more?<br>• In manual flow, opt-in more? <br><br>Is there a difference between the ALT and PRIMARY version? | In the long term, we want our users to trust us. If we can earn our users' trust, we hope this can increase their willingness to pick choices that are beneficial for them and Google. Having this data-point will help us drive the larger trust narrative within Google. | People that opt-in have a more positive sentiment towards Google than those that don't<br><br>People that pick express have a more positive sentiment towards Google than those that pick Manual<br><br>There is no difference between the ALT and Primary version |
| | ... | | |
| P0 | How do the above results compare to other N3 Auth AC consent patterns? | | |

## Usability

This research area focuses on understanding if people can interact efficiently and effectively with the product experience e.g. consent. While this is marked as a secondary research area, it is still important to ensure people have a usable experience.

Some of the research questions we aim to answer for this area are: Can people discover the entry-point for e.g. a consent? Can people easily complete a flow (consent)

| Pri | # | Research Question | Goal | Hypothesis |
|-----|-----|-------------------|------|------------|
| P0 | UX1 | Can participants complete the consent flow in an appropriate amount of time? How does this affect their perception of time?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version? | If one flow causes participants to spend more time on the consent flow compared to another AND they feel it took too long, this might mean that one flow with the same amount of steps is better than another. | Those that picked 'express' feel equally satisfied on how much time had to spend on the flow than those that selected manual flow<br><br>There is no difference between ALT and Primary version |
| P0 | UX2 | How satisfied are participants with the ease of use of their experience?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version | Flows that rate higher in satisfaction might be better than those that are less satisfying for a user. | Those that picked 'express' feel higher ease of use than those that selected manual flow<br><br>There is no difference between ALT and Primary version |
| P0 | | How do the above results compare to other N3 Auth AC consent patterns? | | |

PX-009.0009 of 0010

GOOG-RDGZ-00043302.R

PRODBEG: GOOG-RDGZ-00043294.R
PRODEND: GOOG-RDGZ-00043302.R
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Dave Monsees
DOCTYPE:
FILENAME: N3 UxR - Express Echidna (156555406)_1VouCwIX3kUPbE16GPS5WQ8z-4xVeTGDC-
            R5T7WJIqxk0.docx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: adebooij@google.com
DATECREATED: 05/14/2020
DATELASTMOD: 06/15/2020
DOCTITLE: N3 UxR - Express Echidna (156555406)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD017
REDACTED: N
MD5 HASH: 59E4BD315CB43D1154524586D2A9625F

PRODBEG: GOOG-RDGZ-00043294.R
PRODEND: GOOG-RDGZ-00043302.R
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Dave Monsees
ALLCUSTODIANS: Dave Monsees
DOCTYPE:
DOC TYPE:
FILENAME: N3 UxR - Express Echidna (156555406)_1VouCwlX3kUPbE16GPS5WQ8z-4xVeTGDC-
        R5T7WJIqxk0.docx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: adebooij@google.com
OWNER: adebooij@google.com
DATECREATED: 05/14/2020
CREATEDTIME:
DateTimeCreated: 05/14/2020 7:27:00 AM
DATELASTMOD: 06/15/2020
LASTMODTIME:
DateTimeMod: 06/15/2020 2:38:00 AM
DOCTITLE: N3 UxR - Express Echidna (156555406)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD017
FILEPATH:
MD5 HASH: 59E4BD315CB43D1154524586D2A9625F

Message

**From:** Ela Beres [eberes@google.com]
**Sent:** 11/14/2018 7:09:58 AM
**To:** JK Kearns [jkearns@google.com]
**CC:** Frank Worsley [fworsley@google.com]; Luke Swartz [lswartz@google.com]; Phiroze Parakh [phiroze@google.com]; David Monsees [davidmonsees@google.com]
**Subject:** Re: WAA check for user models

Yes - that's definitely the user story. The question is how to enforce it.

I'm suggesting that user-facing feature teams should check WAA but that the user model teams *also* check WAA as extra added security - that way if a feature team misses the check, they won't have any data passed from the user model anyway.

On Tue, Nov 13, 2018, 10:50 PM JK Kearns <jkearns@google.com wrote:
  I think teams should not use user data at all if WAA is off, regardless if there is user data that was collected when WAA was on.  It's a much cleaner story and what I would think most users expect.

  On Tue, Nov 13, 2018 at 4:31 PM Ela Beres <eberes@google.com> wrote:
  Hey guys

  Now that we have collected agreed that any Personalization based on clicks or search history should check WAA, I wanted to re-visit the question of where we enforce the WAA check in the case of user models.

  My original thought was that this could be enforced by features teams, both the teams providing data to the model and the teams that use the data.

  The problem with the first is that turning off WAA does not delete search history - it just pauses its collection, and user models can still make inferences on existing data. The teams that use the data should check WAA, but this is error prone (there are several teams that use ULP today that don't check WAA).

  The alternative is that the user modeling teams themselves check WAA and don't provide inferences at all unless WAA is on.

  What do you guys think?  Frank / Luke  - I added you here as spokesman for Anima and ULP, and feel free to add others.

  Thanks!



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-010**

PRODBEG: GOOG-RDGZ-00039086
PRODEND: GOOG-RDGZ-00039086
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Dave Monsees
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: eberes
DATECREATED:
DATELASTMOD: 11/14/2018
DOCTITLE: Re: WAA check for user models
SUBJECT: Re: WAA check for user models
FROM: ela beres <eberes@google.com>
TO: jk kearns <jkearns@google.com>
CC: phiroze parakh <phiroze@google.com>;david monsees <davidmonsees@google.com>;-
        luke swartz <lswartz@google.com>;frank worsley <fworsley@google.c-
        om>
BCC:
DATESENT: 11/14/2018
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD014
REDACTED: N
MD5 HASH: 5A8ACD03D99ADAD8AF79BEA3DB806AF1

PRODBEG: GOOG-RDGZ-00039086
PRODEND: GOOG-RDGZ-00039086
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Dave Monsees
ALLCUSTODIANS: Dave Monsees
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: eberes
OWNER: eberes
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 11/14/2018
LASTMODTIME:
DateTimeMod: 11/14/2018 7:09:00 AM
DOCTITLE: Re: WAA check for user models
SUBJECT: Re: WAA check for user models
FROM: ela beres <eberes@google.com>
TO: jk kearns <jkearns@google.com>
CC: phiroze parakh <phiroze@google.com>;david monsees <davidmonsees@google.com>;-
        luke swartz <lswartz@google.com>;frank worsley <fworsley@google.c-
        om>
BCC:
DATESENT: 11/14/2018
TIMESENT:
DateTimeSent: 11/14/2018 7:09:00 AM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD014
FILEPATH:
MD5 HASH: 5A8ACD03D99ADAD8AF79BEA3DB806AF1

Message

**From:** Dan Stone (Google Docs) [comments-noreply@docs.google.com]
**Sent:** 9/18/2020 3:02:27 PM
**To:** sganem@google.com
**Subject:** Firebase IID to A... - @sganem@google.com Hi Steve, These ...

## Dan Stone replied to a comment in the following document



Firebase IID to Analytics PWG Analysis (go/pwg-ga-iid)

Some of the examples of this joinability risks Create the ability to link app events collected by GA4F to GAIA ID even if end users turn off WAA and developers/customers disable Data Sharing. Break user expectations, MyActivity controls and transparency. Subpoena: Having to retrieve Android AdId data, app_instance_id data given a GAIA ID for users turning off WAA.

  Xinyu Ye

@sganem@google.com
Hi Steve,
These are the best I can come up with to explain by short sentences.

  Steve Ganem

@danstone@google.com PTAL

  Dan Stone
**New**

Thanks so much, Xinyu. Can we update this to clarify that this is really expanding the ability, not creating it?

