Message

| | |
|---|---|
| **From:** | Rajni Posner (Google Docs) [comments-noreply@docs.google.com] |
| **Sent:** | 9/25/2018 4:35:13 PM |
| **To:** | heftluthy@google.com |
| **Subject:** | Privacy Advisor review Sep 13 |

Rajni Posner added comments to Privacy Advisor review Sep 13
New

2 comments

New
Comments

 **Sam Heft-Luthy**

All Google activity

"All Google activity" is an overpromise here given that we may store some data not visible in My Activity. For now

"All Web & App activity"
"My Activity"
"Activity across Google"

something like that

 **Jessica Gan Lee**

<div style="border:1px dashed #000; text-align:center;">

# Redacted

</div>

 **Rajni Posner**
Could we just remove "All" in both instances?

"Search Activity"
"Google Activity"

Similarly, it is not ALL search activity, as it is just your activity that you have allowed us to store that you would be able to see, so it is a narrower view of all we know.

**ReplyOpen**

 **Rajni Posner**

interact

+dwarren@google.com
+heftluthy@google.com

Is there a more user-friendly way we can say this? Don't think users say "interact" - very UX term.

How about, just "Links you click on"

Rodriguez v Google
**Plaintiff's
Trial Exhibit**
**PX-212**

**ReplyOpen**

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads.Change what Google Docs sends you.You can not reply to this email.

CONFIDENTIAL

GOOG-RDGZ-00207102

PRODBEG: GOOG-RDGZ-00207101
PRODEND: GOOG-RDGZ-00207102
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE:  Sam Heft-Luthy
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: comments-noreply
DATECREATED:
DATELASTMOD:
DOCTITLE: Privacy Advisor review Sep 13
SUBJECT: Privacy Advisor review Sep 13
FROM: "rajni posner (google docs)" <comments-noreply@docs.google.com>
TO: heftluthy@google.com
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD066
REDACTED: Y
MD5 HASH: 6AD2B8E61D328A9152C870FEAFFAC07C

PRODBEG: GOOG-RDGZ-00207101
PRODEND: GOOG-RDGZ-00207102
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE:  Sam Heft-Luthy
ALLCUSTODIANS:  Sam Heft-Luthy
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: comments-noreply
OWNER: comments-noreply
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 09/25/2018 4:35:00 PM
DOCTITLE: Privacy Advisor review Sep 13
SUBJECT: Privacy Advisor review Sep 13
FROM: "rajni posner (google docs)" <comments-noreply@docs.google.com>
TO: heftluthy@google.com
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent: 09/25/2018 4:35:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: Y
REDACTION TYPE:
PRODVOL: PROD066
FILEPATH:
MD5 HASH: 6AD2B8E61D328A9152C870FEAFFAC07C

Message

| | |
|---|---|
| **From:** | David Warren (Google Docs) [comments-noreply@docs.google.com] |
| **Sent:** | 9/26/2018 8:02:27 AM |
| **To:** | heftluthy@google.com |
| **Subject:** | Privacy Advisor review Sep 13 |

David Warren added comments and suggestions to Privacy Advisor review Sep 13

New                                                            Resolved

2 comments                                        1 rejected suggestion

New
Comments



**David Warren**

Saves

+heftluthy@google.com +annekeglasius@google.com +jessicagl@google.com +jwoll@google.com +davidmonsees@google.com

If we must include "location" in even the shortest of WAA summaries, this is what I suggest.

It's based on the Escurel version but I've dropped 2 things:
1) Chrome history, which I had always understand is mostly kept around only because the Chrome team thinks they're special, and
2) a rationale for the benefits of this data. The page covers this point and it'd be repetitive to include a rationale in each UDC control on this page.



**David Warren**
Escurel string for reference (thanks, Johanna)

Saves your activity on Google, including searches and associated info like location, and activity from sites, apps, and devices that use Google services, like Chrome history, to give you better search results, suggestions, and personalization across Google services.



**Sam Heft-Luthy**
This is pretty hard to parse. Can we do "Saves your activity on sites, apps, and devices that use Google services — including searches and associated info like location."

Regardless I don't want to create another round of iteration here and I'd like to land on something ASAP.



**David Warren**
I like this last. I had a version that started the same way and don't know why I didn't stick with it.

We need Johanna and Monsees (not to mention Jessica) to bless this. The UDC team should essentially 'own' this string.

Rodriguez v Google
**Plaintiff's
Trial Exhibit**
**PX-213**

CONFIDENTIAL                                                                                    GOOG-RDGZ-00207105

**David Warren**

I think maybe my concern was ending with "location," a trigger keyword that's only peripherally related to the core Search experience. I was trying to get "search" close to the middle of the string.

**ReplyOpen**

**Rajni Posner**

what data Google saves and uses across Google services.

I might suggest moving into passive tense here so doesn't feel as dramatic that Google is saving it.

Consider rephrasing:
"what data is saved and used across Google services"

**Alon Sacks**
+1

**Sam Heft-Luthy**
i like to keep active voice when possible so I like current version more but I'm okay with suggested

**David Warren**
I like Rajni's suggestion. It's true that we try to use active voice as a rule, but I like her construction in this case because of the slight ambiguity it introduces. I've even written some strings in the past that make the user the agent when saving data, like "Choose what data you want to save..." If we're pushing the control story, then, in a sense, it's the user choosing what data to save, so let's remove Google as the agent in this case.

**ReplyOpen**

Resolved
Suggestions

**Sam Heft-Luthy**
**Delete:** *","*

**Sam Heft-Luthy**
comma seems strange here

CONFIDENTIAL
GOOG-RDGZ-00207106

 **David Warren**
*Rejected suggestion*

**ReplyOpen**

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads.Change what Google Docs sends you.You can not reply to this email.

CONFIDENTIAL

GOOG-RDGZ-00207107

PRODBEG: GOOG-RDGZ-00207105
PRODEND: GOOG-RDGZ-00207107
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE:  Sam Heft-Luthy
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: comments-noreply
DATECREATED:
DATELASTMOD:
DOCTITLE: Privacy Advisor review Sep 13
SUBJECT: Privacy Advisor review Sep 13
FROM: "david warren (google docs)" <comments-noreply@docs.google.com>
TO: heftluthy@google.com
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD066
REDACTED: N
MD5 HASH: 4FFD8B548BFFA565A1095277D4A48467

PRODBEG: GOOG-RDGZ-00207105
PRODEND: GOOG-RDGZ-00207107
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE:  Sam Heft-Luthy
ALLCUSTODIANS:  Sam Heft-Luthy
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: comments-noreply
OWNER: comments-noreply
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 09/26/2018 8:02:00 AM
DOCTITLE: Privacy Advisor review Sep 13
SUBJECT: Privacy Advisor review Sep 13
FROM: "david warren (google docs)" <comments-noreply@docs.google.com>
TO: heftluthy@google.com
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent: 09/26/2018 8:02:00 AM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD066
FILEPATH:
MD5 HASH: 4FFD8B548BFFA565A1095277D4A48467

Message

| | |
|---|---|
| **From:** | Sam Heft-Luthy [heftluthy@google.com] |
| **Sent:** | 12/11/2018 4:29:34 PM |
| **To:** | Sammit Adhya [sadhya@google.com]; Eddie Lo [eddielo@google.com]; Greg Fair [gregfair@google.com]; Miguel Guevara [mgt@google.com]; David Monsees [davidmonsees@google.com]; Amanda Conway [aconway@google.com]; Nirdhar Khazanie [ninu@google.com] |
| **Subject:** | PDPO PM |

---

- **Sam Heft-Luthy**, `2018-12-11 08:29:34`

anybody watching the Sundar testimony?

- **Sam Heft-Luthy**, `2018-12-11 08:29:40`

<a href="https://www.google.com/url?q=https://www.c-span.org/video/?455607-1/google-ceo-sundar-pichai-testifies-data-privacy-bias-concerns&amp;sa=D&amp;source=hangouts&amp;ust=1544632181068000&amp;usg=AFQjCNEAmrv7O5EsRw5wGiQyDadiNNh77g">https://www.c-span.org/video/?455607-1/google-ceo-sundar-pichai-testifies-data-privacy-bias-concerns</a>

- **Greg Fair**, `2018-12-11 08:32:16`

Want to but can&#39;t due to meetings. Play by play?

- **Miguel Guevara**, `2018-12-11 09:01:28`

Watching now

- **Miguel Guevara**, `2018-12-11 09:03:26`

&quot;perception is reality&quot;--&gt;+1000

- **Miguel Guevara**, `2018-12-11 09:03:32`

Pinecone FTW!

- **Sam Heft-Luthy**, `2018-12-11 09:04:07`

asked a question about android data right at the top and sundar&#39;s answer was not great

- **Miguel Guevara**, `2018-12-11 09:06:48`

Didn&#39;t get to listen to that one

- **Miguel Guevara**, `2018-12-11 09:07:04`

BTW, what is the statement this guy is trying to make? <a href="https://www.google.com/url?q=https://screenshot.googleplex.com/zXCZTB4VsXk.png&amp;sa=D&amp;source=hangouts&amp;ust=1544634424659000&amp;usg=AFQjCNHnqCENEizdoGVNlORp67Eo0lStWg">https://screenshot.googleplex.com/zXCZTB4VsXk.png</a>

- **Eddie Lo**, `2018-12-11 09:09:18`

lol good find. wasnt he at another hearing once too? its the monopoly man

- **Sam Heft-Luthy**, `2018-12-11 09:09:28`

<a href="https://www.youtube.com/watch?v=WfbTbPEEJxI">https://www.youtube.com/watch?v=WfbTbPEEJxI</a> ~ -1:30:00 here

- **Eddie Lo**, `2018-12-11 09:09:52`

he was at the equifax hearing

Rodriguez v Google
**Plaintiff's
Trial Exhibit**
**PX-217**

CONFIDENTIAL

GOOG-RDGZ-00087672

https://lh3.googleusercontent.com/-WOsGNoCYrp4/XA_vX-
lLYRI/AAAAAAAAD9s/O5DqPTl7hew2EimBpOPd16-dNMjPaHjsgCK8BGAs/s0/2018-12-11.png

- **Miguel Guevara**, `2018-12-11 09:10:25`

Mmm....the argument that the legislator just made on consent is similar to what we heard on the Policy roundtable.

- **Miguel Guevara**, `2018-12-11 09:11:02`

@David Monsees I think this relates to our convo last week on trying to find ways in which we can minimize the privacy concerns of data collection and processing with strong technology

- **Miguel Guevara**, `2018-12-11 09:11:45`

@Eddie Lo lol -- is the aim of having the Monopoly man to show how much cash Google has?

- **Miguel Guevara**, `2018-12-11 09:14:20`

@Sam Heft-Luthy Yes, response wasn&#39;t great

- **Sam Heft-Luthy**, `2018-12-11 09:16:52`

lol the guy talking about the Republican&#39;s terrible healthcare bill asking &quot;why was it so hard to find positive stories about it&quot;

- **Miguel Guevara**, `2018-12-11 09:18:23`

Unbelievable

- **Miguel Guevara**, `2018-12-11 09:18:45`

I mean, is he suggesting we should turn into a company where discussion is censored?

- **David Monsees**, `2018-12-11 09:19:19`

Yes, yes he is

- **Sam Heft-Luthy**, `2018-12-11 09:19:28`

lol &quot;why were all the articles about {bill that would, by design, kill hundreds of thousands of people} so negative&quot;?

- **David Monsees**, `2018-12-11 09:19:36`

Just like the earlier questions about Trump news and ads auction

- **Miguel Guevara**, `2018-12-11 09:20:11`

I think Sundar should come more often to our values, and freedom of expression is a very big one.

- **David Monsees**, `2018-12-11 09:20:12`

*thousands of poor people

- **Sam Heft-Luthy**, `2018-12-11 09:27:43`

Issa requesting easier consistent access to data controls <br><br>&quot;can you commit...to improve the dashboard, transparency, and the tools...in order to turn off things they may not want to have&quot;

- **Sam Heft-Luthy**, `2018-12-11 09:28:12`

&quot;I will tell you, each time I try to turn it on and off, refreshing my memory is a pain because there is no simple place to go to find out how to do it&quot;

- **Miguel Guevara**, `2018-12-11 09:31:27`

lol

- **Sam Heft-Luthy**, `2018-12-11 09:42:34`

CONFIDENTIAL
GOOG-RDGZ-00087673

&quot;have you considered having an online school with a Google rep that you could go to&quot; - Steve Cohen (D) Tenessee

- **Sam Heft-Luthy**, `2018-12-11 09:42:43`

*Tennessee

- **David Monsees**, `2018-12-11 10:09:57`

FYI, I&#39;m thinking of making retention set per product (vs. UDC setting). I&#39;ve been pushing for per-UDC because &quot;off == 0 retention&quot;, but I&#39;m pretty sure products will want different defaults and WAA is just too big.

- **Miguel Guevara**, `2018-12-11 10:09:59`

I hope that Sundar&#39;s comment on Privacy as sacrosanct and an area where there is more to do means we get more HC next year!

- **David Monsees**, `2018-12-11 10:10:05`

thoughts?

- **David Monsees**, `2018-12-11 10:11:12`

I really can&#39;t think of a good UX, but meh

- **Miguel Guevara**, `2018-12-11 10:11:46`

I think that a per product retention makes sense. It reinforces user control.

- **Sam Heft-Luthy**, `2018-12-11 10:15:22`

@David Monsees - I like the idea of a &quot;Keep data from {Product} for X&quot; at the top of Privacy Advisor pages

- **Sam Heft-Luthy**, `2018-12-11 10:15:27`

er at the top of the activity module

- **David Monsees**, `2018-12-11 10:17:03`

The only disconnect is that opt-out of collection will be at a different level

- **David Monsees**, `2018-12-11 10:17:32`

and now we give users a bunch of retention options, vs., ~5

- **Sam Heft-Luthy**, `2018-12-11 10:21:24`

so the Privacy Advisor-level view would be, like for Search:<br><br>Activity Controls<br>-Keep data from Search for {dropdown}<br><br>&gt;Web &amp; App Activity {on/off}<br>&gt;Voice &amp; Audio Activity {on/off}

CONFIDENTIAL

GOOG-RDGZ-00087674

PRODBEG: GOOG-RDGZ-00087672
PRODEND: GOOG-RDGZ-00087674
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Dave Monsees
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: heftluthy
DATECREATED:
DATELASTMOD: 12/11/2018
DOCTITLE: PDPO PM
SUBJECT: PDPO PM
FROM: sam heft-luthy <heftluthy@google.com>
TO: eddie lo <eddielo@google.com>;amanda conway <aconway@google.com>;sammit adhy-
        a <sadhya@google.com>;david monsees <davidmonsees@google.com>;nir-
        dhar khazanie <ninu@google.com>;miguel guevara <mgt@google.com>;g-
        reg fair <gregfair@google.com>
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD031
REDACTED: N
MD5 HASH: 17FDCDA1EF692694FAE4447745D68EDB

PRODBEG: GOOG-RDGZ-00087672
PRODEND: GOOG-RDGZ-00087674
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Dave Monsees
ALLCUSTODIANS: Dave Monsees
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: heftluthy
OWNER: heftluthy
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 12/11/2018
LASTMODTIME:
DateTimeMod: 12/11/2018 4:29:00 PM
DOCTITLE: PDPO PM
SUBJECT: PDPO PM
FROM: sam heft-luthy <heftluthy@google.com>
TO: eddie lo <eddielo@google.com>;amanda conway <aconway@google.com>;sammit adhy-
        a <sadhya@google.com>;david monsees <davidmonsees@google.com>;nir-
        dhar khazanie <ninu@google.com>;miguel guevara <mgt@google.com>;g-
        reg fair <gregfair@google.com>
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD031
FILEPATH:
MD5 HASH: 17FDCDA1EF692694FAE4447745D68EDB



# Google Analytics For Firebase SDK Deep Dive

February 2019

Confidential + Proprietary



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-232**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00028906



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-RDGZ-00028907



Firebase is a big bet for 2019.. Why is it a big bet for Google?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   GOOG-RDGZ-00028908



Why is this beneficial for Google?
Last year Google generated $6.5 billion in app promo revenue and about 80% of that revenue globally runs through an AAP putting us at risk. We plan to mitigate this risk and dependency by asking advertisers to add our SDK.

Why is this beneficial for advertisers? As more of products shift towards machine learning we need to secure reliable advertiser data to better feed the machine to produce improved performance

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                GOOG-RDGZ-00028909

Internal and Confidential

## Goal Of This Training

- Get familiar with the strategy, SDK products, and timelines
- Understand that you will have support
- Get ready for beta activation
- Provide you the opportunity to get your questions and concerns addressed by PMs

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Internal and Confidential

## Myth Busting

I will have to be able to speak to the analytics, attribution and developer features in a pitch.
- The priority for this push is SDK App Conversion Tracking

Support will be sparse
- We secured additional gTech headcount to give you the support you need

Scaled activation in Q2 means we will have to pitch every client!
- Even in Q2, each region will have a targeted lead list

We will be selling against the AAPS
- We are going to market with a "better together" narrative



better together

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028911



PX-232.0007 of 0060



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        GOOG-RDGZ-00028913



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028915



## How did we decide on the features we will include?

### (2) Top FRs in Product Prio and advertiser interviews

| Category | Feature (ETA) | Demand (% UAC rev) | Benefits |
|---|---|---|---|
| Performance | Automated similar audience lists (Q1) | 100% | Improve perf w/ high value audience signal |
| Performance | Faster UAC ramp up (Q2 across all stacks) | 100% | Higher volume within target faster |
| UACe | Firebase audiences for UACe (Q2) | TBD | Enhanced audience capabilities |
| UAC | tROAS bidding (in beta, exclusive to GA4F in Q1) | 35% | Optimise for value (purchase events) |
| UAC | Negative targeting (Alpha in Q2) | 33% | Improve campaign efficiency, exclude specific user set |
| UAC | pLTV optimization/event prediction (H2) | 60% | Use associated shallow events to optimise |
| Hybrids | Deferred deep linking (Alpha in Q2) | 8% | Custom experience for users |
| Hybrids | X-environment reporting in Gold (H2 beta) | 31% | Unified reporting across web/app |

Factored top SDK features requested by advertisers; Principle: Feature should justifiably rely on higher data quality to deliver advertiser value; All features exclusive to SDK except UACe; Matches most of the offerings from FB

Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028916



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028917



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028919



\*The overall impact was lower than the average, as the biggest gains were on smaller campaigns

Rasta: https://rasta.corp.google.com/#/metrics?label=_:DiSz9FiG7It7r_i-YDqFvX7DN6A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00028921



80% of Android revenue will move to 2nd bucket

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Already presented to app dev
Educate, Activate, support
Hightouch and scaled
Activating customers across SDK segments

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00028923



NA LCS - 99 Drivers, ifood, Kabam
GCS - Disruptor Beam, MoneyLion, Peoplefun, Postmates Delivery, Root Insurance Company, tastypill, Tophatter

EMEA LCS: King, Mail.ru, Playrix, Vizor, Huuge Games, Joytunes,
EMEA GCS: Olymptrade, Smartex Int

Clients that want to be on the lead list? at the moment the beta will be closed/limited because of limited gTech support we may be able to swap out some advertisers on the lead list though if there is urgency! I can speak to this if asked!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     GOOG-RDGZ-00028925



Points:
SDK funnel
Number of events
Value props

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00028927

| Id | Date | Text |
|----|------|------|
| 1 | 02/08/2019 15:45:17 | +braendle@google.com Tanja to present slides 24-26 and go through the dashboard demo! |

Google

Confidential ▪ Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028928



Points:
SDK funnel
Number of events
Value props

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     GOOG-RDGZ-00028929



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     GOOG-RDGZ-00028930



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          GOOG-RDGZ-00028931



Points:
SDK funnel
Number of events
Value props

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Meet the PMs:







Rahul - App Measurement          David - UAC Value          Patrick -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028933

FAQs General

Why doesn't Google just begin using all the non-Google attributed data that we are currently sending via our MMP integration? If this is a platform data sharing issue, it would likely be easier for our clients to authorize access to us than it would be to implement a new SDK. If it's user-privacy related, what is our plan to obtain user consent?

Google                                                    Confidential + Proprietary

PM: From a legal point of view and a privacy point of view we can't use unattributed data that we get from the 3Ps for UAC/adwords. So yes we do receive the data but non we can not use it hence why we are asking for the FIrebase SDK - so we can get cleaner data from a privacy stand point.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              GOOG-RDGZ-00028934

FAQs General

**Will my advertiser's data help improve performance of their competitors' apps? How are we handling this objection?**

Google

Confidential • Proprietary

PM: This question is not anything new - we get these questions for UAC. This will disproportionately help advertiser A more than their competitors. To the extent that it helps an App remap up faster or find better users its going to help that specific app. The data will be specific to that specific app. Make sure to ask advertisers to tag events that are very specific to their app and their business. With your advertisers data you will be vastly improving your own campaigns for your app/apps.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FAQs General

**Adding an additional SDK can slow down an app due to SDK weight. How are we addressing this concern?**

Google

Confidential • Proprietary

PM: We've always cared about performance and put time and effort into making sure its as slim as possible and does not negatively impact the performance of apps. We can provide a weight number to concerned developers. If you need to pitch a client we need to talk about our ties to android and that we care to build an efficient and second is using the dashboard providing a number in terms of SDK weight and latency.

Will we support unity engine? I'm unaware - we have to ask the Firebase team. Keep in mind there's 18 features in Firebase. We are not supporting Unity - just android and iOS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-RDGZ-00028936

| Id | Date | Text |
|---|---|---|
| 1 | 02/07/2019 20:37:00 | +roak@google.com +sganem@google.com question for you for the deep dive sessions next week<br>_Reassigned to Rahul Oak_ |
| 1 | 02/07/2019 20:37:00 | The SDK team can provide you with general latency information so you can communicate these for the purposes of objection-handling.<br><br>+bgram@google.com +guipuglia@google.com |

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028937

## FAQs EMEA

What's the solution for edge case clients (usually very large ones) that due to legal/contractual limitations cannot integrate Firebase and switch bidding? (I'd imagine Booking.com, Amazon etc)

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00028938

## FAQs EMEA

Being able to provide a fast ramp-up to UAC with Firebase bidding is a great selling point that should convince most of the client. As we have already heard any sort of improvements rumors, from 3 days ramp up to 48h ramp-up, could we get more specific intel/support/proofs for a more solid narrative?

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028939

| Id | Date | Text |
|----|------|------|
| 1 | 02/07/2019 21:09:08 | +dlschac@google.com , but Tanja, whats the ask for this? Do we need to have answers for these ready? A bit of a short TAT if this meeting is Monday :) |
| 3 | 02/07/2019 21:27:19 | Just flagging that this is a question that sales asked. If your response to that is that we don't have an answer yet and we're working on that, that's fine! |
| 2 | 02/07/2019 21:55:56 | Okay makes sense! +dlschac@google.com look for your steer on how detailed you can/want to get here, but FYI this will come up |
| 2 | 02/07/2019 23:03:10 | +seisler@google.com question on UAC ramp. Is that Patrick or Dave? _Reassigned to Samantha Eisler_ |
| 1 | 02/07/2019 23:03:10 | I think the point to get across is that this is a feature we are aware of, working on, and will have deliverable for in Q2.  I'd like to stay away from any specifics other than that though. |

Google

Confidential - Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00028940

## FAQs EMEA

I believe I understood we will have a mechanism allowing clients to copy paste their 3P event setup into Firebase, to simplify the switch ("wrapper"). Will this copy paste work for any kind of event, even custom ones? Any known limitation that we should anticipate?

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028941

| Id | Date | Text |
|----|------|------|
| 4 | 02/07/2019 19:58:41 | +roak@google.com question for you _Assigned to Rahul Oak_ |

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028942

FAQs EMEA

Do Firebase audiences/reports take into account user consent/GDPR regulations? i.e. if a user opts out of tracking, will they get added to FiB audiences and/or reporting?

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028943

| Id | Date | Text |
|----|------|------|
| 5 | 02/07/2019 20:35:54 | +sganem@google.com question for you. Since you can't attend EMEA, can you please respond directly on the slide? _Reassigned to Steve Ganem_ |
| 2 | 02/07/2019 20:35:54 | This is a nuanced question; impossible to answer with a single Yes/No. There is a device-level setting (LAT), advertiser/publisher privacy settings (NPA,TFUA, TFCD), an app-level setting (COPPA), and an account-level setting (Narnia2). |

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028944



PX-232.0040 of 0060



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00028946



Already presented to app dev
Educate, Activate, support
Hightouch and scaled
Activating customers across SDK segments

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-RDGZ-00028947

| Id | Date | Text |
|----|------|------|
| 2 | 02/10/2019 21:46:24 | +rspector@google.com Thanks for adding! Just FYI I added "GCS" in the title to differentiate. Also added LCS to my slide. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028948



Already presented to app dev
Educate, Activate, support
Hightouch and scaled
Activating customers across SDK segments

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00028949



**Pilot Goals:**
**Feedback**
**Success cases to support scaled activation**

**Q2 Focus on the head, stress test our scaled tools**
**Q3 Torso Activation**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



PX-232.0046 of 0060



We will create lead lists quarter by quarter

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Id | Date | Text |
|----|------|------|
| 3 | 02/10/2019 21:45:24 | +bennettd@google.com Im going to delete this slide and just present slide 18 |

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028953



Americas Specific Meet the PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     GOOG-RDGZ-00028954

FAQs Americas

**Will switching to Firebase conversions impact/disrupt current UAC campaigns? Do they have to go into learning mode again**

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00028955

| Id | Date | Text |
|----|------|------|
| 6 | 02/07/2019 19:57:07 | +roak@google.com question for you _Assigned to Rahul Oak_ |

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028956

FAQs Americas

**Do we have any ballpark % performance increase by CPI/CPA/other metrics that we will be able to share with clients?**

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028957

| Id | Date | Text |
|----|------|------|
| 7 | 02/07/2019 19:57:21 | +roak@google.com question for you _Assigned to Rahul Oak_ |

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028958

FAQs Americas

**Given the lack of transparency of UAC and recent concerns about privacy, are we able to share what data signals exactly will help UAC perform better?**

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00028959

| Id | Date | Text |
|----|------|------|
| 8 | 02/07/2019 19:57:36 | +roak@google.com question for you _Assigned to Rahul Oak_ |

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028960

FAQs Americas

**What is our strategy for current UAC Value and Similar Audiences beta testers that don't have the SDK?**

Google

Confidential + Proprietary

GPL: We will give clients a date that they have to adopt the SDK by. The date is still being determined.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Id | Date | Text |
|----|------|------|
| 9 | 02/07/2019 21:09:53 | +seisler@google.com +maginnis@google.com +dlschac@google.com heads-up question for you during the deep dive sessions next week _Reassigned to Samantha Eisler_ |
| 3 | 02/07/2019 21:09:53 | If our answer is "They cannot use these features"... are you (Tanja) ok w/ that? |

Google

Confidential • Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00028962



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00028963

| Id | Date | Text |
|---|---|---|
| 4 | 02/08/2019 16:48:31 | Will delete this slide prior to training |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GOOG-RDGZ-00028964

PRODBEG: GOOG-RDGZ-00028906
PRODEND: GOOG-RDGZ-00028964
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Steve Ganem
DOCTYPE:
FILENAME: Firebase Strategy, Global Deep Dive Trainin_1G6cRH8CpOdwqWt7-EDu_hdHb0-
        WtgCLjBmszygWsoYUE.pptx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED: 02/04/2019
DATELASTMOD: 02/25/2019
DOCTITLE: Firebase Strategy, Global Deep Dive Training, Q1 2019
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD012
REDACTED: N
MD5 HASH: 10DE88BB778054D58A7C5DED5928142C

PRODBEG: GOOG-RDGZ-00028906
PRODEND: GOOG-RDGZ-00028964
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Steve Ganem
ALLCUSTODIANS: Steve Ganem
DOCTYPE:
DOC TYPE:
FILENAME: Firebase Strategy, Global Deep Dive Trainin_1G6cRH8CpOdwqWt7-EDu_hdHb0-
        WtgCLjBmszygWsoYUE.pptx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER: gieschen@google.com
DATECREATED: 02/04/2019
CREATEDTIME:
DateTimeCreated: 02/04/2019 10:28:00 PM
DATELASTMOD: 02/25/2019
LASTMODTIME:
DateTimeMod: 02/25/2019 3:17:00 PM
DOCTITLE: Firebase Strategy, Global Deep Dive Training, Q1 2019
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD012
FILEPATH:
MD5 HASH: 10DE88BB778054D58A7C5DED5928142C

Message

Rodriguez v. Google
Plaintiff's Trial Exhibit

**PX-345**

**From:**    Mahalia Miller [mahalia@google.com]
**Sent:**    1/6/2017 10:40:43 PM
**To:**    Debbie Blackwood [blackwood@google.com]
**CC:**    Eric Miraglia [miraglia@google.com]
**Subject:**    Re: Issue 27172760: CB2: consider targeting some users with WAA off who never turned it off, with different consent text

Thanks Debbie!

On Fri, Jan 6, 2017 at 2:40 PM Debbie Blackwood <blackwood@google.com> wrote:
Hi Mahailia,

This is one of the number of meetings that I am currently working on getting calendared.

Thanks,

Debbie


Debbie Blackwood | ABP, API | | W: +1.415.214.4542 | M: +1.415.757.7639


On Fri, Jan 6, 2017 at 2:36 PM, Mahalia Miller <mahalia@google.com> wrote:
Eric and Debbie,
Is there a Narnia 2.0 Hunger Games planned? We need to make sure to have an ads rep for that meeting.

Thanks!
Mahalia
---------- Forwarded message ---------
From: mahalia <buganizer-system+mahalia@google.com>
Date: Fri, Jan 6, 2017 at 2:35 PM
Subject: Re: Issue 27172760: CB2: consider targeting some users with WAA off who never turned it off, with different consent text
To: <b-system+-686235051@google.com>
Cc: <consent-bump-eng+bug@google.com>


https://buganizer.corp.google.com/issues/27172760

**Changed**

**mahalia@google.com** added note:
Seems like a good part of the hunger games and we need to make sure to have an ads representative in the room, because I doubt this is a nice-to-have from their point of view.

CONFIDENTIAL

GOOG-RDGZ-00150067

On Fri, Jan 6, 2017 at 6:24 AM adamwos <buganizer-system+adamwos@google.com>
wrote:


>
> https://buganizer.corp.google.com/issues/27172760
>
> *Changed*
>
> *adamwos@google.com <adamwos@google.com> added note: *
> Mahalia, Tania, Eric, can you please consider this as part of the "hunger
> games"? Are we keeping this open or can we close this as "Infeasible: we
> don't have people to ever get to this."?
>
> _____
>
> *Reference Info: 27172760 CB2: consider targeting some users with WAA off
> who never turned it off, with different consent text*
> component: Privacy > Consent Bump > Auth CB
>
> status: Assigned
> reporter: davidmonsees@google.com
> assignee: mahalia@google.com
> cc: footprints-team+bugs-infra@google.com, jmcphie@google.com,
> udc-pm@google.com, and 7 more
>
> type: Feature Request P2 S2
> hotlist: CB_Ext <https://buganizer.corp.google.com/hotlists/338770>,
> CB2_Backlog <https://buganizer.corp.google.com/hotlists/345372>
>
>
> Generated by Buganizer v2 notification system (go/bv2-email-intro)
> Feedback? go/bv2-email-feedback
>
> You're receiving this email because you are subscribed to updates on
> Buganizer issue 27172760
> <https://buganizer.corp.google.com/issues/27172760> where you have the
> roles: assignee, cc.
>


_____

**Reference Info: 27172760 CB2: consider targeting some users with WAA off who never turned it off,
with different consent text**
    Privacy > Consent Bump > Auth CB
    Assigned
        davidmonsees@google.com
        mahalia@google.com
    footprints-team+bugs-infra@google.com, jmcphie@google.com, udc-pm@google.com, and 7 more
    Feature Request P2 S2
        CB_Ext, CB2_Backlog

CONFIDENTIAL

Generated by Buganizer v2 notification system (go/bv2-email-intro)
Feedback? go/bv2-email-feedback

27172760

CONFIDENTIAL

GOOG-RDGZ-00150069

PRODBEG: GOOG-RDGZ-00150067
PRODEND: GOOG-RDGZ-00150069
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Eric Miraglia
ALLCUSTODIANS: Eric Miraglia
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: mahalia
OWNER: mahalia
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 01/06/2017 10:40:00 PM
DOCTITLE: Re: Issue 27172760: CB2: consider targeting some users with WAA off wh-
        o never turned it off, with different consent text
SUBJECT: Re: Issue 27172760: CB2: consider targeting some users with WAA off who-
        never turned it off, with different consent text
FROM: mahalia miller <mahalia@google.com>
TO: debbie blackwood <blackwood@google.com>
CC: eric miraglia <miraglia@google.com>
BCC:
DATESENT:
TIMESENT:
DateTimeSent: 01/06/2017 10:40:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD034
FILEPATH:
MD5 HASH: E06E8391BA4F6384C8003572EF216924

# PX-403

GOOG-RDGZ-00204475

Spreadsheet titled "Google Accounts with WAA and/or sWAA on/off on a monthly basis"

**See Separate Printed Binder Copy or Electronic Copy, filed via box.com**



PRODBEG: GOOG-RDGZ-00204475
PRODEND: GOOG-RDGZ-00204475
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE:  Google
DOCTYPE:
FILENAME: Copy_of_b_255984167_Request_for_Litigation.xlsx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED:
DATELASTMOD:
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD065
REDACTED: N
MD5 HASH: 24F9F7C6D8AADC167DB2432F807A82E0

PRODBEG: GOOG-RDGZ-00204475
PRODEND: GOOG-RDGZ-00204475
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE:  Google
ALLCUSTODIANS:  Google
DOCTYPE:
DOC TYPE:
FILENAME: Copy_of_b_255984167_Request_for_Litigation.xlsx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER:
DATECREATED:
CREATEDTIME:
DateTimeCreated: 11/22/2022 2:51:00 PM
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 11/22/2022 2:51:00 PM
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD065
FILEPATH:
MD5 HASH: 24F9F7C6D8AADC167DB2432F807A82E0

# PX-404

GOOG-RDGZ-02111191

Monthly (s)WAA-Off Accounts from May 2020 through July 2024

**See Separate Printed Binder Copy or Electronic Copy, filed via box.com**



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-404**

PRODBEG: GOOG-RDGZ-02111191
PRODEND: GOOG-RDGZ-02111191
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Google
DOCTYPE:
FILENAME: Rodriguez_update_E.xlsx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED: 08/15/2024
DATELASTMOD: 08/15/2024
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD095
REDACTED:
MD5 HASH: DC29AB5DDEDEF7FC89A74DC16FA12116

PRODBEG: GOOG-RDGZ-02111191
PRODEND: GOOG-RDGZ-02111191
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Google
ALLCUSTODIANS: Google
DOCTYPE:
DOC TYPE:
FILENAME: Rodriguez_update_E.xlsx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER:
DATECREATED: 08/15/2024
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 08/15/2024
LASTMODTIME:
DateTimeMod:
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED:
REDACTION TYPE:
PRODVOL: PROD095
FILEPATH:
MD5 HASH: DC29AB5DDEDEF7FC89A74DC16FA12116

# PX-405

GOOG-RDGZ-02111194

Monthly (s)WAA-Off Accounts from August 2024 through
September 2024

**See Separate Printed Binder Copy or Electronic
Copy, filed via box.com**



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-405**

PRODBEG: GOOG-RDGZ-02111194
PRODEND: GOOG-RDGZ-02111194
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Google
DOCTYPE:
FILENAME: Rodriguez_Update_I.xlsx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED: 02/07/2025
DATELASTMOD: 02/07/2025
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD098
REDACTED: N
MD5 HASH: 1B79DE73DA819EE93ED26FF813C52A2C

PRODBEG: GOOG-RDGZ-02111194
PRODEND: GOOG-RDGZ-02111194
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Google
ALLCUSTODIANS: Google
DOCTYPE:
DOC TYPE:
FILENAME: Rodriguez_Update_I.xlsx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER:
DATECREATED: 02/07/2025
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 02/07/2025
LASTMODTIME:
DateTimeMod:
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD098
FILEPATH:
MD5 HASH: 1B79DE73DA819EE93ED26FF813C52A2C

# PX-419

GOOG-RDGZ-00184247

App Promo Income Statement

**See Separate Printed Binder Copy or Electronic Copy, filed via box.com**



PRODBEG: GOOG-RDGZ-00184247
PRODEND: GOOG-RDGZ-00184247
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE:  Google
DOCTYPE:
FILENAME: DVAA_P_L_2017-2020.xlsx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED:
DATELASTMOD:
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD037
REDACTED: N
MD5 HASH: 24FEE5A5940C7ED8FA0D45EC3ABF8689

PRODBEG: GOOG-RDGZ-00184247
PRODEND: GOOG-RDGZ-00184247
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE:  Google
ALLCUSTODIANS:  Google
DOCTYPE:
DOC TYPE:
FILENAME: DVAA_P_L_2017-2020.xlsx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER:
DATECREATED:
CREATEDTIME:
DateTimeCreated: 08/25/2022 5:36:00 PM
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 08/25/2022 5:36:00 PM
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD037
FILEPATH:
MD5 HASH: 24FEE5A5940C7ED8FA0D45EC3ABF8689

# PX-421

GOOG-RDGZ-02111189

App Promo Revenue Data

**See Separate Printed Binder Copy or Electronic Copy, filed via box.com**



Rodriguez v Google
Plaintiff's
Trial Exhibit

PX-421

PRODBEG: GOOG-RDGZ-02111189
PRODEND:
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE:
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED:
DATELASTMOD:
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY:
PRODVOL:
REDACTED:
MD5 HASH:

PRODBEG: GOOG-RDGZ-02111189
PRODEND:
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE:
ALLCUSTODIANS:
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER:
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD:
LASTMODTIME:
DateTimeMod:
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY:
REDACTED:
REDACTION TYPE:
PRODVOL:
FILEPATH:
MD5 HASH:

Access time: 2022/8/16 3:10pm PST

Adid-idfa:adid-f6768155-8655-44a9-8cff-c00b9344f95e

Appads_firebase_app_first_open_from_bow_raw

```
{
  column: [{
    name: "com.ectosense.nightowl",
    cell:    [{
      timestamp: 1623869042669259,
      Value: {
        app_id: "com.ectosense.nightowl",
        event_name: APP_OPEN,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "first_open"
        }
      }
    }]
  },{
    name: "com.mining.app.mipca",
    cell:    [{
      timestamp: 1623810018626541,
      Value: {
        app_id: "com.mining.app.mipca",
        event_name: APP_OPEN,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "first_open"
        }
      }
    }]
  },{
    name: "com.robinhood.android",
    cell:    [{
      timestamp: 1626455621698736,
      Value: {
        app_id: "com.robinhood.android",
```



```
      event_name: APP_OPEN,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "first_open"
      }
    }
  }]
 }]
}
}
```

## Appads_app_from_bow_raw

```
{
  column: [{
    name: "com.android.vending",
    cell:    [{
      timestamp: 1626454643444951,
      Value: {
        app_id: "com.android.vending",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "free_acquisition_apps_games"
        }
      }
    },{
      timestamp: 1626454643437500,
      Value: {
        app_id: "com.android.vending",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1623868993521630,
      Value: {
        app_id: "com.android.vending",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00182722

```
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1623868993501167,
    Value: {
      app_id: "com.android.vending",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "free_acquisition_apps_games"
      }
    }
  },{
    timestamp: 1623810123754844,
    Value: {
      app_id: "com.android.vending",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "free_acquisition_apps_games"
      }
    }
  },{
    timestamp: 1623810123486676,
    Value: {
      app_id: "com.android.vending",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1623697285276950,
    Value: {
      app_id: "com.android.vending",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
```

```
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1623697285109834,
      Value: {
        app_id: "com.android.vending",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "free_acquisition_apps_games"
        }
      }
    }]
  },{
    name: "com.cricketwireless.thescoop",
    cell:   [{
      timestamp: 1626365670623404,
      Value: {
        app_id: "com.cricketwireless.thescoop",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "navigation"
        }
      }
    },{
      timestamp: 1625068224591460,
      Value: {
        app_id: "com.cricketwireless.thescoop",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "navigation"
        }
      }
    },{
      timestamp: 1625068224575758,
      Value: {
        app_id: "com.cricketwireless.thescoop",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
```

```
            advertiser_use_case:        [CONVERSION,REMARKETING],
            platform: ANDROID,
            conversion: {
              event_name: "navigation"
            }
          }
        }]
    },{
      name: "com.duolingo",
      cell:   [{
        timestamp: 1627249059388527,
        Value: {
          app_id: "com.duolingo",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      },{
        timestamp: 1627249059386008,
        Value: {
          app_id: "com.duolingo",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "show_home"
          }
        }
      }]
    },{
      name: "com.estmob.android.sendanywhere",
      cell:   [{
        timestamp: 1614564388322135,
        Value: {
          app_id: "com.estmob.android.sendanywhere",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      }]
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
},{
  name: "com.google.android.apps.maps",
  cell:   [{
    timestamp: 1627421980312946,
    Value: {
      app_id: "com.google.android.apps.maps",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1627175171148332,
    Value: {
      app_id: "com.google.android.apps.maps",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "TYPED_SEARCH_AGMM"
      }
    }
  },{
    timestamp: 1627174755575221,
    Value: {
      app_id: "com.google.android.apps.maps",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "TYPED_SEARCH_AGMM"
      }
    }
  },{
    timestamp: 1627174582745917,
    Value: {
      app_id: "com.google.android.apps.maps",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "TYPED_SEARCH_AGMM"
      }
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
        }
   },{
     timestamp: 1627174582505577,
     Value: {
       app_id: "com.google.android.apps.maps",
       event_name: USER_ENGAGEMENT,
       source: BOW_FIREBASE,
       advertiser_use_case:        [CONVERSION,REMARKETING],
       platform: ANDROID,
       conversion: {
         event_name: "TYPED_SEARCH_AGMM"
       }
     }
   },{
     timestamp: 1627173351902559,
     Value: {
       app_id: "com.google.android.apps.maps",
       event_name: USER_ENGAGEMENT,
       source: BOW_FIREBASE,
       advertiser_use_case:        [CONVERSION,REMARKETING],
       platform: ANDROID,
       conversion: {
         event_name: "TYPED_SEARCH_AGMM"
       }
     }
   },{
     timestamp: 1627173286409345,
     Value: {
       app_id: "com.google.android.apps.maps",
       event_name: USER_ENGAGEMENT,
       source: BOW_FIREBASE,
       advertiser_use_case:        [CONVERSION,REMARKETING],
       platform: ANDROID,
       conversion: {
         event_name: "TYPED_SEARCH_AGMM"
       }
     }
   },{
     timestamp: 1627172611325855,
     Value: {
       app_id: "com.google.android.apps.maps",
       event_name: USER_ENGAGEMENT,
       source: BOW_FIREBASE,
       advertiser_use_case:        [CONVERSION,REMARKETING],
       platform: ANDROID,
       conversion: {
         event_name: "session_start"
       }
     }
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
},{
  timestamp: 1626397585789365,
  Value: {
    app_id: "com.google.android.apps.maps",
    event_name: USER_ENGAGEMENT,
    source: BOW_FIREBASE,
    advertiser_use_case:      [CONVERSION,REMARKETING],
    platform: ANDROID,
    conversion: {
      event_name: "TYPED_SEARCH_AGMM"
    }
  }
},{
  timestamp: 1626397143049824,
  Value: {
    app_id: "com.google.android.apps.maps",
    event_name: USER_ENGAGEMENT,
    source: BOW_FIREBASE,
    advertiser_use_case:      [CONVERSION,REMARKETING],
    platform: ANDROID,
    conversion: {
      event_name: "TYPED_SEARCH_AGMM"
    }
  }
}]
},{
  name: "com.google.android.apps.nbu.files",
  cell:    [{
    timestamp: 1627049666515752,
    Value: {
      app_id: "com.google.android.apps.nbu.files",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:      [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1626889901954763,
    Value: {
      app_id: "com.google.android.apps.nbu.files",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:      [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
        }
      }
    },{
      timestamp: 1626793497949948,
      Value: {
        app_id: "com.google.android.apps.nbu.files",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1626747843725299,
      Value: {
        app_id: "com.google.android.apps.nbu.files",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1626636492335719,
      Value: {
        app_id: "com.google.android.apps.nbu.files",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1626591116746195,
      Value: {
        app_id: "com.google.android.apps.nbu.files",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      }
  },{
    timestamp: 1626453148272119,
    Value: {
      app_id: "com.google.android.apps.nbu.files",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1626453119320070,
    Value: {
      app_id: "com.google.android.apps.nbu.files",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "FILES_GO_TOTAL_STORAGE_CARD_GENE"
      }
    }
  },{
    timestamp: 1626453067677806,
    Value: {
      app_id: "com.google.android.apps.nbu.files",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "FILES_GO_FILE_ACTION_DELETE_EVEN"
      }
    }
  },{
    timestamp: 1626051144515990,
    Value: {
      app_id: "com.google.android.apps.nbu.files",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      }]
},{
  name: "com.google.android.apps.photos",
  cell:    [{
    timestamp: 1626361810460527,
    Value: {
      app_id: "com.google.android.apps.photos",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1626361477840142,
    Value: {
      app_id: "com.google.android.apps.photos",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "screen_view"
      }
    }
  },{
    timestamp: 1626361477402773,
    Value: {
      app_id: "com.google.android.apps.photos",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "screen_view"
      }
    }
  },{
    timestamp: 1626361477335009,
    Value: {
      app_id: "com.google.android.apps.photos",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "assistant_view"
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
        }
      }
  },{
    timestamp: 1626360943024147,
    Value: {
      app_id: "com.google.android.apps.photos",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "screen_view"
      }
    }
  },{
    timestamp: 1626360883170008,
    Value: {
      app_id: "com.google.android.apps.photos",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "app_open"
      }
    }
  },{
    timestamp: 1625082842350444,
    Value: {
      app_id: "com.google.android.apps.photos",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "app_open"
      }
    }
  },{
    timestamp: 1625082842346915,
    Value: {
      app_id: "com.google.android.apps.photos",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "app_open"
      }
```

```
        }
    },{
      timestamp: 1625082842308995,
      Value: {
        app_id: "com.google.android.apps.photos",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:       [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "screen_view"
        }
      }
    },{
      timestamp: 1625082842306931,
      Value: {
        app_id: "com.google.android.apps.photos",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:       [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    }]
  },{
    name: "com.google.android.apps.youtube.music",
    cell:    [{
      timestamp: 1614671379472486,
      Value: {
        app_id: "com.google.android.apps.youtube.music",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:       [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    }]
  },{
    name: "com.google.android.googlequicksearchbox",
    cell:    [{
      timestamp: 1627421904930463,
      Value: {
        app_id: "com.google.android.googlequicksearchbox",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
```

GOOG-RDGZ-00182733

```
            advertiser_use_case:        [CONVERSION,REMARKETING],
            platform: ANDROID,
            conversion: {
              event_name: "text_query_submitted"
            }
          }
      },{
        timestamp: 1627421704564880,
        Value: {
          app_id: "com.google.android.googlequicksearchbox",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "text_query_submitted"
          }
        }
      },{
        timestamp: 1627421704532465,
        Value: {
          app_id: "com.google.android.googlequicksearchbox",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "text_query_submitted"
          }
        }
      },{
        timestamp: 1627421704440535,
        Value: {
          app_id: "com.google.android.googlequicksearchbox",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "voice_query_submitted"
          }
        }
      },{
        timestamp: 1627421704427796,
        Value: {
          app_id: "com.google.android.googlequicksearchbox",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      platform: ANDROID,
      conversion: {
        event_name: "text_query_submitted"
      }
    }
  },{
    timestamp: 1627421704420163,
    Value: {
      app_id: "com.google.android.googlequicksearchbox",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "first_text_or_voice_search_of_day"
      }
    }
  },{
    timestamp: 1627421663237166,
    Value: {
      app_id: "com.google.android.googlequicksearchbox",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "text_query_submitted"
      }
    }
  },{
    timestamp: 1627421299042572,
    Value: {
      app_id: "com.google.android.googlequicksearchbox",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "text_query_submitted"
      }
    }
  },{
    timestamp: 1627421174483783,
    Value: {
      app_id: "com.google.android.googlequicksearchbox",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
```

GOOG-RDGZ-00182735

```
        conversion: {
          event_name: "session_start"
        }
      }
    }
  },{
    timestamp: 1627330547110439,
    Value: {
      app_id: "com.google.android.googlequicksearchbox",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "voice_query_submitted"
      }
    }
  }]
},{
  name: "com.google.android.youtube",
  cell:   [{
    timestamp: 1627326768242207,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1627269619092258,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1627181579541319,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1627177649794064,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1627131056700279,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1627088332074819,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1626973517054455,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1626658023687212,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1626651171199672,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1626568417868201,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  }]
},{
  name: "com.instagram.android",
  cell:   [{
    timestamp: 1613937120560104,
    Value: {
      app_id: "com.instagram.android",
      event_name: USER_ENGAGEMENT,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00182738

```
        source: BOW_3P,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID
      }
  }]
},{
  name: "com.nytimes.android",
  cell:    [{
    timestamp: 1626478129673751,
    Value: {
      app_id: "com.nytimes.android",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "launch_app"
      }
    }
  },{
    timestamp: 1626478129586234,
    Value: {
      app_id: "com.nytimes.android",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1626365914056601,
    Value: {
      app_id: "com.nytimes.android",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "launch_app"
      }
    }
  },{
    timestamp: 1626365341487779,
    Value: {
      app_id: "com.nytimes.android",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "launch_app"
        }
      }
    },{
      timestamp: 1626365341474546,
      Value: {
        app_id: "com.nytimes.android",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1626137190088711,
      Value: {
        app_id: "com.nytimes.android",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "launch_app"
        }
      }
    },{
      timestamp: 1626137190074987,
      Value: {
        app_id: "com.nytimes.android",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1626116915862405,
      Value: {
        app_id: "com.nytimes.android",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
          platform: ANDROID,
          conversion: {
            event_name: "gateway"
          }
        }
      },{
        timestamp: 1626116196530708,
        Value: {
          app_id: "com.nytimes.android",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "gateway"
          }
        }
      },{
        timestamp: 1626116196518874,
        Value: {
          app_id: "com.nytimes.android",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      }]
    },{
      name: "com.particlenews.newsbreak",
      cell:   [{
        timestamp: 1624986771232312,
        Value: {
          app_id: "com.particlenews.newsbreak",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      }]
    },{
      name: "com.robinhood.android",
      cell:   [{
        timestamp: 1626455612641390,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
        Value: {
          app_id: "com.robinhood.android",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      }]
  },{
    name: "com.teacapps.barcodescanner",
    cell:    [{
      timestamp: 1626140618673525,
      Value: {
        app_id: "com.teacapps.barcodescanner",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614116239984012,
      Value: {
        app_id: "com.teacapps.barcodescanner",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614114661101347,
      Value: {
        app_id: "com.teacapps.barcodescanner",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      },{
        timestamp: 1614050858953046,
        Value: {
          app_id: "com.teacapps.barcodescanner",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:      [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      }]
    },{
      name: "com.trivago",
      cell:    [{
        timestamp: 1623961101696530,
        Value: {
          app_id: "com.trivago",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:      [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      },{
        timestamp: 1623959316065560,
        Value: {
          app_id: "com.trivago",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:      [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      },{
        timestamp: 1614548076977836,
        Value: {
          app_id: "com.trivago",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:      [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
```

```
                }
              }
          }]
      },{
        name: "com.ubercab.eats",
        cell:   [{
          timestamp: 1626454419544931,
          Value: {
            app_id: "com.ubercab.eats",
            event_name: USER_ENGAGEMENT,
            source: BOW_FIREBASE,
            advertiser_use_case:       [CONVERSION,REMARKETING],
            platform: ANDROID,
            conversion: {
              event_name: "session_start"
            }
          }
        }]
      },{
        name: "com.zhiliaoapp.musically",
        cell:   [{
          timestamp: 1627480866039370,
          Value: {
            app_id: "com.zhiliaoapp.musically",
            event_name: USER_ENGAGEMENT,
            source: BOW_FIREBASE,
            advertiser_use_case:       [CONVERSION,REMARKETING],
            platform: ANDROID,
            conversion: {
              event_name: "session_start"
            }
          }
        },{
          timestamp: 1625961860603627,
          Value: {
            app_id: "com.zhiliaoapp.musically",
            event_name: USER_ENGAGEMENT,
            source: BOW_FIREBASE,
            advertiser_use_case:       [CONVERSION,REMARKETING],
            platform: ANDROID,
            conversion: {
              event_name: "session_start"
            }
          }
        },{
          timestamp: 1625959387860983,
          Value: {
            app_id: "com.zhiliaoapp.musically",
            event_name: USER_ENGAGEMENT,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1625864063931881,
    Value: {
      app_id: "com.zhiliaoapp.musically",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1625779277293749,
    Value: {
      app_id: "com.zhiliaoapp.musically",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1625587542186284,
    Value: {
      app_id: "com.zhiliaoapp.musically",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1625521692614456,
    Value: {
      app_id: "com.zhiliaoapp.musically",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
          advertiser_use_case:        [CONVERSION,REMARKING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
    },{
      timestamp: 1625095939783046,
      Value: {
        app_id: "com.zhiliaoapp.musically",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1625020737456076,
      Value: {
        app_id: "com.zhiliaoapp.musically",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1625005869520805,
      Value: {
        app_id: "com.zhiliaoapp.musically",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    }]
},{
  name: "net.zedge.android",
  cell:    [{
    timestamp: 1623785055339355,
    Value: {
      app_id: "net.zedge.android",
```

GOOG-RDGZ-00182746

```
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
     },{
       timestamp: 1614440161071394,
       Value: {
         app_id: "net.zedge.android",
         event_name: USER_ENGAGEMENT,
         source: BOW_FIREBASE,
         advertiser_use_case:        [CONVERSION,REMARKETING],
         platform: ANDROID,
         conversion: {
           event_name: "session_start"
         }
       }
     },{
       timestamp: 1614031409487071,
       Value: {
         app_id: "net.zedge.android",
         event_name: USER_ENGAGEMENT,
         source: BOW_FIREBASE,
         advertiser_use_case:        [CONVERSION,REMARKETING],
         platform: ANDROID,
         conversion: {
           event_name: "session_start"
         }
       }
     }]
   },{
     name: "video.reface.app",
     cell:   [{
       timestamp: 1624252512857528,
       Value: {
         app_id: "video.reface.app",
         event_name: USER_ENGAGEMENT,
         source: BOW_FIREBASE,
         advertiser_use_case:        [CONVERSION,REMARKETING],
         platform: ANDROID,
         conversion: {
           event_name: "session_start"
         }
       }
     }]
   }]
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
}
```

# Adid-idfa:adid-9163ade8-f281-454d-adc1-e8e4946f41a2

## Appads_firebase_app_first_open_from_bow_raw

```
{
  column: [{
    name: "com.gopuff.driverapp",
    cell:    [{
      timestamp: 1614138698224688,
      Value: {
        app_id: "com.gopuff.driverapp",
        event_name: APP_OPEN,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "first_open"
        }
      }
    }]
  },{
    name: "com.offerup",
    cell:    [{
      timestamp: 1614125664638681,
      Value: {
        app_id: "com.offerup",
        event_name: APP_OPEN,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "first_open"
        }
      }
    },{
      timestamp: 1614123395279247,
      Value: {
        app_id: "com.offerup",
        event_name: APP_OPEN,
        source: BOW_3P,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    }]
  },{
```

                                    GOOG-RDGZ-00182748

```
      name: "com.reddit.frontpage",
      cell:    [{
        timestamp: 1614188565176253,
        Value: {
          app_id: "com.reddit.frontpage",
          event_name: APP_OPEN,
          source: BOW_3P,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID
        }
      }]
    },{
      name: "com.spotify.music",
      cell:    [{
        timestamp: 1614169138386564,
        Value: {
          app_id: "com.spotify.music",
          event_name: APP_OPEN,
          source: BOW_3P,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID
        }
      }]
    }]
}
```

Appads_app_from_bow_raw

```
{
  column: [{
    name: "com.Project100Pi.themusicplayer",
    cell:    [{
      timestamp: 1614032198720479,
      Value: {
        app_id: "com.Project100Pi.themusicplayer",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614027749502609,
      Value: {
        app_id: "com.Project100Pi.themusicplayer",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
        advertiser_use_case:        [CONVERSION,REMARKING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    }
  },{
    timestamp: 1614026778962986,
    Value: {
      app_id: "com.Project100Pi.themusicplayer",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614020245279086,
    Value: {
      app_id: "com.Project100Pi.themusicplayer",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  }]
},{
  name: "com.activision.callofduty.shooter",
  cell:   [{
    timestamp: 1622669113878654,
    Value: {
      app_id: "com.activision.callofduty.shooter",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1622665175161654,
    Value: {
      app_id: "com.activision.callofduty.shooter",
```

```
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:          [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614201570445339,
    Value: {
      app_id: "com.activision.callofduty.shooter",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:          [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "notification_receive"
      }
    }
  },{
    timestamp: 1614123444026983,
    Value: {
      app_id: "com.activision.callofduty.shooter",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:          [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "Login_checkappupdate"
      }
    }
  },{
    timestamp: 1614121903998520,
    Value: {
      app_id: "com.activision.callofduty.shooter",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:          [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614120641775729,
    Value: {
      app_id: "com.activision.callofduty.shooter",
      event_name: USER_ENGAGEMENT,
```

```
        source: BOW_3P,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614117743844821,
      Value: {
        app_id: "com.activision.callofduty.shooter",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "notification_receive"
        }
      }
    },{
      timestamp: 1614044891399611,
      Value: {
        app_id: "com.activision.callofduty.shooter",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614042976930122,
      Value: {
        app_id: "com.activision.callofduty.shooter",
        event_name: USER_ENGAGEMENT,
        source: BOW_3P,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614040397546839,
      Value: {
        app_id: "com.activision.callofduty.shooter",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "Login_checkappupdate"
        }
      }
```

```
    }]
},{
  name: "com.current.app",
  cell:   [{
    timestamp: 1614127497468119,
    Value: {
      app_id: "com.current.app",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614126460031751,
    Value: {
      app_id: "com.current.app",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614116452102996,
    Value: {
      app_id: "com.current.app",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  }]
},{
  name: "com.google.android.apps.maps",
  cell:   [{
    timestamp: 1622649879049340,
    Value: {
      app_id: "com.google.android.apps.maps",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      }
    }
  },{
    timestamp: 1622647753492877,
    Value: {
      app_id: "com.google.android.apps.maps",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "TYPED_SEARCH_AGMM"
      }
    }
  },{
    timestamp: 1622647380996362,
    Value: {
      app_id: "com.google.android.apps.maps",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "TYPED_SEARCH_AGMM"
      }
    }
  },{
    timestamp: 1622645037674436,
    Value: {
      app_id: "com.google.android.apps.maps",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "TYPED_SEARCH_AGMM"
      }
    }
  },{
    timestamp: 1622645035930720,
    Value: {
      app_id: "com.google.android.apps.maps",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "TYPED_SEARCH_AGMM"
      }
```

```
      }
    },{
      timestamp: 1622644989193508,
      Value: {
        app_id: "com.google.android.apps.maps",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1622644739901569,
      Value: {
        app_id: "com.google.android.apps.maps",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "TYPED_SEARCH_AGMM"
        }
      }
    },{
      timestamp: 1614210840152788,
      Value: {
        app_id: "com.google.android.apps.maps",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "TYPED_SEARCH_AGMM"
        }
      }
    },{
      timestamp: 1614210840146958,
      Value: {
        app_id: "com.google.android.apps.maps",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "TYPED_SEARCH_AGMM"
        }
      }
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
    },{
      timestamp: 1614210840139221,
      Value: {
        app_id: "com.google.android.apps.maps",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    }]
  },{
    name: "com.google.android.apps.messaging",
    cell:    [{
      timestamp: 1614024700460547,
      Value: {
        app_id: "com.google.android.apps.messaging",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    }]
  },{
    name: "com.google.android.apps.tachyon",
    cell:    [{
      timestamp: 1622692797959299,
      Value: {
        app_id: "com.google.android.apps.tachyon",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1622680263870240,
      Value: {
        app_id: "com.google.android.apps.tachyon",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
  },{
    timestamp: 1622676417753539,
    Value: {
      app_id: "com.google.android.apps.tachyon",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1622664407422572,
    Value: {
      app_id: "com.google.android.apps.tachyon",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1622659081807050,
    Value: {
      app_id: "com.google.android.apps.tachyon",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1622640046212787,
    Value: {
      app_id: "com.google.android.apps.tachyon",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
```

```
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614220156362582,
    Value: {
      app_id: "com.google.android.apps.tachyon",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614203627697887,
    Value: {
      app_id: "com.google.android.apps.tachyon",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614200741610951,
    Value: {
      app_id: "com.google.android.apps.tachyon",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614200133699446,
    Value: {
      app_id: "com.google.android.apps.tachyon",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
              event_name: "session_start"
          }
        }
    }]
  },{
    name: "com.google.android.apps.youtube.music",
    cell:   [{
      timestamp: 1622647366524266,
      Value: {
        app_id: "com.google.android.apps.youtube.music",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    }]
  },{
    name: "com.google.android.googlequicksearchbox",
    cell:   [{
      timestamp: 1622676798407855,
      Value: {
        app_id: "com.google.android.googlequicksearchbox",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1622659200809356,
      Value: {
        app_id: "com.google.android.googlequicksearchbox",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614045971860813,
      Value: {
        app_id: "com.google.android.googlequicksearchbox",
```

```
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    }
  },{
    timestamp: 1614036487719626,
    Value: {
      app_id: "com.google.android.googlequicksearchbox",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614035158433449,
    Value: {
      app_id: "com.google.android.googlequicksearchbox",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  }]
},{
  name: "com.google.android.youtube",
  cell:    [{
    timestamp: 1622692958540285,
    Value: {
      app_id: "com.google.android.youtube",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614214460767371,
```

```
      Value: {
        app_id: "com.google.android.youtube",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614210425367352,
      Value: {
        app_id: "com.google.android.youtube",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614202759132663,
      Value: {
        app_id: "com.google.android.youtube",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614196859208227,
      Value: {
        app_id: "com.google.android.youtube",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614187861339420,
      Value: {
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
          app_id: "com.google.android.youtube",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      },{
        timestamp: 1614131898540207,
        Value: {
          app_id: "com.google.android.youtube",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      },{
        timestamp: 1614131166374217,
        Value: {
          app_id: "com.google.android.youtube",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      },{
        timestamp: 1614130534720106,
        Value: {
          app_id: "com.google.android.youtube",
          event_name: USER_ENGAGEMENT,
          source: BOW_FIREBASE,
          advertiser_use_case:        [CONVERSION,REMARKETING],
          platform: ANDROID,
          conversion: {
            event_name: "session_start"
          }
        }
      },{
        timestamp: 1614111697904137,
        Value: {
          app_id: "com.google.android.youtube",
```

```
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    }
  }]
},{
  name: "com.linkedin.android",
  cell:    [{
    timestamp: 1614217314495821,
    Value: {
      app_id: "com.linkedin.android",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614217289995797,
    Value: {
      app_id: "com.linkedin.android",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614217283422031,
    Value: {
      app_id: "com.linkedin.android",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614217257920370,
    Value: {
      app_id: "com.linkedin.android",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614095584371686,
```

```
  Value: {
    app_id: "com.linkedin.android",
    event_name: USER_ENGAGEMENT,
    source: BOW_3P,
    advertiser_use_case:        [CONVERSION,REMARKETING],
    platform: ANDROID
  }
},{
  timestamp: 1614001122997102,
  Value: {
    app_id: "com.linkedin.android",
    event_name: USER_ENGAGEMENT,
    source: BOW_3P,
    advertiser_use_case:        [CONVERSION,REMARKETING],
    platform: ANDROID
  }
},{
  timestamp: 1614000967891141,
  Value: {
    app_id: "com.linkedin.android",
    event_name: USER_ENGAGEMENT,
    source: BOW_3P,
    advertiser_use_case:        [CONVERSION,REMARKETING],
    platform: ANDROID
  }
},{
  timestamp: 1614000900776184,
  Value: {
    app_id: "com.linkedin.android",
    event_name: USER_ENGAGEMENT,
    source: BOW_3P,
    advertiser_use_case:        [CONVERSION,REMARKETING],
    platform: ANDROID
  }
},{
  timestamp: 1613999625960026,
  Value: {
    app_id: "com.linkedin.android",
    event_name: USER_ENGAGEMENT,
    source: BOW_3P,
    advertiser_use_case:        [CONVERSION,REMARKETING],
    platform: ANDROID
  }
},{
  timestamp: 1613999326768486,
  Value: {
    app_id: "com.linkedin.android",
    event_name: USER_ENGAGEMENT,
    source: BOW_3P,
```

```
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    }]
  },{
    name: "com.move.realtor",
    cell:   [{
      timestamp: 1614207411335053,
      Value: {
        app_id: "com.move.realtor",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID,
        conversion: {
          event_name: "session_start"
        }
      }
    },{
      timestamp: 1614204196551933,
      Value: {
        app_id: "com.move.realtor",
        event_name: USER_ENGAGEMENT,
        source: BOW_3P,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614204163451814,
      Value: {
        app_id: "com.move.realtor",
        event_name: USER_ENGAGEMENT,
        source: BOW_3P,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614204144109166,
      Value: {
        app_id: "com.move.realtor",
        event_name: USER_ENGAGEMENT,
        source: BOW_3P,
        advertiser_use_case:        [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614204136396341,
      Value: {
        app_id: "com.move.realtor",
```

```
        event_name: USER_ENGAGEMENT,
        source: BOW_3P,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614204119227145,
      Value: {
        app_id: "com.move.realtor",
        event_name: USER_ENGAGEMENT,
        source: BOW_3P,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614204113499419,
      Value: {
        app_id: "com.move.realtor",
        event_name: USER_ENGAGEMENT,
        source: BOW_3P,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614204094890120,
      Value: {
        app_id: "com.move.realtor",
        event_name: USER_ENGAGEMENT,
        source: BOW_3P,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614204093785510,
      Value: {
        app_id: "com.move.realtor",
        event_name: USER_ENGAGEMENT,
        source: BOW_3P,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID
      }
    },{
      timestamp: 1614193519506919,
      Value: {
        app_id: "com.move.realtor",
        event_name: USER_ENGAGEMENT,
        source: BOW_FIREBASE,
        advertiser_use_case:      [CONVERSION,REMARKETING],
        platform: ANDROID,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      conversion: {
        event_name: "session_start"
      }
    }
  }]
},{
  name: "com.offerup",
  cell:   [{
    timestamp: 1614130161234625,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614130117432743,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614130111381256,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614130107861285,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:       [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614129808459357,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
      advertiser_use_case:         [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614129619305718,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:         [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614129465303426,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:         [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614129382856009,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:         [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614129374902332,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:         [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614129374615734,
    Value: {
      app_id: "com.offerup",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:         [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  }]
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
},{
  name: "com.reddit.frontpage",
  cell:   [{
    timestamp: 1614189187357726,
    Value: {
      app_id: "com.reddit.frontpage",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  }]
},{
  name: "com.spotify.music",
  cell:   [{
    timestamp: 1614175814385406,
    Value: {
      app_id: "com.spotify.music",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614172744473077,
    Value: {
      app_id: "com.spotify.music",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614172633723128,
    Value: {
      app_id: "com.spotify.music",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  },{
    timestamp: 1614169216600578,
```

GOOG-RDGZ-00182769

```
    Value: {
      app_id: "com.spotify.music",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID
    }
},{
  timestamp: 1614169137044282,
  Value: {
      app_id: "com.spotify.music",
      event_name: USER_ENGAGEMENT,
      source: BOW_OTHER,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID
    }
},{
  timestamp: 1614141878099413,
  Value: {
      app_id: "com.spotify.music",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
},{
  timestamp: 1614138571923277,
  Value: {
      app_id: "com.spotify.music",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
},{
  timestamp: 1614031813473156,
  Value: {
      app_id: "com.spotify.music",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
        event_name: "session_start"
      }
    }
  },{
    timestamp: 1614010808626818,
    Value: {
      app_id: "com.spotify.music",
      event_name: USER_ENGAGEMENT,
      source: BOW_FIREBASE,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID,
      conversion: {
        event_name: "session_start"
      }
    }
  }]
},{
  name: "com.thisclicks.wiw",
  cell:   [{
    timestamp: 1614136246869970,
    Value: {
      app_id: "com.thisclicks.wiw",
      event_name: USER_ENGAGEMENT,
      source: BOW_3P,
      advertiser_use_case:        [CONVERSION,REMARKETING],
      platform: ANDROID
    }
  }]
}]
}
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# PX-453

GOOG-RDGZ-00071767

Data Production from Google

**See Separate Printed Binder Copy or Electronic Copy, filed via box.com**



Rodriguez v. Google

PLAINTIFF'S
TRIAL EXHIBIT

Ex. 453

UNITED STATES DISTRICT COURT
N.D. CAL
CASE#: 3:20-CV-04688-RS

PX-453.A

```json
{
  "date": 20211029,
  "event_id": "2096:0",
  "namespace_id": "ANONYMOUS",
  "stream_id": "1046963130",
  "property_id": "150866177",
  "user_id": "6881488824476573356",
  "dimensions": {
    "behavior": {
      "first_visit_date": "20201026",
      "new_vs_established": "established",
      "audience": [
        "0",
        "6"
      ],
      "first_touch_date": "20201026",
      "first_open_timestamp_usec": "1603751106736000",
      "new_vs_returning": "(not set)",
      "last active date": "20211029"
    },
    "demographics": {
      "age": "unknown",
      "country_id": "US",
      "gender": "unknown",
      "interest_id": [],
      "branding_interest_id": [],
      "inmarket_interest_id": []
    },
    "event": {
      "content_id": "(not set)",
      "content_type": "(not set)",
      "dynamic_link_id": "(not set)",
      "dynamic_link_name": "(not set)",
      "event_name": "pushNotificationReceived",
      "event_origin": "(not set)",
      "level": "(not set)",
      "is_conversion_event": "(not set)",
      "label": "(not set)",
      "is_offline_event": "(not set)",
      "is_engaged_session_event": "(not set)",
      "is_error_event": "true",
      "hour": "16",
      "is_crash_event": "(not set)",
      "page_title": "(not set)",
      "screen_name": "(not set)",
      "page_path": "(not set)",
      "unified_screen_class": "(not set)",
      "unified_page_screen": "(not set)",
```

```json
    "hostname": "(not set)",
    "message_type": "(not set)",
    "unified_screen_name_page_title": "(not set)",
    "landing_page": "(not set)",
    "search_term": "(not set)",
    "filter_ids": [],
    "is_billable_event": "true",
    "test_data_filter_id": [
      ""
    ],
    "protocol": "(not set)",
    "minute": "22",
    "page_path_minus_query_string": "(not set)",
    "unified_page_path_screen": "(not set)"
  },
  "integration": {
    "abt_experiment_event": "(not set)",
    "admob_web_property_code": "(not set)",
    "ad_source_id": "(not set)",
    "ad_unit_code": "(not set)",
    "firebase_screen_class": "(not set)",
    "firebase_screen_name": "(not set)",
    "gcm_analytics": {
      "message_id": "(not set)",
      "message_name": "(not set)",
      "message_time": "(not set)",
      "topic": "(not set)",
      "message_channel": "(not set)"
    },
    "last_click_adwords_campaign": {
      "name": "(not set)",
      "medium": "(not set)",
      "source": "(not set)",
      "type": "(not set)",
      "google_ads_campaign": {
        "campaign_id": "(not set)",
        "ad_group_id": "(not set)",
        "customer_id": "(not set)",
        "creative_id": "(not set)",
        "ad_network_type_id": "(not set)",
        "ad_group_name": "(not set)",
        "criteria_id": "(not set)",
        "query": "(not set)",
        "merchant_center_id": "(not set)",
        "reporting_ad_group_id": "(not set)",
        "ad_network_for_channel": "(not set)",
        "reporting_campaign_id": "(not set)",
        "reporting_audience_criteria_id": "(not set)"
```

```
    },
    "origin": "(not set)",
    "manual_campaign": {
      "source": "(not set)",
      "medium": "(not set)",
      "name": "(not set)",
      "term": "(not set)",
      "content": "(not set)",
      "campaign_id": "(not set)"
    },
    "gmp_campaign": {
      "campaign_id": "(not set)",
      "line_item_id": "(not set)",
      "exchange_id": "(not set)",
      "creative_id": "(not set)",
      "site_id": "(not set)",
      "advertiser_id": "(not set)",
      "insertion_order_id": "(not set)",
      "xbid_billing_product_type": "(not set)",
      "xbid_exchange_code": "(not set)",
      "xbid_ad_server_source_id": "(not set)"
    },
    "channel": "Unassigned",
    "has_social_source": "(not set)",
    "term": "(not set)",
    "content": "(not set)",
    "ad_server": "(not set)",
    "creative_format": "(not set)",
    "marketing_tactic": "(not set)",
    "salesforce_campaign": {
      "source": "(not set)",
      "sfmc_channel": "(not set)",
      "name": "(not set)",
      "sfmc_journey_id": "(not set)",
      "sfmc_asset_id": "(not set)",
      "sfmc_activity_id": "(not set)"
    },
    "sa360_campaign": {
      "campaign_id": "(not set)",
      "ad_group_id": "(not set)",
      "criteria_id": "(not set)",
      "query": "(not set)",
      "creative_format": "(not set)",
      "customer_id": "(not set)",
      "manager_customer_id": "(not set)",
      "conversion_tracking_id": "(not set)",
      "account_setting_type": "(not set)",
      "agency_id": "(not set)",
```

3

```json
      "agency_name": "(not set)",
      "buying_platform": "(not set)",
      "creative_id": "(not set)"
    }
  },
  "last_click_campaign": {
    "name": "(not set)",
    "medium": "(not set)",
    "source": "(not set)",
    "type": "(not set)",
    "google_ads_campaign": {
      "campaign_id": "(not set)",
      "ad_group_id": "(not set)",
      "customer_id": "(not set)",
      "creative_id": "(not set)",
      "ad_network_type_id": "(not set)",
      "ad_group_name": "(not set)",
      "criteria_id": "(not set)",
      "query": "(not set)",
      "merchant_center_id": "(not set)",
      "reporting_ad_group_id": "(not set)",
      "ad_network_for_channel": "(not set)",
      "reporting_campaign_id": "(not set)",
      "reporting_audience_criteria_id": "(not set)"
    },
    "origin": "(not set)",
    "manual_campaign": {
      "source": "(not set)",
      "medium": "(not set)",
      "name": "(not set)",
      "term": "(not set)",
      "content": "(not set)",
      "campaign_id": "(not set)"
    },
    "gmp_campaign": {
      "campaign_id": "(not set)",
      "line_item_id": "(not set)",
      "exchange_id": "(not set)",
      "creative_id": "(not set)",
      "site_id": "(not set)",
      "advertiser_id": "(not set)",
      "insertion_order_id": "(not set)",
      "xbid_billing_product_type": "(not set)",
      "xbid_exchange_code": "(not set)",
      "xbid_ad_server_source_id": "(not set)"
    },
    "channel": "Unassigned",
    "has_social_source": "(not set)",
```

```
        "term": "(not set)",
        "content": "(not set)",
        "ad_server": "(not set)",
        "creative_format": "(not set)",
        "marketing_tactic": "(not set)",
        "salesforce_campaign": {
          "source": "(not set)",
          "sfmc_channel": "(not set)",
          "name": "(not set)",
          "sfmc_journey_id": "(not set)",
          "sfmc_asset_id": "(not set)",
          "sfmc_activity_id": "(not set)"
        },
        "sa360_campaign": {
          "campaign_id": "(not set)",
          "ad_group_id": "(not set)",
          "criteria_id": "(not set)",
          "query": "(not set)",
          "creative_format": "(not set)",
          "customer_id": "(not set)",
          "manager_customer_id": "(not set)",
          "conversion_tracking_id": "(not set)",
          "account_setting_type": "(not set)",
          "agency_id": "(not set)",
          "agency_name": "(not set)",
          "buying_platform": "(not set)",
          "creative_id": "(not set)"
        }
      },
      "user_acquired_adwords_campaign": {
        "name": "(direct)",
        "medium": "(none)",
        "source": "(direct)",
        "type": "(not set)",
        "google_ads_campaign": {
          "campaign_id": "(not set)",
          "ad_group_id": "(not set)",
          "customer_id": "(not set)",
          "creative_id": "(not set)",
          "ad_network_type_id": "(not set)",
          "ad_group_name": "(not set)",
          "criteria_id": "(not set)",
          "query": "(not set)",
          "merchant_center_id": "(not set)",
          "reporting_ad_group_id": "(not set)",
          "ad_network_for_channel": "(not set)",
          "reporting_campaign_id": "(not set)",
          "reporting_audience_criteria_id": "(not set)"
```

5

```
  },
  "origin": "(not set)",
  "manual_campaign": {
    "source": "(not set)",
    "medium": "(not set)",
    "name": "(not set)",
    "term": "(not set)",
    "content": "(not set)",
    "campaign_id": "(not set)"
  },
  "gmp_campaign": {
    "campaign_id": "(not set)",
    "line_item_id": "(not set)",
    "exchange_id": "(not set)",
    "creative_id": "(not set)",
    "site_id": "(not set)",
    "advertiser_id": "(not set)",
    "insertion_order_id": "(not set)",
    "xbid_billing_product_type": "(not set)",
    "xbid_exchange_code": "(not set)",
    "xbid_ad_server_source_id": "(not set)"
  },
  "channel": "Direct",
  "has_social_source": "(not set)",
  "term": "(not set)",
  "content": "(not set)",
  "ad_server": "(not set)",
  "creative_format": "(not set)",
  "marketing_tactic": "(not set)",
  "salesforce_campaign": {
    "source": "(not set)",
    "sfmc_channel": "(not set)",
    "name": "(not set)",
    "sfmc_journey_id": "(not set)",
    "sfmc_asset_id": "(not set)",
    "sfmc_activity_id": "(not set)"
  },
  "sa360_campaign": {
    "campaign_id": "(not set)",
    "ad_group_id": "(not set)",
    "criteria_id": "(not set)",
    "query": "(not set)",
    "creative_format": "(not set)",
    "customer_id": "(not set)",
    "manager_customer_id": "(not set)",
    "conversion_tracking_id": "(not set)",
    "account_setting_type": "(not set)",
    "agency_id": "(not set)",
```

```
          "agency_name": "(not set)",
          "buying_platform": "(not set)",
          "creative_id": "(not set)"
        }
      },
      "user_acquired_campaign": {
        "name": "(direct)",
        "medium": "(none)",
        "source": "(direct)",
        "type": "(not set)",
        "google_ads_campaign": {
          "campaign_id": "(not set)",
          "ad_group_id": "(not set)",
          "customer_id": "(not set)",
          "creative_id": "(not set)",
          "ad_network_type_id": "(not set)",
          "ad_group_name": "(not set)",
          "criteria_id": "(not set)",
          "query": "(not set)",
          "merchant_center_id": "(not set)",
          "reporting_ad_group_id": "(not set)",
          "ad_network_for_channel": "(not set)",
          "reporting_campaign_id": "(not set)",
          "reporting_audience_criteria_id": "(not set)"
        },
        "origin": "(not set)",
        "manual_campaign": {
          "source": "(not set)",
          "medium": "(not set)",
          "name": "(not set)",
          "term": "(not set)",
          "content": "(not set)",
          "campaign_id": "(not set)"
        },
        "gmp_campaign": {
          "campaign_id": "(not set)",
          "line_item_id": "(not set)",
          "exchange_id": "(not set)",
          "creative_id": "(not set)",
          "site_id": "(not set)",
          "advertiser_id": "(not set)",
          "insertion_order_id": "(not set)",
          "xbid_billing_product_type": "(not set)",
          "xbid_exchange_code": "(not set)",
          "xbid_ad_server_source_id": "(not set)"
        },
        "channel": "Direct",
        "has_social_source": "(not set)",
```

```
        "term": "(not set)",
        "content": "(not set)",
        "ad_server": "(not set)",
        "creative_format": "(not set)",
        "marketing_tactic": "(not set)",
        "salesforce_campaign": {
          "source": "(not set)",
          "sfmc_channel": "(not set)",
          "name": "(not set)",
          "sfmc_journey_id": "(not set)",
          "sfmc_asset_id": "(not set)",
          "sfmc_activity_id": "(not set)"
        },
        "sa360_campaign": {
          "campaign_id": "(not set)",
          "ad_group_id": "(not set)",
          "criteria_id": "(not set)",
          "query": "(not set)",
          "creative_format": "(not set)",
          "customer_id": "(not set)",
          "manager_customer_id": "(not set)",
          "conversion_tracking_id": "(not set)",
          "account_setting_type": "(not set)",
          "agency_id": "(not set)",
          "agency_name": "(not set)",
          "buying_platform": "(not set)",
          "creative_id": "(not set)"
        }
      },
      "gwo_data": [],
      "ad_query_date": "(not set)",
      "last_engaged_adwords_campaign": {
        "name": "(not set)",
        "medium": "(not set)",
        "source": "(not set)",
        "type": "(not set)",
        "google_ads_campaign": {
          "campaign_id": "(not set)",
          "ad_group_id": "(not set)",
          "customer_id": "(not set)",
          "creative_id": "(not set)",
          "ad_network_type_id": "(not set)",
          "ad_group_name": "(not set)",
          "criteria_id": "(not set)",
          "query": "(not set)",
          "merchant_center_id": "(not set)",
          "reporting_ad_group_id": "(not set)",
          "ad_network_for_channel": "(not set)",
```

```
      "reporting_campaign_id": "(not set)",
      "reporting_audience_criteria_id": "(not set)"
  },
  "origin": "(not set)",
  "manual_campaign": {
      "source": "(not set)",
      "medium": "(not set)",
      "name": "(not set)",
      "term": "(not set)",
      "content": "(not set)",
      "campaign_id": "(not set)"
  },
  "gmp_campaign": {
      "campaign_id": "(not set)",
      "line_item_id": "(not set)",
      "exchange_id": "(not set)",
      "creative_id": "(not set)",
      "site_id": "(not set)",
      "advertiser_id": "(not set)",
      "insertion_order_id": "(not set)",
      "xbid_billing_product_type": "(not set)",
      "xbid_exchange_code": "(not set)",
      "xbid_ad_server_source_id": "(not set)"
  },
  "channel": "Unassigned",
  "has_social_source": "(not set)",
  "term": "(not set)",
  "content": "(not set)",
  "ad_server": "(not set)",
  "creative_format": "(not set)",
  "marketing_tactic": "(not set)",
  "salesforce_campaign": {
      "source": "(not set)",
      "sfmc_channel": "(not set)",
      "name": "(not set)",
      "sfmc_journey_id": "(not set)",
      "sfmc_asset_id": "(not set)",
      "sfmc_activity_id": "(not set)"
  },
  "sa360_campaign": {
      "campaign_id": "(not set)",
      "ad_group_id": "(not set)",
      "criteria_id": "(not set)",
      "query": "(not set)",
      "creative_format": "(not set)",
      "customer_id": "(not set)",
      "manager_customer_id": "(not set)",
      "conversion_tracking_id": "(not set)",
```

```
          "account_setting_type": "(not set)",
          "agency_id": "(not set)",
          "agency_name": "(not set)",
          "buying_platform": "(not set)",
          "creative_id": "(not set)"
        }
      },
    "last_engaged_campaign": {
      "name": "(not set)",
      "medium": "(not set)",
      "source": "(not set)",
      "type": "(not set)",
      "google_ads_campaign": {
        "campaign_id": "(not set)",
        "ad_group_id": "(not set)",
        "customer_id": "(not set)",
        "creative_id": "(not set)",
        "ad_network_type_id": "(not set)",
        "ad_group_name": "(not set)",
        "criteria_id": "(not set)",
        "query": "(not set)",
        "merchant_center_id": "(not set)",
        "reporting_ad_group_id": "(not set)",
        "ad_network_for_channel": "(not set)",
        "reporting_campaign_id": "(not set)",
        "reporting_audience_criteria_id": "(not set)"
      },
      "origin": "(not set)",
      "manual_campaign": {
        "source": "(not set)",
        "medium": "(not set)",
        "name": "(not set)",
        "term": "(not set)",
        "content": "(not set)",
        "campaign_id": "(not set)"
      },
      "gmp_campaign": {
        "campaign_id": "(not set)",
        "line_item_id": "(not set)",
        "exchange_id": "(not set)",
        "creative_id": "(not set)",
        "site_id": "(not set)",
        "advertiser_id": "(not set)",
        "insertion_order_id": "(not set)",
        "xbid_billing_product_type": "(not set)",
        "xbid_exchange_code": "(not set)",
        "xbid_ad_server_source_id": "(not set)"
      },
```

```
        "channel": "Unassigned",
        "has_social_source": "(not set)",
        "term": "(not set)",
        "content": "(not set)",
        "ad_server": "(not set)",
        "creative_format": "(not set)",
        "marketing_tactic": "(not set)",
        "salesforce_campaign": {
            "source": "(not set)",
            "sfmc_channel": "(not set)",
            "name": "(not set)",
            "sfmc_journey_id": "(not set)",
            "sfmc_asset_id": "(not set)",
            "sfmc_activity_id": "(not set)"
        },
        "sa360_campaign": {
            "campaign_id": "(not set)",
            "ad_group_id": "(not set)",
            "criteria_id": "(not set)",
            "query": "(not set)",
            "creative_format": "(not set)",
            "customer_id": "(not set)",
            "manager_customer_id": "(not set)",
            "conversion_tracking_id": "(not set)",
            "account_setting_type": "(not set)",
            "agency_id": "(not set)",
            "agency_name": "(not set)",
            "buying_platform": "(not set)",
            "creative_id": "(not set)"
        }
    },
    "user_acquired_engaged_adwords_campaign": {
        "name": "(direct)",
        "medium": "(none)",
        "source": "(direct)",
        "type": "Click",
        "google_ads_campaign": {
            "campaign_id": "(not set)",
            "ad_group_id": "(not set)",
            "customer_id": "(not set)",
            "creative_id": "(not set)",
            "ad_network_type_id": "(not set)",
            "ad_group_name": "(not set)",
            "criteria_id": "(not set)",
            "query": "(not set)",
            "merchant_center_id": "(not set)",
            "reporting_ad_group_id": "(not set)",
            "ad_network_for_channel": "(not set)",
```

```
    "reporting_campaign_id": "(not set)",
    "reporting_audience_criteria_id": "(not set)"
},
"origin": "(not set)",
"manual_campaign": {
    "source": "(not set)",
    "medium": "(not set)",
    "name": "(not set)",
    "term": "(not set)",
    "content": "(not set)",
    "campaign_id": "(not set)"
},
"gmp_campaign": {
    "campaign_id": "(not set)",
    "line_item_id": "(not set)",
    "exchange_id": "(not set)",
    "creative_id": "(not set)",
    "site_id": "(not set)",
    "advertiser_id": "(not set)",
    "insertion_order_id": "(not set)",
    "xbid_billing_product_type": "(not set)",
    "xbid_exchange_code": "(not set)",
    "xbid_ad_server_source_id": "(not set)"
},
"channel": "Direct",
"has_social_source": "(not set)",
"term": "(not set)",
"content": "(not set)",
"ad_server": "(not set)",
"creative_format": "(not set)",
"marketing_tactic": "(not set)",
"salesforce_campaign": {
    "source": "(not set)",
    "sfmc_channel": "(not set)",
    "name": "(not set)",
    "sfmc_journey_id": "(not set)",
    "sfmc_asset_id": "(not set)",
    "sfmc_activity_id": "(not set)"
},
"sa360_campaign": {
    "campaign_id": "(not set)",
    "ad_group_id": "(not set)",
    "criteria_id": "(not set)",
    "query": "(not set)",
    "creative_format": "(not set)",
    "customer_id": "(not set)",
    "manager_customer_id": "(not set)",
    "conversion_tracking_id": "(not set)",
```

```
          "account_setting_type": "(not set)",
          "agency_id": "(not set)",
          "agency_name": "(not set)",
          "buying_platform": "(not set)",
          "creative_id": "(not set)"
      }
    },
    "user_acquired_engaged_campaign": {
      "name": "(direct)",
      "medium": "(none)",
      "source": "(direct)",
      "type": "Click",
      "google_ads_campaign": {
        "campaign_id": "(not set)",
        "ad_group_id": "(not set)",
        "customer_id": "(not set)",
        "creative_id": "(not set)",
        "ad_network_type_id": "(not set)",
        "ad_group_name": "(not set)",
        "criteria_id": "(not set)",
        "query": "(not set)",
        "merchant_center_id": "(not set)",
        "reporting_ad_group_id": "(not set)",
        "ad_network_for_channel": "(not set)",
        "reporting_campaign_id": "(not set)",
        "reporting_audience_criteria_id": "(not set)"
      },
      "origin": "(not set)",
      "manual_campaign": {
        "source": "(not set)",
        "medium": "(not set)",
        "name": "(not set)",
        "term": "(not set)",
        "content": "(not set)",
        "campaign_id": "(not set)"
      },
      "gmp_campaign": {
        "campaign_id": "(not set)",
        "line_item_id": "(not set)",
        "exchange_id": "(not set)",
        "creative_id": "(not set)",
        "site_id": "(not set)",
        "advertiser_id": "(not set)",
        "insertion_order_id": "(not set)",
        "xbid_billing_product_type": "(not set)",
        "xbid_exchange_code": "(not set)",
        "xbid_ad_server_source_id": "(not set)"
      },
```

```
    "channel": "Direct",
    "has_social_source": "(not set)",
    "term": "(not set)",
    "content": "(not set)",
    "ad_server": "(not set)",
    "creative_format": "(not set)",
    "marketing_tactic": "(not set)",
    "salesforce_campaign": {
      "source": "(not set)",
      "sfmc_channel": "(not set)",
      "name": "(not set)",
      "sfmc_journey_id": "(not set)",
      "sfmc_asset_id": "(not set)",
      "sfmc_activity_id": "(not set)"
    },
    "sa360_campaign": {
      "campaign_id": "(not set)",
      "ad_group_id": "(not set)",
      "criteria_id": "(not set)",
      "query": "(not set)",
      "creative_format": "(not set)",
      "customer_id": "(not set)",
      "manager_customer_id": "(not set)",
      "conversion_tracking_id": "(not set)",
      "account_setting_type": "(not set)",
      "agency_id": "(not set)",
      "agency_name": "(not set)",
      "buying_platform": "(not set)",
      "creative_id": "(not set)"
    }
  },
  "firebase_previous_screen_name": "(not set)",
  "unified_screen_name": "(not set)",
  "page_screen_group": "(not set)",
  "collected_session_campaign": {
    "name": "(not set)",
    "medium": "(not set)",
    "source": "(not set)",
    "type": "(not set)",
    "google_ads_campaign": {
      "campaign_id": "(not set)",
      "ad_group_id": "(not set)",
      "customer_id": "(not set)",
      "creative_id": "(not set)",
      "ad_network_type_id": "(not set)",
      "ad_group_name": "(not set)",
      "criteria_id": "(not set)",
      "query": "(not set)",
```

14

```json
      "merchant_center_id": "(not set)",
      "reporting_ad_group_id": "(not set)",
      "ad_network_for_channel": "(not set)",
      "reporting_campaign_id": "(not set)",
      "reporting_audience_criteria_id": "(not set)"
  },
  "origin": "(not set)",
  "manual_campaign": {
    "source": "(not set)",
    "medium": "(not set)",
    "name": "(not set)",
    "term": "(not set)",
    "content": "(not set)",
    "campaign_id": "(not set)"
  },
  "gmp_campaign": {
    "campaign_id": "(not set)",
    "line_item_id": "(not set)",
    "exchange_id": "(not set)",
    "creative_id": "(not set)",
    "site_id": "(not set)",
    "advertiser_id": "(not set)",
    "insertion_order_id": "(not set)",
    "xbid_billing_product_type": "(not set)",
    "xbid_exchange_code": "(not set)",
    "xbid_ad_server_source_id": "(not set)"
  },
  "channel": "(not set)",
  "has_social_source": "(not set)",
  "term": "(not set)",
  "content": "(not set)",
  "ad_server": "(not set)",
  "creative_format": "(not set)",
  "marketing_tactic": "(not set)",
  "salesforce_campaign": {
    "source": "(not set)",
    "sfmc_channel": "(not set)",
    "name": "(not set)",
    "sfmc_journey_id": "(not set)",
    "sfmc_asset_id": "(not set)",
    "sfmc_activity_id": "(not set)"
  },
  "sa360_campaign": {
    "campaign_id": "(not set)",
    "ad_group_id": "(not set)",
    "criteria_id": "(not set)",
    "query": "(not set)",
    "creative_format": "(not set)",
```

```
        "customer_id": "(not set)",
        "manager_customer_id": "(not set)",
        "conversion_tracking_id": "(not set)",
        "account_setting_type": "(not set)",
        "agency_id": "(not set)",
        "agency_name": "(not set)",
        "buying_platform": "(not set)",
        "creative_id": "(not set)"
      }
    },
    "last_click_adwords_session_campaign": {
      "name": "(not set)",
      "medium": "(not set)",
      "source": "(not set)",
      "type": "(not set)",
      "google_ads_campaign": {
        "campaign_id": "(not set)",
        "ad_group_id": "(not set)",
        "customer_id": "(not set)",
        "creative_id": "(not set)",
        "ad_network_type_id": "(not set)",
        "ad_group_name": "(not set)",
        "criteria_id": "(not set)",
        "query": "(not set)",
        "merchant_center_id": "(not set)",
        "reporting_ad_group_id": "(not set)",
        "ad_network_for_channel": "(not set)",
        "reporting_campaign_id": "(not set)",
        "reporting_audience_criteria_id": "(not set)"
      },
      "origin": "(not set)",
      "manual_campaign": {
        "source": "(not set)",
        "medium": "(not set)",
        "name": "(not set)",
        "term": "(not set)",
        "content": "(not set)",
        "campaign_id": "(not set)"
      },
      "gmp_campaign": {
        "campaign_id": "(not set)",
        "line_item_id": "(not set)",
        "exchange_id": "(not set)",
        "creative_id": "(not set)",
        "site_id": "(not set)",
        "advertiser_id": "(not set)",
        "insertion_order_id": "(not set)",
        "xbid_billing_product_type": "(not set)",
```

```
        "xbid_exchange_code": "(not set)",
        "xbid_ad_server_source_id": "(not set)"
    },
    "channel": "Unassigned",
    "has_social_source": "(not set)",
    "term": "(not set)",
    "content": "(not set)",
    "ad_server": "(not set)",
    "creative_format": "(not set)",
    "marketing_tactic": "(not set)",
    "salesforce_campaign": {
        "source": "(not set)",
        "sfmc_channel": "(not set)",
        "name": "(not set)",
        "sfmc_journey_id": "(not set)",
        "sfmc_asset_id": "(not set)",
        "sfmc_activity_id": "(not set)"
    },
    "sa360_campaign": {
        "campaign_id": "(not set)",
        "ad_group_id": "(not set)",
        "criteria_id": "(not set)",
        "query": "(not set)",
        "creative_format": "(not set)",
        "customer_id": "(not set)",
        "manager_customer_id": "(not set)",
        "conversion_tracking_id": "(not set)",
        "account_setting_type": "(not set)",
        "agency_id": "(not set)",
        "agency_name": "(not set)",
        "buying_platform": "(not set)",
        "creative_id": "(not set)"
    }
},
"last_click_session_campaign": {
    "name": "(not set)",
    "medium": "(not set)",
    "source": "(not set)",
    "type": "(not set)",
    "google_ads_campaign": {
        "campaign_id": "(not set)",
        "ad_group_id": "(not set)",
        "customer_id": "(not set)",
        "creative_id": "(not set)",
        "ad_network_type_id": "(not set)",
        "ad_group_name": "(not set)",
        "criteria_id": "(not set)",
        "query": "(not set)",
```

```
      "merchant_center_id": "(not set)",
      "reporting_ad_group_id": "(not set)",
      "ad_network_for_channel": "(not set)",
      "reporting_campaign_id": "(not set)",
      "reporting_audience_criteria_id": "(not set)"
    },
  "origin": "(not set)",
  "manual_campaign": {
    "source": "(not set)",
    "medium": "(not set)",
    "name": "(not set)",
    "term": "(not set)",
    "content": "(not set)",
    "campaign_id": "(not set)"
  },
  "gmp_campaign": {
    "campaign_id": "(not set)",
    "line_item_id": "(not set)",
    "exchange_id": "(not set)",
    "creative_id": "(not set)",
    "site_id": "(not set)",
    "advertiser_id": "(not set)",
    "insertion_order_id": "(not set)",
    "xbid_billing_product_type": "(not set)",
    "xbid_exchange_code": "(not set)",
    "xbid_ad_server_source_id": "(not set)"
  },
  "channel": "Unassigned",
  "has_social_source": "(not set)",
  "term": "(not set)",
  "content": "(not set)",
  "ad_server": "(not set)",
  "creative_format": "(not set)",
  "marketing_tactic": "(not set)",
  "salesforce_campaign": {
    "source": "(not set)",
    "sfmc_channel": "(not set)",
    "name": "(not set)",
    "sfmc_journey_id": "(not set)",
    "sfmc_asset_id": "(not set)",
    "sfmc_activity_id": "(not set)"
  },
  "sa360_campaign": {
    "campaign_id": "(not set)",
    "ad_group_id": "(not set)",
    "criteria_id": "(not set)",
    "query": "(not set)",
    "creative_format": "(not set)",
```

```json
          "customer_id": "(not set)",
          "manager_customer_id": "(not set)",
          "conversion_tracking_id": "(not set)",
          "account_setting_type": "(not set)",
          "agency_id": "(not set)",
          "agency_name": "(not set)",
          "buying_platform": "(not set)",
          "creative_id": "(not set)"
        }
      },
      "last_engaged_adwords_session_campaign": {
        "name": "(not set)",
        "medium": "(not set)",
        "source": "(not set)",
        "type": "(not set)",
        "google_ads_campaign": {
          "campaign_id": "(not set)",
          "ad_group_id": "(not set)",
          "customer_id": "(not set)",
          "creative_id": "(not set)",
          "ad_network_type_id": "(not set)",
          "ad_group_name": "(not set)",
          "criteria_id": "(not set)",
          "query": "(not set)",
          "merchant_center_id": "(not set)",
          "reporting_ad_group_id": "(not set)",
          "ad_network_for_channel": "(not set)",
          "reporting_campaign_id": "(not set)",
          "reporting_audience_criteria_id": "(not set)"
        },
        "origin": "(not set)",
        "manual_campaign": {
          "source": "(not set)",
          "medium": "(not set)",
          "name": "(not set)",
          "term": "(not set)",
          "content": "(not set)",
          "campaign_id": "(not set)"
        },
        "gmp_campaign": {
          "campaign_id": "(not set)",
          "line_item_id": "(not set)",
          "exchange_id": "(not set)",
          "creative_id": "(not set)",
          "site_id": "(not set)",
          "advertiser_id": "(not set)",
          "insertion_order_id": "(not set)",
          "xbid_billing_product_type": "(not set)",
```

```json
            "xbid_exchange_code": "(not set)",
            "xbid_ad_server_source_id": "(not set)"
        },
        "channel": "Unassigned",
        "has_social_source": "(not set)",
        "term": "(not set)",
        "content": "(not set)",
        "ad_server": "(not set)",
        "creative_format": "(not set)",
        "marketing_tactic": "(not set)",
        "salesforce_campaign": {
            "source": "(not set)",
            "sfmc_channel": "(not set)",
            "name": "(not set)",
            "sfmc_journey_id": "(not set)",
            "sfmc_asset_id": "(not set)",
            "sfmc_activity_id": "(not set)"
        },
        "sa360_campaign": {
            "campaign_id": "(not set)",
            "ad_group_id": "(not set)",
            "criteria_id": "(not set)",
            "query": "(not set)",
            "creative_format": "(not set)",
            "customer_id": "(not set)",
            "manager_customer_id": "(not set)",
            "conversion_tracking_id": "(not set)",
            "account_setting_type": "(not set)",
            "agency_id": "(not set)",
            "agency_name": "(not set)",
            "buying_platform": "(not set)",
            "creative_id": "(not set)"
        }
    },
    "last_engaged_session_campaign": {
        "name": "(not set)",
        "medium": "(not set)",
        "source": "(not set)",
        "type": "(not set)",
        "google_ads_campaign": {
            "campaign_id": "(not set)",
            "ad_group_id": "(not set)",
            "customer_id": "(not set)",
            "creative_id": "(not set)",
            "ad_network_type_id": "(not set)",
            "ad_group_name": "(not set)",
            "criteria_id": "(not set)",
            "query": "(not set)",
```

```
      "merchant_center_id": "(not set)",
      "reporting_ad_group_id": "(not set)",
      "ad_network_for_channel": "(not set)",
      "reporting_campaign_id": "(not set)",
      "reporting_audience_criteria_id": "(not set)"
    },
    "origin": "(not set)",
    "manual_campaign": {
      "source": "(not set)",
      "medium": "(not set)",
      "name": "(not set)",
      "term": "(not set)",
      "content": "(not set)",
      "campaign_id": "(not set)"
    },
    "gmp_campaign": {
      "campaign_id": "(not set)",
      "line_item_id": "(not set)",
      "exchange_id": "(not set)",
      "creative_id": "(not set)",
      "site_id": "(not set)",
      "advertiser_id": "(not set)",
      "insertion_order_id": "(not set)",
      "xbid_billing_product_type": "(not set)",
      "xbid_exchange_code": "(not set)",
      "xbid_ad_server_source_id": "(not set)"
    },
    "channel": "Unassigned",
    "has_social_source": "(not set)",
    "term": "(not set)",
    "content": "(not set)",
    "ad_server": "(not set)",
    "creative_format": "(not set)",
    "marketing_tactic": "(not set)",
    "salesforce_campaign": {
      "source": "(not set)",
      "sfmc_channel": "(not set)",
      "name": "(not set)",
      "sfmc_journey_id": "(not set)",
      "sfmc_asset_id": "(not set)",
      "sfmc_activity_id": "(not set)"
    },
    "sa360_campaign": {
      "campaign_id": "(not set)",
      "ad_group_id": "(not set)",
      "criteria_id": "(not set)",
      "query": "(not set)",
      "creative_format": "(not set)",
```

```
          "customer_id": "(not set)",
          "manager_customer_id": "(not set)",
          "conversion_tracking_id": "(not set)",
          "account_setting_type": "(not set)",
          "agency_id": "(not set)",
          "agency_name": "(not set)",
          "buying_platform": "(not set)",
          "creative_id": "(not set)"
        }
      },
      "collected_event_campaign": {
        "name": "(not set)",
        "medium": "(not set)",
        "source": "(not set)",
        "type": "(not set)",
        "google_ads_campaign": {
          "campaign_id": "(not set)",
          "ad_group_id": "(not set)",
          "customer_id": "(not set)",
          "creative_id": "(not set)",
          "ad_network_type_id": "(not set)",
          "ad_group_name": "(not set)",
          "criteria_id": "(not set)",
          "query": "(not set)",
          "merchant_center_id": "(not set)",
          "reporting_ad_group_id": "(not set)",
          "ad_network_for_channel": "(not set)",
          "reporting_campaign_id": "(not set)",
          "reporting_audience_criteria_id": "(not set)"
        },
        "origin": "(not set)",
        "manual_campaign": {
          "source": "breaking-news",
          "medium": "(not set)",
          "name": "(not set)",
          "term": "(not set)",
          "content": "(not set)",
          "campaign_id": "(not set)"
        },
        "gmp_campaign": {
          "campaign_id": "(not set)",
          "line_item_id": "(not set)",
          "exchange_id": "(not set)",
          "creative_id": "(not set)",
          "site_id": "(not set)",
          "advertiser_id": "(not set)",
          "insertion_order_id": "(not set)",
          "xbid_billing_product_type": "(not set)",
```

```json
        "xbid_exchange_code": "(not set)",
        "xbid_ad_server_source_id": "(not set)"
      },
      "channel": "(not set)",
      "has_social_source": "(not set)",
      "term": "(not set)",
      "content": "(not set)",
      "ad_server": "(not set)",
      "creative_format": "(not set)",
      "marketing_tactic": "(not set)",
      "salesforce_campaign": {
        "source": "(not set)",
        "sfmc_channel": "(not set)",
        "name": "(not set)",
        "sfmc_journey_id": "(not set)",
        "sfmc_asset_id": "(not set)",
        "sfmc_activity_id": "(not set)"
      },
      "sa360_campaign": {
        "campaign_id": "(not set)",
        "ad_group_id": "(not set)",
        "criteria_id": "(not set)",
        "query": "(not set)",
        "creative_format": "(not set)",
        "customer_id": "(not set)",
        "manager_customer_id": "(not set)",
        "conversion_tracking_id": "(not set)",
        "account_setting_type": "(not set)",
        "agency_id": "(not set)",
        "agency_name": "(not set)",
        "buying_platform": "(not set)",
        "creative_id": "(not set)"
      }
    },
    "firebase_rollout_id": [],
    "drx_custom_dimension_id": "(not set)",
    "drx_fulfill_type": "(not set)",
    "drx_app_store": "(not set)",
    "drx_platform_criteria": "(not set)",
    "drx_country_criteria_id": "(not set)",
    "drx_transaction_type": "(not set)",
    "drx_adgroup2_id": "(not set)",
    "drx_leaf_inventory_unit_id": "(not set)",
    "drx_network_id": "(not set)",
    "drx_mobile_app_id": "(not set)",
    "drx_interaction_type": "(not set)",
    "drx_web_property_id": "(not set)",
    "drx_demand_syndication_deal_type": "(not set)",
```

```
    "ad_product": "(not set)",
    "content_group": "(not set)",
    "ad_format": "(not set)",
    "ad_source_name": "(not set)",
    "ad_unit_name": "(not set)",
    "mta_observed": {
      "path_length_per_path": "(not set)"
    },
    "mta_modeled": {
      "path_length_per_path": "(not set)"
    },
    "is_data_driven_model_available": "(not set)",
    "drx_ad_unit_path": "(not set)",
    "optimize_personalization_id": "(not set)"
  },
  "system": {
    "app_instance_id": "54fb27f48258e65112110986dec0409d",
    "app_version": "9.47",
    "device_category": "mobile",
    "device_local_time": "(not set)",
    "mobile_brand_name": "Samsung",
    "mobile_marketing_name": "Galaxy Note9",
    "mobile_model_name": "SM-N960U",
    "platform": "Android",
    "platform_version": "10",
    "operating_system": "Android",
    "browser": "(not set)",
    "stream_name": "com.nytimes.android.Android",
    "user_default_language": "en-us",
    "device_time_zone_offset_seconds": "-25200",
    "app_store": "com.android.vending",
    "app_platform": "(not set)",
    "device_model": "SM-N960U",
    "is_limited_ad_tracking": "Yes",
    "operating_system_with_version": "Android 10",
    "browser_version": "(not set)",
    "screen_resolution": "(not set)",
    "device_id": "(not set)",
    "att_status": "(not set)"
  },
  "custom_dimensions_group1": {
    "slot_01": "release",
    "slot_02": "(not set)",
    "slot_03": "(not set)",
    "slot_04": "(not set)",
    "slot_05": "9332340",
    "slot_06": "(not set)",
    "slot_07": "(not set)",
```

```
"slot_08": "(not set)",
"slot_09": "(not set)",
"slot_10": "(not set)",
"slot_11": "(not set)",
"slot_12": "(not set)",
"slot_13": "(not set)",
"slot_14": "(not set)",
"slot_15": "(not set)",
"slot_16": "(not set)",
"slot_17": "(not set)",
"slot_18": "(not set)",
"slot_19": "(not set)",
"slot_20": "(not set)",
"slot_21": "(not set)",
"slot_22": "(not set)",
"slot_23": "(not set)",
"slot_24": "(not set)",
"slot_25": "(not set)",
"slot_26": "(not set)",
"slot_27": "(not set)",
"slot_28": "(not set)",
"slot_29": "(not set)",
"slot_30": "(not set)",
"slot_31": "(not set)",
"slot_32": "(not set)",
"slot_33": "(not set)",
"slot_34": "(not set)",
"slot_35": "(not set)",
"slot_36": "(not set)",
"slot_37": "(not set)",
"slot_38": "(not set)",
"slot_39": "(not set)",
"slot_40": "(not set)",
"slot_41": "(not set)",
"slot_42": "(not set)",
"slot_43": "(not set)",
"slot_44": "(not set)",
"slot_45": "(not set)",
"slot_46": "(not set)",
"slot_47": "(not set)",
"slot_48": "(not set)",
"slot_49": "(not set)",
"slot_50": "(not set)",
"slot_51": "(not set)",
"slot_52": "(not set)",
"slot_53": "(not set)",
"slot_54": "(not set)",
"slot_55": "(not set)",
```

```json
      "slot_56": "(not set)",
      "slot_57": "(not set)",
      "slot_58": "(not set)",
      "slot_59": "(not set)",
      "slot_60": "(not set)"
    },
    "custom_dimensions_group2": {
      "slot_01": "(not set)",
      "slot_02": "breaking-news",
      "slot_03": "(not set)",
      "slot_04": "(not set)",
      "slot_05": "(not set)",
      "slot_06": "(not set)",
      "slot_07": "(not set)",
      "slot_08": "(not set)",
      "slot_09": "(not set)",
      "slot_10": "(not set)",
      "slot_11": "(not set)",
      "slot_12": "(not set)",
      "slot_13": "(not set)",
      "slot_14": "(not set)",
      "slot_15": "(not set)",
      "slot_16": "(not set)",
      "slot_17": "(not set)",
      "slot_18": "(not set)",
      "slot_19": "(not set)",
      "slot_20": "(not set)",
      "slot_21": "(not set)",
      "slot_22": "(not set)",
      "slot_23": "(not set)",
      "slot_24": "(not set)",
      "slot_25": "(not set)",
      "slot_26": "(not set)",
      "slot_27": "(not set)",
      "slot_28": "(not set)",
      "slot_29": "(not set)",
      "slot_30": "(not set)",
      "slot_31": "(not set)",
      "slot_32": "(not set)",
      "slot_33": "(not set)",
      "slot_34": "(not set)",
      "slot_35": "(not set)",
      "slot_36": "(not set)",
      "slot_37": "(not set)",
      "slot_38": "(not set)",
      "slot_39": "(not set)",
      "slot_40": "(not set)",
      "slot_41": "(not set)",
```

```
        "slot_42": "(not set)",
        "slot_43": "(not set)",
        "slot_44": "(not set)",
        "slot_45": "(not set)",
        "slot_46": "(not set)",
        "slot_47": "(not set)",
        "slot_48": "(not set)",
        "slot_49": "(not set)",
        "slot_50": "(not set)",
        "slot_51": "(not set)",
        "slot_52": "(not set)",
        "slot_53": "(not set)",
        "slot_54": "(not set)",
        "slot_55": "(not set)",
        "slot_56": "(not set)",
        "slot_57": "(not set)",
        "slot_58": "(not set)",
        "slot_59": "(not set)",
        "slot_60": "(not set)"
    },
    "non_config_user_properties": [],
    "event_param_name_info": [],
    "is_conversion_event": "(not set)",
    "ecommerce": {
        "product_category": "(not set)",
        "product_code": "(not set)",
        "product_name": "(not set)",
        "virtual_currency_type": "(not set)",
        "is_buyer": "(not set)",
        "first_purchase_date": "(not set)",
        "last_purchase_date": "(not set)",
        "transaction_id": "(not set)",
        "affiliation": "(not set)",
        "order_coupon": "(not set)",
        "payment_type": "(not set)",
        "shipping_tier": "(not set)"
    },
    "geo": {
        "continent": "021",
        "country": "United States",
        "region": "California",
        "city": "Roseville",
        "city_id": "1014204",
        "continent_name": "Americas",
        "sub_continent_region": "Northern America",
        "region_id": "21137",
        "latitude": "38.7521",
        "longitude": "-121.2880",
```

```
        "continent_id": "019",
        "region_iso_code": "US-CA",
        "sub_continent_region_id": "021"
    },
    "signed_in_with_gaia": "(not set)",
    "event_params": [
        {
            "key": "PURR_AcceptableTrackers_v2",
            "value": {
                "string_value": "controllers"
            }
        },
        {
            "key": "af_id",
            "value": {
                "string_value": "1603751106917-1706590504300100883"
            }
        },
        {
            "key": "app_version",
            "value": {
                "string_value": "9.47"
            }
        },
        {
            "key": "build_number",
            "value": {
                "string_value": "9332340"
            }
        },
        {
            "key": "dev_key",
            "value": {
                "string_value": "YGhoC9Wvz85ZckbyUAqNQF"
            }
        },
        {
            "key": "edition",
            "value": {
                "string_value": "English"
            }
        },
        {
            "key": "error_value",
            "value": {
                "string_value": "firebase_instance_id"
            }
        },
```

```
    {
      "key": "firebase_error",
      "value": {
        "int_value": "14"
      }
    },
    {
      "key": "firebase_event_origin",
      "value": {
        "string_value": "app+gtm"
      }
    },
    {
      "key": "network_status",
      "value": {
        "string_value": "LTE"
      }
    },
    {
      "key": "orientation",
      "value": {
        "string_value": "portrait"
      }
    },
    {
      "key": "section_name",
      "value": {
        "string_value": "Top Stories"
      }
    },
    {
      "key": "source",
      "value": {
        "string_value": "breaking-news"
      }
    },
    {
      "key": "source_app",
      "value": {
        "string_value": "newsreader-android-prd"
      }
    },
    {
      "key": "subscription_level",
      "value": {
        "string_value": "Registered"
      }
    },
```

```
        {
          "key": "time_stamp",
          "value": {
            "int_value": "1635542557"
          }
        },
        {
          "key": "voiceOverEnabled",
          "value": {
            "string_value": "no"
          }
        }
      ],
      "signed_in_with_user_id": "yes",
      "user_properties": [
        {
          "key": "build_info",
          "value": {
            "value": {
              "string_value": "release",
              "original_value_type": 1
            },
            "set_timestamp_usec": "1635542556909000",
            "index": 1
          }
        },
        {
          "key": "build_number",
          "value": {
            "value": {
              "string_value": "9332340",
              "original_value_type": 1
            },
            "set_timestamp_usec": "1635542556909000",
            "index": 5
          }
        },
        {
          "key": "edition",
          "value": {
            "value": {
              "string_value": "English Edition",
              "original_value_type": 1
            },
            "set_timestamp_usec": "1635542556909000"
          }
        },
        {
```

```
        "key": "first_open_time",
        "value": {
          "value": {
            "string_value": "1603753200000",
            "original_value_type": 2
          },
          "set_timestamp_usec": "1603751106736000"
        }
      },
      {
        "key": "user_id",
        "value": {
          "value": {
            "string_value": "142811032",
            "original_value_type": 1
          },
          "set_timestamp_usec": "1635535722983000"
        }
      }
    ],
    "user_property_name": [],
    "user_consent_signals": {
      "has_analytics_consent": "yes",
      "has_ads_consent": "yes",
      "is_url_passthrough": "no"
    },
    "funnels": [],
    "signed_in_with_euid": "(not set)"
  },
  "metrics": {
    "behavior": {},
    "integration": {},
    "event_count": "1",
    "custom_metrics_group1": {}
  },
  "scale_factor": 1,
  "is_data_golden": true,
  "active_user_id": "0",
  "event_timestamp": "1635544257145000",
  "collection_date": 20211029,
  "is_debug": false,
  "collection_timestamp": "1635547412476615",
  "session_number": "0",
  "event_parameter": {
    "app_version": "9.47",
    "source": "breaking-news"
  },
  "temp_record": {
```

```
        "resettable_device_id": "540dd498-8106-4ee9-8648-6f742ca07f31",
        "event_previous_timestamp": "1635535722122000",
        "event_bundle_sequence_id": 2096,
        "event_server_timestamp_offset": "1070615",
        "app_id": "com.nytimes.android",
        "firebase_app_id": "1:960708863269:android:ddbc2174fc8d087a",
        "metro": "(not set)",
        "user_first_touch_timestamp": "1603751106736000",
        "gmp_version": "44007",
        "ecommerce_infos_for_deprecated_events": [],
        "shard_id": 89,
        "bundle_start_timestamp_usec": "1635542557145000",
        "timezone_id": 411
    },
    "ecommerce_infos": [],
    "customer_user_id": "",
    "attribution_path_nodes": [],
    "user_bucket_id_str": "96"
}
```

# U.S. Google Accounts with (s)WAA Off During the Class Period

| Year | Total number of (s)WAA-off account-months during this period:[1] |
|---|---|
| **2016 (Jul.–Dec.)** | 947,133,100 |
| **2017** | 1,124,362,000 |
| **2018** | 788,147,300 |
| **2019** | 714,607,800 |
| **2020** | 1,403,090,600 |
| **2021** | 1,418,334,300 |
| **2022** | 1,476,814,700 |
| **2023** | 1,614,465,300 |
| **2024 (Jan.–Sep.)** | 1,255,971,600 |
| **Total Class Period (Jul. 2016 – Sep. 2024)** | **10,382,926,700** |



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-477**

PX 1012

**Volume of Records Saved by Google from Plaintiff Harvey's Non-Google App Activity While (s)WAA
Was Off Between October 15, 2021 and December 20, 2021**

| app_id | Records |
|---|---|
| com.williamsinteractive.goldfish | 1,620 |
| com.offerup | 1,575 |
| com.antivirus | 1,431 |
| com.williamsinteractive.jackpotparty | 1,249 |
| mb32u.music.player.free.download | 1,218 |
| com.konylabs.capitalone | 833 |
| com.bigwinepot.nwdn.international | 429 |
| com.ulta | 383 |
| com.nytimes.android | 362 |
| com.cardinalblue.piccollage.google | 321 |
| com.usablenet.mobile.walgreen | 240 |
| com.afterpaymobile.us | 212 |
| com.propel.ebenefits | 198 |
| com.xfinity.digitalhome | 61 |
| com.weaseldev.ghostdetector | 57 |
| com.ddi | 49 |
| com.notarize.signer | 44 |
| com.ancestry.android.apps.ancestry | 43 |
| com.acima.leasing | 43 |
| gov.irs | 40 |
| com.cvs.launchers.cvs | 31 |
| com.etsy.android | 25 |
| com.samsung.android.themestore | 19 |
| com.vzw.hss.myverizon | 16 |
| wp.wattpad | 10 |
| com.wyndhamhotelgroup.wyndhamrewards | 3 |
| com.samsung.android.app.spage | 2 |
| gov.ca.lot.caLotteryApp | 2 |
| com.avg.cleaner | 1 |
| **Total** | **10,517** |

Source: GOOG-RDGZ-00071766



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-489**

PX 1013

**Volume of Records Saved by Google from Plaintiff Harvey's Non-Google App Activity While (s)WAA Was Off Between October 15, 2021 and December 20, 2021**

| app_id | Records |
|---|---|
| com.williamsinteractive.goldfish | 1620 |
| com.williamsinteractive.jackpotparty | 861 |
| com.nytimes.android | 362 |
| com.ulta | 356 |
| com.usablenet.mobile.walgreen | 230 |
| com.propel.ebenefits | 198 |
| com.xfinity.digitalhome | 61 |
| gov.irs | 40 |
| com.ancestry.android.apps.ancestry | 38 |
| com.acima.leasing | 36 |
| com.etsy.android | 24 |
| com.cvs.launchers.cvs | 24 |
| com.vzw.hss.myverizon | 16 |
| com.samsung.android.app.spage | 2 |
| **Total** | **10,517** |

Source: GOOG-RDGZ-00071767



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-491**

PX 1014

**Volume of Records Saved by Google from Plaintiff Rodriguez's Non-Google App Activity While (s)WAA Was Off Between October 15, 2021 and December 20, 2021**

| app_id | Records |
|---|---|
| com.offerup | 22,252 |
| com.matteljv.uno | 5,962 |
| com.activision.callofduty.shooter | 3,845 |
| in.sweatco.app | 1,604 |
| com.ubercab.driver | 1,358 |
| com.move.realtor | 1,208 |
| games.noho.gungang | 777 |
| com.soundcloud.android | 772 |
| com.hualai | 676 |
| com.reddit.frontpage | 649 |
| com.classdojo.android | 635 |
| com.photoroom.app | 546 |
| com.nextdoor | 535 |
| com.roadie.drive.android.app | 520 |
| net.fieldagent | 485 |
| com.walmart.android | 454 |
| com.littlecaesars | 423 |
| lili.co | 377 |
| com.activehours | 363 |
| com.steady.steadyapp.com | 335 |
| com.coinbase.android | 334 |
| com.mcdonalds.app | 314 |
| com.spotify.music | 275 |
| com.xfinitymobile.myaccount | 263 |
| jp.co.translimit.countrun | 223 |
| com.hp.android.printservice | 216 |
| com.upside.consumer.android | 201 |
| com.gigsmart.worker | 191 |
| com.glassdoor.app | 181 |
| com.trulia.android | 179 |
| com.jobget | 171 |
| com.os.falcon.green.light.challenge | 154 |
| com.fusionprojects.edmodo | 149 |
| com.sports.real.golf.rival.online | 145 |
| com.yellowishdev.hyrecarandroid | 143 |
| com.sezzle.sezzlemobile | 116 |
| com.ebay.mobile | 110 |
| com.ubercab.eats | 107 |
| com.gridwise.app | 94 |
| com.paypal.android.p2pmobile | 79 |
| com.quadpay.quadpay | 64 |

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-492**

| | |
|---|---|
| health.clipboard.worker | 64 |
| com.current.app | 60 |
| com.docusign.ink | 59 |
| com.wssyncmldm | 58 |
| com.hopper.mountainview.play | 57 |
| com.publix.main | 56 |
| com.fiverr.fiverr | 54 |
| com.virtuo.customer | 53 |
| de.swejuppotto.timewarpscan | 53 |
| com.target.ui | 46 |
| com.adpmobile.android | 44 |
| com.mobilgov.fl.dhsmv | 43 |
| co.aviagames.bingo.samsung | 40 |
| com.ford.fordpass | 40 |
| com.papajohns.android | 39 |
| com.goodrx | 38 |
| com.gigwalk | 37 |
| com.base.jump.gliding | 35 |
| com.microsoft.office.outlook | 35 |
| com.playgendary.kickthebuddy | 34 |
| org.craigslist.CraigslistMobile | 34 |
| com.mobikasaba.carlaandroid | 31 |
| com.samsung.android.themestore | 30 |
| com.thumbtack.pro | 30 |
| com.justplay.app | 29 |
| com.openpath.mobile | 29 |
| com.udemy.android | 27 |
| com.clockedin | 26 |
| com.getaround.android | 25 |
| com.okta.android.auth | 25 |
| com.samsung.sree | 25 |
| com.ubercab | 25 |
| com.zebit.market | 22 |
| com.ziprecruiter.android.release | 22 |
| online.cashalarm.app | 21 |
| com.relaxingbraintraining.solitairekingdom | 20 |
| com.youmail.android.vvm | 19 |
| com.dropbox.android | 18 |
| com.TTT.logomaker.logocreator.generator.designer | 17 |
| com.edmodo.parents | 16 |
| com.emn8.mobilem8.nativeapp.bk | 16 |
| com.wsl.noom | 15 |
| com.aa.android | 14 |
| com.zillow.android.zillowmap | 13 |
| com.grubhub.driver | 12 |
| com.topgamesinc.evony | 11 |
| com.walmart.sparkdriver | 11 |
| taxi.muver.driver | 11 |

| | |
|---|---|
| com.yelp.android | 10 |
| com.abtnprojects.ambatana | 9 |
| com.notarize.signer | 8 |
| com.usps | 8 |
| com.samsung.android.app.spage | 7 |
| br.com.escolhatecnologia.vozdonarrador | 6 |
| com.careerkarma.chat | 5 |
| com.trinet.hrpmobile | 5 |
| com.discord | 2 |
| com.samsung.android.dkey | 2 |
| com.acorns.android | 1 |
| com.alibaba.aliexpresshd | 1 |
| com.alibaba.intl.android.apps.poseidon | 1 |
| com.amp.instagrab | 1 |
| com.bandlab.bandlab | 1 |
| com.cigna.mobile.mycigna | 1 |
| com.contextlogic.wish | 1 |
| com.cornershopapp.android | 1 |
| com.cornershopapp.shopper.android | 1 |
| com.dd.doordash | 1 |
| com.dominospizza | 1 |
| com.enflick.android.TextNow | 1 |
| com.fitbod.fitbod | 1 |
| com.gopuff.driverapp | 1 |
| com.gopuff.godrive2.staging | 1 |
| com.groupon | 1 |
| com.hp.printercontrol | 1 |
| com.hulu.plus | 1 |
| com.lht.icruise | 1 |
| com.main.gopuff | 1 |
| com.microsoft.skydrive | 1 |
| com.robinhood.android | 1 |
| com.samsung.android.app.omcagent | 1 |
| com.samsung.android.coldwalletservice | 1 |
| com.samsung.android.mateagent | 1 |
| com.samsung.android.samsungpass | 1 |
| com.samsung.ssu | 1 |
| com.sec.android.app.billing | 1 |
| com.shipt.shopper | 1 |
| com.thisclicks.wiw | 1 |
| com.upwork.android.apps.main | 1 |
| com.varomoney.bank | 1 |
| com.womboai.wombo | 1 |
| com.xfinity.digitalhome | 1 |
| **Total** | **49,120** |

Source: GOOG-RDGZ-00071766

PX 1015

**Volume of Records Saved by Google from Plaintiff Rodriguez's Non-Google App Activity While (s)WAA Was Off Between October 15, 2021 and December 20, 2021**

| app_id | Records |
|---|---|
| com.activision.callofduty.shooter | 1857 |
| in.sweatco.app | 1475 |
| com.matteljv.uno | 880 |
| com.soundcloud.android | 772 |
| games.noho.gungang | 744 |
| com.photoroom.app | 546 |
| net.fieldagent | 444 |
| com.walmart.android | 356 |
| lili.co | 300 |
| com.mcdonalds.app | 298 |
| com.coinbase.android | 277 |
| com.classdojo.android | 274 |
| com.xfinitymobile.myaccount | 217 |
| com.hp.android.printservice | 216 |
| com.trulia.android | 179 |
| com.os.falcon.green.light.challenge | 148 |
| com.yellowishdev.hyrecarandroid | 110 |
| com.paypal.android.p2pmobile | 76 |
| com.sports.real.golf.rival.online | 62 |
| com.ubercab.eats | 57 |
| de.swejuppotto.timewarpscan | 53 |
| com.docusign.ink | 52 |
| com.virtuo.customer | 45 |
| com.wssyncmldm | 45 |
| com.publix.main | 44 |
| com.target.ui | 40 |
| com.base.jump.gliding | 35 |
| com.ford.fordpass | 34 |
| com.playgendary.kickthebuddy | 34 |
| org.craigslist.CraigslistMobile | 34 |
| co.aviagames.bingo.samsung | 32 |
| com.ubercab | 25 |
| com.samsung.sree | 25 |
| com.openpath.mobile | 22 |
| online.cashalarm.app | 21 |
| com.udemy.android | 20 |
| com.dropbox.android | 18 |
| com.zebit.market | 15 |
| com.thumbtack.pro | 13 |
| com.topgamesinc.evony | 11 |
| com.walmart.sparkdriver | 11 |

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-493**

| | |
|---|---|
| com.yelp.android | 10 |
| com.abtnprojects.ambatana | 9 |
| com.goodrx | 8 |
| com.usps | 8 |
| com.samsung.android.app.spage | 7 |
| com.trinet.hrpmobile | 5 |
| br.com.escolhatecnologia.vozdonarrador | 3 |
| com.youmail.android.vvm | 2 |
| com.careerkarma.chat | 2 |
| com.samsung.android.dkey | 2 |
| com.xfinity.digitalhome | 1 |
| com.cornershopapp.android | 1 |
| com.cornershopapp.shopper.android | 1 |
| **Total** | **9,976** |

Source: GOOG-RDGZ-00071767

UNITED STATES DISTRICT COURT
N.D. CAL.
CASE#: 3:20-CV-04688-RS

**G0561**

 **Privacy & Terms**

Skip to content

- Overview
- Privacy Policy
- Terms of Service
- Technologies and Principles
- FAQ
- My Account

- Technologies
- Advertising
- How Google uses cookies
- How Google uses pattern recognition
- Types of location data used by Google
- How Google Wallet uses credit card numbers
- How Google Voice works
- Google Product Privacy Guide

# How Google uses information from sites or apps that use our services

Many websites and apps use Google services to improve their content and keep it free. When they integrate our services, these sites and apps share information with Google.

For example, when you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising.

Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps. See our Privacy Policy to learn more about how we process data for each of these purposes and our Advertising page for more about Google ads, how your information is used in the context of advertising, and how long Google stores this information.

## Ad personalization

If ad personalization is turned on, Google will use your information to make your ads more useful for you. For example, a website that sells mountain bikes might use Google's ad services. After you visit that site, you could see an ad for mountain bikes on a different site that shows ads served by Google.

If ad personalization is off, Google will not collect or use your information to create an ad profile or personalize the ads Google shows to you. You will still see ads, but they may not be as useful. Ads may still be based on the topic of the website or app you're looking at, your current search terms, or on your general location, but not on your interests, search history, or browsing history. Your information can still be used for the other purposes mentioned above, such as to measure the effectiveness of advertising and protect against fraud and abuse.

When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google. Regardless of your choice, Google will not personalize the ads you see if your ad personalization setting is off or your account is ineligible for personalized ads.

You can see and control what information we use to show you ads by visiting your ad settings.

## How you can control the information collected by Google on these sites and apps

Here are some of the ways you can control the information that is shared by your device when you visit or interact with sites and apps that use Google services:

- Ad Settings helps you control ads you see on Google services (such as Google Search or YouTube), or on non-Google websites and apps that use Google ad services. You can also learn how ads are personalized, opt out of ad personalization, and block specific advertisers.
- If you are signed in to your Google Account, and depending on your Account settings, My Activity allows you to

**1**

GOOG-RDGZ-00020554

review and control data that's created when you use Google services, including the information we collect from the sites and apps you have visited. You can browse by date and by topic, and delete part or all of your activity.

- Many websites and apps use Google Analytics to understand how visitors engage with their sites or apps. If you don't want Analytics to be used in your browser, you can <u>install the Google Analytics browser add-on</u>. Learn more about <u>Google Analytics and privacy</u>.
- <u>Incognito mode in Chrome</u> allows you to browse the web without recording webpages and files in your browser or Account history (unless you choose to sign in). Cookies are deleted after you've closed all of your incognito windows and tabs, and your bookmarks and settings are stored until you delete them. Learn more about <u>cookies.</u>
- Many browsers, including Chrome, allow you to block third-party cookies. You can also clear any existing cookies from within your browser. Learn more about <u>managing cookies in Chrome</u>.

## Our legal policies

- <u>Privacy Policy</u>
- <u>Terms of Service</u>
- <u>FAQ</u>

## More information

- <u>Technologies and Principles</u>
- <u>Advertising</u>
- <u>How Google uses cookies</u>
- <u>How Google uses pattern recognition</u>
- <u>Types of location data used by Google</u>

- <u>How Google Wallet uses credit card numbers</u>
- <u>How Google Voice works</u>
- <u>How Google uses data when you use our partners' sites or apps</u>

## Additional resources

- <u>My Account</u>
- <u>Google Safety Center</u>
- <u>Google Product Privacy Guide</u>
- <u>Your privacy, security, and controls</u>

- <u>Google</u>
- <u>About Google</u>
- <u>Privacy</u>
- <u>Terms</u>

**2**

GOOG-RDGZ-00020555

UNITED STATES DISTRICT COURT
N.D. CAL.
CASE#: 3:20-CV-04688-RS

**G0569**

\*\* CONFIDENTIAL - INTERNAL ONLY \*\*

# Personalization Data Sources Policy

DRAFT
**Authors:** mmos@, reedlabotz@, monsees@, adzic@, kevinluu@
**Updated:** today
go/footprints-personalization-policy-draft

go/footprints-personalization-policy

## Summary

All activity-based personalization must be done using Footprints (or other primary sources like Location History), and not other data sources such as Logs/Sawmill.

> **Commented [1]:** This implies that all activity is in Footprints, which isn't the case. LH is an obvious one, but there are other things like Fit data and who knows what else in other PAs.
>
> **Commented [2]:** resolved!

## Background

### What is "content"?

A lot of user data can be thought of as user-created "content", such as: e-mail, files, contacts, starred places, etc. Each of those types of content has a corresponding UI for seeing, managing, and controlling this data: GMail, Drive, Contacts, Maps, etc.

### What is "activity"?

Activity data refers to user interactions like search queries, result clicks, and associated metadata like user agents, locations, etc. This data is typically passive created as a result of using Google products, and not activity created by the user (unlike "content"). Footprints is the primary, canonical storage for all Google activity data. My Activity is the UI for seeing, managing, and controlling this data.

### What is "personalization"?

- "Personalization" (p13n) is altering a user's experience based on information associated with their user id. (This includes both content and activity, but for the purpose of this document, we only care about activity.)
- Examples
  - Changing results based on previous user location.
  - Showing query suggestions based on historical queries.
  - Adapting the rate of feature triggering based on the user's past use
  - Respecting user preferences like language or temperature preference.
- Non-Examples
  - Building an aggregate dashboard of QPS
  - Building aggregate ranking or understanding models
  - Performing long-term, non-user-facing analyses to gain product insights

> **Commented [3]:** Should there also be a "What is 'activity'?" question, since the scope of the document is activity-based p13n?
>
> **Commented [4]:** Added above.
>
> **Commented [5]:** and tweaked first bullet of this section...

### Transparency and Control

The Footprints integration process, and associated user-facing tools like My Activity, help teams ensure that users have adequate transparency and control over data stored in their account. These tools allow the user to control not only what data is stored, but also by extension how it is data used for personalization or whether it

**1**

GOOG-RDGZ-00118124

can be used as part of account-tied inferences. It is critical to uphold these obligations, for both privacy and regulatory reasons.

## Deletion Latency

Data sources used for personalization must reflect deletions immediately (go/footprints-wipeout-policy). Systems that don't meet this bar run the risk of undermining our transparency obligations, creating a privacy incident, etc. As a result, these data sources cannot be used for personalization. For example, Personal Logs does not reflect deletions for 30+ days (see go/plogs-slo).

**Commented [6]:** This feels like a stronger argument and could move above the user agency block.

**Commented [7]:** done

## Data without User Agency

Non-Footprints data sources might contain events and data that is only suitable for short-lived limited purposes (e.g. aggregate dashboards). For example, Logs contain certain events for WAA disabled users, which: should never be used for personalization, have no transparency, have no control, no ability to delete, etc.

It's also very difficult to evaluate and validate non-Footprints data sources for proper User Agency. While Footprints provides wipeout compliance for Personal Logs, each individual field of data needs to be individually vetted to ensure the privacy-sensitive aspect is shown to the user before it can be used for personalization. The process of doing this is to go through the Footprints integration process and write the data to Footprints.

**Commented [8]:** Can't this be addressed with policy-engine type filters that restrict or transform data that has use limitations?

**Commented [9]:** maybe. so what?

**Commented [10]:** the policy still applies!

## Scope

All personalization must be done over data that the user has complete agency over: real-time control, adequate transparency, and abide by go/footprints-wipeout-policy. For most activity data (including WAA, etc), this means all personalization must be done from Footprints. Other systems storing similar data that can be used for personalization include Location Platform, ZipIt, etc. Systems that do not meet these requirements for personalization include Logs/Sawmill.

## Changes to this Policy

This policy might change and teams are expected to work through these changes with the Footprints team.

## Exceptions to this Policy

Request a Footprints Policy Exception with details.

**Commented [11]:** Do you need a FAQ or something here? Maybe to answer "the data I need isn't in footprints?".

**Commented [12]:** Added below.

**Commented [13]:** @bhorling@google.com @adzic@google.com @davidmonsees@google.com

PTAL at this new Footprints policy. Add comments + LGTM. Thx!

**Commented [14]:** Friendly ping for LGTMs.

**Commented [15]:** /sub

**Commented [16]:** I added some more coments

**Commented [17]:** @bhorling@google.com FRIENDLY PING

**Commented [18]:** Bryan's comments are addressed. PTAL and LGTM. Thx!

**Commented [19]:** FRIENDLY REPING

## Help!

For technical questions or clarifications (but not policy exceptions), see go/footprints-help.

## FAQ

*Q: Help! The data I need isn't in Footprints.*
A: Reach out to footprints-team@, we might have the data in another place. If not, we can suggest ways to ingest new data into Footprints to be used for personalization.

## Approvers

| LDAP | Role | LGTM Date |
|------|------|-----------|
|      |      |           |

CONFIDENTIAL

GOOG-RDGZ-00118125

| bhorling | SAPE Director | |
| adzic | Footprints Director | 6/16/20 |
| monsees | Footprints PM Lead | |

**3**

CONFIDENTIAL

GOOG-RDGZ-00118126

*Stop reading here. The rest of this doc will be converted to technical documentation by Mr. Maxwell Mosley.*

# Technical Documentation for Ingesting external event data:

## Background

## Only user visible events can be used for personalization

Importing external events (e.g. from logs) should only process records for events that are also shown to users on My Activity. I.e., the same event ids. This provides a simple mechanism to ensure adequate transparency and control.

## No additional delay to respecting deletions

User initiated deletions should be handled as they would normally. Importing external data should not add unnecessary delays for respecting user deletions. E.g., if a corpus has an AlwaysDeletePolicy due to its sensitivity, it should be deleted in the same manner without further delay.
TODO: max: it should use the "hua" policy too.

## Supported Technical Solution

Footprints can support some importing external event data by combining several Footprints features. To follow this, teams must:

- Configure a new corpus/datatype in Footprints with a temporary upgrade policy to a user-visible Footprint
- For each log entry that will be used for personalization, write a Footprint into Footprints as temporary Footprint
- Read these Footprints from Footprints RPC API or using Footprints Batch libraries

The data being written should be from a single event; it should not merge data across events or log entries. Additionally, there should be at least as many temporary Footprints as there are user-visible Footprints, otherwise temporary Footprints may be unnecessarily filtered out.

## Temporary Footprints

Temporary Footprints were created to solve the prefetch/upgrade problem. Various features speculatively prefetch data behind the scenes to improve user-perceived latency. The prefetched data should not be shown on My Activity or used for personalization unless the user actually completes the action. For example, Psychic writes temporary query Footprints as search results are loaded and then sends an upgrade ping when the user clicks a result or pauses for 3 seconds.

When writing Footprints, it is possible to mark a Footprint as temporary. Temporary Footprints are upgraded if there is another Footprint in a configured 'upgrade column' at the same timestamp. Non-upgraded Footprints are filtered out at read-time by Footprints server. Additionally, temporary Footprints are deleted if their upgrade column is deleted. A sample config snippet shows that the temporary footprints_user_intents column depends on q for upgrades:

```
column_family_config =
```

**4**

CONFIDENTIAL

```
column_family = 'footprints_user_intents'
default_equivalent_timestamp_policy =
    equivalent_timestamp_column = 'q:'
subtype_config =
    temporary_data_policy =
        upgrade_policy = 'EQUIVALENT_TIMESTAMP'
        column = 'q:'
```

Following this strategy, and using a user-visible Footprint as the upgrade column, we achieve Transparency and Control because the data derived from e.g. Logs is filtered out if there is no matching user visible Footprint and the data is deleted immediately if the user-visible Footprint is deleted. This handles a variety of problematic scenarios, like RPC failures, features that neglected to add transparency and race conditions between deletions and logs.

## Limitations of this solution

We do not allow direct Kansas access to these temporary Footprints. Footprints Server and the Footprints batch libraries do read-time filtering of temporary Footprints but Kansas does not. Because of this, Footprints will not give out direct Kansas read ACLs to corpora containing temporary Footprints.

Temporary Footprints written from Logs should have a >1:1 relationship with their upgrade column. Because of how temporary filtering works, reading X temporary Footprints will also read X upgrade Footprints. If there are more upgrades than temporary Footprints, some temporary Footprints may be unnecessarily filtered out.

All data needed for personalization from Logs must be written back to Footprints. Because Logs stores more data than Footprints, it is typically an anti-pattern to store Logs protos in Footprints. We recommend teams that want to personalize from Logs to only write the data they need to use for real-time personalization back to Footprints.

# Unsupported solutions

Frequently proposed workarounds typically involve manually joining the data in Logs and Footprints to ensure only Logs with matching user-visible Footprints are used. These solutions run into one or more of the following problems.

## Merging multiple Log events into fewer Footprints

This runs into questions about transparency and control of the underlying events in Logs. A single Footprint cannot serve as Transparency and Control over Logs spread across multiple timestamps. The documented solution can be combined with cross event processing over the Footprints equivalent versions of this data to achieve the same goal.

## Joins between Logs and Footprints

If the join is limited to Footprints user visible events, the join should not be necessary given the solution outlined above (temporary footprints with the same event_id.timestamp + upgrade policy + timestamp equivalence policy). Using temporary Footprints effectively moves all potential joins to Footprints Server which is safer.

**5**

CONFIDENTIAL

GOOG-RDGZ-00118128

## Unsafe Race Conditions when Joining

Because Footprints is user keyed and Logs are not, data must first be read and then shuffled into a common key. This dramatically increases the time between data is read and outputs are written (i.e. Map + Reduce vs Map only).

This introduces unsafe race conditions: the data being joined existed when the job read it, but it might have been deleted by the time the data being generated is being written.

We know that the majority of user initiated deletions disproportionately affect very recent data, which is the exact data that would be joined in such a circumstance. [citation needed]

## PIR Data Cleanup Solution

When there is an outage of a product writing to Footprints (go/mapshandler-footprints-postmortem), this creates a Privacy Incident. The resolution for these outages involves writing custom batch jobs are to either manually backfill Footprints from Logs or to delete the affected Logs.

For PIRs that result in deletion of Logs, all Footprints corpora that are generated from Logs need to be manually deleted as well. There is currently no mechanism or process to ensure this happens.

## No Log source to Footprint Corpus mapping

There is currently no mapping between log sources and Footprints corpora. The ability to generate and maintain such mappings is a prerequisite for this type of join. There is currently no mechanism to do this. Manual mappings are hard to create and maintain, and do not "fail safe".

## Exposing Deletion Markers

Footprints deletion markers necessarily expose complex internal implementation details that are only used in very limited circumstances, such as propagating deletions from Footprints to Personal Logs, Starlight, ps1, or other downstream systems. Every team that consumes deletion markers imposes another barrier to making changes (e.g. adding another deletion marker type, or changing what deletion markers are stored where) and increases Footprints team support burden (e.g. clarifying deletion marker semantics, complex and changing data layout). In addition, changes not related to deletion markers directly, such as the mapping of Footprints Corpus to CorpusGroup, will also indirectly affect and break teams directly reading deletion markers. (UDC 2.0 will cause many corpora to change corpus groups)

CONFIDENTIAL

GOOG-RDGZ-00118129

**B. Set up – 30 April 2018 to 29 October 2019**

UNITED STATES DISTRICT COURT
N.D. CAL.
CASE#: 3:20-CV-04688-RS

**G0574.R2**

Index

B.7



**1**

GOOG-RDGZ-00154815

**B. Set up – 30 April 2018 to 29 October 2019**          Index

B.8

Your device works better with a Google
Account:

Download apps, music, games, and
other content from Google Play

Back up your apps to Google, and
sync Google services like Calendar
and Contacts with your device

Close

GOOG-RDGZ-00154816

**B. Set up – 30 April 2018 to 29 October 2019**     Index

B.9



**3**

GOOG-RDGZ-00154817

**B. Set up – 30 April 2018 to 29 October 2019**     Index

B.10



**4**

GOOG-RDGZ-00154818

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.11



**5**

GOOG-RDGZ-00154819

**B. Set up – 30 April 2018 to 29 October 2019**    Index

B.12



**6**

GOOG-RDGZ-00154820

**B. Set up – 30 April 2018 to 29 October 2019**    Index

B.13



GOOG-RDGZ-00154821

**B. Set up – 30 April 2018 to 29 October 2019**          Index

B.14      (i)



(This screen is continued on the next page. A user would access the next page by scrolling down.)

GOOG-RDGZ-00154822

**B. Set up – 30 April 2018 to 29 October 2019**    Index

B.14    (ii)



Receive video calls & messages

Make Google services, including ads, more relevant to you

**How it works**

Google will occasionally verify your number by exchanging your device info with your operator or via SMS (charges may apply)

Any number verified on this device will be added to your Google Account

**You're in control**

This won't make your number public

You can always change your number, control how it's used or remove it in your Google account (account.google.com/phone)

More options

Skip                    Yes, I'm in

<

page 55

**9**

GOOG-RDGZ-00154823

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.15    (i)



Google

## Privacy and Terms

To create a Google Account, you'll need to agree to the
Terms of Service below.
In addition, when you create an account, we process
your information as described in our Privacy Policy,
including these key points:

**Data that we process when you use Google**

- When you set up a Google Account, we store
  information you give us like your name, email
  address and telephone number.
- When you use Google services to do things such as
  write a message in Gmail or comment on a YouTube
  video, we store the information that you create.
- When you search for a restaurant on Google Maps
  or watch a video on YouTube, for example, we
  process information about that activity – including
  information such as the video that you watched,
  device IDs, IP addresses, cookie data and location.
- We also process the kind of information described
  above when you use apps or sites that use Google
  services such as ads, Analytics and the YouTube
  video player.

**Why we process it**
We process this data for the purposes described in
our policy, including to:

- Help our services deliver more useful, customised

‹

(This screen is continued on the next page. A user would access the
next page by scrolling down.)

**10**

GOOG-RDGZ-00154824

**B. Set up – 30 April 2018 to 29 October 2019**    Index

B.15    (ii)



We process this data for the purposes described in our policy, including to:

- Help our services deliver more useful, customised content such as more relevant search results;
- Improve the quality of our services and develop new ones;
- Deliver personalised ads, depending on your account settings, both on Google services and on sites and apps that partner with Google;
- Improve security by protecting against fraud and abuse; and
- Conduct analytics and measurement to understand how our services are used. We also have partners that measure how our services are used. Learn more about these specific advertising and measurement partners.

**Combining data**
We also combine this data among our services and across your devices for these purposes. For example, depending on your account settings, we show you ads based on information about your interests, which we can derive from your use of Search and YouTube; and we use data from trillions of search queries to build spell-correction models that we use across all of our services.

**You're in control**
Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information. You can control how we collect and use this data now by clicking 'More Options' below. You can always adjust your controls later or withdraw your consent for the future by visiting My Account (myaccount.google.com).

‹

(This screen is continued on the next page. A user would access the next page by scrolling down.)

**11**

GOOG-RDGZ-00154825

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.15    (iii)

apps that partner with Google;

- Improve security by protecting against fraud and abuse; and
- Conduct analytics and measurement to understand how our services are used. We also have partners that measure how our services are used. Learn more about these specific advertising and measurement partners.

**Combining data**
We also combine this data among our services and across your devices for these purposes. For example, depending on your account settings, we show you ads based on information about your interests, which we can derive from your use of Search and YouTube; and we use data from trillions of search queries to build spell-correction models that we use across all of our services.

**You're in control**
Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information. You can control how we collect and use this data now by clicking 'More Options' below. You can always adjust your controls later or withdraw your consent for the future by visiting My Account (myaccount.google.com).

MORE OPTIONS    ⌄

Don't create the account                I agree

‹

**12**

GOOG-RDGZ-00154826

**B. Set up – 30 April 2018 to 29 October 2019**   Index

B.16    (i)



(This screen is a recreation of the screen that was shown to users during this period. It is continued on the next page. A user could access the next page by scrolling down.)

**13**

GOOG-RDGZ-00154827

**B. Set up – 30 April 2018 to 29 October 2019**                                        Index

B.16    (ii)

**Ads Personalization**

Google can show you ads based on your activity on Google services (such as Search or YouTube), and on websites and apps that partner with Google.

◉  Show me personalized ads

○  Show me ads that aren't personalized

Learn more

**YouTube Search History**

Saves what you search for on YouTube to make your future searches faster and to give you better recommendations in YouTube and other Google services.

◉  Save my YouTube Search History in my Google Account

○  Don't save my YouTube Search History in my Google Account

(This screen is continued on the next page. A user could access the next page by scrolling down.)

**14**

GOOG-RDGZ-00154828

**B. Set up – 30 April 2018 to 29 October 2019**  Index

B.16    (iii)

**YouTube Watch History**

Saves what you watch on YouTube to give you better recommendations in YouTube and other Google services.

◉ Save my YouTube Watch History in my Google Account

○ Don't save my YouTube Watch History in my Google Account

**Location History**

Saves a private map of where you go with your signed-in devices (even when you're not actively using a Google product) to give you better map searches, commute routes, and more.

◉ Save my Location History in my Google Account

○ Don't save my Location History in my Google Account

Learn more

(This screen is continued on the next page. A user could access the next page by scrolling down.)

**15**

GOOG-RDGZ-00154829

**B. Set up – 30 April 2018 to 29 October 2019**    Index

B.16    (iv)

○    Save my Location History in my Google
       Account

◉    Don't save my Location History in my
       Google Account

Learn more

🎤    **Voice & Audio Activity**

Saves a recording of your voice and audio input
to help Google recognise your voice, and
improve speech recognition.

○    Save my Voice & audio activity in my
       Google Account

◉    Don't save my Voice & audio activity in
       my Google Account

Learn more

☐    Send me occasional reminders about these
       settings

These settings apply wherever you are signed in to your
new Google Account.

Don't create the account          I agree

‹

**16**

GOOG-RDGZ-00154830

**B. Set up – 30 April 2018 to 29 October 2019**     Index

B.17



**17**

GOOG-RDGZ-00154831

**B. Set up – 30 April 2018 to 29 October 2019**          Index

B.18



**18**

GOOG-RDGZ-00154832

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.19



GOOG-RDGZ-00154833

**B. Set up – 30 April 2018 to 29 October 2019**                     Index

B.20



**20**

GOOG-RDGZ-00154834

C. **Settings – 1 January 2017 to October 2018**    Index

C.24



(This screen is a recreation of the screen that was shown to users during this period).

GOOG-RDGZ-00154880

**D. Settings – October 2018 to 29 October 2019**    Index

D.18



**166**

GOOG-RDGZ-00154933

UNITED STATES DISTRICT COURT
N.D. CAL
CASE#: 3:20-CV-04688-RS

G0576

≡  Screenwise Meter Help    🔍  Describe your issue                                        ⊞    **Sign in**

Screenwise Meter ↗

## Google Panel Terms & Conditions March 2018

Last modified: March 20, 2018

These Google Panel Terms & Conditions ("Terms") are entered into by Google LLC ("Google") and the individual that electronically accepts these terms ("you" or "Panelist"). You agree that your participation in the panel as offered to you by Google ("Panel") will be governed by these Terms. Please read these Terms carefully.

### 1. Accepting the Terms

1.1. Before you can accept these Terms, you will be asked to carefully read the Google Panel Privacy Policy ("Privacy Policy") and understand how the Privacy Policy governs Google's ability to collect, store, use, and share the information obtained during your participation in the Panel.

1.2. In order to participate in the Panel, you must first agree to both these Terms and the Privacy Policy. You may not participate in the Panel if you do not accept the Terms and the Privacy Policy. By clicking to accept the Terms below, you agree to the terms of the Privacy Policy as well.

1.3. You may not accept the Terms if (a) you are not of legal age for a binding contract with Google, or (b) you are a person barred from participating in the Panel under the laws of the United States. Panel participation is limited to residents of the United States.

1.4. Each member of your household (other than minor children over age 13) that participates in the Panel must separately agree to these Terms and the Privacy Policy and have his or her own Panels account. If any members of your household (over age 13) are not of legal age to form a binding contract with Google, you agree to supervise their use of the hardware, software, and other panel metering technology (collectively "Meters") used in connection with the Panel.

1.5. You agree to accurately represent the ages of any minor children in your household to Google or its partners (hereafter "Panel Partners," defined as affiliates and other companies that manage and administer Panels as set forth in the Privacy Policy).

1.6. You may not open more than one Panels account.

1.7. These Terms and the Privacy Policy are subject to change from time to time. We will notify you of any changes to these Terms and the Privacy Policy in accordance with the notice provisions of Section 2.3 below.

1.8. Google may ask you to affirmatively acknowledge your acceptance of changes to the Terms and/or Privacy Policy. Repeated notice of such changes, in combination with your continued participation in the Panel, may be considered the equivalent of your affirmative acceptance of such changes.

### 2. Your Participation in the Panel

2.1. You may be required to provide information about yourself, such as identification or contact details. You agree that any information you provide will be accurate, correct, and up to date. The collection, storage, use, and sharing of your personal information will be governed by the Privacy Policy.

2.2. You may be asked from time to time to log in to your Google Account (or accounts). This will help ensure that the Google Account information associated with your Panel account is up to date and accurate.

2.3. You agree that Google may provide you with notices by email, regular mail, or postings on or through Meters.

2.4. Google or its Panel Partners may send you communications related to your participation in the Panel, including incentive opportunities, questionnaires, and surveys.

2.5. Google or its Panel Partners may provide incentives to you in connection with your participation in the Panel. These incentives are described at FAQs [URL no longer available] and are subject to change from time to time without prior notice to you. Incentives have no cash or other value unless and until they are redeemed. Google and its Panel Partners reserve the right to withhold incentives for good cause. Incentives are subject to expiration dates and other terms available here [URL no longer available].

2.6. Employees of Google or its Panel Partners are prohibited from participating in the Panel. You acknowledge that you are not a Google employee (or an employee of a Panel Partner) and you agree that nothing in these Terms creates an employee relationship with either Google or its Panel Partners, nor are the Terms intended to do so.

2.7. The Panel and Meters may contain information that is designated confidential by Google or its Panel Partners and you will not disclose that information without prior written consent.

### 3. Your Use of Metering Technology

3.1. Google and its Panel Partners will provide you with Meters to observe and record your use of digital media. Your use of these Meters is subject to these Terms and to any applicable terms between you and Google's Panel Partners.

3.2. You will use the Meters only for purposes of the Panel and in accordance with applicable law.

3.3. You will not access, use, or attempt to access or use any of the Meters other than through the interface provided by Google or its Panel Partners, unless you have been specifically allowed to do so in a separate agreement with Google or a Panel Partner.

3.4. You agree to follow all instructions provided by Google or its Panel Partners for the installation, maintenance, and use of Meters.

3.5. You will not engage in any activity that interferes with or disrupts the Panel or Meters (or the servers and networks that are connected to the Panel or Meters).

3.6. Unless you have been specifically permitted to do so in a separate agreement with Google or its Panel Partners, you will not reproduce, duplicate, copy, sell, trade, or resell any Panel materials or Meters.

3.7. The Meters that you use may automatically download and/or install updates from time to time. Upon request, you agree to consent to all such updates as soon as practicable.

### Help

📄 Google Panel Privacy Policy, Terms & Conditions

📄 Older versions of the Google Panel Privacy Policy, Terms & Conditions

📄 Access your Screenwise Meter account

📄 Review or delete Household & My Panel Activity

GOOG-RDGZ-00182651

**1**

request, you agree to consent to all such updates as soon as practicable.

3.8. Only Panelists (or their minor children over age 13) may use Meters. Panelists may notify guests or other non-panelists of the presence of Meters and instruct them to pause metering (e.g., use "Guest" mode) before using a metered device.

3.9. Children under age 13 are not permitted to use Meters (unless the device is in "Guest Mode" or a similar non-metering state). You will make best efforts either to prevent children under 13 from using metered devices or to ensure they are using such devices in a non-metered state.

3.10. If your device has mobile tethering capability (e.g., a WiFi "hot spot"), you will make best efforts to prevent non-panelists from being metered without their knowledge or consent. (For example, you will enable password protection in your tethering settings and will not share your password with non-panelists.)

### 4. Your Passwords and Account Security

4.1. You are responsible for maintaining the confidentiality of passwords associated with any account you use to participate in the Panel. You must not share your Panel, Meter, or Google login credentials with others. You must not allow unauthorized persons to use metered devices (unless they are logged in as "Guests" or a similar non-metering state).

4.2. If you become aware of any unauthorized use of your password or of your account, you agree to notify Google and/or the Panel Partner immediately. Applicable contact information and instructions will be provided to you as part of your participation in the Panel.

### 5. Content Accessed or Uploaded in Connection with the Panel

5.1. Google is not responsible for (a) any content you may access from websites or applications that are not owned or operated by Google, or otherwise provided by companies or persons other than Google; or (b) content that you submit, post, or display on or through the Meters ("Your Content").

5.2. You are responsible for Your Content, including by complying with applicable content policies, community guidelines, and/or terms and conditions required by the site upon which you are submitting, posting, or displaying the content. You hereby license Your Content to Google and its Panel Partners for the limited purpose of performing the required technical steps to provide the Meters to Panelists and to operate the Panel. Other than this limited license, Google and its Panel Partners obtain no right, title or interest from you (or your licensors) to Your Content, and you are responsible for protecting and enforcing those rights (Google has no obligation to do so on your behalf).

### 6. Proprietary Rights

6.1. Google (or Google's licensors) own all legal rights, title, and interest in and to the Panel, including any intellectual property rights in the Panel (whether those rights happen to be registered or not, and wherever in the world those rights may exist).

6.2. You will not remove, obscure, or alter any proprietary rights notices (including copyright and trademark notices) that may be affixed to or contained within the Meters or other Panel materials.

6.3. Unless you have been expressly authorized to do so in writing by Google or its Panel Partners, you will not use any trademark, service mark, trade name, or logo of any company or organization in a way that is likely or intended to cause confusion about the owner or authorized user of such marks, names, or logos.

### 7. License from Google

7.1. Subject to these Terms, Google gives you a limited, personal, revocable, worldwide, royalty-free, non-assignable, non-sublicensable, and non-exclusive license (to the extent of its rights) to use the Meters for the sole purpose of enabling you to participate in the Panel.

7.2. You may not (and you may not permit anyone else to) copy, modify, create a derivative work of, reverse engineer, decompile, or otherwise attempt to extract the source code of the Meters or any part thereof, unless this is expressly permitted or required by law, or unless you have been specifically told that you may do so by Google or its Panel Partners in writing.

### 8. Ending your Participation in the Panel

8.1. These Terms are in force until terminated by either you or Google as set forth below.

8.2. If you want to terminate your participation in the Panel, you may do so by (a) notifying Google and/or Google's Panel Partner in writing, and (b) if applicable, closing all accounts used exclusively in connection with your participation in the Panel; or (c) as otherwise specified by Google. Applicable contact information and instructions will be provided to you as part of your participation in the Panel.

8.3. Google may terminate your participation in the Panel, and the Terms that govern your participation, for any reason and at any time, with notice as set forth in Section 2.3 above. One of the reasons Google may terminate your participation in the Panel is if the Meters are unable to collect sufficient data.

8.4. Upon termination or expiration of these Terms, you will return to Google all hardware and software you received from Google or its Panel Partners in connection with the Panel, or otherwise dispose of the hardware and software in the manner Google or its Panel Partners specifies (including, for example, uninstalling downloadable software).

8.5. Upon termination, you will have sixty (60) days to redeem any Incentives. If your participation in the Panel was terminated for cause (e.g., because you violated these Terms), you forfeit your right to redeem any Incentives previously accrued.

8.6. Sections 1, 2.3, 2.7, 3.2-3.6, 6.2, 6.3, 7.2, 8-10, and 12 will survive any termination of these Terms.

### 9. EXCLUSION OF WARRANTIES

9.1. OTHER THAN AS EXPRESSLY SET OUT IN THESE TERMS, NEITHER GOOGLE NOR ITS SUPPLIERS, DISTRIBUTORS, OR PANEL PARTNERS, MAKES ANY SPECIFIC PROMISES ABOUT THE PANEL. FOR EXAMPLE, WE DON'T MAKE ANY COMMITMENTS ABOUT THE SPECIFIC FUNCTIONS OF THE METERS, OR THEIR RELIABILITY OR AVAILABILITY. WE PROVIDE THE PANELS AND RELATED MATERIALS "AS IS."

9.2. SOME JURISDICTIONS PROVIDE FOR CERTAIN WARRANTIES, LIKE THE IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. TO THE EXTENT PERMITTED BY LAW, WE EXCLUDE ALL WARRANTIES.

9.3. YOU EXPRESSLY UNDERSTAND AND AGREE THAT YOUR PARTICIPATION IN THE PANEL IS AT YOUR SOLE RISK AND THAT THE PANEL AND METERS ARE PROVIDED "AS IS" AND "AS AVAILABLE."

### 10. LIMITATION OF LIABILITY

10.1. WHEN PERMITTED BY LAW, GOOGLE, AND GOOGLE'S SUPPLIERS, DISTRIBUTORS, AND PANEL PARTNERS, WILL NOT BE RESPONSIBLE FOR LOST PROFITS, REVENUES, OR DATA, FINANCIAL LOSSES OR INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES.

Help

Google Panel Privacy Policy, Terms & Conditions

Older versions of the Google Panel Privacy Policy, Terms & Conditions

Access your Screenwise Meter account

Review or delete Household & My Panel Activity

GOOG-RDGZ-00182652

**2**

10.2. TO THE EXTENT PERMITTED BY LAW, THE TOTAL LIABILITY OF GOOGLE, AND ITS SUPPLIERS, DISTRIBUTORS, AND PANEL PARTNERS, FOR ANY CLAIMS UNDER THESE TERMS, INCLUDING FOR ANY IMPLIED WARRANTIES, IS LIMITED TO THE AMOUNT PAID OR PAYABLE BY GOOGLE TO YOU FOR YOUR PARTICIPATION IN THE PANEL.

10.3. IN ALL CASES, GOOGLE, AND ITS SUPPLIERS, DISTRIBUTORS, AND PANEL PARTNERS, WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY FORESEEABLE.

## 11. Express Consent to Certain Settings and the Combination of Non-Personally- Identifiable Information and Personal Information

11.1. During your participation in the Panel, you agree not to: (i) opt out of interest-based advertising, remarketing, or other forms of online behavioral advertising, from any browser, application, or device that is connected to a Meter; (ii) employ "do not track" or related features on any browser, application, or device that is connected to a Meter; (iii) employ ad blocking or ad injecting features on any browser, application, or device that is connected to a Meter; or (iv) turn off location reporting services, location history services, or other location-related features on any device that is connected to a Meter. If we detect such activity, we may prompt you to change your settings. Failure to change your settings upon request may be grounds for termination pursuant to Section 8 above.

11.2. Both during and after your participation in the Panel, you agree that Google may combine non-personally-identifiable information with your personal data, including the combination of Google's anonymous advertising cookies (e.g., the Doubleclick cookie) with your personal data.

## 12. General Legal Terms

12.1. Sometimes when you participate in the Panel you may (as a result of, or through your participation in the Panel) use a service or product, or download a piece of software, that is provided by another person or company. Your use of these other services, products and software may be subject to separate terms between you and the company or person concerned. If so, these Terms do not affect your legal relationship with these other companies or individuals.

12.2. You agree that you are solely responsible for (and that Google and its suppliers, distributors and Panel Partners have no responsibility to you or to any third party for) any breach of your obligations under these Terms and for the consequences (including any loss or damage which Google may suffer) of any such breach.

12.3. These Terms constitute the whole legal agreement between you and Google and govern your participation in the Panel (but excluding any services that Google may provide to you under a separate written agreement), and completely replace any prior agreements between you and Google in relation to the Panel.

12.4. Neither party will be treated as having waived any rights by not exercising (or delaying the exercise of) any rights under these Terms.

12.5. If any term (or part of a term) of these Terms is invalid, illegal, or unenforceable, the rest of the Terms will remain in effect.

12.6. Each member of the group of companies of which Google is the parent will be third-party beneficiaries to these Terms and those other companies will be entitled to directly enforce, and rely upon, any provision of these Terms that confers a benefit on (or rights in favor of) them. Other than this, no other person or company will be third-party beneficiaries to the Terms unless otherwise agreed in writing.

12.7. These Terms do not confer any benefits on any third party unless they expressly state that they do.

12.8. ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PANEL WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, AND WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA, USA. THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THOSE COURTS.

Give feedback about this article

### Help

Google Panel Privacy Policy, Terms & Conditions

Older versions of the Google Panel Privacy Policy, Terms & Conditions

Access your Screenwise Meter account

Review or delete Household & My Panel Activity

©2022 Google · Privacy Policy · Terms of Service     English

GOOG-RDGZ-00182653

UNITED STATES DISTRICT COURT
CASE#: 3:20-CV-04688-RS
G0578

☰  Screenwise Meter Help      🔍  Describe your issue                                      ⊞      Sign in

Screenwise Meter ↗

**Help**

- ☐ Google Panel Privacy Policy, Terms & Conditions
- ☐ Older versions of the Google Panel Privacy Policy, Terms & Conditions
- ☐ Access your Screenwise Meter account
- ☐ Review or delete Household & My Panel Activity

## Google Panel Privacy Policy October 2017

Last modified: October 10, 2017

Thank you for agreeing to participate in a Google Panel ("Panel"), which helps Google better understand how consumers use technology and digital media. By agreeing to the Google Panel Terms & Conditions above, you have also agreed to the terms of the Google Panel Privacy Policy ("Privacy Policy") below.

Please read this Privacy Policy carefully because it explains how Google LLC ("Google") will collect, store, use, and share information obtained from the hardware, software, and other panel metering technology (collectively "Meters") used in connection with the Panel.

### Google's Panel Partners

Google may work with its affiliates and other companies ("Panel Partners") to manage and administer Panels, including the recruitment, vetting, and registration of panelists, distribution of Meters, collection and processing of data, management and distribution of panelist incentives and awards, and communication with panelists about Panel administration and compliance with policies and procedures.

### Devices and Metering Technology

As part of your participation in the Panel, Google and its Panel Partners will provide you with the Meters, which you may be asked to install or may be installed in your home by qualified employees or subcontractors of Google or a Panel Partner. These Meters help Google learn about your interaction with technology and digital media on various devices. This includes your desktop and laptop computers, wireless routers, mobile phones, tablets, wearable devices, automotive items connected to the internet, and other devices you may use to consume and interact with digital content throughout the day.

Another important part of your participation in the Panel is allowing Google and Panel Partners to meter and understand behavior in your household, for example, who is watching a particular program on a particular device in a particular room. Accordingly, the Meters also gather information from shared devices in your household, including tablets, televisions, game consoles, cable and TV set top boxes, and other devices used in your household to consume and interact with digital content.

"Digital media" and "digital content" are defined broadly to include your interactions with Internet browsers and websites, mobile and tablet applications and software, the devices you use to access digital media and digital content, TV content, and any other electronic delivery systems of digital content.

### Information We Collect

This section describes the Meter Data and Survey Data (collectively referred to as "Panel Data") that Google and its Panel Partners may collect.

Meter Data. The Meters you've agreed to install on your devices may collect the following types of information ("Meter Data"):

- Use of Your Devices. When a Meter is placed on a device, it potentially will collect and record all interactions with that device. For example, when a Meter is placed on your mobile phone, it potentially will record everything you see on your screen and everything you tap, type, swipe, or otherwise input. You'll see more examples below, as well as information about how to temporarily pause metering by using Guest Mode.
  - Content and Advertising. The content and advertising shown on or broadcast from your devices, and your interactions with that content and advertising, including:
    - Internet Activity. Your Internet browsing activities and interactions with content on the web, including:
      - Every web page you've visited and all of your interactions with those web pages, including all URL data (for both HTTP and HTTPS websites), destination IP addresses (which indicate the websites you've visited), and the length of time you spent visiting websites.
      - Data about the Internet browser you're using (e.g., Chrome, Internet Explorer, Firefox) and your browser settings.
    - Apps and Operating Systems. Your use of applications and widgets (collectively "apps"), software, and operating systems, including the apps you download and use on your devices, and your interactions with those apps, including opening, closing, or uninstalling, and the duration of your use.
  - Telephone, Emails, SMS, Instant Messaging, and Other Communications Services. Your use of telephony, electronic mail, SMS, instant messaging, and other communications services on your devices, including:
    - The timestamp and duration of telephone calls made or received, and information about the network used to place the call.
    - The timestamp of emails, SMS, or MMS text messages sent or received, SMS routing information, and messaging volume, including the number of attachments and message size.
    - The phone numbers you enter for outgoing telephone calls, SMS, or MMS text messages and, if publicly available, the business names associated with those phone numbers.
    - Note that, as described in the "Content on Screen" subsection below, Meters may collect the content you see on your screen or device at any given time. This may include the content of messages as they appear on your screen and the keystrokes or other inputs you use for messaging. Panelists can use a non-metered device (or use Guest mode, as described below) when using messaging services.
  - Digital Media, TV, Game Consoles, and other Shared Devices. Your consumption and use of digital media and entertainment on your devices and shared household devices, including:
    - The videos and TV programming you watch and listen to, including name, source, and other video and audio identifiers, as well as your interactions with any remote control and the timestamp and duration of your viewing events.

GOOG-RDGZ-00182659

**1**

- The music you listen to, including the title, artist, and how long the music was played.

- The digital games you and other household members play on game consoles or other shared devices.

- Clicks, Taps, and Gestures. Data associated with your clicks (e.g., with a mouse), taps (e.g., with a stylus or finger), gestures (e.g., wave at the screen) or other interactions with technology and digital content, such as tracking the sections of a website or app most attractive to your eyes.

- Biometric Information and Other Characteristics. This includes Biometric Information that is uniquely identifiable only to you, such as your voice or fingerprint or a model of your facial features, and other physical characteristics information. For example, we may use facial pattern recognition to help identify if you are watching TV or viewing your phone or other device. As another example, the TV meter microphone captures nearby audio, including nearby voices, which is transformed into a digital "fingerprint" on the device and used to help us understand what you're watching. We will seek your permission before collecting Biometric Information or enabling metering technology that uses Biometric Information.

- Information you Provide. Information you provide or otherwise input when visiting websites, using apps or using a TV user interface. This includes search terms and personal information you provide to a website, TV user interface, or app, including your name, email address, home/work address, telephone number, Social Security number, or credit card number. Panelists can use a non-metered device (or use Guest mode, as described below) when entering personal information on a website or app.

- Content on Screen. The content you see on your screen or device at any given time, including, for example, where that content appears on a website or in an app, and your interactions with it. This also includes, for example, the content you are reading or writing in messages as that content appears on your screen. As noted above, Panelists can use a non-metered device (or use Guest mode) when reading or entering personal information or using messaging services.

- Local Storage. Information (including personal information) stored locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches. Again, remember that local storage may contain personal information you've input on your devices and it may be collected by our Meters and sent to Google; however, this type of personal information is not the focus of the Panels. Panelists can use non-metered devices (or use Guest mode) when entering personal information on a website or app.

- Cookies. Cookies, unique numbers, or other identifiers from your browser, applications, or device, including anonymous and pseudonymous identifiers as well as cookies or other identifiers associated with your personal information or Google Account(s). For the avoidance of doubt, anonymous or pseudonymous identifiers do not mean passwords.

- Device Information. Information collected whenever your device is powered on, including:

  - Device Identification. Data that identifies the devices you're using, including manufacturer, operating systems, version numbers, hardware models, mobile network information (including phone number), and unique device identifiers from the device's manufacturer.

  - Location Information. Your location, based on GPS signals sent by your device or by other technologies used to determine location, such as sensor data from your device that may provide information on nearby Wi-Fi access points and cell towers.

  - Sensors. Information collected by motion, environmental, and position sensors on your device, including accelerometers, gravity sensors, gyroscopes, ambient air temperature and pressure, orientation sensors, magnetometers, and beacons or sensors that transmit or detect bluetooth, low-energy signals or high-frequency, ultrasonic signals.

  - System Status and Data Usage. Information about system status and data usage associated with your device, including:

    - System status, including device event information such as crashes and system activity.

    - Data indicating the mode your device is in (for example, on, off, standby, "Airplane").

    - How frequently your device is in use.

    - Battery status and charger use.

    - Amount of free and used local storage space.

  - Network and Connectivity. Information related to the network connections of your devices, including:

    - Information about the device's network usage, including connection state, type of cell network being used, timestamp for network status activity, signal strength, and data volume sent/received.

    - DHCP request information, which indicates when a device seeks to connect to a network.

    - Information indicating Wi-Fi connection status and Wi-Fi encryption type for any Wi-Fi connection.

    - Information related to Wi-Fi networks to which your device is connected, including SSIDs, MAC IDs, and other WiFi network IDs. These identifiers can be used to indicate when you're at home or at other locations.

    - Information about other devices connected to your Wi-Fi network, so that we may attempt to collect Meter Data from those devices in a manner consistent with this Privacy Policy.

    - Information about the other devices you connect with using Bluetooth, including metadata associated with the use of near-field communication (NFC) technology.

    - Information related to devices, beacons or sensors that transmit or detect bluetooth, low-energy signals or high-frequency, ultrasonic signals

- Diagnostic Data. Data related to the operation and quality of the Meters and accompanying technology, including session times, duration, number of traffic requests, number of websites visited, and information about browser and operating system types ("Diagnostic Data"). Diagnostic Data may be used for Panel operations, maintenance, improvement, quality assurance, and Panelist verification purposes. Diagnostic Data may be collected even when metering is paused or when you're in Guest mode (see below), have signed out, or when a non-panelist is using the device.

- Your Use of Google Products. Information that Google collects from you when you use Google products and services, as set forth in the Google Terms of Service ☑ and Google Privacy Policy ☑ or other applicable terms of service. When metering is enabled, we may collect this information for all Google accounts being used on the device, including accounts you may not have identified to us through surveys or other sign-up processes. Therefore, the information about your use of Google products may include information from the use of any Google accounts on your device.

## Help

📄 Google Panel Privacy Policy, Terms & Conditions

📄 Older versions of the Google Panel Privacy Policy, Terms & Conditions

📄 Access your Screenwise Meter account

📄 Review or delete Household & My Panel Activity

GOOG-RDGZ-00182660

**2**

Survey Data. Google and its Panel Partners also may collect additional information about you as part of your participation in this Panel ("Survey Data"):

- Your full name, home address, work address, household location, phone numbers, email addresses, unique Panelist ID, and other identifiable information.

- Information from your Google Account(s), including your full name, Gmail address(es), YouTube username(s), Google+ profile name(s), and any cookies or persistent identifiers associated with your Google Account(s).

- Information necessary to verify and authenticate your participation in the Panel, including your Google Account information and email addresses associated with your Google Account(s).

- Demographic information about you and other members of your household, including age, gender, race, ethnicity, languages spoken, education, marital status, personal income, household income, the number of children you have, and the total number of adults and children in your household.

- Other survey questions that Google or its Panel Partners may ask you to answer, including questions about your habits and preferences.

Minors. Google may collect Panel Data from all household members over the age of 13. With your consent, Google may collect Panel Data from household members under the age of 13. Otherwise, as set forth in the Terms and Conditions, children under the age of 13 are prohibited from using Meters unless they use the meters in "Guest" mode or they log in to the Meters using the login details allocated to the relevant minor, which renders the Meter into a similar non-metering state. If you do not want Google to collect information from household members under the age of 13, you should ensure that such children do not use metered devices (or only use metered devices in Guest mode).

Paused Meters and "Guest" Mode. Some metering technology may provide Panelists with the ability to temporarily pause metering or otherwise allow for the use of the device without being metered (e.g., "Guest" mode). As noted above, Google may collect Diagnostic Data from Meters in Guest mode. To learn more about these modes, including tips and best practices, please consult the information provided to you about your Meters.

Guests and Other Non-Panelists. Only Panelists (and their minor children) may use Meters. Panelists must notify guests or other non-panelists of the presence of Meters and instruct them to pause metering (e.g., use "Guest" mode) before using a metered device. Failure to enable "Guest" mode may result in the collection of Panel Data from non-panelists.

Third-Party Data. Google also may obtain information from third parties (other than Panel Partners) ("Third-Party Data"). Third-Party Data includes personal information about you, aggregated and/or anonymized data (including cookie data), and other consumer-related information from academic institutions, advertisers, publishers, data brokers, programming networks, and other entities studying consumer behavior and audience measurement.

Additional Information. Google and its Panel Partners may provide you with further information about the operation of the Meters and the information they collect at the time of installation.

## How we Use the Information We Collect

>Google will use Panel Data and Third-Party Data in connection with existing Google products and services, to provide, maintain, protect, and improve them, and to develop new ones.

Panel Data may be:

- Combined with a Panelist ID that is unique to you.

- Combined with data collected by Google when you're using Google products and services, even when you're not acting as a Panelist ("Google Data"). For example, we may combine Panel Data or Third-Party Data with information in your Google Account(s). We also may combine Panel Data or Third-Party Data with anonymous or pseudonymous identifiers (such as cookies or unique device identifiers) used by Google products and services. For example, Google may combine Panel Data, Third-Party Data, or Google Account data (including personal information) with advertising cookies like the DoubleClick cookie.

- Combined with information (including personal information) collected from our Panel Partners and other third parties, including academic institutions, advertisers, publishers, data brokers, programming networks, and other entities.

- Used to add, delete, change, or modify the advertisements or content you see on Google.com or other Google or Google affiliate properties.

Overall, your participation in this Panel changes the way Google will use information it collects from you whenever you're using Google, including the combination of the DoubleClick cookie with personal information.

By combining information collected from you as a Panelist with information collected from you as a typical Google user, some information that was originally anonymous, pseudonymous, or otherwise not personally identifiable to you may become personally identifiable and therefore can be used to identify you. For example, your Internet browsing history obtained from a Meter -- which may be associated with the anonymous DoubleClick cookie -- could be combined with personal information associated with your unique Panel ID or Google Account(s).

Similarly, by combining Panel Data or Third-Party Data with non-personally-identifiable information collected from third parties (e.g., anonymous cookies), such anonymous information may become personally identifiable and used to identify you. (For example, this type of combined data could be used to help measure the effectiveness of digital advertising among consumers.)

Any information collected as Panel Data or Third-Party Data may be associated with other Panel Data, Third-Party Data, Google Data, or data obtained from third parties in any combination. We also may combine information about your actual location (e.g., from a mobile device) with personal information associated with your unique Panel ID or Google Account(s). (For example, this combined data could be used to help measure brand awareness among consumers and how consumers view and interact with ads and other digital content.)

Google processes information (including personal information) on our servers in many countries around the world, including countries that do not have specific data protection laws or that might afford you fewer legal rights with respect to your information. Although Google may process your information on a server located outside the country in which you live, we do so in accordance with this Privacy Policy.

## How we Share the Information We Collect

As discussed above, Google may use Panel Partners to help with Panel management and administration. Panel Partners are trusted businesses who we require to take appropriate confidentiality and security measures to protect data and also maintain their own privacy policies. Google may share Panel Data, Third-Party Data, Google Data (including personal information), or any combination of Panel Data, Third-

### Help

Google Panel Privacy Policy, Terms & Conditions

Older versions of the Google Panel Privacy Policy, Terms & Conditions

Access your Screenwise Meter account

Review or delete Household & My Panel Activity

GOOG-RDGZ-00182691

**3**

Party Data, Google Data (including personal information), or any combination of Panel Data, Third-Party Data, and Google Data, with its Panel Partners.

Google also may partner with other trusted businesses ("Trusted Businesses") that are required to follow the same confidentiality, security, and privacy protocols as our Panel Partners. Google may share Panel Data, Third-Party Data, and Google Data (including personal information), or any combination of such data, with these Trusted Businesses as well.

Google will only share your personal information with third parties who are neither Panel Partners nor Trusted Businesses under the following circumstances:

- With your consent.

- If Google has a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

  - meet any applicable law, regulation, legal process, or enforceable governmental request;

  - enforce applicable Terms of Service, including investigation of potential violations;

  - detect, prevent, or otherwise address fraud, security, or technical issues; or to

  - protect against harm to the rights, property, or safety of Google, our users, or the public as required or permitted by law.

Google also may share non-personally identifiable, anonymized and/or aggregated information with third parties other than its Panel Partners and Trusted Businesses, such as academic institutions, advertisers, publishers, data brokers, programming networks, and other entities studying consumer behavior and audience measurement. Google also may publish non-personally identifiable, anonymized and/or aggregated information, either through its own publications or through third-party publishers.

## Information Security

Google takes reasonable steps to protect against unauthorized access to or unauthorized alteration, disclosure, or destruction of data that Google stores on its systems. These include internal reviews of Google data collection, storage and processing practices, and security measures, including appropriate encryption and physical security measures to guard against unauthorized access to systems where Google stores personal data.

Google restricts access to personal information to Google employees, contractors, and agents who need to know that information in order to process it on Google's behalf. These individuals are bound by confidentiality obligations and may be subject to discipline, including termination and criminal prosecution, if they fail to meet these obligations.

These security measures apply only to Google's storage of data on its own systems. They do not apply to data on other systems that are not owned or controlled by Google.

## Your Requests to Delete Data

Requests to access, modify, or delete Panel Data are governed by the Google Panel Terms & Conditions ⧉ .

## When and How this Privacy Policy Applies to You

Once you have accepted the Google Panel Terms & Conditions, and during your participation in the Panel, this Privacy Policy governs how Google will collect, store, use, and share Panel Data and Third-Party Data. You also may be asked to agree to additional privacy-related terms as part of your participation in the Panel.

Before you join the Panel (including during the sign-up process, before you accept the Google Panel Terms & Conditions), this Privacy Policy does not apply. Instead, please refer to the Google Privacy Policy ⧉ , which governs how Google collects, stores, uses, and shares data of non-panelists.

When your participation in the Panel ends, Google may continue to store, use, and share the information previously obtained from you in accordance with this Privacy Policy. You may submit a written request for Google to delete the personal information collected by Google and/or a Panel Partner during your participation in the Panel. Google will make reasonable efforts to comply with such requests within sixty (60) days, but may aggregate, anonymize, or otherwise de-identify any personal information instead of deleting it and may retain certain personal information for accounting, quality assurance, fraud detection and debugging purposes.

## Changes to this Privacy Policy

Google may update this Privacy Policy from time to time in accordance with the Google Panel Terms & Conditions ⧉ .

⊡ Give feedback about this article

### Help

▤ Google Panel Privacy Policy, Terms & Conditions

▤ Older versions of the Google Panel Privacy Policy, Terms & Conditions

▤ Access your Screenwise Meter account

▤ Review or delete Household & My Panel Activity

©2022 Google – Privacy Policy – Terms of Service

English ▾

GOOG-RDGZ-00182662

UNITED STATES DIST COURT
N.D. CAL.
CASE#: 3:20-CV-04688-RS

G0581

☰  Screenwise Meter Help    🔍  Describe your issue                                              ⊞    Sign in

Screenwise Meter ⬈

# Google Panel Privacy Policy [June 2021]

Last modified: June 1, 2021

Thank you for agreeing to participate in the Google Panel ("Panel"), which helps Google better understand how consumers use technology and digital media.

## Summary

Google collects data through its meters, including, for example:

- The content and advertising shown on your devices, and your interactions with that content and advertising, including videos you watched, your emails and SMS, and web pages you've visited.

- Information you input (e.g., text you type) into your devices.

- Cookies and device information.

Your participation in the Panel is voluntary. You may end your participation in the Panel at any time by following the instructions provided to you during the sign-up process. You can also temporarily pause or turn off metering at any time.

Google may combine the data collected with other data collected by Google when you're using Google products and services as a Google user. For example, we may combine your panel data with information in your Google Account(s) (e.g., which ads you viewed), or with anonymous or pseudonymous identifiers (such as cookies or unique device identifiers) used by Google products and services.

Google will use the data above in connection with existing Google products and services, to provide, maintain, and improve them, and to develop new ones. For example, we may use this data to conduct analytics and measurement to understand how our services are used, as well as conduct ads-related market research.  As another example, we may use this data to improve Google products such as Search, Android, YouTube and Google Assistant.

Google may share this data with trusted partners with your consent, or with service providers, who we require to take appropriate confidentiality and security measures to protect data and also maintain their own privacy policies.

Please read this Privacy Policy carefully because it explains how Google LLC ("Google") will collect, store, use, and share information obtained from the hardware, software, and other Panel metering technology (collectively "Meters") used in connection with the Panel.

## Google's Panel Partners

Google may work with its affiliates and other companies ("Panel Partners") to manage and administer Panels, including the recruitment, vetting, and registration of panelists, distribution of Meters, collection and processing of data, management and distribution of panelist incentives and awards, and communication with panelists about Panel administration and compliance with policies and procedures.

## Devices and Metering Technology

As part of your participation in the Panel, Google and its Panel Partners will provide you with the Meters, which you may be asked to install or may be installed in your home by qualified employees or subcontractors of Google or a Panel Partner. These Meters help Google learn about your interaction with technology and digital media on various devices. This includes your desktop and laptop computers, wireless routers, mobile phones, tablets, wearable devices, automotive devices connected to the Internet, and other devices you may use to consume and interact with digital content throughout the day.

Another important part of your participation in the Panel is allowing Google and Panel Partners to meter and understand behavior in your household, for example, who is watching a particular program on a particular device in a particular room. Accordingly, the Meters also gather information from shared devices in your household, including tablets, televisions, game consoles, cable and TV set top boxes, and other devices used in your household to consume and interact with digital content.

"Digital media" and "digital content" are defined broadly to include your interactions with Internet browsers and websites, mobile and tablet applications and software, the devices you use to access digital media and digital content, TV content, and any other electronic delivery systems of digital content.

## Information We Collect

This section describes the Meter Data and Survey Data (collectively referred to as "Panel Data") that Google and its Panel Partners may collect.

**Meter Data.** The Meters you've agreed to install on your devices may collect the following types of information ("Meter Data"):

- **Use of Your Devices.** When a Meter is placed on a device, it potentially will collect and record all interactions with that device. For example, when a Meter is placed on your mobile phone, it potentially will record everything you see on your screen and everything you tap, type, swipe, or otherwise input. You'll see more examples below, as well as information about how to temporarily pause metering.

  - **Content and Advertising.** The content and advertising shown on or broadcast from your devices, and your interactions with that content and advertising, including:

    - **Internet Activity.** Your Internet browsing activities and interactions with content on the web, including:

      - Every web page you've visited and all of your interactions with those web pages, including all URL data (for both HTTP and HTTPS websites), destination IP addresses (which indicate the websites you've visited), and the length of time you spent visiting websites.

### Help

- 📄 Google Panel Privacy Policy, Terms & Conditions

- 📄 Older versions of the Google Panel Privacy Policy, Terms & Conditions

- 📄 Access your Screenwise Meter account

- 📄 Review or delete Household & My Panel Activity

GOOG-RDGZ-00182673

**1**

- Data about the Internet browser you're using (e.g., Chrome, Internet Explorer, Firefox) and your browser settings.

- Apps and Operating Systems. Your use of applications and widgets (collectively "apps"), software, and operating systems, including the apps you download and use on your devices, and your interactions with those apps, including opening, closing, or uninstalling, and the duration of your use.

- Telephone, Emails, SMS, Instant Messaging, and Other Communications Services. Your use of telephony, electronic mail, SMS, instant messaging, and other communications services on your devices, including:

  - The timestamp and duration of telephone calls made or received, and information about the network used to place the call.

  - The timestamp of emails, SMS, or MMS text messages sent or received, SMS routing information, and messaging volume, including the number of attachments and message size.

  - The phone numbers you enter for outgoing telephone calls, SMS, or MMS text messages, and, if publicly available, the business names associated with those phone numbers.

  - Note that, as described in the "Content on Screen" subsection below, Meters may collect the content you see on your screen or device at any given time. This may include the content of messages as they appear on your screen and the keystrokes or other inputs you use for messaging. Panelists can use a non-metered device (or temporarily pause metering, as described below) when using messaging services.

- Digital Media, TV, Game Consoles, and other Shared Devices. Your consumption and use of digital media and entertainment on your devices and shared household devices, including:

  - The videos and TV programming you watch and listen to, including name, source, and other video and audio identifiers, as well as your interactions with any remote control and the timestamp and duration of your viewing events.

  - The music you listen to, including the title, artist, and how long the music was played.

  - The digital games you and other household members play on game consoles or other shared devices.

- Clicks and Taps. Data associated with your clicks (e.g., with a mouse) taps (e.g., with a stylus or finger), or other interactions with technology and digital content.

- Audio Data. The TV Meter has a microphone that, when enabled, captures all nearby audio so that Google can determine what programs are being watched based on the audio coming from the TV. We will seek your permission before collecting audio data. You are responsible for informing non-panelists, including visitors, of this metering.

- Information You Provide. Information you provide or otherwise input when visiting websites, using apps or using a TV user interface. This includes search terms and personal information you provide to a website, TV user interface, or app, including your name, email address, mailing/home address, telephone number, Social Security number, or credit card number. The collection of information such as Social Security numbers or credit card numbers is not the focus of the Panel. In addition, Meters will not collect any data entered into a protected field (e.g., password field). If you don't want information you provide to be collected, please use a non-metered device (or pause metering temporarily, as described below) when entering personal information on a website or app.

- Content on Screen. The content you see on your screen or device at any given time, including, for example, where that content appears on a website or in an app, and your interactions with it. This also includes, for example, the content you are reading or writing in messages as that content appears on your screen. As noted above, Panelists can use a non-metered device (or pause metering temporarily) when reading or entering personal information or using messaging services.

- Local Storage. Information (including personal information) stored locally on your device using mechanisms such as browser web storage (including HTML 5) and application data caches. Again, remember that local storage may contain personal information you've input on your devices and it may be collected by our Meters and sent to Google; however, this type of personal information is not the focus of the Panels. Panelists can use non-metered devices (or pause metering temporarily) when entering personal information on a website or app.

- Cookies. Cookies, pixels, or other identifiers from your browser, applications, or device, including anonymous and pseudonymous identifiers as well as cookies or other identifiers associated with your personal information or Google Account(s). For the avoidance of doubt, anonymous or pseudonymous identifiers do not mean passwords.

- Device Information. Information collected whenever your device is powered on, including:

  - Device Identification. Data that identifies the devices you're using, including manufacturer, operating systems, version numbers, hardware models, mobile network information (including phone number), and unique device identifiers from the device's manufacturer.

  - Location Information. Your location, based on GPS signals sent by your device or by other technologies used to determine location, such as sensor data from your device that may provide information on nearby Wi-Fi access points and cell towers.

  - Sensors. Information collected by motion, environmental, and position sensors on your device, including accelerometers, gravity sensors, gyroscopes, ambient air temperature and pressure, orientation sensors, magnetometers, and beacons or sensors that transmit or detect bluetooth, low-energy signals or high-frequency, ultrasonic signals.

  - System Status and Data Usage. Information about system status and data usage associated with your device, including:

    - System status, including device event information such as crashes and system activity.

    - Data indicating the mode your device is in (for example, on, off, standby, "Airplane").

    - How frequently your device is in use.

    - Battery status and charger use.

    - Amount of free and used local storage space.

  - Network and Connectivity. Information related to the network connections of your devices, including:

    - Information about the device's network usage, including connection state, type of cell network being used, timestamp for network status activity, signal strength, and data volume sent/received.

    - DHCP request information, which indicates when a device seeks to connect to a network.

### Help

Google Panel Privacy Policy, Terms & Conditions

Older versions of the Google Panel Privacy Policy, Terms & Conditions

Access your Screenwise Meter account

Review or delete Household & My Panel Activity

GOOG-RDGZ-00182674

**2**

- Information indicating Wi-Fi connection status and Wi-Fi encryption type for any Wi-Fi connection.

- Information related to Wi-Fi networks to which your device is connected, including SSIDs, MAC IDs, and other WiFi network IDs. These identifiers can be used to indicate when you're at home or at other locations.

- Information about other devices connected to your Wi-Fi network, so that we may attempt to collect Meter Data from those devices in a manner consistent with this Privacy Policy.

- Information about the other devices you connect with using Bluetooth, including metadata associated with the use of near-field communication (NFC) technology.

- Information related to devices, beacons or sensors that transmit or detect bluetooth, low-energy signals or high-frequency, ultrasonic signals

- **Diagnostic and Device Data.** Data related to the operation and quality of the Meters and accompanying technology, including session times, duration, number of traffic requests (including number of traffic requests to services related to smart devices, YouTube, and other streaming services), number of websites visited, and information about device make, model, and capabilities, and browser and operating system types ("Diagnostic Data"). Diagnostic Data may be used for Panel operations, maintenance, improvement, quality assurance, and Panelist verification purposes. Diagnostic Data may be collected even when metering is paused , have signed out, or when a non-panelist is using the device.

- **Smart Devices.** If you connect smart devices to the Wi-Fi router meter (e.g., smart speakers, smart thermostats, smart fridges, game consoles, video streaming devices, smart televisions), Google will notify you when we've detected an eligible device and will collect information about the device, including device information (e.g., manufacturer and model), internet activity (e.g., websites accessed, what streaming services are being used, cookies, and amount of data transferred), and the number of times it is used. The Wi-Fi router meter will not collect any camera or microphone data from your connected smart devices (e.g., anything you say to a smart speaker). You can turn off data collection for particular smart devices on Google's panelist website or app.

**Your Use of Google Products.** Information that Google collects from you when you use Google products and services, as set forth in the Google Terms of Service ⬚ and Google Privacy Policy ⬚ or other applicable terms of service. When metering is enabled, we may collect this information for all Google accounts being used on the device, including accounts you may not have identified to us through surveys or other Panel sign-up processes. Therefore, the information about your use of Google products may include information from the use of any Google accounts on your device.

**Survey Data.** Google and its Panel Partners also may collect additional information about you as part of your participation in this Panel ("Survey Data"):

- Your full name, home address, work address, household location, phone numbers, email addresses, unique Panelist ID, and other identifiable information.

- Information from your Google Account(s), including your full name, Gmail address(es), YouTube username(s), Google+ profile name(s), and any cookies or persistent identifiers associated with your Google Account(s).

- Information necessary to verify and authenticate your participation in the Panel, including your Google Account information and email addresses associated with your Google Account(s).

- Demographic information about you and other members of your household, including age, gender, race, ethnicity, languages spoken, education, marital status, personal income, household income, the number of children you have, and the total number of adults and children in your household.

- Other survey questions that Google or its Panel Partners may ask you to answer, including questions about your habits and preferences.

**Minors.** Google may collect Panel Data from all Panelists ages 13 and over. With your consent, Google may collect Panel Data from household members under the age of 13. Otherwise, as set forth in the Terms and Conditions, children under the age of 13 are prohibited from using Meters unless the Panelist pauses the meter temporarily or they log in to the Meters using the login details allocated to the relevant minor, which renders the Meter into a similar non-metering state. If you do not want Google to collect information from household members under the age of 13, you should ensure that such minors do not use metered devices (or pause meters temporarily on those devices).

**Pause meters temporarily.** Some metering technology may provide Panelists with the ability to temporarily pause metering or otherwise limit the collection of panelist activity from this meter. For example, Panelists may pause metering on the TV meter by turning off the meter's microphone. As noted above, Google may collect Diagnostic Data from Meters while they are paused. To learn more about pausing meters, including tips and best practices, please consult the information provided to you about your Meters.

**Guests and Other Non-Panelists.** Only Panelists may use Meters. Panelists must notify guests or other non-panelists of the presence of Meters and instruct them to pause metering before using a metered device, or check in as a visitor for meters like the TV meter that provide this option (see below). Failure to pause metering may result in the collection of Panel Data from non-panelists.

**Visitors and Other Non-Panelists.** Some metering technology may also provide you with the ability to check-in that you are with visitors or non-panelists (such as other members of your household) as you consume and use digital media and entertainment. For example, the TV meter may collect data about the videos and TV programming you watch and listen to with non-panelists. Data collected from Meters when "Visitor" is selected is associated with your Panelist ID, and used to analyze the viewing habits of your household. You are responsible for informing non-panelists of this metering.

**Third-Party Data.** Google also may obtain information from third parties (other than Panel Partners) ("Third-Party Data"). Third-Party Data includes personal information about you, aggregated and/or anonymized data (including cookie data), and other consumer-related information from academic institutions, advertisers, publishers, data brokers, programming networks, and other entities studying consumer behavior and audience measurement.

**Additional Information.** Google and its Panel Partners may provide you with further information about the operation of the Meters and the information they collect at the time of installation.

## How We Use the Information We Collect

Google will use Panel Data and Third-Party Data in connection with your information from existing Google products and services, to provide, maintain, and improve them, and to develop new ones.

Panel Data may be:

- Combined with a Panelist ID that is unique to you.

- Combined with data collected by Google when you're using Google products and services, even when you're not acting as a Panelist ("Google Data"). For example, we may combine Panel Data or Third-Party

Help

⬚ Google Panel Privacy Policy, Terms & Conditions

⬚ Older versions of the Google Panel Privacy Policy, Terms & Conditions

⬚ Access your Screenwise Meter account

⬚ Review or delete Household & My Panel Activity

GOOG-RDGZ-00182675

you're not being as a Panelist ("Google Data"). (For example, we may combine Panel Data of Third-Party Data with information in your Google Account(s), such as your YouTube watch history and ads views. This may include information from Google accounts that are not registered to your Panels account but are consistently used on your devices (that are connected to a Meter and not paused), and that we have therefore determined are being used by you ("Consistently Used Accounts"). We will prompt you before associating data from these Consistently Used Accounts with your Panelist ID. We also may combine Panel Data or Third-Party Data with anonymous or pseudonymous identifiers (such as cookies or unique device identifiers) used by Google products and services. For example, Google may combine Panel Data, Third-Party Data, or Google Account data (including personal information) with advertising cookies like the DoubleClick cookie.

- Combined with information (including personal information) collected from our Panel Partners and other third parties, including academic institutions, advertisers, publishers, data brokers, programming networks, and other entities.

- Used to add, delete, change, or modify the advertisements or content you see on Google.com or other Google or Google affiliate properties.

**Overall, your participation in this Panel changes the way Google will use information it collects from you whenever you're using Google, including the combination of the DoubleClick cookie with personal information.**

By combining information collected from you as a Panelist with information collected from you as a typical Google user, some information that was originally anonymous, pseudonymous, or otherwise not personally identifiable to you may become personally identifiable and therefore can be used to identify you. For example, your Internet browsing history obtained from a Meter -- which may be associated with the anonymous DoubleClick cookie -- could be combined with personal information associated with your unique Panel ID or Google Account(s).

Similarly, by combining Panel Data or Third-Party Data with non-personally-identifiable information collected from third parties (e.g., anonymous cookies), such anonymous information may become personally identifiable and used to identify you. (For example, this type of combined data could be used to help measure the effectiveness of digital advertising among consumers.)

Any information collected as Panel Data or Third-Party Data may be associated with other Panel Data, Third-Party Data, Google Data, or data obtained from third parties in any combination. We also may combine information about your actual location (e.g., from a mobile device) with personal information associated with your unique Panel ID or Google Account(s). (For example, this combined data could be used to help measure brand awareness among consumers and how consumers view and interact with ads and other digital content.)

Google processes information (including personal information) on our servers in many countries around the world, including countries that do not have specific data protection laws or that might afford you fewer legal rights with respect to your information. Although Google may process your information on a server located outside the country in which you live, we do so in accordance with this Privacy Policy.

## How we Share the Information We Collect

As discussed above, Google may use Panel Partners to help with Panel management and administration. Panel Partners are trusted businesses who we require to take appropriate confidentiality and security measures to protect data and also maintain their own privacy policies. Google may, with your consent, share Panel Data, Third-Party Data, Google Data (including personal information), or any combination of Panel Data, Third-Party Data, and Google Data, with its Panel Partners.

Google also may partner with service providers that are required to follow the same confidentiality, security, and privacy protocols as our Panel Partners. Google may share Panel Data, Third-Party Data, and Google Data (including personal information), or any combination of such data, with these service providers as well.

Google will only share your personal information with third parties who are neither Panel Partners nor service providers under the following circumstances:

- With your consent.

- If Google has a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

  - meet any applicable law, regulation, legal process, or enforceable governmental request;

  - enforce applicable Terms of Service, including investigation of potential violations;

  - detect, prevent, or otherwise address fraud, security, or technical issues; or to

  - protect against harm to the rights, property, or safety of Google, our users, or the public as required or permitted by law.

Google also may share non-personally identifiable, aggregated and anonymized information with third parties other than its Panel Partners and service providers, such as academic institutions, advertisers, publishers, data brokers, programming networks, and other entities studying consumer behavior and audience measurement. Google also may publish non-personally identifiable, anonymized and/or aggregated information, either through its own publications or through third-party publishers.

## Information Security

Google takes reasonable steps to protect against unauthorized access to or unauthorized alteration, disclosure, or destruction of data that Google stores on its systems. These include internal reviews of Google data collection, storage and processing practices, and security measures, including appropriate encryption and physical security measures to guard against unauthorized access to systems where Google stores personal data.

Google restricts access to personal information to Google employees, contractors, and agents who need to know that information in order to process it on Google's behalf. These individuals are bound by confidentiality obligations and may be subject to discipline, including termination and criminal prosecution, if they fail to meet these obligations.

These security measures apply only to Google's storage of data on its own systems. They do not apply to data on other systems that are not owned or controlled by Google.

## California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

We explain the categories of information collected and the sources of that information in the Information We Collect section above. We explain how Google uses information in the How We Use the Information We Collect section above. We explain when we may share information in the How We Share the Information We

### Help

- Google Panel Privacy Policy, Terms & Conditions

- Older versions of the Google Panel Privacy Policy, Terms & Conditions

- Access your Screenwise Meter account

- Review or delete Household & My Panel Activity

GOOG-RDGZ-00182676

Collect section above. Google does not sell your personal information. Google processes your information for the purposes described in this Privacy Policy, which include "business purposes" under the CCPA. These purposes are enumerated in this Privacy Policy.

The CCPA provides California residents the right to request information about how Google collects, uses, and discloses their personal information. The CCPA also provides California residents the right to access their information and request that Google delete their information. Lastly, the CCPA provides the right to not be discriminated against for exercising the rights provided.

If you have additional questions or requests related to your rights under the CCPA, please contact us at panel-privacy@google.com.

## Your Requests to Delete Data

When your participation in the Panel ends, Google may continue to store, use, and share the information previously obtained from you in accordance with this Privacy Policy. You may submit a written request for Google to delete the personal information collected by Google and/or a Panel Partner during your participation in the Panel at panel-privacy@google.com. Google will make reasonable efforts to comply with such requests, but may aggregate, anonymize, or otherwise de-identify any personal information instead of deleting it and may retain certain personal information for accounting, quality assurance, fraud detection and debugging purposes.

## When and How this Privacy Policy Applies to You

Once you have accepted the Google Panel Terms & Conditions, and during your participation in the Panel, this Privacy Policy governs how Google will collect, store, use, and share Panel Data and Third-Party Data. You also may be asked to agree to additional privacy-related terms as part of your participation in the Panel.

Before you join the Panel (including during the sign-up process, before you accept the Google Panel Terms & Conditions), this Privacy Policy does not apply. Instead, please refer to the Google Privacy Policy ⧉ , which governs how Google collects, stores, uses, and shares data of non-panelists.

## Changes to this Privacy Policy

Google may update this Privacy Policy from time to time in accordance with the Google Panel Terms & Conditions.

⚑ Give feedback about this article

Help

▦  Google Panel Privacy Policy, Terms & Conditions

▦  Older versions of the Google Panel Privacy Policy, Terms & Conditions

▦  Access your Screenwise Meter account

▦  Review or delete Household & My Panel Activity

©2022 Google – Privacy Policy – Terms of Service    English ▾    

**5**

GOOG-RDGZ-00182677



# Security & Privacy
## Privacy Policies

Search this site

**S&P home**

- Privacy Policies Home
  - Privacy Policies
    - User Data Anonymization
    - Basic Internal Privacy
    - Children's Data
    - Cookie and HTTP State Management
    - Device Fingerprinting and Immutable Identifiers
    - First-Party OAuth API Access
    - Google Analytics and Google Analytics for Firebase on Alphabet Properties
    - Health Information Data Handling Policy
    - In-Product Notice and Consent
    - Information Security and Privacy Incident Response
    - Marketing, Sales Prospects, Leads and Customer Data Retention
    - User Data Retention and Deletion
    - **User Data Access**
    - User Data Export
  - Privacy Standards
  - Privacy Guidelines
  - Privacy Policy FAQs
  - Privacy Policy Resources
  - Logs Policies
  - Glossary
  - Enforcement
  - Security and Privacy Policy Creation and Maintenance Process
- Privacy Practices
- GPA Privacy Practices
- Search Data Use Policies



UNITED STATES DISTRICT COURT
N.D. CAL
CASE#: 3:20-CV-04688-RS
**G0587**

# User Data Access Policy

Security Policies Home    Privacy Policies Home

Was this page helpful?

go/udap

Last reviewed on 2019-06-24

## Overview

This policy defines the rules for accessing User Data at Google.

## Definitions

User - anyone who uses any Google product or service. A User may include individuals, groups, organizations, or businesses.

User Data - is defined in the [Data Classification Guidelines](#) including Personally Identifiable, Pseudonymous, and Anonymous Data.

## Requirements

Every Googler and TVC is responsible for protecting User Data, and must follow this policy as well as:

- [Google's Privacy Policy](#)
- [Google Privacy Principles](#)
- [Internal Privacy Policies](#)
- [Information Security Policies](#)
- [Code of Conduct](#).

Access to and use of User Data may be monitored, and violations of this policy and other privacy policies may result in disciplinary action, including termination of employment. Googlers and TVCs observing violations of these policies should report them at [go/incidentresponse](#).

### Obtaining Access to User Data

- **User Data access is only granted for authorized, valid Google business purposes.** See [User Data Access Authorization Guidelines](#) for more information.
- **All User Data access must be authorized by the appropriate User Data Delegate.** All User Data at Google has a [Data Owner](#). Responsibility for managing access to this data is delegated to the [User Data Delegates](#), and these delegates approve all User Data access. These authorizations include requests to share User Data with third parties, and requests to share [Anonymized User Data](#).
- **Authorization to access Personally Identifiable User Data may require user consent.** In addition to approval by the Data Owner, Personally Identifiable User Data access may require verifiable user consent in a manner approved by Google Product Counsel. See [User Data Access Authorization Guidelines](#) for more information.
- **Authorization is granted only for a specific purpose.** Authorized access to User Data for one purpose does not mean it can be used for another purpose. Do not access User Data for anything other than the original authorized purpose without seeking additional authorization from the [Privacy Working Group](#) or appropriate User Data Delegate.
- **Authorization is granted only for a specific type of access.** For example, read access authorization does not necessarily authorize write access.
- **Products that collect or process [sensitive data](#) may require a PDD+.** If you're unsure whether your product requires a [PDD+](#), consult your Product Counsel.
- **Additional restrictions to access User Data may apply.** These restrictions may apply to Googlers as well as temps, vendors, contractors, or interns. For interns, please see the [Intern User Data Access Privacy Policy FAQ](#).
- **Access to User Data.** All user data access should be logged, monitored, and audited by appropriate tools. Access should be granted for the minimum duration necessary for the valid business purpose.

### Sharing User Data Externally

In addition to the access requirements above, any request to share User Data with a third party, such as a service provider or partner, must meet the following requirements:

- **The appropriate Privacy Working Group or User Data Delegates must approve the access request.** Access must be limited to the amount of User Data required, and with the least privilege necessary, for the specific identified purpose approved by the Data Delegate or PWG.
- **Before sharing User Data with a third party, you must first review and receive approval by a Product Counsel, and if required, the Data Owner.** This ensures that the interaction complies with our Privacy Policy and any applicable laws, and helps determine whether the interaction requires explicit end-user consent prior to sharing, fulfillment of other legal conditions, or Data Owner requirements.
- **Conform to all requirements within the [Service Provider Assessment Guidelines](#).** This may include requesting a Security team review of the Service Provider and ensuring that the Service Provider agrees in writing to adequate security and privacy protections.

### Contents

- Overview
- Definitions
- Requirements
  - Accessing User Data
  - Storing User Data
- Exceptions or changes to this policy
- Roles and responsibilities

Check out the revised [Data Categorization Guidelines (DCG)](#), [Data Subcategories](#), and [Privacy Glossary](#)!

CONFIDENTIAL

GOOG-RDGZ-00184211

- The Service Provider's conformance to all requirements within the Service Provider Assessment Guidelines ↗ should be periodically reviewed.

## Accessing User Data

- **Exercise good judgment.** Every person granted access to User Data has a duty to protect it from unauthorized access, alteration, disclosure or destruction, and to use it responsibly.

- **Access User Data only when authorized and with a legitimate business purpose.** You should only access User Data when you have both a legitimate business purpose and are authorized to access the data for that purpose. If you need to access User Data beyond what you've been authorized to do, you need to obtain additional authorization from the User Data Delegate.

- **Never share User Data with unauthorized parties.** You may not disclose or share User Data with anyone, either inside or outside of Google, who is not specifically authorized in the manner set forth above. If in doubt, please contact the Justice League team (justice-league@google.com). If you need the help of another Googler on a particular project, ensure they have authorization prior to allowing them to access User Data.

- **Only employees of approved entities may be granted access to User Data.** Only employees of an approved Google Group Entity, a Google Group Entity processing User Data on behalf of Google LLC as a subprocessor ↗, or a properly vetted and onboarded third party external vendor ("Vendor") may be granted access to User Data. Appropriate contract terms must be in place before granting access.

- **Only access User Data from Google-managed devices authorized to access the data, in accordance with the Tiered Access Guidelines ↗.** Our policies permit incidental use of Google corporate services ↗ from non-Google managed devices in limited circumstances. However, you should never access User Data from non-Google managed devices, e.g., you should not access User Data from Drive or Gmail from a non-Google managed device.

- **Restrict automated access to user data.** Code that processes user data must be explicitly authorized and auditable using BCID (or equivalent as available). Exceptions to this should be justified and audited per the BCID Break-Glass Guidelines ↗.

- **Only access User Data via Google corporate services.** User Data may only be accessed using Google corporate services or accounts, such as google.com accounts. User Data may not be stored or accessed using any other services or accounts, such as personal Gmail accounts.

- **Obey all applicable laws governing User Data.** User Data is subject to specific laws and regulations around the world. A willful breach or disclosure of certain data from users or customers, including professional secrets, can result in personal criminal liability, including fines or imprisonment, for the employee or other Googlers. For more information on these legal requirements, please consult your Product Counsel ↗.

- **Googlers should use Anonymous Data or Pseudonymous User Data whenever possible.** Processing Anonymous or Pseudonymous User Data presents fewer risks to users than PII, and access to anonymized data may be granted in lieu of more sensitive access permissions depending on the business purpose.

- **All User Data anonymization schemes should be approved by the Privacy Working Group's Anonymization Team ↗.** Anonymizing data is difficult to get right. The anonymization scheme should be approved by the Privacy Working Group's anonymization team before treating the data as anonymized.

## Storing User Data

- **User Data must be strongly ↗ encrypted at rest ↗ and in transit ↗.** *The Universal Encryption-at-rest 2018 OKR ↗ implementation is in progress through Q4 2019.*

- **Keep User Data only on approved systems.** User Data should be stored securely at all times on systems approved by the Privacy Working Group or User Data Delegate, and in formats that are appropriate to the sensitivity of the data according to the Data Security Policy ↗.

- **Do not store User Data on devices in the Untrusted Tier ↗.** This includes smartphones, tablets, laptops, and other portable devices, which are easily lost or stolen. Incidental or cached copies of User Data may be temporarily stored on portable devices while accessing User Data, only if the data is encrypted. Long-term storage of User Data storage on portable devices is not permitted. See also Mobile Device Security Guidelines ↗ and Network and Computer Security Policy ↗.

- **Minimize copies of User Data.** Only copy User Data when necessary in connection with the authorized use of that data. Only the Data Owner ↗ may authorize copying, and may set additional requirements on the access, storage, processing, usage, and retention of that data. The Data Owner may also require notification of misuse, further sharing, or occurrence of an information security or privacy incident.

- **Only keep User Data as long as needed for the approved purposes.** When User Data is no longer needed, User Data should be securely destroyed. For example, refer to User Data Retention and Deletion Policy ↗ and Data Destruction Guidelines ↗ for deletion and purging guidelines.

# Exceptions or changes to this policy

The Privacy Policies and Readiness team (ipp-questions@google.com) maintains this policy. Changes and exceptions to this policy must be approved by the Director of Privacy or delegate.

**2**

GOOG-RDGZ-00184212

# Roles and responsibilities

**Policy Manager:** Privacy Policies and Readiness Team (ipp-questions@google.com)
**Executive Sponsor:** Director of Privacy

---

## Was this page helpful?

👍 👎

**3**

CONFIDENTIAL



**See Separate Printed Binder Copy or Electronic Copy, filed via box.com**

**1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00185743



UNITED STATES DISTRICT COURT
N.D. CAL.
CASE#: 3:20-CV-04688-RS

**G0591**

**See Separate Printed Binder Copy or Electronic Copy,
filed via box.com**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-RDGZ-00185744

UNITED STATES DISTRICT COURT
N.D. CAL.
CASE#: 3:20-CV-04688-RS

**G0607**

# Historical WAA/sWAA Descriptions

## WAA Activity Controls Description

### 10/01/2018 - Present

Saves your activity on Google sites and apps, including associated info like location, to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services.
Learn more

### 05/04/2018 - 10/01/2018

Saves your activity on Google sites and apps to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services.

### 07/16/2015 - 05/04/2018

Save your search activity on apps and in browsers to make searches faster and get customized experiences in Search, Maps, Now, and other Google products.

### 05/26/2015 - 07/16/2015

Make searches faster and get customized experiences in Search, Maps, Now, and other Google products.

## sWAA Activity Controls Description

### 05/04/2018 - Present

Include Chrome history and activity from sites, apps, and devices that use Google services

### 07/16/2015 - 05/04/2018

Includes Chrome history and content you browse on the web and in apps

**1**

GOOG-RDGZ-00208190

05/26/2015 - 07/16/2015

Includes Chrome history and content you browse in apps

# WAA Activity Controls Consent Text

## No Retention: 05/04/2018 - Present

Web & App Activity saves the things you do on Google sites, apps, and services, including your searches, interactions with Google partners, and associated information, like location and language.

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like faster searches, better recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. You can see your data, delete it and change your settings at{sp}  <a href="https://accounts.google.com">accounts.google.com</a>.

## No Retention: 06/02/2016 - 05/04/2018

Google can help you find things you've seen before on the web and in apps by including your Chrome history and activity from sites and apps in your private Web & App Activity.

This setting stores:
- Your Chrome history (if Chrome Sync is turned on)
- Your activity from sites and apps that use Google services.

## No Retention: 05/26/2015 - 06/02/2016

Google can help you find things you've seen before on the web and in apps by including information from your Chrome and other app history in your private Web & App Activity.

This optional setting stores:
- Your Chrome history (if you have Chrome Sync enabled)
- Apps you use. This might include activity or data that your apps share with Google.

**2**

GOOG-RDGZ-00208191

## Three Month Retention: 05/28/2020 - Present

Web & App Activity saves the things you do on Google sites, apps, and services, including your searches, interactions with Google partners, and associated information, like location and language.

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like faster searches, better recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. Data older than 3 months will be automatically deleted. You can delete your data manually, change your auto-delete option, stop saving data, and more at {$googleAccountLink}.

## Eighteen Month Retention: 05/28/2020 - Present

Web & App Activity saves the things you do on Google sites, apps, and services, including your searches, interactions with Google partners, and associated information, like location and language.

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like faster searches, better recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. Data older than 18 months will be automatically deleted. You can delete your data manually, change your auto-delete option, stop saving data, and more at {$googleAccountLink}.

CONFIDENTIAL                                              GOOG-RDGZ-00208192

# sWAA Activity Controls Consent Text

## No Retention: 05/04/2019 - Present

Additional Web & App Activity saves your activity from sites, apps, and devices that use Google services, including:
- activity from sites and apps that partner with Google to show ads
- Chrome history (if Chrome Sync is turned on)
- app activity, including data that apps share with Google
- Android usage & diagnostics, like battery level, how often you use your device and apps, and system errors

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like helpful app and content recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. You can see your data, delete it and change your settings at{sp}  <a href="https://accounts.google.com">accounts.google.com</a>.

## No Retention: 05/26/2015 - 05/04/2018

Your private Web & App Activity can speed up your searches and help products like Search and Google Now provide customized information like travel and commute updates.

Web & App Activity stores your searches and other things you do on Search, Maps and other Google services, including your location and other associated data.

## 3 Month Retention: 05/28/2020 - Present

Additional Web & App Activity saves your activity from sites, apps, and devices that use Google services, including:
- activity from sites and apps that partner with Google to show ads
- Chrome history (if Chrome Sync is turned on)
- app activity, including data that apps share with Google
- Android usage & diagnostics, like battery level, how often you use your device and apps, and system errors

If you use your device without an internet connection, your data may be saved in your account once you return online.

**4**

GOOG-RDGZ-00208193

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like helpful app and content recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. Data older than 3 months will be automatically deleted. You can delete your data manually, change your auto-delete option, stop saving data, and more at {$googleAccountLink}.

## 18 Month Retention: 05/28/2020 - Present

Additional Web & App Activity saves your activity from sites, apps, and devices that use Google services, including:
- activity from sites and apps that partner with Google to show ads
- Chrome history (if Chrome Sync is turned on)
- app activity, including data that apps share with Google
- Android usage & diagnostics, like battery level, how often you use your device and apps, and system errors

If you use your device without an internet connection, your data may be saved in your account once you return online.

Not all Google services save this data in your account.

This data helps Google give you more personalized experiences across Google services, like helpful app and content recommendations, and useful ads, both on and off Google.

This data helps Google give you more personalized experiences across Google services, like faster searches, better recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. Data older than 18 months will be automatically deleted. You can delete your data manually, change your auto-delete option, stop saving data, and more at {$googleAccountLink}.

CONFIDENTIAL                                                                                    GOOG-RDGZ-00208194

# WAA Activity Controls Revocation Text

## 10/17/2019 - Present

Pausing Web & App Activity may limit or disable more personalized experiences across Google services. For example, you may stop seeing more relevant search results or recommendations about  places you care about.

This setting will be paused on all sites, apps, and devices signed in to this account.

Even when this setting is paused, Google may temporarily use information from recent searches in order to improve the quality of the active search session.

Pausing this setting doesn't delete any of your past data. You can see or delete your data and more at {links.myActivity(override: $myActivityLink)}.

Visit {links.googleAccount(override: $googleAccountLink)} to change this and your other Google Account settings and learn about the data Google continues to collect and why at {links.policies(override: $policiesLink)}.

## 05/04/2018 - 10/17/2019

Pausing Web & App Activity may limit or disable more personalized experiences across Google services. For example, your child may stop seeing more relevant search results or recommendations about places they care about.

## 05/26/2015 - 05/04/2018

Many of our products, like Google Now and Google+, use your Web & App Activity to improve their suggestions and updates. Pausing this setting will limit their ability to offer you this kind of personalized content.


# sWAA Activity Controls Revocation Text

## 06/07/2019 - Present

Pausing additional Web & App Activity may limit or disable more personalized experiences across Google services. For example, you may stop seeing helpful recommendations based on the apps and sites you use.

This setting will be paused on all sites, apps, and devices signed in to this account.

CONFIDENTIAL

GOOG-RDGZ-00208195

If Chrome Sync is turned on, your Chrome history will still be saved in your Google Account with your bookmarks, passwords, and other settings data. Learn more at {links.chromeSync(override: $chromeSyncLink)}.

If your Android usage & diagnostics setting is turned on, your device may still share information with Google, like battery level, how often you use your device and apps, and system errors. View Google settings on your Android device to change this setting.

If you use a shared device or sign in with more than one account, your activity might be saved in another account on the device.

Pausing this setting doesn't delete any of your past data. You can see or delete your data and more at {links.myActivity(override: $myActivityLink)}.

Visit {links.googleAccount(override: $googleAccountLink)} to change this and your other Google Account settings and learn about the data Google continues to collect and why at {links.policies(override: $policiesLink)}.

## 05/04/2018 - 06/07/2019

Pausing additional Web & App Activity may limit or disable more personalized experiences across Google services. For example, you may stop seeing helpful recommendations based on the apps and sites you use.

## 05/26/2015 - 05/04/2018

Pausing this setting may result in fewer content suggestions in products like Google Now or Google+, and some autocomplete suggestions in Search will not appear.

CONFIDENTIAL                                                                    GOOG-RDGZ-00208196

Page 1
Track app conversions with third-party app analytics - Google Ads Help
https://support.google.com/google-ads/answer/7382633?hl=en

Case 3:20-cv-04688-RS    Document 695-3    Filed 10/06/25    Page 241 of 329

UNITED STATES DISTRICT COURT
N.D. CAL.
CASE #: 3:20-CV-04688-RS
Row 3
**G0693**



☰  Google Ads Help    🔍 Describe your issue                                                                ⊞  H

Help Center    Community    Announcements                                                         Google Ads ↗

Help Center Topics ▾  >  Optimize performance ▾  >  Measure results ▾  >  Track sales and other c... ▾  >  T

## Track app conversions with third-party app analytics

If you use a third-party app analytics provider to track and measure your mobile conversions, you can import app conversion data from your provider.

> **Note:** This integration with third-party app analytics providers is replacing the old server-to-server connection which used postback URLs. All Google Ads accounts that have been using the old method to integrate with third-parties will be automatically migrated to the new setup. Learn more about tracking app conversions with third-party app analytics.

This article explains how to import your third-party app conversion data. Newly imported conversion actions will only begin reporting conversions from the time you import the event into Google Ads. This is the case for both Google Ads and your third-party app analytics provider.

## Before you begin

Here's what you'll need before you can import conversions from your third-party app analytics provider:

- A link set up with your third-party app analytics provider
- Events set up in your third-party account

## Instructions



1. In your Google Ads account, click the **Goals** icon 🏆.
2. Click the **Conversions** drop down in the section menu.
3. Click **Summary** ↗.
4. Click **+New conversion action**.
5. Select **App** from the list of conversion types.
6. Select **Third-party app analytics**, and click **Continue**.
7. Check the box next to each event you'd like to import, and click **Import and continue**.
8. Click **Done**.
9. You'll now see your third-party conversion event in the "Conversion actions" table. Click on the name of the event to see more details.
10. Optionally you can edit the conversion settings such as default value or conversion window individually for each conversion action you imported.

## Web to App Connect

If you have both a website and a mobile app, you can set up app conversion tracking using Web to App Connect. Once you've used the Web to App Connect interface to set up conversion tracking and deep linking (which allows you to link from your ads directly into your business app), you can provide a seamless web-to-app experience for your customers and drive on average **2 times higher conversion rates** for ad clicks landing in your app compared to your mobile website.

With Web to App Connect, customers can easily complete their intended action, whether purchasing, signing up, or adding items to their cart. Plus, from within the Web to App Connect interface, you can track these in-app conversion actions and get recommendations on how to improve your campaign.

To get started with Web to App Connect, follow the 3 steps below:

1. In your **Google Ads account** ↗, click the **Tools** icon 🔧.
2. Click the **Planning** drop down in the section menu.
3. Click **App advertising hub** ↗. This will take you to the Web to App Connect interface.

Learn more about converting better with the Web to App Connect interface.

> **Note:** Any events that are not imported for conversions are still used to generate remarketing lists. If you would like to use an event for remarketing lists only then do not import it as a conversion.

**1**



Related links

- Link a third-party app analytics provider and Google Ads
- Track mobile app conversions with Firebase
- Track iOS app conversions

Give feedback about this article

Was this helpful? 👍 👎

## Need more help?

**Post to the help community**
Get answers from community members

**Contact us**
Tell us more and we'll help you get there

## Track app conversions

 About mobile app conversion tracking

Track app conversions with Google Play

Track app conversions with third-party app analytics

Link a third-party app analytics provider and Google Ads

About tracking app conversions with an App Attribution Partner

Track app conversions with third-party click tracking

About comparing app conversions in Google Ads

**Drive Revenue with Optiscore**

Want to improve account health and drive business goals? Learn from industry & Google experts on how to drive revenue with the help of Optimization Score & Auto Apply Recommendations.

Register Now

©2025 Google   Privacy Policy   Terms of Service   Google Ads Advertising Policies   About the Help Center

🌐 English

**2**

https://web.archive.org/web/20230705222820/https://support.google.com/accounts/answer/54068?co=G    July 10, 2025 at 11:07 AM PDT
ENIE.Platform%3DAndroid#zippy=%2Caudio-recordings%2Cinfo-about-your-browsing-and-other-activity-on-sites-apps-and-devices-that-use-go
ogle-services%2Cinfo-about-your-searches-and-other-activity

https://support.google.com/accounts/answer/54068?co=GENIE.Platform%3DAndroid    Go

8 captures    Google Account Help    Describe your issue
25 Jan 2022 - 4 Jun 2025

JAN  JUL  MAY
◀  05  ▶
2022  2023  2024
About this capture

Help Center    Community    Get Started with Google Account    Google Account ⧉

# Find & control your Web & App Activity

If Web & App Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences, like faster searches and more helpful app and content recommendations.

You can turn Web & App Activity off or delete past activity at any time.

**Note**: If you got your Google Account through work or school, you might need to contact your administrator to turn on the Web & App Activity additional service for your organization.

**Android**    Computer    iPhone & iPad

## Turn Web & App Activity on or off

1. On your Android device, open your Settings app ⟩ **Google** ⟩ **Manage your Google Account**.
2. Tap **Data & privacy**.
3. Under "History settings," tap **Web & App Activity**.
4. Turn **Web & App Activity** on or off.
5. When **Web & App Activity** is on:
   - You can check the box next to "Include Chrome history and activity from sites, apps, and devices that use Google services."
   - You can check the box next to "Include voice and audio activity."
6. When you turn Web & App Activity off:
   - Select **Turn off**, then choose to **Turn off** or **Turn off and delete activity**.
   - If you choose **Turn off and delete activity**, follow the steps to select and confirm what activity you want to delete.

**Note**: Some browsers and devices may have more settings that affect how this activity is saved.

## Find or delete your activity

### Help

📄 Create a Google Account

📄 Create a strong password & a more secure account

📄 Verify your account

📄 Control what others see about you across Google services

📄 Someone changed your password

📄 Be ready to find a lost Android device

📄 Manage your Location History

📄 Set up a recovery phone number or email address

📄 Turn cookies on or off

📄 How to recover your Google Account or Gmail

📄 Find & control your Web & App Activity

**1**

UNITED STATES DISTRICT COURT
N.D. CAL.
CASE #: 3:20-CV-04688-RS
Row 3
**G0906**

You can find and delete your Web & App Activity by visiting My Google
Activity ⊠ . Learn more about how to delete activity manually or set up
automatic deletion.

**Tip:** To add more security, you can require an extra verification step to
view your full history on My Activity ⊠ .

## Delete history on your device

Your Search history might also be saved to your device. Learn how to
manage and delete on-device Search history.

## What's saved as Web & App Activity

Info about your searches and other activity                                    ⌃

> When Web & App Activity is on, Google saves information like:
>
> - Searches and activities on Google products and services, like
>   Maps and Play.
> - Info associated with your activity, like your language, referrer,
>   whether you use a browser or an app, or the type of device you
>   use.
>   - Activity may also include info about your location from your
>     device's general area and IP address. Learn about locations.
> - Ads you click, or things you buy on an advertiser's site.
> - Info on your device, like recent searches for apps or contact
>   names.
> - Assistant interactions, including if Google Assistant detects an
>   activation you didn't intend.
>
> **Note:** Activity could be saved even when you're offline.

Info about your browsing and other activity on sites, apps, and              ⌃
devices that use Google services

> When Web & App Activity is on, you can include additional activity
> like:
>
> - Sites and apps that partner with Google to show ads
> - Sites and apps that use Google services, including data that
>   apps share with Google
> - Your Chrome browsing history
> - Android usage & diagnostics, like battery level and system
>   errors
>
> To let Google save this information:
>
> - Web & App Activity must be on.
> - The box next to "Include Chrome history and activity from sites,
>   apps, and devices that use Google services" must be checked.
>
> Your Chrome history is saved only if you're signed in to your
> Google Account and have Chrome Sync turned on. Learn about
> Chrome Sync.
>
> **Note:** If you use a shared device or sign in with more than one
> account, activity might be saved to the default account on the

**2**

browser of device you use.

**Audio recordings** ⌃

When Web & App Activity is on, you can include audio recordings from your interactions with Google Search, Assistant, and Maps as part of your activity. Learn about audio recordings.

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include voice and audio activity" must be checked.

## How your saved activity is used

Learn more about how Google uses your saved activity ⧉ and helps keep it private.

For more information about how Google treats search queries generally, review the Privacy Policy FAQ ⧉ .

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately.Learn how.

## Browser history

In the Activity controls ⧉ page, you can also check the box to "Include Chrome history and activity from sites, apps, and devices that use Google services." When this box is checked, you can control whether activity from your device is saved.

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on Chrome, Toolbar, Safari ⧉ , Internet Explorer ⧉ , or Firefox ⧉ .

 Give feedback about this article

---

## Need more help?

Try these next steps:

 **Post to the help community**
Get answers from community members

**3**

©2023 Google - Privacy Policy - Terms of Service

English



UNITED STATES DISTRICT COURT
N.D. CAL.
CASE #: 3:20-CV-04688-RS

**G0926**

Internal Privacy Policies >> Device Fingerprinting and Immutable Identifiers Policy          **Status: Official**
Last Modified: May 12, 2017
Last Reviewed: February 24, 2016

 Google, Inc.

# Device Fingerprinting and Immutable Identifiers Policy (go/fingerprintingpolicy)

## Who Needs to Read This Policy

All Googlers and TVCs with access to User Data, particularly those involved in engineering and product management

## Purpose of This Policy

This policy defines the rules for the use of device/app/browser fingerprinting and immutable identifiers in Google products.[1]

This policy *does not apply* to identification of *users* across devices based on characteristics such as location, router IP address, or web history (also known as cross-device linking, behavioral pattern linking, or probabilistic heuristic device association).

## Details

**Device, app, or browser fingerprinting or immutable identifiers must not be used by any Google products or services for the purposes of:**

- Tracking user behavior, including:
  - Ad measurement and prediction
  - Ad targeting
- Recording preferences

**Some uses of device, app, or browser fingerprinting or immutable identifiers may be permitted,** *where no alternative solution is available and with Privacy Team approval.* **Examples:**

- Spam, abuse, or fraud prevention (including DRM)
- Information security
- Data processing where the data cannot be linked to PII (e.g., identifying a web server based on its operating characteristics or creating a content-addressable identifier for a document)
- UX customization (e.g., screen resolution, installed fonts)

Use is also permitted with verifiable specific consent from the user (e.g., for authentication purposes).

**Collection and use of immutable identifiers (but not fingerprinting) may be permitted,** *where no alternative solution is available and with Privacy Team approval.* **Examples:**

- Debugging and technical support, including hardware quality statistics and anonymous usage statistics
- RMA and warranty handling for hardware (e.g., routers and set-top boxes)
- Addressing or routing (e.g., phone numbers, IP addresses, and physical addresses)

**Scope of immutable identifiers issued by Google products:**

Immutable IDs under Google's control should have minimal scope. For example, IDs returned by Chrome and Android APIs should be per recipient. Immutable IDs should also be statistically independent between scopes; it should not be possible to infer recipient A's ID from recipient B's. For example, for DRM authentication, our API should return a different identifier for each recipient (e.g., Netflix, Vudu).

## Definitions

### Device/App/Browser Fingerprinting

In the context of this policy, fingerprinting is the use of unique or probabilistically unique[2] combinations of device, network, or app/browser attributes to identify a device, app, or browser across distinct transactions where no persistent unique identifier is explicitly provided.

Examples of attributes include (more detail):

- GPU font rendering
- Installed apps
- IP address
- Installed plugins + versions + ordering

**1**

CONFIDENTIAL                                                                                     GOOG-RDGZ-00186360

Fingerprinting identifies a device, app, or browser without using explicitly declared identifiers. It has legitimate uses for exposing identity fraud, detecting spam, and other abuse scenarios. It also has uses that violate Google's stated principles of transparency and control.

***Immutable Identifiers***

Immutable identifiers are explicitly declared, persistent, unique or probabilistically unique device or application identifiers that are prohibitively difficult for a typical user to change. For examples, the IMEI and Android ID can only be reset by rooting or factory-resetting the device. An ID that can be reset by deleting app data would not be considered immutable. Immutable identifiers also include IDs provided by a third party, such as a carrier. A list of IDs for Android is maintained in the document The Many IDs of Android.

## Exceptions or Changes to this Policy

The Google Privacy Analyst Team (privacy-analysts@google.com) maintains this policy. Exceptions or changes to this policy must be approved by the Director of Privacy or higher.

## Roles & Responsibilities

**Policy Manager:** Security & Privacy Policy Management Team (sppm@google.com)
**Executive Sponsor:** Vice President of Security and Privacy Engineering

## Footnotes

[1] Note: a separate policy exists for third-party ads platform partners within the Display Ads product area.
[2] Uniqueness is defined in terms of the collision probability. As a guide, if fewer than 1000 users in the user base share a specific set of characteristics, that set is considered sufficiently unique for this policy to apply.

Google, Inc.

*This document is Google Confidential.*

Search the internal privacy policies!

[                    ] search

**2**



# Scrubbing Policies for Log Data

UNITED STATES DISTRICT COURT
N.D. CAL
CASE #: 3:20-CV-04688-RS
**G0929**

Start Here: Logs Privacy

Home: Start Here for Logs Privacy | New to Sawmill? | Data Shepherds | Logs Policy | ⋮ | Justice League | Sawmill Central

Search this site

▾ Anonymization
    Anonymization Query
    Anonymization Library
    **Scrubbing Policies**
    Transform operators
  Logs Audit
  Logs TTL Users Guide
▸ Logs access
▸ Logs launch

Edited 2020-11-09

Was this page helpful? 👍 👎

go/logs-scrubbing-policy

Sawmill uses Dynamic Anonymization to scrub data. This scrubbing is done automatically for all applicable Sawmill logs, as described below. Log Producers are responsible for applying appropriate Datapol annotations for each field, so that we know what to scrub.

> 🔖 Note: Despite the name 'Dynamic Anonymization', this framework performs deidentification rather than true anonymization. It's important to remember that Sawmill data is sensitive and potentially reidentifiable even after the scrubbing described here.

http://google3/logs/storage/anonymization/production/policies/ defines the scrubbing we do on a continual basis, and http://google3/logs/storage/anonymization/production/backfills/ defines any one-off scrubbing jobs.

**Contents**
IP address redaction
Other 9-month scrubbing
Cookie scrubbing
TTL
Further reading

## IP address redaction

**Applies to:** All logs (including Personal Logs), except for logs with a documented Wipeout exception to keep PII longer than 9 months.
**When:** within 9 months of collection. In Sawmill, we start scrubbing after 6 months.
**Implementation:** See the textpb policy here.

Google partially redacts IP addresses within 9 months of collection, using `AnonymizeIpAddress` and related transform operators. We've disclosed this anonymization timeframe publicly. For example, see the blog post "Another step to protect user privacy" and Google's Data retention statement. The current implementation is to remove the lower 8 bits (keeping 24) from IPv4 addresses, and remove the lower 80 bits (keeping 48) from IPv6 addresses.

Google purges the original, un-redacted IP addresses from all datastores (including backups) within 9 months of collection. Cleaning up backups within 9 months requires that we start the process well in advance: we need time to restore from backups if scrubbing fails, while still giving Chronicle 39 days to purge data. In Sawmill, we start scrubbing nearly 3 months before the deadline.

In the Logs Curation system, this is known as "preliminary" anonymization.

## Other 9-month scrubbing

**Applies to:** Certain log formats only.
**When:** within 9 months of collection, at the same time as IP address redaction.
**Implementation:** See the textpb policies here.

We remove certain other information at the same time as IP addresses. Usually these redactions were requested by the product teams or privacy team at the time the field was added to Sawmill.

We also apply TTL scrubbing during this pass, for non-personal logs.

## Cookie scrubbing

**Applies to:** All logs that contain Zwieback, Biscotti, and other pseudonymous data. This does *not* apply to Personal Logs or other logs that have PII.
**When:** within 18 months of collection. In Sawmill, we start scrubbing after 15 months.
**Implementation:** See the textpb policies here, especially this one for scrubbing base on Datapol annotations.

Within 18 months of collecting pseudonymous logs, we redact cookies and any other stable identifiers within the log to lower its reidentification risk. In particular, we try to break links that would tie records together over long periods of time, because building months-long sessions of user activity makes it more likely that the data can be reidentified. (See, for example, what happened when AOL released 3 months of pseudonymized sessions.) There are a few main pieces of this:

- We hash cookies (such as Zwieback and Biscotti) using an ephemeral key that rotates each day. This allows joins within a day, but not across days. Note that hashing is not sufficient for anonymization: we also securely discard the key using Memento. For string fields, we try to parse the string as a hex or base64 value as

described in Obfuscating pseudonym fields, so that we get a consistent hash between the hex-encoded userid field of admixer logs and the int64 zwieback IDs in frontend logs.

- We canonicalize user-agent strings, to remove unneeded entropy.
- We round cookie creation times, in a way that preserves cookie ages for young cookies but removes more entropy for older cookies. This allows us to filter activities from young (spammy?) cookies without keeping too much entropy from long-lived cookies.

Details. In the Logs Curation system, this is known as "primary" anonymization.

We disclosed the 18-month timeline for anonymization in the blog post How long should Google remember searches? and in Google's Data retention statement.

## TTL

We also use Dynamic anonymization to TTL fields and reduce storage requirements. See Retention annotations for details.

## Further reading

Datapol Anonymization discusses the transformations in more detail.

This wiki holds historical information.

---

Was this page helpful?



---

 Comments

Before you can create or read g3doc comments, you need to grant g3doc access to Buganizer and Google people information. Learn more

Get access to g3doc comments

View all unresolved or resolved comments

Google's intranet contains confidential information that should be accessed on a "need to know" basis. If you have questions about what this means, please contact code-of-conduct@google.com.

View Markdown source · Edit this page · Project · File a documentation bug · Incoming links · Recent CLs · Served by g3doc

https://web.archive.org/web/20240916162607/https://support.google.com/websearch/answer/54068?hl=en&co=GENIE.Platform%3DAndroid    July 9, 2025 at 4:43 PM PDT

INTERNET ARCHIVE
**WayBack Machine**    https://support.google.com/websearch/answer/54068?hl=en&co=GENIE.Platform%3DAndroid    Go
59 captures
27 Jul 2018 - 24 Jun 2025

MAY    SEP    JAN
◄    **16**    ►
2023    **2024**    2025
About this capture

Help Center    Community    Announcements    Google Search ⬈

Users can now migrate Google Podcasts subscriptions to YouTube Music or to another app that supports OPML import. Learn more here ⬈

# Find & control your Web & App Activity

Web & App Activity saves your searches and activity from other Google services in your Google Account. You may get more personalized experiences, like:

- Faster searches
- More helpful apps
- Content recommendations

You can turn Web & App Activity off or delete past activity at any time.

**Tip:** If you got your Google Account through your employer or educational institution, in order for your organization to use this service, you might need to ask your administrator to turn on Web & App Activity.

## Turn Web & App Activity on or off

1. On your Android device, open your Settings app ❯ **Google** ❯ **Manage your Google Account.**
2. Tap **Data & privacy.**
3. Under "History settings," tap **Web & App Activity.**
4. Turn **Web & App Activity** on or off.
5. When **Web & App Activity** is on:
   - You can check the box next to "Include Chrome history and activity from sites, apps, and devices that use Google services."
   - You can check the box next to "Include voice and audio activity."
6. When you turn Web & App Activity off:
   - Select **Turn off**, then choose to **Turn off** or **Turn off and delete activity.**
   - If you choose **Turn off and delete activity,** follow the steps to select and confirm what activity you want to delete.

**Tip:** Some browsers and devices may have more settings that affect how this activity is saved.

## Find or delete Web & App Activity on My Google Activity

You can find and delete your Web & App Activity on My Google Activity ⬈ .

- Learn how to delete activity manually.
- Learn how to set up automatic deletion.

**Tip:** To add more security, you can require an extra verification step to view your full history on My Activity.

### Delete history on your device

Your device may also save your Search history. Learn how to manage and delete on-device Search history.

## What's saved as Web & App Activity

Info about your searches & other activity    ⌄

When Web & App Activity is on, Google saves information like:

- Searches and activities on Google products and services, like Maps and Play.
- Info associated with your activity, like your language, referrer, whether you use a browser or

### Help

📄 Find & control your Web & App Activity

📄 Understand & manage your location when you search on Google

**1**


UNITED STATES DISTRICT COURT
N.D. CAL.
CASE #: 3:20-CV-04688-RS
Row 3
**G0930**

an app, or the type of device you use.

- Activity may also include info about your location from your device's general area and IP address. Learn about locations ⧉ .
- Ads you click, or things you buy on an advertiser's site.
- Info on your device, like recent searches for apps or contact names.
- Assistant interactions, including if Google Assistant detects an activation you didn't intend.

**Tip:** Activity could be saved even when you're offline.

Info about your browsing and other activity on sites, apps, and devices that use Google services ⌄

When Web & App Activity is on, you can include additional activity like:

- Sites and apps that partner with Google to show ads
- Sites and apps that use Google services, including data that apps share with Google
- Your Chrome browsing history
- Android usage & diagnostics, like battery level and system errors

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include Chrome history and activity from sites, apps, and devices that use Google services" must be checked.

Your Chrome history is saved only if you're signed in to Chrome and syncing your history. Learn about signing in to Chrome.

**Note:** If you use a shared device or sign in with more than one account, activity might be saved to the default account on the browser or device you use.

Audio recordings ⌄

When Web & App Activity is on, you can include audio recordings from your interactions with Google Search, Assistant, and Maps as part of your activity. Learn about audio recordings.

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include voice and audio activity" must be checked.

Visual Search History ⌄

When Web & App Activity is on, you can include images you use to search as part of your activity. Learn more about your Visual Search History and where your images may be saved from.

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include Visual Search History" must be checked.

## How your saved activity is used

Learn more about how Google uses your saved activity ⧉ and helps keep it private.

For more information about how Google treats search queries generally, review the Privacy Policy FAQ ⧉ .

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how to browse in Incognito mode.

## Browser history

To control whether your device saves your activity:

1. Go to the Activity controls ⧉ page.
2. Check the box next to "Include Chrome history and activity from sites, apps, and devices that use Google services."

Your browser may also save your searches and the sites you visit. Learn how to delete your history on:

**2**

- Chrome
- Safari 
- Firefox

## Related resources

- How Google helps you delete data from your account
- Manage your Google data with My Activity
- Delete your activity
- Find, control & delete the info in your Google Account
- Access & control activity in your account

Was this helpful?   Yes   No

## Need more help?

Try these next steps:

**Post to the help community**
Get answers from community members

©2024 Google – Privacy Policy – Terms of Service    Language

**3**

UNITED STATES DISTRICT COURT
N.D. CAL.
CASE#: 3:20-CV-04688-RS

**G0933**

*Rodriguez, et al. v. Google LLC*

United States District Court, Northern District of California, Case No. 3:20-cv-04688-RS

# <u>Google Analytics Terms of Service</u>

| Page No. | Document Description | Effective Date |
|:---:|:---:|:---:|
| 2 | Google Analytics Terms of Service | 2016-05-18 |
| 12 | Google Analytics Terms of Service | 2017-05-17 |
| 22 | Google Analytics Terms of Service | 2018-10-01 |
| 32 | Google Analytics Terms of Service | 2019-04-17 |
| 43 | Google Analytics Terms of Service | 2019-06-17 |
| 54 | Google Analytics Terms of Service | 2021-03-31 |
| 65 | Google Analytics Terms of Service | 2023-05-15 |

# Google Analytics Terms of Service

# 2016-05-18

**Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2016-05-18.pdf**
The content in this PDF is for archival purposes only. It is applicable to Google Analytics for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

# FIREBASE ANALYTICS TERMS OF SERVICE

**Terms last modified: May 18, 2016**

These Firebase Analytics Terms of Service, the Firebase Analytics Policies and the Google API Terms of Service (this "**Agreement**") are entered into by Google and the entity or individual using the Service ("**You**"). This Agreement governs Your use of Firebase Analytics (the "**Service**"). BY CLICKING THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, OR USING THE SERVICE, YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED AND ACCEPT THIS AGREEMENT AND ARE AUTHORIZED TO ACT ON BEHALF OF, AND BIND TO THIS AGREEMENT, THE OWNER OF THIS ACCOUNT. In consideration of the foregoing, the parties agree as follows:

## 1. Definitions.

"**Account**" refers to the account for the Service.

"**Affiliate(s)**" means in relation to each of the parties: (a) any parent company of that party; and (b) any corporate body of which that party directly or indirectly has control or which is directly or indirectly controlled by the same person or group of persons as that party.

"**Confidential Information**" includes any proprietary data and any other information disclosed by one party to the other in writing and marked "confidential" or disclosed orally and, within five business days, reduced to writing and marked "confidential". However, Confidential Information will not include any information that is or becomes known to the general public, which is already in the receiving party's possession prior to disclosure by a party or which is independently developed by the receiving party without the use of Confidential Information.

"**Customer Data**" means the data You collect, process or store using the Service concerning the characteristics and activities of Users.

"**Documentation**" means any accompanying documentation made available to You by Google for use with the Processing Software, including any documentation available online.

"**Google**" means either (i) Google Ireland Limited, with offices at Gordon House, Barrow Street, Dublin 4, Ireland, if Your principal place of business (for entities) or place of residence (for

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2016-05-18.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

individuals) is in any country within Europe, the Middle East, or Africa ("EMEA"), (ii) Google Asia Pacific Pte. Ltd., with offices at 8 Marina View Asia Square 1 #30-01 Singapore 018960, if Your principal place of business (for entities) or place of residence (for individuals) is in any country within the Asia Pacific region ("APAC"), or (iii) Google Inc., with offices at 1600 Amphitheatre Parkway, Mountain View, California 94043, if Your principal place of business (for entities) or place of residence (for individuals) is in any country in the world other than those in EMEA and APAC.

**"SDK"** means the Firebase Analytics Software Development Kit, which is used or incorporated in an App for the purpose of collecting Customer Data, together with any fixes, updates and upgrades provided to You.

**"Processing Software"** means the Google server-side software and any upgrades, which analyzes the Customer Data and generates the Reports.

**"App"** means any app or other resource that sends data to the Service. Each App must be under Your control.

**"Privacy Policy"** means the privacy policy on an App.

**"Report"** means the resulting analysis made available to You.

**"Servers"** means the servers controlled by Google or its Affiliates on which the Processing Software and Customer Data are stored.

**"Software"** means the SDK and the Processing Software.

**"Third Party"** means any third party (i) to which You provide access to Your Account or (i) for which You use the Service to collect information on the third party's behalf.

**"Users"** means users of Your Apps.

The words **"include"** and **"including"** mean "including but not limited to."

## 2. Fees and Service.

Google and its Affiliates may change its fees and payment policies for the Service from time to time. The changes to the fees or payment policies are effective upon Your acceptance of those changes which will be posted at firebase.google.com/terms/analytics. Unless otherwise stated, all fees are quoted in U.S. Dollars. Any outstanding balance becomes immediately due

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2016-05-18.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

and payable upon termination of this Agreement and any collection expenses (including attorneys' fees) incurred by Google and its Affiliates will be included in the amount owed, and may be charged to the credit card or other billing mechanism associated with Your AdWords account.

## 3. Member Account, Password, and Security.

To register for the Service, You must be acting in the course of business, complete the registration process by providing Google with current, complete and accurate information as prompted by the registration form, including Your e-mail address (username) and password. You will protect Your passwords and take full responsibility for Your own, and third party, use of Your accounts. You are solely responsible for any and all activities that occur under Your Account. You will notify Google immediately upon learning of any unauthorized use of Your Account or any other breach of security. Google or its Affiliates' support staff may, from time to time, log in to the Service under Your Account in order to maintain or improve service, including to provide You assistance with technical or billing issues. By creating Your Account you agree to receive electronic statements from Google and its Affiliates.

## 4. Nonexclusive License.

Subject to the terms and conditions of this Agreement, (a) Google grants You a limited, revocable, non-exclusive, non-sublicensable license to install, copy and use the SDK solely as necessary for You to use the Service on Your Apps or Third Parties Apps; and (b) You may remotely access, view and download Your Reports. You will not (and You will not allow any third party to) use data labeled as belonging to a third party in the Service for purposes other than generating, viewing, and downloading Reports. You will comply with all applicable laws and regulations and Your agreements with third parties in Your use of and access to the Documentation, Software, Service and Reports.

## 5. Confidentiality.

Neither party will use or disclose the other party's Confidential Information without the other's prior written consent except for the purpose of performing its obligations under this Agreement or if required by law, regulation or court order; in which case, the party being compelled to disclose Confidential Information will give the other party as much notice as is reasonably practicable prior to disclosing the Confidential Information if permitted by law.

## 6. Information Rights and Publicity.

**Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2016-05-18.pdf**
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

Google and its Affiliates may retain and use, subject to the terms of its privacy policy (located at www.google.com/privacy.html), information collected in Your use of the Service. Google will not share Your Customer Data or any Third Party's Customer Data with any third parties unless Google (i) has Your consent for any Customer Data or any Third Party's consent for the Third Party's Customer Data; (ii) concludes that it is required by law or has a good faith belief that access, preservation or disclosure of Customer Data is reasonably necessary to protect the rights, property or safety of Google, its users or the public; or (iii) provides Customer Data in certain limited circumstances to third parties to carry out tasks on Google's behalf (e.g., billing or data storage) with strict restrictions that prevent the data from being used or shared except as directed by Google. When this is done, it is subject to agreements that oblige those parties to process Customer Data only on Google's instructions and in compliance with this Agreement and appropriate confidentiality and security measures.

## 7. Privacy.

You will not, and will not assist or permit any third party to, pass information to Google that Google could use or recognize as personally identifiable information. You will have and abide by an appropriate Privacy Policy and will comply with all applicable laws, policies, and regulations relating to the collection, usage and sharing of information from Users. You must post a Privacy Policy and that Privacy Policy must provide notice of Your use of cookies, identifiers for mobile devices (e.g., Android Advertising Identifier or Advertising Identifier for iOS) or similar technology that are used to collect data. You must disclose the use of the Service, and how it collects and processes data. This can be done by displaying a prominent link to the site "How Google uses data when you use our partners' sites or apps", (located at www.google.com/policies/privacy/partners/, or any other URL Google may provide from time to time). You will use commercially reasonable efforts to ensure that a User is provided with clear and comprehensive information about, and consents to, the storing and accessing of cookies or other information on the User's device where such activity occurs in connection with the Service and where providing such information and obtaining such consent is required by law.

You must not circumvent any privacy features that are part of the Service.

Your access to and use of any other DoubleClick or Google service is subject to the applicable terms between You and Google regarding that service.

## 8. Indemnification.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2016-05-18.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

To the maximum extent permitted by applicable law, You will indemnify, hold harmless and defend Google and its Affiliates, at Your expense, from any and all third-party claims, actions, proceedings, and suits brought against Google or any of its officers, directors, employees, agents or Affiliates, and all related liabilities, damages, settlements, penalties, fines, costs or expenses (including, reasonable attorneys' fees and other litigation expenses) incurred by Google or any of its officers, directors, employees, agents or Affiliates, arising out of or relating to (i) Your breach of any term or condition of this Agreement, (ii) Your use of the Service, (iii) Your violations of applicable laws, rules or regulations in connection with the Service, (iv) any representations and warranties made by You concerning any aspect of the Service, the Software or Reports to any Third Party; (v) any claims made by or on behalf of any Third Party pertaining directly or indirectly to Your use of the Service, the Software or Reports; (vi) violations of Your obligations of privacy to any Third Party; and (vii) any claims with respect to acts or omissions of any Third Party in connection with the Service, the Software or Reports. Google will provide You with written notice of any claim, suit or action from which You must indemnify Google and its Affiliates. You will cooperate as fully as reasonably required in the defense of any claim. Google and its Affiliates reserve the right, at their own expense, to assume the exclusive defense and control of any matter subject to indemnification by You.

## 9. Third Parties.

If You use the Service on behalf of a Third Party or a Third Party otherwise uses the Service through Your Account, whether or not You are authorized by Google to do so, then You represent and warrant that (a) You are authorized to act on behalf of, and bind to this Agreement, the Third Party to all obligations that You have under this Agreement, (b) Google and its Affiliates may share with the Third Party any Customer Data that is specific to the Third Party's Apps, and (c) You will not disclose Third Party's Customer Data to any other party without the Third Party's consent.

## 10. DISCLAIMER OF WARRANTIES.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EXCEPT AS EXPRESSLY PROVIDED FOR IN THIS AGREEMENT, GOOGLE MAKES NO OTHER WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE AND NON-INFRINGEMENT. THE SERVICE IS PROVIDED "AS IS".

## 11. LIMITATION OF LIABILITY.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2016-05-18.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE WILL NOT BE LIABLE FOR YOUR LOST PROFITS (WHETHER DIRECT OR INDIRECT) OR INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE LOSSES OR DAMAGES (WHETHER OR NOT FORESEEABLE OR CONTEMPLATED BY THE PARTIES), EVEN IF GOOGLE OR ITS AFFILIATES HAVE BEEN ADVISED OF, KNEW OR SHOULD HAVE KNOWN THAT SUCH DAMAGES WERE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY. GOOGLE AND ITS AFFILIATES' TOTAL CUMULATIVE LIABILITY TO YOU OR ANY OTHER PARTY FOR ANY LOSS OR DAMAGES RESULTING FROM CLAIMS, DEMANDS, OR ACTIONS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL NOT EXCEED $500 (USD).

## 12. Proprietary Rights Notice.

The Service, which includes the Software and all intellectual property rights therein are, and will remain, the property of Google and its Affiliates. All rights in and to the Software not expressly granted to You in this Agreement are reserved and retained by Google, its Affiliates, and its licensors without restriction, including, Google's (and its Affiliates') right to sole ownership of the Software and Documentation. Without limiting the generality of the foregoing, You agree, to the maximum extent permitted by applicable law, not to (and not to allow any third party to): (a) sublicense, distribute, or use the Service or Software outside of the scope of the license granted in this Agreement; (b) copy, modify, adapt, translate, prepare derivative works from, reverse engineer, disassemble, or decompile the Software or Documentation or otherwise attempt to discover any source code or trade secrets related to the Service; (c) rent, lease, sell, assign or otherwise transfer rights in or to the Software, the Documentation or the Service; (d) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service or the Software; (e) use the trademarks, trade names, service marks, logos, domain names and other distinctive brand features or any copyright or other proprietary rights associated with the Service for any purpose without the express written consent of Google and its Affiliates ; (f) register, attempt to register, or assist anyone else to register any trademark, trade name, serve marks, logos, domain names and other distinctive brand features, copyright or other proprietary rights associated with Google or its Affiliates other than in the name of Google (or its Affiliates as the case may be); (g) remove, obscure, or alter any notice of copyright, trademark, or other proprietary right appearing in or on any item included with the Service or Software or (h) seek, in a proceeding filed during the term of this Agreement or for one year after such term, an injunction of any portion of the Service based on patent infringement.

## 13. U.S. Government Rights.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2016-05-18.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

If the use of the Service is being acquired by or on behalf of the U.S. Government or by a U.S. Government prime contractor or subcontractor (at any tier), in accordance with 48 C.F.R. 227.7202-4 (for Department of Defense (DOD) acquisitions) and 48 C.F.R. 2.101 and 12.212 (for non-DOD acquisitions), the Government's rights in the Software, including its rights to use, modify, reproduce, release, perform, display or disclose the Software or Documentation, will be subject in all respects to the commercial license rights and restrictions provided in this Agreement.

## 14. Term and Termination.

Either party may terminate this Agreement at any time with notice. Upon any termination of this Agreement, Google will stop providing, and You will stop using the Service. In the event of any termination (a) You will not be entitled to any refunds of any usage fees or any other fees, and (b) any outstanding balance for Service rendered through the date of termination will be immediately due and payable in full and (c) all of Your historical Report data will no longer be available to You.

## 15. Modifications to Terms of Service and Other Policies.

Google may modify these terms or any additional terms that apply to the Service to, for example, reflect changes to the law or changes to the Service. You should look at the terms regularly. Google will post notice of modifications to these terms at firebase.google.com/terms/analytics, the Firebase Analytics Policies at firebase.google.com/policies/analytics, or other policies referenced in these terms at the applicable URL for such policies. Changes will not apply retroactively and will become effective no sooner than 14 days after they are posted. If You do not agree to the modified terms for the Service, You should discontinue Your use of the Service. No amendment to or modification of this Agreement will be binding unless (i) in writing and signed by a duly authorized representative of Google, (ii) You accept updated terms online, or (iii) You continue to use the Service after Google has posted updates to the Agreement or to any policy governing the Service.

## 16. Applicable Law and Venue.

(a) Except as set forth in Sections 16(b) and (c) below, all claims arising out of or relating to this Agreement or the Services ("Disputes") will be governed by California law, excluding California's conflict of laws rules, and all Disputes will be litigated exclusively in the federal or

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2016-05-18.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

state courts of Santa Clara County, California, USA, and You and Google consent to personal jurisdiction in those courts.

(b) If Your principal place of business (for entities) or place of residence (for individuals) is in any country within APAC (other than Australia, Japan, New Zealand or Singapore) or Latin America, this Section 16(b) will apply instead of Section 16(a) above. ALL DISPUTES (AS DEFINED ABOVE) WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES. The parties will try in good faith to settle any Dispute within 30 days after the Dispute arises. If the Dispute is not resolved within 30 days, it must be resolved by arbitration by the American Arbitration Association's International Centre for Dispute Resolution in accordance with its Expedited Commercial Rules in force as of the date of this Agreement ("Rules"). The parties will mutually select one arbitrator. The arbitration will be conducted in English in Santa Clara County, California, USA. Either party may apply to any competent court for injunctive relief necessary to protect its rights pending resolution of the arbitration. The arbitrator may order equitable or injunctive relief consistent with the remedies and limitations in this Agreement. Subject to the confidentiality requirements in Section 5, either party may petition any competent court to issue any order necessary to protect that party's rights or property; this petition will not be considered a violation or waiver of this governing law and arbitration section and will not affect the arbitrator's powers, including the power to review the judicial decision. The parties stipulate that the courts of Santa Clara County, California, USA, are competent to grant any order under this subsection. The arbitral award will be final and binding on the parties and its execution may be presented in any competent court, including any court with jurisdiction over either party or any of its property. Any arbitration proceeding conducted in accordance with this section will be considered Confidential Information under this Agreement's confidentiality section, including (i) the existence of, (ii) any information disclosed during, and (iii) any oral communications or documents related to the arbitration proceedings. The parties may also disclose the information described in this section to a competent court as may be necessary to file any order under this section or execute any arbitral decision, but the parties must request that those judicial proceedings be conducted in camera (in private). The parties will pay the arbitrator's fees, the arbitrator's appointed experts' fees and expenses, and the arbitration center's administrative expenses in accordance with the Rules. In its final decision, the arbitrator will determine the non-prevailing party's obligation to reimburse the amount paid in advance by the prevailing party for these fees. Each party will bear its own lawyers' and experts' fees and expenses, regardless of the arbitrator's final decision.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2016-05-18.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

(c) If Your principal place of business (for entities) or place of residence (for individuals) is in Greece, all Disputes (as defined above) will be governed by Greek law and the parties submit to the exclusive jurisdiction of the courts of Athens in relation to any Dispute.

## 17. Miscellaneous

Google and its Affiliates will be excused from performance in this Agreement to the extent that performance is prevented, delayed or obstructed by causes beyond its reasonable control. This Agreement (including any amendment agreed upon by the parties in writing) represents the complete agreement between You and Google concerning its subject matter, and supersedes all prior agreements and representations between the parties. If any provision of this Agreement is held to be unenforceable for any reason, such provision will be reformed to the extent necessary to make it enforceable to the maximum extent permissible so as to effect the intent of the parties, and the remainder of this Agreement will continue in full force and effect. Certain laws of the jurisdiction in which you reside may confer rights and remedies and imply terms into this Agreement that cannot be excluded. Those rights, remedies, and implied terms are not excluded by this Agreement. To the extent that the relevant laws permit Google to limit their operation, Google's liability under those laws will be limited at its option, to the supply of the services again, or payment of the cost of having the services supplied again. The United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act do not apply to this Agreement. The Software is controlled by U.S. Export Regulations, and it may be not be exported to or used by embargoed countries or individuals. Any notices to Google must be sent to: Google Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given upon receipt. A waiver of any default is not a waiver of any subsequent default. You may not assign or otherwise transfer any of Your rights in this Agreement without Google's prior written consent, and any such attempt is void. Google may assign or otherwise transfer this Agreement to any of its Affiliates. The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors. This Agreement will be binding upon and inure to the benefit of the respective successors and assigns of the parties hereto. The following sections of this Agreement will survive any termination thereof: 1, 4, 5, 6 , 7, 8, 9, 10, 11, 12, 14, 16 and 17.

# Google Analytics Terms of Service

# 2017-05-17

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2017-05-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

# GOOGLE ANALYTICS FOR FIREBASE TERMS OF SERVICE

**Terms last modified: May 17, 2017** | Previous versions

These Google Analytics for Firebase Terms of Service, the Google Analytics for Firebase Policies and the Google API Terms of Service (this "**Agreement**") are entered into by Google and the entity or individual using the Service ("**You**"). This Agreement governs Your use of Google Analytics for Firebase (the "**Service**"). BY CLICKING THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, OR USING THE SERVICE, YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED AND ACCEPT THIS AGREEMENT AND ARE AUTHORIZED TO ACT ON BEHALF OF, AND BIND TO THIS AGREEMENT, THE OWNER OF THIS ACCOUNT. In consideration of the foregoing, the parties agree as follows:

## 1. Definitions.

"**Account**" refers to the account for the Service.

"**Affiliate(s)**" means in relation to each of the parties: (a) any parent company of that party; and (b) any corporate body of which that party directly or indirectly has control or which is directly or indirectly controlled by the same person or group of persons as that party.

"**Confidential Information**" includes any proprietary data and any other information disclosed by one party to the other in writing and marked "confidential" or disclosed orally and, within five business days, reduced to writing and marked "confidential". However, Confidential Information will not include any information that is or becomes known to the general public, which is already in the receiving party's possession prior to disclosure by a party or which is independently developed by the receiving party without the use of Confidential Information.

"**Customer Data**" means the data You collect, process or store using the Service concerning the characteristics and activities of Users.

"**Documentation**" means any accompanying documentation made available to You by Google for use with the Processing Software, including any documentation available online.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2017-05-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

**"Google"** means either (i) Google Ireland Limited, with offices at Gordon House, Barrow Street, Dublin 4, Ireland, if Your principal place of business (for entities) or place of residence (for individuals) is in any country within Europe, the Middle East, or Africa ("EMEA"), (ii) Google Asia Pacific Pte. Ltd., with offices at 70 Pasir Panjang Road, #03-01, Mapletree Business City II, Singapore 117371, if Your principal place of business (for entities) or place of residence (for individuals) is in any country within the Asia Pacific region ("APAC"), or (iii) Google LLC, with offices at 1600 Amphitheatre Parkway, Mountain View, California 94043, if Your principal place of business (for entities) or place of residence (for individuals) is in any country in the world other than those in EMEA and APAC.

**"SDK"** means the Firebase Software Development Kit, which is used or incorporated in an App for the purpose of collecting Customer Data, together with any fixes, updates and upgrades provided to You.

**"Processing Software"** means the Google server-side software and any upgrades, which analyzes the Customer Data and generates the Reports.

**"App"** means any app or other resource that sends data to the Service. Each App must be under Your control.

**"Privacy Policy"** means the privacy policy on an App.

**"Report"** means the resulting analysis made available to You.

**"Servers"** means the servers controlled by Google or its Affiliates on which the Processing Software and Customer Data are stored.

**"Software"** means the SDK and the Processing Software.

**"Third Party"** means any third party (i) to which You provide access to Your Account or (i) for which You use the Service to collect information on the third party's behalf.

**"Users"** means users of Your Apps.

The words **"include"** and **"including"** mean "including but not limited to."

## 2. Fees and Service.

Google and its Affiliates may change its fees and payment policies for the Service from time to time. The changes to the fees or payment policies are effective upon Your acceptance of those

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2017-05-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

changes which will be posted at firebase.google.com/terms/analytics. Unless otherwise stated, all fees are quoted in U.S. Dollars. Any outstanding balance becomes immediately due and payable upon termination of this Agreement and any collection expenses (including attorneys' fees) incurred by Google and its Affiliates will be included in the amount owed, and may be charged to the credit card or other billing mechanism associated with Your AdWords account.

## 3. Member Account, Password, and Security.

To register for the Service, You must be acting in the course of business, complete the registration process by providing Google with current, complete and accurate information as prompted by the registration form, including Your e-mail address (username) and password. You will protect Your passwords and take full responsibility for Your own, and third party, use of Your accounts. You are solely responsible for any and all activities that occur under Your Account. You will notify Google immediately upon learning of any unauthorized use of Your Account or any other breach of security. Google or its Affiliates' support staff may, from time to time, log in to the Service under Your Account in order to maintain or improve service, including to provide You assistance with technical or billing issues. By creating Your Account you agree to receive electronic statements from Google and its Affiliates.

## 4. Nonexclusive License.

Subject to the terms and conditions of this Agreement, (a) Google grants You a limited, revocable, non-exclusive, non-sublicensable license to install, copy and use the SDK solely as necessary for You to use the Service on Your Apps or Third Parties Apps; and (b) You may remotely access, view and download Your Reports. You will not (and You will not allow any third party to) use data labeled as belonging to a third party in the Service for purposes other than generating, viewing, and downloading Reports. You will comply with all applicable laws and regulations and Your agreements with third parties in Your use of and access to the Documentation, Software, Service and Reports.

## 5. Confidentiality.

Neither party will use or disclose the other party's Confidential Information without the other's prior written consent except for the purpose of performing its obligations under this Agreement or if required by law, regulation or court order; in which case, the party being compelled to disclose Confidential Information will give the other party as much notice as is reasonably practicable prior to disclosing the Confidential Information if permitted by law.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2017-05-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 6. Information Rights and Publicity.

Google and its Affiliates may retain and use, subject to the terms of its privacy policy (located at www.google.com/privacy.html), information collected in Your use of the Service. Google will not share Your Customer Data or any Third Party's Customer Data with any third parties unless Google (i) has Your consent for any Customer Data or any Third Party's consent for the Third Party's Customer Data; (ii) concludes that it is required by law or has a good faith belief that access, preservation or disclosure of Customer Data is reasonably necessary to protect the rights, property or safety of Google, its users or the public; or (iii) provides Customer Data in certain limited circumstances to third parties to carry out tasks on Google's behalf (e.g., billing or data storage) with strict restrictions that prevent the data from being used or shared except as directed by Google. When this is done, it is subject to agreements that oblige those parties to process Customer Data only on Google's instructions and in compliance with this Agreement and appropriate confidentiality and security measures.

## 7. Privacy.

You will not, and will not assist or permit any third party to, pass information to Google that Google could use or recognize as personally identifiable information. You will have and abide by an appropriate Privacy Policy and will comply with all applicable laws, policies, and regulations relating to the collection, usage and sharing of information from Users. You must post a Privacy Policy and that Privacy Policy must provide notice of Your use of cookies, identifiers for mobile devices (e.g., Android Advertising Identifier or Advertising Identifier for iOS) or similar technology that are used to collect data. You must disclose the use of the Service, and how it collects and processes data. This can be done by displaying a prominent link to the site "How Google uses data when you use our partners' sites or apps", (located at www.google.com/policies/privacy/partners/, or any other URL Google may provide from time to time). You will use commercially reasonable efforts to ensure that a User is provided with clear and comprehensive information about, and consents to, the storing and accessing of cookies or other information on the User's device where such activity occurs in connection with the Service and where providing such information and obtaining such consent is required by law.

You must not circumvent any privacy features that are part of the Service.

Your access to and use of any other DoubleClick or Google service is subject to the applicable terms between You and Google regarding that service.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2017-05-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 8. Indemnification.

To the maximum extent permitted by applicable law, You will indemnify, hold harmless and defend Google and its Affiliates, at Your expense, from any and all third-party claims, actions, proceedings, and suits brought against Google or any of its officers, directors, employees, agents or Affiliates, and all related liabilities, damages, settlements, penalties, fines, costs or expenses (including, reasonable attorneys' fees and other litigation expenses) incurred by Google or any of its officers, directors, employees, agents or Affiliates, arising out of or relating to (i) Your breach of any term or condition of this Agreement, (ii) Your use of the Service, (iii) Your violations of applicable laws, rules or regulations in connection with the Service, (iv) any representations and warranties made by You concerning any aspect of the Service, the Software or Reports to any Third Party; (v) any claims made by or on behalf of any Third Party pertaining directly or indirectly to Your use of the Service, the Software or Reports; (vi) violations of Your obligations of privacy to any Third Party; and (vii) any claims with respect to acts or omissions of any Third Party in connection with the Service, the Software or Reports. Google will provide You with written notice of any claim, suit or action from which You must indemnify Google and its Affiliates. You will cooperate as fully as reasonably required in the defense of any claim. Google and its Affiliates reserve the right, at their own expense, to assume the exclusive defense and control of any matter subject to indemnification by You.

## 9. Third Parties.

If You use the Service on behalf of a Third Party or a Third Party otherwise uses the Service through Your Account, whether or not You are authorized by Google to do so, then You represent and warrant that (a) You are authorized to act on behalf of, and bind to this Agreement, the Third Party to all obligations that You have under this Agreement, (b) Google and its Affiliates may share with the Third Party any Customer Data that is specific to the Third Party's Apps, and (c) You will not disclose Third Party's Customer Data to any other party without the Third Party's consent.

## 10. DISCLAIMER OF WARRANTIES.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EXCEPT AS EXPRESSLY PROVIDED FOR IN THIS AGREEMENT, GOOGLE MAKES NO OTHER WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE AND NON-INFRINGEMENT. THE SERVICE IS PROVIDED "AS IS".

**Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2017-05-17.pdf**
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 11. LIMITATION OF LIABILITY.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE WILL NOT BE LIABLE
FOR YOUR LOST PROFITS (WHETHER DIRECT OR INDIRECT) OR INDIRECT, SPECIAL,
INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE LOSSES OR DAMAGES (WHETHER
OR NOT FORESEEABLE OR CONTEMPLATED BY THE PARTIES), EVEN IF GOOGLE OR ITS
AFFILIATES HAVE BEEN ADVISED OF, KNEW OR SHOULD HAVE KNOWN THAT SUCH
DAMAGES WERE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY.
GOOGLE AND ITS AFFILIATES' TOTAL CUMULATIVE LIABILITY TO YOU OR ANY OTHER PARTY
FOR ANY LOSS OR DAMAGES RESULTING FROM CLAIMS, DEMANDS, OR ACTIONS ARISING
OUT OF OR RELATING TO THIS AGREEMENT WILL NOT EXCEED $500 (USD).

## 12. Proprietary Rights Notice.

The Service, which includes the Software and all intellectual property rights therein are, and will
remain, the property of Google and its Affiliates. All rights in and to the Software not expressly
granted to You in this Agreement are reserved and retained by Google, its Affiliates, and its
licensors without restriction, including, Google's (and its Affiliates') right to sole ownership of
the Software and Documentation. Without limiting the generality of the foregoing, You agree, to
the maximum extent permitted by applicable law, not to (and not to allow any third party to): (a)
sublicense, distribute, or use the Service or Software outside of the scope of the license
granted in this Agreement; (b) copy, modify, adapt, translate, prepare derivative works from,
reverse engineer, disassemble, or decompile the Software or Documentation or otherwise
attempt to discover any source code or trade secrets related to the Service; (c) rent, lease, sell,
assign or otherwise transfer rights in or to the Software, the Documentation or the Service; (d)
use, post, transmit or introduce any device, software or routine which interferes or attempts to
interfere with the operation of the Service or the Software; (e) use the trademarks, trade
names, service marks, logos, domain names and other distinctive brand features or any
copyright or other proprietary rights associated with the Service for any purpose without the
express written consent of Google and its Affiliates ; (f) register, attempt to register, or assist
anyone else to register any trademark, trade name, serve marks, logos, domain names and
other distinctive brand features, copyright or other proprietary rights associated with Google or
its Affiliates other than in the name of Google (or its Affiliates as the case may be); (g) remove,
obscure, or alter any notice of copyright, trademark, or other proprietary right appearing in or
on any item included with the Service or Software or (h) seek, in a proceeding filed during the
term of this Agreement or for one year after such term, an injunction of any portion of the
Service based on patent infringement.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2017-05-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 13. U.S. Government Rights.

If the use of the Service is being acquired by or on behalf of the U.S. Government or by a U.S. Government prime contractor or subcontractor (at any tier), in accordance with 48 C.F.R. 227.7202-4 (for Department of Defense (DOD) acquisitions) and 48 C.F.R. 2.101 and 12.212 (for non-DOD acquisitions), the Government's rights in the Software, including its rights to use, modify, reproduce, release, perform, display or disclose the Software or Documentation, will be subject in all respects to the commercial license rights and restrictions provided in this Agreement.

## 14. Term and Termination.

Either party may terminate this Agreement at any time with notice. Upon any termination of this Agreement, Google will stop providing, and You will stop using the Service. In the event of any termination (a) You will not be entitled to any refunds of any usage fees or any other fees, and (b) any outstanding balance for Service rendered through the date of termination will be immediately due and payable in full and (c) all of Your historical Report data will no longer be available to You.

## 15. Modifications to Terms of Service and Other Policies.

Google may modify these terms or any additional terms that apply to the Service to, for example, reflect changes to the law or changes to the Service. You should look at the terms regularly. Google will post notice of modifications to these terms at firebase.google.com/terms/analytics, the Google Analytics for Firebase Policies at firebase.google.com/policies/analytics, or other policies referenced in these terms at the applicable URL for such policies. Changes will not apply retroactively and will become effective no sooner than 14 days after they are posted. If You do not agree to the modified terms for the Service, You should discontinue Your use of the Service. No amendment to or modification of this Agreement will be binding unless (i) in writing and signed by a duly authorized representative of Google, (ii) You accept updated terms online, or (iii) You continue to use the Service after Google has posted updates to the Agreement or to any policy governing the Service.

## 16. Applicable Law and Venue.

(a) Except as set forth in Sections 16(b) and (c) below, all claims arising out of or relating to this Agreement or the Services ("Disputes") will be governed by California law, excluding

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2017-05-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

California's conflict of laws rules, and all Disputes will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and You and Google consent to personal jurisdiction in those courts.

(b) If Your principal place of business (for entities) or place of residence (for individuals) is in any country within APAC (other than Australia, Japan, New Zealand or Singapore) or Latin America, this Section 16(b) will apply instead of Section 16(a) above. ALL DISPUTES (AS DEFINED ABOVE) WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES. The parties will try in good faith to settle any Dispute within 30 days after the Dispute arises. If the Dispute is not resolved within 30 days, it must be resolved by arbitration by the American Arbitration Association's International Centre for Dispute Resolution in accordance with its Expedited Commercial Rules in force as of the date of this Agreement ("Rules"). The parties will mutually select one arbitrator. The arbitration will be conducted in English in Santa Clara County, California, USA. Either party may apply to any competent court for injunctive relief necessary to protect its rights pending resolution of the arbitration. The arbitrator may order equitable or injunctive relief consistent with the remedies and limitations in this Agreement. Subject to the confidentiality requirements in Section 5, either party may petition any competent court to issue any order necessary to protect that party's rights or property; this petition will not be considered a violation or waiver of this governing law and arbitration section and will not affect the arbitrator's powers, including the power to review the judicial decision. The parties stipulate that the courts of Santa Clara County, California, USA, are competent to grant any order under this subsection. The arbitral award will be final and binding on the parties and its execution may be presented in any competent court, including any court with jurisdiction over either party or any of its property. Any arbitration proceeding conducted in accordance with this section will be considered Confidential Information under this Agreement's confidentiality section, including (i) the existence of, (ii) any information disclosed during, and (iii) any oral communications or documents related to the arbitration proceedings. The parties may also disclose the information described in this section to a competent court as may be necessary to file any order under this section or execute any arbitral decision, but the parties must request that those judicial proceedings be conducted in camera (in private). The parties will pay the arbitrator's fees, the arbitrator's appointed experts' fees and expenses, and the arbitration center's administrative expenses in accordance with the Rules. In its final decision, the arbitrator will determine the non-prevailing party's obligation to reimburse the amount paid in advance by the prevailing party for these fees. Each party will bear its own lawyers' and experts' fees and expenses, regardless of the arbitrator's final decision.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2017-05-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

(c) If Your principal place of business (for entities) or place of residence (for individuals) is in Greece, all Disputes (as defined above) will be governed by Greek law and the parties submit to the exclusive jurisdiction of the courts of Athens in relation to any Dispute.

## 17. Miscellaneous

Google and its Affiliates will be excused from performance in this Agreement to the extent that performance is prevented, delayed or obstructed by causes beyond its reasonable control. This Agreement (including any amendment agreed upon by the parties in writing) represents the complete agreement between You and Google concerning its subject matter, and supersedes all prior agreements and representations between the parties. If any provision of this Agreement is held to be unenforceable for any reason, such provision will be reformed to the extent necessary to make it enforceable to the maximum extent permissible so as to effect the intent of the parties, and the remainder of this Agreement will continue in full force and effect. Certain laws of the jurisdiction in which you reside may confer rights and remedies and imply terms into this Agreement that cannot be excluded. Those rights, remedies, and implied terms are not excluded by this Agreement. To the extent that the relevant laws permit Google to limit their operation, Google's liability under those laws will be limited at its option, to the supply of the services again, or payment of the cost of having the services supplied again. The United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act do not apply to this Agreement. The Software is controlled by U.S. Export Regulations, and it may be not be exported to or used by embargoed countries or individuals. Any notices to Google must be sent to: Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given upon receipt. A waiver of any default is not a waiver of any subsequent default. You may not assign or otherwise transfer any of Your rights in this Agreement without Google's prior written consent, and any such attempt is void. Google may assign or otherwise transfer this Agreement to any of its Affiliates. The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors. This Agreement will be binding upon and inure to the benefit of the respective successors and assigns of the parties hereto. The following sections of this Agreement will survive any termination thereof: 1, 4, 5, 6 , 7, 8, 9, 10, 11, 12, 14, 16 and 17.

**Previous versions**

- May 18, 2016

# Google Analytics Terms of Service

# 2018-10-01

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2018-10-01.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

# GOOGLE ANALYTICS FOR FIREBASE TERMS OF SERVICE

**Terms last modified: October 1, 2018** | Previous versions

These Google Analytics for Firebase Terms of Service, the Google Analytics for Firebase Policies and the Google API Terms of Service (this "**Agreement**") are entered into by Google and the entity or individual using the Service ("**You**"). This Agreement governs Your use of Google Analytics for Firebase (the "**Service**"). BY CLICKING THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, OR USING THE SERVICE, YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED AND ACCEPT THIS AGREEMENT AND ARE AUTHORIZED TO ACT ON BEHALF OF, AND BIND TO THIS AGREEMENT, THE OWNER OF THIS ACCOUNT. In consideration of the foregoing, the parties agree as follows:

**1. Definitions.**

"**Account**" refers to the account for the Service.

"**Affiliate(s)**" means in relation to each of the parties: (a) any parent company of that party; and (b) any corporate body of which that party directly or indirectly has control or which is directly or indirectly controlled by the same person or group of persons as that party.

"**Confidential Information**" includes any proprietary data and any other information disclosed by one party to the other in writing and marked "confidential" or disclosed orally and, within five business days, reduced to writing and marked "confidential". However, Confidential Information will not include any information that is or becomes known to the general public, which is already in the receiving party's possession prior to disclosure by a party or which is independently developed by the receiving party without the use of Confidential Information.

"**Customer Data**" means the data You collect, process or store using the Service concerning the characteristics and activities of Users.

"**Documentation**" means any accompanying documentation made available to You by Google for use with the Processing Software, including any documentation available online.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2018-10-01.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

"**Google**" means (i) Google Ireland Limited, with offices at Gordon House, Barrow Street, Dublin 4, Ireland, if Your principal place of business (for entities) or place of residence (for individuals) is in any country within Europe, the Middle East, or Africa ("EMEA"), (ii) Google Asia Pacific Pte. Ltd., with offices at 70 Pasir Panjang Road, #03-01, Mapletree Business City II, Singapore 117371 (or its affiliate reseller(s)), if Your principal place of business (for entities) or place of residence (for individuals) is in any country within the Asia Pacific region ("APAC"), or (iii) Google LLC, with offices at 1600 Amphitheatre Parkway, Mountain View, California 94043, if Your principal place of business (for entities) or place of residence (for individuals) is in any country in the world other than those in EMEA and APAC.

"**SDK**" means the Firebase Software Development Kit, which is used or incorporated in an App for the purpose of collecting Customer Data, together with any fixes, updates and upgrades provided to You.

"**Processing Software**" means the Google server-side software and any upgrades, which analyzes the Customer Data and generates the Reports.

"**App**" means any app or other resource that sends data to the Service. Each App must be under Your control.

"**Privacy Policy**" means the privacy policy on an App.

"**Report**" means the resulting analysis made available to You.

"**Servers**" means the servers controlled by Google or its Affiliates on which the Processing Software and Customer Data are stored.

"**Software**" means the SDK and the Processing Software.

"**Third Party**" means any third party (i) to which You provide access to Your Account or (i) for which You use the Service to collect information on the third party's behalf.

"**Users**" means users of Your Apps.

The words "**include**" and "**including**" mean "including but not limited to."

## 2. Fees and Service.

Google and its Affiliates may change its fees and payment policies for the Service from time to time. The changes to the fees or payment policies are effective upon Your acceptance of those

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2018-10-01.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

changes which will be posted at firebase.google.com/terms/analytics. Unless otherwise stated, all fees are quoted in U.S. Dollars. Any outstanding balance becomes immediately due and payable upon termination of this Agreement and any collection expenses (including attorneys' fees) incurred by Google and its Affiliates will be included in the amount owed, and may be charged to the credit card or other billing mechanism associated with Your AdWords account.

## 3. Member Account, Password, and Security.

To register for the Service, You must be acting in the course of business, complete the registration process by providing Google with current, complete and accurate information as prompted by the registration form, including Your e-mail address (username) and password. You will protect Your passwords and take full responsibility for Your own, and third party, use of Your accounts. You are solely responsible for any and all activities that occur under Your Account. You will notify Google immediately upon learning of any unauthorized use of Your Account or any other breach of security. Google or its Affiliates' support staff may, from time to time, log in to the Service under Your Account in order to maintain or improve service, including to provide You assistance with technical or billing issues. By creating Your Account you agree to receive electronic statements from Google and its Affiliates.

## 4. Nonexclusive License.

Subject to the terms and conditions of this Agreement, (a) Google grants You a limited, revocable, non-exclusive, non-sublicensable license to install, copy and use the SDK solely as necessary for You to use the Service on Your Apps or Third Parties Apps; and (b) You may remotely access, view and download Your Reports. You will not (and You will not allow any third party to) use data labeled as belonging to a third party in the Service for purposes other than generating, viewing, and downloading Reports. You will comply with all applicable laws and regulations and Your agreements with third parties in Your use of and access to the Documentation, Software, Service and Reports.

## 5. Confidentiality.

Neither party will use or disclose the other party's Confidential Information without the other's prior written consent except for the purpose of performing its obligations under this Agreement or if required by law, regulation or court order; in which case, the party being compelled to disclose Confidential Information will give the other party as much notice as is reasonably practicable prior to disclosing the Confidential Information if permitted by law.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2018-10-01.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 6. Information Rights and Publicity.

Google and its Affiliates may retain and use, subject to the terms of its privacy policy (located at www.google.com/privacy.html), information collected in Your use of the Service. Google will not share Your Customer Data or any Third Party's Customer Data with any third parties unless Google (i) has Your consent for any Customer Data or any Third Party's consent for the Third Party's Customer Data; (ii) concludes that it is required by law or has a good faith belief that access, preservation or disclosure of Customer Data is reasonably necessary to protect the rights, property or safety of Google, its users or the public; or (iii) provides Customer Data in certain limited circumstances to third parties to carry out tasks on Google's behalf (e.g., billing or data storage) with strict restrictions that prevent the data from being used or shared except as directed by Google. When this is done, it is subject to agreements that oblige those parties to process Customer Data only on Google's instructions and in compliance with this Agreement and appropriate confidentiality and security measures.

## 7. Privacy.

You will not, and will not assist or permit any third party to, pass information to Google that Google could use or recognize as personally identifiable information. You will have and abide by an appropriate Privacy Policy and will comply with all applicable laws, policies, and regulations relating to the collection, usage and sharing of information from Users. You must post a Privacy Policy and that Privacy Policy must provide notice of Your use of cookies, identifiers for mobile devices (e.g., Android Advertising Identifier or Advertising Identifier for iOS) or similar technology that are used to collect data. You must disclose the use of the Service, and how it collects and processes data. This can be done by displaying a prominent link to the site "How Google uses data when you use our partners' sites or apps", (located at www.google.com/policies/privacy/partners/, or any other URL Google may provide from time to time). You will use commercially reasonable efforts to ensure that a User is provided with clear and comprehensive information about, and consents to, the storing and accessing of cookies or other information on the User's device where such activity occurs in connection with the Service and where providing such information and obtaining such consent is required by law.

You must not circumvent any privacy features that are part of the Service.

Your access to and use of any other DoubleClick or Google service is subject to the applicable terms between You and Google regarding that service.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2018-10-01.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 8. Indemnification.

To the maximum extent permitted by applicable law, You will indemnify, hold harmless and defend Google and its Affiliates, at Your expense, from any and all third-party claims, actions, proceedings, and suits brought against Google or any of its officers, directors, employees, agents or Affiliates, and all related liabilities, damages, settlements, penalties, fines, costs or expenses (including, reasonable attorneys' fees and other litigation expenses) incurred by Google or any of its officers, directors, employees, agents or Affiliates, arising out of or relating to (i) Your breach of any term or condition of this Agreement, (ii) Your use of the Service, (iii) Your violations of applicable laws, rules or regulations in connection with the Service, (iv) any representations and warranties made by You concerning any aspect of the Service, the Software or Reports to any Third Party; (v) any claims made by or on behalf of any Third Party pertaining directly or indirectly to Your use of the Service, the Software or Reports; (vi) violations of Your obligations of privacy to any Third Party; and (vii) any claims with respect to acts or omissions of any Third Party in connection with the Service, the Software or Reports. Google will provide You with written notice of any claim, suit or action from which You must indemnify Google and its Affiliates. You will cooperate as fully as reasonably required in the defense of any claim. Google and its Affiliates reserve the right, at their own expense, to assume the exclusive defense and control of any matter subject to indemnification by You.

## 9. Third Parties.

If You use the Service on behalf of a Third Party or a Third Party otherwise uses the Service through Your Account, whether or not You are authorized by Google to do so, then You represent and warrant that (a) You are authorized to act on behalf of, and bind to this Agreement, the Third Party to all obligations that You have under this Agreement, (b) Google and its Affiliates may share with the Third Party any Customer Data that is specific to the Third Party's Apps, and (c) You will not disclose Third Party's Customer Data to any other party without the Third Party's consent.

## 10. DISCLAIMER OF WARRANTIES.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EXCEPT AS EXPRESSLY PROVIDED FOR IN THIS AGREEMENT, GOOGLE MAKES NO OTHER WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE AND NON-INFRINGEMENT. THE SERVICE IS PROVIDED "AS IS".

**Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2018-10-01.pdf**
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 11. LIMITATION OF LIABILITY.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE WILL NOT BE LIABLE FOR YOUR LOST PROFITS (WHETHER DIRECT OR INDIRECT) OR INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE LOSSES OR DAMAGES (WHETHER OR NOT FORESEEABLE OR CONTEMPLATED BY THE PARTIES), EVEN IF GOOGLE OR ITS AFFILIATES HAVE BEEN ADVISED OF, KNEW OR SHOULD HAVE KNOWN THAT SUCH DAMAGES WERE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY. GOOGLE AND ITS AFFILIATES' TOTAL CUMULATIVE LIABILITY TO YOU OR ANY OTHER PARTY FOR ANY LOSS OR DAMAGES RESULTING FROM CLAIMS, DEMANDS, OR ACTIONS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL NOT EXCEED $500 (USD).

## 12. Proprietary Rights Notice.

The Service, which includes the Software and all intellectual property rights therein are, and will remain, the property of Google and its Affiliates. All rights in and to the Software not expressly granted to You in this Agreement are reserved and retained by Google, its Affiliates, and its licensors without restriction, including, Google's (and its Affiliates') right to sole ownership of the Software and Documentation. Without limiting the generality of the foregoing, You agree, to the maximum extent permitted by applicable law, not to (and not to allow any third party to): (a) sublicense, distribute, or use the Service or Software outside of the scope of the license granted in this Agreement; (b) copy, modify, adapt, translate, prepare derivative works from, reverse engineer, disassemble, or decompile the Software or Documentation or otherwise attempt to discover any source code or trade secrets related to the Service; (c) rent, lease, sell, assign or otherwise transfer rights in or to the Software, the Documentation or the Service; (d) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service or the Software; (e) use the trademarks, trade names, service marks, logos, domain names and other distinctive brand features or any copyright or other proprietary rights associated with the Service for any purpose without the express written consent of Google and its Affiliates ; (f) register, attempt to register, or assist anyone else to register any trademark, trade name, serve marks, logos, domain names and other distinctive brand features, copyright or other proprietary rights associated with Google or its Affiliates other than in the name of Google (or its Affiliates as the case may be); (g) remove, obscure, or alter any notice of copyright, trademark, or other proprietary right appearing in or on any item included with the Service or Software or (h) seek, in a proceeding filed during the term of this Agreement or for one year after such term, an injunction of any portion of the Service based on patent infringement.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2018-10-01.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 13. U.S. Government Rights.

If the use of the Service is being acquired by or on behalf of the U.S. Government or by a U.S. Government prime contractor or subcontractor (at any tier), in accordance with 48 C.F.R. 227.7202-4 (for Department of Defense (DOD) acquisitions) and 48 C.F.R. 2.101 and 12.212 (for non-DOD acquisitions), the Government's rights in the Software, including its rights to use, modify, reproduce, release, perform, display or disclose the Software or Documentation, will be subject in all respects to the commercial license rights and restrictions provided in this Agreement.

## 14. Term and Termination.

Either party may terminate this Agreement at any time with notice. Upon any termination of this Agreement, Google will stop providing, and You will stop using the Service. In the event of any termination (a) You will not be entitled to any refunds of any usage fees or any other fees, and (b) any outstanding balance for Service rendered through the date of termination will be immediately due and payable in full and (c) all of Your historical Report data will no longer be available to You.

## 15. Modifications to Terms of Service and Other Policies.

Google may modify these terms or any additional terms that apply to the Service to, for example, reflect changes to the law or changes to the Service. You should look at the terms regularly. Google will post notice of modifications to these terms at firebase.google.com/terms/analytics,the Google Analytics for Firebase Policies at firebase.google.com/policies/analytics, or other policies referenced in these terms at the applicable URL for such policies. Changes will not apply retroactively and will become effective no sooner than 14 days after they are posted. If You do not agree to the modified terms for the Service, You should discontinue Your use of the Service. No amendment to or modification of this Agreement will be binding unless (i) in writing and signed by a duly authorized representative of Google, (ii) You accept updated terms online, or (iii) You continue to use the Service after Google has posted updates to the Agreement or to any policy governing the Service.

## 16. Applicable Law and Venue.

(a) Except as set forth in Sections 16(b) and (c) below, all claims arising out of or relating to this Agreement or the Services ("Disputes") will be governed by California law, excluding

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2018-10-01.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

California's conflict of laws rules, and all Disputes will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and You and Google consent to personal jurisdiction in those courts.

(b) If Your principal place of business (for entities) or place of residence (for individuals) is in any country within APAC (other than Australia, Japan, New Zealand or Singapore) or Latin America, this Section 16(b) will apply instead of Section 16(a) above. ALL DISPUTES (AS DEFINED ABOVE) WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES. The parties will try in good faith to settle any Dispute within 30 days after the Dispute arises. If the Dispute is not resolved within 30 days, it must be resolved by arbitration by the American Arbitration Association's International Centre for Dispute Resolution in accordance with its Expedited Commercial Rules in force as of the date of this Agreement ("Rules"). The parties will mutually select one arbitrator. The arbitration will be conducted in English in Santa Clara County, California, USA. Either party may apply to any competent court for injunctive relief necessary to protect its rights pending resolution of the arbitration. The arbitrator may order equitable or injunctive relief consistent with the remedies and limitations in this Agreement. Subject to the confidentiality requirements in Section 5, either party may petition any competent court to issue any order necessary to protect that party's rights or property; this petition will not be considered a violation or waiver of this governing law and arbitration section and will not affect the arbitrator's powers, including the power to review the judicial decision. The parties stipulate that the courts of Santa Clara County, California, USA, are competent to grant any order under this subsection. The arbitral award will be final and binding on the parties and its execution may be presented in any competent court, including any court with jurisdiction over either party or any of its property. Any arbitration proceeding conducted in accordance with this section will be considered Confidential Information under this Agreement's confidentiality section, including (i) the existence of, (ii) any information disclosed during, and (iii) any oral communications or documents related to the arbitration proceedings. The parties may also disclose the information described in this section to a competent court as may be necessary to file any order under this section or execute any arbitral decision, but the parties must request that those judicial proceedings be conducted in camera (in private). The parties will pay the arbitrator's fees, the arbitrator's appointed experts' fees and expenses, and the arbitration center's administrative expenses in accordance with the Rules. In its final decision, the arbitrator will determine the non-prevailing party's obligation to reimburse the amount paid in advance by the prevailing party for these fees. Each party will bear its own lawyers' and experts' fees and expenses, regardless of the arbitrator's final decision.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2018-10-01.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

(c) If Your principal place of business (for entities) or place of residence (for individuals) is in Greece, all Disputes (as defined above) will be governed by Greek law and the parties submit to the exclusive jurisdiction of the courts of Athens in relation to any Dispute.

## 17. Miscellaneous

Google and its Affiliates will be excused from performance in this Agreement to the extent that performance is prevented, delayed or obstructed by causes beyond its reasonable control. This Agreement (including any amendment agreed upon by the parties in writing) represents the complete agreement between You and Google concerning its subject matter, and supersedes all prior agreements and representations between the parties. If any provision of this Agreement is held to be unenforceable for any reason, such provision will be reformed to the extent necessary to make it enforceable to the maximum extent permissible so as to effect the intent of the parties, and the remainder of this Agreement will continue in full force and effect. Certain laws of the jurisdiction in which you reside may confer rights and remedies and imply terms into this Agreement that cannot be excluded. Those rights, remedies, and implied terms are not excluded by this Agreement. To the extent that the relevant laws permit Google to limit their operation, Google's liability under those laws will be limited at its option, to the supply of the services again, or payment of the cost of having the services supplied again. The United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act do not apply to this Agreement. The Software is controlled by U.S. Export Regulations, and it may be not be exported to or used by embargoed countries or individuals. Any notices to Google must be sent to: Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given upon receipt. A waiver of any default is not a waiver of any subsequent default. You may not assign or otherwise transfer any of Your rights in this Agreement without Google's prior written consent, and any such attempt is void. Google may assign or otherwise transfer this Agreement to any of its Affiliates. The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors. This Agreement will be binding upon and inure to the benefit of the respective successors and assigns of the parties hereto. The following sections of this Agreement will survive any termination thereof: 1, 4, 5, 6 , 7, 8, 9, 10, 11, 12, 14, 16 and 17.

**Previous versions**

- May 17, 2017
- May 18, 2016

# Google Analytics Terms of Service

# 2019-04-17

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

# GOOGLE ANALYTICS FOR FIREBASE TERMS OF SERVICE

**Terms last modified: April 17, 2019** | Previous versions

These Google Analytics for Firebase Terms of Service are entered into by the entity or individual using the Service (**"You"**) and:

(A) if Your address is in any country within Europe, the Middle East, or Africa: Google Ireland Limited ("**Google**"), with offices at Gordon House, Barrow Street, Dublin 4, Ireland;

(B) if Your address is in a country within the Asia Pacific region: Google Asia Pacific Pte. Ltd. ("**GAP**"), of 70 Pasir Panjang Road, #03-71, Mapletree Business City II, Singapore 117371, unless Your address is in one of the following countries, in which case the specified entity as a reseller:

- Australia: Google Australia Pty Ltd of Level 5, 48 Pirrama Road, Pyrmont 2009, NSW, Australia
- New Zealand: Google New Zealand Limited of PWC Tower, Level 27, 188 Quay Street, Auckland, New Zealand 1010
- Japan: Google Japan G.K. of Roppongi Hills Mori Tower, 6-10-1, Roppongi, Minato-ku, Tokyo, Japan

("**Google Reseller**") and references to "**Google**" mean Google LLC, GAP, Google Reseller, and/or their affiliates, depending on the context; or

(C) if Your address is anywhere else in the world: Google LLC ("**Google**"), with offices at 1600 Amphitheatre Parkway, Mountain View, California 94043.

This Agreement (as defined below) governs Your use of Google Analytics for Firebase (the **"Service"**). BY CLICKING THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, OR USING THE SERVICE, YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED AND ACCEPT THIS AGREEMENT AND ARE AUTHORIZED TO ACT ON BEHALF OF, AND BIND TO THIS AGREEMENT, THE OWNER OF THIS ACCOUNT. You confirm that you will comply with the Google Analytics for Firebase Policies and that you have separately entered the Google API

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

Terms of Service with Google LLC (which, along with the Google Analytics for Firebase Terms of Service and the Google Analytics for Firebase Policies, mean the "**Agreement**"). The parties agree as follows:

## 1. Definitions.

"**Account**" refers to the account for the Service.

"**Affiliate(s)**" means in relation to each of the parties: (a) any parent company of that party; and (b) any corporate body of which that party directly or indirectly has control or which is directly or indirectly controlled by the same person or group of persons as that party.

"**Confidential Information**" includes any proprietary data and any other information disclosed by one party to the other in writing and marked "confidential" or disclosed orally and, within five business days, reduced to writing and marked "confidential". However, Confidential Information will not include any information that is or becomes known to the general public, which is already in the receiving party's possession prior to disclosure by a party or which is independently developed by the receiving party without the use of Confidential Information.

"**Customer Data**" means the data You collect, process or store using the Service concerning the characteristics and activities of Users.

"**Documentation**" means any accompanying documentation made available to You by Google for use with the Processing Software, including any documentation available online.

"**SDK**" means the Firebase Software Development Kit, which is used or incorporated in an App for the purpose of collecting Customer Data, together with any fixes, updates and upgrades provided to You.

"**Processing Software**" means the Google server-side software and any upgrades, which analyzes the Customer Data and generates the Reports.

"**App**" means any app or other resource that sends data to the Service. Each App must be under Your control.

"**Privacy Policy**" means the privacy policy on an App.

"**Report**" means the resulting analysis made available to You.

`Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf`
`The content in this PDF is for archival purposes only. It is applicable to Google Analytics`
`for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue`
`using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the`
`Google Analytics Terms of Service: https://www.google.com/analytics/terms/.`

"**Servers**" means the servers controlled by Google or its Affiliates on which the Processing Software and Customer Data are stored.

"**Software**" means the SDK and the Processing Software.

"**Third Party**" means any third party (i) to which You provide access to Your Account or (i) for which You use the Service to collect information on the third party's behalf.

"**Users**" means users of Your Apps.

The words "**include**" and "**including**" mean "including but not limited to."

## 2. Fees and Service.

Google and its Affiliates may change its fees and payment policies for the Service from time to time. The changes to the fees or payment policies are effective upon Your acceptance of those changes which will be posted at firebase.google.com/terms/analytics. Unless otherwise stated, all fees are quoted in U.S. Dollars. Any outstanding balance becomes immediately due and payable upon termination of this Agreement and any collection expenses (including attorneys' fees) incurred by Google and its Affiliates will be included in the amount owed, and may be charged to the credit card or other billing mechanism associated with Your AdWords account.

## 3. Member Account, Password, and Security.

To register for the Service, You must be acting in the course of business, complete the registration process by providing Google with current, complete and accurate information as prompted by the registration form, including Your e-mail address (username) and password. You will protect Your passwords and take full responsibility for Your own, and third party, use of Your accounts. You are solely responsible for any and all activities that occur under Your Account. You will notify Google immediately upon learning of any unauthorized use of Your Account or any other breach of security. Google or its Affiliates' support staff may, from time to time, log in to the Service under Your Account in order to maintain or improve service, including to provide You assistance with technical or billing issues. By creating Your Account you agree to receive electronic statements from Google and its Affiliates.

**Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf**
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 4. Nonexclusive License.

Subject to the terms and conditions of this Agreement, (a) Google grants You a limited, revocable, non-exclusive, non-sublicensable license to install, copy and use the SDK solely as necessary for You to use the Service on Your Apps or Third Parties Apps; and (b) You may remotely access, view and download Your Reports. You will not (and You will not allow any third party to) use data labeled as belonging to a third party in the Service for purposes other than generating, viewing, and downloading Reports. You will comply with all applicable laws and regulations and Your agreements with third parties in Your use of and access to the Documentation, Software, Service and Reports.

## 5. Confidentiality.

Neither party will use or disclose the other party's Confidential Information without the other's prior written consent except for the purpose of performing its obligations under this Agreement or if required by law, regulation or court order; in which case, the party being compelled to disclose Confidential Information will give the other party as much notice as is reasonably practicable prior to disclosing the Confidential Information if permitted by law.

## 6. Information Rights and Publicity.

Google and its Affiliates may retain and use, subject to the terms of its privacy policy (located at www.google.com/privacy.html), information collected in Your use of the Service. Google will not share Your Customer Data or any Third Party's Customer Data with any third parties unless Google (i) has Your consent for any Customer Data or any Third Party's consent for the Third Party's Customer Data; (ii) concludes that it is required by law or has a good faith belief that access, preservation or disclosure of Customer Data is reasonably necessary to protect the rights, property or safety of Google, its users or the public; or (iii) provides Customer Data in certain limited circumstances to third parties to carry out tasks on Google's behalf (e.g., billing or data storage) with strict restrictions that prevent the data from being used or shared except as directed by Google. When this is done, it is subject to agreements that oblige those parties to process Customer Data only on Google's instructions and in compliance with this Agreement and appropriate confidentiality and security measures.

## 7. Privacy.

You will not, and will not assist or permit any third party to, pass information to Google that Google could use or recognize as personally identifiable information. You will have and abide

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

by an appropriate Privacy Policy and will comply with all applicable laws, policies, and regulations relating to the collection, usage and sharing of information from Users. You must post a Privacy Policy and that Privacy Policy must provide notice of Your use of cookies, identifiers for mobile devices (e.g., Android Advertising Identifier or Advertising Identifier for iOS) or similar technology that are used to collect data. You must disclose the use of the Service, and how it collects and processes data. This can be done by displaying a prominent link to the site "How Google uses data when you use our partners' sites or apps", (located at www.google.com/policies/privacy/partners/, or any other URL Google may provide from time to time). You will use commercially reasonable efforts to ensure that a User is provided with clear and comprehensive information about, and consents to, the storing and accessing of cookies or other information on the User's device where such activity occurs in connection with the Service and where providing such information and obtaining such consent is required by law.

You must not circumvent any privacy features that are part of the Service.

Your access to and use of any other DoubleClick or Google service is subject to the applicable terms between You and Google regarding that service.

## 8. Indemnification.

To the maximum extent permitted by applicable law, You will indemnify, hold harmless and defend Google and its Affiliates, at Your expense, from any and all third-party claims, actions, proceedings, and suits brought against Google or any of its officers, directors, employees, agents or Affiliates, and all related liabilities, damages, settlements, penalties, fines, costs or expenses (including, reasonable attorneys' fees and other litigation expenses) incurred by Google or any of its officers, directors, employees, agents or Affiliates, arising out of or relating to (i) Your breach of any term or condition of this Agreement, (ii) Your use of the Service, (iii) Your violations of applicable laws, rules or regulations in connection with the Service, (iv) any representations and warranties made by You concerning any aspect of the Service, the Software or Reports to any Third Party; (v) any claims made by or on behalf of any Third Party pertaining directly or indirectly to Your use of the Service, the Software or Reports; (vi) violations of Your obligations of privacy to any Third Party; and (vii) any claims with respect to acts or omissions of any Third Party in connection with the Service, the Software or Reports. Google will provide You with written notice of any claim, suit or action from which You must indemnify Google and its Affiliates. You will cooperate as fully as reasonably required in the defense of any claim. Google and its Affiliates reserve the right, at their own expense, to assume the exclusive defense and control of any matter subject to indemnification by You.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 9. Third Parties.

If You use the Service on behalf of a Third Party or a Third Party otherwise uses the Service through Your Account, whether or not You are authorized by Google to do so, then You represent and warrant that (a) You are authorized to act on behalf of, and bind to this Agreement, the Third Party to all obligations that You have under this Agreement, (b) Google and its Affiliates may share with the Third Party any Customer Data that is specific to the Third Party's Apps, and (c) You will not disclose Third Party's Customer Data to any other party without the Third Party's consent.

## 10. DISCLAIMER OF WARRANTIES.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EXCEPT AS EXPRESSLY PROVIDED FOR IN THIS AGREEMENT, GOOGLE MAKES NO OTHER WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE AND NON-INFRINGEMENT. THE SERVICE IS PROVIDED "AS IS".

## 11. LIMITATION OF LIABILITY.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE WILL NOT BE LIABLE FOR YOUR LOST PROFITS (WHETHER DIRECT OR INDIRECT) OR INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE LOSSES OR DAMAGES (WHETHER OR NOT FORESEEABLE OR CONTEMPLATED BY THE PARTIES), EVEN IF GOOGLE OR ITS AFFILIATES HAVE BEEN ADVISED OF, KNEW OR SHOULD HAVE KNOWN THAT SUCH DAMAGES WERE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY. GOOGLE AND ITS AFFILIATES' TOTAL CUMULATIVE LIABILITY TO YOU OR ANY OTHER PARTY FOR ANY LOSS OR DAMAGES RESULTING FROM CLAIMS, DEMANDS, OR ACTIONS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL NOT EXCEED $500 (USD).

## 12. Proprietary Rights Notice.

The Service, which includes the Software and all intellectual property rights therein are, and will remain, the property of Google and its Affiliates. All rights in and to the Software not expressly granted to You in this Agreement are reserved and retained by Google, its Affiliates, and its licensors without restriction, including, Google's (and its Affiliates') right to sole ownership of the Software and Documentation. Without limiting the generality of the foregoing, You agree, to the maximum extent permitted by applicable law, not to (and not to allow any third party to): (a)

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

sublicense, distribute, or use the Service or Software outside of the scope of the license granted in this Agreement; (b) copy, modify, adapt, translate, prepare derivative works from, reverse engineer, disassemble, or decompile the Software or Documentation or otherwise attempt to discover any source code or trade secrets related to the Service; (c) rent, lease, sell, assign or otherwise transfer rights in or to the Software, the Documentation or the Service; (d) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service or the Software; (e) use the trademarks, trade names, service marks, logos, domain names and other distinctive brand features or any copyright or other proprietary rights associated with the Service for any purpose without the express written consent of Google and its Affiliates ; (f) register, attempt to register, or assist anyone else to register any trademark, trade name, serve marks, logos, domain names and other distinctive brand features, copyright or other proprietary rights associated with Google or its Affiliates other than in the name of Google (or its Affiliates as the case may be); (g) remove, obscure, or alter any notice of copyright, trademark, or other proprietary right appearing in or on any item included with the Service or Software or (h) seek, in a proceeding filed during the term of this Agreement or for one year after such term, an injunction of any portion of the Service based on patent infringement.

## 13. U.S. Government Rights.

If the use of the Service is being acquired by or on behalf of the U.S. Government or by a U.S. Government prime contractor or subcontractor (at any tier), in accordance with 48 C.F.R. 227.7202-4 (for Department of Defense (DOD) acquisitions) and 48 C.F.R. 2.101 and 12.212 (for non-DOD acquisitions), the Government's rights in the Software, including its rights to use, modify, reproduce, release, perform, display or disclose the Software or Documentation, will be subject in all respects to the commercial license rights and restrictions provided in this Agreement.

## 14. Term and Termination.

Either party may terminate this Agreement at any time with notice. Upon any termination of this Agreement, Google will stop providing, and You will stop using the Service. In the event of any termination (a) You will not be entitled to any refunds of any usage fees or any other fees, and (b) any outstanding balance for Service rendered through the date of termination will be immediately due and payable in full and (c) all of Your historical Report data will no longer be available to You.

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

## 15. Modifications to Terms of Service and Other Policies.

Google may modify these terms or any additional terms that apply to the Service to, for example, reflect changes to the law or changes to the Service. You should look at the terms regularly. Google will post notice of modifications to these terms at firebase.google.com/terms/analytics, the Google Analytics for Firebase Policies at firebase.google.com/policies/analytics, or other policies referenced in these terms at the applicable URL for such policies. Changes will not apply retroactively and will become effective no sooner than 14 days after they are posted. If You do not agree to the modified terms for the Service, You should discontinue Your use of the Service. No amendment to or modification of this Agreement will be binding unless (i) in writing and signed by a duly authorized representative of Google, (ii) You accept updated terms online, or (iii) You continue to use the Service after Google has posted updates to the Agreement or to any policy governing the Service.

## 16. Applicable Law and Venue.

(a) Except as set forth in Sections 16(b) and (c) below, all claims arising out of or relating to this Agreement or the Services ("Disputes") will be governed by California law, excluding California's conflict of laws rules, and all Disputes will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and You and Google consent to personal jurisdiction in those courts.

(b) If Your principal place of business (for entities) or place of residence (for individuals) is in any country within APAC (other than Australia, Japan, New Zealand or Singapore) or Latin America, this Section 16(b) will apply instead of Section 16(a) above. ALL DISPUTES (AS DEFINED ABOVE) WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES. The parties will try in good faith to settle any Dispute within 30 days after the Dispute arises. If the Dispute is not resolved within 30 days, it must be resolved by arbitration by the American Arbitration Association's International Centre for Dispute Resolution in accordance with its Expedited Commercial Rules in force as of the date of this Agreement ("Rules"). The parties will mutually select one arbitrator. The arbitration will be conducted in English in Santa Clara County, California, USA. Either party may apply to any competent court for injunctive relief necessary to protect its rights pending resolution of the arbitration. The arbitrator may order equitable or injunctive relief consistent with the remedies and limitations in this Agreement. Subject to the confidentiality requirements in Section 5, either party may petition any competent court to issue any order necessary to protect that

Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf
The content in this PDF is for archival purposes only. It is applicable to Google Analytics
for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue
using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the
Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

party's rights or property; this petition will not be considered a violation or waiver of this governing law and arbitration section and will not affect the arbitrator's powers, including the power to review the judicial decision. The parties stipulate that the courts of Santa Clara County, California, USA, are competent to grant any order under this subsection. The arbitral award will be final and binding on the parties and its execution may be presented in any competent court, including any court with jurisdiction over either party or any of its property. Any arbitration proceeding conducted in accordance with this section will be considered Confidential Information under this Agreement's confidentiality section, including (i) the existence of, (ii) any information disclosed during, and (iii) any oral communications or documents related to the arbitration proceedings. The parties may also disclose the information described in this section to a competent court as may be necessary to file any order under this section or execute any arbitral decision, but the parties must request that those judicial proceedings be conducted in camera (in private). The parties will pay the arbitrator's fees, the arbitrator's appointed experts' fees and expenses, and the arbitration center's administrative expenses in accordance with the Rules. In its final decision, the arbitrator will determine the non-prevailing party's obligation to reimburse the amount paid in advance by the prevailing party for these fees. Each party will bear its own lawyers' and experts' fees and expenses, regardless of the arbitrator's final decision.

(c) If Your principal place of business (for entities) or place of residence (for individuals) is in Greece, all Disputes (as defined above) will be governed by Greek law and the parties submit to the exclusive jurisdiction of the courts of Athens in relation to any Dispute.

## 17. Miscellaneous

Google and its Affiliates will be excused from performance in this Agreement to the extent that performance is prevented, delayed or obstructed by causes beyond its reasonable control. This Agreement (including any amendment agreed upon by the parties in writing) represents the complete agreement between You and Google concerning its subject matter, and supersedes all prior agreements and representations between the parties. If any provision of this Agreement is held to be unenforceable for any reason, such provision will be reformed to the extent necessary to make it enforceable to the maximum extent permissible so as to effect the intent of the parties, and the remainder of this Agreement will continue in full force and effect. Certain laws of the jurisdiction in which you reside may confer rights and remedies and imply terms into this Agreement that cannot be excluded. Those rights, remedies, and implied terms are not excluded by this Agreement. To the extent that the relevant laws permit Google to limit their operation, Google's liability under those laws will be limited at its option, to the supply of

**Name of PDF: GoogleAnalyticsForFirebase-PROPERTIES_TermsOfService_2019-04-17.pdf**
The content in this PDF is for archival purposes only. It is applicable to Google Analytics for Firebase (GA4F) properties, which no longer exist. GA4F customers who chose to continue using Google Analytics upgraded to Google Analytics 4 (GA4) properties, which are under the Google Analytics Terms of Service: https://www.google.com/analytics/terms/.

the services again, or payment of the cost of having the services supplied again. The United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act do not apply to this Agreement. The Software is controlled by U.S. Export Regulations, and it may be not be exported to or used by embargoed countries or individuals. Any notices to Google must be sent to: Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given upon receipt. A waiver of any default is not a waiver of any subsequent default. You may not assign or otherwise transfer any of Your rights in this Agreement without Google's prior written consent, and any such attempt is void. Google may assign or otherwise transfer this Agreement to any of its Affiliates. The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors. This Agreement will be binding upon and inure to the benefit of the respective successors and assigns of the parties hereto. The following sections of this Agreement will survive any termination thereof: 1, 4, 5, 6 , 7, 8, 9, 10, 11, 12, 14, 16 and 17.

**Previous versions**

- Oct 1, 2018
- May 17, 2017
- May 18, 2016

# Google Analytics Terms of Service

# 2019-06-17

# Google Analytics Terms of Service

These Google Analytics Terms of Service (this **"Agreement"**) are entered into by Google LLC (**"Google"**) and the entity executing this Agreement (**"You"**). This Agreement governs Your use of the standard Google Analytics (the **"Service"**). BY CLICKING THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS OR USING THE SERVICE, YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED AND ACCEPT THIS AGREEMENT AND ARE AUTHORISED TO ACT ON BEHALF OF, AND BIND TO THIS AGREEMENT, THE OWNER OF THIS ACCOUNT. In consideration of the foregoing, the parties agree as follows:

## 1. Definitions.

**"Account"** refers to the account for the Service. All Profiles (as applicable) linked to a single Property will have their Hits aggregated before determining the charge for the Service for that Property.

**"Confidential Information"** includes any proprietary data and any other information disclosed by one party to the other in writing and marked "confidential" or disclosed orally and, within five business days, reduced to writing and marked "confidential". However, Confidential Information will not include any information that is or becomes known to the general public, which is already in the receiving party's possession prior to disclosure by a party or which is independently developed by the receiving party without the use of Confidential Information.

**"Customer Data"** or "Google Analytics Data" means the data that you collect, process or store using the Service concerning the characteristics and activities of Users.

**"Documentation"** means any accompanying documentation made available to You by Google for use with the Processing Software, including any documentation available online.

**"GAMC"** means the Google Analytics Measurement Code, which is installed on a Property for the purpose of collecting Customer Data, together with any fixes, updates and upgrades provided to You.

**"Hit"** means a collection of interactions that results in data being sent to the Service and processed. Examples of Hits may include page view hits and ecommerce hits. A Hit can be a call to the Service by various libraries, but does not have to be so (e.g., a Hit can be delivered to the Service by other Google Analytics-supported protocols and mechanisms made available by the Service to You).

**Page 44**

*"Platform Home"* means the user interface through which You can access certain Google Marketing Platform-level functionality.

*"Processing Software"* means the Google Analytics server-side software and any upgrades, which analyses the Customer Data and generates the Reports.

*"Profile"* means the collection of settings that together determine the information to be included in, or excluded from, a particular Report. For example, a Profile could be established to view a small portion of a web site as a unique Report.

*"Property"* means any web page, application, other property or resource under Your control that sends data to Google Analytics.

*"Privacy Policy"* means the privacy policy on a Property.

*"Report"* means the resulting analysis shown at [www.google.com/analytics/,](www.google.com/analytics/) some of which may include analysis for a Profile.

*"SDKs"* mean certain software development kits, which may be used or incorporated into a Property app for the purpose of collecting Customer Data, together with any fixes, updates, and upgrades provided to You.

*"Servers"* means the servers controlled by Google (or its wholly owned subsidiaries) on which the Processing Software and Customer Data are stored.

*"Software"* means the Processing Software, GAMC and/or SDKs.

*"Third Party"* means any third party (i) to which You provide access to Your Account or (ii) for which You use the Service to collect information on the third party's behalf.

*"Users"* means users and/or visitors to Your Properties.

The words *"include"* and *"including"* mean "including but not limited to".

## 2. Fees and Service.

Subject to Section 15, the Service is provided without charge to You for up to 10 million Hits per month per Account. Google may change its fees and payment policies for the Service from time to time including the addition of costs for geographic data, the importing of cost data from search engines or other fees charged to Google or its wholly-owned subsidiaries by third-party vendors for the inclusion of data in the Service reports. The changes to the fees or payment policies are effective upon Your acceptance of those changes which will be posted at [www.google.com/analytics/.](www.google.com/analytics/) Unless otherwise stated, all fees are quoted in US Dollars. Any outstanding balance becomes immediately due and payable upon termination of this Agreement and any collection expenses

(including legal fees) incurred by Google will be included in the amount owed, and may be charged to the credit card or other billing mechanism associated with Your AdWords account.

## 3. Member Account, Password and Security.

To register for the Service, You must complete the registration process by providing Google with current, complete and accurate information as prompted by the registration form, including Your e-mail address (username) and password. You will protect Your passwords and take full responsibility for Your own, and third-party, use of Your accounts. You are solely responsible for any and all activities that occur under Your Account. You will notify Google immediately upon learning of any unauthorised use of Your Account or any other breach of security. Google's (or its wholly-owned subsidiaries') support staff may, from time to time, log in to the Service under Your customer password in order to maintain or improve service, including to provide You assistance with technical or billing issues.

## 4. Nonexclusive Licence.

Subject to the terms and conditions of this Agreement, (a) Google grants You a limited, revocable, non-exclusive, non-sub-licensable licence to install, copy and use the GAMC and/or SDKs solely as necessary for You to use the Service on Your Properties or Third Party's Properties; and (b) You may remotely access, view and download Your Reports stored at www.google.com/analytics/. You will not (and You will not allow any third party to) (i) copy, modify, adapt, translate or otherwise create derivative works of the Software or the Documentation; (ii) reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Software, except as expressly permitted by the law in effect in the jurisdiction in which You are located; (iii) rent, lease, sell, assign or otherwise transfer rights in or to the Software, the Documentation or the Service; (iv) remove any proprietary notices or labels on the Software or placed by the Service; (v) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service or the Software; or (vi) use data labelled as belonging to a third party in the Service for purposes other than generating, viewing and downloading Reports. You will comply with all applicable laws and regulations in Your use of and access to the Documentation, Software, Service and Reports.

## 5. Confidentiality and Beta Features.

Neither party will use or disclose the other party's Confidential Information without the other's prior written consent except for the purpose of performing its obligations under this Agreement or if required by law, regulation or court order; in which case, the party being compelled to disclose Confidential Information will give the other party as much notice as is reasonably practicable prior to disclosing the Confidential Information. Certain Service features are identified as "Alpha," "Beta," "Experiment," (either within the Service or elsewhere by Google) or as otherwise unsupported or confidential (collectively, **"Beta Features"**). You may not disclose any information from Beta Features or the terms or existence of any non-public Beta Features. Google will have no liability arising out of or related to any Beta Features.

## 6. Information Rights and Publicity.

Google and its wholly owned subsidiaries may retain and use, subject to the terms of its privacy policy (located at https://policies.google.com/privacy), information collected in Your use of the Service. Google will not share Your Customer Data or any Third Party's Customer Data with any third parties unless Google (i) has Your consent for any Customer Data or any Third Party's consent for the Third Party's Customer Data; (ii) concludes that it is required by law or has a good faith belief that access, preservation or disclosure of Customer Data is reasonably necessary to protect the rights, property or safety of Google, its users or the public; or (iii) provides Customer Data in certain limited circumstances to third parties to carry out tasks on Google's behalf (e.g. billing or data storage) with strict restrictions that prevent the data from being used or shared except as directed by Google. When this is done, it is subject to agreements that oblige those parties to process Customer Data only on Google's instructions and in compliance with this Agreement and appropriate confidentiality and security measures.

## 7. Privacy.

You will not and will not assist or permit any third party to, pass information to Google that Google could use or recognise as personally identifiable information. You will have and abide by an appropriate Privacy Policy and will comply with all applicable laws, policies and regulations relating to the collection of information from Users. You must post a Privacy Policy and that Privacy Policy must provide notice of Your use of cookies, identifiers for mobile devices (e.g., Android Advertising Identifier or Advertising Identifier for iOS) or similar technology used to collect data. You must disclose the use of Google Analytics, and how it collects and processes data. This can be done by displaying a prominent link to the site "How Google uses data when you use our partners' sites or apps", (located at www.google.com/policies/privacy/partners/, or any other URL that

Google may provide from time to time). You will use commercially reasonable efforts to ensure that a User is provided with clear and comprehensive information about, and consents to, the storing and accessing of cookies or other information on the User's device where such activity occurs in connection with the Service and where providing such information and obtaining such consent is required by law.

You must not circumvent any privacy features (e.g. an opt-out) that are part of the Service. You will comply with all applicable Google Analytics policies located at www.go ogle.com/analytics/policies/ (or such other URL as Google may provide) as modified from time to time (the "Google Analytics Policies").

You may participate in an integrated version of Google Analytics and certain Google advertising services (**"Google Analytics Advertising Features"**). If You use Google Analytics Advertising Features, You will adhere to the Google Analytics Advertising Features policy (available at support.google.com/analytics/bin/answer.py?hl=en_GB&to pic=2611283&answer=2700409) Your access to and use of any Google advertising service is subject to the applicable terms between You and Google regarding that service.

If You use the Platform Home, Your use of the Platform Home is subject to the Platform Home Additional Terms (or as subsequently re-named) available at https://support.googl e.com/marketingplatform/answer/9047313 (or such other URL as Google may provide) as modified from time to time (the Platform Home Terms").

To the extent that Your use of the Service is within scope, You and Google agree to the Google Ads Data Processing Terms at https://privacy.google.com/businesses/processorterms (the "Processing Terms"). Google will not modify the Processing Terms, except as expressly permitted under the Processing Terms.

## 8. Indemnification.

To the extent permitted by applicable law, You will indemnify, hold harmless and defend Google and its wholly owned subsidiaries, at Your expense, from any and all third-party claims, actions, proceedings and suits brought against Google or any of its officers, directors, employees, agents or affiliates, and all related liabilities, damages, settlements, penalties, fines, costs or expenses (including, reasonable lawyers' fees and other litigation expenses) incurred by Google or any of its officers, directors, employees, agents or affiliates, arising out of or relating to (i) Your breach of any term or condition of this Agreement, (ii) Your use of the Service, (iii) Your violations of applicable laws, rules or regulations in connection with the Service, (iv) any representations and warranties made by You concerning any aspect of the Service, the Software or Reports

to any Third Party; (v) any claims made by or on behalf of any Third Party pertaining directly or indirectly to Your use of the Service, the Software or Reports; (vi) violations of Your obligations of privacy to any Third Party; and (vii) any claims with respect to acts or omissions of any Third Party in connection with the Service, the Software or Reports. Google will provide You with written notice of any claim, suit or action from which You must indemnify Google. You will cooperate as fully as reasonably required in the defence of any claim. Google reserves the right, at its own expense, to assume the exclusive defence and control of any matter subject to indemnification by You.

## 9. Third Parties.

If You use the Service on behalf of the Third Party or a Third Party otherwise uses the Service through Your Account, whether or not You are authorised by Google to do so, then You represent and warrant that (a) You are authorised to act on behalf of, and bind to this Agreement, the Third Party to all obligations that You have under this Agreement, (b) Google may share with the Third Party any Customer Data that is specific to the Third Party's Properties, and (c) You will not disclose Third Party's Customer Data to any other party without the Third Party's consent.

## 10. DISCLAIMER OF WARRANTIES.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, EXCEPT AS EXPRESSLY PROVIDED FOR IN THIS AGREEMENT, GOOGLE MAKES NO OTHER WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE AND NON-INFRINGEMENT.

## 11. LIMITATION OF LIABILITY.

TO THE EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE WILL NOT BE LIABLE FOR YOUR LOST REVENUES OR INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, EVEN IF GOOGLE OR ITS SUBSIDIARIES AND AFFILIATES HAVE BEEN ADVISED OF, KNEW OR SHOULD HAVE KNOWN THAT SUCH DAMAGES WERE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY. GOOGLE'S (AND ITS WHOLLY OWNED SUBSIDIARIES') TOTAL CUMULATIVE LIABILITY TO YOU OR ANY OTHER PARTY FOR ANY LOSS OR DAMAGES RESULTING FROM CLAIMS, DEMANDS OR ACTIONS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL NOT EXCEED $500 (USD).

## 12. Proprietary Rights Notice.

The Service, which includes the Software and all Intellectual Property Rights therein, is, and will remain, the property of Google (and its wholly owned subsidiaries). All rights in and to the Software not expressly granted to You in this Agreement are reserved and retained by Google and its licensors without restriction, including, Google's (and its wholly owned subsidiaries') right to sole ownership of the Software and Documentation. Without limiting the generality of the foregoing, You agree not to (and not to allow any third party to): (a) sub-license, distribute or use the Service or Software outside of the scope of the licence granted in this Agreement; (b) copy, modify, adapt, translate, prepare derivative works from, reverse engineer, disassemble or decompile the Software or otherwise attempt to discover any source code or trade secrets related to the Service; (c) rent, lease, sell, assign or otherwise transfer rights in or to the Software or the Service; (d) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service, Documentation or the Software; (e) use the trademarks, trade names, service marks, logos, domain names and other distinctive brand features or any copyright or other proprietary rights associated with the Service for any purpose without the express written consent of Google; (f) register, attempt to register or assist anyone else to register any trademark, trade name, serve marks, logos, domain names and other distinctive brand features, copyright or other proprietary rights associated with Google (or its wholly owned subsidiaries) other than in the name of Google (or its wholly owned subsidiaries, as the case may be); (g) remove, obscure or alter any notice of copyright, trademark or other proprietary right appearing in or on any item included with the Service or Software; or (h) seek, in a proceeding filed during the term of this Agreement or for one year after such term, an injunction of any portion of the Service based on patent infringement.

## 13. US Government Rights.

If the use of the Service is being acquired by or on behalf of the US Government or by a US Government prime contractor or subcontractor (at any tier), in accordance with 48 C.F.R. 227.7202-4 (for Department of Defense (DOD) acquisitions) and 48 C.F.R. 2.101 and 12.212 (for non-DOD acquisitions), the Government's rights in the Software, including its rights to use, modify, reproduce, release, perform, display or disclose the Software or Documentation, will be subject in all respects to the commercial licence rights and restrictions provided in this Agreement.

## 14. Term and Termination.

Either party may terminate this Agreement at any time with notice. Upon any termination of this Agreement, Google will stop providing, and You will stop accessing the Service. Additionally, if Your Account and/or Properties are terminated, You will (i) delete all copies of the GAMC from all Properties and or (ii) suspend any and all use of the SDKs within 3 business days of such termination. In the event of any termination (a) You will not be entitled to any refunds of any usage fees or any other fees, and (b) any outstanding balance for Service rendered through the date of termination will be immediately due and payable in full and (c) all of Your historical Report data will no longer be available to You.

## 15. Modifications to Terms of Service and Other Policies.

Google may modify these terms or any additional terms that apply to the Service to, for example, reflect changes to the law or changes to the Service. You should look at the terms regularly. Google will post notice of modifications to these terms at www.google.com/analytics/, the Google Analytics Policies at www.google.com/analytics/policies/ or other policies referenced in these terms at the applicable URL for such policies. Changes will not apply retroactively and will become effective no sooner than 14 days after they are posted. If You do not agree to the modified terms for the Service, You should discontinue Your use of Google Analytics. No amendment to or modification of this Agreement will be binding unless (i) in writing and signed by a duly authorised representative of Google, (ii) You accept updated terms online, or (iii) You continue to use the Service after Google has posted updates to the Agreement or to any policy governing the Service.

## 16. Miscellaneous, Applicable Law and Venue.

Google will be excused from performance in this Agreement to the extent that performance is prevented, delayed or obstructed by causes beyond its reasonable control. This Agreement (including any amendment agreed upon by the parties in writing) represents the complete agreement between You and Google concerning its subject matter, and supersedes all prior agreements and representations between the parties. If any provision of this Agreement is held to be unenforceable for any reason, such provision will be reformed to the extent necessary to make it enforceable to the maximum extent permissible so as to effect the intent of the parties, and the remainder of this Agreement will continue in full force and effect. This Agreement will be governed by and construed under the laws of the state of California without reference to its conflict of law principles. In the event of any conflicts between foreign law, rules and regulations, and California law, rules and regulations, California law, rules and

regulations will prevail and govern. Each party agrees to submit to the exclusive and personal jurisdiction of the courts located in Santa Clara County, California. The United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act do not apply to this Agreement. The Software is controlled by US Export Regulations, and it may be not be exported to or used by embargoed countries or individuals. Any notices to Google must be sent to: Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given upon receipt. A waiver of any default is not a waiver of any subsequent default. You may not assign or otherwise transfer any of Your rights in this Agreement without Google's prior written consent, and any such attempt is void. The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors. This Agreement will be binding upon and inure to the benefit of the respective successors and assigns of the parties hereto. The following sections of this Agreement will survive any termination thereof: 1, 4, 5, 6 (except the last two sentences), 7, 8, 9, 10, 11, 12, 14 and 16.

## 17. Google Analytics for Firebase.

If You link a Property to Firebase (**"Firebase Linkage"**) as part of using the Service, the following terms, in addition to Sections 1-16 above, will also apply to You, and will also govern Your use of the Service, including with respect to Your use of Firebase Linkage. Other than as modified below, all other terms will stay the same and continue to apply. In the event of a conflict between this Section 17 and Sections 1-16 above, the terms in Section 17 will govern and control solely with respect to Your use of the Firebase Linkage.

    A. The following definition in Section 1 is modified as follows:

        a. "Hit" means a collection of interactions that results in data being sent to the Service and processed. Examples of Hits may include page view hits and ecommerce hits. A Hit can be a call to the Service by various libraries, but does not have to be so (e.g., a Hit can be delivered to the Service by other Google Analytics-supported protocols and mechanisms made available by the Service to You). For the sake of clarity, a Hit does not include certain events whose collection reflects interactions with certain Properties capable of supporting multiple data streams, and which may include screen views and custom events (the collection of events, an **"Enhanced Packet"**).

    B. The following sentence is added to the end of Section 7 as follows:

        a. If You link a Property to a Firebase project (**"Firebase Linkage"**) (i) certain data from Your Property, including Customer Data, may be made accessible

within or to any other entity or personnel according to permissions set in Firebase and (ii) that Property may have certain Service settings modified by authorized personnel of Firebase (notwithstanding the settings You may have designated for that Property within the Service).

Last Updated: June 17, 2019

# Google Analytics Terms of Service

# 2021-03-31

Terms of Service | Google Analytics – Google

# Google Analytics Terms of Service

These Google Analytics Terms of Service (this **"Agreement"**) are entered into by Google LLC (**"Google"**) and the entity executing this Agreement (**"You"**). This Agreement governs Your use of the standard Google Analytics (the **"Service"**). BY CLICKING THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, OR USING THE SERVICE, YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED AND ACCEPT THIS AGREEMENT AND ARE AUTHORIZED TO ACT ON BEHALF OF, AND BIND TO THIS AGREEMENT, THE OWNER OF THIS ACCOUNT. In consideration of the foregoing, the parties agree as follows:

## 1. Definitions.

**"Account"** refers to the account for the Service. All Profiles (as applicable) linked to a single Property will have their Hits aggregated before determining the charge for the Service for that Property.

**"Confidential Information"** includes any proprietary data and any other information disclosed by one party to the other in writing and marked "confidential" or disclosed orally and, within five business days, reduced to writing and marked "confidential". However, Confidential Information will not include any information that is or becomes known to the general public, which is already in the receiving party's possession prior to disclosure by a party or which is independently developed by the receiving party without the use of Confidential Information.

**"Customer Data"** or "Google Analytics Data" means the data you collect, process or store using the Service concerning the characteristics and activities of Users.

**"Documentation"** means any accompanying documentation made available to You by Google for use with the Processing Software, including any documentation available online.

**"GAMC"** means the Google Analytics Measurement Code, which is installed on a Property for the purpose of collecting Customer Data, together with any fixes, updates and upgrades provided to You.

**"Hit"** means a collection of interactions that results in data being sent to the Service and processed. Examples of Hits may include page view hits and ecommerce hits. A Hit can be a call to the Service by various libraries, but does not have to be so (e.g., a Hit can be delivered to the Service by other Google Analytics-supported protocols and mechanisms made available by the Service to You).

**Page 55**

**"Platform Home"** means the user interface through which You can access certain Google Marketing Platform-level functionality.

**"Processing Software"** means the Google Analytics server-side software and any upgrades, which analyzes the Customer Data and generates the Reports.

**"Profile"** means the collection of settings that together determine the information to be included in, or excluded from, a particular Report. For example, a Profile could be established to view a small portion of a web site as a unique Report.

**"Property"** means any web page, application, other property or resource under Your control that sends data to Google Analytics.

**"Privacy Policy"** means the privacy policy on a Property.

**"Report"** means the resulting analysis shown at www.google.com/analytics/, some of which may include analysis for a Profile.

**"Servers"** means the servers controlled by Google (or its wholly-owned subsidiaries) on which the Processing Software and Customer Data are stored.

**"SDKs"** mean certain software development kits, which may be used or incorporated into a Property app for the purpose of collecting Customer Data, together with any fixes, updates, and upgrades provided to You.

**"Software"** means the Processing Software, GAMC and/or SDKs.

**"Third Party"** means any third party (i) to which You provide access to Your Account or (ii) for which You use the Service to collect information on the third party's behalf.

**"Users"** means users and/or visitors to Your Properties.

The words **"include"** and **"including"** mean "including but not limited to."


## 2. Fees and Service.

Subject to Section 15, the Service is provided without charge to You for up to 10 million Hits per month per Account. Google may change its fees and payment policies for the Service from time to time including the addition of costs for geographic data, the importing of cost data from search engines, or other fees charged to Google or its wholly-owned subsidiaries by third party vendors for the inclusion of data in the Service reports. The changes to the fees or payment policies are effective upon Your acceptance of those changes which will be posted at www.google.com/analytics/. Unless otherwise stated, all fees are quoted in U.S. Dollars. Any outstanding balance becomes immediately due and payable upon termination of this Agreement and any collection

expenses (including attorneys' fees) incurred by Google will be included in the amount owed, and may be charged to the credit card or other billing mechanism associated with Your AdWords account.

# 3. Member Account, Password, and Security.

To register for the Service, You must complete the registration process by providing Google with current, complete and accurate information as prompted by the registration form, including Your e-mail address (username) and password. You will protect Your passwords and take full responsibility for Your own, and third party, use of Your accounts. You are solely responsible for any and all activities that occur under Your Account. You will notify Google immediately upon learning of any unauthorized use of Your Account or any other breach of security. Google's (or its wholly-owned subsidiaries) support staff may, from time to time, log in to the Service under Your customer password in order to maintain or improve service, including to provide You assistance with technical or billing issues.

# 4. Nonexclusive License.

Subject to the terms and conditions of this Agreement, (a) Google grants You a limited, revocable, non-exclusive, non-sublicensable license to install, copy and use the GAMC and/or SDKs solely as necessary for You to use the Service on Your Properties or Third Party's Properties; and (b) You may remotely access, view and download Your Reports stored at www.google.com/analytics/. You will not (and You will not allow any third party to) (i) copy, modify, adapt, translate or otherwise create derivative works of the Software or the Documentation; (ii) reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Software, except as expressly permitted by the law in effect in the jurisdiction in which You are located; (iii) rent, lease, sell, assign or otherwise transfer rights in or to the Software, the Documentation or the Service; (iv) remove any proprietary notices or labels on the Software or placed by the Service; (v) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service or the Software; or (vi) use data labeled as belonging to a third party in the Service for purposes other than generating, viewing, and downloading Reports. You will comply with all applicable laws and regulations in Your use of and access to the Documentation, Software, Service and Reports.

# 5. Confidentiality and Beta Features.

Neither party will use or disclose the other party's Confidential Information without the other's prior written consent except for the purpose of performing its obligations under this Agreement or if required by law, regulation or court order; in which case, the party being compelled to disclose Confidential Information will give the other party as much notice as is reasonably practicable prior to disclosing the Confidential Information. Certain Service features are identified as "Alpha," "Beta," "Experiment," (either within the Service or elsewhere by Google) or as otherwise unsupported or confidential (collectively, **"Beta Features"**). You may not disclose any information from Beta Features or the terms or existence of any non-public Beta Features. Google will have no liability arising out of or related to any Beta Features.

## 6. Information Rights and Publicity.

Google and its wholly owned subsidiaries may retain and use, subject to the terms of its privacy policy (located at https://www.google.com/policies/privacy/), information collected in Your use of the Service. Google will not share Your Customer Data or any Third Party's Customer Data with any third parties unless Google (i) has Your consent for any Customer Data or any Third Party's consent for the Third Party's Customer Data; (ii) concludes that it is required by law or has a good faith belief that access, preservation or disclosure of Customer Data is reasonably necessary to protect the rights, property or safety of Google, its users or the public; or (iii) provides Customer Data in certain limited circumstances to third parties to carry out tasks on Google's behalf (e.g., billing or data storage) with strict restrictions that prevent the data from being used or shared except as directed by Google. When this is done, it is subject to agreements that oblige those parties to process Customer Data only on Google's instructions and in compliance with this Agreement and appropriate confidentiality and security measures.

## 7. Privacy.

You will not and will not assist or permit any third party to, pass information to Google that Google could use or recognize as personally identifiable information. You will have and abide by an appropriate Privacy Policy and will comply with all applicable laws, policies, and regulations relating to the collection of information from Users. You must post a Privacy Policy and that Privacy Policy must provide notice of Your use of cookies, identifiers for mobile devices (e.g., Android Advertising Identifier or Advertising Identifier for iOS) or similar technology used to collect data. You must disclose the use of Google Analytics, and how it collects and processes data. This can be done by displaying a prominent link to the site "How Google uses data when you use our partners' sites or

apps", (located at www.google.com/policies/privacy/partners/, or any other URL Google may provide from time to time). You will use commercially reasonable efforts to ensure that a User is provided with clear and comprehensive information about, and consents to, the storing and accessing of cookies or other information on the User's device where such activity occurs in connection with the Service and where providing such information and obtaining such consent is required by law.

You must not circumvent any privacy features (e.g., an opt-out) that are part of the Service. You will comply with all applicable Google Analytics policies located at www.google.com/analytics/policies/ (or such other URL as Google may provide) as modified from time to time (the **"Google Analytics Policies"**).

You may participate in an integrated version of Google Analytics and certain Google advertising services ("Google Analytics Advertising Features"). If You use Google Analytics Advertising Features, You will adhere to the Google Analytics Advertising Features policy (available at support.google.com/analytics/bin/answer.py?hl=en&topic=2611283&answer=2700409). Your access to and use of any Google advertising service is subject to the applicable terms between You and Google regarding that service.

If You use the Platform Home, Your use of the Platform Home is subject to the Platform Home Additional Terms (or as subsequently re-named) available at https://support.google.com/marketingplatform/answer/9047313 (or such other URL as Google may provide) as modified from time to time (the "Platform Home Terms").

# 8. Indemnification.

To the extent permitted by applicable law, You will indemnify, hold harmless and defend Google and its wholly-owned subsidiaries, at Your expense, from any and all third-party claims, actions, proceedings, and suits brought against Google or any of its officers, directors, employees, agents or affiliates, and all related liabilities, damages, settlements, penalties, fines, costs or expenses (including, reasonable attorneys' fees and other litigation expenses) incurred by Google or any of its officers, directors, employees, agents or affiliates, arising out of or relating to (i) Your breach of any term or condition of this Agreement, (ii) Your use of the Service, (iii) Your violations of applicable laws, rules or regulations in connection with the Service, (iv) any representations and warranties made by You concerning any aspect of the Service, the Software or Reports to any Third Party; (v) any claims made by or on behalf of any Third Party pertaining directly or indirectly to Your use of the Service, the Software or Reports; (vi) violations of Your obligations of privacy to any Third Party; and (vii) any claims with respect to acts or omissions of any Third Party in connection with the Service, the Software or Reports. Google will provide You with written notice of any claim, suit or action from which You

must indemnify Google. You will cooperate as fully as reasonably required in the defense of any claim. Google reserves the right, at its own expense, to assume the exclusive defense and control of any matter subject to indemnification by You.

## 9. Third Parties.

If You use the Service on behalf of the Third Party or a Third Party otherwise uses the Service through Your Account, whether or not You are authorized by Google to do so, then You represent and warrant that (a) You are authorized to act on behalf of, and bind to this Agreement, the Third Party to all obligations that You have under this Agreement, (b) Google may share with the Third Party any Customer Data that is specific to the Third Party's Properties, and (c) You will not disclose Third Party's Customer Data to any other party without the Third Party's consent.

## 10. DISCLAIMER OF WARRANTIES.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, EXCEPT AS EXPRESSLY PROVIDED FOR IN THIS AGREEMENT, GOOGLE MAKES NO OTHER WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE AND NONINFRINGEMENT.

## 11. LIMITATION OF LIABILITY.

TO THE EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE WILL NOT BE LIABLE FOR YOUR LOST REVENUES OR INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES, EVEN IF GOOGLE OR ITS SUBSIDIARIES AND AFFILIATES HAVE BEEN ADVISED OF, KNEW OR SHOULD HAVE KNOWN THAT SUCH DAMAGES WERE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY. GOOGLE'S (AND ITS WHOLLY OWNED SUBSIDIARIES') TOTAL CUMULATIVE LIABILITY TO YOU OR ANY OTHER PARTY FOR ANY LOSS OR DAMAGES RESULTING FROM CLAIMS, DEMANDS, OR ACTIONS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL NOT EXCEED $500 (USD).

## 12. Proprietary Rights Notice.

The Service, which includes the Software and all Intellectual Property Rights therein are, and will remain, the property of Google (and its wholly owned subsidiaries). All rights in

and to the Software not expressly granted to You in this Agreement are reserved and retained by Google and its licensors without restriction, including, Google's (and its wholly owned subsidiaries') right to sole ownership of the Software and Documentation. Without limiting the generality of the foregoing, You agree not to (and not to allow any third party to): (a) sublicense, distribute, or use the Service or Software outside of the scope of the license granted in this Agreement; (b) copy, modify, adapt, translate, prepare derivative works from, reverse engineer, disassemble, or decompile the Software or otherwise attempt to discover any source code or trade secrets related to the Service; (c) rent, lease, sell, assign or otherwise transfer rights in or to the Software, Documentation or the Service; (d) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service or the Software; (e) use the trademarks, trade names, service marks, logos, domain names and other distinctive brand features or any copyright or other proprietary rights associated with the Service for any purpose without the express written consent of Google; (f) register, attempt to register, or assist anyone else to register any trademark, trade name, serve marks, logos, domain names and other distinctive brand features, copyright or other proprietary rights associated with Google (or its wholly owned subsidiaries) other than in the name of Google (or its wholly owned subsidiaries, as the case may be); (g) remove, obscure, or alter any notice of copyright, trademark, or other proprietary right appearing in or on any item included with the Service or Software; or (h) seek, in a proceeding filed during the term of this Agreement or for one year after such term, an injunction of any portion of the Service based on patent infringement.

# 13. U.S. Government Rights.

If the use of the Service is being acquired by or on behalf of the U.S. Government or by a U.S. Government prime contractor or subcontractor (at any tier), in accordance with 48 C.F.R. 227.7202-4 (for Department of Defense (DOD) acquisitions) and 48 C.F.R. 2.101 and 12.212 (for non-DOD acquisitions), the Government's rights in the Software, including its rights to use, modify, reproduce, release, perform, display or disclose the Software or Documentation, will be subject in all respects to the commercial license rights and restrictions provided in this Agreement.

# 14. Term and Termination.

Either party may terminate this Agreement at any time with notice. Upon any termination of this Agreement, Google will stop providing, and You will stop accessing the Service. Additionally, if Your Account and/or Properties are terminated, You will (i) delete all copies of the GAMC from all Properties and/or (ii) suspend any and all use of the SDKs

within 3 business days of such termination. In the event of any termination (a) You will not be entitled to any refunds of any usage fees or any other fees, and (b) any outstanding balance for Service rendered through the date of termination will be immediately due and payable in full and (c) all of Your historical Report data will no longer be available to You.

## 15. Modifications to Terms of Service and Other Policies.

Google may modify these terms or any additional terms that apply to the Service to, for example, reflect changes to the law or changes to the Service. You should look at the terms regularly. Google will post notice of modifications to these terms at https://www.g oogle.com/analytics/terms/, the Google Analytics Policies at www.google.com/analytic s/policies/, or other policies referenced in these terms at the applicable URL for such policies. Changes will not apply retroactively and will become effective no sooner than 14 days after they are posted. If You do not agree to the modified terms for the Service, You should discontinue Your use Google Analytics. No amendment to or modification of this Agreement will be binding unless (i) in writing and signed by a duly authorized representative of Google, (ii) You accept updated terms online, or (iii) You continue to use the Service after Google has posted updates to the Agreement or to any policy governing the Service.

## 16. Miscellaneous, Applicable Law and Venue.

Google will be excused from performance in this Agreement to the extent that performance is prevented, delayed or obstructed by causes beyond its reasonable control. This Agreement (including any amendment agreed upon by the parties in writing) represents the complete agreement between You and Google concerning its subject matter, and supersedes all prior agreements and representations between the parties. If any provision of this Agreement is held to be unenforceable for any reason, such provision will be reformed to the extent necessary to make it enforceable to the maximum extent permissible so as to effect the intent of the parties, and the remainder of this Agreement will continue in full force and effect. This Agreement will be governed by and construed under the laws of the state of California without reference to its conflict of law principles. In the event of any conflicts between foreign law, rules, and regulations, and California law, rules, and regulations, California law, rules and regulations will prevail and govern. Each party agrees to submit to the exclusive and personal jurisdiction of the courts located in Santa Clara County, California. The United Nations Convention on Contracts for the International Sale of Goods and the Uniform

Computer Information Transactions Act do not apply to this Agreement. The Software is controlled by U.S. Export Regulations, and it may be not be exported to or used by embargoed countries or individuals. Any notices to Google must be sent to: Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given upon receipt. A waiver of any default is not a waiver of any subsequent default. You may not assign or otherwise transfer any of Your rights in this Agreement without Google's prior written consent, and any such attempt is void. The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors. This Agreement will be binding upon and inure to the benefit of the respective successors and assigns of the parties hereto. The following sections of this Agreement will survive any termination thereof: 1, 4, 5, 6 (except the last two sentences), 7, 8, 9, 10, 11, 12, 14, 16, and 17.

# 17. Google Analytics for Firebase.

If You link a Property to Firebase (**"Firebase Linkage"**) as part of using the Service, the following terms, in addition to Sections 1-16 above, will also apply to You, and will also govern Your use of the Service, including with respect to Your use of Firebase Linkage. Other than as modified below, all other terms will stay the same and continue to apply. In the event of a conflict between this Section 17 and Sections 1-16 above, the terms in Section 17 will govern and control solely with respect to Your use of the Firebase Linkage.

A. The following definition in Section 1 is modified as follows:

   a. "Hit" means a collection of interactions that results in data being sent to the Service and processed. Examples of Hits may include page view hits and ecommerce hits. A Hit can be a call to the Service by various libraries, but does not have to be so (e.g., a Hit can be delivered to the Service by other Google Analytics-supported protocols and mechanisms made available by the Service to You). For the sake of clarity, a Hit does not include certain events whose collection reflects interactions with certain Properties capable of supporting multiple data streams, and which may include screen views and custom events (the collection of events, an **"Enhanced Packet"**).

B. The following sentence is added to the end of Section 7 as follows:

   a. If You link a Property to a Firebase project (**"Firebase Linkage"**) (i) certain data from Your Property, including Customer Data, may be made accessible within or to any other entity or personnel according to permissions set in Firebase and (ii) that Property may have certain Service settings modified by

authorized personnel of Firebase (notwithstanding the settings You may have
designated for that Property within the Service).

Last Updated June 17, 2019

# Google Analytics Terms of Service

# 2023-05-15

# Google Analytics Terms of Service

These Google Analytics Terms of Service (this **"Agreement"**) are entered into by Google LLC (**"Google"**) and the entity executing this Agreement (**"You"**). This Agreement governs Your use of the standard Google Analytics (the **"Service"**). BY CLICKING THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, OR USING THE SERVICE, YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED AND ACCEPT THIS AGREEMENT AND ARE AUTHORIZED TO ACT ON BEHALF OF, AND BIND TO THIS AGREEMENT, THE OWNER OF THIS ACCOUNT.

**Our Service is a business tool. You must only use our Service exclusively for purposes relating to your trade, business, craft or profession.**

In consideration of the parties' respective rights and obligations that are described in this Agreement, the parties agree as follows:

## 1. Definitions.

**"Account"** refers to the account for the Service and UA Properties and GA4 Properties. For UA Properties, all Views (as applicable) associated with a single UA Property will have their Hits aggregated before determining the charge for the Service for that UA Property.

**"Confidential Information"** includes any proprietary data and any other information disclosed by one party to the other in writing and marked "confidential" or disclosed orally and, within five business days, reduced to writing and marked "confidential". However, Confidential Information will not include any information that is or becomes known to the general public, which is already in the receiving party's possession prior to disclosure by a party or which is independently developed by the receiving party without the use of Confidential Information.

**"Customer Data"** or "Google Analytics Data" means the data that you collect, process or store using the Service concerning the characteristics and activities of Users.

**"Documentation"** means any accompanying documentation made available to You by Google for use with the Processing Software, including any documentation available online.

**"Event"** means a base unit of measurement that is processed in the Service through a GA4 Property, which may include but is not limited to a page view, transaction, screen

**Page 66**

view or other interactions. An Event can be a call to the Service from various libraries or otherwise delivered to the Service by OSCIs.

**"GA Property"** means a UA Property or GA4 Property, as applicable.

**"GA4 Property"** (formerly known as an 'App + Web' property) means the compilation of Google Analytics settings and information associated with the same 'Property ID' to which Events are sent.

**"GAMC"** means the Google Analytics Measurement Code, which is installed on a Property for the purpose of collecting Customer Data, together with any fixes, updates and upgrades provided to You.

**"Google Affiliates"** means Google and its wholly owned subsidiaries.

**"Hit"** means a base unit of measurement that is sent to the Service for processing through a UA Property. Examples of Hits may include page view hits and ecommerce hits. A Hit can be a call to the Service by various libraries or otherwise delivered to the Service by OSCIs.

**"OSCI"** means an "**Officially Supported Client Interface**", which is a mechanism or protocol made available by or supported by Google that can be used to send Hits or Events, as applicable, to the Service.

**"Platform Home"** means the user interface through which You can access certain Google Marketing Platform-level functionality.

**"Processing Software"** means the Google Analytics server-side software and any upgrades, which analyzes the Customer Data and generates the Reports.

**"Property"** means any web page, application, other property or resource under Your control that sends data to Google Analytics.

**"Privacy Policy"** means the privacy policy on a Property.

**"Report"** means the resulting analysis shown at analytics.google.com, some of which may include analysis for a View or Events.

**"SDKs"** mean certain software development kits, which may be used or incorporated into a Property app for the purpose of collecting Customer Data, together with any fixes, updates, and upgrades provided to You.

**"Servers"** means the servers controlled by a Google Affiliate on which the Processing Software and Customer Data are stored.

**"Software"** means the Processing Software, GAMC and/or SDKs.

**"Third Party"** means any third party (i) to which You provide access to Your Account or (ii) for which You use the Service to collect information on the third party's behalf.

**"UA Property"** means a "**Universal Analytics Property**", which is the compilation of Google Analytics settings and information associated with the same 'Property ID' to which Hits are sent.

**"Users"** means users and/or visitors to Your Properties.

**"View"** means the collection of settings that together determine the information to be included in, or excluded from, Reports for UA Properties. For example, a View could be established to view a small portion of a web site as a unique Report.

The words **"include"** and **"including"** mean "including but not limited to".

## 2. Fees and Service.

Subject to Section 15, the Service is provided without charge to You for (a) GA4 Properties and (b) UA Properties for up to 10 million Hits per UA Property per month. Google may change its fees and payment policies for the Service from time to time including the addition of costs for geographic data, the importing of cost data from search engines, or other fees charged to Google or another Google Affiliate by third party vendors for the inclusion of data in the Service reports. The changes to the fees or payment policies are effective upon Your acceptance of those changes which will be posted at www.google.com/analytics/. Unless otherwise stated, all fees are quoted in U.S. Dollars. Any outstanding balance becomes immediately due and payable upon termination of this Agreement and any collection expenses (including legal fees) incurred by Google will be included in the amount owed, and may be charged to the credit card or other billing mechanism associated with Your Google Ads account.

## 3. Member Account, Password, and Security.

To register for the Service, You must complete the registration process by providing Google with current, complete and accurate information as prompted by the registration form, including Your e-mail address (username) and password. You will protect Your passwords and take full responsibility for Your own, and third party, use of Your accounts. You are solely responsible for any and all activities that occur under Your Account (save for activities carried out by, or on behalf of, Google Affiliates). You will notify Google immediately upon learning of any unauthorized use of Your Account or any other breach of security. Google Affiliates' support staff may, from time to time, log in to

the Service under Your customer password in order to maintain the service, including to provide You assistance with technical or billing issues.

## 4. Nonexclusive License.

Subject to the terms and conditions of this Agreement, (a) Google grants You a limited, revocable, non-exclusive, non-sublicensable license to install, copy and use the GAMC and/or SDKs solely as necessary for You to use the Service on Your Properties or Third Party Properties; and (b) You may remotely access, view and download Your Reports stored at www.google.com/analytics/. You will not (and You will not allow any third party to) (i) copy, modify, adapt, translate or otherwise create derivative works of the Software or the Documentation; (ii) reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Software, except as expressly permitted by the law in effect in the jurisdiction in which You are located; (iii) rent, lease, sell, assign or otherwise transfer rights in or to the Software, the Documentation or the Service; (iv) remove any proprietary notices or labels on the Software or placed by the Service; (v) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service or the Software; or (vi) use data labeled as belonging to a third party in the Service for purposes other than generating, viewing, and downloading Reports. You will comply with all applicable laws and regulations in Your use of and access to the Documentation, Software, Service and Reports.

## 5. Confidentiality and Beta Features.

Neither party will use or disclose the other party's Confidential Information without the other's prior written consent except for the purpose of performing its obligations under this Agreement or if required by law, regulation or court order; in which case, the party being compelled to disclose Confidential Information will give the other party as much notice as is reasonably practicable prior to disclosing the Confidential Information. Certain Service features are identified as "Alpha," "Beta," "Experiment," (either within the Service or elsewhere by Google) or as otherwise unsupported or confidential (collectively, "Beta Features"). You may not disclose any information from Beta Features or the terms or existence of any non-public Beta Features. Google and the Google Affiliates will have no liability (including any indemnification obligations) arising out of or related to any Beta Features. Any use of Beta Features will be solely at Your own risk and may be subject to additional requirements as specified by Google. Google is not obligated to provide support for Beta Features and Google may, at its sole discretion, cease providing Beta Features as part of any Services.

# 6. Information Rights and Publicity.

Google will not share Your Customer Data or any Third Party's Customer Data with any third parties unless Google (i) has Your consent for any Customer Data or any Third Party's consent for the Third Party's Customer Data; (ii) concludes that it is required by law or has a good faith belief that access, preservation or disclosure of Customer Data is reasonably necessary to protect the rights, property or safety of Google, its users or the public; or (iii) provides Customer Data in certain limited circumstances to third parties to carry out tasks on Google's behalf (e.g., billing or data storage) with strict restrictions that prevent the data from being used or shared except as directed by Google. When this is done, it is subject to agreements that oblige those parties to process Customer Data only on Google's instructions and in compliance with this Agreement and appropriate confidentiality and security measures.

# 7. Privacy.

You will not and will not assist or permit any third party to pass information, hashed or otherwise, to Google that Google could use or recognize as personally identifiable information, except where permitted by, and subject to, the policies or terms of Google Analytics features made available to You, and only if, any information passed to Google for such Google Analytics feature is hashed using industry standards. You will have and abide by an appropriate Privacy Policy and will comply with all applicable laws, policies, and regulations relating to the collection of information from Users. You must post a Privacy Policy and that Privacy Policy must provide notice of Your use of cookies, identifiers for mobile devices (e.g., Android Advertising Identifier or Advertising Identifier for iOS) or similar technology used to collect data. You must disclose the use of Google Analytics, and how it collects and processes data. This can be done by displaying a prominent link to the site "How Google uses information from sites or apps that use our services", (located at www.google.com/policies/privacy/partners/, or any other URL that Google may provide from time to time). You will use commercially reasonable efforts to ensure that a User is provided with clear and comprehensive information about, and consents to, the storing and accessing of cookies or other information on the User's device where such activity occurs in connection with the Service and where providing such information and obtaining such consent is required by law.

You must not circumvent any privacy features (e.g., an opt-out) that are part of the Service. You will comply with all applicable Google Analytics policies located at www.google.com/analytics/policies/ (or such other URL as Google may provide) as modified from time to time (the **"Google Analytics Policies"**).

You may participate in an integrated version of Google Analytics and certain Google advertising services ("Google Analytics Advertising Features"). If You use Google Analytics Advertising Features, You will adhere to the Google Analytics Advertising Features policy (available at support.google.com/analytics/bin/answer.py?hl=en&topic=2611283&answer=2700409). Your access to and use of any Google advertising service is subject to the applicable terms between You and Google regarding that service.

If You use the Platform Home, Your use of the Platform Home is subject to the Platform Home Additional Terms (or as subsequently re-named) available at https://support.google.com/marketingplatform/answer/9047413 (or such other URL as Google may provide) as modified from time to time (the "Platform Home Terms").

To the extent that Your use of the Service is within scope, You and Google agree to the Google Ads Data Processing Terms at https://business.safety.google/adsprocessorterms/ (the "Processing Terms"). Google will not modify the Processing Terms, except as expressly permitted under the Processing Terms.

## 8. Indemnification.

To the extent permitted by applicable law, You will indemnify, hold harmless and defend Google Affiliates, at Your expense, against (a) any and all third-party claims, actions, proceedings, and suits brought against any Google Affiliate or any of their officers, directors, employees, agents or affiliates, and (b) all related liabilities, damages, settlements, penalties, fines, costs or expenses (including, reasonable attorneys' fees and other litigation expenses) incurred by any Google Affiliate or any of their officers, directors, employees, agents or affiliates, arising out of or relating to such third-party claims, actions, proceedings, and suits; in each case as a result of (i) Your breach of any term or condition of this Agreement, (ii) Your use of the Service, (iii) Your violations of applicable laws, rules or regulations in connection with the Service, (iv) any representations and warranties made by You concerning any aspect of the Service, the Software or Reports to any Third Party; (v) any claims made by or on behalf of any Third Party pertaining directly or indirectly to Your use of the Service, the Software or Reports; (vi) violations of Your obligations of privacy to any Third Party; and/or (vii) any claims with respect to acts or omissions of any Third Party in connection with the Service, the Software or Reports. Google will provide You with written notice of any claim, suit or action from which You must indemnify Google Affiliates. You will cooperate as fully as reasonably required in the defense of any claim. Google reserves the right, at its own expense, to enforce this Section 8 on behalf of all Google Affiliates and assume the exclusive defense and control of any matter subject to indemnification by You.

## 9. Third Parties.

If You use the Service on behalf of the Third Party or a Third Party otherwise uses the Service through Your Account, whether or not You are authorized by Google to do so, then You represent and warrant that (a) You are authorized to act on behalf of, and bind to this Agreement, the Third Party to all obligations that You have under this Agreement, (b) Google may share with the Third Party any Customer Data that is specific to the Third Party Properties, and (c) You will not disclose Third Party's Customer Data to any other party without the Third Party's consent.

## 10. DISCLAIMER OF WARRANTIES.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, EXCEPT AS EXPRESSLY PROVIDED FOR IN THIS AGREEMENT, GOOGLE MAKES NO OTHER WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING WITHOUT LIMITATION WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE AND NONINFRINGEMENT.

## 11. LIMITATION OF LIABILITY.

TO THE EXTENT PERMITTED BY APPLICABLE LAW, GOOGLE WILL NOT BE LIABLE FOR YOUR LOST REVENUES OR INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES, EVEN IF GOOGLE OR ITS SUBSIDIARIES AND AFFILIATES HAVE BEEN ADVISED OF, KNEW OR SHOULD HAVE KNOWN THAT SUCH DAMAGES WERE POSSIBLE AND EVEN IF DIRECT DAMAGES DO NOT SATISFY A REMEDY. GOOGLE'S (AND ITS WHOLLY OWNED SUBSIDIARIES') TOTAL CUMULATIVE LIABILITY TO YOU OR ANY OTHER PARTY FOR ANY LOSS OR DAMAGES RESULTING FROM CLAIMS, DEMANDS, OR ACTIONS ARISING OUT OF OR RELATING TO THIS AGREEMENT WILL NOT EXCEED $500 (USD).

## 12. Proprietary Rights Notice.

The Service, which includes the Software and all Intellectual Property Rights therein is, and will remain, the property of Google (and the other Google Affiliates). All rights in and to the Software not expressly granted to You in this Agreement are reserved and retained by Google and its licensors without restriction, including, Google's (and the other Google Affiliates') right to sole ownership of the Software and Documentation. Without limiting the generality of the foregoing, You agree not to (and not to allow any third party to): (a) sublicense, distribute, or use the Service or Software outside of the

scope of the license granted in this Agreement; (b) copy, modify, adapt, translate, prepare derivative works from, reverse engineer, disassemble, or decompile the Software or otherwise attempt to discover any source code or trade secrets related to the Service or Documentation; (c) rent, lease, sell, assign or otherwise transfer rights in or to the Software, Documentation or the Service; (d) use, post, transmit or introduce any device, software or routine which interferes or attempts to interfere with the operation of the Service, Documentation or the Software; (e) use the trademarks, trade names, service marks, logos, domain names and other distinctive brand features or any copyright or other proprietary rights associated with the Service for any purpose without the express written consent of Google; (f) register, attempt to register, or assist anyone else to register any trademark, trade name, serve marks, logos, domain names and other distinctive brand features, copyright or other proprietary rights associated with Google (or any other Google Affiliate) other than in the name of Google (or another Google Affiliate, as the case may be); (g) remove, obscure, or alter any notice of copyright, trademark, or other proprietary right appearing in or on any item included with the Service or Software; or (h) seek, in a proceeding filed during the term of this Agreement or for one year after such term, an injunction of any portion of the Service based on patent infringement.

## 13. U.S. Government Rights.

If the use of the Service is being acquired by or on behalf of the U.S. Government or by a U.S. Government prime contractor or subcontractor (at any tier), in accordance with 48 C.F.R. 227.7202-4 (for Department of Defense (DOD) acquisitions) and 48 C.F.R. 2.101 and 12.212 (for non-DOD acquisitions), the Government's rights in the Software, including its rights to use, modify, reproduce, release, perform, display or disclose the Software or Documentation, will be subject in all respects to the commercial license rights and restrictions provided in this Agreement.

## 14. Term and Termination.

Either party may terminate this Agreement at any time with notice. Upon any termination of this Agreement, Google will stop providing, and You will stop accessing the Service. Additionally, if Your Account and/or GA Properties are terminated, You will (i) delete all copies of the GAMC from all Properties and/or (ii) suspend any and all use of the SDKs within 3 business days of such termination. In the event of any termination (a) You will not be entitled to any refunds of any usage fees or any other fees, and (b) any outstanding balance for Service rendered through the date of termination will be

immediately due and payable in full and (c) all of Your historical Report data will no longer be available to You.

# 15. Modifications to Terms of Service and Other Policies.

Google may modify these terms or any additional terms that apply to the Service to, for example, reflect changes to the law or changes to the Service. You should look at the terms regularly. Google will post notice of modifications to these terms at https://www.google.com/analytics/terms/, the Google Analytics Policies at www.google.com/analytics/policies/, or other policies referenced in these terms at the applicable URL for such policies. Changes will not apply retroactively and will become effective no sooner than 14 days after they are posted. If You do not agree to the modified terms for the Service, You should discontinue Your use of Google Analytics. No amendment to or modification of this Agreement will be binding unless (i) in writing and signed by a duly authorized representative of Google, (ii) You accept updated terms online, or (iii) You continue to use the Service after Google has posted updates to the Agreement or to any policy governing the Service.

# 16. Miscellaneous, Applicable Law and Venue.

(a) Google will be excused from performance in this Agreement to the extent that performance is prevented, delayed or obstructed by causes beyond its reasonable control. (b) This Agreement (including any amendment agreed upon by the parties in writing) represents the complete agreement between You and Google concerning its subject matter, and supersedes all prior agreements and representations between the parties. (c) If any provision of this Agreement is held to be unenforceable for any reason, such provision will be reformed to the extent necessary to make it enforceable to the maximum extent permissible so as to effect the intent of the parties, and the remainder of this Agreement will continue in full force and effect. (d) This Agreement will be governed by and construed under the laws of the state of California without reference to its conflict of law principles. In the event of any conflicts between foreign law, rules, and regulations, and California law, rules, and regulations, California law, rules, and regulations will prevail and govern. Each party agrees to submit to the exclusive and personal jurisdiction of the courts located in Santa Clara County, California. The United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act do not apply to this Agreement. You will comply with all applicable export control and sanctions laws and regulations, including (i) the Export Administration Regulations ("EAR") maintained by the U.S. Department of

**Page 74**

Commerce, (ii) trade and economic sanctions maintained by the U.S. Treasury Department's Office of Foreign Assets Control, and (iii) the International Traffic in Arms Regulations ("ITAR") maintained by the U.S. Department of State. (f) Any notices to Google must be sent to: Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given upon receipt. (g) A waiver of any default is not a waiver of any subsequent default. (h) You may not assign or otherwise transfer any of Your rights in this Agreement without Google's prior written consent, and any such attempt is void. (i) The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors. (j) This Agreement will be binding upon and inure to the benefit of the respective successors and assigns of the parties hereto. (k) The following sections of this Agreement will survive any termination thereof: 1, 4, 5, 6 (except the last two sentences), 7, 8, 9, 10, 11, 12, 14, 16, and 17.

## 17. Google Analytics and Firebase.

If You link a GA Property to Firebase ("**Firebase Linkage**") as part of using the Service, the following terms, in addition to Sections 1-16 above, will also apply to You, and will also govern Your use of the Service, including with respect to Your use of Firebase Linkage. Other than as modified below, all other terms will stay the same and continue to apply. In the event of a conflict between this Section 17 and Sections 1-16 above, the terms in Section 17 will govern and control solely with respect to Your use of the Firebase Linkage.

The following sentence is added to the end of Section 7 as follows:
If You link a GA Property to a Firebase project ("**Firebase Linkage**") (i) certain data from Your GA Property, including Customer Data, may be made accessible within or to any other entity or personnel specified in the applicable Firebase settings and (ii) that GA Property may have certain Service settings modified by authorized personnel specified in the applicable Firebase settings (notwithstanding the settings You may have designated for that GA Property within the Service).

Last Updated May 15, 2023

**Previous Versions**
- March 31, 2021
- June 17, 2019