Summary of Plaintiffs' WAA & sWAA Statuses

| Name | Account Email | Account Creation Date | Timestamp (UTC) | WAA | sWAA |
|---|---|---|---|---|---|
| **Anibal Rodriguez[1]** | Thefightingbunny@gmail.com | 2019-03-01 14:23:36 | 2019-03-01 14:23:36 | On | On |
| | | 2019-03-01 14:23:36 | 2019-03-01 14:23:37 | On | On |
| | | 2019-03-01 14:23:36 | 2020-11-17 21:31:02 | Paused | Paused |
| | Peteysake08@gmail.com | 2014-02-28 03:04:38 | 2014-02-28 03:04:39 | On | NA |
| | | 2014-02-28 03:04:38 | 2014-10-26 20:04:22 | Paused | NA |
| | | 2014-02-28 03:04:38 | 2015-02-28 02:14:34 | On | NA |
| | | 2014-02-28 03:04:38 | 2016-02-27 12:29:39 | On | On |
| | | 2014-02-28 03:04:38 | 2016-09-05 20:07:54 | On | On |

[1] GOOG-RDGZ-00013556; GOOG-RDGZ-00013559; GOOG-RDGZ-00013569; GOOG-RDGZ-00013570; GOOG-RDGZ-00013576; GOOG-RDGZ-00013578; GOOG-RDGZ-00013581; GOOG-RDGZ-00013583; GOOG-RDGZ-00013597; GOOG-RDGZ-00013600; GOOG-RDGZ-00013600.0001; GOOG-RDGZ-00013603; GOOG-RDGZ-00013603.0001; GOOG-RDGZ-00013613; GOOG-RDGZ-00013613.0001; GOOG-RDGZ-00013614; GOOG-RDGZ-00013620; GOOG-RDGZ-00013620.0001; GOOG-RDGZ-00013622; GOOG-RDGZ-00013622.0001; GOOG-RDGZ-00013625; GOOG-RDGZ-00013625.0001; GOOG-RDGZ-00013627; GOOG-RDGZ-00013627.0001; GOOG-RDGZ-00013641; GOOG-RDGZ-00013641.0001; GOOG-RDGZ-00124315; GOOG-RDGZ-00124316; GOOG-RDGZ-00124317

**Summary of Plaintiffs' WAA & sWAA Statuses**

| Name | Account Email | Account Creation Date | Timestamp (UTC) | WAA | sWAA |
|---|---|---|---|---|---|
| | | 2014-02-28 03:04:38 | 2017-02-07 14:38:41 | On | On |
| | | 2014-02-28 03:04:38 | 2017-05-18 02:02:16 | On | On |
| | | 2014-02-28 03:04:38 | 2018-11-04 19:14:43 | Paused | Paused |
| | | 2014-02-28 03:04:38 | 2018-11-13 00:32:16 | On | Paused |
| | | 2014-02-28 03:04:38 | 2020-07-16 14:57:36 | Paused | Paused |
| | nathan.rodriguez217@gmail.com | 2020-08-26 17:18:46 | 2020-08-26 17:18:46 | On | On |
| | | 2020-08-26 17:18:46 | 2020-11-17 21:32:49 | Paused | Paused |
| | mcmxcthrift@gmail.com | 2019-01-28 21:25:27 | 2019-01-28 21:25:27 | On | On |
| | | 2019-01-28 21:25:27 | 2019-01-28 21:25:28 | On | On |
| | | 2019-01-28 21:25:27 | 2020-11-17 21:31:57 | Paused | Paused |

**Summary of Plaintiffs' WAA & sWAA Statuses**

| Name | Account Email | Account Creation Date | Timestamp (UTC) | WAA | sWAA |
|---|---|---|---|---|---|
| | Lukerodriguez122@gmail.com | 2020-08-25 13:29:47 | 2020-08-25 13:29:47 | On | On |
| | | 2020-08-25 13:29:47 | 2020-11-17 21:32:34 | Paused | Paused |
| | Luke012215@gmail.com | 2020-08-23 00:12:34 | 2020-08-23 00:12:34 | On | On |
| | | 2020-08-23 00:12:34 | 2020-11-17 21:32:19 | Paused | Paused |
| | Imnube08@gmail.com | 2012-09-01 22:32:24 | 2012-09-01 22:32:24 | On | NA |
| | | 2012-09-01 22:32:24 | 2016-10-04 12:31:31 | On | On |
| | | 2012-09-01 22:32:24 | 2020-11-17 21:30:01 | Paused | Paused |
| | Hear305@gmail.com | 2020-01-06 17:13:43 | 2020-01-06 17:13:43 | On | On |
| | | 2020-01-06 17:13:43 | 2020-11-17 21:31:35 | Paused | Paused |
| | beersinacan@gmail.com | 2019-03-10 15:58:13 | 2019-03-10 15:58:13 | On | On |

