COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF GOOGLE LLC'S MOTION TO DECERTIFY THE CLASS**<br><br>Dept:     3, 17th Fl.<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF PATCHEN ISO GOOGLE
LLC'S MOTION TO DECERTIFY THE CLASS
3:20-CV-04688-RS

I, Jonathan Patchen, hereby declare as follows:

1. I am a partner with the law firm Cooley LLP and am counsel for Defendant Google LLC in the above captioned action. I am duly licensed to practice law in the state of California and am admitted to practice before this Court. The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters. I submit this declaration in support of Google's Motion to Decertify the Class, filed concurrently herewith.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 20, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 25, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 26, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 27, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 28, 2025.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 29, 2025.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Plaintiffs' demonstrative slides shown during the trial in the above captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2025 at San Francisco, California.

/s/ Jonathan Patchen
Jonathan Patchen