# EXHIBIT 1

# TRIAL TRANSCRIPT
# AUGUST 20, 2025

**Volume 3**

**Pages 341 - 562**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

```
ANIBAL RODRIGUEZ, et al.,      )
individually and on behalf of  )
all others similarly situated, )
                               )
          Plaintiffs,          )
                               )
  VS.                          )  NO. 3:20-CV-04688 RS
                               )
GOOGLE LLC,                    )
                               )
          Defendant.           )
_____)
```

San Francisco, California
Wednesday, August 20, 2025

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
          BOIES SCHILLER FLEXNER LLP
          333 Main Street
          Armonk, New York 10504
    **BY: DAVID BOIES, ATTORNEY AT LAW**

          BOIES SCHILLER FLEXNER LLP
          2029 Century Park East, Suite 1520
          Los Angeles, California 90067
    **BY: ALISON L. ANDERSON, ATTORNEY AT LAW**

          BOIES SCHILLER FLEXNER LLP
          100 Southeast Second Street, Suite 2800
          Miami, Florida 33131
    **BY: JAMES W. LEE, ATTORNEY AT LAW**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

```
 1   Q.    Let's look -- so just read the first sentence for us.
 2   A.    Sure.
 3         [As read]:
 4             "Today (in Search, Maps, Assistant, et cetera)
 5         WAA off is logged the same as being signed out."
 6   Q.    Can you just explain to the jury what you mean by that?
 7   A.    Yeah.  The -- what this would mean is when you use
 8   products like Google Search, when you had WAA off, we would log
 9   those logs generated -- right? -- what responses the products
10   gave, but always to a de-identified ID that happened to be the
11   exact same ID as when you're using Google signed out of your
12   Google Account.
13   Q.    Now, can you read the next sentence?  It's a little long,
14   but we'll break it down.
15   A.    Sure.
16         [As read]:
17             "What the WAA-off temp personal logs project
18         will do" --
19   Q.    Sorry.  I think that's the fourth label for the same
20   project?
21   A.    Yes.  Sorry.  A lot of the same words, though.
22         What this project will do is [as read]:
23             -- "change that behavior to be aligned with what
24         YouTube, Play, Apps, and many other teams have done
25         for years with GAIA temp logs.  Instead of creating a
```

1  **A.**  Yes, I did.
2  **Q.**  I count 42 apps on this page.  Will you take my count on
3  that?
4  **A.**  Yes, I'll take your word.
5  **Q.**  All right.  You are aware, of course, that each of these
6  apps, all 42, had their own terms of service and privacy
7  policies; correct?
8  **A.**  Yes, they do.
9  **Q.**  As you sit here, you don't know all of the terms of
10 service and privacy policies for these 42 apps, of course; is
11 that fair?
12 **A.**  I don't know them by heart, but I'm sure the ones -- the
13 apps I frequently use, I've reviewed.
14 **Q.**  You would have reviewed the privacy policies and the terms
15 of service?
16 **A.**  In the -- in some --
17         **MR. LEE:**  Objection, Your Honor.  There's a
18 motion in limine on this.
19         **THE COURT:**  Not really, no.  Overruled.
20 **BY MR. ATTANASIO:**
21 **Q.**  Go ahead.
22 **A.**  Some of the big apps that I use that are large companies,
23 again, for example, Target, I may have reviewed, yes.
24 **Q.**  All right.  Which other ones would you have reviewed the
25 terms of service and privacy policies, other than Target?