# EXHIBIT 2

# TRIAL TRANSCRIPT
# AUGUST 25, 2025

**Volume 5**

**Pages 788 - 1017**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

```
ANIBAL RODRIGUEZ, et al.,        )
individually and on behalf of    )
all others similarly situated,   )
                                 )
          Plaintiffs,            )
                                 )
  VS.                            )   NO. 3:20-CV-04688 RS
                                 )
GOOGLE LLC,                      )
                                 )
          Defendant.             )
_____)
```

San Francisco, California
Monday, August 25, 2025

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
        BOIES SCHILLER FLEXNER LLP
        333 Main Street
        Armonk, New York 10504
   **BY: DAVID BOIES, ATTORNEY AT LAW**
        **ALEXANDER BOIES, ATTORNEY AT LAW**

        BOIES SCHILLER FLEXNER LLP
        2029 Century Park East, Suite 1520n
        Los Angeles, California 90067
   **BY: ALISON L. ANDERSON, ATTORNEY AT LAW**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

1  if there's privacy and I have control, but there is no privacy
2  and there is no control over that.
3  **Q.**   The jury's heard a lot about data that Google considers
4  personal information versus non-personal information.  Do you
5  remember that?
6  **A.**   Right.
7  **Q.**   All right.  Let's talk about the types of data Google
8  collects and uses when sWAA is off.
9       Based on your involvement in this case, your work on this
10 case, what are the types of data that Google collects when WAA
11 or sWAA is turned off?
12 **A.**   So it's -- to me, the way I look at it is it's like pieces
13 of a puzzle, in a sense.  So one piece, they have my device ID.
14 Another piece would be the apps I downloaded, which ones I
15 opened.  Another one would be gender.  Another one would be
16 age.  There's a lot of other ones as well that kind of just,
17 when you put it all together, it becomes -- it is me.
18 **Q.**   Right.
19      Is IP address one of those puzzle pieces?
20 **A.**   Yes.
21 **Q.**   Your location, is that a puzzle piece?
22 **A.**   Yes.
23 **Q.**   Device type, is that a puzzle piece?
24 **A.**   Yeah.
25 **Q.**   How about what language you speak?  Is that a puzzle

1  piece?
2  **A.**  Yes.
3  **Q.**  How about every single thing you've done on your apps with
4  these SDKs?  Is that a puzzle piece?
5  **A.**  It is.
6  **Q.**  What you read?
7  **A.**  Yes.
8  **Q.**  What pictures you looked at?
9  **A.**  Yep.
10 **Q.**  What you purchased?
11 **A.**  Yes.
12 **Q.**  Things you clicked on?
13 **A.**  Right.  Yes.
14 **Q.**  Now, when you put all these pieces together, even if a few
15 pieces are missing, is it obvious who the picture that the
16 puzzle forms is of?
17 **A.**  Yeah.  It's -- it's me.
18 **Q.**  Do you believe all of this information, these puzzle
19 pieces, are private?
20 **A.**  Yes, definitely.
21 **Q.**  Do you believe that information is personal?
22 **A.**  Very personal.
23 **Q.**  Let's talk about a few examples.  Did you ever use the
24 NightOwl Companion app while you had sWAA off?
25 **A.**  Yes.

| | |
|---|---|
| 1 | **Q.** What's that app for, Mr. Rodriguez? |
| 2 | **A.** It's an app for sleep apnea. |
| 3 | **Q.** Do you consider your sleep apnea a private and personal |
| 4 | matter? |
| 5 | **A.** Definitely it is. |
| 6 | **Q.** Did you ever use the MIPC camera app while sWAA was off? |
| 7 | **A.** Yes. |
| 8 | **Q.** And is that app for like home security? |
| 9 | **A.** Yes. It connects to my cameras in my home. |
| 10 | **Q.** Do you consider what you do for home security a private |
| 11 | and personal matter? |
| 12 | **A.** Oh, yeah, definitely. |
| 13 | **Q.** Did you ever use the Career Karma app while sWAA was off? |
| 14 | **A.** Yes. |
| 15 | **Q.** And what's that for? |
| 16 | **A.** That's an app that has -- it's a company that helps you |
| 17 | switch careers, and you get assigned a coach and they basically |
| 18 | help you with that. |
| 19 | **Q.** Do you consider whether you're looking for a new job |
| 20 | something that's private and personal to you? |
| 21 | **A.** Yes. |
| 22 | **Q.** Do you consider the name of your coach, your Career Karma |
| 23 | coach, private and personal to you? |
| 24 | **A.** Oh, yeah. |
| 25 | **Q.** Do you want Google knowing all these things? |

