# EXHIBIT 7

# PLAINTIFFS' DEMONSTRATIVE SLIDES

# Anibal Rodriguez: Third-Party Apps With Google SDK

- Acorns
- Alarm Clock for Me
- Alibaba
- AliExpress
- Amazon Prime Video
- American Airlines
- Applebee's
- Avast Antivirus
- Best Buy
- Call of Duty
- Canva
- Chili's
- ClassDojo
- Craigslist
- Current
- Dairy Queen
- Domino's
- DoorDash
- Dosh
- Dropbox
- eBay
- Facebook
- Fair
- Fulldive VR
- GIPHY
- Glassdoor
- GoMLS Miami
- GoodRx
- GrubHub
- Indeed Job Search
- Instacart
- Instagram
- Jimmy John's
- LinkedIn
- Little Caesars
- Lyft
- McDonald's
- Udemy
- USPS Mobile
- Walmart
- WhatsApp
- Wish
- WordPress
- Xfinity Mobile
- Xfinity My Account
- Yelp
- Zelle
- Zillow
- ZipRecruiter
- Zoho Mail
- Microsoft Authenticator
- MX Player
- myCigna
- Netflix
- Nextdoor
- Noom
- OfferUp
- Outlook
- ParkMobile
- PayPal
- Pollo Tropical
- Postmates
- Publix
- RaceTrac
- RAR
- Realtor.com
- Repost (for Instagram)
- Robinhood
- Samsung Member
- Samsung Print Service Plugin
- Sezzle
- Shazam
- Skillshare
- Slack
- Sleep Cycle
- Slingshot Stunt Driver
- Sonos S1
- SoundCloud
- Stack Colors
- Stash
- Steam
- Sweatcoin
- Target
- Tiles Hop
- Turbo
- Uber
- Uber Eats

1

# Julian Santiago: Third-Party Apps With Google SDK

- Acorns
- AllTrails
- Calm
- Cash App
- Discord
- Duo
- Duolingo
- E*Trade
- eBay
- ESPN Fantasy
- Facebook
- Fundrise
- Gametime
- Glassdoor

- Groupon
- MapMyRide
- Marcus
- Nextdoor
- NFL
- NPR One
- Oak
- OpenTable
- PayByPhone
- PayPal
- Pinterest
- Pomodoro
- Publix
- Robinhood

- SeatGeek
- Shazam
- SoundCloud
- Spotify
- StubHub
- Target
- The Economist
- The Weather Channel
- Ticketmaster
- Twitter
- Venmo
- Vivino
- Zillow
- ZipRecruiter

3