COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL B. MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[Proposed] Order Granting Defendant Google LLC's Motion For Decertification**<br><br>Dept:    3, 17th Fl.<br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

Before the Court is Google LLC's ("Google") Motion for Decertification (the "Motion"). Having considered the Motion, all testimony and evidence submitted at trial, and such other matters as the Court may consider, the Court finds that class treatment is improper under Federal Rule of Civil Procedure 23.

Accordingly, Google's Motion is GRANTED. It is hereby ordered that both Class 1 (the "Android Class") and Class 2 (the "Non-Android Class") are decertified pursuant to Federal Rule of Civil Procedure 23(c)(1)(C) as to Plaintiffs' invasion of privacy and intrusion upon seclusion claims (the "Privacy Claims"). The jury's verdict as to the Privacy Claims is hereby VACATED.

**IT IS SO ORDERED.**

Dated: _____   _____
HON. RICHARD SEEBORG
Chief United States District Judge