| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>Alexander Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs respectfully as the Court to consider whether Google LLC's ("Google") material should be sealed.  Although portions of these materials were made public at trial, Plaintiffs' filings contain materials that Google has designated as confidential under the parties' protective order.  The material is included within Plaintiffs' Motion for Permanent Injunction and Disgorgement of Profits.

| Document or Portion of Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Mao Declaration, Exhibit 3 – Google's Supplemental Objections and Responses to Plaintiffs' Interrogatories, Set 6 (Nos. 12, 16, & 17) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 4 – Excerpts of the Deposition of David Monsees (September 15, 2022) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 9 – Excerpts of the Deposition of Michael J. Lasinski (June 29, 2023) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 11 – Excerpts of the Deposition of Christopher R. Knittel (July 11, 2023) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 12 – Second Supplemental Expert Report of Michael J. Lasinski (April 25, 2025) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 13 – Supplemental Rebuttal Expert Report of Christopher R. Knittel (June 19, 2025) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 14 – Google's Second | Google | Entirety | Material Designated "Confidential" or "Highly |

| | | | |
|---|---|---|---|
| Supplemental Objections and Responses to Plaintiffs' Interrogatories, Set 6 | | | Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 15 – Excerpts of the Deposition of Steve Ganem (October 28, 2022) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 16 – Google's Responses and Objections to Plaintiffs' Request for Production of Documents, Set 8 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 17 – Emails Between Counsel Re: Documents that Google Produced | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 18 – Document that Google produced with Bates Label GOOG-RDGZ-00067396 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Mao Declaration, Exhibit 20 – Supplemental Expert Report of Michael J. Lasinski (January 3, 2025) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |

Dated: October 22, 2025

By /s/ Mark C. Mao
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com

Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (*pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP

333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison Anderson (CA Bar No. 275334)
aanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5720
Facsimile: (213) 629-9022

Amanda Bonn (CA Bar No. 270891)

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Bill Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com
Shawn J. Rabin (*pro hac vice*)
srabin@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
Alexander P. Frawley (*pro hac vice*)
afrawley@susmangodfrey.com
Ryan Sila (*pro hac vice*)
rsila@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com

Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
Kenya J. Reddy (*pro hac vice*)
kreddy@forthepeople.com
MORGAN & MORGAN, P.A.
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4736

Michael F. Ram, CA Bar No. 104805
mram@forthepeople.com
MORGAN & MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913

*Attorneys for Plaintiffs*