| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (admitted pro hac vice)<br>Alexander Boies (admitted pro hac vice)<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br><br>Mark C. Mao, CA Bar No. 236165<br>Beko Reblitz-Richardson, CA Bar No. 238027<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted pro hac vice)<br>Rossana Baeza (admitted pro hac vice)<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson, CA Bar No. 275334<br>M. Logan Wright, CA Bar No. 349004<br>725 S Figueroa St., 31st Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com | **SUSMAN GODFREY L.L.P.**<br>Bill Carmody (admitted pro hac vice)<br>Shawn J. Rabin (admitted pro hac vice)<br>Steven M. Shepard (admitted pro hac vice)<br>Alexander Frawley (admitted pro hac vice)<br>Ryan Sila (admitted pro hac vice)<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Tel.: (212) 336-8330<br>bcarmody@susmangodfrey.com<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>afrawley@susmangodfrey.com<br>rsila@susmangodfrey.com<br><br>Amanda K. Bonn, CA Bar No. 270891<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (admitted pro hac vice)<br>Ryan J. McGee (admitted pro hac vice)<br>Michael F. Ram, CA Bar No. 104805<br>201 N Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>mram@forthepeople.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**DECLARATION OF MARK MAO IN SUPPORT OF PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND DISGORGEMENT OF PROFITS**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor |

**DECLARATION OF MARK MAO**

I, Mark Mao, declare as follows.

1. I am a partner with the law firm of Boies Schiller Flexner LLP ("BSF"), counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' Motion for Permanent Injunction and Disgorgement of Profits.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Google's current Privacy Policy, effective July 1, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Google's current WAA Help Page.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Google's Supplemental Responses and Objections to Plaintiff's Interrogatories, Set Six, dated November 1, 2022.

6. Attached hereto as **Exhibit 4** are true and correct excerpts from the transcript of the deposition of Google employee (and trial witness) David Monsees, taken by Plaintiffs on September 15, 2022.

7. Attached hereto as **Exhibit 5** is a copy of the clip report reflecting the portion of former Google employee Eric Miraglia's October 25, 2022 deposition testimony that was played at trial in this matter on August 26, 2025. This document was marked for identification as PX-388. *See* Tr. 1429:22-24.

8. Attached hereto as **Exhibit 6** is Plaintiffs' proposed permanent injunction.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an article published by Forbes, *Google Confirms It Has Been Hacked – What User Data Has Been Stolen*, by Davey Winder, dated August 9, 2025.

DECLARATION OF MARK MAO ISO PLAINTIFFS' MOTION FOR
PERMANENT INJUNCTION AND DISGORGEMENT OF PROFITS
1

10. Attached hereto as **Exhibit 8** is a true and correct copy of the current version of Google's "Activity controls" webpage.

11. Attached hereto as **Exhibit 9** are true and correct excerpts from transcript of the deposition of Plaintiffs' damages expert (and trial witness) Michael Lasinski, taken by Google on June 29, 2023.

12. Attached hereto as **Exhibit 10** is a copy of the clip report reflecting the portion of Google CEO Sundar Pichai's December 11, 2018 Congressional testimony that was played at trial in this matter on August 19, 2025 . This document was marked for identification as PX-45. *See* Tr. 360:7-9.

13. Attached hereto as **Exhibit 11** are true and correct excerpts from the deposition transcript of Google's damages expert (and trial witness) Christopher R. Knittel, taken by Plaintiffs on July 11, 2023.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Michael Lasinski's (Plaintiffs' damages expert) Second Supplemental Expert Report, dated April 25, 2025.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Supplemental Rebuttal Expert Report of Christopher R. Knittel (Google's damages expert), dated June 19, 2025.

16. Attached hereto as **Exhibit 14** is a true and correct excerpt of Google's Second Supplemental Responses to Plaintiffs' Interrogatories, Set Six, dated February 14, 2023.

17. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the deposition transcript of Google employee (and trial witness) Steve Ganem, taken by Plaintiffs on October 28, 2022.

18. Attached hereto as **Exhibit 16** is a true and correct copy of Google's Responses and Objections to Plaintiff's Requests for Production of Documents, Set Eight, dated July 13, 2022.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an email exchange between Google's counsel and Plaintiffs' counsel, dated August 16, 2022.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a document that Google produced in discovery, labeled GOOG-RDGZ-00067396. Plaintiffs' damages expert Michael Lasinski discussed and relied on this document during his trial testimony. Tr. 892:10–13.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the Annual Form 10-K, for Alphabet Inc., for the fiscal year ended December 31, 2020.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Supplemental Expert Report of Michael J. Lasinski, dated January 3, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of October, 2025, at San Francisco, California.

*/s/ Mark Mao*