# Exhibit #2

## Find & control your Web & App Activity

Web & App Activity saves your searches and activity from other Google services in your Google Account. You may get more personalized experiences, like:

- Faster searches
- More helpful apps
- Content recommendations

You can turn Web & App Activity off or delete past activity at any time.

**Tip:** If you got your Google Account through your employer or educational institution, in order for your organization to use this service, you might need to ask your administrator to turn on Web & App Activity.

**Computer**     Android     iPhone & iPad

## Turn Web & App Activity on or off

1. On your computer, go to the Activity controls page. You may be asked to sign in to your Google Account.
2. Turn **Web & App Activity** on or off.
3. When **Web & App Activity** is on:
   - You can check the box next to "Include Chrome history and activity from sites, apps, and devices that use Google services."
   - You can check the box next to "Include voice and audio activity."
4. When you turn Web & App Activity off:
   - Select **Turn off**, then choose to **Turn off** or **Turn off and delete activity**.
   - If you choose **Turn off and delete activity**, follow the steps to select and confirm what activity you want to delete.

**Tip:** Some browsers and devices may have more settings that affect how this activity is saved.

## Find or delete Web & App Activity on My Google Activity

You can find and delete your Web & App Activity on My Google Activity.

- Learn how to delete activity manually.
- Learn how to set up automatic deletion.

**Tip:** To add more security, you can require an extra verification step to view your full history in My Activity.

## What's saved as Web & App Activity

Info about your searches & other activity

Info about your browsing and other activity on sites, apps, and devices that use Google services

When Web & App Activity is on, you can include additional activity like:

- Sites and apps that partner with Google to show ads
- Sites and apps that use Google services, including data that apps share with Google

- Your Chrome browsing history
- Android usage & diagnostics, like battery level and system errors

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include Chrome history and activity from sites, apps, and devices that use Google services" must be checked.

Your Chrome history is saved only if you're signed in to Chrome and syncing your history. Learn about signing in to Chrome.

**Note:** If you use a shared device or sign in with more than one account, activity might be saved to the default account on the browser or device you use.

Audio recordings

Visual Search History

## How your saved activity is used

When your Web & App Activity is turned on, you get Google Search results tailored for you based on things like your activity and other data saved to your Google Account. Personalization is only used if it can provide more relevant and helpful information. This page explains how Google shows personalized results and how to control them.

If Web & App Activity is on, Google can use, and infer interests from, this data to give you more personalized experiences. Google can also use this data to improve and develop its services, track outages, and prevent fraud and abuse.

Learn more about how Google uses your saved activity and helps keep it private.

For more information about how Google treats search queries generally, review the Privacy Policy FAQ.

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how to browse in Incognito mode.

## Browser history

To control whether your device saves your activity:

1. Go to the Activity controls page.
2. Check the box next to "Include Chrome history and activity from sites, apps, and devices that use Google services."

Your browser may also save your searches and the sites you visit. Learn how to delete your history on:

- Chrome
- Safari
- Firefox

## Related resources

- How Google helps you delete data from your account

- Manage your Google data with My Activity
- Delete your activity
- Find, control & delete the info in your Google Account
- Access & control activity in your account

---

### Need more help?
Try these next steps:

**Post to the help community**
Get answers from community members