# Exhibit #8

   

# Activity controls

The data saved in your account helps give you more personalized experiences across all Google services. Choose which settings will save data in your Google Account.

 **Safer with Google**
You control what data gets saved to your account. Learn more



## Web & App Activity

Saves your activity on Google sites and apps, including associated info like location, to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services. Learn more about Web & App Activity

 Off

Off since October 22, 2025

Turn on

### See and delete activity

      

### Subsettings

☐ Include Chrome history and activity from sites, apps, and devices that use Google services

☐ Include voice and audio activity. Learn more

☐ Include Visual Search History

### Auto-delete (Off)

 Account  

Manage all Web & App Activity 



### Timeline

Helps you go back in time, and remember where you've been, by automatically saving your visits and routes to a map on each of your devices. Learn more about Timeline

 On
On since August 6, 2025

Turn off 

**Subsettings**

☐ Help businesses estimate if their ads are effective, based on Timeline

☐ Share Timeline edits and related data to improve your experience

☐ Personalize your Google Opinion Rewards surveys, based on your Timeline data

Devices on this account 

### Backup (Off)

 Not backing up data

To manage backup for a specific device, go to Timeline in the Google Maps app. Learn more

### Auto-delete (On)

 Google Account 



YouTube History

Saves the YouTube videos you watch and the things you search for on YouTube to give you better recommendations, remember where you left off, and more. Learn more about YouTube History

Off  
A subsetting was last updated on January 14, 2024

Turn on

Subsettings

☐ Include the YouTube videos you watch

☐ Include your searches on YouTube

Auto-delete (Not applicable)

You have no activity to delete. Turn on YouTube History to choose an auto-delete option

Manage history

Personalized ads

You can choose whether the ads you see on Google services and partner sites are personalized.

 Account 

✓ Ad personalization is on

| Partner ad settings
Options for ads on sites and apps that partner with Google    >

We protect your privacy. Content from Drive, Gmail, and Photos is never used for any ads purposes.



You can find more privacy and security settings in your Google Account



Go to your Google Account