**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
Alexander Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**DECLARATION OF JONATHAN HOCHMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND DISGORGEMENT OF PROFITS**<br><br>The Honorable Richard Seeborg<br>Courtroom 3 – 17th Floor |

1

DECLARATION OF JONATHAN HOCHMAN
CASE NO. 3:20-CV-04688-RS

I, Dr. Jonathan Hochman, declare as follows:

1. I submit this declaration in connection with Plaintiffs' Motion for Permanent Injunction and Disgorgement of Profits. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Plaintiffs' counsel asked me to re-test the applications examined in connection with Appendix G of my opening expert report (Dkt. 314-7) to determine whether the at-issue sWAA-off data collection by Google appears to have changed since the trial or if the conduct appears to be ongoing.

3. This was the same testing conducted before, utilizing a Google account with sWAA off and capturing the network activity originating from the device using a combination of HTTPToolkit (for Android) and Charles Proxy (for iOS) and then utilizing the User Agent header combined with the decoded request bodies to determine whether Google continues to engage in the same sWAA-off data collection as before.

4. I have observed no material differences when comparing the findings I outlined in Appendix G of my opening report to this additional testing, which shows that Google continues to engage in the same sWAA-off data collection practices challenged at trial.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: October 22, 2025.

/s/ Jonathan Hochman

Dr. Jonathan Hochman