| | |
|---|---|
| **COOLEY LLP**<br>BENEDICT Y. HUR (224018)<br>  bhur@cooley.com<br>SIMONA AGNOLUCCI (246943)<br>  sagnolucci@cooley.com<br>EDUARDO E. SANTACANA (281668)<br>  esantacana@cooley.com<br>JONATHAN PATCHEN (237346)<br>  jpatchen@cooley.com<br>ARGEMIRA FLOREZ (331153)<br>  aflorez@cooley.com<br>NAIARA TOKER (346145)<br>  ntoker@cooley.com<br>HARRIS MATEEN (335593)<br>  hmateen@cooley.com<br>THILINI CHANDRASEKERA (333672)<br>  tchandrasekera@cooley.com<br>ISABELLA MCKINELY CORBO (346226)<br>  icorbo@cooley.com<br>CHELSEA HU (357212)<br>  chu@cooley.com<br>MICHAEL B. MORIZONO (359395)<br>  mmorizono@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-40004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant<br>GOOGLE LLC | **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293-6858<br>Fax: (415) 999-9695<br><br>**SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br><br>**MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER FOR OMNIBUS MOTION TO SEAL PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND DISGORGEMENT OF PROFITS BRIEFING**<br><br>Judge:   Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

[Proposed] Order
3:20-CV-04688-RS

Pursuant to stipulation of the Parties, the Court hereby ORDERS as follows:

The briefing schedule on the Parties' motion to seal all materials filed under seal in connection with Plaintiffs' Motion for Permanent Injunction and Disgorgement of Profits Briefing (Dkt. 700) shall be as follows:

| Event | Deadline |
|---|---|
| Omnibus Motion to Seal all materials filed under seal in connection with the Plaintiffs' Motion for Permanent Injunction and Disgorgement of Profits briefing (Dkt. 700) | December 11, 2025 |
| Response to Omnibus Motion to Seal | December 15, 2025 |

**IT IS SO ORDERED.**

Dated: _____       _____
HON. RICHARD SEEBORG
United States District Judge