COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF DAVID MONSEES IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND DISGORGEMENT OF PROFITS**<br><br>Dept:    3, 17th Fl.<br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MONSEES DECL. ISO OPP. TO PLS.' MOT.
FOR PERM. INJ. & DISGORGEMENT
3:20-CV-04688-RS

I, David Monsees, hereby declare as follows:

1. I am a senior product manager at Google LLC ("Google") with supervisory authority concerning Web & App Activity (WAA).

2. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

3. I submit this declaration in support of Google's Opposition to Plaintiffs' Motion for Permanent Injunction and Disgorgement of Profits. I have reviewed Plaintiffs' Proposed Permanent Injunction (Dkt. 700-5) (hereinafter "Proposed Injunction"), which I understand Plaintiffs filed with their Motion for Permanent Injunction and Disgorgement of Profits (Dkt. 700) ("Motion").

4. I am familiar with the Activity Controls page, which is a privacy surface from which users can control their Web & App Activity ("WAA") and supplemental Web & App Activity ("sWAA") settings. A copy of the Activity Controls page that was shown to the jury during the trial in this matter as PX-084 is attached hereto as **Exhibit A**.

5. Starting on Thursday, November 13, 2025, Google began rolling out updates to the paragraph at the top of its Activity Controls page to include the following language: "These settings help tailor your experiences across Google services when you use your Google Account. Google always collects, uses, and processes data in accordance with the Google Privacy Policy. For example, regardless of these settings, Google can collect and use data that is not associated with your account." This update was completed on November 17, 2025. A copy of that screen is reflected in the image below, with the referenced language highlighted, and attached hereto as **Exhibit B**.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

MONSEES DECL. ISO OPP. TO PLS.' MOT.
FOR PERM. INJ. & DISGORGEMENT
3:20-CV-04688-RS



6. When a user presses the "Turn off" button under the WAA heading on the Activity Controls page above in paragraph 5, a screen pops up that explains to the user what turning off the WAA setting will mean (the "WAA revocation"). A copy of the WAA revocation text that was shown to the jury during the trial in this matter as G0607 is attached hereto as **Exhibit C** at 6.

7. Starting on Thursday, November 13, 2025, Google began rolling out updates to the text of the WAA revocation screen to include the following language: "Google always collects, uses, and processes data in accordance with the Google Privacy Policy. For example, even when this setting is off, Google may still collect and use data that is not associated with your account."

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

MONSEES DECL. ISO OPP. TO PLS.' MOT.
FOR PERM. INJ. & DISGORGEMENT
3:20-CV-04688-RS

1   This update was completed on November 17, 2025. A copy of that screen is reflected in the image

2   below, with the referenced language highlighted, and attached hereto as **Exhibit D**.



8.      If a user wants to turn WAA on, they can use the button under the WAA heading on the Activity Controls page described and depicted in paragraph 5 (the button on the image in paragraph 5 says "Turn off," but if a user's WAA setting was off, then the button would read, "Turn on"). When a user presses that "Turn on" button, a screen pops up that explains to the user what turning on the WAA setting will mean (the "WAA opt-in"). A copy of the WAA opt-in text that was shown to the jury during the trial in this matter as G0607 is attached hereto as Exhibit C at 2.

9.      Starting on Thursday, November 13, 2025, Google began rolling out updates to the text of the WAA opt-in screen to include the following language: "Google always collects, uses,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

MONSEES DECL. ISO OPP. TO PLS.' MOT.
FOR PERM. INJ. & DISGORGEMENT
3:20-CV-04688-RS

and processes data in accordance with the Google Privacy Policy. For example, even when this setting is off, Google may still collect and use data that is not associated with your account." This update was completed on November 17, 2025. A copy of that screen is reflected in the images below, with the referenced language highlighted, and attached hereto as **Exhibit E**.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

MONSEES DECL. ISO OPP. TO PLS.' MOT.
FOR PERM. INJ. & DISGORGEMENT
3:20-CV-04688-RS

10. The first category under the "Subsettings" heading in the Activity Controls page as shown in paragraph 5, which reads, "Include Chrome history and activity from sites, apps, and devices that use Google services," is called supplemental Web & App Activity (sWAA). When a user unchecks that sWAA button, a screen pops up that explains to the user what turning off the sWAA setting will mean (the "sWAA revocation"). A copy of the sWAA revocation text that was shown to the jury during the trial in this matter as G0607 is attached hereto as Exhibit C at 6-7.

11. Starting on Thursday, November 13, 2025, Google began rolling out updates to the text of the sWAA revocation screen to include the following language: "Google always collects, uses, and processes data in accordance with the Google Privacy Policy. For example, even when this setting is off, Google may still collect and use data that is not associated with your account." This update was completed on November 17, 2025. A copy of that screen is reflected in the image below, with the referenced language highlighted, and attached hereto as **Exhibit F**.



12. If a user wants to turn sWAA on, then they can re-check the box corresponding with the subsetting on the Activity Controls page in paragraph 5 (the box in the image in paragraph 5 is checked, but if a user's sWAA setting was off, then the box would be unchecked). When a user checks that button, a screen pops up that explains to the user what turning on the sWAA setting will mean (the "sWAA opt-in"). A copy of the sWAA opt-in that was shown to the jury during the trial in this matter as G0607 is attached hereto as Exhibit C at 4.

13. Starting on Thursday, November 13, 2025, Google began rolling out updates to the text of the sWAA opt-in screen to include the following language: "Google always collects, uses, and processes data in accordance with the Google Privacy Policy. For example, even when this setting is off, Google may still collect and use data that is not associated with your account." This update was completed on November 17, 2025. A copy of that screen is reflected in the image below, with the referenced language highlighted, and attached hereto as **Exhibit G**.

### Include additional Web & App Activity?

**Saves your additional activity in your Web & App Activity**

This setting saves your activity from some sites, apps, and devices that use Google services, like visits to websites that partner with Google to run ads and your browsing on Chrome (if Chrome Sync is turned on), in your Web & App Activity in your Google Account.

Your additional Web & App Activity data is used to tailor your experience across Google services. Google can also use your data for other purposes as described in the Google Privacy Policy, such as improving our services.

**Change your settings or delete data at anytime**

You can visit activity.google.com to turn off this setting or view, delete, and download your additional Web & App Activity data. Your data will be kept until you delete it, based on your Web & App Activity auto-delete option, which you can change at any time. Data you keep can be used even when this setting is off.

To choose whether the ads you see are personalized based on your activity on sites and apps, go to g.co/myadcenter. Personalized ads are currently off.

**Data Google still collects and why**

==Google always collects, uses, and processes data in accordance with the Google Privacy Policy. For example, even when this setting is off, Google may still collect and use data that is not associated with your account.== Google may also temporarily use data like your recent searches to make sure you get relevant results. Other data may be collected and used because of other settings or features you've enabled.

Don't turn on    Turn on

Cooley LLP
Attorneys at Law
San Francisco

6

Monsees Decl. ISO Opp. to Pls.' Mot.
for Perm. Inj. & Disgorgement
3:20-CV-04688-RS

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the forgoing is true and correct.
3  Executed on November 19, 2025, at San Francisco, California.

_____
David Monsees

Cooley LLP
Attorneys at Law
San Francisco

7

Monsees Decl. ISO Opp. to Pls.' Mot.
for Perm. Inj. & Disgorgement
3:20-CV-04688-RS