# EXHIBIT B

Google Account   

# Activity controls

These settings help tailor your experiences across Google services when you use your Google Account.

Google always collects, uses, and processes data in accordance with the Google Privacy Policy. For example, regardless of these settings, Google can collect and use data that is not associated with your account.

 **Safer with Google**
You control what data gets saved to your account. Learn more



**Web & App Activity**

Gives you a more personalized experience and saves your activity on some Google services, including associated info like location, in your Web & App Activity in your Google Account. Learn more about Web & App Activity

✓ On                                                Turn off ▼
On since November 10, 2025

**See and delete activity**

[icons]     View all

**Subsettings**

☑ Include Chrome history and activity from sites, apps, and devices that use Google services

☐ Include voice and audio activity. Learn more

☐ Include Visual Search History