# EXHIBIT D



## Your Web & App Activity setting is off

**New activity won't be saved in your Web & App Activity**

When this setting is off, new activity won't be saved in your Web & App Activity in your Google Account.

**Data you keep can still be used**

Web & App Activity data you do not delete can be used even when this setting is off. Data will still be deleted based on your Web & App Activity auto-delete option, which you can change at any time. Google may delete some types of data sooner.

**Data Google still collects and why**

This setting does not affect data from other settings or features you have enabled. For example:

- Timeline data
- Play Games profile
- Other activity data, like survey responses, reviews, and ratings you provided Google
- View and manage more data in your Google Account

Google always collects, uses, and processes data in accordance with the Google Privacy Policy. For example, even when this setting is off, Google may still collect and use data that is not associated with your account. Google may also temporarily use data like your recent searches to make sure you get relevant results.

Turn back on          Got it