# EXHIBIT E



### Turn on Web & App Activity?

**Get more personalized experiences**

When this setting is on, some Google services use information in your Google Account, like your saved info or activity, to make your experience more personalized. For example, you might see results that are relevant to a general location you've searched from in the past.

**Saves your activity in your Web & App Activity**

This setting saves your activity on some Google services, like the results you view on Search and questions you ask Assistant, in your Web & App Activity in your Google Account.

Web & App Activity data can include info about your location from your device's general area and IP address, which is automatically deleted from your Web & App Activity data after 30 days. Learn more about location information at g.co/privacypolicy/location.

Your Web & App Activity data is used to tailor your experience across Google services. Google can also use your data for other purposes as described in the Google Privacy Policy, such as improving our services.

**Change your settings or delete data anytime**

You can visit activity.google.com to turn off this setting or view, delete, and download your Web & App Activity data. Your data will be kept until you delete it, based on your auto-delete option, which you can change at any time. Data you keep can be used even when this setting is off.

To choose whether the ads you see are personalized based on your activity on sites and apps, go to g.co/myadcenter. Personalized ads are currently on.

**Data Google still collects and why**

Don't turn on    Turn on

## Activity controls

✕

**Saves your activity in your Web & App Activity**

This setting saves your activity on some Google services, like the results you view on Search and questions you ask Assistant, in your Web & App Activity in your Google Account.

Web & App Activity data can include info about your location from your device's general area and IP address, which is automatically deleted from your Web & App Activity data after 30 days. Learn more about location information at g.co/privacypolicy/location.

Your Web & App Activity data is used to tailor your experience across Google services. Google can also use your data for other purposes as described in the Google Privacy Policy, such as improving our services.

**Change your settings or delete data anytime**

You can visit activity.google.com to turn off this setting or view, delete, and download your Web & App Activity data. Your data will be kept until you delete it, based on your auto-delete option, which you can change at any time. Data you keep can be used even when this setting is off.

To choose whether the ads you see are personalized based on your activity on sites and apps, go to g.co/myadcenter. Personalized ads are currently on.

**Data Google still collects and why**

Google always collects, uses, and processes data in accordance with the Google Privacy Policy. For example, even when this setting is off, Google may still collect and use data that is not associated with your account. Google may also temporarily use data like your recent searches to make sure you get relevant results. Other data may be collected and used because of other settings or features you've enabled.

Learn more about Web & App Activity

Don't turn on    Turn on