# EXHIBIT G

×

## Include additional Web & App Activity?

**Saves your additional activity in your Web & App Activity**

This setting saves your activity from some sites, apps, and devices that use Google services, like visits to websites that partner with Google to run ads and your browsing on Chrome (if Chrome Sync is turned on), in your Web & App Activity in your Google Account.

Your additional Web & App Activity data is used to tailor your experience across Google services. Google can also use your data for other purposes as described in the Google Privacy Policy, such as improving our services.

**Change your settings or delete data at anytime**

You can visit activity.google.com to turn off this setting or view, delete, and download your additional Web & App Activity data. Your data will be kept until you delete it, based on your Web & App Activity auto-delete option, which you can change at any time. Data you keep can be used even when this setting is off.

To choose whether the ads you see are personalized based on your activity on sites and apps, go to g.co/myadcenter. Personalized ads are currently off.

**Data Google still collects and why**

Google always collects, uses, and processes data in accordance with the Google Privacy Policy. For example, even when this setting is off, Google may still collect and use data that is not associated with your account. Google may also temporarily use data like your recent searches to make sure you get relevant results. Other data may be collected and used because of other settings or features you've enabled.

Don't turn on          Turn on