# EXHIBIT H

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
 4    ANIBAL RODRIGUEZ, et al.,
 5             Plaintiffs,
 6    v.                              Case No.
 7    GOOGLE LLC,                     20-cv-04688-RS
 8             Defendant.
 9      ***********************************
10     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
11
12            ZOOM VIDEOTAPED DEPOSITION OF
13                   BELINDA LANGNER
14             Thursday, December 15, 2022
15                     9:09 a.m. PST
16
17
18    REPORTED BY:
19    BELLE VIVIENNE, RPR, CRR, NJ-CRR,
20    WA/CO/NM-CCR
21    NATIONALLY CERTIFIED REALTIME
22    COURT REPORTER
23    JOB No. 5628019
24
25    PAGES 1 - 290
```

Page 1

| | | |
|---|---|---|
| 1 | P&L. | 17:25:21 |
| 2 | Q.   Got it. | 17:25:22 |
| 3 | So if you go to the last page of | 17:25:23 |
| 4 | this -- | 17:25:32 |
| 5 | A.   Page 122? | 17:25:34 |
| 6 | Q.   Yeah.  122.  There's a page for | 17:25:36 |
| 7 | app promo percentage off total revenue. | 17:25:40 |
| 8 | MR. SANTACANA:  It doesn't | 17:25:48 |
| 9 | actually show for me. | 17:25:49 |
| 10 | A.   Yeah, I'm getting a couldn't | 17:25:51 |
| 11 | preview file, there was a problem loading | 17:25:54 |
| 12 | this page. | 17:25:56 |
| 13 | BY MR. MAO: | 17:25:56 |
| 14 | Q.   Got it.  It's okay. | 17:25:57 |
| 15 | So this -- your understanding is | 17:25:57 |
| 16 | that this is for -- this is for the U.S. | 17:25:59 |
| 17 | as opposed to global, which is the other | 17:26:04 |
| 18 | one? | 17:26:06 |
| 19 | A.   My -- | 17:26:10 |
| 20 | Q.   The -- the prior, which was 181 | 17:26:11 |
| 21 | and 181-B; is that correct? | 17:26:13 |
| 22 | A.   My understanding that | 17:26:15 |
| 23 | Exhibit 182 is limited to the U.S. and | 17:26:16 |
| 24 | Exhibits 181 and 181-B are global P&Ls. | 17:26:21 |
| 25 | Q.   Got it. | 17:26:36 |

Page 231

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      CERTIFICATION

2

3     I, BELLE VIVIENNE, a Nationally

4   Certified Realtime Reporter, do hereby

5   certify:

6     That the witness whose testimony as

7   herein set forth, was duly sworn by me;

8   and that the within transcript is a true

9   record of the testimony given by said

10  witness.

11     I further certify that I am not

12  related to any of the parties to this

13  action by blood or marriage, and that I am

14  in no way interested in the outcome of

15  this matter.

16     IN WITNESS WHEREOF, I have hereunto

17  set my hand this 19th day of December

18  2022.

19

20

21

22  *[Signature: Belle Vivienne]*

23     BELLE VIVIENNE, CRR, CCR, RPR

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Produced in Native

Exhibit 181

GOOG-RDGZ-00184247