# Exhibit #2

# Eric Miraglia - PLTF Offer w. Def Counters - Played 8-26-25

Designation List Report

| | |
|---|---|
| **Miraglia, Eric** | 2022-10-25 |

| | |
|---|---|
| Our Designations | 00:04:46 |
| Their Counters | 00:01:30 |
| **TOTAL RUN TIME** | **00:06:16** |

Documents linked to video:
PX-31
PX-345

Rodriguez v. Google
Plaintiff's Trial Exhibit
**PX-388**

ID: EricMiraglia

PX-388.0001

EricMiraglia - Eric Miraglia - PLTF Offer w. De Counters - Played 8-26-25

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 19:12 - 19:14 | **Miraglia, Eric 2022-10-25** | 00:00:05 | **EricMiraglia.1** |
| | 19:12  Q.  Could you please state your name for the | | |
| | 19:13      record? | | |
| | 19:14  A.  Eric Miraglia. | | |
| 21:02 - 21:07 | **Miraglia, Eric 2022-10-25** | 00:00:14 | **EricMiraglia.3** |
| | 21:02  Q.  When did you first begin working for | | |
| | 21:03      Google? | | |
| | 21:04  A.  June of 2012. | | |
| | 21:05  Q.  And is it correct that you are still | | |
| | 21:06      employed by Google? | | |
| | 21:07  A.  Yes. | | |
| 22:19 - 22:24 | **Miraglia, Eric 2022-10-25** | 00:00:14 | **EricMiraglia.4** |
| | 22:19  Q.  Is it correct that at some point in your | | |
| | 22:20      career at Google you worked within the Privacy Data | | |
| | 22:21      and Protection [sic] Office? | | |
| | 22:22  A.  It is correct.  I was part of an | | |
| | 22:23      organization called the Privacy and Data Protection | | |
| | 22:24      Office. | | |
| 23:05 - 23:06 | **Miraglia, Eric 2022-10-25** | 00:00:05 | **EricMiraglia.5** |
| | 23:05  Q.  Were you the founder of that organization? | | |
| | 23:06  A.  I was. | | |
| 23:07 - 23:14 | **Miraglia, Eric 2022-10-25** | 00:00:30 | **EricMiraglia.6** |
| | 23:07  Q.  How did you come to be the founder of that | | |
| | 23:08      organization? | | |
| | 23:09  A.  In 2017, in advance of GDPR, the general | | |
| | 23:10      data protection regulation, coming online in Europe, | | |
| | 23:11      we wanted to have some dedicated -- a dedicated team | | |
| | 23:12      working on getting Google organized for the -- the | | |
| | 23:13      prep involved in GDPR.  And so we created that | | |
| | 23:14      organization to focus on GDPR. | | |
| 23:17 - 23:22 | **Miraglia, Eric 2022-10-25** | 00:00:20 | **EricMiraglia.74** |
| | 23:17      Were you the leader of the Privacy and | | |
| | 23:18      Data Protection Office? | | |
| | 23:19  A.  For most of my time is PDPO, there -- | | |
| | 23:20      there was a lead for product and programs, which was | | |
| | 23:21      me, and there was a lead for engineering, which was | | |
| | 23:22      my engineering partner. | | |
| 31:11 - 31:13 | **Miraglia, Eric 2022-10-25** | 00:00:07 | **EricMiraglia.8** |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 31:11 | Q. | Did you play a role in the development and | | EricMiraglia.8 |
| | 31:12 | | rollout of WAA? | | |
| | 31:13 | A. | Yes. | | |
| 76:18 - 76:20 | **Miraglia, Eric 2022-10-25** | | | 00:00:06 | **EricMiraglia.21** |
| 🔗 PX-345.1.6 | 76:18 | Q. | Okay. I've just marked Plaintiffs' | | |
| | 76:19 | | Exhibit 103. Please let me know when you have this | | |
| | 76:20 | | exhibit in front of you. | | |
| 79:04 - 79:16 | **Miraglia, Eric 2022-10-25** | | | 00:00:53 | **EricMiraglia.22** |
| 🔗 PX-345.1.7 | 79:04 | Q. | Okay. A little bit down in the e-mail, do | | |
| 🔗 PX-345.1.8 | 79:05 | | you see the next e-mail, the subject line says | | |
| | 79:06 | | "Reissue," there's a number, colon, "CB2: Consider | | |
| | 79:07 | | targeting some users with WAA off who never turned | | |
| | 79:08 | | it off with different consent text." | | |
| | 79:09 | | Do you see that? | | |
| | 79:10 | A. | I do. | | |
| 🔗 PX-345.1.9 | 79:11 | Q. | Do you know what CB2 is referring to? | | |
| | 79:12 | A. | My recollection is that that would refer | | |
| | 79:13 | | to Consent Bump 2. | | |
| | 79:14 | Q. | And what was Consent Bump 2? | | |
| | 79:15 | A. | I believe that Consent Bump 2 refers to | | |
| | 79:16 | | the consent bump we introduced as part of Narnia 2. | | |
| 80:09 - 80:10 | **Miraglia, Eric 2022-10-25** | | | 00:00:06 | **EricMiraglia.23** |
| 🔗 PX-345.1.10 | 80:09 | Q. | And in this subject line, what does it | | |
| | 80:10 | | mean "to target users with WAA off"? | | |
| 80:12 - 80:14 | **Miraglia, Eric 2022-10-25** | | | 00:00:10 | **EricMiraglia.24** |
| | 80:12 | | THE WITNESS: "Targeting some users with | | |
| | 80:13 | | WAA off" would refer to showing the consent bump to | | |
| | 80:14 | | those users that have the setting off. | | |
| 80:16 - 80:17 | **Miraglia, Eric 2022-10-25** | | | 00:00:05 | **EricMiraglia.25** |
| | 80:16 | Q. | How would Google know which users were WAA | | |
| | 80:17 | | off? | | |
| 80:20 - 80:22 | **Miraglia, Eric 2022-10-25** | | | 00:00:07 | **EricMiraglia.26** |
| | 80:20 | | THE WITNESS: The user choice is saved as | | |
| | 80:21 | | part of the Google account. So from a software | | |
| | 80:22 | | perspective, we could reference that setting. | | |
| 125:13 - 125:14 | **Miraglia, Eric 2022-10-25** | | | 00:00:07 | **EricMiraglia.55** |
| ❌ Clear | 125:13 | Q. | All right. I just marked Exhibit 107. | | |
| 🔗 PX-31.1.5 | 125:14 | | Please let me know when you have Exhibit 107. | | |

