# Exhibit #3

Pichai-Clip - Pichai House Testimony Clip

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:03 - 18:10 | **Congress, Sundar 2018-12-11** | 00:00:18 | **Pichai-Clip.1** |
| | 18:03    CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you, | | |
| | 18:04    Mr. Nadler, we welcome our distinguished witness, and if you | | |
| | 18:05    would please rise, I'll begin by swearing you in. | | |
| | 18:06    Please raise your right hand. | | |
| | 18:07    Do you swear that the testimony that you are about | | |
| | 18:08    to give shall be the truth, the whole truth, and nothing but | | |
| | 18:09    the truth, so help you God? | | |
| | 18:10    MR. SUNDAR PICHAI:  I do. | | |
| 18:24 - 19:19 | **Congress, Sundar 2018-12-11** | 00:01:12 | **Pichai-Clip.2** |
| | 18:24    MR. SUNDAR PICHAI:  Chairman Goodlatte, Ranking | | |
| | 18:25    Member Nadler, distinguished members of the committee, thank | | |
| | 19:01    you for the opportunity to be here today.  I joined Google | | |
| | 19:02    15 years ago, and I've been privileged to serve as CEO for | | |
| | 19:03    the past three years, but my love for information and | | |
| | 19:04    technology began long before that. | | |
| | 19:05    It's been 25 years since I made the U.S. my home. | | |
| | 19:06    Growing up in India, I have distinct memories of when my | | |
| | 19:07    family got its first phone and its first television.  Each | | |
| | 19:08    new technology made a profound difference in our lives. | | |
| | 19:09    Getting the phone meant I could call ahead to the hospital | | |
| | 19:10    to check that the blood results were in instead of taking a | | |
| | 19:11    two hour trip there.  And the television, well, it only had | | |
| | 19:12    one channel, but I couldn't have been more thrilled by its | | |
| | 19:13    arrival. | | |
| | 19:14    Those experiences made me a technology optimist, | | |
| | 19:15    and I remain one today, not only because I believe in | | |
| | 19:16    technology, but because I believe in people and their | | |
| | 19:17    ability to use technology to improve their lives.  I'm | | |
| | 19:18    incredibly proud of what Google does to empower people | | |
| | 19:19    around the world, especially here in the U.S. | | |
| 22:21 - 25:02 | **Congress, Sundar 2018-12-11** | 00:02:58 | **Pichai-Clip.3** |
| | 22:21    and I'll begin by recognizing myself. | | |
| | 22:22    Mr. Pichai, is it true that the Android operating | | |
| | 22:23    system sends Google information every few minutes detailing | | |
| | 22:24    the exact location of a smartphone within a few feet, the | | |
| | 22:25    speed of movement of the phone, the altitude of the phone | | |
| | 23:01    sufficient to determine what floor of a building the phone | | |
| | 23:02    is on, the temperature surrounding the phone and other | | |

