**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
Alexander Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com
aboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No.
238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs respectfully ask the Court to

2  consider whether Google LLC's ("Google") material should be sealed.  Although portions of

3  these materials were made public at trial, Plaintiffs' filings contain materials that Google has

4  designated as confidential under the parties' protective order.  The material is included within

5  Plaintiffs' Reply in Support of Plaintiffs' Motion for Permanent Injunction and Disgorgement of

6  Profits.

| Document or Portion of Document Sought to be Sealed | Party Claiming Confidentiality | Portions to be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| 2d Mao Declaration, Exhibit 21 – Google's Fourth Supplemental Responses and Objections to Plaintiffs' Interrogatories, Set One (November 5, 2021) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| 2d Mao Declaration, Exhibit 24 – Document that Google produced with Bates Label GOOG-RDGZ-00188469 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| 2d Mao Declaration, Exhibit 25 – Excerpts of the Deposition of John R. Black (July 14, 2023) | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| 2d Mao Declaration, Exhibit 26 – Document that Google produced with Bates Label GOOG-RDGZ-00208084 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| 2d Mao Declaration, Exhibit 27 – Except of Document that Google produced with Bates Label GOOG-RDGZ-00188768 | Google | Entirety | Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order |
| Second Hochman Declaration | Google | Entirety | Refers to Material Designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" |

| | | | pursuant to the Protective Order |
|---|---|---|---|

Dated: December 4, 2025

By */s/ Mark Mao*

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com

Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293 6858
Facsimile (415) 999 9695

David Boies (*pro hac vice*)
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Telephone: (305) 539-8400
Facsimile: (305) 539-1304

Alison Anderson (CA Bar No. 275334)
aanderson@bsfllp.com
M. Logan Wright, CA Bar No. 349004
mwright@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5720
Facsimile: (213) 629-9022

Amanda Bonn (CA Bar No. 270891)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Bill Carmody (*pro hac vice*)

1  bcarmody@susmangodfrey.com
   Shawn J. Rabin (*pro hac vice*)
2  srabin@susmangodfrey.com
   Steven Shepard (*pro hac vice*)
3  sshepard@susmangodfrey.com
   Alexander P. Frawley (*pro hac vice*)
4  afrawley@susmangodfrey.com
   Ryan Sila (*pro hac vice*)
5  rsila@susmangodfrey.com
6  SUSMAN GODFREY L.L.P.
   One Manhattan West, 50th Floor
7  New York, NY  10001
   Telephone: (212) 336-8330
8
9  John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com
10 Ryan J. McGee (*pro hac vice*)
   rmcgee@forthepeople.com
11 Kenya J. Reddy (*pro hac vice*)
   kreddy@forthepeople.com
12 MORGAN & MORGAN, P.A.
13 201 N Franklin Street, 7th Floor
   Tampa, FL 33602
14 Telephone: (813) 223-5505
   Facsimile: (813) 222-4736
15
16 Michael F. Ram, CA Bar No. 104805
   mram@forthepeople.com
17 MORGAN & MORGAN
   711 Van Ness Ave, Suite 500
18 San Francisco, CA 94102
   Telephone: (415) 358-6913
19
20 *Attorneys for Plaintiffs*

21

22

23

24

25

26

27