# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

XIAOMING  WANG , Bar # 6053466

was duly admitted to practice in the Court on

November 04, 2025

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    November 17, 2025
New York, New York

Tammi M. Hellwig
Clerk of Court

By    s/B. Cong
Deputy Clerk