|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** | |

ANIBAL RODRIGUEZ et al., individually and on behalf of all others similarly situated,

   Plaintiffs,

vs.

GOOGLE LLC,

   Defendant.

Case No.: 3:20-cv-04688-RS

[~~PROPOSED~~] FINAL JUDGMENT

Judge: Hon. Richard Seeborg

  In accordance with the jury's verdict dated September 3, 2025 (Dkt. 670), this Court's Order dated January 30, 2026 (Dkt. 721), prior orders in this matter, and Rule 58 of the Federal Rules of Civil Procedure, it is ORDERED, ADJUDGED, AND DECREED as follows:

  Final judgment is entered for Plaintiffs and against Google LLC on Plaintiffs' claims for invasion of privacy and intrusion upon seclusion. In accordance with the jury's verdict, Google must pay $247,154,157.00 to Class 1 (the Android Class) and $178,497,790.00 to Class 2 (the non-Android Class), as compensatory damages for the period July 1, 2016 through September 23, 2024. In accordance with California law, Google LLC must also pay pre-judgment interest running from the date of the verdict. Accordingly, judgment is hereby entered against Google LLC and in favor of Class 1 in the amount of [$247,154,157.00 + (days since Sept. 3, 2025 x $47,399.43)]. Judgment is hereby entered against Google LLC and in favor of Class 2 in the amount of [$178,497,790.00 + (days since Sept. 3, 2025 x $34,232.45)].

  This judgment also accrues post-judgment interest as provided by federal law. Pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until this judgment is satisfied in full, Google LLC must also pay post-judgment interest at the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of this Final Judgment. Interest shall be computed daily to the day of payment, and shall be compounded annually.

This document constitutes a separate document containing a final judgment under Rule 58(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

Dated: March 2, 2026

_____
RICHARD SEEBORG
Chief United States District Judge