**BOIES SCHILLER FLEXNER LLP**
David Boies (pro hac vice)
dboies@bsfllp.com
Alexander Boies (pro hac vice)
aboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200

Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6858
Fax: (415) 999-9695

**SUSMAN GODFREY L.L.P.**
William Christopher Carmody (pro hac vice)
bcarmody@susmangodfrey.com
Shawn J. Rabin (pro hac vice)
srabin@susmangodfrey.com
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

**MORGAN & MORGAN**
John A. Yanchunis (pro hac vice)
jyanchunis@forthepeople.com
Ryan J. McGee (pro hac vice)
rmcgee@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

Attorneys for Plaintiffs

**COOLEY LLP**
MICHAEL A. ATTANASIO (151529)
  mattanasio@cooley.com
BENEDICT Y. HUR (224018)
  bhur@cooley.com
SIMONA AGNOLUCCI (246943)
  sagnolucci@cooley.com
EDUARDO E. SANTACANA (281668)
  esantacana@cooley.com
JONATHAN PATCHEN (237346)
  jpatchen@cooley.com
ARGEMIRA FLOREZ (331153)
  aflorez@cooley.com
NAIARA TOKER (346145)
  ntoker@cooley.com
HARRIS MATEEN (335593)
  hmateen@cooley.com
THILINI CHANDRASEKERA (333672)
  tchandrasekera@cooley.com
ISABELLA MCKINELY CORBO (346226)
  icorbo@cooley.com
CHELSEA HU (357212)
  chu@cooley.com
MICHAEL B. MORIZONO (359395)
  mmorizono@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-40004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688-RS<br><br>[~~PROPOSED~~] ORDER RE: SCHEDULE FOR POST-JUDGMENT BRIEFING<br><br>Judge:  Hon. Richard Seeborg |

[~~PROPOSED~~] ORDER RE: SCHEDULE FOR POST-JUDGMENT BRIEFING
No. 3:20-CV-04688-RS

Pursuant to stipulation of the Parties, the Court hereby orders that post-judgment briefing shall occur on the following schedule:

| Motion | Opening | Opposition / Objections | Reply |
|---|---|---|---|
| Attorneys' Fees, Costs, Expenses, & Service Awards | 28 days after judgment | 13 weeks after motion for fees, costs, expenses, and service awards or after approval of a notice plan, whichever is later (*i.e.*, objections are due 5 weeks after the completion of notice) | 21 days after objection deadline |
| Judgment as a Matter of Law, New Trial, Amended Findings, or Stay Enforcement of Judgment (Rules 50(b), 52(b), 59, 62) | 28 days after judgment | 28 days after motion deadline | 14 days after opposition deadline |

In addition, Plaintiffs shall file a proposal for class notice under Rule 23(h)(1) no later than 21 days after the entry of judgment. Briefing relating to a claims administration process will be deferred until any appeals from the judgment are concluded. Plaintiffs shall not enforce the judgment until the motion to stay enforcement of the judgment is resolved.

**IT IS SO ORDERED.**

Dated: ___March 2, 2026___

_____
RICHARD SEEBORG
Chief United States District Judge