# Exhibit #1

| Category | Sub-Category | Exhibit | Source | Date | Amount Requested | Narrative |
|---|---|---|---|---|---|---|
| Filing Fees | n/a | 2 | USDCPay.Gov | 14-Jul-20 | $ 400.00 | USDCPay.Gov - Fee to file the complaint. |
| Service of Process Fees | n/a | 3 | Invoice 19941 - Nationwide Legal | 23-Jul-20 | $ 134.90 | Nationwide Legal - Cost of service of process on Google, LLC. |
| Depositions | Transcript | 4A | Invoice 6718931 - Veritext | 20-Jul-23 | $ 386.50 | Veritext - Cost of certified transcript of Azari deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6712322 - Veritext | 17-Jul-23 | $ 2,562.40 | Veritext - Cost of certified transcript of Black deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6351149 - Veritext | 15-Feb-23 | $ 1,108.40 | Veritext - Cost of certified transcript of de Booij deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 5982291 - Veritext | 18-Aug-22 | $ 362.00 | Veritext - Cost of certified transcript of Dunn deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6088026 | 11-Oct-22 | $ 2,078.60 | Veritext - Cost of certified transcript of Fair deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6197868 - Veritext | 27-Nov-22 | $ 2,607.80 | Veritext - Cost of a certified transcript of Ganem deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6710302 - Veritext | 14-Jul-23 | $ 2,071.00 | Veritext - Cost of certified transcript of Ghose deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6363910 - Veritext | 15-Feb-23 | $ 1,215.50 | Veritext - Cost of certified transcript of Heft-Luthy deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6718743 - Veritext | 24-Jul-23 | $ 1,977.70 | Veritext - Cost of original transcript for Hochman deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6706195 - Veritext | 13-Jul-23 | $ 2,467.90 | Veritext - Cost of certified transcript of Hoffman deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6396257 - Veritext | 28-Feb-23 | $ 1,045.40 | Veritext - Cost of certified transcript of Kearns deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6706706 - Veritext | 13-Jul-23 | $ 2,134.00 | Veritext - Cost of certified transcript of Knittel deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6249627 - Veritext | 20-Dec-22 | $ 2,242.40 | Veritext - Cost of certified transcript of Langner deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6686983 - Veritext | 5-Jul-23 | $ 1,498.00 | Veritext - Cost of original transcript for Lasinski deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6172203 - Veritext | 11-Nov-22 | $ 2,639.30 | Veritext - Cost of original transcript for Ma deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6166879 - Veritext | 11-Nov-22 | $ 1,927.40 | Veritext - Cost of certified transcript of Miraglia deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6050132 - Veritext | 20-Sep-22 | $ 2,607.80 | Veritext - Cost of certified transcript of Monsees deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6205643 - Veritext | 29-Nov-22 | $ 2,280.20 | Veritext - Cost of certified transcript of Oak deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6056495 - Veritext | 23-Sep-22 | $ 1,851.80 | Veritext - Cost of certified transcript for Ruemmler deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6720089 - Veritext | 20-Jul-23 | $ 1,603.30 | Veritext - Cost of certified transcript for Schneier deposition, including processing and exhibits. |
| Depositions | Transcript | 4A | Invoice 6205376 - Veritext | 29-Nov-22 | $ 2,097.50 | Veritext - Cost of certified transcript for Stone deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6076451 - Veritext | 3-Oct-22 | $ 1,769.90 | Veritext - Cost of certified transcript for Weng deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6373008 - Veritext | 18-Feb-23 | $ 938.30 | Veritext - Cost of certified transcript of Ye deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6172052 - Veritext | 15-Nov-22 | $ 1,274.60 | Veritext - Cost of certified transcript for Harvey deposition, including processing. |
