# Exhibit #2

7423

BOIES SCHILLER FLEXNER LLP - SAN FRANCISCO EXPENSE ACCOUNT

12908 Hsiao Mao

CONTROL # 7423 08/21/20

| VOUCHER # | INV. DATE | INVOICE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 484069 | 07-14-2020 | 07/14/20 | Memor #4-B | 400.00 |
| 484070 | 07-14-2020 | 07/14/20A | Momo #4-C | 50.11 |
| 484071 | 06-02-2020 | 06/02/20 | Memo #4-D | 710.00 |
| | | | TOTAL | 1,160.11 |

BSF

√ #484069

# Personal Expense Reimbursement

| | | |
|---|---|---|
| **Date of Travel:** | **From:** | 7/14/2020 |
| | **To:** | 7/14/2020 |
| **Payee:** | | Mark Mao |
| **Reason for the Trip:** | | Business Expense Memo No. 4-B Revised as of 08-13-2020 |

| Date | Client No. | Matter No. | Description | Cost Code | Amount | Task Code |
|---|---|---|---|---|---|---|
| 07/14/20 | 90040 | 0001 | Filing Fee for Complaint Pay.Gov no longer gives receipts | 6202 | $400.00 | E2 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Signature: [signature]

Date: 08-13-2020

8/13/2020 $400.00

Signature of Approving Partner: [signature]

Date: 8/17/20

Form PER updated 3.22.18

# CHASE PRIVATE CLIENT

Printed from Chase Private Client

Rodriguez

CREDIT CARD (...2290)

$400.00
Sale

Jul 14, 2020
Transaction date

Jul 15, 2020
Posted date

US DISTRICT COURT NDCA
(415) 522-4621

| | |
|---|---|
| Description | US DISTRICT COURT NDCA |
| Also known as | US DISTRICT COURT NDCA |
| Method | Online, mail or phone |
| Card number | [redacted] |
| Category | Personal |

Rewards earned with this transaction

| | |
|---|---|
| + 1 Point per $1 on all other purchases | 400 |
| Total Ultimate Rewards® points | 400 |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC ©2020 JPMorgan Chase & Co. Equal Opportunity Lender