# Exhibit #3

BOIES SCHILLER FLEXNER LLP SAN FRANCISCO EXPENSE ACCOUNT 7424

11990 Nationwide Legal, LLC CONTROL # 7424 08/21/20

| VOUCHER # | INV. DATE | INVOICE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 484039 | 07-31-2020 | 19941 | Cust #SF3051 | 659.75 |
| 484077 | 03-06-2020 | 15919 | Cust #SF3051 | 2,393.74 |
| | | | TOTAL | 3,053.49 |

NATIONWIDE LEGAL

T (213) 249-9999 | F (213) 249-9990

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 00000019941 | SF3051 |
| INVOICE DATE: | Total Due |
| 7/31/2020 | $ 659.75 |

PLEASE MAKE REMITTANCE TO:

BOIES SCHILLER FLEXNER LLP
44 Montgomery Street 41st Floor
San Francisco, CA 94104
T (415) 293-6800 F (415) 293-6899

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
[redacted]

484039

R# ~~480~~

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| SF3051 | 00000019941 | 7/31/2020 | $ 659.75 | 1 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 7/23/2020<br>SF11704<br>030 - STANDARD PROCESS (48 | BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street 41st Floor<br>San Francisco, CA 94104<br>Caller: Vicky Ayala<br>Case Title: ANIBAL RODRIGUEZ, et al. vs. G<br>Docs: Summons; Complaint; Civil Case Cover Sheet; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE<br>Attorney Name: Mark C. Mao<br>90040.0001<br>G2040 | Google, LLC<br>2710 Gateway Oaks Dr Ste 150N<br>Sacramento, CA 958333502<br>Case Number: 5:20-cv-04688-VKD<br>Client/Matter: Rodriguez v. Google LLC<br>Description: **** Please serve TWO COPIES of document 02 Waiver of Service of Summons (AO_399) ****<br>Please make sure to include a prepaid envelope with the current standard postage rate of .55 for return of the Waiver of Service of Summons Form.<br>The return address for the envelope should be: Mark C. Mao Boies Schiller Flexner LLP 44 Montgomery Street, 41st Floor San Francisco, CA. 94104 | CSC Lawyers :<br>PDF Page Count (first 15 free) :<br>S.A.S.E :<br>Total: | | $ 68.00<br>$ 64.90<br>$ 2.00<br>$ 134.90 |
| 7/23/2020<br>SF11709<br>030 - STANDARD PROCESS (48 | BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street 41st Floor<br>San Francisco, CA 94104<br>Caller: Vicky Ayala<br>Case Title: ANIBAL RODRIGUEZ, et al. vs. G<br>Docs: Summons; Complaint; Civil Case Cover Sheet; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE<br>Attorney Name: Mark C. Mao<br>90040.0001 | Alphabet Inc.<br>2710 Gateway Oaks Dr Ste 150N<br>Sacramento, CA 958333502<br>Case Number: 5:20-cv-04688-VKD<br>Client/Matter: Rodriguez v. Google LLC<br>Description: **** Please serve TWO COPIES of document 02 Waiver of Service of Summons (AO_399) ****<br>Please make sure to include a prepaid envelope with the current standard postage rate of .55 for return of the Waiver of Service of Summons Form.<br>The return address for the envelope should be: Mark C. Mao Boies Schiller Flexner LLP 44 Montgomery Street, 41st Floor San Francisco, CA. 94104 | CSC Lawyers :<br>PDF Page Count (first 15 free) :<br>S.A.S.E :<br>Total: | | $ 68.00<br>$ 64.90<br>$ 2.00<br>$ 134.90 |
| | | | Total Charges for Ref. - Rodriguez v. Google LLC: | | $ 269.80 |

**INVOICE PAYMENT DUE UPON RECEIPT**