# Exhibit #4A

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6718931
**Invoice Date:** 7/20/2023
**Balance Due:** $736.30

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5971082 | Job Date: 7/6/2023 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Argemira Florez Esq. | Willkie Farr & Gallagher, LLP

| Witness: Cameron R. Azari | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 85.00 | $3.90 | $331.50 |
| Rough Draft | 85.00 | $1.95 | $165.75 |
| Exhibits | 137.00 | $0.65 | $89.05 |
| Litigation Package - Secure File Suite | 1.00 | $55.00 | $55.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$736.30** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$736.30** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6718931**
**Invoice Date:** **7/20/2023**
**Balance Due:** **$736.30**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6712322** |
| **Invoice Date:** | **7/17/2023** |
| **Balance Due:** | **$8,800.10** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20CV04688)** — **Proceeding Type: Depositions**

Job #: 5996166 | Job Date: 7/14/2023 | Delivery: Daily

Location: San Francisco, CA

Billing Atty: Mark Mao Esq

Scheduling Atty: | Susman Godfrey LLP

| Witness: John R. Black , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 398.00 | $6.30 | $2,507.40 |
| Transcript Services - Priority Request | 398.00 | $6.95 | $2,766.10 |
| Transcript - Supplemental Surcharges* | 398.00 | $0.50 | $199.00 |
| Rough Draft | 398.00 | $1.95 | $776.10 |
| Realtime Services | 398.00 | $2.10 | $835.80 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 3.00 | $115.00 | $345.00 |
| Waiting Time of Service Professional | 0.75 | $115.00 | $86.25 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 453.00 | $0.65 | $294.45 |
| Litigation Package - Secure File Suite | 1.00 | $55.00 | $55.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6712322**
**Invoice Date:** **7/17/2023**
**Balance Due:** **$8,800.10**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

| | | |
|---|---|---|
| *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$8,800.10** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$8,800.10** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6712322**
**Invoice Date:** **7/17/2023**
**Balance Due:** **$8,800.10**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6351149** |
| **Invoice Date:** | **2/15/2023** |
| **Balance Due:** | **$3,496.00** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5702869 | Job Date: 2/7/2023 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Arne de Booij | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 168.00 | $6.30 | $1,058.40 |
| Surcharge - Video Proceeding | 168.00 | $0.60 | $100.80 |
| Surcharge - Extended Hours | 3.00 | $115.00 | $345.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibits | 156.00 | $0.65 | $101.40 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Realtime Services | 168.00 | $2.10 | $352.80 |
| Rough Draft | 168.00 | $1.95 | $327.60 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6351149**
**Invoice Date:** **2/15/2023**
**Balance Due:** **$3,496.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

| | | |
|---|---|---|
| | **Invoice Total:** | **$3,496.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,496.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6351149**
**Invoice Date:** **2/15/2023**
**Balance Due:** **$3,496.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Ra Amen
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, FL, 33602

**Invoice #:** 5982291
**Invoice Date:** 8/18/2022
**Balance Due:** $879.35

**Case: Rodriguez, Anibal v. Google, Llc (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5306207 | Job Date: 8/9/2022 | Delivery: Normal

Location: San Francisco, CA
Billing Atty: Ra Amen
Scheduling Atty: Eduardo E. Santacana | Willkie Farr & Gallagher LLP

| Witness: Ethan Dunn | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 80.00 | $3.90 | $312.00 |
| Exhibits | 159.00 | $0.65 | $103.35 |
| Realtime Services | 80.00 | $2.10 | $168.00 |
| Rough Draft | 80.00 | $1.95 | $156.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$879.35** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$879.35** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 107 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: [redacted] ABA: [redacted]
Swift: H[redacted]
Pay by Credit Card: www.veritext.com

**Invoice #:** 5982291
**Invoice Date:** 8/18/2022
**Balance Due:** $879.35

31888

B420221203

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Sonia Mejia
Boies Schiller Flexner LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA, 90017

**Invoice #:** 6088026
**Invoice Date:** 10/11/2022
**Balance Due:** $0.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5508429 | Job Date: 10/3/2022 | Delivery: Expedited

