# Exhibit #4B

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6750521
**Invoice Date:** 8/3/2023
**Balance Due:** $3,938.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20CV04688)** — **Proceeding Type: Depositions**

Job #: 5996166 | Job Date: 7/14/2023 | Delivery: Normal — Third Party: Susman Godfrey LLP

Location: San Francisco, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: | Susman Godfrey LLP

| Witness: John R Black PhD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 8.00 | $210.00 | $1,680.00 |
| Video - Extended Hours | 4.00 | $315.00 | $1,260.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |
| Equipment Rental | 1.00 | $250.00 | $250.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$3,938.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,938.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6750521
**Invoice Date:** 8/3/2023
**Balance Due:** $3,938.00

B420230804

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6399404
**Invoice Date:** 3/1/2023
**Balance Due:** $1,818.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** | **Proceeding Type: Depositions**

Job #: 5702869 | Job Date: 2/7/2023 | Delivery: Normal
Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Arne de Booij | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 1.00 | $210.00 | $210.00 |
| Video - Extended Hours | 3.00 | $315.00 | $945.00 |
| Video - Media and Cloud Services | 4.00 | $15.00 | $60.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,818.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,818.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6399404
**Invoice Date:** 3/1/2023
**Balance Due:** $1,818.00

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6122977** |
| **Invoice Date:** | **10/22/2022** |
| **Balance Due:** | **$2,178.00** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5508429 | Job Date: 10/3/2022 | Delivery: Normal Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Ryan Sila | Susman Godfrey LLP

| Witness: Greg Fair | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 7.00 | $210.00 | $1,470.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,178.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,178.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 6122977**
**Invoice Date: 10/22/2022**
**Balance Due: $2,178.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6205909** |
| **Invoice Date:** | **11/29/2022** |
| **Balance Due:** | **$4,233.00** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** — **Proceeding Type: Depositions**

Job #: 5554575 | Job Date: 10/28/2022 | Delivery: Normal — Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Steve Ganem | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 9.00 | $210.00 | $1,890.00 |
| Video - Extended Hours | 5.00 | $315.00 | $1,575.00 |
| Video - Media and Cloud Services | 11.00 | $15.00 | $165.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$4,233.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$4,233.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6205909**
**Invoice Date:** **11/29/2022**
**Balance Due:** **$4,233.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6752143
**Invoice Date:** 8/4/2023
**Balance Due:** $0.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20CV04688)** **Proceeding Type: Depositions**

Job #: 5996136 | Job Date: 7/13/2023 | Delivery: Normal Third Party: Susman Godfrey LLP

Location: San Francisco, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: | Susman Godfrey LLP

| Witness: Anindya Ghose PhD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 8.00 | $210.00 | $1,680.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 6.00 | $15.00 | $90.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |
| Equipment Rental | 1.00 | $250.00 | $250.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,858.00** |
| **Payment:** | **($2,858.00)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6752143
**Invoice Date:** 8/4/2023
**Balance Due:** $0.00

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6396784** |
| **Invoice Date:** | **2/28/2023** |
| **Balance Due:** | **$1,713.00** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5754785 | Job Date: 2/8/2023 | Delivery: Normal Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Ryan Sila | Susman Godfrey LLP

| Witness: Sam Heft-Luthy | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 5.00 | $210.00 | $1,050.00 |
| Video - Media and Cloud Services | 4.00 | $15.00 | $60.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,713.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,713.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6396784**
**Invoice Date:** **2/28/2023**
**Balance Due:** **$1,713.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Vanessa Santos
Susman Godfrey LLP
One Manhattan West
395 9th Avenue
New York, NY, 10001

| | |
|---|---|
| **Invoice #:** | **8148373** |
| **Invoice Date:** | **3/13/2025** |
| **Balance Due:** | **$185.00** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5971096 | Job Date: 6/26/2023 | Delivery: Normal

Location: New York, NY
Billing Atty: Vanessa Santos
Scheduling Atty: Argemira Florez Esq. | Willkie Farr & Gallagher, LLP

| Witness: Jonathan Hochman | Quantity | Price | Amount |
|---|---|---|---|
| Duplicate Video Processing Fee | 1.00 | $105.00 | $105.00 |
| Video - Electronic Access | 1.00 | $80.00 | $80.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$185.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$185.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **8148373**
**Invoice Date:** **3/13/2025**
**Balance Due:** **$185.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6747781** |
| **Invoice Date:** | **8/2/2023** |
| **Balance Due:** | **$2,178.00** |

