# Exhibit #5

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE 20240155

Ryan McGee
Morgan and Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
(813) 223-0931
rmcgee@forthepeople.com

**MAKE CHECKS PAYABLE TO:**
Rhonda L Aquilina, RMR, CRR, CRC
Official Court Reporter
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102
(415) 264-0580
Rhonda_Aquilina@cand.uscourts.gov

__ CRIMINAL ✕ CIVIL

DATE ORDERED: 07-25-2024

DATE DELIVERED: 07-26-2024

**In the matter of:** 3:20-cv-04688 RS, Anibal Rodriguez, et al v Google, LLC

7/25/24 MSJ

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 72 | 6.70 | 482.40 | 72 | 1.35 | 97.20 | | | | 579.60 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 579.60 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 579.60 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Rhonda Aquilina

DATE: 07-26-2024

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Northern District of California

Invoice No.: 20251794

Mark Mao
BOIES SCHILLER FLEXNER (SF)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6858
mmao@bsfllp.com

**MAKE CHECKS PAYABLE TO:**
Ana M. Dub, CSR 7445, RDR, RMR, CRR
Official Reporter
U.S. District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
(415) 290-1651
ana_dub@cand.uscourts.gov

__ CRIMINAL  X CIVIL

DATE ORDERED: 09-05-2025

DATE DELIVERED: 09-05-2025

**In the matter of:** 3:20-CV-04688 RS, Rodriguez, et al. v Google LLC

Daily Delivery of PDF, TXT, CONDENSED and Realtime of Jury Trial Proceedings heard before Judge Richard Seeborg on 8/19-8/21, 8/25-8/29, and 9/2/2025, Volumes 2 through 10. 3 realtime hookups and rough drafts provided for Vols. 2-10 (1784 pages).
Cost of O&1 split with Cooley LLP.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | 4.40 | | | 1.10 | | | 0.75 | | |
| 14-Day | | 5.10 | | | 1.10 | | | 0.75 | | |
| 7-Day | | 5.85 | | | 1.10 | | | 0.75 | | |
| 3-Day | | 6.55 | | | 1.30 | | | 0.90 | | |
| Next-Day | 1996 | 4.38 | 8742.48 | 1996 | 1.45 | 2894.20 | 1996 | 1.10 | 2195.60 | 13832.28 |
| 2-Hour | | 8.70 | | | 1.45 | | | 1.10 | | |
| Realtime | 1784 | 3.70 | 6600.80 | 3568 | 2.55 | 9098.40 | | 1.80 | | 15699.20 |
| Misc. | Rough drafts of Volumes 2-10 (1784 pages @ 1.80 pp) Plus Master Inde› | | | | | | | | Misc. Charges | 3259.38 |
| | | | | | | | | | **Subtotal** | 32790.86 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| **Date:** 08-18-2025 | | | **Check:** ACH | | | | | | Less Amount of Deposit | 24120.00 |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 8670.86 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Ana M. Dub

DATE: 09-05-2025

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR