# Exhibit #6A

**4Discovery, LLC**
20 N Upper Wacker Dr, 12th Floor
Chicago, IL 60606
accounting@4discovery.com
www.4discovery.com

# INVOICE

**BILL TO**
Jean Martin
Morgan & Morgan
201 N Franklin St
7th Floor
Tampa, FL 33602

**INVOICE #** 4757
**DATE** 11/05/2021
**DUE DATE** 12/05/2021
**TERMS** Due on receipt

**SALES REP**
DB - L

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Anibal Rodriguez, et al v Google | | | |
| **Imaging - Other**<br>Collect & Preserve Anibal Rodriguez Email (Nov 1. 2021) | 1 | 350.00 | 350.00 |
| **Imaging - Other**<br>Collect & Preserve Harold Nyanjom - harokell@yahoo.com (Nov 2. 2021) | 1 | 350.00 | 350.00 |
| **Imaging - Other**<br>Collect & Preserve Harold Nyanjom - harokell1@gmail.com (Nov 2. 2021) | 1 | 350.00 | 350.00 |
| **Hard Drive**<br>Preservation Hard Drive (Nov 5. 2021) | 1 | 100.00 | 100.00 |

BALANCE DUE **$1,150.00**

**4Discovery, LLC**
20 N Upper Wacker Dr, 12th Floor
Chicago, IL 60606
accounting@4discovery.com
www.4discovery.com

# INVOICE

**BILL TO**
Jean Martin
Morgan & Morgan
201 N Franklin St
7th Floor
Tampa, FL 33602

**INVOICE #** 4783
**DATE** 11/14/2021
**DUE DATE** 12/14/2021
**TERMS** Due on receipt

**SALES REP**
DB - L

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Anibal Rodriguez, et al v Google | | | |
| **Imaging - Other**<br>Collect & Preserve Eliza Cambay Email - sustainablerepublicca@gmail.com (Nov 8. 2021) | 1 | 350.00 | 350.00 |
| **Imaging - Other**<br>Collect & Preserve - Anibal Rodriguez - thefightingbunny@gmail.com (Nov 10. 2021) | 1 | 350.00 | 350.00 |
| **Imaging - Other**<br>Collect & Preserve Anibal Rodriguez Email - imnube08@gmail.com (Nov 10. 2021) | 1 | 350.00 | 350.00 |

BALANCE DUE **$1,050.00**

**4Discovery, LLC**
20 N Upper Wacker Dr, 12th Floor
Chicago, IL 60606
accounting@4discovery.com
www.4discovery.com

# INVOICE

**BILL TO**
Jean Martin
Morgan & Morgan
201 N Franklin St
7th Floor
Tampa, FL 33602

**INVOICE #** 4862
**DATE** 12/10/2021
**DUE DATE** 01/10/2022
**TERMS** Due on receipt

**SALES REP**
CG

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Anibal Rodriguez, et al v Google | | | |
| **Mobile Imaging**<br>Collect & Preserve - Susan Lynn Harvey - Galaxy 9 (Dec 6. 2021) | 1 | 750.00 | 750.00 |
| **Hard Drive Imaging**<br>Collect & Preserve - Susan Lynn Harvey - Lenovo PC (Dec 6. 2021) | 1 | 500.00 | 500.00 |
| **Forensic**<br>Collect & Preserve - Eliza Cambay - Macbook Pro: Time with Custodian (Dec 7. 2021) | 0.50 | 375.00 | 187.50 |
| **Administrative**<br>Prep Remote Collection Kit (Dec 7. 2021) | 0.50 | 100.00 | 50.00 |
| **Shipping**<br>Remote Collection Kit: Fedex # 791212508155 (Dec 7. 2021) | 1 | 189.54 | 189.54 |
| **Shipping**<br>Remote Collection Kit: Fedex # 775417591528 (Dec 7. 2021) | 1 | 189.54 | 189.54 |
| **Hard Drive**<br>2 USB drives (Dec 7. 2021) | 2 | 100.00 | 200.00 |
| **Hard Drive Imaging**<br>Collect & Preserve - Anibal (Pete) Rodriguez - PC: Image computer (Dec 8. 2021) | 1 | 500.00 | 500.00 |
| **Mobile Imaging**<br>Collect & Preserve - Anibal (Pete) Rodriguez - Samsung S21 Ultra: image phone (Dec 8. 2021) | 1 | 750.00 | 750.00 |
| **Mobile Imaging**<br>Collect & Preserve - Susan Lynn Harvey - Samsung Galaxy Mega GT S/N – RF0ADRAYBB02 (Dec 10. 2021) | 1 | 750.00 | 750.00 |
| **Mobile Imaging** | 1 | 750.00 | 750.00 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Collect & Preserve - Julian Santiago iPhone 11 (Dec 10. 2021) | | | |
| **Hard Drive Imaging**<br>Collect & Preserve - Julian Santiago Windows PC (Dec 10. 2021) | 1 | 500.00 | 500.00 |

