# Exhibit #6B

77 Battery Street, Suite 200
San Francisco, CA 94111

Phone: 415-986-0111
Tax I.D. # [redacted]

# Invoice

**Invoice Number**
SF25-070072

**Invoice Date**
Jul 17, 2025

**Bill To:** Boies, Schiller & Flexner LLP - SF
44 Montgomery Street, 41st Flr.
San Francisco, CA 94104

| Client Matter | Project Description | Payment Terms from Inv. Date | |
|---|---|---|---|
| 90040.0001 | Blowback/ EDD | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Proj. Order Date** | **Proj. Due Date** |
| Gil Cuesta | Louis Salazar | 7/10/2025 | 7/11/2025 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 8,195 | OCR'd Pages (searchable PDF) | 0.0200 | 163.90 |
| 371 | Electronic Endorsement w/ Ex. E-stamp (per page): Manual creation and application of custom exhibit E-stamp | 2.5000 | 927.50 |
| 1 | Upload via D1 Share File<br>Volume Name: VOL001 | 25.0000 | 25.00 |
| 2 | USB (16GB) | 75.0000 | 150.00 |
| 1 | Padded Envelope | 2.5000 | 2.50 |
| 6 | Technical Time (6hrs @ $150/hr): Validating the Index to put documents in order & creating custom place holders | 150.0000 | 900.00 |
| 10,470 | 2 Set(s) of B/W Blowbacks, Letter, w/ assembly (per page) | 0.1200 | 1,256.40 |
| 9,708 | 2 Set(s) of Color Blowbacks, Letter (per page) | 0.7500 | 7,281.00 |
| 600 | Regular Tabs (1-300) x2 | 0.5000 | 300.00 |
| 430 | Regular High# Tabs (301-515) x2 | 0.6500 | 279.50 |
| 2 | 2" View Binder, D-Ring, Black | 15.0000 | 30.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | **Continued** |

*1.5% per month Finance Charge on Past Due Invoices over 90 days.*

DISCOVERY

77 Battery Street, Suite 200
San Francisco, CA 94111

Phone: 415-986-0111
Tax I.D. # [redacted]

# Invoice

**Invoice Number**
SF25-070072

**Invoice Date**
Jul 17, 2025

**Bill To:** Boies, Schiller & Flexner LLP - SF
44 Montgomery Street, 41st Flr.
San Francisco, CA 94104

| Client Matter | Project Description | Payment Terms from Inv. Date | |
|---|---|---|---|
| 90040.0001 | Blowback/ EDD | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Proj. Order Date** | **Proj. Due Date** |
| Gil Cuesta | Louis Salazar | 7/10/2025 | 7/11/2025 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 32 | 3" View Binder, D-Ring, Black | 25.0000 | 800.00 |
| 34 | Binder Cover & Spine (Set), Cardstock | 0.7000 | 23.80 |
| 1 | Complimentary Delivery to: Boies Schiller SF office | | |
| | Case Name: Rodriguez v. Google | | |
| | Client Matter/Ref: Binders to Assemble (90040.0001) | | |
| | Plaintiff's Exhibit Binders | | |

| | |
|---|---|
| Subtotal | 12,139.60 |
| Sales Tax | 873.13 |
| Total Invoice Amount | 13,012.73 |
| Payment/Credit Applied | |
| **TOTAL** | **13,012.73** |

Digital One Legal Solutions

*1.5% per month Finance Charge on Past Due Invoices over 90 days.*

DISCOVERY

**77 Battery Street, Suite 200**
**San Francisco, CA 94111**

**Phone: 415-986-0111**
**Tax I.D. #** [redacted]

# Invoice

**Invoice Number**
SF25-080060

**Invoice Date**
Aug 14, 2025

**Bill To:** **Boies, Schiller & Flexner LLP - SF**
**44 Montgomery Street, 41st Flr.**
**San Francisco, CA 94104**

| Client Matter | Project Description | Payment Terms from Inv. Date | |
|---|---|---|---|
| 90040.0001 | USB | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Proj. Order Date** | **Proj. Due Date** |
| Gil Cuesta | Louis Salazar | 8/14/2025 | 8/14/2025 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3 | USB (16GB) | 75.0000 | 225.00 |
| 1 | Padded Envelope | 2.5000 | 2.50 |
| 1 | Delivery Fee to: SF Court, 450 Golden Gate Ave, SF, CA | 100.0000 | 100.00 |
| | Case Name: Rodriguez v. Google | | |

| | |
|---|---|
| Subtotal | 327.50 |
| Sales Tax | 19.62 |
| Total Invoice Amount | 347.12 |
| Payment/Credit Applied | |
| **TOTAL** | **347.12** |

Digital One Legal Solutions

*1.5% per month Finance Charge on Past Due Invoices over 90 days.*