# Exhibit #6C

# INVOICE

**Legal Media, Inc.**
3202 Commerce St.
Houston, TX 77003

ssheffield@legalmediainc.com
+1 (713) 366-7477
www.legalmediainc.com

legal MEDIA

## Bonn, Amanda:37145 - Rodriguez, et al. v. Google

**Bill to**

Amanda Bonn
Susman Godfrey, LLP
1900 Avenue of the Stars #1400
Los Angeles, CA 90067

**Invoice details**

Invoice no.: 37145-8
Terms: Net 30
Invoice date: 07/31/2025
Due date: 08/31/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | 06/23/2025 | **Graphic Design - JED** | Slide edits for technical expert witnesses (for Logan Wright) | 1 | $250.00 | $250.00 |
| 2. | 06/30/2025 | **Trial Preparation - JED** | New My App Activity slides for Logan Wright | 2.25 | $250.00 | $562.50 |
| 3. | 07/02/2025 | **Trial Preparation - JED** | Demonstrative edits for Logan Wright (Google search on phone); Hochman Slide edits; new River demonstrative for Logan | 7.75 | $250.00 | $1,937.50 |
| 4. | 07/03/2025 | **Trial Preparation - JED** | Edits to Hochman expert slides for Logan; lake demonstrative edits | 5 | $250.00 | $1,250.00 |
| 5. | 07/07/2025 | **Trial Preparation - DCV** | Design/revise: Laninski direct presentation | 1 | $300.00 | $300.00 |
| 6. | 07/07/2025 | **Trial Preparation - JED** | New Schneier Direct slides for Alex Frawley; New Hochman slide edits for Logan; River demonstrative edits for Logan | 7.25 | $250.00 | $1,812.50 |
| 7. | 07/08/2025 | **Trial Preparation - JED** | Hochman slide edits; River demonstrative edits | 4 | $250.00 | $1,000.00 |
| 8. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 07/09/2025 | **Trial Preparation - JED** | Edits to Lasinski slides for Ryan Sila, edits to Schneier deck for Alex Frawley | 7 | $250.00 | $1,750.00 |
| 9. | 07/10/2025 | **Trial Preparation - JED** | Schneier slide edits for Alex Frawley | 2.5 | $250.00 | $625.00 |
| 10. | 07/11/2025 | **Trial Preparation - JED** | Schneier slide edits for Alex Frawley; Lasinski slide edits for Ryan Sila | 3 | $250.00 | $750.00 |
| 11. | 07/15/2025 | **Editing Trial Prep. - JED** | Schneier slide edits for Alex Frawley | 7 | $250.00 | $1,750.00 |
| 12. | 07/16/2025 | **Editing Trial Prep. - JED** | Keegan edits for Ryan McGee, Hochman edits for Logan Wright, Lasinski edits for Ryan Sila, more Hochman edits for Logan; more Lasinski edits | 10.5 | $250.00 | $2,625.00 |
| 13. | 07/17/2025 | **Editing Trial Prep. - JED** | Hochman edits for Logan Wright; Timeline for Beko Richardson; more Hochman edits for Logan; another round of Hochman edits for Logan; another round, Slide edits for Alison Anderson | 7.25 | $250.00 | $1,812.50 |
| 14. | 07/18/2025 | **Editing Trial Prep. - JED** | Schneier slide edits for Alex Frawley; more rounds of edits for Schneier (Alex Frawley) and Hochman (Logan Wright) | 4.5 | $250.00 | $1,125.00 |
| 15. | 07/20/2025 | **Editing Trial Prep. - JED** | Schneier slide edits for Alex Frawley, template edits for Beko Richardson, Firebase demonstrative slide edits for Ryan Mcgee and Antonio Arzola | 1 | $250.00 | $250.00 |
| 16. | 07/21/2025 | **Editing Trial Prep. - JED** | Slide template edits for Beko Richardson; Hochman slide edits for Logan Wright | 3.25 | $250.00 | $812.50 |
| 17. | 07/22/2025 | **Editing Trial Prep. - JED** | Slide edits (Non-expert Demonstratives) for Beko Richardson; Hochman slide edits for Logan Wright | 1.75 | $250.00 | $437.50 |
| 18. | 07/23/2025 | **Editing Trial Prep. - JED** | Final touches on all 6 slide decks (adding watermarks, formatting edits, other requested tweaks) - for Beko Richardson; Hochman edits for Logan Wright; new slides for Opening (for Logan Wright) | 3.5 | $250.00 | $875.00 |
| 19. | 07/24/2025 | **Editing Trial Prep. - JED** | Opening slide edits for Logan Wright, Schneier edits for Alex Frawley; prepped final decks as PDFs to send to Google; edits to Opening deck for Logan | 9.75 | $250.00 | $2,437.50 |
| 20. | 07/28/2025 | **Graphic Design - EMW** | Attorney Magnets | 0.5 | $250.00 | $125.00 |
| 21. | 07/30/2025 | **Meeting/Consultation - DCV** | Zoom meeting with trial team re logistics | 0.5 | $300.00 | $150.00 |
| 22. | 07/31/2025 | **Editing Trial Prep. - JED** | Updates to Lasinski slides for Beko Richardson | 0.75 | $250.00 | $187.50 |

