# Exhibit #7

HOCHMAN CONSULTANTS

JE Hochman & Associates LLC
860-558-7150
171 Still Rd
West Hartford, CT 06117
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ian Crosby<br>Susman Godfrey | 06/30/2023 | 0003408 | $57,481.49 |
| | Due Date<br>07/30/2023 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – May 2, 2023<br>Deposition preparation | $800.00 | 0.25 | $200.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 7, 2023<br>Conference call | $800.00 | 1.75 | $1,400.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 13, 2023<br>Conference call | $800.00 | 1.75 | $1,400.00 |
| Professional Services<br>(Rodriguez v Google) Julie Burns – Jun 13, 2023<br>Rebuttal Review | $200.00 | 5.75 | $1,150.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 14, 2023<br>Call | $800.00 | 0.25 | $200.00 |
| Professional Services<br>(Rodriguez v Google) Julie Burns – Jun 14, 2023<br>Rebuttal Review | $200.00 | 6.75 | $1,350.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 15, 2023<br>Call | $800.00 | 0.4 | $320.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 15, 2023<br>Conference call | $800.00 | 1.75 | $1,400.00 |
| Professional Services | $200.00 | 7 | $1,400.00 |

| | | | |
|---|---|---|---|
| (Rodriguez v Google) Julie Burns – Jun 15, 2023<br>Rebuttal Review | | | |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 16, 2023<br>Prepare for deposition | $800.00 | 4 | $3,200.00 |
| Professional Services<br>(Rodriguez v Google) Julie Burns – Jun 16, 2023<br>Rebuttal Review | $200.00 | 5.25 | $1,050.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 19, 2023<br>Prepare for deposition | $800.00 | 4 | $3,200.00 |
| Professional Services<br>(Rodriguez v Google) Julie Burns – Jun 19, 2023<br>Rebuttal Review | $200.00 | 7 | $1,400.00 |
| Time<br>(Rodriguez v Google) Jonathan Hochman – Jun 20, 2023<br>Prepare for deposition | $800.00 | 4 | $3,200.00 |
| Professional Services<br>(Rodriguez v Google) Julie Burns – Jun 20, 2023<br>Rebuttal Review | $200.00 | 7 | $1,400.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 22, 2023<br>Prepare for deposition | $800.00 | 4 | $3,200.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 22, 2023<br>Conference call | $800.00 | 2 | $1,600.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 23, 2023<br>Prepare for deposition | $800.00 | 8 | $6,400.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 24, 2023<br>Conference call | $800.00 | 2.5 | $2,000.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 24, 2023<br>Prepare for deposition | $800.00 | 4 | $3,200.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 25, 2023<br>Conference call | $800.00 | 1 | $800.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 25, 2023<br>Prepare for deposition | $800.00 | 8 | $6,400.00 |
| Expert Witness | $800.00 | 1.25 | $1,000.00 |

(Rodriguez v Google) Jonathan Hochman – Jun 26, 2023
Prepare for deposition

| | | | |
|---|---|---|---|
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 26, 2023<br>Deposition | $800.00 | 11.5 | $9,200.00 |
| Expert Witness<br>(Rodriguez v Google) Jonathan Hochman – Jun 28, 2023<br>Conference call | $800.00 | 1 | $800.00 |
| Uber (Rodriguez v Google)<br>Jun 27, 2023 - Car home, depo ended after last train | $611.49 | 1 | $611.49 |

| | |
|---|---|
| Subtotal | 57,481.49 |
| Tax | 0.00 |
| Total | 57,481.49 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $57,481.49 |

Terms
Please send payment electronically to:

Bank of America
Routing number [redacted]
JE Hochman & Associates LLC
Checking account [redacted]

Alternatively, please mail a check to our address shown above. Thank you!

ankura

July 20, 2023

Amanda Bonn
Susman Godfrey L.L.P.
1900 Avenue of the Stars
Ste. 1400
Los Angeles, CA 90067
United States of America
ABonn@susmangodfrey.com

Re: **MIAMI - Rodriguez et al v Google LLC et al, U.S. District Court, NDCA, No. 3:20-04688-RS**

Dear Ms. Bonn,

Enclosed is our invoice for professional services rendered in connection with the above-referenced matter during June 2023. As always, please contact me if you have any questions or concerns regarding this invoice.

