**COOLEY LLP**
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

*Counsel for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
David Boies (*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (SBN: 236165)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (*admitted pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE MOTION TO STAY ENFORCEMENT OF JUDGMENT**<br><br>Dept:    3, 17th Fl.<br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND [PROPOSED] ORDER RE:
EXTENSION OF TIME
3:20-CV-04688-RS

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into this joint stipulation.

WHEREAS, on February 27, 2026, the Parties filed a joint stipulation regarding the Court's entry of final judgment and the post-judgment briefing schedule, which provided that Google shall file any motion to stay enforcement of the judgment, pursuant to Rule 62 of the Federal Rules of Civil Procedure, no later than 28 days after the entry of judgment (Dkt. 724);

WHEREAS, on March 2, 2026, the Court entered final judgment and the Parties' stipulated briefing schedule, placing Google's deadline to file its motion to stay enforcement of the judgment at March 30, 2026 (Dkts. 725, 726);

WHEREAS, the Parties have met and conferred regarding Google's anticipated Rule 62 motion, specifically Google's intent to move for a waiver of the requirement to post a supersedeas bond;

WHEREAS, the Parties are continuing to meet and confer regarding potential mutually acceptable options that would result in Plaintiffs' non-opposition to Google's intended Rule 62 motion and bond waiver request;

WHEREAS, the Parties have agreed that a ten-day extension of the deadline for Google's motion to stay enforcement of the judgment—from March 30, 2026 to April 9, 2026—would facilitate this continued conferral; and

WHEREAS, the Parties agree that the other provisions related to Google's anticipated Rule 62 motion set forth in Dkt. 726 shall remain unchanged.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, that the deadline for Google to file its motion to stay enforcement of the judgment and waive the bond requirement shall be extended to April 9, 2026.  The resultant opposition and reply deadlines, and other provisions regarding enforcement of the judgement, as set forth in Dkt. 726, are unchanged.

A Proposed Order is submitted concurrently herewith.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIP. AND [PROPOSED] ORDER RE:
EXTENSION OF TIME
3:20-CV-04688-RS

**IT IS SO STIPULATED.**

Dated: March 26, 2026

| | |
|---|---|
| **COOLEY LLP** | **BOIES SCHILLER FLEXNER LLP** |

By: */s/ Jonathan Patchen*  
    Jonathan Patchen

By: */s/ Mark C. Mao*  
    Mark C. Mao

MICHAEL A. ATTANASIO (151529)  
(mattanasio@cooley.com)  
BENEDICT Y. HUR (224018)  
(bhur@cooley.com)  
SIMONA AGNOLUCCI (246943)  
(sagnolucci@cooley.com)  
EDUARDO E. SANTACANA (281668)  
(esantacana@cooley.com)  
JONATHAN PATCHEN (237346)  
(jpatchen@cooley.com)  
ARGEMIRA FLÓREZ (331153)  
(aflorez@cooley.com)  
NAIARA TOKER (346145)  
(ntoker@cooley.com)  
HARRIS MATEEN (335593)  
(hmateen@cooley.com)  
THILINI CHANDRASEKERA (333672)  
(tchandrasekera@cooley.com)  
ISABELLA MCKINLEY CORBO (346226)  
(icorbo@cooley.com)  
CHELSEA HU (357212)  
(chu@cooley.com)  
MICHAEL MORIZONO (359395)  
(mmorizono@cooley.com)  
3 Embarcadero Center, 20th Floor  
San Francisco, CA  94111-4004  
Telephone:    (415) 693-2000  
Facsimile:    (415) 693-2222

*Counsel for Defendant Google LLC*

David Boies (*admitted pro hac vice*)  
333 Main Street  
Armonk, NY 10504  
Telephone: (914) 749-8200  
dboies@bsfllp.com

Mark C. Mao (SBN: 236165)  
Beko Reblitz-Richardson (SBN: 238027)  
44 Montgomery St., 41st Floor  
San Francisco, CA 94104  
Telephone: (415) 293-6800  
mmao@bsfllp.com  
brichardson@bsfllp.com

James Lee (*admitted pro hac vice*)  
Rossana Baeza (*admitted pro hac vice*)  
100 SE 2nd St., 28th Floor  
Miami, FL 33131  
Telephone: (305) 539-8400  
jlee@bsfllp.com  
rbaeza@bsfllp.com

Alison L. Anderson (SBN: 275334)  
M. Logan Wright (SBN: 349004)  
2029 Century Park East, Suite 1520  
Los Angeles, CA 90067  
Telephone: (213) 995-5720  
alanderson@bsfllp.com  
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**  
Bill Carmody (*admitted pro hac vice*)  
Shawn J. Rabin (*admitted pro hac vice*)  
Steven M. Shepard (*admitted pro hac vice*)  
Alexander P. Frawley (*admitted pro hac vice*)  
Ryan Sila (*admitted pro hac vice*)  
One Manhattan West, 50th Floor

JOINT STIP. AND [PROPOSED] ORDER RE:  
EXTENSION OF TIME  
3:20-CV-04688-RS

New York, NY 10001
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn (SBN: 270891)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
Ryan J. McGee (*admitted pro hac vice*)
Michael F. Ram (SBN: 104805)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

*Counsel for Plaintiffs*

ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 26, 2026

By: */s/ Jonathan Patchen*
Jonathan Patchen

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

**COOLEY LLP**
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

*Counsel for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
David Boies (*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (SBN: 236165)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (*admitted pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE MOTION TO STAY ENFORCEMENT OF JUDGMENT**<br><br>Dept:     3, 17th Fl.<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

Pursuant to stipulation of the Parties, the Court hereby ORDERS as follows:

The deadline for Google LLC to file its Rule 62 motion to stay enforcement of the judgment and waive the bond requirement, as set forth in Dkt. 726, is extended by ten days, to April 9, 2026. The resultant opposition and reply deadlines, and other provisions regarding enforcement of the judgement, as set forth in Dkt. 726, are unchanged.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. RICHARD SEEBORG
United States District Judge

334058803 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE: EXTENSION OF TIME
3:20-CV-04688-RS