**COOLEY LLP**
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

*Counsel for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
David Boies (*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (SBN: 236165)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (*admitted pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 3:20-CV-04688-RS <br><br> **[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE MOTION TO STAY ENFORCEMENT OF JUDGMENT** <br><br> Dept:      3, 17th Fl. <br> Judge:     Hon. Richard Seeborg <br><br> Date Action Filed: July 14, 2020 <br> Trial Date: August 18, 2025 |

Pursuant to stipulation of the Parties, the Court hereby ORDERS as follows:

The deadline for Google LLC to file its Rule 62 motion to stay enforcement of the judgment and waive the bond requirement, as set forth in Dkt. 726, is extended by ten days, to April 9, 2026. The resultant opposition and reply deadlines, and other provisions regarding enforcement of the judgement, as set forth in Dkt. 726, are unchanged.

**IT IS SO ORDERED.**

Dated: ___March 27, 2026___

_____
HON. RICHARD SEEBORG
Chief United States District Judge

334058803 v1