**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
725 S Figueroa St., 31st Floor
Los Angeles, CA 90017
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIAN SANTIAGO, and SUSAN LYNN HARVEY individually and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No.:  3:20-cv-04688-RS<br><br>**DECLARATION OF JOHN YANCHUNIS IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES, COSTS, AND SERVICE AWARDS**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor |

---

DECLARATION OF JOHN YANCHUNIS ISO PLAINTIFFS' FEE MOTION

## DECLARATION OF JOHN A. YANCHUNIS

I, John A. Yanchunis, declare as follows.

1. I am a partner with the law firm Morgan & Morgan, P.A. ("Morgan & Morgan"), counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Florida and admitted *pro hac vice* for this case. Dkt. 14. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (the "Motion").

3. The three law firms representing Plaintiffs—BSF, Morgan & Morgan, and Susman Godfrey (collectively, "Counsel")—were appointed by this Court to serve as Co-Lead Class Counsel in this matter. We have collectively led the Classes' efforts in this case over the last six years from case inception to judgment.

4. This declaration focuses on facts that bear on the Motion, including among other things providing backgrounds on the expertise of Morgan & Morgan as a firm and the particular Morgan & Morgan attorneys on this case, summarizing our work litigating this case from its inception to judgment, and our continued work on behalf of the Classes.

### MORGAN & MORGAN COMPLEX LITIGATION GROUP QUALIFICATIONS

5. Morgan and Morgan ("Morgan and Morgan") is a leading civil trial law firm representing consumers and commercial clients nationwide. With over 1,200 lawyers, Morgan & Morgan is the largest plaintiffs' firm in the nation. Morgan & Morgan maintains offices throughout the United States, including in this District. Among its lawyers are former state attorney generals and present and former members of various state legislatures.

6. Morgan & Morgan has a dedicated Complex Litigation Group of which the Class Action Department is a part. The Class Action Department is staffed with lawyers, paralegals, and retired FBI agents serving as investigators—committed to representing consumers in complex litigation, MDL proceedings and class action cases throughout the country. It has achieved many remarkable results in class litigation, including the settlement of *In re Black Farmers*

*Discrimination Litigation*, no. 08-0511 (D.C. Oct. 27, 2017), where one of its partners served as co-lead. The case resulted in a settlement with the United States Government in the amount of $1.2 billion for African American farmers who had been systematically discriminated against on the basis of race, in violation of the Fifth Amendment to the United States Constitution, the Equal Credit Opportunity Act, Title VI of the Civil Rights Act, and the Administrative Procedure Act. The Class Action section is a part of Morgan & Morgan's Complex Litigation group, has assembled a talented, ethnically diverse team of lawyers. Aside from the lawyers listed below, its team of lawyers is assisted by a team of lawyers in the shared legal services section of the Complex Litigation Group. These lawyers are dedicated to document review, deposition preparations and deposition summaries. It is also assisted by a separate section of more than a dozen lawyers, comprised of former federal law clerks at the District and Circuit level, who assist the Class Action section with research and writing support.

7.      For its work in data privacy litigation, the Morgan & Morgan Complex Litigation Group was honored in 2025 as the Cybersecurity & Privacy Group of the Year by Law360, and received similar distinction in 2023 as Litigation Department of the Year in the state of Florida by ALM/Law.Com. In 2024, the group was a national finalist for Litigation Department of the Year by The National Law Journal.

8.      The partners and employees of my firm's Complex Litigation Group who worked on this matter are as follows:

9.      ***John A. Yanchunis*** leads the class action section of the law firm. His practice—which began after completing a two-year clerkship with United States District Judge Carl O. Bue, Jr., S. D. Tex.—has concentrated on complex litigation and spans over 42 years, including consumer class actions for more than two-thirds of that time. As a result of his extensive experience in class litigation, including privacy and data-breach litigation, he regularly lectures nationally and internationally at seminars and symposiums regarding class litigation and privacy litigation. He is a member of The State Bar of Texas and The Florida Bar. He has served as lead, co-lead, and class counsel in numerous national class actions, including multi-district litigation, involving a wide

range of subjects affecting consumers, including antitrust, defective products, life insurance, annuities, and deceptive and unfair acts and practices. In 2016 and 2020, he was recognized by the National Law Journal as a trailblazer in the area of privacy litigation, and in 2019, 2020, 2021, 2023, 2024, and 2025, he was recognized by Law360 as one of a very small number of MVPs in the United States in the area of privacy and cyber security litigation. For his work in the area of privacy litigation, he was awarded Lawyer of the Year in the state of Florida by ALM/Law.Com in 2022, and in 2024, he was named a finalist for Lawyer of the Year in the state of Florida (1 of 3). In 2026, he is again a finalist (1 of 3) for the same recognition. In 2024, he was named a finalist for Lawyer of Year by The National Law Journal. In 2023, he was also recognized by Law360 as a Titan of the Plaintiffs' Bar, and Consumer Protection Lawyer of the Year by the Consumer Protection Committee of The Florida Bar. He received a Lifetime Achievement Award in 2025 from ALM/360.

10. He received the Florida Bar Foundation President's Award of Excellence in 2010, and for his work in representing a class of elderly indigent Floridians on Medicaid in a suit against the state of Florida, which resulted in an increase in the benefits to class members, he was awarded The Florida Bar Elder Law Section Chair's Honor Award.

11. As a result of his experience in insurance and complex litigation, beginning in 2005, he was selected by Tom Gallagher, the Chief Financial Officer for the state of Florida and a member of the Florida Cabinet, to serve as lead counsel for the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators of Florida) in their investigations of the insurance industry on issues concerning possible antitrust activity and other possible unlawful activities regarding the payment of undisclosed compensation to insurance brokers. He served as lead regulator counsel and worked with a core group of state Attorneys General from the National Association of Attorneys General, which were selected to conduct the investigations. The insurance regulator for Florida was the only insurance regulator in the group. The litigation that was filed and the related investigations netted millions of dollars in restitution

for Florida consumers and resulted in significant changes in the way commercial insurance is sold in Florida and across the country.

12. During his career, he has tried numerous cases in state and federal courts, including one of the largest and longest insurance coverage cases in U.S. history, which was filed in 1991 by The Celotex Corporation and its subsidiary, Carey Canada, Inc. During the seventeen years the case pended, he served as lead counsel for several insurance companies, regarding coverage for asbestos and environmental claims. The case was tried in three phases over several years beginning in 1992. He was also lead counsel for these parties in the subsequent appeals that followed a judgment in favor of his clients.

13. Mr. Yanchunis began his work in privacy litigation in 1999 with the filing of *In re Doubleclick Inc. Privacy Litigation,* 154 F. Supp. 2d 497 (S.D.N.Y. 2001), alleging privacy violations based on the placement of cookies on hard drives of internet users. Beginning in 2003, he served as co-Lead Counsel in the successful prosecution and settlement of privacy class action cases involving the protection of privacy rights of more than 200 million consumers under the Driver's Protection Privacy Act (DPPA) against the world's largest data and information brokers, including Experian, R.L. Polk, Acxiom, and Reed Elsevier (which owns Lexis/Nexis). *See Fresco v. Automotive Directions, Inc.,* No. 03-61063-JEM (S.D. Fla.), and *Fresco v. R.L. Polk*, No. 07-cv-60695-JEM (S.D. Fla.). Subsequently, He also served as co-Lead Counsel in the DPPA class cases, *Davis v. Bank of America*, No. 05-cv-80806 (S.D. Fla.) ($10 million class settlement), and *Kehoe v. Fidelity Fed. Bank and Trust,* No. 03-cv-80593 (S.D. Fla.) ($50 million class settlement).

