# EXHIBIT 1

*Rodriguez v. Google LLC*
Case No. 3:20-CV-4688-RS
Peer Firm Rates Approved By Courts

| Firm | Date Filed | Year of Rates | Partner | Counsel | Associate | Staff Atty. | Law Clerk | Paralegal | Support | Legal Asst. | Cited Documents |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | 2024 | 2024 | $1,540 - 2,195 | $1,345 - 1,425 | $840 - 995 | | | $270 - 530 | | | *In re Endo Int'l plc*, No. 22-22549 (May 17, 2024 Bankr. S.D.N.Y.), Dkt. 4314; Order (Aug. 16, 2024) Dkt. 4497 |
| Allen Overy Shearman Sterling US LLP | 2024 | Aug 23 - May 24 | $1,460 - 2,130 | $1,425 - 1,555 | $775 - 1,415 | | | | | | *In re Amyris, Inc.*, No. 23-11131 (June 20, 2024 Bankr. D. Del.), Dkt. 1558; Certificate (June 20, 2024) Dkt. 1559 |
| Covington & Burling LLP | 2024 | 2025 | $1,525 - 2,625 | $1,425 - 2,625 | $825 - 1,375 | | | $350 - 850 | | | *In re Kidde-Fenwal, Inc.*, No. 23-10638 (Nov. 20, 2024 Bankr. D. Del.), Notice, Dkt. 1634 |
| King & Spalding LLP | 2024 | 2024 | $1,005 - 1,510 | $1,630 | $500 - 1,075 | $430 - 460 | | $355 | $425 | | *In re Bestwall LLC*, No. 17-31795 (July 25, 2024 Bankr. D. N.C.), Dkt. 3470; Order (Aug. 16, 2024) Dkt. 3499 |
| Kirkland & Ellis LLP | 2024 | 2024 | $1,365 - 2,445 | $1,745 | $785 - 1,395 | | | $355 - 625 | $495 - 995 | | *In re Rite Aid Corp.*, No. 23-18993 (June 21, 2024 Bankr. D.N.J.), Dkt. 3888; Certificate (July 10, 2024) Dkt. 4195 |
| Latham & Watkins LLP | 2025 | 2025 | $1,680 – 2,550 | $1,775 | $835 - 1,565 | | | $580 - 595 | $600 | | *In re AIG Financial Productions Corp.*, No. 22-11309 (May 15, 2025 Bankr. D. Del.), Dkt. 630; Certificate (June 9, 2025) Dkt. 641 |
| McDermott Will & Emery LLP | 2024 | 2024 | $1,475 - 1,750 | $590- 1,855 | $805 - 1,245 | $515 | | $500 - 700 | | | *In re Cano Health, Inc.*, No. 24-10164 (June 14, 2024 Bankr. D. Del.), Dkt. 1303; Certificate (Aug. 28, 2024) Dkt. 1400 |
| Milbank LLP | 2024 | Oct 23 - Feb 24 | $1,625 - 2,245 | $1,575 | $825 - 1,275 | | | | | $430 | *In re Rite Aid Corp.*, No. 23-18993 (Apr. 15, 2024 Bankr. D.N.J.), Dkt. 2837; Court Notice (June 27, 2024) |
| Morrison & Foerster LLP | 2025 | Nov 24 - Mar 25 | $1,290 - 2,475 | $1,300 – 1,425 | $780 – 1,330 | | | $370 - 560 | $450 - 530 | | *In re Oldco Tire Distributors, Inc.*, No. 24-12391 (May 14, 2025 Bankr. D. Del), Dkt. 1101; Order (June 9, 2025) Dkt. 1169 |
| Paul Hastings LLP | 2024 | 2024 | $1,050 - 2,300 | $1,120 - 1,850 | $885 - 1,395 | | | $565 - 625 | | | *In re Cano Health, Inc.*, No. 24-10164 (June 14, 2024 Bankr. D. Del.), Dkt. 1322; Certificate (Aug. 30, 2024) Dkt. 1402 |
| Quinn Emanuel Urquhart & Sullivan, LLP | 2024 | 2024 | $1,505 - 2,250 | | $990 - 1,390 | | $605 - 880 | $515 | $175 | | *In re Wesco Aircraft Holdings, Inc.*, No. 23-90611 (Aug.16, 2024 Bankr. S.D. Tex.), Dkt. 2303; Order (Nov. 25, 2024), Dkt. 2373 |
| Skadden, Arps, Slate, Meagher & Flom LLP | 2024 | 2024 | $1,395 - 2,133 | $1,268 - 1,674 | $716 - 1,359 | $657 | $630 | $263 - 522 | | | *In re Endo Int'l plc*, No. 22-22549 (May 23, 2024 Bankr. S.D.N.Y.), ECF Nos. 4312; Order (Aug. 16, 2024) Dkt. 4497 |
| Sullivan & Cromwell LLP | 2024 | 2024 | $1,695 - 2,375 | $1,675 - 2,375 | $850 - 1,575 | | | $450 - 650 | | | *In re FTX Trading, Inc.*, No. 22-11068 (Apr. 26, 2024 Bankr. D. Del.), Dkt. 12927; Certificate (May 17, 2024) Dkt. 15142 |
| Weil, Gotshal & Manges LLP | 2024 | 2024 | $1,795 - 2,350 | $1,595 | $830 - 1,470 | | | $350 - 595 | $510 | | *In re Cano Health, Inc.*, No. 24-10164 (August 12, 2024 Bankr. D. Del.), Dkt. 1314-3; Certificate (Aug. 27, 2024) Dkt. 1392 |
| White & Case LLP | 2024 | 2023 | $1,270 - 1,950 | $1,210 – 1,310 | $680 - 1,270 | | | | $315 - 640 | $380 | *In re Celsius Network LLC*, No. 22-10964 (Jan. 17, 2024 Bankr. S.D.N.Y.), Dkt. 4256; Order (July 1, 2024) Dkt. 5193 |
| Willkie Farr & Gallagher, LLP | 2024 | 2024 | $1,550 - 2,250 | $1,500 - 2,125 | $490 - 1,475 | | $245 - 565 | $345 - 590 | | | *In re NanoString Techs., Inc.*, No. 24-10160 (June 28, 2024 Bankr. D. Del.), Dkt. 690; Certificate (July 1, 2024) Dkt. 692 |
| Wilson Sonsini Goodrich & Rosati, P.C. | 2024 | 2024 | $1,100 - 1,840 | | $525 - 1,145 | | | $485 | | | *In re Rite Aid Corp.*, No. 23-18993 (Apr. 15, 2024 Bankr. D.N.J.), Dkt. 2832; Court Notice (June 27, 2024) |
| **AVERAGE RANGE**[1] | | | **$1,430 - $2,195** | **$1,285 – $1,765** | **$760 - $1,335** | **$430 - 540** | **$425 - $690** | **$395 - $585** | **$420 - $550** | **$405** | |

[1] Rounded down to the nearest multiple of $5.  Where only a single rate is provided, that rate is used to calculate the high end of the average range only, not the low end.