**COOLEY LLP**
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

*Counsel for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
David Boies (*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (SBN: 236165)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (*admitted pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com

*Counsel for Plaintiffs; additional counsel
listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 3:20-CV-04688-RS

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF JUDGMENT AND WAIVER OF SUPERSEDEAS BOND**

Dept:    3, 17th Fl.
Judge:    Hon. Richard Seeborg

Date Action Filed: July 14, 2020
Trial Date: August 18, 2025

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIP. & [PROPOSED] ORDER RE STAY OF
EXECUTION OF JUDGMENT & WAIVER OF BOND
3:20-CV-04688-RS

Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure and Civil Local Rule 7-12, Plaintiffs Anibal Rodriguez, et al. ("Plaintiffs") and Defendant Google LLC ("Google"), collectively referred to as the "Parties," hereby enter into this joint stipulation.

WHEREAS, on February 27, 2026, the Parties filed a joint stipulation regarding the Court's entry of final judgment and the post-judgment briefing schedule, which provided that Google shall file any motion to stay enforcement of the judgment, pursuant to Rule 62 of the Federal Rules of Civil Procedure, no later than 28 days after the entry of judgment (Dkt. 724);

WHEREAS, on March 2, 2026, the Court entered final judgment (the "Judgment") and the Parties' stipulated briefing schedule, placing Google's deadline to file its motion to stay enforcement of the judgment at March 30, 2026 (Dkts. 725, 726);

WHEREAS, on March 27, 2026, pursuant to stipulation of the Parties, the Court extended Google's deadline to file its Rule 62 motion to April 9, 2026 (Dkt. 734);

WHEREAS, the Parties have met and conferred regarding Google's anticipated Rule 62 motion, specifically Google's intent to move for a waiver of the requirement to post a supersedeas bond; and

WHEREAS, the Parties have met and conferred and agreed that an executed corporate guaranty in the form attached of Alphabet, Inc. may be provided in lieu of a *supersedeas* bond;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rule 7-12, that the Court stay execution on the Judgment and proceedings to enforce the Judgment until final resolution of (x) any appeal by Google of the Judgment to the Ninth Circuit Court of Appeals, and of (y) any petitions for re-argument, rehearing, or a writ of *certiorari* arising out of said appeal, and of (z) any review by the United States Supreme Court of the Ninth Circuit's order resolving said appeal.  The Parties further agree that posting of a *supersedeas* bond pending appeal shall not be required for such stay; rather, the Parties have agreed to the executed corporate guaranty of Google LLC's parent, Alphabet, Inc., attached hereto as Exhibit A, in lieu of a *supersedeas* bond.

A Proposed Order is submitted concurrently herewith.

Cooley LLP
Attorneys at Law
San Francisco

2

JOINT STIP. & [PROPOSED] ORDER RE STAY OF
EXECUTION OF JUDGMENT & WAIVER OF BOND
3:20-CV-04688-RS

**IT IS SO STIPULATED.**

Dated: April 7, 2026

**COOLEY LLP**

By: */s/ Jonathan Patchen*
     Jonathan Patchen

MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

*Counsel for Defendant Google LLC*

**SUSMAN GODFREY L.L.P.**

By: */s/ Steven Shepard*
     Steven M. Shepard

Bill Carmody (*admitted pro hac vice*)
Shawn J. Rabin (*admitted pro hac vice*)
Steven M. Shepard (*admitted pro hac vice*)
Alexander P. Frawley (*admitted pro hac vice*)
Ryan Sila (*admitted pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn (SBN: 270891)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
abonn@susmangodfrey.com

**BOIES SCHILLER FLEXNER LLP**
David Boies (*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (SBN: 236165)
Beko Reblitz-Richardson (SBN: 238027)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (*admitted pro hac vice*)
Rossana Baeza (*admitted pro hac vice*)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. & [PROPOSED] ORDER RE STAY OF
EXECUTION OF JUDGMENT & WAIVER OF BOND
3:20-CV-04688-RS

100 SE 2nd St., 28th Floor
Miami, FL 33131
Telephone: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson (SBN: 275334)
M. Logan Wright (SBN: 349004)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
Ryan J. McGee (*admitted pro hac vice*)
Michael F. Ram (SBN: 104805)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

*Counsel for Plaintiffs*

Cooley LLP
Attorneys at Law
San Francisco

4

JOINT STIP. & [PROPOSED] ORDER RE STAY OF
EXECUTION OF JUDGMENT & WAIVER OF BOND
3:20-CV-04688-RS

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 7, 2026

By: */s/ Jonathan Patchen*  
Jonathan Patchen

COOLEY LLP  
ATTORNEYS AT LAW  
SAN FRANCISCO

5

JOINT STIP. & [PROPOSED] ORDER RE STAY OF  
EXECUTION OF JUDGMENT & WAIVER OF BOND  
3:20-CV-04688-RS

**COOLEY LLP**
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

*Counsel for Defendant Google LLC*

**BOIES SCHILLER FLEXNER LLP**
David Boies (*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao (SBN: 236165)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
mmao@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (*admitted pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
bcarmody@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com

*Counsel for Plaintiffs; additional counsel
listed in signature blocks below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**[PROPOSED] ORDER GRANTING STAY OF EXECUTION OF JUDGMENT AND WAIVER OF SUPERSEDEAS BOND**<br><br>Dept:     3, 17th Fl.<br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIP. & [PROPOSED] ORDER RE STAY OF
EXECUTION OF JUDGMENT & WAIVER OF BOND
3:20-CV-04688-RS

Pursuant to stipulation of the Parties, the Court hereby ORDERS as follows:

Execution on the Judgment and proceedings to enforce it are hereby stayed until final resolution of (x) any appeal by Google of the Judgment to the Ninth Circuit Court of Appeals, and of (y) any petitions for re-argument, rehearing, or a writ of *certiorari* arising out of said appeal, and of (z) any review by the United States Supreme Court of the Ninth Circuit's order resolving said appeal.  The posting of a *supersedeas* bond is waived in lieu of the corporate guaranty executed by Alphabet, Inc. and filed with the Court.

**IT IS SO ORDERED.**


Dated: _____          _____

                                 HON. RICHARD SEEBORG
                                 United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. & [PROPOSED] ORDER RE STAY OF
EXECUTION OF JUDGMENT & WAIVER OF BOND
3:20-CV-04688-RS