# EXHIBIT A

## GUARANTY

This GUARANTY (the "Guaranty") is given this ___ day of April 2026, by Alphabet Inc., a Delaware corporation ("Alphabet").

In exchange for valid consideration in the form of Plaintiffs' agreement to stay enforcement and execution of the judgment entered against Google LLC ("Google") in the case captioned *Rodriguez et al. v. Google LLC et al.*, Case No. 3:20-cv-04688-RS, in the Northern District of California, on March 2, 2026 (the "Judgment"), without requiring the posting of a supersedeas bond, Alphabet hereby unconditionally undertakes, promises and guarantees to make payment in full to the Plaintiff Classes (including Class 1 and Class 2, whose compositions are to be determined) ("Plaintiffs") of: (i) the Judgment, as the same may be amended, modified, vacated, or otherwise affected by any action of the United States District Court, the Ninth Circuit Court of Appeals, or the United States Supreme Court; and (ii) pre-judgment and post-judgment interest and any appellate costs that may be awarded to Plaintiffs, up to the sum of $500,000,000. Such payment shall be made only if Google fails to make such payment within 45 days following the later of: (1) final resolution of (x) any appeal by Google of the Judgment to the Ninth Circuit Court of Appeals, and of (y) any petitions for re-argument, rehearing, or a writ of certiorari arising out of said appeal, and of (z) any review by the United States Supreme Court of the Ninth Circuit's order resolving said appeal; and (2) receipt by Google from Class Counsel of all accurate and correct information required by Google to make payment. In the event of such failure by Google, Alphabet shall make such payment within 30 days.

Furthermore, Alphabet agrees that such liability will not be contingent or conditioned upon Plaintiffs' pursuit of any remedies against Google LLC or any other person or their property.

Alphabet represents and warrants that the assistant treasurer signing this Guaranty is fully authorized by Alphabet to do so.

Alphabet waives all rights to payments and claims for reimbursement or subrogation, until payment in full is made to Plaintiffs, that Alphabet may have against Google LLC arising as a result of Alphabet's execution of, and performance under, this Guaranty.

ALPHABET INC.

By: ████████████████

Printed Name: ████████████

Title: ASSISTANT TREASURER

Dated: 4/7/ 2026

NOTARY ACKNOWLEDGEMENT    *California*

TK INSERT STATE AND COUNTY    *San Francisco*

On April _2_, 2026 before me, _Matthew D. Valera_ *Notary Public*, personally appeared ▓▓▓▓▓▓▓▓ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the above instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the entity on behalf of which he acted executed this Guaranty.

I certify under penalty of perjury under the laws of the United States of America that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Date: ___4/2/26___

Seal:

MATTHEW D. VALERA
COMMISSION #2475538
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
JANUARY 3, 2028

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT
### CERTIFICATE

*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

State of California

County of _____San Francisco_____

On ___4/7/26___ before me, <u>Matthew D. Valera</u>, notary public, personally

appeared ███████████████████ _____

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under Penalty of Perjury under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL.

_____
Signature of Notary Public

MATTHEW D. VALERA
COMMISSION #2475538
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
JANUARY 3, 2028

(Notary Seal)

Copyright 2022 V. BAN3 510.409.1334    www.BayAreaNotary.com