UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**FILED**

**APR 23 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**ANIBAL RODRIGUEZ, et al.,**

Case No. 3:20-cv-04688-RS

*Plaintiffs,*

**MOTION TO INTERVENE AS A MATTER OF RIGHT [FRCP 24(a)] OR, IN THE ALTERNATIVE, PERMISSIVE INTERVENTION [FRCP 24(b)]**

v.

**GOOGLE LLC,**

*Defendant.*

**Judge:** Hon. Richard Seeborg

Export to Sheets

## I. NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** PLEASE TAKE NOTICE that on [Date] at [Time], or as soon thereafter as the matter may be heard, before the Honorable Richard Seeborg, Petitioner [Your Name], appearing *pro se*, hereby moves to intervene in this action pursuant to **Federal Rule of Civil Procedure 24(a)(2)** or, in the alternative, **Rule 24(b).**

## II. MEMORANDUM OF POINTS AND AUTHORITIES

### A. Background

Petitioner is a member of the certified class in this action, having owned both Android and Apple mobile devices during the class period and having turned off the "Web & App Activity" (WAA) setting. Despite being a member of the class, Petitioner never received the "best notice practicable" required by **FRCP 23(c)(2)(B)**. Petitioner seeks to intervene to protect individual interests in the final judgment and any post-trial remedies.

### B. Intervention as a Matter of Right (FRCP 24(a)(2))

Intervention must be granted when a movant shows: (1) the motion is timely; (2) they have a significantly protectable interest; (3) the disposition of the action may impair that interest; and (4) existing parties do not adequately represent that interest.

1. **Timeliness:** This motion is timely because Petitioner only discovered the existence of this lawsuit and the subsequent verdict, due to a systemic failure of notice of breach at the Google Corporation to their patrons.
2. **Protectable Interest:** Petitioner's privacy was violated through the unauthorized collection of app activity data. This interest is central to the jury's verdict on **Intrusion upon Seclusion** and **Invasion of Privacy** (Cal. Const. Art. I, § 1).
3. **Impairment:** As a class member who did not opt out, Petitioner will be legally bound by the final judgment. Without intervention, Petitioner cannot ensure their specific damages and "failure to notify" claims are addressed.
4. **Inadequate Representation:** Existing class counsel failed to ensure Petitioner received notice, and their interests may now diverge as the case moves into the distribution of the $425 million award.

## C. Permissive Intervention (FRCP 24(b))

In the alternative, the Court should grant permissive intervention as Petitioner's claims for **Breach of Privacy** (18 U.S.C. § 2511), **Intrusion upon Seclusion**, and violations of the **California CDAFA** (Cal. Penal Code § 502) share common questions of law and fact with the main action.

## D. Surviving Counts and Claims

Petitioner seeks to join the surviving counts established at trial, specifically:

- **Common Law Intrusion upon Seclusion**
- **Invasion of Privacy (California Constitution)**
- **Breach of Privacy under U.S. Code** (Electronic Communications Privacy Act)

Petitioner further alleges a **Failure to Notify** of a security breach under **Cal. Civ. Code § 1798.82**, which remains a live issue regarding the administration of the class.

# III. CONCLUSION

For the reasons stated above, Petitioner respectfully requests that the Court grant this Motion to Intervene and direct the Settlement Administrator to include Petitioner in all future distributions and notices.

**Dated:** April 17th 2026

**Respectfully submitted,**

**Doris V Walker**

**/s/ Doris V Walker**

**801 J Street Davis California 95616**

**4144093163**

**legalassistancecentreillinois@gmail.com**

**LegalAssistanceFoundation**

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

ANIBAL RODRIGUEZ, et al.,                    Case No. 3:20-cv-04688-RS

*Plaintiffs,*

v.

GOOGLE LLC,                    **Date:**

*Defendant.*                    **Judge:** Hon. Richard Seeborg

## 3. [Proposed] Order Granting Motion for Joinder

*This is the page the judge signs if they approve your motion.*

**ORDER** The Court, having considered the Motion to Intervene filed by Doris V Walker, and for good cause shown, hereby **GRANTS** the motion.

