SCANNED

USPS FIRST-CLASS MAIL®

US POSTAGE IMI
$2.14
SSK
FCM
04/21/26   Mailed from 95616   028W2311114

9648604211135539   2000394068

RDC 99

3.10 oz

SHIP
TO:
Clerk of Circuit Court
45D Golden Gate
Avenue San Francisco 94102
Phillip Burton Federal Bldg
SAN FRANCISCO CA 94102

(420) 94102

RECEIVED
APR 2 3 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INSPECTED BY
U.S. MARSHALS

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES