# Retention Controls Comprehension

go/default-retention-findings2

April 27, 2020
UXR: nzokaei (POC)
UXD: dgearity
UXW: jwoll
PM: davidmonsees, catwu



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-002**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PX-002.0001 of 0050    GOOG-RDGZ-00151992

## Default Retention in Settings UI

In past research we have seen that showing retention controls on the Activity Controls page makes user more aware of this function and gives them more sense of control over their data. (Retention in Setting UI Research)

In this study we want to get an understanding of users' mental model of the control hierarchy and see if users have correct understanding of the relationship between the different controls on the page (collection on/off, DR on/off).



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0002 of 0050**                    GOOG-RDGZ-00151993



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  PX-002.0003 of 0050                    GOOG-RDGZ-00151994



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0004 of 0050**                                                      GOOG-RDGZ-00151995



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0005 of 0050                                    GOOG-RDGZ-00151996



**Research Questions**

1. **WAA:** What do users expect turning WAA off to mean
   a. How do they expect that to affect other functionalities?

2. **WAA Off and Retention:** What are users' expectations around retention when turning off WAA?
   a. Do they understand what happens to existing data?

3. **Retention flow:** What are users' pain point when setting/changing retention?
   a. Do they think they have enough information to make a choice.
   b. Do users understand how changing auto-delete will impact their data?

4. **WAA Off and no data:** Does the page clearly communicate to users when they don't have data?
   a. Do users expect Auto-delete and Manage Activity to be disabled or enabled when there's no data?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  PX-002.0006 of 0050                    GOOG-RDGZ-00151997

## Methods
For more detail, see study plan, moderator guide, and raw videos

### Participants

9 Participants (5 female, 4 male)

30 minute interviews

See here for participant demographics

### Procedure

1. Background questions
2. Reaction to Activity Controls page
3. Expectation of WAA Off
4. Retention Flow walkthrough
5. WAA off and No Data Scenario

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0007 of 0050**                    GOOG-RDGZ-00151998

## Participants

| PID | Gender | Age | Occupation | Device type | Tech knowledge | Does Google store data? |
|---|---|---|---|---|---|---|
| 1 | Male | 51 to 60 | Mental Health Counselor | Android | Very knowledgeable | Yes |
| 2 | Female | 31 to 40 | Teacher | iPhone | Somewhat knowledgeable | Yes |
| 3 | Female | 24 to 30 | Director of Academic Services | iPhone | Very knowledgeable | Yes |
| 4 | Male | 31 to 40 | Musician | iPhone | Somewhat knowledgeable | Yes |
| 5 | Female | 51 to 60 | Volunteer Management | Android | Somewhat knowledgeable | Yes |
| 6 | Male | 31 to 40 | Grad Student -- Chinese Medicine | Android | Somewhat knowledgeable | Yes |
| 7 | Female | 18 to 23 | Customer service | Android | Very knowledgeable | Yes |
| 8 | Male | 51 to 60 | Manager Labor Analytics | iPhone | Somewhat knowledgeable | Yes |
| 9 | Female | 31 to 40 | Registered Nurse | Android | Very knowledgeable | No |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0008 of 0050                    GOOG-RDGZ-00151999



## Findings Summary

**Overall Reaction to Activity Controls:**

1. At first glance participants easily noticed the main functionalities available on the Activity Controls page
2. What type of data Web and App activity includes was a big question for many participants
3. Participants desired an easy way to access their activity controls and were not sure how they could do that today.

