Message
_____

| | |
|---|---|
| **From**: | Chris Ruemmler [ruemmler@google.com] |
| **Sent**: | 7/25/2019 7:16:06 PM |
| **To**: | David Monsees [davidmonsees@google.com] |
| **CC**: | Leslie Liu [laliu@google.com]; Nick Linkow [nicklinkow@google.com] |
| **Subject**: | Re: Wording changes for WAA bit |

Thanks David, I'm well aware of that retention documentation.  I setup a meeting to discuss my concerns.

--Chris

On Thu, Jul 25, 2019 at 12:04 PM David Monsees <davidmonsees@google.com> wrote:
Hi Chris,

You can read more about how deletes are processed, which includes how temp personal logs are process, and other purposes in the retention article I mentioned: policies.google.com/technologies/retention

I would be happy to discuss further, feel free to grab 30 minutes with +Leslie Liu and myself.

Cheers,

Dave

On Thu, Jul 25, 2019 at 9:08 AM Chris Ruemmler <ruemmler@google.com> wrote:
David,

On Thu, Jul 25, 2019 at 8:42 AM David Monsees <davidmonsees@google.com> wrote:
Hi Chris,

Thanks for the thoughts!

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-003**

+Nick Linkow and I have discussed rewrites of all the UDC help center articles (including WAA/sWAA) to create a more consistent structure to explain the kind of "if it's on" vs. "if it's off" points you bring up. Right now, my focus in on the actual consent language (what you see on myaccount.google.com/activitycontrols when you turn on or pause a setting), but we'll want those changes to flow down into the HC.

The activity controls wording isn't any better.  I see how the wording here is very deceptive.  The problem is it states:

"The data saved in your account helps give you more personalized experiences across all Google services. Choose which settings will save data in your Google Account."

"your Google Account" means your data, not Google's.  If I choose not to store data in my account, then Google should not have access to the data either as the data should not be in the account.  What you are stating is WAA (or any of the other controls) does not actually control what is stored by Google, but simply what the user has access to.  This is really bad.  If we are storing data that the user does not have access to, we need to be clear about that fact.  In this case, the user has a false sense of security that their data is not being stored at Google, when in fact it is.  Have we performed any studies to see what customers think is happening with their data when they disable these controls?  It would be good to do a study and know if what is written is being properly interpreted by our users.  I have a fear it most likely is not.  I for one didn't realize Google actually stored all of my activity even if those controls were off and I work at Google!  Seems sort of silly to turn them off as I'm not any safer with them off than on.  Google will still give up any information (such as

 GOOG-RDGZ-00024709

my location) for any legal investigation against me because it has the data available (for up to 60 days). I'm probably better off having WAA on and deleting the data immediately vs having WAA set to off if Google moves to GAIA temp logging.

Google needs to be really clear about what user content we are logging and what we don't store/keep/log. The WAA and other controls imply we don't log the data, but obviously we do. We need to change the description to indicate even with the control off, Google retains this data and uses it for X purposes.

--Chris

Other comments in line...

On Wed, Jul 24, 2019 at 4:25 PM Chris Ruemmler <ruemmler@google.com> wrote:
David,

Bryan Horling said that you are the one responsible for determining how to change the wording at:

https://support.google.com/websearch/answer/54068?co=GENIE.Platform%3DDesktop&hl=en

to properly reflect how Google handles the user's "Web and App Activity" when the WAA bit is disabled and enabled. The above text actually doesn't describe what happens when the bit is disabled. However, given the way on/off works, one has to then assume that disabled (off) would be the exact opposite of what is described for what happens when the WAA bit is on. Today, we don't accurately describe what happens when WAA is off. For instance, we state the following for the "on" state:

> When Web & App Activity is on, Google saves information like:
> - Searches and other things you do on Google products and services, like Maps
> - Your location, language, IP address, referrer, and whether you use a browser or an app
> - Ads you click, or things you buy on an advertiser's site
> - Information on your device like recent apps or contact names you searched for
>
> Note: Activity could be saved even when you're offline.

