Privacy & Data Protection Office

# PrivacyNative Conversations

CONFIDENTIAL, REFLECTS ADVICE OF COUNSEL - NEED-TO-KNOW - DO NOT FORWARD

## About this document

This document is a growing collection of notes from conversations the PrivacyNative team has with stakeholders across Google.

Rodriguez v Google
Plaintiff's
Trial Exhibit
PX-006

# Intro with GrowthKit

Participants: heftlufty, kallebu, nathanel@, robertbrauer@, ohelyse@, jmcphie@
Notetaker: kallebu

Sam gave a short intro to PN.

**Feedback from Nathanel:**

He is dealing with these topics on a daily basis. They are always working with the Privacy Council to make sure they do the right thing. Growthkit's goal is to make sure that the apps don't become spammy.

GrowthKit's vision is oriented more towards marketing, but well inlined with the progressive consent model.

**About GrowthKit**

Has been lower priority for some time and is now coming back.

3 different systems, in-app prompts, email campaigns, and ?

They have been working on GNP, a system to combine in-app prompts, emails and see the impact that they are having.

Capabilities:
- App rating
- Feature discovery
- Cross-app promotions
- Permission prompt (warm up)
- Custom prompt (any image, any text) — maybe most interesting for PDPO

It would be his dream to extend the GrowthKit to the web.

# emilo@ Program Intro 2020-10-19

PN team: heftlufty, kallebu, mimosal
Notetaker: kallebu

What does PN mean to you?
- Please start with blank page.

GOOG-RDGZ-00188869

**Emil**:Are you aligned with the latest work by Yooki?
**Sam**: Yes

**Sam**
Are we able to apply the same principles to ads as well?

**Emil**
Great and fascinating challenge. Not sure you guys ever looked at UDC 2.0 — a lot of similarities in undoing what Larry did to the company in 2011. Google is like a coffee with cream, ones it is in there you can't distinguish coffee and cream.

The tension from the ads team. There is a bigger picture fundamentally that people are unable or unwilling to grapple with. My personal opinion is that our ads system as design doesn't really give the user choice. We basically say "our systems are paid for by ads". But we do have parts of our business in which we are trying other mechanisms like YT Premium.

There have been different attempts at providing a paid model vs. display ads. But the criteria by which these systems were evaluated were a bit off — too little by Google standards.

Sometimes it is valuable to provide a control, so just people know that it is there, not for people to opt into it. Maybe it is not about having most people sign in to the paid version, it is about giving people the option.

Sam: There seems to be an issue with how the ads team is thinking about ads powering services. What is if our products are still powered by ads, but if ads worked differently.

**Emil**
There are many many layers of the onion. What is the problem?

- There is data flowing around the internet to all of these little companies I don't trust.
- There is all that data that is on Google servers and I don't trust Google.
- There is all that data that is on Google servers and it should be on my phone.
- There is data that is being used to personalize ads at all.

The reason why I jumped to premium is because there are a bunch of challenges there. If we look at the fitbit acquisition, we say we won't use the data, but regulators and users don't believe us.

Gmail is great and it must cost a lot of money, so the only way that Google is doing that is by using my data from Gmail to make money. This story makes sense to the users, any other story doesn't make sense. Even if you tell people that all data is on a device, and get KOFs to talk good about us — that is a very long story.

The pendulum needs to go very strongly into the other direction to change people's mental models. Just moving things on people's devices isn't enough.

Are you trying to solve regulatory problems or the user perception? Regulators are difficult because there are full departments of people whose job it is to prosecute Google. That going away isn't likely.

> **Comment [1]:** @ohelyse@google.com @adebooij@google.com We discussed all of these and other issues in our research and analysis. We should make sure that we can clearly show how our approach and direction helps Google to engage in resolving these — not solving for each of them.

CONFIDENTIAL

GOOG-RDGZ-00188870

Sam: What do you want to see in UfP?

**Emil**
You have a herculean task at hand. I tried and ended up saying: here are three or four options of how we could move forward. The reason I am not working in ads anymore is of how these options were perceived.

What is the direction we are going concretely?!

**Sam**
The fact that there is one direction, but options to shift direction over time. Even just laying out the option would be valuable.

# brodgz@ Interview 2020-10-08

Satrine - ads as a consumer product, making sure all of them ladder up to one centralized place
Ad settings, ad library, help center
All of that could/should live under a universal nav
Consent model
          Preliminary research to improve the mental model of how ads work, where Google is and where they aren't
          More of a proprietary tool for us to communicate our commitment
          Ad badge, follow, thumbs up
          About this ad surface, what can be here on the ads settings page
          Things like offers the way I would see them in my credit-card
          Stark design
          Ad Choices - some of them would feel comfortable giving us a bit of space beyond the context, by using Google ads they are privacy-safe
          DAA looking at the future of that badge
          Lean on the norms, chetna has worked on developing
          Want a specific north-star to align products
          Hope our consent model is able to lean on those agreed norms
          Is it when you sign-in, when you're starting the app
          More fluidity within the ecosystem
Enhanced experiences - more high-touch ads systems, running rapid experiments, APaS running sprint with teams in Search and Gmail, senior leadership thinks they're all exciting ideas
Build ads as more visible
          What does that do for AR going forward? When technology is more ubiquitous, does ads

GOOG-RDGZ-00188871

## shonad@ Interview 2020-10-07

PN team: robertbrauer, heftlufty, kallebu, mimosal, jwoll
Notetaker: mimosal

Any thoughts on striking the right balance between patterns and primitives, etc?
- Think about how do we instill trust? Giving users information and options about the data that they are sharing but isn't necessary and then offering them options to stop sharing in those places.
- Demonstrating to user that we don't need to collect or ask for all the data is a point to think about

Robert: how do we help users understand that we might know you better than you know yourself, but we also keep that information within specific products. How do we help these teams connect?
- Primitive was the original way to draw common lines through ux and ui. There needs to be something deeper for this one however. Ex. common visual queues across all the apps for what is happening with a users data. (Robert made a deck about that).
- Consistency of message and presentation is the only way we will be able to convince users to trust us. Why should they trust us around something that isn't consistent across our products. Patterns will help them trust.

Johanna: Opening statement was inspiring but also concerning. Where do we draw the line? Won't it creep people out to know how much we are paying attention?   Do you have any scenarios where this kind of approach has worked well?
- I think of it as something like photos where they highlight duplicate photos. It is a poor usage of storage that you are paying for and us helping them be more efficient.  It could be creepy, but there is an option for progressive disclosure that will show good will to the users.
- To be able to show people the connection and data between products, or the data that stays only in one product is a key to helping users understand it and make it feel less creepy.

Sam: across google efforts are hard, what are things to keep in mind as we engage with google as it is today. What are the transformations that need to happen over a 5 year period to make this possible?
- Product to make a big change is you need to catch them at the moment it makes sense for them. You can't impose it across the board for everyone. Example - material gave a 1 year window for adoption.  This meant that they didn't say do it now but instead said, do it with the next iteration of your product.
- 5 year horizon, you can plan for company okrs, and connect at the vp/svp level to get the support. If you tackle the bigger pas then other pas will follow suit. Having strong partnerships at a high level will make it better to work out with the rest of the pas

Shona would love to keep talking and start a convo with a few more people

# jkearns@ Interview 2020-10-07

PN team: robertbrauer, heftlufty, kallebu, mimosal, jwoll
Notetaker: mimosal

Do you know what PN is?
- No
- Sam presents short deck

Are we hitting the right points when it comes to the nature of consent and if so, what would be helpful to you in the next 5 year time horizon that wouldn't be helpful in the next 6 months?
- One thing this preso runs into in terms of how search works,... the key insight is that the algorithms can harness the collective brainpower of our users. And what makes search so good is partially the engineering but more so is all of the users behavior.
- If we change from collecting all of the data and using those signals to a place where we don't collect all the data, then it will run directly into the fundamentals of a product like search. **Can't say how disruptive it would be at a tactical level, but at a high level it seems like this would be a conflict.**
- The logs pipelines today do a serious effort around anoning the data that comes into it. The team can use general themes from this anonymized data.
- Traffic (data) for search is just an aggregate of user data right now - how do we keep providing things like this? Instead of saying only pull out data for specific use cases, because as a company it might not be possible to really operate that way.
- This statement begs for resistance. We have been building for a world where this is needed for the last 22 years.
- [Sam] We need to figure out how to say we are going to collect anonymized data vs we are going to collect and store personalized data.
- There is a lot that happens in the grey areas as well. Sessionization - all data from a cookie or gaia id for a 24 hour period and string it all together (anonymized). Who does it is irrelevant, but the fact that it is tied all together, means as soon as someone does something identifiable, there is suddenly now id'ing info available in that session. This kind of data is really valuable for product improvement.

What can we do for the next 5 years to support the needs?
- The more we can explain the blackbox systems the better position we will be in and also gives us easier things to put into the product so that users understand how we work.
- Next would be allowing the user to change this once we have done it and the user decides they don't want it.
- Signup flows are not a good moment to explain or present these kinds of things to users.
- 5 year time horizon is how we change the feelings of users who feel tracked and trapped.

Ben in research - ethicist - we should talk to him!

CONFIDENTIAL

GOOG-RDGZ-00188873

# risher@ Interview 2020-09-17

PN team: heftluthy@, kallebu@
Notetaker: kallebu@

What is your role?

- I am supposed to use product levers to drive a dramatic increase in privacy and the perception of privacy at Google. So the actual safety of users
- Building new capabilities for people to understand and adjust how their information is used and accessed broadly

Main challenge for users?

- Lack of control for people reg. Their
- Stuff leaks more easily. It is hard for people to control
- Profiling

Why is it hard to control for people?

- Data is infinitely copyable
- In the physical world things exist only ones in time
- Digital is not as controllable
- It is very difficult, it is a Heisenberg thing. It is difficult to prove where things are and in what state
- I think Google knows way less about people than what people believe Google knows

What is the mental model that replaces what the real system is today?

- The lay mental model is a highly accurate and highly detailed profile/dossier that is shared indefinitely

What should be the future mental model?

- I would like to replace it with something that has some degree of physical control. The metaphor of a safe deposit box is valuable.
- I don't want to say secure enclaves are the end-all

Hanko?

- Hanko is one version of this.
- Zuul is also building on top of this.

How would products change?

- It would be more like the physical reality we are living in.
- I have a driver's licence in my pocket and I can decide who is getting to see it.

CONFIDENTIAL

GOOG-RDGZ-00188874

- Instead of server farms, products should engage with the user and say "Hi, I have some value here …"

What are the main challenges for Google?

- Big category is our perception issue.
- That is a challenge to the business because people think twice
- We actually can't control ourselves as good as we would like to
- We want flexibility to innovate. And sometimes you can't show that something works until you have tested it
- The structures slow us down too much

What is the perception challenge?
- People have been talked to that Google is doing bad things and that you as a user can't opt-out.
- There is a belief that you are police stripped constantly and you can't even tell that it is happening.

Do you think that perception is correct?

- There is some truth, but the reality is way less severe
- It is kind of the same as the NSA. People think they can do everything even though they can't.
- Targeted ads don't make me uncomfortable.

How do you think about ads?

- I think about ads as an essential way to pay for content as mostly irrelevant as very very unlikely to trigger any sort of direct and even indirect Behavior for me.

How much are ads part of our products? Do we need to think about ads differently than other products?

- The promiscuity of ads makes it different
- I don't think that people know when they are using a product vs. browsing content
- Ads spills over into the other, it is crossing the line between consciously engaging vs. not

So you mean display ads specifically?

- Yes
- Some of that will also bump into things like Android

Why are display ads the way they are?

- Because they are living somewhere else
- People don't realize that they are happening

What do you think a vision in the space of privacy needs to accomplish?

CONFIDENTIAL

GOOG-RDGZ-00188875

- It needs to be comprehensive, but achievable
  - Ambitious and progress in 12 month
- It needs to confront the secret cow
- Should non-ads ask for permission?
- It needs to have a pragmatic aspect as well
- It needs to deliberately and transparently inflict some pain because we need to cut of our hand as it has done some bad things

What is PDPO missing?

- What I feel is that PDPO is more a source of friction than acceleration. That is the perception.
- PDPO is someone you want to hide things from because if they know they will make things worse.
- PDPO should help to solve challenges

Identity influencing privacy?

- Hanko is still a science project.
  - They have to deliver a huge vision and a short term solution
- Hanko is a component of it but not solve
- Another project is the MEGA thing — needs a refresher
  - There is the central index of everything we know about you (the account) needs to become less of a boogeyman
- To change how we do things that is a very horizontal effort
- We should have some localized.

- There is strong bidirectional dependencies, but it is not recognized
  - Ignore the label MEGA
- Terra Nova are at very strong risk of rewriting what we already have

CONFIDENTIAL
GOOG-RDGZ-00188876

# yooki@ Privacy Principles session 2020-09-17

PN team: full team
Notetaker:

- Information is not public, is only meant for internal use
- Principles are not approved yet and have only been shared with a few PAs
- All information is need to know

What are the next steps?

- There are plans, but nothing clear because of missing PA alignment/buy-in

Notes will be taken outside this doc.

# jmcphie@ interview 2020-09-17

PN team: heftluthy@,
Notetaker: mimosal@

What is the PDPOs current state? And privacy at google?
- PDPO has a lot of interesting and worthwhile individual efforts
- These efforts have not come together
- There is no coherent strategy
- Maybe because we aren't being sensitive to other PAs needs or to other efforts in pdpo
- This causes many missed understandings
- I can't see the vision across all the efforts that we have today
- We don't have an articulated vision of how everything comes together (based on the description of PrivacyNative)
- As an outsider - knee jerk reaction to the program name  is to assume how we build our privacy tools within 1P products directly without having to have the teams build them themselves.

Jonathan: send what you can and he will read it with no judgements, doesn't matter if it is draft or not

[Kalle] What is not clear right now is how you slot into PN in terms of N3 etc..
- There are more convos that need to happen right now before an answer can be clear
- Part of it depends on what this program turns out to be
- And where do PN thinks we need support
- Consider right now Jonathan as another resource
  - Aka we have more product power available to us right now

[Kalle] The privacy surfaces have been built for the current system. What we think we should do is go to a different system in the future, which means the surfaces will have different reqs. How do we make steps through that evolution. What is the best way to do that transition?

- It is hugely important that we start from agreement and heavy buy in from the core team on the buy in. Then you get the execs to buy in. Then once you have a pitch for the new world, I can be a great resource to reach out to PAs to help map out the work and engagement.
- Maybe start with 1 or 2 PAs as a pilot. And then gather feedback from this group.

[Sam] Shows redux deck
What resonates with you and where do you think the story should go?

- Overlapping efforts really resonates because we have so many things to ask users about. There is a fundamental struggle that comes with the assistant age. We want to be able to do things for you without you ever having to do anything or say anything. We understand you so well we can do something without any input from you. Then when we have to ask you we do a poor job. So then each feature does a poor job of asking for each thing. It becomes a disjointed conversation with no context.
- I disagree that we have to start talking with users. YT wants to do this. But the point is when you start talking to users, how will you do it? How will you have a conversation with them and have the justification for this?

