Message
_____

**From:** Ela Beres [eberes@google.com]
**Sent:** 11/14/2018 7:09:58 AM
**To:** JK Kearns [jkearns@google.com]
**CC:** Frank Worsley [fworsley@google.com]; Luke Swartz [lswartz@google.com]; Phiroze Parakh [phiroze@google.com]; David Monsees [davidmonsees@google.com]
**Subject:** Re: WAA check for user models

Yes - that's definitely the user story. The question is how to enforce it.

I'm suggesting that user-facing feature teams should check WAA but that the user model teams *also* check WAA as extra added security - that way if a feature team misses the check, they won't have any data passed from the user model anyway.

On Tue, Nov 13, 2018, 10:50 PM JK Kearns <jkearns@google.com wrote:
I think teams should not use user data at all if WAA is off, regardless if there is user data that was collected when WAA was on.  It's a much cleaner story and what I would think most users expect.

On Tue, Nov 13, 2018 at 4:31 PM Ela Beres <eberes@google.com> wrote:
Hey guys

Now that we have collected agreed that any Personalization based on clicks or search history should check WAA, I wanted to re-visit the question of where we enforce the WAA check in the case of user models.

My original thought was that this could be enforced by features teams, both the teams providing data to the model and the teams that use the data.

The problem with the first is that turning off WAA does not delete search history - it just pauses its collection, and user models can still make inferences on existing data. The teams that use the data should check WAA, but this is error prone (there are several teams that use ULP today that don't check WAA).

The alternative is that the user modeling teams themselves check WAA and don't provide inferences at all unless WAA is on.

What do you guys think?  Frank / Luke  - I added you here as spokesman for Anima and ULP, and feel free to add others.

Thanks!



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-010**

PRODBEG: GOOG-RDGZ-00039086
PRODEND: GOOG-RDGZ-00039086
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Dave Monsees
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: eberes
DATECREATED:
DATELASTMOD: 11/14/2018
DOCTITLE: Re: WAA check for user models
SUBJECT: Re: WAA check for user models
FROM: ela beres <eberes@google.com>
TO: jk kearns <jkearns@google.com>
CC: phiroze parakh <phiroze@google.com>;david monsees <davidmonsees@google.com>;-
        luke swartz <lswartz@google.com>;frank worsley <fworsley@google.c-
        om>
BCC:
DATESENT: 11/14/2018
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD014
REDACTED: N
MD5 HASH: 5A8ACD03D99ADAD8AF79BEA3DB806AF1

PRODBEG: GOOG-RDGZ-00039086
PRODEND: GOOG-RDGZ-00039086
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Dave Monsees
ALLCUSTODIANS: Dave Monsees
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: eberes
OWNER: eberes
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 11/14/2018
LASTMODTIME:
DateTimeMod: 11/14/2018 7:09:00 AM
DOCTITLE: Re: WAA check for user models
SUBJECT: Re: WAA check for user models
FROM: ela beres <eberes@google.com>
TO: jk kearns <jkearns@google.com>
CC: phiroze parakh <phiroze@google.com>;david monsees <davidmonsees@google.com>;-
         luke swartz <lswartz@google.com>;frank worsley <fworsley@google.c-
         om>
BCC:
DATESENT: 11/14/2018
TIMESENT:
DateTimeSent: 11/14/2018 7:09:00 AM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD014
FILEPATH:
MD5 HASH: 5A8ACD03D99ADAD8AF79BEA3DB806AF1