Message
_____

**From:**      Dan Stone (Google Docs) [comments-noreply@docs.google.com]
**Sent:**      9/18/2020 3:02:27 PM
**To:**        sganem@google.com
**Subject:**   Firebase IID to A... - @sganem@google.com Hi Steve, These ...

# Dan Stone replied to a comment in the following document



Firebase IID to Analytics PWG Analysis (go/pwg-ga-iid)

Some of the examples of this joinability risks Create the ability to link app events collected by GA4F to GAIA ID even if end users turn off WAA and developers/customers disable Data Sharing. Break user expectations, MyActivity controls and transparency. Subpoena: Having to retrieve Android AdId data, app_instance_id data given a GAIA ID for users turning off WAA.



Xinyu Ye

@sganem@google.com
Hi Steve,
These are the best I can come up with to explain by short sentences.



Steve Ganem

@danstone@google.com PTAL



Dan Stone

**New**

Thanks so much, Xinyu. Can we update this to clarify that this is really expanding the ability, not creating it?

Also, can you please explain the user expectations? This data would not show up in MyActivity and is not actually joined to GAIA, so not sure how this would break their expectations.

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA



You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.



Rodriguez v Google
**Plaintiff's
Trial Exhibit**
**PX-011**

CONFIDENTIAL

GOOG-RDGZ-00033245

PRODBEG: GOOG-RDGZ-00033245
PRODEND: GOOG-RDGZ-00033245
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Steve Ganem
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED:
DATELASTMOD: 09/18/2020
DOCTITLE: Firebase IID to A... - @sganem@google.com Hi Steve, These ...
SUBJECT: Firebase IID to A... - @sganem@google.com Hi Steve, These ...
FROM: "dan stone (google docs)" <comments-noreply@docs.google.com>
TO: sganem@google.com
CC:
BCC:
DATESENT: 09/18/2020
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD012
REDACTED: N
MD5 HASH: A4F766CAA333BAF4605803F5ECF11C63

PRODBEG: GOOG-RDGZ-00033245
PRODEND: GOOG-RDGZ-00033245
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Steve Ganem
ALLCUSTODIANS: Steve Ganem
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER: comments-noreply
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 09/18/2020
LASTMODTIME:
DateTimeMod: 09/18/2020 3:02:00 PM
DOCTITLE: Firebase IID to A... - @sganem@google.com Hi Steve, These ...
SUBJECT: Firebase IID to A... - @sganem@google.com Hi Steve, These ...
FROM: "dan stone (google docs)" <comments-noreply@docs.google.com>
TO: sganem@google.com
CC:
BCC:
DATESENT: 09/18/2020
TIMESENT:
DateTimeSent: 09/18/2020 3:02:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD012
FILEPATH:
MD5 HASH: A4F766CAA333BAF4605803F5ECF11C63