Message
_____

**From:** Sam Heft-Luthy [heftluthy@google.com]
**Sent:** 10/14/2020 9:20:01 PM
**To:** privacysurfaces-team [privacysurfaces-team@google.com]; Jonathan McPhie [jmcphie@google.com]
**Subject:** Fwd: Program Review: Privacy Surfaces

Deck and notes from today's review. Highlights:

- Some good discussion on better metrics, which point to two "philosophies of success" in privacy (I think both of which are important):

o    **User trust and affect** - giving users a *sense* of the system as working to their benefit. Important but gameable without actually improving any of the underlying conditions, remains our higher-level goal

o    **Concrete risk models being addressed** - users reckon with tradeoffs and are in a position of self-determination w.r.t. how their data is shared. More tangible, but more difficult in Privacy than Security because of our tangled consent approach

- Rahul called out a concern that we're stretching ourselves thin, especially given that we are doing a lot to get users to understand a system that is just fundamentally difficult to get (WAA, GAP, etc.). He argues that we should prioritize **landing our short-term commitments for N3 consent, any long-term work to reimagine consent, and efforts like Reassure**. Greg mentioned that having the right channels in place when that reimagination comes is still vital, but Rahul also said that given, say, PAA, that reimagination may not be too far off!

- Good talk on executing on PA partnerships - in general, a tension between carrot and the stick. Is privacy a tax, which means PDPO needs to be more aligned in wielding a big stick, or is it a benefit to PA goals, which means PDPO needs to be more responsive to PA needs. Probably both, but for us to think through as we work with @Jonathan McPhie on our approach


---------- Forwarded message ---------
From: **Sam Heft-Luthy** <heftluthy@google.com>
Date: Wed, Oct 14, 2020 at 1:30 PM
Subject: Program Review: Privacy Surfaces
To: Rahul Roy-Chowdhury <rahulrc@google.com>, Sarah Hammond <shammond@google.com>, Jonathan McPhie <jmcphie@google.com>, Danicle Souza <danielcsouza@google.com>, Stephan Micklitz <micklitz@google.com>, Bénigne Deprey <benigne@google.com>, Wei Tu <weitu@google.com>, Mimi Underwood <munderwood@google.com>, Othar Hansson <othar@google.com>, Mark Risher <risher@google.com>, Annie Klemp <annieklemp@google.com>, Meagan Pi <meagan@google.com>, Reza Behforooz <reza@google.com>, <ggelke@google.com>, Jeffrey Korn <jlk@google.com>, Greg Fair <gregfair@google.com>, Scott Dougall <dougall@google.com>, Angela Alvarez <angelaalvarez@google.com>, <justchen@google.com>, Camie Hackson <camie@google.com>, Micha Segeritz <mseg@google.com>, Willa Chalmers <willa@google.com>, Joshy Joseph <joshy@google.com>, Anne Schaefer <aschaefer@google.com>, <talherman@google.com>, Claire Herrin <cherrin@google.com>, Eduardo Tejada <etejada@google.com>, Sam Heft-Luthy <heftluthy@google.com>


Thank you all for coming to today's review.

Here is the deck we ran through:
https://docs.google.com/presentation/d/1JzBPuzC3RgoGDd1YzjwD0mM2aI5h7dQrJpCvWq3LhnY/edit#slide=id.g285cac3f80_2_1

Rodriguez v Google
**Plaintiff's**
**Trial Exhibit**
**PX-042**

PX-042.0001 of 0004    GOOG-RDGZ-00173562

And here are the notes (thanks Jonathan!):
https://docs.google.com/document/d/1LWXmOOUGdHZ1l2J2ffHevK9NrpskF_mdurFm52ePVm8/edit?ts=5f874ae0

## Program Review: Privacy Surface

Wed Oct 14, 2020 11am – 12pm

SVL-CRSM1265-5-Hunter2 (3) [GVC, Phone] (map)

Join with Google Meet
meet.google.com/cit-bico-xig

Join by phone
+1 419-969-2071

More phone numbers

- Daniele Souza
- Rahul Roy-Chowdhury
- Reza Behforooz
- Greg Fair
- Jonathan McPhie
- Sam Heft-Luthy
- Micha Segeritz
- ggelke@google.com
- justchen@google.com
- talherman@google.com
- Scott Dougall
- Mimi Underwood
- Angela Alvarez
- Anne Schaefer
- Eduardo Tejada
- Joshy Joseph
- Sarah Hammond
- Bénigne Deprey
- Willa Chalmers
- Stephan Micklitz
- Wei Tu
- Mark Risher
- Claire Herrin
- Meagan Pi
- Camie Hackson
- Jeffrey Korn
- Othar Hansson
- Annie Klemp

**Topic Owners: Othar**

CONFIDENTIAL     PX-042.0002 of 0004     GOOG-RDGZ-00173563

**Program Reviews are pre-determined and are aligned thematically to Core's four themes: Helpful, Trust, Excellence and Efficiency. Program Reviews will occur monthly and depending on the theme, your program review may occur 3 or 4 times a year. go/userpdpo-reviewguide**

CONFIDENTIAL

PX-042.0003 of 0004

GOOG-RDGZ-00173564

PRODBEG: GOOG-RDGZ-00173562
PRODEND: GOOG-RDGZ-00173564
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Sam Heft-Luthy
DOCTYPE:
FILENAME:
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: heftluthy
DATECREATED:
DATELASTMOD:
DOCTITLE: Fwd: Program Review: Privacy Surfaces
SUBJECT: Fwd: Program Review: Privacy Surfaces
FROM: sam heft-luthy <heftluthy@google.com>
TO: privacysurfaces-team <privacysurfaces-team@google.com>;jonathan mcphie <jmcp-
        hie@google.com>
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD034
REDACTED: N
MD5 HASH: DD59B52B251974603EB8E661F234728E

PRODBEG: GOOG-RDGZ-00173562
PRODEND: GOOG-RDGZ-00173564
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Sam Heft-Luthy
ALLCUSTODIANS: Sam Heft-Luthy
DOCTYPE:
DOC TYPE:
FILENAME:
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: heftluthy
OWNER: heftluthy
DATECREATED:
CREATEDTIME:
DateTimeCreated:
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 10/14/2020 9:20:00 PM
DOCTITLE: Fwd: Program Review: Privacy Surfaces
SUBJECT: Fwd: Program Review: Privacy Surfaces
FROM: sam heft-luthy <heftluthy@google.com>
TO: privacysurfaces-team <privacysurfaces-team@google.com>;jonathan mcphie <jmcp-
        hie@google.com>
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent: 10/14/2020 9:20:00 PM
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD034
FILEPATH:
MD5 HASH: DD59B52B251974603EB8E661F234728E