**Pichai-Clip - Pichai House Testimony Clip**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:03 - 18:10 | **Congress, Sundar 2018-12-11** | 00:00:18 | **Pichai-Clip.1** |

CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you,
Mr. Nadler, we welcome our distinguished witness, and if you
would please rise, I'll begin by swearing you in.
Please raise your right hand.
Do you swear that the testimony that you are about
to give shall be the truth, the whole truth, and nothing but
the truth, so help you God?
MR. SUNDAR PICHAI:  I do.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:24 - 19:19 | **Congress, Sundar 2018-12-11** | 00:01:12 | **Pichai-Clip.2** |

MR. SUNDAR PICHAI:  Chairman Goodlatte, Ranking
Member Nadler, distinguished members of the committee, thank
you for the opportunity to be here today.  I joined Google
15 years ago, and I've been privileged to serve as CEO for
the past three years, but my love for information and
technology began long before that.
It's been 25 years since I made the U.S. my home.
Growing up in India, I have distinct memories of when my
family got its first phone and its first television.  Each
new technology made a profound difference in our lives.
Getting the phone meant I could call ahead to the hospital
to check that the blood results were in instead of taking a
two hour trip there.  And the television, well, it only had
one channel, but I couldn't have been more thrilled by its
arrival.
Those experiences made me a technology optimist,
and I remain one today, not only because I believe in
technology, but because I believe in people and their
ability to use technology to improve their lives.  I'm
incredibly proud of what Google does to empower people
around the world, especially here in the U.S.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 22:21 - 25:02 | **Congress, Sundar 2018-12-11** | 00:02:58 | **Pichai-Clip.3** |

and I'll begin by recognizing myself.
Mr. Pichai, is it true that the Android operating
system sends Google information every few minutes detailing
the exact location of a smartphone within a few feet, the
speed of movement of the phone, the altitude of the phone
sufficient to determine what floor of a building the phone
is on, the temperature surrounding the phone and other

Rodriguez v Google
Plaintiff's Trial Exhibit

**PX-045**

**Pichai-Clip - Pichai House Testimony Clip**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 23:03 readings and if so, with Americans carrying their phones | | |
| | 23:04 with them virtually at all times, doesn't the collection of | | |
| | 23:05 this volume of detailed information really mean that Google | | |
| | 23:06 is compiling information about virtually every movement an | | |
| | 23:07 individual with a smartphone is making every hour of every | | |
| | 23:08 day? | | |
| | 23:09 MR. SUNDAR PICHAI:  Mr. Chairman, thank you for the | | |
| | 23:10 question.  Today, for any service we provide our users, we | | |
| | 23:11 go to great lengths to protect their privacy and we give | | |
| | 23:12 them transparency, choice, and control.  Android is a | | |
| | 23:13 powerful platform and -- and provides smartphone for over 2 | | |
| | 23:14 billion people.  And as part of that, it depends on the | | |
| | 23:15 applications users choose to use.  If you're using a fitness | | |
| | 23:16 application, which is deducting the number of steps you | | |
| | 23:17 walk, you expect it to send that information, but it's a | | |
| | 23:18 choice users make.  We make it clear and -- and it depends | | |
| | 23:19 on the use cases. | | |
| | 23:20 CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  So the -- | | |
| | 23:21 the answer to my question, my first question, is yes; is | | |
| | 23:22 that correct?  That the information that I cited is gathered | | |
| | 23:23 by Google? | | |
| | 23:24 MR. SUNDAR PICHAI:  It -- if -- if the -- for | | |
| | 23:25 Google services, you have a choice of what information is | | |
| | 24:01 collected, and we make it transparent -- transparent. | | |
| | 24:02 CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  I | | |
| | 24:03 understand there are -- there are uses that consumers make | | |
| | 24:04 use of.  I use it to keep track of the number of steps I | | |
| | 24:05 walk.  I understand that service that one of your | | |
| | 24:06 competitors provides.  So I -- I understand that purpose. | | |
| | 24:07 But do you think the average consumer understands that | | |
| | 24:08 Google will collect this volume of detailed information, | | |
| | 24:09 when they click through the terms of service agreements in | | |
| | 24:10 order to use the Android operating system? | | |
| | 24:11 MR. SUNDAR PICHAI:  It's really important for us | | |
| | 24:12 that, you know, that average users are able to understand | | |
| | 24:13 it.  This is why we do something called privacy check-up. | | |
| | 24:14 CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Do you | | |
| | 24:15 think average users read the terms of service and the | | |
| | 24:16 updates that are very frequently sent to us? | | |
| | 24:17 MR. SUNDAR PICHAI:  Beyond the terms of service, we | | |
| | 24:18 actually offer, we remind users, to do a privacy check-up, | | |

PX-045.0002 of 0003

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:19 and we make it very obvious, every month.  In -- in fact, in | | |
| | 24:20 the last 28 days, 160 million users went to -- went to their | | |
| | 24:21 My Account settings where they can clearly see what | | |
| | 24:22 information we have.  We actually give, you know, show it | | |
| | 24:23 back to them, and we give clear toggles, by category, where | | |
| | 24:24 they can decide whether that information is collected, | | |
| | 24:25 stored.  Or more importantly, if they decide to stop using | | |
| | 25:01 it, we work hard to make it possible for users to take the | | |
| | 25:02 data with them, if they choose to use another service. | | |
| 98:24 - 99:13 | **Congress, Sundar 2018-12-11** | 00:00:43 | **Pichai-Clip.4** |
| | 98:24 However, can you explain what you do to minimize | | |
| | 98:25 this data, which is generally an accepted standard practice | | |
| | 99:01 among those who collect data. | | |
| | 99:02 MR. SUNDAR PICHAI:  You know, our goal is, you | | |
| | 99:03 know, but we are providing, for example, if we are providing | | |
| | 99:04 you a service like Gmail, which we have done for 15 years, | | |
| | 99:05 that data, we need to store it for our users.  So they | | |
| | 99:06 expect us to.  So we are trying hard to match user's | | |
| | 99:07 expectations.  We don't need, you know, our data for | | |
| | 99:08 advertising.  As I said earlier, most of it comes from just | | |
| | 99:09 the keywords you type.  And so, you know, we need minimal | | |
| | 99:10 data to do advertising.  We give you options to turn ad | | |
| | 99:11 personalization off.  We store most of the data we do today, | | |
| | 99:12 to help give users the experience they want.  And that's | | |
| | 99:13 what we're trying to do. | | |
| 150:17 - 150:18 | **Congress, Sundar 2018-12-11** | 00:00:08 | **Pichai-Clip.5** |
| | 150:17 So let me just understand, really starting with the | | |
| | 150:18 chairman's questions, which I thought was a -- a good | | |
| 150:19 - 150:22 | **Congress, Sundar 2018-12-11** | 00:00:10 | **Pichai-Clip.6** |
| | 150:19 opening for us.  If a consumer tells you not to collect | | |
| | 150:20 their data, then you do not collect the data; is that | | |
| | 150:21 correct? | | |
| | 150:22 MR. SUNDAR PICHAI:  That's -- that's right. | | |

| | | |
|---|---|---|
| Overlaps | 00:05:29 | |
| **TOTAL RUN TIME** | **00:05:29** | |