Case 3:20-cv-04688-RS   Document 747-13   Filed 04/27/26   Page 1 of 3

The Wayback Machine - https://web.archive.org/web/20200616051845/https://support.google.com/w...

# See & control your Web & App Activity

If Web & App Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences, like faster searches and more helpful app and content recommendations.

You can turn Web & App Activity off or delete past activity at any time.

**Note**: If you got your Google Account through work or school, you might need to contact your administrator to turn on the Web & App Activity additional service for your organization.

**Android**        Computer        iPhone & iPad

## Turn Web & App Activity on or off

1. On your Android phone or tablet, open your device's Settings app ⟩ **Google** ⟩ **Manage your Google Account**.
2. Tap **Data & personalization**.
3. Under "Activity controls," tap **Web & App Activity**.
4. Turn **Web & App Activity** on or off.
5. When **Web & App Activity** is on:
   - You can check the box next to "Include Chrome history and activity from websites and apps that use Google services."  When this box is checked, you can control whether app activity from your device is saved. To choose whether app activity from your device is saved, turn **Saves your activity from apps on this device** on or off.
   - You can check the box next to "Include voice and audio recordings."

**Note**: Some browsers and devices may have more settings that affect how this activity is saved.

## See or delete your activity

You can see and delete your Web & App Activity by visiting My Activity        . Learn more about how to delete activity manually or set up automatic deletion.

## What's saved as Web & App Activity

Info about your searches and other activity on Google sites, apps, and services



Rodriguez v Google
**Plaintiff's
Trial Exhibit**
**PX-116**

When Web & App Activity is on, Google saves information like:

- Searches and other things you do on Google products and services, like Maps and Play

- Your location, language, IP address, referrer, and whether you use a browser or an app
- Ads you click, or things you buy on an advertiser's site
- Information on your device like recent apps or contact names you searched for

**Note**: Activity could be saved even when you're offline.

## Info about your browsing and other activity on sites, apps, and devices that use Google services

When Web & App Activity is on, you can include additional activity like:

- Sites and apps that partner with Google to show ads
- Sites and apps that use Google services, including data that apps share with Google
- Your Chrome browsing history
- Android usage & diagnostics, like battery level and system errors

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include Chrome history and activity from sites, apps, and devices that use Google services" must be checked.

Your Chrome history is saved only if you're signed in to your Google Account and have Chrome Sync turned on. Learn about Chrome Sync.

**Note:** If you use a shared device or sign in with more than one account, activity might be saved to the default account on the browser or device you use.

## Voice and audio recordings

When Web & App Activity is on, you can include voice and audio recordings as part of your activity. Learn about voice and audio recordings.

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include voice and audio recordings" must be checked.

# How your saved activity is used

Learn more about how Google uses your saved activity   and helps keep it private.

For more information about how Google treats search queries generally, see the Privacy Policy FAQ   .

# How Web & App Activity works when you're signed out

PX-116.0002 of 0003

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how.

## Browser history

In the Activity controls      page, you can also check the box to "Include Chrome history and activity from sites, apps, and devices that use Google services." When this box is checked, you can control whether activity from your device is saved.

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on Chrome, Toolbar, Safari     , Internet Explorer      , or Firefox     .

---

**Was this helpful?**

Yes        No