# Eric Miraglia - PLTF Offer w. Def Counters - Played 8-26-25

## Designation List Report

**Miraglia, Eric**                                    **2022-10-25**

| | |
|---|---|
| Our Designations | 00:04:46 |
| Their Counters | 00:01:30 |
| **TOTAL RUN TIME** | **00:06:16** |

Documents linked to video:

PX-31

PX-345

Rodriguez v. Google
Plaintiff's Trial Exhibit

**PX-388**

ID: EricMiraglia

PX-388.0001

**EricMiraglia - Eric Miraglia - PLTF Offer w. De Counters - Played 8-26-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 19:12 - 19:14 | **Miraglia, Eric 2022-10-25** | 00:00:05 | **EricMiraglia.1** |

19:12 Q. Could you please state your name for the
19:13 record?
19:14 A. Eric Miraglia.

| 21:02 - 21:07 | **Miraglia, Eric 2022-10-25** | 00:00:14 | **EricMiraglia.3** |
|---|---|---|---|

21:02 Q. When did you first begin working for
21:03 Google?
21:04 A. June of 2012.
21:05 Q. And is it correct that you are still
21:06 employed by Google?
21:07 A. Yes.

| 22:19 - 22:24 | **Miraglia, Eric 2022-10-25** | 00:00:14 | **EricMiraglia.4** |
|---|---|---|---|

22:19 Q. Is it correct that at some point in your
22:20 career at Google you worked within the Privacy Data
22:21 and Protection [sic] Office?
22:22 A. It is correct.  I was part of an
22:23 organization called the Privacy and Data Protection
22:24 Office.

| 23:05 - 23:06 | **Miraglia, Eric 2022-10-25** | 00:00:05 | **EricMiraglia.5** |
|---|---|---|---|

23:05 Q. Were you the founder of that organization?
23:06 A. I was.

| 23:07 - 23:14 | **Miraglia, Eric 2022-10-25** | 00:00:30 | **EricMiraglia.6** |
|---|---|---|---|

23:07 Q. How did you come to be the founder of that
23:08 organization?
23:09 A. In 2017, in advance of GDPR, the general
23:10 data protection regulation, coming online in Europe,
23:11 we wanted to have some dedicated -- a dedicated team
23:12 working on getting Google organized for the -- the
23:13 prep involved in GDPR.  And so we created that
23:14 organization to focus on GDPR.

| 23:17 - 23:22 | **Miraglia, Eric 2022-10-25** | 00:00:20 | **EricMiraglia.74** |
|---|---|---|---|

23:17 Were you the leader of the Privacy and
23:18 Data Protection Office?
23:19 A. For most of my time is PDPO, there --
23:20 there was a lead for product and programs, which was
23:21 me, and there was a lead for engineering, which was
23:22 my engineering partner.

| 31:11 - 31:13 | **Miraglia, Eric 2022-10-25** | 00:00:07 | **EricMiraglia.8** |
|---|---|---|---|

**EricMiraglia - Eric Miraglia - PLTF Offer w. De Counters - Played 8-26-25**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 31:11 | Q. | Did you play a role in the development and | | **EricMiraglia.8** |
| | 31:12 | | rollout of WAA? | | |
| | 31:13 | A. | Yes. | | |
| 76:18 - 76:20 | **Miraglia, Eric 2022-10-25** | | | 00:00:06 | **EricMiraglia.21** |
| 🔗 PX-345.1.6 | 76:18 | Q. | Okay.  I've just marked Plaintiffs' | | |
| | 76:19 | | Exhibit 103.  Please let me know when you have this | | |
| | 76:20 | | exhibit in front of you. | | |
| 79:04 - 79:16 | **Miraglia, Eric 2022-10-25** | | | 00:00:53 | **EricMiraglia.22** |
| 🔗 PX-345.1.7 | 79:04 | Q. | Okay.  A little bit down in the e-mail, do | | |
| 🔗 PX-345.1.8 | 79:05 | | you see the next e-mail, the subject line says | | |
| | 79:06 | | "Reissue," there's a number, colon, "CB2:  Consider | | |
| | 79:07 | | targeting some users with WAA off who never turned | | |
| | 79:08 | | it off with different consent text." | | |
| | 79:09 | | Do you see that? | | |
| | 79:10 | A. | I do. | | |
| 🔗 PX-345.1.9 | 79:11 | Q. | Do you know what CB2 is referring to? | | |
| | 79:12 | A. | My recollection is that that would refer | | |
| | 79:13 | | to Consent Bump 2. | | |
| | 79:14 | Q. | And what was Consent Bump 2? | | |
| | 79:15 | A. | I believe that Consent Bump 2 refers to | | |
| | 79:16 | | the consent bump we introduced as part of Narnia 2. | | |
| 80:09 - 80:10 | **Miraglia, Eric 2022-10-25** | | | 00:00:06 | **EricMiraglia.23** |
| 🔗 PX-345.1.10 | 80:09 | Q. | And in this subject line, what does it | | |
| | 80:10 | | mean "to target users with WAA off"? | | |
| 80:12 - 80:14 | **Miraglia, Eric 2022-10-25** | | | 00:00:10 | **EricMiraglia.24** |
| | 80:12 | | THE WITNESS:  "Targeting some users with | | |
| | 80:13 | | WAA off" would refer to showing the consent bump to | | |
| | 80:14 | | those users that have the setting off. | | |
| 80:16 - 80:17 | **Miraglia, Eric 2022-10-25** | | | 00:00:05 | **EricMiraglia.25** |
| | 80:16 | Q. | How would Google know which users were WAA | | |
| | 80:17 | | off? | | |
| 80:20 - 80:22 | **Miraglia, Eric 2022-10-25** | | | 00:00:07 | **EricMiraglia.26** |
| | 80:20 | | THE WITNESS:  The user choice is saved as | | |
| | 80:21 | | part of the Google account.  So from a software | | |
| | 80:22 | | perspective, we could reference that setting. | | |
| 125:13 - 125:14 | **Miraglia, Eric 2022-10-25** | | | 00:00:07 | **EricMiraglia.55** |
| ⌧ Clear | 125:13 | Q. | All right.  I just marked Exhibit 107. | | |
| 🔗 PX-31.1.5 | 125:14 | | Please let me know when you have Exhibit 107. | | |

