# PX-403

GOOG-RDGZ-00204475

Spreadsheet titled "Google Accounts with WAA and/or sWAA on/off on a monthly basis"

**Produced in Native Format**



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-403**

PX-403.0001 of 0002

PRODBEG: GOOG-RDGZ-00204475
PRODEND: GOOG-RDGZ-00204475
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE:  Google
DOCTYPE:
FILENAME: Copy_of_b_255984167_Request_for_Litigation.xlsx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED:
DATELASTMOD:
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD065
REDACTED: N
MD5 HASH: 24F9F7C6D8AADC167DB2432F807A82E0

PRODBEG: GOOG-RDGZ-00204475
PRODEND: GOOG-RDGZ-00204475
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE:  Google
ALLCUSTODIANS:  Google
DOCTYPE:
DOC TYPE:
FILENAME: Copy_of_b_255984167_Request_for_Litigation.xlsx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER:
DATECREATED:
CREATEDTIME:
DateTimeCreated: 11/22/2022 2:51:00 PM
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 11/22/2022 2:51:00 PM
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD065
FILEPATH:
MD5 HASH: 24F9F7C6D8AADC167DB2432F807A82E0

ounts are excluded. - 🚫 Deleted accounts are excluded. - 🗑 Disabled accounts are included in this dataset. - Queried as of Tue Nov  8-11

**Google Accounts with WAA and/or sWAA on/off on a monthly basis, May 1, 2016 to Oct. 1, 2022**

◎ MagicEye's Gaia-Keyed User Attributes: - ⬭ Sampled at 1% - sampling has only been seen to be off by up to 0.1% - Using MagicEye data activity up to Thu Nov 03, 2022. - ⊘ Dashers are excluded. - ⊘ Googlers are excluded. - ⊘ Supervised acc⋯

Purple = Accounts Created Between May 1st, 2016, and the "start_of_month"

Green = Accounts active in the 28 day period before "start_of_month"

Orange = Accounts active anytime from May 1st, 2016 to "start_of_month" or created in the same period

