# PX-405

GOOG-RDGZ-02111194

Monthly (s)WAA-Off Accounts from August 2024 through September 2024

**Produced in Native Format**



Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-405**

PX-405.0001 of 0002

PRODBEG: GOOG-RDGZ-02111194
PRODEND: GOOG-RDGZ-02111194
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Google
DOCTYPE:
FILENAME: Rodriguez_Update_I.xlsx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR:
DATECREATED: 02/07/2025
DATELASTMOD: 02/07/2025
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD098
REDACTED: N
MD5 HASH: 1B79DE73DA819EE93ED26FF813C52A2C

PRODBEG: GOOG-RDGZ-02111194
PRODEND: GOOG-RDGZ-02111194
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Google
ALLCUSTODIANS: Google
DOCTYPE:
DOC TYPE:
FILENAME: Rodriguez_Update_I.xlsx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR:
OWNER:
DATECREATED: 02/07/2025
CREATEDTIME:
DateTimeCreated:
DATELASTMOD: 02/07/2025
LASTMODTIME:
DateTimeMod:
DOCTITLE:
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD098
FILEPATH:
MD5 HASH: 1B79DE73DA819EE93ED26FF813C52A2C

- ⊖ Sampled at 1% - sampling has only been seen to be off by up to 0.1% - Using activity data up to October 01, 2024. - 💼 Dashers are included. - ⊘ Googlers are excluded. - 👾 Supervised accounts, including unicorns, are included. - ⊘ Deleted acc

Purple = Accounts Created Between May 1st, 2016, and the "start_of_month"

Green = Accounts active in the 28 day period before "start_of_month"

Orange = Accounts active anytime from May 1st, 2020 to "start_of_month" or created in the same period

ounts are excluded. - ⬚ Disabled accounts are included in this dataset. - Rows 3-101 (i.e. through 2024-07-01) queried as of Fri. Aug. 9, 2024.- Rows 102-104 (i.e. 2024-08-01, 2024-09-01, and 2024-10-01) queried as of Wed. Feb. 5, 2025.

