# Hoffman Clip 82:1-12

Designation List Report

 **Hoffman, Donna**                              **2023-07-11**

| | |
|---|---|
| Plaintiff Designations | 00:00:26 |
| **TOTAL RUN TIME** | **00:00:26** |

Rodriguez v Google
Plaintiff's Trial Exhibit

**PX-414**

ID: DH-8201

**DH-8201 - Hoffman Impeachment  82:1-12**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 82:01 - 82:08 | **Hoffman, Donna 2023-07-11** | 00:00:19 | **DH-8201.1** |

82:01    Q.  So you said a moment ago
82:02        that when you turn it off and -- well,
82:03        when you turn WAA off, everything that
82:04        happens after you turn WAA off will not
82:05        be saved to your account.
82:06        And my question is, will
82:07        that data be saved somewhere else aside
82:08        from your account?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 82:10 - 82:12 | **Hoffman, Donna 2023-07-11** | 00:00:07 | **DH-8201.2** |

82:10    A.  That's not something I can
82:11        answer because my rebuttal did not
82:12        concern that matter.

| | |
|---|---|
| Plaintiff Designations | 00:00:26 |
| **TOTAL RUN TIME** | **00:00:26** |

PX-414 0002 of 0006

# Hoffman Clip 200:18-6

Designation List Report



| | | |
|---|---|---|
| **Hoffman, Donna** | | **2023-07-11** |

| | |
|---|---|
| Plaintiff Designations | 00:00:40 |
| **TOTAL RUN TIME** | **00:00:40** |

**ID: DH-20018**

**DH-20018 - Hoffman Impeachment 200:18-6**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 200:18 - 201:06 | **Hoffman, Donna 2023-07-11** | 00:00:40 | **DH-20018.1** |

200:18  Q.  So you have no opinion about
200:19        what it means for Google to log data
200:20        without tying it to your account; is that
200:21        fair?
200:22  A.  That -- that was not a part
200:23        of my rebuttal opinion.
200:24  Q.  So you don't know one way or
200:25        the other whether Google, in fact, ever
201:01        logs data that's not tied to your
201:02        account?
201:03  A.  That is not covered in the
201:04        rebuttal and I just am not comfortable
201:05        giving off-the-cuff answers to things
201:06        that are not in my report.

| | | |
|---|---|---|
| Plaintiff Designations | 00:00:40 | |
| **TOTAL RUN TIME** | **00:00:40** | |

PX-414 0004 of 0006

# Hoffman Clip 269:13-19

Designation List Report

 **Hoffman, Donna**                                   **2023-07-11**

| Plaintiff Designations | 00:00:14 |
|---|---|
| **TOTAL RUN TIME** | **00:00:14** |

**ID: DH-26913**

**DH-26913 - Hoffman Impeachment 269:13-19**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 269:13 - 269:16 | **Hoffman, Donna 2023-07-11** | 00:00:10 | **DH-26913.1** |
| | 269:13  Q.  So from reviewing the | | |
| | 269:14       privacy policy, do you know whether | | |
| | 269:15       Google ever saves data outside of a | | |
| | 269:16       Google Account? | | |
| 269:18 - 269:19 | **Hoffman, Donna 2023-07-11** | 00:00:04 | **DH-26913.2** |
| | 269:18  A.  My rebuttal opinion was not | | |
| | 269:19       concerned with that question. | | |

| | |
|---|---|
| Plaintiff Designations | 00:00:14 |
| **TOTAL RUN TIME** | **00:00:14** |

PX-414 0006 of 0006