PX 1014

**Volume of Records Saved by Google from Plaintiff Rodriguez's Non-Google App Activity While (s)WAA Was Off Between October 15, 2021 and December 20, 2021**

| app_id | Records |
|---|---|
| com.offerup | 22,252 |
| com.matteljv.uno | 5,962 |
| com.activision.callofduty.shooter | 3,845 |
| in.sweatco.app | 1,604 |
| com.ubercab.driver | 1,358 |
| com.move.realtor | 1,208 |
| games.noho.gungang | 777 |
| com.soundcloud.android | 772 |
| com.hualai | 676 |
| com.reddit.frontpage | 649 |
| com.classdojo.android | 635 |
| com.photoroom.app | 546 |
| com.nextdoor | 535 |
| com.roadie.drive.android.app | 520 |
| net.fieldagent | 485 |
| com.walmart.android | 454 |
| com.littlecaesars | 423 |
| lili.co | 377 |
| com.activehours | 363 |
| com.steady.steadyapp.com | 335 |
| com.coinbase.android | 334 |
| com.mcdonalds.app | 314 |
| com.spotify.music | 275 |
| com.xfinitymobile.myaccount | 263 |
| jp.co.translimit.countrun | 223 |
| com.hp.android.printservice | 216 |
| com.upside.consumer.android | 201 |
| com.gigsmart.worker | 191 |
| com.glassdoor.app | 181 |
| com.trulia.android | 179 |
| com.jobget | 171 |
| com.os.falcon.green.light.challenge | 154 |
| com.fusionprojects.edmodo | 149 |
| com.sports.real.golf.rival.online | 145 |
| com.yellowishdev.hyrecarandroid | 143 |
| com.sezzle.sezzlemobile | 116 |
| com.ebay.mobile | 110 |
| com.ubercab.eats | 107 |
| com.gridwise.app | 94 |
| com.paypal.android.p2pmobile | 79 |
| com.quadpay.quadpay | 64 |

Rodriguez v Google

Plaintiff's
Trial Exhibit

**PX-492**

| | |
|---|---|
| health.clipboard.worker | 64 |
| com.current.app | 60 |
| com.docusign.ink | 59 |
| com.wssyncmldm | 58 |
| com.hopper.mountainview.play | 57 |
| com.publix.main | 56 |
| com.fiverr.fiverr | 54 |
| com.virtuo.customer | 53 |
| de.swejuppotto.timewarpscan | 53 |
| com.target.ui | 46 |
| com.adpmobile.android | 44 |
| com.mobilgov.fl.dhsmv | 43 |
| co.aviagames.bingo.samsung | 40 |
| com.ford.fordpass | 40 |
| com.papajohns.android | 39 |
| com.goodrx | 38 |
| com.gigwalk | 37 |
| com.base.jump.gliding | 35 |
| com.microsoft.office.outlook | 35 |
| com.playgendary.kickthebuddy | 34 |
| org.craigslist.CraigslistMobile | 34 |
| com.mobikasaba.carlaandroid | 31 |
| com.samsung.android.themestore | 30 |
| com.thumbtack.pro | 30 |
| com.justplay.app | 29 |
| com.openpath.mobile | 29 |
| com.udemy.android | 27 |
| com.clockedin | 26 |
| com.getaround.android | 25 |
| com.okta.android.auth | 25 |
| com.samsung.sree | 25 |
| com.ubercab | 25 |
| com.zebit.market | 22 |
| com.ziprecruiter.android.release | 22 |
| online.cashalarm.app | 21 |
| com.relaxingbraintraining.solitairekingdom | 20 |
| com.youmail.android.vvm | 19 |
| com.dropbox.android | 18 |
| com.TTT.logomaker.logocreator.generator.designer | 17 |
| com.edmodo.parents | 16 |
| com.emn8.mobilem8.nativeapp.bk | 16 |
| com.wsl.noom | 15 |
| com.aa.android | 14 |
| com.zillow.android.zillowmap | 13 |
| com.grubhub.driver | 12 |
| com.topgamesinc.evony | 11 |
| com.walmart.sparkdriver | 11 |
| taxi.muver.driver | 11 |

| | |
|---|---|
| com.yelp.android | 10 |
| com.abtnprojects.ambatana | 9 |
| com.notarize.signer | 8 |
| com.usps | 8 |
| com.samsung.android.app.spage | 7 |
| br.com.escolhatecnologia.vozdonarrador | 6 |
| com.careerkarma.chat | 5 |
| com.trinet.hrpmobile | 5 |
| com.discord | 2 |
| com.samsung.android.dkey | 2 |
| com.acorns.android | 1 |
| com.alibaba.aliexpresshd | 1 |
| com.alibaba.intl.android.apps.poseidon | 1 |
| com.amp.instagrab | 1 |
| com.bandlab.bandlab | 1 |
| com.cigna.mobile.mycigna | 1 |
| com.contextlogic.wish | 1 |
| com.cornershopapp.android | 1 |
| com.cornershopapp.shopper.android | 1 |
| com.dd.doordash | 1 |
| com.dominospizza | 1 |
| com.enflick.android.TextNow | 1 |
| com.fitbod.fitbod | 1 |
| com.gopuff.driverapp | 1 |
| com.gopuff.godrive2.staging | 1 |
| com.groupon | 1 |
| com.hp.printercontrol | 1 |
| com.hulu.plus | 1 |
| com.lht.icruise | 1 |
| com.main.gopuff | 1 |
| com.microsoft.skydrive | 1 |
| com.robinhood.android | 1 |
| com.samsung.android.app.omcagent | 1 |
| com.samsung.android.coldwalletservice | 1 |
| com.samsung.android.mateagent | 1 |
| com.samsung.android.samsungpass | 1 |
| com.samsung.ssu | 1 |
| com.sec.android.app.billing | 1 |
| com.shipt.shopper | 1 |
| com.thisclicks.wiw | 1 |
| com.upwork.android.apps.main | 1 |
| com.varomoney.bank | 1 |
| com.womboai.wombo | 1 |
| com.xfinity.digitalhome | 1 |
| **Total** | **49,120** |

Source: GOOG-RDGZ-00071766