PX 1015

**Volume of Records Saved by Google from Plaintiff Rodriguez's Non-Google App Activity While (s)WAA Was Off Between October 15, 2021 and December 20, 2021**

| app_id | Records |
|---|---|
| com.activision.callofduty.shooter | 1857 |
| in.sweatco.app | 1475 |
| com.matteljv.uno | 880 |
| com.soundcloud.android | 772 |
| games.noho.gungang | 744 |
| com.photoroom.app | 546 |
| net.fieldagent | 444 |
| com.walmart.android | 356 |
| lili.co | 300 |
| com.mcdonalds.app | 298 |
| com.coinbase.android | 277 |
| com.classdojo.android | 274 |
| com.xfinitymobile.myaccount | 217 |
| com.hp.android.printservice | 216 |
| com.trulia.android | 179 |
| com.os.falcon.green.light.challenge | 148 |
| com.yellowishdev.hyrecarandroid | 110 |
| com.paypal.android.p2pmobile | 76 |
| com.sports.real.golf.rival.online | 62 |
| com.ubercab.eats | 57 |
| de.swejuppotto.timewarpscan | 53 |
| com.docusign.ink | 52 |
| com.virtuo.customer | 45 |
| com.wssyncmldm | 45 |
| com.publix.main | 44 |
| com.target.ui | 40 |
| com.base.jump.gliding | 35 |
| com.ford.fordpass | 34 |
| com.playgendary.kickthebuddy | 34 |
| org.craigslist.CraigslistMobile | 34 |
| co.aviagames.bingo.samsung | 32 |
| com.ubercab | 25 |
| com.samsung.sree | 25 |
| com.openpath.mobile | 22 |
| online.cashalarm.app | 21 |
| com.udemy.android | 20 |
| com.dropbox.android | 18 |
| com.zebit.market | 15 |
| com.thumbtack.pro | 13 |
| com.topgamesinc.evony | 11 |
| com.walmart.sparkdriver | 11 |

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-493**

| | |
|---|---|
| com.yelp.android | 10 |
| com.abtnprojects.ambatana | 9 |
| com.goodrx | 8 |
| com.usps | 8 |
| com.samsung.android.app.spage | 7 |
| com.trinet.hrpmobile | 5 |
| br.com.escolhatecnologia.vozdonarrador | 3 |
| com.youmail.android.vvm | 2 |
| com.careerkarma.chat | 2 |
| com.samsung.android.dkey | 2 |
| com.xfinity.digitalhome | 1 |
| com.cornershopapp.android | 1 |
| com.cornershopapp.shopper.android | 1 |
| **Total** | **9,976** |

Source: GOOG-RDGZ-00071767