UNITED STATES DISTRICT COURT
CASE#: 3:20-CV-04688-RS

G0574

**B. Set up – 30 April 2018 to 29 October 2019**

Index

B.7

Index

GOOG-RDGZ-00154815

**B. Set up – 30 April 2018 to 29 October 2019**                    <u>Index</u>

B.8

Your device works better with a Google Account:

▷ Download apps, music, games, and other content from Google Play

☁ Back up your apps to Google, and sync Google services like Calendar and Contacts with your device

Close

**2**

GOOG-RDGZ-00154816

**B. Set up – 30 April 2018 to 29 October 2019**     Index

B.9



**3**

GOOG-RDGZ-00154817

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.10



**4**

GOOG-RDGZ-00154818

**B. Set up – 30 April 2018 to 29 October 2019**          Index

B.11



GOOG-RDGZ-00154819

**B. Set up – 30 April 2018 to 29 October 2019**

Index

B.12



**6**

GOOG-RDGZ-00154820

**B. Set up – 30 April 2018 to 29 October 2019**

Index

B.13



**7**

GOOG-RDGZ-00154821

**B. Set up – 30 April 2018 to 29 October 2019**       <u>Index</u>

B.14     (i)



Google

## Add phone number?

If you like, you can add this phone's number to your account for use across Google services. Learn more

**For example, your number will be used to**

Reset your password if you forget it

Receive video calls & messages

Make Google services, including ads, more relevant to you

**How it works**

Google will occasionally verify your number by exchanging your device info with your operator or via SMS (charges may apply)

Any number verified on this device will be added to your Google Account

**You're in control**

This won't make your number public

‹

(This screen is continued on the next page. A user would access the next page by scrolling down.)

GOOG-RDGZ-00154822

**B. Set up – 30 April 2018 to 29 October 2019**          <u>Index</u>

B.14     (ii)

Receive video calls & messages

Make Google services, including ads, more relevant to you

**How it works**

Google will occasionally verify your number by exchanging your device info with your operator or via SMS (charges may apply)

Any number verified on this device will be added to your Google Account

**You're in control**

This won't make your number public

You can always change your number, control how it's used or remove it in your Google account (account.google.com/phone)

More options

Skip                                    Yes, I'm in

‹

---

**B. Set up – 30 April 2018 to 29 October 2019**          page 55

**9**

GOOG-RDGZ-00154823

**B. Set up – 30 April 2018 to 29 October 2019**

Index

B.15    (i)



(This screen is continued on the next page. A user would access the next page by scrolling down.)

GOOG-RDGZ-00154824

**B. Set up – 30 April 2018 to 29 October 2019**          Index

B.15     (ii)



We process this data for the purposes described in our policy, including to:

- Help our services deliver more useful, customised content such as more relevant search results;
- Improve the quality of our services and develop new ones;
- Deliver personalised ads, depending on your account settings, both on Google services and on sites and apps that partner with Google;
- Improve security by protecting against fraud and abuse; and
- Conduct analytics and measurement to understand how our services are used. We also have partners that measure how our services are used. Learn more about these specific advertising and measurement partners.

**Combining data**

We also combine this data among our services and across your devices for these purposes. For example, depending on your account settings, we show you ads based on information about your interests, which we can derive from your use of Search and YouTube; and we use data from trillions of search queries to build spell-correction models that we use across all of our services.

**You're in control**

Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information. You can control how we collect and use this data now by clicking 'More Options' below. You can always adjust your controls later or withdraw your consent for the future by visiting My Account (myaccount.google.com).

〈

(This screen is continued on the next page. A user would access the next page by scrolling down.)

**11**

GOOG-RDGZ-00154825

**B. Set up – 30 April 2018 to 29 October 2019**

B.15     (iii)

apps that partner with Google;

- Improve security by protecting against fraud and abuse; and
- Conduct analytics and measurement to understand how our services are used. We also have partners that measure how our services are used. Learn more about these specific advertising and measurement partners.

**Combining data**

We also combine this data among our services and across your devices for these purposes. For example, depending on your account settings, we show you ads based on information about your interests, which we can derive from your use of Search and YouTube; and we use data from trillions of search queries to build spell-correction models that we use across all of our services.

**You're in control**

Depending on your account settings, some of this data may be associated with your Google Account and we treat this data as personal information. You can control how we collect and use this data now by clicking 'More Options' below. You can always adjust your controls later or withdraw your consent for the future by visiting My Account (myaccount.google.com).

MORE OPTIONS     ⌄

Don't create the account                    I agree

‹

**12**

GOOG-RDGZ-00154826

**B. Set up – 30 April 2018 to 29 October 2019**                     <u>Index</u>

B.16    (i)



(This screen is a recreation of the screen that was shown to users during this period. It is continued on the next page. A user could access the next page by scrolling down.)

**13**

GOOG-RDGZ-00154827

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.16     (ii)

> **Ads Personalization**
>
> Google can show you ads based on your activity on Google services (such as Search or YouTube), and on websites and apps that partner with Google.
>
> ◉  Show me personalized ads
>
> ○  Show me ads that aren't personalized
>
> Learn more
>
> **YouTube Search History**
>
> Saves what you search for on YouTube to make your future searches faster and to give you better recommendations in YouTube and other Google services.
>
> ◉  Save my YouTube Search History in my Google Account
>
> ○  Don't save my YouTube Search History in my Google Account

(This screen is continued on the next page. A user could access the next page by scrolling down.)

**14**

GOOG-RDGZ-00154828

**B. Set up – 30 April 2018 to 29 October 2019**

15

B.16    (iii)



(This screen is continued on the next page. A user could access the next page by scrolling down.)

15

GOOG-RDGZ-00154829

**B. Set up – 30 April 2018 to 29 October 2019**

B.16    (iv)



○ Save my Location History in my Google Account

◉ Don't save my Location History in my Google Account

Learn more

🎤 **Voice & Audio Activity**

Saves a recording of your voice and audio input to help Google recognise your voice, and improve speech recognition.

○ Save my Voice & audio activity in my Google Account

◉ Don't save my Voice & audio activity in my Google Account

Learn more

☐ Send me occasional reminders about these settings

These settings apply wherever you are signed in to your new Google Account.

Don't create the account    I agree

‹

**16**

GOOG-RDGZ-00154830

**B. Set up – 30 April 2018 to 29 October 2019**

Index

B.17



**17**

GOOG-RDGZ-00154831

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.18



**18**

GOOG-RDGZ-00154832

**B. Set up – 30 April 2018 to 29 October 2019**                    Index

B.19



**19**

GOOG-RDGZ-00154833

**B. Set up – 30 April 2018 to 29 October 2019**

B.20



**20**

## C. Settings – 1 January 2017 to October 2018

Index

C.24



(This screen is a recreation of the screen that was shown to users during this period).

**113**

GOOG-RDGZ-00154880

**D. Settings – October 2018 to 29 October 2019**          Index

D.18



**166**