

# Scrubbing Policies for Log Data

UNITED STATES DISTRICT COURT
N.D. CAL.
CASE #: 3:20-CV-04688-RS

**G0929**

Home: Start Here for Logs Privacy    New to Sawmill?    Data Shepherds    Logs Policy    ·    Justice League    Sawmill Central

# Start Here: Logs Privacy

Search this site

▾ Anonymization
  Anonymization Query
  Anonymization Library
  **Scrubbing Policies**
  Transform operators
Logs Audit
Logs TTL Users Guide
▸ Logs access
▸ Logs launch

Edited 2020-11-09

Was this page helpful?
👍 👎

go/logs-scrubbing-policy

Sawmill uses Dynamic Anonymization to scrub data. This scrubbing is done automatically for all applicable Sawmill logs, as described below. Log Producers are responsible for applying appropriate Datapol annotations for each field, so that we know what to scrub.

> 🔖 Note: Despite the name "Dynamic Anonymization", this framework performs deidentification rather than true anonymization. It's important to remember that Sawmill data is sensitive and potentially reidentifiable even after the scrubbing described here.

http://google3/logs/storage/anonymization/production/policies/ defines the scrubbing we do on a continual basis, and http://google3/logs/storage/anonymization/production/backfills/ defines any one-off scrubbing jobs.

**Contents**

IP address redaction
Other 9-month scrubbing
Cookie scrubbing
TTL
Further reading

## IP address redaction

**Applies to:** All logs (including Personal Logs), except for logs with a documented Wipeout exception to keep PII longer than 9 months.
**When:** within 9 months of collection. In Sawmill, we start scrubbing after 6 months.
**Implementation:** See the textpb policy here.

Google partially redacts IP addresses within 9 months of collection, using `AnonymizeIpAddress` and related transform operators. We've disclosed this anonymization timeframe publicly. For example, see the blog post "Another step to protect user privacy" and Google's Data retention statement. The current implementation is to remove the lower 8 bits (keeping 24) from IPv4 addresses, and remove the lower 80 bits (keeping 48) from IPv6 addresses.

Google purges the original, un-redacted IP addresses from all datastores (including backups) within 9 months of collection. Cleaning up backups within 9 months requires that we start the process well in advance: we need time to restore from backups if scrubbing fails, while still giving Chronicle 39 days to purge data. In Sawmill, we start scrubbing nearly 3 months before the deadline.

In the Logs Curation system, this is known as "preliminary" anonymization.

## Other 9-month scrubbing

**Applies to:** Certain log formats only.
**When:** within 9 months of collection, at the same time as IP address redaction.
**Implementation:** See the textpb policies here.

We remove certain other information at the same time as IP addresses. Usually these redactions were requested by the product teams or privacy team at the time the field was added to Sawmill.

We also apply TTL scrubbing during this pass, for non-personal logs.

## Cookie scrubbing

**Applies to:** All logs that contain Zwieback, Biscotti, and other pseudonymous data. This does *not* apply to Personal Logs or other logs that have PII.
**When:** within 18 months of collection. In Sawmill, we start scrubbing after 15 months.
**Implementation:** See the textpb policies here, especially this one for scrubbing base on Datapol annotations.

Within 18 months of collecting pseudonymous logs, we redact cookies and any other stable identifiers within the log to lower its reidentification risk. In particular, we try to break links that would tie records together over long periods of time, because building months-long sessions of user activity makes it more likely that the data can be reidentified. (See, for example, what happened when AOL released 3 months of pseudonymized sessions.) There are a few main pieces of this:

- We hash cookies (such as Zwieback and Biscotti) using an ephemeral key that rotates each day. This allows joins within a day, but not across days. Note that hashing is not sufficient for anonymization; we also securely discard the key using Memento. For string fields, we try to parse the string as a hex or base64 value as

CONFIDENTIAL

**1**

GOOG-RDGZ-00184214

described in [Obfuscating pseudonym fields](#), so that we get a consistent hash between the hex-encoded userid field of admixer logs and the int64 zwieback IDs in frontend logs.

- We canonicalize user-agent strings, to remove unneeded entropy.
- We round cookie creation times, in a way that preserves cookie ages for young cookies but removes more entropy for older cookies. This allows us to filter activities from young (spammy?) cookies without keeping too much entropy from long-lived cookies.

[Details](#). In the Logs Curation system, this is known as "primary" anonymization.

We disclosed the 18-month timeline for anonymization in the blog post [How long should Google remember searches?](#) and in Google's [Data retention statement](#).

# TTL

We also use Dynamic anonymization to TTL fields and reduce storage requirements. See [Retention annotations](#) for details.

# Further reading

[Datapol Anonymization](#) discusses the transformations in more detail.

[This wiki](#) holds historical information.

---

## Was this page helpful?

 

---

# 🖥 Comments

Before you can create or read g3doc comments, you need to grant g3doc access to Buganizer and Google people information. [Learn more](#)

[ Get access to g3doc comments ]

View all [unresolved](#) or [resolved](#) comments

Google's intranet contains confidential information that should be accessed on a "need to know" basis. If you have questions about what this means, please contact [code-of-conduct@google.com](mailto:code-of-conduct@google.com).

[View Markdown source](#)  ·  [Edit this page](#)  ·  [Project](#)  ·  [File a documentation bug](#)  ·  [Incoming links](#)  ·  [Recent CLs](#) · Served by [g3doc](#) ⧉

CONFIDENTIAL

GOOG-RDGZ-00184215