**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted pro hac vice)
Rossana Baeza (admitted pro hac vice)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com
rbaeza@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
mwright@bsfllp.com

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted pro hac vice)
Shawn J. Rabin (admitted pro hac vice)
Steven M. Shepard (admitted pro hac vice)
Alexander Frawley (admitted pro hac vice)
Ryan Sila (admitted pro hac vice)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted pro hac vice)
Ryan J. McGee (admitted pro hac vice)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No.:  3:20-cv-04688-RS

[~~PROPOSED~~]  ORDER  GRANTING PLAINTIFFS' MOTION TO DIRECT NOTICE TO MEMBERS OF THE CERTIFIED CLASSES

The Honorable Richard Seeborg

1

## [~~PROPOSED~~] ORDER

Before the Court is Plaintiffs' Motion to Direct Notice to Members of the Certified Classes. Having considered Plaintiffs' Motion, the March 20, 2026 Declaration of Cameron R. Azari, the exhibits attached thereto, and all other matters properly considered, the Court **GRANTS** Plaintiffs' Motion.

For the reasons stated in Plaintiffs' Motion, the proposed fee notice plan satisfies the requirements of Rule 23 and due process. Notice will be sent directly to class members' known email addresses and also published through internet advertising and elsewhere for the benefit of class members for whom email addresses are unavailable. The proposed forms of fee notice include or direct class members to the relevant information—the amount of the common fund; the amounts sought in fees, expenses, and service awards; and how to object and the deadline to do so. The fee notice also directs class members to the case website, which will make Class Counsel's fee motion publicly available. Finally, the case schedule affords class members sufficient time to contest the fee motion should they choose to do so.

**IT IS SO ORDERED.**

DATED: ___April 30, 2026_____

_____
Honorable Richard Seeborg, Chief
United States District Judge

2