COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLOREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DECLARATION OF JONATHAN PATCHEN IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Dept:      3, 17th Fl.<br>Judge:     Hon. Richard Seeborg<br><br>Date Action Filed: July 14, 2020<br>Trial Date: August 18, 2025 |

I, Jonathan Patchen, hereby declare as follows:

1.      I am a partner with the law firm Cooley LLP and am counsel for Defendant Google LLC in the above captioned action.  I am duly licensed to practice law in the state of California and am admitted to practice before this Court.  The matters set forth herein are of my own personal knowledge, and if called as a witness to testify, I could and would testify to these matters.  I submit this declaration in support of Google's Reply in Support of its Renewed Motion for Judgment as a Matter of Law, filed concurrently herewith.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 20, 2025.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the trial transcript in the above captioned action, dated August 28, 2025.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of exhibit PX-004, admitted into evidence during the trial of the above captioned action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 11, 2026 at San Francisco, California.

*/s/ Jonathan Patchen*
Jonathan Patchen

Cooley LLP
Attorneys at Law
San Francisco

1

PATCHEN DECL. ISO REPLY TO RENEWED
MOT. FOR JMOL
3:20-CV-04688-RS