**BOIES SCHILLER FLEXNER LLP**
David Boies (admitted *pro hac vice*)
Alexander Boies (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
dboies@bsfllp.com

Mark C. Mao, CA Bar No. 236165
Beko Reblitz-Richardson, CA Bar No. 238027
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
mmao@bsfllp.com
brichardson@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE 2nd St., 28th Floor
Miami, FL 33131
Tel.: (305) 539-8400
jlee@bsfllp.com

Alison L. Anderson, CA Bar No. 275334
Samantha Parrish, CA Bar No. 318681
M. Logan Wright, CA Bar No. 349004
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel.: (213) 995-5720
alanderson@bsfllp.com
sparrish@bsfllp.com
mwright@bsfllp.com

*Counsel for Plaintiffs*

**SUSMAN GODFREY L.L.P.**
Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander P. Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice*)
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn, CA Bar No. 270891
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

**MORGAN & MORGAN**
John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram, CA Bar No. 104805
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, SAL CATALDO, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:20-cv-04688-RS<br><br><br>**DECLARATION OF MARK MAO ISO PLAINTIFFS' REPLY ISO RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR NEW TRIAL ON CDAFA CLAIM**<br><br> Judge: Hon. Richard Seeborg |

DECLARATION OF MARK MAO ISO PLAINTIFFS' REPLY ISO RENEWED RULE 50 MOTION

## DECLARATION OF MARK MAO

I, Mark Mao, declare as follows:

1.    I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs in this matter. I am an attorney at law, duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein, and I would testify competently thereto if called upon to do so.

2.    I submit this declaration in support of Plaintiffs' Reply In Further Support of Their Renewed Motion for Judgment as a Matter of Law and Motion for New Trial on CDAFA Claim ("Plaintiffs' Reply").

3.    Attached to this declaration are true and correct copies of the following exhibits that were admitted into evidence at trial: PX-2, PX-3, PX-4, PX-9, PX-72, and G0561. These trial exhibits are referenced in Plaintiffs' Reply.

4.    Also attached to this declaration is a true and correct copy of PX-45, which is a clip report reflecting video testimony played at trial. This document is referenced in Plaintiffs' Reply.

5.    Also attached to this declaration are true and correct copies of excerpts of the trial transcript for this case. These excerpts are referenced in Plaintiffs' Reply.

6.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 11th day of May 2026, at San Francisco, California.

Dated: May 11, 2026                                Respectfully submitted,


                                                   By:  /s/ Mark C. Mao

                                                   Mark C. Mao (CA Bar No. 236165)
                                                   mmao@bsfllp.com
                                                   BOIES SCHILLER FLEXNER LLP
                                                   44 Montgomery Street, 41st Floor
                                                   San Francisco, CA 94104
                                                   Telephone: (415) 293 6858
                                                   Facsimile (415) 999 9695

                                                   *Attorney for Plaintiffs*