# EXHIBIT PX-002

# Retention Controls Comprehension

go/default-retention-findings2

April 27, 2020
UXR: nzokaei (POC)
UXD: dgearity
UXW: jwoll
PM: davidmonsees, catwu

Rodriguez v Google
Plaintiff's
Trial Exhibit

**PX-002**

## Default Retention in Settings UI

In past research we have seen that showing retention controls on the Activity Controls page makes user more aware of this function and gives them more sense of control over their data. (Retention in Setting UI Research)

In this study we want to get an understanding of users' mental model of the control hierarchy and see if users have correct understanding of the relationship between the different controls on the page (collection on/off, DR on/off).



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PX-002.0002 of 0050    GOOG-RDGZ-00151993



 PX-002.0003 of 0050                                    GOOG-RDGZ-00151994



 PX-002.0004 of 0050                    GOOG-RDGZ-00151995



GOOG-RDGZ-00151996



**Research Questions**

1. **WAA**: What do users expect turning WAA off to mean
   a. How do they expect that to affect other functionalities?

2. **WAA Off and Retention**: What are users' expectations around retention when turning off WAA?
   a. Do they understand what happens to existing data?

3. **Retention flow**: What are users' pain point when setting/changing retention?
   a. Do they think they have enough information to make a choice.
   b. Do users understand how changing auto-delete will impact their data?

4. **WAA Off and no data**: Does the page clearly communicate to users when they don't have data?
   a. Do users expect Auto-delete and Manage Activity to be disabled or enabled when there's no data?



## Methods

For more detail, see study plan, moderator guide, and raw videos

### Participants

9 Participants (5 female, 4 male)

30 minute interviews

See here for participant demographics

### Procedure

1. Background questions
2. Reaction to Activity Controls page
3. Expectation of WAA Off
4. Retention Flow walkthrough
5. WAA off and No Data Scenario

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0007 of 0050                    GOOG-RDGZ-00151998

## Participants

| PID | Gender | Age | Occupation | Device type | Tech knowledge | Does Google store data? |
|-----|--------|-----|------------|-------------|----------------|-------------------------|
| 1 | Male | 51 to 60 | Mental Health Counselor | Android | Very knowledgeable | Yes |
| 2 | Female | 31 to 40 | Teacher | iPhone | Somewhat knowledgeable | Yes |
| 3 | Female | 24 to 30 | Director of Academic Services | iPhone | Very knowledgeable | Yes |
| 4 | Male | 31 to 40 | Musician | iPhone | Somewhat knowledgeable | Yes |
| 5 | Female | 51 to 60 | Volunteer Management | Android | Somewhat knowledgeable | Yes |
| 6 | Male | 31 to 40 | Grad Student -- Chinese Medicine | Android | Somewhat knowledgeable | Yes |
| 7 | Female | 18 to 23 | Customer service | Android | Very knowledgeable | Yes |
| 8 | Male | 51 to 60 | Manager Labor Analytics | iPhone | Somewhat knowledgeable | Yes |
| 9 | Female | 31 to 40 | Registered Nurse | Android | Very knowledgeable | No |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0008 of 0050    GOOG-RDGZ-00151999



## Findings Summary

**Overall Reaction to Activity Controls:**

1. At first glance participants easily noticed the main functionalities available on the Activity Controls page
2. What type of data Web and App activity includes was a big question for many participants
3. Participants desired an easy way to access their activity controls and were not sure how they could do that today.

**Controls Comprehension:**

1. **WAA Toggle Off:**
   a. All participants expected turning WAA toggle off to stop saving their activity
   b. Half of the participants expected Auto-delete and Manage activity to no longer be available when toggle is off
2. **WAA Off + AD:**
   a. Overall some participants had difficulty understanding the relationship between WAA Off and the auto-delete function
3. **Auto-delete flow:**
   a. Participants found the auto-delete flow to be clear and straightforward over all
   b. Some questions regarding choices offered and what data was being auto-deleted did come up
4. **WAA Off + No Activity:**
   a. Participant found Auto-delete enabled when they had no activity to be confusing and unintuitive
   b. All participants preferred the auto-delete disabled design because it clearly communicated that they no longer had activity

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0009 of 0050**                GOOG-RDGZ-00152000



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0010 of 0050**    GOOG-RDGZ-00152001



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0011 of 0050                                        GOOG-RDGZ-00152002



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0012 of 0050    GOOG-RDGZ-00152003



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0013 of 0050    GOOG-RDGZ-00152004



Users quesiton around WAA came up in different stages. Picking and AD option, not knowing what is deleted, etc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0014 of 0050                    GOOG-RDGZ-00152005



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0015 of 0050                    GOOG-RDGZ-00152006



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0016 of 0050

GOOG-RDGZ-00152007

| Id | Date | Text |
|----|------|------|
| 1 | 04/27/2020 22:35:52 | Good feedback, our new string explicitly says "Deleting activity older than 18 months" which hopefully addresses this |

Google  |  Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0017 of 0050                    GOOG-RDGZ-00152008



