# EXHIBIT PX-009

## N3 Research request - Express Echidna

**BugID:** <u>b/156555406</u>
**Author:** adebooij
**Updated:** June 8, 2020

## Background

Describe the background for your research request and the your high level goals with this research e.g. what decisions do you want to inform with the outcome of the research

The design hypothesis is that most users want to set up their accounts quickly and desire an express path for suggested data collection and personalization settings, while those users who prefer more control will select a more manual path to customize their experience.

We will also test text variants to assess the impact of specific UI text elements (CTAs and confirmation page).

- Express Echidna Primary - <u>https://flow.googleplex.com/viewer/706260001/12</u>
- Express Echidna Alt - <u>https://flow.googleplex.com/viewer/692780001/12</u>

### Key decisions

1. ...
2. ...
3. ...

> **Commented [1]:** +suneeti@google.com
> +rbrt@google.com
> +dwarren@google.com
>
> do you have more details on what decisions you'd want to inform with the treader data?
>
> do you have specific research questions? especially if we'd want to compare two versions

## Hypothesis & Research Questions

Research can target one or more of the various research areas. Please pick the ones you want this research to focus on and fill out the rows for each question.

> **Commented [2]:** @bbzhang@google.com
> @samat@google.com FYI here is the list of research questions for Express Echidna - some of these probably also apply to Chipmunk and Chinchilla

### Engagement

This research area focuses on understanding how people behave when they engage with a e.g. consent pattern.

Some of the research questions we aim to answer for this area are: What choices do they make? How long do they need to complete a page or flow? Do they skip/skim/read a page? How does the design of a page impact reading behavior?

| Pri | # | Research Question | Goal | Hypothesis |
|-----|---|-------------------|------|------------|

Rodriguez v Google
Plaintiff's
Trial Exhibit
**PX-009**

| | | | |
|---|---|---|---|
| PO  E1 | How many people pick express vs manual setup?<br><br>Do people select only one of the options of the page or do they switch their choice?<br><br>Is there a difference between the ALT and PRIMARY version? | Find out if the difference in CTA has any effect on how many people go for Express | Most people will pick express and the CTA has little effect on this |
| PO | [express] How many people go back to the <u>express/manual choice page</u>?<br><br>   -  And then choose manual<br>   -  And still pick express<br><br>Is there a difference between the ALT and PRIMARY version? | If many people go back to the choice page, the choice page might not have sufficient information on it<br><br>If many people switch to manual from express, express might not be a flow that provides enough control to users | A very small percentage will go back to the choice page.<br><br>A very small percentage will switch from express to manual<br><br>No difference between the Alt and Primary versions |
| PO | How much time do people spend on each of the screens in the express flow<br><br>   -  Choice page<br>   -  Confirmation page<br><br>Is there a difference between the ALT and PRIMARY version? | | <u>Alt confirmation page</u> is longer than the <u>Primary confirmation page</u> but both have a lot of text on them so there won't be a time difference between them<br><br>People that choose Express spend less time on the choice page than those that pick Manual |
| PO | [manual] What choices do people make in the manual setup flow?<br><br>   -  WAA<br>   -  GAP<br>   -  LH<br>   -  YTH<br>   -  Privacy reminder<br><br>Is there a difference between the ALT and PRIMARY version? | | No difference between the Alt and Primary versions<br><br>People that want more control and select the manual flow - this will cause more people to opt-out (>50%) of each the presented settings |
| P1 | Do people try and look for more information?<br><br>[Express]<br><br>   -  How many engage with any of the (Learn more links) on the express confirmation page? | For those that want to learn more about a specific setting, we often offer learn more links but we've seen low engagement with these.<br><br>Maybe because nobody wants to learn more or because people don't know what to expect when they | Learn more has received very low engagement in past experiments and Treader. Don't expect more than 1-2% engagement overall.<br><br>There might be more engagement with links that are not called 'learn more' like on the <u>primary confirmation page</u> |

CONFIDENTIAL

GOOG-RDGZ-00043295.R

- Is there a difference between the ALT and PRIMARY version?

click the link (found in qual research).

[Manual]

- How many engage with 'learn more' on each of the pages (WAA, YTH, GAP, LH)?
- How does the engagement compare to those that pick the Express flow?
- Is there a difference between the ALT and PRIMARY version?

P1   How many people try to click 'next' without making a choice? Is there a difference between types of choice?

