# EXHIBIT PX-045

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:03 - 18:10 | **Congress, Sundar 2018-12-11** | 00:00:18 | **Pichai-Clip.1** |

18:03   CHAIR OF THE HOUSE JUDICIARY COMMITTEE:  Thank you,
18:04   Mr. Nadler, we welcome our distinguished witness, and if you
18:05   would please rise, I'll begin by swearing you in.
18:06   Please raise your right hand.
18:07   Do you swear that the testimony that you are about
18:08   to give shall be the truth, the whole truth, and nothing but
18:09   the truth, so help you God?
18:10   MR. SUNDAR PICHAI:  I do.

| | **Congress, Sundar 2018-12-11** | 00:01:12 | **Pichai-Clip.2** |
|---|---|---|---|
| 18:24 - 19:19 | | | |

18:24   MR. SUNDAR PICHAI:  Chairman Goodlatte, Ranking
18:25   Member Nadler, distinguished members of the committee, thank
19:01   you for the opportunity to be here today.  I joined Google
19:02   15 years ago, and I've been privileged to serve as CEO for
19:03   the past three years, but my love for information and
19:04   technology began long before that.
19:05   It's been 25 years since I made the U.S. my home.
19:06   Growing up in India, I have distinct memories of when my
19:07   family got its first phone and its first television.  Each
19:08   new technology made a profound difference in our lives.
19:09   Getting the phone meant I could call ahead to the hospital
19:10   to check that the blood results were in instead of taking a
19:11   two hour trip there.  And the television, well, it only had
19:12   one channel, but I couldn't have been more thrilled by its
19:13   arrival.
19:14   Those experiences made me a technology optimist,
19:15   and I remain one today, not only because I believe in
19:16   technology, but because I believe in people and their
19:17   ability to use technology to improve their lives.  I'm
19:18   incredibly proud of what Google does to empower people
19:19   around the world, especially here in the U.S.

| 22:21 - 25:02 | **Congress, Sundar 2018-12-11** | 00:02:58 | **Pichai-Clip.3** |
|---|---|---|---|

22:21   and I'll begin by recognizing myself.
22:22   Mr. Pichai, is it true that the Android operating
22:23   system sends Google information every few minutes detailing
22:24   the exact location of a smartphone within a few feet, the
22:25   speed of movement of the phone, the altitude of the phone
23:01   sufficient to determine what floor of a building the phone
23:02   is on, the temperature surrounding the phone and other

Rodriguez v Google
Plaintiff's Trial Exhibit

**PX-045**

1 / 3

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 23:03 readings and if so, with Americans carrying their phones | | |
| | 23:04 with them virtually at all times, doesn't the collection of | | |
| | 23:05 this volume of detailed information really mean that Google | | |
| | 23:06 is compiling information about virtually every movement an | | |
| | 23:07 individual with a smartphone is making every hour of every | | |
| | 23:08 day? | | |
| | 23:09 MR. SUNDAR PICHAI: Mr. Chairman, thank you for the | | |
| | 23:10 question. Today, for any service we provide our users, we | | |
| | 23:11 go to great lengths to protect their privacy and we give | | |
| | 23:12 them transparency, choice, and control. Android is a | | |
| | 23:13 powerful platform and -- and provides smartphone for over 2 | | |
| | 23:14 billion people. And as part of that, it depends on the | | |
| | 23:15 applications users choose to use. If you're using a fitness | | |
| | 23:16 application, which is deducting the number of steps you | | |
| | 23:17 walk, you expect it to send that information, but it's a | | |
| | 23:18 choice users make. We make it clear and -- and it depends | | |
| | 23:19 on the use cases. | | |
| | 23:20 CHAIR OF THE HOUSE JUDICIARY COMMITTEE: So the -- | | |
| | 23:21 the answer to my question, my first question, is yes; is | | |
| | 23:22 that correct? That the information that I cited is gathered | | |
| | 23:23 by Google? | | |
| | 23:24 MR. SUNDAR PICHAI: It -- if -- if the -- for | | |
| | 23:25 Google services, you have a choice of what information is | | |
| | 24:01 collected, and we make it transparent -- transparent. | | |
| | 24:02 CHAIR OF THE HOUSE JUDICIARY COMMITTEE: I | | |
| | 24:03 understand there are -- there are uses that consumers make | | |
| | 24:04 use of. I use it to keep track of the number of steps I | | |
| | 24:05 walk. I understand that service that one of your | | |
| | 24:06 competitors provides. So I -- I understand that purpose. | | |
| | 24:07 But do you think the average consumer understands that | | |
| | 24:08 Google will collect this volume of detailed information, | | |
| | 24:09 when they click through the terms of service agreements in | | |
| | 24:10 order to use the Android operating system? | | |
| | 24:11 MR. SUNDAR PICHAI: It's really important for us | | |
| | 24:12 that, you know, that average users are able to understand | | |
| | 24:13 it. This is why we do something called privacy check-up. | | |
| | 24:14 CHAIR OF THE HOUSE JUDICIARY COMMITTEE: Do you | | |
| | 24:15 think average users read the terms of service and the | | |
| | 24:16 updates that are very frequently sent to us? | | |
| | 24:17 MR. SUNDAR PICHAI: Beyond the terms of service, we | | |
| | 24:18 actually offer, we remind users, to do a privacy check-up, | | |

