**Amjad Alqahtani**

**4547 Indian Rock Terrace NW, Washington, DC 20007**

**5105427206**

**AA2276@Georgetown.edu**

**05/19/2026**

**Re: Objection to Class Counsel's Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS**

**To the Honorable Court:**

It is with great disgust that I formally object to Class Counsel's Fee Application requesting 33% of the $440 million judgment. As a physicist conducting research at the interface of nature and knowledge, I find this monetary valuation insulting to those whose time provides far greater value to society.

I urge the court to examine the reality of this request. If we estimate their effort at a generous 50,000 hours, allocating $145.3 million yields an average rate exceeding $2,900 per hour. No administrative or legal labor justifies this massive multiplier, especially when it severely dilutes the recovery pool for the millions of actual class members.

I suggest a much more reasonable cap on the fee at 4.5%, or roughly $20,000,000. This establishes a blended rate of $400 per hour across their team, a figure that provides lavish compensation for their firm's risk without crossing into egregious greed. I respectfully ask the court to apply the megafund rule and enforce this proportional limit.

**I have not hired a lawyer to represent me for this objection.**

Amjad Alqahtani