Martha O. Gil

6659 W 15 Ct

Hialeah, Florida, 33012

(786) 399 – 2238

6659mgil@gmail.com

**FILED**

**MAY 29 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Date: May 25th, 2026

Clerk of Court

United States District Court

Northern District of California

Phillip Burton Federal Building

450 Golden Gate Avenue

San Francisco, CA 94102

Re: Objection to Fee Application

Rodriguez v. Google, Case No. 3:20-CV-4688-RS

I am a class member in Rodriguez v. Google and respectfully submit this objection to the Fee Application.

I appreciate the work performed by Class Counsel in litigation this case. However, I ask the Court to carefully scrutinize the requested attorneys' fees, litigation expenses, and service awards to ensure that they are fair, reasonable, and proportional to the interests of class members.

First, I object to the request for attorneys' fees equal to 33% of the judgment and accrued interest. While Class Counsel undertook substantial work and risk, a fee representing one-third of the recovery appears significant, especially where no funds have yet been distributed to class members and the judgment remains subject to post-trial proceedings

and possible appeal. I respectfully request that the Court consider whether a lower percentage would adequately compensate counsel while preserving a larger portion of any eventual recovery for class members.

Second, I request careful review of the requested litigation costs and expenses totaling $12,422,374.42. Given the substantial amount requested, I ask the Court to ensure that all expenses are necessary, properly documented, and reasonable.

Third, I request close review of the proposed service awards totaling $135,000 for the class representatives to confirm that the amounts are justified and equitable in relation to the interests of absent class members.

My objection is not intended to diminish the efforts of counsel or the class representatives. Rather, I respectfully request that the Court balance compensation for counsel with the interests of the individuals the lawsuit is intended to benefit.

I am submitting this objection on my own behalf and am not represented by counsel for this objection.

Thank you for your consideration.

Respectfully submitted,

Martha O. Gil