# Objection to Class Counsel's Fee Application

*(Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS)*

Aristeo Quezada Crespo
2929 W Hayes Ave
Milwaukee WI, 53215
(414) 324-0353
aristeopocholo@gmail.com
Date:05/26/2026

# FILED

JUN 0 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Clerk of the Court United States District Court Northern District of California Phillip Burton Federal Building 450 Golden Gate Avenue San Francisco, CA 94102**

**Re: Objection to Class Counsel's Fee Application Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS**

To the Court:

My name is Aristeo Quezada Crespo. I am a Class Member 2 in the above referenced action. I am submitting this written objection to Class Counsel's Fee Application, as permitted by the Notice titled "Notice to Class Members who had Google 'Web & App Activity' control or the 'Supplemental Web & App Activity' sub-setting turned off or 'paused' of Class Counsel's Fee Application."

I respectfully object to the Fee Application for the following reasons:

Grounds for Objection:

- Excessive Percentage: Class Counsel's request for 33% of the judgment, including interest, is unreasonably high given the size of the award and the fact that interest continues to accrue.

- Disproportionate to Class Recovery: No funds are currently available to Class Members, and Google is seeking to vacate the judgment and may appeal. Awarding fees now, based on an uncertain recovery, may reduce the amount ultimately available to the Class.

- Costs Require Scrutiny: The request for $12,422,374.42 in costs and expenses appears unusually large and should be carefully reviewed for necessity and reasonableness.

- Service Awards: The request for $135,000 in service awards should be evaluated to ensure it is proportional and justified.

- Personal Impact Statement: As a senior citizen, Google's conduct towards this breach of trust has left me concerned to use web browsers and apps alike. At my age, I found it difficult to use technology and learning about this unlawful use of private information leaves me uncomfortable to continue learning.

I am not represented by an attorney for this objection.

I certify that the information in this objection is true and correct to the best of my knowledge.

Signature: _____

Printed Name: ARISTEO QUINTANA CRESPO

As required, I will mail copies of this objection to:

Class Counsel -

**Mark C. Mao & Beko Reblitz-Richardson BOIES SCHILLER FLEXNER LLP 44 Montgomery St., 41st Floor San Francisco, CA 94104**

Notice Administrator -

**Notice Administrator PO Box 2749 Portland, OR 97208-2749**

Aristeo Quezada Lopez
2929 W Hayes Ave
Milwaukee WI, 5325

MILWAUKEE WI 530

28 MAY 2026 PM 5 L

HAPPY BIRTH DAY! FOREVER USA

HARBOR STATION MAY 28 2026 USPS 53

RECEIVED

JUN 01 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California P
Philip Burton Federal Building 450
Golden Gate Avenue
San Francisco, CA 94102024

94102-502001