MAY-28-26

ABEI BERNARDINO
P.O BOX 1176
SEASIDE CA 93955
(831) 233-4762
DANOYVKK8@GMAIL.COM

FILED

JUN 01 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLER OF THE COURT
UNITED STATES DISTRICT
NORTHERN DISTRICT OF THE CALIFORNIA
PHILLIP BURTON FEDERAL BOIDING
450 GOIDEN GATE AVENUE
SAN FRANCISCO, CA 94012

I AM WRITTING YOU TO FORMAIIY EXPRESS MY OBJECTION TO THE RECENT DESICION MADE CONCERNING TO THE OBJECT TO THE FEE APPIICATION IN RODRIGUEZ V. GOOGLE LLC. 3.20 - CV 4688 - RS

SINCE SEP. 2022 TIII TODAY MAY 28-2026 I HAVE BEEN HARRASED ON INSTAGRAM BY MY MANAGER AT WORK. THEY DO HAVE THE TOOIS TO HAVE ACCESS TO EVERYONE DATA.

Tsootsie sold my data to third parties. At work my manager has being scandieng my data and posted on social media.

I have complained about it with Human Recourses, District Manager and the Assistant Manager at this point no one has been able to help me regarding this matter.

I appreciate your attetion to this matter and look foward you response.

(831) 233-4762
DANDY VKK8@GMAIL.COM
If required further any information.

Lawyers
Marc. Mao
Beiso Rebiizt-Richardson
Bois Schiiier Fiexner 11P
44 Montgomery St 41 Floor
San Francisco, CA 94104
Thank you for your time

ROSS WORK NUMBER
(831) 394-1868

MANAGER NAME
NANCY AlCANTARA

+1 (831) 596-0405

(831) 394-2278