Ronald Konen
2134 Johnstone Rd
Casper, WY 82604
217-637-2286
ron@buzznbee.net

**F I L E D**

JUN 0 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 22, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Objection to Class Counsel's Fee Application in Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS

Dear Clerk of the Court:

I am writing to formally object to Class Counsel's Fee Application in the above-referenced case.

I am a member of one (or both) of the certified Classes. I have had my Google "Web & App Activity" and/or "supplemental Web & App Activity" settings turned off or paused throughout the Class Period (July 1, 2016 through September 23, 2024). I have always made a deliberate effort to disable tracking features on my mobile devices and browsers.

Class Counsel is requesting 33% of the judgment (approximately $147 million in attorneys' fees plus $12,422,374.42 in costs/expenses) and only $135,000 total in service awards for the three class representatives. In my view:

The requested attorneys' fees are excessive. A 33% award would give Class Counsel the lion's share of any recovery while leaving the vast majority of the Class (tens of millions of individuals) with little to no meaningful compensation. Given the size of the Class and the relatively modest per-person recovery that would result even if the full verdict is upheld, the Court should award the lowest percentage of fees that it finds reasonable under the circumstances.

The service awards to the class representatives are too low. The three named plaintiffs took on the burden of representing the entire Class, including sitting for depositions, participating in years of litigation, and helping secure a jury verdict in our favor. They deserve substantially more than the proposed $50,000 / $50,000 / $35,000 amounts. I respectfully suggest the Court award at least $100,000 to each class representative to fairly compensate them for their significant time, effort, and risk on behalf of the Class.

I respectfully request that the Court reduce Class Counsel's fee request to the smallest amount it determines is reasonable and increase the service awards to the class representatives accordingly. The primary beneficiaries of any recovery should be the Class Members whose privacy was invaded, not the lawyers.

Thank you for considering my objection.


Sincerely,

Ronald Konen