**F I L E D**

Re: Rodriguez v. Google LLC
Case No. 3:20-CV-4688-RS
United States District Court for the Northern District of California

JUN 0 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: May 26, 2026

## OBJECTION TO CLASS COUNSEL'S FEE APPLICATION

To the Court:

I, Jennifer Fetterman, respectfully submit this objection as a potential class member in the above matter.

I appreciate the efforts undertaken by Class Counsel in litigating this case and obtaining a jury verdict against Google. However, I object to portions of the requested attorneys' fees, litigation expenses, and service awards because I believe the amounts requested are excessive and should be more carefully evaluated in light of the current posture of the case.

First, Class Counsel's request for attorneys' fees equal to 33% of the judgment, including continuing accrued interest, appears unreasonably high given that no compensation has yet been distributed to class members and the judgment remains subject to post-trial challenges and potential appeal. While counsel undoubtedly devoted substantial time and resources to this litigation, absent class members should not bear an outsized fee award before any recovery is secured or paid.

Second, I respectfully request that the Court closely scrutinize the request for more than $12 million in litigation expenses. Class members should be entitled to a detailed explanation showing that all expenses were necessary, reasonable, and directly related to the prosecution of the case. Given the significant amount requested, the Court should ensure that the expenses are not excessive, duplicative, or disproportionate to the benefit ultimately obtained for the class.

Third, I object to the requested service awards totaling $135,000 for the named plaintiffs. While I recognize that class representatives contribute time and effort to litigation, the requested awards appear disproportionately large when compared to the uncertain recovery available to ordinary class members. Excessive incentive awards risk creating the appearance that named plaintiffs received preferential treatment that is not shared by the rest of the class.

As a consumer whose data and privacy rights are at issue in this case, I strongly support accountability and meaningful remedies. However, any award of attorneys' fees, expenses, or service payments should remain fair, reasonable, and proportionate to the actual benefit received by class members.

For these reasons, I respectfully request that the Court reduce the requested attorneys' fees, carefully review and limit requested litigation expenses, and substantially reduce the proposed service awards.

Respectfully submitted,

Jennifer Fetterman
380 Hurst Drive
Bay Village, Ohio
440-552-3674
jenniferfetterman@yahoo.com