May 22, 2026

F I L E D

JUN 0 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Rodriguez v. Google Class Action

I requested to be excluded from the class action settlement referenced above. See attached letter sent. I also want to be excluded from the Fee Application in Rodriguez v. Google, Case No: 3:20-CV-4688-RS. as I asked to be excluded from this case

My name, mailing address, phone#, & email address & signature are below:

Page 2
Rodriguez v. Google

Bridget DeZinno
2300 West Ina Rd, Apt. 13304
Tucson, AZ 85741
Phone: 908-914-1669
Email address: bdezinno@
            hotmail.com.

Bridget DeZ.

Thank you for your attention
& cooperation.

Sincerely,

Bridget DeZ.

CC: Mark C. Mavo
    Beko Roblitz-Richardson
    Boris Schiller Flexner, LLP
CC: Notice Administrator

Attachment.

December 12, 2024

Rodriguez v. Google Exclusions
P.O. Box 2749
Portland, OR 97208-2749

Re: Rodriguez v. Google
Class Action

I request to be excluded from
the class action settlement,
Rodriguez v. Google. My name,
address, phone, email address
and signature are as follows:

Bridget DeZinno
2300 West Ina Road, Apt. 13304
Tucson, AZ 85741
Phone: 908-914-1664
Email address: bdezinno@gmail.com
Bridget DeZ~

Please exclude me from the settlement
Thank you for your attention &
Cooperation.

Sincerely,

Bridget DeZ~