**C&D LUMBER CO.**

**Great People. Great Products. Great Customers.**

Rita L. DeMent
2090 Roosevelt Blvd #4
Eugene, OR 97402
541-208-2650
dementritabl@gmail.com
Due to hardship I object to the
Fee Application in Rodriguez V. Google
Case No. 3:20-CV-46688-RS

Rita L. DeMent

**RECEIVED**

JUN 0 1 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA