Ronald Owen
312 Oaklawn Drive
Rochester, NY 14617
(585) 943-4968
khaalis7@gmail.com

**FILED**

JUN 0 2 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Date:** 05/29/2026

**Clerk of the Court**
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** *Objection to Class Counsel's Fee Application*
**Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS**

To the Court:

I am a Class Member in this action, and I submit this objection to Class Counsel's Fee Application. My objection is based on the excessive nature of the requested fees, the lack of adequate documentation for the cost request, and the absence of sufficient justification for the proposed service awards. My concerns are grounded both in fairness to the Class and in controlling Ninth Circuit precedent governing fee awards.

**1. The Request for 33% of the Judgment Is Excessive and Contrary to Ninth Circuit Standards**

Class Counsel seeks 33% of the judgment, including interest. This request is unreasonably high, particularly because no Class Member has received any monetary benefit, the judgment remains uncertain due to Google's motion to vacate and potential appeal, and the litigation has not yet produced a realized common fund.

Under *In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 942 (9th Cir. 2011), the Ninth Circuit establishes a **25% benchmark** for percentage-of-the-fund awards. Any upward deviation requires "adequate explanation" and must be justified by exceptional circumstances. **None exist here.** Awarding 33% at this stage would create a **windfall** for Class Counsel, contrary to the Ninth Circuit's repeated warnings against disproportionate fee awards.

**2. The Court Must Conduct a Lodestar Cross-Check**

The Ninth Circuit requires courts to cross-check percentage awards against the lodestar to prevent inflated multipliers. *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1050–51 (9th Cir. 2002). Class Counsel has not provided sufficient detail to allow Class Members—or the Court—

to evaluate the reasonableness of any implied multiplier. Without a transparent lodestar showing hours worked, rates used, and tasks performed, the Court cannot meaningfully assess whether the requested fee is justified.

### 3. The $12,422,374.42 Cost Request Lacks Adequate Documentation

Class Counsel seeks reimbursement of more than **$12.4 million** in costs. The Ninth Circuit requires that costs be "reasonable and necessary." *In re Media Vision Tech. Sec. Litig.*, 913 F. Supp. 1362, 1366 (N.D. Cal. 1996). The publicly available materials do not provide itemized cost descriptions, vendor invoices, expert billing details, or sufficient explanation to determine necessity. A request of this magnitude demands **full transparency**, not broad categories.

### 4. The Requested Service Awards Require Supporting Evidence

Class Counsel seeks **$135,000** in service awards for the class representatives. Courts in this Circuit require evidence of: time spent, risks undertaken, contributions made, and actual burdens borne. See *Rodriguez v. West Publ'g Corp.*, 563 F.3d 948, 958–59 (9th Cir. 2009). The current record does not provide enough information to justify the requested amounts.

### Conclusion

For the reasons stated above, I respectfully request that the Court:

- Apply the Ninth Circuit's **25% benchmark** rather than the requested 33%,
- Conduct a **lodestar cross-check** before awarding any fees,
- Require **detailed documentation** for all cost requests, and
- Carefully scrutinize the **service award** request under applicable precedent.

I certify that I am submitting this objection on my own behalf. I have not hired any attorney to represent me for this objection.

Thank you for your consideration.

Sincerely,

Ronald Owen

**Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS**

**Objection to Class Counsel's Fee Application**

**Submitted by:**

Ronald Owen
312 Oaklawn Drive
Rochester, NY 14617
(585) 943-4968
khaalis7@gmail.com

**Date Submitted:** 05/29/2026

**Enclosed Document:**

- **Formal Objection to Class Counsel's Fee Application,** submitted pursuant to the Notice to Class Members.

**Recipient:**

☒ **Court**

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

☐ **Class Counsel**

Mark C. Mao & Beko Reblitz-Richardson
Boies Schiller Flexner LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

☐ **Notice Administrator**

Notice Administrator
PO Box 2749
Portland, OR 97208-2749