Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

FILED

JUN 0 8 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Rodriguez v. Google, Case No. 3:20-CV-4688-RS
Objection to Fee Application

To the Court:

I am a class member in the above-referenced matter and respectfully submit this objection to Class Counsel's Fee Application.

First, I would like to acknowledge the significant work performed by Class Counsel in pursuing this case and obtaining a favorable jury verdict against Google. I recognize that this litigation required substantial time, effort, financial risk, and expertise.

However, I believe the requested attorneys' fee award of 33% of the judgment, plus reimbursement of more than $12 million in expenses, is excessive given the extraordinarily large size of the recovery in this case.

As stated in the notice, the current judgment and accrued interest total more than $440 million. A 33% fee award would result in attorneys' fees exceeding approximately $145 million before expenses are added. While contingency fee arrangements are appropriate in many class actions, I respectfully believe that applying a full one-third percentage to a recovery of this magnitude results in an unreasonable and disproportionate fee.

I ask the Court to consider reducing the percentage awarded to Class Counsel to a lower percentage that still fairly compensates counsel for their work while preserving a larger portion of the recovery for the class members whose privacy rights were affected.

I also respectfully request that the Court closely scrutinize the requested litigation expenses to ensure all costs sought are reasonable and necessary.

Thank you for your consideration of this objection.

Respectfully submitted,

Jamie Leigh Hamilton
3703 Haven View Circle
Hoover, AL 35216
(205) 515-5330
beachnut22@bellsouth.net

Signature: _Jamie Hamilton_

Date: June 1, 2026



USA PRESORTED STANDARD 2024

BIRMINGHAM AL 350

Freedom 250

4 JUN 2026    PM 4 L



Jamie L Hamilton
3703 Haven View Cir
Vestavia Hls, AL 35216

RECEIVED

JUN 08 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999

Case 3:18-cv-04688-RS    Document 780    Filed 06/08/26

- Please do not send cash.
- Include account number on your check/money order.
- Please confirm mailing address shows through window.
- Sign your check/money order.