06/04/2026

Roshawna Glover, 727-401-8700
lalaswagga@gmail.com

Mailing Address: 11716 E us Hwy 92, Lot 102,
                    Seffner FL, 33584

I object to the fee application in Rodriguez v.
Google, Case No. 3:20-cv-4688-RS

My Reason for objecting is that I AM Below
The poverty Line (Nationally) My Latest Tax
Return had A gross Income under $ 20,000.

Signature: Roshawna Glover
(As the Objector)

**FILED**

**JUN 08 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Roshawna. G
11716 E US HWY 92 Lot 102
Seffner FL, 33584

TAMPA FL 335
SAINT PETERSBURG FL
5 JUN 2026   PM 4  L

**RECEIVED**

JUN 08 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of The Court
United States district court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999

INSPECTED BY

JUN 08 2026

U.S. MARSHAL'S SERVICE

06/04/2026

Roshawna Glover, 727-401-8700
lalaswagga@gmail.com

Mailing Address: 11716 E US Hwy 92, LoT 102,
                 Seffner FL, 33584

I object to the fee Application in Rodriguez V.
Google, CASe No. 3:20-cv-4688-RS

My Reason for objecting is that I AM Below
The poverty Line (Nationally) My Latest Tax
Return had A gross Income under $20,000.

Signature: Roshawna Glover
(As the Objector)

**FILED**

**JUN 08 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Roshawna. G
11716 E US HWY 92 Lot 102
Seffner FL, 33584

TAMPA FL 335
SAINT PETERSBURG FL
5 JUN 2026     PM 4 L

**RECEIVED**

JUN 08 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of The Court
United States district Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999

