# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 0 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RODRIGUEZ**
**v.**
**GOOGLE LLC**

**Case No. 3:20-CV-04688-RS**

## OBJECTOR ALONZO CURRY'S OBJECTION TO FEE APPLICATION

I, Alonzo Curry, respectfully submit this objection to the Fee Application filed in the above-captioned matter. I received notice of the Fee Application because Google's records indicate that I may be a member of one or more of the certified Classes. In addition, on April 17, 2026, I successfully submitted an Interest Registration Form and received confirmation of that submission. As a class member whose interests may be affected by any award of attorneys' fees, expenses, or service awards, I respectfully submit this objection for the Court's consideration. I am a participating class member and objector with a direct interest in the outcome of these proceedings, including the Court's determination regarding attorneys' fees, litigation expenses, and service awards.

**Objector Information**
Name: Alonzo Curry
Mailing Address:
P.O. Box 344
Visalia, California 93279
Telephone Number: 657-200-0251
Email Address: UnseenXS@yahoo.com

**Objector's Participation and Interest**

On April 17, 2026, at approximately 5:24:27 A.M., I successfully submitted an Interest Registration Form in connection with this litigation and received confirmation of my submission. Submitted Interest Registration ID: GCCNG000386775
The registration was submitted under my name and contact information listed above. Because I timely submitted my Interest Registration and received confirmation that it was accepted, I have a direct interest in the Court's determination of any award of attorneys' fees,

litigation expenses, and service awards that may affect the interests of participating class members.

**Basis for Objection**

I object to the Fee Application because the Court has an independent duty to ensure that any award of attorneys' fees, litigation expenses, and service awards is fair, reasonable, and adequately supported by the record.

I further object because the requested award appears substantial and should be subjected to heightened scrutiny to ensure that the interests of class members are fully protected and that any compensation awarded to counsel is proportionate to the benefit obtained for the class.

**Legal Support and Argument**

Federal courts have recognized that attorney fee awards must be carefully reviewed to ensure their reasonableness. In Hensley v. Eckerhart, 461 U.S. 424, 433 (1983), the Supreme Court emphasized that courts must independently determine whether requested fees are reasonable and supported by the circumstances of the litigation.

The Ninth Circuit has further held that district courts serve a fiduciary role in protecting absent class members and must carefully scrutinize requests for attorney compensation. In re Bluetooth Headset Products Liability Litigation, 654 F.3d 935, 941-49 (9th Cir. 2011).

**I.      Objection to the Requested Attorneys' Fees**

The Ninth Circuit recognizes a benchmark fee of twenty-five percent (25%) in common-fund cases. See Vizcaino v. Microsoft Corp., 290 F.3d 1043, 1047-48 (9th Cir. 2002).

Class Counsel seeks an award equal to thirty-three percent (33%) of the judgment, together with accrued interest. Because the requested percentage exceeds the Ninth Circuit benchmark, the Court should require detailed justification supported by specific findings demonstrating that such an enhanced award is warranted.

Absent a compelling showing, the requested fee should be reduced to an amount that more closely reflects the Ninth Circuit benchmark and the interests of participating class members.

**II.      Objection to the Requested Litigation Expenses**

Class Counsel also seeks reimbursement of substantial litigation expenses.
The burden rests upon the applicant to establish that the expenses claimed were reasonably incurred, necessary to the litigation, and adequately documented. Hensley, 461 U.S. at 437. Accordingly, the Court should carefully review all requested expenses and deny or reduce any reimbursement that is excessive, duplicative, administrative in nature, insufficiently documented, or otherwise unsupported by the record.

**III.      Objection to the Requested Service Awards**

I also object to the requested service awards.

The Ninth Circuit has explained that incentive awards must be carefully evaluated and justified based upon evidence of the named plaintiffs' efforts, risks undertaken, and contributions to the litigation. Staton v. Boeing Co., 327 F.3d 938, 977 (9th Cir. 2003).

Any service award should remain reasonable in relation to the interests of absent class members and should not create the appearance that representative plaintiffs received preferential treatment at the expense of the class.

To the extent the evidentiary record does not support the requested awards, the Court should reduce or deny them.

## IV.    Protection of Participating Class Members

As a participating class member who successfully submitted an Interest Registration Form, I respectfully request that the Court exercise its fiduciary duty to protect the interests of all class members.

The Court should ensure that any award of attorneys' fees, litigation expenses, and service awards is fair, reasonable, proportionate, and supported by adequate evidence.

## Attorneys Representing Objector

No attorneys have been retained by me in connection with this objection, and no current or former attorneys may seek compensation relating to this objection.

## Request for Relief

For the foregoing reasons, I respectfully request that the Court:
1. Deny the Fee Application as presently submitted; or
2. In the alternative, reduce the requested attorneys' fees, litigation expenses, and service awards to amounts the Court determines are fair, reasonable, and supported by the evidence; and
3. Grant such other and further relief as the Court deems just and proper.

## Declaration

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.
Dated: 06/06/2026
Respectfully submitted,

Alonzo Curry
P.O. Box 344
Visalia, California 93279
Telephone: 657-200-0251
Email: unseenxs@yahoo.com