# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



# FILED

## JUN 0 8 2026

### CLERK, U.S. DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

**RODRIGUEZ V. GOOGLE LLC**
**CASE No. 3:20-CV-4688-RS**

**OBJECTION TO CLASS COUNSEL'S FEE APPLICATION**

To the Honorable Court:

I, **JOHN RUGUMISA KAHEMBE**, respectfully submit this objection to the Fee Application filed by Class Counsel in the matter of **RODRIGUEZ V. GOOGLE LLC**, Case No. **3:20-CV-4688-RS**.

**Objector Information**

Full Name: JOHN RUGUMISA KAHEMBE
Mailing Address: BAGAMOYO/GOBA ROAD, SAMAKI WABICHI HOUSE, 2ND FLOOR, SUITE 203,
P. O. BOX 71025, DAR ES SALAAM
Telephone Number: +255 768181841/+255 629990990
Email Address: cotech.tz@gmail.com/jokason@gmail.com

**Statement of Objection**

I object to the request by Class Counsel for attorneys' fees equal to 33% of the judgment, reimbursement of litigation expenses, and service awards requested in the Fee Application.

**The reasons for my objection are as follows:**

1. The requested attorneys' fee percentage appears excessive considering the size of the judgment amount.

2. The Court should carefully review whether a 33% fee award is reasonable and proportional to the benefit ultimately received by Class Members.

3. No compensation has yet been distributed to Class Members because post-trial motions and possible appeals remain pending.

4. The requested service awards and litigation expenses should be closely examined to ensure they are fair, necessary, and adequately documented.

5. I respectfully request that the Court reduce the requested attorneys' fees and review all expense and service-award requests carefully before approval.

**Legal Support**

This objection is made pursuant to the rights of Class Members to object to fee applications in class action proceedings under applicable federal law and Rule 23 of the Federal Rules of Civil Procedure.

**Representation by Counsel**

I have not hired any lawyer in connection with this objection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: _29th May 2026_

Signature: _____

Name: **JOHN RUGUMISA KAHEMBE**

UNITED STATES DISTRICT COURT

CLERK OF THE COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP BURTON FEDERAL BUILDING

450 GOLDEN GATE AVENUE

94102 SAN FRANCISCO CALIFORNIA

USA

RECEIVED

JUN 08 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA