FILED

JUN 09 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edda Karina Rodríguez
9199 Pecky Cypress Lane, Suite 7-F
Boca Raton, Florida 33428
Telephone: 571-788-0474
karidarte@aol.com

June 5, 2026

**RE: Rodríguez v. Google LLC, Case No. 3:20-cv-04688-RS – Notice Acknowledgment, Evidence Preservation, Contact Information Update, and Statement of Continuing Impact**

To Class Counsel, the Notice Administrator, and the Clerk of Court:

By means of this correspondence, I acknowledge receipt of the Court-Ordered Notice relating to *Rodríguez v. Google LLC*, Case No. 3:20-cv-04688-RS.

I, Edda Karina Rodríguez, an American Citizen, also known by the literary pen name "Dao Kapra," and mindful of the rights and responsibilities inherent in Citizenship of the World, submit this communication for the purpose of acknowledging receipt of the Notice, updating my contact information, preserving evidence in my possession, expressing my support for the efforts undertaken on behalf of affected individuals, and documenting the impact that matters relating to the privacy of my information, which I consider directly connected to the issues that are the subject of this litigation, have had on my life.

Furthermore, I express my support for the continuation of this class action, as well as for the efforts undertaken by Class Counsel on behalf of the affected individuals.

I respectfully express my support for the work performed throughout this litigation and for the pursuit of any relief and remedies that may be warranted under the law.

Since 2016, I have observed and documented circumstances relating to the privacy, security, and handling of my personal information, electronic communications, online activity, and location-related data, while preserving records concerning these matters, including screenshots, emails, text messages, electronic records, notices, correspondence, and physical mail.

The records in my possession include evidence of incidents involving access to, alterations of, and interference with personal and financial information, including account information, financial records, and other sensitive data. They also document unsolicited communications received through text messages, email, notices, and postal correspondence relating to matters for which I never provided my information nor authorized any access or contact.

The documented circumstances have had a substantial impact on my privacy, personal security, and quality of life. As a consequence of the continuing stress and effects associated with these matters, I have found it necessary to seek medical, psychological, and neurological care and support. The effects experienced are supported by medical records, professional evaluations, treatment records, prescribed medications, and other clinical documentation issued, maintained, and supported by my healthcare providers.

I respectfully request that all notices, updates, correspondence, claim-related information, and any other communications relating to this litigation continue to be directed to me.

Furthermore, I respectfully request that your records be updated to reflect the entirety of the contact information set forth in this document.

This communication also serves the purpose of formally updating my contact information and information associated with this matter. In particular, I request that the email address karidarte@aol.com, through which I received the present Notice, remain associated with my records and that the email address DaoKapra1111@aol.com be added as an additional email address, together with the other contact information provided herein.

I remain available to provide additional information or documentation through the appropriate channels should it become necessary or relevant to future proceedings.

I declare under penalty of perjury under the laws of the United States of America that the statements contained in this document are true and correct to the best of my knowledge and belief.

Respectfully,

Edda Karina Rodríguez

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document is being served via Certified U.S. Mail to the following recipients:

**Clerk of the Court**
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

**Class Counsel**
Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

**Notice Administrator**
PO Box 2749

Portland, OR 97208-2749

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _June 5_ , 2026

Respectfully submitted,

Edda Karina Rodríguez
Pro Se