UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>SAN FRANCISCO DIVISION</u>

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al., <br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br> Defendant. | Case No. 3:20-CV-4688-RS <br><br> OBJECTION TO CLASS COUNSEL'S FEE APPLICATION |

**FILED**

**JUN 1 1 2026**

**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## I. OBJECTOR INFORMATION

- Jasmine Spaugy
- 4750 Almaden expy 124
  San jose, Ca 95118
- Pinkbubblez5234@gmail.com

## II. STATEMENT OF OBJECTION

I am a Class Member in the above-captioned litigation. I received notice regarding the $425-million jury verdict and the subsequent Fee Application submitted by Class Counsel. I hereby submit this written objection to the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS.

## III. REASONS FOR OBJECTION AND LEGAL SUPPORT

I object to Class Counsel's request for attorneys' fees equal to 33% of the total judgment (including the verdict award and accrued interest) based on the following reasons:

- Exceeds the Ninth Circuit Benchmark: The standard benchmark for attorneys' fees in common fund class actions within the Ninth Circuit is 25% (*Paul, Johnson,*

*Alston & Hunt v. Graulty*, 886 F.2d 268). Class Counsel's request for 33% departs upward significantly from this benchmark without extraordinary justification.

- Windfall Relative to Actual Lodestar: Given the immense size of the common fund (exceeding $440 million with interest), awarding a 33% cut results in an excessive mega-fund windfall. The Court should apply a "lodestar cross-check" to ensure that the hourly rates and total hours billed by the attorneys reasonably justify such a payout, rather than reducing the class members' recovery disproportionately.

- The excessive fee request disproportionately reduces the direct compensation intended for individual class members who suffered privacy violations.

## IV. LEGAL REPRESENTATION

- Attorneys Hired for This Objection: I currently have not hired or retained any lawyers to represent me.

## V. SIGNATURE

By signing below, I affirm under penalty of perjury that I am a member of the settlement class and that the information provided in this objection is true and correct.

Objector Signature: _____

Date: 6/5/26

FOREVER
USA
848051219134030

SAN JOSE CA 950
9 JUN 2026 PM 4 L

ok the court United States district court
Northern District of California
Phillip Burton Federal building
GISTO Golden Gate Avenue
San Francisco, CA   94102

94102-343206

U.S. MARSHALS SERVICE
(1)
RECEIVED BY
JUN 11 2026
FILED
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Jasmine Spaugy*
4750 Almaden Expy.
San Jose, CA 95118