Court -
Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Class Counsel -
Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

Notice Administrator -
Rodriguez v. Google Notice
Administrator
PO Box 2749
Portland, OR 97208-2749

*Rodriguez v. Google*, Case No. 3:20-CV-4688-RS



FILED

JUN 12 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Whom it may Concern;

June 6, 2026

I believe I had withdrawn and asked to be excluded from this case previously, but there have been many lawsuits over the last few years I have asked to be withdrawn from, I had listed various email addresses that I held along with the use of my iPhone 11 since 2020. The one I received this notice with was sarahnevans@gmail.com . I also still hold email accounts of phoenixrulz81@gmail.com, and phoenixrulz81.hon@gmail.com and have since deleted accounts: jasonsarahevelyn@gmail.com , grahamgifts253@gmail.com and pickscraftbarn@gmail.com .

My current address is:
Sarah Pickering 15 Buttercup Lane Hancock, Maine 04640-3123. Phone is 801-851-0270 (old phone number with the same phone was 253 387 9632, old addresses would have been in Utah or Washington.
**Address is redacted in Utah** due to our safety from crimes committed against my disabled child. We will be changing our names soon for our continued safety but I am still waiting on DFAS to approve the divorce decree for military retirement since Utah courts didn't use the correct verbiage required or give the order for child abuse garnishment.

If I am still included in the lawsuit, I would like to object the Fee Application because the attorney fees seem inflated due to the notoriety of Google. I am not represented by legal counsel nor do I hold a degree in law.

This letter is being sent to all parties aforementioned on June 8th 2026, via USPS

Sarah Nicole Pickering, 6-6-26

Cayuga Duck
USA/FOREVER
Freedom
250

EASTERN MAINE 044   AM2 L
9 JUN 2026

RECEIVED
JUN 12 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
U.S. District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

POSTED BY
JUN 12 2026
U.S. MARSHALS SERVICE

94102-348268

Pitcher, NG
15 Buttercup Ln
Monmouth, ME 04040-3123