

FILED

JUN 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# Class Action Fee Objection Letter

**Date:** June 7, 2026
**VIA FIRST-CLASS MAIL**
Clerk of the Court
United States District Court, Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
**Re: Objection to Class Counsel's Fee Application**
**Case Name:** *Rodriguez, et al. v. Google LLC*
**Case No.:** 3:20-cv-04688-RS

To the Honorable Court:

I am writing as an individual Class Member in this matter to formally object to Class Counsel's Application for Attorneys' Fees, Expenses, and Service Awards.

Specifically, I object to Class Counsel's request for attorneys' fees equal to 33% of the total judgment (which stood at $440,345,685.40 as of March 2, 2026, and continues to accrue interest). I respectfully request that the Court reduce this percentage for the following reasons:

1. **Unjustified Departure from the 25% Ninth Circuit Benchmark:** In the Ninth Circuit, the established benchmark for attorneys' fees in common-fund cases is 25%. Class Counsel's request for 33% represents a significant upward departure. The notice does not demonstrate extraordinary circumstances that justify taking an extra 8% directly out of the class's recovery.
2. **The "Megafund" Windfall:** Because the jury's verdict plus interest exceeds $440 million, a 33% fee generates an immense windfall of over $145 million for the attorneys. In "megafund" cases of this scale, courts routinely apply a sliding scale to *decrease* the fee percentage, ensuring the actual victims of the privacy violations—the class members—receive the vast majority of the monetary relief.

The jury found Google liable for invasion of privacy and intrusion upon seclusion to compensate the users whose settings were ignored. The funds saved by lowering this fee to the 25% benchmark (roughly $35 million) should be preserved for the Class Members.

**Class Member Information:**

**Full Name:** Ryan Tuttle
**Current Address:** 20582 Coppersmith Dr. Ashburn VA 20147
**Phone Number:** 585-441-4274

**Email Address:** tuttlerc@gmail.com

I declare under penalty of perjury that I believe I am a member of the certified classes in this lawsuit, as I am a non-Enterprise and non-Unicorn individual who had my Google "Web & App Activity" and/or "Supplemental Web & App Activity" settings turned off or paused between July 1, 2016, and September 23, 2024.

Sincerely,

Ryan Tuttle