Brenton J. Fetting
131 S Barstow St, Apt 506, Eau Claire, WI 54701
Phone: (989) 245-3509
Email: bfetting88@gmail.com

Wetland and Wildlife Ecology
Wetland Delineation
Environmental Policy & Compliance

---

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Case Name:** Rodriguez v. Google LLC **Case No.:** 3:20-CV-4688-RS

**CLASS MEMBER'S WRITTEN OBJECTION TO CLASS COUNSEL'S FEE APPLICATION**

I am writing to formally object to the Fee Application submitted by Class Counsel in the above-cited matter. As a potential Class Member who received notice of this lawsuit, I submit the following information and objections for the Court's consideration:

**I. Objector Information**
- **Full Name:** Brenton J. Fetting
- **Mailing Address:** 131 S Barstow St, Apt 506, Eau Claire, WI 54701
- **Telephone Number:** (989) 245 – 3509
- **Email Address:** bfetting88@gmail.com

FILED

Jun 16 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**II. Statement of Representation**

I am submitting this objection on my own behalf. I have not, formerly or currently, hired or retained any representation for the purpose of making this objection, and no representation will be paid for any reason regarding this objection.

**III. Grounds for Objection to the Fee Application**

I object to Class Counsel's request for attorneys' fees equal to 33% of the total judgment (which currently exceeds $440 million, including interest), in addition to over $12.4 million in expenses.

A 33% fee award from a fund of this size is excessive and disproportionate. In class action settlements and verdicts of this magnitude, the "benchmark" for attorneys' fees in the Ninth Circuit is typically 25%. When a common fund reaches hundreds of millions of dollars, courts often apply a "sliding scale" or "percentage-of-the-fund" reduction to prevent a windfall to the attorneys at the expense of the class members.

Allowing Class Counsel to take nearly one-third of the entire recovery significantly depletes the remaining funds that should rightfully be distributed to the millions of potential Class Members who are or were everyday users whose privacy was unlawfully invaded. I request that the Court apply a more reasonable benchmark or a sliding-scale reduction to ensure that the Class Members receive the primary benefit of the jury's verdict.

**IV. Conclusion**

For the reasons stated above, I respectfully request that the Court review Class Counsel's Fee Application with strict scrutiny and reduce the requested percentage to better serve the interests of the certified Classes.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am a member of the Class(es) certified in this action.**

Dated: _June 12_____, 2026

Signature of Objector: _____, Brenton J. Fetting

**Copies Transmitted:**

Court:
Clerk of the Court
United State District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Class Counsel:
Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104

Notice Administrator:
Notice Administrator
PO Box 2749
Portland, OR 97208-2749