15 June 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden State Avenue
San Francisco, CA 94102

FILED

JUN 18 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Dear Sir/Ms,

I object to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS.
The reason for my objection is the fact that this issue is all new to me. There were no
lawyers involved in my decision.

In regards to the case of Rodriguez v. Google LLC Class Action Lawsuit, the emails I
recently received are the first time I have heard of this case. I moved to the present
address in July 2019. Since moving here, my internet service has been through Valley
Electric and now through Rise Broadband. I am not sure of the date but I believe it was
2024 when I started using gmail. Also, my phone is an Android and I do not have a
tablet.

If I would have received the email notice back in September 2024, I would have
excluded myself at that time.

Larry C. Powers
Larry C. Powers
5252 San Palo Drive
Pahrump, NV 89061
775-764-1077
candl.70.powers@gmail.com
usmc.26.powers@gmail.com
larry.powers.usmc@gmail.com

15 June 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden State Avenue
San Francisco, CA 94102

Dear Sir/Ms,

I object to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS.
The reason for my objection is the fact that this issue is all new to me. There were no
lawyers involved in my decision.

In regards to the case of Rodriguez v. Google LLC Class Action Lawsuit, the emails I
recently received are the first time I have heard of this case. I moved to the present
address in July 2019. Since moving here, my internet service has been through Valley
Electric and now through Rise Broadband. I am not sure of the date but I believe it was
2024 when I started using gmail.

If I would have received the email notice back in September 2024, I would have
excluded myself at that time.

Carol J. Powers
5252 San Palo Drive
Pahrump, NV 89061
561-789-8354
chl43.lwc42.70@gmail.com

Freedom 250
FOREVER

LAS VEGAS NV 890

15 JUN 2026    AM 3

RECEIVED

JUN 18 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INSPECTED
JUN 18 2026
U.S. MARSHALS SERVICE

LARRY & CAROL POWERS
5252 San Palo Dr.
Pahrump, NV 89061

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden State Ave.
San Francisco, CA 94102