June 11, 2026



FILED

JUN 18 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Erin O'Neill
1447 Patterson Loop, Apt 208
Fergus Falls, MN 56537
320-305-1345
forestmyemail@gmail.com

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Clerk of Court,

I object to the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS. I object because I believe the 33% attorney fee award is disproportionate to the actual work performed or the results achieved. I also believe that Class Counsel or class representatives did not adequately protect the class members' best financial interests during the litigation.

Sincerely,

Erin O'Neill