United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Date: June 15, 2026



FILED
JUN 18 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I object to the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS and must include the following information:

1  Jennifer Slater,    15200 Berryville Rd Germantown, MD 20874.
JENSL8R@gmail.com and Jennifer.Slater@LNF.com

2  I object because 33% seems like a very high figure and will take away from all the people who were violated;

3  no lawyers hired. (if any).

4  Your signature as the objector. A lawyer's signature is not adequate.

The Slater's
15200 Berryville Rd
Germantown, MD 20874

CAPITAL DISTRICT 208

15 JUN 2026 PM 4 L

Freedom 250

Clerk of the Court
United States District Court,
Northern Distric of California
Philip Burton Federal Bld.
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED

JUN 18 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-999299