

**FILED**

JUN 2 2 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rodriguez v. Google LLC
Case No. 3:20-CV-4688-RS

**LIMITED OBJECTION TO CLASS COUNSEL FEE APPLICATION, REQUEST FOR REVIEW OF UNIQUE CLASS MEMBER INTERESTS, REQUEST FOR ACCESS TO CASE MATERIALS, AND RESERVATION OF RIGHTS**

To the Honorable Court:

I respectfully submit this Limited Objection as a member of one or more of the certified classes in the above-captioned matter.

I do not object to the jury's verdict, the prosecution of this litigation, or the possibility that Class Counsel may ultimately be entitled to substantial compensation for their efforts. I recognize that Class Counsel appears to have devoted significant resources over many years in obtaining a favorable verdict on behalf of the certified classes.

However, I respectfully object to the requested attorneys' fee award of thirty-three percent (33%) of the judgment unless the Court is satisfied that Class Counsel has provided a reasonable opportunity for class members possessing potentially unique interests, specialized expertise, or potentially distinct claims to determine whether their interests have been adequately represented and whether separate representation may be appropriate.

To date, the only communication I have received concerning this matter has been a generic mass-mailed class notice. No attorney serving as Court-appointed Class Counsel has contacted me individually, reviewed my circumstances, discussed my potential claims, evaluated whether my interests differ from those of other class members, or advised whether separate representation should be considered.

Accordingly, I respectfully request that the Court direct one of the Court-appointed lead Class Counsel identified in the Fee Application to personally review my circumstances and confer with me regarding my interests in this litigation.

I am not requesting that Class Counsel become my personal attorney. Rather, I seek a reasonable opportunity to determine whether my interests are adequately represented within the class structure or whether separate representation and separate proceedings should be considered.

I respectfully request that the Court consider conditioning approval of the requested fee award, as it pertains to my interests, upon providing a reasonable opportunity for consultation with lead Class Counsel. Based upon the complexity of the issues involved, I believe approximately twenty (20) to forty (40) hours of documented attorney consultation time would be sufficient to review my circumstances, answer questions, evaluate potentially unique issues, and determine whether my interests are adequately protected within the existing class framework.

To minimize burden and expense, I am willing to make myself available at the convenience of counsel in four-hour blocks conducted remotely by Zoom or similar videoconferencing software with screen-sharing capabilities.

Scheduling information is available at: www.ericmelin.com/calendar

Meeting access information is available at: www.ericmelin.com/zoom

My request is based in part upon my professional background and the possibility that my interests differ materially from those of the typical class member.

I am the Founder and Chief Executive Officer of PositionClick Corporation, a technology consulting firm focused on Google systems, enterprise Google implementations, systems administration, privacy analysis, and digital forensics.

For approximately thirty years, including extensive work since 1997, I have consulted with businesses ranging from small organizations to Fortune 500 enterprises regarding Google technologies, cloud systems, privacy controls, analytics, data collection practices, and enterprise technology deployments.

As both a long-term Google user and a consultant advising organizations that utilize Google products and services, I may possess interests, perspectives, technical knowledge, and evidence that differ from those of the average class member.

PositionClick Corporation conducts forensic-level analysis relating to privacy, technology systems, digital tracking, and data governance. As a result of my experience, I believe I may be capable of assisting Class Counsel and potentially the Court in understanding technical issues relevant to this matter.

I further believe that I may possess information concerning Google-related tracking, data transmission, privacy controls, and related activities that may not have been fully addressed during trial and which may involve conduct occurring after the September 3, 2025 verdict date.

Because I have not yet had access to the underlying evidentiary record, expert materials, discovery record, deposition testimony, or related materials, I cannot presently determine whether such information overlaps with matters already addressed in this litigation or whether it may support additional claims, supplemental proceedings, or separate causes of action.

Accordingly, I respectfully request access, to the fullest extent permitted by law and Court procedures, to relevant case materials, including:

• Discovery materials available to class members;
• Expert reports;
• Trial exhibits;
• Evidentiary submissions;
• Deposition transcripts;
• Court filings;
• Relevant technical analyses; and
• Other materials relied upon by the parties or the Court.

I additionally request guidance from the Court regarding whether a class member possessing specialized technical expertise may provide information, evidence, technical consultation, or expert analysis to Class Counsel or the Court while maintaining his rights as a class member.

If permissible, I am willing to make my experience available to assist the Court, Class Counsel, or the administration of justice in this matter.

Nothing in this filing should be construed as:

1. Consent to the waiver of any individual claims;

2. Consent to the waiver of any privacy-related claims not fully addressed in this action;

3. Consent to the waiver of any international, multinational, or jurisdiction-specific claims;

4. Consent to the waiver of any future claims arising from conduct occurring after the period addressed at trial;

5. An acknowledgment that my interests are fully aligned with those of all other class members;

6. A decision to remain permanently within the class structure regardless of future information obtained; or

7. A waiver of my right to pursue separate representation, separate proceedings, or individualized relief.

I reserve all rights, claims, remedies, objections, causes of action, legal positions, and procedural rights available under applicable law.

For the foregoing reasons, I respectfully request that the Court:

A. Consider this Limited Objection to the Fee Application;

B. Direct lead Class Counsel to provide a reasonable opportunity for consultation regarding my potentially unique interests and claims;

C. Permit reasonable access to case materials and information necessary to evaluate my rights;

D. Provide guidance regarding the ability of a class member with specialized expertise to assist in the matter; and

E. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

Eric Melin
17 Fern Rd
North Hampton, NH 03862
ericmelin@gmail.com
+1 617-504-6545

Signature: _____    Date: 6/11/24 _____