FILED

JUN 22 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RE: Rodriguez v. Google LLC
Case No. 3:20-CV-4688-RS

June 18, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Subject: Objection to Class Counsel Fee Application

To the Honorable Court:

My name is Tresa D. Fore. I am a member of the class in Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS. I respectfully submit this objection to Class Counsel's Fee Application.

While I appreciate the efforts of Class Counsel in obtaining a favorable jury verdict against Google, I am concerned that the requested attorneys' fees of 33% of the judgment, together with more than $12.4 million in expenses and service awards, may be excessive when compared to the interests of the class members.

The jury awarded substantial damages intended to compensate class members whose privacy rights were violated. Any reduction of the recovery through attorneys' fees directly impacts the amount potentially available to class members. I respectfully request that the Court carefully evaluate whether a lower percentage fee would adequately compensate counsel while preserving a greater share of any recovery for the individuals whose rights were affected.

I further request that the Court closely review the claimed litigation expenses to ensure that all requested reimbursements are reasonable, necessary, and properly documented.

My objection is not to the work performed by Class Counsel, but rather to the amount of compensation requested. I ask the Court to consider awarding a lower percentage fee that more appropriately balances compensation for counsel with the interests of the class.

Thank you for your consideration of this objection.

Respectfully submitted,

Tresa D. Fore

Address: 14230 GreeNbriar

City, State, ZIP: Oak Park MICHIGAN 48237

Telephone: 313-645-9068

Email: tresafore@gmail.com

Signature: _Cnesa D. Cre_

Date: _6/18/26_



CERTIFIED MAIL™

TRESA D FORE
14230 GREENBRIAR
OAK PARK, MI 48237

7004 0750 0004 1432 4788

METROPLEX MI 480

18 JUN 2026

**RECEIVED**

JUN 22 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. POSTAGE PAID
FCM LETTER
DETROIT, MI 48233
JUN 18, 2026
$5.30
S2324W501230-12

94102

*Retail*

UNITED STATES
POSTAL SERVICE®

RDC 99

94102-346999



7004 0750 0004 1432 4788

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE