Dated:- 06/11/2026

To,
Hon'ble Court.
C/o Clerk of the court,
U.S. District court.

Subject:- Application fee - Request-Reg.
Reference:- Rodriguez v. Google, Case No.
3:20-CV-4688-RS - Request-Reg.

Good Morning Honerable court!!

My name is SYED ASIFULLAH HUSSAINI,
Mailing Address:- 6237 N-Talman Ave, Bsmt.
Chicago, I.L-60659.
Mobile Number:- 872 235 2437
Email Address:- hussaini7dreamz@gmail.com

Reason for objection:- As Per Google Terms & user
agreement. They cannot Intrude/Tresspass in
our digital privacy, But still They DID
Sucessfully. & It is Violation of Law &
our Personal Privacy too. It is SO Disgusting &
irreparable Loss to our privacy.
Henceforth I Personally request the Honourable
Court to charge the Application fee also to the
Tresspassers/Intruders "GOOGLE" only. Because
we did not gnvited them, ↑They attacked us
without our Personal concent/knowlede.
Question:- (Victims/Sufferers will be rewarded or the Lawyers-?!

FILED

JUN 22 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OBJECTOR.
S-DBG MNG
06/11/2026

From:-

Syed Asif Ullah Hussaini
6237 N. TALMAN STEET, BSMT.
Chicago, IL- 60659.

CAROL STREAM IL 601

15 JUN 2026 PM 3 L

USA FOREVER

RECEIVED

JUN 22 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COURT

- CLERK OF THE COURT
U.S. District Court
Northern District of California
Phillip Burton Fedral Bldng
450 Golden Gate Avenue
San Francisco, CA 94102