

June 19, 2026

Michael W. Allen
131 Shady Springs Drive
Macon, GA 31217-2226

This letter exists to serve as an objection to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS. The Fee Application does not adequately outline whether counsel would be reimbursed for administrative expenses incurred while litigating and while having to take extraordinary steps to bring amenable closure for Plaintiffs in this case as well to overcome the Motion of Summary Judgement. Additionally, should a Motion to Vacate, Motion for Acquittal, and/or Motion to Set Aside be filed by the Defendant Google to counter the aforementioned three motions which are procedural arguments will Class Counsel consider filing a Motion to Compel? This being sought to be filed so that may bring about all evidence for factual arguments to be brought forth and made to stop any omissions or withholding of evidence so that obstruction does not occur in this case by the Defendant. The Defendant has stated incentives as to why, what, and how its practices are and continue to be and goals to be achieved along with these practices not ceasing. As percentages are scaling, the judgement reached may be seen as negligible for punitive damages.

Respectfully would the court be willing to consider seeking a percentage judgement or assess and have enforcement on percentages for a fine instead of flat rate fines against the Defendant? Information such as location among more described in this case does get packaged and sold to data brokers used in building an octopus of profiles of data on all users. While Google holds a fiduciary duty to shareholders in its shareholder agreements which ironically happen to be Google users as well. There also exists a duty to preserve and protect evidence while there being a prudent duty for Google and members of Google's board to not engage in contradicting conduct and misrepresentation of its actions and actions of the business. The actions which occurred and continued actions would constitute as a Sarbanes–Oxley Act violation as Google continually misrepresents underhandedly the way it goes about meeting its business needs while continually growing its litigation hazard paired with lack of truthfulness and deceit through acts of swindle to obtain information by deceiving users and by keeping tabs on its users after being informed that such acts are unwanted. Google in pillaging its users of information, Google then goes and sells the unconsented recordings alongside the prior now proven methods for unknown retrieval of data.

Michael W. Allen
131 Shady Springs Drive
Macon, GA 31217-2226
michael.alle2@gmail.com
(478) 258-2141

**FILED**

JUN 23 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-Regards, Michael Allen





...not ship liquids, blood, or clinical specimens in this packaging.



**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

© 2025 FedEx 155475/155476 REV 2/25



PAP 21

Please recycle. See how we are connecting the world in responsible and resourceful ways at **fedex.com/sustainability**. Recycling options may vary by location.

▼ Insert shipping document here.



**Scan to learn how we can help make Earth a priority together.**