This is my (Nicole Karrmann) written objection stating that I object to the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS.

My name is: Nicole Karrmann
My mailing address is: 200 E Broadway #459 Glendale, CA 91205
My telephone number is: (214) 695 - 5676
My email address is: nicole.rieko@gmail.com

**FILED**

JUN 23 2026



CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I object to this fee as it is deeply unfair and incorrect for the few individuals to get the bulk of the settlement fees while the affected parties who should be rightfully given what they were awarded are left with the remnants.

I do not have any lawyers hired to represent me for the objection at this time.

Signature of the Objector
**Nicole Karrmann**