

June 22, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Objection to Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS

To the Court:

I am a member of the Settlement Class in Rodriguez v. Google, Case No. 3:20-CV-4688-RS.
Pursuant to the Court's notice, I hereby object to Class Counsel's Fee Application.

My information is as follows:

Name: Marjorie Jaszcz
Mailing Address: 6257 Adams Ave, Warren, MI 48092
Telephone Number: 734.620.7269
Email Address: msjaszcz@duck.com

I object to the following requests contained in the Fee Application:

1. The request for attorneys' fees equal to 33% of the judgment, including both the jury
   verdict award and accrued interest.
2. The request for reimbursement of costs and expenses totaling $12,422,374.42.
3. The request for service awards totaling $135,000.00 for the three class representatives.

My objections are based on the following grounds:

First, I believe the requested litigation expenses of $12,422,374.42 are excessive and
insufficiently justified. While I recognize that complex class action litigation can involve
substantial expenses, the amount requested is extraordinarily high. The Court should require
detailed scrutiny of these costs to ensure that every expense was necessary, reasonable, and
incurred for the benefit of the class members.

Second, I object to the request for attorneys' fees equal to 33% of the judgment. Class Counsel
is already seeking reimbursement of more than $12 million in costs and expenses. Awarding
both full reimbursement of expenses and a fee equal to one-third of the judgment appears
disproportionate and would substantially reduce the amount ultimately available to class
members. The Court should carefully consider whether such a large percentage fee is

reasonable in light of the recovery obtained and the substantial expense reimbursement already requested.

Third, I am concerned that the combined fee and expense requests place the interests of counsel above the interests of the class members whom the lawsuit was intended to benefit. Class actions are designed to compensate injured class members, and fee awards should be reasonable and proportionate to the work performed and the results achieved. The Court should ensure that the requested awards do not unnecessarily diminish the recovery available to class members.

For these reasons, I respectfully request that the Court deny or substantially reduce the requested attorneys' fees and expense reimbursement unless Class Counsel demonstrates that the amounts sought are reasonable, necessary, and in the best interests of the class.

I am not represented by counsel in connection with this objection.

Respectfully submitted,

Signature

Marjorie Jaszcz

Printed Name

Date: June 22, 2026

Ms. Marjorie Jaszcz
6257 Adams Ave
Warren MI 48092-1274

METROPLEX MI 480

22 JUN 2026  PM 9  L

Freedom
250

UNITED STATES
OF AMERICA

FOREVER/USA

Clerk of the Court
U.S. District Court
Northern District of CA
Phillip Burton Federal Bldg.
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED

JUN 25 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999

