FILED

JUN 25 2026

CLERK, U.S. DISTRICT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rodriguez v. Google LLC

Case No. 3:20-CV-4688-RS

CLASS MEMBER OBJECTION TO CLASS COUNSEL'S FEE APPLICATION

I, Mischa Yampolsky, appearing pro se and without counsel, submit this objection to Class Counsel's Fee Application.

Objector Information

Name: Mischa Yampolsky Aaron

Address: 641 Quincy Ave. Long Beach, CA 90814

Telephone: (562) 981-4217

Email: mischayampolsky@gmail.com

I am a member of one or more certified classes in this action and therefore have standing to object to the requested award of attorneys' fees, costs, and service payments.

OBJECTION

I respectfully object to Class Counsel's request for attorneys' fees equal to thirty-three percent (33%) of the judgment, including accrued interest, as well as the requested reimbursement of litigation expenses and service awards to the extent the Court finds such amounts excessive.

While I recognize the substantial effort required to prosecute complex class litigation, the Court has an independent fiduciary obligation to protect absent class members and ensure that any fee award is fair, reasonable, and proportionate to the benefit ultimately conferred upon the class.

The requested fee percentage, when applied to a judgment exceeding hundreds of millions of dollars, would result in an extraordinarily large fee award. Such a recovery warrants careful judicial scrutiny. A percentage that may appear reasonable in a smaller case can become excessive when applied to a recovery of this magnitude.

I further object to calculating attorneys' fees as a percentage of accrued post-judgment interest. The purpose of such interest is to compensate injured class members for delay in payment. To the extent feasible and equitable, those funds should benefit the individuals whose rights were violated rather than serving as an additional basis for increasing counsel's compensation.

I also request that the Court carefully examine the claimed litigation expenses and require adequate documentation demonstrating that each expense was reasonable, necessary, and directly related to the prosecution of this action.

ADDITIONAL STATEMENT OF PRINCIPLE

I further submit that, as a matter of fundamental fairness, I do not condone a result in which attorneys receive more compensation than an injured class member receives for the underlying harm. The purpose of a class action is to obtain redress for those allegedly injured. While counsel should be fairly compensated for their work and risk, the primary beneficiaries of any recovery should be the class members whose privacy rights were found to have been violated.

A fee structure that permits counsel to receive compensation substantially exceeding the recovery of individual injured persons risks undermining public confidence in the class action process and may create the appearance that the interests of counsel have eclipsed the interests of the class itself.

For these reasons, I respectfully request that the Court:

1. Deny or reduce the requested award of attorneys' fees, down to $50,000 per attorney on this case, equivalent to the highest paid Class Representative;

2. Exclude accrued interest from the fee calculation;

3. Carefully review and reduce any unreasonable or inadequately supported expense requests;

4. Award only such fees, costs, and service payments as the Court determines are fair, reasonable, and necessary under the circumstances; and

5. Grant such further relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 23, 2026

Respectfully submitted,

Mischa Yampolsky.

Pro Se Objector

Mischa Yampolsky
641 Quincy Ave.
Long Beach
CA. 90814

LOS ANGELES CA  900
22 JUN 2026  PM 4  L

Freedom
250

USA
FOREVER
CHIPMUNK

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Plaintiffs, vs. GOOGLE LLC, Defendant.
object to the Fee Application in
*Rodriguez v. Google*, Case No. 3:20-CV-4688-RS

941028489 C004