June 18, 2026

Clerk of the Court:

I object to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS.

I am Peggy G. Hazelwood

address: 1180 S. Alpine Cir
Green Valley, AZ 85614

phone #: 928-978-1422

email: ~~peggyhazelwood@yahoo.com~~
examinerpeggy@gmail.com

I object to the fee application because I should not be responsible for such fees in this case.

Peggy G. Hazelwood

Peggy G. Hazelwood

FILED
JUN 25 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



Filed 06/25/26

Document 849

cv-04688-RS

Ms. Peggy G. Hazelwood
1180 S Alpine Cir
Green Valley, AZ 85614

PHOENIX AZ 852

22 JUN 2026 PM 5 L

LOVE

FOREVER USA

RECEIVED

JUN 2 5 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
US District Court
Northern District of California
Phillip Burton Federal Bldg
450 Golden Gate Avenue
San Francisco, CA 94102

94102-34