Hello,

My name is Kristina Stasaitis my mailing address is 57 Pond Side Dr. Wethersfield CT 06109 my phone number is 860-593-8224 my email address is Kstasaitis@gmail.com

I am writing to object the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS. I am objecting because it is not my responsibility to pay the application fee as my rights were violated in this case. I have not hired any lawyers to represent me for the objection and there are no former or current lawyers who may be paid for any reason regarding my objection.

Thank you,

Kristina Stasaitis

FILED

JUN 25 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

KRISTINA STASAITIS
57 POND SIDE DRIVE
WETHERSFIELD CT
06109

HARTFORD CT 060

22 JUN 2026 PM 4 L

Freedom
250

FOREVER·USA

RECEIVED

JUN 25 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHATFIELD ACE
HARDWARE CPU
JUN 22 2026
06478-1056

CLERK of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PHILLIP BURTON FEDERAL BUILDING
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102