Ahmad Rashad Woodard

1521 Heather Hollow Cir, Apt. 24

Silver Spring, MD 20904

(202)281-9463

nimitzopsoi@gmail.com

Case: 3:20-CV-4688-RS



FILED

JUN 25 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I hereby object to the request of the involving the Fee Application request for this case. The attorney fee of 33% is excessive and should be reduced to 26%. I also request that the $12,422,374,42 reimbursement cost be fully audited. The service reward of $135,000 be reduced to $90,000 due to the excessive amounts being requested for the attorney fee which already covers the lawyer's upfront litigation cost, expert witness fees, and the substantial time spent pursuing the case. I believe the lawyers are entitled to their fair share but is unjust to give plaintiffs a $20.00 check while the lawyers take a check for tens of millions. We are at war with Google for stealing our data and now with the lawyers that are supposed to represent me (whom I never selected) are working in their own best interest to cash in to get themselves paid off my grievance leaving me with no or verry little money and my stolen data is still with Google.

Sincerely Yours