Elizabeth Joyce

nejoyce10@gmail.com

June 22, 2026

**Clerk of the Court**
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102



FILED

JUN 25 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**RE: Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS**

**WRITTEN STATEMENT OF NON-PARTICIPATION AND OBJECTION TO FEE APPLICATION**

Dear Clerk of the Court, Class Counsel, and Notice Administrator:

I am writing pursuant to the Court-Ordered Notice of Class Action dated June 20, 2026, regarding the above-captioned matter. My full name, mailing address, telephone number, and email address are provided herein as required by the objection procedures set forth in the Notice. I do not wish to take part in the above-captioned class action lawsuit, including any compensation, fee distribution, or proceedings related thereto. I object to any participation on my behalf in this matter, including the Fee Application currently before the Court.

While I understand that the jury found Google liable for invasion of privacy and intrusion upon seclusion, and that a judgment of over $440 million has been entered, I am choosing not to participate in any recovery from this lawsuit. I have not used any monetary compensation that may have been sent to me electronically. I do not wish to receive any payment, nor do I wish to incur any fees, obligations, or further notices related to this case.

I understand that Google's records indicate I may be a Class Member in this lawsuit. However, I wish to make clear that I do not wish to participate in this case in any capacity. I was advised that remaining a Class Member would help with the numbers in the case, and while I acknowledge that Google did mishandle data, the damage to my personal data has already been done. My personal information has been exposed through multiple data breaches from various companies and my public school system. I have no expectation of meaningful personal benefit from any judgment in this matter.

With respect to the Fee Application: I object to Class Counsel's Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS. My reasons for objection are as follows: I do not believe it is appropriate for fees to be calculated and applied against a judgment in a case in which I do not wish to participate. I do not want to pay any type of fee, attorney's fee, or cost associated with

this matter, and I do not consent to any portion of any award — if one is ultimately granted — being used for attorneys' fees, costs, or service awards on my behalf.

I am not represented by a lawyer in connection with this objection. This objection is submitted by me personally.

I respectfully request that the Court and Class Counsel note my desire to remove myself from this action to the fullest extent permitted, that I receive no compensation, and that no fees or costs be attributed to any award on my behalf.

Respectfully submitted,

**Nan Elizabeth Joyce**
nejoyce10@gmail.com
Date: June 22, 2026