**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**Rodriguez et al. v. Google LLC Case No. 3:20-CV-4688-RS**

**OBJECTION TO CLASS COUNSEL'S FEE APPLICATION**

I, Joel Patrick Noland am a member of the certified classes in the above-captioned matter. My mailing address is 9 Ivy Cross, Phenix City, AL 36867 my telephone number is 847-909-7182, and my email address is noland.joel@gmail.com.

I respectfully object to Class Counsel's Fee Application requesting (1) attorneys' fees equal to 33% of the judgment (including the jury verdict and accruing interest), (2) reimbursement of $12,422,374.42 in costs and expenses, and (3) $135,000 in service awards for the class representatives.

**Reasons for Objection:**

The requested 33% fee is excessive and premature. The jury returned a verdict on September 3, 2025, but Google has moved to vacate the judgment and may appeal. As of the date of the notice, the judgment is not final, interest continues to accrue, and no money has been distributed to class members. Awarding Class Counsel a full 33% fee now — before the class has realized any actual recovery and while significant additional work (responding to post-trial motions and a possible appeal) may still be required — would result in an unreasonably high fee relative to the benefit ultimately conferred on the class.

Additionally, the requested cost reimbursement of over $12.4 million and service awards totaling $135,000 appear high in light of the current posture of the case. Class members should not be required to bear such substantial deductions from any future recovery until the judgment is final and the full scope of counsel's work is known.

I request that the Court:

- Reduce the percentage fee awarded to Class Counsel to a more reasonable amount that accounts for the non-final status of the judgment and the ongoing risk and work remaining;
- Require Class Counsel to provide more detailed justification and documentation for the requested costs before any award is made; and
- Reduce or deny the requested service awards until the case reaches a final resolution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on June 21, 2026 at Macomb, MI.

**FILED**

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|Joel Patrick Noland, 9 Ivy Cross, Phenix City, AL 36867, 847-909-7182, noland.joel@gmail.com

21 JUNE 2026

JOEL
47240 FREEDOM VALLEY DR.
MACOMB, MI 48044



Retail    U.S. POSTAGE PAID
FCM LG ENV
CLINTON TOWNSHIP
MI 48038
JUN 22, 2026
**$1.63**
94102
RDC 99    S2324E501405-32

CLERK OF THE COURT, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA, PHILIP BURTO
FEDERAL BUILDING
450 GOLDEN GATE AVENUE, SAN FRANCISCO, CA
94102

**RECEIVED**

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA