6-21-26

Clerk —

1 object to feeap Rodriguez Vs Google
Case# 3:20 -CV -4688-RS

1. Patricia Ann Clara Jensen
   POBOX 461088 Leeds Utah 84746
   4352726866    Patti5170@gmail.com

2. Had turned OFF for privacy I feel violated
   and way to many people have jnfo I don't
   want them to have. Violated!! Anger..!!

3. Marh C MAO    BOIS MILLER FLEXNER
                              LLC.

4. Objetion

   Patti Jensen

FILED

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PO Box 1640885

Leads Utah
84746

LAS VEGAS NV 890

23 JUN 2026  AM 3  L

Freedom
250
FOREVER / USA

RECEIVED

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of Court
PB Fed Building
450 Golden Gate Ave
San Fran, Ca.
94102

02-999299