I, PAMELA L. Noble object to the FEE Application iN RodRiguez VS. GooGIE, CASE NO. 3:20-CV-4688-RS

PAmela L. Noble
460 MAIN st 8s
New York, N.Y. 10044
(347) 866-9117
Pclarkbar @ GMAIL. COM
I object because it is uNJust

Pamela L. Noble

FILED

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case 3:20-cv-04688-RS    Document 859    Filed 06/29/26    Page 3 of 4

Pamela L. Noble
460 Main Street
New York, N.Y. 10044
Apt. 8S

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999

22 JUN 2026    PM 13 L

RECEIVED

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

