**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUN 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:20-CV-4688-RS
Rodriguez v. Google LLC

## OBJECTION TO CLASS COUNSEL'S FEE APPLICATION

I, Derrick Cain, submit this objection to Class Counsel's Fee Application in the above-referenced matter. I am a Class Member and am submitting this objection on my own behalf. I do not have an attorney representing me regarding this objection.

I object to Class Counsel's request for attorneys' fees equal to 33% of the judgment, as well as the additional requests for reimbursement of costs and service awards for the class representatives.

My objection is based on the following:

1. **The requested fee appears excessive in relation to the compensation actually available to Class Members.**
   Class Counsel is requesting a percentage of the judgment, including interest, before any final resolution of Google's challenges to the judgment. Because no money has been distributed to Class Members at this time, I believe the Court should carefully evaluate whether the requested fee is reasonable and proportionate to the actual benefit received by the Class.
2. **The interests of Class Members should remain the priority.**
   The purpose of a class action is to protect and compensate the individuals harmed by the alleged conduct. Any attorneys' fee award should be balanced against ensuring that the maximum possible recovery is preserved for Class Members.
3. **The Court should closely examine the requested expenses and service awards.**
   I believe the Court should require a detailed review of all requested costs, expenses, and service awards to ensure that each amount is justified, necessary, and fair to the Class Members.

For these reasons, I respectfully request that the Court deny the Fee Application as submitted or reduce the requested fees, expenses, and service awards to amounts the Court determines are reasonable and fair.

I reserve the right to supplement this objection if additional information becomes available.

Respectfully submitted,

_____

Derrick A. Cain

1152 Elton St Apt 4E

Tel. 646.498.8482

Email:
Nkosicain1865@gmail.com

-Date: 6/22/2026



