United States District Court for the Northern District of California

Rodriguez v. Google, Case No. 3:20-CV-4688-RS

OBJECTION TO CLASS COUNSEL'S FEE APPLICATION

I, Deborah Weidner, am a member of the class in the above-captioned matter and respectfully object to Class Counsel's request for attorney fees equal to 33% of the recovery.

I recognize that Class Counsel devoted substantial time, effort, and skill to this litigation and achieved a favorable result for the class. They should be compensated fairly for the work performed and the risks assumed in pursuing this case. My objection is not to compensating counsel, but rather to the amount requested.

I further note that the requested one-third fee exceeds the benchmark percentage often used in common-fund class actions, making careful judicial review particularly important.

The requested fee of approximately one-third of the recovery would result in roughly $145 million being awarded to Class Counsel and their firms. At the same time, the remaining recovery must be distributed among the millions of class members whose data was allegedly collected despite their efforts to limit or prevent such collection. As a practical matter, the few lawyers will receive tens of millions and the many class members may ultimately receive enough for a couple lunches.

I respectfully submit that the Court should consider not only the effort expended by counsel, but also the actual benefit received by the class. The individuals whose privacy rights were allegedly violated are the reason this case exists. Yet there appears to be a significant disparity between the compensation sought by counsel and the relief likely to be received by individual class members.

In my view, the success of the litigation should be measured not only by the size of the judgment, but also by the practical benefit delivered to the individuals whose privacy interests were affected.

In addition, the relief obtained appears to be primarily monetary. While monetary compensation is important, the core injury alleged in this case concerns privacy. Yet the relief appears focused almost entirely on money and provides little assurance regarding the handling, retention, deletion, or future use of the data at issue. From the perspective of a class member, there is no apparent requirement that Google delete the data at issue, provide a detailed accounting of what information was collected, notify class members regarding the disposition of that data, or otherwise restore the privacy interests that gave rise to this litigation. As a result, class members may receive only a relatively small monetary payment while the underlying concerns regarding their personal data remain unresolved.

For these reasons, I respectfully request that the Court deny the request for attorney fees equal to 33% of the recovery and instead award a lower, reasonable percentage that more appropriately balances compensation for counsel with the interests of the millions of individuals whose rights were allegedly affected.

Respectfully submitted,

Deborah Weidner

95 Hockanum Blvd Unit 4001

Vernon, CT 06066

860-218-5343

DeborahAweidner@gmail.com

I am not represented by counsel in connection with this objection.

Signature: _Deborah Weidner_

Date: _6/22/26_

**FILED**

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CERTIFICATE OF SERVICE

I, Deborah Weidner, certify that on June 22, 2026, I mailed true and correct copies of the foregoing Objection to Class Counsel's Fee Application by United States Mail, postage prepaid, to the following:

Class Counsel

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

Notice Administrator

Google Web & App Activity Litigation
Notice Administrator
PO Box 2749
Portland, OR 97208-2749

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _Deborah Weidner_

Name: _Deborah Weidner_

Date: _6/22/26_

D. Weidner
95 Hockanum Blvd
Unit 4001
Vernon CT 06066

HARTFORD CT 060

23 JUN 2026   PM 5   L

Freedom
250

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

JUN 29 2026

Clerk of the Court
United States District Court
Northern District of CA
Phillip Burton Federal Building
450 Golden Gate Ave
San Francisco, CA 94102

94102-348999