06/19/26

Dear US District Court Clerk, class counsel Mark C. Mao, and notice administrator of *Rodriguez v. Google*. This is further addressed to Beko Reblitz-Richardson of BOIES SHILLER, James Lee also of BOIES SCHILLER, John A. Yanchunis and Ryan J. Mcgee of MORGAN & MORGAN, Bill Carmody of SUSMAN GODFREY LLP, as well as Amanda Bonn of SUSMAN GODREY.

This is my written objection with the Court. I am objecting to the Fee Application in *Rodriguez v. Google*, Case # 3:20-CV-4688-RS.

My personal info:
David Wilson Higgs
3458 Columbine Street, Denver, CO 80205
619.874.0428
davidwhiggs@hotmail.com



**FILED**

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reasons (should be obvious to those with a sense of equitability): attorney's fee are *far, far* too high – one whole third of the judgment. And in light of the fact that Class Counsel already stands to make over $12M alone, it only seems proper that as much of the funds as possible *should go to the Class Members,* which remember, are the victims here.

Sincerely,

David Higgs

FIRST-CLASS MAIL

FIRST-CLASS MAIL

FROM: David Higgs
3458 N Columbine St
Denver, CO 80205-4149

Tracking #DT

RECEIVED

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: Clerk of the Court, USDC, N. Dist. of California
PHILLIP BURTON FED. BLDG.
450 Golden Gate Ave., SF, CA 94D2

POSTAGE WILL BE PAID BY ADDRESSEE

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 151  TROY MI

AAA LIFE INSURANCE COMPANY
PO BOX 5937
TROY MI 48007-9900

PROCESS
IMMEDIATELY

22 JUN 2026

DENVER CO 801

PM 8

FOREVER

0-cv-04688-RS    Document 864    Filed 06/29/26    Pa

DHST 1025hb

**Before you mail to AAA Life Insurance Company, did you ...**

1. Provide all requested information and payment choice on the application (no money orders, please)?

2. Sign and date it?



*Thank You!*

You're fully protected by a 31-Day 100% Money-Back Guarantee

ALDM-29305-224-XX