date: June 19 2026

I Andres Martinez Yanez object to the Fee Application in Rodriguez v. Google, CASE No. 3:20-CV-4688-RS because I do not want to take part in this case or see any net proceeds from this lawsuit. I did not personally hire a lawyer for this matter.

Andres Martinez Yanez
110 E. Fairmont Ave Apt 14, Modesto, CA 95354
Andr3mart94@gmail.com
(323) 516-3759

FILED

JUN 25 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

date: _____

NAME Andres Martinez Yanez
ADDRESS 140 E Faimount Ave Apt. 14
CITY Modesto
STATE CA ZIP CODE 95354

SACRAMENTO CA

RECEIVED

22 JUN 2026 PM 3 L

JUN 25 2026

FOREVER USA

T.rex

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

Clerk of the Court United
States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Ave
San Francisco, CA 94102

94102-3489 C004

CV-04688 RS   Document 871   Filed 06/29/26

