FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## Gloria E. Lara

### How do I object to the Fee Application?

To object, you must file a written objection with the Court. Your objection must state that you object to the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS and must include the following information:

1. **Your full name, mailing address, telephone number, and email address;** Gloria E. Lara, 15312 Arcturus Avenue, Gardena, CA, 90249, (310)525-0962, and GL871047@gmail.com

2. **The reasons for your objection, and any legal support for your objection from you or your lawyer;** These are my reasons as a legal US citizen. I will object to this hearing because I fear the unknown and because of job security. I object because your reasons listed are not uploaded. If I had a grudge it would also be from google. Their employees lack professionalism due to blocking my account from the Russian satellite. I also don't mind being objective status because I've been blocked on my other google account just for purchasing from Ulta. Google blocked my old account for mentioning a song that had been good to add to my purchase then I was blocked from the Russian satelite.I also don't mind because I made a new account.  I feel that the anger is always there anyways. I don't agree by the way. I put my information if you need to reach me because I do need money from it.

3. **The name of all lawyers hired to represent you for the objection (if any). This includes any former or current lawyers who may be paid for any reason regarding your objection; and** N/A

4. **Your signature as the objector. A lawyer's signature is not adequate.** Gloria E. Lara

You must file your written objection with the Court so it is *received by* July 30, 2026. You must also send your objection to Class Counsel and the Notice Administrator, via US Mail or shipped by private courier (such as Federal Express) so it is *received by* July 30, 2026, to the following addresses:

Gloria E. Lara
15312 Arcturus Ave
Gardena, CA, 90249

LOS ANGELES CA 900
26 JUN 2026 PM 9 L



RECEIVED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999

