DATE: June 25, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 GOLDEN GATE AVENUE
San Francisco, California 94102

FILED
JUN 30 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I, Thomas Leon Montague Jr. object
to the Fee Application in:
Rodriguez v. Google, Case No. 3:20-
CV-4688-RS

I object for it will cause a
great hardship.

Objector:

Tom Montague Jr.
3641 SHALE AVENUE
ONTARIO, CALIF. 92761

tel: (840) 230-0570

electronic mail: 8565almond@gmail.com

greenroom®

T.L. M[...]
3641 Sha[...]
ONT, CAL 91761

RECEIVED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FREEDOM
FOREVER USA

Clerk of The Court
United States District Court
Northern District of California
Philip Burton Federal Building
450 Golden GATE Avenue
San Francisco, CAL. 94102

SANTA ANA CA 926

25 JUN 2026  PM 4  L

250