**Clerk of the Court**
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**Re: Objection to Fee Application**
**Case: Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS**

Dear Clerk of the Court,

I am writing to formally object to the Fee Application submitted by Class Counsel in the above-referenced matter.

My name is **Anthony Zamudio**, and I am a member of the class as defined in this action. My contact information is as follows:

- Mailing Address: 1327 Mulberry Ln, Cary, IL 60013
- Telephone: (312) 622-7460
- Email: tony@znti.com

I respectfully object to the request by Class Counsel for attorneys' fees equal to **33% of the total judgment**.

While I recognize and appreciate the work performed by counsel, the requested percentage is excessive when evaluated against prevailing standards in class action litigation. Courts routinely recognize that **fee percentages should decrease as the size of the recovery increases**, particularly in so-called "megafund" cases involving recoveries in the hundreds of millions of dollars.

In such cases, courts often award fees in the range of approximately **20% to 25%, or lower**, to ensure that the fee remains reasonable in proportion to the recovery. A 33% fee on a fund of this magnitude results in an outsized award to counsel that is not necessary to fairly compensate for the work performed.

Additionally, the requested fee appears disproportionate when considering the fundamental purpose of a class action: to compensate the injured class members. A one-third allocation significantly reduces the recovery available to the individuals whose privacy rights were violated, undermining the equitable distribution of the award.

Courts frequently apply a **lodestar cross-check** to ensure that percentage-based fees are reasonable. Without clear justification demonstrating that a 33% award is necessary and reasonable under such analysis, the requested fee should be reduced.

For these reasons, I respectfully request that the Court exercise its discretion to reduce the requested fee percentage to a more reasonable level consistent with prevailing benchmarks and the scale of the recovery.

Thank you for your consideration of this objection.

Sincerely,

**Anthony Zamudio**



AnthonyZamudio
1827 Mulberry Ln
Cary IL 60013
(312) 622-7460

CAROL STREAM IL 601

26 JUN 2026 PM 1 L

FOREVER USA

RECEIVED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

94102-343210