

**FILED**

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Case Name: Rodriguez v. Google LLC Case No.: 3:20-CV-4688-RS

## CLASS MEMBER'S WRITTEN OBJECTION TO Class Counsel's Fee Application

I am writing to formally object to the Fee Application submitted by Class Counsel in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS. As a potential Class Member who received notice of this lawsuit, I submit the following information and objections for the Court's consideration:

I. Objector Information

- **Full Name:** Tara Manchester

- **Mailing Address:** 331A Harvard St. Apt 5 Cambridge, MA 02139

- **Telephone Number:** 207.299.3793

- **Email Address:** tara.horse22@gmail.com

II. Statement of Representation

I am submitting this objection on my own behalf. I have not hired or retained any former or current lawyers to represent me for the purpose of making this objection, and no lawyers will be paid for any reason regarding this objection.

III. Grounds for Objection to the Fee Application

I object to Class Counsel's request for attorneys' fees equal to 33% of the total judgment (which currently exceeds $440 million including interest), in addition to over $12.4 million in expenses.
While I appreciate the hard work Class Counsel put into achieving a favorable jury verdict, a 33% fee award from a fund of this massive scale is excessive and disproportionate. In class action settlements and verdicts of this magnitude, the "benchmark" for attorneys' fees in the Ninth Circuit is typically 25%. When a common fund reaches hundreds of millions of dollars, courts often apply a "sliding scale" or "percentage-of-the-fund" reduction to prevent a windfall to the attorneys at the expense of the class members.
Allowing Class Counsel to take nearly one-third of the entire recovery significantly depletes the remaining funds that should rightfully be distributed to the millions of everyday users whose privacy was unlawfully invaded. I request that the Court apply a more reasonable benchmark or a sliding-scale reduction to ensure that the Class Members receive the primary benefit of the jury's verdict.

## IV. Conclusion

For the reasons stated above, I respectfully request that the Court review Class Counsel's Fee Application with strict scrutiny and reduce the requested percentage to better serve the interests of the certified Classes.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am a member of the Class(es) certified in this action.**

Dated:

_____ June 23 _____, 2026

Signature of Objector: _Clara Manchesta_ _____



Tara Manchester
81A Harvard St
Apt 5
Cambridge, MA
02139

BOSTON MA 020

25 JUN 2026 PM 8 L

quadient
FIRST-CLASS MAIL
IMI
$000.74 0
06/23/2026 ZIP 02140
043M30278617

US POSTAGE

RECEIVED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of CA
Phillip Burton Federal Building
450 Golden Gate Ave
San Francisco, CA 94102

94102-348999