Tanya Rathjen
5623 E. Aster Dr.
Scottsdale, AZ 85254
480-993-9599
trathjen1@gmail.com

FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re: Objection to Class Counsel's Fee Application
Rodriguez v. Google, LLC
Case No. 3:20-CV-4688-RS

To the Court:

I am a class member in this matter and am not represented by an attorney regarding this
objection.

I acknowledge and appreciate the work performed by Class Counsel and the substantial verdict
obtained on behalf of the class. They should be compensated fairly for their efforts and the risks
they assumed in pursuing this litigation.

However, I respectfully object to the request for attorneys' fees equal to 33% of a judgment
exceeding $440 million, in addition to more than $12 million in requested costs and expenses.

At this scale, each percentage point represents millions of dollars. While Class Counsel achieved
an excellent result, I ask the Court to consider whether a lower percentage would still provide
extraordinary compensation while preserving a greater portion of any recovery for the class
members whose privacy rights were affected.

My objection is not to the payment of attorneys' fees, but to the amount requested. I respectfully
request that the Court carefully review whether 33% is reasonable under the circumstances and
consider a lower percentage that fairly compensates counsel while better serving the interests of
the class.

Thank you for your consideration.

Respectfully submitted,

Tanya Rathjen

Date: June 24, 2026

Cc: Class Counsel and Notice Administrator



Tanya Rathjen
5623 E. Aster Dr
Scottsdale, AZ 85254



RECEIVED
JUN 30 2026

SBCCS/6AS7/FE2D

SHIP DATE: 25JUN26
ACTWGT: 0.50 LB MAN
CAD: 0514300/CAFE3908

FROM:
M JEFF
ARROWHEAD MAIL AND MORE
20165 N 67TH AVE, STE 122A
GLENDALE AZ 85308
US

(623) 561-1852

BILL SENDER

TO PHILLIP BURTON, FEDERAL BLDG
CLERK OF DIST COURT OF NORTHER CA
450 GOLDEN GATE AVE

SAN FRANCISCO CA 94102

REF: 06252026

FedEx
Ground

(US)

0941    MON 06/29 04:35
CLERK OF DIST COURT OF NORTHER CA
450 GOLDEN GATE AVE
SAN FRANCISCO CA
94102-3661-99

5905042
G

864-2597

ETP: 3                SP-PD:100:Y
96220019000000000008004769543079470

94102

TRK# 4769 5437 9470

4769 5437 9470

9622 0019 0 (000 000 0000) 0 00 4769 5437 9470

Part # 156148-434 RRDB2 EXP 12/26

INSPECTED BY

JUN 2 9 2026

U.S. MARSHALS SERVICE