FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

607 E Iowa St
Apt 201
Evansville,IN 47711
June 22,2026
jsnric37@gmail.com

To Whom it may Concern:

Regarding *Rodriguez v. Google*, **Case No. 3:20-CV-4688-RS.** I would hereby like to object to the recent request by Class Counsel of their Fee Application. I am on fixed income and do not currently or at a future date see myself having money enough to pay the exorbitant sum they are asking. As it currently stands,Google is stretching out this case in an effort to avoid taking any responsibility for their wrongdoing or having to pay out any punitive damages associated with said malfeasance. I would like to request the Fee Application be dismissed and the case to continue until such time as a decisive,enforcable and legally

binding verdict against Google is handed down.

Thank you.

Sincerely,

Jason Rice

Jason Rice
607 E. Iowa St.
Apt. 201
Evansville, IN 47711

24 JUN 2026  PM 1  L

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED
JUN 30 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999

