Todd S. Hanna
7718 20th Ave NW
Seattle, WA 98117
(206) 399-6949
toddspeed@yahoo.com

FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

June 15, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Written Objection to Fee Application
Rodriguez v. Google, Case No. 3:20-CV-4688-RS

To the Clerk and the Court:

I, Todd S. Hanna, hereby submit this written objection to the Fee Application filed in Rodriguez v. Google, Case No. 3:20-CV-4688-RS.

I object to the Fee Application because the requested fee award should instead be distributed in full to the class members/plaintiffs. Awarding the fees to counsel rather than providing full relief to the affected plaintiffs is unfair and undermines the purpose of compensation for harms suffered by the class.

I do not have a lawyer representing me in this matter.

I respectfully request that the Court deny or reduce the Fee Application and order that the monetary award be distributed in full to the plaintiffs/class members rather than retained as attorneys' fees or otherwise allocate a greater portion of the award to the class.

Sincerely,

Todd S. Hanna

Certificate of Service

I certify that on June 15, 2026 I served a true and correct copy of this objection on counsel of record for the parties by U.S. Mail, to the following:

Class Counsel
Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

Todd Hanna
7718 20th Ave. NW
Seattle, WA 98117

Case 3:20-cv-04688-RS      Document 879      Filed 06/30/26      Page 3 of 4



SEATTLE WA  980

25 JUN 2026  PM 4  L

RECEIVED

JUN 3 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999

