Melvin Payne (251) 442-7885

melp8455@gmail.com

3007 Belafonte AV.

I object to the Fee Application In
Case # 320-CV-4688-RS

FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Rodriguez
V
Google

Amanda Bonn

Susman Godfrey LLP

1900 Ave. of the Stars

Suite 1400

Los. Angeles, CA 90067


Mark C. Mao

Beko Reblitz-Richardson

Boies Schiller Flexner LLP

44 Montgomery St. 41st Floor

San Francisco, CA 94104

Bill Carmody

Susman Godfrey LLP

one Mahattan West

50th Floor

New York, NY 10001

James Lee

Boies Schiller Flexner LLP

100 Se 2nd St 28th Floor

John A. Yanchunis

Ryan J. McGee

Morgan & Morgan

201 AV. Franklin St.

7th Floor

Tampa, Fl 33602

Melvin Payne
3007 Belafonte AV.
HSV, Al 35816

RECEIVED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of The Court
U.S. District Court
Northern Dist. of California
Phillip Burton Federal Bldg.
San Francisco, CA 94102

94102-999955