

FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

I, Jaime Johnson residing at 354 Lacasa St., Eugene, OR 97402 with the phone number 614-681-1349 and the Email nobodyspecialtoday07@gmail.com, object to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS.

While I recognize and appreciate the substantial work performed by Class Counsel and the favorable jury verdict obtained on behalf of the Class, I respectfully object to the request for attorneys' fees equal to 33% of the judgment, including all accrued interest.

The Ninth Circuit has recognized 25% of a common fund as the benchmark for reasonable attorneys' fees in class action cases, with departures from that benchmark requiring adequate justification. See Vizcaino v. Microsoft Corp., 290 F.3d 1043, 1047 (9th Cir. 2002). Although upward adjustments may be appropriate in exceptional circumstances, the Court has an independent fiduciary obligation to protect absent class members and ensure that any fee award is reasonable and not excessive.

Class Counsel seeks one-third of the judgment, including interest that accrued after the verdict. Interest primarily compensates class members for the delay in receiving their recovery and should not automatically increase counsel's percentage-based award. Awarding attorneys' fees on post-judgment interest would further reduce the amount ultimately available to the Class without a corresponding increase in the legal work performed.

I respectfully request that the Court apply the Ninth Circuit's 25% benchmark, or otherwise require a detailed lodestar cross-check demonstrating that a 33% award is reasonable under the circumstances of this case. If the Court determines that an enhancement above the benchmark is warranted, I request that the Court provide specific findings explaining why such an enhancement is justified.

I further request that the Court closely scrutinize the requested litigation expenses of $12,422,374.42 to ensure that only reasonable and necessary costs supported by adequate documentation are reimbursed.

My objection is not intended to diminish the efforts of Class Counsel or the importance of the result achieved. Rather, it is intended to preserve the maximum recovery for absent class members while ensuring compliance with the Court's duty to protect the interests of the Class.

For these reasons, I respectfully ask the Court to reduce the requested fee award and grant only those fees and expenses that it finds to be reasonable and necessary.

Jaime Johnson

J. Johnson
354 La Casa St.
Eugene, OR 97402

PORTLAND OR RPDC 972

27 JUN 2026 PM 1

RECEIVED

Freedom
250

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

