FILED

JUN 30 2026     4     JUNE 21, 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To Whom it Concerns,

This letter is in regards to the objection of FEE APPLICATION in Rodriguez v GOOGLE, Case NO. 3:20-CV-4688-RS.

I notibly object fee applications;

1) Morgan, Mullins          (304) 207 8091
9 Sunday Ln
West Hamlin WV 25571     Mullins 2713@gmail.com

2) I object to the Fees as such:
- Fee Percentage is Excessive
- No direct Pay out yet
- Windfall vs Value
- Lack of tangible relief.

3) No lawyers are hired at this time. I reserve the right to attain counsel in the future, trained for this litigation even if none is stated at this time

4) [signature]     6/21/26

© 2004 PlanAhead · Made in China

Morgan Mulline
9 Sunday Ln
West Hemlin WV
25571

CERTIFIED MAIL

9589 0710 5270 3360 2895 87

RECEIVED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco   CA  94102

INSPECTED

Retail

UNITED STATES
POSTAL SERVICE

RDC 99

94102

S2324P500780-11

U.S. POSTAGE PAID
FCM LETTER
WEST HAMLIN, WV 25571
JUN 25, 2026
$6.08

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE