

**RSC**

RHONNA COSTABILE
30228 ISLAND CLUB DRIVE, TAVARES, FLORIDA 32778
847-420-6237 / MONKYGRL88@GMAIL.COM

FILED

JUN 3 0 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

June 24, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

To Whom It May Concern:

I am writing to formally express a vehement objection to the fee application for Rodriguez v. Google, Case Number 3:20-CV-4688-RS.

My name and contact information are as follows:

Rhonna Costabile
30228 Island Club Drive
Tavares, Florida 32778

My email address is MONKYGRL88@GMAIL.COM, my phone number is (847) 420-6237.

The fees associated with this case are abundantly unjustified and enormously unreasonable. A lesser percentage of 20% is far more reasonable and justified for the quantity and quality of work that has gone into this case. It is astonishing to me that there are seven members of the class counsel. I do hope that there is a legitimately necessary reason for seven attorneys to be actively engaged in this case.

Thank you for your consideration.

Regards,

*Rhonna Costabile*

Rhonna Costabile

CC:     Mark C. Mao and Beko Reblitz-Richardson at Boies Schiller Flexner LLP
        Notice Administrator

Costabile
30228 Island Club Drive
Tavares, FL 32778

ORLANDO FL 328

26 JUN 2026 PM 2 L

**RECEIVED**

JUN 3 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

