**FILED**

**JUN 29 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

July 30 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS
Objection to Class Counsel's Fee Application

To the Honorable Court:

My name is Cornelius Riley, and I respectfully submit this objection to Class Counsel's Fee Application in the above-captioned matter.

My contact information is as follows:

Cornelius Riley
507 Bassett Drive
Kissimmee, FL 34758
Telephone: 407-319-9080
Email: Neal.Riley05@gmail.com

I understand that I may be a member of one of the certified classes in this action. I object specifically to Class Counsel's request for attorneys' fees equal to 33% of the judgment, including both the jury verdict and any accrued post-judgment interest.

I appreciate the work performed by Class Counsel in litigating this matter through trial and obtaining a favorable jury verdict. However, I respectfully believe that the requested fee award is excessive for the following reasons:

1. Courts within the Ninth Circuit often apply a 25% benchmark for attorneys' fees in common-fund class actions. Although a higher percentage may be justified in certain circumstances, I respectfully request that the Court require specific findings explaining why a fee award above the benchmark is reasonable in this case.

interest that continues to accrue while post-trial motions and any appeals are pending. I respectfully request that the Court consider whether attorneys' fees should be calculated solely on the underlying recovery obtained for the class rather than on interest that accumulates over time.

3. I respectfully request that the Court conduct a lodestar cross-check to ensure that the requested fee is proportional to the actual time reasonably expended by counsel and does not result in an unreasonable windfall.

4. The Court has an independent duty to protect absent class members and ensure that any fee award is fair, reasonable, and proportionate to the benefit ultimately received by the class.

I am not represented by counsel regarding this objection. No current or former attorney may seek compensation related to this objection.

For these reasons, I respectfully request that the Court reduce the requested attorneys' fee award or require additional justification supporting the requested departure from the customary benchmark.

Thank you for your time and consideration of my objection.

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct to the best of my knowledge.

Respectfully submitted,

Cornelius Riley

Cornelius Riley

Date: 6-22-26

# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

UPS Access Point™
THE UPS STORE
4409 HOFFNER AVE
ORLANDO FL 32812-2331

UPS Access Point™
CVS STORE # 3141
5190 CONWAY RD
ORLANDO FL 32812-1252

UPS Access Point™
MICHAELS STORE # 1292
6733 EAGLE WATCH DR
ORLANDO FL 32822-2323

FOLD HERE

