FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

6/22/26

To whom it may concern,

I Lora Cooper object to Google's attempt to have their fees covered with the funds owed to others from the class action settlement. (3:20-cv-4688-RS) Their behavior and choices caused harm and shold be held accountable to pay their own legal fees just like anyone else would be required to do.

Lora Cooper

103 Blueberry Lane #41
Laconia N.H.

603 931 7388

mizkoopa31@gmail.com

Case 3:20-cv-04688-RS    Document 892    Filed 06/30/26    Page 2 of 2



Lora Cooper
103 Blueberry Lane
Apartment 41
Laconia NH 03246

MANCHESTER NH 030

26 JUN 2026  AM 3  L

FOREVER★USA

RECEIVED
JUN 30 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of Court
US District Court Northern District Ca
Phillip Buron fedval
450 Golden gate Ave
San francisco, CA
94102-94602