Outlook

[Draft] (No subject)

*I sent Letter to each address*

**From**

Draft saved Tue 6/23/2026 6:50 PM



**FILED**

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Martine Bolla
941 Jerome Avenue apt 1G
Bronx NY 10452

917 684 5347

martinebolla1986@gmail.com

**Subject : Objection to fee application**

To : Clerk of the Court United states District court
Northern District of California
Philllip burton Federal Building.
450 Golden Gate avenue
San Francisco CA 94 102

To : Class Counsel
Mark C. Mao
Beko Reblitz Richardson
BOIES SCHILLER FLEXNER LLP

44 Montgomery St 41st floor
San Francisco, CA 94104

To: Notice Administrator
PO BOX 2749
Portland, OR 97208-2749

I Martine Bolla, I object to the fee application in Rodriguez V. Google Case Number 3:20 CV -4688-RS

I have no money to pay ANY FEES. I already struggled living paycheck to paycheck.

I Martine Bolla , living on 941 Jerome avenue Apt 1 G Bronx NY 10452

917 684 5347 is my phone number and my email : martinebolla1986@gmail.com

Sincerely

Martine Bolla

Filed 06/30/26    Document 895    0-cv-04688-RS

Martine Bolla
941 Jerome Avenue
Apt 1 G
Bronx NY 10452

To : Clerk of the Court United states District court
Northern District of California
Phillip Burton Federal Building.
450 Golden Gate avenue
San Francisco CA 94 102



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES
POSTAL SERVICE.

PRIORITY MAIL®

**P**

US POSTAGE PAID
$12.90

Retail

Origin: 10452
06/25/26
3509370140-27

0 Lb 1.80 Oz

EXPECTED DELIVERY DAY: 08/29/26

RDC 03

C004

SHIP
TO:
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING® #

9505 5143 6913 6176 5648 88

RECEIVED
JUN 30 2026
CLERK ... DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EP14F October 2023
OD: 12 1/2 x 9 1/2

000014

PAPER POUCH
how2recycle.info

**FROM:**
Martine Boila
941 Jerome Ave
Apt 1G
Bronx NY 10452

**TO:**
Clerk of the Court United
States District Court
Northern District of
California
Philip Burton
Federal Building
450 Golden Gate Avenue
San Francisco
CA 94102