Finalized Objection Letter

22nd of ~~July~~ 2026

*June*

Jorge Alejandro Ortiz Giraldo

1380 E Hyde Park Blvd

Chicago, IL 60615

202-313-8350

ja.ortiz@uniandes.edu.co



FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re: Objection to Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS

To the Court, Class Counsel, and Notice Administrator:

I am writing to formally object to the Class Counsel's Fee Application in the matter of *Rodriguez v. Google, Case No. 3:20-CV-4688-RS*.

A 33% contingency fee on a mega-fund verdict of over $440 million results in an excessive and disproportionate windfall for Class Counsel. Because the primary purpose of this judgment is to make the class members whole, the settlement funds should prioritize the victims. The millions of dollars requested in excess fees would be vastly better spent directly compensating the affected users whose privacy was actually invaded.

Additionally, if the Court determines that the funds cannot be practically distributed to individual users, any excess funds above what the Court determines is a reasonable allowance for attorney fees would be better allocated toward an independent monitoring fund. This would ensure that Google's software practices are rigorously audited and that such unauthorized tracking behaviors do not happen again. Finally, please note that I have not hired any lawyers to represent me for this objection.

Sincerely,

Jorge Alejandro Ortiz Giraldo

1380 E Hyde Park Blvd, Apt. 104
Chicago, IL. 60615

S SUBURBAN

23 JUN 2026 PM

RDC 99

94102

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL 60615
JUN 22, 2026

$6.08

S2324N504186-07

CERTIFIED MAIL

9589 0710 5270 3837 8973 07

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Clerk of the Court

United States District Court

Northern District of California

450 Golden Gate Ave.

San Francisco, CA 94102

RECEIVED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF...

94102-348999

