6/22,25/2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

Notice Administrator
PO Box 2749
Portland, OR 97208-2749



**Re: 02 Pages Attachments On June 22nd, 2026, I got an google-Gmail-account; mail thread, flagging references, hitting my personal. Case, nexus filed: Attorney, Esq., Rodriguez v. Google LLC (3:20-cv-04688)**

Napoleon Stevens: Official Name detail, information || USBank Account Cardholders: Automatic Charges: Visa#: 0323
18 Statements applicable to banking printouts would consists of: Additional fees: (if requested), accordance || Transaction Code#8373 || Merchant Category Code#4899 || Mandate: Federal
**In accordance to written date, must be received by July 30th, 2026. I register the objection rule.**

For the past "single year, 2025, and presently, current date: June 2026, the Corporation Google has been charging premiums rates and triple increasing broad, incurred, charges to my checking as merchants:
It appears the premiums to courtesy charges. It appeared initially that charges, resulting in bank funds seemed be a one time "merchant transactional" thing at the consumers expenses. ***The class action lawsuit prompted a visit to my bank***.

I object to these wired charges due to fiduciary interests, until investigation would support this action.
Is this legal or privy for the defendant: Exactly what deliverable services and good morale "clause" "discretionary "entries/funds drafted on analysis consumer basis "may" obligatory. Privacy and sensitize data breaches: Example – this primary banking account in scope.

Dubious businesses practices renders active: Federal mea culpa: June 2026: When I first signed up with gmail, I many applications such cloud servers, or "meta" was not offered. As time increased, wanting to create, start and running social media platform like everyone else grew to having no choice in the matter but get storage. I didn't have and money to "buy", "purchase," stand alone drive space. In this case which I do not recall exactly when i contacted Google.

By accessing or using their website, mobile application, or nay related services (collectively, the "Platform"), you had to agreed to be bound by these Terms and Conditions ("Terms"). If you do not agree, then sentiments of family memories and gaining working job, employment services and/or many other uses to arise out of federal poverty guidelines "was" "is "virtually, "Practically" non-existent.

Examples: California of Diversity- prevailing parties
Under California substantive law (specifically **California Civil Code § 1717**), if an LLC wins a breach of contract lawsuit in federal court under diversity jurisdiction, the prevailing party is legally entitled to:

1. **Monetary damages and various certiorari may be executed.**

*At Best,*

*Napoleon Stevens* 1975 Sherington Pl, Apt#H211* Newport Beach, CA, 9266*Cellular: 323.433.8093

NAPOLEON STEVENS
1975 Sherington Pl Apt #211
Newport Beach, CA 92663

SANTA ANA CA 926

25 JUN 2026 PM 1 L

Freedom 250

RECEIVED
JUN 30 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Fransisco, CA 94102

9410283432