To whom it May Concern:

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**In re:** Google Web & App Activity Litigation

**Case No.** 5:20-cv-03666-BLF

# CLASS MEMBER'S OBJECTION TO CLASS COUNSEL'S FEE APPLICATION

I am writing to formally submit my objection to the Fee Application filed by Class Counsel in the above-captioned matter (*Rodriguez v. Google LLC*). As a Class Member whose Google "Web & App Activity" control or "Supplemental Web & App Activity" sub-setting was turned off or "paused" during the relevant period, I object to the requested attorneys' fees and expenses.

1. Class Member Information
 Jenifer Garcia
13801 Vera Cruz Road
Frisco, Tx 75035
316.993.5580
jenmac5580@gmail.com

2. Legal Representation I have hired the following attorney(s) to represent me regarding this objection:
Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

John A. Yanchunis
Ryan J. McGee
MORGAN & MORGAN
201 N. Franklin Street,
7th Floor
Tampa, FL 33602

Bill Carmody
SUSMAN GODFREY LLP
One Manhattan West
50th Floor
New York, NY 10001



**FILED**

JUL 02 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To Whom It May Concern:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*In re:* Google Web & App Activity Litigation

Case No. 3:20-cv-05660-BLF

CLASS MEMBER'S OBJECTION TO CLASS COUNSEL'S FEE APPLICATION

I am writing to formally submit my objection to the Fee Application filed by Class Counsel in the above-referenced matter (Rodriguez v. Google LLC). As a Class Member whose Google Web & App [illegible] or "Supplemental Web & App Activity" sub-setting was turned off or "paused" during the relevant period, I object to the requested attorneys' fees and expenses.

1. Class Member Information

Jenifer Garcia
13601 Vera Cruz Road
Frisco, Tx 76036
346.993.6580
[illegible]

2. Legal Representation I have hired the following attorney(s) to represent me regarding this objection:

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

/s/ John A. Yanchunis
Ryan J. McGee
MORGAN & MORGAN
201 N. Franklin Street,
7th Floor
Tampa, FL 33602

Bill Carmody
SUSMAN GODFREY LLP
One Manhattan West
50th Floor
New York, NY 10001

Amanda Bonn
SUSMAN GODFREY LLP
1900 Ave. of the Stars,
Suite 1400
Los Angeles, CA 90067

James Lee
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., 28th Floor

Miami, FL 33131

## 3. Reasons and Legal Support for Objection I object to the Fee Application for the following reasons:

- The requested percentage of the $425 million verdict for attorneys' fees is disproportionately high compared to the actual benefit or immediate payout provided to individual class members.

By signing below, I affirm that I am a member of the Settlement Class and that the information provided in this objection is true and correct to the best of my knowledge.

Jenifer Garcia

6·28·2026

Amanda Bonn
SUSMAN GODFREY LLP
1900 Ave. of the Stars,
Suite 1400
Los Angeles, CA 90067

James Lee
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., 28th Floor

Miami, FL 33131

**3. Reasons and Legal Support for Objection** Object to the Fee Award for the following reasons:

- The requested percentage of the $425 million verdict for attorneys' fees is disproportionately high compared to the actual benefit or immediate payout provided to individual class members.

By signing below, I affirm that I am a member of the Settlement Class and that the information provided in this objection is true and correct to the best of my knowledge.

Ms. Jenifer A. Garcia
13801 Vera Cruz Rd
Frisco TX 75035

NORTH TEXAS TX P&DC
DALLAS TX 750
29 JUN 2026   PM 9   L

Freedom
250

FOREVER/USA

**RECEIVED**

JUL 0 2 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate avenue
San Francisco, CA 94102

94102-348999

20-cv-01688-RS   Document 908   Filed 07/02/26   Pag