MONDAY, JUNE 29, 2026

I, CHRISTIAN MICHEL MONTOYA, OBJECT TO THE FEE APPLICATION IN RODRIGUEZ V. GOOGLE, CASE NO. 3:20-CV-4688-RS.

CLASS COUNSEL SHOULD BE ENTITLED TO 33% OF ACCRUED INTEREST IN ADDITION TO THEIR 33% OF THE VERDICT AWARD ONLY.

THANK YOU

(858) 583-2092
8677 VILLA LA JOLLA DR #335
SAN DIEGO, CA 92037
CMMONTOYA@DUCK.COM
(NATURALWELLNESSFOUNDATION@GMAIL.COM)



FILED

JUL 0 2 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN MONTOYA
8677 VILLA LA JOLLA DR #335
SAN DIEGO, CA 92037

SAN DIEGO CA 920

29 JUN 2026 PM 2 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PHILLIP BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

RECEIVED

JUL 02 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999