6/28/26

Linda Mathews
29954 Park Hill Drive
Madison, Al 35757

FILED

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

moonshadow809@gmail.com

**Subject:**
 **I object to the FEE Application in Rodriguez v google case
No. 3:20-CV-4688-RS**

**Your objection must state that you object to the Fee Application in *Rodriguez v. Google*,
Case No. 3:20-CV-4688-RS and must include the following information:**

I do not recall even signing up for this.
**Please remove me from this lawsuit.**

I have no lawyer to my knowledge. Just an e mail from Rodriguez
I do not care to pay a fee - reason   I prefer to keep my money and not RISK anything in this
lawsuit.

Please send confirmation of my objection.

Sincerely,

*Linda Mathews*

Linda Mathews          6-28-26

Linda Mathews
29954 Park Hill Drive
Madison, AL 35757

Retail

JUL 06 2026
BIRMINGHAM, AL

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RDC 99

U.S. POSTAGE PAID
FCM LETTER
CAPSHAW, AL 35742
JUN 30, 2026

94102

$6.08

S2324K505362-01

To → Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA. 94102

9589 0710 5270 3456 8202 12

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3456 8202 12

94102-343210