June 19 2026
FILED

To clerk of the court,

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I am writing this letter to object to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS. I'm afraid the requested attorney fees could be disproportinately high relative to the per-person payout, as well as uncertainty of the payout.

MIKIKO ISHIKAWA

50 N. San Mateo Dr. #249,
San Mateo, CA 94401
mikiko.ishikawa7@gmail.com
Phone: 831-331-8334

SAN FRANCISCO CA 940

Mikiko Ishikawa    JUL 2026    PM 1
50 N. San Mateo Dr. #219
San Mateo, CA 94401

250

UNITED STATES
OF AMERICA
FOREVER/USA

RECEIVED

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

02-348999

