**Penny E. Smith**
**8784 Town and Country Blvd., Apt. D**
**Ellicott City, MD 21043**      **Phone: 410-456-6663**

Penny_Smith@hcpss.org      Penjon1965@gmail.com

FILED

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

June 23, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

Rodriguez v. Google Notice Administrator
PO Box 2749
Portland, OR 97208-2749

RE: Rodriguez v. Google, Case No. 3:20-CV-4688-RS

To Whom it May Concern:

This correspondence is written to state my objection to the Fee Application pertaining to
Rodriguez v. Google, Case No. 3:20-CV-4688-RS. My information is as follows:

Penny Smith
8784 Town and Country Blvd., Apt. D
Ellicott City, MD 21043

410-456-6663
Penny_Smith@hcpss.org      Penjon1965@gmail.com

I object to having to pay the application fee as this was no fault of my own. While I agree the
following counsel should be paid their fees and expenses, I request the funds be deducted
from any proceeds obtained from Google upon the Court ruling:

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER
LLP
44 Montgomery St., 41st
Floor
San Francisco, CA 94104

John A. Yanchunis
Ryan J. McGee
MORGAN & MORGAN
201 N. Franklin Street, 7th
Floor
Tampa, FL 33602

Bill Carmody
SUSMAN GODFREY LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

James Lee
BOIES SCHILLER FLEXNER
LLP
100 SE 2nd St., 28th Floor
Miami, FL 33131

Amanda Bonn
SUSMAN GODFREY LLP
1900 Ave. of the Stars, Suite
1400
Los Angeles, California 90067

Sincerely,

Penny E. Smith
Class Member

Country Blvd., Apt D
21043

BALTIMORE MD 212

29 JUN 2026 PM 2 L

UNITED STATES
OF AMERICA
FOREVER/USA



RECEIVED

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999