FILED

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**Full Name**
    Jeremy Penn

**Mailing Address**
    3305 8th St NE
    Apt 402
    Washington, DC 20017

**Telephone Number**
    +1 609-313-5384

**Email Address(es)**
    jmp381@georgetown.edu
    jeremypenn95@gmail.com
    natureboyjmp@gmail.com
    natureshoppertmj@gmail.com

To whom it may concern,

I have multiple email addresses (listed above) that are subject to *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS. I object to class counsel's requested Fee Application in this case, specifically the first section: "(1) attorneys' fees equal to 33% of the judgment, including both the jury's verdict award and interest, which continues to accrue until Google's challenges to the judgment are resolved."

The reason I object is because every dollar that is approved for attorneys' fees is a dollar out of the pockets of class members. Were class counsel's requested amount to be shared amongst even 100 attorneys, it would total ~$1.4 million/attorney. My understanding is that there are only seven such attorneys, for a total of $60.8 million/attorney.

Conversely, if the class size in this case is one million people (which I assume is a low estimate, given how many Americans use Google), the full judgment alone without any Fee Application, divided amongst all of us, would be just ~$426. That $426 represents rent, food on the table, and medications that people will die without. I don't doubt that class counsel works very hard. What I question is whether they work ~142,740 times harder than the rest of us.

According to the Bureau of Labor Statistics, the median US earnings for attorneys are $2,622/ week, just over twice the median US earnings of $1,204/week for the general public. While I do not pretend to know what the correct answer is here, it's clearly possible to take a more balanced approach.

Sincerely,

Jeremy Penn

Jeremy Penn
3305 8th St NE
Apt 402
Washington DC 20017

CAPITAL DISTRICT 208

1 JUL 2026    PM 4   L

usa forever
freedom
250
Colorado
1876

RECEIVED

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk to the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Ave
San Francisco, CA 94102

94102-999299