Noah S Wilson
E6503 1090th ave
Wheeler, WI 54772
noah.wilson.wkcda@gmail.com
(715) 529 4948



**FILED**

**JUL 06 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

June 30, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

To the Clerk of Court.

I hereby state my objection to the **Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS** for the following reasons:

1. Google consistently (and currently) ~~and~~ uses private information skimmed from emails, texts, and location data to advertise and market what it sees as relevant products to me in my texts and email.
2. I have always asked apps to not track or read my emails and yet I continue to receive marketing based on my usage of their products.
3. I object to the selling and use of my personal data for marketing purposes. It has become so pernicious that I am removing all Google products from my life due to its invasive nature.

Sincerely,

Noah S Wilson

Filed 07/06/26

Noah S Wilson
E6503 1090th AVE
WHEELER, WI 54772

SAINT PAUL MN 550

1 JUL 2026   PM 3 L

Freedom
250
Pete Seeger
FOLK SINGER
FOREVER USA

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PHILLIP BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

RECEIVED

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999

