July 6, 2026

I object to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS.

**Full name, mailing address, telephone number, and email address:**
Michael Vaughn
320 Wisconsin Avenue, Apt 514
Oak Park IL 60302
michaelvaughn1967@gmail.com

I object to Google's unauthorized invasion of my privacy.

Please let me know if you need any additional information.

Thank you,

Michael Vaughn

You must file your written objection with the Court so it is received by July 30, 2026. You must also send your objection to Class Counsel and the Notice Administrator, via US Mail or shipped by private courier (such as Federal Express) so it is received by July 30, 2026, to the following addresses:

Court

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Class Counsel

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

Notice Administrator

Notice Administrator
PO Box 2749
Portland, OR 97208-2749

FILED
JUL 10 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Vaughn
320 Wisconsin Ave, #514
Oak Park IL 60302

U.S. POSTAGE PAID
FCM LETTER
WESTERN SPRINGS
IL 60558
JUL 07, 2026
**$0.78**

S2324K504793-06

RDC 99

94102

UNITED STATES
POSTAL SERVICE®

**RECEIVED**

JUL 10 2026

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK OF THE COURT
US DISTRICT COURT
NORTHERN DISTRICT, CALIF
BURTON FED BLDG
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102

94102-348999

