FILED

JUL 13 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To whom it may concern:

I Janea King object to the Fee application in Rodriguez v Google, Case # 3:20-CV-4688-RS.

Janea King
11024 Whitney Chase Dr
Riverview FL 33579
Ph: 1-850-694-7308
Email: Mrs.King927@gmail.com

Janea King
11024 Whittney Chase Dr
Riverview FL 33579

TAMPA FL 335
SAINT PETERSBURG FL
9 JUL 2026   PM 3 L

Freedom
250

FREEDOM
FOREVER/USA

**RECEIVED**

JUL 1 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999

Clerk of Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Ave.
San Francisco, CA 94102

