**Melissa Dymek**

85 Green Briar Drive
Spring Brook Twp, PA 18444
(570) 575-6417
mimidymek3434@gmail.com

**RECEIVED**

JUL 13 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 29, 2026

Clerk of the Court

United States District Court

Northern District of California

Phillip Burton Federal Building

450 Golden Gate Avenue

San Francisco, CA 94102

To Whom It May Concern,

I am writing to file a written objection with the court in opposition to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS. My opposition to attorney fees include lack of statutory or contractual basis, unreasonableness of the fees, procedural deficiencies.

I am including the names of the lawyers hired to represent this case.

Mark C. Mao

Beko Reblitz-Richardson

BOIES SCHILLER FLEXNER LLP

44 Montgomery St., 41st Floor

San Francisco, CA 94104

James Lee

BOIES SCHILLER FLEXNER LLP

100 SE 2nd St., 28th Floor

Miami, FL 33131

John A. Yanchunis

Ryan J. McGee

MORGAN & MORGAN

201 N. Franklin Street,

7th Floor

Tampa, FL 33602

Bill Carmody

SUSMAN GODFREY LLP

One Manhattan West

50th Floor

New York, NY 10001

Amanda Bonn

SUSMAN GODFREY LLP

1900 Ave. of the Stars,

Suite 1400

Los Angeles, CA 90067

Thank you for your time.

Sincerely,

Melissa Dymek

Melissa A. & BRIAN A. DYMEK
85 Green Briar Dr.
Spring Brook Township, PA
18444

HARRISBURG PA   171
9 JUL 2026   PM 3

Clerk of the Court

United States District Court

Northern District of California

Phillip Burton Federal Building

450 Golden Gate Avenue

San Francisco, CA 94102

**RECEIVED**

JUL 13 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA