Derick White
PO Box 202
Camden, NJ 08101
302-561-0007
lovessignsllc@gmail.com



**FILED**

JUL 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*20-CV-4688 RS*

Objection:

The damages awarded in this case do not reflect the impact of injury to affected individuals and the trend to bury malfeasance of large proportion by forcing members of the public to be their own lawyer is almost unconstitutional. Why must I prove injury? If a person has cancer and dies from it and no one knows until they are exhumed or otherwise discovered, is their injury? Should the estate be forced to prove such a burden without individual representation. While this is not quite reflective of the circumstances here, there is a scary similarity. The advent of AI and the ability for corporate tech giants to veil, misrepresent, and flat out suppress evidence of malfeasance requires a better response.

Personally, I have had a litany of Google apps issues that I have believe have affected many of my web browsing sessions at a large university, including affecting my grades in many classes. I noticed most of my issues resolved and then amplified strangely after I deleted my Google web activity data. There were other strange responses when I requested a backup of my data.

I am currently seeking representation and have not formally retained counsel. There are those who have informally assisted me, whom I can name later.

Signed,

Derick L. White, MHA

TO: Clerk of the Court
US District Court
Northern District of California
Philip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102


Cc: BOIES SCHILLER FLEXNER LLP,
MORGAN & MORGAN, SUSMAN GODFREY LLP,

&       Notice Administrator
        PO Box 2749
        Portland, OR 97208-2749

costs and expenses incurred by Class Counsel; and (3) a total of $135,000.00 for service awards for the three class representatives. Class Counsel's Fee Application states their justification for each of these requests. The Court must approve the Fee Application and may award less than these amounts. You can review the Fee Application at the Case Website, www. GoogleWebAppActivityLawsuit.com by clicking here. These amounts will be paid from the compensation ultimately awarded in this case, if any. These amounts will not be paid until after the Court rules on Google's request to disregard the jury verdict and, if Google also chooses to appeal, after the Court rules on that appeal. You do not have to pay for Class Counsel or any of their fees and costs.

**Who are Class Counsel?** The Court has appointed the following lawyers as Class Counsel to represent Class Members.

| | | |
|---|---|---|
| Mark C. Mao<br>Beko Reblitz-Richardson<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104 | John A. Yanchunis<br>Ryan J. McGee<br>MORGAN & MORGAN<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 | Bill Carmody<br>SUSMAN GODFREY LLP<br>One Manhattan West<br>50th Floor<br>New York, NY 10001 |
| James Lee<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131 | | Amanda Bonn<br>SUSMAN GODFREY LLP<br>1900 Ave. of the Stars,<br>Suite 1400<br>Los Angeles, CA 90067 |

**How do I object to the Fee Application?** To object, you must file a written objection with the Court. Your objection must state that you object to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS and must include the following information:

1. Your full name, mailing address, telephone number, and email address;
2. The reasons for your objection, and any legal support for your objection from you or your lawyer;
3. The name of all lawyers hired to represent you for the objection (if any). This includes any former or current lawyers who may be paid for any reason regarding your objection; and
4. Your signature as the objector. A lawyer's signature is not adequate.

You must file your written objection with the Court so it is *received by* **July 30, 2026**. You must also send your objection to Class Counsel and the Notice Administrator, via US Mail or shipped by private courier (such as Federal Express) so it is *received by* **July 30, 2026**, to the following addresses:

| Court | Clerk of the Court<br>United States District Court<br>Northern District of California<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|

| Class Counsel | Mark C. Mao<br>Beko Reblitz-Richardson<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104 |
|---|---|
| Notice Administrator | Notice Administrator<br>PO Box 2749<br>Portland, OR 97208-2749 |

**How do I get more information?** Learn more about the lawsuit at www. GoogleWebAppActivityLawsuit.com or call 1-855-822-8821.

You may also obtain information regarding the lawsuit on the Court docket in this lawsuit, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS LAWSUIT. ALL QUESTIONS SHOULD BE DIRECTED TO THE NOTICE ADMINISTRATOR OR CLASS COUNSEL.

---

If derick.l.white@gmail.com should not be subscribed or if you need to change your subscription information for Rodriguez v Google LLC, please use this preferences page.

AM656 v.02

Erick L. White, MHA
P.O. Box 202
Amden, NJ 08101

RECEIVED

JUL 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Philip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

PHILADELPHIA PA 190
11 JUL 2026 PM 9 L

ERNEST J. GAINES

