**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Case Name: Rodriguez v. Google LLC
Case No.: 3:20-CV-4688-RS

**CLASS MEMBER'S WRITTEN OBJECTION TO CLASS COUNSEL'S FEE APPLICATION**

I am writing to formally object to the Fee Application submitted by Class Counsel in the above-captioned matter. As a potential Class Member who received notice of this lawsuit, I submit the following information and objections for the Court's consideration:

**I. Objector Information**

**Full Name:** Nicole Rasmussen
**Mailing Address:** 1120 Prospect Ave, Unit 1, Portage, WI 53901
**Telephone Number:** 920-573-3125
**Email Address:** nicole.rasmussen17@gmail.com

**FILED**

JUL 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**II. Statement of Representation**

I am submitting this objection on my own behalf. I have not hired or retained any former or current lawyers to represent me for the purpose of making this objection, and no lawyers will be paid for any reason regarding this objection.

**III. Grounds for Objection to the Fee Application**

I object to Class Counsel's request for attorneys' fees equal to 33% of the total judgment, in addition to over $12.4 million in expenses.

A 33% fee award from a fund of this massive scale is excessive and disproportionate. In class action settlements and verdicts of this magnitude, attorneys' fees historically range from 15-20% due to the large verdict amount and number of Class Members. When a common fund reaches hundreds of millions of dollars, courts historically reduce Class Counsel's fee percentage to prevent a windfall to the attorneys at the expense of the class members.

Allowing Class Counsel to take one-third of the entire recovery significantly depletes the remaining funds that should rightfully be distributed to the millions of everyday users whose privacy was unlawfully invaded. I request that the Court apply a more reasonable amount to ensure that the Class Members receive the primary benefit of the jury's verdict.

**IV. Conclusion**

For the reasons stated above, I respectfully request that the Court review Class Counsel's Fee Application with strict scrutiny and reduce the requested percentage to better serve the interests of the certified Classes.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am a member of the Class(es) certified in this action.**

Signature of Objector: _____

Date: 7/10/2026

Rasmussen
1120 Prospect Ave, Unit 1
Portage, WI 53901


Forever · USA

MILWAUKEE WI 530

11 JUL 2026 PM 2 L

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Ave
San Francisco, CA 94102

**RECEIVED**

JUL 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999