To whom it may concern,

Clerk of the court

I am writing to object to the Fee Application in the Rodriguez Vs Google lawsuit. Case No. 3:20-CV-4688-RS

Name--- Christopher Michael Murphy

Address--- 617 Remway St. Potterville Michigan 30076

Email address--- murphdog73@gmail.com

Phone No.--- 517-388-7000

I am objecting to the Fee Application because I believe the Lawyers should not get that much money. It is disproportionate and it unfairly reduces money going to google users affected every day.

Thank you,

Sincerely,

Chris Murphy

**FILED**

JUL 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**FILED**

JUL 1 5 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

JUL 1 5 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of The Court
United States District Court
Northern District of California
Phillip Burton Fed. Bldg
450 Golden Gate Ave
San Fransisco, CA
94102

C. Murphy
617 Remway St.
Potterville, MI
48876