FILED

JUL 15 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Your objection must state that you object to the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS and must include the following information:

1.  AF Budano
    4940 Glenn Pine Lane
    Boynton Beach, FL 33436
    561-247-4343
    Myob326@gmail.com, trickhipsinc@gmail.com, myob.bill@gmail.com

2.  I object to the notion that the victims will essentially be paying the legal fees for this injustice and violation of privacy.

3.  No attorney.

4.  [In reply to the request for the following information :
    1. Your full name, mailing address, telephone number, and email address;
    2.  The reasons for your objection, and any legal support for your objection from you or your lawyer;
    3.  The name of all lawyers hired to represent you for the objection (if any). This includes any former or current lawyers who may be paid for any reason regarding your objection; and
    4.  Your signature as the objector. A lawyer's signature is not adequate.

You must file your written objection with the Court so it is *received by* **July 30, 2026**. You must also send your objection to Class Counsel and the Notice Administrator, via US Mail or shipped by private courier (such as Federal Express) so it is *received by* **July 30, 2026**, to the following addresses:

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

AF Budano
09 July 2026

Case 3:20-cv-04688-RS     Document 935     Filed 07/15/26     Page 2 of 3

Ms. Angela Budano
4940 Glenn Pine Ln
Boynton Beach FL 33436

11 JUL 2026   PM 5   L



Clerk of the Court · US District Court
of California
Federal Building
District Court, ate Avenue
16th Floor        CA 94102

RECEIVED
JUL 15 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999