**United States District Court | Northern District of California**

**Re:** Rodriguez v. Google, Case No. 3:20-CV-4688-RS
**Objection to Class Counsel's Fee Application**

Dear Honorable Judge Seeborg:

I am a member of the certified class in this matter and respectfully submit this objection to Class Counsel's application for attorneys' fees.

I appreciate the work performed by Class Counsel in litigating this case and recognize that obtaining a jury verdict against a company such as Google required significant skill and resources. Counsel should be fairly compensated for achieving this result.

However, I object to the request for attorneys' fees equal to 33% of the judgment, including accrued interest, because I believe it is excessive and would unnecessarily reduce the recovery available to the class members whose privacy rights were violated.

The requested fee appears particularly high given the size of the judgment. As the recovery increases into the hundreds of millions of dollars, the percentage awarded should generally decrease rather than remain at one-third. An award of approximately 25% - or an amount determined through a lodestar cross-check that reflects the actual time reasonably expended and a reasonable multiplier - would still provide Class Counsel with substantial compensation while preserving a greater portion of the recovery for the class.

I am also concerned that calculating the fee as a percentage of both the jury verdict and all accrued interest grants counsel additional compensation based on money that primarily reflects the passage of time rather than additional legal work. Interest is intended to compensate the class for the delay in receiving its recovery, not to increase attorneys' fees automatically.

I do not object to reimbursement of reasonable litigation expenses that are adequately documented, nor do I object to reasonable service awards for the named plaintiffs if the Court finds them appropriate. My objection is directed solely to the request for a 33% contingent fee calculated on both the judgment and accrued interest.

For these reasons, I respectfully request that the Court deny the requested 33% fee and instead award a lower, reasonable fee that appropriately balances compensating Class Counsel with maximizing the recovery available to the class members they represent.

Thank you for your consideration.

Respectfully submitted,

Bryanna Shablow

15 Langley Road, #2, Brighton, MA 02135
651-269-2075

Class Member

**FILED**

JUL 1 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

B. Shablow
15 Langley Road #2
Brighton, MA
02135

BOSTON MA  020

13 JUL 2026  PM 10L

Freedom
250

USA FOREVER

RECEIVED

JUL 16 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA
94102

