20-4688 YGR

(MRH)

# Mylinh Vo

Sugar Land, TX 77479 | 832 492 5774 | mylinhxvo@gmail.com

**July 8, 2026**

**FILED**

JUL 16 2026

**Notice Administrator**
**PO Box 2749**
**Portland, OR 97208-2749**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Notice Administrator and Mr. Rodriguez,

Thank you so much for your notification and all the support. I appreciate the updates on a lawsuit that I am not named in. I do not have the sufficient funds to be named on any lawsuit.

I am writing to appeal this lawsuit and I do not understand the request to object for this lawsuit request that I am not named on. I was not informed of this lawsuit until Saturday, June 20th, 2026 and do not want to be penalized for anything that I cannot understand or am still needing thorough legal advice on with the accolades to not be able to do that myself.

I am open to an objection letter should it be necessary. I do not currently have a lawyer. I would love a lawyer that can be provided in this case and can try to find assistance, but do not have the sufficient funds for this type of case. I have a family that is naming a lawsuit if there is not assistance provided.

I can be reached at mylinhxvo@gmail.com or 832-492-5774 for any further information, other lawsuits or questions.

With Great Respect,

Mylinh

Mylinh Vo
16 Bradford circle
sugar Land, TX
77479

RECEIVED

JUL 16 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
U.S. District Northern District of
California
Philip Burton Federal Building
450 Golden Gate Ave
San Francisco, CA 94102