Maureen M. Henderson

526 Waters Edge Dr., Apt C

Newport News, VA 23606

Telephone: (757) 535-3053

Email: Mhekamartinez@gmail.com

FILED

JUL 2 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Rodriguez v. Google LLC

Case No. 3:20-CV-04688-RS

07/14/2026

## Objection to Class Counsel's Fee Application

To the Honorable Court:

I, Maureen M. Henderson, respectfully submit this objection to the Application for Attorneys' Fees, Costs, and Service Awards in the above-captioned matter.

I am a member of the Settlement Class and submit this objection pursuant to the procedures established by the Court.

# Basis for Objection

While I appreciate the efforts undertaken by Class Counsel in prosecuting this litigation, I respectfully object to the requested attorneys' fees to the extent they may be unreasonable or disproportionate to the benefit obtained for the Settlement Class.

Specifically, I object for the following reasons:

FILED

JUL 20 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[illegible] M. Henderson

[illegible]

[illegible], VA [illegible]

Telephone: [illegible]

Email: [illegible]@gmail.com

Clerk of the Court
[illegible]
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Rodriguez v. Google LLC

Case No. 3:20-CV-04688-RS

[illegible]

## Objection to Class Counsel's Fee Application

To the Honorable Court:

I, [illegible] M. Henderson, respectfully submit this objection to the Application for Attorneys' Fees, Costs, and Service Awards in the above-captioned matter.

I am a member of the Settlement Class and submit this objection in accordance with the procedures established by the Court.

## Basis for Objection

While I appreciate the efforts undertaken by Class Counsel in prosecuting this litigation, I respectfully object to the requested attorneys' fees to the extent they may be unreasonable or disproportionate to the benefit obtained for the Settlement Class.

Specifically, I object for the following reasons:

1. The requested attorneys' fees should be scrutinized to ensure they are fair, reasonable, and adequately supported by contemporaneous billing records and applicable legal standards.
2. Under the Federal Rule of Civil Procedure 23(h), the Court has an independent duty to determine whether any award of attorneys' fees is reasonable.
The Court should evaluate the requested fee considering the actual benefit conferred upon the Settlement Class, the complexity of the litigation, the risks assumed by counsel, and prevailing Ninth Circuit authority.
3. To the extent the fee request represents a percentage of the settlement fund, I respectfully request that the Court perform both a percentage-of-the-fund analysis and a lodestar cross-check to ensure that any multiplier is justified and does not result in an excessive fee award.
4. I respectfully request that the Court reduce any portion of the requested fee that is not adequately documented or supported by the record and award only those fees that are reasonable under the circumstances.

This objection is made in good faith and is intended solely to assist the Court in fulfilling its obligation to protect the interests of the Settlement Class.

## Legal Support

This objection is supported by:

- Federal Rule of Civil Procedure 23(h), which requires court approval of reasonable attorneys' fees and provides class members the opportunity to object;
- The Court's fiduciary responsibility to protect absent class members when evaluating fee requests in class action settlements;
- Applicable Ninth Circuit precedent requiring that attorneys' fees in common fund cases be reasonable and supported by appropriate analysis, including consideration of the percentage-of-the-fund method and a lodestar cross-check where appropriate.

1. The requested attorneys' fees should be scrutinized to ensure they are fair, reasonable, and adequately supported by contemporaneous billing records and applicable legal standards.
2. Under the Federal Rule of Civil Procedure 23(h), the Court has an independent duty to determine whether any award of attorneys' fees is reasonable. The Court should evaluate the requested fee considering the actual benefit conferred upon the Settlement Class, the complexity of the litigation, the risks assumed by counsel, and prevailing Ninth Circuit authority.
3. To the extent the fee request ... a percentage ... [illegible] and a lodestar cross-check to ensure that any multiplier is justified and does not result in an excessive fee award.
4. I respectfully request that the Court reduce any portion of the requested fee that is not adequately documented or supported by the record and award only those fees that are reasonable under the circumstances.

This objection is made in good faith and is intended solely to assist the Court in fulfilling its obligation to protect the interests of the Settlement Class.

## Legal Support

This objection is supported by:

- Federal Rule of Civil Procedure 23(h), which requires court approval of reasonable attorneys' fees and provides class members the opportunity to object;
- The Court's fiduciary responsibility to protect absent class members when evaluating fee requests in class action settlements;
- [illegible] cases be reasonable and supported by appropriate analysis, including consideration of the percentage-of-the-fund method and a lodestar cross-check where appropriate.

## Counsel Representing Objector

I am **not represented by legal counsel** in connection with this objection.

## Request for Relief

For the foregoing reasons, I respectfully request that the Court carefully review the Fee Application and award only those attorneys' fees and expenses that it determines to be fair, reasonable, and adequately supported by the evidence and governing law.

Respectfully submitted,

*Maureen M. Henderson*