Clerk of the Court

United States District Court Northern District of California

Phillip Burton Federal Building

450 Golden Gate Avenue

San Francisco, CA 94102

**FILED**

JUL 21 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Rodriguez v. Google LLC**

**Case No. 3:20-CV-4688**

**OBJECTION TO CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES AND EXPENSES AND REQUEST TO PROTECT CLASS MEMBER RIGHTS**

I, Erma Cui Batayola, submit this objection to Class Counsel's Application for Attorneys' Fees and Expenses in the above-referenced matter.

I received notice from the settlement administrator indicating that I may be a member of the settlement class on June 19th, 2026. I submit this objection to request that the Court carefully review the requested attorneys' fees and expenses and ensure that any award is fair, reasonable, and consistent with the interests of class members.

I object because I believe the Court should require a complete and transparent evaluation of the requested fee award, including:

1. Whether the requested attorneys' fees are proportional to the actual benefit obtained for class members;
2. Whether the amount requested is supported by sufficient documentation of the work performed, hours claimed, expenses incurred, and results achieved;
3. Whether the interests of class members have been adequately considered in comparison to the compensation requested by Class Counsel.

As a potential class member, I also request that the Court ensure that all class members have received adequate information regarding their rights, including the consequences of remaining in the class, objecting, or requesting exclusion from the settlement.

FILED

JUL 2 1 2026

CLERK, U.S.
NORTHERN D

I respectfully request that the Court not approve the requested attorneys' fees unless Class Counsel demonstrates that the award is reasonable, supported by evidence, and does not unfairly diminish the rights or benefits of class members.

I reserve all rights available to me under applicable law, including any rights relating to participation, exclusion, objection, or other remedies available to class members.

DATED: Saturday, July 11th, 2026

Respectfully submitted,

Erma Cui Batayola
9928 Fragile Fields Street
Las Vegas, NV 89183
Mserm924@google.com
(702)750-5793