**Nichole Peterson**
**1057 Strawberry Terrace**
**Davis, CA 95616**
**(530) 205-5033**
**nikipeterson7@gmail.com**

**FILED**

JUL 2 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**June 24, 2026**

Clerk of the Court
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**RE: Objection to Class Counsel's Fee Application**
**Case Name:** *Rodriguez v. Google LLC*
**Case Number:** 3:20-CV-4688-RS (N.D. Cal.)

To the Clerk of the Court and the Honorable Judge Richard Seeborg:

I am writing to submit my formal objection to Class Counsel's Fee Application in the above-captioned matter.

**1. Proof of Class Membership**
I am a Class Member in this action. Between July 1, 2016, and September 23, 2024, I held a Google account and turned off or "paused" my Google "Web & App Activity" control or "Supplemental Web & App Activity" sub-setting. Despite changing these privacy settings to protect my data, my mobile device app activity data was unlawfully collected by Google, as confirmed by the jury's trial verdict. **[Optional: My unique Class Member ID provided in my notice is: INSERT ID HERE].**

**2. Grounds for Objection**
I object to Class Counsel's request for attorneys' fees totaling approximately 33% of the **$425 million** common fund judgment plus accrued interest. While I recognize the work required to bring this case through trial, a benchmark fee of 33% is excessive and drastically reduces the financial relief intended for the class members whose privacy rights were directly violated.

In large-scale privacy consumer class actions, a common benchmark for attorneys' fees is 25%. A 33% fee disproportionately compensates counsel at the expense of millions of harmed consumers. This is especially true given that Google is aggressively seeking to overturn the jury's verdict, meaning class members still face immense delay and uncertainty regarding whether they will ever receive any compensation. The court should

scale back the award to ensure the distribution remains fair to the actual victims of the privacy breach.

### 3. Legal Representation

I am submitting this objection on my own behalf as an unrepresented objector. I have not hired, nor do I intend to pay, any current or former lawyers to represent me regarding this objection.

Thank you for your time and your consideration of this matter at the upcoming hearing on August 27, 2026.

Sincerely,

*(Sign your name here)*

**[Your Printed Name]**

Nichole Peterson

Peterson
1057 ~~Davis~~
Strawberry Terrace
Davis CA
95616

CERTIFIED MAIL

SACRAMENTO CA 957
16 JUL 2026 PM 4 L

9589 0710 5270 4353 6797 36

RDC 99

Retail

U.S. POSTAGE PAID
FCM LETTER
DAVIS, CA 95616
JUL 16, 2026

$6.37

S2324Y500561-17

94102

**RECEIVED**

JUL 20 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Ave.
San Francisco, CA 94102