Your Name: COURTNEY M. JOHNSON (PRINCE COURTNEY M. JOHNSON)

Address: 1725 SAINT MARK'S AVENUE (LOCAL ADDRESS: 165 CAPP ST., SAN FRANCISCO) BROOKLYN, NEW YORK CITY, NY 11233

Phone Number: 332 999 6367

Email Address: cmjohnson1922@gmail.com

Pro Se

**FILED**

**JUL 22 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco  ☐ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

| | |
|---|---|
| COURTNEY M. JOHNSON (PRINCE COURTNEY M. JOHNSON) | RODRIGUEZ V. GOOGLE, Case No. 3:20-CV-4688-RS |
| Plaintiff, | **[NAME OF DOCUMENT]** CLASS MEMBER PLAINTIFF SELF-SUBMITTED WRITTEN OBJECTION WITH SUPPORTING DOCUMENTS INCLUDED IN THE FILING |
| v. | Judge: Hon. _____ |
| GOOGLE, LIMITED LIABILITY COMPANY (LLC), OR GOOGLE, L.L.C. | |
| Defendant. | |

PLEASE ACKNOWLEDGE, RECEIVE AND ACCEPT MY SUBMITTED SUPPORTING DOCUMENTS I HAVE NOW INCLUDED WITH THIS OFFICIALLY-SUBMITTED CLASS MEMBER PLAINTIFF SELF-SUBMITTED WRITTEN OBJECTION STATEMENT THAT IS NOW BEING SUBMITTED BY ONLY ME, CLASS MEMBER PLAINTIFF COURTNEY M. JOHNSON (PRINCE COURTNEY M. JOHNSON)

[DOCUMENT TITLE] _____

JDC TEMPLATE, UPDATED 11/2024

Respectfully submitted,

Date: WEDNESDAY JULY 22, 2026

Signature: Courtney M. Johnson (Prince Courtney M. Johnson)

Print Name: COURTNEY M. JOHNSON
(PRINCE COURTNEY M. JOHNSON)

[DOCUMENT TITLE] _____

PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Notice to Class Members who had Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused" of Class Counsel's Fee Application

Objector: Courtney M. Johnson (Prince Courtney M. Johnson)

Mailing Address:        1725 Saint Mark's Avenue, (By way of Local Address, 165 Capp Street, MNHC,

San Francisco, CA 94110 USA)

Brooklyn, New York City, NY 11233 USA

Telephone Number: 332-999-6367

Email Address: cmjohnson1922@gmail.com and cmj2183@columbia.edu

The Reasons for My Objection:

Simply stated, the registered Google account holders and Google account smartphone and tablet users who claimed or selected via insertion or input keys on their smartphone and tablet mobile devices that they declared Google LLC not to track their activity on mobile apps have had their fundamental universal rights violated.

Per the United Nations' adopted Universal Declaration of Human Rights,

https://www.un.org/en/about-us/universal-declaration-of-human-rights

the registered Google account holders and Google account smartphone and tablet users' personal information, professional information, and resources have been exposed by monitoring without Google account user consent, placing their private information at risk of being claimed by online computer hackers (via network-based landline connections, personal and commercial wireless telecommunication connections, including wi-fi service connections in public and private places) and illegal cybersecurity monitors who have had access to collecting and storing information - *during unexpected and unwanted monitoring activity periods* - belonging to individuals who did not give permission to monitor, collect and store data information of Millions of Google account users. Within the legal physical boundaries of the United States of America where United States Constitutional Law is enacted and suppose to be fully enforced, it is a federal crime for non-law enforcement individuals and business organizations (without contractual U.S. courthouse-approved legal authority) to track online usage activities of computer online users, including and specifically when Google activity controls called Web & App Activity ("WAA") and/or a sub-

1

setting concerning "Chrome history and activity from sites, apps, and devices that use Google LLC services," sometimes called supplemental Web & App Activity ("sWAA") have been turned off or "paused" by Google account holders and Google account smartphone and tablet users, even if it is done either by accident and-or if it is done intentionally. This does justify the Plaintiffs' three legal claims: 1) invasion of privacy; 2) intrusion upon seclusion (similar to invasion of privacy); and 3) violation of the Comprehensive Computer Data Access and Fraud Act ("CDAFA").

Millions of people are registered as Google account holders and Google account smartphone and tablet users, and these millions of people store very important data information in their respective Google accounts and they also select certain settings that gives them the power to decide what information that they hold should be accessible and what information should not be accessible. United States-certified and legal online cybersecurity law enforcement are the enforcers who are responsible for carefully monitoring what is being tracked by Web & App Activity information technologists (ITs) who must verify *the using-consumer information* with Google LLC before or prior to the execution of online users actually using any web application programs that will be monitored throughout the activity use period, per online web user.

For this submission, I am the only individual representing myself, Courtney M. Johnson (Prince Courtney M. Johnson) in filing this objection statement.

