FILED

JUL 24 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

**Case:** *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS

I am a member of the certified class and respectfully object to the requested attorney's fee award.

While I appreciate the substantial effort Class Counsel devoted to this litigation and recognize that obtaining a favorable jury verdict against Google required significant skill and resources, I believe the request for **33% of the total judgment, including all accrued interest, is excessive.**

The requested fee would amount to well over **$145 million** based on the current judgment and interest, and that amount will continue increasing as interest accrues. Because attorney fees will be paid from the class recovery, every additional dollar awarded in fees reduces the amount ultimately available to class members.

I respectfully ask the Court to carefully evaluate whether a one-third contingency fee remains reasonable in light of the exceptionally large recovery in this case. Many courts have recognized that percentage awards should sometimes decrease as the size of the recovery increases, ensuring that counsel are fairly compensated without creating an unnecessary windfall.

I also request that the Court independently review whether attorney fees should be calculated using the jury's verdict alone rather than including post-judgment interest, which continues to accrue regardless of additional legal work performed.

I do not object to reimbursing reasonable litigation expenses that are adequately documented or to reasonable service awards for the class representatives. My objection is limited to the percentage of attorney's fees requested.

For these reasons, I respectfully ask the Court to reduce the requested attorney's fee award to an amount that fairly compensates Class Counsel while preserving a greater portion of the recovery for the class members they represent.

Jonathan Ulysse

850 NE 13th Avenue, Apt 9

Fort Lauderdale, Florida 33304

Jono864@gmail.com

954-789-9034

Jon Ulysse
850 NE 13th St
Ft. Lauderdale, FL 33304

MIAMI FL 330

21 JUL 2026 PM 6 L

FOREVER / USA

Clerk of Courts
US District Court Northern District
450 Galden Gate Ave RECEIVED
San Francisco, CA 94102 JUL 2 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999

USPS FT LAUDERDALE

JUL 21 2026

ALROSE STATION 0245

FSC® C137131
Envelope

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022