I, Ingrid Skillings, do hereby object to the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS

I object on the basis of the principle that the requested fees are unreasonable.

I understand that it takes years to become an attorney and that they need to be compensated for their work but, when a normal working class person needs an attorney to assist them the costs are prohibitive and there is no "attorney insurance".
I know this because as a homeowner within an HOA I'm looking at a minimum cost of $10 000 to force my HOA to follow Minnesota law regarding them holding illegal board meetings which clearly violate state law.

I trust that a judge and/or the courts would be fair, but I implore everyone to be reasonable in awarding the attorneys for their hard work. If mothers got paid for the work they do, they would out-earn attorneys!

Sincerely,
Ingrid Skillings

My signature as the objector:

Ingrid Skillings
7383 Degrio Way
Inver Grove Heights MN 55076

952-297-7021

joesingrid@gmail.com

CC:
Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

Notice Administrator
PO Box 2749
Portland, OR 97208-2749

7383 Degins Way
IGH MN 55076

SAINT PAUL MN 550

21 JUL 2026 PM 1 L

Freedom 250

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco CA 94102

RECEIVED

JUL 24 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-999299