Michelle Eze

839 Applecross Ct.

Coppell, Texas, 75019

+1 469-403-9935

michiebabee802@gmail.com

**FILED**

**JUL 24 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

July 20, 2026

Clerk of the Court

United States District Court

Northern District of California

Phillip Burton Federal Building

450 Golden Gate Avenue

San Francisco, CA 94102

**Re: Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS —**

**Class Member's Written Objection to Class Counsel's Fee Application**

Dear Clerk of the Court:

I am writing to formally object to the Fee Application submitted by Class Counsel in the above-caption matter. As a potential Class Member who received notice of this lawsuit, I submit the following information and objections for the Court's consideration.

**I. Objector Information**

Full Name: Michelle Eze

Mailing Address: 839 Applecross Ct., Coppell, Texas, 75019

Telephone Number: +1 469-403-9935

Email Address: michiebabee802@gmail.com

**II. Statement of Representation**

I am submitting this objection on my own behalf. I have not hired or retained any former or current lawyers to represent me for the purpose of making this objection, and no lawyers will be paid for any reason regarding this objection.

## III. Grounds for Objection to the Fee Application

I object to Class Counsel's request for attorneys' fees equal to 33% of the total judgment (which currently exceeds $440 million including interest), in addition to over $12.4 million in expenses.

While I appreciate the hard work Class Counsel put into achieving a favorable jury verdict, a 33% fee award from a fund of this massive scale is excessive and disproportionate. In class action settlements and verdicts of this magnitude, the "benchmark" for attorneys' fees in the Ninth Circuit is typically 25%. When a common fund reaches hundreds of millions of dollars, courts often apply a "sliding scale" or "percentage-of-the-fund" reduction to prevent a windfall to the attorneys at the expense of the class members.

Allowing Class Counsel to take nearly one-third of the entire recovery significantly depletes the remaining funds that should rightfully be distributed to the millions of everyday users whose privacy was unlawfully invaded. I respectfully request that the Court not award Class Counsel the full 33% requested, so that Class Members receive the primary benefit of the jury's verdict.

## IV. Conclusion

For the reasons stated above, I respectfully request that the Court review Class Counsel's Fee Application with strict scrutiny and decline to award the full 33% fee requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am a member of the Class(es) certified in this action.

Dated: July 20, 2026

Respectfully submitted,

_____

Signature of Objector

Michelle Eze

cc:

Mark C. Mao

Beko Reblitz-Richardson

Boies Schiller Flexner LLP

44 Montgomery St., 41st Floor

San Francisco, CA 94104

Notice Administrator

PO Box 2749

Portland, OR 97208-2749

Michelle Eze
839 Applecross Ct.
Coppell, TX, 75019

NORTH TEXAS TX 750

21 JUL 2026 PM 3 L

RECEIVED

JUL 24 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Franciso, CA, 94102
94102-348999

FREEDOM
FOREVER/USA

JUL 21 2026