UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rodriguez v. Google LLC

Case No. 3:20-CV-4688-RS

TO:

**Clerk of the Court**
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

**Class Counsel**
Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

**Notice Administrator**
PO Box 2749
Portland, OR 97208-2749

**FROM:**
Shana North
110 South Walnut Street
Kalkaska, Michigan 49646
Phone: 231-360-0906
Email: shana.north@yahoo.com

**F I L E D**

JUL 2 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



## Google Accounts Associated with This Objection

I received official notice of this action on multiple Google accounts associated with me. This objection applies to all of my eligible Google accounts that received notice, including:

- shana.north@yahoo.com
- shana.dan2006@gmail.com
- northshana@gmail.com
- dnsnorth@gmail.com
- sinorth2020@gmail.com
- north40@mail.nmc.edu

To the best of my knowledge, these are all of the Google accounts associated with me that received notice of this action.

# OBJECTION TO CLASS COUNSEL'S FEE APPLICATION

I, Shana North, respectfully submit this objection to Class Counsel's request for attorneys' fees, litigation costs, and service awards in **Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS**.

A jury found that Google violated the privacy and trust of millions of people. The purpose of this lawsuit was to hold Google accountable and compensate the individuals whose personal information was collected after they specifically turned off or paused Google's Web & App Activity settings. The people whose privacy was violated are the reason this lawsuit exists, and

they should remain the Court's primary consideration when determining how the judgment should be distributed.

I recognize that Class Counsel invested substantial time, effort, and financial resources into pursuing this case and should be fairly compensated for their work. However, I believe the requested attorneys' fees equal to 33% of the judgment, together with more than $12 million in litigation costs and additional service awards, are excessive. Every dollar awarded beyond what is fair and reasonable is a dollar that cannot be distributed to the individuals whose privacy was violated.

I also object to calculating attorneys' fees based on both the jury's verdict and the accrued interest. The interest accumulated because time passed while the case proceeded through the legal process. It was not additional compensation awarded by the jury for the harm suffered by the class members. Using that accrued interest to further increase attorneys' fees unnecessarily reduces the compensation ultimately available to those whose privacy was violated. If attorneys' fees are awarded, they should be calculated from the jury's verdict alone rather than from both the verdict and the accrued interest.

Google's own records indicate that multiple Google accounts associated with me were affected by the conduct at issue in this lawsuit. Like many members of this class, I have a family to support. I took steps to protect my privacy by turning off Google's tracking settings because I believed those choices would be respected. Instead, my personal information and activity associated with multiple accounts were still collected. The compensation awarded in this case should primarily benefit the people whose privacy rights were violated, not leave them with only a small portion of the recovery after large deductions for attorneys' fees.

Justice should focus first on making the injured parties as whole as possible. I respectfully request that the Court reduce the requested attorneys' fees to an amount the Court determines is fair and reasonable while maximizing the compensation available to the class members. I also respectfully request that any attorneys' fee awarded be calculated only from the jury's verdict and not from the accrued interest.

I am not objecting to compensate Class Counsel unfairly. I appreciate the work required to litigate a case of this magnitude. My objection is simply that the balance should favor the people whose privacy was affected. The attorneys should be fairly compensated, but the individuals whose rights were violated should receive the greatest possible benefit from the judgment entered on their behalf.

**For these reasons, I respectfully request that the Court:**

1. **Reduce the requested attorneys' fees to an amount the Court determines is fair and reasonable while maximizing the compensation available to the class members; and**
2. **Calculate any attorneys' fee award from the jury's verdict only, excluding accrued interest.**

I appreciate the time and consideration the Court has given this case and respectfully ask that the interests of the millions of affected class members remain the highest priority when ruling on the Fee Application.

Thank you for your time and consideration.

Respectfully submitted,

Shana North

Date: 7.21.2026

Case 3:20-cv-04688-RS    Document 961    Filed 07/27/26    Page 3 of 3

Shana North
110 South Walnut St.
Kalkaska MI. 49646

CERTIFIED MAIL

GRAND RAPID

2026 PM

RDC 99

9589 0710 5270 2230 5647 62

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

U.S. POSTAGE
FCM LETTER
KALKASKA, MI 496
JUL 21, 2026
$6.37
S2324K502194-06

RECEIVED

JUL 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999