F I L E D

JUL 2 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**Rodriguez v. Google LLC**
**Case No. 3:20-CV-4688-RS**

**Objection to Class Counsel's Fee Application**

To the Honorable Court:

I respectfully submit this objection to Class Counsel's Fee Application in **Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS**.

My information is as follows:

- **Name:** Diana Barzey
- **Mailing Address:** 1153 East 221st Street, Bronx, NY 10469-1505
- **Telephone:** 201-660-3822
- **Email:** misskillnbury010@gmail.com

I am a member of one of the certified classes in this action.

I object to the requested attorneys' fees of **33% of the judgment (including accrued interest)**, as well as the requested reimbursement of expenses and service awards, to the extent they are not shown to be fair, reasonable, and necessary.

While I appreciate the work Class Counsel performed in obtaining a favorable jury verdict, I respectfully request that the Court independently review whether the requested fee percentage is appropriate under the circumstances. A fee equal to one-third of a judgment exceeding $425 million, plus continuing interest, represents a substantial amount. I ask the Court to determine whether a lower percentage would adequately compensate counsel while preserving a greater recovery for the class members if the judgment ultimately becomes final.

I also request that the Court carefully examine the requested litigation expenses of $12,422,374.42 to ensure that all costs are reasonable, necessary, and adequately documented. Likewise, I ask the Court to review the requested service awards to confirm that they are justified and proportionate.

This objection is not intended to challenge the jury's verdict or the merits of the case. Rather, it is submitted to assist the Court in carrying out its responsibility to ensure that any award of attorneys' fees, expenses, and service awards is fair, reasonable, and in the best interests of the class.

I have not retained any attorney to represent me regarding this objection.

Thank you for your consideration.

Respectfully submitted,

**Diana Barzey**

Date: July 23, 2026

FILED
JUL 27 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[illegible] v. Google LLC
Case No. 3:20-cv-04688-RS
[illegible]
Objection to Class Counsel's [illegible] Application

To the Honorable Court:

I respectfully submit this objection to Class Counsel's Fee Application in [illegible] v. Google LLC, Case No. 3:20-cv-04688-RS.

My information is as follows:

- [illegible]
- [illegible] 1555 East [illegible] Bronx, NY [illegible]
- Telephone: 201 [illegible]-3822
- Email: [illegible]

I am a member of one of the certified classes in this action.

I object to the requested attorneys' fees [illegible] of the judgment [illegible] as not [illegible] the [illegible]

[illegible]

I ask that the Court [illegible] that the [illegible] reasonable, [illegible] adequately documented. [illegible]

This objection is not [illegible] jury's verdict [illegible] is fair, reasonable, and in the best interests of the class.

I have not retained any attorney [illegible] regarding this objection.

Thank you for your consideration.

Respectfully submitted,

[illegible]

Date: [illegible]

NEW YORK NY 100

24 JUL 2026   PM 13 L

250

forever usa

RECEIVED

JUL 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
U.S. District Court
North District of California
4150 Golden Gate Ave.
San Francisco, CA 94102

94102-366199

Filed 07/27/26
Document 962
0-cv-04688-RS



Barry
1153 E. 221st St
Bx, NY 10469