

FILED

JUL 28 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

488 Skyline Drive
Horton, MI 49246
July 22, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Ladies and Gentlemen:

Please consider this as my objection to the Fee Application in *Rodriguez v. Google,* Case No. 3:20-CV-4688-RS.

Steven G. Johnson
488 Skyline Drive
Horton, MI 49246
(517)581-8970
oandbod2244@gmail.com

Google LLC ("Google") unlawfully accessed their devices and data, including app activity data on their mobile devices, even though the Google activity controls called Web & App Activity ("WAA") and/or a sub-setting concerning "Chrome history and activity from sites, apps, and devices that use Google services," sometimes called supplemental Web & App Activity ("sWAA") were turned off or "paused." Plaintiffs alleged Google unlawfully accessed their mobile devices to collect, save, and use the data concerning their activity on non-Google apps that have incorporated certain Google software code into the apps. Plaintiffs have three legal claims: 1) invasion of privacy; 2) intrusion upon seclusion (similar to invasion of privacy); and 3) violation of the Comprehensive Computer Data Access and Fraud Act ("CDAFA"). The jury ruled that Google is liable for invasion of privacy and intrusion upon seclusion, but not for violation of the CDAFA.

Objector,

*[signature]*

Steven G. Johnson O.D.

Kristi Johnson
488 Skyline Dr
Horton, MI 49246

RECEIVED

JUL 28 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

METROPLEX MI 480

24 JUL 2026   AM 15 L

Freedom
250

FREEDOM
FOREVER/USA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Bldg.
450 Golden Gate Avenue
San Francisco, CA 94102



RECEIVED

JUL 28 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

30792075 (09/22)