Case No. 3:20-cv-04688-RS

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

The Honorable Richard Seeborg

---

**RODRIGUEZ, et al.,**

Plaintiffs,

v.

**GOOGLE LLC,**

Defendant.

**Case No.:** 3:20-cv-04688-RS

**NICHOLAS WILLIAM JOHNSON'S MOTION FOR LATE EXCLUSION FROM CERTIFIED CLASS**

**F I L E D**

JUL 2 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

## Motion

Comes now Nicholas William Johnson, appearing *pro se*, and respectfully moves this Court to grant a late exclusion (opt-out) from the certified litigation classes.

I was completely unaware of this litigation, the certified classes, or the original February 20, 2025 class exclusion deadline due to a systemic failure of proper procedural notification.

## Personal Background and Complete Lack of Notice

1. I am an individual U.S. Google account holder who disabled or paused my "Web & App Activity" or "Supplemental Web & App Activity" settings during the class period. My private data was subject to the unauthorized tracking litigated in this matter.

2. Defendant Google LLC has continuous, direct access to my primary email address, physical mailing address and phone number via my account profile.

3. Despite having seamless avenues to provide direct, individual notice, neither the Defendant nor the Notice Administrator provided me with actual, timely notice of my right to opt out before the February 20, 2025 deadline.

4. Prior to June 21, 2026, I do not have a record of any direct communication, digital notification, or physical mail regarding the class certification or deadlines. I became aware of this lawsuit's existence from the Notice to Class Members who had Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused" of Class Counsel's Fee Application email.

5. The June 21, 2026 email notice stated "because Google's records indicate that you may be a Class Member. You were previously sent notice of the Court's certification of the Classes in this lawsuit in the fall of 2024. This Notice advises you of the jury verdict and judgment that were reached in the lawsuit, Class Counsel's Fee Application, your rights and options at this time, and the deadline to exercise them." However, I searched my email and could not procure any evidence of previous notifications. Had I been properly notified of important dates my personal intent would have been to opt out as I have done so on other similar pending litigations against Google.

## Legal Argument

Under Federal Rule of Civil Procedure 23(c)(2)(B) and the Due Process Clause of the U.S. Constitution, class members are entitled to the "best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort." Relying on webpage publication or failing to verify delivery when a tech defendant holds direct user communication portals violates due process.

Because I lacked notice, I could not knowingly or intelligently waive my rights. Bound by the class, I am stripped of my right to hold Google independently liable for severe invasions of privacy and intrusion upon seclusion—claims that demand individualized assessment of emotional and digital damages. My failure to meet the past deadline is a direct product of **excusable neglect** under Rule 6(b), and I have acted immediately upon discovering this case.

CASE NO. 3:20-cv-04688-RS

NICHOLAS WILLIAM JOHNSON'S MOTION FOR LATE EXCLUSION
FROM CERTIFIED CLASS AND CONCURRENT OBJECTION TO FEES

### 1. Intent to Pursue Independent Claims and Inadequacy of Relief

If granted exclusion, I intend to preserve my rights to hold the Defendant accountable in the future for ongoing privacy violations. The unauthorized interception and storage of my private app activity constitutes a severe, continuous invasion of privacy. A nominal class action payout is completely inadequate to remedy any specific injuries that may occur from this invasion of privacy.

## Request for Relief

I respectfully request that this Court:

**1. Grant** my late request for exclusion from the certified classes;

**2. Preserve** my right to bring individual civil claims for invasion of privacy against Google LLC.

## Contact Information

**Nicholas William Johnson**

**1239 NE 52 Ave Portland, Oregon 97213**

**(503) 208-5277**

**nicholaswjohnson24@gmail.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 23, 2026

Respectfully submitted,

Nicholas W Johnson

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I served a true and correct copy of the foregoing Motion via Federal Express, to Lead Class Counsel, Defendant's Counsel and the notice administrator at their primary legal addresses of record listed on the court docket.

CASE NO. 3:20-cv-04688-RS

NICHOLAS WILLIAM JOHNSON'S MOTION FOR LATE EXCLUSION
FROM CERTIFIED CLASS AND CONCURRENT OBJECTION TO FEES