Justin Koontz

jlkoontz19@gmail.com

802-349-4508

155 Dorr Drive, Apt.10
Rutland, VT 05701

July 20, 2026



I, Justin Koontz, as a plaintiff in the case of *Rodriguez v. Google* (Case No. 3:20-CV-4688-RS), object to the Fee Application on the basis of its further damages on behalf of myself and the other plantiffs.

Best,
Justin Koontz

_____
Plantiff

Justin Xxxxxx
155 Dorr Dr, Apt 10
Rutland VT 05701

WHITE RIV JCT VT 050

Freedom
250

22 JUL 2026    PM 2 L

RECEIVED
JUL 30 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of The Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999

