**Limited Objection, Preservation of Rights, and Request for Ongoing Notification –
Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS**

**To:**
Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Cc:** Class Counsel and Notice Administrator

**From:**
Daly Ikechukwu Okoro
389 Kincora Dr NW
Calgary, AB T3R 1N3 Canada
+1 (639) 525-1740
okoro.daly@gmail.com

**Date:** July 25, 2026

**FILED**

JUL 2 8 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**Re: Limited Objection to Fee Application; Preservation of Rights; Request for Direct and Ongoing
Notification**

I write in response to the Court-Ordered Notice issued in connection with the above-referenced
matter. Based on the Notice, I understand that I may be a member of one or more of the certified
Classes, and I submit this response to ensure my interests are appropriately represented and
preserved.

**1. Limited Objection to Class Counsel Fee Application**

I respectfully submit a limited objection to the portion of Class Counsel's Fee Application requesting
attorneys' fees equal to 33% of the total judgment, inclusive of accrued interest.

While I recognize and appreciate the efforts of Class Counsel in achieving a favorable jury verdict in a
complex and significant case, I am concerned that the requested percentage may be higher than
necessary given the substantial size of the recovery. In large "megafund" class actions, courts often
apply a reduced percentage to ensure that fees remain reasonable while maximizing the net benefit to
class members.

Accordingly, I respectfully request that the Court consider:

- Reducing the requested percentage to a level more consistent with prevailing standards in
  large class action recoveries; and/or
- Applying a sliding-scale approach or lodestar cross-check to confirm that the requested fee is
  fair, reasonable, and proportionate.

Any reduction in the fee award would directly increase the amount ultimately available for distribution
to Class Members.

**2. No Objection to Reasonable Costs and Service Awards (At This Time)**

At this time, I do not object to the reimbursement of reasonable litigation costs and expenses or to appropriate service awards for the named plaintiffs, provided such amounts are carefully reviewed and approved by the Court as fair and justified.

**3. Preservation of Rights**

I expressly preserve all rights available to me as a Class Member, including but not limited to:

- The right to participate fully in any future claims or distribution process;
- The right to receive any monetary or non-monetary relief that may become available;
- The right to be informed of and respond to any settlement, appeal, or modification of the judgment;
- The right to supplement or amend this objection should additional relevant information become available; and
- The right to seek independent legal advice or representation if necessary.

**4. Request for Direct and Ongoing Notification**

I respectfully request that I be included in all future communications related to this matter and that I receive timely and direct notification of:

- Any developments concerning appeals, settlements, or enforcement of judgment;
- Any claims process, deadlines, or requirements for receiving compensation; and
- Any actions required on my part to maintain eligibility for relief.

Please ensure that all such communications are sent to my contact details listed above.

**5. Good Faith Participation**

This submission is made in good faith with the intention of supporting a fair and equitable outcome that appropriately balances compensation for Class Counsel with the maximization of recovery for Class Members.

**Conclusion**

I respectfully request that the Court consider this limited objection in evaluating the Fee Application and ensure that the final allocation of the judgment reflects both fairness and the best interests of the Class.

Thank you for your consideration.

Yours faithfully,

**Daly Ikechukwu Okoro**

**EXPRESS WORLDWIDE** | **DOX** | _DHL_

2026-07-25 MyDHL API 1.0 / "GLS certified label"

**From :** Daly Okoro
Daly Okoro
389 Kincora Dr NW
T3R1N3 Calgary Canada AB
CANADA

Origin:

**GOGREEN PLUS** YYC

Contact:

**To :** Northern District of California
Clerk of the Court, United States District Court
Phillip Burton Federal Building
450 Golden Gate Avenue, San Francisco
**94102 San Francisco United States CA**
**UNITED STATES OF AMERICA**

Contact:

# US-JCC-JC1

**ADI**

| Day | Time |
|-----|------|

Ref No: 460
Content : court letter

| Date: | Pce/Shpt Weight | Piece |
|-------|-----------------|-------|
| 2026-07-25 | 0.1 LB | 1/1 |



WAYBILL 53 7627 7933

(2L)US94102+42000000



(J) JD01 4600 0127 5803 5928

**\*WAYBILL DOC\***

Not to be attached to package - Hand to Courier
2026-07-25 MyDHL API 1.0 / GLS certified label



**Shipper :**

Daly Okoro
Daly Okoro
389 Kincora Dr NW
T3R1N3 Calgary Canada AB
CANADA

Contact:
+1 639-525-1740

**Receiver :**

Northern District of California
Clerk of the Court, United States District Court
Phillip Burton Federal Building
450 Golden Gate Avenue, San Francisco
**94102 San Francisco United States CA**

