Clerk of Court

I Nichole Evelyn Petersen

(phone # 218-541-0351 / email niceve4422-@ gmail.com / 30673 Rasmussen RD Pequot lakes MN 56472 )

a class 1 member object the application fee in the matter of Rodrigez v. Google (case # 3:20-CV-4688 -RS) because the money belongs to the victims in the matter.

Thank you
Nichole Petersen

FILED

JUL 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7-15-26

Nichole Petersen
30673 Rasmussen RD
Pequot Lakes, MN 56472

SAINT PAUL MN 550

23 JUL 2026 PM 8 L

Freedom
250
forever
USA

RECEIVED
JUL 30 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of Court
U.S. District Court
N. District of California
Philip Burton Building
450 Golden Gate Ave
San fransisco, CA 94102

94102-366199