1. Name: Leyla Samimi, case No. 3:20-CV-4688-RS

mailing address: 2630 MERRICK CT.
LATHROP, CA 95330
(925)332-9487
samimileylah@gmail.com

2. I do not wish to be included in this case, and I do not agree.

3. N/A

4. Signature: LS
Date: 7/26/26

FILED

JUL 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

2630 MERRICK CT.
LATHROP, CA 95330

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF California
PHILLIP BURTON Federal BUILDING
450 Golden Gate Avenue
SAN Francisco, CA 94102

RECEIVED

JUL 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA