Rodriguez v. Google
Case No. 320-cv-4688-RS

Richard Anthony Sandoval
8525 East Avenue U6
Little Rock, CA
93543

**FILED**
JUL 30 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

661 676. 1887
old email: richie 93543@gmail.com
New email: dickieSandoval@gmail com

Reason for Objection: I can not
afford the Counsel's Fee Application

I hire Amanda Bonn
Susman godfrey LLP
1900 Ave. of the stars
Suite 1400
Los angeles, CA
90067

Richard A. Sandoval

Rodriguez v. Google
Case No. 3:20-cv-04688-RS

Richard Anthony Sandoval
8025 East Avenue U6
Little Rock CA
93543
Tel 676 1387
old email: Rickie 73543@gmail.com
new email: dicke Sandoval@gmail.com

Reason for Objection: I can not afford the counsels fee Application

I hire Amanda Bonn
Susman god Frey LLP
1900 Ave. of the Stars
Suite 1400
Los Angeles, CA
90067

Richard A. Sandoval



PRESS FIRMLY TO SEAL





PRESS FIR

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

FOR DOM

Retail

US POSTAGE PAID

Origin: 93543
07/28/26
0543620543-6

**$35.90**



UNITED STATES POSTAL SERVICE.

PRIORITY MAIL EXPRESS®

WHEN USED INTE



This package is made from post-consumer waste. Please recycle - again.