Hello and to whom it may concern, I'm reaching out in-regards to objecting the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS. My full name is Kendra N. Ruff, mailing address 405 Whisnant Street. My telephone number is 704-477-1097 and email address is mskola2580@gmail.com. The reason for my objection is that the requested attorneys' fees are excessive relative to the overall recovery, the percentage of the fund claimed by the lawyers, and in questioning whether the requested amount appropriately reflects the fact that the jury verdict is still being appealed.

FILED

JUL 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Kendra R.
405 Whisnent St.
Shelby NC 28150

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

JUL 27 2026
SHELBY N
28150-9999 USPS
FOREVER / USA

RECEIVED
JUL 30 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

941028992 C017