June 30, 2026

My written objection to the Fee Application in regards to Rodriguez v Google, Case No. 3:20-CV-4688-RS.

From:

    John L. Kemmis
    109 Abbey Drive
    Geneseo, IL 61254
    (309) 738-8293, cell phone
    (309) 944-5063, home home
    bluepen61@gmail.com, email address



**FILED**

JUL 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To:    Clerk of the Court ✓
    United States District Court
    Northern District of California
    Phillip Burton Federal Building
    450 Golden Gate Avenue
    San Francisco, CA 94102

To:    Mark C. Mao
    Beko Reblitz-Richardson
    BOIES SCHILLER FLEXNER LLP
    44 Montgomery St., 41st Floor
    San Francisco, CA 94104

To:    Notice Administrator
    PO Box 2749
    Portland, OR 97208-2749

My objections to the Class Counsel's Fee Application:

Objection No. 1.

I object to the $12,422,374.42 reimbursement costs and expenses incurred by Class Counsel and the $135,000 service fee. I am surprised that the court would consider the idea that the victims of Google's breach of contract would pay for these expenses. Google extended to us, the victims, this contract and they agreed to follow the terms. But obviously they did not follow their own terms. This appears to be the money model they chose to follow even before offering this contract to us. It would seem customary for the perpetrator (Google) to pay for making whole the prevailing injured victims, not the victims making whole their own Counsel. If the victims didn't prevail, would Google be on the hook to pay the Counsel fees for the class? I wonder.

Objection No. 2.

I object to Counsel's request to take thirty-three percent (33%) of the victims' award of $425,651,947 plus interest. Besides Google using our account and information as part of their money making scheme which benefitted them well beyond this meager award, our own Counsel now comes before the court as a victim too? I am confused. Who are the thieves and who are the victims? It appears that the class action counsel is attempting stealing from me and appears to make it legal. I am surprised that the court would allow this. If I were judge, this request would get tossed in a heartbeat.

I have not hired any lawyers to represent me for this objection.

I urge the court to decline the Counsel's Fee Application as presented and to direct Google to pay our Counsel's Fee Application request.

Thank you for your attention in this matter.

Sincerely,

John L. Kemmis

John L. Kemmis
109 Abbey Drive
Geneseo, IL 61254-9148

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco  CA  94102

RECEIVED

JUL 3 0 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA