Page 1

SCANNED

16 July 2026

Robert James Gray
sgltysoiop@gmail.com
1-253-293-1072

Notice Administrator
PO Box 2749
Portland, OR 97208-2749

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**

JUL 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Greetings:

3:20-CV-4688-RS

When I read this email I did not like the looks of this case at all. The Plaintiffs won invasion of privacy and intrusion upon seclusion, but lost CDAFA, which means they can have their AI and other ideas stolen for free by Google and all the power of the internet. The plaintiffs are supposed to want privacy which is convenient for Google because in seclusion the Plaintiffs have no one to help them be paid for their stolen ideas.

(over)

Robert James Gray

Sqltysaidp@gmail.com

1-253-293-1072

6 July 2026

Most of AI is built from stolen ideas from people like me.

I object to the fee Application because I object to the structure of this case. Also, none of the attorney's in the case were going to pay me anything anyway, so I may as well object to them being paid too.

I need money, so I will accept the money of the case. I should receive over $1,000,000.

Robert James Gray

Case 3:20-cv-04688-RS    Document 988    Filed 07/30/26

RECEIVED

JUL 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Robert James Gray
sg1ty5a18p@gmail.c
1-253-293-10

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA    94102