**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA**

## OBJECTION (written)



FILED

AUG −3 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Honorable Judge,

My name is Daniel Niehaus and I received an email a couple of months ago about this lawsuit:

Rodriguez V. Google – 3:20-CV-4688-RS.

The information states that I have until July 30th 2026 to make a decision if I choose to be removed from the case.

I have left messages without response:

Bill Carmody  (Susman Godfrey) – 212-336-8330 – 06/29 msg and 07/22 msg

James Lee (Morgan and Morgan) – 305-357-8434 – 06/29 msg and 07/22 msg

Amanda Bonn (Susman Godfrey) – 310-789-3100 – 06/26 msg and 06/29 msg and 07/22 msg

Beko Reblitz Richardson (Boies Schiller Flexner LLP) – 415-293-6804 – 06/26 msg and 06/29 msg and 07/22 msg

**The questions which I need an answer to in order to make an informed decision is 1) how many users are in the different classes: a. Android class and b. non-Android class and 2) Is the $440M gift split equally per individual? or first by class and then by number of individuals in that class?**

uneducated legal opinion:  I find it unusual that there has been a ruling asking Google to pay ~$440M but the payment has been vacated until a later time.  Given that there has been a ruling against Google, the lawyers want to be compensated today.  From the documents received, it seems that the amount is increasing in value (gaining interest).  The obvious question is:  Is there any scenario that a plaintiff would be responsible for the legal fees without the $440M being paid?  Noone would agree to that.

(is this a derivative or margin call?)

Given my understanding of the given scenario at this time, I do not believe I have a choice in the matter.  Please remove me from Rodriguez V. Google – 3:20-CV-4688-RS.

Written Objection:

I, Daniel Niehaus, object to the Fee Application in Rodriguez V. Google, Case No. 3:20-CV-4688-RS.

Daniel Niehaus (Pro se)

Twin Towers East, 24th Floor, Peoria, IL  61602 – 7086065382 – Niehaus.Daniel.R@gmail.com

Reason for objection:  I was not able to perform an accurate risk(benefit) analysis based on insufficient information.

Please feel free to contact me with any questions.  708-606-5382

Respectfully,

Daniel Niehaus

**MARK B. BUSBY, CLERK OF THE NORTHERN DISTRICT OF CALIFORNIA**

Original – Court     Copy – Plaintiff     Copy – Defendant

TWIN TOWERS PLACE

DANIEL NIEHAUS

EAST TOWER FLOOR 24

PEORIA, IL 61602

**PRIORITY MAIL**

**TRACKED ★★★ INSURED ★**

**UNITED STATES POSTAL SERVICE®**

For Domestic and International Use    Label 107R, May 2014

Clerk of the C
United Sta
Northern Di
Phillip Burto
450 Gold
Roo
San Fran

OF CALIFORNIA

RICT COURT

2026

IVED

EXPECTED DELIVERY DAY: 08/01/26

USPS TRACKING® #

9505 5122 9488 6210 0450 42

Retail

UNITED STATES
POSTAL SERVICE®

RDC 03

94102

0 Lb 0.70 Oz

U.S. POSTAGE PAID
PM
PEORIA, IL 61601
JUL 29, 2026

$15.60

S2322W500316-99

ourt – Mark B. Busby
tes District Court
strict of California
n Federal Building
en Gate Avenue
n 16-1120
isco, CA 94102

NORTHERN DISTRICT
CLERK, U.S. DIST

AUG – 3

RECE

ID TAG



XXXX X710 5418 0820 6561 22
Label 884-02, Feb. 2024
PSN 7690-19-000-3109