FILED

AUG - 3 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7-20-2026

To Whom It May Concern:
I, Nicole Ann Reed, object to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS

Nicole Ann Reed
11815 Township Road 145
Apt #215
Findlay, OH 45840

My objections:
1) invasion of privacy
2) intrusion upon seclusion
3) Violation of the Comprehensive Computer Data Access and Fraud Act

My lawyers:
1) Mark C. Mao
2) James Lee
3) John A. Yanchunis
4) Ryan J. McGee
5) Bill Canody
6) Amand Bonn

Nicole Reed

1815 Township Rd 145
Apt #215
Findlay, OH 45840

RECEIVED

AUG - 3 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102