Portland, OR 97208-2749

FILED

AUG 0 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Objection to Class Counsel's Fee Application

Case Name: Rodriguez v. Google LLC

Case No.: 3:20-CV-4688-RS

Dear Judge and Class Counsel,

I am a member of the Class in the above-referenced caso Rodríguez contra Google, Caso No. 3:20-CV-4688-RS  . I am writing to formally object to the Fee Application submitted by Class Counsel.

I object to the request for attorneys' fees equal to 33% of the judgment (verdict plus interest). I believe this percentage is excessive given the circumstances of the case, the fact that no money is currently available for distribution to class members, and the uncertainty caused by Google's pending motions to vacate the judgment and potential appeals.

Reducing the attorneys' fees would ensure that a larger portion of the eventual recovery, if any, remains available for the class members who suffered the privacy violations.

I declare under penalty of perjury that the foregoing is true and correct.

Sincerely,

Maribel Rodriguez Rosario

Maribel Rodriguez Rosario

Celestial 2010 urbanizacion Los Angeles

Carolina, Puerto Rico, 00979

787-568-2424

terruno_realty@yahoo.com


1 de julio de 2016, June 7, 2026


VIA U.S. MAIL / PRIVATE COURIER


1. TO THE COURT:

Clerk of the Court

United States District Court, Northern District of California

Phillip Burton Federal Building

450 Golden Gate Avenue

San Francisco, CA 94102


2. TO CLASS COUNSEL:

Mark C. Mao / Beko Reblitz-Richardson

BOIES SCHILLER FLEXNER LLP

44 Montgomery St., 41st Floor

San Francisco, CA 94104


3. TO NOTICE ADMINISTRATOR:

Notice Administrator

Rodriguez v. Google LLC

PO Box 2749

Maribel Rodriguez Rosario
Celestial 2010 ubanizacion
Los Angeles, Carolina, Puerto
Rico, 00979-1760

United States District Court, Northern of California
Philip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED

AUG 03 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA