Jacqueline Wilson
2105 Monticello Court
Ft Washington, MD 20744

301.335.4973
Email: msmba93@gmail.com

July 30, 2026

**FILED**

AUG 0 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**VIA FIRST-CLASS MAIL**
Clerk of the Court
United States District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Objection to Class Counsel's Application for Expenses**
**Case Name: _Rodriguez v. Google LLC_**
**Case Number: 3:20-cv-04688-RS**

To the Honorable Judge Richard Seeborg:

I am writing as a Class Member in the above-captioned lawsuit to formally object to
Class Counsel's application for $12.4 million in litigation expenses. I do not object to the
settlement itself, but I object to the requested expenses on top of the proposed 33%
attorneys' fee for the following reasons:

1. **The Proposed 33% Fee Already Compensates for Operational Risk**
   Class Counsel is asking for 33% of the common fund. This significantly exceeds
   the 25% "benchmark" fee typically awarded in the Ninth Circuit. Because a 33%
   award already represents an extraordinary premium that richly rewards the
   lawyers for their work and risks, granting an additional $12.4 million out of the
   same fund constitutes unfair "double-dipping." The high percentage fee should
   absorb standard operational overhead.

2. **Lack of Transparency and Detailed Itemization**
   Under Federal Rule of Civil Procedure 23(h), the court must find that requested
   expenses are "reasonable." Class Counsel has failed to provide Class Members
   with a publicly accessible, line-by-line itemization of these massive expenses.
   Without explicit transparency, neither the Class Members nor the Court
   can properly evaluate if these costs were truly necessary to the litigation.

3. **Failure to Exercise Cost-Containment and Economy**
   Class Counsel owes a fiduciary duty to the Class to maximize the recovery meant

for the victims. A request of over $12 million suggests a failure to practice proper economy. Class funds should not be diluted by potentially extravagant travel, luxury accommodations, or administrative overhead.

For these reasons, I respectfully request that the Court scrutinize and reduce the requested $12.4 million expense award to ensure the class recovery is preserved. I declare under penalty of perjury that I am a member of the Class because I received the official email notice and had my "Web & App Activity" settings turned off or paused during the relevant timeframe.


Sincerely,

Jacqueline M Wilson
Jacqueline Wilson

2

Wilson, Jacqueline
2105 Monticello Court
Ft Washington, MD 20744

CAPITAL DISTRICT 208

30 JUL 2026   PM 2  L

William F. Buckley, Jr.
FOREVER USA

**RECEIVED**

AUG 0 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court,
Northern California
Phillip Burton Federal Building
450 Golden Gate Ave
San Francisco, CA 94102

94102-348999