

Peter Brian Jones
PO Box 4004
Port Vila, Vanuatu
Email: pj.vanuatu@gmail.com

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Objection to Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS**

Dear Clerk of the Court,

I, Mr Peter Brian Jones, submit this written objection to the Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS.

I object to the request for attorneys' fees equal to 33% of the judgment, the request for reimbursement of costs and expenses in the amount of $12,422,374.42, and the request for $135,000.00 in service awards for the three class representatives.

My reasons for objection are as follows:
1. The requested attorneys' fee percentage is excessive in light of the amount at issue and should be reduced by the Court.
2. The requested reimbursement of costs and expenses should be carefully scrutinized to ensure that only reasonable and properly documented amounts are approved.
3. The requested service awards should also be reviewed to ensure they are justified and proportionate.
4. Any fee and cost award approved by the Court will reduce the compensation ultimately available to class members, if any is awarded.

I request that the Court deny the Fee Application as submitted or, at minimum, reduce the requested attorneys' fees, costs, expenses, and service awards to amounts the Court finds fair and reasonable.

My contact details are:
Mr Peter Brian Jones
PO Box 4004
Port Vila, Vanuatu
Email: pj.vanuatu@gmail.com

Respectfully submitted,

Peter Brian Jones
02 June 2026

RR 016 461 892 VU

Clerk of Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 B Golden Gate Av
San Francisco          CA          9412

USA

RECEIVED

AUG 0 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

300

VANUATU

Peter Jones
PO Box 4004
Port Vila

Vanuatu