BW

FILED

AUG 17 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Ms. Shelia Bedford
11322 SE 55th Ave Rd Unit 2202
Bellview Fla 34420

Case No: 3:20-CV-4688-RS

To: Clerk of Court
United states District court Northern District of California

Today Im writing the Courts about the written objection to the google Settlement lawsuit. I do not have the money to pay for court case fee.

BW

FILED

JUL 16 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shelia Bedford
11322 SE 55th Ave Rd unit 2202
Belleview FLA 34420

JACKSONVILLE RPDC
13 AUG 2026 PM 4 L

FOREVER USA

RECEIVED

AUG 17 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

94102-348999