**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 20-cv-04688-RS<br><br>**DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING OBJECTIONS NOT FILED WITH THE COURT** |

I, Cameron R. Azari, Esq., declare as follows:

1. My name is Cameron R. Azari. The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business.

2. I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

3. I am a Senior Vice President of Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Managing Director of Epiq Legal Noticing (aka Hilsoft Notifications), a business unit of Epiq that specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plan. Epiq and Epiq Legal Noticing will hereinafter be referred to as "Epiq."

4. On May 31, 2024, the Court in its *Order Granting Plaintiffs' Motion to Direct Notice to the Certified Classes* appointed Hilsoft Notifications and myself as the class notice administrator. I have filed multiple declarations in this matter, which describe my experience and expertise and provide other information about notice processes. *See* Dkt. 370-1 (Mar. 7, 2024) (regarding plan to notify class members of class certification); Dkt. 395-3 (Apr. 26, 2024) (regarding amended plan to

notify class members of class certification); Dkt. 465 (Mar. 20, 2025) (regarding successful completion of notification of class certification) ("Implementation Declaration"); Dkt. 468 (Apr. 2, 2025) (regarding updated settlement administration statistics for exclusion requests and Amended Exclusion Report) ("Supplemental Implementation Declaration"); and Dkt. 729-1 (Mar. 23, 2026) (regarding the Fee Application Notice Plan) ("Fee Application Notice Plan Declaration").

**<u>OBJECTIONS</u>**

5. As the Court approved class administrator, Epiq has received 32 objection-related documents that have *not* been filed on the Court's Docket as of the date of this declaration. The 32 objection-related documents are included as **Exhibits 1-32**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August, 18, 2026.

Cameron R. Azari, Esq.