# Exhibit 2

[redacted]

Date: May 25, 2026

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Objection to Fee Application
Rodriguez v. Google
Case No. 3:20-CV-4688-RS

To the Court:

I am a Class Member, or potential Class Member as identified in the notice I received, in Rodriguez v. Google, Case No. 3:20-CV-4688-RS. I received notice regarding Class Counsel's Fee Application, and I respectfully submit this written objection to the requested attorneys' fees, expenses, and service awards.

I do not object to Class Counsel receiving reasonable compensation for the work performed in this case. I understand this was significant litigation that resulted in a jury verdict in favor of the Classes. However, I object to the requested attorneys' fees of 33% of the judgment, including interest, because that percentage appears excessive and should be carefully reviewed by the Court before approval.

As I understand it, Class Counsel is requesting attorneys' fees equal to 33% of the judgment, including both the jury verdict and continuing interest, plus $12,422,374.42 in costs and expenses, and $135,000.00 in total service awards for the three class representatives. Because these amounts will reduce, or may reduce, the compensation ultimately available to Class Members, I ask the Court to closely scrutinize the request.

My objection is based on the following concerns:

1. The requested 33% fee appears to exceed the commonly referenced 25% benchmark used in percentage-of-recovery class action fee awards in the Ninth Circuit.
2. I am concerned that calculating attorneys' fees on both the jury verdict and continuing interest may further reduce the amount available to Class Members.
3. I ask the Court to conduct a careful lodestar cross-check and determine whether the requested percentage would create a windfall compared with the actual time, labor, risk, and results achieved.
4. I ask the Court to carefully review the requested $12,422,374.42 in costs and expenses to ensure they are adequately documented, reasonable, and necessary.

5. I ask the Court to carefully review the requested $135,000.00 in service awards and determine whether those awards are reasonable in light of the recovery available to ordinary Class Members.

I respectfully request that the Court reduce the requested attorneys' fee percentage to an amount the Court finds reasonable, including consideration of the Ninth Circuit's 25% benchmark, and ensure that any approved fees, expenses, and service awards are fair to the Classes as a whole.

I have not hired any attorney to represent me for this objection. No current or former lawyer has been retained by me or will be paid by me in connection with this objection.

I declare under penalty of perjury that the information above is true and correct to the best of my knowledge.

[redacted]

Date: May 25, 2024

## CERTIFICATE OF SERVICE

I, [redacted], certify that on May 25, 2026, I mailed true and correct copies of my Objection to Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS, by U.S. Mail to the following:

**Court:**

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

**Class Counsel:**

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

**Notice Administrator:**

Rodriguez v. Google Notice Administrator
PO Box 2749
Portland, OR 97208-2749

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2026, at Concord, California.

[redacted]

[redacted]

CERTIFIED MAIL

[redacted]

Retail

UNITED STATES POSTAL SERVICE

RDC 99

[redacted]

UNITED STATES POSTAL SERVICE®

CERTIFIED MAIL®

FOR USE ONLY WITH IMpb SHIPPING LABEL

Rodriques vs Google Notice Administrator
P.O. Box 2749
Portland, OR 97208-2749

[redacted]