# Exhibit 3

May 25, 2026

To the Class Counsel and Notice Administrator:

I'm writing to object to the Fee Application in *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS.

My name is [redacted]

My address is: [redacted] (and was several other addresses that may be on record for the period in question)

The reason for my objection is that these fees do not fairly represent the legal costs incurred, the time/effort involved and the value these lawyers have delivered to the class.

I have not hired a lawyer regarding this objection.

Thanks in advance for your consideration of this objection.

Sincerely,

[redacted]

[redacted]

[redacted]

Notice Administrator
P.O. Box 2749
Portland, OR 97208-2749

[redacted]