# Exhibit 4

May 25, 2026 2:07pm

[redacted]

Reason for my objection, and any legal support:

① Lack of transparency

② Inadequate benefit to the class member (myself)

This includes the following lawyers:

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Fransisco, CA 94104

James Lee
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., 28th floor
Miami, FL 33131

John A. Yanchunis
Ryan J. McGee
Morgan & Morgan
201 N. Franklin St.
7th floor
Tampa, FL 33602

Bill Carmody
SUSMAN GODFREY LLP
One Manhattan West
50th floor
New York, NY 10001

Amanda Bonn
SUSAN GODFREY LLP
1900 Ave. of the Stars,
Suite 1400
Los Angeles, CA 90067

Objector:
[redacted]

p2 of 2

[redacted]

[redacted]

Notice Administrator
PO Box 2749
Portland, OR 97208-2749

[redacted]