# Exhibit 5

[redacted]

OBJECT TO ANY FEE,

ITS EXTORTION.

[redacted]

THE LAWYERS TOOK 34%

THEY CAN Pay any FEE.

RICH NAZIS. EXTORTION LAWYERS,

I WON AWARD BY LAW NOT THE LAWYERS,

Its A Crime to EXTORT FEES,

WHEN THEY TOOK 34%. AlREADY,

[redacted]

6-2-26

SUBJECT:

Google Wed & App Activity

Class Counsels FEE App

[redacted]

[redacted]




Notice ADMIN.
P.O. Box 2749
Portland, OR. 97208-2749

Google Web & App Act.
Class Counsel's FEE App [redacted]