# Exhibit 7

**From:** [redacted]

**To:** Notice Administrator
PO Box 2749
Portland, OR 97208-2749

**Re: Objection to Attorneys' Fees in Rodriguez v. Google LLC**

To the Noticer Administrator:

I am a member of the Settlement Class in the above-referenced matter. I respectfully submit this letter to **object to the requested award of attorneys' fees.**

**1. The requested fees are disproportionate to the benefit received by class members**

While Class Counsel seeks a substantial fee award, the **expected individual recovery for class members is minimal**, likely only a few dollars per person. A fee request that consumes a significant portion of the common fund reduces the already modest compensation available to millions of affected users.

**2. The fee request appears excessive relative to the complexity and outcome of the case**

Although this litigation involved meaningful work, the requested fees appear **disproportionate to the results achieved for the class.** Courts have repeatedly emphasized that fee awards must be reasonable in relation to the actual monetary benefit conferred.

**3. The Court should apply heightened scrutiny**

Given the size of the class and the limited per-person recovery, I respectfully request that the Court:

- Conduct a **rigorous lodestar cross-check**
- Reduce any multiplier that is not clearly justified
- Ensure that the fee award aligns with the **best interests of the class**, not merely counsel

**4. I do not intend to appear at the hearing**

I submit this objection in writing and do not plan to appear at the final approval hearing, though I reserve the right to do so if circumstances change.

Thank you for your consideration and for ensuring that the interests of class members are protected.

[redacted]

[redacted]

[redacted]




Notice Administrator
P.O. Box 2749
Portland, OR
[redacted] 97208-2749