# Exhibit 8

**United States District Court**
**Northern District of California**

**Rodriguez v. Google LLC**
Case No. 3:20-CV-4688-RS

**Objection to Fee Application**

I, [redacted] member of the settlement class in this case.

I hereby object to the Fee Application filed in Rodriguez v. Google LLC, Case No. 3:20-CV-4688-RS.

My reasons for objecting are as follows:

1 The requested attorneys' fees appear excessive in comparison to the benefit that settlement class will receive. As for me I will have to pay out of pocket and I do not have the funds to do such a thing. I am barely making it day by day with my bills piling up.

2 The Court should carefully review whether the requested fees are reasonable and proportional to the results obtained for the class.

3 Reducing the fee award would increase the amount available to compensate class members who were affected by the conduct alleged in this case. I respectfully request that the Court deny or reduce the requested attorneys' fees.

Date: 06/03/2026

Signatur[redacted]

Printed Name: [redacted]

[redacted]

[redacted]

Notice Administrator
PO Box 2749
Portland, OR 97208-2749

[redacted]