# Exhibit 12

May 22, 2026

Mark C. Mao
Beko Reblitz-Richardson
Boies Schiller Flexner LLC
44 Montgomery St, 41st Floor
San Francisco, CA 94104

RE: Rodriguez v. Google
#3:20-CV-4688-RS

Dear Sir,

I am objecting to the Fee Application in Rodriguez v. Google 3:20-CV-4688-RS. I did nothing wrong, Google did.

[redacted]

Thank You

cc: Clerk of US District, Northern California
Notice Administration

[redacted]

[redacted]

Mark C. Mao
BEKO Reblitz-Richardson
Boies Schiller Flexner LLC
44 Montgomery St, 41st Floor
San Francisco, CA 94104

[redacted]