# Exhibit 14

[redacted]

To Whom it May Concern,

I, [redacted] formally contest the fee application in Google's data breach to protect our payout from being significantly depleted by excessive attorney fees. This letter is written to protect the money that should be distributed to affect users.

My objection requests the judge to be proportional to the actual benefit provided to the class. Lawyers should be rewarded for their success rather than simply dragging out litigation to generate massive legal fees.

Sincerely,

[redacted]

[redacted]

[redacted]

Notice Administration
PO Box 2749
Portland, OR 97208-2749

[redacted]