# Exhibit 18

Notice Administrator 6-13-26

Rodriguez v. Google LLC

Objection to Fees + costs.

Plaintiff on SSDI
Android Class I

Claims -
- Invasion of Privacy
Intrusion ~~of~~ upon seclusion.
violation of comprehensive
computer data access and
Fraud Act <CDAFA>

[redacted]

[redacted]

[redacted]

Notice Administrator
PO Box 2749
Portland, OR 97208-
2749

[redacted]