# Exhibit 19

June 6, 2026

Name: [redacted]
Address
phone:
email:

Dear Sirs,

Google's lawyers should not receive their requested application fee nor any other compensation for their involvement with this federal trial.

Google was found guilty of unlawful collection of information which includes deceiving users who thought that by turning of the phone's ability to be tracked, collection of information had been prevented.

This fee application should be denied.

Sincerely,

[redacted]

[redacted]

[redacted]

Notice Administrator
PO BOX 2749
Portland, OR 97208-2749

[redacted]