# Exhibit 20

June 14, 2026

Notice Administrator

PO Box 2749

Portland, OR 97208-2749

To: Administrator

From: [redacted]

Re: *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS

1. Name: [redacted]
   Mailing Address: [redacted]
   Cellphone [redacted]
   Email: [redacted]

2. I am objecting to the fee application and any legal support for your objection from the class action council below:

Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, CA 94104

John A. Yanchunis
Ryan J. McGee
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

Bill Carmody
SUSMAN GODFREY LLP
One Manhattan West
50th Floor
New York, NY 10001

Amanda Bonn
SUSMAN GODFREY LLP
1900 Ave. of the Stars,

James Lee
BOIES SCHILLER
FLEXNER LLP
100 SE 2nd St., 28th Floor
Miami, FL 33131

Suite 1400
Los Angeles, CA 90067

[redacted]

[redacted]

[redacted]




Notice of Administrator
P.O Box 2749
Portland, OR 97206-2749

[redacted]