# Exhibit 21

[redacted]

00142715200000011

Mark C. Mao
Beko Reblitz-Richardson BOIES SCHILLER FLEXNER LLP
44 Montgomery St
41st Floor
San Francisco CA 94104
USA

Dear Class Counsel for

# Rodriguez v. Google LLC

Case No. 20-cv-4688-RS (N.D. Cal.),

I believe I am a class member. I wish to file a Fee A|
The email address affected is [redacted]

I prefer a respond at [redacted] wi
instructions or requests for additional information to
filing of my Fee Application.

Thank you,

[redacted]

[redacted]

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

0014271520000011
Mark C. Mao
Beko Reblitz-Richardson BOIES SCHILLER F
44 Montgomery St
41st Floor
San Francisco CA 94104
USA

[redacted]