# Exhibit 22

To: Notice Administrator :

Rodriguez V. google
Notice Administrator
P.O. Box 2749
Portland, OR 97208-2749

From:
Name: [redacted]
Address:
Phone :
Email :

Rodriguez V. google, Case No : 3:20-cv-04688-RS
Objection to fee application submitted

Dear Sir,

I purchased an oppo reno 12F phone with google services on 15/12/20 My previous phone was an iphone 8 plus bought from the U.S.A and the sim card was a myanmar sim card No: [redacted].

From July 1, 2016 - 23/10/2024, I turned off the web and app activity setting on my iphone (Factory reset) on 7/6/2026, and I also turned off the oppo reno 12F. I also did not deny invasion of privacy and intrusion upon seclusion. I apologise, I did not know this would be a problem.

Class councel said that this [redacted] was sent about me. I don't know who it is. I would like to object to the fee application that must be paid by July 30, 2026. I am not suing Google. I'm apologise and do nothing. I don't need to get payment. Don't sue me, google, please, I don't know, I didn't ask for anything from google. I am writing this letter from an unknown person with the [redacted], claiming to be a member. Who is he?

Please reduce fee application for one device US$3.
I reset of the oppo reno 12F and I bought a Huawei nova Y73 on 14/6/202

Thank you Sir, [redacted]

From: [redacted]

Notice Administrator: Rodriguez V. Google
Notice Administrator
P.O. Box 2749
Portland, OR 97208-2749

[redacted]


[redacted]