# Exhibit 25

July 14, 2026

[redacted]

Regarding case # Rodriquez vs. Google
Case No. 3:20-cv 4688 -RS

I opt out : to be excluded from the fees application, I don't feel like this applies to me —

Thank you —
[redacted]

FILED

JUL 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MKH

[redacted]




RECEIVED
JUL 14 2026

[redacted]

Clerk of the Court
United States District Court
Northern Distict of California
Phillip Burton Federal Building
450 Golden Gate Avenue
[redacted] San Francisco Ca 94102

