# Exhibit 26

[redacted]

I object to the fee application in Rodriguez vs Google, Case No 3:20-CV-4688-RS.

[redacted]

I Don't Share my information

I object because I think the fee are way too high.

No lawyers are representing me.

[redacted]

7/23/2026

[redacted]

[redacted]




Mark C. Mao
Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
44 Montgomery ST., 41st floor
SAN FRANCISCO, CA
94104

[redacted]