# Exhibit 27

From: [redacted]

Rodriguez, v. Google, Case No. 3:20-CV-4688-
For Me: Emailed on: May 23, 2026, at: 8:18AM: "RS"
Subject: Court-Ordered Notice of Class Action Lawsuit!
Rodriguez v Google LLC.
Lawsuit Concerning: Google Web App Activity Lawsuit!

United States District
Court For The Northern
District of California

Objector:

Reasons: I, [redacted] Object for: "The Fee Application in Rodriguez v. Google, Case No. 3:20-CV-4688-RS", 1. Due For: Uncertainty in The Google Funding situation, 2. I, Unfortunately, Do Not have any funds For Cover: The Fee Application, 3. After, I

3. Meet my Obligations, I Unfortunately, Do Not Have any Funds To Cover The Fee Application and, 4. Unfortunately, I feel, that, An Upfront Fee Application for fees is Unfair,,, When, There are No Lawsuit Funds and It is No Garantee, If, Funds or Benefits Will Ever Be PAID-Out, and No Funds are Available at this Time.

Thank you,

[redacted]

[redacted]




Rodriguez v. Google
Class Counsel and the Notice
P.O. Box 2749. Administrator
Portland, OR 97208-2749.

[redacted]