# Exhibit 28

July 15th, 2026

Settlement Administrator,

After receiving an email regarding a Notice of Proposal Class Action Settlement, I am sending you this "Opt-Out Letter" requesting to be excluded from the Settlement Class listed below:

*Rodriguez v. Google*, Case No. 3:20-CV-4688-RS;

Thank you,

[redacted]

[redacted]

To: Notice Administrator
PO Box 2749
Portland, OR 97208-2749

[redacted]

[redacted]




PO Box 2749
Portland, OR 97208-2749

[redacted]