# Exhibit 29

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No. 20-cv-4688-RS

OBJECTION OF CLASS MEMBER

Submitted by:

[redacted]

To the Honorable Court, Class Counsel, and the Notice Administrator:

I am a member of the certified class in Case No. 20-cv-4688-RS and respectfully submit this objection concerning the proceedings, any proposed judgment affecting class recovery, and any application for attorneys' fees and costs that may be considered by the Court.

The jury found Google liable for invasion of privacy and intrusion upon seclusion arising from Google's collection and use of data from non-Google mobile applications despite users having Web & App Activity ("WAA") and/or supplemental Web & App Activity ("sWAA") turned off or paused. These findings are significant because they concern the privacy rights of millions of individuals who reasonably believed they had disabled such collection through Google's own privacy controls.

My objection is based upon the following grounds:

1. The privacy violations found by the jury were substantial.

The conduct at issue allegedly occurred over many years and involved the collection, storage, and use of user activity data despite settings that reasonably communicated to users that such activity tracking had been disabled. The jury's liability findings demonstrate that these concerns were not merely technical violations but constituted actionable invasions of privacy.

2. Any recovery to class members should reflect the seriousness of the violations.

Personal data has value. Privacy has value. When a corporation is found liable for invading the privacy of individuals on a massive scale, the relief provided to affected class members should be meaningful and proportional to the nature and duration of the misconduct found by the jury.

3. The Court should carefully scrutinize any request for attorneys' fees.

I recognize and appreciate the work performed by Class Counsel. However, any fee award should remain proportional to the actual benefit received by class members.

The primary purpose of this litigation should be to compensate affected individuals and promote accountability rather than disproportionately rewarding attorneys at the expense of the class.

4. Additional safeguards should be considered.

Given the jury's findings, I respectfully request that the Court consider whether additional transparency requirements, monitoring mechanisms, privacy protections, or other injunctive measures are necessary to ensure that similar conduct does not occur in the future.

REQUEST FOR RELIEF

For these reasons, I respectfully request that the Court:

A. Carefully review and, if necessary, modify any proposed recovery structure to ensure meaningful relief for class members;

B. Closely examine any request for attorneys' fees and costs for reasonableness and proportionality;

C. Consider additional privacy protections and oversight measures; and

D. Grant any other relief the Court deems just and proper.

I submit this objection in good faith as a member of the affected class and appreciate the Court's consideration of these concerns.

Respectfully submitted,

[redacted]
Date: 7/3/2026

[redacted]

[redacted]




Rodriguez V GOOGLE
P.O. Box 2749
Portland, OR 97208-2749

[redacted]