# Exhibit 30

[redacted]

I object to the Lawyers fee's because it would be a Financial Hardship to pay this fee.

[redacted]

CASE NO. 833514640 1BEP

[redacted]

[redacted]



Notice Administrator
PO Box 2749
Portland, OR 97208-2749

[redacted]