# Exhibit 31

[redacted]

To; class counsel Mark C. MAO

Today im writing this statement to say I do not have mony to pay for the written objection concerning the google Lawsuit settlement. I cant afford the court cost,

[redacted]




MARK C. Mao
Beko Reblitz Richardson
Boies Schiller Flexner LLP
44 montgomery st 41st Floor
San Francisco CA
[redacted] 94104