# Exhibit 32

I, [redacted], who resides at [redacted]

wish to opt out of the Class action settlement regarding *Rodriguez v. Google*, Case No. 3:20-CV-4688-RS

My personal phone number is [redacted], and my personal email is [redacted], both of which can be used for communication regarding this case if anything else is required from me.

[redacted]

[redacted]

[redacted]




Notice Administrator

PO BOX 2749

Portland, OR 97208-2749

[redacted]