United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 20-cv-04688-RS

**ORDER DENYING ABSENT CLASS MEMBER MICHAEL MAYES'S MOTION TO APPEAR REMOTELY**

Absent Class Member Mr. Mayes's Motion to Appear Remotely is denied. Mr. Mayes's Motion for Relief from the Judgment and to Enlarge Time will be decided on the papers pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED**.

Dated: August 20, 2026

RICHARD SEEBORG
United States District Judge