United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIBAL RODRIGUEZ, et al.,
Plaintiffs,

v.

GOOGLE LLC,
Defendant.

Case No. 20-cv-04688-RS

**ORDER DENYING VARIOUS REQUESTS TO BE EXCUSED FROM THE JUDGMENT**

Three class members, Nicholas Johnson, Michael Mayes, and Doris Walker, have, in various forms moved for relief from the judgment. Mr. Johnson moves for a "late exclusion" from the judgment. Mr. Mayes moves for relief from the judgment under Rule 60(b)(1) and to enlarge the time to opt out under Rule 6(b)(1)(B). Ms. Walker moves to vacate the judgment under Rule 60(b)(4) and to intervene under Rule 24(a)(2) or (b).

These requests are denied. The deadline to opt out of the class has expired, and these individuals have not demonstrated that the notice provided to the class members was deficient either under Rule 23(c)(2)(B) or the Due Process Clause of the United States Constitution. That these individuals did not receive actual notice does not mean the process used was not "the best notice that [was] practicable under the circumstances." Fed. R. Civ. P. 23(c)(2)(B); *see Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950) ("An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections.").

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: August 20, 2026

RICHARD SEEBORG
United States District Judge