**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 20-cv-04688-RS<br><br>**DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING IMPLEMENTATION AND ADEQUACY OF FEE APPLICATION NOTICE PLAN** |

I, Cameron R. Azari, Esq., declare as follows:

1. My name is Cameron R. Azari. The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business.

2. I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

3. I am a Senior Vice President of Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Managing Director of Epiq Legal Noticing (aka Hilsoft Notifications), a business unit of Epiq that specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plan. Epiq recently rebranded Hilsoft Notifications as Epiq Legal Noticing. Epiq and Epiq Legal Noticing will hereinafter be referred to as "Epiq."

4. On May 31, 2024, the Court in its *Order Granting Plaintiffs' Motion to Direct Notice to the Certified Classes* appointed Hilsoft Notifications and myself as the class notice administrator. I have filed multiple declarations in this matter, which describe my experience and expertise and provide other

information about notice processes similar to the one proposed here. *See* Dkt. 370-1 (Mar. 7, 2024) (regarding plan to notify class members of class certification); Dkt. 395-3 (Apr. 26, 2024) (regarding amended plan to notify class members of class certification); Dkt. 465 (Mar. 20, 2025) (regarding successful completion of notification of class certification) ("Implementation Declaration"); Dkt. 468 (Apr. 2, 2025) (regarding updated administration statistics for exclusion requests and Amended Exclusion Report) ("Supplemental Implementation Declaration"); Dkt. 729-1 (Mar. 23, 2026) (regarding the Fee Application Notice Plan) ("Fee Application Notice Plan Declaration"); and Dkt. 1,000 (August 19, 2026) (regarding objection-related documents not filed on the Court's Docket) ("Objection Declaration").

5. Class Counsel consulted with me to determine an appropriate plan to notify the certified Classes of Plaintiffs' Fee Application. The Fee Application Notice Plan outlined below was designed and implemented to be consistent with the previously implemented Court-approved Revised Class Notice Plan ("Class Certification Notice Plan"). As with the Notice Plan for Class Certification, the notice effort here for the Fee Application Notice Plan was extensive, with email notice to hundreds of millions of known Class Members and a robust supplemental media plan to reach potential Class Members for whom a valid email address was not available or the email address was not deliverable.

**FEE APPLICATION NOTICE PLAN**

6. The Fee Application Notice Plan included: (1) direct notice via email to email accounts associated with users who had Web & App Activity ("WAA") and/or supplemental Web & App Activity ("sWAA") turned off or "paused" at any time during the Class Period (defined as any time between July 1, 2016 and September 23, 2024); (2) supplemental notice via a Media Plan that included digital and social media notice, and sponsored search listings; (3) modifications to the existing public website (www.GoogleWebAppActivityLawsuit.com), including the full Fee Application, associated court-filed documents, and relevant frequently asked questions and answers ("FAQs"); (4) an updated chatbot to answer FAQs from potential Class Members and provided additional information about this litigation; and (5) modifications to the recorded messaging at the existing toll-free telephone number.

7. The Fee Application Notice Plan as designed and implemented reached the greatest practicable number of Class Members. The Fee Application Notice Plan's individual direct email notice efforts was again one of the largest email noticing campaigns ever implemented for a class

action case, with more than 341 million Email Notices sent. This was a massive notice effort. The Email Notices alone were successfully delivered to approximately 93.9% of the Class who were sent an Email Notice, a high percentage of the Class (defined to include both of the Classes certified by the Court). The reach of the individual notice effort was enhanced by a Media Plan that included digital and social media, sponsored search listings, and a case website. Overall, the Fee Application Notice Plan as planned and implemented reached well in excess of 85% of the Class.

