# Exhibit 2




Reviews

# Engadget review recap: Razr Fold, Bose Lifestyle Ultra Speaker, Ultrahuman Ring Pro and more

by Billy Steele • May 16, 2026 1:30 pm EST




Sam Rutherford for Engadget

Welcome back to the semi-regular roundup of the latest reviews from Engadget. Spring is a busy time for new devices and several have passed over our desks recently. This time around, we've gold a foldable phone, new speakers, a wearable and more. Read on to catch up on all of the in-depth testing you might've missed.

## Motorola Razr Fold

When it comes to foldable phones, Google and Samsung are likely the first names that come to mind. However, Motorola has now entered the fray and its first product, the Razr Fold, is no slouch. "If you're in the market for a big new foldable phone, the Razr Fold is more than just a third wheel," senior reviews writer Sam Rutherford said. "It's a great option in its own right, and starting at $1,900, it's a touch more affordable than the Z Fold 7 too."

***Engadget review score: 8.8/10***

-24%




Reviews

# Engadget review recap: Razr Fold, Bose Lifestyle Ultra Speaker, Ultrahuman Ring Pro and more

by Billy Steele • May 16, 2026 1:30 pm EST




Sam Rutherford for Engadget

Welcome back to the semi-regular roundup of the latest reviews from Engadget. Spring is a busy time for new devices and several have passed over our desks recently. This time around, we've gold a foldable phone, new speakers, a wearable and more. Read on to catch up on all of the in-depth testing you might've missed.

## Motorola Razr Fold

When it comes to foldable phones, Google and Samsung are likely the first names that come to mind. However, Motorola has now entered the fray and its first product, the Razr Fold, is no slouch. "If you're in the market for a big new foldable phone, the Razr Fold is more than just a third wheel," senior reviews writer Sam Rutherford said. "It's a great option in its own right, and starting at $1,900, it's a touch more affordable than the Z Fold 7 too."

***Engadget review score: 8.8/10***



## Tick bites surge, sending many to ER. Maps show where.

As temperatures climb, ER visits for tick bites surge. Cases reach highest levels in 10 years, according to CDC data.

GRAPHICS 6:57 a.m. ET May 18



## Cavs crush Pistons to reach NBA conference finals; Knicks up next

NBA PLAYOFFS
12:09 a.m. ET May 18



## Anderson Cooper emotionally signs off '60 Minutes' – What he said

TV 9:45 p.m. ET May 17



## Some questions to ask about HIV prevention

Story from Gilead Sciences



# As November looms, some Republicans eye an exit from Capitol Hill

In an exclusive interview with USA TODAY, the nation's top GOP governor urged Republicans to run on affordability. But will Trump get in their way?

POLITICS 3:01 a.m. ET May 18

## The 4% rule is now the 4.7% rule. Here's why that matters.

The 4% rule has stood for three decades. Now, it's getting an update.

MONEY 5:04 a.m. ET May 17



## It's 'not the first time' an airline broke her chair. But why?

Maria Town, a professional disability advocate, said her mobility scooter was damaged on a flight. It wasn't the first time, either.

AIRLINE NEWS 6:56 a.m. ET May 18



## Millennials, menopause and why they're talking about it so much

Millennials are approaching menopause with more information than previous generations. They are re-inventing the way they approach it.



## Top Headlines

- Rory McIlroy demands fan ejection at PGA Championship with NSFW words
- Model who welcomed baby with Pete Davidson says she's 'on my own'
- Bodies of missing Italian divers found in Maldives
- Angel Reese wears mesmerizing leather outfit for Aces vs Dream game
- Here's who gets Social Security payments on May 20
- How Caitlin Clark set a WNBA record in between games, then extended it
- 'Neither snow nor rain' stops the mail. But USPS has a bigger problem
- ACC, Princeton headline NCAA men's lacrosse tournament winners and losers

Get top stories in your inbox

Advertisement

Notice of Class Counsel's Fee Application

If you had Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," important updates have been posted to the official website.

Learn More




## Featured Videos

Advertisement



optimum. fiber
Get Fiber Internet for $25/mo. with a 5-year price lock.
Learn more



PLAY a mix of games and more, in your inbox
Your go-to spot where fun comes first

THE WALL STREET JOURNAL.



