NICHOLAS WILLIAM JOHNSON
1239 NE 52 AVE
Portland, Oregon
503-208-5277
nicholaswjohnson24@gmail.com

FILED
AUG 18 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>**REQUEST TO WITHDRAW MOTION FOR LATE EXCLUSION FROM CERTIFIED CLASS (DKT.976)**<br><br>The Honorable Richard Seeborg<br><br>Courtroom 3 -17th Floor |

TO THE HONORABLE COURT:

NICHOLAS WILLIAM JOHNSON ("Movant"), respectfully moves this Court to withdraw Movant's previously submitted request for exclusion from the Class, and states as follows:

1. On July 27th, 2026, Movant submitted a request to be excluded from the certified class in this case (Docket No. 976).

2. Movant has since determined that the exclusion request was made in error and does not reflect Movant's intent. Movant wishes to remain a member of the Class and to be bound by, and entitled to the benefits of, any judgment, settlement, or other resolution of this action.

Dated: August 17, 2026

Respectfully submitted,

Nicholas William Johnson

Pro Se

NICHOLAS JOHNSON
1239 NE 52ND AVE
PORTLAND, OR 97213
UNITED STATES US

CAD: 6570562/ROSA2710

156297-435 RRDB2 EXP 07/27

TO US DISTRICT COURT CALIFORNIA
C/O CLERK OF THE COURT
450 GOLDEN GATE AVENUE

SAN FRANCISCO CA 94102
(415) 522-2000 REF:
INV:
PO: DEPT:

FedEx Express

E

WED - 19 AUG 5:00P
** 2DAY **

TRK# 0201 8758 9373 4084

94102
CA-US SFO

CA APCA

Envelope
Recycle me.

4941 TUE 08/18 05:17
450 GOLDEN GATE AVE
94102-3661-99
SAN FRANCISCO,CA
191-6055
ETP: 4 SP-PD-100:Y

FedEx