FILED

AUG 19 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MKH

Milena Dokmanovic

11432 S Avenue H

Chicago, IL, 60617

312 218 4883

Mjzmm26@gmail.com

July 7, 2026

20-CV-4688-RS MH

To Whom It May Concern,

I am writing to you as I would like to be excluded from Counsel's Application Fee. I would like to be excluded for the following reasons:

- I am unsure if I even had "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or paused and if I am a Class Member.
- I am unemployed and unable to pay any attorney fees.
- I reside out of the country/USA part of the year.

Thank you in advance,

[signature]

Milena Dokmanovic

Milena Dokmanović
VNA 41/23
Sombor 25101
Serbia

RECEIVED
AUG 17 2026
CLERK, U.S.
NORTHERN DIST

AVIONOM
PAR AVION




Clerk of the Court
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
United States of America