# EXHIBIT 1

| Dkt. No. | High Hours | High Rates | High % | High Costs | Lack Detail | No Benefits | Service Award | Opt Out Request | No Interest |
|---|---|---|---|---|---|---|---|---|---|
| 756 | Y | Y | Y | | | | | | |
| 757 | | | Y | | Y | | | | |
| 758 | | | | | | | | | |
| 759 | Y | | Y | Y | Y | Y | Y | | |
| 760 | | | Y | Y | Y | Y | Y | | |
| 761 | | | | | | | | | |
| 762 | | | Y | | | | | | |
| 763 | | | Y | | Y | Y | Y | | |
| 764 | | | Y | | Y | | | | |
| 765 | | | Y | | Y | Y | Y | | |
| 766 | | | Y | | | | | | |
| 767 | | | | | | | | Y | |
| 768 | | | | | | | | | |
| 769 | | | Y | | | | | | |
| 770 | | | Y | | Y | | Y | | |
| 771 | | | Y | | | | | | |
| 772 | | | Y | | Y | Y | Y | | |
| 773 | | | Y | | Y | | | | |
| 774 | | | Y | | Y | | | | |
| 775 | | | Y | | | | | | |
| 776 | | | | | | | | | |
| 777 | | | | | | | | | |
| 778 | | | Y | | Y | | | | Y |
| 779 | | | | | | | | | |
| 780 | | | Y | | Y | | | | |
| 781 | | | | | | | | | |
| 782 | | | Y | | | | | | Y |
| 783 | | | Y | | Y | | | | |
| 784 | | | Y | | | Y | | | |
| 785 | | | | | | | | | |
| 786 | | | | | | | | | |
| 787 | | | Y | | | | | | |
| 788 | | | Y | Y | | | Y | | |
| 789 | | | | | | | | | |
| 790 | | | Y | Y | | | Y | | |
| 791 | | | | | | | | | |
| 792 | | | Y | | | | | | |
| 793 | | | Y | | Y | Y | | | |
| 794 | | Y | Y | | | | | | |

| Dkt. No. | High Hours | High Rates | High % | High Costs | Lack Detail | No Benefits | Service Award | Opt Out Request | No Interest |
|---|---|---|---|---|---|---|---|---|---|
| 795 | | | Y | | | | | | |
| 796 | | | Y | | | | | | |
| 797 | | | Y | | Y | | Y | | Y |
| 798 | | Y | Y | | Y | | | | |
| 799 | | | | | | | | | |
| 800 | | | | | | | | Y | |
| 801 | | | Y | | Y | Y | | | |
| 802 | | | Y | | | | | | |
| 803 | | | Y | Y | Y | | | | |
| 804 | | | Y | | | | | | |
| 805 | | | Y | | | | | | |
| 806 | | | Y | | Y | | | | |
| 807 | | | Y | | | | | | |
| 808 | Y | Y | Y | | | | | | |
| 809 | | Y | Y | | | | | | |
| 810 | Y | | | | | | | | |
| 811 | | | Y | | | | | | |
| 812 | | | Y | | Y | Y | | | |
| 813 | | | Y | Y | | | Y | | Y |
| 814 | | | | | | | | | |
| 815 | | | Y | | | | | | |
| 816 | | | | | | | | | |
| 817 | | | Y | | | | | | |
| 818 | | | Y | | | | | | |
| 819 | | | | | | | | Y | |
| 820 | | | Y | | | | | | |
| 821 | | | | | | | | Y | |
| 822 | | | Y | | Y | | | | |
| 823 | Y | Y | Y | | | | | | |
| 824 | | | Y | | | | | | |
| 825 | | | Y | | Y | | | | |
| 826 | | | | | | | | | |
| 827 | | | Y | Y | | | Y | | |
| 828 | | | | | | | | | |
| 829 | | | | | | | | | |
| 830 | | | | | | | | | |
| 831 | | | Y | Y | Y | | | | |
| 832 | | | Y | Y | Y | Y | | | |
| 833 | | | Y | Y | Y | | | | |

