COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
ARGEMIRA FLÓREZ (331153)
(aflorez@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
CHELSEA HU (357212)
(chu@cooley.com)
MICHAEL B. MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ELIZABETH B. PRELOGAR (262026)
(eprelogar@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL RODRIGUEZ, et al. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:20-CV-04688-RS<br><br>**DEFENDANT'S NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Defendant Google LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on March 2, 2026 (Dkt. No. 725), and all other orders, opinions, rulings, and decisions merged into, underlying, or related thereto, including, but not limited to, the order denying Defendant's renewed motion for judgment as a matter of law, issued on August 28, 2026 (Dkt. No. 1009). The case was first filed in U.S. District Court on July 14, 2020. This is not a cross-appeal.

Pursuant to Ninth Circuit Rule 3-2(b), Defendant attaches a Representation Statement to this Notice of Appeal as Attachment 1.

Dated: September 21, 2026

COOLEY LLP

By: */s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar

Attorney for Defendant Google LLC