# ATTACHMENT 1

## REPRESENTATION STATEMENT

The undersigned represents Defendant Google LLC. Pursuant to Ninth Circuit Rule 3-2(b), Defendant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs Anibal Rodriguez, Julian Santiago, and Susan Lynn Harvey, individually and on behalf of all others similarly situated | David Boies (admitted *pro hac vice*)<br>Alexander Boies (admitted *pro hac vice*)<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel.: (914) 749-8200<br>dboies@bsfllp.com<br>aboies@bsfllp.com<br><br>Mark C. Mao (236165)<br>Beko Reblitz-Richardson (238027)<br>Sean Phillips Rodriguez (262437)<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Tel.: (415) 293-6800<br>mmao@bsfllp.com<br>brichardson@bsfllp.com<br><br>James Lee (admitted *pro hac vice*)<br>Rossana Baeza (admitted *pro hac vice*)<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd St., 28th Floor<br>Miami, FL 33131<br>Tel.: (305) 539-8400<br>jlee@bsfllp.com<br>rbaeza@bsfllp.com<br><br>Alison L. Anderson (275334)<br>M. Logan Wright (349004)<br>Samantha Diane Parrish (318681)<br>BOIES SCHILLER FLEXNER LLP<br>2029 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Tel.: (213) 995-5720<br>alanderson@bsfllp.com<br>mwright@bsfllp.com<br><br>Jesse Michael Panuccio (admitted *pro hac vice*)<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave. NW<br>Washington, DC 20005<br>Tel.: (202) 237-2727 |

jpanuccio@bsfllp.com

Bill Carmody (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Steven M. Shepard (admitted *pro hac vice*)
Alexander Frawley (admitted *pro hac vice*)
Ryan Sila (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
afrawley@susmangodfrey.com
rsila@susmangodfrey.com

Amanda K. Bonn (270891)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel.: (310) 789-3100
abonn@susmangodfrey.com

Ian B. Crosby (admitted *pro hac vice*)
Jenna Golda Farleigh (288811)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel.: (206) 516-3880
icrosby@susmangodfrey.com
jfarleigh@susmangodfrey.com

Xiaoming Wang (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Tel.: (732) 763-2443
twang@susmangodfrey.com

John A. Yanchunis (admitted *pro hac vice*)
Ryan J. McGee (admitted *pro hac vice*)
Michael F. Ram (104805)
Kenya Jamila Reddy (admitted *pro hac vice*)
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
mram@forthepeople.com
kreddy@forthepeople.com

Lingel Hart Winters (37759)
LAW OFFICES OF LINGEL H. WINTERS

388 Market Street, Suite 900
San Francisco, CA 94111
Tel.: (415) 398-2941
sawmill2@aol.com

| | |
|---|---|
| Defendant Google LLC | Michael A. Attanasio (151529)<br>Benedict Y. Hur (224018)<br>Simona Agnolucci (246943)<br>Eduardo E. Santacana (281668)<br>Jonathan Patchen (237346)<br>Argemira Flórez (331153)<br>Naiara Toker (346145)<br>Harris Mateen (335593)<br>Thilini Chandrasekera (333672)<br>Isabella McKinley Corbo (346226)<br>Chelsea Hu (357212)<br>Michael B. Morizono (359395)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Tel.: (415) 693-2000<br>mattanasio@cooley.com<br>bhur@cooley.com<br>sagnolucci@cooley.com<br>esantacana@cooley.com<br>jpatchen@cooley.com<br>aflorez@cooley.com<br>ntoker@cooley.com<br>hmateen@cooley.com<br>tchandrasekera@cooley.com<br>icorbo@cooley.com<br>chu@cooley.com<br>mmorizono@cooley.com<br><br>Elizabeth B. Prelogar (262026)<br>Ephraim A. McDowell<br>COOLEY LLP<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20004<br>Tel.: (202) 842-7800<br>eprelogar@cooley.com<br>emcdowell@cooley.com |

Dated: September 21, 2026

COOLEY LLP

By: */s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar

Attorney for Defendant Google LLC