FILED
SEP 22 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** NORTHERN DISTRICT OF CALIFORNIA

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 3:20-cv-04688-RS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 07/14/2020

Date of judgment or order you are appealing: 08/28/2026

Docket entry number of judgment or order you are appealing: 1010

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes ◯ No ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Gregory R. Bronner

Is this a cross-appeal? ◯ Yes ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ◯ Yes ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

113A Columbia Street

City: Brooklyn State: NY Zip Code: 11201

Prisoner Inmate or A Number (if applicable):

**Signature** [signature] **Date** 9/16/2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Gregory Bronner

Name(s) of counsel (if any):

William R. Bronner

Address: 294 Vanderbilt Ave. Brooklyn NY 11205

Telephone number(s): 914 282 5157

Email(s): wrbronner@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Anibal Rodriguez; Julian Santiago; Susan Lynn Harvey

Name(s) of counsel (if any):

David Boies — Boies Schiller Flexner LLP

Address: 333 Main Street, Armonk, NY 10504

Telephone number(s): 914-749-8200

Email(s): dboies@bsfllp.com

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

Anibal Rodriguez; Julian Santiago; Susan Lynn Harvey

Name(s) of counsel (if any):

John A. Yanchunis — Morgan & Morgan, P.A.

Address: 201 N. Franklin Street, 7th Floor, Tampa, FL 33602

Telephone number(s): 813-223-5505

Email(s): jyanchunis@forthepeople.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

Anibal Rodriguez; Julian Santiago; Susan Lynn Harvey

Name(s) of counsel (if any):

Mark C. Mao — Boies Schiller Flexner LLP

Address: 44 Montgomery Street, 41st Floor, San Francisco, CA 94104

Telephone number(s): 415-293-6800

Email(s): mmao@bsfllp.com

Name(s) of party/parties:

Anibal Rodriguez; Julian Santiago; Susan Lynn Harvey

Name(s) of counsel (if any):

Bill Carmody — Susman Godfrey L.L.P.

Address: One Manhattan West, 50th Floor, New York, NY 10001

Telephone number(s): 212-336-8330

Email(s): bcarmody@susmangodfrey.com