**Clerk of the Court**

**United States District Court**

**Northern District of California**

**Phillip Burton Federal Building**

**450 Golden Gate Ave.**

**San Francisco, CA. 94102**

RECEIVED
SEP 29 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I'm concerned about a case (I received paperwork on this case)

I'll like to see if this is a valid case **Rodriguez vs Google 3:20 CV-4688-RS**

Attorney's for the Case

***cc; John A. Yanchunis – Morgan and Morgan, Tampa, FL.**

***cc; Bill Carmody – Susman Godfrey LLP, New York**

***cc; Amanda Bonn Susman Godfrey LLP, Los Angles, CA.**

***cc; James Lee -Boies Schiller Flexner LLP, Los Angeles, CA.**

**I was sent a certified letter in December 2024, but it was stolen.**

***cc; Notice Administrator PO Box 2749, Portland OR 97208-2749**

**I'm inquiring because all of a sudden, my mail started coming up missing. I had to make a report for mail fraud, due to me finding my address had been changed to a Ca. address. My date of birth was changed. I'm asking because if I was due a payment from this settlement, Google/YouTube never paid me out, as I've been going through harassment, bullying, stalking due to my complaint to the EEOC for loss of revenue.**

**I'm currently seeking attorney representation for a class action law suit. (But noticed that if I were in this lawsuit, I can no longer sue YouTube, due to this payout I was due to receive, but never did.**

***My question, was this a valid Lawsuit?**

***Was I including in this Lawsuit, I'm assuming I was included, as I did receive paperwork.**

***Was there a payout due to me? (If so, I did not receive it)**

I was sent a letter from Google/ YouTube to confirm my Identity in February, I sent my driver's license to YOUTUBE, I never received any payment. (Letter enclosed)

FYI: I have been going thru it with YOUTUBE, my privacy has been invaded, stalking, harassment due to my post on YOUTUBE. I'm a psychic Tarot Reader. I'm being targeted due to me speaking my truth about what has been happening to me on this platform, my spiritual beliefs, YOUTUBE doesn't like that, so they demonetized my channel. I HAVE NO STRIKES, so why? I have been on this platform for 8 yrs.

I have reached out to YouTube on several occasions with no success, now I'm Banned, and demonetized, as this was my only monthly income. I'm seeking to take this legal. I was approved by the EEOC, the right to Sue. I have yet the hear back from YOUTUBE, just complete harassment, when trying to reach out.

I have also enclosed my complaint against YOUTUBE for your review.

I sincerely appreciate any help you can offer.

Patricia A. Cooper current address, 129 Audrey Chase, Hampton GA, where I'm currently being stalked.

Private email – psychicdetectivesnetwork@gmail.com

Direct contact – 334-498-8150

Since my complaint to the FBI regarding RICO charges for YOUTUBE, all devices are hacked, I'm being stalked, and threatened, me and my love ones.

Thank you, in Advance regarding this matter.

Patricia A. Cooper

Patricia Cooper

# Rodriguez v. Google LLC (/)

Case No. 20-cv-4688-RS (N.D. Cal.)

## Welcome to the website for the Rodriguez v. Google LLC Class Action Lawsuit

**If you have previously had either the Google "Web & App Activity" control or the "Supplemental Web & App Activity" sub-setting turned off or "paused," you could be included in an ongoing class action lawsuit.**

Four Google account holders ("Plaintiffs") filed a class action lawsuit alleging that Google LLC ("Google") unlawfully accessed their devices and data, including app activity data on their mobile devices, even though the Google activity controls called Web & App Activity ("WAA") and/or a sub-setting concerning "Chrome history and activity from sites, apps, and devices that use Google services," sometimes called supplemental Web & App Activity ("sWAA") were turned off or "paused." Plaintiffs allege Google unlawfully accessed their mobile devices to collect, save, and use the data concerning their activity on non-Google apps that have incorporated certain Google software code into the apps. Plaintiffs have three legal claims: 1) invasion of privacy; 2) intrusion upon seclusion (similar to invasion of privacy); and 3) violation of the Comprehensive Computer Data Access and Fraud Act ("CDAFA"). For all three legal claims Plaintiffs seek money damages and changes to Google's practices.

Google denies Plaintiffs' legal claims.

On September 3, 2025, after a federal trial, the jury concluded that Google unlawfully collected information from certain users of smartphones and tablets who claimed they asked Google not to track their activity on mobile apps. The jury awarded a verdict of over $425 million in damages to two certified Classes. The Court entered a judgment, which requires Google to pay the Classes the amount of the jury's verdict plus interest.

However, Google has asked the Court to vacate the judgment, meaning disregard the jury verdict. Google may also appeal the judgment.

