**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIBAL RODRIGUEZ, JULIAN SANTIAGO, and SUSAN LYNN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:20-cv-04688-RS<br><br>~~**[PROPOSED]**~~ **AMENDED FINAL JUDGMENT** |

In accordance with the jury's verdict dated September 3, 2025 (Dkt. 670), this Court's Orders dated January 30, 2026 (Dkt. 721) and August 28, 2026 (Dkts. 1009, 1010), prior orders in this matter, and Rules 54 and 58 of the Federal Rules of Civil Procedure, the Court enters this Amended Final Judgment, which amends the Final Judgment entered on March 2, 2026 (Dkt. 725). It is **ORDERED, ADJUDGED, AND DECREED** as follows:

Final judgment is entered for Plaintiffs and against Google LLC on Plaintiffs' claims for invasion of privacy and intrusion upon seclusion. In accordance with the jury's verdict, Google must pay $247,154,157.00 to Class 1 (the Android Class) and $178,497,790.00 to Class 2 (the non-Android Class), as compensatory damages for the period July 1, 2016 through September 23, 2024. In accordance with California law, Google LLC must also pay pre-judgment interest running from September 3, 2025, the date of the verdict, to March 2, 2026, the date of the original Final Judgment. Accordingly, judgment is hereby entered against Google LLC and in favor of Class 1 in the amount of $255,686,054.40. Judgment is hereby entered against Google LLC and in favor of Class 2 in the amount of $184,659,631.00.

This judgment also accrues post-judgment interest as provided by federal law. Pursuant to 28 U.S.C. § 1961, from March 2, 2026 until this judgment is satisfied in full, Google LLC must pay post-judgment interest at the annual rate of 3.51%, which is the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System,

for the calendar week preceding March 2, 2026. Interest shall be computed daily to the day of payment, and shall be compounded annually. The term "Payment Amount" means the judgment amounts set forth in the previous paragraphs plus all post-judgment interest.

Google LLC shall pay the Payment Amount within 45 days after final resolution of any appeal from this Amended Final Judgment (the "Payment Date"). *See* Dkts. 743-1; 744. If there is no appeal from this Amended Final Judgment, then the Payment Date shall be the date that is 45 days from the entry of this Amended Final Judgment.

Class Counsel are awarded one-third of the Payment Amount remaining after deducting litigation costs as attorneys' fees. *See* Dkt. 1010. This attorneys' fee award shall be paid directly to Class Counsel by Google LLC on or before the Payment Date, pursuant to such payment instructions as Class Counsel shall provide to Google LLC.

In addition to the Payment Amount, Google LLC shall also pay $152,654.00 in taxable costs pursuant to Rule 54 of the Federal Rules of Civil Procedure. *See* Dkt. 1011; *see also* Dkt. 1025 (Order Denying Google's Motion to Strike Plaintiffs' Bill of Costs). Because these costs were borne by Class Counsel in the first instance, Google shall pay this amount directly to Class Counsel on or before the Payment Date, pursuant to such payment instructions as Class Counsel shall provide to Google LLC.

Class Counsel are also awarded, from the Payment Amount, $12,269,720.42 in reimbursement of Class Counsel's litigation costs and expenses.[1] This reimbursement shall be paid

[1] Class Counsel represented that their request for reimbursement of litigation costs and expenses would be reduced by the amount of taxable costs awarded pursuant to Rule 54. *See* Dkt. 739 (Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards) at 2, n.2 ("Any costs that the Court taxes against Google, pursuant to Plaintiffs' separate Bill of Costs, Dkt. 728, will be removed from the final calculation of expenses taken from the common fund").

The Court has subtracted the taxable costs ($152,654.00) from the amount of litigation costs and expenses ($12,422,374.42) to award the adjusted amount of $12,269,720.42 for reimbursement of Class Counsel's litigation costs and expenses. Google will still pay for the taxable costs in addition to the Payment Amount, but that amount will offset the amount that otherwise would have been paid from the Payment Amount to Class Counsel for litigation costs and expenses.

directly to Class Counsel by Google LLC on or before the Payment Date, pursuant to such payment instructions as Class Counsel shall provide to Google LLC.

Class Representatives Anibal Rodriguez and Julian Santiago are each awarded a service award of $50,000, and Class Representative Susan Harvey is awarded a service award of $35,000. *See* Dkt. 1010. These service awards shall be paid to the Class Representatives by Google LLC on or before the Payment Date, pursuant to such payment instructions as Class Counsel shall provide to Google LLC.

The remainder of the Payment Amount (after subtracting the attorneys' fee award, the reimbursement of Class Counsel's litigation expenses, and the service awards) shall be paid by Google LLC into a Claims Fund to be established by further order of the Court following the conclusion of all appeals (if any). If no Claims Fund has been established by the Payment Date, then Google LLC shall deposit the remainder of the Payment Amount into the registry of the Court.

On or before the Payment Date, Class Counsel shall file with the Court a proposal for distributing payments to class members. *See* Manual for Complex Litigation § 21.66 (4th ed.).

This document constitutes a separate document containing a final judgment under Rule 58(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

Dated: October 9, 2026



RICHARD SEEBORG
United States District Judge