Also, can you please explain the user expectations? This data would not show up in MyActivity and is not actually joined to GAIA, so not sure how this would break their expectations.

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA



You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-011**

PRODBEG: GOOG-RDGZ-00033245
PRODEND: GOOG-RDGZ-00033245
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Steve Ganem
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED:
DATELASTMOD: 09/18/2020
DOCTITLE: Firebase IID to A... - @sganem@google.com Hi Steve, These ...
SUBJECT: Firebase IID to A... - @sganem@google.com Hi Steve, These ...
FROM: "dan stone (google docs)" <comments-noreply@docs.google.com>
TO: sganem@google.com
CC:
BCC:
DATESENT: 09/18/2020
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD012
REDACTED: N
MD5 HASH: A4F766CAA333BAF4605803F5ECF11C63

PRODBEG: GOOG-RDGZ-00033245
PRODEND: GOOG-RDGZ-00033245
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Steve Ganem
ALLCUSTODIANS: Steve Ganem
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER: comments-noreply
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 09/18/2020
LASTMODTIME:
DateTimeMod: 09/18/2020 3:02:00 PM
DOCTITLE: Firebase IID to A... - @sganem@google.com Hi Steve, These ...
SUBJECT: Firebase IID to A... - @sganem@google.com Hi Steve, These ...
FROM: "dan stone (google docs)" <comments-noreply@docs.google.com>
TO: sganem@google.com
CC:
BCC:
DATESENT: 09/18/2020
TIMESENT:
DateTimeSent: 09/18/2020 3:02:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD012
FILEPATH:
MD5 HASH: A4F766CAA333BAF4605803F5ECF11C63

**PrivacyNative** | scratch pad

**Commented [1]:** @heftluthy@google.com @adebooij@google.com @mimosal@google.com @kallebu@google.com began a sort of "workbench 2.0" doc for us to capture our somewhat refined challenge landscape.

Will continue to add to this next week and pull in the insights from our synthesis workshop; hopefully it can serve as a concise & consolidated reference as we move forward.

## Mission

This workstream aims to define an overarching vision and strategy for PDPO to inform the Google privacy experience across products and services according to a 5-year time horizon.

## Core team

adebooij@, heftluthy@, justchen@, jwoll@, kallebu@, mediha@, mimosal@, mseg@, chelyse@, shudi@, yingsi@...

**Commented [2]:** @mimosal@google.com #help _Assigned to Mimosa Lynch_

**Commented [3]:** co you want them all listed out?

**Commented [4]:** Did I miss anyone from the core team? Or are we all listed out somewhere I could reference?

## Related resources

P.N definition of privacy
P.N research synthesis

## Key experience challenges

What prevents people from feeling comfortable and in-control of their privacy

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-018**

# 1. Broad permissions

It's difficult for people to fully / meaningfully give permission

Not only are the implications of WAA extremely broad and varied, but people use Google in such diverse ways — much of the language intended to be comprehensive feels vague and hard-to-parse for non-engineers / lawyers, and our examples are not universally resonant

- We have a few permissions covering a broad scope of activity, info & data collection and use
- The lack of clarity around what specific role people's data plays in their experience of our services — and the fact that everyone uses a different constellation of services — means many struggle to grasp,
  - the value their collected data enables
  - how their data will be used (and by extension, whether it could make them vulnerable to privacy issues)
  - the service implications of denying Google access to their data
  - what will happen with data after it's collected; it's very difficult for users (and us) to assess long-term risk
- This can result in people feeling unequipped to make informed decisions, or even questioning whether they have a genuine choice if they want to enjoy Google services.
- When consent is given despite an inaccurate or incomplete understanding of the above, people experience negative surprises / trigger moments (encountering unexpected personalization) eroding their trust in Google.

...so people struggle to know what exactly they're sharing, and to see what's "in it" for them.

**Commented [5]:** IMO this is a symptom of the problem, which is more point #2. We can only have broad permissions when our reasons for data collection are actually themselves broad.

**Commented [6]:** interesting point.
@oheiyse@google.com
@kalleou@google.com
@yingsi@google.com

If we started with broad permissions, our benefits statement will be broad as a consequence. If we started with broad benefits, permissions would have to follow.

Looking back, Google might have started with 'broad benefits' as permissions were introduced down the line.

**Commented [7]:** Very much agree, broad permissions/consent is a symptom itself, but it is the first and most tangible part of the experience we can tackle. From there we need to drive change upwards and into the organization as well as downwards through the products to the user.

The core challenge is our (outdated) company mindset/vision of how we deliver value and engage with users.

## 2. Lack of benefits

When permission is given, most people don't experience enough (or *any*) of the value that their own data purportedly adds to the products they use

Meanwhile, we espouse (and internally ascribe to) the idea that our users *primarily* benefit from giving access to their data — and Google's revenue is a happy side-effect

- People think about Google in terms of the services they use
- Depending on which Google services a given person uses most, they may or may not receive any tangible benefits from sharing their personal information and activity data with Google
- When people don't directly experience utility or otherwise benefit as a result of giving access to their personal information they suspect Google is profiting disproportionately from their data
  - Often targeted ads are the most ready reference people have when thinking about personalization online
- This perceived asymmetry can undermine privacy or trust initiatives predicated on the assumption that personalization is generally understood and appreciated, and that we demonstrably put users first
- While internally we have a shared sense of the power (or at least the potential) of personalization to meaningfully improve product experiences
  - and many users have a vague understanding that Google uses aggregated user data to evolve and improve services over time
- Unfortunately it's not obvious to everyone when or how their data is working to enhance their experience of the Google services they use — either individually or in constellation with other Google products
- This disconnect deepens confusion (...why was I asked to grant access to my location?)
  - and can feed into the perception that Google has an insatiable appetite for user data to further its own interests / make money.

**Commented [8]:** In addition to "value that their own data purportedly adds" I think we need to include that lack of benefits FOR YOU are inherently part of this.

Google, and internet technology in general, focuses on "users" but doesn't focus on "the user" and as a result our PURPOSES are vague.

**Commented [9]:** Similar comments here to what I said below

**Commented [10]:** @jamarlow@google.com Hi Jenn! Wanted to follow-up on your comments in the slide deck here, your thoughts are so appreciated!

The connection we've been exploring is the idea that the perception of a fundamental asymmetry (my data benefits Google more than Google having my data benefits me) contributes to and reinforces existing narratives around ads p13n and Big Tech's exploitation of users. This has come up both in our executive interviews and user research.

Slides like this one
https://docs.google.com/presentation/d/1NIsIHbiAL-GXyRwCwRg8D8GTx90LoeVAIfgWUvSDIA/edit#slide=id.g728c968x497_0_856
seem to point to the perception that the _purpose_ of Google requesting access to user data is for Google to earn money (rather than primarily to personalize product experiences) thereby allowing Google to provide free services (which "exist" ultimately to collect data — and around and around we go)

Does that interpretation seem off to you? Do you rather think that providing free services is itself the problem, and thereby only solvable by charging for products? @adebooij@google.com @kallebu@goog.e.com _Assigned to Jennifer Marlow_

**Commented [11]:** I think it's more that people acknowledge (and mostly) accept that the benefit to them is being able to use free products and services, and the "cost" is "paying" with their data. (Often they don't want to pay, so this is seen as an acceptable tradeoff) People seem to be more angry/feel more exploited when (they believe) a company like Google sells/gives their data to third parties or other outside entities -- in this case, Google is "profiting" off their data

**Commented [12]:** How does this conversation change when we position ads as a product and apply the same expectations to it, including providing tangible and clear benefits?