**Summary of Plaintiffs' WAA & sWAA Statuses**

| Name | Account Email | Account Creation Date | Timestamp (UTC) | WAA | sWAA |
|---|---|---|---|---|---|
| | | 2019-03-10 15:58:13 | 2019-03-10 15:58:14 | On | On |
| | | 2019-03-10 15:58:13 | 2020-11-17 21:31:20 | Paused | Paused |
| | ████████████████████████████████ | | | | |
| | Anibal.rodriguez08@gmail.com | 2011-10-13 15:52:33 | NA | NA | NA |
| **Julian Santiago[2]** | Priority1jas@gmail.com | 2020-09-22 18:00:21 | 2020-09-22 18:00:21 | On | On |
| | | 2020-09-22 18:00:21 | 2020-09-22 18:02:00 | On | Paused |
| | | 2020-09-22 18:00:21 | 2020-09-22 18:02:21 | Paused | Paused |
| | Juliansant8@gmail.com | 2016-12-21 22:29:02 | 2016-12-21 22:29:02 | On | On |
| | | 2016-12-21 22:29:02 | 2016-12-21 22:29:03 | On | On |
| | | 2016-12-21 22:29:02 | 2020-09-15 15:21:26 | On | Paused |

---

[2] GOOG-RDGZ-00210406; GOOG-RDGZ-00013573; GOOG-RDGZ-00210449-50; GOOG-RDGZ-00013617-.0001

**Summary of Plaintiffs' WAA & sWAA Statuses**

| Name | Account Email | Account Creation Date | Timestamp (UTC) | WAA | sWAA |
|---|---|---|---|---|---|
| | | 2016-12-21 22:29:02 | 2020-09-15 15:21:52 | Paused | Paused |
| **Susan Lynn Harvey**[3] | Missq68@gmail.com | 2010-03-20 01:56:05 | 2010-03-20 01:56:05 | On | NA |
| | Lastchance2runtc@gmail.com | 2015-09-21 06:25:09 | 2015-09-21 06:25:10 | On | NA |
| | harvylynn@gmail.com | 2015-08-22 19:13:21 | 2015-08-22 19:13:22 | On | NA |
| | suzyqdream@gmail.com | 2015-08-20 03:34:28 | 2015-08-20 03:34:29 | On | NA |
| | Anitagripit1@gmail.com | 2015-09-27 00:11:45 | 2015-09-27 00:11:45 | On | NA |
| | | 2015-09-27 00:11:45 | 2016-01-19 09:08:08 | On | On |
| | | 2015-09-27 00:11:45 | 2016-10-02 17:26:51 | On | On |
| | Alikatsmom1@gmail.com | 2016-03-17 19:07:44 | 2016-03-17 19:07:46 | On | NA |

---

[3] GOOG-RDGZ-00013554; GOOG-RDGZ-00013555; GOOG-RDGZ-00013557; GOOG-RDGZ-00013574; GOOG-RDGZ-00013596; GOOG-RDGZ-00013598; GOOG-RDGZ-00013598.0001; GOOG-RDGZ-00013599; GOOG-RDGZ-00013599.0001; GOOG-RDGZ-00013601; GOOG-RDGZ-00013601.0001; GOOG-RDGZ-00013618; GOOG-RDGZ-00013618.0001; GOOG-RDGZ-00013640; GOOG-RDGZ-00013640.0001; GOOG-RDGZ-00124320; GOOG-RDGZ-00124327; GOOG-RDGZ-00124328

**Summary of Plaintiffs' WAA & sWAA Statuses**

| Name | Account Email | Account Creation Date | Timestamp (UTC) | WAA | sWAA |
|---|---|---|---|---|---|
| | | 2016-03-17 19:07:44 | 2016-12-15 17:51:54 | On | On |
| | | 2016-03-17 19:07:44 | 2018-10-16 22:56:02 | Paused | Paused |
| | 50qusie50@gmail.com | 2018-08-24 21:39:47 | 2018-08-24 21:39:47 | On | On |
| | | 2018-08-24 21:39:47 | 2019-07-07 02:47:40 | Paused | Paused |
| | | 2018-08-24 21:39:47 | 2019-07-07 02:56:11 | On | Paused |
| | | 2018-08-24 21:39:47 | 2019-08-09 01:44:05 | Paused | Paused |
| | | 2018-08-24 21:39:47 | 2020-04-18 01:47:26 | On | Paused |
| | | 2018-08-24 21:39:47 | 2020-07-29 18:03:25 | Paused | Paused |

UNITED DISTRICT COURT
N.D. CAL.

**G0947**

Case#: 3:20-CV-04688-RS

HOW GOOGLE USES INFORMATION FROM SITES OR APPS THAT USE OUR SERVICES

Many websites and apps use Google services to improve their content and keep it free. When they integrate our services, these sites and apps share information with Google.

For example, when you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising.

Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps. See our Privacy Policy to learn more about how we process data for each of these purposes and our Advertising page for more about Google ads, how your information is used in the context of advertising, and how long Google stores this information.