1  than just that.  I mean, with me specifically, it's pretty much
2  you know it's me.  My name's in there.  There -- I mean,
3  de-identified, it's how -- how is it de-identified if my name,
4  my email, my phone number is in there?  So in my case, it's --
5  it doesn't matter because it's all there.
6  **Q.**  So despite Mr. Monsees' testimony the other day that the
7  data was de-identified, that it didn't include names and email
8  addresses, it's your allegation that the puzzle pieces are all
9  there together?
10 **A.**  My name, my email address, my phone number is all there.
11 **Q.**  You testified on Friday that you had reviewed Google's
12 privacy policy; right, Mr. Rodriguez?
13 **A.**  On Friday?  Repeat the question.
14         **THE COURT:**  Thursday.
15 **BY MS. AGNOLUCCI:**
16 **Q.**  Yeah.  I know it's been a long weekend.
17         **THE COURT:**  Thursday.
18 **BY MS. AGNOLUCCI:**
19 **Q.**  We were all last here on Thursday.  I'm sorry.
20         You were here on the stand on Thursday; right?
21 **A.**  Right.
22 **Q.**  And you remember telling your lawyer that you had
23 carefully read Google's privacy policy?  Do you remember that?
24 **A.**  I did, yeah.
25 **Q.**  And he showed you parts of it on Thursday and then more

1  **Q.**   You use the Target app, don't you, Mr. Rodriguez?
2  **A.**   I do.
3  **Q.**   And you said in your deposition that you were fine with
4  Target knowing all the things that you were purchasing; right?
5  **A.**   Right, because they're using it for the app itself.
6  **Q.**   Do you remember saying, quote, "That's my deal with them,"
7  unquote?
8  **A.**   I probably said that, yes.
9  **Q.**   You made a deal with Target?
10 **A.**   I am working with Target with the specific app that I
11 downloaded, and I understand that they collect data for my
12 shopping experience.
13 **Q.**   And you reviewed and agreed to Target's privacy policy?
14 **A.**   Yes.
15 **Q.**   And as part of the deal with Target, you were okay with
16 them knowing all the things you purchased; right?
17 **A.**   Yes.
18 **Q.**   Why did you continue to use the Target app even though
19 Target told you that it was sharing your data with third
20 parties?
21 **A.**   Sharing with third parties, which would be Google.  I'm
22 not sure who else they -- they -- they shared it with.  But
23 that's the case here.  It's -- if -- we can go back to what I
24 said before, was that if I am telling Google not to collect it,
25 I expect Google not to collect it from Target.

1  **BY MS. AGNOLUCCI**
2  **Q.**  Mr. Rodriguez, please take a minute to read silently to
3  yourself the section in the middle of that page, starting with
4  the word "Other."
5  **A.**  Can you have somebody -- I'm sorry.  I don't know where
6  you want me to start.
7  **Q.**  The section that is blown up on the screen in front of
8  you.
9  **A.**  "Other Web" -- okay.  I got it.
10      (Witness examines document.)  Okay.  I see it.
11 **Q.**  Mr. Rodriguez, does the text in front of you help you
12 remember what you agreed to in Target's privacy policy?
13 **A.**  Yes.
14 **Q.**  And you understand that you agreed to the use of multiple
15 analytic services when you read and agreed to Target's privacy
16 policy?
17 **A.**  Right.
18 **Q.**  And those analytic services include Adobe Analytics;
19 right?
20 **A.**  Mm-hmm.
21 **Q.**  And those include Google Analytics?
22 **A.**  Right.
23 **Q.**  Yes?
24 **A.**  Right.
25 **Q.**  You agreed to that?

1  **A.**  That's what it says here, yeah.
2  **Q.**  And it also says that you agreed to Target sharing your
3  data with an analytics company called Crazy Egg. Do you see
4  that?
5  **A.**  Yes.
6  **Q.**  Do you know what Crazy Egg is?
7  **A.**  I don't.
8  **Q.**  You don't?
9  **A.**  I don't know what Crazy Egg is.
10 **Q.**  But you agree that the language you are looking at on the
11 screen was part of your deal with Google -- with Target?
12 **A.**  With -- with Target, right.
13 **Q.**  I keep calling Target Google. I'm sorry.
14 **A.**  That's okay.
15 **Q.**  Part of your deal with Target was that Target was sharing
16 your data with third parties, including Google Analytics?
17 **A.**  Right.
18 **Q.**  And Crazy Egg?
19 **A.**  Right.
20 **Q.**  And Adobe Analytics?
21 **A.**  Right.
22 **Q.**  And you were okay with all of that?
23 **A.**  They're just getting my -- they're just getting my data
24 from Target alone. That's -- I mean, they're not -- they --
25 they're not saying they're getting all my app information from