EricMiraglia - Eric Miraglia - PLTF Offer w. De Counters - Played 8-26-25

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 125:15 - 125:15 | **Miraglia, Eric 2022-10-25** | 00:00:03 | EricMiraglia.56 |
| | 125:15  A.  I have it open.  I'll take a look at it. | | |
| 126:09 - 127:01 | **Miraglia, Eric 2022-10-25** | 00:00:57 | EricMiraglia.57 |
| 🔗 PX-31.1.6 | 126:09  Q.  Can you look at the second e-mail in the | | |
| | 126:10       thread?  And it's an e-mail on Tuesday, November 27, | | |
| | 126:11       from Dave Kleidermacher. | | |
| | 126:12  A.  Yes. | | |
| 🔗 PX-31.1.7 | 126:13  Q.  And do you see the third sentence where he | | |
| | 126:14       writes:  "But I agree with Eric's sentiment during | | |
| | 126:15       the meeting that this would be a massive game | | |
| | 126:16       changer.  If a user could flip the switch at the | | |
| | 126:17       device or account level and have confidence in not | | |
| | 126:18       having activity tracked in any app, it would | | |
| | 126:19       completely change the way privacy-conscious users | | |
| | 126:20       and influencers view Google and Android." | | |
| | 126:21       Do you see that portion that I just read? | | |
| | 126:22  A.  I do. | | |
| 🔗 PX-31.1.8 | 126:23  Q.  Now, where Dave said "Eric's sentiment," | | |
| | 126:24       do you know whether or not Eric is referring to you? | | |
| | 126:25  A.  I believe that it's referring to me in | | |
| | 127:01       this context, yes. | | |
| 128:21 - 128:24 | **Miraglia, Eric 2022-10-25** | 00:00:10 | EricMiraglia.58 |
| | 128:21  Q.  Now, does Google offer any switch at the | | |
| | 128:22       device or account level where a user would have | | |
| | 128:23       confidence in not having activity tracked in any | | |
| | 128:24       app? | | |
| 129:02 - 129:03 | **Miraglia, Eric 2022-10-25** | 00:00:05 | EricMiraglia.59 |
| | 129:02       THE WITNESS:  I'm not aware of any setting | | |
| | 129:03       that's scoped to what you just said. | | |
| 129:05 - 129:06 | **Miraglia, Eric 2022-10-25** | 00:00:03 | EricMiraglia.60 |
| | 129:05  Q.  But you think there should be such a | | |
| | 129:06       setting; is that right? | | |
| 129:08 - 129:13 | **Miraglia, Eric 2022-10-25** | 00:00:21 | EricMiraglia.61 |
| | 129:08       THE WITNESS:  One thing I would note is | | |
| | 129:09       that what we're seeing here isn't my language.  It's | | |
| | 129:10       Dave's language describing something that -- that we | | |
| | 129:11       may have talked about at a meeting.  I don't | | |
| | 129:12       remember making an assertion shaped in the -- in the | | |
| | 129:13       phraseology that he's using here. | | |