Rodriguez v Google
Plaintiff's Trial Exhibit

**PX-045**

1 / 3

Pichai-Clip - Pichai House Testimony Clip

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 23:03 | readings and if so, with Americans carrying their phones | | |
| | 23:04 | with them virtually at all times, doesn't the collection of | | |
| | 23:05 | this volume of detailed information really mean that Google | | |
| | 23:06 | is compiling information about virtually every movement an | | |
| | 23:07 | individual with a smartphone is making every hour of every | | |
| | 23:08 | day? | | |
| | 23:09 | MR. SUNDAR PICHAI:  Mr. Chairman, thank you for the | | |
| | 23:10 | question.  Today, for any service we provide our users, we | | |
| | 23:11 | go to great lengths to protect their privacy and we give | | |
| | 23:12 | them transparency, choice, and control.  Android is a | | |
| | 23:13 | powerful platform and -- and provides smartphone for over 2 | | |
| | 23:14 | billion people.  And as part of that, it depends on the | | |
| | 23:15 | applications users choose to use.  If you're using a fitness | | |
| | 23:16 | application, which is deducting the number of steps you | | |
| | 23:17 | walk, you expect it to send that information, but it's a | | |
| | 23:18 | choice users make.  We make it clear and -- and it depends | | |
| | 23:19 | on the use cases. | | |
| | 23:20 | CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  So the -- | | |
| | 23:21 | the answer to my question, my first question, is yes; is | | |
| | 23:22 | that correct?  That the information that I cited is gathered | | |
| | 23:23 | by Google? | | |
| | 23:24 | MR. SUNDAR PICHAI:  It -- if -- if the -- for | | |
| | 23:25 | Google services, you have a choice of what information is | | |
| | 24:01 | collected, and we make it transparent -- transparent. | | |
| | 24:02 | CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I | | |
| | 24:03 | understand there are -- there are uses that consumers make | | |
| | 24:04 | use of.  I use it to keep track of the number of steps I | | |
| | 24:05 | walk.  I understand that service that one of your | | |
| | 24:06 | competitors provides.  So I -- I understand that purpose. | | |
| | 24:07 | But do you think the average consumer understands that | | |
| | 24:08 | Google will collect this volume of detailed information, | | |
| | 24:09 | when they click through the terms of service agreements in | | |
| | 24:10 | order to use the Android operating system? | | |
| | 24:11 | MR. SUNDAR PICHAI:  It's really important for us | | |
| | 24:12 | that, you know, that average users are able to understand | | |
| | 24:13 | it.  This is why we do something called privacy check-up. | | |
| | 24:14 | CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Do you | | |
| | 24:15 | think average users read the terms of service and the | | |
| | 24:16 | updates that are very frequently sent to us? | | |
| | 24:17 | MR. SUNDAR PICHAI:  Beyond the terms of service, we | | |
| | 24:18 | actually offer, we remind users, to do a privacy check-up, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 24:19 | and we make it very obvious, every month. In -- in fact, in | | |
| | 24:20 | the last 28 days, 160 million users went to -- went to their | | |
| | 24:21 | My Account settings where they can clearly see what | | |
| | 24:22 | information we have. We actually give, you know, show it | | |
| | 24:23 | back to them, and we give clear toggles, by category, where | | |
| | 24:24 | they can decide whether that information is collected, | | |
| | 24:25 | stored. Or more importantly, if they decide to stop using | | |
| | 25:01 | it, we work hard to make it possible for users to take the | | |
| | 25:02 | data with them, if they choose to use another service. | | |
| 98:24 - 99:13 | **Congress, Sundar 2018-12-11** | | 00:00:43 | **Pichai-Clip.4** |
| | 98:24 | However, can you explain what you do to minimize | | |
| | 98:25 | this data, which is generally an accepted standard practice | | |
| | 99:01 | among those who collect data. | | |
| | 99:02 | MR. SUNDAR PICHAI: You know, our goal is, you | | |
| | 99:03 | know, but we are providing, for example, if we are providing | | |
| | 99:04 | you a service like Gmail, which we have done for 15 years, | | |
| | 99:05 | that data, we need to store it for our users. So they | | |
| | 99:06 | expect us to. So we are trying hard to match user's | | |
| | 99:07 | expectations. We don't need, you know, our data for | | |
| | 99:08 | advertising. As I said earlier, most of it comes from just | | |
| | 99:09 | the keywords you type. And so, you know, we need minimal | | |
| | 99:10 | data to do advertising. We give you options to turn ad | | |
| | 99:11 | personalization off. We store most of the data we do today, | | |
| | 99:12 | to help give users the experience they want. And that's | | |
| | 99:13 | what we're trying to do. | | |
| 150:17 - 150:18 | **Congress, Sundar 2018-12-11** | | 00:00:08 | **Pichai-Clip.5** |
| | 150:17 | So let me just understand, really starting with the | | |
| | 150:18 | chairman's questions, which I thought was a -- a good | | |
| 150:19 - 150:22 | **Congress, Sundar 2018-12-11** | | 00:00:10 | **Pichai-Clip.6** |
| | 150:19 | opening for us. If a consumer tells you not to collect | | |
| | 150:20 | their data, then you do not collect the data; is that | | |
| | 150:21 | correct? | | |
| | 150:22 | MR. SUNDAR PICHAI: That's -- that's right. | | |

| | | |
|---|---|---|
| Overlaps | | 00:05:29 |
| **TOTAL RUN TIME** | | **00:05:29** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|