| Depositions | Transcript | 4A | Invoice 6139846 - Veritext | 29-Oct-22 | $ 1,723.80 | Veritext - Cost of certified transcript for Rodriguez deposition. |
| Depositions | Transcript | 4A | Invoice 5659064 - Veritext | 22-Mar-22 | $ 1,424.45 | Veritext - Cost of certified transcript for Santiago deposition, including processing. |
| Depositions | Video | 4B | Invoice 6750521 - Veritext | 3-Aug-23 | $ 3,543.00 | Veritext - Cost of videographer for Black deposition including initial services and additional and extended hours, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6399404 - Veritext | 1-Mar-23 | $ 1,758.00 | Veritext - Cost of videographer for de Booij deposition including initial services and additional and extended hours, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6122977 - Veritext | 22-Oct-22 | $ 2,073.00 | Veritext - Cost of videographer for Fair deposition including additional hours, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6205909 - Veritext | 29-Nov-22 | $ 4,068.00 | Veritext - Cost of videographer for Ganem deposition including additional and extended hours, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6752143 - Veritext | 4-Aug-23 | $ 2,478.00 | Veritext - Cost of videographer for Ghose deposition including additional hours and in-person coverage fee, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6396784 - Veritext | 28-Feb-23 | $ 1,653.00 | Veritext - Cost of videographer for Heft-Luthy deposition including additional hours, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 8148373 - Veritext | 13-Mar-25 | $ 80.00 | Veritext - Cost of electronic access to video of Google's deposition of Hochman. |
| Depositions | Video | 4B | Invoice 6747781 - Veritext | 2-Aug-23 | $ 2,073.00 | Veritext - Cost of videographer for Hoffman deposition including additional hours, and cost of video of deposition made avialable electronically. |
| Depositions | Video | 4B | Invoice 6390330 - Veritext | 27-Feb-23 | $ 1,167.00 | Veritext - Cost of videographer for Kearns deposition including additional hours, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6747779 - Veritext | 2-Aug-23 | $ 2,703.00 | Veritext - Cost of videographer for Knittel deposition including additional and extended hours, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6286165 - Veritext | 9-Jan-23 | $ 2,913.00 | Veritext - Cost of videographer for Langner deposition including additional and extended hours, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6189048 - Veritext | 19-Nov-22 | $ 2,598.00 | Veritext - Cost of videographer for Ma deposition including additional and extended hours, and cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6166477 - Veritext | 9-Nov-22 | $ 2,388.00 | Veritext - Cost of videographer for Miraglia deposition including additional and extended hours, and cost of video of deposition made available electronically. |

| Category | Sub-Category | Exhibit | Source | Date | Amount Requested | Narrative |
|---|---|---|---|---|---|---|
| Depositions | Video | 4B | Invoice 6078504 - Veritext | 18-Oct-22 | $ 2,703.00 | Veritext - Cost of videographer for Monsees deposition and for cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6246381 - Veritext | 17-Dec-22 | $ 2,283.00 | Veritext - Cost of videographer for Oak deposition including additional hours, and for cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6065184 - Veritext | 27-Sep-22 | $ 2,283.00 | Veritext - Cost of videographer for Ruemmler deposition including additional hours, and for cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 8148374 - Veritext | 12-Mar-25 | $ 80.00 | Veritext - Cost of electronic access to video of Google's deposition of Schneier. |