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Ryan Sila | Susman Godfrey LLP

| Witness: Greg Fair | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 322.00 | $6.30 | $2,028.60 |
| Transcript Services - Priority Request | 322.00 | $5.05 | $1,626.10 |
| Surcharge - Extended Hours | 0.50 | $115.00 | $57.50 |
| Transcript - Supplemental Surcharges* | 322.00 | $0.60 | $193.20 |
| Rough Draft | 322.00 | $1.95 | $627.90 |
| Realtime Services | 322.00 | $2.10 | $676.20 |
| Realtime Services | 322.00 | $2.10 | $676.20 |
| Realtime Services | 322.00 | $2.10 | $676.20 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibits | 132.00 | $0.65 | $85.80 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6088026
**Invoice Date:** 10/11/2022
**Balance Due:** $0.00

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$7,857.70** |
| | **Payment:** | **($7,857.70)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:[redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 6088026**
**Invoice Date: 10/11/2022**
**Balance Due: $0.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6197868
**Invoice Date:** 11/27/2022
**Balance Due:** $10,942.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5554575 | Job Date: 10/28/2022 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Steve Ganem | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 406.00 | $6.30 | $2,557.80 |
| Surcharge - Extended Hours | 5.75 | $115.00 | $661.25 |
| Exhibits | 557.00 | $0.65 | $362.05 |
| Realtime Services | 406.00 | $2.10 | $852.60 |
| Rough Draft | 406.00 | $1.95 | $791.70 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Realtime Services | 406.00 | $2.10 | $852.60 |
| Realtime Services | 406.00 | $2.10 | $852.60 |
| Realtime Services | 406.00 | $2.10 | $852.60 |
| Realtime Services | 406.00 | $2.10 | $852.60 |
| Realtime Services | 406.00 | $2.10 | $852.60 |
| Surcharge - Video Proceeding | 406.00 | $0.60 | $243.60 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

**Invoice #:** 6197868
**Invoice Date:** 11/27/2022
**Balance Due:** $10,942.00

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$10,942.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$10,942.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6197868**
**Invoice Date:** **11/27/2022**
**Balance Due:** **$10,942.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6710302
**Invoice Date:** 7/14/2023
**Balance Due:** $8,218.50

| **Case: Rodriguez, Anibal v. Google, LLC (3:20CV04688)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5996136 | Job Date: 7/13/2023 | Delivery: Daily

Location: San Francisco, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: | Susman Godfrey LLP

| **Witness: Anindya Ghose , Ph.D.** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 320.00 | $6.30 | $2,016.00 |
| Transcript Services - Priority Request | 320.00 | $6.95 | $2,224.00 |
| Transcript - Supplemental Surcharges* | 320.00 | $0.50 | $160.00 |
| Rough Draft | 320.00 | $1.95 | $624.00 |
| Realtime Services | 320.00 | $2.10 | $672.00 |
| Realtime Services | 320.00 | $2.10 | $672.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibits | 970.00 | $0.65 | $630.50 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Litigation Package - Secure File Suite | 1.00 | $55.00 | $55.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6710302
**Invoice Date:** 7/14/2023
**Balance Due:** $8,218.50

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| *Supplemental Surcharges Include: Video Proceeding | Invoice Total: | $8,218.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $8,218.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6710302**
**Invoice Date:** **7/14/2023**
**Balance Due:** **$8,218.50**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6363910** |
| **Invoice Date:** | **2/15/2023** |
| **Balance Due:** | **$4,096.80** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** — **Proceeding Type: Depositions**

Job #: 5754785 | Job Date: 2/8/2023 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Ryan Sila | Susman Godfrey LLP

| Witness: Sam Heft-Luthy | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 185.00 | $6.30 | $1,165.50 |
| Surcharge - Video Proceeding | 185.00 | $0.60 | $111.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibits | 727.00 | $0.65 | $472.55 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Realtime Services | 185.00 | $2.10 | $388.50 |
| Realtime Services | 185.00 | $2.10 | $388.50 |
| Rough Draft | 185.00 | $1.95 | $360.75 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6363910**
**Invoice Date:** **2/15/2023**
**Balance Due:** **$4,096.80**