**Case: Rodriguez, Anibal, et al. v. Google, LLC (3:20CV04688RS)** — **Proceeding Type: Depositions**

Job #: 5996122 | Job Date: 7/11/2023 | Delivery: Normal — Third Party: Susman Godfrey LLP

Location: San Francisco, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Donna L Hoffman PhD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 7.00 | $210.00 | $1,470.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,178.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,178.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6747781**
**Invoice Date:** **8/2/2023**
**Balance Due:** **$2,178.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
100 SE 2nd Street
Suite 2800
Miami, FL, 33131

**Invoice #:** 6390330
**Invoice Date:** 2/27/2023
**Balance Due:** $1,212.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** — **Proceeding Type: Depositions**

Job #: 5691965 | Job Date: 2/17/2023 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: JK Kearns | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $495.00 | $495.00 |
| Video - Additional Hours | 3.00 | $198.00 | $594.00 |
| Video - Media and Cloud Services | 3.00 | $15.00 | $45.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,212.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,212.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6390330
**Invoice Date:** 2/27/2023
**Balance Due:** $1,212.00

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6747779** |
| **Invoice Date:** | **8/2/2023** |
| **Balance Due:** | **$2,808.00** |

**Case: Rodriguez, Anibal, et al. v. Google, LLC (3:20CV04688RS)** — **Proceeding Type: Depositions**

Job #: 5996021 | Job Date: 7/11/2023 | Delivery: Normal — Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Ryan Sila | Susman Godfrey LLP

| Witness: Christopher R Knittel PhD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 7.00 | $210.00 | $1,470.00 |
| Video - Extended Hours | 2.00 | $315.00 | $630.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,808.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,808.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No** [redacted] **ABA** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6747779**
**Invoice Date:** **8/2/2023**
**Balance Due:** **$2,808.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6286165** |
| **Invoice Date:** | **1/9/2023** |
| **Balance Due:** | **$3,018.00** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5628019 | Job Date: 12/15/2022 | Delivery: Normal Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Belinda Langner | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 8.00 | $210.00 | $1,680.00 |
| Video - Extended Hours | 2.00 | $315.00 | $630.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$3,018.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,018.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No** [redacted] **ABA** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6286165**
**Invoice Date:** **1/9/2023**
**Balance Due:** **$3,018.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6189048
**Invoice Date:** 11/19/2022
**Balance Due:** $2,718.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** | **Proceeding Type: Depositions**

Job #: 5554515 | Job Date: 10/28/2022 | Delivery: Normal

Third Party: Susman Godfrey LLP

Location: Los Angeles, CA

Billing Atty: Mark Mao Esq

Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Francis Ma, Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 8.00 | $210.00 | $1,680.00 |
| Video - Extended Hours | 1.00 | $315.00 | $315.00 |
| Video - Media and Cloud Services | 8.00 | $15.00 | $120.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,718.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,718.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6189048**
**Invoice Date:** **11/19/2022**
**Balance Due:** **$2,718.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6166477
**Invoice Date:** 11/9/2022
**Balance Due:** $2,493.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** — **Proceeding Type: Depositions**

Job #: 5545552 | Job Date: 10/25/2022 | Delivery: Normal

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Eric Miraglia | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 7.00 | $210.00 | $1,470.00 |
| Video - Extended Hours | 1.00 | $315.00 | $315.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,493.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,493.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6166477
**Invoice Date:** 11/9/2022
**Balance Due:** $2,493.00

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA, 94612

| | |
|---|---|
| **Invoice #:** | **6078504** |
| **Invoice Date:** | **10/18/2022** |
| **Balance Due:** | **$2,703.00** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5431690 | Job Date: 9/15/2022 | Delivery: Normal    Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: David Monsees | Amount |
|---|---|
| Video Services | $2,625.00 |
| Video - Electronic Access | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,703.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,703.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6078504**
**Invoice Date:** **10/18/2022**
**Balance Due:** **$2,703.00**