BALANCE DUE **$5,316.58**

**4Discovery, LLC**
20 N Upper Wacker Dr, 12th Floor
Chicago, IL 60606
accounting@4discovery.com
www.4discovery.com

# INVOICE

**BILL TO**
Jean Martin
Morgan & Morgan
201 N Franklin St
7th Floor
Tampa, FL 33602

**INVOICE #** 5146
**DATE** 04/15/2022
**DUE DATE** 05/15/2022
**TERMS** Due on receipt

**SALES REP**
CG

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Anibal Rodriguez, et al v Google | | | |
| **Forensic**<br>harokellsllc@gmail.com: Provide search results for requested terms (Apr 11. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>thefightingbunny@gmail.com: Provide search results for requested terms (Apr 12. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>peteysake08@gmail.com: Provide search results for requested terms (Apr 12. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>imnube08@gmail.com: Provide search results for requested terms (Apr 12. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>sustainablerepublicca@gmail.com: Provide search results for requested terms (Apr 12. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>karokell1@gmail.com: Provide search results for requested terms (Apr 13. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>harokell@yahoo.com: Provide search results for requested terms (Apr 13. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>ecambay@gmail.com: Provide search results for requested terms (Apr 13. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>Santiago PC: Provide search results for requested terms (Apr 14. 2022) | 5 | 375.00 | 1,875.00 |
| **Forensic**<br>Rodriguez PC: Provide search results for requested terms (Apr 14. 2022) | 5 | 375.00 | 1,875.00 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Forensic**<br>Nyanjom Compaq PC: Process and search computer (Apr 15. 2022) | 5 | 375.00 | 1,875.00 |
| **Imaging - Other**<br>Collect Harvey email Missqs68@gmail.com (Apr 15. 2022) | 1 | 350.00 | 350.00 |
| **Imaging - Other**<br>Collect Harvey email Alikatsmom1@gmail.com (Apr 15. 2022) | 1 | 350.00 | 350.00 |
| **Imaging - Other**<br>Collect Harvey email 50qusie50@gmail.com (Apr 15. 2022) | 1 | 350.00 | 350.00 |

BALANCE DUE **$15,675.00**

**4Discovery, LLC**
20 N Upper Wacker Dr, 12th Floor
Chicago, IL 60606
accounting@4discovery.com
www.4discovery.com

# INVOICE

**BILL TO**
Jean Martin
Morgan & Morgan
201 N Franklin St
7th Floor
Tampa, FL 33602

**INVOICE #** 5160
**DATE** 04/22/2022
**DUE DATE** 05/22/2022
**TERMS** Due on receipt

**SALES REP**
CG

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Anibal Rodriguez, et al v Google | | | |
| **Forensic**<br>Search and produce Harvey email 50qusie50@gmail.com (Apr 18. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>Search and produce Harvey email Alikatsmom1@gmail.com (Apr 18. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>Search and produce Harvey email Missqs68@gmail.com (Apr 18. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>Search and produce Santigao email juliansant8@gmail.com (Apr 19. 2022) | 3 | 375.00 | 1,125.00 |
| **Imaging - Other**<br>Collect juliansant8@gmail.com (Apr 19. 2022) | 1 | 350.00 | 350.00 |
| **Imaging - Other**<br>Collect salcataldo@gmail.com (Apr 19. 2022) | 1 | 350.00 | 350.00 |
| **Imaging - Other**<br>Collect salcataldo@odohertylaw.com (Apr 19. 2022) | 1 | 350.00 | 350.00 |
| **Forensic**<br>Cataldo PC: Search computer (Apr 20. 2022) | 5 | 375.00 | 1,875.00 |
| **Forensic**<br>Cambay PC: Search computer (Apr 20. 2022) | 5 | 375.00 | 1,875.00 |
| **Forensic**<br>Search and produce Cataldo email salcataldo@gmail.com (Apr 20. 2022) | 3 | 375.00 | 1,125.00 |
| **Forensic**<br>Harvey PC: Search computer (Apr 21. 2022) | 5 | 375.00 | 1,875.00 |
| **Forensic**<br>Nyanjom Toshiba PC: Search computer (Apr 21. 2022) | 5 | 375.00 | 1,875.00 |

| | |
|---|---|
| BALANCE DUE | **$14,175.00** |