| | |
|---|---|
| **Total** | **$22,825.00** |

## Note to customer

Thank you for using Legal Media, Inc. We appreciate your business!

# INVOICE

**Legal Media, Inc.**
3202 Commerce St.
Houston, TX 77003

ssheffield@legalmediainc.com
+1 (713) 366-7477
www.legalmediainc.com

## Bonn, Amanda:37145 - Rodriguez, et al. v. Google

**Bill to**
Amanda Bonn
Susman Godfrey, LLP
1900 Avenue of the Stars #1400
Los Angeles, CA 90067

**Invoice details**
Invoice no.: 37145-9
Terms: Net 30
Invoice date: 08/31/2025
Due date: 09/30/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | 08/01/2025 | **Editing Trial Prep. - JED** | Lasinski edits, remove watermarks from all 6 decks, prep all 6 decks into PDF's (to disclose to Google) | 2.25 | $250.00 | $562.50 |
| 2. | 08/04/2025 | **Editing Trial Prep. - JED** | New slides for Opening (for Beko Richardson) | 2.5 | $250.00 | $625.00 |
| 3. | 08/05/2025 | **Editing Trial Prep. - JED** | Opening slide edits for Beko Richardson | 1 | $250.00 | $250.00 |
| 4. | 08/07/2025 | **Travel Time - DCV** | Travel to San Francisco for trial. | 4 | $150.00 | $600.00 |
| 5. | 08/07/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening statement. | 11 | $300.00 | $3,300.00 |
| 6. | 08/07/2025 | **Editing Trial Prep. - JED** | Opening slide edits for Logan Wright and Beko Richardson; Extensive opening edits for Beko and Amanda | 9.25 | $250.00 | $2,312.50 |
| 7. | 08/08/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening statement. Video editing: Miraglia, Kearns. | 12.5 | $300.00 | $3,750.00 |
| 8. | 08/08/2025 | **Editing Trial Prep. - JED** | Zoom meeting with Alison Anderson to go over Schneier slide; edits to Schneier slides | 1.25 | $250.00 | $312.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. | 08/09/2025 | **Travel Time - MTB** | Fly to LA | 4 | $175.00 | $700.00 |
| 10. | 08/09/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening statement. Video editing: Miraglia, Kearns. | 9 | $300.00 | $2,700.00 |
| 11. | 08/09/2025 | **Editing Trial Prep. - JED** | Schneier slide edits for Alison Anderson | 3.5 | $250.00 | $875.00 |
| 12. | 08/10/2025 | **On-Site Trial Support - MTB** | Prep database, load documents, load videos | 4 | $350.00 | $1,400.00 |
| 13. | 08/10/2025 | **On-Site Trial Support - DCV** | Design/revise: Timeline. Witness prep. | 8 | $300.00 | $2,400.00 |
| 14. | 08/11/2025 | **On-Site Trial Support - MTB** | Prep for trial, met with Samantha re courtroom, met with Beko re outlines | 4 | $350.00 | $1,400.00 |
| 15. | 08/11/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening presentation. Video editing: Pichai, Miraglia. | 12 | $300.00 | $3,600.00 |
| 16. | 08/11/2025 | **Editing Trial Prep. - JED** | Schneier edits for Alison Anderson | 0.5 | $250.00 | $125.00 |
| 17. | 08/12/2025 | **On-Site Trial Support - MTB** | Prep for trial, new exhibits, replacement exhibits | 4 | $350.00 | $1,400.00 |
| 18. | 08/12/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening presentation. Video editing: Miraglia. | 9 | $300.00 | $2,700.00 |