Sincerely,

**Michael J. Lasinski**
Senior Managing Director
Ankura Consulting Group
215 E. Washington Street, Suite 201
Ann Arbor, MI 48104

734-369-8723 (Direct)
312-485-8500 (Cell)
michael.lasinski@ankura.com

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 07/20/2023 | CI-088943 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 08/19/2023 |

| FEIN NO.: | [redacted] |
|---|---|

**Bill To:**

Amanda Bonn
Susman Godfrey L.L.P.
1900 Avenue of the Stars
Ste. 1400
Los Angeles, CA 90067
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-004761 Rodriguez v Google |
| Project Number: | P-004761 |
| PO Number: | MIAMI - Rodriguez et al v Google LLC et al, U.S. District Court, NDCA, No. 3:20-04688-RS |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| ***Net Amount:*** | | **174,864.50** |
| ***Tax:*** | | |
| ***Total Invoice Amount:*** | **USD** | **174,864.50** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Preferred Method of Payment (Wire or ACH):**

***Wire Instructions***

Account Name: Ankura Consulting Group, LLC
Account Number: [redacted]
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# [redacted]
SWIFT: [redacted]

***ACH Instructions***

Account Name: Ankura Consulting Group, LLC
Account Number: [redacted]
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# [redacted]
SWIFT: [redacted]

**Other Method of Payment (Check):**

***United States Postal Service***

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

***Courier***

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

ankura

| | |
|---|---|
| **Project #:** | **P-004761** |
| **Invoice Date:** | **7/20/2023** |
| **Invoice Number:** | **CI-088943** |
| **Professional Services Through:** | **6/30/2023** |
| **Ankura FEIN:** | [redacted] |

***Invoice Summary***

| | | |
|---|---|---|
| **Professional Services** | **$** | **174,864.50** |
| **Expenses** | **$** | **-** |
| **Current Invoice Total:** | **$** | **174,864.50** |

**Remittance Information:**

**Preferred Method of Payment (Wire or ACH):**

***Wire Instructions***
Account Name: Ankura Consulting Group LLC
Account Number: [redacted]
Bank of America
222 Broadway
New York NY 10038
United States
ABA# [redacted]
SWIFT: [redacted]

***ACH Instructions***
Account Name: Ankura Consulting Group LLC
Account Number: [redacted]
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# [redacted]
SWIFT: [redacted]

**Other Method of Payment (Check):**

***United States Postal Service***
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

***Courier***
Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison 4th Floor
Chicago IL 60661
United States

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

ankura

| | |
|---|---|
| **Project #:** | **P-004761** |
| **Invoice Date:** | **7/20/2023** |
| **Invoice Number:** | **CI-088943** |
| **Professional Services Through:** | **6/30/2023** |
| **Ankura FEIN:** | [redacted] |

***Professional Services - Summary By Person***

| Name | Title | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| Mike Lasinski | Senior Managing Director | 845.00 | 80.4 | $ | 67,938.00 |
| Christopher Schulte | Managing Director | 495.00 | 136.8 | $ | 67,716.00 |
| Rujuta Khanderia | Senior Director | 295.00 | 83.8 | $ | 24,721.00 |
| Abigail Busse | Director | 295.00 | 8.1 | $ | 2,389.50 |
| Meryn Campbell | Senior Associate | 275.00 | 44.0 | $ | 12,100.00 |
| **Total** | | | **353.1** | **$** | **174,864.50** |

## OVERVIEW OF PROFESSIONAL EFFORT – JUNE 2023

**Mike Lasinski:**

- June 12, 2023:
  - Deposition preparation – 3.0 hours
- June 13, 2023:
  - Deposition preparation – 4.0 hours
- June 14, 2023:
  - Deposition preparation – 8.0 hours
- June 15, 2023:
  - Deposition preparation – 4.0 hours
- June 19, 2023:
  - Deposition preparation – 4.0 hours
- June 20, 2023:
  - Deposition preparation – 4.0 hours
- June 21, 2023:
  - Deposition preparation – 5.3 hours
- June 22, 2023:
  - Deposition preparation – 6.8 hours
- June 23, 2023:
  - Deposition preparation – 4.5 hours
- June 25, 2023:
  - Deposition preparation – 2.8 hours
- June 26, 2023:
  - Deposition preparation – 8.0 hours
- June 27, 2023:
  - Deposition preparation – 8.0 hours
- June 28, 2023:
  - Deposition preparation – 8.0 hours
- June 29, 2023:
  - Deposition – 10.0 hours