14. He has been appointed and served in leadership positions a number of multidistrict litigation in the area of privacy and data breaches: *In re: Capital One Consumer Data Sec. Breach Litig.,* No. 1:19-MD-2915-AJT (E.D. Va.) (Co-Lead Counsel) (court approved settlement for $190,000,000); *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 5:16-MD-02752-LHK (N.D. Cal.) ("Yahoo") (Lead Counsel) (court approved settlement for $117,500,000 for US and Israeli citizens); *In re The Home Depot, Inc. Consumer Data Sec. Data Breach Litig.,* No. 1:14-

md-02583-TWT (N.D. Ga.) (Co-Lead Counsel) (court approved settlement for $29,025,000); *In Re: Equifax, Inc. Cust. Data Sec. Breach Litig.*, 1:17-md-2800-TWT (N.D. Ga.) (member of the Plaintiffs' Steering Committee) (court approved settlement for $380.5 million); *In re: U.S. Office of Personnel Mgmt. Data Sec. Breach Litig.,* 1:15-mc-01394-ABJ (D.D.C.) ("OPM") (member of the Executive Committee) (court approved a settlement of $60 million); *In re Target Corp. Customer Data Sec. Breach Litig.,* MDL No. 2522 (D. Minn.) (member of the Executive Committee) (court approved settlement on behalf of a class of approximately 100 million consumers).

15.    His court-appointed leadership experience in non-MDL, data breach class actions extends to dozens of cases which he has litigated and settled, and includes one of the few contested certifications in a data breach case: *Schmidt, et al., v. Facebook, Inc.,* No. 3:18-cv-05982 (N.D. Cal.) (Co-Lead Counsel) ("Facebook") (class certified for 8 million U.S. residents, subsequently settled the class and approved by the court), and a contested certification in a date privacy case, *Brown v. Google LLC*, No. 4:20-cv-03664-YGR (N.D. Cal.) (certifying injunctive class relief, settled on the eve of trial, currently pending appeal).

16.    His experience in these major privacy cases extends far beyond simply briefing threshold issues and negotiating settlements. Rather, he has personally deposed dozens of corporate representatives, software engineers, cyber professionals and CISOs in major data breach and privacy cases such as Capital One, Yahoo, Kimpton, Facebook, and Brown. In addition, he has defended experts used in these cases and also deposed defense liability and damage experts.

17.    As result of his experience in the area of class litigation and ethics, he has served as an expert for The Florida Bar on ethical issues arising in class action litigation. He was also appointed by The Florida Supreme Court to enforce one of its orders for indirect criminal contempt, which led to the incarceration of the respondent. He is a frequent lecturer on data privacy and class litigation nationally and internationally, including at international conferences, in Israel, Mexico, the United Kingdom, the Netherlands, and Portugal, and in the fall of 2026, Spain.

18. He has served in a number of leadership positions in The Florida Bar, having been elected to two terms in The Young Lawyers Division of The Florida Bar, to two terms to The Board of Governors of The Florida Bar, and he was appointed by The Florida Supreme Court to serve a 5 year term as a Member of The Florida Board of Bar Examiners, and today he continues to serve as an emeritus member. He has been a member of numerous committees of The Florida Bar, and been appointed chair of many of them. Today he serves on The Florida Bar's recently formed data privacy and cyber security committee.

19. While at the University of Florida Mr. Yanchunis was a member of Florida Blue Key and Omicron Delta Kappa. He received his Juris Doctor degree from the South Texas College of Law in 1980, where he graduated magna cum laude. He attended law school at night and worked full time during the day. During law school, Mr. Yanchunis was a member of the Order of the Lytae, Associate Editor-in-Chief and Technical Editor of the South Texas Law Journal.

20. In this case, Mr. Yanchunis routinely participated in strategy meetings, oversaw Morgan & Morgan's involvement with legal briefing—particularly class certification—as well as discovery efforts. Mr. Yanchunis regularly attended hearings and had active argument roles at class certification and the dispositive motions and the final pretrial conference. Mr. Yanchunis was actively involved in trial preparation, co-leading Morgan & Morgan's efforts for the mock jury exercises with Mr. McGee and Mr. Keith Mitnik—one of the nation's most prominent trial attorneys with hundreds of trials to verdict. Finally, Mr. Yanchunis attended each day of trial and contributed to daily pre- and post-trial strategy sessions.

21. ***Michael F. Ram.*** Mr. Ram is a consumer class action lawyer with more than 40 years of experience. He graduated cum laude from Harvard Law School in 1982. He has co-tried several class action trials and frequently lectures on class trials. In 1992 he was a co-recipient of the Trial Lawyer of the Year Award given by Trial Lawyers for Public Justice for *National Association of Radiation Survivors v. Walters* No. 83-c-1861 (N.D. Cal.) (tried to class-wide judgment on remand from Supreme Court). From 1993 through 1997, Mr. Ram was a partner with Lieff, Cabraser, Heimann and Bernstein where he represented plaintiffs in several major class

actions, including: *Cox v. Shell*, Civ. No 18,844 (Obion County Chancery Court, Tenn.) national class of six million owners of property with defective polybutylene plumbing systems; *In re Louisiana-Pacific Inner-Seal Litigation*, No. 95-cv-879 (D. Oregon) (co-lead counsel) national class of homeowners with defective siding; *ABS Pipe Litigation,* Cal. Judicial Council Coordination Proceeding No. 3126 (Contra Costa County) national class of homeowners.

22.     In 1997, Mr. Ram founded Levy, Ram & Olson which became Ram & Olson and then Ram, Olson, Cereghino & Kopczynski. He was co-lead counsel in many consumer class actions including a national class of half a million owners of dangerous glass pane gas fireplaces in *Keilholtz et al. v. Superior Fireplace Company*, No. 08-cv-00836 (N.D. Cal. 2008). He was co-lead counsel for plaintiffs in *Chamberlan v. Ford Motor Company,* No. 03-cv-2628 (N.D. Cal.), a class action involving defective intake manifolds that generated four published opinions, including one by the Ninth Circuit, 402 F.3d at 950, and settled one court day before the class trial. He was also co-counsel for plaintiffs in a number of other consumer class actions, including: *In re General Motors Corp. Product Liability Lit.* MDL. No. 1896 (W.D. Wash.) (defective speedometers); *Richison v. American Cemwood Corp.,* San Joaquin Superior Court Case No. 005532 defective Cemwood Shakes); *Williams v. Weyerhaeuser,* San Francisco Superior Court Case No. 995787 (defective hardboard siding); *Naef v. Masonite,* Mobile County, Alabama Circuit Court Case No. CV-94-4033 (defective hardboard siding on their homes); *Hanlon v. Chrysler Corp.*, 150 F.3d 1011 (9th Cir. 1998) (approving class action settlement); *McAdams v. Monier, Inc.* (2010) 182 Cal. App. 4th 174 (reversing denial of class certification in consumer class action involving roof tiles); *Gardner v. Stimson Lumber Co.* (King County Wash. No. 2-17633-3-SEA) (defective siding); *Rosenberg v. U-Haul* (Santa Cruz Superior Ct. No. CV-144045 (certified consumer class action for false and deceptive conduct; tried successfully to judgment); *In re Google Buzz User Privacy Litigation*, No. 10-cv-00672-JW (N.D. Cal. 2011) (international class action settlement for false and deceptive conduct); *Whitaker v. Health Net of California, Inc.*, *and International Business Machines Corp*, No. 2:11-cv-0910 KJM DAD (E.D. Cal.) (electronic privacy class action under the California Confidentiality of Medical Information Act); and *In re Kitec Plumbing System*

*Products Liab. Litigation MDL No 2098*, N.D. Texas, No. 09-MD-2098 (MDL class action involving claims concerning defective plumbing systems).