1. [Your Name] is hereby granted leave to join class 1 and class 2 in this action pursuant to **FRCP 19.**
2. The Settlement Administrator is directed to update the class registry to include the following email addresses: [List your emails].
3. Intervenor shall be served with all future filings in this matter.

**IT IS SO ORDERED. Dated:** _____ **By:**

_____ **HON. RICHARD SEEBORG United States District Judge**


 **Respectfully submitted,**

**Doris V Walker**

**/s/ Doris V Walker**

**801 J Street Davis California 95616**

**4144093163**

**legalassistancecentreillinois@gmail.com**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ANIBAL RODRIGUEZ, et al.,** | Case No. 3:20-cv-04688-RS |
| *Plaintiffs,* | **MOTION For Joinder Under FRCP 19** |
| v. | |
| **GOOGLE LLC,** | Date: |
| *Defendant.* | **Judge:** Hon. Richard Seeborg |

## Proof of Service

## Attorneys of Record

You are legally required to serve all lead counsel. In this specific case, the primary firms are:

| Party | Lead Law Firm(s) | Lead Attorney(s) | Address for Service |
|---|---|---|---|
| Plaintiffs | **Boies Schiller Flexner LLP** | David Boies / Mark C. Mao | 44 Montgomery St, 41st Floor, San Francisco, CA 94104 |
| Plaintiffs | **Susman Godfrey LLP** | Bill Carmody | 1301 Avenue of the Americas, 32nd Fl, New York, NY 10019 |
| Defendant | **Cooley LLP** | Benedict Hur | 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111 |

*AttorneyLaw FirmEmail Address**Mark C. Mao***Boies Schiller Flexner LLPmmao@bsfllp.com**Beko Reblitz-Richardson**Boies Schiller Flexner LLPbrichardson@bsfllp.com**William C. Carmody**Susman Godfrey L.L.P.bcarmody@susmangodfrey.com**Amanda K. Bonn**Susman Godfrey L.L.P.abonn@susmangodfrey.com**Shawn J. Rabin**Susman Godfrey L.L.P.srabin@susmangodfrey.com**Steven M. Shepard**Susman Godfrey*

*L.L.P.sshepard@susmangodfrey.com***John A. Yanchunis***Morgan &
Morganjyanchunis@forthepeople.com***Ryan J. McGee***Morgan &
Morganrmcgee@forthepeople.com***Michael F. Ram***Morgan &
Morganmram@forthepeople.com*

**I, Jimmy L Townes II, declare:** I am over the age of 18 and not a party to this action. My address is [Address]. On [Date], I served the following documents:

- **Motion to Intervene and Memorandum and Notice**
- **Motion for Joinder and Memorandum and Notice**
- **Declaration of Doris V Walker**
- **Proof of Service**
- **Proposed Orders** by placing a true copy thereof in a sealed envelope, with postage fully prepaid, in the United States Mail at [City, State], addressed to:
- **Boies Schiller Flexner LLP** (Address above)
- **Cooley LLP** (Address above)

I declare under penalty of perjury that the foregoing is true and correct. **Signature:** __/s/ Jimmy L Townes II_____

April 18th 2026 Davis California Davis Post Office, 12:30pm

─────────────────────────────────────────────────────

 **Respectfully submitted,**

**Doris V Walker**

**/s/ Doris V Walker**

**801 J Street Davis California 95616**

**4144093163**

**legalassistancecentreillinois@gmail.com**

**LegalAssistanceFoundation**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ANIBAL RODRIGUEZ, et al.,** | Case No. 3:20-cv-04688-RS |
| *Plaintiffs,* | **MOTION TO INTERVENE PURSUANT TO FRCP 24(a)(2) AND 24(b)** |
| v. | |
| **GOOGLE LLC,** | Date: |
| *Defendant.* | Judge: Hon. Richard Seeborg |

## 3. [Proposed] Order Granting Motion to Intervene

*This is the page the judge signs if they approve your motion.*

**ORDER** The Court, having considered the Motion to Intervene filed by [Your Name], and for good cause shown, hereby **GRANTS** the motion.