**Controls Comprehension:**

1. **WAA Toggle Off:**
   a. All participants expected turning WAA toggle off to stop saving their activity
   b. Half of the participants expected Auto-delete and Manage activity to no longer be available when toggle is off
2. **WAA Off + AD:**
   a. Overall some participants had difficulty understanding the relationship between WAA Off and the auto-delete function
3. **Auto-delete flow:**
   a. Participants found the auto-delete flow to be clear and straightforward over all
   b. Some questions regarding choices offered and what data was being auto-deleted did come up
4. **WAA Off + No Activity:**
   a. Participant found Auto-delete enabled when they had no activity to be confusing and unintuitive
   b. All participants preferred the auto-delete disabled design because it clearly communicated that they no longer had activity

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  PX-002.0009 of 0050          GOOG-RDGZ-00152000



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0010 of 0050                    GOOG-RDGZ-00152001



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0011 of 0050**                                                    GOOG-RDGZ-00152002



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0012 of 0050



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   PX-002.0013 of 0050                                    GOOG-RDGZ-00152004



Users quesiton around WAA came up in different stages. Picking and AD option, not knowing what is deleted, etc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0014 of 0050    GOOG-RDGZ-00152005



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00152006



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PX-002.0016 of 0050    GOOG-RDGZ-00152007

| Id | Date | Text |
|----|------|------|
| 1 | 04/27/2020 22:35:52 | Good feedback, our new string explicitly says "Deleting activity older than 18 months" which hopefully addresses this |

Google  |  Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0017 of 0050                    GOOG-RDGZ-00152008



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0018 of 0050                    GOOG-RDGZ-00152009



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0019 of 0050                                        GOOG-RDGZ-00152010







would expect that. None of this activity would be saved and so it's not a an al a Carte menu, but it's it's all or nothing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0022 of 0050    GOOG-RDGZ-00152013



would expect that. None of this activity would be saved and so it's not a an al a Carte menu, but it's it's all or nothing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0023 of 0050                    GOOG-RDGZ-00152014





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PX-002.0025 of 0050    GOOG-RDGZ-00152016



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0026 of 0050     GOOG-RDGZ-00152017

| Id | Date | Text |
|---|---|---|
| 1 | 04/28/2020 16:15:34 | Collapsing the checkboxes when WAA off is an interesting concept. I'm less inclined to hide the "auto-delete" and "manage" links because they provide key awareness for supplemental controls. My assumption would be (and this is based in some research) that knowing you can delete activity will makes users more comfortable with allowing collection to be on. |
| 2 | 04/28/2020 17:01:04 | wonder if we could do a better job communicating that the subsettings are disabled when WAA OFF +dgearity@google.com |
| 3 | 04/28/2020 17:01:04 | +1 to only doing this for checkboxes. i like disabling auto-delete (prioritizing awareness) and having myActivity stay available (since we want to make it useful even in the no data staet) |

Google  |  Proprietary & Confidential

G



*I wouldn't necessarily think that it goes away completely unless there's another option that says delete past activity.*

| Id | Date | Text |
|----|------|------|
| 1 | 04/27/2020 23:10:49 | This is after they have turned off toggle but have not changed AD |
| 4 | 04/28/2020 17:00:23 | is this when looking at the mock, eg when they se Auto-delete ON? |
| 5 | 04/28/2020 17:00:23 | got it - glad their expectations match reality :) |

Google  |  Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0029 of 0050

GOOG-RDGZ-00152020



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0030 of 0050                                    GOOG-RDGZ-00152021



so if you disabled your web activity like today, but you know from yesterday and like earlier you have history recorded that auto-delete is still relevant because if you had set it up to delete your history every week and it would Do that and then after history deleted it's not going to record anything further. So then that you know how to delete function really is a moot point because it's not recording anything but at least it's there but to delete any previous activity. So Perhaps, it would be great out or it can say like you have no like history recorded or something like with that language. So they realize like you don't have any history which actually would be comforting to some people because if they saw that auto DeLeon and they know they're not selecting to have their history recorded then they might think that Google's lying. So maybe it should be grayed out or there should be some note saying like you don't have any history,



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0032 of 0050                    GOOG-RDGZ-00152023