So, when Web & App Activity is OFF, I'd expect the opposite to happen. The opposite of the above is:

> When Web & App Activity is off, Google does not save information like:
> -
> ▪
>
> Searches and other things you do on Google products and services, like Maps
> - Your location, language, IP address, referrer, and whether you use a browser or an app
> - Ads you click, or things you buy on an advertiser's site
> - Information on your device like recent apps or contact names you searched for
>
> Note: Activity will not be saved even when you're offline.

Critical to note is that WAA (and other UDC settings) control saving of activity to your Google Account (as they are account settings) for the primary purpose of a more personalized experience across Google services. That scope is defined in the UDC consent flows and at the very top of the help center article, "If Web & App Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences".

Per the privacy policy and retention article, data may be processed for other purposes, like spam, product improvement, etc.

But that is not what is done either today or what is proposed going forward (GAIA temp logs).  The line "Ads you click, or things you buy on an advertiser's site" we probably don't want to lose ever as that is how we charge for Ads :).  If everyone turned off WAA, then we would not know who clicked on Ads which would bad.  So, obviously, the opposite of on is not really the way it should work.

We later state:

# How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how.

Which is a little odd as this seems like more data being collected than with signed-in WAA off (based again on what we have written in the description of WAA on this page).

By some interpretations, that is correct. With the move to temp personal logs, WAA off will retain less data that signed out; however, signed out is and was never associated with an identity, so the risk balance is different.

So, it appears we have a real problem here with accurately describing what happens when WAA is disabled.  We should fix the current wording to reflect reality and if we make the change to temp GAIA logging, then we need to be very clear about what data is collected with WAA off.

The temp GAIA logging solution also does not feel good to me as we are giving the user no way exclude logging of their search activity.  It seems like the best solution is to de-identify (as we do today), but not keep that data forever (eliminate it at 30 days) when WAA is off (or for signed-out users).  We still would need to modify the help article above to indicate that WAA off is identical to being not logged into your account (data logged, but not tied to your account).  The temp GAIA logging solution would be wide open for legal search given it is tied to the user's GAIA ID, so that is a bad solution for someone that does not want Google recording their activity.

Today (in Search, Maps, Assistant, etc.) WAA off is logged the same as being signed out. What the WAA off temp personal logs project will do is change that behavior to be aligned with what YouTube, Play, Apps, and many other teams have done for years with gaia temp logs -- instead of creating a pseudonymous archival log, we will create a temporary (30-60 day, Sawmill deletion window) limited purpose log. A lot more detail is in here: go/change-waa-master-prd

--Chris

--
**Google Inc., product mgmt.**
mail: davidmonsees@google.com
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
call: 443.610.4008

--
**Google Inc., product mgmt.**
mail: davidmonsees@google.com
visit: 1600 Amphitheater Parkway, Mountain View, CA 94043
call: 443.610.4008

CONFIDENTIAL

PX-003.0003 of 0004

GOOG-RDGZ-00024711

PRODBEG: GOOG-RDGZ-00024709
PRODEND: GOOG-RDGZ-00024711
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Dave Monsees
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED:
DATELASTMOD: 07/25/2019
DOCTITLE: Re: Wording changes for WAA bit
SUBJECT: Re: Wording changes for WAA bit
FROM: chris ruemmler <ruemmler@google.com>
TO: david monsees <davidmonsees@google.com>
CC: leslie liu <laliu@google.com>;nick linkow <nicklinkow@google.com>
BCC:
DATESENT: 07/25/2019
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD012
REDACTED: N
MD5 HASH: F7F7348827B6FF3B12AB0E237B1D6F5F

PRODBEG: GOOG-RDGZ-00024709
PRODEND: GOOG-RDGZ-00024711
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Dave Monsees
ALLCUSTODIANS: Dave Monsees
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER: ruemmler
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 07/25/2019
LASTMODTIME:
DateTimeMod: 07/25/2019 7:16:00 PM
DOCTITLE: Re: Wording changes for WAA bit
SUBJECT: Re: Wording changes for WAA bit
FROM: chris ruemmler <ruemmler@google.com>
TO: david monsees <davidmonsees@google.com>
CC: leslie liu <laliu@google.com>;nick linkow <nicklinkow@google.com>
BCC:
DATESENT: 07/25/2019
TIMESENT:
DateTimeSent: 07/25/2019 7:16:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD012
FILEPATH:
MD5 HASH: F7F7348827B6FF3B12AB0E237B1D6F5F