[Kalle] Micah said we will need to learn how to have these conversations well. This could be the PDPOs role. The center of learning of how to do this egagen ment well and provid that then to the PAs

- Honestly, I think that many PAs will take offense to that because they manage the relationship with their users. But honestly, we can all improve. To do this and get the PAs there will be a challenge.

## iwn@ conversation 2020-09-11

PN team: heftluthy@
Note taker: heftluthy@

Had a conversation today with Irene Nyavor from the CEO Tech Office about her history with Ben Smith on an effort for data minimization last year that is pretty similar to ours - so learning from that effort and keeping it in mind as we go forward will be useful.

The idea here was to see what they could do by asking teams to evaluate the feasibility of **only collecting data when there's a direct user benefit**.

*tl;dr: teams thought it made sense but then once they were told they had to stop doing stuff they balked and the thing kinda fell apart.*

At a high level, teams thought it meant sense for us to point in that direction! Collect data to make things better for people. Roger.

GOOG-RDGZ-00188878

But they hit some walls focusing on thinking about data collection and asking teams "is this possible" - they framed it largely around an all-or-nothing approach, where the alternative is just... not doing the thing.

So that led to a bunch of high-stakes and somewhat defensive conversations about "direct user benefit" because, for example, "stop collecting data for ads measurement" means basically no more ads measurement at all. So the conversation was "Measurement delivers $XX billion in revenue!!!!" And nothing is gonna win against $XXB :)

1. **The general approach and philosophy of "reorient around direct value to users" is right.** Teams liked it and felt it gave them a clear direction. At this point I'm more and more confident that this is the shift we're asking teams to make and what we need to be strategizing to bring about for Google.

2. **Nuance is needed once we actually ask teams to change stuff.** Articulating the difference between "no more measurement data" and "no more user data for measurement" may be the difference between success and failure here, so let's get that communication crisssp!

3. **Adopting the user perspective will be useful to get the foot in the door.** "We shouldn't do this" vs. "no user should ever be expected to make an informed choice about this" are two different arguments, and so putting on the user lens can be a helpful tactic

4. **This is a long-term exercise, and we should treat it as such.** If we get caught in the weeds about a specific measurement technology we're losing the plot, and won't win on those grounds. Keep the conversation to the long-term view and how we can all agree we want to shift Google, not where we differ on what is and isn't "useful". Any high-level buy-in today can be a cudgel tomorrow on the details.

# gilesh@ interview 2020-09-10

PN team: heftluthy@,
Note taker:

- High-level comment on the charter
  - Vital to include the overall organizational structure and business model of Google

CONFIDENTIAL
GOOG-RDGZ-00188879

- - We will not succeed at getting ourselves out of the hole unless we have privacy people in the C-Suite
  - We've been working with Apple on exposure notifications in the C-Suite. They have privacy people in the room with Tim Cook
  - Highest level true privacy person is a director

- I am the overall lead of privacy for Android, and mobile in general

  - Officially I also am the privacy lead for play
  - I don't have as much day-to-day involvement
  - More involvement

- What does that involve?

  - I usually divide into 4 things
    - Overall product privacy reviews, every Android release I'm responsible for that
      - Friction comes from integration of other products on android, boundary between assistant and android
      - OEM partner integrations
    - Working with the product team on privacy features for Android
      - Privacy-specific features like permissions, fixing vulnerabilities
    - Data lifecycle
      - Delphi - accountability project
      - Get an inventory of all the data that's collected off Android and why, and set policy on that
    - Setting policy
      - Mainly on Android, is preloads; device manufacturers preload and build forks of Android. Tighten up the policy there
      - Play policy, which I have more limited involvement

- Would point to my deck go/possibly-wrong

  - Trying to identify at-risk users and classify the privacy challenges by risk to actual users
  - One of the most obvious risks to actual users is oppressive governments and surveillance; use of mobile devices to aid in prosecution
  - I have somebody on my team who is Russian expat and LGBT and she has the most harrowing stories of real users suffering persecution because they're being tracked through their mobile cellular provider
  - Important to divide between three different possible goals for long-term privacy strategy
    - One is protecting actual users against risk
    - Second is having a better marketing strategy than Apple
    - Third is being loved by regulators

- Why don't we have a clear strategy on those three points

CONFIDENTIAL

GOOG-RDGZ-00188880

- ○ On the Marketing point of view, what I've observed is that Apple starts their design process from the marketing assertions they make
- ○ We want to be able to say "what happens on your device stays on your device" then they design around that statement
- ○ Whereas we kind of build for usability and delight, then we think about the marketing statements later
- ○ If we're gonna improve in that area, first of all we need to decide the marketing assertions we want to be able to make externally
  - ■ Even when we do know the messages that we want to give we are super risk-averse, so we need, in contrast to apple we need to be 101% certain that what we're saying is true before we turn it into a marketing message
  - ■ What happens on your device stays on your device is basically bullshit
  - ■ They send your backups to their servers on cleartext!
  - ■ We need to decide what those assertions we're going to make. We need to know what level of certainty we guarantee before we go out with those
- ○ Secondly there's a belief that Apple or our competitors have 100% certainty and that they have a much better privacy story in reality. I think we need more research on what's the reality there. Particularly for iOS their devices are so locked down that nobody does research on the reality
  - ■ Research device program, whereas we have an open-source platform, and it's the platform of choice for all academic research
  - ■ There's a kind of disparity because nobody looks at their devices, knowing what level of certainty they have
  - ■ We often try to beat them at their own game and catch up
  - ■ We're constantly just kind of copying their features and playing catch up. That's never going to work
  - ■ We need to figure out some strategies that play to our strengths
  - ■ 3rd party libraries and control over libraries that iOS has a big problem with that they don't talk about

- What are axioms we could build from?

  - ○ On-device learning seems like one we could build to
  - ○ We have on-device ad-targeting project, we can say we don't collect any of your data to target ads
  - ○ Forensics - when you delete a file, it's gone, similar thing on the server side

- Not having to trust Google

  - ○ Your backups are e2e encrypted
  - ○ E2e encrypted messaging

- Reckoning with "for you" vs. "for everybody"

  - ○ GLS - you can't use precise location using GLS unless you contribute to the global model
  - ○ You can get the free lunch, but we don't let you do that

- Another assertion

CONFIDENTIAL

GOOG-RDGZ-00188881

- ○ We only use the data we collect to deliver you services
- ○ I would like to clearly explain every byte that we collect what the benefit to the user
- ○ Much broader transparency around telemetry
- ○ Usage and diagnostics checkbox - Apple provides the full proto

- Mike Thompson on Giles team has the project to classify by individually required vs collectively required vs legally required


- Executive engagement
    - ○ Really important. We need an SVP who is a privacy person. Not an just a 10% part-time job that they have no experience in at all
    - ○ Making decisions on what to prioritize, marketing, users or regulatory
    - ○ Doing the threat modeling, what we're designing towards
    - ○ Having metrics and data that tells us
    - ○ North star metrics. If our goal is to protect at-risk users. How much are we doing that
    - ○ There are some quantifiable metrics we can track like permission denials, whythisad requests
    - ○ For the transparency piece, we need to get project delphi done


## davidmonsees@ interview 2020-08-31

PN team: heftluthy@, mimosal@
Note taker: mimosal@

What is privacynative?
- It is a plan to make a plan to make plan for a world that will be completely different by the time the plan is ready to be in effect. Remember eprivacy 2.0. 5 yrs seems less real than a resilient privacy strategy.

[David] Question: who is pdpo and how is PDPO a change agent for something as broad as this? Is PDPO going to come out with a google GDPR that Sundar instates? Because PDPO was meant to be a group of highly skilled group of TPMs and PGMs where Keith's team was meant to be a highly focused group. Maybe the plan is to institute a regulation within Google. It is a classic PDPO problem. What does PDPO do?

What does PDPO do?

CONFIDENTIAL
GOOG-RDGZ-00188882

- Manages complex legal programs
- Like GDPR, CCPA, external things from the outside
- PDPO translate the outside requirements into policies and then supports teams across google to implement these requirements
- PDPO not wrigin policies might be one of the biggest misses of the PDPO
- The things that Sam and David work on is very much on the far edges of what google works on

Is this optimal for getting to products that respect user privacy?

- Yes if regulation exists
- If the point of PrivacyNative is to write GDPR, and then if Sundar and Ruth and the board were to approve it, PDPO would go out and execute on this as though it was written by regulators
- But PDPO couldn't go and enforce the policy, PDPO would have to support and enable PAs to execute on the policy
- If PDPO wouldn't wait until the next regulation, if when regulation comes out that is against our internal regulation, then we would ignore the new regulation and fight it
- If we sat Eric in a room for a few days he could easily right a much nicer and better GDPR
- Remember the tables of GDPR and breakdown of what the requirements would be for the teams
    - Eg integrate with takeout
    - Ignore all the reasoning, PAs focus on what this means for you
- This is how I think about PDPOs job and privacynative
    - This is all program work

What is your role and responsibilities for privacy
- Without a mandate I own transparency control and consent for Google
- I have to build the tools to do that
- I build one sledge hammer tool and then hammer each team with it because I don't have a million engineers that can make custom tools for each team across google
- Sundar proudly likes 2 AC settings, users don't. Everyone at Google wants to build out a 747 of activity controls because we think about things academically not emotionally. We are more ridge and that has helped prevent teams from splitting off if we were more flexible.
- Because everything comes across my desk, there is a small knowledgeable group that can apply consistency
- There are also policies for this, but they are written for Google and other bets, not for individual teams and products, so it is very difficult for them to execute on them
- From a narrative it is hard to prescribe privacy

Why does google collect activity data?
- Per our privacy policy we need to improve and develop our products and understand how they are used
- If it was truly anon could you actually do this? We would argue that prod dev and improvement is essential. By making data identifiable we can improve per user and also then of course ads

CONFIDENTIAL

GOOG-RDGZ-00188883

How does activity improve products for users?
- It automates personalization. You can do it manually over a long time or you can do it automatically by observing the user of the product

Why Are there controls on activity data?

# Redacted - Privilege

- History of evolving strategy over time - search history as an example. Kansas was created 15 years ago. It has evolved. Subscription state was implemented for very specific use cases.

What are the main privacy challenges google faces today?
- Brand reputation and business model assumption - summary our business model

What is our business model?

- Sell your data to get things for "free" which people don't like when they get reminded about it
- Once you solve the advertiser problem, the next is unintended access, and then the last piece is how is my data used. There is no good way to articulate value, broader use of data. But users don't know what great value they get, specially on a wider us of their data.

# Redacted - Privilege

- We see this with search, they don't want to build features to showcase how we use implicit and aggregate data to provide better product usage. They only want to build features for explicit data.

Do you think it is possible for users to reckon with and make a choice about data collection for the aggregate?

- No, because we don't frame consent that way
- If you look at vaa v2 it was the only case study. 25% optin rate currently- which is impressive since users don't care about others speech results, but they contribute data to a shared model
- Brass tacks - google products technically must moonshot to a world where they don't rely on user data but still rely on data. Therefore if a user never consented to anything, we could still build the best product. Today that is the exception with additional work for other teams.
- When you do want privacy data -
- PrivacyNative - if you take Ben Smith's old charter and rebrand it you have PrivacyNative
  - You can primary user value, secondary value is possible, but the primary would be to collect data it has to have user benefit

- Aggregate - translate community is a good example. They invest a huge amount of time to improve their energy. The problem here is the logs to improve the quality of the product start as personal, teams have to start pushing up the consent rates.
- Hypothesis - can we survive on 10% personalized data. So then can could we potentially say hey users, we pay you to listen to your data (only you will have listened to it and then transcribe it) and then we give you some sort of credit
- So collect data with no attribution to a user majority and then pay for the rest

What happened with Ben's approach
- Not tenable for the company. Ben is no longer at the company. That is a point to consider. What does this mean in terms of why this approach wasn't possible. What Ben proposed makes a lot of sense, but is radically different for the company.
- Assistant is now proposing a lot of what Ben talked about.   Orient controls around the app - history off by default, couples this to personalization, and then allows for history to be turned on, and then build up from there.
- Take the Ben Smith principles and throw them at the assistant and see how that works out

Did Ben's approach not work because we would have to change all of our infra in 2 years isn't feasible? Or that the idea didn't work?
- Google is too big. If we just focused on one smaller area, like assistant, then it is different.  You can focus in on the issues like microphone always on.  If you look at search there are so many more things to be worried about.  Payments, you need to keep data for 10 years.  The arc so shifting the vision, which sundar loves, the vision that ben had was much more ambitious.  Unless you say that PrivacyNative, is this is what we project for GDPR 2 or what Europe will do in the next few years and we must do these things which is a huge shift for the company to stay a head and keep making money.
- It would be very interesting to pick a pilot to try this
- Talk to Vinay and ask where did the Ben vision hit resistance

In the beginning you said this can't be done - but there is a path forward?
- It can't be done from the way we tried N3 or the way PDPO has existed for the last 1.5 years
- It is Sam and David's project- they are tacked on the side and there isn't much that is enforceable
- To enact change you need a politician to push this
- It would be more tenable to pick a product (like photos) to attempt this. Photos is a product that has really well established it is a safe and trusted product. It has to be meaningful as an example. It has to be messy (like payments)

[Kalle] Isn't gdpr 1.0 enough?
- Most teams at google feel like that is done. The challenge is to position it now when teams feel like they are done with that
- Kids should be our example of strict compliance
- David will share a doc that he, Jess, Charlie, and Leota created to short circuit n3 - start all kids accounts as off by default, overhaul consent models, etc.
- Need to bound the problem - all of ben's stuff makes sense if you think of a single use case to each row. If you try to apply all of it to all things all at once, it won't necessarily make sense.

CONFIDENTIAL

GOOG-RDGZ-00188885

- I do not think that countries are the right way to scope this
- The uncertainty of the global application of the account creation flow, but they are doing the same thing for kids, (EU/Brazil/US…) it would be much better to find a different way to scope this rather than via geography.

Last thoughts?

- It would be interesting to approach this entire thing as GDPR 2.0 - game theory exercise, focusing on a model from the user benefit side of the world. Hire Eric as a consultant - let him write.
- It would be very interesting to include bizops and finance early on to understand how that impacts the numbers
- 

## cassidym@ interview 2020-08-26

PN team: heftluthy@, kallebu@
Note taker: kallebu@

Any thoughts on the session today and the program?