**EricMiraglia - Eric Miraglia - PLTF Offer w. De Counters - Played 8-26-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 125:15 - 125:15 | **Miraglia, Eric 2022-10-25** | 00:00:03 | **EricMiraglia.56** |

125:15  A.  I have it open.  I'll take a look at it.

| 126:09 - 127:01 | **Miraglia, Eric 2022-10-25** | 00:00:57 | **EricMiraglia.57** |

⚭ PX-31.1.6

126:09  Q.  Can you look at the second e-mail in the
126:10      thread?  And it's an e-mail on Tuesday, November 27,
126:11      from Dave Kleidermacher.
126:12  A.  Yes.

⚭ PX-31.1.7

126:13  Q.  And do you see the third sentence where he
126:14      writes:  "But I agree with Eric's sentiment during
126:15      the meeting that this would be a massive game
126:16      changer.  If a user could flip the switch at the
126:17      device or account level and have confidence in not
126:18      having activity tracked in any app, it would
126:19      completely change the way privacy-conscious users
126:20      and influencers view Google and Android."
126:21      Do you see that portion that I just read?
126:22  A.  I do.

⚭ PX-31.1.8

126:23  Q.  Now, where Dave said "Eric's sentiment,"
126:24      do you know whether or not Eric is referring to you?
126:25  A.  I believe that it's referring to me in
127:01      this context, yes.

| 128:21 - 128:24 | **Miraglia, Eric 2022-10-25** | 00:00:10 | **EricMiraglia.58** |

128:21  Q.  Now, does Google offer any switch at the
128:22      device or account level where a user would have
128:23      confidence in not having activity tracked in any
128:24      app?

| 129:02 - 129:03 | **Miraglia, Eric 2022-10-25** | 00:00:05 | **EricMiraglia.59** |

129:02      THE WITNESS:  I'm not aware of any setting
129:03      that's scoped to what you just said.

| 129:05 - 129:06 | **Miraglia, Eric 2022-10-25** | 00:00:03 | **EricMiraglia.60** |

129:05  Q.  But you think there should be such a
129:06      setting; is that right?

| 129:08 - 129:13 | **Miraglia, Eric 2022-10-25** | 00:00:21 | **EricMiraglia.61** |

129:08      THE WITNESS:  One thing I would note is
129:09      that what we're seeing here isn't my language.  It's
129:10      Dave's language describing something that -- that we
129:11      may have talked about at a meeting.  I don't
129:12      remember making an assertion shaped in the -- in the
129:13      phraseology that he's using here.

**EricMiraglia - Eric Miraglia - PLTF Offer w. De Counters - Played 8-26-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 129:15 - 129:16 | **Miraglia, Eric 2022-10-25** | 00:00:05 | **EricMiraglia.62** |

129:15  Q.  So fair to say that Dave, in this e-mail,
129:16       is misrepresenting something you said?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 129:19 - 129:22 | **Miraglia, Eric 2022-10-25** | 00:00:10 | **EricMiraglia.63** |

129:19       THE WITNESS:  I think the way I would say
129:20       it is that Dave is putting something into his own
129:21       words that ends up being something that I wouldn't
129:22       have -- where I wouldn't have used those words.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 195:23 - 196:03 | **Miraglia, Eric 2022-10-25** | 00:00:28 | **EricMiraglia.68** |

 Clear

195:23  Q.  Who is Chris Ruemmler?
195:24  A.  To the best of my recollection, he was an
195:25       engineer on the -- on the apps team at the time this
196:01       was written.
196:02  Q.  And prior to him sending you this e-mail,
196:03       had you ever interacted with Mr. Ruemmler before?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 196:04 - 196:04 | **Miraglia, Eric 2022-10-25** | 00:00:02 | **EricMiraglia.69** |

196:04  A.  I believe that I had, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 196:09 - 196:13 | **Miraglia, Eric 2022-10-25** | 00:00:18 | **EricMiraglia.70** |

196:09  Q.  Do you have a general recollection of what
196:10       your interactions would have been about?
196:11  A.  Because I worked on the privacy domain for
196:12       much of my career at Google, at a high level I
196:13       believe that they were about privacy topics.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 196:16 - 196:17 | **Miraglia, Eric 2022-10-25** | 00:00:06 | **EricMiraglia.71** |

196:16       From your interactions with him, would you
196:17       say that Chris Ruemmler cared about privacy?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 196:20 - 196:22 | **Miraglia, Eric 2022-10-25** | 00:00:06 | **EricMiraglia.72** |

196:20       THE WITNESS:  My sense of Chris was that
196:21       he cared about privacy among many other things, but
196:22       yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 196:24 - 196:25 | **Miraglia, Eric 2022-10-25** | 00:00:11 | **EricMiraglia.73** |

196:24  Q.  Did you respect Mr. Ruemmler?
196:25  A.  Yes.

| | | |
|---|---|---|
| Our Designations | 00:04:46 | |
| Their Counters | 00:01:30 | |
| **TOTAL RUN TIME** | **00:06:16** | |

Documents linked to video:

PX-31

PX-345