| Date | Created Accounts | | | | | Active Accounts | | | | | Created or active since start of period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| start_of_month | # Created To Date | WAA Enabled | SWAA Enabled | % WAA | % SWAA | # Active | # WAA Enabled | # SWAA Enabled | % WAA | % SWAA | # Created or active | # WAA Enabled | # SWAA Enabled | % WAA | % SWAA |
| 2016-05-01 | 422,000 | 315,700 | 22,100 | 75% | 5% | 206,573,200 | 50,124,700 | 7,592,300 | 24% | 4% | 206,861,200 | 50,384,700 | 7,607,600 | 24% | 4% |
| 2016-06-01 | 13,809,800 | 10,185,300 | 694,600 | 74% | 5% | 210,457,700 | 52,016,800 | 8,409,700 | 25% | 4% | 232,124,000 | 65,187,500 | 9,195,700 | 28% | 4% |
| 2016-07-01 | 27,550,400 | 20,428,800 | 2,251,100 | 74% | 8% | 215,301,800 | 55,931,500 | 11,317,800 | 26% | 5% | 253,821,300 | 80,651,200 | 13,391,100 | 32% | 5% |
| 2016-08-01 | 46,737,900 | 39,186,700 | 19,383,800 | 84% | 41% | 219,046,100 | 77,816,600 | 33,653,700 | 36% | 15% | 277,920,600 | 119,444,100 | 48,687,600 | 43% | 18% |
| 2016-09-01 | 62,215,900 | 55,829,500 | 34,780,900 | 90% | 56% | 222,259,900 | 115,104,800 | 71,421,800 | 52% | 32% | 296,558,000 | 172,005,900 | 98,635,500 | 58% | 33% |
| 2016-10-01 | 75,559,200 | 69,208,000 | 47,224,000 | 92% | 62% | 231,493,500 | 132,277,600 | 86,969,900 | 57% | 38% | 314,368,700 | 200,113,200 | 123,935,100 | 64% | 39% |
| 2016-11-01 | 88,619,800 | 82,485,400 | 59,626,500 | 93% | 67% | 236,734,300 | 147,139,900 | 101,634,500 | 62% | 43% | 330,573,900 | 226,328,000 | 148,117,200 | 68% | 45% |
| 2016-12-01 | 101,946,800 | 96,208,800 | 72,533,700 | 94% | 71% | 245,251,700 | 163,640,000 | 117,956,500 | 67% | 48% | 349,053,500 | 253,980,900 | 173,891,600 | 73% | 50% |
| 2017-01-01 | 118,213,400 | 112,648,700 | 88,037,700 | 95% | 74% | 251,521,800 | 178,839,300 | 133,076,400 | 71% | 53% | 366,781,100 | 281,535,400 | 199,598,100 | 77% | 54% |
| 2017-02-01 | 132,732,300 | 127,546,100 | 102,168,800 | 96% | 77% | 257,609,000 | 191,650,000 | 145,889,100 | 74% | 57% | 383,091,300 | 305,347,000 | 221,943,200 | 80% | 58% |
| 2017-03-01 | 146,100,000 | 141,407,800 | 115,336,200 | 97% | 79% | 271,516,300 | 208,373,400 | 160,802,700 | 77% | 59% | 400,821,800 | 328,073,300 | 242,974,400 | 82% | 61% |
| 2017-04-01 | 160,127,600 | 155,894,500 | 129,130,500 | 97% | 81% | 282,899,400 | 223,449,700 | 174,874,300 | 79% | 62% | 418,637,000 | 350,332,600 | 263,599,400 | 84% | 63% |
| 2017-05-01 | 172,610,900 | 169,088,300 | 141,695,200 | 98% | 82% | 283,593,600 | 230,508,400 | 182,992,300 | 81% | 65% | 432,814,500 | 371,177,900 | 283,004,000 | 86% | 65% |
| 2017-06-01 | 185,056,700 | 182,418,700 | 154,458,900 | 99% | 83% | 286,595,800 | 239,130,900 | 191,992,800 | 83% | 67% | 447,219,200 | 391,731,200 | 302,205,300 | 88% | 68% |