| Date | Created Accounts | | | | | | Active Accounts | | |
|---|---|---|---|---|---|---|---|---|---|
| start_of_month | # Created To Date | WAA Enabled (of cre... | # SWAA Enabled (of c... | % WAA (of created) | % SWAA (of created) | Column 17 | # Active | # WAA Enabled (of acti... | # SWAA Enabled (of act... |
| 2016-05-01 | 439,600 | 418,300 | 35,300 | 95.2% | 8.0% | | | | |
| 2016-06-01 | 14,903,700 | 13,676,400 | 1,192,900 | 91.8% | 8.0% | | | | |
| 2016-07-01 | 29,721,400 | 27,289,300 | 3,351,600 | 91.8% | 11.3% | | | | |
| 2016-08-01 | 50,258,200 | 46,340,200 | 21,244,900 | 92.2% | 42.3% | | | | |
| 2016-09-01 | 69,093,700 | 61,706,600 | 37,062,700 | 89.3% | 53.6% | | | | |
| 2016-10-01 | 84,016,600 | 74,944,600 | 49,834,000 | 89.2% | 59.3% | | | | |
| 2016-11-01 | 98,054,400 | 87,903,800 | 62,471,500 | 89.6% | 63.7% | | | | |
| 2016-12-01 | 112,114,300 | 101,116,000 | 75,428,700 | 90.2% | 67.3% | | | | |
| 2017-01-01 | 129,159,300 | 117,263,000 | 91,017,500 | 90.8% | 70.5% | | | | |
| 2017-02-01 | 144,618,900 | 131,654,300 | 104,931,800 | 91.0% | 72.6% | | | | |
| 2017-03-01 | 158,797,300 | 144,916,300 | 117,756,600 | 91.3% | 74.2% | | | | |
| 2017-04-01 | 173,776,400 | 158,825,200 | 131,144,700 | 91.4% | 75.5% | | | | |
| 2017-05-01 | 187,210,500 | 171,198,700 | 143,059,200 | 91.4% | 76.4% | | | | |
| 2017-06-01 | 200,497,600 | 183,536,800 | 155,015,500 | 91.5% | 77.3% | | | | |
| 2017-07-01 | 214,217,500 | 196,125,100 | 167,089,200 | 91.6% | 78.0% | | | | |
| 2017-08-01 | 229,075,400 | 209,308,300 | 179,737,900 | 91.4% | 78.5% | | | | |
| 2017-09-01 | 246,215,700 | 222,871,800 | 192,909,900 | 90.5% | 78.3% | | | | |
| 2017-10-01 | 260,435,900 | 235,367,000 | 205,031,100 | 90.4% | 78.7% | | | | |
| 2017-11-01 | 274,192,900 | 247,792,600 | 217,045,800 | 90.4% | 79.2% | | | | |
| 2017-12-01 | 287,690,200 | 260,203,000 | 229,075,000 | 90.4% | 79.6% | | | | |
| 2018-01-01 | 303,335,900 | 274,419,800 | 243,069,000 | 90.5% | 80.1% | | | | |
| 2018-02-01 | 317,409,600 | 287,473,100 | 255,904,100 | 90.6% | 80.6% | | | | |
| 2018-03-01 | 331,216,000 | 299,291,000 | 267,530,700 | 90.4% | 80.8% | | | | |
| 2018-04-01 | 345,834,800 | 312,429,200 | 280,322,600 | 90.3% | 81.1% | | | | |
| 2018-05-01 | 358,494,100 | 324,615,500 | 292,342,200 | 90.5% | 81.5% | | | | |
| 2018-06-01 | 371,256,700 | 336,750,300 | 304,188,400 | 90.7% | 81.9% | | | | |
| 2018-07-01 | 384,482,600 | 349,392,700 | 316,244,100 | 90.9% | 82.3% | | | | |
| 2018-08-01 | 398,618,900 | 362,699,800 | 328,932,100 | 91.0% | 82.5% | | | | |
| 2018-09-01 | 414,032,800 | 376,604,200 | 342,074,600 | 91.0% | 82.6% | | | | |
| 2018-10-01 | 427,720,900 | 389,317,700 | 354,153,300 | 91.0% | 82.8% | | | | |
| 2018-11-01 | 440,959,400 | 401,881,700 | 366,117,100 | 91.1% | 83.0% | | | | |
| 2018-12-01 | 454,404,600 | 414,656,700 | 378,272,300 | 91.3% | 83.2% | | | | |