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0018 of 0050

GOOG-RDGZ-00152009



I'm pretty familiar with going to my account and deleting information I dont wat and turning things on and off. and I normally go about once a month and clear my history.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0019 of 0050                    GOOG-RDGZ-00152010



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0020 of 0050**    GOOG-RDGZ-00152011



Turning WAA Off

## 2 participants were doubtful that no activity would be collected at all

*"I don't think it would save it. But* **that doesn't mean that it doesn't collect the information** *during the time of the use but that as soon as I'm finished or exit it deletes it" - P1*

*"I don't 100% trust that it wouldn't store anything. Not because I'm a distrustful person but* **because there are conditions by which I should not be allowed to turn that off.** *For example, activity that may be nefarious still has to be superseded because Google still has work hand in hand with government agencies that are providing oversight" - P5*

Google   |   Proprietary & Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0021 of 0050**        GOOG-RDGZ-00152012



would expect that. None of this activity would be saved and so it's not a a an al a Carte menu, but it's it's all or nothing



would expect that. None of this activity would be saved and so it's not a an al a Carte menu, but it's it's all or nothing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0023 of 0050                                  GOOG-RDGZ-00152014





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     GOOG-RDGZ-00152016



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0026 of 0050**     GOOG-RDGZ-00152017

| Id | Date | Text |
|----|------|------|
| 1 | 04/28/2020 16:15:34 | Collapsing the checkboxes when WAA off is an interesting concept. I'm less inclined to hide the "auto-delete" and "manage" links because they provide key awareness for supplemental controls. My assumption would be (and this is based in some research) that knowing you can delete activity will makes users more comfortable with allowing collection to be on. |
| 2 | 04/28/2020 17:01:04 | wonder if we could do a better job communicating that the subsettings are disabled when WAA OFF +dgearity@google.com |
| 3 | 04/28/2020 17:01:04 | +1 to only doing this for checkboxes. i like disabling auto-delete (prioritizing awareness) and having myActivity stay available (since we want to make it useful even in the no data staet) |

Google   |   Proprietary & Confidential

G



*I wouldn't necessarily think that it goes away completely unless there's another option that says delete past activity.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0028 of 0050    GOOG-RDGZ-00152019

| Id | Date | Text |
|----|------|------|
| 1 | 04/27/2020 23:10:49 | This is after they have turned off toggle but have not changed AD |
| 4 | 04/28/2020 17:00:23 | is this when looking at the mock, eg when they se Auto-delete ON? |
| 5 | 04/28/2020 17:00:23 | got it - glad their expectations match reality :) |

Google  |  Proprietary & Confidential                                                    G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0029 of 0050                    GOOG-RDGZ-00152020





so if you disabled your web activity like today, but you know from yesterday and like earlier you have history recorded that auto-delete is still relevant because if you had set it up to delete your history every week and it would Do that and then after history deleted it's not going to record anything further. So then that you know how to delete function really is a moot point because it's not recording anything but at least it's there but to delete any previous activity. So Perhaps, it would be great out or it can say like you have no like history recorded or something like with that language. So they realize like you don't have any history which actually would be comforting to some people because if they saw that auto DeLeon and they know they're not selecting to have their history recorded then they might think that Google's lying. So maybe it should be grayed out or there should be some note saying like you don't have any history,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0031 of 0050    GOOG-RDGZ-00152022



WAA Turned Off + Changing Auto-delete

## Most participants expected to see additional time options when they tap on Auto-delete

*"I wonder if it would give me options for other times and I can select different times like 6 months or older or 12 months or older 18 months two years…" - P9*

*"If I clicked on that I would have the option to actually turn it off or maybe choose six months instead of 18 months." P2*

1 participant thought there would **only be an on/off option:**

*"There would probably be an interesting blurb that says this is what Auto-delete really does if you turn it off because it's turned on" - P5*

Google    |    Proprietary & Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0032 of 0050    GOOG-RDGZ-00152023



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0033 of 0050**                    GOOG-RDGZ-00152024



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0034 of 0050                    GOOG-RDGZ-00152025



| Id | Date | Text |
|---|---|---|
| 6 | 04/28/2020 16:59:52 | +1 +jwoll@google.com +davidmonsees@google.com is this line necessary? what's the scenario we're accounting for? |
| 1 | 04/28/2020 17:59:17 | I agree about the ambiguity of "expire." Thanks Luis for pointing it out. Cat, I think this screen is intended to create extra friction for an irreversible user action with significant consequences. |
| 7 | 04/28/2020 18:34:06 | Sorry, I meant for the line with "may expire sooner" specifically! Could we remove it? |
| 2 | 04/28/2020 20:22:40 | Was this in there for VAA? As in, "...may be deleted earlier, once they are no longer needed ..." I think it was in there for data that is automatically deleted because it's TTL is shorter or because it is no longer needed. +davidmonsees@google.com Could you confirm? |
| 1 | 04/29/2020 20:45:14 | +catwu@google.com For you to think about. We use "expire" here again, and I agree that it's pretty confusing what that actually means |
| 8 | 04/29/2020 20:45:14 | we cleaned up the text to be clearer "may be deleted earlier, if it's no longer needed". thanks for flagging! |