- Choice page
- Manual
  - YTH
  - LH
  - GAP
  - WAA

P0   How do the above research questions compare to the results of the Live Experiment?    To further investigate how well Treader can function as a compliment to Live Experiments    - Consent rates will be inflated but directional differences will match (e.g. between ALT and primary)
- Time on page(s) will be similar

P0   How do the above results compare to other N3 Auth AC consent patterns?

P2   Does 'tech level' have any effect on the above engagement metrics?

## Engagement: motivation

In relation to their behavior, we might want to better understand why people exhibit the observed behaviors

CONFIDENTIAL
GOOG-RDGZ-00043296.R

| Pri | # | Research Question | Goal | Hypothesis |
|---|---|---|---|---|
| P1 | E1a | Why do participants make specific consent choices? Is there a difference between the people that picked Express vs Manual? Is there a difference between the ALT and PRIMARY version? | (1) gauge their understanding of the consent and if they made their choice for correct reasons, (2) find out which reasons are more important to users | 'Had to make a choice' and get fewer ads are two of the most picked reasons for any choice. Those that picked manual more often pick reasons like 'generic ads' and minimize information sharing There is no difference between ALT and primary versions |
| P0 | | How do the above results compare to other N3 Auth AC consent patterns? | | |

## Comprehension

This research area focuses on understanding if people comprehend the product experience they're presented with, do they comprehend the effect of the actions they take.

Some of the research questions we aim to answer for this area are: Do people understand the choice they're being asked to make? Do people understand why they have to make a choice? What are their expectations about the effect of their choice?

| Pri | # | Research Question | Goal | Hypothesis |
|---|---|---|---|---|
| P0 | R1 | **Recollect choice**: Do users remember what choices they made after the flow? Is there a difference between those that selected Express vs Manual? | Check if people understand what state they are in after going through the flows. If they did not remember, their expectations for e.g. ad personalization might not match reality which can result in negative surprise. Recollection is believed to be intrinsically related to comprehension, and may act as a proxy measure of it (e.g., Long et al., 2009) | Most will remember the choices they made. People that picked the manual flow will have higher recollection of their choice than those that picked Express [manual] People that opted out will be more likely to remember their choice than those that didn't There is no difference between ALT and primary versions (OR) The header + summary format of primary version's confirmation screen will result in stronger memory for confirmed choices, but this effect will |

**Commented [3]:** @sthamilton@google.com I tried listing all of the comprehension questions for Express Echidna here - please adjust and complete _Assigned to Steve Hamilton_

**Commented [4]:** Done, except for two items at the bottom

**Commented [5]:** @bbzhang@google.com Hi Ben, I've added some hypotheses to these research Qs. Some of them will require some additional analyses. LMK what you think and we can prioritize if need be

PX-009.0004 of 0010

GOOG-RDGZ-00043297.R

| | | | |
|---|---|---|---|
| | | | be restricted to Express respondents |
| | | | Recollection and comprehension will be significantly correlated with each other |
| PO R3 | **Declinability**: Do users understand that they only need to agree to the ToS in order to create an account - GAP, WAA, YTH, LH are optional?<br><br>Do people that opt-out have higher comprehension of declinability?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version?<br><br>How does declinability compare to revocability? What is their relationship? | Declinability and revocability are part of informed consent (also per GDPR), so user perception of the two concepts is important. | People that went through the Manual flow will have higher comprehension of declinability than those that went through Express because they have seen/interacted with settings that are defaulted to 'off'<br><br>People that understand that the consents are declinable will opt-out more; declinability comprehension will be negatively correlated with opt-in rates<br><br>Declinability comprehension will be positively correlated with sentiment measures (specifically, "I have control over how my personal data is used by Google")<br><br>There is no difference between ALT and primary versions<br><br>Declinability comprehension and revocability comprehension are related - more declinability comprehension also means more revocability comprehension |
| PO R4 | **Revocability**: Do users understand that they can change these settings (GAP, WAA, YTH, LH) later?<br><br>Do people that opt-out have higher comprehension of revocability?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version? | Declinability and revocability are part of informed consent (also per GDPR), so user perception of the two concepts is important. | People that went through the manual flow have higher comprehension of revocability than those that went through Express because they will have had the opportunity to read, "You can... withdraw your consent" on 5 screens<br><br>People that understand that consents are revocable opt-out more because they know that they can opt-in later on. Alternatively,<br><br>There is no difference between ALT and primary versions |