PX-045.0002 of 0003

**Pichai-Clip - Pichai House Testimony Clip**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:19 and we make it very obvious, every month.  In -- in fact, in | | |
| | 24:20 the last 28 days, 160 million users went to -- went to their | | |
| | 24:21 My Account settings where they can clearly see what | | |
| | 24:22 information we have.  We actually give, you know, show it | | |
| | 24:23 back to them, and we give clear toggles, by category, where | | |
| | 24:24 they can decide whether that information is collected, | | |
| | 24:25 stored.  Or more importantly, if they decide to stop using | | |
| | 25:01 it, we work hard to make it possible for users to take the | | |
| | 25:02 data with them, if they choose to use another service. | | |
| 98:24 - 99:13 | **Congress, Sundar 2018-12-11** | 00:00:43 | **Pichai-Clip.4** |
| | 98:24 However, can you explain what you do to minimize | | |
| | 98:25 this data, which is generally an accepted standard practice | | |
| | 99:01 among those who collect data. | | |
| | 99:02 MR. SUNDAR PICHAI:  You know, our goal is, you | | |
| | 99:03 know, but we are providing, for example, if we are providing | | |
| | 99:04 you a service like Gmail, which we have done for 15 years, | | |
| | 99:05 that data, we need to store it for our users.  So they | | |
| | 99:06 expect us to.  So we are trying hard to match user's | | |
| | 99:07 expectations.  We don't need, you know, our data for | | |
| | 99:08 advertising.  As I said earlier, most of it comes from just | | |
| | 99:09 the keywords you type.  And so, you know, we need minimal | | |
| | 99:10 data to do advertising.  We give you options to turn ad | | |
| | 99:11 personalization off.  We store most of the data we do today, | | |
| | 99:12 to help give users the experience they want.  And that's | | |
| | 99:13 what we're trying to do. | | |
| 150:17 - 150:18 | **Congress, Sundar 2018-12-11** | 00:00:08 | **Pichai-Clip.5** |
| | 150:17 So let me just understand, really starting with the | | |
| | 150:18 chairman's questions, which I thought was a -- a good | | |
| | 150:19 opening for us.  If a consumer tells you not to collect | | |
| 150:19 - 150:22 | **Congress, Sundar 2018-12-11** | 00:00:10 | **Pichai-Clip.6** |
| | 150:19 opening for us.  If a consumer tells you not to collect | | |
| | 150:20 their data, then you do not collect the data; is that | | |
| | 150:21 correct? | | |
| | 150:22 MR. SUNDAR PICHAI:  That's -- that's right. | | |

| | |
|---|---|
| Overlaps | 00:05:29 |
| **TOTAL RUN TIME** | **00:05:29** |

PX-045.0003 of 0003