I, Courtney M. Johnson (Prince Courtney M. Johnson), object to the Fee Application in Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS because a disservice is being done to the millions of Americans who are registered as Google account holders and Google account smartphone and tablet users and have been affected by this invasion of privacy and inconvenience.

The United States District Court for the Northern District of California-*selected* Class Counsel is requesting too much in attorneys' fees – 33% of the judgement, including both the jury's verdict award and interest, which continues to accrue until Google LLC's challenges to the United States District Court for the Northern District of California-*selected* jury-approved judgment are resolved. For a class action lawsuit that is suppose to protect and defend the interests of the American people affected by the invasion of privacy and the inconvenience it has caused, charging 33% to be taken out of the jury-approved judgment amount (totaling $440,345,685.40 including accrued interest (and continued accrual still in effect...), as of March 2, 2026) meant to be fully awarded to the affected individuals (who are victims of invasion of privacy and inconvenience), or

$$33\% \text{ of } \$440,345,685.40 = \$145,314,076.20 \text{ (U.S. Dollars)}$$

Is absolutely, entirely too much in attorneys' fee costs for the <u>United States District Court for the Northern District of California</u>-*selected* Class Counsel to request for a class action lawsuit, where a verdict has been reached by the Court-selected jury. If anything, the <u>United Stated District Court for the Northern District of California</u> should appropriate a flat-capped rate of services for selected Class Counsel, a rate of 3% of the judgment amount that will be paid to the Class Counsel by the United States Federal Court System, and *not to be partially taken out* of the jury-approved judgment amount of $425,651,947.00 (U.S. Dollars). The United States Federal Court System is suppose to fully and completely protect the American citizens who have been victimized and inconvenienced by the federal crime that has been committed, by having their (American citizens') online web activities tracked, even when they have respectively selected settings from their personal mobile devices that would prevent unwanted and unexpected online tracking to occur per web and app activity online usage, via landline service connection and-or wireless connection.

I was contacted via email business correspondence message on May 22, 2026 from my GMail account, cmjohnson1922@gmail.com , informing me that I might be entitled to file a claim as a Class Member. After viewing the "Court-Ordered Notice of Class Action"-title email business correspondence message I had received on May 22, 2026, I have decided to submit this statement expressing my concern as a Class Member. Which class would I be defined by the <u>United States District Court for the Northern District of California</u>? Please advise and disclose the answer to me as soon as possible.

As a Class 1 Member, I would not be a "Unicorn" individual class member because I am not a "Unicorn" Google account holder nor have I ever been a "Unicorn" Google account(s) holder. My Google account(s) have never, ever been a "supervised Google account for users under the age of thirteen (13) years." My Google GMail account(s) has never been created to be specifically or indirectly used for a minor, as defined by United States of America constitutional law, nor has my Google GMail Account(s) been supervised by a parent using Google Family Link. I have never authorized such usage in the classification aforementioned, and if the responsible authority has defined my Google GMail account(s) as "Unicorn" Google account(s), it (the assumed classification of "Unicorn") is defined under false pretenses, which means it is very untrue and has been classified illegally, because I have never signed nor have I ever executed an online user-agreement with Google LLC declaring such a classification.

As a Class 1 Member, I would not be an "Enterprise individual" because I do not <u>only</u> have and I have not ever registered myself of anyone else (or person) for any type of "Enterprise" Google accounts. I have never, ever given permitted authorization for my Google accounts to be managed by any kind of administrator that (the subject Google accounts, if any created...) is designed for end users within an organization (business or non-business registered organization), non-profits, and schools, including school systems (grammar-elementary schools, middle schools, and high schools), vocational training schools and institutes, and collegiate institutions of higher learning, domestic (United States of America-based or abroad (Outside of the United

3

States legal jurisdiction), internationally and overseas internationally. I have never authorized such usage in the classification aforementioned ("Enterprise individual"), and if the responsible authority has defined my Google Gmail account(s) as "Enterprise individual" Google account(s), it (the assumed classification of "Enterprise individual") is defined under false pretenses, which means it is very untrue and has been classified illegally, because I have never signed nor have I ever executed an online user-agreement with Google LLC declaring such a classification.

United States of America Constitutional Amendments supporting my claims would fall be

1. Amendment 4 (as cited in U.S. Constitutional Law)

Source: Ronald Reagan: Presidential Library & Museum – Constitutional Amendments – Amendment 4 – "The Right to Privacy"

https://www.reaganlibrary.gov/education/lesson-plans/high-school/constitutional-amendments/constitutional-amendments-amendment-4

   and,

2. Amendment 14, Section 1 (as cited in U.S. Constitutional Law)

Source: Constitution Annotated: Analysis and Interpretation of the U.S. Constitution

https://constitution.congress.gov/browse/essay/amdt14-S1-6-3-3/ALDE_00013818/

Please accept this originally-drafted, self-authored objection statement from me, Objector Courtney M. Johnson (Prince Courtney M. Johnson).