**UNITED STATES OF AMERICA**

Contact:
6395251740

## CA-YYC-GTW  US-JCC-JC1

**Product Details:**

**[D] EXPRESS WORLDWIDE (42)**

**Payer Details**
FRT: 971785395

**Features / Services (Service Code)**

GoGreen Plus - Carbon Reduced(FE)
Automated Digital Imaging(PJ)

**Shipment Details**

Ref No: 460

Content: court letter

| Cust Decl Shpt Wgt (UOM) / Dim Wgt (UOM): | Pieces |
|---|---|
| 0.1 LB | 1 |

| Name (in Capital Letters) | Signature | Date (DD.MM.YYYY) |
|---|---|---|



WAYBILL 53 7627 7933

License Plates of pieces in shipment

JD014600012758035928

- page 1 of 1 -

# Commercial Invoice

| | |
|---|---|
| **Waybill Number:** 5376277933 | **Terms of Sale (Incoterms):** DDU |
| **Date of Shipment:** 2026/07/25 | **Reason for Export:** Documents |

**From (Shipper)**

Daly Okoro
Daly Okoro
389 Kincora Dr NW

Calgary, AB, T3R1N3
Canada
Phone: (+1) 639-525-1740
Email: okoro.daly@gmail.com
Tax ID:

**To (Consignee)**

Clerk of the Court, United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue, San Francisco
San Francisco, CA, 94102
United States
Phone: 639-525-1740
Email:
Tax ID:

| Quantity | Unit of Measure | Description of Goods | Harmonized Code | Country of Origin | Unit Value (CAD) | Subtotal Value (CAD) | Unit Net Weight |
|---|---|---|---|---|---|---|---|
| 1.0 | Each | court letter | 4911.10 | Canada | $0.00 | $0.00 | 0.00 LB |

| Comments: | | | Number of Packages | Total Value (CAD) | Total Weight |
|---|---|---|---|---|---|
| | | | 1 | $0.00 | 0.00 LB |

The shipper, **Daly Okoro**, certifies that the information contained in this invoice is true and correct and that the contents of this shipment are as stated above.

Page 1 of 1

# Commercial Invoice

| | |
|---|---|
| **Waybill Number:** 5376277933 | **Terms of Sale (Incoterms):** DDU |
| **Date of Shipment:** 2026/07/25 | **Reason for Export:** Documents |

| **From** (Shipper) | **To** (Consignee) |
|---|---|
| Daly Okoro | Clerk of the Court, United States District Court |
| Daly Okoro | Northern District of California |
| 389 Kincora Dr NW | Phillip Burton Federal Building |
| | 450 Golden Gate Avenue, San Francisco |
| Calgary, AB, T3R1N3 | San Francisco, CA, 94102 |
| Canada | United States |
| Phone: (+1) 639-525-1740 | Phone: 639-525-1740 |
| Email: okoro.daly@gmail.com | Email: |
| Tax ID: | Tax ID: |

| Quantity | Unit of Measure | Description of Goods | Harmonized Code | Country of Origin | Unit Value (CAD) | Subtotal Value (CAD) | Unit Net Weight |
|---|---|---|---|---|---|---|---|
| 1.0 | Each | court letter | 4911.10 | Canada | $0.00 | $0.00 | 0.00 LB |
| **Comments:** | | | | **Number of Packages** | **Total Value (CAD)** | **Total Weight** |
| | | | | 1 | $0.00 | 0.00 LB |

The shipper, **Daly Okoro**, certifies that the information contained in this invoice is true and correct and that the contents of this shipment are as stated above.

Page 1 of 1

# Commercial Invoice

| | |
|---|---|
| **Waybill Number:** 5376277933 | **Terms of Sale (Incoterms):** DDU |
| **Date of Shipment:** 2026/07/25 | **Reason for Export:** Documents |

**From** (Shipper)

Daly Okoro
Daly Okoro
389 Kincora Dr NW

Calgary, AB, T3R1N3
Canada
Phone: (+1) 639-525-1740
Email: okoro.daly@gmail.com
Tax ID:

**To** (Consignee)

Clerk of the Court, United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue, San Francisco
San Francisco, CA, 94102
United States
Phone: 639-525-1740
Email:
Tax ID:

| Quantity | Unit of Measure | Description of Goods | Harmonized Code | Country of Origin | Unit Value (CAD) | Subtotal Value (CAD) | Unit Net Weight |
|---|---|---|---|---|---|---|---|
| 1.0 | Each | court letter | 4911.10 | Canada | $0.00 | $0.00 | 0.00 LB |

| Comments: | | | Number of Packages | Total Value (CAD) | Total Weight |
|---|---|---|---|---|---|
| | | | 1 | $0.00 | 0.00 LB |

The shipper, **Daly Okoro**, certifies that the information contained in this invoice is true and correct and that the contents of this shipment are as stated above.