***Individual Notice - Direct Email***

8. Prior to sending the Email Notices, email validation and hygiene tools were used to standardize the email addresses, verify whether the email addresses were valid, and identify and remove email addresses that were a fraud threat – email addresses maintained by bots, spammers, and phishers. This is a necessary and critical process for the effectiveness of email campaigns today. Without being proactive and using these tools, Email Notices inadvertently sent to bad actor email addresses could jeopardize and damage the reputation of the entire email campaign; likely causing the campaign itself to be flagged and blocked as a source of spam, preventing or delaying Email Notices from being sent to valid email addresses of Class Members.

9. For the Fee Application Notice Plan, on May 18, 2026, Epiq commenced sending 341,282,668 Email Notices to the available known email addresses, which were not previously undeliverable for the email notice efforts for the Class Certification Notice Plan. The following table provides detailed statistics regarding the email noticing campaign and the results.

| | Emails Sent | Emails Delivered | Emails Undeliverable | Deliverability |
|---|---|---|---|---|
| **Email Notice Campaign Totals** | **341,282,668** | **320,634,982** | **20,647,686** | **93.9%** |

10. In conducting the email notice efforts, Epiq followed industry standard best practices. The Email Notices were drafted in such a way that the subject line, the sender, and the body of the message minimized the likelihood that SPAM filters were applied and ensured readership to the fullest extent reasonably practicable. For instance, the Email Notices used an embedded html text format. This format provided easy-to-read text without graphics, tables, images, attachments, and other elements that increase the likelihood that the message could be blocked by Internet Service Providers

(ISPs) and/or SPAM filters. Epiq sent the Email Notices from an IP address known to major email providers as one not used to send bulk "SPAM" or "junk" email blasts. Each Email Notice was transmitted with a digital signature to the header and content of the Email Notice, which allowed ISPs to programmatically authenticate that the Email Notices were from authorized mail servers. Each Email Notice was also transmitted with a unique message identifier. If an Email Notice was returned as undeliverable, commonly referred to as a "bounce," at least two additional attempts were made to deliver the Notice by email. As of August 20, 2026, there are 22,706,074 undeliverable Email Notices.

11. The Email Notices included an embedded link to the case website. By clicking the link, recipients were able to easily access Class Counsels' Fee Application and other filings and information about the litigation. Both the Email Notice and the website also informed Class Members of their right to object to the Fee Application and provide information on how to do that. The Email Notice is attached to this declaration as **Exhibit 1**.

***Notice Results***

12. As of August 20, 2026, an Email Notice was successfully delivered to 320,634,982 identified email addresses associated with potential Class Members. This means the massive individual noticing effort delivered an Email Notice to approximately 93.9% of the email addresses sent an Email Notice. The reach of the individual notice effort was enhanced by a Media Plan that included digital and social media, sponsored search listings, and a case website. Overall, even taking into account invalid email records, the Fee Application Notice Plan as planned and implemented reached well in excess of 85% of the Class.

***Media Plan Summary***

13. The Media Plan included various forms of notice including a digital/internet notice program (digital and social media notice) and internet sponsored search listings. The Media Plan used many of the same online placements as the media plan implemented for the Class Certification Notice Plan.

***Internet Digital Notice Campaign***

14. Digital Notices were placed as targeted advertising on digital properties across all major content categories via an advertising network, which represents thousands of websites across the internet, including targeted in-email promotional ads. Digital Notices included targeting in both English and Spanish to selected target audiences. All Digital Notices were designed to encourage

engagement by Class Members—by linking directly to the case website, allowing visitors easy access to relevant information and documents.

***Social Media Digital Internet Notice Campaign***

15. The Digital Notices were also placed on the leading social media platforms in the United States, including *Facebook*, *Instagram*, *X* (*Twitter*), and *Reddit*. The social media campaign used an interest-based approach which focuses on the interests that users exhibit while on the social media platforms, capitalizing on the Target Audience's propensity to engage in social media. According to MRI-Simmons[1] data, the Target Audience spends an average of 16.91 hours per week on social media.[2]

16. *Facebook* is the leading social networking site in the United States with 197 million users,[3] and *Instagram* has 181 million active users in the United States.[4] The Digital Notices on *Facebook* and *Instagram* were in both English and Spanish.