Advertisement




EXCLUSIVE ARTIFICIAL INTELLIGENCE Follow

# Apple's Security Has Been Tough to Crack. Mythos Helped Find a Way In.

During tests in April, researchers found software issues in MacOS, one of the world's toughest targets for hackers

By Robert McMillan Follow

Updated May 14, 2026 2:23 pm ET

Aa 105 Listen (2 min)

Advertisement






Apple unveiled MacBook Neo laptops in March in New York. TED SHAFFREY/ ASSOCIATED PRESS

Security researchers say they have discovered a new way of

Advertisement

important updates have been posted to the official website.
Learn More

EXCLUSIVE ARTIFICIAL INTELLIGENCE Follow

# Apple's Security Has Been Tough to Crack. Mythos Helped Find a Way In.

During tests in April, researchers found software issues in MacOS, one of the world's toughest targets for hackers

By Robert McMillan Follow

Updated May 14, 2026 2:23 pm ET

Aa 105 Listen (2 min)

Advertisement

Genspark.ai
Knowledge workers are about to become 10x more productive.
Not by working harder.
By working with a smarter AI.
GET STARTED TODAY



Apple unveiled MacBook Neo laptops in March in New York. TED SHAFFREY/ ASSOCIATED PRESS

Security researchers say they have discovered a new way of circumventing Apple's AAPL 0.68% state-of-the art security technology, using techniques they discovered while testing

WIRED SECURITY POLITICS THE BIG STORY BUSINESS SCIENCE CULTURE REVIEWS NEWSLETTERS SUBSCRIBE

Notice of Class Counsel's Fee Application

If you had Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," important updates have been posted to the official website.

Learn More




THE BIG STORY

SLUDGE REPORT

# I'M A NORMIE. CAN NORMIES REALLY VIBE CODE?

Apparently anyone can vibe code anything these days. So Claude and I tried to make a database for tracking the petty grievances of the masses.

BY CHRIS COLIN



TRENDING STORIES

**Gen Z Is Pioneering a New Understanding of Truth**
BY STEVEN ROSENBAUM

**A Woman Was in the US Legally. She Was Deported Anyway**
BY VITTORIA ELLIOTT

**Overworked AI Agents Turn Marxist, Researchers Find**
BY WILL KNIGHT

**Cybercriminal Twins Caught After They Forgot to Turn Off Microsoft Teams Recording**
BY ANDREW COUTS

**The Chinese App That Puts Instagram to Shame**
BY LOUISE MATSAKIS






ADVERTISEMENT




DEPORTES

# Gilgeous-Alexander se convierte en el 14.º jugador en ganar el MVP en temporadas seguidas



El base del Thunder de Oklahoma City Shai Gilgeous-Alexander celebra con los aficionados la victoria en el juego 4 de la primera ronda de los playoffs de la

ADVERTISEMENT




## Notas Recientes

Alemania, Brasil y Canadá fuera; la Copa Mundial femenina comienza a ser más equitativa
Aug. 4, 2023

Vingegaard arrasa en otra etapa del Giro y recorta el liderato de Eulálio
May 17, 2026

LA Galaxy rompe invicto del Sounders con triunfo clave en Lumen Field
May 17, 2026

Ronda Rousey rinde a Gina Carano en

Sections

Los Angeles Times

SUBSCRIBE LOG IN

ADVERTISEMENT




DEPORTES

# Gilgeous-Alexander se convierte en el 14.º jugador en ganar el MVP en temporadas seguidas




El base del Thunder de Oklahoma City Shai Gilgeous-Alexander celebra con los aficionados la victoria en el juego 4 de la primera ronda de los playoffs de la NBA ante los Suns de Phoenix el lunes 27 de abril del 2026. (AP Foto/Ross D. Franklin) (Ross D. Franklin / Associated Press)

ADVERTISEMENT




## Notas Recientes

Alemania, Brasil y Canadá fuera; la Copa Mundial femenina comienza a ser más equitativa
Aug. 4, 2023

Vingegaard arrasa en otra etapa del Giro y recorta el liderato de Eulálio
May 17, 2026

LA Galaxy rompe invicto del Sounders con triunfo clave en Lumen Field
May 17, 2026

Ronda Rousey rinde a Gina Carano en 17 segundos en función de MMA de

USA TODAY

THE STARS DO IT
¿Es Pilates para ti?