| Dkt. No. | High Hours | High Rates | High % | High Costs | Lack Detail | No Benefits | Service Award | Opt Out Request | No Interest |
|---|---|---|---|---|---|---|---|---|---|
| 834 | | | Y | | | | | | |
| 835 | | | Y | | | | | | |
| 836 | | | Y | Y | | | Y | | |
| 837 | | | | | | | | ? | |
| 838 | | | Y | Y | | | Y | | |
| 839 | | | | | | | | | |
| 840 | | | | | | | | | |
| 841 | | | Y | | | Y | | | |
| 842 | | | Y | | Y | | | | |
| 843 | | | | Y | Y | | | | |
| 844 | | | Y | | | | | | |
| 845 | | | Y | Y | Y | | Y | | Y |
| 846 | | | Y | Y | Y | | | | |
| 847 | | | Y | Y | Y | | | | Y |
| 848 | | | Y | Y | Y | Y | Y | | Y |
| 849 | | | | | | | | | |
| 850 | | | Y | Y | Y | | Y | | Y |
| 851 | | | | | | | | | |
| 852 | | | Y | Y | Y | | Y | | |
| 853 | | | Y | Y | Y | | Y | | |
| 854 | | | | | | | | Y | |
| 855 | | | Y | | Y | Y | Y | | |
| 856 | | | Y | | Y | Y | | | |
| 857 | | | Y | Y | Y | | | | Y |
| 858 | | | | | | | | | |
| 859 | | | | | | | | | |
| 860 | | | Y | Y | Y | Y | Y | | |
| 861 | | | Y | | | | | | Y |
| 862 | | | Y | | | | | | |
| 863 | | | Y | Y | Y | | | | |
| 864 | | | Y | | | | | | |
| 865 | | | | | | | | Y | |
| 866 | | | Y | | | | Y | | |
| 867 | | | | | | | | | |
| 868 | | | Y | | | Y | | | |
| 869 | | | Y | | | | | | |
| 870 | | | Y | | | | | | |
| 871 | | | | | | | | Y | |
| 872 | | | | | | | | | |

| Dkt. No. | High Hours | High Rates | High % | High Costs | Lack Detail | No Benefits | Service Award | Opt Out Request | No Interest |
|---|---|---|---|---|---|---|---|---|---|
| 873 | | | Y | | | | | | |
| 874 | | | | | | | | | |
| 875 | | | Y | | | | | | |
| 876 | | | Y | | | | | | |
| 877 | | | Y | | | | | | |
| 878 | | | | | | | | | |
| 879 | | | Y | | | | | | |
| 881 | | | | | | | | | |
| 882 | | | Y | Y | Y | | | | |
| 883 | | | Y | | | Y | | | |
| 884 | | | | | | | | | |
| 885 | | | Y | Y | Y | | | | |
| 886 | | | Y | | | | | | |
| 887 | | | | | | | | | |
| 888 | | | Y | | | | | | |
| 889 | | | Y | | | | | | Y |
| 890 | | | Y | | | | | | |
| 891 | | | Y | | | | | | |
| 892 | | | | | | | | | |
| 894 | | | Y | | Y | | | Y | |
| 895 | | | | | | | | | |
| 896 | | | Y | | | | | | |
| 897 | | | Y | | | | | | |
| 898 | | | Y | Y | Y | | Y | | Y |
| 899 | | | | | | | | | |
| 900 | | | Y | Y | Y | | | | Y |
| 901 | | | | | | | | | |
| 902 | | | Y | | | | | | |
| 903 | | | | | | | | | |
| 904 | | | Y | | | | | | |
| 905 | | | | | | | | | |
| 906 | | | Y | Y | Y | Y | | | Y |
| 907 | | | | | | | | | |
| 908 | | | Y | | | | | | |
| 909 | | | | | | | | | |
| 910 | | | | | | | | Y | |
| 911 | | | Y | Y | | | | | Y |
| 912 | | | | | | | | | |
| 913 | | | Y | | | | | | |

| Dkt. No. | High Hours | High Rates | High % | High Costs | Lack Detail | No Benefits | Service Award | Opt Out Request | No Interest |
|---|---|---|---|---|---|---|---|---|---|
| 914 | | | | | | | | | |
| 915 | | | | | | | | | |
| 916 | | Y | Y | Y | | | | | |
| 917 | | | | | | | | | |
| 918 | | | Y | | Y | Y | | | Y |
| 919 | | | | | | Y | | | |
| 920 | | | | | | | Y | | |
| 921 | | | Y | | | | | | |
| 922 | | | | | | | | | |
| 923 | | | | | | | | | |
| 924 | | | Y | Y | Y | | | | |
| 925 | | | | | | | | | |
| 926 | | Y | Y | | | | | | Y |
| 927 | | | | | | | | | |
| 928 | | Y | Y | | | | | | |
| 929 | | | | | | | | | |
| 930 | | | Y | | | | | | |
| 931 | | | | | | | | Y | |
| 932 | | | | | | | | | |
| 933 | | | Y | | Y | | | | |
| 934 | | | | | | | | | |
| 935 | | | | | | | | | |
| 936 | | | Y | Y | Y | Y | Y | | Y |
| 937 | | | Y | | | | | | Y |
| 938 | | Y | Y | | | | | | |
| 939 | | Y | Y | | Y | | | | Y |
| 940 | | | | | | | | | |
| 941 | | | Y | | | | Y | | |
| 942 | | | Y | | | | | | |
| 943 | | | | | | | Y | | |
| 944 | | | | | | | | | |
| 945 | | | | | | | | | |
| 946 | | | Y | | Y | | | | |
| 947 | | | | | Y | | | | |
| 948 | | | Y | | | | | | |
| 949 | | | Y | | | | | | |
| 950 | | | Y | | | | | | |
| 951 | | | Y | | | Y | | | |
| 952 | | | | | | | | | |