Class Counsel has asked the Court to award fees for their work in this case. Class Members have the right to object to this request. The Court will decide Class Counsel's compensation. Class Counsel's fees will be paid from the compensation ultimately awarded in this case, if any. These amounts will not be paid until after the Court rules on Google's request to disregard the jury verdict and, if Google also chooses to appeal, after the Court rules on that appeal.

There is no money or benefits available now. If money or benefits become availa
date, Potential Class Members will be notified and given instructions on how to m

## Comprehensive Computer Data Access and Fraud Act ("CDAFA")

For the alleged violation of the CDAFA, the Court certified the following classes:

**Class 1:** All individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

**Class 2:** All individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

## Invasion of Privacy and Intrusion Upon Seclusion

For the alleged invasion of privacy and intrusion upon seclusion legal claims, the Court certified the same Class 1 and Class 2 but excluded individuals who only have an "Enterprise" account or "supervised Google Account for users under age 13" (also known as a "Unicorn" account). An "Enterprise" account is an account managed by an administrator that is designed for use by end users within an organization, such as businesses, non-profits, and schools. A "supervised Google Account for users under age 13" is an account created for a minor when they are under the age of 13, which is created and supervised by a parent using Google Family Link.

**Class 1:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running the Android operating system, because of the Firebase Software Development Kit ("SDK") and/or Google Mobile Ads SDK.

**Class 2:** All "non-Enterprise" and "non-Unicorn" individuals who, during the period beginning July 1, 2016 and continuing through September 23, 2024, (a) had their "Web & App Activity" and/or "supplemental Web & App Activity" setting turned off and (b) whose activity on a non-Google-branded mobile app was still transmitted to Google, from (c) a mobile device running a non-Android operating system, because of the Firebase SDK and/or Google Mobile Ads SDK.

Individuals who signed up for an account type other than an Enterprise account or supervised Google Account for users under age 13 could be included for all three legal claims. These individuals could be Class Members for both the invasion of privacy and intrusion classes and the CDAFA classes.

**YouTube / Google Complaint : Tarot Readers being Violated of our Civil Rights, with Rico, Hate Crimes: 901 Cherry Ave. San Bruno, CA. 94066**

**Cc: GOOGLE LLC. 1600 Amphitheatre Parkway Mountain View, CA. 94043**

---

**RICO CRIMES & ABUSE**

**The RICO Act was enacted in 1970 as part of the Organized Crime Control Act to combat organ ized crime and allow both criminal and civil actions against those involved in ongoing criminal enterprises (18 U.S.C. §§ 1961–**
**1968). It enables prosecutors to charge not only individuals committing crimes but also the le aders and members of organizations responsible for collective illegal activity.**

***Discrimination – Title VII of the Civil Rights Act of 1964 (Title VII). called Nigger in live chats, violating our freedom of speech, attacking one's flaws, appearance, hair, skin, homes, etc.**

***Freedom of Speech** - Targeting spiritual / religious beliefs

**The First Amendment, ratified on December 15, 1791, is part of the Bill of Rights and protects several fundamental freedoms: freedom of speech, freedom of the press, freedom of religion, the right to assemble peacefully.**

***Retaliation Tactics**– Bullied, Harassed, Threaten on platform in live chats

**Retaliation occurs when an employer (through a manager, supervisor, administrator or directly) fires an employee or takes any other type of adverse action against an employee for engaging in protected activity.**

* **Financial Abuse**- withholding revenue from content creators, restricted revenue to not exceed a certain amount.

***Abuse of power** refers to the **misuse of a position of authority or influence** for purposes other than its legitimate function. It can involve leveraging authority to improperly benefit oneself or others, or to unfairly discriminate. This term can also encompass unlawful acts committed in an official capacity that affect the performance of official duties. Additionally, it may involve actions such as harassment or manipulation by someone in a position of authority. Overall, it signifies t aking unjust advantage of individuals, organizations, or governments. (You-Tube Contract agree enclosed)

In my case:

Blacklisted, Shadow Banning, hiding your channel manipulating the analytics / stats/ views, which create loss of revenue on our channels, removing Video content of creators, making complaints against my channel to have it banned.

***This Abuse is affecting many Tarot Readers, creating Financial Stress & Loss, with no explanation as to why?**

I'm Patricia A. Cooper A.K.A. Queen of Wands Divinely Guided Tarot, I'm a spiritualist, tarot card reader. I've been on this platform for 8 yrs, with no violations or strikes on my channel. This was my main source of income until this situation happened to me. This has been going on since 2021 to current.