**Commented [13]:** i believe that people, when asked, often understand that they are getting a free product in return for seeing ads and that data somehow plays a role in this but also think this isn't top of mind.

Agree that parties other than google getting their data is the biggest concern for people. And in many cases, seeing an ad might make people believe that this is [...]

**Commented [14]:** Exactly, so what we are saying is that we need to make it very explicit what we use the data for and what not, and for whatever data we us we need to provide very tangible benefits so that this issue described above is resolved.

**Commented [15]:** agreed. but people might still believe that to provide you "value from ads personalization" (however we frame this), we can do that without giving your data away.

## 3. Unclear role of personalized ads

**Personalized ads trigger mistrust, reinforcing misconceptions and feelings of exploitation**

> While most people understand and accept that advertising plays an important role in keeping Google free — and may even prefer personalized ads to generic ads — many feel their data is the "price they pay" to use Google, and that p13n = ads

- Ads themselves are not necessarily the problem — but are seen as a symbol of how their data is used
- The extent to which people feel seen (and often followed) by advertisers triggers concerns about being profiled, surveilled, and even manipulated; intentionally or otherwise.
- It's unclear to people _what_ information about them is shared with our advertising partners & websites (3P), and what role our users play in our revenue model
- When people see their data at work in the products they use (_I allowed my location to be collected so now Maps can give me driving directions_) a key purpose of collecting their data is seen as obvious, justified; user data in, functionality/value out.
  - People who don't directly experience their data at work in the products they use (_I allowed my location to be collected so now Gmail can... and YouTube can... um_) are likely to suspect the _sole_ purpose of collecting their data to be ads p13n — user data in, money for Google out — for lack of any other demonstrable purpose.

**Commented [16]:** I'd like to see us making the point about Ads as a product - if we can get users to think of ads as a product, it doesn't SOLVE ads but it reduces complexity in general and gives a clearer path forward for Ads to get in line rather than being its own special thing

**Commented [17]:** I see that this could be part of us describing the solution space, not the challenge.

CONFIDENTIAL

GOOG-RDGZ-00203682

# ///sam scratchpad

# 1. Google collects data for two core and contradictory reasons.

We have stated that Google collects personal data for two reasons:

1. To improve products for *you*
2. To improve products for *everyone*.

(Ads are just a product, and should be considered part of this rather than a third reason!)

Our incentives for opt-in on the first reason (for *you*) are aligned with the user, but misaligned for the second reason (for *everyone*).

- Some products, like YouTube, require user data for personalization in order to be anywhere near as good as we want them to be. Some products, like Search, mostly require user data for *aggregate improvements* - personalization with user data is only a small part of the ranking algorithm, but the ranking algorithm itself is hugely based on trends within user data.

- Ads themselves are not necessarily the problem — but are seen as a symbol of how their data is used

- The extent to which people feel seen (and often followed) by advertisers triggers concerns about being profiled, surveilled, and even manipulated; intentionally or otherwise.

- When people see their data at work in the products they use (*I allowed my location to be collected so now Maps can give me driving directions*) a key purpose of collecting their data is seen as obvious, justified; user data in, functionality/value out.

  - People who don't directly experience their data at work in the products they use (*I allowed my location to be collected so now Gmail can... and YouTube can... um*) are likely to suspect the <u>sole</u> purpose of collecting their data to be ads p13n — user data in, money for Google out — for lack of any other demonstrable purpose.

## 2. As a result, the value of opting-in for data collection isn't clear — to us or to users.

Since users are opting in for both personal and collective benefits, the permissions structure we've built around those benefits is, by necessity, incredibly broad.

When permission is given, most people don't experience enough (or *any*) of the value that their own data purportedly adds to the products they use. But *Google still has an incentive to get them to accept!*

- People think about Google in terms of the services they use
- Depending on which Google services a given person uses most, they may or may not receive any tangible benefits from sharing their personal information and activity data with Google
- When people don't directly experience utility or otherwise benefit as a result of giving access to their personal information they suspect Google is profiting disproportionately from their data

## 3. The result is a system that we think is good for *users* (plural), but isn't good for *the user (singular)*.

We cannot empower a given user to be *in control* of their privacy (*"who knows what about me for what purpose"*) if everyone doing that to the full extent they want would cripple our products.

- We operate in a competitive environment that requires proof of value delivery — e.g. for creators on YouTube, advertisers and publishers on 3P sites, and businesses on Google Maps.
- Users have no stake in that relationship, and as such being asked to consent for something that doesn't benefit them simply doesn't make sense

## Additional challenges

Priority TBD

Experience

- Strong conflation of ads and product p13n (Making product and ads benefits tangible to users explicit/separately)
- Display ads experience/perception (1P & 3P)
- Lack of privacy-specific products/features (e.g. Password Manager, Incognito)
- Lack of observable proof / people don't believe us (ads & product)

Organizational

- Resistance of PAs
  - How to encourage compliance
  - How to actually excite and inspire
  - How to help and empower
- How to make privacy cool (vs. make something cool that improves privacy — technical challenge, emotionalize)

## Solution requirements

**Known** | Present

- ...

**Anticipated** | Future

## Potential levers

## Appendix

Still-unprocessed notes

- Our permissions structure may be the crux / keystone, but we're under no illusion this is strictly a consent challenge

- Google has done a lot of research that points to this challenge space as critical, but until now have not reexamined our foundational approach / relationship with user data as a result

- We are not suggesting we want to increase complexity by turning 3 controls into 300 — we are suggesting transforming the experience (and our mindset) from "tuning privacy" to "making the products you use work right for you, one at a time"

- "All politics are local" → modularity, immediacy, meaning

- Privacy as the enabler

PRODBEG: GOOG-RDGZ-00203679
PRODEND: GOOG-RDGZ-00203686
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Arne de Booij;Sam Heft-Luthy
DOCTYPE:
FILENAME: PrivacyNative scratch pad (go-prinascrap_11S4cWEvhFF2wYYn5xuG1x28GTyGZ-
        DlqTpJc5mDTJD5I.docx;PrivacyNative scratch pad (go-prinascrapa_11-
        S4cWEvhFF2wYYn5xuG1x28GTyGZDlqTpJc5mDTJD5I.docx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: ohelyse@google.com
DATECREATED:
DATELASTMOD:
DOCTITLE: PrivacyNative scratch pad (go/prinascrapa)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD062
REDACTED: N
MD5 HASH: 01CCD9168551189A48B7ED077FD09F30

PRODBEG: GOOG-RDGZ-00203679
PRODEND: GOOG-RDGZ-00203686
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Arne de Booij;Sam Heft-Luthy
ALLCUSTODIANS: Arne de Booij;Sam Heft-Luthy
DOCTYPE:
DOC TYPE:
FILENAME: PrivacyNative scratch pad (go-prinascrap_11S4cWEvhFF2wYYn5xuG1x28GTyGZ-
        DlqTpJc5mDTJD5I.docx;PrivacyNative scratch pad (go-prinascrapa_11-
        S4cWEvhFF2wYYn5xuG1x28GTyGZDlqTpJc5mDTJD5I.docx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: ohelyse@google.com
OWNER: ohelyse@google.com
DATECREATED:
CREATEDTIME:
DateTimeCreated: 08/20/2020 4:42:00 PM
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 09/03/2020 7:59:00 AM
DOCTITLE: PrivacyNative scratch pad (go/prinascrapa)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD062
FILEPATH:
MD5 HASH: 01CCD9168551189A48B7ED077FD09F30

Message

| | |
|---|---|
| **From**: | Giles Hogben [gilesh@google.com] |
| **Sent**: | 11/29/2018 3:28:17 PM |
| **To**: | Dave Kleidermacher [dkleidermacher@google.com] |
| **CC**: | Sammit Adhya [sammit@google.com]; Bridget Brennan [bridgetbrennan@google.com]; Eric Miraglia [miraglia@google.com] |
| **Subject**: | Re: incognito |

I think the combo approach of a quick settings triggered flag plus ephemeral storage mode for writes enforced by a dangerous permission is promising as it would be very close to the Chrome behavior. There are some parallels with the changes we're making to storage in Q. I will write up a 1-pager and talk to jsharkey about this idea.

On Tue, Nov 27, 2018, 9:47 PM Dave Kleidermacher <dkleidermacher@google.com wrote:
Sounds good, thanks for the thoughts. I agree with both of you that a platform incognito is a tough one - difficult and aggressive. To land it would require some pretty aggressive OOB thinking, resourcing, and solutions. But I agree with Eric's sentiment during the meeting that this would be a massive game changer. If a user could flip the switch at the device (or account) level and have confidence in not having activity tracked in ANY app, it would completely change the way privacy-conscious users and influencers view Google (and Android). One other idea is to tie this to Advanced Protection. We have a plan to augment AP on Android by locking down various important privacy controls like lockscreen and limiting apps to a subset of super-safe apps on Play. So we could offer platform-incognito only for AP users and this would mean that our Play app whitelist would need to ensure all allowed apps are incognito-aware (self-declared and evaluated to obey the requirements/policy therein).    Just more food for thought...

On Tue, Nov 27, 2018 at 9:26 PM Sammit Adhya <sammit@google.com> wrote:
+Bridget Brennan as FYI

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-031**

Hi Dave/Giles,

Sorry for the long delay! Climbing out of the email hole after the holiday and some fun user studies on unauth transparency/controls next week.

In a couple weeks I've spent thinking about this, It feels like part of the challenge we face with both Android and Chrome is the definition of incognito and what level of certainty we can provide to users at the platform level vs incognito at the product level. The latter feels, potentially, like an easier problem to solve since we fully control the data lifecycle and can make clear guarantees about the mechanics of how data is used and flows through the product experience.

The platform-level incognito is so much more challenging because it's feels much harder to provide the user guarantees when interacting with 3p (though correct me if I'm wrong!). In addition, we need to figure out what it means for Google products to operate on a platform incognito vs an in-product incognito mode. The exciting part is that we can control the entire stack and at least provide consistency in how things operate as well as clear guarantees for Google product experiences on our platforms.

Based on the research we've seen thus far in our Pinecone studies, it's seems clear that users don't have a good sense of identity management (though it's a small sample size). Even the most basic questions around sign-in/sign-out state are completely misunderstood. Users have no idea whether they are signed in or signed out, what it means for their experience, or what is happening in their current state in terms of data collection. It

would be nice to address both scenarios that both Dave/Giles kind of alluded to: users who have a firm understanding of how to manage their identity across platforms/devices, as well as the, likely more common, group of users who want local privacy (especially in NBU markets) and maybe more protections.

I'd love to start capturing some of these concepts and see how they resonate with users. There are a few questions that I think we need to answer as we go through this process:

- What is the company's appetite/risk for an aggressive approach (like the long-term concept you described Dave)? Are we willing to trade data/revenue for user trust and brand reputation?

- How do we want to define incognito/private browsing? Is it purely for local privacy? Is it privacy from Google? Is it privacy from everyone on the data path? Are the definitions different for incognito at the platform-level vs product-level?

- What is the user mental model of what's happening in an incognito session? Do we try and align ourselves with this mental model, or do we try to better educate our users?

Really appreciate these thoughts! I'll work with Eric and Bridget to figure out how we can move some of these concepts forward as we develop the short-term and long-term product strategy. Look forward to working with you all as things develop!

Thanks much,
Sammit

On Tue, Nov 20, 2018 at 2:54 PM Giles Hogben <gilesh@google.com> wrote:
There is some overlap between a more usable guest user and the incognito flag/quicksetting idea. A guest user meets the incognito requirements of ephemeral state and signed-out operation. The difference is that guest users cannot use any state from other users created prior to entering guest mode (e.g. bookmarks, settings) and from what I heard today, incognito mode doesn't keep some kinds of session data such as search queries.

A disadvantage I see of the quicksetting approach is that it's an honor-system approach. This hasn't worked out well in the past for example with Do Not Track in Chrome and the Limit Ad Tracking flag on iOS and Android though these relate to server-side behaviors that are impossible to verify so it might work out differently for incognito. We could do some Play enforcement but it would be really hard to get all apps to implement. If they don't then we have to hedge the description of the control, making it less trustworthy to users "when you enter this mode, some apps will be in incognito, others won't".

Thinking out of the box, I wonder if we could have a hybrid between the two that enforces ephemerality of state. For example, apps that want to save state beyond an incognito mode session (e.g. Gmail) have to obtain a runtime permission. Without this permission, in incognito mode the app has read-only access to storage minus account manager and a fresh private storage partition is created for the duration of the incognito session.

On Tue, Nov 20, 2018 at 12:19 PM Dave Kleidermacher <dkleidermacher@google.com> wrote:
Hi Sammit,

There are two ways I can see a platform-level concept working, one short term and the other long term.

The long term idea I mentioned in the brainstorm meeting - where we are super aggressive about scrubbing all activity from ever leaving the device on any service, perhaps location too, etc.

The shorter term idea would be to add an ephemeral Android quick setting.  When the user turns on or off incognito mode, all apps that are "incognito-aware" (declared in app manifest) get notified.  When the user turns on device incognito, that would automatically put YT, Search, Maps, etc. into incognito mode.  But instead of having each app fall out of incognito mode individually, they would remain in that mode into either the user turns off the device setting or if the device goes idle for some amount of time (or to be more aggressive, we just leave it on and the user must turn it off, like airplane mode, but I'm guessing the 1P apps might not like that).  We could then work with top 3P app providers to ensure they add "incognito awareness" to their apps.  Any app that declares itself incognito aware would be prohibited from recording your activity when the mode is enabled.  When device incognito is enabled, we would warn-on-launch any apps that are not incognito-aware. Just some thoughts.

I think the separate user account idea, which exists on Android but as Giles mentioned is difficult to use/discover and massively inefficient (mostly unusable in anything less than a flagship device) is also hugely important for the shared device threat model but in my mind mostly orthogonal, i.e. the separate account might still want its activity to be incognito for other reasons.


--
BR,
Dave

_____

Dave Kleidermacher
VP,  ASAP


--

| Sammit Adhya | | Privacy and Data Protection | | sammit@google.com | | (650) 253-3001


--
BR,
Dave

_____

Dave Kleidermacher
VP,  ASAP

CONFIDENTIAL

GOOG-RDGZ-00150941

PRODBEG: GOOG-RDGZ-00150939
PRODEND: GOOG-RDGZ-00150941
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Eric Miraglia
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: gilesh
DATECREATED:
DATELASTMOD:
DOCTITLE: Re: incognito
SUBJECT: Re: incognito
FROM: giles hogben <gilesh@google.com>
TO: dave kleidermacher <dkleidermacher@google.com>
CC: bridget brennan <bridgetbrennan@google.com>;sammit adhya <sammit@google.com>-
          ;eric miraglia <miraglia@google.com>
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD034
REDACTED: N
MD5 HASH: 6FE6D82E78C1D8A723F9156745001B06

PRODBEG: GOOG-RDGZ-00150939
PRODEND: GOOG-RDGZ-00150941
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Eric Miraglia
ALLCUSTODIANS: Eric Miraglia
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: gilesh
OWNER: gilesh
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 11/29/2018 3:28:00 PM
DOCTITLE: Re: incognito
SUBJECT: Re: incognito
FROM: giles hogben <gilesh@google.com>
TO: dave kleidermacher <dkleidermacher@google.com>
CC: bridget brennan <bridgetbrennan@google.com>;sammit adhya <sammit@google.com>-
        ;eric miraglia <miraglia@google.com>
BCC:
DATESENT:
TIMESENT:
DateTimeSent: 11/29/2018 3:28:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD034
FILEPATH:
MD5 HASH: 6FE6D82E78C1D8A723F9156745001B06

Message

**From**:     Google Docs [comments-noreply@docs.google.com]
**Sent**:     10/12/2020 12:03:45 PM
**To**:       heftluthy@google.com
**Subject**:  [Confidential] PrivacyNative Perspective (go/privacynativ…

Kalle Buschmann and Elyse Bellamy added comments and suggestions to the following document



[Confidential] PrivacyNative Perspective (go/privacynative-perspective)

New                                        Resolved

1 comment, 1 suggestion                    2 comments, 2 accepted suggestions, 2 rejected
                                           suggestions

## Comments

scope

    Johanna Woll

design?
"scope" sounds tied to "broad" and the underlying system behaviors are problematic more for their inability
to track and control data in the ecosystem and less about the breadth of the collection and use

    Elyse Bellamy
**New**

we're trying to communicate the scope / breadth of our offering (services, products) rather than our
preferences, so reverting to "scope" for now but we can discuss if we're misinterpreting ☺

ReplyOpen

## Suggestions

    Elyse Bellamy
**New**

**Delete:** *"the"*

    Elyse Bellamy
**New**

*Accepted suggestion*

ReplyOpen

# Resolved

## Comments

has become too broad to match user expectations

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-040**

Kalle Buschmann

We have been focusing so much on the changing expectations that we have lost other aspects of the issue. I think we need to tease this apart and talk about a) how the consent being too convoluted to be comprehensible for people, and b) that asking for everything at ones doesn't match people's expectations how they want to be treated, and regulator's view of how we should treat people.

Sam Heft-Luthy

Parking lot to chat with Johanna

Tal Herman

Kalle's point here is well taken, but also, I'd argue the consent hasn't become to broad to match user expectations (it's as broad as it's always been), rather changing user expectations have caused the broad approach to become out of step with user comfort levels

Johanna Woll

Changed as Tal suggests.

Kalle Buschmann

New

*Marked as resolved*

ReplyOpen

expectations

Kalle Buschmann

Do we want to also highlight here that the industry is moving on? go/competition-privacy-comparison

Elyse Bellamy

+1

Kalle Buschmann

New

*Marked as resolved*

ReplyOpen

# Suggestions

Johanna Woll

GOOG-RDGZ-00203640

**Add:** *"available controls in"*

**Elyse Bellamy**

I don't fully understand the mismatch between our approach to data collection & use and the available controls in our systems... I think the second clause here was meant to represent the idea that when WAA controlled Calendar, Maps, Gmail, Search and Chrome it may have been somewhat grokable, but now that there's such a diverse set of products being fed by that switch it's basically impossible to explain.

This might be covered by the "But as our portfolio of services has expanded..." sentence below, in which case I still think we need "expanded and diversified" to point to the crux of the issue.

Elyse Bellamy

**New** ██████████████████████████████

*Rejected suggestion*

ReplyOpen

Johanna Woll

**Format:** strikethrough

**Elyse Bellamy**

**New** ██████████████████████████████

*Rejected suggestion*

ReplyOpen

Johanna Woll

**Add:** *"OR Privacy is a complex concept with a variety of definitions, but we can focus on a common manifest…"*

Tal Herman

I like this formulation a little better.

**Elyse Bellamy**

+1

**Elyse Bellamy**

**New** ██████████████████████████████

*Accepted suggestion*

ReplyOpen

Johanna Woll

**Replace:** *"too broad to match"* with *"out-of-step with"*

Kalle Buschmann

**New** ██████████████████████████████

*Accepted suggestion*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads.Change what Google Docs sends you.You can not reply to this email.

PRODBEG: GOOG-RDGZ-00203639
PRODEND: GOOG-RDGZ-00203642
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Sam Heft-Luthy
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: comments-noreply
DATECREATED:
DATELASTMOD:
DOCTITLE: [Confidential] PrivacyNative Perspective (go/privacynativ...
SUBJECT: [Confidential] PrivacyNative Perspective (go/privacynativ...
FROM: google docs <comments-noreply@docs.google.com>
TO: heftluthy@google.com
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD060
REDACTED: N
MD5 HASH: 7EC89F6B9CC889FAF454F4EA63634B9A

PRODBEG: GOOG-RDGZ-00203639
PRODEND: GOOG-RDGZ-00203642
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Sam Heft-Luthy
ALLCUSTODIANS: Sam Heft-Luthy
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: comments-noreply
OWNER: comments-noreply
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 10/12/2020 12:03:00 PM
DOCTITLE: [Confidential] PrivacyNative Perspective (go/privacynativ...
SUBJECT: [Confidential] PrivacyNative Perspective (go/privacynativ...
FROM: google docs <comments-noreply@docs.google.com>
TO: heftluthy@google.com
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent: 10/12/2020 12:03:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD060
FILEPATH:
MD5 HASH: 7EC89F6B9CC889FAF454F4EA63634B9A

Message

| | |
|---|---|
| **From**: | Sam Heft-Luthy [heftluthy@google.com] |
| **Sent**: | 10/14/2020 9:20:01 PM |
| **To**: | privacysurfaces-team [privacysurfaces-team@google.com]; Jonathan McPhie [jmcphie@google.com] |
| **Subject**: | Fwd: Program Review: Privacy Surfaces |

Deck and notes from today's review. Highlights:

• Some good discussion on better metrics, which point to two "philosophies of success" in privacy (I think both of which are important):

o **User trust and affect** - giving users a *sense* of the system as working to their benefit. Important but gameable without actually improving any of the underlying conditions, remains our higher-level goal

o **Concrete risk models being addressed** - users reckon with tradeoffs and are in a position of self-determination w.r.t. how their data is shared. More tangible, but more difficult in Privacy than Security because of our tangled consent approach

• Rahul called out a concern that we're stretching ourselves thin, especially given that we are doing a lot to get users to understand a system that is just fundamentally difficult to get (WAA, GAP, etc.). He argues that we should prioritize **landing our short-term commitments for N3 consent, any long-term work to reimagine consent, and efforts like Reassure**. Greg mentioned that having the right channels in place when that reimagination comes is still vital, but Rahul also said that given, say, PAA, that reimagination may not be too far off!

• Good talk on executing on PA partnerships - in general, a tension between carrot and the stick. Is privacy a tax, which means PDPO needs to be more aligned in wielding a big stick, or is it a benefit to PA goals, which means PDPO needs to be more responsive to PA needs. Probably both, but for us to think through as we work with @Jonathan McPhie on our approach

---------- Forwarded message ---------
From: **Sam Heft-Luthy** <heftluthy@google.com>
Date: Wed, Oct 14, 2020 at 1:30 PM
Subject: Program Review: Privacy Surfaces
To: Rahul Roy-Chowdhury <rahulrc@google.com>, Sarah Hammond <shammond@google.com>, Jonathan McPhie <jmcphie@google.com>, Danielle Souza <daniellesouza@google.com>, Stephan Micklitz <micklitz@google.com>, Bénigne Deprey <benigne@google.com>, Wei Tu <weitu@google.com>, Mimi Underwood <munderwood@google.com>, Othar Hansson <othar@google.com>, Mark Risher <risher@google.com>, Annie Klemp <annicklemp@google.com>, Meagan Pi <meagan@google.com>, Reza Behforooz <reza@google.com>, <ggelke@google.com>, Jeffrey Korn <jlk@google.com>, Greg Fair <gregfair@google.com>, Scott Dougall <dougall@google.com>, Angela Alvarez <angelaalvarez@google.com>, <justchen@google.com>, Camie Hackson <camie@google.com>, Micha Segeritz <mseg@google.com>, Willa Chalmers <willa@google.com>, Joshy Joseph <joshy@google.com>, Anne Schaefer <aschaefer@google.com>, <talherman@google.com>, Claire Herrin <cherrin@google.com>, Eduardo Tejada <etejada@google.com>, Sam Heft-Luthy <heftluthy@google.com>

Thank you all for coming to today's review.

Here is the deck we ran through:
https://docs.google.com/presentation/d/1JzBPuzC3RgoGDd1YzjwD0mM2aI5h7dQrJpCvWq3LhnY/edit#slide=id.g285cac3f80_2_1

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-042**

PX-042.0001 of 0004

GOOG-RDGZ-00173562

And here are the notes (thanks Jonathan!):
https://docs.google.com/document/d/1LWXmOOUGdHZ1l2J2ffHevK9NrpskF_mdurFm52ePVm8/edit?ts=5f8 74ae0

## Program Review: Privacy Surface

Wed Oct 14, 2020 11am – 12pm

SVL-CRSM1265-5-Hunter2 (3) [GVC, Phone] (map)

Join with Google Meet
meet.google.com/cit-bico-xig


Join by phone
+1 419-969-2071


More phone numbers

- Daniele Souza
- Rahul Roy-Chowdhury
- Reza Behforooz
- Greg Fair
- Jonathan McPhie
- Sam Heft-Luthy
- Micha Segeritz
- ggelke@google.com
- justchen@google.com
- talherman@google.com
- Scott Dougall
- Mimi Underwood
- Angela Alvarez
- Anne Schaefer
- Eduardo Tejada
- Joshy Joseph
- Sarah Hammond
- Bénigne Deprey
- Willa Chalmers
- Stephan Micklitz
- Wei Tu
- Mark Risher
- Claire Herrin
- Meagan Pi
- Camie Hackson
- Jeffrey Korn
- Othar Hansson
- Annie Klemp

**Topic Owners: Othar**

CONFIDENTIAL
GOOG-RDGZ-00173563

**Program Reviews are pre-determined and are aligned thematically to Core's four themes: Helpful, Trust, Excellence and Efficiency. Program Reviews will occur monthly and depending on the theme, your program review may occur 3 or 4 times a year. go/userpdpo-reviewguide**

PRODBEG: GOOG-RDGZ-00173562
PRODEND: GOOG-RDGZ-00173564
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Sam Heft-Luthy
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: heftluthy
DATECREATED:
DATELASTMOD:
DOCTITLE: Fwd: Program Review: Privacy Surfaces
SUBJECT: Fwd: Program Review: Privacy Surfaces
FROM: sam heft-luthy <heftluthy@google.com>
TO: privacysurfaces-team <privacysurfaces-team@google.com>;jonathan mcphie <jmcp-
      hie@google.com>
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD034
REDACTED: N
MD5 HASH: DD59B52B251974603EB8E661F234728E

PRODBEG: GOOG-RDGZ-00173562
PRODEND: GOOG-RDGZ-00173564
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Sam Heft-Luthy
ALLCUSTODIANS: Sam Heft-Luthy
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: heftluthy
OWNER: heftluthy
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 10/14/2020 9:20:00 PM
DOCTITLE: Fwd: Program Review: Privacy Surfaces
SUBJECT: Fwd: Program Review: Privacy Surfaces
FROM: sam heft-luthy <heftluthy@google.com>
TO: privacysurfaces-team <privacysurfaces-team@google.com>;jonathan mcphie <jmcp-
        hie@google.com>
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent: 10/14/2020 9:20:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD034
FILEPATH:
MD5 HASH: DD59B52B251974603EB8E661F234728E

GOOGLE PRIVACY POLICY

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective May 25, 2018

Archived versions

---

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

---

INFORMATION GOOGLE COLLECTS



Rodriguez v Google
Plaintiff's
Trial Exhibit

**PX-062**

# We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to save and manage your location information in your account.

---

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

---

WHY GOOGLE COLLECTS DATA

PX-062.0004 of 0027

# We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

 **Go to Ad Settings**

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

## You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

 Go to Privacy Checkup

## Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls



### Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

**Go to Activity Controls**



### Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

**Go to Ad Settings**



### About you

Control what others see about you across Google services.

**Go to About You**



### Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

**Go to Shared Endorsements**

### Information you share



Control whom you share information with through your account on Google+.

Go to Information You Share

## Ways to review & update your information



**My Activity**

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity



**Google Dashboard**

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard



**Your personal information**

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

 **Export your data**

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

 **Delete your information**

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing a song in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to request a ride from a ride-sharing service, we'll get your permission before sharing your address with that service. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

• Access and retain information stored in your account, like your email

• View statistics regarding your account, like how many apps you install

• Change your account password

• Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

# We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

---

EXPORTING & DELETING YOUR INFORMATION

# You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

 **Export your data**

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

---

 **Delete your information**

---

In some cases, we retain data for limited periods when it needs to be kept for legitimate business or legal purposes. You can read about Google's data retention periods, including how long it takes us to delete your information.

We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

---

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-US and Swiss-US Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

PX-062.0015 of 0027

- Project Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link

## Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center offers advice for staying safe & secure

- Google's privacy site provides more information about how we keep your information private and safe

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies and Principles includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - A page that explains what data is shared with Google when you visit websites that use our advertising, analytics and social products.

  - How Google uses data when you use our partners' sites or apps

ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

### Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

### synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

### services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Project Fi, for a phone plan

### Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

### Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

### ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

### make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

### customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

### personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

### sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## appropriate safeguards

For example, we may anonymize data, or encrypt data to ensure it can't be linked to other information about you. Learn more

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## Customizing our services

For example, we may display a Google Doodle on the Search homepage to celebrate an event specific to your country.

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies and similar technologies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 – 25/Mar/2003 10:15:32 –
http://www.google.com/search?q=cars –
Firefox 1.0.7; Windows NT 5.1 –
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

GOOGLE PRIVACY POLICY

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Effective July 1, 2020

Archived versions

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

INFORMATION GOOGLE COLLECTS

Rodriguez v Google
Plaintiff's
Trial Exhibit
PX-067

# We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information when you use audio features

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect telephony log information like your phone number, calling-party number, receiving-party number, forwarding numbers, time and date of calls and messages, duration of calls, routing information, and types of calls.

You can visit your Google Account to find and manage activity information that's saved in your account.

 **Go to Google Account**

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS

- IP address

- Sensor data from your device

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, including marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

# We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

 **Go to Ad Settings**

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, Google and a Google Analytics customer may link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

---

**YOUR PRIVACY CONTROLS**

## You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

---

 **Go to Privacy Checkup**

---

## Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls



**Activity Controls**

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

**Go to Activity Controls**



**Ad settings**

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

**Go to Ad Settings**



**About you**

Control what others see about you across Google services.

**Go to About You**



**Shared endorsements**

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

**Go to Shared Endorsements**

**Information you share**

 If you're a G Suite user, control whom you share information with through your account on Google+.

**Go to Information You Share**

## Ways to review & update your information

 **My Activity**

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

**Go to My Activity**

 **Google Dashboard**

Google Dashboard allows you to manage information associated with specific products.

**Go to Dashboard**

 **Your personal information**

Manage your contact information, such as your name, email, and phone number.

**Go to Personal Info**

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

 **Export your data**

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

 **Delete your information**

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

---

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services (like G Suite), your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

---

KEEPING YOUR INFORMATION SECURE

## We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

---

EXPORTING & DELETING YOUR INFORMATION

## You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

 **Export your data**

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

 **Delete your information**

RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

## Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data, such as the EU-U.S. and Swiss-U.S. Privacy Shield Frameworks.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

## California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

This Privacy Policy is designed to help you understand how Google handles your information:

- We explain the categories of information Google collects and the sources of that information in Information Google collects.

- We explain how Google uses information in Why Google collects data.

- We explain when Google may share information in Sharing your information. Google does not sell your personal information.

The CCPA also provides the right to request information about how Google collects, uses, and discloses your personal information. And it gives you the right to access your information and request that Google delete that information. Finally, the CCPA provides the right to not be discriminated against for exercising your privacy rights.

We describe the choices you have to manage your privacy and data across Google's services in Your privacy controls. You can exercise your rights by using these controls, which allow you to access, review, update and delete your information, as well as export and download a copy of it. When you use them, we'll validate your request by verifying that you're signed in to your Google Account. If you have questions or requests related to your rights under the CCPA, you (or your authorized agent) can also contact Google.

The CCPA requires a description of data practices using specific categories. This table uses these categories to organize the information in this Privacy Policy.

## Categories of personal information we collect

**Identifiers** such as your name, phone number, and address, as well as unique identifiers tied to the browser, application, or device you're using.

**Demographic information**, such as your age, gender and language.

**Commercial information** such as your payment information and a history of purchases you make on Google's services.

**Biometric information** if you choose to provide it, such as fingerprints in Google's product development studies.

**Internet, network, and other activity information** such as your search terms; views and interactions with content and ads; Chrome browsing history you've synced with your Google Account; information about the interaction of your apps, browsers, and devices with our services (like IP address, crash reports, and system activity); and activity on third-party sites and apps that use our services. You can review and control activity data stored in your Google Account in My Activity.

**Geolocation data**, such as may be determined by GPS, IP address, and other data from sensors on or around your device, depending in part on your device and account settings. Learn more about Google's use of location information.

**Audio, electronic, visual and similar information**, such as voice and audio information when you use audio features.

**Professional, employment, and education information**, such as information you provide or that is maintained through a G Suite account by an organization at which you study or work.

**Other information you create or provide**, such as the content you create, upload, or receive (like photos and videos or emails, docs and spreadsheets). Google Dashboard allows you to manage information associated with specific products.

**Inferences** drawn from the above, like your ads interest categories.

## Business purposes for which information may be used or disclosed

**Protecting against security threats, abuse, and illegal activity**: Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

**Auditing and measurement**: Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers, developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

**Maintaining our services**: Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

**Research and development**: Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

**Use of service providers**: Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

**Advertising**: Google processes information, including online identifiers and information about your

interactions with advertisements, to provide advertising. This keeps Google's services and many of

the websites and services you use free of charge. You can control what information we use to show you ads by visiting your ad settings.

**Legal reasons**: Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law enforcement. We provide information about the number and type of requests we receive from governments in our Transparency Report.

## Parties with whom information may be shared

**Other people with whom you choose to share your information**, like docs or photos, and videos or comments on YouTube.

**Third parties to whom you consent to sharing your information**, such as services that integrate with Google's services. You can review and manage third party apps and sites with access to data in your Google Account.

**Service providers**, trusted businesses or persons that process information on Google's behalf, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

**Domain administrators**, if you work or study at an organization that uses Google services like G Suite.

**Law enforcement or other third parties**, for the legal reasons described in Sharing your information.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

## Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

## Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Play Books

- Payments

- Fiber

- Google Fi

- G Suite for Education

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Voice and Audio Collection from Children's Features on the Google Assistant

## Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

    - How Google uses cookies

    - Technologies used for Advertising

    - How Google uses pattern recognition to recognize things like faces in photos

    - How Google uses information from sites or apps that use our services

## Key terms

### Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

### Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# Additional Context

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-

Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information,

like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

### personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

### phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

### protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

### publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate.

### rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

### safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

### sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

### Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

### servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

### services to make and receive calls or send and receive messages

Examples of these services include:

- Google Hangouts, for making domestic and international calls

- Google Voice, for making calls, sending text messages, and managing voicemail

- Google Fi, for a phone plan

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.

GOOGLE PRIVACY POLICY

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.



Privacy Checkup

Looking to change your privacy settings?

Take the Privacy Checkup

Effective February 10, 2022

Archived versions

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads, analytics, and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web in a private mode, like Chrome Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

Rodriguez v Google
Plaintiff's
Trial Exhibit
PX-072

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

---

INFORMATION GOOGLE COLLECTS

# We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This allows us to do things like maintain your preferences across browsing sessions, such as your preferred language or whether to show you more relevant search results or ads based on your activity.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

## Information we collect as you use our services

## Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type and carrier name, crash reports, which apps you've installed, and, depending on your device settings, other information about how you're using your Android device.

## Your activity

We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for

- Videos you watch

- Views and interactions with content and ads

- Voice and audio information

- Purchase activity

- People with whom you communicate or share content

- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect call and message log information like your phone number, calling-party number, receiving-party number, forwarding numbers, sender and recipient email address, time and date of calls and messages, duration of calls, routing information, and types and volumes of calls and messages.

You can visit your Google Account to find and manage activity information that's saved in your account.

 **Go to Google Account**

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions, search results for things near you, and ads based on your general location.

Your location can be determined with varying degrees of accuracy by:

- GPS and other sensor data from your device

- IP address

- Activity on Google services, such as your searches and places you label like home or work

- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect and how long we store it depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices. And if your Web & App Activity setting is enabled, your searches and other activity from Google services, which may also include location information, is saved to your Google Account. Learn more about how we use location information.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect information about you from trusted partners, such as directory services who provide us with business information to be displayed on

PX-072.0004 of 0032

Google's services, marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertising partners to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

---

WHY GOOGLE COLLECTS DATA

# We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services

We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services

We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.

- We don't show you personalized ads based on your content from Drive, Gmail, or Photos.

- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

 **Go to Ad Settings**

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites or use apps that use Google Analytics, a Google Analytics customer may choose to enable Google to link information about your activity from that site or app with activity from other sites or apps that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And

if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

---

YOUR PRIVACY CONTROLS

# You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition

to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

 Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

 ### Activity Controls

Decide what types of activity you'd like saved in your account. For example, if you have YouTube History turned on, the videos you watch and the things you search for are saved in your account so you can get better recommendations and remember where you left off. And if you have Web & App Activity turned on, your searches and activity from other Google services are saved in your account so you can get more personalized experiences like faster searches and more helpful app and content recommendations. Web & App Activity also has a subsetting that lets you control whether information about your activity on other sites, apps, and devices that use Google services, such as apps you install and use on Android, is saved in your Google Account and used to improve Google services.

**Go to Activity Controls**

 ### Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings



### About you

Manage personal info in your Google Account and control who can see it across Google services.

Go to About You



### Shared endorsements

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements



### Sites and apps that use Google services

Manage information that websites and apps using Google services, like Google Analytics, may share with Google when you visit or interact with their services.

Go to How Google uses information from sites or apps that use our services

## Ways to review & update your information



### My Activity

My Activity allows you to review and control data that's saved to your Google Account when you're signed in and using Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity



### Google Dashboard

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

### Your personal information

 Manage your contact information, such as your name, email, and phone number.

**Go to Personal Info**

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.

- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.

- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

## Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

 **Export your data**

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

 **Delete your information**

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.

- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.

---

SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services, your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email

- View statistics regarding your account, like how many apps you install

- Change your account password

- Suspend or terminate your account access

- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request

- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help operate our data centers, deliver our products and services, improve our internal business processes, and offer additional support to customers and users. We also use service providers to help review YouTube video content for public safety and analyze and listen to samples of saved user audio to help improve Google's audio recognition technologies.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency

Report.

- Enforce applicable Terms of Service, including investigation of potential violations.

- Detect, prevent, or otherwise address fraud, security, or technical issues.

- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.

KEEPING YOUR INFORMATION SECURE

# We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit

- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account

- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems

- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.

---

EXPORTING & DELETING YOUR INFORMATION

# You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

---

   Export your data

---

To delete your information, you can:

- Delete your content from specific Google services

- Search for and then delete specific items from your account using My Activity

- Delete specific Google products, including your information associated with those products

- Delete your entire Google Account

---

   Delete your information

---

RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set

period of time.

- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.

- We keep some data until you delete your Google Account, such as information about how often you use our services.

- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.

COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

This Privacy Policy is designed to help you understand how Google handles your information:

- We explain the categories of information Google collects and the sources of that information in Information Google collects.

- We explain how Google uses information in Why Google collects data.

- We explain when Google may share information in Sharing your information. Google does not sell your personal information.

The CCPA also provides the right to request information about how Google collects, uses, and discloses your personal information. And it gives you the right to access your information and request that Google delete that information. Finally, the CCPA provides the right to not be discriminated against for exercising your privacy rights.

We describe the choices you have to manage your privacy and data across Google's services in Your privacy controls. You can exercise your rights by using these controls, which allow you to access, review, update and delete your information, as well as export and download a copy of it. When you use them, we'll validate your request by verifying that you're signed in to your Google Account. If you have questions or requests related to your rights under the CCPA, you (or your authorized agent) can also contact Google. You can also find more information on Google's handling of CCPA requests.

The CCPA requires a description of data practices using specific categories. This table uses these categories to organize the information in this Privacy Policy.

## Categories of personal information we collect

**Identifiers** such as your name, phone number, and address, as well as unique identifiers tied to the browser, application, or device you're using.

**Demographic information**, such as your age, gender and language.

**Commercial information** such as your payment information and a history of purchases you make on Google's services.

**Biometric information** if you choose to provide it, such as fingerprints in Google's product development studios.

studies.

**Internet, network, and other activity information** such as your search terms; views and interactions with content and ads; Chrome browsing history you've synced with your Google Account; information about the interaction of your apps, browsers, and devices with our services (like IP address, crash reports, and system activity); and activity on third-party sites and apps that use our services. You can review and control activity data stored in your Google Account in My Activity.

**Geolocation data**, such as may be determined by GPS, IP address, and other data from sensors on or around your device, depending in part on your device and account settings. Learn more about Google's use of location information.

**Audio, electronic, visual, and similar information**, such as voice and audio information.

**Professional, employment, and education information**, such as information you provide or that is maintained through an organization using Google services at which you study or work.

**Other information you create or provide**, such as the content you create, upload, or receive (like photos and videos or emails, docs and spreadsheets). Google Dashboard allows you to manage information associated with specific products.

**Inferences** drawn from the above, like your ads interest categories.

## Business purposes for which information may be used or disclosed

**Protecting against security threats, abuse, and illegal activity**: Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

**Auditing and measurement**: Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers, developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

**Maintaining our services**: Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

**Research and development**: Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

**Use of service providers**: Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

**Advertising**: Google processes information to provide advertising, including online identifiers, browsing and search activity, and information about your location and interactions with advertisements. This keeps Google's services and many of the websites and services you use free of charge. You can control what information we use to show you ads by visiting your ad settings.

**Legal reasons**: Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law enforcement. We provide information about the number and type of requests we receive from governments in our Transparency Report.

## Parties with whom information may be shared

**Other people with whom you choose to share your information**, like docs or photos, and videos or comments on YouTube.

**Third parties to whom you consent to sharing your information**, such as services that integrate with Google's services. You can review and manage third party apps and sites with access to data in your Google Account.

**Service providers**, trusted businesses or persons that process information on Google's behalf, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

**Domain administrators**, if you work or study at an organization that uses Google services.

**Law enforcement or other third parties**, for the legal reasons described in Sharing your information.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services

- Services offered by other companies or individuals, including products or sites they offer that may include Google services to which the policy applies, or products or sites displayed to you in search results, or linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System

- Payments

- Fiber

- Google Fi

- Google Workspace for Education

PX-072.0019 of 0032

- Read Along

- YouTube Kids

- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)

- Family Link privacy guide for children & teens

- Voice and Audio Collection from Children's Features on the Google Assistant

If you're a member of an organization that uses Google Workspace or Google Cloud Platform, learn how these services collect and use your personal information in the Google Cloud Privacy Notice.

## Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account

- Privacy Checkup guides you through key privacy settings for your Google Account

- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online

- Google's Teen Privacy Guide provides answers to some of the top questions we get asked about privacy

- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service

- Technologies includes more information about:

  - How Google uses cookies

  - Technologies used for Advertising

  - How Google uses pattern recognition to recognize things like faces in photos

  - How Google uses information from sites or apps that use our services

# Key terms

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 – 25/Mar/2003 10:15:32 –
http://www.google.com/search?q=cars –
Firefox 1.0.7; Windows NT 5.1 –
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.

- `25/Mar/2003 10:15:32` is the date and time of the query.

- `http://www.google.com/search?q=cars` is the requested URL, including the search query.

- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.

- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# Additional Context

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features. Learn more about Google Play Services.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more

- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more

- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more

- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video

- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account

- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more

- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail

- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate. Or, if your business's information appears on a website, we may index and display it on Google services.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.

- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

### servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

### services to make and receive calls or send and receive messages

Examples of these services include:

- Google Voice, for making and receiving calls, sending text messages, and managing voicemail

- Google Meet, for making and receiving video calls

- Gmail, for sending and receiving emails

- Google Chat, for sending and receiving messages

- Google Duo, for making and receiving video calls and sending and receiving messages

- Google Fi, for a phone plan

### show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

### specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

### specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is

merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## Voice and audio information

For example, you can choose whether you want Google to save an audio recording to your Google Account when you interact with Google Search, Assistant, and Maps. When your device detects an audio activation command, like "Hey Google," Google records your voice and audio plus a few seconds before the activation. Learn more

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.



 Account

  

# Activity controls

The data saved in your account helps give you more personalized experiences across all Google services. Choose which settings will save data in your Google Account.

 **Safer with Google**
You control what data gets saved to your account. Learn more



## Web & App Activity

Saves your activity on Google sites and apps, including associated info like location, to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services. Learn more

 Off                                          Turn on

### See and delete activity

     

### Subsettings

☐ Include Chrome history and activity from sites, apps, and devices that use Google services

☐ Include voice and audio activity. Learn more

### Auto-delete (Off)

 Choose an auto-delete option


Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-084**

 Account   



### Location History

Saves where you go with your devices, even when you aren't using a specific Google service, to give you personalized maps, recommendations based on places you've visited, and more. Learn more

⊖ Off                                                                                          Turn on

#### Auto-delete (Not applicable)

🕮 You have no activity to delete. Turn on Location History to choose an auto-delete option                                                                                         ⟩

**Manage history**                                                                                         ⧉

### YouTube History

Saves the YouTube videos you watch and the things you search for on YouTube to give you better recommendations, remember where you left off, and more. Learn more

⊖ Off                                                                                          Turn on

**PX-084.0002 of 0003**



Google Account

☐ Include your searches on YouTube

**Auto-delete (Off)**

Choose an auto-delete option                                          ›

**Manage history**                                                    ⬈



Ad personalization

You can make ads more useful to you

✓ Ad personalization is on

Go to Ad Settings                                                     ›



You can find more privacy and security settings in your Google Account

Go to your Google Account