## Ad personalization

If ad personalization is turned on, Google will use your information to make your ads more useful for you. For example, a website that sells mountain bikes might use Google's ad services. After you visit that site, you could see an ad for mountain bikes on a different site that shows ads served by Google.

If ad personalization is off, Google will not collect or use your information to create an ad profile or personalize the ads Google shows to you. You will still see ads, but they may not be as useful. Ads may still be based on the topic of the website or app you're looking at, your current search terms, or on your general location, but not on your

interests, search history, or browsing history. Your information can still be used for the other purposes mentioned above, such as to measure the effectiveness of advertising and protect against fraud and abuse.

When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google. Regardless of your choice, Google will not personalize the ads you see if your ad personalization setting is off or your account is ineligible for personalized ads.

You can see and control what information we use to show you ads by visiting your ad settings.

# How you can control the information collected by Google on these sites and apps

Here are some of the ways you can control the information that is shared by your device when you visit or interact with sites and apps that use Google services:

- Ad Settings helps you control ads you see on Google services (such as Google Search or YouTube), or on non-Google websites and apps that use Google ad services. You can also learn how ads are personalized, opt out of ad personalization, and block specific advertisers.

- If you are signed in to your Google Account, and depending on your Account settings, My Activity allows you to review and control data that's created when you use Google services, including the information we collect from the sites and apps you have visited. You can browse by date and by topic, and delete part or all of your activity.

- Many websites and apps use Google Analytics to understand how visitors engage with their sites or apps. If you don't want Analytics to be used in your browser, you can install the Google Analytics browser add-on. Learn more about Google Analytics and privacy.

- Incognito mode in Chrome allows you to browse the web without recording webpages and files in your browser or Account history (unless you choose to sign in). Cookies are deleted after you've closed all of your incognito windows

Case 3:20-cv-04688-RS    Document 695-5    Filed 10/06/25    Page 9 of 30

and tabs, and your bookmarks and settings are stored until you delete them. Learn more about cookies.

- Many browsers, including Chrome, allow you to block third-party cookies. You can also clear any existing cookies from within your browser. Learn more about managing cookies in Chrome.

Case 3:20-cv-04688-RS    Document 695-5    Filed 10/06/25    Page 10 of 30

The Wayback Machine - https://web.archive.org/web/20201001013734/https://policies.google.com/technologies/partn…



UNITED DISTRICT COURT
N.D. CAL.

G0952

Case#: 3:20-CV-04688-RS

HOW GOOGLE USES INFORMATION FROM SITES OR APPS THAT USE OUR SERVICES

Many websites and apps use Google services to improve their content and keep it free. When they integrate our services, these sites and apps share information with Google.

For example, when you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising.

Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps. See our Privacy Policy to learn more about how we process data for each of these purposes and our Advertising page for more about Google ads, how your information is used in the context of advertising, and how long Google stores this information.

Our Privacy Policy explains the legal grounds Google relies upon to process your information — for example, we may process your information with your consent or to pursue legitimate interests such as providing, maintaining and improving our services to meet the needs of our users.

Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so.

Case 3:20-cv-04688-RS    Document 695-5    Filed 10/06/25    Page 11 of 30

## Ad personalization

If ad personalization is turned on, Google will use your information to make your ads more useful for you. For example, a website that sells mountain bikes might use Google's ad services. After you visit that site, you could see an ad for mountain bikes on a different site that shows ads served by Google.

If ad personalization is off, Google will not collect or use your information to create an ad profile or personalize the ads Google shows to you. You will still see ads, but they may not be as useful. Ads may still be based on the topic of the website or app you're looking at, your current search terms, or on your general location, but not on your interests, search history, or browsing history. Your information can still be used for the other purposes mentioned above, such as to measure the effectiveness of advertising and protect against fraud and abuse.

When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google. Regardless of your choice, Google will not personalize the ads you see if your ad personalization setting is off or your account is ineligible for personalized ads.

You can see and control what information we use to show you ads by visiting your ad settings.

## How you can control the information collected by Google on these sites and apps

Here are some of the ways you can control the information that is shared by your device when you visit or interact with sites and apps that use Google services:

- Ad Settings helps you control ads you see on Google services (such as Google Search or YouTube), or on non-Google websites and apps that use Google ad services. You can also learn how ads are personalized, opt out of ad personalization, and block specific advertisers.

- If you are signed in to your Google Account, and depending on your Account settings, My Activity allows you to review and control data that's created when you use Google services, including the information we collect from the sites and apps you have visited. You can browse by date and by topic, and delete part or all of your activity.

- Many websites and apps use Google Analytics to understand how visitors engage with their sites or apps. If you don't want Analytics to be used in your browser, you can install the Google Analytics browser add-on. Learn more about Google Analytics and privacy.

- Incognito mode in Chrome allows you to browse the web without recording webpages and files in your browser or Account history (unless you choose to sign in). Cookies are deleted after you've closed all of your incognito windows and tabs, and your bookmarks and settings are stored until you delete them. Learn more about cookies.

- Many browsers, including Chrome, allow you to block third-party cookies. You can also clear any existing cookies from within your browser. Learn more about managing cookies in Chrome.

Case 3:20-cv-04688-RS   Document 695-5   Filed 10/06/25   Page 13 of 30

UNITED DISTRICT COURT
N.D. CAL.

**G0956**

Case#: 3:20-CV-04688-RS

## HOW GOOGLE USES INFORMATION FROM SITES OR APPS THAT USE OUR SERVICES

Many websites and apps use Google services to improve their content and keep it free. When they integrate our services, these sites and apps share information with Google.

For example, when you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising.

Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps. See our Privacy Policy to learn more about how we process data for each of these purposes and our Advertising page for more about Google ads, how your information is used in the context of advertising, and how long Google stores this information.

Our Privacy Policy explains the legal grounds Google relies upon to process your information — for example, we may process your information with your consent or to pursue legitimate interests such as providing, maintaining and improving our services to meet the needs of our users.

Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so.

How Google uses information from sites or apps that use our services – Privacy & Terms – Google

# Ad personalization

If ad personalization is turned on, Google will use your information to make your ads more useful for you. For example, a website that sells mountain bikes might use Google's ad services. After you visit that site, you could see an ad for mountain bikes on a different site that shows ads served by Google.

If ad personalization is off, Google will not collect or use your information to create an ad profile or personalize the ads Google shows to you. You will still see ads, but they may not be as useful. Ads may still be based on the topic of the website or app you're looking at, your current search terms, or on your general location, but not on your interests, search history, or browsing history. Your information can still be used for the other purposes mentioned above, such as to measure the effectiveness of advertising and protect against fraud and abuse.

When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google. Regardless of your choice, Google will not personalize the ads you see if your ad personalization setting is off or your account is ineligible for personalized ads.

You can see and control what information we use to show you ads by visiting your ad settings.

# How you can control the information collected by Google on these sites and apps

Here are some of the ways you can control the information that is shared by your device when you visit or interact with sites and apps that use Google services:

- Ad Settings helps you control ads you see on Google services (such as Google Search or YouTube), or on non-Google websites and apps that use Google ad services. You can also learn how ads are personalized, opt out of ad personalization, and block specific advertisers.

- If you are signed in to your Google Account, and depending on your Account settings, My Activity allows you to review and control data that's created when you use Google services, including the information we collect from the sites and apps you have visited. You can browse by date and by topic, and delete part or all of your activity.

- Many websites and apps use Google Analytics to understand how visitors engage with their sites or apps. If you don't want Analytics to be used in your browser, you can install the Google Analytics browser add-on. Learn more about Google Analytics and privacy.

- Incognito mode in Chrome allows you to browse the web without recording webpages and files in your browser or Account history (unless you choose to sign in). Cookies are deleted after you've closed all of your incognito windows and tabs, and your bookmarks and settings are stored until you delete them. Learn more about cookies.

- Many browsers, including Chrome, allow you to block third-party cookies. You can also clear any existing cookies from within your browser. Learn more about managing cookies in Chrome.

The Wayback Machine - https://web.archive.org/web/20220701000241/https://policies.google.com/technologies/partn…



HOW GOOGLE USES INFORMATION FROM SITES OR APPS THAT USE OUR SERVICES

Many websites and apps use Google services to improve their content and keep it free. When they integrate our services, these sites and apps share information with Google.

For example, when you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising.

Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps. See our Privacy Policy to learn more about how we process data for each of these purposes and our Advertising page for more about Google ads, how your information is used in the context of advertising, and how long Google stores this information.

Our Privacy Policy explains the legal grounds Google relies upon to process your information — for example, we may process your information with your consent or to pursue legitimate interests such as providing, maintaining and improving our services to meet the needs of our users.

Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so.

# Ad personalization

If ad personalization is turned on, Google will use your information to make your ads more useful for you. For example, a website that sells mountain bikes might use Google's ad services. After you visit that site, you could see an ad for mountain bikes on a different site that shows ads served by Google.

If ad personalization is off, Google will not collect or use your information to create an ad profile or personalize the ads Google shows to you. You will still see ads, but they may not be as useful. Ads may still be based on the topic of the website or app you're looking at, your current search terms, or on your general location, but not on your interests, search history, or browsing history. Your information can still be used for the other purposes mentioned above, such as to measure the effectiveness of advertising and protect against fraud and abuse.

When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google. Regardless of your choice, Google will not personalize the ads you see if your ad personalization setting is off or your account is ineligible for personalized ads.

You can see and control what information we use to show you ads by visiting your ad settings.

# How you can control the information collected by Google on these sites and apps

Here are some of the ways you can control the information that is shared by your device when you visit or interact with sites and apps that use Google services:

- Ad Settings helps you control ads you see on Google services (such as Google Search or YouTube), or on non-Google websites and apps that use Google ad services. You can also learn how ads are personalized, opt out of ad personalization, and block specific advertisers.

- If you are signed in to your Google Account, and depending on your Account settings, My Activity allows you to review and control data that's created when you use Google services, including the information we collect from the sites and apps you have visited. You can browse by date and by topic, and delete part or all of your activity.

- Many websites and apps use Google Analytics to understand how visitors engage with their sites or apps. If you don't want Analytics to be used in your browser, you can install the Google Analytics browser add-on. Learn more about Google Analytics and privacy.

- Incognito mode in Chrome allows you to browse the web without recording webpages and files in your browser or Account history (unless you choose to sign in). Cookies are deleted after you've closed all of your incognito windows and tabs, and your bookmarks and settings are stored until you delete them. Learn more about cookies.

- Many browsers, including Chrome, allow you to block third-party cookies. You can also clear any existing cookies from within your browser. Learn more about managing cookies in Chrome.

Case 3:20-cv-04688-RS   Document 695-5   Filed 10/06/25   Page 19 of 30

The Wayback Machine - https://web.archive.org/web/20230706030718/https://policies.google.com/technologies/par...

UNITED DISTRICT COURT
N.D. CAL.

**G0963**

Case#: 3:20-CV-04688-RS

Google is experimenting with new ways of supporting the delivery and measurement of digital advertising in ways that better protect people's privacy online via Chrome's Privacy Sandbox initiative. Users that participate in Chrome's Privacy Sandbox Origin Trials may see relevant ads from Google based on Topics or FLEDGE data stored on, or shared with, their browser. Google may also measure ad performance using Attribution Reporting data stored on, or shared with, their browsers. More information on the Privacy Sandbox.

## HOW GOOGLE USES INFORMATION FROM SITES OR APPS THAT USE OUR SERVICES

Many websites and apps use Google services to improve their content and keep it free. When they integrate our services, these sites and apps share information with Google.

For example, when you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising.

Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps. See our Privacy Policy to learn more about how we process data for each of these purposes and our Advertising page for more about Google ads, how your information is used in the context of advertising, and how long Google stores this information.

Our Privacy Policy explains the legal grounds Google relies upon to process your information — for example, we may process your information with your consent or to pursue legitimate interests such as providing, maintaining and improving our services to meet the needs of our users.

Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so.

## Ad personalization

If ad personalization is turned on, Google will use your information to make your ads more useful for you. For example, a website that sells mountain bikes might use Google's ad services. After you visit that site, you could see an ad for mountain bikes on a different site that shows ads served by Google.

If ad personalization is off, Google will not collect or use your information to create an ad profile or personalize the ads Google shows to you. You will still see ads, but they may not be as useful. Ads may still be based on the topic of the website or app you're looking at, your current search terms, or on your general location, but not on your interests, search history, or browsing history. Your information can still be used for the other purposes mentioned above, such as to measure the effectiveness of advertising and protect against fraud and abuse.

When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google. Regardless of your choice, Google will not personalize the ads you see if your ad personalization setting is off or your account is ineligible for personalized ads.

You can see and control what information we use to show you ads by visiting your ad settings.

## How you can control the information collected by Google on these sites and apps

Here are some of the ways you can control the information that is shared by your device when you visit or interact with sites and apps that use Google services:

- Ad Settings helps you control ads you see on Google services (such as Google Search or YouTube), or on non-Google websites and apps that use Google ad services. You can also learn how ads are personalized, opt out of ad personalization, and block specific advertisers.

- If you are signed in to your Google Account, and depending on your Account settings, My Activity allows you to review and control data that's created when you use Google services, including the information we collect from the sites and apps you have visited. You can browse by date and by topic, and delete part or all of your activity.

- Many websites and apps use Google Analytics to understand how visitors engage with their sites or apps. If you don't want Analytics to be used in your browser, you can install the Google Analytics browser add-on. Learn more about Google Analytics and privacy.

- Incognito mode in Chrome allows you to browse the web without recording webpages and files in your browser or Account history (unless you choose to sign in). Cookies are deleted after you've closed all of your incognito windows and tabs, and your bookmarks and settings are stored until you delete them. Learn more about cookies.

- Many browsers, including Chrome, allow you to block third-party cookies. You can also clear any existing cookies from within your browser. Learn more about managing cookies in Chrome.

Case 3:20-cv-04688-RS    Document 695-5    Filed 10/06/25    Page 22 of 30

The Wayback Machine - https://web.archive.org/web/20240701000328/https://policies.google.com/technologies/par...



UNITED DISTRICT COURT
N.D. CAL.

**G0967**

Case#: 3:20-CV-04688-RS

Google advertising services are experimenting with new ways of supporting the delivery and measurement of digital advertising in ways that better protect people's privacy online via the Privacy Sandbox initiative on Chrome and Android. Users with the relevant Privacy Sandbox settings enabled in Chrome or Android may see relevant ads from Google's advertising services based on Topics or Protected Audience data stored on their browser or mobile device. Google's advertising services may also measure ad performance using Attribution Reporting data stored on their browser or mobile device. More information on the Privacy Sandbox.

### HOW GOOGLE USES INFORMATION FROM SITES OR APPS THAT USE OUR SERVICES

Many websites and apps use Google services to improve their content and keep it free. When they integrate our services, these sites and apps share information with Google.

For example, when you visit a website that uses advertising services like AdSense, including analytics tools like Google Analytics, or embeds video content from YouTube, your web browser automatically sends certain information to Google. This includes the URL of the page you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there. Apps that use Google advertising services also share information with Google, such as the name of the app and a unique identifier for advertising.

Google uses the information shared by sites and apps to deliver our services, maintain and improve them, develop new services, measure the effectiveness of advertising, protect against fraud and abuse, and personalize content and ads you see on Google and on our partners' sites and apps. See our Privacy Policy to learn more about how we process data for each of these purposes and our Advertising page for more about Google ads, how your information is used in the context of advertising, and how long Google stores this information.

Our Privacy Policy explains the legal grounds Google relies upon to process your information — for example, we may process your information with your consent or to pursue legitimate interests such as providing, maintaining and improving our services to meet the needs of our users.

Sometimes, when processing information shared with us by sites and apps, those sites and apps will ask for your consent before allowing Google to process your information. For example, a banner may appear on a site asking for consent for Google to process the information that site collects. When that happens, we will respect the purposes described in the consent you give to the site or app, rather than the legal grounds described in the Google Privacy Policy. If you want to change or withdraw your consent, you should visit the site or app in question to do so.

## Ad personalization

If ad personalization is turned on, Google will use your information to make your ads more useful for you. For example, a website that sells mountain bikes might use Google's ad services. After you visit that site, you could see an ad for mountain bikes on a different site that shows ads served by Google.

If ad personalization is off, Google will not collect or use your information to create an ad profile or personalize the ads Google shows to you. You will still see ads, but they may not be as useful. Ads may still be based on the topic of the website or app you're looking at, your current search terms, or on your general location, but not on your interests, search history, or browsing history. Your information can still be used for the other purposes mentioned above, such as to measure the effectiveness of advertising and protect against fraud and abuse.

When you interact with a website or app that uses Google services, you may be asked to choose whether you want to see personalized ads from ad providers, including Google. Regardless of your choice, Google will not personalize the ads you see if your ad personalization setting is off or your account is ineligible for personalized ads.

You can see and control what information we use to show you ads by visiting your ad settings.

## How you can control the information collected by Google on these sites and apps

7/10/25, 10:46 AM
Case 3:20-cv-04688-RS    Document 695-5    Filed 10/06/25    Page 24 of 30
How Google uses information from sites or apps that use our services – Privacy & Terms – Google

Here are some of the ways you can control the information that is shared by your device when you visit or interact with sites and apps that use Google services:

- Ad Settings helps you control ads you see on Google services (such as Google Search or YouTube), or on non-Google websites and apps that use Google ad services. You can also learn how ads are personalized, opt out of ad personalization, and block specific advertisers.

- If you are signed in to your Google Account, and depending on your Account settings, My Activity allows you to review and control data that's created when you use Google services, including the information we collect from the sites and apps you have visited. You can browse by date and by topic, and delete part or all of your activity.

- Many websites and apps use Google Analytics to understand how visitors engage with their sites or apps. If you don't want Analytics to be used in your browser, you can install the Google Analytics browser add-on. Learn more about Google Analytics and privacy.

- Incognito mode in Chrome allows you to browse the web without recording webpages and files in your browser or Account history (unless you choose to sign in). Cookies are deleted after you've closed all of your incognito windows and tabs, and your bookmarks and settings are stored until you delete them. Learn more about cookies. Using Incognito mode in Chrome or other private browsing modes does not prevent the collection of data when you visit websites that use Google services, and Google may still collect data when you visit websites using these browsers.

- Many browsers, including Chrome, allow you to block third-party cookies. You can also clear any existing cookies from within your browser. Learn more about managing cookies in Chrome.

https://web.archive.org/web/20160715145507/http://www.google.com/policies/privacy/partners     August 11, 2025 at 8:32 PM PDT
/

http://www.google.com/policies/privacy/partners/     Go     JUN **JUL** AUG
15,025 captures                                                       ◀ **15** ▶
5 Apr 2014 - 30 Jul 2025                                             2015 **2016** 2017     ▼ About this capture

**Google** Privacy & Terms

UNITED DISTRICT COURT
N.D. CAL.

# G0982

Case#: 3:20-CV-04688-RS

Overview   Privacy Policy   Terms of Service   Technologies and Principles   FAQ                    My Account

Privacy Policy

Self Regulatory Frameworks

Key terms

Partners

Updates

## How Google uses data when you use our partners' sites or apps

Many websites use Google technologies to improve their content and keep it free. When you visit a website that uses our advertising products (like AdSense), social products (like the +1 button), or analytics tools (Google Analytics), your web browser automatically sends certain information to Google. This includes, for example, the web address of the page that you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there.

Similarly, apps that partner with Google can send us information such as the name of the app and an identifier that helps us to determine which ads we've served to other apps on your device. If you are signed in to your Google Account, and depending on your Account settings, we may add that information to your Account, and treat it as personal information.

## How we use the information sent by your browser

When you visit websites or use apps that use Google technologies, we may use the information we receive from those websites and apps to, for example:

- Make ads more effective
- Provide reports of ads activity to advertisers and websites hosting the ads, and to ensure payment to those website publishers
- Help website and app owners using Google Analytics to understand how visitors engage with their sites or apps
- Improve your Google+ experience
- Detect and defend against fraud and other security risks to protect users and partners
- Meet our legal duties
- Improve our products

## How you can control the information sent to Google

For tips and advice on staying safe and managing your data online, visit the Google Safety Center.

Here are some of the ways you can control the information that is shared by your web browser when you visit or interact with Google services on partners' sites across the web:

- Ads Settings helps you control the ads by Google that you see across the web. You can learn how ads are selected for you, opt out of Ads Personalization, and block specific advertisers. Learn more about advertising.
- If you are signed in to your Google Account, and depending on your Account settings, you can see and edit some of the information we collect from the sites and apps you have visited.
- Many sites across the web use Google Analytics to understand how visitors engage with their sites or apps. If you don't want Analytics to be used in your browser, you can install the Google Analytics browser add-on. Learn more about Google Analytics and privacy.
- Google makes it easy for you to make recommendations for your friends - for example, by clicking the +1 button on content you like. Some of your +1s may show your name and Google+ profile photo in ads, but you can opt out if you don't want to appear in ads. You can also visit the +1 tab on your Google+ profile to review and manage all of your +1's. Learn more about how to get to your +1 tab.

**1**

• Incognito mode in Chrome allows you to browse the web without recording webpages and files in your browser history. Cookies are deleted after you've closed all of your incognito windows and tabs, and your bookmarks and settings are stored until you delete them. Learn more about cookies.

| Our legal policies | More information | | Additional resources |
|---|---|---|---|
| Privacy Policy | Technologies and Principles | How Google Wallet uses credit card numbers | My Account |
| Terms of Service | Advertising | How Google Voice works | Google Safety Center |
| FAQ | How Google uses cookies | How Google uses data when you use our partners' sites or apps | Google Product Privacy Guide |
| | How Google uses pattern recognition | | Your privacy, security, and controls |
| | Types of location data used by Google | | |

Google · About Google · Privacy · Terms

English

https://web.archive.org/web/20170716094021/http://www.google.com/policies/privacy/partners/    August 11, 2025 at 8:36 PM PDT

http://www.google.com/policies/privacy/partners/    Go

JUN **JUL** AUG

15,025 captures

**16**

5 Apr 2014 - 30 Jul 2025

2016 **2017** 2018

About this capture

## Google Privacy & Terms

UNITED DISTRICT COURT
N.D. CAL.

**G0986**

Case#: 3:20-CV-04688-RS

Overview    Privacy Policy    Terms of Service    Technologies and Principles    FAQ    My Account

Privacy Policy

Self Regulatory Frameworks

Key terms

Partners

Updates

## How Google uses data when you use our partners' sites or apps

Many websites use Google technologies to improve their content and keep it free. When you visit a website that uses our advertising products (like AdSense), social products (like the +1 button), or analytics tools (Google Analytics), your web browser automatically sends certain information to Google. This includes, for example, the web address of the page that you're visiting and your IP address. We may also set cookies on your browser or read cookies that are already there.

Similarly, apps that partner with Google can send us information such as the name of the app and an identifier that helps us to determine which ads we've served to other apps on your device. If you are signed in to your Google Account, and depending on your Account settings, we may add that information to your Account, and treat it as personal information.

## How we use the information sent by your browser

When you visit websites or use apps that use Google technologies, we may use the information we receive from those websites and apps to, for example:

- Make ads more effective
- Provide reports of ads activity to advertisers and websites hosting the ads, and to ensure payment to those website publishers
- Help website and app owners using Google Analytics to understand how visitors engage with their sites or apps
- Improve your Google+ experience
- Detect and defend against fraud and other security risks to protect users and partners
- Meet our legal duties
- Improve our products

## How you can control the information sent to Google

For tips and advice on staying safe and managing your data online, visit the Google Safety Center.

Here are some of the ways you can control the information that is shared by your web browser when you visit or interact with Google services on partners' sites across the web:

- Ads Settings helps you control the ads by Google that you see across the web. You can learn how ads are selected for you, opt out of Ads Personalization, and block specific advertisers. Learn more about advertising.
- If you are signed in to your Google Account, and depending on your Account settings, you can see and edit some of the information we collect from the sites and apps you have visited.
- Many sites across the web use Google Analytics to understand how visitors engage with their sites or apps. If you don't want Analytics to be used in your browser, you can install the Google Analytics browser add-on. Learn more about Google Analytics and privacy.
- Google makes it easy for you to make recommendations for your friends - for example, by clicking the +1 button on content you like. Some of your +1s may show your name and Google+ profile photo in ads, but you can opt out if you don't want to appear in ads. You can also visit the +1 tab on your Google+ profile to review and manage all of your +1's. Learn more about how to get to your +1 tab.
- Incognito mode in Chrome allows you to browse the web without recording webpages and files in your browser history. Cookies are deleted after you've closed all of your incognito windows and tabs, and your bookmarks and settings are stored until you delete them. Learn more about cookies.

**1**

## Our legal policies

Privacy Policy

Terms of Service

FAQ

## More information

Technologies and Principles

Advertising

How Google uses cookies

How Google uses pattern recognition

Types of location data used by Google

How Google Wallet uses credit card numbers

How Google Voice works

How Google uses data when you use our partners' sites or apps

## Additional resources

My Account

Google Safety Center

Google Product Privacy Guide

Your privacy, security, and controls

Google · About Google · Privacy · Terms

English

https://web.archive.org/web/20210510055719/https://support.google.com/websearch/answer/54068?hl=en&co=GENIE.Platform%3DAndroid#zippy=%2Cinfo-about-your-sear ches-and-other-activity-on-google-sites-apps-and-services%2Cinfo-about-your-browsing-and-other-activity-on-sites-apps-and-devices-that-use-google-services%2Caudio-recordings    August 13, 2025

INTERNET ARCHIVE
WayBackMachine
https://support.google.com/websearch/answer/54068?hl=en&co=GENIE.Platform%3DAndroid    Go    MAR  MAY  AUG
59 captures                                                                         10
27 Jul 2018 - 24 Jun 2025                                                      2020  2021  2022
About this capture

Help Center    Community    Announcements                              Google Search

# See & control your Web & App Activity

If Web & App Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences, like faster searches and more helpful app and content recommendations.

You can turn Web & App Activity off or delete past activity at any time.

Note: If you got your Google Account through work or school, you might need to contact your administrator to turn on the Web & App Activity additional service for your organization.

**Android**    Computer    iPhone & iPad

## Turn Web & App Activity on or off

1. On your Android phone or tablet, open your device's Settings app    Google    Manage your Google Account.
2. Tap Data & personalization.
3. Under "Activity controls," tap Web & App Activity.
4. Turn Web & App Activity on or off.
5. When Web & App Activity is on:
   - You can check the box next to "Include Chrome history and activity from websites and apps that use Google services." When this box is checked, you can control whether app activity from your device is saved. To choose whether app activity from your device is saved, turn Saves your activity from apps on this device on or off.
   - You can check the box next to "Include audio recordings."

Note: Some browsers and devices may have more settings that affect how this activity is saved.

## See or delete your activity

You can see and delete your Web & App Activity by visiting My Activity . Learn more about how to delete activity manually or set up automatic deletion.

## What's saved as Web & App Activity

Info about your searches and other activity on Google sites, apps, and services    ⌃

When Web & App Activity is on, Google saves information like:

- Searches and other things you do on Google products and services, like Maps and Play
- Your location, language, IP address, referrer, and whether you use a browser or an app
- Ads you click, or things you buy on an advertiser's site
- Information on your device like recent apps or contact names you searched for

Note: Activity could be saved even when you're offline.

Info about your browsing and other activity on sites, apps, and devices that use Google services    ⌃

When Web & App Activity is on, you can include additional activity like:

- Sites and apps that partner with Google to show ads
- Sites and apps that use Google services, including data that apps share with Google
- Your Chrome browsing history
- Android usage & diagnostics, like battery level and system errors

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include Chrome history and activity from sites, apps, and devices that use Google services" must be checked.

Your Chrome history is saved only if you're signed in to your Google Account and have Chrome Sync turned on. Learn about Chrome Sync.

Note: If you use a shared device or sign in with more than one account, activity might be saved to the default Aaccount on the browser or device you use.

**Help**

See & control your Web & App Activity

Understand & manage your location when you search on Google

Delete your activity

UNITED DISTRICT COURT
N.D. CAL.

# G1003

Case#: 3:20-CV-04688-RS

**Audio recordings** ^

> When Web & App Activity is on, you can include audio recordings from your interactions with Google Search, Assistant, and Maps as part of your activity. Learn about audio recordings.
>
> To let Google save this information:
>
> - Web & App Activity must be on.
> - The box next to "Include audio recordings" must be checked.

## How your saved activity is used

Learn more about how Google uses your saved activity ⧉ and helps keep it private.

For more information about how Google treats search queries generally, see the Privacy Policy FAQ ⧉ .

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how.

### Browser history

In the Activity controls ⧉ page, you can also check the box to "Include Chrome history and activity from sites, apps, and devices that use Google services." When this box is checked, you can control whether activity from your device is saved.

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on Chrome, Toolbar, Safari ⧉ , Internet Explorer ⧉ , or Firefox ⧉ .

🗩 Give feedback about this article

Was this helpful?     [ Yes ]     [ No ]

©2021 Google - Privacy Policy - Terms of Service

English ▾

**2**