1  my phone.
2       So -- and, again, going back, it's -- it's like you said,
3  my deal was with Target and Google.  So if Google is -- if I
4  made a deal with Google, saying, "Don't collect data from this
5  specific app or all apps on my phone," I think Google should
6  honor that.
7       Now, if we're talking about the other analytics companies
8  that are within this here, if they're sharing that with that
9  company, it's just that data from Target alone, not all my
10 apps.  So I wouldn't see a problem specifically for the Target
11 app.
12 **Q.**  You had no problem with the Target app sharing your data
13 with Google Analytics, Adobe Analytics, or Crazy Egg; right?
14 **A.**  If -- if -- understanding how -- how I see things and what
15 I learned, I don't think it was a big deal.
16 **Q.**  Not a big deal?
17 **A.**  Not with -- not sharing my Target information, my Target
18 activity, with the analytics company.  I don't think that's an
19 issue.  I think, again, it's more -- if we're talking about
20 what the problem here is, it's more Google gathering all the
21 data from all my apps to kind of paint a picture of who I am.
22 **Q.**  You testified on Thursday -- I got it right -- that you're
23 starting a new job this week; right, Mr. Rodriguez?
24 **A.**  Yes.
25 **Q.**  And you took professional development courses to help you

1  Google Accounts, and your Android phones; right?
2  **A.** To me, right.
3  **Q.** But you allowed your son to use his Android phone after
4  you filed this complaint the same way he had used it before;
5  right?
6  **A.** What do you mean?  Like, after I found out about this, I
7  let him use the phone?
8  **Q.** In the same way that he had always used it; right?
9  **A.** Right.  He's very young.  They're not using any apps like
10 I am.  They really just used it for playing games and watching
11 videos and stuff like that.
12 **Q.** Well, you remember testifying in your deposition that he
13 did use apps and that you didn't ask him to change his behavior
14 on any of those apps?  Do you remember that?
15 **A.** I know it's video games.  I'm not sure what apps he was
16 using.
17 **Q.** You're not sure what apps he was using?
18 **A.** Right.  The apps that you're saying that I said in my
19 deposition, I'm not sure what was said there.
20 **Q.** And do you remember being asked if you allowed your sons
21 to install new apps since filing your complaint?
22 **A.** Yes.  So I do -- me and my wife, we both make sure that
23 when they're doing stuff on their phones or downloading stuff,
24 I am aware.  And I do periodically look at his phone just to
25 make sure that, you know, it's nothing crazy going on.  And,

1    again, he's young.  They're both young.  And me and my wife
2    both do the same thing.  So I think, you know, we do a good
3    job.
4         I don't -- I mean, and I apologize.  I know you mentioned
5    that you don't -- want to be sensitive here, but it's kind of
6    like I feel like you're saying that I'm a bad father of some
7    sort, and I don't agree with that.
8    **Q.**   Mr. Rodriguez, I have no idea what apps are on my
9    children's phones, so I'm not casting any aspersions.
10        I'm just trying to understand and confirm the deposition
11   testimony that you allowed them to install apps, you didn't
12   tell them to change their behavior, and you weren't really
13   checking which apps were being installed.  And that's just my
14   last question.
15   **A.**   I did check what was being installed, and I believe I did
16   turn off WAA and sWAA on their phones.
17        But, again, I mean, these are their phones.  This is what
18   they do.  They play on their phones.  They play games.  They
19   watch videos.  And really I don't understand, how can I prevent
20   that?
21        I mean, right now I would say at that time, if there's any
22   data being collected, it's a five-year-old and a ten-year-old
23   at the time.  And, again, they're not using the phone the same
24   way as I would, where you can kind of put the pieces of the
25   puzzle together and know who I am.  I think you would say it's

```
 1   a five-year-old and a ten-year-old, and I don't think there's
 2   much information that you can actually gather from that.  It's
 3   just kids playing on a phone.  It's not using apps like an
 4   adult uses an app.
 5            MS. AGNOLUCCI:  No further questions, Mr. Rodriguez.
 6   Thank you.
 7            THE COURT:  Mr. Lee?
 8                        REDIRECT EXAMINATION
 9   BY MR. LEE:
10   Q.  Just one moment, Mr. Rodriguez.  Bear with me.
11   A.  Hurry up.  Just playing.
12                      (Pause in proceedings.)
13   BY MR. LEE:
14   Q.  Okay.  I'm just going to try and tick through these as
15   quickly as possible to get you out of here.
16   A.  Okay.
17   Q.  All right?
18       You were asked by Google's counsel whether you remembered
19   what -- whether you recognize what sWAA, or supplemental app
20   activity, was during your deposition.  Do you remember her
21   asking about that?
22   A.  Right.
23   Q.  And you understand that the lawyers talk about WAA and
24   sWAA at this trial, and sometimes Google calls it supplemental
25   app activity.  You remember that; right?
```