**EricMiraglia - Eric Miraglia - PLTF Offer w. De Counters - Played 8-26-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 129:15 - 129:16 | **Miraglia, Eric 2022-10-25** | 00:00:05 | EricMiraglia.62 |
| | 129:15  Q.  So fair to say that Dave, in this e-mail, | | |
| | 129:16       is misrepresenting something you said? | | |
| 129:19 - 129:22 | **Miraglia, Eric 2022-10-25** | 00:00:10 | EricMiraglia.63 |
| | 129:19       THE WITNESS: I think the way I would say | | |
| | 129:20       it is that Dave is putting something into his own | | |
| | 129:21       words that ends up being something that I wouldn't | | |
| | 129:22       have -- where I wouldn't have used those words. | | |
| 195:23 - 196:03  Clear | **Miraglia, Eric 2022-10-25** | 00:00:28 | EricMiraglia.68 |
| | 195:23  Q.  Who is Chris Ruemmler? | | |
| | 195:24  A.  To the best of my recollection, he was an | | |
| | 195:25       engineer on the -- on the apps team at the time this | | |
| | 196:01       was written. | | |
| | 196:02  Q.  And prior to him sending you this e-mail, | | |
| | 196:03       had you ever interacted with Mr. Ruemmler before? | | |
| 196:04 - 196:04 | **Miraglia, Eric 2022-10-25** | 00:00:02 | EricMiraglia.69 |
| | 196:04  A.  I believe that I had, yes. | | |
| 196:09 - 196:13 | **Miraglia, Eric 2022-10-25** | 00:00:18 | EricMiraglia.70 |
| | 196:09  Q.  Do you have a general recollection of what | | |
| | 196:10       your interactions would have been about? | | |
| | 196:11  A.  Because I worked on the privacy domain for | | |
| | 196:12       much of my career at Google, at a high level I | | |
| | 196:13       believe that they were about privacy topics. | | |
| 196:16 - 196:17 | **Miraglia, Eric 2022-10-25** | 00:00:06 | EricMiraglia.71 |
| | 196:16       From your interactions with him, would you | | |
| | 196:17       say that Chris Ruemmler cared about privacy? | | |
| 196:20 - 196:22 | **Miraglia, Eric 2022-10-25** | 00:00:06 | EricMiraglia.72 |
| | 196:20       THE WITNESS: My sense of Chris was that | | |
| | 196:21       he cared about privacy among many other things, but | | |
| | 196:22       yes. | | |
| 196:24 - 196:25 | **Miraglia, Eric 2022-10-25** | 00:00:11 | EricMiraglia.73 |
| | 196:24  Q.  Did you respect Mr. Ruemmler? | | |
| | 196:25  A.  Yes. | | |

| | | |
|---|---|---|
| | Our Designations | 00:04:46 |
| | Their Counters | 00:01:30 |
| | **TOTAL RUN TIME** | **00:06:16** |

Documents linked to video:

PX-31

PX-345