| Depositions | Video | 4B | Invoice 6227931 - Veritext | 9-Dec-22 | $ 2,493.00 | Veritext - Cost of videographer for Stone deposition including additional and extended hours, and for cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6099412 - Veritext | 12-Oct-22 | $ 2,283.00 | Veritext - Cost of videographer for Weng deposition including additional hours, and for cost of video of deposition made available electronically. |
| Depositions | Video | 4B | Invoice 6399855 - Veritext | 1-Mar-23 | $ 1,443.00 | Veritext - Cost of videographer for Ye deposition including additional hours, and for cost of video of deposition made available electronically. |
| Depositions | Exhibits | 4A | Invoice 6718931 - Veritext | 20-Jul-23 | $ 89.05 | Veritext - Cost of exhibits for Azari deposition. |
| Depositions | Exhibits | 4A | Invoice 6712322 - Veritext | 17-Jul-23 | $ 294.45 | Veritext - Cost of exhibits for Black deposition. |
| Depositions | Exhibits | 4A | Invoice 6351149 - Veritext | 15-Feb-23 | $ 101.40 | Veritext - Cost of exhibits for de Booij deposition. |
| Depositions | Exhibits | 4A | Invoice 5982291 - Veritext | 18-Aug-22 | $ 103.35 | Veritext - Cost of exhibits for Dunn deposition. |
| Depositions | Exhibits | 4A | Invoice 6088026 | 11-Oct-22 | $ 85.80 | Veritext - Cost of exhibits for Fair deposition. |
| Depositions | Exhibits | 4A | Invoice 6197868 - Veritext | 27-Nov-22 | $ 362.05 | Veritext - Cost of exhibits for Ganem deposition. |
| Depositions | Exhibits | 4A | Invoice 6710302 - Veritext | 14-Jul-23 | $ 630.50 | Veritext - Cost of exhibits for Ghose deposition. |
| Depositions | Exhibits | 4A | Invoice 6363910 - Veritext | 15-Feb-23 | $ 472.55 | Veritext - Cost of exhibits for Heft-Luthy deposition. |
| Depositions | Exhibits | 4A | Invoice 6718743 - Veritext | 24-Jul-23 | $ 112.45 | Veritext - Cost of exhibits for Hochman deposition. |
| Depositions | Exhibits | 4A | Invoice 6706195 - Veritext | 13-Jul-23 | $ 379.60 | Veritext - Cost of exhibits for Hoffman deposition. |
| Depositions | Exhibits | 4A | Invoice 6396257 - Veritext | 28-Feb-23 | $ 20.15 | Veritext - Cost of exhibits for Kearns deposition. |
| Depositions | Exhibits | 4A | Invoice 6706706 - Veritext | 13-Jul-23 | $ 330.20 | Veritext - Cost of exhibits for Knittel deposition. |
| Depositions | Exhibits | 4A | Invoice 6249627 - Veritext | 20-Dec-22 | $ 497.90 | Veritext - Cost of exhibits for Langner deposition. |
| Depositions | Exhibits | 4A | Invoice 6686983 - Veritext | 5-Jul-23 | $ 128.05 | Veritext - Cost of exhibits for Lasinski deposition. |
| Depositions | Exhibits | 4A | Invoice 6172203 - Veritext | 11-Nov-22 | $ 332.15 | Veritext - Cost of exhibits for Ma deposition. |
| Depositions | Exhibits | 4A | Invoice 6166879 - Veritext | 11-Nov-22 | $ 250.25 | Veritext - Cost of exhibits for Miraglia deposition. |
| Depositions | Exhibits | 4A | Invoice 6050132 - Veritext | 20-Sep-22 | $ 280.80 | Veritext - Cost of exhibits for Monsees deposition. |
| Depositions | Exhibits | 4A | Invoice 6205643 - Veritext | 29-Nov-22 | $ 227.50 | Veritext - Cost of exhibits for Oak deposition. |
| Depositions | Exhibits | 4A | Invoice 6056495 - Veritext | 23-Sep-22 | $ 252.85 | Veritext - Cost of exhibits for Ruemmler deposition. |
| Depositions | Exhibits | 4A | Invoice 6720089 - Veritext | 20-Jul-23 | $ 469.30 | Veritext - Cost of exhibits for Schneier deposition. |
| Depositions | Exhibits | 4A | Invoice 6205376 - Veritext | 29-Nov-22 | $ 85.15 | Veritext - Cost of exhibits for Stone deposition. |
| Depositions | Exhibits | 4A | Invoice 6076451 - Veritext | 3-Oct-22 | $ 498.55 | Veritext - Cost of exhibits for Weng deposition. |
| Depositions | Exhibits | 4A | Invoice 6373008 - Veritext | 18-Feb-23 | $ 189.80 | Veritext - Cost of exhibits for Ye deposition. |
| Depositions | Exhibits | 4A | Invoice 6172052 - Veritext | 15-Nov-22 | $ 99.45 | Veritext - Cost of exhibits for Harvey deposition. |
| Depositions | Exhibits | 4A | Invoice 6139846 - Veritext | 29-Oct-22 | $ 121.55 | Veritext - Cost of exhibits for Rodriguez deposition. |
| Depositions | Exhibits | 4A | Invoice 5659064 - Veritext | 22-Mar-22 | $ 127.40 | Veritext - Cost of exhibits for Santiago deposition. |
| Transcripts | Summary Judgment | 5 | Invoice 20240155 - Aquilina | 26-Jul-24 | $ 482.40 | Rhonda L. Aquilina (N.D. Cal. Court Reporter) - Cost of original transcript of summary judgment hearing. |
| Transcripts | Trial | 5 | Invoice 20251794 - Dub | 5-Sep-25 | $ 5,683.34 | Ana Dub (N.D. Cal. Court Reporter) - Cost of Volumes 2-10 of the trial transcript. Instead of paying for one original copy per side, the parties split the cost of the original and the first copy (which was less expensive). Accordingly, the amount requested reflects Plaintiffs' half of the cost of both the original and first copy. |
| Reproduction & Exemplification | Electronic Discovery | 6A | Invoice 4757 - 4 Discovery | 5-Nov-21 | $ 350.00 | 4 Discovery - Imaging Plaintiffs' email addresses. |
| Reproduction & Exemplification | Electronic Discovery | 6A | Invoice 4783 - 4 Discovery | 14-Nov-21 | $ 700.00 | 4 Discovery - Imaging Plaintiffs' email addresses. |
| Reproduction & Exemplification | Electronic Discovery | 6A | Invoice 4862 - 4 Discovery | 10-Dec-21 | $ 4,500.00 | 4 Discovery - Imaging Plaintiffs' devices. |
| Reproduction & Exemplification | Electronic Discovery | 6A | Invoice 5146 - 4 Discovery | 15-Apr-22 | $ 1,050.00 | 4 Discovery - Imaging Plaintiffs' email addresses. |
| Reproduction & Exemplification | Electronic Discovery | 6A | Invoice 5160 - 4 Discovery | 22-Apr-22 | $ 700.00 | 4 Discovery - Imaging Plaintiffs' email addresses. |
| Reproduction & Exemplification | Trial Exhibits | 6B | Invoice SF25-070072 - Digital One | 17-Jul-25 | $ 9,970.70 | Digital One - Costs for two copies of Plaintiffs' trial exhibits as required by Judge Seeborg's individual rules § D(1)(a), (c). |

| Category | Sub-Category | Exhibit | Source | Date | Amount Requested | Narrative |
|---|---|---|---|---|---|---|
| Reproduction & Exemplification | Trial Exhibits | 6B | Invoice SF25-080060 - Digital One | 14-Aug-25 | $ 75.00 | Digital One - Costs for a USB with electronic copies of Plaintiffs' exhibits, per Judge Seeborg's instructions during the final pretrial conference (Dkt. 584 at 18-19). The invoice reflects the cost of three USBs, and Plaintiffs seek one third of that cost. |
| Reproduction & Exemplification | Trial Demonstratives | 6C | Invoice 37145-8 - Legal Media | 31-Jul-25 | $ 22,550.00 | Legal Media - Preparing trial demonstratives. |
| Reproduction & Exemplification | Trial Demonstratives | 6C | Invoice 37145-9 - Legal Media | 31-Aug-25 | $ 33,937.50 | Legal Media - Preparing trial demonstratives. |
| Witness Expenses | Attendance Fee | 7 | Invoice 0003408 - Hochman Consultant | 30-Jun-23 | $ 40.00 | Hochman Consultants - Attendance fee for Hochman's deposition |
| Witness Expenses | Attendance Fee | 7 | Invoice CI-088943 - Ankura | 20-Jul-23 | $ 40.00 | Ankura - Attendance fee for Lasinski's deposition |
| Witness Expenses | Attendance Fee | 7 | Invoice 14 - Counterpane | 1-Aug-23 | $ 40.00 | Counterpane Systems - Schneier deposition |
| Witness Expenses | Attendance Fee | 7 | 90755465 - Epiq | 30-Jun-23 | $ 40.00 | Epiq Systems - Azari deposition |
| Witness Expenses | Attendance Fee | 7 | 2011994 - HKA | 8-Sep-25 | $ 40.00 | HKA - Lasinski trial testimony |
| Witness Expenses | Attendance Fee | 7 | Invoice 0003607 - Hochman Consultant | 31-Aug-25 | $ 40.00 | Hochman Consultants - Hochman trial testimony |
| Witness Expenses | Lodging | 7 | CI-091154 - Ankura | 17-Aug-23 | $ 270.00 | Ankura - Lasinski's lodging expenses in San Francisco, at GSA rate for one night in June 2023. |
| Witness Expenses | Subsistence | 7 | CI-091154 - Ankura | 17-Aug-23 | $ 79.00 | Ankura - Lasinski's incidental expenses in San Francisco for his deposition. The invoice reflects meals for the three days prior to his deposition. Plaintiffs request partial reimbursement in accordance with law, and for only the one day before his deposition. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTAL** | | | | | **$ 176,624.04** | |