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| | | |
|---|---|---|
| | **Invoice Total:** | **$4,096.80** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$4,096.80** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6363910**
**Invoice Date:** **2/15/2023**
**Balance Due:** **$4,096.80**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Sonia Mejia
Boies Schiller Flexner LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA, 90017

| | |
|---|---|
| **Invoice #:** | **6718743** |
| **Invoice Date:** | **7/24/2023** |
| **Balance Due:** | **$5,217.10** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5971096 | Job Date: 6/26/2023 | Delivery: Normal

Location: New York, NY

Billing Atty: Mark Mao Esq

Scheduling Atty: Argemira Florez Esq. | Willkie Farr & Gallagher, LLP

| Witness: Jonathan Hochman | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 493.00 | $3.90 | $1,922.70 |
| Rough Draft | 493.00 | $1.95 | $961.35 |
| Realtime Services | 493.00 | $2.10 | $1,035.30 |
| Realtime Services | 493.00 | $2.10 | $1,035.30 |
| Exhibits | 173.00 | $0.65 | $112.45 |
| Litigation Package - Secure File Suite | 1.00 | $55.00 | $55.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$5,217.10** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$5,217.10** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

**Invoice #:** **6718743**
**Invoice Date:** **7/24/2023**
**Balance Due:** **$5,217.10**

Pay by Credit Card: www.veritext.com

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6706195** |
| **Invoice Date:** | **7/13/2023** |
| **Balance Due:** | **$8,677.35** |

**Case: Rodriguez, Anibal, et al. v. Google, LLC (3:20CV04688RS)** **Proceeding Type: Depositions**

Job #: 5996122 | Job Date: 7/11/2023 | Delivery: Expedited

Location: San Francisco, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Donna L. Hoffman , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 383.00 | $6.30 | $2,412.90 |
| Transcript Services - Priority Request | 383.00 | $6.30 | $2,412.90 |
| Transcript - Supplemental Surcharges* | 383.00 | $0.50 | $191.50 |
| Rough Draft | 383.00 | $1.95 | $746.85 |
| Realtime Services | 383.00 | $2.10 | $804.30 |
| Realtime Services | 383.00 | $2.10 | $804.30 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibits | 584.00 | $0.65 | $379.60 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Litigation Package - Secure File Suite | 1.00 | $55.00 | $55.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 6706195**
**Invoice Date: 7/13/2023**
**Balance Due: $8,677.35**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$8,677.35** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$8,677.35** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6706195**
**Invoice Date:** **7/13/2023**
**Balance Due:** **$8,677.35**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6396257
**Invoice Date:** 2/28/2023
**Balance Due:** $3,197.25

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5691965 | Job Date: 2/17/2023 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: JK Kearns | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 158.00 | $6.30 | $995.40 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibits | 31.00 | $0.65 | $20.15 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Realtime Services | 158.00 | $2.10 | $331.80 |
| Realtime Services | 158.00 | $2.10 | $331.80 |
| Rough Draft | 158.00 | $1.95 | $308.10 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6396257
**Invoice Date:** 2/28/2023
**Balance Due:** $3,197.25

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

| | |
|---|---|
| **Invoice Total:** | **$3,197.25** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,197.25** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6396257**
**Invoice Date:** **2/28/2023**
**Balance Due:** **$3,197.25**

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6706706
**Invoice Date:** 7/13/2023
**Balance Due:** $8,165.70

**Case: Rodriguez, Anibal, et al. v. Google, LLC (3:20CV04688RS)** — **Proceeding Type: Depositions**

Job #: 5996021 | Job Date: 7/11/2023 | Delivery: Expedited

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Ryan Sila | Susman Godfrey LLP

| Witness: Christopher R. Knittel , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 330.00 | $6.30 | $2,079.00 |
| Transcript Services - Priority Request | 330.00 | $6.30 | $2,079.00 |
| Transcript - Supplemental Surcharges* | 330.00 | $0.60 | $198.00 |
| Rough Draft | 330.00 | $1.95 | $643.50 |
| Realtime Services | 330.00 | $2.10 | $693.00 |
| Realtime Services | 330.00 | $2.10 | $693.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 2.00 | $115.00 | $230.00 |
| Exhibits | 508.00 | $0.65 | $330.20 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Litigation Package - Secure File Suite | 1.00 | $55.00 | $55.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

**Invoice #:** 6706706
**Invoice Date:** 7/13/2023
**Balance Due:** $8,165.70

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| *Supplemental Surcharges Include: Video Proceeding | Invoice Total: | $8,165.70 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $8,165.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6706706**
**Invoice Date:** **7/13/2023**
**Balance Due:** **$8,165.70**

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** **6249627**
**Invoice Date:** **12/20/2022**
**Balance Due:** **$7,588.40**

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5628019 | Job Date: 12/15/2022 | Delivery: Expedited

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Belinda Langner | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 348.00 | $6.30 | $2,192.40 |
| Transcript Services - Priority Request | 348.00 | $6.30 | $2,192.40 |
| Surcharge - Extended Hours | 1.50 | $115.00 | $172.50 |
| Exhibits | 766.00 | $0.65 | $497.90 |
| Realtime Services | 348.00 | $2.10 | $730.80 |
| Rough Draft | 348.00 | $1.95 | $678.60 |
| Surcharge - Video Proceeding | 348.00 | $0.60 | $208.80 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6249627**
**Invoice Date:** **12/20/2022**
**Balance Due:** **$7,588.40**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| | | |
|---|---|---|
| | **Invoice Total:** | **$7,588.40** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$7,588.40** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 6249627**
**Invoice Date: 12/20/2022**
**Balance Due: $7,588.40**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: James Lee Esq
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL, 33131

| | |
|---|---|
| **Invoice #:** | **6686983** |
| **Invoice Date:** | **7/5/2023** |
| **Balance Due:** | **$6,087.05** |

**Case: Rodriguez, Anibal, Et Al. v. Google, LLC (3:20cv04688RS)** **Proceeding Type: Depositions**

Job #: 5971107 | Job Date: 6/29/2023 | Delivery: Expedited

Location: San Francisco, CA
Billing Atty: James Lee Esq
Scheduling Atty: Argemira Florez Esq. | Willkie Farr & Gallagher, LLP

| Witness: Michael J. Lasinski | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 370.00 | $3.90 | $1,443.00 |
| Transcript Services - Certified Transcript - Priority Request | 370.00 | $3.55 | $1,313.50 |
| Transcript - Supplemental Surcharges* | 370.00 | $0.00 | $0.00 |
| Rough Draft | 370.00 | $1.95 | $721.50 |
| Realtime Services | 370.00 | $2.10 | $777.00 |
| Realtime Services | 370.00 | $2.10 | $777.00 |
| Realtime Services | 370.00 | $2.10 | $777.00 |
| Exhibits | 197.00 | $0.65 | $128.05 |
| Litigation Package - Secure File Suite | 1.00 | $55.00 | $55.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6686983**
**Invoice Date:** **7/5/2023**
**Balance Due:** **$6,087.05**

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| | | |
|---|---|---|
| | **Invoice Total:** | **$6,087.05** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$6,087.05** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6686983**
**Invoice Date:** **7/5/2023**
**Balance Due:** **$6,087.05**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Beko Reblitz-Richardson Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6172203
**Invoice Date:** 11/11/2022
**Balance Due:** $0.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5554515 | Job Date: 10/28/2022 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Beko Reblitz-Richardson Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Francis Ma, Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 411.00 | $6.30 | $2,589.30 |
| Surcharge - Extended Hours | 0.75 | $115.00 | $86.25 |
| Transcript - Supplemental Surcharges* | 411.00 | $0.60 | $246.60 |
| Rough Draft | 411.00 | $1.95 | $801.45 |
| Realtime Services | 411.00 | $2.10 | $863.10 |
| Realtime Services | 411.00 | $2.10 | $863.10 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibits | 511.00 | $0.65 | $332.15 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6172203
**Invoice Date:** 11/11/2022
**Balance Due:** $0.00

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| Notes: *Supplemental Surcharges Include: Video Proceeding Realtimes : Beko and Logan Wright | | |
|---|---|---|
| | **Invoice Total:** | **$6,991.95** |
| | **Payment:** | **($6,991.95)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 6172203**
**Invoice Date: 11/11/2022**
**Balance Due: $0.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6166879
**Invoice Date:** 11/11/2022
**Balance Due:** $4,838.35

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** — **Proceeding Type: Depositions**

Job #: 5545552 | Job Date: 10/25/2022 | Delivery: Normal — Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Eric Miraglia | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 298.00 | $6.30 | $1,877.40 |
| Surcharge - Extended Hours | 1.00 | $115.00 | $115.00 |
| Exhibits | 385.00 | $0.65 | $250.25 |
| Realtime Services | 298.00 | $2.10 | $625.80 |
| Rough Draft | 298.00 | $1.95 | $581.10 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 298.00 | $0.60 | $178.80 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

**Invoice #:** 6166879
**Invoice Date:** 11/11/2022
**Balance Due:** $4,838.35

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| | | |
|---|---|---|
| | **Invoice Total:** | **$4,838.35** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$4,838.35** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6166879**
**Invoice Date:** **11/11/2022**
**Balance Due:** **$4,838.35**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6050132
**Invoice Date:** 9/20/2022
**Balance Due:** $8,336.95

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** | **Proceeding Type: Depositions**

Job #: 5431690 | Job Date: 9/15/2022 | Delivery: Expedited

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: David Monsees | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 406.00 | $6.30 | $2,557.80 |
| Transcript Services - Priority Request | 406.00 | $5.70 | $2,314.20 |
| Surcharge - Extended Hours | 0.75 | $115.00 | $86.25 |
| Exhibits | 432.00 | $0.65 | $280.80 |
| Realtime Services | 406.00 | $2.10 | $852.60 |
| Rough Draft | 406.00 | $1.95 | $791.70 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 406.00 | $0.60 | $243.60 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

**Invoice #:** 6050132
**Invoice Date:** 9/20/2022
**Balance Due:** $8,336.95

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| | | |
|---|---|---|
| | **Invoice Total:** | **$8,336.95** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$8,336.95** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6050132**
**Invoice Date:** **9/20/2022**
**Balance Due:** **$8,336.95**

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Lauren Lavarre
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6205643
**Invoice Date:** 11/29/2022
**Balance Due:** $5,313.80

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5580131 | Job Date: 11/18/2022 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Lauren Lavarre
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Rahul Oak | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 354.00 | $6.30 | $2,230.20 |
| Exhibits | 350.00 | $0.65 | $227.50 |
| Realtime Services | 354.00 | $2.10 | $743.40 |
| Rough Draft | 354.00 | $1.95 | $690.30 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 354.00 | $0.60 | $212.40 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6205643
**Invoice Date:** 11/29/2022
**Balance Due:** $5,313.80

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| | | |
|---|---|---|
| | **Invoice Total:** | **$5,313.80** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$5,313.80** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6205643**
**Invoice Date:** **11/29/2022**
**Balance Due:** **$5,313.80**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6056495
**Invoice Date:** 9/23/2022
**Balance Due:** $5,071.75

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** — **Proceeding Type: Depositions**

Job #: 5424395 | Job Date: 9/9/2022 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Christopher Ruemmler | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 286.00 | $6.30 | $1,801.80 |
| Exhibits | 389.00 | $0.65 | $252.85 |
| Realtime Services | 286.00 | $2.10 | $600.60 |
| Realtime Services | 286.00 | $2.10 | $600.60 |
| Rough Draft | 286.00 | $1.95 | $557.70 |
| Surcharge - Expert/Medical/Technical | 286.00 | $0.60 | $171.60 |
| Surcharge - Video Proceeding | 286.00 | $0.60 | $171.60 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA** [redacted]
**Swift:** [redacted]

**Invoice #:** 6056495
**Invoice Date:** 9/23/2022
**Balance Due:** $5,071.75

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

| | | |
|---|---|---|
| | **Invoice Total:** | **$5,071.75** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$5,071.75** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6056495**
**Invoice Date:** **9/23/2022**
**Balance Due:** **$5,071.75**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6720089
**Invoice Date:** 7/20/2023
**Balance Due:** $4,609.15

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** | **Proceeding Type: Depositions**

Job #: 5980592 | Job Date: 7/10/2023 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Simona Agnolucci Esq | Willkie Farr & Gallagher, LLP

| Witness: Bruce Schneier, Ph.D., Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 397.00 | $3.90 | $1,548.30 |
| Transcript - Supplemental Surcharges* | 397.00 | $0.00 | $0.00 |
| Rough Draft | 397.00 | $1.95 | $774.15 |
| Realtime Services | 397.00 | $2.10 | $833.70 |
| Realtime Services | 397.00 | $2.10 | $833.70 |
| Exhibits | 722.00 | $0.65 | $469.30 |
| Litigation Package - Secure File Suite | 1.00 | $55.00 | $55.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$4,609.15** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$4,609.15** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6720089
**Invoice Date:** 7/20/2023
**Balance Due:** $4,609.15

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6205376** |
| **Invoice Date:** | **11/29/2022** |
| **Balance Due:** | **$5,083.90** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5580125 | Job Date: 11/15/2022 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Daniel Stone | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 325.00 | $6.30 | $2,047.50 |
| Surcharge - Extended Hours | 2.00 | $115.00 | $230.00 |
| Exhibits | 131.00 | $0.65 | $85.15 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Realtime Services | 325.00 | $2.10 | $682.50 |
| Rough Draft | 325.00 | $1.95 | $633.75 |
| Surcharge - Video Proceeding | 325.00 | $0.60 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

**Invoice #:** **6205376**
**Invoice Date:** **11/29/2022**
**Balance Due:** **$5,083.90**

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

| | | |
|---|---|---|
| | **Invoice Total:** | **$5,083.90** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$5,083.90** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6205376**
**Invoice Date:** **11/29/2022**
**Balance Due:** **$5,083.90**

43317

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Sonia Mejia
Boies Schiller Flexner LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA, 90017

**Invoice #:** 6076451
**Invoice Date:** 10/3/2022
**Balance Due:** $8,601.80

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5490695 | Job Date: 9/23/2022 | Delivery: Expedited

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Ryan Sila | Susman Godfrey LLP

| Witness: Edward Weng | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 273.00 | $6.30 | $1,719.90 |
| Transcript Services - Priority Request | 273.00 | $3.80 | $1,037.40 |
| Exhibits | 767.00 | $0.65 | $498.55 |
| Rough Draft | 273.00 | $1.95 | $532.35 |
| Realtime Services | 273.00 | $2.10 | $573.30 |
| Realtime Services | 273.00 | $2.10 | $573.30 |
| Realtime Services | 273.00 | $2.10 | $573.30 |
| Realtime Services | 273.00 | $2.10 | $573.30 |
| Realtime Services | 273.00 | $2.10 | $573.30 |
| Realtime Services | 273.00 | $2.10 | $573.30 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 273.00 | $0.60 | $163.80 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6076451
**Invoice Date:** 10/3/2022
**Balance Due:** $8,601.80

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

| | | | |
|---|---|---|---|
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes: 6 Realtiems

| | |
|---|---|
| **Invoice Total:** | **$8,601.80** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$8,601.80** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6076451**
**Invoice Date:** **10/3/2022**
**Balance Due:** **$8,601.80**

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Sonia Mejia
Boies Schiller Flexner LLP
725 S Figueroa Street
31st Floor
Los Angeles, CA, 90017

**Invoice #:** 6088026
**Invoice Date:** 10/11/2022
**Balance Due:** $7,857.70

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5508429 | Job Date: 10/3/2022 | Delivery: Expedited

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Ryan Sila | Susman Godfrey LLP

| Witness: Greg Fair | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 322.00 | $6.30 | $2,028.60 |
| Transcript Services - Priority Request | 322.00 | $5.05 | $1,626.10 |
| Surcharge - Extended Hours | 0.50 | $115.00 | $57.50 |
| Exhibits | 132.00 | $0.65 | $85.80 |
| Rough Draft | 322.00 | $1.95 | $627.90 |
| Realtime Services | 322.00 | $2.10 | $676.20 |
| Realtime Services | 322.00 | $2.10 | $676.20 |
| Realtime Services | 322.00 | $2.10 | $676.20 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Surcharge - Video Proceeding | 322.00 | $0.60 | $193.20 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted]**ABA:**[redacted]
**Swift:** [redacted]

**Invoice #:** 6088026
**Invoice Date:** 10/11/2022
**Balance Due:** $7,857.70

Pay by Credit Card: www.veritext.com

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$7,857.70** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$7,857.70** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6088026**
**Invoice Date:** **10/11/2022**
**Balance Due:** **$7,857.70**

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Rossana Baeza
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL, 33131

**Invoice #:** **6373008**
**Invoice Date:** **2/18/2023**
**Balance Due:** **$4,027.35**

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5691962 | Job Date: 2/9/2023 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Rossana Baeza
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Xinyu Ye | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 141.00 | $6.30 | $888.30 |
| Surcharge - Video Proceeding | 141.00 | $0.60 | $84.60 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Exhibits | 292.00 | $0.65 | $189.80 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Realtime Services | 141.00 | $2.10 | $296.10 |
| Realtime Services | 141.00 | $2.10 | $296.10 |
| Rough Draft | 141.00 | $1.95 | $274.95 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 4.50 | $175.00 | $787.50 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA**[redacted]
**Swift:** [redacted]

**Invoice #:** **6373008**
**Invoice Date:** **2/18/2023**
**Balance Due:** **$4,027.35**

Pay by Credit Card: www.veritext.com

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

| | | |
|---|---|---|
| | **Invoice Total:** | **$4,027.35** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$4,027.35** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6373008**
**Invoice Date:** **2/18/2023**
**Balance Due:** **$4,027.35**

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: James Lee Esq
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL, 33131

**Invoice #:** 6172052
**Invoice Date:** 11/15/2022
**Balance Due:** $2,076.35

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** | **Proceeding Type: Depositions**

Job #: 5516967 | Job Date: 10/27/2022 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: James Lee Esq
Scheduling Atty: Harris Mateen | Willkie Farr & Gallagher LLP

| Witness: Susan Harvey, Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 314.00 | $3.90 | $1,224.60 |
| Exhibits | 153.00 | $0.65 | $99.45 |
| Rough Draft | 314.00 | $1.95 | $612.30 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,076.35** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,076.35** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6172052
**Invoice Date:** 11/15/2022
**Balance Due:** $2,076.35

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: James Lee Esq
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL, 33131

**Invoice #:** 6139846
**Invoice Date:** 10/29/2022
**Balance Due:** $4,708.65

| Case: Rodriguez, Anibal v. Google LLC (3:20-CV-04688) | Proceeding Type: Depositions |
|---|---|

Job #: 5516994 | Job Date: 10/16/2022 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: James Lee Esq
Scheduling Atty: Lori Arakaki | Willkie Farr & Gallagher LLP

| Witness: Anibal Rodriguez | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 442.00 | $3.90 | $1,723.80 |
| Exhibits | 187.00 | $0.65 | $121.55 |
| Realtime Services | 442.00 | $2.10 | $928.20 |
| Realtime Services | 442.00 | $2.10 | $928.20 |
| Rough Draft | 442.00 | $1.95 | $861.90 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$4,708.65** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$4,708.65** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6139846
**Invoice Date:** 10/29/2022
**Balance Due:** $4,708.65

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: James Lee Esq
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL, 33131

| | |
|---|---|
| **Invoice #:** | **5659064** |
| **Invoice Date:** | **3/22/2022** |
| **Balance Due:** | **$3,322.05** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5106972 | Job Date: 3/7/2022 | Delivery: Normal

Location: San Francisco, CA

Billing Atty: James Lee Esq

Scheduling Atty: Lori Arakaki | Willkie Farr & Gallagher LLP

| Witness: Julian Santiago | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 357.00 | $3.85 | $1,374.45 |
| Exhibits | 196.00 | $0.65 | $127.40 |
| Rough Draft | 357.00 | $1.65 | $589.05 |
| Realtime Services - Remote | 357.00 | $1.95 | $696.15 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$3,322.05** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,322.05** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: [redacted] ABA: [redacted]
SWIFT: [redacted]
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5659064** |
| **Invoice Date:** | **3/22/2022** |
| **Balance Due:** | **$3,322.05** |