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Lauren Lavarre
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

| | |
|---|---|
| **Invoice #:** | **6246381** |
| **Invoice Date:** | **12/17/2022** |
| **Balance Due:** | **$2,388.00** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5580131 | Job Date: 11/18/2022 | Delivery: Normal Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Lauren Lavarre
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| **Witness: Rahul Oak** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 8.00 | $210.00 | $1,680.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,388.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,388.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 6246381**
**Invoice Date: 12/17/2022**
**Balance Due: $2,388.00**

B420221219

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** **6065184**
**Invoice Date:** **9/27/2022**
**Balance Due:** **$2,373.00**

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5424395 | Job Date: 9/9/2022 | Delivery: Normal
Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Christopher Ruemmler | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 8.00 | $210.00 | $1,680.00 |
| Video - Media and Cloud Services | 6.00 | $15.00 | $90.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,373.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,373.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6065184**
**Invoice Date:** **9/27/2022**
**Balance Due:** **$2,373.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Vanessa Santos
Susman Godfrey LLP
One Manhattan West
395 9th Avenue
New York, NY, 10001

| | |
|---|---|
| **Invoice #:** | **8148374** |
| **Invoice Date:** | **3/12/2025** |
| **Balance Due:** | **$185.00** |

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** **Proceeding Type: Depositions**

Job #: 5980592 | Job Date: 7/10/2023 | Delivery: Normal

Location: Los Angeles, CA

Billing Atty: Vanessa Santos

Scheduling Atty: Simona Agnolucci Esq | Willkie Farr & Gallagher, LLP

| Witness: Bruce Schneier, Ph.D., Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Duplicate Video Processing Fee | 1.00 | $105.00 | $105.00 |
| Video - Electronic Access | 1.00 | $80.00 | $80.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$185.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$185.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**[redacted] **ABA:**[redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **8148374**
**Invoice Date:** **3/12/2025**
**Balance Due:** **$185.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID:[redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6227931
**Invoice Date:** 12/9/2022
**Balance Due:** $2,598.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** | **Proceeding Type: Depositions**

Job #: 5580125 | Job Date: 11/15/2022 | Delivery: Normal

Third Party: Susman Godfrey LLP

Location: Los Angeles, CA

Billing Atty: Mark Mao Esq

Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Daniel Stone | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 6.00 | $210.00 | $1,260.00 |
| Video - Extended Hours | 2.00 | $315.00 | $630.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,598.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,598.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID:[redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6227931**
**Invoice Date:** **12/9/2022**
**Balance Due:** **$2,598.00**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6099412
**Invoice Date:** 10/12/2022
**Balance Due:** $2,388.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** — **Proceeding Type: Depositions**

Job #: 5490695 | Job Date: 9/23/2022 | Delivery: Normal — Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Ryan Sila | Susman Godfrey LLP

| Witness: Edward Weng | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 8.00 | $210.00 | $1,680.00 |
| Video - Media and Cloud Services | 7.00 | $15.00 | $105.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,388.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,388.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No**[redacted] **ABA:**[redacted]
**Swift:**[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **6099412**
**Invoice Date:** **10/12/2022**
**Balance Due:** **$2,388.00**

43317

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Mark Mao Esq
Boies Schiller Flexner LLP
44 Montgomery Street
41st Floor
San Francisco, CA, 94104

**Invoice #:** 6399855
**Invoice Date:** 3/1/2023
**Balance Due:** $1,503.00

**Case: Rodriguez, Anibal v. Google, LLC (3:20-CV-04688)** | **Proceeding Type: Depositions**

Job #: 5691962 | Job Date: 2/9/2023 | Delivery: Normal | Third Party: Susman Godfrey LLP

Location: Los Angeles, CA
Billing Atty: Mark Mao Esq
Scheduling Atty: Alexander Frawley | Susman Godfrey LLP

| Witness: Xinyu Ye | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 4.00 | $210.00 | $840.00 |
| Video - Media and Cloud Services | 4.00 | $15.00 | $60.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,503.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,503.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** [redacted] **ABA:** [redacted]
**Swift:** [redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 6399855
**Invoice Date:** 3/1/2023
**Balance Due:** $1,503.00

43317