| 19. | 08/12/2025 | **Editing Trial Prep. - JED** | Schneier slide edits for Alison Anderson | 1 | $250.00 | $250.00 |
| 20. | 08/13/2025 | **On-Site Trial Support - MTB** | Changes to opening slides, clips for BCAR, prep for Mohess cross | 12 | $350.00 | $4,200.00 |
| 21. | 08/13/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening presentation. Video editing: Pichai, Miraglia. | 14 | $300.00 | $4,200.00 |
| 22. | 08/13/2025 | **Editing Trial Prep. - JED** | Schneier slide edits for Alison Anderson | 1 | $250.00 | $250.00 |
| 23. | 08/14/2025 | **In Court Trial Consultant - MTB** | In court for setup and test | 2 | $350.00 | $700.00 |
| 24. | 08/14/2025 | **On-Site Trial Support - MTB** | Prep for Monsees | 3 | $350.00 | $1,050.00 |
| 25. | 08/14/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening presentation. | 9 | $300.00 | $2,700.00 |
| 26. | 08/15/2025 | **On-Site Trial Support - MTB** | Prep for trial | 4 | $350.00 | $1,400.00 |
| 27. | 08/15/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening presentation. | 9.5 | $300.00 | $2,850.00 |
| 28. | 08/16/2025 | **On-Site Trial Support - MTB** | Prep with Lasinski and ABONN, prep for Monsees cross | 5 | $350.00 | $1,750.00 |
| 29. | 08/16/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening presentation. | 12 | $300.00 | $3,600.00 |
| 30. | 08/17/2025 | **On-Site Trial Support - MTB** | Prep for Monsees cross, prep for opening | 6 | $350.00 | $2,100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31. | 08/17/2025 | **On-Site Trial Support - DCV** | Design/revise: Opening statement, Hochman. Video editing: Miraglia. | 17.5 | $300.00 | $5,250.00 |
| 32. | 08/18/2025 | **In Court Trial Consultant - MTB** | In court - setup and test, in breakout room waiting for Voir Dire to end in case opening | 5 | $350.00 | $1,750.00 |
| 33. | 08/18/2025 | **On-Site Trial Support - MTB** | Prep for Monsees, prep for opening | 6 | $350.00 | $2,100.00 |
| 34. | 08/18/2025 | **On-Site Trial Support - DCV** | Design/revise: Hochman presentation. Video editing: Miraglia. | 15.5 | $300.00 | $4,650.00 |
| 35. | 08/18/2025 | **Graphic Design - EMW** | Google Fantasy slide demo | 1 | $250.00 | $250.00 |
| 36. | 08/19/2025 | **In Court Trial Consultant - MTB** | In court, opening, Monsees Cross | 5.5 | $350.00 | $1,925.00 |
| 37. | 08/19/2025 | **On-Site Trial Support - MTB** | Prep for Monsees recross, prep with James and others on Rodrigues and Santiago directs | 6 | $350.00 | $2,100.00 |
| 38. | 08/19/2025 | **On-Site Trial Support - DCV** | Design/revise: Hochman, Schneier presentations. Video editing: Miraglia. | 13.5 | $300.00 | $4,050.00 |
| 39. | 08/20/2025 | **In Court Trial Consultant - MTB** | In court - Monsees, Santiago | 5.5 | $350.00 | $1,925.00 |
| 40. | 08/20/2025 | **On-Site Trial Support - MTB** | Prep for Rodriguez, prep for Hochman | 5 | $350.00 | $1,750.00 |
| 41. | 08/20/2025 | **On-Site Trial Support - DCV** | Design/revise: Hochman, Schneier presentations. Video editing: Miraglia. | 10 | $300.00 | $3,000.00 |
| 42. | 08/21/2025 | **In Court Trial Consultant - MTB** | In court - Hockman, Rodriguez | 5.5 | $350.00 | $1,925.00 |
| 43. | 08/21/2025 | **On-Site Trial Support - DCV** | Video editing: Miraglia. | 8 | $300.00 | $2,400.00 |
| 44. | 08/22/2025 | **On-Site Trial Support - MTB** | Prep with Amanda and Lasinski, changes to Lasinski slides | 6 | $350.00 | $2,100.00 |
| 45. | 08/22/2025 | **On-Site Trial Support - MTB** | Run through and prep with Amanda and Lasiniski | 2 | $350.00 | $700.00 |
| 46. | 08/22/2025 | **On-Site Trial Support - DCV** | Video editing: Miraglia, Kearns. | 8 | $300.00 | $2,400.00 |
| 47. | 08/23/2025 | **On-Site Trial Support - MTB** | Prep with ABON on Lasiniski, run through, create synchable transcripts for podcasts, prep for Ruemler cross | 8 | $350.00 | $2,800.00 |
| 48. | 08/23/2025 | **On-Site Trial Support - DCV** | Design/revise: Pichai testimony slides. Video editing: Ghose impeachment, Miraglia, Kearns. | 9.5 | $300.00 | $2,850.00 |
| 49. | 08/24/2025 | **On-Site Trial Support - MTB** | Prep for Monday trial day, Ruemmler cross exhibit prep, prep with ABON and Lasinski, Prep for Ruemmler cross | 8 | $350.00 | $2,800.00 |
| 50. | 08/24/2025 | **On-Site Trial Support - DCV** | Video edting: Kearns, Miraglia, Ghose impeachment clips. | 13.5 | $300.00 | $4,050.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51. | 08/25/2025 | **In Court Trial Consultant - MTB** | In court, Rodriguez, Lasinski | 5.5 | $350.00 | $1,925.00 |
| 52. | 08/25/2025 | **On-Site Trial Support - MTB** | Prep for Heff-Luthy, Prep for Ruemmler, Video clips for Boise, end user flow chart diagrams | 7 | $350.00 | $2,450.00 |
| 53. | 08/25/2025 | **On-Site Trial Support - DCV** | Video edting: Miraglia, Ghose impeachment clips. | 10.5 | $300.00 | $3,150.00 |
| 54. | 08/25/2025 | **Travel Time - JGD** | Flight time from Houston to San Francisco. | 4 | $112.50 | $450.00 |
| 55. | 08/25/2025 | **Graphic Design - JGD** | 'Consent' flowchart demonstrative and standby for further edits/demonstratives. | 1 | $225.00 | $225.00 |
| 56. | 08/26/2025 | **In Court Trial Consultant - MTB** | In court - Heft-Luthy, Miraglia, Kearns, Ganem | 5.5 | $350.00 | $1,925.00 |
| 57. | 08/26/2025 | **On-Site Trial Support - MTB** | Prep for Langer, Hoffman | 2 | $350.00 | $700.00 |
| 58. | 08/26/2025 | **Travel Time - DCV** | Travel from San Francisco to Houston. | 4 | $150.00 | $600.00 |
| 59. | 08/26/2025 | **Graphic Design - JGD** | Beginning on closing slides with Logan Wright. | 2 | $225.00 | $450.00 |
| 60. | 08/27/2025 | **In Court Trial Consultant - MTB** | In court - Ganem, Langer, Hoffman | 5.5 | $350.00 | $1,925.00 |
| 61. | 08/27/2025 | **On-Site Trial Support - MTB** | Prep for Ruemmler, make boards for cross, prep for Knittle cross | 6 | $350.00 | $2,100.00 |
| 62. | 08/27/2025 | **Graphic Design - JGD** | Working on closing slides throughout the day and evening with closing team. | 6 | $225.00 | $1,350.00 |
| 63. | 08/28/2025 | **In Court Trial Consultant - MTB** | In court - Ruemmler, Knittel | 5.5 | $350.00 | $1,925.00 |
| 64. | 08/28/2025 | **On-Site Trial Support - MTB** | Prep for Knittle, prep for Black | 3 | $350.00 | $1,050.00 |
| 65. | 08/28/2025 | **Graphic Design - EMW** | Privacy Camera Demo, brain explosion demo | 1 | $250.00 | $250.00 |
| 66. | 08/28/2025 | **Graphic Design - JGD** | Working with Mark Yao and Lillian Dai on Hochman redirect prep. | 10 | $225.00 | $2,250.00 |
| 67. | 08/29/2025 | **In Court Trial Consultant - MTB** | In court - Knittle, Black, Miraglia | 5 | $350.00 | $1,750.00 |
| 68. | 08/29/2025 | **On-Site Trial Support - MTB** | Edits and additions to closing slides | 4 | $350.00 | $1,400.00 |
| 69. | 08/29/2025 | **Graphic Design - JGD** | Working with James Lee and others on closing slide to put together a firm rough draft. Cleaning up rough draft before handing off to Matt Boles for further clean up and turn around. | 6 | $225.00 | $1,350.00 |
| 70. | 08/29/2025 | **Travel Time - JGD** | Flight time from San Francisco, CA to Houston, TX. | 4 | $112.50 | $450.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 71. | 08/30/2025 | **On-Site Trial Support - MTB** | Changes and additions to closing slides | 7 | $350.00 | $2,450.00 |
| 72. | 08/31/2025 | **On-Site Trial Support - MTB** | Changes and additions to closing slides, create rebuttal closing slide decks | 16 | $350.00 | $5,600.00 |
| 73. | 09/01/2025 | **On-Site Trial Support - MTB** | Changes to closing slides, changes and additions to rebuttal slides | 12 | $350.00 | $4,200.00 |
| 74. | 09/02/2025 | **In Court Trial Consultant - MTB** | In court - closing | 5.5 | $350.00 | $1,925.00 |
| 75. | 09/03/2025 | **In Court Trial Consultant - MTB** | On call in court in case punitive phase happens | 3 | $350.00 | $1,050.00 |
| 76. | 09/05/2025 | **Travel Time - MTB** | Flight home | 4 | $175.00 | $700.00 |
| | | **Subtotal** | Subtotal | | | **$148,437.50** |
| 77. | | **Airfare** | Airfare | 1 | $2,472.66 | $2,472.66 |
| 78. | | **Meals** | Meals | 1 | $1,388.50 | $1,388.50 |
| 79. | | **Uber/Lyft** | Ride Share | 1 | $846.11 | $846.11 |
| 80. | | **Billable Computer Expense** | Wireless microphone for court | 1 | $378.00 | $378.00 |
| 81. | | **Billable Office Supplies** | 9 Printed Magnets | 1 | $17.32 | $17.32 |
| 82. | | **Billable Office Supplies** | Print direct magnet w/dry erase lam router cut | 1 | $108.25 | $108.25 |
| 83. | | **Billable Office Supplies** | FedEx Office - Ship equipment back to Houston after trial | 1 | $290.20 | $290.20 |
| 84. | | **Shipping** | Shipping & Delivery | 1 | $51.88 | $51.88 |
| 85. | | **Shipping** | Shipping & Delivery | 1 | $287.93 | $287.93 |
| 86. | | **Shipping** | Shipping & Delivery | 1 | $91.29 | $91.29 |
| 87. | | **Shipping** | Shipping & Delivery | 1 | $328.73 | $328.73 |
| | | **Subtotal** | Subtotal | | | **$6,260.87** |

**Total** **$154,698.37**

## Note to customer

Thank you for using Legal Media, Inc. We appreciate your business!