- **Total Hours: 80.4 hours**

**Christopher Schulte:**

- June 1, 2023:
  - Review and analysis of Knittel Report – 6.8 hours
- June 2, 2023:
  - Review and analysis of Knittel Report – 4.2 hours
  - Review and analysis of Ghose Report – 2.3 hours
  - Correspondence with Counsel – 0.7 hours
- June 5, 2023:
  - Review and analysis of Knittel Report – 1.3 hours
  - Assist with deposition preparation – 4.8 hours

  - Call with Counsel – 1.1 hours
- June 6, 2023:
  - Review and analysis of Black Report – 1.8 hours
  - Assist with deposition preparation – 3.5 hours
- June 7, 2023:
  - Assist with deposition preparation – 3.2 hours
  - Review and analysis of Knittel Report – 2.6 hours
  - Review and analysis of Ghose Report – 1.9 hours
- June 8, 2023:
  - Assist with deposition preparation – 6.4 hours
  - Review and analysis of Knittel Report – 1.5 hours
- June 9, 2023:
  - Assist with deposition preparation – 5.6 hours
  - Review and analysis of Knittel Report – 1.7 hours
- June 12, 2023:
  - Assist with deposition preparation – 4.6 hours
- June 13, 2023:
  - Call with Counsel – 2.2 hours
  - Assist with deposition preparation – 4.1 hours
- June 14, 2023:
  - Review and analysis of Knittel Report – 2.7 hours
  - Assist with deposition preparation – 4.2 hours
- June 15, 2023:
  - Assist with deposition preparation – 5.3 hours
- June 16, 2023:
  - Assist with deposition preparation – 5.2 hours
- June 19, 2023:
  - Correspondence with Counsel – 0.8 hours
  - Assist with deposition preparation – 5.5 hours
- June 20, 2023:
  - Document review for deposition preparation – 3.6 hours
  - Assist with deposition preparation – 4.2 hours
- June 21, 2023:
  - Call with Counsel – 1.8 hours
  - Assist with deposition preparation – 4.7 hours
- June 22, 2023:
  - Document review for deposition preparation – 1.8 hours
  - Assist with deposition preparation – 2.4 hours
- June 23, 2023:
  - Review and analysis of Ghose Report – 2.4 hours
  - Assist with deposition preparation – 3.8 hours
- June 24, 2023:
  - Assist with deposition preparation – 0.7 hours

- June 25, 2023:
  - Assist with deposition preparation – 1.2 hours
- June 26, 2023:
  - Assist with deposition preparation – 4.7 hours
- June 27, 2023:
  - Assist with deposition preparation – 4.5 hours
  - Call with Counsel – 2.3 hours
- June 28, 2023:
  - Assist with deposition preparation – 6.5 hours
  - Call with Counsel – 1.0 hour
- June 29, 2023:
  - Realtime Lasinski deposition transcript review – 6.5 hours
- June 30, 2023:
  - Call with Counsel – 0.7 hours

- **Total Hours: 136.8 hours**

**<u>Rujuta Khanderia:</u>**

- June 1, 2023:
  - Review and analysis of Knittel Report – 4.8 hours
- June 2, 2023:
  - Review and analysis of Knittel Report – 3.4 hours
  - Review and analysis of Ghose Report – 1.1 hours
- June 5, 2023:
  - Analysis of Knittel Report – 6.1 hours
- June 6, 2023:
  - Analysis of Knittel Report – 4.5 hours
- June 7, 2023:
  - Analysis of Knittel Report – 5.4 hours
- June 8, 2023:
  - Analysis of Knittel Report – 6.1 hours
- June 9, 2023:
  - Analysis of Knittel Report – 6.6 hours
- June 12, 2023:
  - Analysis of Knittel Report – 4.1 hours
- June 13, 2023:
  - Analysis of Knittel Report – 8.1 hours
- June 20, 2023:
  - Assist with deposition preparation – 3.2 hours
  - Review and analysis of Ghose Report – 2.9 hours
- June 21, 2023:
  - Assist with deposition preparation – 4.5 hours
- June 22, 2023:
  - Asist with deposition preparation – 4.5 hours

- June 23, 2023:
  - Assist with deposition preparation – 3.1 hours
- June 26, 2023:
  - Assist with deposition preparation – 5.5 hours
- June 27, 2023:
  - Assist with deposition preparation – 5.1 hours
- June 28, 2023:
  - Assist with deposition preparation – 4.8 hours

- **Total Hours: 83.8 hours**

**Abigail Busse:**

- June 5, 2023:
  - Review and analysis of Knittel Report – 3.1 hours
  - Review and analysis of Ghose Report – 1.1 hours
  - Assist with deposition preparation – 1.0 hour
- June 15, 2023:
  - Assist with deposition preparation – 2.2 hours
- June 16, 2023:
  - Assist with deposition preparation – 0.7 hours

- **Total Hours: 8.1 hours**

**Meryn Campbell:**

- June 1, 2023:
  - Review and analysis of Knittel Report – 4.2 hours
  - Review and analysis of Ghose Report – 1.1 hours
  - Assist with deposition preparation – 2.7 hours
- June 2, 2023:
  - Assist with deposition preparation – 7.4 hours
- June 5, 2023:
  - Assist with deposition preparation – 6.6 hours
  - Call with Counsel – 1.1 hours
- June 6, 2023:
  - Assist with deposition preparation – 3.4 hours
- June 12, 2023:
  - Assist with deposition preparation – 0.3 hours
- June 13, 2023:
  - Call with Counsel – 2.2 hours
  - Assist with deposition preparation – 0.7 hours
- June 14, 2023:
  - Assist with deposition preparation – 0.6 hours
- June 18, 2023:
  - Assist with deposition preparation – 2.2 hours
- June 20, 2023:
  - Assist with deposition preparation – 4.1 hours

- June 21, 2023:
  - Call with Counsel – 1.8 hours
  - Assist with deposition preparation – 0.2 hours
- June 25, 2023:
  - Assist with deposition preparation – 2.5 hours
- June 26, 2023:
  - Assist with deposition preparation – 2.9 hours

- **Total Hours: 44.0 hours**

COUNTERPANE SYSTEMS LLC
Bruce Schneier
58 Shepard St.
Cambridge, MA 02138
USA

**phone** 612.940.0944
schneier@schneier.com
http://www.schneier.com

INVOICE #0385

1 August 2023

Ian Crosby
Susman Godfrey L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
icrosby@SusmanGodfrey.com

**Re: Google/Rodriguez Litigation**

| | | |
|---|---|---|
| 8/1 | July hours (41.0) | $33,825.00 |
| | TOTAL | $33,825.00 |

Bank details:

Bank Name: Cambridge Trust
Bank Address: 1336 Massachusetts Ave, Cambridge MA 02138
ABA: 011300595
SWIFT: CAUPUS31

Account Name: Counterpane Systems LLC
Account Number: [redacted]

COUNTERPANE SYSTEMS LLC
Bruce Schneier
58 Shepard St.
Cambridge, MA 02138
USA
**phone** 612.940.0944
schneier@schneier.com
http://www.schneier.com

| | | | |
|---|---|---|---|
| 1-Jul | Reading documents | 2.00 | 1650.00 |
| 3-Jul | Conference call; Reading documents | 3.50 | 2887.50 |
| 5-Jul | Conference call; Reading documents | 4.00 | 3300.00 |
| 6-Jul | Reading documents | 1.50 | 1237.50 |
| 7-Jul | Conference call; Reading documents | 4.00 | 3300.00 |
| 8-Jul | Reading documents | 3.50 | 2887.50 |
| 9-Jul | Conference call; Reading documents | 4.50 | 3712.50 |
| 10-Jul | Reading document; Deposition | 12.00 | 9900.00 |
| 18-Jul | Reading documents | 0.50 | 412.50 |
| 20-Jul | Reading documents | 1.50 | 1237.50 |
| 21-Jul | Reading documents; Conference call | 2.00 | 1650.00 |
| 25-Jul | Reading documents | 0.50 | 412.50 |
| 26-Jul | Reading documents | 1.50 | 1237.50 |

# Invoice



Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank: PNC Bank, N.A.
Wire Routing: [redacted]
ACH Routing:
Acct No:
SWIFT:

**Bill-To**
Ryan McGee
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa FL 33602-5157

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90755465 | Invoice Date | 06/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3004561 | | |
| Currency | USD | | |
| Contract No. | 40063305 | | |
| Contract Description | Cloaked Morgan & Morgan | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40063305 | | |

**Comments**
Billing Period: 06/01/2023 - 06/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Hilsoft Billing Rates** | | | | |
| 30 | Executive Management / Testimony | 2.500 | H | 450.0000 | 1,125.00 |
| 50 | Notice Manager | 0.500 | H | 200.0000 | 100.00 |
| | **Total Amount Due** | | | | 1,225.00 |

**Open Items for Contract 40063305 as of 07/10/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 06/30/2023 | Invoice | 90755465 | 07/30/2023 | 1,225.00 | USD |
| | | | Total: | 1,225.00 | USD |

HKA

John A. Yanchunis, Esq.
Morgan & Morgan Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

September 8, 2025
Project No: EAM-50466.00
Invoice No: 2011994

**Matter Name:** Rodriguez, Lead Class Member v. Google

**Professional Services from August 1, 2025 to August 31, 2025**

| | Hours | Rate | Amount |
|---|---|---|---|
| Partner | | | |
| Lasinski, Michael | 179.00 | $995.00 | $178,105.00 |
| Associate Director | | | |
| Kozub, Zachary | 19.05 | $475.00 | $9,048.75 |
| **Hours and Fees Incurred** | **198.05** | | **$187,153.75** |
| **Additional Fees** | | | |
| Technology & Business Support Fee (7%) | | | **$13,100.76** |
| **Reimbursable Expenses** | | | |
| Business Meals | | | $209.49 |
| Air Fare | | | $2,503.44 |
| Ground Transportation | | | $539.08 |
| **Total Reimbursables** | | | **$3,252.01** |
| **Total this Invoice** | | | **$203,506.52** |

**Summary of Activities from August 1, 2025 to August 31, 2025**

- Discussions with counsel
- Review of case materials
- Review and analysis of Knittel and Ghose Trial Demonstratives
- Preparation of trial testimony materials
- Case research
- Preparation for trial with internal team
- Preparation for trial with counsel
- Trial Testimony of Michael Lasinski
- Travel to and attendance of trial

***Please indicate your invoice number on your payment.***

**Payments may be wired to:**
HSBC Bank USA N.A.
Account Number: [redacted]
Routing Number (ACH): [redacted]
ABA Number: [redacted]

**Payments may be mailed to:**
HKA Global, LLC
1735 Market Street, Suite 1100
Philadelphia, PA 19103

TAX ID [redacted]

JE Hochman & Associates LLC
860-558-7150
760 Pequot Ave
New London, CT 06320
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| James Lee<br>BSF | 08/31/2025<br><br>Due Date<br>09/21/2025 | 0003607 | $170,890.37 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Call<br>(Rodriguez v Google) Jonathan Hochman – Aug 13, 2025 | $800.00 | 1.5 | $1,200.00 |
| Call/Meeting<br>(Rodriguez v Google) Jonathan Hochman – Aug 4, 2025 - Aug 12, 2025 | $800.00 | 4.5 | $3,600.00 |
| Prepare Testimony<br>(Rodriguez v Google) Jonathan Hochman – Aug 7, 2025 | $800.00 | 2 | $1,600.00 |
| Review documents<br>(Rodriguez v Google) Jonathan Hochman – Aug 4, 2025 - Aug 12, 2025 | $800.00 | 18 | $14,400.00 |
| Travel<br>(Rodriguez v Google) Jonathan Hochman – Aug 21, 2025 - Aug 22, 2025 | $800.00 | 10 | $8,000.00 |
| Trial<br>(Rodriguez v Google) Jonathan Hochman – Aug 21, 2025 | $800.00 | 6.5 | $5,200.00 |
| Trial Prep<br>(Rodriguez v Google) Jonathan Hochman – Aug 13, 2025 - Aug 20, 2025 | $800.00 | 84.75 | $67,800.00 |
| Trial<br>(Rodriguez v Google) Sam Schreiber – Aug 21, 2025 | $600.00 | 5 | $3,000.00 |
| Trial Prep<br>(Rodriguez v Google) Sam Schreiber – Aug 15, 2025 - Aug 20, 2025 | $600.00 | 33 | $19,800.00 |
| Delta (Rodriguez v Google)<br>Aug 10, 2025 | $1,079.19 | 1 | $1,079.19 |
| Uber (Rodriguez v Google) | $156.36 | 1 | $156.36 |

Aug 13, 2025

| | | | |
|---|---|---|---|
| Uber (Rodriguez v Google)<br>Aug 13, 2025 | $99.54 | 1 | $99.54 |
| Uber (Rodriguez v Google)<br>Aug 18, 2025 | $11.62 | 1 | $11.62 |
| Uber (Rodriguez v Google)<br>Aug 20, 2025 | $24.32 | 1 | $24.32 |
| Expense (Rodriguez v Google)<br>Aug 21, 2025 - Meal for Bruce and me. | $228.29 | 1 | $228.29 |
| Uber (Rodriguez v Google)<br>Aug 21, 2025 | $35.17 | 1 | $35.17 |
| Uber (Rodriguez v Google)<br>Aug 21, 2025 | $130.90 | 1 | $130.90 |
| Delta (Rodriguez v Google)<br>Aug 21, 2025 | $2,017.19 | 1 | $2,017.19 |
| Travel<br>(Rodriguez v Google) Jonathan Hochman – Aug 27, 2025 | $800.00 | 8 | $6,400.00 |
| Trial<br>(Rodriguez v Google) Jonathan Hochman – Aug 28, 2025 - Aug 29, 2025 | $800.00 | 10 | $8,000.00 |
| Trial Prep<br>(Rodriguez v Google) Jonathan Hochman – Aug 23, 2025 - Aug 28, 2025 | $800.00 | 21 | $16,800.00 |
| Travel<br>(Rodriguez v Google) Jonathan Hochman – Aug 30, 2025 | $800.00 | 8 | $6,400.00 |
| American Airlines (Rodriguez v Google)<br>Aug 25, 2025 | $1,973.49 | 1 | $1,973.49 |
| Uber (Rodriguez v Google)<br>Aug 27, 2025 - New Haven -> JFK (80 miles) | $225.36 | 1 | $225.36 |
| Uber (Rodriguez v Google)<br>Aug 28, 2025 | $17.29 | 1 | $17.29 |
| Uber (Rodriguez v Google)<br>Aug 28, 2025 - SFO -> Ritz | $101.91 | 1 | $101.91 |
| Uber (Rodriguez v Google)<br>Aug 29, 2025 - Ritz -> SFO | $94.49 | 1 | $94.49 |
| Uber (Rodriguez v Google)<br>Aug 30, 2025 - JFK -> New London (125 miles) | $684.49 | 1 | $684.49 |

| | | | |
|---|---|---|---|
| Expense (Rodriguez v Google)<br>Aug 30, 2025 - Cafeteria | $12.28 | 1 | $12.28 |
| Delta (Rodriguez v Google)<br>Aug 30, 2025 - SFO -> JFK | $1,798.48 | 1 | $1,798.48 |

| | |
|---|---|
| Subtotal | 170,890.37 |
| Tax | 0.00 |
| Total | 170,890.37 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $170,890.37 |

Terms

Please send payment electronically to:

Bank of America
Routing number 011900571
JE Hochman & Associates LLC
Checking account [redacted]

Alternatively, please mail a check to our address shown above. Thank you!

August 17, 2023

Amanda Bonn
Susman Godfrey L.L.P.
1900 Avenue of the Stars
Ste. 1400
Los Angeles, CA 90067
United States of America

Re: MIAMI - Rodriguez et al v Google LLC et al, U.S. District Court, NDCA, No. 3:20-04688-RS

Dear Ms. Bonn:

Enclosed is our invoice for professional services rendered in connection with the above-referenced matter during July 2023. As always, please contact me if you have any questions or concerns regarding this invoice.

Sincerely,

**Michael J. Lasinski**
Senior Managing Director
Ankura Consulting Group
220 E. Huron St., Suite 470
Ann Arbor, MI 48104

734-369-8723 (Direct)
312-485-8500 (Cell)
michael.lasinski@ankura.com

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 08/17/2023 | CI-091154 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 09/16/2023 |

| FEIN NO.: | [redacted] |
|---|---|

**Bill To:**

Amanda Bonn
Susman Godfrey L.L.P.
1900 Avenue of the Stars
Ste. 1400
Los Angeles, CA 90067
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | P-004761 Rodriguez v Google |
| Project Number: | P-004761 |
| PO Number: | MIAMI - Rodriguez et al v Google LLC et al, U.S. District Court, NDCA, No. 3:20-04688-RS |

Professional Services rendered, see attached.

| | | |
|---|---|---|
| ***Net Amount:*** | | **27,517.36** |
| ***Tax:*** | | |
| ***Total Invoice Amount:*** | **USD** | **27,517.36** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Preferred Method of Payment (Wire or ACH):**

***Wire Instructions***

Account Name: Ankura Consulting Group, LLC
Account Number: [redacted]
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# [redacted]
SWIFT: [redacted]

***ACH Instructions***

Account Name: Ankura Consulting Group, LLC
Account Number: [redacted]
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# [redacted]
SWIFT: [redacted]

**Other Method of Payment (Check):**

***United States Postal Service***

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

***Courier***

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

ankura

| | |
|---|---|
| **Project #:** | **P-004761** |
| **Invoice Date:** | **8/17/2023** |
| **Invoice Number:** | **CI-091154** |
| **Professional Services Through:** | **7/31/2023** |
| **Ankura FEIN:** | [redacted] |

***Invoice Summary***

| | | |
|---|---|---|
| **Professional Services** | **$** | **20,321.00** |
| **Expenses** | **$** | **7,196.36** |
| **Current Invoice Total:** | **$** | **27,517.36** |
| **Outstanding Invoices** | **$** | **174,864.50** |

**Remittance Information:**

**Preferred Method of Payment (Wire or ACH):**

***Wire Instructions***
Account Name: Ankura Consulting Group LLC
Account Number: [redacted]
Bank of America
222 Broadway
New York NY 10038
United States
ABA# [redacted]
SWIFT: [redacted]

***ACH Instructions***
Account Name: Ankura Consulting Group LLC
Account Number: [redacted]
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# [redacted]
SWIFT: [redacted]

**Other Method of Payment (Check):**

***United States Postal Service***
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

***Courier***
Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison 4th Floor
Chicago IL 60661
United States

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

ankura

| | |
|---|---|
| **Project #:** | **P-004761** |
| **Invoice Date:** | **8/17/2023** |
| **Invoice Number:** | **CI-091154** |
| **Professional Services Through:** | **7/31/2023** |
| **Ankura FEIN:** | [redacted] |

***Professional Services - Summary By Person***

| Name | Title | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| Mike Lasinski | Senior Managing Director | 845.00 | 1.5 | $ | 1,267.50 |
| Christopher Schulte | Managing Director | 495.00 | 26.2 | $ | 12,969.00 |
| Rujuta Khanderia | Senior Director | 295.00 | 8.6 | $ | 2,537.00 |
| Meryn Campbell | Senior Associate | 275.00 | 12.9 | $ | 3,547.50 |
| **Total** | | | **49.2** | **$** | **20,321.00** |

## OVERVIEW OF PROFESSIONAL EFFORT – JULY 2023

**Mike Lasinski:**

- July 17, 2023:
  - Review of Draft Lasinski Declaration – 1.5 hours

- **Total Hours: 1.5 hours**

**Christopher Schulte:**

- July 3, 2023:
  - Assist with preparation for Defendant Expert(s) deposition – 2.9 hours
- July 5, 2023:
  - Assist with preparation for Defendant Expert(s) deposition – 4.2 hours
- July 6, 2023:
  - Assisted with preparation for Defendant Expert(s) deposition – 6.4 hours
- July 7, 2023:
  - Correspondence with Counsel – 0.8 hours
- July 11, 2023:
  - Assisted with preparation for Defendant Expert(s) deposition – 2.2 hours
- July 13, 2023:
  - Realtime review of Ghose deposition – 4.2 hours
- July 17, 2023:
  - Preparation of Draft Lasinski Declaration – 0.3 hours
- July 19, 2023:
  - Call with Counsel – 0.4 hours
- July 21, 2023:
  - Review of Lasinski deposition transcript – 2.3 hours
- July 24, 2023:
  - Review of Lasinski deposition transcript – 2.1 hours
- July 25, 2023:
  - Preparation of Lasinski Deposition Errata – 0.4 hours

- **Total Hours: 26.2 hours**

**Rujuta Khanderia:**

- July 5, 2023:
  - Assist with preparation for Defendant Expert(s) deposition – 2.5 hours
- July 6, 2023:
  - Assist with preparation for Defendant Expert(s) deposition – 5.6 hours
- July 7, 2023:
  - Assist with preparation for Defendant Expert(s) deposition – 0.5 hours

- **Total Hours: 8.6 hours**

**Meryn Campbell:**

- July 17, 2023:
  - Review and analysis of Knittel Report – 4.9 hours
- July 19, 2023:
  - Call with Counsel – 0.4 hours
- July 24, 2023:
  - Review and analysis of Knittle deposition transcript – 1.8 hours
- July 25, 2023:
  - Review and analysis of Knittle deposition transcript – 4.6 hours
  - Preparation of Lasinski Deposition Errata – 1.2 hours

- **Total Hours: 12.9 hours**

ankura

| | |
|---|---|
| **Project #:** | **P-004761** |
| **Invoice Date:** | **8/17/2023** |
| **Invoice Number:** | **CI-091154** |
| **Professional Services Through:** | **7/31/2023** |
| **Ankura FEIN:** | [redacted] |

***Expense Detail by Category***

| Category | Date | Name | Expense Description | Amount |
|---|---|---|---|---|
| IT Subscriptions | 6/9/2023 | Rujuta Khanderia | Purchase study referenced in Ghose Report | $ 8.95 |
| | 6/13/2023 | Rujuta Khanderia | Purchase study referenced in Ghose Report | $ 15.00 |
| | 6/13/2023 | Rujuta Khanderia | Purchase study referenced in Ghose Report | $ 30.00 |
| | 6/20/2023 | Rujuta Khanderia | Purchase study referenced in Ghose Report | $ 30.00 |
| | 6/20/2023 | Rujuta Khanderia | Purchase study referenced in Ghose Report | $ 50.00 |
| | 6/20/2023 | Rujuta Khanderia | Purchase study referenced in Ghose Report | $ 39.95 |
| | 6/20/2023 | Rujuta Khanderia | Purchase study referenced in Ghose Report | $ 42.00 |
| | 6/20/2023 | Rujuta Khanderia | Purchase study referenced in Ghose Report | $ 42.00 |
| | 6/20/2023 | Rujuta Khanderia | Purchase study referenced in Ghose Report | $ 49.00 |
| **IT Subscriptions Total** | | | | **$ 306.90** |
| Meals | 6/26/2023 | Mike Lasinski | Meal - ORD | $ 22.37 |
| | 6/27/2023 | Mike Lasinski | Meal: hotel | $ 59.52 |
| | 6/27/2023 | Mike Lasinski | Meal: hotel | $ 43.93 |
| | 6/28/2023 | Mike Lasinski | Meal: hotel | $ 43.93 |
| | 6/28/2023 | Mike Lasinski | Meal: hotel | $ 87.47 |
| **Meals Total** | | | | **$ 257.22** |
| Postage and shipping | 6/26/2023 | Mike Lasinski | FedEx delivery of prep documents to Counsel | $ 322.41 |
| **Postage and shipping Total** | | | | **$ 322.41** |
| Travel | 6/20/2023 | Mike Lasinski | United Airlines: ORD-SFO roundtrip | $ 3,748.60 |
| | 6/26/2023 | Mike Lasinski | Taxi: Home to ORD | $ 95.75 |
| | 6/26/2023 | Mike Lasinski | Taxi: SFO to hotel | $ 64.17 |
| | 6/26/2023 | Mike Lasinski | WIFI in-flight ORD-SFO | $ 8.00 |
| | 6/29/2023 | Mike Lasinski | Taxi: Hotel to SFO | $ 61.14 |
| | 6/30/2023 | Mike Lasinski | Hotel | $ 2,310.19 |
| | 7/13/2023 | Mike Lasinski | Taxi: Chicago office with case documents | $ 21.98 |
| **Travel Total** | | | | **$ 6,309.83** |
| **Grand Total** | | | | **$ 7,196.36** |

ankura

## Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Description | Amount |
|---|---|---|---|---|---|
| CI-088943 | 7/20/2023 | 8/19/2023 | - | | $ 174,864.50 |
| **Total** | | | | | **$ 174,864.50** |