23.    From 2017 to 2020, Mr. Ram was a partner at Robins Kaplan LLP. In August, 2020, Mr. Ram joined Morgan & Morgan to open a San Francisco office for them. He is currently co-lead counsel in numerous consumer class actions, including *Kellman v. Spokeo, Inc.*, N.D. Cal. No. 3:21-cv-08976-WHO, a certified multistate privacy case involving misappropriation of likeness, *Gold v. Lumber Liquidators,* N.D. Cal. No. 14-cv-05373-RS, a certified multistate class action involving bamboo floors, and *Fowler v. Wells Fargo,* N.D. Cal. No. 3:17-cv-02092-HSG, a class action involving interest charges that settled for $30 million. He is currently serving on the Plaintiffs' Steering Committee *In re Philips Recalled CPAP, Bi-Level Pap, And Mechanical Ventilator Products Litigation,* MDL No. 3014, where he is co-chair of the Law and Briefing Committee. In addition, Mr. Ram is also currently serving on the Plaintiffs' Expert Discovery Committee *In re Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation, MDL No. 3052.*

24.    In this case, Mr. Ram contributed to the dispositive motions and class certification briefing, as well as expert reports and related motions practice.  Mr. Ram also worked on discovery and ESI-related issues, regularly interacting with Google's counsel to address and attempt to resolve related disputes, including Plaintiffs' document productions and Google's preservation obligations. He regularly supported Morgan & Morgan's involvement with legal briefing and following related regulatory matters related to the conduct at issue in this case. Mr. Ram also supported the mock jury exercises to assist with trial preparation, and attended trial and participated in daily pre- and post-trial strategy sessions.

25.    ***Ryan J. McGee****.* Mr. McGee joined Morgan & Morgan's Complex Litigation Group in March 2018, and has since extensively practiced in the areas of privacy and consumer protection class action litigation. His work since 2018 resulted in Law360 recognizing him as one of only three Rising Stars in the area of cybersecurity and privacy for 2023 and the National Law Journal recognizing him as an Elite Trial Lawyer in 2024. He has substantially supported the

following representative litigations resulting in the substantial recoveries for the respective class members: *Brown v. Google LLC*, No. 4:20-cv-03664-YGR (N.D. Cal.); *In re: Capital One Consumer Data Sec. Breach Litig.,* No. 1:19-MD-2915-AJT (E.D. Va.); *In re Morgan Stanley Data Sec. Litig.*, No. 20-cv-5914-AT (S.D.N.Y.); *Adkins v. Facebook, Inc.*, No. 3:18-cv-05982-WHA (N.D. Cal.); *In Re: Ambry Genetics Data Breach Litig.*, No. 20-cv-00791 (C.D. Cal.); *Pfeiffer et al. v. RadNet, Inc.*, No. 2:20-cv-09553-RGK (C.D. Cal.); *Ford et al. v. [24]7.ai, Inc.*, No. 5:18-cv-02770-BLF (N.D. Cal.); *In re Yahoo! Inc. Cust. Data Sec. Breach Litig.*, No. 16-md-02752-LHK (N.D. Cal.); *In re Equifax, Inc. Cust. Data Sec. Breach Litig.*, No. 1:17-md-02800 (N.D. Ga.); *In re: U.S. Office of Personnel Mgmt. Data Sec. Breach Litig.,* 1:15-mc-01394-ABJ (D.D.C.); *Henderson v. Kalispell Regional Healthcare*, No. CDV-19-0761 (Montana Eighth Judicial Court – Cascade County); *Morrow v. Quest*, No. 2:17-cv-0948 (CCC) (JBC) (D.N.J.); *In re Google Plus Profile Litig.*, No. 5:18-cv-06164 EJD (N.D. Cal.); *In re: Lincare Holdings Inc. Data Breach Litig.*, No. 8:22-cv-01472-TPB-AAS (M.D. Fla.); *Stoll et al. v. Musculoskeletal Institute, Chartered d/b/a Florida Orthopaedic Institute*, No. 8:20-cv-01798-CEH (M.D. Fla.); and *Kuss v. American HomePatient, Inc., et al.*, No. 8:18-cv-02348 (M.D. Fla.).

26.     His experience in privacy litigation extends well beyond drafting pleadings, briefing legal disputes, and negotiating settlements. He has personally deposed dozens of corporate representatives, software engineers, and cyber professionals in major privacy cases not only in this case, but others such as *Brown v. Google*, *Capital One*, and *Facebook*. He has also deposed defense liability and damages experts in these (and other) cases, and defended experts in those fields at deposition and in *Daubert* hearings. His work also extends to the courtroom, where he personally and routinely handles dispositive motions hearings, science days with experts, class certification, and other disputes.

27.     Mr. McGee studied business economics and history at the University of Florida, where he was a teaching assistant for technology classes in the business school, and received his law degree from Stetson University College of Law, where he was an editor on the *Stetson Law Review,* a research assistant for antitrust and consumer protection laws, and a teaching assistant

for Stetson's trial advocacy program. He began his legal career as a state-appointed prosecutor, where he tried over 50 jury trials to verdict, mostly felonies, as well as a special prosecutor appointed to investigate police officers' deadly use-of-force and corruption within various law enforcement agencies. Mr. McGee also served as a law clerk for two years for the Honorable Elizabeth A. Kovachevich, the former Chief United States District Judge, Middle District of Florida. Before joining Morgan & Morgan, Mr. McGee's practice involved complex business disputes, antitrust, trade secret, data security, and class action investigations and defense-side litigation in state and federal courts across the country.  Mr. McGee was admitted to the Florida Bar in 2009 and is also admitted to practice in the Northern, Middle, and Southern Districts of Florida; the District of Colorado; and the Third and Ninth Circuit Courts of Appeal.

28.     In this case, Mr. McGee oversaw Morgan & Morgan's day-to-day involvement, working with Mr. Yanchunis and Mr. Ram, to provide input on strategies and implement Morgan & Morgan's vast experience in class action and privacy litigation to the factual and legal theories at issue in this case. Mr. McGee served as Morgan & Morgan's primary contact for all of the named Plaintiffs, addressing discovery requests, document productions, and assisting Mr. Lee with preparation for their depositions. Mr. McGee deposed a number of Google employees, including Mr. Fair and Mr. Kearns, Google's financial expert Dr. Ghose, defend and assisted with many other depositions in this case, including experts. Mr. McGee also assisted with myriad briefs and hearings at the dispositive, class certification, and summary judgment stages. Mr. McGee was actively involved in trial preparation, co-leading Morgan & Morgan's efforts for the mock jury exercises with Mr. Yanchunis and Mr. Keith Mitnik—one of the nation's most prominent trial attorneys with hundreds of trials to verdict—as well as preparing the named plaintiffs for their trial testimony and other witnesses (both for Plaintiffs and Google) who ultimately did not testify at trial.  Finally, Mr. McGee co-managed the pre-trial and trial evidentiary disputes, and attended each day of trial and contributed to daily pre- and post-trial strategy sessions.

29.     ***Kenya Reddy.*** Ms. Reddy represents consumers in class action litigation. She graduated from Duke University in 1997 with a degree in political science. In 2000, she received

her law degree from the University of Virginia School of Law. Prior to joining Morgan & Morgan, Ms. Reddy was a shareholder at Carlton Fields, P.A., where her primary areas of practice were antitrust, complex civil litigation, class action defense, and business litigation. She also has experience in including labor and employment, products litigation, ERISA and employee benefits law, insurance, healthcare, and securities litigation.

30.    Ms. Reddy has served as a law clerk for the Honorable Charles R. Wilson, United States Circuit Court Judge, Court of Appeals for the Eleventh Circuit, the Honorable Anne C. Conway, former Chief Judge of the United States District Court for the Middle District of Florida, the Honorable Mary S. Scriven, United States District Judge, Middle District of Florida, and the Honorable Karla R. Spaulding, United States Magistrate Judge, Middle District of Florida.  Ms. Reddy was a guest speaker in January 2019 at HarrisMartin's Marriott Data Breach Litigation Conference on the topic of standing in data breach cases. In October 2019, she presented on the topic of third-party litigation funding at the Mass Torts Made Perfect Conference. Ms. Reddy is admitted to practice in the Northern, Middle, and Southern Districts of Florida.

31.    In this case, Ms. Reddy assisted with researching legal issues for dispositive motions and class certification briefing and discovery disputes.  Ms. Reddy devoted substantial time to trial preparation, including drafting affirmative motions in limine and responses to Google's motions in limine, jury instruction disputes, legal support for the admission of exhibits, and other critical trial work product. Ms. Reddy attended each day of trial and contributed to daily pre- and post-trial strategy sessions, and spearheaded Morgan & Morgan's efforts to oppose Google's efforts to decertify the classes post-verdict.

32.    *Patrick Barthle.* Mr. Barthle is the second-longest tenured attorney in the Class Action Department of Morgan & Morgan. He was born and raised in Dade City, Florida. He attended the University of Florida where he was admitted to the Honors Program and graduated, *cum laude*, with a double major in History and Criminology in 2009. While at UF, Mr. Barthle was inducted into the Phi Beta Kappa Honor Society and served as President of the Catholic Student Center. He attended Washington and Lee University School of Law, graduating *summa*

*cum laude* in 2012; where he was a Lead Articles Editor for the Wash. & Lee Law Review, a member of the Order of the Coif and the Phi Delta Phi Legal Honor Society, and President of the W&L Law Families organization.

33.     Before joining Morgan & Morgan in 2015, Mr. Barthle worked at one of the country's largest law firms, Greenberg Traurig, LLP, and then served as a judicial law clerk for two years to the Honorable Mary S. Scriven, United States District Judge, Middle District of Florida. He has extensive privacy and consumer fraud class action experiencing, having actively participated in the following litigations: *In re: Capital One Consumer Data Security Breach Litigation,* No. 1:19-MD-2915-AJT (E.D. Va.); *In re: U.S. Office of Personnel Management Data Security Breach Litigation*, 1:15-mc-01394-ABJ (D.C.); *Torres v. Wendy's International, LLC*, No. 6:16-cv-210 (M.D. Fla.); *In Re: Equifax, Inc. Customer Data Security Breach Litigation*, 1:17-md-2800-TWT (N.D. Ga.); *In re The Home Depot, Inc. Customer Data Security Data Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga.); *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, 16-md-02752-LHK (N.D. Cal.); and *Finerman v. Marriott Ownership Resorts, Inc.*, Case No.: 3:14-cv-1154-J-32MCR (M.D. Fla.).  Mr. Barthle has deep substantive experience in data breach cases. He has deposed multiple C-suite-level executives, prepared and examined expert witnesses, as well as briefed and argued motions for class certification and summary judgment in any number of data breach cases. For example, in *In re: Yahoo! Inc. Customer Data Security Breach Litigation,* Case No. 16-md-2752, (N.D. Cal.), a data breach class action involving approximately 3 billion Yahoo user accounts, he was deeply involved in discovery, including with the depositions of multiple Chief Information Security Officers ("CISO") and other cybersecurity related witness, including the Chief Information Officer ("CIO"); as well as assisting with the reports, and defending the depositions, of Plaintiffs' cybersecurity and identity theft experts. Likewise, in the *In re Capital One Customer Data Security Breach Litigation*, Case No.: 1:19-md-2915 (E.D. Va.) case, Mr. Barthle was heavily involved in all aspects of discovery including drafting and arguing myriad motions to compel and the taking of various depositions, including

multiple corporate representative witnesses for both Capital One and Amazon Web Services, as well as arguing and briefing summary judgment and class certification.

34.    Mr. Barthle has been appointed as Co-Lead Counsel in multiple pending data breach class actions, including *Hernandez et al. v. Advance America, Cash Advance Centers, Inc. et al*, Case No. 7:23-cv-4256 (D. S.C.), and *In re Great Expressions Data Security Incident Litig.*, Case No. 2:23-cv-11185 (E.D. Mich.).  Apart from data privacy cases, he has been appointed as Class Counsel in other consumer class action cases, including in *Swaney v. Regions*, No. 2:13-cv-00544-JHE (N.D. Ala.) (TCPA class action, Final Approval entered), *Peterson v. Apria Healthcare Group, Inc.*, No. 6:19-cv-00856 (M.D. Fla.) (TCPA class action, Final Approval entered), and *Guidry v. Penn Credit*, Case No.: 6:19-cv-1936-Orl41LRH (M.D. Fla.) (TCPA class action, Final Approval entered); and in *Richards et al. v. Chime Fin., Inc., et al.*, No. 4:19-cv-06864 (N.D. Cal.), a case involving a payment disruption for certain payment card users.  Mr. Barthle is also no stranger to contested class certifications, having certified nationwide and multi-state classes in cases such as *Still v. Selene Finance, LP*, Case No. CJ-2013-51 (Okla. Dist. Ct, Nowata County) (multi-state certified class action concerning property inspections fees related to HUD-backed mortgages); and *Nolen et al. v. Fairshare Vacation Owners Association*, Case No. 6:20-cv-330-PGB-EJK (M.D. Fla.) (nationwide class certified concerning alleged breaches of fiduciary duties involving a Wyndham timeshare program).

35.    Mr. Barthle was selected as a Florida Super Lawyer Rising Star in 2019, 2020, and 2021 in the field of Class Actions. He is also active in speaking on privacy and class action topics, having spoken in June 2018, October 2022, and March 2023 at the NetDiligence Cyber Risk Summit on various privacy related topics; in November 2018 at the American Association for Justice's Advanced 30(b)(6) Seminar, on the topic of 30(b)(6) Depositions in in Data Breach Cases; in January 2019 at HarrisMartin's Marriott Data Breach Litigation Conference on the topic of damage models and settlements in data breach cases; and in October 2019 at the Mass Torts Made Perfect conference on Rule 23(c)(4) classes.  Mr. Barthle was admitted to the Florida Bar in 2012 and is also admitted to practice in the Middle District of Florida, the Southern District of

Florida, the District of Colorado, the Northern District of Illinois, the Eastern District of Michigan, the Northern District of Oklahoma, the Southern District of Texas, and the Eleventh Circuit Court of Appeals.

36.     In this case, Mr. Barthle assisted with discovery efforts, expert preparations, and class certification strategy.

37.     ***Riya Sharma.*** Ms. Sharma is a dual-qualified attorney admitted to the Texas Bar and the New Delhi Bar, licensed to practice throughout India. After her Juris Doctor/B.A LL.B. from the Jindal Global Law School, she earned her LL.M. from the University of California, Berkeley, School of Law, where she graduated with High Honors in Information Privacy Law, Legal Research and Writing, Contract Law, Fundamentals of U.S. Law, and Legal Ethics and Compliance. She graduated from Berkeley as the highest performer in Contract Law. At Berkeley, she furthered her commitment to legal advocacy and served as a Pro-Bono Student Advocate with the Workers' and Tenants' Rights Clinic and contributed as a member of the Berkely Center for Law and Technology and the Privacy Lab, and also worked towards advancing the rights of women in Technology Law. Prior to obtaining her Masters in Law, Ms. Sharma worked as a Judicial Law Clerk to Justice Abdul S. Nazeer, a Judge of the Supreme Court of India, handling complex federal matters. Alongside her judicial clerkship, she collaborated with UNICEF to provide e-education to underprivileged children during the COVID-19 pandemic. Fluent in both English and Hindi, Ms. Sharma is also certified by the World Intellectual Property Organization for coursework in U.S Intellectual Property.

38.     In this case, Ms. Sharma assisted with legal research, including work on jury instruction disputes and targeted legal research on damages.  Ms. Sharma also assisted with mock jury preparations, expert-related motion work, as well as trial preparations.  Ms. Sharma also assisted with post-verdict research and briefing.

39.     ***Ron Podolny.*** Ron Podolny joined the Morgan & Morgan Complex Litigation Group after practicing for 15 years in Canada, 10 of which were dedicated exclusively to representing the plaintiffs in class actions and mass torts.  At Morgan & Morgan, his practice is

focused on representing the plaintiffs in class actions arising out of data breaches, misleading advertising, defective consumer and pharmaceutical products and other matters.

40. Ron has served as an adjunct professor at the University of Toronto, Faculty of Law and Osgoode Hall Law School, York University. He speaks frequently in professional conferences on matters relating to class actions and commercial litigation.  In particular, Ron has presented repeatedly on cross-border class actions at the American Association for Justice conferences, across the U.S. Ron has authored articles on a variety of topics in class actions and commercial litigation in leading industry and academic publications. His articles have been cited with approval by the courts, including the Supreme Court of Canada. He has been interviewed on legal matters in television, radio and print media.

41. In 2018, Ron was the recipient of the Precedent Setter Award, which recognizes lawyers called to the bar in the last 10 years who have shown excellence and leadership in their practice and their community.  In 2019, Ron was the recipient of the "Lexpert Rising Stars Award: Leading Lawyers Under 40." In 2022, Ron was awarded the Osgoode Hall Law School Faculty Teaching and Service Award for his contribution to legal education as an Adjunct Professor. Ron is called to the bars of New York and Ontario, and practices in the Tampa office.

42. In this case, Mr. Podolny assisted with research and briefing the opposition to Google's failed bid for summary judgment.  Mr. Podolny also assisted with mock jury preparations as well as trial preparations, with a particular focus on assisting with the preparation of Plaintiffs' exhibit list.

43. *Colin Losey.* Mr. Losey graduated from Rice University with a B.S. in Mechanical Engineering in 2018. In 2021, he received his law degree from the University of Chicago Law School, where he received *pro bono* honors and participated extensively in the Mandel Legal Aid Clinic.  During law school, Mr. Losey also completed an internship with the U.S. District Court for the District of Columbia. Mr. Losey began his legal career clerking on Maryland's highest court.  Prior to joining Morgan & Morgan, Mr. Losey also clerked on the U.S. District Court for

the Central District of California. While clerking, Mr. Losey analyzed a wide variety of civil and criminal motions and appeals.

44.    Mr. Losey has been a member of the Maryland Bar since 2021 and the California bar since 2023. He is also admitted to practice in the U.S. District Court for the Central District of California

45.    In this case, Mr. Losey supported pre-trial and in-trial preparations, including work on jury instruction disputes, designations for depositions and counter-designations, and admissibility of exhibits. Mr. Losey traveled to San Francisco and assisted with in-person prep before and during trial.

46.    ***Ryan Maxey.*** Mr. Maxey during his time with Morgan & Morgan was a partner-level attorney who litigated class actions. Mr. Maxey grew up in Tampa, Florida. He attended the University of South Florida, where he obtained Bachelors Degrees in Computer Science and Philosophy. During and after his undergraduate education, Mr. Maxey developed software and databases for Amalie Oil Company, an automotive lubricant manufacturer located in the Port of Tampa. Mr. Maxey later attended law school at the University of Florida, graduating order of the coif in 2008.

47.    From 2008 to 2011, Mr. Maxey served as a judicial law clerk to the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, University of Florida. Mr. Maxey then worked at one of the country's largest law firms, Greenberg Traurig, for four years. In 2015, Mr. Maxey joined Morgan & Morgan's Business Trial Group as a lead attorney handling a variety of business litigation matters. Mr. Maxey later started his own law practice, litigating claims related to breach of contract, trade secret misappropriation, the FLSA, the FDCPA, and premises liability.

48.    Mr. Maxey was admitted to the Florida Bar in 2008 and is also admitted to practice in the Middle District of Florida and the Southern District of Florida.

49.    During his time at Morgan & Morgan with this case, Mr. Maxey initially managed Morgan & Morgan's offensive document review efforts, as well as supported technical research and expert work.

50.    **_Shelby Serig._** Ms. Serig during her time with Morgan & Morgan was a partner-level attorney who litigated class actions.  Ms. Serig is a seasoned, detail-oriented litigator and legal counselor with over 20 years of professional experience in the development, negotiation and resolution of complex matters, including national class actions and multi-district litigation. Ms. Serig graduated with honors from West Virginia University with a B.S. in Journalism in 1999. In 2003, she received her law degree from the University of Pittsburgh School of Law, where she received the CALI Excellence for the Future Award and was awarded First Place in the American Bar Association's Client Counseling Competition for the Mid-Atlantic Region. During law school, Ms. Serig also completed internships with The Honorable Donetta Ambrose (U.S. District Court for the Western District of Pennsylvania) and The Honorable John Zottola (Pennsylvania Court of Common Pleas).  Ms. Serig began her legal career at Florida's largest civil defense firm, where she was eventually made a partner. There, she provided litigation defense to a wide array of clients in multiple areas of the law including employment, appellate and commercial litigation. Prior to joining Morgan & Morgan, Ms. Serig also practiced with an international law firm, focusing on employment law. Her deep legal experience includes claims investigation, drafting pleadings, briefing legal disputes, advocacy before trial and appellate courts and settlement negotiation. She is also experienced in all aspects of discovery and has completed 300+ depositions of lay and expert witnesses.  Ms. Serig has been a member of the Florida Bar since 2004. She is also admitted to practice in the U.S. District Court for the Middle District of Florida, U.S. District Court for the Northern District of Florida, the U.S. District Court for the Northern District of Illinois and the U.S. Court of Appeals for the Sixth Circuit. Ms. Serig is committed to applying her legal skills outside of the office and courtroom. She serves with Florida's Guardian ad Litem Program, advocating for abused, abandoned and neglected children. She also volunteers as a Judge in Clay County, Florida's Teen Court program, a nationally-recognized diversion program for juvenile offenders.

51.    During her time at Morgan & Morgan on this case, Ms. Serig assisted with various legal research projects, and was actively involved in crafting strategy and preparing drafts for

dispositive motions and class certification, as well as offensive discovery disputes related to targeted document requests, search term identifications, and preparations for depositions.

52.    *Marcio Valladares.* Mr. Valladares during his time with Morgan & Morgan was a partner-level attorney who litigated class actions. Mr. Valladares was born in Managua, Nicaragua and immigrated to the United States during Nicaragua's civil war. In 1990, Marcio obtained a Bachelor of Science degree in psychology from the University of Florida. In 1993, he obtained his Juris Doctor degree, *magna cum laude*, from Florida State University. He is pursuing a Masters in Law (LL.M.) degree from Columbia University, focusing on federal and comparative law.

53.    Mr. Valladares left Morgan & Morgan to rejoin the Department of Justice. Before joining Morgan & Morgan, Marcio worked in both the public and private sectors. He served as a judicial law clerk to the Honorable Steven D. Merryday, United States District Judge, Middle District of Florida, and then served as a judicial law clerk to the Honorable Susan H. Black, United States Circuit Court Judge, Court of Appeals for the Eleventh Circuit. Marcio served as an Assistant United States Attorney for the Middle District of Florida. In the private sector, Marcio practiced commercial litigation and insurance defense at Holland & Knight LLP. Marcio also worked as in-house counsel for the Mayo Clinic. Marcio is fluent in English and Spanish.

54.    During his time at Morgan & Morgan on this case, Mr. Valladares assisted with legal research related to the availability of causes of action and damages, equitable tolling, and supporting the briefing on dispositive motions.

55.    *Ra O. Amen.* Mr. Amen during his time with Morgan & Morgan was an attorney who litigated class actions.  Mr. Amen was raised in both the California Bay Area and Massachusetts. In 2005, Ra graduated from Stanford University with a B.A. in Economics. After graduating, Ra worked as a Peace Corps volunteer in Morocco teaching English as a second language and business skills to local artisans. Before entering law school, Ra worked for several years in education and in business development for a mobile technology startup. In 2017, he obtained his Juris Doctor degree with Honors from Emory University School of Law. While at Emory Law, he was a Managing Editor of the Bankruptcy Developments Journal, interned at a

consumer fraud law practice, and worked in-house with one of the globe's leading metals companies assisting in a diverse array of legal issues ranging from corporate restructuring to international tax and contract disputes. Before joining Morgan & Morgan in 2020, Mr. Amen worked at one of the nation's largest defense law firms in the nation where he specialized in representing clients in complex commercial, administrative, and ecclesiastical disputes. Ra speaks both English and Spanish, and is an avid guitar player. Ra was admitted to the Georgia Bar in 2017.

56.     During his time at Morgan & Morgan on this case, Mr. Amen assisted with various legal research projects, including briefing on dispositive motions and class certification with a particular focus on damages theories. Mr. Amen also supported efforts to identify potential custodians and coordinating document review efforts helping with hearing and deposition preparations. He also supported defensive discovery efforts, including assisting with identifying potential ESI sources, privilege review, and document production.

57.     *Antonio Arzola.* Mr. Arzola during his time with Morgan & Morgan was an attorney who litigated class actions. Mr. Arzola was born and raised in Miami, Florida to first-generation Cuban-American parents. In 2018, Antonio obtained a Bachelor of Science degree in Criminal Justice from Florida International University. After graduating, Antonio worked as a North American Language and Culture Assistant in a primary school in Barxeta, Spain, where he taught English to primary school Spaniard students for a year. During his teaching assistantship, Antonio obtained a Bachelor of Arts degree in Portuguese from Florida International University in 2019. In 2022, he obtained his Juris Doctor degree, *cum laude*, from Florida International University. While at Florida International University College of Law, he received the "Book Award" for achieving the highest grade in his Legal Writing III course. Also, he represented Florida International University in the 2022 Moot Madrid International Arbitration Competition, where he conducted oral arguments in Spanish in mock arbitration proceedings in Madrid, Spain. Before joining Morgan & Morgan, Antonio served as a judicial law clerk to the Honorable Federico A. Moreno, United States District Judge, Southern District of Florida. Antonio is fluent

in English, Spanish, and Portuguese and is an avid runner. Antonio was admitted to the Florida Bar in 2022 and is a Certified Information Privacy Professional (United States).

58.    During his time at Morgan & Morgan on this case, Mr. Arzola assisted with discovery efforts, supporting trial witness and evidentiary motions practice (including witness and designation review for the pretrial conference), and supporting trial preparations and work product.

59.    *Abraham Barkhordar.* Mr. Barkhordar during his time with Morgan & Morgan was an attorney who litigated class actions.  He was born and raised in Los Angeles, California. He attended Santa Monica college where he played on the school water polo team before transferring to UCLA where he was admitted to the Honors Program and graduated, summa cum laude, with a major in History. While at UCLA, Abraham volunteered with Americorps' Justicecorps program and also volunteered at a local immigration law firm. Thereafter, Mr. Barkhordar attended Harvard Law School where he co-founded and served as innagural co-president of the Harvard Plaintiffs' law association—the first law student organization of its kind in the country. Since graduating from Harvard, Mr. Barkhordar has joined the San Francisco office of Morgan & Morgan's Complex Litigation Group where he focuses on consumer class action litigation.

60.    During his time at Morgan & Morgan on this case, Mr. Barkhordar assisted with various legal research projects, including briefing on dispositive motions, class certification, and challenging Google's privilege designations. Mr. Barkhordar also supported preparations for depositions.

61.    *Ross Berlin.* Mr. Berlin during his time with Morgan & Morgan was an attorney who litigated class actions. Mr. Berlin earned his law degree with honors from the Northwestern University Pritzker School of Law. After law school, Mr. Berlin completed two judicial clerkships, first for the Honorable Kevin G. Ross of the Minnesota Court of Appeals and then for Judge Paul C. Huck of the United States District Court for the Southern District of Florida. Following his clerkships, Mr. Berlin returned to his hometown of West Palm Beach, Florida, to continue his public service as an appellate public defender, where he represented indigent defendants on appeal

from their criminal convictions. Mr. Berlin's appellate-litigation and clerkship experience attracted one of the largest law firms in the world, and Mr. Berlin entered private practice. In that role, Mr. Berlin represented multibillion-dollar corporations in both trial and appellate-level litigation in federal and state courts in high-stakes matters spanning the entire United States and the world.

62.    During his time at Morgan & Morgan on this case, Mr. Berlin assisted with deposition preparations.  Mr. Berlin also assisted with mock jury preparations as well as trial preparations, with a particular focus on supporting Plaintiffs' trial presentation for injunctive relief through both witness and documentary evidence.

63.    ***Christopher Pollack.*** Mr. Pollack during his time with Morgan & Morgan was an attorney who litigated class actions.  Mr. Pollack was born and raised in Florida. Mr. Pollack studied finance at the University of Central Florida, and then earned his law degree from the University of Michigan Law School. While in law school, Mr. Pollack worked on the Civil Rights Litigation Clearinghouse, and he earned Certificates of Merit in both Evidence and Jurisdiction & Choice of Law.

64.    Upon graduating, Mr. Pollack spent the first several years of his career as a judicial clerk, first spending 20 months with the Honorable Jeffrey J. Helmick in the U.S. District Court for the Northern District of Ohio, and then a year with the Honorable Robin S. Rosenbaum in the U.S. Court of Appeals for the Eleventh Circuit. Prior to joining Morgan & Morgan's Complex Litigation Group, Mr. Pollack worked for law firms in D.C. and Michigan, representing businesses across the country and gaining experience that he now uses to advocate for consumers in class action litigation. Mr. Pollack is admitted to practice in Illinois, D.C., and Michigan.

65.    During his time at Morgan & Morgan on this case, Mr. Pollack assisted with legal research for dispositive motions and class certification, with a particular focus on damages.  Mr. Pollack also assisted with mock jury preparations, expert-related motion work, motions in limine and pretrial practice, as well as trial preparations.  Mr. Pollack traveled to San Francisco and assisted with in-person prep before and during trial.

66.     *Christina Romero.* Ms. Romero during her time with Morgan & Morgan was an attorney who litigated class actions.  Ms. Romero is a 2019 graduate of the University of New Mexico School of Law. While in law school, she externed at the Sixth District Court of Appeal for the State of California and clerked at Bay Area Legal Aid and various private firms in New Mexico. She is a member of the State Bar of California and the United States District Court for the Northern, Central, Southern, and Eastern Districts of California. Ms. Romero has served as the co-chair of the Younger Lawyers Division and member of the Executive Committee of the Norther District of California Chapter of the Federal Bar Association. Ms. Romero also has served in the Advisory Council of the Women in Leadership, Professional Development Program offered by Regional & Continuing Education at CSU, Chico.

67.     During her time at Morgan & Morgan on this case, Ms. Romero assisted with various legal research projects, including briefing on dispositive motions and class certification. Ms. Romero also assisted with gathering information and supporting the Special Master process, frequently interacting with Plaintiffs and experts to ensure accurate workflows.

68.     *Jennifer Cabezas.* Ms. Cabezas is a paralegal with more than 19 years of experience. She obtained her associate in arts, paralegal studies from Keiser University in 2007 where she was a member of the Phi Theta Kappa Honor Society. She later obtained her bachelor's in arts in Criminal Justice from Florida International University in Miami, Florida. She assisted the attorneys with document preparation, court filings, preparing deposition materials, electronic discovery materials, mediation materials and other clerical tasks. Ms. Cabezas billed at $350 per hour. Her billing rate has been approved for paralegals of her experience level by other state and federal courts.

69.     The information for members of the firm's document review team who worked on this matter is below, and I further address how these attorneys substantively contributed to this matter beyond routine document review as follows:

a.      *Arnold Ashley.* Mr. Ashley graduated Presbyterian College obtaining a Bachelor of Science, Business Administration. He later attended the University of South

Carolina School of Law and became a member of the South Carolina State Bar in 1994. He is admitted to practice in the United States Court of Appeals for the Fourth Circuit, and United States District Court for the District of South Carolina. Mr. Ashley regularly billed at $1,141 per hour in other litigation, but his rate has been reduced to $675.  Mr. Ashley further contributed to this case by also assisting the mock jury team to identify potential themes and crucial documents and testimony to be used at the exercises and trial.  Mr. Ashley also contributed to deposition (both expert and lay person) preparations, identifying critical documents after other reviewers had conducted their initial document review.

   b.   *Nicolette Best.* Ms. Best graduated from Southern New Hampshire University with a Bachelor of Science and later obtained her juris doctorate from Santa Clara University School of Law. She is a member of the Nevada State Bar since 2019. Ms. Best is a member of the Nevada Justice Association, and Entertainment Law Section of the State Bar of Nevada.  Ms. Best further contributed to this case by engaging in targeted review of specific documents for privilege challenges and developing work product in support thereof.

   c.   *Jeffrey Davidson.* Mr. Davidson attended Western Michigan University where he double majored and earned a Bachelor of Arts, Psychology and Bachelor of Arts, Political Science. He obtained his juris doctorate from the University of Michigan and became a member of the Illinois State Bar in 1987. Mr. Davidson regularly billed at $1,141 per hour in other litigation, but his rate has been reduced to $675. Mr. Davidson further contributed to this case by assisting with deposition preparations, identifying critical documents after other reviewers had conducted their initial document review.

   d.   *Kevin Davis.* Mr. Davis attended Wayne State University where he obtained a Bachelor of Science, Industrial/Organizational Psychology, with a Minor in Communication. He graduated from the University of Detroit Mercy School of Law

and became a member of the Michigan State Bar in 1987. Mr. Davis regularly billed at $1,141 per hour in other litigation, but his rate has been reduced to $675. Mr. Davis further contributed to this case by assisting with deposition (both expert and lay person) preparations, identifying critical documents after other reviewers had conducted their initial document review, and also supporting the technical work performed in this case.

e.    ***Scott Davis.*** Mr. Davis attended the University of Tennessee at Martin where he obtained a Bachelor of Science, Political Science / Geology, and graduated cum laude. He attended the University of Memphis Cecil C. Humphreys School of Law and became a member of the Tennessee State Bar in 2016. Mr. Davis is a member of the Phi Sigma Alpha National Political Science Honor Society, Health Law Society, and Public Action Law Society. Mr. Davis's rate in similar privacy class actions is $500 per hour, which is his rate in this case. Mr. Davis further contributed to this case by assisting with deposition (expert and lay person) preparations, identifying critical documents after other reviewers had conducted their initial document review.

f.    ***Justin Galvez.*** Mr. Galvez graduated with magna cum laude from George Wythe College in 2008 and Ave Maria School of Law in 2015. Mr. Galvez's rate in similar privacy class actions is $500 per hour, which is his rate in this case. Mr. Galvez further contributed to this case by also assisting the mock jury team to identify potential themes and crucial documents and testimony to be used at the exercises and trial. Mr. Galvez also contributed to deposition (both expert and lay person) preparations, identifying critical documents after other reviewers had conducted their initial document review.

g.    ***Stephanie Jackson.*** Ms. Jackson obtained a Bachelor of Science in industrial engineering and her juris doctorate, with honors, from the University of Florida. Ms. Jackson was admitted to the Florida State Bar in 1994, and previously served

as a staff attorney for the Hon. John W. Dell of the Fourth Circuit Court of Appeal, and before joining Morgan & Morgan focused on civil litigation helping individuals and small businesses. Ms. Jackson regularly billed at $919 per hour in other litigation, but her rate has been reduced to $675. Ms. Jackson further contributed to this litigation by supporting the technical work performed in this case.

h.  **David Morse.** Mr. Morse obtained a Bachelor of Science, Physics from the University of California, Los Angeles, and his juris doctorate from Loyola Law School, Los Angeles. Mr. Morse was admitted to the California State Bar in 2000, and the Delaware State bar in 2011. Mr. Morse regularly billed at $1,141 per hour in other litigation, but his rate has been reduced to $675.  Mr. Morse further contributed to this case by assisting with deposition (expert and lay person) preparations, identifying critical documents after other reviewers had conducted their initial document review, as well as conducting detailed reviews and providing detailed analysis of Plaintiffs' productions that were used to support Plaintiffs' preparations for depositions and similar litigation efforts.

i.  **Emily Reynolds.** Ms. Reynolds attended Arkansas Tech University where she received a Bachelor of Science in Management and Marketing, and a Bachelor of Science in Economics and Finance. She obtained her Juris Doctorate from the University of Dayton School of Law and became a member of the Arkansas State Bar in 2011. She is a Member of Garland County Bar Association, Saline County Bar Association, Arkansas Bar Association, and American Bar Association. Ms. Reynolds' rate in similar privacy class actions is $675 per hour, which is her rate in this case.  Ms. Reynolds further contributed to this case by assisting with deposition preparations, identifying critical documents after other reviewers had conducted their initial document review, as well as providing witness summaries following their respective depositions.

**j.**    *Frederick Strong.*  Mr. Strong obtained his Bachelor of Science in computer and electrical engineering from Northeastern University in 2002, and prior to law worked as a hardware design engineer in the technology sector.  Mr. Strong then obtained his juris doctorate from New Hampshire Law School in 2008.  Mr. Strong regularly billed at $764 per hour in other litigation, but his rate has been reduced to $675.  Mr. Strong further contributed to this case by assisting with deposition preparations, identifying critical documents after other reviewers had conducted their initial document review.

**MORGAN & MORGAN'S ATTORNEYS' FEES RATES**

70.    Plaintiffs' extensive efforts and comprehensive work, which necessitated thousands of hours and significant expenditures, were essential for the prosecution of this case and to reach the ensuing settlement.

71.    The time pressures in this case were extraordinary. The time necessary to complete document review and depositions in the time frame provided was complicated because of the novelty and uncertainty of the legal issues, the substantial size of the class, the highly technical matters at the core of the case, and other factors that contributed to the magnitude of the undertaking.

72.    Counsel prosecuted this case on a contingent-fee basis with no guarantee of recovery. Each firm was forced to forgo other employment in order to devote the time necessary to pursue this litigation. Morgan & Morgan represents only plaintiffs, whether in individual injury cases, mass actions, class actions, or other cases, and these representations are exclusively on a contingent fee basis.  Morgan & Morgan typically receives one-third to 40% of the gross sum recovered in its cases, with increases up to 50% depending on the type of case and jurisdiction. Counsel advanced costs with the understanding that we would be paid a fee and receive reimbursement for costs only in successful. Based on these inherent risks and contingent nature, Counsel expected to receive a risk enhancement for their work securing successful classwide relief. More recent cases where my lawyers have received a risk enhancement include: *Whalen v.*

*Gunster, Yoakley & Stewart, PA*, No. 25-CA-000550 (Fla. Cir. Ct. Aug. 13, 2025) (approving fee request in data breach settlement with risk enhancement awarded for nature of work) *Bitmouni v. PaySafe*, Dkt. 103, No. 3:21-cv-641 (N.D. Cal. Feb. 2, 2024) (same); *Hellyer v. Smile Brands Inc.*, Dkt. 95, No. 8:21-cv-1886 (C.D. Cal. Jan. 16, 2024) (same); *In re: Lincare Holdings Inc. Data Breach Litig.*, Dkt. 126 (M.D. Fla. Oct. 6, 2023) (same); *Stoll v. Musculoskeletal Inst. Chartered*, No. 8:20-cv-1798 (M.D. Fla. Nov. 14, 2022) (same).

73.    Time records were kept contemporaneously. For each task performed, timekeepers at my firm accounted for their time in 1/10th of an hour (six minute) increments and included a brief narrative of the work performed.

74.    The schedule below contains a summary of the time spent by Morgan & Morgan attorneys, paralegals, and professional support staff on this case (not including attorneys, paralegals, and professional support staff wo worked on this matter for fewer than 60 hours), the 2026 billing rates for each individual, and the firm's lodestar calculation using 2026 billing rates or equivalent 2026 billing rates for those who left the firm prior to 2026.  This schedule was prepared from contemporaneous time records through the end of February 2026, and with any reply, I will provide additional lodestar since devoted to this case:

| Table 1 – Morgan & Morgan Attorneys' Fees | | | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Year of Admission** | **Role** | **Rate** | **Time** | **Total Lodestar** |
| John Yanchunis | 1980 | Partner | $2,400 | 1426.02 | $3,422,448 |
| Mike Ram | 1982 | Partner | $2,300 | 317.95 | $731,285 |
| Kenya Reddy | 2001 | Partner | $1,600 | 635.8 | $1,017,280 |
| Ryan McGee | 2009 | Partner | $1,330 | 2756.2 | $3,665,746 |
| Ronald Podolny | 2009 | Partner | $1,250 | 109.7 | $137,125 |
| Patrick Barthle | 2012 | Partner | $1,100 | 66.8 | $73,480 |
| Riya Sharma | 2020* | Attorney | $650 | 192.7 | $125,255 |
| Colin Losey | 2021 | Attorney | $575 | 157.2 | $90,390 |
| **Staff Attorneys** | | | | | |
| Jeffrey Davidson | 1987 | Attorney | $500 | 306.2 | $153,100 |
| Arnold Ashley | 1994 | Attorney | $675 | 735.0 | $496,125 |
| Stephanie Jackson | 1994 | Attorney | $675 | 90.9 | $61,357.50 |
| David Morse | 2000 | Attorney | $675 | 175.3 | $118,327.50 |

| Frederick Strong | 2008 | Attorney | $675 | 87.7 | $59,197.50 |
|---|---|---|---|---|---|
| Emily Reynolds | 2009 | Attorney | $675 | 450.9 | $304,357.50 |
| Justin Galvez | 2015 | Attorney | $500 | 728.3 | $364,150 |
| Scott Davis | 2016 | Attorney | $500 | 139.84 | $69,920 |
| Kevin Davis | 2016 | Attorney | $675 | 836.9 | $564,907.50 |
| Nicolette Best | 2019 | Attorney | $500 | 339.2 | $169,600 |

| Former Attorneys | | | | | |
|---|---|---|---|---|---|
| Timekeeper | Year of Admission | Role | Rate | Time | Total Lodestar |
| Marcio Valladares | 1993 | Attorney | $1,500 | 99.9 | $149,850 |
| Shelby Serig | 2004 | Attorney | $1,250 | 99.5 | $124,375 |
| Ryan Maxey | 2008 | Attorney | $1,250 | 68.2 | $85,250 |
| Ra Amen | 2017 | Attorney | $825 | 348.2 | $287,265 |
| Ross Berlin | 2019 | Attorney | $750 | 91.4 | $68,550 |
| Christina Romero | 2019 | Attorney | $500 | 74.8 | $37,400 |
| Christopher Pollack | 2020 | Attorney | $750 | 1217.6 | $913,200 |
| Antonio Arzola | 2022 | Attorney | $650 | 98.2 | $63,830 |
| Abraham Barkhordar | 2024 | Attorney | $650 | 134.2 | $87,230 |
| Non-Attorney Staff | | | | | |
| Jennifer Cabezas | | Paralegal | $350.00 | 232.5 | $81,375 |
| **Total** | | | | **12,017.11** | **$13,522,376.50** |

* Ms. Sharma was qualified to practice law in India in 2020, and later in Texas in 2023.

75.     Morgan and Morgan's rates are the market rates for these timekeepers based on the position and years of experience for each timekeeper. The hourly rates of the professionals in my firm, including my own, reflect experience and accomplishments in the area of class litigation. The rate of $2,400 per hour which I charge for my time is commensurate with hourly rates charged by my contemporaries around the country, including those rates charged by lawyers with my level of experience who practice in the area of class litigation across the nation. The same is true for Mr. Ram, who bills at the rate of $2,300 per hour. These rates recognize our specialization in class action litigation and, in particular, privacy class action litigation. Prior to submitting the motion for attorneys' fees, costs, and service awards, I compared and confirmed the hourly rate of the professionals in my firm with lawyers at other law firms whose practice is focused on class litigation. Moreover, as I have been retained as an expert on attorneys' fees in other class cases, and as part of my legal education, I routinely survey hourly rates charged by lawyers around the country in published surveys, and review continuously as part of my continuing education, motions for attorneys' fees and opinions rendered by courts on attorneys' fee requests.

76.     Morgan & Morgan deployed a number of document review attorneys in this case who have technical educations and/or technical backgrounds and have practiced law for decades.

These document review attorneys have demonstrated technical proficiencies in other litigations involving highly technical documents, including *In re Capital One* and other cases that are currently being litigated in other courts. In these other litigations, those attorneys also assisted with deposition preparation and other non-document-review attorney tasks. We selected these attorneys based on their experience and demonstrated proficiency to make sense of Google document productions, which were a labyrinth of technical terms, used code words or code names, and covered complex data logs and architecture that even experienced engineers could not comprehend. They not only reviewed documents, but also helped Class Counsel to quickly prepare for depositions, expert development, motions practice, and even trial. Despite these more substantive roles in this case, Class Counsel have reduced their rates below their typical hourly rates to account for the blended nature of their work (*i.e.*, both document review and assisting preparation for depositions, hearings, and trial).

77.    For time in this case, Class Counsel have split the lodestar in segments, and the lodestar for my firm for those segments is as follows:

| Table 2 – Morgan & Morgan Attorneys' Fees by Litigation Phase | | |
|---|---|---|
| **Litigation Phase** | **Hours** | **Total Lodestar** |
| Preparation of Complaint (through July 2020) | 1.3 | $2,157.00 |
| Motion to Dismiss (Aug. 2020 through May 2021) | 599.5 | $834,445.50 |
| Fact Discovery (June 2021 through Oct. 2022) | 2,934.44 | $2,509,661.50 |
| Expert Discovery (Nov. 2022 through July 2023) | 1130.8 | $1,325,101.00 |
| Class Certification (Aug. 2023 through Oct. 2023) | 119.2 | $215,810.00 |
| Notice & Summary Judgment (Nov. through July 2024) | 1,414.3 | $1,388,613.00 |
| Trial Preparation (Aug. 2024 through July 2025) | 3,186.0 | $3,491,673.50 |
| Trial (Aug. 2025 through Sep. 2025) | 1,941.32 | $2,670,458.00 |
| Post-Trial Proceedings (Oct. 2025 through Feb. 2026) | 690.2 | $1,084,457.00 |
| **Total** | **12,017.11** | **$13,522,376.50** |

78.    It is important to note that for the segments above, the lodestar and hours have been divided by the dates of the time entries. However, substantial work was performed to support different aspects of the litigation that may not have fallen directly between certain dates. For example, while fact or expert discovery were the main focus of those segments, work was also being performed to support Plaintiffs' and Class Counsel's efforts for class certification and trial.

**MORGAN & MORGAN'S COSTS**

79.    Morgan and Morgan is entirely self-funded and incurred $612,059.48 in unreimbursed case-related costs and expenses in un-reimbursed costs and expenses, without any guarantee of recoupment.  These costs were reasonably necessary to litigate this case, and they are the type Morgan & Morgan routinely incurs in litigation. A summary of Morgan and Morgan's costs is as follows:

| Morgan & Morgan Costs and Expenses | |
|---|---|
| **Cost Description** | **Sum of Amount** |
| Airfare | $66,974.86 |
| Court Costs | $2,106.00 |
| Court Reporter | $3,413.80 |
| Epiq Ediscovery Solutions | $43,408.21 |
| Postage & Shipping | $384.15 |
| Investigative Services | $3,450.00 |
| Ground Transportation | $16,641.59 |
| Hotel (including trial room block) | $451,362.69 |
| In-House Printing | $776.95 |
| Meals | $18,994.41 |
| Notary | $270.00 |
| PACER | $2,740.90 |
| Trial Materials | $1,038.37 |
| Research Publications | $497.55 |
| **Total** | **$612,059.48** |

80.    These costs do not include Morgan and Morgan's substantial contributions to Class Counsel's litigation fund, which was administered by Boies Schiller Flexner.

81.    The firm has maintained reliable, individual records substantiating these costs, and this schedule was prepared from those records.

82.    As my practice is a nationwide one, I routinely travel for court hearings, depositions, and to attend other matters in my cases.  As part of this travel, and because these travel costs are recovered from common funds, I am particularly sensitive to the travel costs to ensure that costs and expenses are reasonable and not excessive.  For trial in this matter, I reviewed the market rates for hotels that were generally available for trial (both pre-trial preparation and trial),

would be flexible given the uncertainty of how long this trial may last, and would provide a group or bulk rate given the number of attorneys, staff, and witnesses who would be traveling to San Francisco for this trial.  I also considered the space and technology needs for the size of this team.  The group rate we were provided by the Ritz Carlton was reasonable and, on a per-night basis, demonstrably less than other hotels I and lawyers in my group routinely stay in San Francisco, California.  Given the needs of this case, and my experience with supervising travel costs and expenses, it is my belief that the Ritz Carlton's rate was reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 30th day of March 2026, at Tampa, FL.

MORGAN & MORGAN, P.A.


Dated: March 30, 2026          By:     */s/ John Yanchunis*
                                        John A. Yanchunis