1. Doris V Walker is hereby granted leave to intervene in this action pursuant to **FRCP 24.**
2. The Settlement Administrator is directed to update the class registry to include the following email addresses: [List your emails].
3. Intervenor shall be served with all future filings in this matter.

**IT IS SO ORDERED. Dated:** _____ **By:**
_____ **HON. RICHARD SEEBORG United States District Judge**


**Respectfully submitted,**

**Doris V Walker**

**/s/ Doris V Walker**

**801 J Street Davis California 95616**

**4144093163**

**legalassistancecentreillinois@gmail.com**

**LegalAssistanceFoundation**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ANIBAL RODRIGUEZ, et al.,** | **Case No. 3:20-cv-04688-RS** |
| *Plaintiffs,* | **MOTION TO INTERVENE PURSUANT TO FRCP 24(a)(2) AND 24(b)** |
| v. | |
| **GOOGLE LLC,** | |
| *Defendant.* | **Judge:** Hon. Richard Seeborg |

## I. NOTICE OF MOTION TO INTERVENE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** PLEASE TAKE NOTICE that as soon thereafter as the matter may be heard, before the Honorable Richard Seeborg, Petitioner Doris V Walker, appearing *pro se*, hereby moves to intervene in the above-captioned action as a matter of right under **Federal Rule of Civil Procedure 24(a)(2)**, or, in the alternative, for permissive intervention under **Rule 24(b).**

## 1. Attorneys of Record

You are legally required to serve all lead counsel. In this specific case, the primary firms are:

| Party | Lead Law Firm(s) | Lead Attorney(s) | Address for Service |
|---|---|---|---|
| **Plaintiffs** | **Boies Schiller Flexner LLP** | David Boies / Mark C. Mao | 44 Montgomery St, 41st Floor, San Francisco, CA 94104 |
| **Plaintiffs** | **Susman Godfrey LLP** | Bill Carmody | 1301 Avenue of the Americas, 32nd Fl, New York, NY 10019 |
| **Defendant** | **Cooley LLP** | Benedict Hur | 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111 |

**To:**

*AttorneyLaw FirmEmail Address**Mark C. Mao**Boies Schiller Flexner LLPmmao@bsfllp.com**Beko Reblitz-Richardson**Boies Schiller Flexner LLPbrichardson@bsfllp.com**William C. Carmody**Susman Godfrey*

*L.L.P.bcarmody@susmangodfrey.com***Amanda K. Bonn***Susman Godfrey
*L.L.P.abonn@susmangodfrey.com***Shawn J. Rabin***Susman Godfrey
*L.L.P.srabin@susmangodfrey.com***Steven M. Shepard***Susman Godfrey
*L.L.P.sshepard@susmangodfrey.com***John A. Yanchunis***Morgan &
Morgan**jyanchunis@forthepeople.com***Ryan J. McGee***Morgan &
Morgan**rmcgee@forthepeople.com***Michael F. Ram***Morgan &
Morgan**mram@forthepeople.com*

**Dated:** April 17th, 2026

 **Respectfully submitted,**

**Doris V Walker**

**/s/ Doris V Walker**

**801 J Street Davis California 95616**

**4144093163**

**legalassistancecentreillinois@gmail.com**

**LegalAssistanceFoundation**

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANIBAL RODRIGUEZ, et al.,** | **Case No. 3:20-cv-04688-RS** |
| *Plaintiffs,* | **MOTION FOR JOINDER AS A REQUIRED PARTY PURSUANT TO FRCP 19(a)** |
| v. | |
| **GOOGLE LLC,** | |
| *Defendant.* | **Judge:** Hon. Richard Seeborg |
| Export to Sheets | |

## I. NOTICE OF MOTION FRCP 19

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** PLEASE TAKE NOTICE that Petitioner Doris V Walker, appearing *pro se*, moves this Court for an order joining Petitioner as a party plaintiff in this action pursuant to **Federal Rule of Civil Procedure 19(a)**. Petitioner contends that they are a "required party" whose absence impairs their ability to protect substantial privacy interests and leaves the existing parties at risk of inconsistent obligations.

## 1. Attorneys of Record

You are legally required to serve all lead counsel. In this specific case, the primary firms are:

| Party | Lead Law Firm(s) | Lead Attorney(s) | Address for Service |
|---|---|---|---|
| **Plaintiffs** | **Boies Schiller Flexner LLP** | David Boies / Mark C. Mao | 44 Montgomery St, 41st Floor, San Francisco, CA 94104 |
| **Plaintiffs** | **Susman Godfrey LLP** | Bill Carmody | 1301 Avenue of the Americas, 32nd Fl, New York, NY 10019 |
| **Defendant** | **Cooley LLP** | Benedict Hur | 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111 |

*AttorneyLaw FirmEmail Address**Mark C. Mao**Boies Schiller Flexner LLP**mmao@bsfllp.com**Beko Reblitz-Richardson**Boies Schiller Flexner*

*LLP*brichardson@bsfllp.com**William C. Carmody***Susman Godfrey L.L.P.*bcarmody@susmangodfrey.com**Amanda K. Bonn***Susman Godfrey L.L.P.*abonn@susmangodfrey.com**Shawn J. Rabin***Susman Godfrey L.L.P.*srabin@susmangodfrey.com**Steven M. Shepard***Susman Godfrey L.L.P.*sshepard@susmangodfrey.com**John A. Yanchunis***Morgan & Morgan*jyanchunis@forthepeople.com**Ryan J. McGee***Morgan & Morgan*rmcgee@forthepeople.com**Michael F. Ram***Morgan & Morgan*mram@forthepeople.com*

**Dated:** April 17th, 2026

 **Respectfully submitted,**

**Doris V Walker**

**/s/ Doris V Walker**

**801 J Street Davis California 95616**

**4144093163**

**legalassistancecentreillinois@gmail.com**

**LegalAssistanceFoundation**

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **ANIBAL RODRIGUEZ, et al.,** | Case No. 3:20-cv-04688-RS |
| *Plaintiffs,* | **MOTION TO INTERVENE PURSUANT TO FRCP 24(a)(2) AND 24(b)** |
| v. | |
| **GOOGLE LLC,** | |
| *Defendant.* | **Judge:** Hon. Richard Seeborg |

# II. MEMORANDUM OF POINTS AND AUTHORITIES FRCP 19

## A. Legal Standard: FRCP 19(a)

Under **FRCP 19(a)(1)**, a person must be joined as a party if:

1. In that person's absence, the court cannot accord complete relief among existing parties; or
2. That plaintiff Walker claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may:
    - (i) as a practical matter **impair or impede** the person's ability to protect the interest; or
    - (ii) leave an existing party subject to a **substantial risk of incurring double, multiple, or otherwise inconsistent obligations.**

## B. Petitioner is a Required Party

Petitioner meets the criteria of a required party for the following reasons:

1. **Impairment of Interest:** As an owner of both Android and Apple devices during the class period who strictly maintained "WAA Off" settings, Petitioner holds a direct interest in the $425 million jury verdict. Because Petitioner received **no notice** of the suit, proceeding to final judgment without Petitioner's joinder effectively extinguishes Petitioner's due process rights and ability to claim damages.

2. **Risk of Inconsistent Obligations:** If Petitioner is not joined, Petitioner retains the right to bring a separate individual action for the same conduct (Intrusion upon Seclusion and CDAFA violations). This subjects Defendant Google to a "substantial risk of multiple or inconsistent obligations" regarding the same data-tracking software and period.
3. **Failure of Class Representation:** While **FRCP 23** generally manages class interests, the failure of the lead plaintiffs to provide notice to Petitioner creates a procedural gap that only **Rule 19 Joinder** can bridge to ensure "complete relief."

## C. Rule 19(d) Exception for Class Actions

While Rule 19(d) states the rule is "subject to Rule 23," courts have found that where class representation is **inadequate** (such as a total failure of notice to a qualifying member), the joinder of that member is necessary to prevent a miscarriage of justice and to ensure the finality of the court's judgment.

# III. CONCLUSION

Petitioner's absence from the registry and the proceedings, despite holding clear claims, renders the current litigation incomplete. To avoid future collateral litigation and to protect Petitioner's constitutional right to privacy, seclusion, client asset protection, client confidentiality, and due process, Petitioner must be joined as a party.

**Dated:** April 17th, 2026

**Respectfully submitted,**

Doris V Walker, *Pro Se*

*/s/ Doris V Walker*

*801 J Street Davis California 95616*

*4144093163*

*legalassistancecentreillinois@gmail.com*

*Legal Assistance Foundation*

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ANIBAL RODRIGUEZ, et al.,** | **Case No. 3:20-cv-04688-RS** |
| *Plaintiffs,* | **MOTION TO INTERVENE PURSUANT TO FRCP 24(a)(2) AND 24(b)** |
| v. | |
| **GOOGLE LLC,** | |
| *Defendant.* | **Judge:** Hon. Richard Seeborg |

## 2. Declaration of Doris V Walker

*This is your personal testimony under oath. You must explain WHY you are intervening.*

**I, Doris V Walker, declare as follows:**

1. I am over the age of 18 and a resident of the State of [State]. I am a member of the proposed class in the matter of *Rodriguez v. Google LLC.*
2. I owned and operated [List Devices, e.g., an iPhone 13 and a Samsung Galaxy] during the class period from 2020 to 2026.
3. I relied on Google's representations regarding "Web & App Activity" (WAA) and maintained my settings in the "OFF" position to prevent data collection.
4. I never received a postcard, email, or digital notice regarding the pendency of this class action or the subsequent trial.
5. I only became aware of this litigation on [Date] through independent research.
6. My interests are currently unrepresented in this matter because I was excluded from the notice process.
7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Executed on:** April 17th 2026

**Signature:** _____/s/ Doris V Walker_____

Respectfully submitted,

Doris V Walker

/s/ Doris V Walker

801 J Street Davis California 95616

4144093163

legalassistancecentreillinois@gmail.com

LegalAssistanceFoundation

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANIBAL RODRIGUEZ, et al.,** | **Case No. 3:20-cv-04688-RS** |
| *Plaintiffs,* | **MOTION For Joinder Under Rule 19** |
| v. | |
| **GOOGLE LLC,** | |
| *Defendant.* | **Judge:** Hon. Richard Seeborg |

## 2. Declaration of Doris V Walker

*This is your personal testimony under oath. You must explain WHY you are intervening.*

**I, Doris V Walker, declare as follows:**

1. I am over the age of 18 and a resident of the State of [State]. I am a member of the proposed class in the matter of *Rodriguez v. Google LLC*.
2. I owned and operated [List Devices, e.g., an iPhone 13 and a Samsung Galaxy] during the class period from 2020 to 2026.
3. I relied on Google's representations regarding "Web & App Activity" (WAA) and maintained my settings in the "OFF" position to prevent data collection.
4. I never received a postcard, email, or digital notice regarding the pendency of this class action or the subsequent trial.
5. I only became aware of this litigation on January 2, 2026 through independent research.
6. My interests are currently unrepresented in this matter because I was excluded from the notice process.
7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Executed on:** April 17th 2026

**Signature:** _____/s/ Doris V Walker_____

Respectfully submitted,

Doris V Walker

/s/ Doris V Walker

801 J Street Davis California 95616

4144093163

legalassistancecentreillinois@gmail.com

LegalAssistanceFoundation