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     GOOG-RDGZ-00152024



GOOG-RDGZ-00152025



| Id | Date | Text |
|---|---|---|
| 6 | 04/28/2020 16:59:52 | +1 +jwoll@google.com +davidmonsees@google.com is this line necessary? what's the scenario we're accounting for? |
| 1 | 04/28/2020 17:59:17 | I agree about the ambiguity of "expire." Thanks Luis for pointing it out. Cat, I think this screen is intended to create extra friction for an irreversible user action with significant consequences. |
| 7 | 04/28/2020 18:34:06 | Sorry, I meant for the line with "may expire sooner" specifically! Could we remove it? |
| 2 | 04/28/2020 20:22:40 | Was this in there for VAA? As in, "...may be deleted earlier, once they are no longer needed ..." I think it was in there for data that is automatically deleted because it's TTL is shorter or because it is no longer needed. +davidmonsees@google.com Could you confirm? |
| 1 | 04/29/2020 20:45:14 | +catwu@google.com For you to think about. We use "expire" here again, and I agree that it's pretty confusing what that actually means |
| 8 | 04/29/2020 20:45:14 | we cleaned up the text to be clearer "may be deleted earlier, if it's no longer needed". thanks for flagging! |

Google  |  Proprietary & Confidential

G



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  PX-002.0037 of 0050                    GOOG-RDGZ-00152028

| Id | Date | Text |
|---|---|---|
| 3 | 06/30/2021 15:32:00 | another takeaway can be that maybe educational onward journeys can be surfaced before an action has been taken (ex. during the retention journey but before they have set retention) |
| 2 | 07/12/2021 20:02:57 | @isabellezhou@google.com Here is a similar insight around user confusion |
| 1 | 07/12/2021 20:02:57 | This is insightful - it also aligns with what was surfaced about user trust/education during the brainstorm session :) |

Google  |  Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0038 of 0050                    GOOG-RDGZ-00152029





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PX-002.0040 of 0050    GOOG-RDGZ-00152031





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0042 of 0050                    GOOG-RDGZ-00152033





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0044 of 0050                                    GOOG-RDGZ-00152035



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-RDGZ-00152036







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0048 of 0050

GOOG-RDGZ-00152039

## Recommendations and next steps

- ○ Move forward with the auto-delete disabled design
- ○ Look into better framings of WAA that would allow users to better understand what types of data it includes
- ○ Frame auto-delete in a way that makes it easier for users to comprehend
- ○ Use 'delete' instead of 'expire' for consistency and easier comprehension
- ○ Consider adding dialog when user interacts with toggle that explains its relationship to auto-delete

Google | Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0049 of 0050                    GOOG-RDGZ-00152040

PRODBEG: GOOG-RDGZ-00151992
PRODEND: GOOG-RDGZ-00152040
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Eric Miraglia;Greg Fair
DOCTYPE:
FILENAME: Retention Controls Comprehension_1LCP-TRkRG7F7NkBfKEFm1PanDNOAP6CPvHYD-
eJ_NlSU.pptx;Retention Controls  Comprehension_1LCP-TRkRG7F7NkBfK-
EFm1PanDNOAP6CPvHYDeJ_NlSU.pptx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: nzokaei@google.com
DATECREATED:
DATELASTMOD:
DOCTITLE: Retention Controls Comprehension
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD034
REDACTED: N
MD5 HASH: 2A6626BA42ED051D6349EAFBE566BF17

PRODBEG: GOOG-RDGZ-00151992
PRODEND: GOOG-RDGZ-00152040
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Eric Miraglia;Greg Fair
ALLCUSTODIANS: Eric Miraglia;Greg Fair
DOCTYPE:
DOC TYPE:
FILENAME: Retention Controls Comprehension_1LCP-TRkRG7F7NkBfKEFm1PanDNOAP6CPvHYD-
        eJ_NISU.pptx;Retention Controls  Comprehension_1LCP-TRkRG7F7NkBfK-
        EFm1PanDNOAP6CPvHYDeJ_NISU.pptx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: nzokaei@google.com
OWNER: nzokaei@google.com
DATECREATED:
CREATEDTIME:
DateTimeCreated: 04/23/2020 11:30:00 PM
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 07/12/2021 8:02:00 PM
DOCTITLE: Retention Controls Comprehension
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD034
FILEPATH:
MD5 HASH: 2A6626BA42ED051D6349EAFBE566BF17