- It is great that we are doing this, but there are a lot of similar activities going on
- Two broader comments
    - We know that in user minds privacy and safety are the same thing
    - I struggled a bit with the solution slides, it sounded too much like legal speak vs. how users would talk about it
    - The stuff of things people have to deal with is not the main problem to solve, because even if we do that there are still other challenges
    - The notion of safe and safety is the foundation of the strategy we put into place now
- We already have an ambition that got traction: safe
- The reason why I bring this up is not because safety is the right answer, it is just what is out there right now
- If we are replacing it with something else we need to be conscious of the larger picture
- Digital identity — nobody gives about privacy, it is about someone taking care of me as I go through the internet
- The triangle we have built with control etc. is something that we have been using, Sundar has used it, we need to make sure we acknowledge this — we are happy about these as it is the first time we are agreeing on something and have traction
- What does privacy native vision mean
- What is the problem that we are solving for?
- If someone would ask me where we want to land with PrivacyNative
- Rahul's document about data stewardship is build on the three pillars
- Yooki's principles start to define principles
- It feels like we are only focusing only on one pillar, which is about data collection (vs. also data usage management, and safety)

Are we set up to execute on the three pillars consistently?

                                   GOOG-RDGZ-00188886

- If you have a billion users you will have a billion answers to that
- What drives users crazy is when we do stuff that feels clandestine
- When we do stuff that they don't have the ability to have an exit door
- There's no ramp off the train
- There's nothing you can do
- That's the balance we need to strike, because we don't want to kill innovation
- Lorraine gave example - we ask users to add their home address in Maps
- Great way to think about what TRULY helpful could mean
- We can help you get home faster etc
- We don't do that because there are times when we do stuff without making it clear what the helpfulness is
- We do things where not only are they not clear what the helpfulness is
- "Hey we just added home address!" Full stop.
- No way to say "if you don't want this magic, here's the exit ramp
- Hey Kalle, here are 5 cool experiences for you to unlock
- You've given us all this data
- Here's some additional magical things we can do for you
- I wonder if we get too stuck on trying to solve the negative
- If part of this is pivoting the other way
- If you believe that and we make that helpfulness clear
- We move away from legal permissions to helpful
- One of the things I'm worried about is that we don't remind users of the helpfulness after they've given permission
- We don't do anything to remind you that hey Kalle you've added this home address thing to maps. Because we were able to do things that were helpful
- If you don't agree here is the exit ramp, do as a reminder that if you did something you're excited
- Reassure is the defensive proposition. This is the creepy moment, here's why it's happening
- There's really great stuff happening
- 70% of users think the value exchange on an individual level is a fair one
- ¾ say "I'm good with this"
- But we need to remind them of
- First two slides felt DEFENSIVE
- We are the knight in shining armor
- We should be building for the 70%!
- We will never convince the 30%
- We need to find a way to talk about where we want to go that actually clicks with people

Sam: How do we reckon with the fact that a large amount of data collection is actually not helpful for you?

- I think it is about the aggregate
- I as an individual user should not judge Google on my interactions
- I judge Google on the aggregate
- Even in the moments in which we could demonstrate it, we don't
- If we are going to go and create these moments we still have to make sure that there are easy exit ramps

CONFIDENTIAL

GOOG-RDGZ-00188887

- If we give people control but they are locked in anyway
- Users understand that there is no free lunch
- I feel passionate about the ads conversation
- We still need to recognize that there are people who love display ads
- If we are looking 5 or 3 years out it has to come with the opportunities and it has to come with the requirements
- But it can't be that we have the perfect answer for every situation

What is the opportunity?

- At the end of the day we know that the more products users use the more positive they think of Google. We should give people more moments of helpful articulation and helpful articulation.
- Depending on the data we need a different interaction model
- Specially like health data etc.
- Users love us, users think that the value exchange is fine
- But we don't give them a thrilling thing every day
- We are on the edge to become a utility

## alv@ interview 2020-08-25

PN team: heftluthy@, mimosal@
Note taker: mimosal@

What is your role and respon in regards to privacy at google
- I run a team of people who deal with what the media writes about privacy and the impact that has on regulation and legislation, litigation
- Team is integrated with legal, gap, eng, product, etc
- Broadly look at the regulator sphere and how we minimize the reputation impact of negative rulings, etc
- Spend a lot of time working with product teams about how teams should respond to media

Deal with ... That speaks to the experience of comms, how is the media landscape in terms of privacy?
- Five years ago - dealing with a constant stream of stuff, always being on the back foot
- 2 things that changed that and made us more rigorous. GDPR and RtbF changed that for us and forced us to change how we did our business and how we were seen publicly

CONFIDENTIAL
GOOG-RDGZ-00188888

- For the first time in the last few years we can go out and have a confident conversation with someone hostile and have a good conversation
- Two things that are against that - we are getting bigger all the time, and the other is our size and our market power now means the attack vector around privacy has changed. Where we were able to navigate the conversation before with a fluffier topic, that no longer is possible. There is a more fundamental and deeper conversation around our ads

What is the brass tax of online advertising?

- EU user consent policy roll out exposed a lot of stuff.  Exposed to consumers things that they had never bothered to investigate before and made people realize just how many companies are tracking them.
- FT query came in about 2 years ago - a report from oxford internet institute. They went to play and downloaded 1 mil apps and analyzed apis and code and figured out where data was and good be sent.  A high number that Google had categorized as family safe it was possible for those apps to share exponential amounts of data  with huge amounts of people.
- I recently set up a FB. I set it up in the most privacy focused way, and it meant that the product was completely useless.  When you have a trade off like that it becomes a very potenti cocktail to tack us with.
- Also went through Guardian's list and stopped counting at 130 companies that I had to untick from.

What are the main privacy challenges that users face?

- Knowing what they should worry about
- Tiktok debate has been a good example
- 9 months ago, data protection officer said I'd rather have my kids' data go to fb than tiktok. Now Trump explicitly is calling out the issues and opportunities for blackmail with tiktok
- My 11 year old daughter just got a phone. There is a lot of complex risks that as a minor on the internet, in apps, you can't really write them down or understand them. It would take all day to write down just 10 items that I don't want my daughter to be doing here.

What are the main challenges google faces in privacy?

- Ads, analytics, where we send your data, how we target you, etc.
- There is an opportunity for google to do a generational leapfrog. Build an online advertising system that is demonstrably trustworthy.  Something like a verifiable system that allows you to know if you can trust a company or not
- We have been very slow to engineer around the issues of cookies, and the regulatory train is coming right at us.

How much of this is an ads problem versus something that has to be dealt with for all digital services? (eg aggregate data to make products better vs ads)

- It is all about ads. Facebook example - switch everything off on google and you still will have a workable product. FB is busted if you turn it all off. There are clearly demonstrably usages of data for non ads purposes that people love.  Like Photos & Memory. Everyone I know loves that feature.  Traffic routing, local weather, all these are brilliant examples.  But when I do interviews- everyone always says - fix location, make it more granular. Make it so I can see traffic but I don't have to be bombarded by location based advertising when I am shopping.

CONFIDENTIAL
GOOG-RDGZ-00188889

Why do you think we have landed on setting as broad as they are?
- Because there is always a commercial upside somewhere. That isn't a bad thing. If i think of things that are really bad like income based targeting. Fight against that and with the fact that it is such an uphill battle to remove it.  Everyone else in the industry does it, because sales teams were missing targets, because upsides will help reach the targets, but if you are trying to position yourself as a company that is in a different league than the rest, this is a big problem.
- If we say, well Axiom does it then we should be really deeply thinking about that

What are the strengths google has in the next 5 years?
- We have established a really good direction with Autodelete
- Making that change I expect it has improved user trust more than any other thing we have launched.  That engenders trust much more than many other things that we have done.
- Security side of things is also pretty amazing. Finally I just went through and changed all my passwords to strong passwords.  But they way we have built that and this technology gives me an incredible sense of security when using the internet today.
- I worry about we still can't come up with a simplified explanation of our location usage
- Programmatic ads business approach - that isn't and easy or simple thing to explain or understand.

What are the big opportunities for Google?
- How do you leapfrog yourself into a different dimension of the ads business?
- A senior exec who shall remain nameless, described how they spend their time in relation to revenue and risk. The majority of our rev comes from contextual business. The majority of our problems come from display advertising - and that seems to be such a big problem.
- A serious signal we can send to the market would be to cut off the limb. The struggle there are the impact.
- You could argue that this is a good thing for society, because many of the things that use the services are not positive.
- In many places we are seen as the people that undermine democracy

Articulation & transformation for a future vision - What do you think something like this needs to accomplish to be successful?
- Untested thesis - my sense from working with Sundar on privacy announcements is that he is seriously and genuinely committed to progressing Google in this direction. The struggle is getting the troops to mark in that direction and in step. There are a huge number of conflicts as you filter it down through organization.  Income based ads are a good example in eu. It is easy to make an argument for doing it but it isn't inline with the words that came out of the CEOs mouth
- It has to be a hard, enforced set of boundaries (a bit of stick as well as carrot) to reach this

What is the direction in which the stick will poke people?
- We landed on we do not sell your data - I don't know anyone that believes that. We can argue it but we shouldn't have to explain it. People should be able to believe it inherently.
- There is an inherent tension between advertising and privacy

GOOG-RDGZ-00188890

- Maybe it needs to be a way to build a privacy protective layer between ads and how they have to make
- You build a safety layer - differential privacy - build it and them let eng see what they can break to prove it works

What might the challenge be to position us better to privacy?
- Any of the regulatory cases in EU right now
- I don't know if google is capable of thinking ahead that way. Maybe people do, but it is a pay grade that I am not at. I see a lot of evidence of us doing what larry and sergey wanted us to do which is pushing the boundaries and then dealing with the consequence. I don't know if you can change the company fundamental because this is the dynamic
- Note- the sridhar interviews around the new search engine
- Google does best when we break problems down into small bits and solve them one step at a time. Just make it easy for people to understand what we mean by location and what we use it for.
- We need to get to a degree of simplicity and honest with the public and our users

What do you want to see, what can PDPO and aligning at Google broadly, do to make your role easier or more interesting?
- It is sad that PDPO is seen as an impediment rather than a warmly embraced partner to Google's ethos. If we don't do this and get it right, then we are we are going to be run over. People are doing short term thinking and not long term fixes.


# guemmy@ interview 2020-08-20

PN team: heftluthy@, mimosal@
Note taker: mimosal@

What is your role & responsibility in regards to privacy at Google?
- There is no privacy without security. My job is to protect the account security of all google accounts. And therefore protect users privacy

Why is there no privacy with security
- There is a lot of data in your account. As soon as there is unauthorized access to that data that is when your privacy goes out the window

What counts as authorized vs unauth
- When you give some permission and access to an account, or there is specified access

What is the google account to you?
- 2 things - it is an identity and it identifies you unique from other users but it also is a container that contains all of the data and content that is related to you and your usage at google

Why is it important for people to have an identifier?

- It is about ownership and organization.  It is like docs you have all this and who can have access. What if wrote 100 docs on a n open platform, how do you find what you wrote, how do you know where it is in the large group of

Right now what are the main privacy challenges that users face?
- Perceived challenge: Companies tracking data and pixels following you around. What does that actually do, do you really care? Is that really a privacy issue?
- Pernant issue: Security angle when your data becomes identifiable and people can use it against you

What are ways data can be used against people?
- I break into your account and then I am like I have some compromising photos of you and then I blackmail you. But then there also is physical harm that can occur. Especially true not just in stalking but also in domestic abuse scenarios.  Also the case where you are being manipulated, like cambridge analytica case.  You become misinformed and manipulated by a company

What are the main privacy challenges google faces today

- Let's get to the root of the concern. Are people talking about privacy or security? There are a lot of ambiguous concerns and fears. And as a company we haven't figured that out yet.  Driver analysis - figuring out what drives users feelings of this.  We have had research that points us directionally to certain spaces.  Some themes are like we put you in control, but the way we went about it was that what really what users want?
- Location is an example of how complex we have and nobody knows how to control it. And even with the sum of many controls you don't always end up with what you expect. There is device vs browser vs the app, vs the account level controls. Many controls doing many different things across many different surfaces. Does it do what it is supposed to do, do users understand it? If that is the key part of our strategy then I don't think it is working.

Within security - how much do you feel in charge of your own destiny in terms of the google account?

- You never are really in control. Once you put in defense against one threat, the next day you have to come up with a new one. So then you are being reactive to many of the things. So you have to solve the reactive part and then also solve the proactive part as well. So then you don't feel as incontrol.

Looking into the next 5 years, what are the main opportunities for Google in respect to privacy?

- Let's look at the data from the driver analysis.  In general we are so complicated. From a product and messaging perspective, we inundate users with proof points and controls, amny products, and then users are like what does this all mean?  Apple is really good at distilling it down to one message and then they sell that message.  From a product perspective there is no product that is the point. Fundamentally we have to decide what our point is.  There are too many competing messages which means that nothing lands and nothing resonates with the users.  This is very hard.

How do we simplify the message?

- Could we take a top down approach for the privacy vision for five years. How do you simplify to get there? Location for example- it is all located in my account, every product connects to my central settings in my account. One switch turns off all types of location because that is how the user thinks about it, and then a nice clean confirmation.

So something you might think would help would be switching our infra to meet the way users think about the experience.

> **Comment [2]:** How do we think about the relationship between Android/Chrome OS/Fuchsia and the Google Account? I think this is something we have to pick up in the solution requirements. @ohelyse@google.com

- Yes but also things like how data retention rules have changed - but will people remember that message because we inundated with too many messages. What are we trying to say to people?

What might be an exciting engagement for teams across google?

- Simplification and minimization is a place to start. Get everyone aligned on what the thing to solve is. But then figure out what are the three or so principles that we need to change and what are the top products that need to change. Principles that stand out: it is complicated and we are collecting too much

What does simplification then mean? If Rahul is going out to talk to people what does he need to talk about and ask them to simplify?

- I don't think this is specific.  What is the concept the user understands? When I look at UDC, what is sWAA vs WAA vs YT?  They don't make sense because of the naming and there are hidden functions that people don't know. Like Chrome sync and others that I don't even understand and can't describe.

Improve experiences for you, for everyone, and to make ads work better.  Does that as a model resonate with you? Are these reasons stable?

Why do we collect user data?

- I want to be able to better protect users. The more I can know about them the better I can protect them.

What types of collections are helpful

- You can profile the user of time by their mouse movements. When you see an attacker you often can see that it isn't a real user. But this is something we can't do. But the mouse movement is not directly related to a user's PII.
- We get hijacking info all the time - I got hijacked three months ago, can you investigate. But then the answer is no because the data is gone.
- Also there are issues with dashboarding and backfilling because the data is gone
- It is also about not if you think you have been compromised, but we can protect you from being compromised with more data. One big gap is malware. We can't tackle this the same way because of data privacy law.

If mouse data was only being used to determine risk - do you think it would be easier to get users onboard with this? If google could guarantee this would some of those concerns be removed?

- Maybe. The issue is whether it is default on or default off.  Collection by itself is hard. If you don't get enough opt ins, you can't build a critical defense.  A good example is 2SV, there still is only a verrrrry small number of users using 2SV.

Next five years

- We are recognized as a good security provider but users don't feel safe using google. Account security vs data security is the same thing. But as users perceive us they do not see us as top of the industry, even tho we are. It is a main strength for privacy - because security gives a nice halo to privacy.

What are major weaknesses?

- Fragmentation- it shows through everywhere.

Why is it a problem?

- The messaging itself - does anyone ever remember what we said. We said too many different things. Also product - one product does x well the other does y but then it just gets very messy. There is no central way that everyone across products are handling privacy.

What does user experience privacy need to accomplish to be successful?

- It has to resonate with what the user wants
- It has to be super simple and centrally driven
- It has to be explicit

Why does it need to be centrally driven?

- We are such a fragmented company that if we don't centralize we will fail. If it is done by committee, done by whatever the projects tend to fail.

- Narnia 1 & 2 - they were cross company efforts and they were really centrally driven. Coordinating across the company driven by 1 person. Think about N2 it took 10 years to be able to successfully do that right and the difference there was that it was centralized.

You said it needs to resonate, what does it need to do for users

- Driver analysis - what are the things that will actually make a dent to change user perception?  Depending on what the drivers are we can take different strats. How much do controls by themselves actually affect the sentiment.

> **Comment [3]:** She still thinks only about UI and messaging, not changes under the hood.

Guemmy - last thoughts:

- The driver sentiment US results will be coming in next week -
- Security is also complicated and over people's heads. How do we combine forces between privacy and security?
- Main ask - users conflate privacy and security.  If we really want to come up with a new ambitious privacy vision we need to look at the big picture to make sure we are looking at what we ALL need to do to solve this correctly.

## ppenha@ interview 2020-08-19

PN team: heftluthy@
Note taker: heftluthy@

- Ads is a reminder of privacy concerns, not necc. a privacy problem on its own
- We need to decouple ads and privacy - privacy speaks to the company's values, practices for its products
    - Ads in many ways can be seen as a product
    - Doing that opens up these questions for us
    - Consent is no longer consent if you think of ads as a product
    - Depends on who I talk to
    - This reframes the problem and I think of it differently
    - Started evangelizing the thinking very recently 2-3 weeks
    - Got mostly good reaction
    - Some pockets of OMG
- What are those privacy needs
    - Binary mode, accept it or not, I want to be private or not
    - Not very human, very technical way to think about things
- Apple has drawn a line in the sand that is very easy to understand
    - "We are not sharing your data"
- Other term we need to tease apart
    - Is Data Protection
    - You could be public with your data safe, or is it publicity?
- Love to be in meeting with Sarah see how we are thinking about this

## micklitz@ interview 2020-08-19

PN team: heftluthy@, kallebu@, mimosal@
Note taker: kallebu@, mimosal@

What is your role?

CONFIDENTIAL

GOOG-RDGZ-00188895

- Officially I am responsible for the engineering operations in the PDPO. Which you could define as engineering that is improving our infrastructure the provide across the company as well as the infrastructure we use within PDPO
- Externally my job is to present this work as part of policy outreaches and GSEC

What is the role of infrastructure to deliver a good privacy experience?

- Most basic, we need to have to have the infrastructure in place to understand how we use user data — which we don't do (completely) today
- This is a hygiene thing we need to fix
- How do we use infrastructure in the future in a way that it is ensuring privacy for the users?
- It shouldn't even matter to the user what we are using because what we are using we do in an anonymized way
- One is the current and one is the future state

Why are we doing something that the company is not setup to do?

- Users and KOFs expect from us today that we have infrastructure that works in the right way
- The way we have setup the system has amounted to a mountain of complexity which makes it hard for us to move quickly
- Because everything is distributed and nobody knows how everything works we need to talk to a lot of people to make changes
- If we had better guardrails in place we could do things simpler
- We are over time bringing our company to a grinding hold with the current strategy

Google's challenges?

- In our current setup it is easy for us to make an honest mistake
- Our current state makes it likely that we make a mistake
- It makes it difficult to fix mistakes and find out why they happened
- How do we help users understand what is actually happening is super hard
- It is hard for many reasons
- We are very reactive at this time
- We should be more proactive

To what end do you see us being proactive?

- One thing is that we are influencing the future of regulations. If we put solutions on the table before regulators regulate a certain thing, we can strongly influence the regulation
- Because we know the user vs. the regulators we could drive solutions
- Being able for the user to understand what is happening is very important to trust us
- Being proactive there to allow people to understand it, vs. them having to ask us would be good

What opportunities?

- Great team with a lot of expertise and history. The best setup in the industry

CONFIDENTIAL
GOOG-RDGZ-00188896

- We are great at changing our infrastructure over time
- We have a really good engineering team
- We are not flying blind, we have a lot of insights

What is the process we should follow?

- It is not a challenge for privacy only, it is for the company
- We need to unify more aspects of our company
- We have tried to get adoption of infrastructure through creating good products, we can help you make it work for you
- We have the same approach with internal teams as with our actual users — providing the best product

What does the vision need to accomplish to be successful?

- I look at the Google account, and it actually tries to do two things:
  - 1. A place that gives users a central unified experience, integrating all of the data points across Google, and giving them a central place to manage it
  - 2. Building trust through tools that give transparency and control
- The team is heavily understaffed to do two things at the same time, so we are probably doing a bad job on both

What do you think we need as the PDPO to get everyone on the same page?

- From a product perspective there are things that need to be done from a consistency perspective
- We need to have a clear statement where we want to be in three years from now
- This is why we ask you Rick to help us with that
- Today we need to do A because of regulation, we get a lot of pushback because we are not explaining it other than "we have to"

An agent for change at Google is an interesting challenge. What might that challenge look like in the privacy space? What are challenges that we can make to our teams to energize them?

- Interesting is going to be the whole do more with less
- I think what it means is to figure out ways to provide great product experiences and innovate without needing that much data or using anonymized data sets
- So you have a lot of room to innovate because you are not dealing with PII, it is a hard one and interesting one
- Because it seems a lot of work for no gain
- Today we ask them to figure it out and you can do the same as before but without privacy review
- It only becomes interesting when the other path is not available anymore
- This direction will come from privacy council

Success for the project?

       GOOG-RDGZ-00188897

- If we come up with a north star goal how the user facing space should look like, this is how we want the user journeys to be, very cohesive, users understand how data is used and is treated.
- Maybe we don't provide so many options anymore because by default it is already pretty good
- On the road to this north star things will change
- Having that as an agreed upon thing is hard in our company

# bhorling@ interview 2020-08-18

PN team: heftluthy@, kallebu@, mimosal@
Note taker: kallebu@, mimosal@

[Bryan] Is this a plan to make a plan?
- Sam explains

What is your role and respon for privacy in respect to Google
- Runs FP team, the most significant activity dashboard (taking care of data, consent, ux patterns, showing it to users). This bleeds out to other areas. Policy issues, consent, x-product issues.
- Works closely with Cathy to work on Privacy for Search, specifically focused on the Assistant side. This goes beyond activity. What data is being collected, how do we do data minimization, how is the data being used, how are we compliant, what are new features that will inform the user or be new features for the user? Additionally looking at measurement and growth (thoughtfully but diligently help users understand without triggering)
    - Look at the same types of issues on the Search side of the world as well
    - Ex. how do we address having microphones in people's homes that may go off unintentionally. This needs to be considered thoughtfully on the assistant side
- Also work with the PWG team - Knowledge & Assistant.  Now working with Hudson and have set up a pilot on the Assistant time to grow the advocacy program.

What are the main privacy challenge that user face today
- Everyone is concerned about their data being collected. They don't know about it and they don't know how to control it.  Big companies are collecting all these things, I don't know about it, I can't do anything about it. They are either doing it for their own benefit or it is a concern because it could be leaked and I can't control it.  The challenge we face is how do we exist in this world where everyone is concerned and get to the point where we can function well without irreputable harm to our brand and the company.

CONFIDENTIAL

GOOG-RDGZ-00188898

What do you as the main privacy challenges that Google faces as a company?
- If people don't trust us as a company, they won't use us. Duck Duck Go for example. If people go elsewhere we then will make less money if we want to look at it from the point of dollars.  If we look at other aspects, we have made people uneasy which also has resulted in investigations and laws.  This requires a lot of internal attention and we lose the ability to spend time focusing on making better products. This takes time and energy which then hurts us over the longer time and less directly.
- I don't want users to have to use our product and be uncomfortable. I want to make a product that works well.

Do you think that not having the issue dollar and cents focused makes it harder to solve?
- Maybe, Search in general don't directly think about things in terms of profit. In general we have the capacity to reason about things that don't directly relate to money. The problem with Privacy is there is no way to quantify or qualify it.  We cannot yet take a scientific approach to this. "If you can't measure it you can't improve it" and today we are not good at measuring it.  Additionally things regress and we don't always have the ability to control that.  For the teams in the weeds they can't always understand why their actions might be on a broader scale more harmful.  Unpredictable and episodic - Privacy all things might be fine, but then suddenly a news story pops up and there is no good approach to forecasting this now. Although I think we have gotten a lot better at this now.  Example privacy bit, more oversight and review of things.  More teams are aware of what is happening

Strengths that google is coming from?

- I am not sure that our strategies are the right ones right now.
- We have some people thinking about it, that is good but not enough.
- Some of our previously well-intentioned directions where products want to get people into a good state doesn't necessarily serve our users well
- A strategy focusing on conservative defaults might be better
- But this is a bitter pill to swallow — products do less by default
- This is not a new idea, we are just still in the process of fighting those (low hanging fruit from GDPR)
- 

How can we excite the engineering world to work on this?
- I'm not convinced that lack of consistency is the issue
- The products across google are very different and people's concerns are different
- We have to understand what the individual product problems are
- We need to address the individual products and their situation

How to get people to work on this more?

- There are more people who are working on this now than before
- There are a lot more people involved, because it became more important
- Motivating some of the folks is less challenging, but getting people aligned is the bigger challenge

Do you think "transparency and control" is enough of a motivating story?

CONFIDENTIAL

GOOG-RDGZ-00188899

- I don't like the idea of google having data about users that they can't say no to. Like streeview as an example - it seems fine at first but then becomes problematic
- I like having transparency and control but it isn't the starting place. The starting place should be, is this on or not and if it is on then we provide transparency and control.

Assistant vs Google Account - via email

# keithenright@ interview 2020-08-17

PN team: heftluthy@, kallebu@, mimosal@
Note taker: kallebu@, mimosal@

How would you describe your role reg. Privacy at Google?

- Privacy advocate
- Presents Google towards regulators
- Presents privacy at board of directors
- Sits on privacy council, most Sr. structure reg. Privacy at google
- Builds out a team reg. Risk assessment, and owning the privacy control inventory to monitor, provide oversight and escalation regarding the amount of compliance risk posture
- Serves as the data protection officer in non-EU countries
- Responsible for execution of compliance program

What is the role of legal, privacy legal specifically at Google?

- For the last 10 years privacy legal has been a consistent evolutionary monitor and advisor for privacy compliance and risk across the organization
- His team is what is it, because the legal team is what it is
- They haven't changed a lot in the last 10 years, but they have grown
- Every other organization in Google touching privacy has grown, burned and recreated
- The general legal department is deep in different product areas, but only privacy legal is deep in privacy across all PAs
- They work mainly with the product council to give them advice how to give advice to products
- They are coordinating advice across product councils

CONFIDENTIAL
GOOG-RDGZ-00188900

- Part of the reason of creating the PDPO — to harmonize the approaches and to make sure that risk is not passed on from one product team to another
  - Let's create a centralized forum that can be used across the organization so we have a more cohesive view of the risks
- His team has been supporting the evolution of the PDPO
- They are an information conduit across many PAs
- They own the regulatory relationships
- They help the regulators to understand their law, and Google to understand how the laws will impact our future
- Ben Smith, Keith, Eric have been together trying to figure the legal aspects out
- All of it is evolving right now
  - We are still figuring out how to best involve GAP, there is a growing mission for GAP to advocate for Google

# Redacted - Privilege

CONFIDENTIAL

GOOG-RDGZ-00188901



CONFIDENTIAL

PX-006.0035 of 0074

GOOG-RDGZ-00188902



**Redacted - Privilege**

CONFIDENTIAL    GOOG-RDGZ-00188903

# Redacted - Privilege

**Redacted - Privilege**

## joshst@ interview 2020-08-12

PN team: heftluthy@, kallebu@
Note taker: kallebu@

What is your role and responsibilities with reg. To privacy?

- PM on the ads privacy team
- Focusing on consent we get for using data for ads
- Giving users a choice how their data is used for ads
- What consent do we collect for email usage
- Increasingly it is also about
- Transparency and control that we provide
- Why this ad, what data caused you this ad
- Who is the advertiser behind this ad
- What controls you can use on the ad
- User level transparency controls, disable ads p13n or changing the settings for ads
- Today the experience has been very reaction oriented, but we really want this to be a conversation with the user
- Teasing out where users are more uncomfortable and engaging with them on this

CONFIDENTIAL

GOOG-RDGZ-00188904

Why is privacy with regards for ads important?

- We strongly believe that ads are beneficial for our users
- Privacy is the foundation on which we can do all of this
- If people don't trust us with the way we do this we couldn't do it

Comment [5]: @heftluthy@google.com @kallebu@google.com did he say why he felt they were beneficial by chance?

Comment [6]: People discovering things they like or they are looking to buy …

Why is transparency and control useful from a user perspective?

- Google is often held to higher standards because of our size
- Users have a right to know
- It is a good tool for conversation with regulations and advocates
- The reasons we provide are so high level and abstract that they don't make sense to people
- Our data is often quite good, compared to the competition, this is a differentiation for us, we can show our data

Main privacy challenges

- A lot of times that users would acknowledge are conflated with security
- A lot of people are concerned that their account is going to be hacked
- What if that happens to me with Google who has all that data about me
- Data being used by state actors or personal information being exposed to other people
- In general people also wonder why we need that data to target them
- They are things that people don't normally talk about with friends or strangers, so how can a big company like Google know

Main challenge for Google

- Very active topic of debate
- Google needs to differentiate from all the sketchy actors out there
- People don't believe us that we are not selling their data
- How can we force everyone and collaborate with everyone to make the industry more privacy protecting

Why is privacy concern a problem?

- User retention question
- Regulators and others fine Google if users believe they are mistreated

Opportunity to becoming market leader?

- Google as a platform following privacy best practices.
- Collecting the right consent from people
- Collecting only data we need
- Create ways for users to validate the claims that we make
- Takeout and data deletion, how do I know that this is really deleted
- How do I know that your systems don't bias my experience based on the profile you have on me

- Cleaning up the ecosystem

Main threats for Google?

- Because we are a large incumbent we are a big target for new players like DuckDuckGo
- If we really had a data minimization practice we could erode their claims
- People that are constantly pointing to us as the people who are not caring about privacy like Apple and Firefox
- How can we get ahead of them, and anticipate their actions which is not anti competitive
- We could do quite a bit, but we would be accused to use our power
- Double blind could be a thing

> **Comment [7]:** @heftluthy@google.com @kallebu@google.com sorry what is this?Like double blind trial studies?
>
> **Comment [8]:** I think he was referring to his but for all users: go/what-is-double-blind

How do you see standards and the industry to evolve in the next five years?

- General norms and practices across the industry — a common schema that we can provide in every AD to show what data we use and why the ad is shown etc.
- If there is a common way to display this would go a long way
- My data is very distributed across many vendors
- If there was a case to say that I don't want to see any personalization or any specific interest/conflict across all ads would be a great advancement

Main strength of Google?

- Tremendous resources and talent
- We can draw on that in a way that others can't

What do you think are positions that Google could stake out that might follow on with some of those Google first challenges?

- Very hard, because many benefits we have build over time are problematic from a privacy perspective
- All of those things don't lend themselves to limited closed down systems
- On device first is the initial reaction — it is in conflict with many of the innovations we have done in the past
- You are distributing information to peoples devices
- It is more limiting in terms of quality of data we have and can produce
- To allow the user to have a consistent experience across devices
- A triangle cannot also be a circle
- Privacy first is very squishy

Where do you think about privacy reg. Personalization and where do you think about measurement?

- We often think about parallels in the physical world.
- When it comes to measurement, taking things from the physical world into the digital world seems uncomfortable
- We have personalized moments all the time in the real world but they are creeper in the digital world

CONFIDENTIAL

GOOG-RDGZ-00188906

- Measurement: We would like to show that we influenced the user over time because we can show that someone has seen an ad several times
- We can change the technology we use, but we need a common identifier
- We are trying to preserve some measurement scenarios, but they are not privacy improving
- We are verifying people's age and gender with Facebook data to show that we shown the ads to specific audiences
- We should find ways to do measurement in a way that we don't need consent
- I don't think people will consent to measurement because they feel that they are giving something up without anything in return
- The value they are getting is so intellectually distant that it is really hard for them to understand
- A lot of the value is for the advertiser not for the user

What would it look like to not need consent?

- This is part of the **privacy preserving** Chrome work
- **Newton project**
- **The person's personal data would not be accessible to the advertiser, it would be anonymized so it would comply with GDPR**
- It might not impact user's trust, but will get us out of having to ask for consent
- Measurement needs are essential across all of our media
- Content is very different for every person that makes it very difficult to measure
- If we couldn't measure in a good way, advertisers couldn't know if search or other media would be better
- We can prove that you get better value on your ads spending
- Before internet ads measurement doesn't work on the internet

What do you think the vision needs to accomplish to be successful?

- It needs to have some way for monetization of our services
- It needs to have a way to fund all the things we do at Google
- That is the ground floor
- How do we do that while preserving the interests of our partners in our ecosystem?
  - Advertisers, brands, publishers

Do you have thoughts on ads as an organization what people want to see? What should we keep in mind?

- Privacy is not the priority for most people in ads
- Purely opportunistic refactoring of our services doesn't go anyway
- Traction is most often come from threats and issues, like regulatory
- Or we want to exploit some new opportunity
- Perhaps the initiative can align with something like that
- Otherwise we have to get the leadership to push it through

- Everything that we have build up over time was to fix some problem
- If we can build a better mousetrap everyone will go with that

CONFIDENTIAL
GOOG-RDGZ-00188907

- Most of the systems we built up in an assumption that people don't want to tell us things
- If people would tell us what they are interested in or what they did we could work with that
- Coming from ads I have a hard time seeing that a pro-active user engagement would have enough significance, unless we are replacing amazon

# yooki@ interview 2020-08-12

PN team: heftluthy@, kallebu@
Note taker: kallebu@

What is your role at Google with respect to privacy?

- Because I am on the biz ops team I have no day job when it comes to privacy, my work is completely project based
- But because I am working with Anni, and have been working with her for my time
- I worked a bit with Vinay and Rachel on privacy policies
- What I am focusing now is some work with Megan on privacy governance
- As well as the privacy principles work Rahul asked us for
- As well as leadership structure
- We are the catalyst to accelerate work that need to happen
- I don't come in with an agenda, I am here to help advance other people's agendas

What is the type of work that biz ops catalyses with respect to privacy?

- In the end what I am trying to be most helpful with is to structure and align on what the underlying priorities are so we can move forward faster
- In the world of privacy things are intermingled and multi facesseted it is particularly important
- PDPO/privacy is a place which is the most collaborative, but also one in which roles are less clearly defined
- The organization is not designed for people to play dictator, which makes it hard to move fast and break things

What are the main privacy challenges for people?

- Privacy is just too hard. There is no way users will truly understand what is happening, but it is vitally important to users.
- So what do you do?

Why is it important to users?

- Privacy is more downside management than upside management
- Privacy is the management layer for a full bucket of risks both in the real world and in the digital world and the lines have blurred enormously.

CONFIDENTIAL

GOOG-RDGZ-00188908

- There are shadowy mysterious dangerous entities out there. Privacy is the shield against all of those things.

What are the main opportunities for Google?

- The opportunity for us is to figure out how to fix this problem
- Nobody has a clear positive mental model how privacy is supposed to work
- We are as well positioned as any to define this for users
- Mental model of digital privacy for users, not for Google
- Ideally it is not this company is good and this company is bad
- There is too much that bleeds across companies
- No matter if this mental model is based in products or brand, legal regime or regulation
- You can put your faith into an experiential thing
- The downside risk is that we are forever in a necessary evil (ads)
- Users need the heuristics

What is the heuristic now?

- All these companies are collecting my data, they are selling it to others, and because there are bad companies out there who are dangerous to me.

What are the main threats?

- 1. If we land in a world in which heuristics are brand driven. People think that is Apple, but they are not. DuckDuckGo, bing etc.
- 2. Over reliance on regulatory requirements, this will stifle innovation, it will not only hurt the company, but also society. If we can't come up with the right heuristic that is pleasing to users, and gives regulators the option to save their face, we will be bullied into it.

# Redacted - Privilege

Should we think of KOFs as intense users? Do you think it is different to solve for KOFs and users? Different problems?

- The long term outcome that is right for KOFs is the right outcome for users. The KOFs are there for the user, and the user allows them to be because they are. That should be the final situation.
- I like to think that the right (do the right thing) is that the answer that we come up with is the right answer for the user and meets the needs of the KOFs.
- A user centric strategy that has tactical things attached for the KOFs

How much do we actually worry about user sentiment and usage?

- In the short term I don't worry too much
- In the long term user adoption of our products is a bad indicator

CONFIDENTIAL

GOOG-RDGZ-00188909

- At least for existing products, for new products it is easier to say
- It is not clear that the adoption of in home products was hurt in the short term
- Privacy will be felt as a long term problem not a short term problem
- Which makes it very difficult to invest into privacy — because of ROI

What are our main weaknesses in respect to privacy?

- 1. The complexity problem. It is not that we are simple and the user doesn't get it. We are complex under the hood and on the surface
- Our data infrastructure is not designed for privacy
- There are core stakeholders at the company who think that it is impossible, or too hard to do and therefore not worth it
- Even if we had the ideal mental model, we don't have a path to get there
- We have many teams trying to individually solve for the issue
- 2. We don't understand our users
- Everytime we run these studies we learn that users don't get us and we don't know what to do
- Our level of understanding of the user is knowing what they don't like, but we don't really understand what they want
- 3. We don't know how to measure success for privacy
- As a result we can't make the investment case
- It is really hard because privacy needs massive investment
- It requires to reengineer of complete products for the sake of privacy not anything else
- I would love to find the next
- Related to this is the macro environment we are in
- We don't grow extensively anymore, we are growing incrementally
- We are in a macro environment that is exacerbate the situation
- We will have to ask to solve for privacy probably with less

Why is Google as complex as it is?

- Complexity is a function of our history and our philosophy in the past
- Complexity is written into our vision, organize the world's information
- Strength, we have been better than other companies to think about this problem, but we have done it in our way
- We are very thoughtful about what we get into the bucket and less about what comes out of the bucket
- Mixing everything in the bucket makes things happen
- The number of things we did to get to one google was large
- We were willing to make that investment in the name of innovation
- The main control in the past was what goes into the bucket, not what goes out
- Complexity is our mindset and self-confidence

Main strength Google has with respect to privacy?

- Biggest strength: We have done the right things. We might not have done it in exactly the right way.
- We don't have skeletons in the closet
- We are not clearview AI, we are not even Facebook

CONFIDENTIAL
GOOG-RDGZ-00188910

- It is not our thinking being fastly wrong, it is a question of priority
- We are not in a terrible place to start with
- We are piloting an oil tanker here, but the problem is not that the cargo is full of toxics
- It sounds like a bad strength to have, but if we would have to fix this, we had a very different situation

What does the vision need to accomplish to be successful?

- To the point earlier reg. Investment case.
- It needs to be compelling not only to our privacy community, but to our tech team
- It needs to be something that makes great strikes for their products
- The fact that it is a privacy strike doesn't really matter
- It needs to get to the top of their priority list, not because they have a privacy problem, but because it is so good
- Or it needs to be very compelling to our leadership
- This isn't a reassure or incognito, this needs to be seriously be exciting for people to get behind

What would make something like that awesome?

- Just riffing: One thing that got a certain class of people excited was the under the hood awesome technology, very sophisticated
- That speaks to a certain group of people in the Google tech community
- The problem is that part of it that makes it exciting is that it is not clear if it is the right direction
- Product teams were excited about the magical pixy dust of AI that I can sprinkle on my product
- Maybe there is something like that for frontend
- Maybe it is similar to our redesign of the front ends that we did
- There are many teams that see it as drudgery
- Competitiveness always motivates people
- How do you out Apple Apple, that could be a good motivator and driver
- It gets back to the mental model
- The challenge like with incognito is that it is just a tool in the existing mental model
- What would be motivating would be if we say this is how we want users to think of us
- This will make us all feel better of working here
- It is not privacy for privacy sake
- Not privacy for regulators
- Not giving another control to users
- It is about changing mental models and how the company works internally and externally

What would be a good heuristic

- I haven't figured it out, one that is compatible with our model
- Brand: Trust us we are a brand that you can trust
- Google as a safe place for you data
- I don't know what that does to our ecosystem and our display ads business

CONFIDENTIAL
GOOG-RDGZ-00188911

- How do you want to power this system and keep users safe
- Help us to confidently say that we can make money without using people's data
- And KOFs confidently say that they believe us
- For the Google as a fortress model you need to have to have a display ads
- We have to fix the ecosystem and then you can see how you play in it

What is Google's business model?

- We have multiple business models
- Our core BM is search advertising, primarily contextual ads.
- By size contextual search advertising
- The key thing is that contextual search advertising is only enabled by sitting on top of a search offering, and that becomes more valuable in linkage with our other products
- Our consumer business model is and will always remain that we make great products and get people to use them and make money with them appropriately
- Search depends on a healthy web ecosystem, and the way the web is financed is display advertisement
- Leaving the display advertisement in an unhealthy state is not an option
- We wanted to have an open web ecosystem
- We don't have the same leverage on the ecosystem as Apple has to move the ecosystem

## ianalexander@ interview 2020-08-11

PN team: heftluthy@, kallebu@
Note taker: kallebu@

Note: Ian is a PM at YT

What is your role and responsibilities in respect to privacy at Google

- YT privacy lead
- Privacy related products
- Privacy related infrastructure
- Making sure that people's expectations are met when it comes to privacy
- Privacy products is at the forefront, but fits nicely with the infrastructure
- Privacy program is the last line of defence, launch reviews for products that are going out
- The three work together to build the privacy experience across YT

CONFIDENTIAL
GOOG-RDGZ-00188912

What does a great privacy experience across YT mean?

- Being transparent of how the products work and giving people control over how the products should work
- More and more we need to give people choice
- So we have discussions about giving people tools within the product to make choices how the product works for them

What are user threat models that you consider?

- Evergreen is watch history
- It is a very particular piece of data we have from the user
- How do we make sure that we use watch history in a way that users understand and provides value to them
- How do we make sure that we give people the right choices
- Watch history is crazy critical, and then search history

What is your approach to privacy regarding the different users?

- Viewers and creators
- Today there are two these very distinct personas
- Privacy principles are the same
- For creators there is the additional context of their channel and their content
- We treat that just as importantly as watch history
- General observation is that it is changing who is a watcher and who is a creator. With new short form video products the line between viewers and creators to blur. We will have a lot of people who are creating on a more casual basis
- This is a big departure from where we are today

What are the general privacy issues for people?

- I think for YT specifically there is an enormous challenge to balance the privacy for users on YT and the larger tech landscape and how creators monetize.
- How do we balance the larger privacy landscape with the business model
- People want stronger defaults and control reg. Their ads experience
- Apple's changes will have a lot of impact on the way creators make money
- That balancing will be more and more part of the conversation, and the topic is evolving very quickly. This is not a straightforward balancing act.

What are the main privacy challenges for Google?

- User sentiment of how personal information is used for ads. That is the biggest issue by far.

What do you think our opportunities are to become a market leader with respect to privacy?

- One of the things that will become more important in the next years is policy and regulation.
- I think we have been always catching up, and we have an opportunity to get ahead of it.

CONFIDENTIAL

GOOG-RDGZ-00188913

- Apple is doing things a year earlier than us even thinking about it.
- We should be leading in the industry, not follow Apple on their moves
- The policy and regulatory side of things has been light in the last years and will heat up in the coming years

What do you think the vision needs to accomplish to be successful? How

- I wish there was a more clear way to show people how these things work and what the impact on people's user experience is.
- When people delete their watch history the number one complaint by far is that we show people the same video again and again.
- This is something that we have struggled with in the past.
- If we can have a somewhat tangible conversation with users when you use those controls that would resolve this issue.

Will we still have bundled YT watch history

- More fine grained controls would work, but we might have a harder time to explain to users why and how they work.

# othar@ interview 2020-08-11

PN team: heftluthy@, kallebu@
Note taker: kallebu@

How would you describe your role and responsibilities with regards to privacy at Google?

- I am running the product team
- The PMs in PDPO
- I am new to this type of role
- I am by definition an engineer

How do you see managing the team in the context of Google.

- There are several things I try to do, help people on my team to succeed
- I have very little attachment to any particular idea
- I think that is why Google moves so slow, is because people are too attached to their ideas.
- Time spend working is in short supply — where I am in my career

- PN is a good use of time, because we should spend time on being more challenging to get people to move forward
- As we are getting more and more levels of hierarchy, it is not that good of an idea to have a different strategy at every level of the organization. We need to align on one and execute on it
- People at Google are passive aggressive to buy into any strategy

What do you see as the role of the PDPO product team with respect to privacy?

- There are a lot of teams in Google who are building products and make decisions on how to deliver privacy
- We own some products and some surfaces
- A lot of the action is in Google's key products, and we need to convince them of the needed change
- In most PAs privacy is not the primary attention, the best job to work on, it is an afterthought, a tax
- So many decision makers at Google are product managers or execs.
- Translating to our peers is super important, getting them to be more zealous

What do you see as the main privacy challenges users face today?

- There is a whole set of them.
- I think we want to think of it as one simple thing. Like peace of mind.
- Maybe it is a good encapsulation of the overall challenge, but peace of mind is a lot of things
  - People not worried about what we do with their data
  - People not worried about what we give to 3rd parties
- In other parts of the world there is literally physical safety and other concerns that I don't have
- I don't think we do a particularly good job at any of them
- We are not explaining it good to people so they don't have to worry
- They e.g. don't understand how we make money and how much money we make from each consumer

Why is it that why not knowing how Google makes money is a privacy concern?

- It is partially because it get conflated into the public debate about Google making too much money
- Being able to understand what is going on is part of peace of mind, because not understanding is basically assuming we are not having your best interest at mind
- When the normal congressman talks about privacy, they actually are talking about power and economical power, not really about privacy.

What do you see as the main privacy challenge that Google is facing today?

- Not in order
- We assume the user would trust us and we would get all the data in the account with one privacy policy.

CONFIDENTIAL
GOOG-RDGZ-00188915

- It turned out that this doesn't work and with GDPR it is not acceptable even
- At Google we still seem to believe in that fantasy that users agreed to this.
- We are bolting in onto the type of company that we have
- One example are all the controls we have that have horrible names and don't mean anything to anyone, not even within the company
- We are holding on to the past. It is due time that we question this
- We have infrastructure that doesn't do it right
- There is no infrastructure to automate it
- We don't have clear principles, we don't give teams clear advice
- We don't give people a recipe for solving their problem
- There is all this diversity how people design for privacy
- On the UX side we had this issue as well, something like material design is like the cook book with some recipes.
- We have some of this privacy, but it is not nearly evolved enough
- With privacynative we should have a more opinionated stands around how we should go about privacy
- I got zero tracktion on this complain
    - We told every team at Google to try to make money
    - Often the way for these teams to make money is to use data in some dubious way
    - If we would realize as stakeholders that the amount of money we make in products is so little it is not worth the risks
    - Is it really worth the amount of money to make people wonder what we do with their data
    - It is the incentives we have at Google

If Google is building on a foundation that isn't strong, what is the issue?

- We are continuously surprised at Google that the rules of the game are changing around us.
- We didn't spend the last five or seven years changing our approach to unauth. It is pathetic
- We are not realizing that the rules of the game are changing always
- If we are caught flat footed we have an issue
- The way we do engineering at Google is by assuming that we control everything and that nothing will change
- We do zero effort to deal with unpredictability
- Footprints itself is a good example of a system that is easier to change
- We didn't take regulation seriously

Why do you think Google has developed in a fragmented way?

- We want to encourage innovation and give people a lot of freedom
- Maybe we go a bit too far in terms of freedom
- We could easily force alignment
- But we really value autonomy
- There are a few presidents at Google, which is a sign that we want people to be autonomous
- But in privacy it is kind of hard to let people do what they want to do

- The harm is that people think they can do whatever they want, but this doesn't work well for a regulated problem, it works well for product development
- We are pretty grumpy about it and in denial about it (regulation)
- If you want to work in a bank you have to get a license to work in a bank, and if you screw up you lose your license
- But we really resist the idea that anyone can tell us what to do
- The meta requirement for engineers is that things are changing
- Rahul: He is trying to push back against legal to not be too conservative
- I am sure that this is happening across the company — lawyers telling us that something is unwise to do, and then we ask how unwise is it?

What do you think the vision needs to accomplish to be successful?

- It needs to inspire people in the PDPO and across the company
- It has to be through the needle of an interesting challenge we can rise to, something that does something good to the user, something that the user can actually do
- Something real life that they are doing and tangible
- Rather a few key examples in a few key products
- They should be ambitious, it should not be obvious
- To recruit good people into your team you need to have interesting things to offer
- The examples you have need to be ambitious so you get the people who want to work on ambitious projects

Do you have advice or things we need to consider to make sure we are building something that has alignment across the company? Tactical or the things the output needs to have.

- Having allies across the company who care about this issue is important
- You need to bring them along and make them part of the process
- Specially PMs and UX, because those groups are smaller than Eng
- Involve your allies into the process and make them co-authors of the plan
- It has to be a bit controversial, and you need to take the stand on it
- We need to come up with concrete examples of how PrivacyNative will be realized
- We need to give people tangible examples to make them react to it
- There needs to be some change that they need to ponder and resist, otherwise it will not have any impact on their thinking
- Assistant comes to mind which is complicated in many ways, maybe we should take a stance that assistant is not just another product, but a way that people choose to engage with Google. Maybe it is more of a layer vs. a product
- Another controversial thing
  - If it could cut our privacy statements in half, if we get out of some businesses
- Favorite example from PAC
  - Car insurance ads based on location
  - It is not worth the cost the risk from a privacy
- Stop doing a few things

Success for this project

GOOG-RDGZ-00188917

- If you can inspire the PDPO to some vision to work towards
- Use it as a recruiting tool, people want to join PDPO to join PrivacyNative TM
- We should be more like Berni Sanders, less like Joe Biden

# shammond@ first sync 2020-08-06

PN team: heftluthy@, kallebu@
Note taker: kallebu@

Sam: What would you describe your role with respect to privacy at Google?

- I am responsible for the privacy user experience design at Google
- Of course us being a slime mold I am not in control of all of it, but I am ultimately responsible for the quality of the experience
- Conceptually users don't think about our products as silos, but as a holistic experience
- Many users use more than one product
- We need to establish consistency when it comes to the privacy experience because of people using multiple products
- But also from a regulator perspective
- There is a bar from privacy truths that we have to meet e.g. contextualizing privacy depending on the product (functionality)

Sam: Other than regulatory pressure, why does it matter that Google's privacy experience is consistent.

- We know privacy is a core user need
- Privacy is a key driver of user trust
- We need to have more research to understand how it influences retention
- There is a line between privacy and business success
- It is important from an ethical POV to have a good experience from a privacy perspective
- We know that some users have significant security and privacy challenges
- We have to do right by our users when it comes to privacy
- I can't pin it on the morality

Sam: Does it matter that it happens in the same way across produces, or is it OK to happen in different ways?

- Consistency is important, because privacy is extremely hard to understand

CONFIDENTIAL

GOOG-RDGZ-00188918

- We need to simplify
- We need to simplify it for the industry
- It pissed me off that Apple came out with the nutrients thing and not us
- The banks came up with a privacy survey and that is now a standard in the banking world

Sam: What do you see as the main privacy challenges for users today?

- Privacy is a very complex topic, and user's mental models have not evolved as fast as technology has, there are so many new inputs of data that didn't exist before.
- For everybody it is the explosion of complexity
- We live our lives in more digital ways than ever before

Sam: What is the main privacy challenge that Google is facing today?

- Lack of trust
- Users don't know what is happening under the hood — users can't verify, this makes it a particularly difficult challenge
- This makes user understanding and confidence very difficult
- Also because of our business model which is not clear to the user and they just expect their data to be shared and sold
- We know fear is lack of control and data being shared with 3rd parties

Sam: How would you describe Google business model?

- Interesting. My gut reaction, and when talking to people, they would say that Google is selling ads.
- It is great that we are diversifying
- You could say technology company, it is hard to say, because we are in so many different industries
- I don't have a good answer, I need to think about it

Sam: What do you think are the largest opportunities and threats in the next five years?

- Almost everything will be both an opportunity and a threat.
- I expect people's lives to merge digital and physical more, which can make people's lives more efficient, but also privacy will become more important
- KC has created some concepts for shared devices and how the interaction will look like
- There are a lot of things that could be better, smart shared devices are part of that, but also ambient computing, there is a lot of positive in them but also a lot of areas in which we have to figure out how that works for users
- I worry a lot about bad actors, they become better and better everyday, hackers, government, our own government, the more data streams you have, the more vectors you have for abuse
- Biometric becomes a thing, again tons of positive and opportunities for abuse
- Antitrust is something that will have a big impact for us in the next years

Sam: What does the vision need to accomplish to be successful?

CONFIDENTIAL
GOOG-RDGZ-00188919

- We need to work from the privacy principles work
- We need to define the experience principles
- Some sort of visualization of what the future will be
- It doesn't need to be pixel perfect, but it needs to help people to envision
- We need an articulation of what should happen over the next five years — a roadmap
- We have to have a confidence that we can do the change
- What is our change narrative?

**Highlights**

- Why it matters centrally
- Not necessarily new information, but maybe new quotes regarding PDPO perspective
- **Business model: Ads vs. personalized ads**
- Sarah thinks that users already understand the systemic value of Google as an ecosystem

## brodgz@ first sync 2020-08-05

PN team: mimosal@, heftluthy@, kallebu@
Note taker: mimosal@

What is your role and responsibilities in respect to Google

- UX lead manager of the ads privacy experience. The vision of that role is to strengthen the vision, find opportunities to desentize when users find moments they didn't like, provide T&C, and make a branded experience

What is an ads privacy and safety product?

- When a user is experiencing an ad online that they don't care for, to ensure we give them tools to share their feelings. Another is to be transparent with our users that our business model is through ads, and that we believe personalization can be helpful and we create consent so that you can more clearly understand opt in and opt out within the google experience. Also we partner with search so that users have better context in what they are seeing and protect them from bad actors. Also a big effort to make sure Google is aligned with the rest of the industry around personalization in a world where 3rd party cookies aren't there anymore. It is important to work closely with the rest of the industry.

How do you think about temporal moments in regards to your work? Is it typical in how you have experienced other areas of your work?

- It is specifically what we do. We are working on efforts to work on brand ads trust. Id if users are triggered and angry or just curious.  What kind of human would they want someone to walk them through the experience. In a bad ad experience do they want a doctor, a lawyer, a congressperson to walk them through that moment.  Creating a way to give users the right information to give users this information. Goal is to prioritize this over the next year.

What would you describe your role in respect to this project?

- I don't know what I can contribute to this yet, because it is still growing. I can champion the moments in context of ads experiences. I also can ask a lot of questions and learn a lot from the teams around these moments because the challenge of privacy is very nuanced everywhere. Finding out from other teams what they found to be beneficial for users at google.

What do you see as the main privacy challenges?

- They (users) don't understand what is going on, and nobody is talking to them about it. They are being talked at. How do you trust someone who talks at you but don't show you what is in their heart?  They need to be equal stakeholders.  They don't understand what is going on. How do you fight the perception of what advertising is? It changes so drastically across different spaces. It is nebulas.  But because everyone is afraid to step forward, what a great opportunity to be the first one for us to step up and forward.

If users were able to have the same level of awareness as a Googler working on this, do you think that they would like it?

- It is funny because they don't understand it but they also don't want to understand it. They want to apply trust because that is an important part of the human experience. They want to be able to ask questions and get answers. Quote: you can't trust someone who doesn't trust you. There is an opportunity to create tools where users are not trusting us. Breonna - will share research on this.

CONFIDENTIAL

GOOG-RDGZ-00188921

As group that exists to make money, what are the main privacy challenges that google faces today?

- Making a narrative. We are afraid to own a narrative because these are billion dollar decisions. If we decided to make the right decision - we would do it. The challenge is to come out and say that we are going to do that. It is a bravery movement for us. Making the move to commitment to it. Also I don't think anyone else in the landscape will put out their neck that way. Apple did a great job of trying to snatch the privacy narrative up front. But there were reasons behind it that we all saw.

Looking into the next 5 years what are the main opportunities for Google to be a market leader in privacy?

- Narrative would be great. When we own the narrative we are freed up. If we can get on our front foot and own it, we don't have to be reactive. Set the narrative and create the right tools. Nailing our narrative will allow us to get on our front foot. Then we need to immediately start making tools like nobody ever has for our users. THen we have a stronger future. We should be a ride or die for our users.

What do you think in the next five years will be core threats to Google and privacy?

- Everyone has been in responsive mode. It is like putting a child on punishment. If you do this for too long when they get free they will wild out. The tighter the industry is held, the more moves they will make to make sure their business is sustainable. It's bad because community is what will make us all stronger. Google wants to make that community but it will be harder to do the more companies stop working together and work in isolation or reactively to regulatory pressure. And after that users might not trust us with anything.

What are product offerings or statements at company level that would make your role to deliver a better privacy experience?

- Google to highlight what their position is with their narrative. What do we want people to know, what do we want to say? If we can shift our focus and the priority the products that we would make would probably be drastically different. There is a difference between us saying - we do not sell your data vs ew nooo we do notttt do that. I need the permission to say that latter because it becomes personal for the user rather than corporate speak.

Articulation & Transformation - What do you think is needed for this to be successful

CONFIDENTIAL
GOOG-RDGZ-00188922

- Being inclusive. It is so nuanced so having different perspectives is important. I do not have an equable view on how our users need privacy. One of the things that I noticed was that in a lot of the Black and Latina publications they don't talk about this.  So when you look at this, where will these people be?  Brad Parscale - trump's ex campaign manager - he talked about the Tulsa rally and called it a data haul.  I then read the privacy policy. You can see where there are some moments of friendly voice, and then parts where he says data can be used any way they see fit. That led to trying to find out how Brad made money off the rallys (per a comment from trump) which led down a deep hole. But there are so many people that aren't aware of this.  And now this is just in the US and I don't have a global view on this. We design how eng and legal tells us to, but to get on a front foot, we have the opportunity to shift this and gain more trust with users.

Part of our job is to find a story that makes sense. But of course that has to have affects across the company. How can we develop a vision that can be adopted a level that gives you room to make the decisions you mentioned?>

- Making sure research is equitable as possible. Having a shared perspective across google with a more global perspective across the company is important. TO know how our narrative impacts their narrative. Maybe a much more shared ux pattern for consent moments. And of course Narrative needed

Do you have thoughts on how Ads as an org operate that we might not be aware of as we are doing this work?

- Josh can give a better answer on this. But one of the things that is painful. Perf is such a problem, because people focus on this project or that project, and focus on what is going to get them the better perf because all the "All" energy gets sucked out and it becomes the "me" or "I" energy. The more stakeholders you bring in the hard it becomes to concretely establish a view.

[Kalle] Narrative - If we could tell people what we are doing that would be great (so that they would like it) but on the other side maybe we shouldn't tell them exactly we are doing?

- Right what business tells you everything they are doing. But think about postits - they don't tell me everything but they say I'm in the business of making post its and it is clear. Google has yet to do that.  We don't say we are an ads business.  We don't have to throw open the kitchen sync and say look at all the things under it, but we can say this is what we do and we make things with that and then own that.

     GOOG-RDGZ-00188923

Do you think this is a new narrative? Or do you think it is invoking the old narrative? Sundar talked about it in the hearing (we want to do the best for the user).

- Every brand has to remind people in the language of the culture of the moment. That is how you make yourself available to users and build trust. That is how you create inroads. The idea that we care about the users is such a vanilla statement. It doesn't give an answer to anything they are concerned about. Vs yes we power all our free tools with the money from ads and we want to do that together with you.
- Right now ads are core to what we do, but only right now. And it isn't the intention of our business. We power this mission by ads. It doesn't mean that has to be how we do it in the future. When people are asking if we should or should have this and measure impact to the business - there are other options for how to pivot and move forward. But we are actively looking for other ways of moving forward.
- Do they don't hinder us from telling the right narrative. We just are still new at this and it has to be with and.

# micahlaaker@ Stakeholder interview 2020-08-05

PN team: heftluthy@, kallebu@
Note taker: heftluthy@

- Kalle: What is your role and responsibility wrt privacy at Google

  - My responsibility as a shareholder and employee is making sure that the company I work at acts resp. For the users it serves
  - What's my official role? Legacy vestige on it
  - Over time I don't think I will have a role, right now it's tapping into past knowledge, time to push on pieces I care on or discover
  - Unless someone explicitly invites me to the group!

- Kalle: what could your role in this project, what would you like it to be

  - At best it would be influence - on particular areas
  - My passion for all the stuff we do is moving from philosophy/compliance to things users see and help them understand a system

CONFIDENTIAL
GOOG-RDGZ-00188924

- - My push will probably be on that and random things that come to mind

- Kalle: What are main challenges for Google?

  - Users don't know what google is. That's #1 that could take years in solving
  - If you have an understanding of Google, the biggest threats to privacy are us inflicting our own wounds
  - Getting the company better connected to user sentiment
  - We still have so much of our product philosophy around the opportunism and idealism of the valley not connected to user needs
  - As we keep doing opportunities that don't feel practical to users, it will feel as if there is some secret effort behind the scenes to grab data
  - If there's no way to scale solutions, s.t. Users see it as a drumbeat in product, you won't cover enough people to make it real. If it doesn't scale it's not going to be real to more than 10-20% of 28DAU

- Kalle: What is holding us back from having central solutions

  - Company has grown away from being a central, cannot know what it is as a collective organism
  - It's that fungal forest in Oregon, it's technically one living creature but people don't know that because they only see one tree here and there

- Kalle: What privacy challenges are users facing today?

  - Technology has outgrown humans' comprehension for being able to understand it
  - There's no chance we're going to get users to understand how the system is working
  - Getting people to understand it and be comfortable with it, when they can't understand iframes
  - Probably your biggest threat as we try to do more and more as the gap increases
  - Folklore and other models will come into mind as we try to explain what happens
  - Biggest challenge is that things are happening and they don't know why
  - I don't see any serious efforts to help bring people along
  - We haven't done a good job for Googlers
  - When we were designing the challenge engine for Authentication
  - We can't map out what the cases are
  - Well here's the inputs, the system will be able to map out the cases
  - I can't even get a group of people with CS degrees to be able to explain to each other, I don't know how I can explain to my brother-in-law

- Kalle: Looking at the next five years to come, what are the opportunities for us given these challenges to become a leader wrt privacy

  - Will have nothing to do with privacy - you have to make products that solve peoples' problems.
  - People will deal with all sorts of privacy issues - there will be all sorts of privacy/security focused companies

- ○ But you need to focus on making products that people care about
- ○ First and foremost will be - does the underlying thing more amazingly solve the problem
- ○ People are still giving up their info for a 50c coupon!
- ○ It's something we positively have to do, but it's not going to be The sexy feature
- ○ I don't think that's the view - it's around HOW these things connect in product solving actual user needs

- Kalle: We are in an industry where privacy is being talked about as a differentiator. That potentially as a threat to Google. Do you see that as a threat and if so, what are the threats you see coming to us in the next years that we need to be prepared for?

  - ○ I think the fact that we can't explain what we have on you to users is probably our biggest challenge there
  - ○ I'm not convinced that transparency and control is the key to success
  - ○ I've seen it used so bluntly and so uninteresting
  - ○ If I can't show you what I have -
  - ○ I don't have the faintest idea of what Google has on me
  - ○ MyActivity is a couple XML logs
  - ○ If I do Takeout that's a bunch of JSON files
  - ○ If you're recording Barometric pressure and other data with LH - I can't see it!
  - ○ If I can't see it I don't know what I should be worried about
  - ○ It makes Maven and Health work particularly scary
  - ○ Not being able to have agency over what you do with my data
  - ○ Reservations and purchases thing is the types of stuff we do wrong
  - ○ Just set a reminder to do a search in Gmail and delete it!! Doesn't feel like respect, doesn't feel like I actually own my data
  - ○ JD Power and associates etc help me make an informed decision
  - ○ If 3 panels of experts say my car is safer than yours I know it will keep me safe
  - ○ We don't have that online - keep saying "trust us we'll keep you safe!
  - ○ People don't self-police well

- What are the opportunities for us to actually step up, here

  - ○ It's more that there are expert audits
  - ○ I don't think this is THE solution, but for example, if we had things like Reassure in spirit
  - ○ If you could show when data is being used. If you had a place to find not just in three apps
  - ○ The story has to hold up in a bar when you're kind of tanked talking about it
  - ○ If you could see your controls holding up there you could say "oh it's kind of true"
  - ○ I can't say that about Privacy for any of our apps
  - ○ I can't say that you can get to the controls that matter for the apps you use
  - ○ I can't say that between two things like Android and Chrome
  - ○ The bar thing is about taking someone's ability to talk technically - that's the slurred speech
  - ○ That's the ridiculous set of low-hanging fruit
  - ○ It's not done one at a time, it's done holistically
  - ○ I like the idea of Reassure where if it was nothing but Location Data

CONFIDENTIAL

GOOG-RDGZ-00188926

- o  If we could say every time Google uses location data we're gonna tell you, great
- o  I think location is one of the most terrifying ones for users. Gets to the physical threat more than anything
- o  Tracking everywhere I go and serving that to agencies
- o  Health will start getting into that territory as well
- o  Might beg the question whether that data gets out
- o  Personal safety, health, bankruptcy
- o  We're focused more on that attention log - what you're watching in search, what you're watching in YouTube
- o  The threat of location is more visceral.
- o  I don't know how I will be hurt but it just is annoying. Find the things that are deeply scary and double down on those

- ● Kalle: Is that an input or an output issue - us collecting data or what we do with

  - o  Most of us end up with LH because you wanted a feature that works. I didn't want to type in my address on the Best Buy locator or whatever
  - o  In the process of Best Buy getting my location, then Google gets my location
  - o  I'm only thinking of the thing I'm looking at, I'm not thinking of the hydra underneath

- ● Kalle: What do you think - one of the main deliverables is a vision painted illustrated for how that future user experience looks like. What will be important for that vision to be successful within Google?

  - o  I think there's probably 2 or 3 different things
  - o  You have to have an assistant and ambient story that is going to connect to hardware inhome
  - o  It's not going to look like things that are going to come out of normal PDPO UXers
  - o  It's voice and shared-screen devices
  - o  I would add hardware into it - kills me that Apple beat us to the punch for having a light on - Pixel phones and Home Hubs will show you when the video/mic is on
  - o  It needs to be deep into hardware and those shared devices with other people around
  - o  Most of the company isn't going to care about that
  - o  90% of the company would say "that's magical stuff that happens in another PA anyway
  - o  That's where I feel the question about what can you do to scale that comes in
  - o  The other thing that would probably make it feel realer would be if you actually described how product teams will actively be involved in
  - o  What's the path where those people are in the room with you
  - o  People are there presenting it with you and THEY see that they are into this
  - o  When we're representing that teams are excited
  - o  I really want to hear them speak
  - o  I can tell you the history from shared operators within User
  - o  I haven't seen a lot of real collaborative design development
  - o  I see sprints which are focused on a sprint / feature thing
  - o  I see very high-minded sharing sessions

CONFIDENTIAL

GOOG-RDGZ-00188927

- ○ I don't feel like I've seen collaborative development in the way that you're going to want to lead
  - ○ The thing I would challenge you as someone coming from the outside - the system would charge to to solve this through how Google usually solves this
  - ○ It would be useful to see how we can solve this in a way that gets people to get their hands dirty
  - ○ Last thing to add on - at all points you're going to have to give people the multiple time horizons. They're working on multiple phases
  - ○ When you do that collaborative session on what's that in-product thing in privacy they need to see the six-month view AND the two-year view
  - ○ It's so easy to feel like the only thing that matters is THIS thing, but privacy won't be won with one feature or release
  - ○ No one thing we do will convince consumers "oh, Google gets it." You need to remind people that they are but one piece in this long orchestration
  - ○ Help people see how it connects.

- ● Micah - one more thing

  - ○ The other thing for how we operate and how you have success
  - ○ There's often pressure to solve for user needs
  - ○ It misses the reality of how things get done and the pressure of some of how these companies operate
  - ○ There's multiple horizons!
  - ○ There's also business need pressures and influencer pressures that have to be talked about separately from user needs and talked about like we're all solving that
  - ○ Just because we are all solving user needs doesn't make some of the external regulation pressures go away
  - ○ In other words the products to solve for taking the pressure off compliance, we don't solve that by just solving for users
  - ○ Similarly, one of the things I tried to have happen on MEGA - help them see the business opportunity behind this. That's a very different thing than the "respect the user" thing. It's basically "respect the team"
  - ○ Team ownership and other things come into play and if you ignore it, that stuff is going to derail
  - ○ If you don't think through what those business pressures are and what the benefit of the scale thing is
  - ○ When you saw Sundar list 2019 rollup for MEGA as Scale. A simpler way for the company to deal with the rollout
  - ○ Everything we do will be wrong and will at least be wrong in two years. Build the business better two years than it is today
  - ○ That's a very real need, but when you talk to folks who are working on product everyone is so focused on "we did research" - if we're talking about something small but the whole company gets the ability to do something at scale

- ● Kalle - us sitting in Core by definition we need to be able to enable Google to be more efficient

CONFIDENTIAL

GOOG-RDGZ-00188928

- ○ If people don't hear it and see it as a holistic effort, people might go back and say "they're wrong about this one thing" and be able to dismiss it
  - ○ The more of these things that we do that help improve the system s.t. Next PrivacyNative/MEGA has a better chance of succeeding and a better path to solving

- Kalle - are we still aligned on the "why"

  - ○ Is it a moment potentially to question Why we are existing in this world in order to argue for
  - ○ ability to learn, haven't found an ability to let users do that at scale
  - ○ That in my mind is the excitement around all of that
  - ○ When you see the things that otherwise have no access
  - ○ That in my mind is amazing, a pretty clear view in my mind
  - ○ For me, that's the motivation
  - ○ Has it evolved and changed? That seems core to what we do. It would be great if we could get rid of all the murk.
  - ○ It's why we've had success with education
  - ○ There's bits and pieces around it
  - ○ I will deal with the shittiness of the web if it means everyone has access to the web

# rahulrc@ Stakeholder interview 2020-08-05

PN team: mimosal@, heftluthy@, kallebu@
Note taker: kallebu@ (additional and better notes from mimosal)

- Rahul is going to share a PDF from the economist with us

  - ○ Google is hitting middle age, Google has to change

- What is your role in respect to privacy at Google

  - ○ I think I see my role primarily at aligning the company behind a long term plan and strategy for privacy
  - ○ I see that we are very fragmented, everyone is doing their own thing
  - ○ Sundar has tried to align people
  - ○ @Sundar you are randomizing people. Sundar: I know that, but how can I do that?
  - ○ Rahul: This is what I try to do, to align the company.

- Sam: What does alignment mean at Google?

  - ○ Rahul: We need to be very crisp about the problem that we need to solve
  - ○ The problem statement has been defined in very different ways, from existential crises to opt in rates.
  - ○ Don't focus on not screwing up
  - ○ Sundar wants to transform the company and get ahead of things

CONFIDENTIAL

GOOG-RDGZ-00188929

- This is a Google speciality: We don't know how to do tradeoffs, we need to be OK with the cost of the solution
- I was this with data retention, everyone thought the sky would fall down, but nothing happened
- Magic eye freaked out
- Lorraine: This was never our data in the first place
- We have a very strong anchoring biased

- Sam: What is your role in regards to the program?

  - It is up to you guys to define
  - I think we are missing a long term strategy
  - I can help to make this happen

- Sam: What do you see as the main privacy challenges that users have today?

  - Lack of understanding to what is happening with all the data that is collected about you
  - Users don't understand how all the data is put together to provide new value
  - Location history is a good example, what we can do with location data is not obvious when people consent to us using location data
  - There was a bargain with tech companies, you give us great technology and we will get ads — this was a pre-mobile contract
  - The contract didn't withstand the time, but we never went back to revisit the contract
  - People care about a fair deal, economic behavior
  - People don't act in a complete rational way with data either
  - People don't feel like they are getting a fair deal for their data
  - If people were the deciders, they wouldn't take the deal, but they are not the deciders

- Sam: What do you see as the main challenges that Google has?

  - I come to believe that privacy is an overused term
  - Mental model: Ultimately our job is to become good steward of user data
  - What does that mean? To be a good steward of user data?
  - We don't know what we don't know. How data is used
  - There are aspects to this that we have to build into our systems to make this real
  - We have gaps in how our system works and what we promise to people
  - We are not taking our responsibility as a steward of user data seriously
  - That is step one, to be good stewards of user data
  - Once we have that then we can

- Sam: Why is it a problem that we are not good stewards?

  - If we don't do this how do get people to trust us with their data
  - If you take a purely business lens on this, what does it actually mean for Google?
  - The costs are always clear the benefits to the user are always nebulous
  - We have to go back to our core value

CONFIDENTIAL

GOOG-RDGZ-00188930

- ○ We have to go back to the basics
- ○ This is what microsoft did according to the economist
- ○ If we don't fix this we will have an issue long term
- ○ People are not convinced of the risk, there is no there there
- ○ CBS tried to exit their tobacco sales business, based on values
  - ■ There was measurable benefits
  - ■ CBS' stock tanked
- ○ We need to really understand the risks and how to measure the benefits
- ○ Facebook and libra is a good example of how trust plays out negatively

- Sam: How would you tell the microsoft story?

  - ○ Chrome hollowed out the microsoft value prop and the core business line
  - ○ They were not a very nimble competitor
  - ○ They recognized that their core strength is to enable business productively
  - ○ They took a user perspective world to help enterprises to run efficiently, regardless of if they use windows or not
  - ○ Find the places where you can add value
  - ○ Google is always looking around and thinks that we have to do everything
  - ○ Shopping is a good case study — what are we doing in shopping?
  - ○ Chrome OS was also one of those
  - ○ We are spreading ourselves very thin
  - ○ What are the things we just have to nail

- Sam: Looking into the next 5 years, what are the opportunities?

  - ○ We ourselves have to internalize that we need to be a good steward of users data
  - ○ Users should never be surprised, there is no fineprint, there is no bad moment later on
  - ○ There will be privacy regulation on a federal level
  - ○ We will be regulated on one or more dimensions
  - ○ The legal team is painting a very dire picture
  - ○ I would like the legal team to help us to change vs. hold us back
  - ○ I expect us to exit our 3rd party ads business, I don't see a path forward there
  - ○ I don't know what will happen with hardware, but there might be something there

- Sam: What are main weaknesses

  - ○ Make the necessary investments to get data governance to a good place
  - ○ Our relationship with other PAs is too tactical, we are tax collectors
  - ○ PDPO needs to step up and become partners for the PAs
  - ○ We are fundamentally constraints with our ads business, and specially our 3rd party ads. Other people have tried, but didn't succeed, I will talk to Sundar about it.
  - ○ Google's business will not be the same in five years.
  - ○ The assistant will be way more prevalent
  - ○ There will be more devices in the home
  - ○ Usage will be different

CONFIDENTIAL
GOOG-RDGZ-00188931

- These can't be separate discussions, I want these to be one story and how privacy is an enabler for future discussions

- Sam: What is the relationship between the assistant and the Google Account as a construct. Gaia, brand and assistant.

  - First: There is no question that gaia is too rigor to handle the assistant, we have been trying to fix gaia but it serve the assistant well
  - Figuring out the household use case is an unsolved problem
  - When you look at a shared device in the home, how do you interact with it and what is the mode by which a guest can play a song
  - We don't yet have the right constructs in place
  - The reason why I am so interested in the assistant is because it points you to a lot of complex use cases with multi user environments
  - Second: it is very unclear what the assistant is, is it a product or access point to all Google services/Google
  - Depending on the positioning you will approach it very differently and provide very different use cases and capabilities

- Sam: What do you think a vision needs here to be considered successful?

  - There are a lot of inputs into this process, user research input,
  - Pattern: communicate value better
  - Pattern: Security and privacy are tied together
  - Another input is the regulatory landscape more long term
  - I have asked policy and legal to give us that longer term roadmap on these topics
  - User insights + legal and policy outlook + principles how we behave = strategy
  - We need to ground this in user insights and regulatory risks
  - If you explain that story tightly that goes a long way
  - 3rd party display business:
    - Regulations will take care of 3rd party ads business

- Sam: How do you personally define success for this project?

  - A very clearly articulated vision/strategy for privacy that everyone at Google understands. We don't have to execute on everything, but we need everyone at Google to understand how we think about privacy.


## brodgz@ first sync 2020-08-03

PN team: mimosal@, heftluthy@, kallebu@
Note taker: mimosal@
- Breonna: when you say privacy native do you mean a single product that is across all google products?
  - We look at it as an industry leading privacy experience as Google - but it can't just be

PX-006.0065 of 0074

GOOG-RDGZ-00188932

- Breonna: we had approached Savannah school of design - what would you do if you had a chance to redesign an ads - they focused specifically on privacy. Breonna will share with us.
    - Project Ringo - concerns around the word "tracking" - how do we better explain this better and lean into this term.
    - What are the different marketing and PR dots that we can lean into to help better understand and tie in trust into these messages in a better way
    - We want to hear consumers and regulators going to others saying google is doing it right, do it like this. Thinking not just now but also 20 years in the future.
- Sam: when you say Trustworthy advertising: consumers feel this is an oxymoron.  When you say trustworthy advertising, what is associated with it, and how does it not feel like an oxymoron?
    - Breonna: In research we find it challenging when users say they don't want ads but they find them helpful. The thing is that we are trying to find what is the right question to ask- what is useful about these ads that you are seeing?
    - There is a spectrum in which you can be trustworth.  But it is extracting those points and moments from the user to understand when those moments are and why they are considered trustworthy
- Breonna: some things that are being explored are "not now" button but consumers are still confused about no tracking does not equal no ads.
- Kalle: Can we find some big levers to deliver a privacy native experience across good, which then will have specific flavors of that as it is implemented into each area.
- AI: mimosal - Add Breonna to stakeholder list
- Keep the 45 mins on Wednesday to continue discussion and go through some of the docs Breonna has discussed today

## katecharlet@ first sync 2020-07-20

PN team: mimosal@, heftluthy@, kallebu@
Note taker: mimosal@

- [mimosa] QQ: do you want to set up the meeting with your team or do you want me to find some time?
- Kate: Part of the value that kates team can offer it is to look at the thematic trends that are coming from privacy and regulation that the company should be preparing for
    - Types of areas to think about: children privacy, data portability, data value, data ownership, digital soverntiey, government surveillance, etc.
- 2 things we want to do
    - Shape the view and program
    - Concrete next steps from Policy
- Our goal is to look at the topics and themes and understand how they relate to each other
    - Example children's privacy:  most products don't design thinking about children because we design for how an adult would interact with it as the primary user. The thought is how do we make it a secure without considering how we balance that against negative interactions (like child abuse)
- To have a structure for how these implications and aspects affect a product would be ideal.

- Users know what to expect when they start using the products in terms of data stewardship and collection is critical for the company
- We have enough to get our heads around on all of these trends, but
- How do we develop a tool that scales advices across the company based on regulatory advice
- Sam: we want to incorporate a meta analysis as well  - privacy as a social problem that google can do something about. Privacy Policy work that can be done in terms of Google at scale being a challenge and issue.
- Kalle: We would like to have your insight to inform the vision as we start crafting it.  You mentioned internal tools - so we want to think about how that would affect the user journey in a positive way. We would love to have a longer conversation about this.
  - We would love to understand from your perspective what the SWOT is for policy
- Kate: We have been talking about this with Annie and Rahul a lot. Right now the team is building a presentation for Rahul. This would be a good starting point later in August for this.
  - Next step: Kate's team to share any work in progress before the end of august if possible, otherwise, share final :)
- Kalle: we are just right now looking for a list of topics, if you also have thoughts on this
- Kate: There was a memo for the PPN group - will share this now
- AI: mimosal - Aug 17th - 1 hour, ali, sarah, and kate
  - Please pick a few and call them out to the team
  - Children's privacy
  - Data sharing (portability, interoperability, forced data sharing)
  - Data value and data ownership
  - Biometrics
  - Data localization
  - Government surveillance
  - Digital sovereignty
  - Sensitive data categories, data classification
  - Surveillance capitalism.
  - Enforcement

troys@ first sync 2020-07-20

# Redacted - Privilege

**Comment [9]:** @heffluthy@google.com @kallebu@google.com lets flag which ones we want to hear more about

**Comment [10]:** I think I would pick:
• Children's privacy
• Data sharing
• Data value and data ownership (we need to have a position on this)
• Digital sovereignty

@ohelyse@google.com What is your perspective, which topics do you think are most interesting to take forward with policy?

**Comment [11]:** I'd be interested in "sensitive data categories, data classification" in service of our general awareness as we're thinking about Google's broad offering and ecosystem (e.g. particular considerations because we don't just own Calendar, but also FitBit) I imagine that would also cover the biometrics topic, and maybe relate to children's privacy? Not sure how much _data ownership_ & _digital sovereignty_ differ, or whether they could be combined...

**Comment [12]:** Thanks

# Redacted - Privilege

## Running/synthesized highlights (please contribute)

This is an ever growing collection of highlights across all conversations we have as part of PrivacyNative. Some of those conversations happened more structured, others happened more ad hoc or via email/chat.

CONFIDENTIAL

GOOG-RDGZ-00188935

## Privacy Experience vs. Privacy

**kallebu@ from manya@ (email)**
"There's a difference here between foundational research around human nature and privacy ("truths") and foundational research around how this plays out / impacts Google ("symptoms" of these truths -- e.g., Account value). And, separately, there's research around how to generally move the bar on privacy ("levers" --e.g., in behavioral economics) and how to move the bar for Google (Google-specific "levers").

I think there's a lot of value in using Google research to synthesize the "symptoms" and Google-specific levers. But, we have to look beyond Google to effectively understand what's known about the "truths" and general levers. To inform this -- we made some progress on the "truths" (truths deck/tensions), but there's less compiled on foundational levers (outside of the work Jenn is spinning up)."

## Value prop understanding

**kallebu@ from brodgz@ (interview)**
Users don't understand how it works, but also they don't want to know. They want to trust the system because that is fundamental to a human experience.

**kallebu@ from micahlaaker@ (interview)**
User's don't know what Google is. Biggest challenge is that things are happening and they don't know why.

**kallebu@ from rahulrc@ (interview)**
Users don't understand how all the data is put together to provide new value. Location history is a good example, what we can do with location data is not obvious when people consent to us using location data.

**kallebu@ from rahulrc@ (interview)**
There was a bargain with tech companies, you give us great technology and we will get ads – this was a pre-mobile contract. The contract didn't withstand the time, but we never went back to revisit the contract. People don't feel like they are getting a fair deal for their data.

**kallebu@ from shammond@ (interview)**
**Conflict:** conceptually users don't think about our products as silos, but as a holistic experience. Specially all those users who are using multiple products.

## Systemic/industry solution

**kallebu@ from brodgz@ (interview)**

CONFIDENTIAL

GOOG-RDGZ-00188936

It is important to work with the rest of the (ads) industry. The tighter the industry is held, the more moves they will make to make sure their business is sustainable.

**kallebu@ from micahlaaker@ (interview)**
We don't have that (trusted experts reviewing products and systems) online - keep saying "trust us we'll keep you safe! People don't self-police well.

## User centricity

**kallebu@ from brodgz@ (interview)**
"Users need to be equal stakeholders." "We should be a ride or die for our users. "

**kallebu@ from micahlaaker@ (interview)**
We need to get the company better connected to user sentiment. We still have so much of our product philosophy around the opportunism and idealism of the valley not connected to user needs.

## Owning the Narrative/Positioning

**kallebu@ from brodgz@ (interview)**
Google needs to commit to a narrative, own it and create tools based on it. The way we take position is important. Not just say we don't sell user data, really distancing us from it is important. The narrative should drive the product roadmap.

## Vision success requirements

**kallebu@ from micahlaaker@ (interview)**
If there's no way to scale solutions, s.t. Users see it as a drumbeat in product, you won't cover enough people to make it real. Make the solution scalable, make it work really well for other PAs (drive efficiency and effectiveness).

**kallebu@ from micahlaaker@ (interview)**
You have to have an assistant and ambient story that is going to connect to hardware in home. It's not going to look like things that are going to come out of normal PDPO UXers. It's voice and shared-screen devices. But most of the company isn't going to care about that
90% of the company would say "that's magical stuff that happens in another PA anyway. That's where I feel the question about what can you do to scale that comes in.

CONFIDENTIAL

GOOG-RDGZ-00188937

**kallebu@ from micahlaaker@ (interview)**
Last thing to add on - at all points you're going to have to give people the multiple time horizons. They're working on multiple phases. When you do that collaborative session on what's that in-product thing in privacy they need to see the six-month view AND the two-year view. It's so easy to feel like the only thing that matters is THIS thing, but privacy won't be won with one feature or release.

**kallebu@ from shammond@ (interview)**
We can't pin this on morality, the goal needs to be to influence trust and retention. We need to meet the line between privacy and business success.

## Privacy is not the focus

**kallebu@ from micahlaaker@ (interview)**
Success will have nothing to do with privacy — you have to make products that solve peoples' problems.

## Internal challenges

**kallebu@ from micahlaaker@ (interview)**
I think the fact that we can't explain what we have on you to users is probably our biggest challenge there.

## Issues with the current approach

**kallebu@ from micahlaaker@ (interview)**
I'm not convinced that transparency and control is the key to success. I've seen it used so bluntly and so uninteresting.

**kallebu@ from micahlaaker@ (interview)**
I am not able to have agency over what you do with my data.

**kallebu@ from micahlaaker@ (interview)**
No coherent and simple access to privacy controls across all apps, in chrome and Android.

## Most important privacy challenges

**kallebu@ from micahlaaker@ (interview)**

CONFIDENTIAL
GOOG-RDGZ-00188938

Personal safety, health, bankruptcy. We're focused more on that attention log - what you're watching in search, what you're watching in YouTube. The threat of location is more visceral.

**kallebu@ from shammond@ (interview)**
Lack of trust. Fear based on lack of control and data being shared with 3rd parties.

## Input vs. output issue

**kallebu@ from micahlaaker@ (interview)**
I'm only thinking of the thing I'm looking at, I'm not thinking of the hydra underneath

## Google's purpose (Why) / Project Scope

**kallebu@ from micahlaaker@ (interview)**
Our why is clear, to democratize information. Has it evolved and changed? That seems core to what we do. It would be great if we could get rid of all the murk.

**kallebu@ from rahulrc@ (interview)**
Google is hitting middle age, Google has to change.

**kallebu@ from shammond@ (interview)**
(asked about business model) My gut reaction, and when talking to people, they would say that Google is selling ads.

## Simplicity, consistency and scale

**kallebu@ from shammond@ (interview)**
Consistency is important, because privacy is extremely hard to understand. We need to simplify it and we need to simplify it for the industry. We need to define a standard and work on the industry adopting it.

**kallebu@ from micahlaaker@ (interview)**
We cannot only focus on the user needs, we also have to consider how the org works. We need to create solutions which are scalable and that product teams can easily adopt.

## Future challenges/opportunities

**kallebu@ from shammond@ (interview)**

Almost everything will be both an opportunity and a threat.

CONFIDENTIAL                                **PX-006.0073 of 0074**                                GOOG-RDGZ-00188940

PRODBEG: GOOG-RDGZ-00188868
PRODEND: GOOG-RDGZ-00188940
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE:  Arne de Booij; Dave Monsees; Greg Fair; Sam Heft-Luthy; Steph-
        an Micklitz
DOCTYPE:
FILENAME: -Confidential- PrivacyNative Conversa_1CIsd9FbgQLf4J69a6BcIphiEXcwtWSa-
        cF-0XV4pkOlQ.docx;-Confidential- PrivacyNative Conversatio_1CIsd9-
        FbgQLf4J69a6BcIphiEXcwtWSacF-0XV4pkOlQ.docx;-Confidential- Privac-
        yNative Conversation_1CIsd9FbgQLf4J69a6BcIphiEXcwtWSacF-0XV4pkOlQ-
        .docx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: kallebu@google.com
DATECREATED:
DATELASTMOD:
DOCTITLE: [Confidential] PrivacyNative Conversations Notes (go/privacynative-con-
        versations)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD052
REDACTED: Y
MD5 HASH: 25D56741BB3E0B42B2CEA6C42D6EAC05

PRODBEG: GOOG-RDGZ-00188868
PRODEND: GOOG-RDGZ-00188940
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE:  Arne de Booij; Dave Monsees; Greg Fair; Sam Heft-Luthy; Steph-
          an Micklitz
ALLCUSTODIANS:  Arne de Booij; Dave Monsees; Greg Fair; Sam Heft-Luthy; Stephan
          Micklitz
DOCTYPE:
DOC TYPE:
FILENAME: -Confidential- PrivacyNative Conversa_1CIsd9FbgQLf4J69a6BcIphiEXcwtWSa-
          cF-0XV4pkOlQ.docx;-Confidential- PrivacyNative Conversatio_1CIsd9-
          FbgQLf4J69a6BcIphiEXcwtWSacF-0XV4pkOlQ.docx;-Confidential- Privac-
          yNative Conversation_1CIsd9FbgQLf4J69a6BcIphiEXcwtWSacF-0XV4pkOlQ-
          .docx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: kallebu@google.com
OWNER: kallebu@google.com
DATECREATED:
CREATEDTIME:
DateTimeCreated: 07/31/2020 7:19:00 AM
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 01/26/2021 4:05:00 PM
DOCTITLE: [Confidential] PrivacyNative Conversations Notes (go/privacynative-con-
          versations)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: Y
REDACTION TYPE:
PRODVOL: PROD052
FILEPATH:
MD5 HASH: 25D56741BB3E0B42B2CEA6C42D6EAC05