| 2017-07-01 | 197,755,400 | 196,270,800 | 167,629,500 | 99% | 85% | 291,134,900 | 249,319,900 | 201,904,000 | 86% | 69% | 462,293,600 | 413,244,800 | 321,934,500 | 89% | 70% |
| 2017-08-01 | 211,056,900 | 209,893,900 | 180,315,000 | 99% | 85% | 294,344,500 | 254,338,300 | 207,011,800 | 86% | 70% | 477,356,300 | 430,020,100 | 337,439,000 | 90% | 71% |
| 2017-09-01 | 224,723,000 | 223,474,100 | 193,508,300 | 99% | 86% | 296,469,600 | 257,546,900 | 212,809,500 | 87% | 72% | 491,534,600 | 444,993,600 | 353,908,200 | 91% | 72% |
| 2017-10-01 | 237,288,700 | 235,963,000 | 205,631,100 | 99% | 87% | 297,304,100 | 259,018,700 | 217,412,100 | 87% | 73% | 505,187,300 | 458,859,000 | 369,634,800 | 91% | 73% |
| 2017-11-01 | 249,807,000 | 248,391,300 | 217,655,500 | 99% | 87% | 262,610,000 | 231,580,700 | 198,417,300 | 88% | 76% | 514,702,900 | 472,223,400 | 384,442,900 | 92% | 75% |
| 2017-12-01 | 262,297,100 | 260,799,200 | 229,688,600 | 99% | 88% | 302,605,300 | 263,845,100 | 226,660,000 | 87% | 75% | 533,713,400 | 486,286,500 | 399,629,100 | 91% | 75% |
| 2018-01-01 | 276,376,200 | 274,795,000 | 243,470,400 | 99% | 88% | 305,343,800 | 267,874,000 | 232,281,700 | 88% | 76% | 547,996,100 | 501,557,600 | 415,683,400 | 92% | 76% |
| 2018-02-01 | 289,506,900 | 287,847,900 | 256,311,300 | 99% | 89% | 306,751,500 | 270,492,100 | 236,247,700 | 88% | 77% | 561,166,000 | 515,689,000 | 430,311,800 | 92% | 77% |
| 2018-03-01 | 301,389,300 | 299,650,800 | 267,932,700 | 99% | 89% | 307,714,900 | 270,823,900 | 238,091,200 | 88% | 77% | 575,100,800 | 528,580,400 | 443,763,000 | 92% | 77% |
| 2018-04-01 | 314,579,100 | 312,751,200 | 280,694,700 | 99% | 89% | 307,117,200 | 271,475,200 | 239,854,100 | 88% | 78% | 588,303,500 | 542,632,200 | 457,994,400 | 92% | 78% |
| 2018-05-01 | 326,824,400 | 324,897,600 | 292,684,500 | 99% | 90% | 308,045,600 | 272,730,800 | 242,004,200 | 89% | 79% | 601,269,700 | 555,643,300 | 471,235,200 | 92% | 78% |
| 2018-06-01 | 339,077,600 | 336,980,600 | 304,491,800 | 99% | 90% | 306,485,700 | 271,211,200 | 241,881,900 | 88% | 79% | 614,900,500 | 568,615,700 | 484,291,600 | 92% | 79% |
| 2018-07-01 | 351,859,400 | 349,555,500 | 316,490,000 | 99% | 90% | 307,683,100 | 272,291,300 | 243,533,100 | 88% | 79% | 628,842,100 | 582,107,200 | 497,480,700 | 93% | 79% |
| 2018-08-01 | 365,365,500 | 362,792,100 | 329,118,200 | 99% | 90% | 310,816,100 | 274,842,700 | 246,494,000 | 88% | 79% | 643,655,000 | 596,049,900 | 511,090,100 | 93% | 79% |
| 2018-09-01 | 379,420,800 | 376,616,000 | 342,185,700 | 99% | 90% | 312,337,300 | 277,392,600 | 249,387,100 | 89% | 80% | 657,569,200 | 610,724,100 | 525,233,000 | 93% | 80% |
| 2018-10-01 | 392,270,700 | 389,251,900 | 354,192,500 | 99% | 90% | 312,604,500 | 278,145,600 | 250,705,200 | 89% | 80% | 670,928,600 | 624,152,000 | 538,310,800 | 93% | 80% |
| 2018-11-01 | 405,006,200 | 401,766,500 | 366,112,900 | 99% | 90% | 315,407,700 | 280,783,800 | 253,662,900 | 89% | 80% | 684,623,600 | 637,413,100 | 551,204,500 | 93% | 81% |
| 2018-12-01 | 417,931,300 | 414,458,300 | 378,182,500 | 99% | 90% | 317,657,500 | 282,276,300 | 255,674,500 | 89% | 80% | 699,275,900 | 650,857,900 | 564,295,900 | 93% | 81% |
| 2019-01-01 | 432,224,400 | 428,468,300 | 391,435,700 | 99% | 91% | 319,783,000 | 284,711,900 | 258,441,600 | 89% | 81% | 713,744,100 | 665,415,600 | 578,334,100 | 93% | 81% |
| 2019-02-01 | 446,150,000 | 442,095,800 | 404,394,000 | 99% | 91% | 324,856,700 | 290,495,100 | 264,114,400 | 89% | 81% | 727,256,000 | 679,519,600 | 591,924,700 | 93% | 81% |
| 2019-03-01 | 458,630,600 | 454,319,900 | 416,097,700 | 99% | 91% | 325,655,800 | 290,539,100 | 264,569,500 | 89% | 81% | 741,139,300 | 692,315,400 | 604,353,300 | 93% | 82% |
| 2019-04-01 | 472,149,700 | 467,555,300 | 428,777,800 | 99% | 91% | 326,648,100 | 292,201,100 | 266,625,400 | 89% | 82% | 754,468,200 | 705,983,500 | 617,609,400 | 94% | 82% |
| 2019-05-01 | 484,652,200 | 479,785,000 | 440,499,100 | 99% | 91% | 327,410,600 | 292,887,200 | 267,556,300 | 89% | 82% | 767,583,900 | 718,652,600 | 629,810,800 | 94% | 82% |
| 2019-06-01 | 497,419,600 | 492,273,000 | 452,459,000 | 99% | 91% | 329,286,300 | 294,595,300 | 269,352,800 | 89% | 82% | 781,017,000 | 731,613,500 | 642,239,700 | 94% | 82% |
| 2019-07-01 | 510,376,700 | 504,943,500 | 464,606,000 | 99% | 91% | 331,099,100 | 295,966,200 | 270,805,400 | 89% | 82% | 794,869,900 | 744,768,200 | 654,862,900 | 94% | 82% |
| 2019-08-01 | 523,859,400 | 518,116,500 | 477,346,600 | 99% | 91% | 334,158,200 | 298,802,100 | 273,672,000 | 89% | 82% | 808,928,000 | 758,366,100 | 667,993,300 | 94% | 83% |
| 2019-09-01 | 537,402,000 | 531,355,600 | 490,213,300 | 99% | 91% | 335,417,800 | 300,655,200 | 275,666,400 | 90% | 82% | 822,265,400 | 772,022,800 | 681,242,400 | 94% | 83% |
| 2019-10-01 | 550,122,300 | 543,776,400 | 502,278,600 | 99% | 91% | 335,436,500 | 300,891,800 | 276,009,300 | 90% | 82% | 835,313,900 | 784,889,000 | 693,654,900 | 94% | 83% |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-12-01 | 575,451,400 | 568,549,500 | 526,312,100 | 99% | 91% | 339,215,500 | 312,621,200 | 287,329,900 | 92% | 85% | 854,239,000 | 810,265,300 | 718,093,800 | 95% | 84% |
| 2020-01-01 | 589,533,100 | 582,333,700 | 539,674,100 | 99% | 92% | 340,248,300 | 316,318,200 | 291,120,000 | 93% | 86% | 864,918,100 | 824,448,500 | 731,703,900 | 95% | 85% |
| 2020-02-01 | 603,419,000 | 595,859,200 | 552,784,000 | 99% | 92% | 342,434,100 | 318,305,000 | 293,136,200 | 93% | 86% | 879,350,700 | 838,341,200 | 745,033,900 | 95% | 85% |
| 2020-03-01 | 651,676,800 | 643,378,200 | 595,443,400 | 99% | 91% | 362,734,100 | 337,282,900 | 310,774,700 | 93% | 86% | 939,441,600 | 895,806,600 | 795,001,400 | 95% | 85% |
| 2020-04-01 | 668,129,300 | 659,446,700 | 611,020,000 | 99% | 91% | 367,564,700 | 341,803,700 | 315,286,100 | 93% | 86% | 956,709,300 | 912,406,900 | 811,013,600 | 95% | 85% |
| 2020-05-01 | 685,492,900 | 676,367,300 | 627,412,600 | 99% | 92% | 373,110,000 | 346,988,600 | 320,345,700 | 93% | 86% | 974,823,100 | 929,823,000 | 827,784,500 | 95% | 85% |
| 2020-06-01 | 702,559,600 | 692,972,000 | 643,569,500 | 99% | 92% | 375,317,300 | 349,336,400 | 322,819,600 | 93% | 86% | 992,559,100 | 947,021,000 | 844,362,600 | 95% | 85% |
| 2020-07-01 | 718,503,000 | 708,254,200 | 658,585,500 | 99% | 92% | 375,913,900 | 349,768,800 | 323,505,100 | 93% | 86% | 1,009,107,600 | 962,760,200 | 859,679,700 | 95% | 85% |
| 2020-08-01 | 735,691,700 | 724,747,900 | 674,750,800 | 99% | 92% | 379,312,600 | 352,873,200 | 326,481,400 | 93% | 86% | 1,026,928,800 | 979,707,400 | 876,089,400 | 95% | 85% |
| 2020-09-01 | 753,606,400 | 741,990,400 | 691,692,200 | 98% | 92% | 383,337,400 | 356,618,600 | 330,212,800 | 93% | 86% | 1,045,507,600 | 997,457,800 | 893,351,800 | 95% | 85% |
| 2020-10-01 | 770,293,200 | 757,982,000 | 707,400,300 | 98% | 92% | 384,340,400 | 357,479,100 | 331,080,700 | 93% | 86% | 1,062,735,700 | 1,013,878,600 | 909,318,600 | 95% | 86% |
| 2020-11-01 | 786,862,400 | 773,536,000 | 722,690,400 | 98% | 92% | 385,429,500 | 358,105,400 | 331,693,900 | 93% | 86% | 1,079,790,800 | 1,029,793,100 | 924,783,500 | 95% | 86% |
| 2020-12-01 | 804,328,200 | 788,891,500 | 737,796,900 | 98% | 92% | 390,291,300 | 361,571,500 | 335,061,600 | 93% | 86% | 1,097,704,800 | 1,045,472,900 | 940,085,300 | 95% | 86% |
| 2021-01-01 | 823,957,900 | 805,651,400 | 754,295,500 | 98% | 92% | 396,208,200 | 366,059,200 | 339,224,300 | 92% | 86% | 1,117,866,400 | 1,062,582,300 | 956,786,300 | 95% | 86% |
| 2021-02-01 | 843,434,800 | 822,960,600 | 771,077,500 | 98% | 91% | 396,089,100 | 366,164,300 | 339,615,100 | 92% | 86% | 1,137,998,000 | 1,080,190,600 | 973,711,500 | 95% | 86% |
| 2021-03-01 | 859,599,600 | 837,758,800 | 785,626,100 | 97% | 91% | 396,719,200 | 366,917,800 | 340,467,600 | 92% | 86% | 1,154,495,000 | 1,095,152,500 | 988,356,500 | 95% | 86% |
| 2021-04-01 | 878,602,700 | 855,186,900 | 802,303,100 | 97% | 91% | 399,542,000 | 368,789,700 | 342,247,000 | 92% | 86% | 1,174,299,400 | 1,113,045,500 | 1,005,216,600 | 95% | 86% |
| 2021-05-01 | 901,169,800 | 874,710,200 | 819,078,300 | 97% | 91% | 398,888,300 | 368,407,000 | 341,617,900 | 92% | 86% | 1,199,417,500 | 1,133,961,000 | 1,022,521,800 | 95% | 85% |
| 2021-06-01 | 922,515,800 | 894,123,400 | 836,527,500 | 97% | 91% | 398,928,300 | 368,636,400 | 341,693,100 | 92% | 86% | 1,222,851,900 | 1,154,433,800 | 1,040,390,800 | 94% | 85% |
| 2021-07-01 | 940,618,200 | 911,000,300 | 853,223,400 | 97% | 91% | 400,287,000 | 370,302,800 | 343,340,100 | 93% | 86% | 1,241,298,500 | 1,171,565,900 | 1,057,209,600 | 94% | 85% |
| 2021-08-01 | 959,982,000 | 928,945,600 | 870,922,800 | 97% | 91% | 401,116,000 | 371,124,000 | 344,152,700 | 93% | 86% | 1,261,033,000 | 1,189,710,300 | 1,074,997,500 | 94% | 85% |
| 2021-09-01 | 979,738,300 | 947,249,100 | 888,973,900 | 97% | 91% | 403,834,100 | 373,574,700 | 346,521,300 | 93% | 86% | 1,281,183,800 | 1,208,218,900 | 1,093,137,600 | 94% | 85% |
| 2021-10-01 | 1,000,953,000 | 967,034,800 | 908,523,600 | 97% | 91% | 406,702,800 | 376,058,700 | 349,018,200 | 92% | 86% | 1,302,730,400 | 1,228,109,300 | 1,112,736,400 | 94% | 85% |
| 2021-11-01 | 1,025,042,400 | 989,653,000 | 930,896,100 | 97% | 91% | 408,886,200 | 378,197,900 | 351,132,500 | 92% | 86% | 1,327,163,200 | 1,250,918,700 | 1,135,191,000 | 94% | 86% |
| 2021-12-01 | 1,044,571,700 | 1,007,988,700 | 948,995,900 | 96% | 91% | 411,781,300 | 380,912,800 | 353,465,500 | 93% | 86% | 1,347,044,400 | 1,269,463,500 | 1,153,376,000 | 94% | 86% |
| 2022-01-01 | 1,063,680,900 | 1,026,010,800 | 966,778,900 | 96% | 91% | 413,232,900 | 382,261,700 | 354,680,400 | 93% | 86% | 1,366,574,900 | 1,287,674,200 | 1,171,243,000 | 94% | 86% |
| 2022-02-01 | 1,078,947,700 | 1,040,652,700 | 981,223,600 | 96% | 91% | 411,466,600 | 381,228,400 | 354,053,500 | 93% | 86% | 1,381,285,400 | 1,301,845,500 | 1,185,277,600 | 94% | 86% |
| 2022-03-01 | 1,100,487,400 | 1,060,782,600 | 1,000,945,300 | 96% | 91% | 413,235,900 | 382,784,600 | 355,627,400 | 93% | 86% | 1,403,627,800 | 1,322,436,500 | 1,205,390,200 | 94% | 86% |
| 2022-04-01 | 1,120,074,900 | 1,079,252,300 | 1,019,130,300 | 96% | 91% | 413,724,100 | 383,139,800 | 356,149,700 | 93% | 86% | 1,423,518,600 | 1,341,001,200 | 1,223,686,800 | 94% | 86% |
| 2022-05-01 | 1,138,239,600 | 1,096,497,100 | 1,036,277,900 | 96% | 91% | 414,097,500 | 383,326,500 | 356,380,000 | 93% | 86% | 1,442,027,200 | 1,358,371,700 | 1,240,935,100 | 94% | 86% |
| 2022-06-01 | 1,156,906,000 | 1,114,132,500 | 1,053,800,900 | 96% | 91% | 414,971,100 | 384,137,700 | 357,303,400 | 93% | 86% | 1,461,010,900 | 1,376,132,500 | 1,258,568,200 | 94% | 86% |
| 2022-07-01 | 1,177,343,900 | 1,132,806,800 | 1,072,364,500 | 96% | 91% | 417,548,400 | 386,558,600 | 359,730,200 | 93% | 86% | 1,481,829,400 | 1,394,946,900 | 1,277,252,100 | 94% | 86% |
| 2022-08-01 | 1,199,194,700 | 1,153,575,800 | 1,093,003,100 | 96% | 91% | 421,176,600 | 389,966,700 | 363,128,100 | 93% | 86% | 1,504,007,600 | 1,415,783,200 | 1,297,932,100 | 94% | 86% |
| 2022-09-01 | 1,223,633,600 | 1,176,200,900 | 1,115,499,600 | 96% | 91% | 424,798,100 | 393,346,500 | 366,406,900 | 93% | 86% | 1,528,803,800 | 1,438,543,300 | 1,320,551,400 | 94% | 86% |
| 2022-10-01 | 1,247,782,000 | 1,197,801,700 | 1,136,984,800 | 96% | 91% | 425,231,400 | 393,761,900 | 366,803,500 | 93% | 86% | 1,553,208,200 | 1,460,289,200 | 1,342,153,500 | 94% | 86% |