| 2019-01-01 | 469,764,300 | 429,355,900 | 392,205,500 | 91.4% | 83.5% | | | | |
| 2019-02-01 | 484,707,000 | 443,199,200 | 405,375,200 | 91.4% | 83.6% | | | | |
| 2019-03-01 | 497,870,100 | 455,618,600 | 417,267,200 | 91.5% | 83.8% | | | | |
| 2019-04-01 | 512,873,400 | 469,093,000 | 430,180,700 | 91.5% | 83.9% | | | | |
| 2019-05-01 | 526,495,200 | 481,502,400 | 442,073,400 | 91.5% | 84.0% | | | | |
| 2019-06-01 | 540,045,500 | 494,164,900 | 454,200,900 | 91.5% | 84.1% | | | | |
| 2019-07-01 | 553,861,500 | 507,056,800 | 466,562,600 | 91.5% | 84.2% | | | | |
| 2019-08-01 | 568,509,800 | 520,490,100 | 479,556,100 | 91.6% | 84.4% | | | | |
| 2019-09-01 | 586,985,500 | 534,015,700 | 492,700,500 | 91.0% | 83.9% | | | | |
| 2019-10-01 | 602,508,700 | 546,702,500 | 505,020,500 | 90.7% | 83.8% | | | | |
| 2019-11-01 | 617,117,400 | 559,320,900 | 517,255,700 | 90.6% | 83.8% | | | | |
| 2019-12-01 | 631,342,800 | 571,859,500 | 529,401,600 | 90.6% | 83.9% | | | | |
| 2020-01-01 | 647,566,300 | 586,452,100 | 543,557,000 | 90.6% | 83.9% | | | | |
| 2020-02-01 | 700,653,500 | 636,658,800 | 588,842,500 | 90.9% | 84.0% | | | | |
| 2020-03-01 | 715,482,800 | 649,952,000 | 601,731,800 | 90.8% | 84.1% | | | | |
| 2020-04-01 | 736,519,500 | 666,651,100 | 617,931,500 | 90.5% | 83.9% | | | | |
| 2020-05-01 | 756,361,400 | 684,207,400 | 634,923,100 | 90.5% | 83.9% | 2020-05-01 | 380,648,900 | 310,198,000 | 285,006,500 |
| 2020-06-01 | 776,242,600 | 701,161,400 | 651,425,400 | 90.3% | 83.9% | 2020-06-01 | 398,219,100 | 327,591,200 | 301,350,200 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2020-07-01 | 794,740,800 | 716,860,000 | 666,808,900 | 90.2% | 83.9% | 2020-07-01 | 397,563,500 | 329,041,000 | 302,774,600 |
| 2020-08-01 | 816,269,800 | 733,695,100 | 683,277,500 | 89.9% | 83.7% | 2020-08-01 | 412,924,000 | 332,628,900 | 306,204,100 |
| 2020-09-01 | 840,951,300 | 751,437,200 | 700,694,900 | 89.4% | 83.3% | 2020-09-01 | 419,450,900 | 334,644,800 | 308,169,500 |
| 2020-10-01 | 860,984,600 | 767,738,400 | 716,688,900 | 89.2% | 83.2% | 2020-10-01 | 419,628,200 | 335,332,600 | 308,799,800 |
| 2020-11-01 | 879,311,500 | 783,392,000 | 732,077,100 | 89.1% | 83.3% | 2020-11-01 | 422,679,300 | 338,169,800 | 311,585,700 |
| 2020-12-01 | 897,170,400 | 798,939,700 | 747,343,400 | 89.1% | 83.3% | 2020-12-01 | 428,056,400 | 341,645,000 | 314,853,500 |
| 2021-01-01 | 917,244,200 | 816,706,100 | 764,597,300 | 89.0% | 83.4% | 2021-01-01 | 430,611,800 | 343,099,800 | 316,355,200 |
| 2021-02-01 | 937,021,800 | 833,961,900 | 781,541,600 | 89.0% | 83.4% | 2021-02-01 | 430,569,500 | 344,594,200 | 317,918,400 |
| 2021-03-01 | 955,804,800 | 849,759,300 | 796,584,900 | 88.9% | 83.3% | 2021-03-01 | 432,581,300 | 344,950,300 | 318,166,200 |
| 2021-04-01 | 979,748,900 | 870,455,500 | 814,514,000 | 88.8% | 83.1% | 2021-04-01 | 431,850,400 | 345,000,000 | 318,027,600 |
| 2021-05-01 | 1,001,425,800 | 888,796,100 | 830,861,200 | 88.8% | 83.0% | 2021-05-01 | 431,679,400 | 344,862,900 | 317,773,200 |
| 2021-06-01 | 1,042,828,200 | 904,557,700 | 846,031,600 | 86.7% | 81.1% | 2021-06-01 | 438,461,600 | 345,924,700 | 318,502,400 |
| 2021-07-01 | 1,061,066,200 | 920,036,900 | 861,264,300 | 86.7% | 81.2% | 2021-07-01 | 429,361,400 | 345,551,200 | 318,163,300 |
| 2021-08-01 | 1,081,293,700 | 935,963,500 | 876,934,100 | 86.6% | 81.1% | 2021-08-01 | 449,550,900 | 348,248,200 | 320,697,600 |
| 2021-09-01 | 1,105,283,100 | 952,406,200 | 893,185,600 | 86.2% | 80.8% | 2021-09-01 | 452,826,100 | 358,959,100 | 331,305,800 |
| 2021-10-01 | 1,123,930,800 | 967,544,800 | 908,090,300 | 86.1% | 80.8% | 2021-10-01 | 456,521,000 | 361,899,000 | 334,218,300 |
| 2021-11-01 | 1,144,067,700 | 983,289,800 | 923,579,100 | 85.9% | 80.7% | 2021-11-01 | 457,352,200 | 362,483,800 | 334,765,600 |
| 2021-12-01 | 1,161,777,100 | 998,611,400 | 938,651,300 | 86.0% | 80.8% | 2021-12-01 | 460,901,800 | 365,879,600 | 338,039,500 |
| 2022-01-01 | 1,180,575,800 | 1,015,389,500 | 955,177,200 | 86.0% | 80.9% | 2022-01-01 | 462,850,500 | 368,623,700 | 340,728,500 |
| 2022-02-01 | 1,196,446,500 | 1,028,708,300 | 968,295,300 | 86.0% | 80.9% | 2022-02-01 | 466,120,300 | 369,549,100 | 341,715,000 |
| 2022-03-01 | 1,217,182,900 | 1,046,666,200 | 985,910,800 | 86.0% | 81.0% | 2022-03-01 | 467,141,300 | 370,432,900 | 342,629,700 |
| 2022-04-01 | 1,236,906,800 | 1,063,215,200 | 1,002,276,800 | 86.0% | 81.0% | 2022-04-01 | 468,214,900 | 371,333,100 | 343,608,500 |
| 2022-05-01 | 1,255,596,000 | 1,078,751,000 | 1,017,685,100 | 85.9% | 81.1% | 2022-05-01 | 469,099,200 | 371,730,900 | 344,015,200 |
| 2022-06-01 | 1,274,436,300 | 1,094,561,700 | 1,033,355,200 | 85.9% | 81.1% | 2022-06-01 | 469,363,500 | 372,131,100 | 344,495,300 |
| 2022-07-01 | 1,295,516,000 | 1,110,957,100 | 1,049,615,600 | 85.8% | 81.0% | 2022-07-01 | 456,508,300 | 374,153,800 | 346,511,700 |
| 2022-08-01 | 1,318,694,500 | 1,128,303,300 | 1,066,809,700 | 85.6% | 80.9% | 2022-08-01 | 452,256,100 | 376,532,700 | 348,905,500 |
| 2022-09-01 | 1,344,404,500 | 1,145,811,800 | 1,084,167,300 | 85.2% | 80.6% | 2022-09-01 | 475,092,400 | 379,274,800 | 351,449,400 |
| 2022-10-01 | 1,365,211,500 | 1,162,430,300 | 1,100,849,400 | 85.1% | 80.6% | 2022-10-01 | 481,988,400 | 379,297,500 | 351,685,000 |
| 2022-11-01 | 1,386,939,300 | 1,179,558,000 | 1,117,814,800 | 85.0% | 80.6% | 2022-11-01 | 483,706,900 | 380,161,300 | 352,473,200 |
| 2022-12-01 | 1,410,053,000 | 1,196,439,100 | 1,134,372,400 | 84.9% | 80.4% | 2022-12-01 | 487,199,700 | 382,518,000 | 354,509,800 |
| 2023-01-01 | 1,434,528,500 | 1,215,340,000 | 1,153,014,100 | 84.7% | 80.4% | 2023-01-01 | 479,169,400 | 377,759,500 | 349,861,500 |
| 2023-02-01 | 1,460,712,400 | 1,232,946,300 | 1,170,405,100 | 84.4% | 80.1% | 2023-02-01 | 488,256,100 | 381,237,500 | 353,644,600 |
| 2023-03-01 | 1,488,060,700 | 1,251,483,300 | 1,188,736,400 | 84.1% | 79.9% | 2023-03-01 | 491,578,100 | 384,564,500 | 356,614,000 |
| 2023-04-01 | 1,524,023,400 | 1,273,329,100 | 1,210,349,900 | 83.6% | 79.4% | 2023-04-01 | 493,262,200 | 386,074,100 | 357,763,900 |
| 2023-05-01 | 1,559,552,500 | 1,294,500,900 | 1,231,284,000 | 83.0% | 79.0% | 2023-05-01 | 495,946,700 | 387,764,400 | 359,110,500 |
| 2023-06-01 | 1,605,822,800 | 1,315,841,100 | 1,252,415,200 | 81.9% | 78.0% | 2023-06-01 | 497,452,900 | 388,618,400 | 359,674,400 |
| 2023-07-01 | 1,644,058,600 | 1,338,088,800 | 1,274,492,900 | 81.4% | 77.5% | 2023-07-01 | 484,307,100 | 391,697,300 | 362,515,300 |
| 2023-08-01 | 1,686,930,200 | 1,362,685,300 | 1,298,843,900 | 80.8% | 77.0% | 2023-08-01 | 481,136,500 | 396,095,000 | 366,483,100 |
| 2023-09-01 | 1,739,770,400 | 1,386,429,100 | 1,322,313,100 | 79.7% | 76.0% | 2023-09-01 | 507,364,600 | 399,851,100 | 369,744,700 |
| 2023-10-01 | 1,777,194,200 | 1,409,598,000 | 1,345,261,200 | 79.3% | 75.7% | 2023-10-01 | 510,437,800 | 397,353,100 | 367,010,700 |
| 2023-11-01 | 1,804,297,900 | 1,430,783,200 | 1,366,210,000 | 79.3% | 75.7% | 2023-11-01 | 509,415,000 | 396,459,600 | 365,877,400 |
| 2023-12-01 | 1,831,180,100 | 1,453,034,200 | 1,388,254,600 | 79.3% | 75.8% | 2023-12-01 | 512,517,900 | 399,052,800 | 368,078,900 |
| 2024-01-01 | 1,863,934,300 | 1,482,668,100 | 1,417,681,600 | 79.5% | 76.1% | 2024-01-01 | 511,708,400 | 400,225,800 | 369,206,100 |
| 2024-02-01 | 1,897,678,100 | 1,513,434,500 | 1,448,256,700 | 79.8% | 76.3% | 2024-02-01 | 517,447,600 | 404,073,100 | 372,744,000 |
| 2024-03-01 | 1,916,570,600 | 1,531,212,400 | 1,465,833,100 | 79.9% | 76.5% | 2024-03-01 | 515,666,800 | 402,699,100 | 371,111,100 |
| 2024-04-01 | 1,938,400,000 | 1,551,515,900 | 1,485,941,500 | 80.0% | 76.7% | 2024-04-01 | 517,255,000 | 404,481,300 | 372,705,800 |
| 2024-05-01 | 1,967,053,500 | 1,577,010,300 | 1,511,212,200 | 80.2% | 76.8% | 2024-05-01 | 527,150,700 | 413,515,800 | 381,432,300 |
| 2024-06-01 | 1,984,846,000 | 1,591,676,500 | 1,525,692,000 | 80.2% | 76.9% | 2024-06-01 | 518,528,400 | 405,615,800 | 373,391,700 |
| 2024-07-01 | 2,008,575,600 | 1,612,183,600 | 1,545,987,300 | 80.3% | 77.0% | 2024-07-01 | 503,506,000 | 407,758,600 | 375,238,500 |
| 2024-08-01 | 1,934,638,300 | 1,580,266,200 | 1,515,969,100 | 81.7% | 78.4% | 2024-08-01 | 497,569,500 | 410,034,800 | 377,336,700 |
| 2024-09-01 | 1,961,859,700 | 1,605,489,800 | 1,540,951,100 | 81.8% | 78.5% | 2024-09-01 | 520,933,600 | 413,537,000 | 380,628,200 |
| 2024-10-01 | 1,985,014,600 | 1,627,667,500 | 1,562,923,000 | 82.0% | 78.7% | 2024-10-01 | 527,332,300 | 414,588,900 | 381,467,800 |

**Created or active since start of period**

| % WAA (of active) | % SWAA (of active) | # Created or active since first period | # WAA Enabled | # SWAA Enabled | % WAA | % SWAA |
|---|---|---|---|---|---|---|
| 81.5% | 74.9% | 381,009,000 | 310,511,800 | 285,308,500 | 0.81497235 | 0.748823519 |
| 82.3% | 75.7% | 432,534,400 | 353,151,900 | 325,413,000 | 0.816471245 | 0.752340161 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 82.8% | 76.2% | 467,939,300 | 382,332,500 | 352,981,700 | 0.817055759 | 0.754332239 |
| 80.6% | 74.2% | 505,707,200 | 408,760,700 | 378,019,200 | 0.808295195 | 0.747506067 |
| 79.8% | 73.5% | 537,255,700 | 433,400,100 | 401,539,200 | 0.806692419 | 0.747389372 |
| 79.9% | 73.6% | 562,527,200 | 454,992,100 | 422,129,200 | 0.808835733 | 0.750415624 |
| 80.0% | 73.7% | 585,892,800 | 475,179,400 | 441,475,100 | 0.811034715 | 0.753508321 |
| 79.8% | 73.6% | 610,675,600 | 495,114,000 | 460,546,100 | 0.81076434 | 0.754158345 |
| 79.7% | 73.5% | 634,415,500 | 515,802,100 | 480,477,300 | 0.813035148 | 0.757354289 |
| 80.0% | 73.8% | 655,471,700 | 535,695,500 | 499,708,800 | 0.817267168 | 0.762365179 |
| 79.7% | 73.6% | 677,804,100 | 553,046,700 | 516,362,400 | 0.815938853 | 0.761816578 |
| 79.9% | 73.6% | 698,022,400 | 570,921,300 | 533,458,000 | 0.817912577 | 0.76424195 |
| 79.9% | 73.6% | 718,173,300 | 587,765,900 | 549,632,000 | 0.818417922 | 0.765319457 |
| 78.9% | 72.6% | 758,880,000 | 605,297,400 | 566,252,100 | 0.797619386 | 0.746168169 |
| 80.5% | 74.1% | 779,585,200 | 622,342,100 | 582,756,000 | 0.798299019 | 0.747520605 |
| 77.5% | 71.3% | 804,148,900 | 639,779,500 | 599,646,800 | 0.795598303 | 0.745691252 |
| 79.3% | 73.2% | 815,682,600 | 656,606,000 | 616,214,700 | 0.804977328 | 0.755458925 |
| 79.3% | 73.2% | 832,821,200 | 672,734,600 | 631,932,500 | 0.807777948 | 0.758785319 |
| 79.3% | 73.2% | 854,850,900 | 689,843,900 | 648,512,900 | 0.806975696 | 0.758626914 |
| 79.4% | 73.3% | 874,288,200 | 706,478,900 | 664,608,700 | 0.808061804 | 0.760171188 |
| 79.6% | 73.6% | 894,821,100 | 724,548,800 | 682,162,900 | 0.809713584 | 0.762345568 |
| 79.3% | 73.3% | 911,820,200 | 738,752,200 | 696,026,700 | 0.810195036 | 0.763337662 |
| 79.3% | 73.3% | 934,153,700 | 757,783,300 | 714,586,700 | 0.811197665 | 0.764956238 |
| 79.3% | 73.4% | 955,268,000 | 775,308,800 | 731,805,400 | 0.811613914 | 0.766073395 |
| 79.2% | 73.3% | 975,240,600 | 791,727,100 | 747,957,600 | 0.811827461 | 0.766946741 |
| 79.3% | 73.4% | 995,262,300 | 808,350,800 | 764,312,000 | 0.812198754 | 0.767950318 |
| 82.0% | 75.9% | 1,017,457,300 | 825,545,900 | 781,246,800 | 0.811381372 | 0.767842346 |
| 83.3% | 77.1% | 1,041,787,300 | 843,653,200 | 799,064,200 | 0.809813289 | 0.767012806 |
| 79.8% | 74.0% | 1,068,838,400 | 861,954,500 | 817,083,100 | 0.806440431 | 0.764458968 |
| 78.7% | 73.0% | 1,090,735,600 | 879,105,400 | 834,365,900 | 0.805974794 | 0.764957062 |
| 78.6% | 72.9% | 1,113,460,000 | 896946500 | 851912900 | 0.80554892 | 0.76510418 |
| 78.5% | 72.8% | 1,137,632,900 | 914625100 | 869048900 | 0.80397209 | 0.763909781 |
| 78.8% | 73.0% | 1,163,012,800 | 934217100 | 888040600 | 0.803273274 | 0.763569068 |
| 78.1% | 72.4% | 1,190,255,000 | 949546400 | 903432300 | 0.797767201 | 0.759024159 |
| 78.2% | 72.5% | 1,218,491,400 | 968743400 | 922000900 | 0.795035074 | 0.756674114 |
| 78.3% | 72.5% | 1,255,482,000 | 991335600 | 943902800 | 0.789605586 | 0.751825036 |
| 78.2% | 72.4% | 1,292,046,800 | 1013235400 | 965134200 | 0.784209519 | 0.746980837 |
| 78.1% | 72.3% | 1,339,467,800 | 1035243500 | 986509900 | 0.772876735 | 0.736493927 |
| 80.9% | 74.9% | 1,379,167,100 | 1058080000 | 1008807600 | 0.767187674 | 0.731461474 |
| 82.3% | 76.2% | 1,423,421,700 | 1083279600 | 1033259400 | 0.761039121 | 0.725898305 |
| 78.8% | 72.9% | 1,477,471,500 | 1107587600 | 1056769400 | 0.749650738 | 0.715255353 |
| 77.8% | 71.9% | 1,515,800,100 | 1131318000 | 1079824400 | 0.746350393 | 0.712379159 |
| 77.8% | 71.8% | 1,543,728,700 | 1153120600 | 1100939200 | 0.746971019 | 0.713168836 |
| 77.9% | 71.8% | 1,571,501,300 | 1176118200 | 1123239800 | 0.748404217 | 0.714755883 |
| 78.2% | 72.2% | 1,605,053,500 | 1206437700 | 1152884400 | 0.751649524 | 0.718284095 |
| 78.1% | 72.0% | 1,639,720,400 | 1237867900 | 1183654700 | 0.754926206 | 0.72186374 |
| 78.1% | 72.0% | 1,659,470,800 | 1256255800 | 1201410800 | 0.757021937 | 0.723972245 |
| 78.2% | 72.1% | 1,682,117,600 | 1277085900 | 1221649800 | 0.759213208 | 0.72625707 |
| 78.4% | 72.4% | 1,711,742,000 | 1303217400 | 1247081600 | 0.761339851 | 0.728545306 |
| 78.2% | 72.0% | 1,730,490,000 | 1318466900 | 1261675000 | 0.761903796 | 0.729085404 |
| 81.0% | 74.5% | 1,755,183,400 | 1339582000 | 1282054600 | 0.76321483 | 0.73043911 |
| 82.4% | 75.8% | 1,713,169,400 | 1342005500 | 1284051300 | 0.783346644 | 0.749517999 |
| 79.4% | 73.1% | 1,741,172,500 | 1367634100 | 1309040000 | 0.785467322 | 0.751815228 |
| 78.6% | 72.3% | 1,765,016,700 | 1390214500 | 1331073600 | 0.787649488 | 0.754142213 |