Google | Proprietary & Confidential                    G



| Id | Date | Text |
|---|---|---|
| 3 | 06/30/2021 15:32:00 | another takeaway can be that maybe educational onward journeys can be surfaced before an action has been taken (ex. during the retention journey but before they have set retention) |
| 2 | 07/12/2021 20:02:57 | @isabellezhou@google.com Here is a similar insight around user confusion |
| 1 | 07/12/2021 20:02:57 | This is insightful - it also aligns with what was surfaced about user trust/education during the brainstorm session :) |

Google  |  Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0038 of 0050                    GOOG-RDGZ-00152029





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  PX-002.0040 of 0050

GOOG-RDGZ-00152031



WAA Turned Off + No Activity

When asked about their expectation if they were to come back to this page in 6 months, 2 participants explicitly mentioned expecting no activity to be remaining

*"I would expect that when I tap on manage my activity that there would be less activity because it's being auto-delete. Well I guess **in 6 month there shouldn't be any at all.**" - P3*

1 of the participants even expected **auto-delete to be disabled:**

*"All of the history should be deleted and it's not recording anything further. So the delete function is a moot point. So Perhaps, Auto-delete would be greyed out or say 'no history recorded' which actually would be comforting because if users saw auto-delete still on they might think that Google's lying." - P9*



WAA Turned Off + No Activity

## 2 participants expected to be able to see the last date of setting configuration

These participants wanted to know when they had last changed their settings so they could be able to know if they should have any data or not.

*"I would expect this page to say you turned this off 90 days ago or 60 days ago. So I can know how much data I should expect to have." - P8*

*"I would want to know when I changed that setting in case I forget. So if I was wondering why I couldn't see my history from. April 24th I would remember that I turned it off on the 23rd." - P1*

Google    |    Proprietary & Confidential

G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0042 of 0050**    GOOG-RDGZ-00152033





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-RDGZ-00152035



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0045 of 0050**                    GOOG-RDGZ-00152036



WAA Turned Off + No Activity

## All participants preferred the disabled auto-delete design, because it was more informative of their activity state

The disabled Auto-delete made it clear that there was no activity to delete

*"Having auto-delete disabled]makes more sense because if you come back 6 from now and you don't have any activity, it's unnecessary to have the auto-delete as an option. And you have to go to an extra page to be told you don't have data" - P5*

*"I have nothing to see or delete so why would I be able to tap on auto-delete? It make more sense for tit o be greyed out" - P1*

*"[This screen] is better than what I expected because in retrospect if it still said activity older than 3 months was being deleted it would have been confusing" - P7*

Google    |    Proprietary & Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **PX-002.0046 of 0050**      GOOG-RDGZ-00152037





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PX-002.0048 of 0050

GOOG-RDGZ-00152039

## Recommendations and next steps

- ○ Move forward with the auto-delete disabled design
- ○ Look into better framings of WAA that would allow users to better understand what types of data it includes
- ○ Frame auto-delete in a way that makes it easier for users to comprehend
- ○ Use 'delete' instead of 'expire' for consistency and easier comprehension
- ○ Consider adding dialog when user interacts with toggle that explains its relationship to auto-delete

Google  |  Proprietary & Confidential

G

PRODBEG: GOOG-RDGZ-00151992
PRODEND: GOOG-RDGZ-00152040
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Eric Miraglia;Greg Fair
DOCTYPE:
FILENAME: Retention Controls Comprehension_1LCP-TRkRG7F7NkBfKEFm1PanDNOAP6CPvHYD-
         eJ_NISU.pptx;Retention Controls  Comprehension_1LCP-TRkRG7F7NkBfK-
         EFm1PanDNOAP6CPvHYDeJ_NISU.pptx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: nzokaei@google.com
DATECREATED:
DATELASTMOD:
DOCTITLE: Retention Controls Comprehension
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PRODVOL: PROD034
REDACTED: N
MD5 HASH: 2A6626BA42ED051D6349EAFBE566BF17

PRODBEG: GOOG-RDGZ-00151992
PRODEND: GOOG-RDGZ-00152040
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Eric Miraglia;Greg Fair
ALLCUSTODIANS: Eric Miraglia;Greg Fair
DOCTYPE:
DOC TYPE:
FILENAME: Retention Controls Comprehension_1LCP-TRkRG7F7NkBfKEFm1PanDNOAP6CPvHYD-
         eJ_NISU.pptx;Retention Controls  Comprehension_1LCP-TRkRG7F7NkBfK-
         EFm1PanDNOAP6CPvHYDeJ_NISU.pptx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: nzokaei@google.com
OWNER: nzokaei@google.com
DATECREATED:
CREATEDTIME:
DateTimeCreated: 04/23/2020 11:30:00 PM
DATELASTMOD:
LASTMODTIME:
DateTimeMod: 07/12/2021 8:02:00 PM
DOCTITLE: Retention Controls Comprehension
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD034
FILEPATH:
MD5 HASH: 2A6626BA42ED051D6349EAFBE566BF17