CONFIDENTIAL

GOOG-RDGZ-00043298.R

| | | | | |
|---|---|---|---|---|
| | | How does declinability compare to revocability? What is their relationship? | | Declinability comprehension and revocability comprehension are related - more declinability comprehension also means more revocability comprehension |
| PO | HQ3 | **Ad amount:** Do respondents understand that turning off ad personalisation means that they will still see ads?<br><br>Do they understand that they will see the same number of ads, regardless of the setting they choose?<br><br>Is there a difference in ad-load expectations between those that opted-into GAP vs that opted out?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version? | If they do not understand that ad load will be the same regardless of their GAP choice, then it is possible that their sense of agency and control will be undermined when they visit a Google property that displays (generic) ads | Largest proportion of people believe that opt-out will result in same amount of ads as opting-in to GAP<br><br>People that opt-in believe that they will see fewer ads than those who opt-out. 'Personalised' is interpreted as indicating that a small collection of ads are sampled from a larger pool |
| PO | | **Data collection and usage:** What do most respondents believe the effect of turning off WAA will have on (a) the amount of data collected and (b) the amount of personalisation they will experience?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version? | To gauge users' perceptions of the WAA setting | Most respondents will believe that turning off WAA will result in no data being collected from their activity and no personalisation in Google products and services.<br><br>This will be more pronounced for those who choose the Manual flow when compared to those who choose the Express flow, as the Manual flow forces an interaction with a radio button that emphasises the 'on'/'off' metaphor |
| PO | | [manual flow only]<br>**Location history:** Do people understand that | To gauge users' understanding of the fact that the LH setting, as written, applies across devices. | By referencing 'account' (radio button) and 'devices' (text), most respondents will likely understand that |

> **Commented [6]:** @adebooij@google.com
> Not sure what the hypothesis would be here - similar to opt-in one?

PX-009.0006 of 0010

GOOG-RDGZ-00043299.R

| | | | |
|---|---|---|---|
| | opting-in means location history is saved from all devices they are signed into? | | the setting applies across devices. This might interact with tech/background knowledge, such that those with more experience with cross-device account settings will be more likely to interpret the setting as applying across devices. |
| PO | **WAA:** Do people understand that opting-in means activity is saved from all devices they are signed into? | To gauge users' understanding of the fact that the WAA setting applies across devices. | By referencing 'account' (radio button) and 'devices' (text), most respondents will likely understand that the setting applies across devices. This might interact with tech/background knowledge, such that those with more experience with cross-device account settings will be more likely to interpret the setting as applying across devices |
| PO | **WAA:** Do people understand that opting-in means activity from Search can influence suggestions in Maps? | To gauge users' understanding of the fact that the WAA setting applies across products & services | By referencing 'account' (radio button), 'google sites and apps' (text), and 'Web & App', most respondents will understand that the setting applies across products and services |
| PO | **WAA:** Do people understand that if they opt-in to WAA, all mentioned items (links, searches, location) are saved? | To gauge users' understanding of the data that is included in WAA | By referencing 'activity' and listing the items in the descriptive text, it is likely that most participants will understand that WAA includes all the items mentioned |
| PO | How do the above results compare to other N3 Auth AC consent patterns? | | |
| PO | How does 'time on consent' affect the comprehension scores?<br><br>How does this compare within the groups that picked 'express' or 'manual'?<br><br>Is there a difference between the ALT and PRIMARY version? | | Higher comprehension correlates positively with more time spent on the consent choices - both for express and manual flow. |
| PO | How does 'time on recognition question page' affect the comprehension | | |

scores?

| | | | |
|---|---|---|---|
| P2 | Does 'tech level' have any effect effect on the above engagement metrics? | | Account settings that span devices and apps will likely be better understood by those with more tech knowledge (see above) |

## Sentiment

This research area focuses on understanding how the product experience influences a person's sentiment as well as what a person's current sentiment is towards e.g. Google to help us understand their behavior.

Some of the research questions we aim to answer for this area are: How do people feel about Google? What effect does the product experience e.g. consent have on people's feelings towards Google? Are they satisfied with the product experience?

| Pri # | Research Question | Goal | Hypothesis |
|---|---|---|---|
| P0  S2 | How do people feel (control, transparency, security, trust) about Google after going through a concept?<br><br>Are people that picked Manual more positive about the **control** they have?<br><br>Is there a difference between the ALT and PRIMARY version? | The manual flow is primarily for those that want more control so those that pick this flow should result in more control than those that picked express | People that picked manual feel more in control<br><br><br><br>There is no difference between the ALT and Primary version |
| P0 | How does sentiment affect their choice?<br><br>Do people that trust Google more<br>● pick 'express' more?<br>● In manual flow, opt-in more?<br><br>Is there a difference between the ALT and PRIMARY version?<br><br>... | In the long term, we want our users to trust us. If we can earn our users' trust, we hope this can increase their willingness to pick choices that are beneficial for them and Google. Having this data-point will help us drive the larger trust narrative within Google. | People that opt-in have a more positive sentiment towards Google than those that don't<br><br>People that pick express have a more positive sentiment towards Google than those that pick Manual<br><br>There is no difference between the ALT and Primary version |
| P0 | How do the above results compare to other N3 Auth AC consent patterns? | | |

CONFIDENTIAL

GOOG-RDGZ-00043301.R

## Usability

This research area focuses on understanding if people can interact efficiently and effectively with the product experience e.g. consent. While this is marked as a secondary research area, it is still important to ensure people have a usable experience.

Some of the research questions we aim to answer for this area are: Can people discover the entry-point for e.g. a consent? Can people easily complete a flow (consent)

| Pri | # | Research Question | Goal | Hypothesis |
|---|---|---|---|---|
| P0 | UX1 | Can participants complete the consent flow in an appropriate amount of time? How does this affect their perception of time?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version? | If one flow causes participants to spend more time on the consent flow compared to another AND they feel it took too long, this might mean that one flow with the same amount of steps is better than another. | Those that picked 'express' feel equally satisfied on how much time had to spend on the flow than those that selected manual flow<br><br>There is no difference between ALT and Primary version |
| P0 | UX2 | How satisfied are participants with the ease of use of their experience?<br><br>Is there a difference between those that selected Express vs Manual?<br><br>Is there a difference between the ALT and PRIMARY version | Flows that rate higher in satisfaction might be better than those that are less satisfying for a user. | Those that picked 'express' feel higher ease of use than those that selected manual flow<br><br>There is no difference between ALT and Primary version |
| P0 | | How do the above results compare to other N3 Auth AC consent patterns? | | |

CONFIDENTIAL

GOOG-RDGZ-00043302.R

PRODBEG: GOOG-RDGZ-00043294.R
PRODEND: GOOG-RDGZ-00043302.R
PRODBEGATT:
PRODENDATT:
CUSTODIAN/SOURCE: Dave Monsees
DOCTYPE:
FILENAME: N3 UxR - Express Echidna (156555406)_1VouCwlX3kUPbE16GPS5WQ8z-4xVeTGDC-
        R5T7WJIqxk0.docx
DOCEXT:
DOC TYPE:
PAGES:
FILE SIZE:
AUTHOR: adebooij@google.com
DATECREATED: 05/14/2020
DATELASTMOD: 06/15/2020
DOCTITLE: N3 UxR - Express Echidna (156555406)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
CONFIDENTIALITY: CONFIDENTIAL
PRODVOL: PROD017
REDACTED: N
MD5 HASH: 59E4BD315CB43D1154524586D2A9625F

PRODBEG: GOOG-RDGZ-00043294.R
PRODEND: GOOG-RDGZ-00043302.R
PRODBEGATT:
PRODENDATT:
PARENTBATES:
ATTACH:
NUMATTACH:
CUSTODIAN/SOURCE: Dave Monsees
ALLCUSTODIANS: Dave Monsees
DOCTYPE:
DOC TYPE:
FILENAME: N3 UxR - Express Echidna (156555406)_1VouCwlX3kUPbE16GPS5WQ8z-4xVeTGDC-
          R5T7WJIqxk0.docx
DOCEXT:
PAGES:
FILE SIZE:
AUTHOR: adebooij@google.com
OWNER: adebooij@google.com
DATECREATED: 05/14/2020
CREATEDTIME:
DateTimeCreated: 05/14/2020 7:27:00 AM
DATELASTMOD: 06/15/2020
LASTMODTIME:
DateTimeMod: 06/15/2020 2:38:00 AM
DOCTITLE: N3 UxR - Express Echidna (156555406)
SUBJECT:
FROM:
TO:
CC:
BCC:
DATESENT:
TIMESENT:
DateTimeSent:
DATERCVD:
TIMERCVD:
CONFIDENTIALITY: CONFIDENTIAL
REDACTED: N
REDACTION TYPE:
PRODVOL: PROD017
FILEPATH:
MD5 HASH: 59E4BD315CB43D1154524586D2A9625F