*Courtney M. Johnson (Prince Courtney M. Johnson)*

Local Business Address:                    SUBMITTED WEDNESDAY, JULY 22, 2026

1725 Saint Mark's Avenue (By way of Local Address, 165 Capp Street, San Francisco, CA 94110 USA)

Brooklyn, New York City, NY 11233 USA

4

# Courtney M. Johnson

Local Post Office Address: P.O. Box 250208 | New York City, NY 10025

## Professional Objective

Highly motivated, determined and aspiring Project Engineer professional and multifaceted working professional with an entrepreneurial ability to leverage communicative, creative, mechanical and technical, numerical, planning and organizing, and problem-solving skills in a corporate business enterprise environment. Executive-oriented in professionalism with ambition to optimize quality in delivering exceptional professional business services to prospective clients representing well-established organizations

Residential Commercial Address: 1725 Saint Mark's Avenue | Brooklyn, New York City, NY 11233

Local Business Address: 500 Riverside Drive | New York City, NY | 10027

Mobile: (347) 416-2681 | Email: cmj2183@columbia.edu

## Experience

<u>CVS Health Corp. (CVS Pharmacy, Inc.)</u>, Manhattan & Brooklyn, NY – *Store Associate*

March 2020 – September 2023

Customer service data processing (Cashiering and Return-Refund Processing); Customer healthcare consulting; Money-handling financial services transactions via MoneyGram; Assisting customers with store purchases at the automated self checkout machines; Stocking new inventory on to sales floor after truck delivery; Photo printing services and photo taking services; Organizing and sanitizing workspaces on the sales floor.

<u>Restoration and New Design (RAND) Engineering & Architecture, DPC</u>, New York City, NY – *Structural Intern*

May 2019 – August 2019

Review, prepare and update structural detail drawings using Autodesk AutoCAD and Revit programs; Conduct building site analysis inspections (with a licensed civil engineer), and document and file site inspection reporting; Preparing engineering calculations and technical document production; Attend a technical presentation on the Structural Provisions of the New York City Building Code; Attend structural team meetings and general firm office meetings.

<u>Columbia University Facilities and Operations, with School of Professional Studies</u>, Manhattan, New York City, NY – *Construction Management Intern and Graduate HBCU Fellow Student*

August 2017 – May 2019

Graduate professional student primarily pursuing studies full-time leading to a Master of Science degree in Construction Administration, and maintaining enrollment status as well as involvement in extracurricular

WEDNESDAY, JULY 22, 2026

1

activities and community engagement via mentoring outreach per the guidelines of the Columbia HBCU Fellowship Initiative Program

Internship Responsibilities: Monitoring, updating and processing digital files and records relative to construction business initiatives between vendors and Columbia University Facilities and Operations organization; Attend staff office meetings and record notes

**Education**

**Columbia Business School, Executive Education (Columbia University in the City of New York) with First Finance Institute (First Education Online),** New York City, NY | Paris, France and Hong Kong, China

Corporate Finance Studies (International Certificate), ICCF Program

Durations: Session 8: March 2021 – October 2021; Session 9: October 2021 – April 2022;

ICCF Program Final Examination Time Extension: April 2023

**New York University, Polytechnic Institute – Tandon School of Engineering,** Brooklyn, New York, NY

Civil Engineering Studies (Master of Science Level), Dept. Of Civil and Urban Engineering;

Duration: January 2019 – December 2019

**Columbia University in the City of New York, School of Professional Studies,** Construction Administration Program, New York City, NY

Master of Science in Construction Administration, Duration: August 2017 – May 2019;

Degree Conferral Date: February 13, 2019; Graduation Date: May 18, 2019

**Tennessee State University, College of Engineering,** Department of Civil and Architectural Engineering, Nashville, TN

Bachelor of Science in Architectural Engineering, Duration: August 2008 – March 2011;

August 2013 – August 2017; Graduation Date: August 12, 2017 (Honor of Distinction: Cum Laude)

**Wenonah High School, Birmingham City Public Schools System (Alabama State Department of Education Curriculum Requirements),** Birmingham, AL

High School Diploma, Duration: August 1997 – May 2001; Graduation Date: May 23, 2001

2



---

## Court-Ordered Notice of Class Action
1 message

---

**Google Web App Activity Lawsuit** <rodriguezvgoogle@e.epiqnotice.com>                    Fri, May 22, 2026 at 6:23 PM
To: cmjohnson1922@gmail.com

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# Notice to Class Members who had Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused" of Class Counsel's Fee Application

Para una notificacion en Español, visitar www.GoogleWebAppActivityLawsuit.com.

*A federal Court authorized this Notice. This is not a solicitation from a lawyer.*

**What is this notice about?** On September 3, 2025, after a federal trial, the jury concluded that Google unlawfully collected information from certain users of smartphones and tablets who claimed they asked Google not to track their activity on mobile apps. The jury awarded a verdict of over $425 million in damages to two certified Classes. The Court entered a judgment, which requires Google to pay the Classes the amount of the jury's verdict plus interest. As of March 2, 2026, the verdict plus interest totals $440,345,685.40. Interest continues to accrue on that amount. However, Google has asked the Court to vacate the judgment, meaning disregard the jury verdict. Google may also appeal the judgment. There is no money available now, but Court rules require Class Counsel to make a formal request for their fees (their "Fee Application"), should compensation be awarded. This notice is to inform Class Members of the Fee Application and their opportunity to object to it.

**What was the lawsuit about?** Three Google account holders ("Plaintiffs") filed a class action lawsuit alleging that Google LLC ("Google") unlawfully accessed their devices and data, including app activity data on their mobile devices, even though the Google activity controls called Web & App Activity ("WAA") and/or a sub-setting concerning "Chrome history and activity from sites, apps, and devices that use Google services," sometimes called supplemental Web & App Activity ("sWAA") were turned off or "paused." Plaintiffs alleged Google unlawfully accessed their mobile devices to collect, save, and use the data concerning their activity on non-Google apps that have incorporated certain Google software code into the apps. Plaintiffs have three legal claims: 1) invasion of privacy; 2) intrusion upon seclusion (similar to invasion of privacy); and 3) violation of the Comprehensive Computer Data Access and Fraud Act ("CDAFA"). The jury ruled that Google is liable for invasion of privacy and intrusion upon seclusion, but not for violation of the CDAFA.

**You are receiving this Notice because Google's records indicate that you may be a Class Member.** You were previously sent notice of the Court's certification of the Classes in this lawsuit in the fall of 2024. This Notice advises you of the jury verdict and judgment that were reached in the lawsuit, Class Counsel's Fee Application, your rights and options at this time, and the deadline to exercise them.

**Who is a Class Member?** The Court certified two classes to assert claims for invasion of privacy and intrusion upon seclusion. These classes include the following individuals:

Class 1 (the Android Class): All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software

Development Kit ("SDK") and/or the Google Mobile Ads SDK.

Class 2 (the Non-Android Class): All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

"Enterprise individuals" refers to individuals who only have an "Enterprise" Google Account. An "Enterprise" Google Account is an account managed by an administrator that is designed for end users within an organization, such as businesses, non-profits, and schools. Individuals who have an "Enterprise" Google Account are not part of the certified Classes that claimed invasion of privacy and intrusion upon seclusion unless they also have another Google Account.

"Unicorn individuals" refers to individuals who only have a "Unicorn" Google Account, which is also known as a "supervised Google Account for users under age 13." A "supervised Google account for users under age 13" is an account created for a minor when they are under the age of 13, and which is created and supervised by a parent using Google Family Link. Individuals who have a "Unicorn" Google Account are not part of the certified Classes that claimed invasion of privacy and intrusion upon seclusion unless they also have another Google Account.

**What was the verdict?** The jury found Google liable to Class Members who use Android devices ("Class 1") and to Class Members who use non-Android devices ("Class 2") for invasion of privacy and intrusion upon seclusion. The jury awarded a total of $425,651,947, of which $247,154,157 is due to Class 1 (Android users) and $178,497,790 is due to Class 2 (non-Android users). These amounts will continue accruing interest as required by law. The jury found Google not liable for violation of the CDAFA. For more information about the verdict, you can visit the Case Website and read the jury's verdict and related motions filed by both Google and the Plaintiffs.

**Does the verdict mean money is available now?** No money will be distributed at this time. While the jury did award a verdict, Google has asked the Court to vacate the judgment, meaning disregard the jury verdict. Google also may appeal. Class Counsel will continue to pursue the lawsuit against Google. If money or benefits become available at a later date, you will be notified and given instructions on how to make a claim.

**What is a Fee Application?** In a class action lawsuit like this, the Court decides the amount that Class Counsel will be paid for their work. When a jury awards compensation with a verdict in a class action, the Court requires that Class Counsel make a formal application for the fees Class Counsel believes it should be paid for their work in the lawsuit. Class Counsel must also request reimbursement for any costs and expenses incurred in bringing the lawsuit (such as the cost of expert witnesses and for providing notice to the Classes) and for service awards to the individual plaintiffs who represented class members and took part in the lawsuit. Individual Class Members are given an opportunity to review Class Counsel's fee application and object to any part of it. The Court considers Class Counsel's application and any objections, and the Court decides how much Class Counsel will be paid, how much they will be reimbursed, and what service awards will be granted to the class representatives.

**What does the Fee Application Say?** Class Counsel is requesting (1) attorneys' fees equal to 33% of the judgment, including both the jury's verdict award and interest, which continues to accrue until Google's challenges to the judgment are resolved; (2) $12,422,374.42 to reimburse costs and expenses incurred by Class Counsel; and (3) a total of $135,000.00 for service awards for the three class representatives. Class Counsel's Fee Application states their justification for each of these requests. The Court must approve the Fee Application and may award less than these amounts. You can review the Fee Application at the Case Website, www. GoogleWebAppActivityLawsuit.com by clicking here. These amounts will be paid from the compensation ultimately awarded in this case, if any. These amounts will not be paid until after the Court rules on Google's request to disregard the jury verdict and, if Google also chooses to appeal, after the Court rules on that appeal. You do not have to pay for Class Counsel or any of their fees and costs.

**Who are Class Counsel?** The Court has appointed the following lawyers as Class Counsel to represent Class Members.

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER
LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

James Lee
BOIES SCHILLER FLEXNER
LLP
100 SE 2nd St., 28th Floor
Miami, FL 33131

John A. Yanchunis
Ryan J. McGee
MORGAN & MORGAN
201 N. Franklin Street,
7th Floor
Tampa, FL 33602

Bill Carmody
SUSMAN GODFREY LLP
One Manhattan West
50th Floor
New York, NY 10001

Amanda Bonn
SUSMAN GODFREY LLP
1900 Ave. of the Stars,
Suite 1400
Los Angeles, CA 90067

**How do I object to the Fee Application?** To object, you must file a written objection with the Court. Your objection must state that you object to the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS and must include the following information:

1. Your full name, mailing address, telephone number, and email address;
2. The reasons for your objection, and any legal support for your objection from you or your lawyer;
3. The name of all lawyers hired to represent you for the objection (if any). This includes any former or current lawyers who may be paid for any reason regarding your objection; and
4. Your signature as the objector. A lawyer's signature is not adequate.

You must file your written objection with the Court so it is *received by* **July 30, 2026**. You must also send your objection to Class Counsel and the Notice Administrator, via US Mail or shipped by private courier (such as Federal Express) so it is *received by* **July 30, 2026**, to the following addresses:

| | |
|---|---|
| Court | Clerk of the Court<br>United States District Court<br>Northern District of California<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Class Counsel | Mark C. Mao<br>Beko Reblitz-Richardson<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104 |
| Notice Administrator | Notice Administrator<br>PO Box 2749<br>Portland, OR 97208-2749 |

**How do I get more information?** Learn more about the lawsuit at www. GoogleWebAppActivityLawsuit.com or call 1-855-822-8821.

You may also obtain information regarding the lawsuit on the Court docket in this lawsuit, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building &

United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9.00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS LAWSUIT. ALL QUESTIONS SHOULD BE DIRECTED TO THE NOTICE ADMINISTRATOR OR CLASS COUNSEL.

---

If cmjohnson1922@gmail.com should not be subscribed or if you need to change your subscription information for Rodriguez v Google LLC, please use this preferences page.

AM656 v.02

Case 3:20-cv-04688-RS   Document 950   Filed 07/22/26   Page 13 of 26



NATIONAL ARCHIVES

# 14th Amendment to the U.S. Constitution: Civil Rights (1868)

**Passed by Congress June 13, 1866, and ratified July 9, 1868, the 14th Amendment extended liberties and rights granted by the Bill of Rights to formerly enslaved people.**

Following the Civil War, Congress submitted to the states three amendments as part of its Reconstruction program to guarantee equal civil and legal rights to Black citizens. A major provision of the 14th Amendment was to grant citizenship to "All persons born or naturalized in the United States," thereby granting citizenship to formerly enslaved people.

Another equally important provision was the statement that "nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws." The right to due process of law and equal protection of the law now applied to both the federal and state governments.

On June 16, 1866, the House Joint Resolution proposing the 14th Amendment to the Constitution was submitted to the states. On July 28, 1868, the 14th amendment was declared, in a certificate of the Secretary of State, ratified by the necessary 28 of the 37 States, and became part of the supreme law of the land.

Congressman John A. Bingham of Ohio, the primary author of the first section of the 14th Amendment, intended that the amendment also nationalize the Bill of Rights by making it binding upon the states. When introducing the amendment, Senator Jacob Howard of Michigan specifically stated that the privileges and immunities clause would extend to the states "the personal rights guaranteed and secured by the first eight amendments."



Citation: The House Joint Resolution Proposing the 14th Amendment to the Constitution, June 16, 1866; Enrolled Acts and Resolutions of Congress, 1789-1999; General Records of the United States Government; Record Group 11; National Archives.

View All Pages in the National Archives Catalog

View Transcript

Historians disagree on how widely Bingham's and Howard's views were shared at the time in the Congress, or across the country in general. No one in Congress explicitly contradicted their view of the amendment, but only a few members said anything at all about its meaning on this issue. For *250th* Supreme Court ruled that the amendment did not extend the Bill o      tes.

Not only did the 14th Amendment fa      l of Rights to the states; it also failed to protect the rights of Black citizens. A legacy of Reconstruction was the determined struggle of Black and white citizens to make the promise of the 14th Amendment a reality. Citizens petitioned and initiated court cases, Congress enacted legislation, and the executive branch attempted to enforce measures that would guard all citizens' rights. While these citizens did not succeed in empowering the 14th Amendment during Reconstruction, they effectively articulated arguments and offered dissenting opinions that would be the basis for change in the 20th century.

Celebrate July 4th with the National Archives!

LEARN MORE

## Teach with this document.

DOCS Teach

This document is available on DocsTeach, the online tool for teaching with documents from the National Archives. Find teaching activities that incorporate this document, or create your own online activity.

Previous Document

Next Document

## Transcript

AMENDMENT XIV

Section 1.
All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities

Case 3:20-cv-04688-RS Document 950 Filed 07/22/26 Page 15 of 26

of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Section 2.

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

Section 3.

No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

Section 4.

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

Section 5.

The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

**The U.S. National Archives and Records Administration**

1-86-NARA-NARA or 1-866-272-6272



Celebrate July 4th with the
National Archives!

( **LEARN MORE** )

file:///D:/Stanford Graduate School of Business/14th Amendment to the U.S. Constitution_ Civil Rights (1868) _ National Archives.mhtml

4/4

Case 3:20-cv-04688-RS    Document 950    Filed 07/22/26    Page 17 of 26

# CONSTITUTION ANNOTATED
Analysis and Interpretation of the U.S. Constitution

## Constitution of the United States

## Fourteenth Amendment

Fourteenth Amendment Explained

### Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

### Section 2

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the

Case 3:20-cv-04688-RS Document 950 Filed 07/22/26 Page 18 of 26

proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

### Section 3

No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

### Section 4

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

### Section 5

The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.



# CONSTITUTION ANNOTATED
Analysis and Interpretation of the U.S. Constitution

# Browse the Constitution Annotated

## Fourteenth Amendment  Equal Protection and Other Rights

Amdt14.1 Overview of Fourteenth Amendment, Equal Protection and Rights of Citizens

Amdt14.2 State Action Doctrine

### Section 1 Rights

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Amdt14.S1.1 Citizenship

    Amdt14.S1.1.1 Historical Background on Citizenship Clause

    Amdt14.S1.1.2 Citizenship Clause Doctrine

    Amdt14.S1.1.3 Loss of Citizenship

Amdt14.S1.2 Privileges or Immunities

    Amdt14.S1.2.1 Privileges or Immunities of Citizens and the Slaughter-House Cases

    Amdt14.S1.2.2 Modern Doctrine on Privileges or Immunities Clause

Amdt14.S1.3 Due Process Generally

Amdt14.S1.4 Incorporation of Bill of Rights

    Amdt14.S1.4.1 Overview of Incorporation of the Bill of Rights

    Amdt14.S1.4.2 Early Doctrine on Incorporation of the Bill of Rights

    Amdt14.S1.4.3 Modern Doctrine on Selective Incorporation of Bill of Rights

Amdt14.S1.5 Procedural Due Process

    Amdt14.S1.5.1 Overview of Procedural Due Process

    Amdt14.S1.5.2 Liberty Deprivations and Due Process

    Amdt14.S1.5.3 Property Deprivations and Due Process

    Amdt14.S1.5.4 Civil Cases

        Amdt14.S1.5.4.1 Overview of Procedural Due Process in Civil Cases

        Amdt14.S1.5.4.2 Due Process Test in Mathews v. Eldridge

        Amdt14.S1.5.4.3 Notice of Charge and Due Process

        Amdt14.S1.5.4.4 Opportunity for Meaningful Hearing

        Amdt14.S1.5.4.5 Impartial Decision Maker

        Amdt14.S1.5.4.6 Additional Requirements of Procedural Due Process

        Amdt14.S1.5.4.7 Power of States to Regulate Procedures

        Amdt14.S1.5.4.8 Statutes of Limitations and Procedural Due Process

        Amdt14.S1.5.4.9 Burdens of Proof and Presumptions

    Amdt14.S1.5.5 Criminal Cases

        Amdt14.S1.5.5.1 Overview of Procedural Due Process in Criminal Cases

        Amdt14.S1.5.5.2 Impartial Judge and Jury

        Amdt14.S1.5.5.3 Identification in Pre-Trial Process

        Amdt14.S1.5.5.4 Plea Bargaining in Pre-Trial Process

        Amdt14.S1.5.5.5 Guilt Beyond a Reasonable Doubt

        Amdt14.S1.5.5.6 Evidentiary Requirements in Criminal Cases

        Amdt14.S1.5.5.7 Competency for Trial

        Amdt14.S1.5.5.8 Due Process Rights of Juvenile Offenders

    Amdt14.S1.5.6 Criminal Cases Post-Trial

        Amdt14.S1.5.6.1 Overview of Criminal Cases and Post-Trial Due Process

        Amdt14.S1.5.6.2 Criminal Appeals and Procedural Due Process

        Amdt14.S1.5.6.3 Probation, Parole, and Procedural Due Process

Case 3:20-cv-04688-RS    Document 950    Filed 07/22/26    Page 21 of 26

Amdt14.S1.5.6.4 Prisoners and Procedural Due Process

Amdt14.S1.5.7 State Taxes

Amdt14.S1.5.7.1 State Taxes and Due Process Generally

Amdt14.S1.5.7.2 Assessment of State Taxes and Due Process

Amdt14.S1.5.7.3 Notice of State Taxes and Due Process

Amdt14.S1.5.7.4 Collection of State Taxes and Due Process

Amdt14.S1.5.8 Other Contexts

Amdt14.S1.5.8.1 Parental and Children's Rights and Due Process

Amdt14.S1.5.8.2 Protective Commitment and Due Process

Amdt14.S1.6 Substantive Due Process

Amdt14.S1.6.1 Overview of Substantive Due Process

Amdt14.S1.6.2 Economic

Amdt14.S1.6.2.1 Overview of Economic Substantive Due Process

Amdt14.S1.6.2.2 Liberty of Contract and Lochner v. New York

Amdt14.S1.6.2.3 Laws Regulating Working Conditions and Wages

Amdt14.S1.6.3 Noneconomic

Amdt14.S1.6.3.1 Overview of Noneconomic Substantive Due Process

Amdt14.S1.6.3.2 Historical Background on Noneconomic Substantive Due Process

Amdt14.S1.6.3.3 Informational Privacy, Confidentiality, and Substantive Due Process

Amdt14.S1.6.3.4 Family Autonomy and Substantive Due Process

Amdt14.S1.6.3.5 Marriage and Substantive Due Process

Amdt14.S1.6.3.6 Sexual Activity, Privacy, and Substantive Due Process

Amdt14.S1.6.4 Abortion

Amdt14.S1.6.4.1 Abortion, Roe v. Wade, and Pre-Dobbs Doctrine

Amdt14.S1.6.4.2 Restrictions on Abortion Funding

Amdt14.S1.6.4.3 Abortion, Dobbs v. Jackson Women's Health Organization, and Post-Dobbs Doctrine

Amdt14.S1.6.5 Medical Care

Amdt14.S1.6.5.1 Right to Refuse Medical Treatment and Substantive Due Process

Amdt14.S1.6.5.2 Physician Assisted-Death and Substantive Due Process

Amdt14.S1.6.5.3 Civil Commitment and Substantive Due Process

Amdt14.S1.7 Due Process Limits on State Action

Amdt14.S1.7.1 Personal Jurisdiction

Amdt14.S1.7.1.1 Overview of Personal Jurisdiction and Due Process

Amdt14.S1.7.1.2 Personal Jurisdiction from Founding Era to 1945

Amdt14.S1.7.1.3 Modern Doctrine on Personal Jurisdiction

Amdt14.S1.7.1.4 Minimum Contact Requirements for Personal Jurisdiction

Amdt14.S1.7.1.5 Reasonableness Test for Personal Jurisdiction

Amdt14.S1.7.2 State Taxation

Amdt14.S1.7.2.1 State Taxing Power

Amdt14.S1.7.2.2 State Jurisdiction to Tax

Amdt14.S1.7.2.3 Real Property and Tangible Personalty

Amdt14.S1.7.2.4 Intangible Personalty

Amdt14.S1.7.2.5 Transfer (Inheritance, Estate, Gift) Taxes

Amdt14.S1.7.2.6 Corporate Privilege Taxes

Amdt14.S1.7.2.7 Individual Income Taxes

Amdt14.S1.7.2.8 Corporate Income Taxes and Foreign Corporations

Amdt14.S1.7.2.9 Insurance Company Taxes

Amdt14.S1.7.3 Void for Vagueness

Amdt14.S1.8 Equal Protection

Amdt14.S1.8.1 Race-Based Classifications Generally

Amdt14.S1.8.1.1 Overview of Race-Based Classifications

Amdt14.S1.8.1.2 Equal Protection and Rational Basis Review Generally

Case 3:20-cv-04688-RS    Document 950    Filed 07/22/26    Page 23 of 26

Amdt14.S1.8.1.3 Marriage and Facially Non-Neutral Laws

Amdt14.S1.8.1.4 Judicial System and Facially Non-Neutral Laws

Amdt14.S1.8.1.5 Public Designation and Facially Non-Neutral Laws

Amdt14.S1.8.1.6 Public Accommodations and Facially Non-Neutral Laws

Amdt14.S1.8.1.7 Political Process Doctrine

Amdt14.S1.8.1.8 Peremptory Challenges

Amdt14.S1.8.2 Segregation in Education

Amdt14.S1.8.2.1 Brown v. Board of Education

Amdt14.S1.8.2.2 Aftermath of Brown v. Board of Education

Amdt14.S1.8.2.3 Implementing School Desegregation

Amdt14.S1.8.2.4 Scope of Remedial Desegregation Orders and Ending Court Supervision

Amdt14.S1.8.2.5 Remaining Vestiges of Unconstitutional Racial Segregation

Amdt14.S1.8.3 Segregation in Other Contexts

Amdt14.S1.8.3.1 Overview of Segregation in Other Contexts

Amdt14.S1.8.3.2 Housing and Segregation

Amdt14.S1.8.3.3 Transportation and Segregation

Amdt14.S1.8.3.4 Public Facilities and Segregation

Amdt14.S1.8.3.5 Private Businesses and Segregation

Amdt14.S1.8.4 Facially Non-Neutral Laws Benefiting Racial Minorities

Amdt14.S1.8.4.1 Early Doctrine on Appropriate Scrutiny

Amdt14.S1.8.4.2 Modern Doctrine on Appropriate Scrutiny

Amdt14.S1.8.5 Facially Neutral Laws Implicating Suspect Classifications

Amdt14.S1.8.6 Voting Rights

Amdt14.S1.8.6.1 Voting Rights Generally

Amdt14.S1.8.6.2 Voter Qualifications

Amdt14.S1.8.6.3 Partisan Gerrymandering

Case 3:20-cv-04688-RS    Document 950    Filed 07/22/26    Page 24 of 26

Amdt14.S1.8.6.4 Equality Standard and Vote Dilution

Amdt14.S1.8.6.5 Inequalities Within a State and Vote Dilution

Amdt14.S1.8.6.6 Racial Vote Dilution and Racial Gerrymandering

Amdt14.S1.8.6.7 Ballot Access

Amdt14.S1.8.7 Non-Race Based Classifications

Amdt14.S1.8.7.1 Overview of Non-Race Based Classifications

Amdt14.S1.8.7.2 Alienage Classification

Amdt14.S1.8.7.3 Out of Wedlock Births

Amdt14.S1.8.8 Gender-Based Classifications

Amdt14.S1.8.8.1 Doctrine on Gender Classifications from 1870s to 1960s

Amdt14.S1.8.8.2 Doctrine on Gender Classifications During the 1970s

Amdt14.S1.8.8.3 General Approach to Gender Classifications

Amdt14.S1.8.8.4 Facially Non-Neutral Laws Benefiting Women

Amdt14.S1.8.9 Non-Suspect Classifications

Amdt14.S1.8.9.1 Meaning of Person in the Equal Protection Clause

Amdt14.S1.8.9.2 Meaning of Within Its Jurisdiction in the Equal Protection Clause

Amdt14.S1.8.9.3 Police Power Classifications and Equal Protection Clause

Amdt14.S1.8.10 Economic Regulation and Taxing Power

Amdt14.S1.8.10.1 Overview of Economic Regulation and Taxing Power

Amdt14.S1.8.10.2 Classifications for State Taxes

Amdt14.S1.8.10.3 Foreign Corporations, Nonresidents, and State Taxes

Amdt14.S1.8.10.4 State Income Taxes

Amdt14.S1.8.10.5 State Inheritance Taxes

Amdt14.S1.8.10.6 Motor Vehicle Taxes

Amdt14.S1.8.10.7 Property Taxes

Amdt14.S1.8.10.8 Special Assessments

Case 3:20-cv-04688-RS     Document 950     Filed 07/22/26     Page 25 of 26

Amdt14.S1.8.11 Sexual Orientation-Based Classifications

Amdt14.S1.8.12 Wealth-Based Distinctions

Amdt14.S1.8.12.1 Overview of Wealth-Based Distinctions and Equal Protection

Amdt14.S1.8.12.2 Criminal Procedures, Sentences, and Poverty

Amdt14.S1.8.12.3 Access to Courts, Wealth, and Equal Protection

Amdt14.S1.8.12.4 Educational Opportunity, Wealth, and Equal Protection

Amdt14.S1.8.12.5 Abortion, Public Assistance, and Equal Protection

Amdt14.S1.8.13 Fundamental Rights

Amdt14.S1.8.13.1 Overview of Fundamental Rights

Amdt14.S1.8.13.2 Interstate Travel as a Fundamental Right

Amdt14.S1.8.13.3 Residency Requirements and Interstate Travel

## Section 2 Apportionment of Representation

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

Amdt14.S2.1 Overview of Apportionment of Representation

## Section 3 Disqualification from Holding Office

No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United

States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

Amdt14.S3.1 Overview of the Insurrection Clause (Disqualification Clause)

Amdt14.S3.2 Trump v. Anderson and Enforcement of the Insurrection Clause (Disqualification Clause)

## Section 4 Public Debt

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

Amdt14.S4.1 Overview of Public Debt Clause

Amdt14.S4.2 Adoption of the Public Debt Clause

Amdt14.S4.3 Interpretation of the Public Debt Clause

## Section 5 Enforcement

The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

Amdt14.S5.1 Overview of Enforcement Clause

Amdt14.S5.2 Who Congress May Regulate

Amdt14.S5.3 Pre-Modern Doctrine on Enforcement Clause

Amdt14.S5.4 Modern Doctrine on Enforcement Clause