17. *X* (*Twitter*) is a popular microblogging social media website that allows posts/tweets containing images or videos. Users can like, comment, and share/retweet posts. *X* has more than 99 million users in the United States.[5]

18. *Reddit* is a widely used social forum website that contains more than one million communities known as subreddits. These communities cover specific topics making this an ideal

---

[1] MRI-Simmons is a leading source of publication readership and product usage data for the communications industry. MRI-Simmons is a joint venture of GfK Mediamark Research & Intelligence, LLC ("MRI") and Simmons Market Research. MRI-Simmons offers comprehensive demographic, lifestyle, product usage and exposure to all forms of advertising media collected from a single sample. As the leading U.S. supplier of multimedia audience research, the company provides information to magazines, televisions, radio, internet, and other media, leading national advertisers, and over 450 advertising agencies—including 90 of the top 100 in the United States. MRI-Simmons's national syndicated data is widely used by companies as the basis for the majority of the media and marketing plans that are written for advertised brands in the United States.

[2] MRI-Simmons 2025 Survey of the American Consumer®.

[3] Statista Digital 2025: Global Overview Report. Statista, founded in 2007, is a leading provider of worldwide market and consumer data and is trusted by thousands of companies around the world for data. Statista.com consolidates statistical data on over 80,000 topics from more than 22,500 sources and makes.

[4] Statista Digital 2025: Global Overview Report.

[5] Statista Digital 2025: Global Overview Report.

platform to reach individuals with focused interests. *Reddit* has approximately 196.5 million[6] Weekly Active Unique users in the United States.[7]

19. More details regarding the targeting, distribution, and specific ad sizes of the Digital Notices are included in the following table.

| ***Digital Plan*** | ***Target*** | ***Language*** | ***Ad Sizes*** | ***Delivered Impressions*** |
|---|---|---|---|---|
| *Google Display Network* | Affinity Audience:[8] Gmail | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 6,420,043 |
| *Google Display Network* | Intent Audience:[9] Gmail | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 6,145,111 |
| *Google Display Network* | Affinity Audience: Google Chrome | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 6,264,001 |
| *Google Display Network* | Intent Audience: Google Chrome | English & Spanish | 728x90, 300x250, 300x600 & 970x250 | 6,058,421 |
| *Gmail.com Ads* | Adults 18+ | English & Spanish | Promotional Ads | 10,439,076 |
| *Facebook* | Interest: Gmail | English & Spanish | Newsfeed & Right Hand Column | 7,789,974 |
| *Facebook* | Interest: Chrome Browser | English & Spanish | Newsfeed & Right Hand Column | 7,852,778 |
| *Facebook* | Interest: Android (OS) | English & Spanish | Newsfeed & Right Hand Column | 7,617,846 |
| *Instagram* | Interest: Gmail | English & Spanish | Newsfeed | 5,075,363 |
| *Instagram* | Interest: Chrome Browser | English & Spanish | Newsfeed | 5,138,079 |
| *Instagram* | Interest: Android (OS) | English & Spanish | Newsfeed | 5,083,011 |
| *Reddit* | /r/Gmail | English | Reddit Feed Ads | 2,621,103 |
| *Reddit* | /r/Chrome | English | Reddit Feed Ads | 2,706,323 |
| *Reddit* | /r/Android | English | Reddit Feed Ads | 2,637,032 |
| *X (Twitter)* | Interest: Gmail | English | Twitter Feed Ads | 2,614,601 |
| *X (Twitter)* | Interest: Chrome Browser | English | Twitter Feed Ads | 2,678,564 |

[6] In the three months that ended March 31, 2026.

[7] Reddit, Inc., Quarterly Report (Form 10-Q) for the Period Ending March 31, 2026, at 23 (filed May 1, 2026).

[8] "Custom Affinity Audience" allowed us to target specific websites, keywords, and/or relevant content that our target may be viewing.

[9] "Custom Intent Audience" allowed us to target people that are researching or purchasing certain items on the web.

| *Digital Plan* | *Target* | *Language* | *Ad Sizes* | *Delivered Impressions* |
|---|---|---|---|---|
| *X (Twitter)* | Interest: Android (OS) | English | Twitter Feed Ads | 2,603,546 |
| **TOTAL** | | | | **89,744,872** |

20. Combined, approximately 89.7 million impressions were generated by the Digital Notices nationwide. The internet advertising campaign ran from May 18, 2026, through June 25, 2026. Clicking on the Digital Notices linked the readers to the case website, where they could easily obtain detailed information about the case. Examples of the Digital Notices are attached to this declaration as **Exhibit 2**.

***Sponsored Search Listings***

21. To facilitate locating the case website, sponsored search listings were acquired on the three most highly visited internet search engines in the United States. When visitors to these search engines searched for selected keyword combinations related to the case, the sponsored search listing advertisement created for this case was displayed. Generally, the sponsored search listing advertisement appeared at the top of the visitor's website page prior to the search results or in the upper right-hand column of the web-browser screen. The sponsored search listings were displayed nationwide. All sponsored search listings linked directly to the case website.

22. The sponsored search listings ran from May 18, 2026, through June 25, 2026. The sponsored listings were displayed 168,867 times, which resulted in 13,249 clicks that displayed the case website. A complete list of the sponsored search keyword combinations is attached to this declaration as **Exhibit 3**. Examples of the sponsored search listing as displayed on each search engine are attached to this declaration as **Exhibit 4**.

***Case Website***

23. On September 11, 2024, Epiq established the case website with an easy-to-remember domain name (www.GoogleWebAppActivityLawsuit.com). The case website was updated with information about the current status of the litigation, including Class Counsel's Fee Application, which is included prominently on the Documents page. The FAQs were updated as needed to provide information on the current status of the litigation and details regarding the Fee Application, including a Class Member's right to object, the deadline to do so, and how file an objection prior to the deadline.

24. The case website also includes chatbot functionality to allow Class Members to easily obtain additional information by submitting questions and receiving approved responses based on the content in the Notices and FAQs. As of August 20, 2026, there have been 944,384 unique visitor sessions to the case website and 1,254,938 web pages have been presented.

***Toll-Free Telephone Number***

25. On September 11, 2024, Epiq established a toll-free telephone number (1-855-822-8821) to allow Class Members to call and obtain additional information in English or Spanish. The automated telephone system continues to be available 24 hours per day, 7 days per week. The recorded messages and FAQs were updated consistent with the changes made to the case website. As of August 20, 2026, there have been 8,465 calls to the toll-free telephone number representing 19,969 minutes of use.

26. A postal mailing address was established and continues to be available, allowing Class Members the opportunity to request additional information or ask questions.

***Objections***

27. The deadline to object to the Fee Application was July 30, 2026. As of August 20, 2026, Epiq is aware of 269 objections to the Fee Application.

28. Utilizing the list of email addresses that Google previously provided Epiq for the Class Certification notice efforts, Epiq cross-referenced the objectors' email addresses and determined that the following submissions from objectors did *not* originate from or reference an email address(es) on the list of email addresses associated with WAA or sWAA being "paused": Dkts. 762, 773, 779, 783, 785, 825, 828, 844, 845, 846, 852, 855, 861, 862, 872, 890, 896, 899, 901, 928, 937, 947, 948, 972, 978, 981, 985, 991, 997, 998, 1000-1, 1000-3, 1000-9, 1000-18, and 1000-31.

**<u>CONCLUSION</u>**

29. Based on my extensive experience of designing and implementing class action notice programs, it is my opinion that the Fee Application Notice Plan provided appropriate and reasonable notice under Rules 23(d)(1)(B) and 23(h)(1) to the Classes of Class Counsels' Fee Application.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August, 20, 2026.

Cameron R. Azari, Esq.