REAL ESTATE LISTINGS
Consulta los precios de ...

HEALTH BENEFITS EXPLAINED
vinagre de sidra de man...

HOME & GARDEN
Proyectos de bricolaje ...

SUBSCRIBE NOW
$1 for the first month

A NOSOTROS Política Deportes Entretenimiento Vida Dinero Viajar Opinión Crucigrama 67°F Subscribe Sign In

# Vida

Bienestar Alimento Mascotas Humanidad Horóscopos Hogar y jardín Problema resuelto Historietas

Más adentroBucear BETA Pregúntale cualquier cosa a USA TODAY

¿Cómo están los millennials transformando los debates sobre la menopausia?

¿Cómo contribuyen las rede




## La menopausia está llegando a las millennials. Y la están aceptando.

HEALTH AND WELLNESS 5:02 a.m. ET May 18



Horóscopo de hoy, 18 de mayo de 2026

HOROSCOPES 4:34 a.m. ET May 18



Consideramos la jardinería como una forma de relajación. Nuestros cuerpos saben que es ejercicio.

HEALTH AND WELLNESS
7:02 a.m. ET May 17



Sí, la parálisis del sueño da miedo. Pero esto es lo que debes hacer.

HEALTH AND WELLNESS
7:00 a.m. ET May 17

## Ver ahora

Advertisement

Plus, Schwab ranked #1 Overall Broker 2 years in a row.
The StockBrokers.com 2026 Annual Awards were given on January 27, 2026. The criteria, evaluation, and ranking were determined by StockBrokers.com. Companies were assessed in StockBrokers.com's 7 Primary Categories: Range of Investments, Advanced Trading, Mobile Trading Apps, Research, Education, Ease of Use, and Overall. See stockbrokers.com/annual-awards-2026 for more information.
charles SCHWAB




Horóscopo de hoy, 17 de mayo de 2026

HOROSCOPES 4:34 a.m. ET May 17

La mayoría de nosotros seguimos consumiendo demasiada sal. Es hora de reducir su consumo.

HEALTH AND WELLNESS May 16, 2026

Horóscopo de hoy, 16 de mayo de 2026

HOROSCOPES May 16, 2026

No todas las grasas son malas. De hecho, estas son saludables.

HEALTH AND WELLNESS May 15, 2026

Advertisement

Aviso de solicitud de honorarios de los Abogados del Grupo

Si usted hizo que el control de "Actividad web y de aplicaciones" de Google o la subconfiguración de "Actividad web y de aplicaciones complementaria" se desactivara o "pausara", se han publicado actualizaciones importantes en el sitio web oficial.

Obtenga más información




*We're always working to improve your experience. Let us know what you think.*

# EL DIARIO

Desde 1913, El Campeón de los Hispanos



Aviso de solicitud de honorarios de los Abogados del Grupo
















## Videos

VER MÁS →




## Luto en la comunidad salsera de Nueva York / El Diario

La comunidad hispana y el mundo de la música tropical lamentan la partida del cantante puertorriqueño Sammy









Si usted hizo que el control de "Actividad web y de aplicaciones" de Google o la subconfiguración de "Actividad web y de aplicaciones complementaria" se desactivara o "pausara",



Nueva York

## Ola de calor extremo en NY con temperaturas de tres dígitos la próxima semana



Nueva York

### Gobierno federal presiona para frenar huelga del LIRR: pide reactivar negociaciones



Nueva York

### 78% de las familias hispanas en Nueva York no tienen dinero para cubrir el "costo real de vida": reporte del Urban Institute



Nueva York

### Joven demócrata de Queens de origen coreano y fluido en español busca desbancar a veterana congresista



Dinero

### Vacacionar este verano costará hasta 16% más y muchas familias ya piensan cancelar sus viajes

## Videos

VER MÁS →




## Luto en la comunidad salsera de Nueva York / El Diario

La comunidad hispana y el mundo de la música tropical lamentan la partida del cantante puertorriqueño Sammy









ÚLTIMAS NOTICIAS NUEVA YORK ESTADOS UNIDOS MUNDO POLÍTICA INMIGRACIÓN ENTRETENIMIENTO DEPORTES DINERO SALUD COMIDA ESTILO DE VIDA VIDEOS

# EL DIARIO

Desde 1913, El Campeón de los Hispanos

Ingresar

Donald Trump Zohran Mamdani ICE Irán Fútbol Clima Seguro social Mujeres Destacadas

se han publicado actualizaciones importantes en el sitio web oficial.
Obtenga más información
















## Videos

VER MÁS →




## Luto en la comunidad salsera de Nueva York / El Diario

La comunidad hispana y el mundo de la música tropical lamentan la partida del cantante puertorriqueño Sammy












AP

WORLD U.S. POLITICS SPORTS ENTERTAINMENT BUSINESS SCIENCE FACT CHECK ODDITIES MORE Sign in DONATE

LIVE Trump administration Idaho air show crash Long Island rail strike Shai Gilgeous-Alexander ACM Awards

# NOTICIAS

POLÍTICA DE EEUU DEPORTES MUNDIAL DE FÚTBOL FIFA



## Ataque con dron alcanza central nuclear de los Emiratos

DUBAI, Emiratos Árabes Unidos (AP) — Un ataque con dron alcanzó la única central nuclear de los Emiratos Árabes Unidos el domingo, provocando un incendio en su perímetro, en lo que las autoridades calificaron de "ataque terrorista no provocado".

5 MIN READ



**Rusia lanza otro ataque con drones y misiles sobre Ucrania**

4 MIN READ



**Buzos hallan a 4 italianos muertos en cueva submarina de las Maldivas, dice el canciller de Italia**

1 MIN READ



**Nuevo fiscal general de Guatemala asume el cargo y anuncia una serie de cambios**

3 MIN READ



**Fuerzas israelíes interceptan embarcaciones de una flotilla que intenta romper el bloqueo a Gaza**

1 MIN READ


Gmail
Search mail
Compose
Inbox 511
Starred
Snoozed
Important
Sent
Drafts 14
Categories
More
Delete
Save to inbox
Google Class Action
Ad
Notice of Class Counsel's Fee Application
Web & App Activity
Google Class Action
Previously turn off or "pause" Google's "Web & App Activity" or supplemental WAA setting?
Learn More


Gmail
Search mail
Compose
Inbox 525
Starred
Snoozed
Important
Sent
Drafts 18
Categories
More
Delete
Save to inbox
Demanda colectiva de Google
Ad
Aviso de solicitud de honorarios de los Abogados del Grupo
Actividad web y de aplicaciones
Demanda colectiva de Google
¿Desactivar o "pausar" previamente el ajuste "Actividad web y de aplicaciones" o WAA suplementario de Google?
Learn More


Search Facebook
Meta AI
Manus AI
Friends
Memories
Saved
Groups
Reels
See more
$2,000
INSTANT REBATE
AND 0% FINANCING
AVAILABLE
Sponsored
Notice of Class Counsel's Fee Application
Google Class Action
googlewebappactivitylawsuit.com


Search Facebook
Meta AI
Manus AI
Friends
Memories
Saved
Groups
Reels
See more
Legal Notice
Sponsored ·
¿Desactivar o "pausar" previamente el ajuste "Actividad web y de aplicaciones" o WAA suplementario de Google?
Aviso de solicitud de honorarios de los Abogados del Grupo
Actividad web y de aplicaciones
GOOGLEWEBAPPACTIVITYLAWSUIT.COM
Demanda colectiva de Google
Learn more
Sponsored
CityPASS
Official CityPASS® tickets Up to 50% savings
citypass.com

**legalnotice**
Ad




**Learn more**

**legalnotice** ¿Desactivar o "pausar" el ajuste "Actividad web y de aplicaciones" o WAA suplementario de Google?

u/Class-Action-Notice • Promoted

**If you had Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," important updates have been posted to the official website.**




googlewebappactivitylawsuit.com Learn More

Vote 0 Share

LEGAL NOTICE

**Legal Notice** Ad

If you had Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," important updates have been posted to the official website.




From googlewebappactivitylawsuit.com