| Dkt. No. | High Hours | High Rates | High % | High Costs | Lack Detail | No Benefits | Service Award | Opt Out Request | No Interest |
|---|---|---|---|---|---|---|---|---|---|
| 953 | | | Y | | | | | | |
| 954 | | | Y | | | | | | |
| 955 | | | Y | | Y | | | | Y |
| 956 | | | Y | Y | Y | | Y | | Y |
| 957 | | | Y | | | | | | |
| 958 | | | Y | | | | | | Y |
| 959 | | | Y | Y | Y | | | | |
| 960 | | | Y | Y | Y | | | | |
| 961 | | | Y | | | | | | Y |
| 962 | | | Y | Y | | | | | |
| 963 | | | Y | Y | | | | | |
| 964 | | | Y | | | | | | Y |
| 965 | | | Y | | | | | | Y |
| 966 | | | | | | | | | |
| 967 | | | Y | | | | | | Y |
| 968 | | | Y | | | | | | Y |
| 969 | | | Y | | | | | Y | |
| 970 | | | Y | | | | | | |
| 971 | | | | | | | | | |
| 972 | | | | | | | | | |
| 973 | | | | | | | | | |
| 974 | Y | Y | Y | Y | Y | | Y | | Y |
| 975 | | | | | | | | | |
| 978 | | | | | | | | | |
| 979 | | | | | | | | | |
| 980 | | | | | | | | | |
| 981 | | | | Y | Y | | | | |
| 982 | | | | | | | | | |
| 983 | | | | | | | | | |
| 984 | | | | | | | | Y | |
| 985 | | | | | | | | | |
| 986 | | | Y | | | Y | | | |
| 987 | | | | Y | | | Y | | |
| 988 | | | | | | | | | |
| 989 | | | | | | | | | |
| 990 | | | | | | | | | |
| 991 | | | | | | | | | |
| 992 | | | Y | | | Y | | | Y |
| 993 | | | | Y | | | | | |

| Dkt. No. | High Hours | High Rates | High % | High Costs | Lack Detail | No Benefits | Service Award | Opt Out Request | No Interest |
|---|---|---|---|---|---|---|---|---|---|
| 994 | | | Y | Y | | | Y | | |
| 997 | | | | | | | | | |
| 998 | | | | | | | | | |
| 1000-1 | | | Y | | Y | | | | |
| 1000-2 | | | Y | | Y | | Y | | Y |
| 1000-3 | | | | | | | | | |
| 1000-4 | | | | | Y | | | | |
| 1000-5 | | | | | | | | | |
| 1000-6 | | Y | Y | | Y | | | | Y |
| 1000-7 | | | Y | | Y | | | | |
| 1000-8 | | | Y | | | | | | |
| 1000-9 | | | Y | | Y | | | | |
| 1000-10 | | | | | Y | | | | |
| 1000-11 | | | | | | | | | |
| 1000-12 | | | | | | | | | |
| 1000-13 | | | Y | | Y | | Y | | |
| 1000-14 | | | | | | | | | |
| 1000-15 | | | | | | | | | |
| 1000-16 | | | Y | | Y | Y | | | |
| 1000-17 | | | Y | | | | | | |
| 1000-18 | | | | | | | | | |
| 1000-19 | | | | | | | | | |
| 1000-20 | | | | | | | | | |
| 1000-21 | | | | | | | | | |
| 1000-22 | | | | | | | | | |
| 1000-23 | | | | | | | | | |
| 1000-24 | | | | | | | | Y | |
| 1000-25 | | | | | | | | Y | |
| 1000-26 | | | Y | | | | | | |
| 1000-27 | | | | | | Y | | | |
| 1000-28 | | | | | | | | Y | |
| 1000-29 | | | | | | | | | |
| 1000-30 | | | | | | | | | |
| 1000-31 | | | | | | | | | |
| 1000-32 | | | | | | | | Y | |