**YouTube refuse to answer to this complaint, but has demonetized my channel. I have no strikes on my channel. I cannot upload video's, can only do lives now, which are hacked, or removed. My subscribers deleted. I've been stuck without growth for 4 years now, as it was previously growing rapidly. This is happening to many Tarot Readers. A complete loss of stability. No explanation, no results, but continued mistreatment.**

I'm was employed elsewhere but still put out content on the platform, until being stalked at my job position. I have relocated again to Alabama. **I have also discovered that someone I was in a pass relationship with is associated with YouTube or someone who works here on this platform. I feel this individual or the current person has played a role in my channel being blacklisted and hacked.**

I have suffered continued abuse on this platform since 2021:

- Homelessness
- Invasion of Privacy / CCTV monitoring within my home/ current place of employment
- Consistently stalked
- Loss of mail
- Financial Debt / Loss of Stability
- Lowered Credit Scores
- Accts. Sent to Collections
- Weight Loss, Hair Loss
- Worry, Stress, Mental Abuse
- Defamation allegations
- Stolen Identity

I'm able to provide copies of my analytics to show the discrepancies in my revenue, statistics, viewership, subscriber count, etc.

**This is unfair treatment which violate our Civil Rights as Americans of the United States. We are seeking JUSTICE in this UNJUST situation.**

**Rico / Retaliation Tactics since my complaint**

- **Racial slurs, discrimination, hate crimes**
- **Black listing, shadow banning, hiding your channel**
- **Stalking my residence, family, at my job, gps tracking**
- **Heavy hacking accts. Bank accts. phone, computers, social media platforms**
- **Creating fake accts. To bully, harass, and steal**
- **Emails, phones calls, mail rerouted, hacked, and stolen**
- **CCTV in my home, invasion of my privacy, uploading to dark web**
- **Energy weapon abuse**
- **Reports made of false allegations, to the police, defamation**
- **Reports made to YouTube, reporting my channel with false allegations**
- **Demonetized my channel, loss of revenue**
- **Dispensing toxic chemicals, gases, in my home and water system**
- **Hacking home internet service**
- **Hacking utility bills within the home, to increase monthly**
- **Bribing others to work against me, landlords, car dealerships, etc.**
- **Stolen Identity, Fraud, money laundering, loans in your name**
- **Online dating sites set under my name to scam others**
- **Threats to do harm to you, and your children and family if reported**
- **Home & car shot up**
- **Relocated 4 times in 3 years, for safety purposes**
- **Making it difficult to maintain financial stability**
- **Intimidation Tactics, abuse of power**
- **Contacted YouTube on several occasions with no resolve, situation only got worst.**

**I invite you to watch my channel to witness the ABUSE I go through trying to produce content and do live chats. CHECK IT OUT……**

YouTube is largely protected under Section 230 of the Communications Decency Act, which shi elds platforms from liability for user-
generated content and provides "Good Samaritan" protection for content moderation decisio ns. This means you generally cannot sue YouTube for content posted by other users or for thei r decisions to remove videos or terminate accounts, unless the dispute involves a direct busin ess relationship or YouTube's own actions beyond user content.

**Potential legal grounds for a lawsuit include:**

- Copyright infringement: If YouTube fails to respond to valid DMCA takedown notices or improperly removes content.

- Privacy violations: Unauthorized sharing of personal information or sensitive content.

- Terms of Service or contract disputes: Alleged breaches of YouTube's agreements or un fair enforcement.

- Consumer protection or ADA claims: Misleading practices, unfair monetization policies , or accessibility issues.

- Defamation: If content about you is false and harmful, you can submit a legal complain t through YouTube's defamation webform before pursuing court action. (Which YouTube blocked access)

**I reported this matter to :**

- **FBI CYBER Hacking Unit Online Complaint Center**
- **Cc: California Federal Bureau of Investigation, 11000 Wilshire Blvd. # 1700 Los Angles California, 90024 (RICO CRIMES listed below)**
- **Civil Rights Division – DOJ, 950 Pennsylvania Ave. NW Washington, DC 20530-0001**
- *** Complaint with EEOC in CA. granted the right to Sue** (EEOC Charge Number: 550-2025-02320)
- *** Complaint filed with the FBI in Atlanta, GA. and Montgomery, AL. offices (where I live, being stalked)**
- **Emailed and Mailed to State of California Dept of Industrial Relations, 464 W. 4th St. San Bernardino, CA. 92401**
- **NAACP – National HQ 4805 Mt. Hope Dr. Baltimore, MD 21215**
- **NAACP – WASHINGTON OFFICE 1156 15th St. NW Ste. 915 (Discrimination/Hate Crimes)**
- **Scouting Multiple Attorney's for Class Action Lawsuit**

42 Wild Coyote Trail
Rockford, AL. 35136

Retail

UNITED STATES POSTAL SERVICE®

RDC 99

94102

U.S. POSTAGE PAID
FCM LETTER
ROCKFORD, AL 35136
SEP 23, 2026

$1.11

S2324P501310-02

United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Ave.
San Francisco, CA. 94102

RECEIVED

SEP 29 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
SEP 29 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA